SOMMER BARNARD PC
Jeffrey J. Graham (JG 9617)
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Attorney for Small Parts, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :
                                                             :    (Jointly Administered)
        Debtors.                                             :
------------------------------------------------------------ x

## RESPONSE BY SMALL PARTS, INC. TO DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION AS IT PERTAINS TO CLAIM NUMBER 11274

Small Parts, Inc. ("Small Parts"), by counsel, hereby responds in opposition to the "Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order" (the "Twenty-Fourth Omnibus Claims Objection") filed by Delphi Corporation, et al., as debtors and debtors-in-possession (collectively, the "Debtors"). In support of its response, Small Parts states as follows:

1. On or about July 26, 2006 Small Parts filed a nonpriority unsecured claim against the Debtors in the amount of $176,158.38 which has been designated Claim Number 11274 (the "Claim"). A copy of the Claim is attached as **Exhibit A**.

2. The basis for the Claim is that Small Parts shipped goods to the Debtors pursuant to various invoices and such invoices were unpaid as of the Debtors' petition date.

3. The Claim is included in the Debtors' Twenty-Fourth Omnibus Claims Objection. The basis for the Debtors' objection to the Claim is that: (a) it asserts reclamation rights; and (b) it should be modified in amount.[1] In sum, the Twenty-Fourth Omnibus Claims Objection seeks to reclassify the Claim as a priority unsecured claim in the amount of $32,169.54 and a nonpriority unsecured claim in the amount of $26,707.43 resulting in an aggregate claim of $58,876.97.

4. The Debtors did not attach any supporting documentation for the Twenty-Fourth Omnibus Claims Objection as it pertains to the Claim.

5. Based upon informal conversations between the Debtors and Small Parts which took place prior to the filing of the Twenty-Fourth Omnibus Claims Objection, the Debtors appear to contend that the following wire transfers should have been applied to the invoices comprising the Claim: (a) wire transfer no. ADM9120507 in the amount of $7,907.35; (b) wire transfer no. ADM91503 in the amount of $105,352.32; and (c) wire transfer no. ADMAFC46762 in the amount of $3,217.97 ((a)-(c), collectively, the "Wire Transfers").

6. Contrary to these assertions, the proceeds of the Wire Transfers were applied to outstanding invoices and not to the invoices which make up the Claim. A spreadsheet demonstrating how Small Parts applied the Wire Transfers is attached as **Exhibit B**.

7. Because it is unclear how exactly the Debtors intend to support the Twenty-Fourth Omnibus Claims Objection as to the Claim, Small Parts reserves the right to supplement this response to address any arguments raised by the Debtors in a reply.

---

[1] Small Parts does not intend to pursue a reclamation claim against the Debtors and will consent to that portion of its claim being treated as a non-priority unsecured claim. See CM/ECF Docket No. 11389.

2

8. Furthermore, Small Parts requests that any such reply to this response be sent to the undersigned at the address listed below.

WHEREFORE, Small Parts respectfully requests that the Court enter an Order: (1) overruling or denying the Twenty-Fourth Omnibus Claims Objection as to the Claim; and (2) allowing the Claim as a non-priority unsecured claim in the amount of $176,158.38; and (3) granting Small Parts such other and further relief as the Court deems proper.

Dated: Indianapolis, Indiana         SMALL PARTS, INC.,
January 16, 2008

By:     /s/ Jeffrey J. Graham
        Jeffrey J. Graham (JG 9617)
        Admission *pro hac vice* pending

Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on the 16th day of January, 2008 on the parties listed in, and via the delivery methods required by, the Twenty-Fourth Omnibus Claims Objection and the Claim Objection And Estimation Procedures Motion.

        /s/ Jeffrey J. Graham

714834

3

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Corporation
Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Small Parts, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Small Parts, Inc.
P.O. Box 7002
Logansport, Indiana 46947
Telephone number: 574-753-6323

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
#'s 1100, 1200, 1204, 1210, 1340, 1370, 2715

Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____
if this claim

1. Basis for Claim
   ☑ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____
   
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. Date debt was incurred: Various
3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 176,158.38 _____ _____ _____ $176,158.38
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ 176,158.38
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 7/26/2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
J. Anthony Firmani, CEO   J. Anthony Firmani

