**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X

In re: Delphi Corporation, et al     :
                                     :    In Proceedings For A
                                     :    Reorganization Under
                                          Chapter 11

                                          Case No: 05-44481(RDD)


                                     :
            Debtor.
                                     :
-----------------------------------X


### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED January 11, 2008, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.