LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
Tel:  (312) 443-0700
cbarr@lockelord.com
Courtney Engelbrecht Barr (CBE 7768)

Attorneys for D & R Technology LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Courtney Engelbrecht Barr, a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent D & R Technology LLC, a party holding claims in the above-referenced case.  My mailing address, e-mail address and telephone number are noted above.

The filing fee of $25.00 has been submitted with this motion for **pro hac vice** admission.

Dated: January 17, 2008
Chicago, Illinois

                                                 /s/ Courtney Engelbrecht Barr
                                                 Courtney Engelbrecht Barr

---

**ORDER**

**ORDERED**,
that Courtney Engelbrecht Barr, Esq., is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  January _____, 2008
New York, New York                  /s/_____
                                           UNITED STATES BANKRUPTCY JUDGE