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT A

Customer #: 1100 Delphi Energy & Chassis

Shipments From: Small Parts - Logansport Plant

| T | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amount | | Amount owed to SPI | |
|---|---------|---------|----------|----------|-----------------|---|--------------------|---|
| I | 351298 | 0 | 8/29/2005 | 10/28/2005 | $ | 437.97 | $ | 437.97 |
| I | 351448 | 0 | 8/30/2005 | 10/29/2005 | $ | 387.60 | $ | 387.60 |
| I | 351590 | 0 | 8/31/2005 | 10/30/2005 | $ | 50.51 | $ | 50.51 |
| I | 351591 | 0 | 8/31/2005 | 10/30/2005 | $ | 2,278.80 | $ | 2,278.80 |
| I | 351622 | 0 | 8/31/2005 | 10/30/2005 | $ | 134.15 | $ | 134.15 |
| I | 351832 | 0 | 9/2/2005 | 11/1/2005 | $ | 875.95 | $ | 875.95 |
| I | 351986 | 0 | 9/6/2005 | 11/5/2005 | $ | 437.97 | $ | 437.97 |
| I | 351993 | 0 | 9/6/2005 | 11/5/2005 | $ | 50.51 | $ | 50.51 |
| I | 352133 | 0 | 9/7/2005 | 11/6/2005 | $ | 206.20 | $ | 206.20 |
| I | 352134 | 0 | 9/7/2005 | 11/6/2005 | $ | 134.15 | $ | 134.15 |
| I | 352151 | 0 | 9/7/2005 | 11/6/2005 | $ | 50.51 | $ | 50.51 |
| I | 352153 | 0 | 9/7/2005 | 11/6/2005 | $ | 50.51 | $ | 50.51 |
| I | 352225 | 0 | 9/8/2005 | 11/7/2005 | $ | 437.97 | $ | 437.97 |
| I | 352290 | 0 | 9/8/2005 | 11/7/2005 | $ | 279.59 | $ | 279.59 |
| I | 352730 | 0 | 9/14/2005 | 11/13/2005 | $ | 3,065.82 | $ | 3,065.82 |
| I | 352761 | 0 | 9/15/2005 | 11/14/2005 | $ | 759.60 | $ | 759.60 |
| I | 352768 | 0 | 9/15/2005 | 11/14/2005 | $ | 50.51 | $ | 50.51 |
| I | 352819 | 0 | 9/16/2005 | 11/15/2005 | $ | 1,313.92 | $ | 1,313.92 |
| I | 352932 | 0 | 9/19/2005 | 11/18/2005 | $ | 50.51 | $ | 50.51 |
| I | 353167 | 0 | 9/21/2005 | 11/20/2005 | $ | 206.20 | $ | 206.20 |
| I | 353168 | 0 | 9/21/2005 | 11/20/2005 | $ | 759.60 | $ | 759.60 |
| I | 353263 | 0 | 9/22/2005 | 11/21/2005 | $ | 437.97 | $ | 437.97 |
| I | 353334 | 0 | 9/23/2005 | 11/22/2005 | $ | 437.97 | $ | 437.97 |
| I | 353473 | 0 | 9/26/2005 | 11/25/2005 | $ | 437.97 | $ | 437.97 |
| I | 353685 | 0 | 9/28/2005 | 11/27/2005 | $ | 759.60 | $ | 759.60 |
| I | 353686 | 0 | 9/28/2005 | 11/27/2005 | $ | 134.15 | $ | 134.15 |
| I | 353754 | 0 | 9/28/2005 | 11/27/2005 | $ | 437.97 | $ | 437.97 |
| I | 353804 | 0 | 9/29/2005 | 11/28/2005 | $ | 437.97 | $ | 437.97 |
| I | 353911 | 0 | 9/30/2005 | 11/29/2005 | $ | 379.80 | $ | 379.80 |
| I | 353916 | 0 | 9/30/2005 | 11/29/2005 | $ | 875.95 | $ | 875.95 |
| I | 354055 | 0 | 10/3/2005 | 12/2/2005 | $ | 134.15 | $ | 134.15 |
| I | 354056 | 0 | 10/3/2005 | 12/2/2005 | $ | 437.97 | $ | 443.07 |
| D | 354056 | 3 | 11/17/2005 | 1/16/2006 | $ | 5.10 | | |
| I | 354225 | 0 | 10/4/2005 | 12/3/2005 | $ | 387.60 | $ | 5.56 |
| D | 354225 | 3 | 11/17/2005 | 1/16/2006 | $ | 5.56 | | |
| P | 354225 | 29089142 | | 12/2/2005 | $ | (387.60) | | |
| | | | | | | | $ | 16,940.68 |

I=Invoice
D=Debit
C=Credit
P=Payment

Customer #: 1204 Delphi Energy & Chassis

Shipments From: Small Parts - Logansport Plant

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Am | Amount owed to SPI |
|---|---|---|---|---|---|---|
| I | 351134 | 0 | 8/25/2005 | 10/24/2005 | $ 761.04 | $ 761.04 |
| I | 351643 | 0 | 8/31/2005 | 10/30/2005 | $ 353.80 | $ 353.80 |
| I | 351649 | 0 | 8/31/2005 | 10/30/2005 | $ 964.10 | $ 964.10 |
| I | 351655 | 0 | 8/31/2005 | 10/30/2005 | $ 429.60 | $ 429.60 |
| I | 352235 | 0 | 9/8/2005 | 11/7/2005 | $ 761.04 | $ 761.04 |
| I | 352867 | 0 | 9/16/2005 | 11/15/2005 | $ 570.78 | $ 570.78 |
| I | 353279 | 0 | 9/22/2005 | 11/21/2005 | $ 815.40 | $ 815.40 |
| I | 353839 | 0 | 9/29/2005 | 11/28/2005 | $ 407.70 | $ 407.70 |
| | | | | | | $ 5,063.46 |

I=Invoice
P=Payment

Customer #: 1210 Delphi Automotive Systems

Shipments From: Small Parts - Logansport Plant

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amou | Bucket Amount |
|---|---|---|---|---|---|---|
| I | 352947 | 0 | 9/19/2005 | 11/18/2005 | $ 5,380.82 | $ 1,912.09 |
| P | 352947 | 914200 | | 5/25/2006 | $ (3,468.73) | |
| I | 353074 | 0 | 9/20/2005 | 11/19/2005 | $ 3,587.21 | $ 3,587.21 |
| I | 353221 | 0 | 9/21/2005 | 11/20/2005 | $ 308.20 | $ 308.20 |
| I | 353264 | 0 | 9/22/2005 | 11/21/2005 | $ 281.46 | $ 281.46 |
| I | 353278 | 0 | 9/22/2005 | 11/21/2005 | $ 7,174.42 | $ 7,174.42 |
| I | 353351 | 0 | 9/23/2005 | 11/22/2005 | $ 6,277.62 | $ 6,277.62 |
| I | 353492 | 0 | 9/26/2005 | 11/25/2005 | $ 6,277.62 | $ 6,277.62 |
| I | 353702 | 0 | 9/28/2005 | 11/27/2005 | $ 4,484.02 | $ 4,484.02 |
| I | 353814 | 0 | 9/29/2005 | 11/28/2005 | $ 9,864.83 | $ 9,864.83 |
| I | 354041 | 0 | 10/3/2005 | 12/2/2005 | $ 6,277.62 | $ 6,277.62 |
| I | 354184 | 0 | 10/4/2005 | 12/3/2005 | $ 6,277.62 | $ 5,380.82 |
| P | 354184 | 29089142 | | 12/2/2005 | $ (896.80) | |
| | | | | | | $ 51,825.91 |

I=Invoice
D=Debit
P=Payment

Customer # : 1340  Delphi Packard Electric

Shipments From:  Small Parts - Logansport Plant

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amo | Amount owed to SPI |
|---|---|---|---|---|---|---|
| I | 349222 | 0 | 8/2/2005 | 10/1/2005 | $ 598.50 | $ 54.50 |
| D | 349222 | 1 | 8/31/2005 | 10/30/2005 | $ 54.50 | |
| P | 349222 | 37861494 | | 10/4/2005 | $ (598.50) | |
| I | 349647 | 0 | 8/5/2005 | 10/4/2005 | $ 598.50 | $ 54.50 |
| D | 349647 | 1 | 8/31/2005 | 10/30/2005 | $ 54.50 | |
| P | 349647 | 37861494 | | 10/4/2005 | $ (598.50) | |
| I | 349660 | 0 | 8/5/2005 | 10/4/2005 | $ 598.50 | $ 54.50 |
| D | 349660 | 1 | 8/31/2005 | 10/30/2005 | $ 54.50 | |
| P | 349660 | 37861494 | | 10/4/2005 | $ (598.50) | |
| I | 350208 | 0 | 8/12/2005 | 10/11/2005 | $ 598.50 | $ 54.50 |
| D | 350208 | 1 | 8/31/2005 | 10/30/2005 | $ 54.50 | |
| P | 350208 | 37861494 | | 10/4/2005 | $ (598.50) | |
| I | 350210 | 0 | 8/12/2005 | 10/11/2005 | $ 371.52 | $ 8.40 |
| D | 350210 | 1 | 8/31/2005 | 10/30/2005 | $ 8.40 | |
| P | 350210 | 37861494 | | 10/4/2005 | $ (371.52) | |
| I | 350389 | 0 | 8/16/2005 | 10/15/2005 | $ 598.50 | $ 54.50 |
| D | 350389 | 1 | 8/31/2005 | 10/30/2005 | $ 54.50 | |
| P | 350389 | 37861494 | | 10/4/2005 | $ (598.50) | |
| I | 354285 | 0 | 10/4/2005 | 12/3/2005 | $ 1,718.00 | $ 38.00 |
| P | 354285 | 29089142 | | 12/2/2005 | $(1,680.00) | |
| I | 354477 | 0 | 10/6/2005 | 12/5/2005 | $ 653.00 | $ 54.50 |
| P | 354477 | 59850 | | 10/20/2005 | $ (598.50) | |
| I | 354478 | 0 | 10/6/2005 | 12/5/2005 | $ 653.00 | $ 54.50 |
| P | 354478 | 29089142 | | 12/2/2005 | $ (598.50) | |
| I | 354479 | 0 | 10/6/2005 | 12/5/2005 | $ 653.00 | $ 54.50 |
| P | 354479 | 311850 | | 10/24/2005 | $ (598.50) | |
| | | | | | $ | 482.40 |

I=Invoice
D=Debit
C=Credit
P=Payment

Customer #: 1370 Delphi Saginaw

Shipments From: Small Parts - Logansport Plant

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amount | Amount owed to SPI |
|---|---|---|---|---|---|---|
| I | 351596 | 0 | 8/31/2005 | 10/30/2005 | $ 236.41 | $ 236.41 |
| I | 351921 | 0 | 8/31/2005 | 10/30/2005 | $ 455.02 | $ 455.02 |
| I | 351704 | 0 | 9/1/2005 | 10/31/2005 | $ 295.52 | $ 295.52 |
| I | 351840 | 0 | 9/2/2005 | 11/1/2005 | $ 295.52 | $ 295.52 |
| I | 351997 | 0 | 9/6/2005 | 11/5/2005 | $ 295.52 | $ 295.52 |
| I | 352149 | 0 | 9/7/2005 | 11/6/2005 | $ 295.52 | $ 295.52 |
| I | 352234 | 0 | 9/8/2005 | 11/7/2005 | $ 295.52 | $ 295.52 |
| I | 352791 | 0 | 9/15/2005 | 11/14/2005 | $ 295.52 | $ 295.52 |
| I | 352795 | 0 | 9/15/2005 | 11/14/2005 | $ 591.04 | $ 591.04 |
| I | 352866 | 0 | 9/16/2005 | 11/15/2005 | $ 591.04 | $ 591.04 |
| I | 352937 | 0 | 9/19/2005 | 11/18/2005 | $ 295.52 | $ 295.52 |
| I | 353117 | 0 | 9/20/2005 | 11/19/2005 | $ 295.52 | $ 295.52 |
| I | 353313 | 0 | 9/22/2005 | 11/21/2005 | $ 295.52 | $ 295.52 |
| I | 353340 | 0 | 9/23/2005 | 11/22/2005 | $ 354.62 | $ 354.62 |
| I | 353480 | 0 | 9/26/2005 | 11/25/2005 | $ 295.52 | $ 295.52 |
| I | 353591 | 0 | 9/27/2005 | 11/26/2005 | $ 295.52 | $ 295.52 |
| I | 353708 | 0 | 9/28/2005 | 11/27/2005 | $ 295.52 | $ 295.52 |
| I | 353817 | 0 | 9/29/2005 | 11/28/2005 | $ 295.52 | $ 295.52 |
| I | 353931 | 0 | 9/30/2005 | 11/29/2005 | $ 295.52 | $ 295.52 |
| I | 354063 | 0 | 9/30/2005 | 11/29/2005 | $ 584.22 | $ 584.22 |
| I | 354038 | 0 | 10/3/2005 | 12/2/2005 | $ 295.52 | $ 295.52 |
| I | 354188 | 0 | 10/4/2005 | 12/3/2005 | $ 354.62 | $ 354.62 |
|   |   |   |   |   |   | $ 7,599.77 |

I=Invoice
P=Payment

Customer #: 2715 Delphi Energy & Chassis

Shipments From: Small Parts - Logansport Plant

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amount | Amount owed to SPI |
|---|---|---|---|---|---|---|
| I | 351024 | 0 | 8/24/2005 | 10/23/2005 | $ 166.05 | $ 166.05 |
| I | 351592 | 0 | 8/31/2005 | 10/30/2005 | $ 100.66 | $ 100.66 |
| I | 351630 | 0 | 8/31/2005 | 10/30/2005 | $ 654.29 | $ 654.29 |
| I | 351672 | 0 | 8/31/2005 | 10/30/2005 | $ 996.30 | $ 996.30 |
| I | 351754 | 0 | 9/1/2005 | 10/31/2005 | $ 2,656.80 | $ 2,656.80 |
| I | 351795 | 0 | 9/1/2005 | 10/31/2005 | $ 1,328.40 | $ 1,328.40 |
| I | 351839 | 0 | 9/2/2005 | 11/1/2005 | $ 100.66 | $ 100.66 |
| I | 351841 | 0 | 9/2/2005 | 11/1/2005 | $ 243.03 | $ 243.03 |
| I | 351929 | 0 | 9/2/2005 | 11/1/2005 | $ 3,326.27 | $ 3,326.27 |
| I | 351930 | 0 | 9/2/2005 | 11/1/2005 | $ 156.42 | $ 156.42 |
| I | 351989 | 0 | 9/6/2005 | 11/5/2005 | $ 998.73 | $ 998.73 |
| I | 351994 | 0 | 9/6/2005 | 11/5/2005 | $ 352.31 | $ 352.31 |
| I | 352034 | 0 | 9/6/2005 | 11/5/2005 | $ 2,989.71 | $ 2,989.71 |
| I | 352035 | 0 | 9/6/2005 | 11/5/2005 | $ 156.42 | $ 156.42 |
| I | 352150 | 0 | 9/7/2005 | 11/6/2005 | $ 50.33 | $ 50.33 |
| I | 352157 | 0 | 9/7/2005 | 11/6/2005 | $ 166.46 | $ 166.46 |
| I | 352181 | 0 | 9/7/2005 | 11/6/2005 | $ 2,490.75 | $ 2,490.75 |
| I | 352184 | 0 | 9/7/2005 | 11/6/2005 | $ 271.73 | $ 271.73 |
| I | 352236 | 0 | 9/8/2005 | 11/7/2005 | $ 100.66 | $ 100.66 |
| I | 352273 | 0 | 9/8/2005 | 11/7/2005 | $ 156.42 | $ 156.42 |
| I | 352274 | 0 | 9/8/2005 | 11/7/2005 | $ 2,656.80 | $ 2,656.80 |
| I | 352326 | 0 | 9/9/2005 | 11/8/2005 | $ 394.02 | $ 394.02 |
| I | 352355 | 0 | 9/9/2005 | 11/8/2005 | $ 2,988.90 | $ 2,988.90 |
| I | 352359 | 0 | 9/9/2005 | 11/8/2005 | $ 156.42 | $ 156.42 |
| I | 352414 | 0 | 9/10/2005 | 11/9/2005 | $ 2,324.70 | $ 2,324.70 |
| I | 352427 | 0 | 9/12/2005 | 11/11/2005 | $ 150.99 | $ 150.99 |
| I | 352490 | 0 | 9/12/2005 | 11/11/2005 | $ 3,154.95 | $ 3,154.95 |
| I | 352596 | 0 | 9/13/2005 | 11/12/2005 | $ 150.99 | $ 150.99 |
| I | 352614 | 0 | 9/13/2005 | 11/12/2005 | $ 2,656.80 | $ 2,656.80 |
| I | 352724 | 0 | 9/14/2005 | 11/13/2005 | $ 2,822.85 | $ 2,822.85 |
| I | 352769 | 0 | 9/15/2005 | 11/14/2005 | $ 293.36 | $ 293.36 |
| I | 352797 | 0 | 9/15/2005 | 11/14/2005 | $ 3,819.15 | $ 3,819.15 |
| I | 352855 | 0 | 9/16/2005 | 11/15/2005 | $ 100.66 | $ 100.66 |
| I | 352858 | 0 | 9/16/2005 | 11/15/2005 | $ 3,653.10 | $ 3,653.10 |
| I | 352860 | 0 | 9/16/2005 | 11/15/2005 | $ 271.73 | $ 271.73 |
| I | 352923 | 0 | 9/16/2005 | 11/15/2005 | $ 1,162.35 | $ 1,162.35 |
| I | 352938 | 0 | 9/19/2005 | 11/18/2005 | $ 5,977.80 | $ 5,977.80 |
| I | 353073 | 0 | 9/20/2005 | 11/19/2005 | $ 50.33 | $ 50.33 |
| I | 353103 | 0 | 9/20/2005 | 11/19/2005 | $ 3,653.10 | $ 3,653.10 |
| I | 353174 | 0 | 9/21/2005 | 11/20/2005 | $ 100.66 | $ 100.66 |
| I | 353214 | 0 | 9/21/2005 | 11/20/2005 | $ 3,819.15 | $ 3,819.15 |
| I | 353216 | 0 | 9/21/2005 | 11/20/2005 | $ 166.05 | $ 166.05 |
| I | 353277 | 0 | 9/22/2005 | 11/21/2005 | $ 50.33 | $ 50.33 |
| I | 353314 | 0 | 9/22/2005 | 11/21/2005 | $ 1,992.60 | $ 1,992.60 |
| I | 353316 | 0 | 9/22/2005 | 11/21/2005 | $ 156.42 | $ 156.42 |
| I | 353345 | 0 | 9/23/2005 | 11/22/2005 | $ 100.66 | $ 100.66 |
| I | 353378 | 0 | 9/23/2005 | 11/22/2005 | $ 3,985.20 | $ 3,985.20 |
| I | 353469 | 0 | 9/24/2005 | 11/23/2005 | $ 50.33 | $ 50.33 |
| I | 353514 | 0 | 9/26/2005 | 11/25/2005 | $ 5,479.65 | $ 5,479.65 |
| I | 353590 | 0 | 9/27/2005 | 11/26/2005 | $ 100.66 | $ 100.66 |
| I | 353613 | 0 | 9/27/2005 | 11/26/2005 | $ 469.26 | $ 469.26 |
| I | 353614 | 0 | 9/27/2005 | 11/26/2005 | $ 3,819.15 | $ 3,819.15 |
| I | 353724 | 0 | 9/28/2005 | 11/27/2005 | $ 100.66 | $ 100.66 |
| I | 353737 | 0 | 9/28/2005 | 11/27/2005 | $ 3,819.15 | $ 3,819.15 |
| I | 353810 | 0 | 9/29/2005 | 11/28/2005 | $ 50.33 | $ 50.33 |

|   |        |   |            |            |          |   |           |
|---|--------|---|------------|------------|----------|---|-----------|
| I | 353837 | 0 | 9/29/2005  | 11/28/2005 | $ 3,819.15 | $ | 3,819.15  |
| I | 353968 | 0 | 9/30/2005  | 11/29/2005 | $ 156.42 | $ | 156.42    |
| I | 353969 | 0 | 9/30/2005  | 11/29/2005 | $ 3,321.00 | $ | 3,321.00  |
| I | 353987 | 0 | 9/30/2005  | 11/29/2005 | $ 100.66 | $ | 100.66    |
| I | 354065 | 0 | 10/3/2005  | 12/2/2005  | $ 4,649.40 | $ | 4,650.66  |
| D | 354065 | 3 | 11/17/2005 | 1/16/2006  | $ 1.26   |   |           |
| I | 354253 | 0 | 10/4/2005  | 12/3/2005  | $ 50.33  | $ | 50.33     |
| I | 354274 | 0 | 10/4/2005  | 12/3/2005  | $ 3,985.20 | $ | 3,986.28  |
| D | 354274 | 3 | 11/17/2005 | 1/16/2006  | $ 1.08   |   |           |
|   |        |   |            |            |          | $ | 94,246.16 |

I=Invoice
P=Payment

Small Parts, Inc.
Delphi Bankruptcy - Claim #11274
Detailed Application of Wire Payments Totaling $116,477.64

| Invoice | Packing Slip | Chk/Ref | Description | Customer | Name | Amount |
|---|---|---|---|---|---|---|
| open payment | | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 5.36 |
| 325914 | 258035 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 2,066.40 |
| 330048 | 262020 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 1,700.00 |
| 330844 | 262643 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 398.85 |
| 338741 | 270103 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 207.20 |
| 340088 | 271458 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 14.17 |
| 345477 | 276551 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 202.04 |
| 345788 | 276870 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 243.03 |
| 348795 | 279805 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 156.42 |
| 348996 | 280012 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 2,656.80 |
| 348999 | 280020 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 100.66 |
| 349045 | 280057 | 790735 | Payment 790735 | 2715 | DELPHI AUTOMOTIVE SYS | $ 156.42 |
| | | | | | | $ 7,907.35 |

| Invoice | Packing Slip | Chk/Ref | Description | Customer | Name | Amount |
|---|---|---|---|---|---|---|
| open payment | | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 380.21 |
| open payment | | 10535232 | Payment 10535232 | 2715 | DELPHI AUTOMOTIVE SYS | $ 11,985.87 |
| 313897 | 247255 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 2,487.24 |
| 313898 | 247256 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 362.03 |
| 313899 | 247257 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 131.00 |
| 313900 | 247258 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 377.70 |
| 322574 | 255397 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 1,293.98 |
| 324741 | 256993 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 755.40 |
| 332655 | 264405 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 29.12 |
| 333600 | 265233 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 31.20 |
| 335985 | 267511 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 43.68 |
| 336585 | 268113 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 21.84 |
| 337141 | 268705 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 29.12 |
| 338426 | 269801 | 10535232 | Payment 10535232 | 1204 | DELPHI ENERGY & CHASSIS | $ 21.84 |
| 347984 | 278966 | 10535232 | Payment 10535232 | 1100 | DELPHI-E | $ 0.28 |

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| 348015 | 278999 | 10535232 Payment 10535232 | 1204 DELPHI ENERGY & CHASSIS | $ | 2.10 |
| 348039 | 279021 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 4.26 |
| 348067 | 279039 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 2.65 |
| 348184 | 279161 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 425.00 |
| 348359 | 279312 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 0.05 |
| 348416 | 279400 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | (0.36) |
| 348421 | 279409 | 10535232 Payment 10535232 | 1204 DELPHI ENERGY & CHASSIS | $ | 3.34 |
| 348542 | 279494 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 379.80 |
| 348655 | 279632 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 387.60 |
| 348656 | 279633 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 439.92 |
| 348657 | 279634 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 268.30 |
| 348668 | 279648 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 3.91 |
| 348767 | 279734 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 875.95 |
| 348860 | 279787 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 268.30 |
| 348897 | 279887 | 10535232 Payment 10535232 | 1204 DELPHI ENERGY & CHASSIS | $ | 2.02 |
| 348940 | 279897 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 387.60 |
| 348941 | 279916 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 1,751.90 |
| 349103 | 280045 | 10535232 Payment 10535232 | 1100 DELPHI-E | $ | 3,065.82 |
| 49920 | 53133 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 103.00 |
| 50183 | 53567 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 2,580.90 |
| 50502 | 53876 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 129.60 |
| 50667 | 54077 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 64.80 |
| 50712 | 54130 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 72.90 |
| 50874 | 54275 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 103.00 |
| 50884 | 54281 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 103.00 |
| 51108 | 54465 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 102.90 |
| 51334 | 54730 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 37.38 |
| 51430 | 54796 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 97.20 |
| 51644 01/05 surcharge | | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 6,475.59 |
| 51750 | 55178 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 213.96 |
| 51811 | 55181 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 4.34 |
| 52735 | 56196 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 25.08 |
| 52741 | 56217 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 309.00 |
| 52864 | 56288 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 177.16 |
| 53059 | 56540 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 206.00 |
| 53308 | 56771 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 686.70 |
| 53312 | 56788 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 309.00 |

| | | | | | |
|---|---|---|---|---|---|
| 53352 | 56872 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 444.72 |
| 53360 | 56873 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 409.74 |
| 53409 | 56933 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 481.78 |
| 53415 | 56934 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 528.05 |
| 53439 | 56987 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 1,672.72 |
| 53538 | 57110 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 370.60 |
| 53661 | 57236 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 646.57 |
| 53707 | 57247 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 574.43 |
| 53841 | 57406 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 572.25 |
| 53954 | 57485 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 805.73 |
| 54029 | 57570 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 407.66 |
| 54285 | 57848 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 185.01 |
| 54289 | 57847 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 228.90 |
| 54366 | 57928 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54388 | 57974 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 339.60 |
| 54441 | 58056 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54491 | 58068 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54494 | 58067 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 354.36 |
| 54537 | 58116 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 118.12 |
| 54538 | 58119 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 2.55 |
| 54547 | 58115 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54602 | 58207 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 147.65 |
| 54606 | 58206 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54663 | 58261 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 147.65 |
| 54668 | 58260 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54716 | 58335 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 295.30 |
| 54724 | 58336 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 469.80 |
| 54826 | 58462 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 147.65 |
| 54830 | 58460 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54869 | 58489 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 147.65 |
| 54870 | 58488 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 4.60 |
| 54874 | 58490 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54920 | 58523 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 88.59 |
| 54922 | 58522 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 54985 | 58620 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 354.36 |
| 54987 | 58579 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |
| 55030 | 58638 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ | 234.90 |

| | | | | | |
|---|---|---|---|---|---|
| 55068 | 58676 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55069 | 58675 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 4.60 |
| 55076 | 58673 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 234.90 |
| 55120 | 58761 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55159 | 58773 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 23.51 |
| 55160 | 58786 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55166 | 58774 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 355.78 |
| 55200 | 58818 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55247 | 58879 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55283 | 58888 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55284 | 58913 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 3.45 |
| 55294 | 58942 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 234.90 |
| 55331 | 58977 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 295.30 |
| 55340 | 58978 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 860.13 |
| 55357 | 58945 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 381.45 |
| 55463 | 59064 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 829.68 |
| 55497 | 59133 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 548.10 |
| 55539 | 59184 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 234.90 |
| 55591 | 59251 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 224.88 |
| 55632 | 59271 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55685 | 59347 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55691 | 59328 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 430.65 |
| 55734 | 59384 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 132.32 |
| 55787 | 59442 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 147.65 |
| 55790 | 59444 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 128.41 |
| 55839 | 59504 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 509.35 |
| 55840 | 59503 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 274.42 |
| 55888 | 59534 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 509.35 |
| 55890 | 59542 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 234.90 |
| 55935 | 59574 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 509.35 |
| 55936 | 59573 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 215.32 |
| 56033 | 59687 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 611.22 |
| 56035 | 59701 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 508.95 |
| 56046 | 59696 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 10.87 |
| 56068 | 59719 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 254.68 |
| 56069 | 59720 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 64.05 |
| 56098 | 59750 | 7913365 Payment 7913365 | 33 | Delphi Automotive Systems | $ 9.14 |

| | | | | |
|---|---|---|---|---|
| 56125 | 59751 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 152.81 |
| 56126 | 59801 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 2,492.30 |
| 56158 | 59800 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 305.61 |
| 56162 | 59863 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 32.65 |
| 56170 | 59921 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 294.26 |
| 56249 | 59895 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 1,018.70 |
| 56265 | 59965 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 275.61 |
| 56276 | 59937 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 2.84 |
| 56308 | 60011 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 134.84 |
| 56315 | 59983 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 1.42 |
| 56334 | 60012 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 154.10 |
| 56350 | 60016 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 327.92 |
| 56358 | 60052 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 32.65 |
| 56389 | 60068 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 230.04 |
| 56391 | 60054 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 4.60 |
| 56440 | 60075 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 234.90 |
| 56468 | 60150 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 1,222.44 |
| 56469 | 60133 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56513 | 60169 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56528 | 60151 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 4.26 |
| 56547 | 60226 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |
| 56548 | 60225 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 469.80 |
| 56557 | 60271 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 32.65 |
| 56598 | 60273 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |
| 56599 | 60272 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56612 | 60313 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 3.55 |
| 56633 | 60312 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |
| 56634 | 60311 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56681 | 60369 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |
| 56682 | 60367 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56745 | 60432 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |
| 56747 | 60431 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 274.05 |
| 56776 | 60494 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 783.00 |
| 56777 | 60495 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | (212.63) |
| 56822 | 60540 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 4.60 |
| 57004 | 60735 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 32.65 |
| 57039 | 60732 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ | 509.35 |

| | | | | Amount |
|---|---|---|---|---|
| 57085 | 60802 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57215 | 60966 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 32.65 |
| 57239 | 60968 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57241 | 60967 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57283 | 61026 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57319 | 61059 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57320 | 61058 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57353 | 61098 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57354 | 61097 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57388 | 61128 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57390 | 61127 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57403 | 61168 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 32.65 |
| 57443 | 61170 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 509.35 |
| 57444 | 61169 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57511 | 61292 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,715.70 |
| 57512 | 61291 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 469.80 |
| 57576 | 61346 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 234.90 |
| 57647 | 61438 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 469.80 |
| 57648 | 61439 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 567.90 |
| 57729 | 61497 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 57759 | 61523 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 57788 | 61607 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 57865 | 61647 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 57866 | 61655 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 567.90 |
| 57941 | 61729 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 57997 | 61780 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 58030 | 61849 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,274.40 |
| 58073 | 61880 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,486.80 |
| 58086 | 61881 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,294.60 |
| 58119 | 61947 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,486.80 |
| 58156 | 61980 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,486.80 |
| 58192 | 62016 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,486.80 |
| 58301 | 62094 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 5,522.40 |
| 58302 | 62118 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 566.42 |
| 58523 | 62372 | 7913365 Payment 7913365 | 33 Delphi Automotive Systems | $ 1,294.60 |
| | | | | $ 105,352.32 |

| Invoice | Packing Slip | Chk/Ref | Description | Customer | Name | Amount |
|---|---|---|---|---|---|---|
| 299839 | 233456 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 248.77 |
| 300814 | 234404 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 35.21 |
| 301187 | 234781 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 69.80 |
| 303032 | 236595 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 69.80 |
| 304135 | 237664 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 165.85 |
| 305989 | 239509 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 144.00 |
| 315279 | 248453 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 82.10 |
| 315728 | 248916 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 34.55 |
| 330167 | 262147 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 82.10 |
| 332364 | 264158 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 118.84 |
| 332396 | 264188 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 1.37 |
| 334275 | 265916 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 45.67 |
| 334665 | 266306 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 29.71 |
| 335250 | 266844 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 40.63 |
| 335419 | 266923 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 201.33 |
| 335420 | 266925 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 57.81 |
| 335421 | 266926 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 39.64 |
| 336904 | 268435 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.68 |
| 338694 | 270084 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 82.22 |
| 338911 | 270263 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.98 |
| 338984 | 270338 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 146.95 |
| 339815 | 271157 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.98 |
| 339824 | 271199 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 1.71 |
| 339873 | 271182 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 71.77 |
| 339893 | 271252 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.98 |
| 340036 | 271442 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 4.83 |
| 340038 | 271445 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.31 |
| 340060 | 271396 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 1.14 |
| 340062 | 271398 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.76 |
| 340081 | 271400 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 0.98 |
| 340177 | 271542 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 4.90 |
| 340290 | 271610 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 4.90 |
| 340411 | 271739 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 4.90 |
| 340564 | 271843 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 24.50 |
| 340725 | 271949 | 321797 | Payment 321797 | 1200 | DELPHI DELCO ELECTRONICS | $ 9.80 |

| | | | | | |
|---|---|---|---|---|---|
| 340961 | 272184 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 341067 | 272307 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 341141 | 272389 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 53.90 |
| 341290 | 272446 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 341310 | 272558 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 341313 | 272561 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 39.45 |
| 341352 | 272633 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 0.22 |
| 341474 | 272705 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 341608 | 272845 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 341676 | 272934 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 341784 | 273030 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 14.70 |
| 341911 | 273143 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 14.70 |
| 341990 | 273252 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 342087 | 273330 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 342230 | 273495 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 0.25 |
| 342330 | 273564 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 24.50 |
| 342432 | 273712 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 342487 | 273785 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 0.50 |
| 342488 | 273786 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 0.25 |
| 342569 | 273852 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 342680 | 273955 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 342802 | 274051 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 205.05 |
| 342804 | 274054 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 342937 | 274149 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 14.70 |
| 343088 | 274266 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 44.10 |
| 343107 | 274314 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 0.50 |
| 343144 | 274363 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 3.53 |
| 343175 | 274382 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 343426 | 274592 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 343427 | 274593 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 234.10 |
| 343638 | 274730 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 343656 | 274809 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 343730 | 274905 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 3.53 |
| 343789 | 274945 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 343840 | 275001 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 343998 | 275135 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 344072 | 275237 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |

715689

| | | | | |
|---|---|---|---|---|
| 344137 | 275279 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 39.20 |
| 344153 | 275327 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 3.53 |
| 344241 | 275411 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 19.60 |
| 344298 | 275481 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 344569 | 275732 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 9.80 |
| 344617 | 275768 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 344645 | 275831 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 3.53 |
| 344876 | 276065 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 344896 | 276080 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 4.90 |
| 346096 | 277189 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 109.71 |
| 346124 | 277191 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 35.80 |
| 346189 | 277271 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 38.98 |
| 346426 | 277529 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 29.05 |
| 346545 | 277552 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 38.98 |
| 347793 | 278783 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 42.38 |
| 347875 | 278840 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 8.19 |
| 347923 | 278904 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 8.19 |
| 348001 | 278975 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 42.37 |
| 348181 | 279077 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 75.42 |
| 348357 | 279315 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 8.19 |
| 348371 | 279365 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 42.37 |
| 348540 | 279488 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 8.19 |
| 348739 | 279729 | 321797 Payment 321797 | 1200 DELPHI DELCO ELECTRONICS | $ | 13.24 |
| | | | | $ | 3,217.97 |