# EXHIBIT A

| Process # | DUNS # | Plant Cod | Doc Typ | Document # | Document Dat | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '90000335566671 | RD 130386357 | RH | 4 | 'ESD52047636004001 | 1/12/2005 | ($4,499.95) | 27114 | D05500555986 | 1 |
| '90000332208451 | RD 130386357 | DJ | 2 | '520452632400 | 3/4/2005 | $2,000.00 | 29248 | D04500094936 | 1 |
| '90000332208452 | RD 130386357 | DJ | 2 | '520452632500 | 3/4/2005 | $1,000.00 | 29249 | D04500094936 | 1 |
| '90000326711184 | RD 130386357 | DJ | 2 | '520420929700 | 3/24/2005 | $5,404.00 | 29600 | D04500097272 | 1 |
| '90000332241764 | RD 130386357 | DJ | 2 | '520454859000 | 4/27/2005 | $290.00 | 30472 | D04501017776 | 1 |
| '90000332208454 | RD 130386357 | DJ | 2 | '520452633000 | 5/17/2005 | $3,240.00 | 30974 | D04502130044 | 1 |
| '90000332525537 | RD 130386357 | DS | 2 | '520412169700 | 6/9/2005 | $3,393.72 | 31415 | D05500557126 | 1 |
| '90000312266514 | RD 130386357 | DS | 2 | '520338211800 | 8/1/2005 | $1,044.49 | 32413 | D05500566567 | 1 |
| '90000312266513 | RD 130386357 | DG | 2 | '520338211700 | 8/1/2005 | $726.60 | 32426 | D05500566567 | 1 |
| '90000332525543 | RD 130386357 | DS | 2 | '520412173300 | 8/1/2005 | $12,760.24 | 32443 | D05500081280 | 1 |
| '90000325503160 | RD 130386357 | DS | 4 | 'DMP52041217950001 | 8/2/2005 | ($13,741.80) | 32443 | D05500555076 | 1 |
| '90000312876605 | RD 130386357 | DG | 2 | '520409661001 | 8/2/2005 | $1,248.85 | 32450 | D05500566567 | 1 |
| '90000332208453 | RD 130386357 | DJ | 2 | '520452632600 | 8/3/2005 | $297.00 | 32468 | D05500566567 | 1 |
| '90000312876606 | RD 130386357 | DG | 2 | '520411169500 | 8/9/2005 | $408.72 | 32478 | D05500566567 | 1 |
| '90000312876607 | RD 130386357 | DG | 2 | '520412125001 | 8/10/2005 | $703.90 | 32478 | D05500566567 | 1 |
| '90000314106640 | RD 130386357 | DG | 2 | '520346224800 | 8/4/2005 | $1,135.32 | 32500 | D05500566567 | 1 |
| '90000314106641 | RD 130386357 | DG | 2 | '520346527800 | 8/4/2005 | $22.71 | 32608 | D05500566567 | 1 |
| '90000314710642 | RD 130386357 | DG | 2 | '520346527800 | 8/12/2005 | $1,385.09 | 32688 | D05500566567 | 1 |
| '90000313496030 | RD 130386357 | DG | 2 | '520346185300 | 8/17/2005 | $476.83 | 32769 | D05500566567 | 1 |
| '90000314710641 | RD 130386357 | DG | 2 | '520346427800 | 8/17/2005 | $22.71 | 32608 | D05500566567 | 1 |
| '90000314106642 | RD 130386357 | DG | 2 | '520347528800 | 8/12/2005 | $1,385.09 | 32688 | D05500566567 | 1 |
| '90000314710642 | RD 130386357 | DJ | 2 | '520430258100 | 8/12/2005 | $8,080.00 | 32690 | D04501117535 | 1 |
| '90000313496030 | RD 130386357 | DG | 2 | '520347811300 | 8/19/2005 | $1,089.91 | 32717 | D05500566567 | 1 |
| '90000314106639 | RD 130386357 | DG | 2 | '520346224700 | 8/9/2005 | $1,634.86 | 32596 | D05500566567 | 1 |
| '90000312837119 | RD 130386357 | DG | 2 | '520346247001 | 8/15/2005 | $1,362.38 | 32608 | D05500566567 | 1 |
| '90000314710641 | RD 130386357 | DG | 2 | '520346427800 | 8/17/2005 | $22.71 | 32608 | D05500566567 | 1 |
| '90000314106642 | RD 130386357 | DG | 2 | '520347528800 | 8/12/2005 | $1,385.09 | 32688 | D05500566567 | 1 |
| '90000314715244 | RD 130386357 | DG | 2 | '520349843400 | 8/18/2005 | $1,407.80 | 32794 | D05500566567 | 1 |
| '90000325448471 | RD 130386357 | DS | 4 | 'DMP52041305620001 | 9/30/2005 | ($2,890.20) | 32822 | D05500565451 | 1 |
| '90000315117444 | RD 130386357 | DG | 2 | '520352195900 | 8/22/2005 | $635.78 | 32850 | D05500566567 | 1 |
| '90000330210110 | RD 130386357 | RH | 4 | 'ESD52044172730001 | 9/5/2005 | ($8,748.06) | 32895 | D05500611628 | 1 |
| '90000315785701 | RD 130386357 | DG | 2 | '520354836300 | 8/30/2005 | $635.78 | 32929 | D05500566567 | 1 |
| '90000328400056 | RD 130386357 | LV | 2 | 'CSR520430368600 | 10/7/2005 | $78.00 | 32959 | D05500699569 | 1 |
| '90000325525488 | RD 130386357 | DC | 2 | '520412697100 | 8/30/2005 | $3,372.45 | 32972 | D05500040121 | 1 |
| '90000325031555 | RD 130386357 | DC | 4 | 'DMP52041270980001 | 8/30/2005 | ($770.25) | 32972 | D05500040121 | 1 |
| '90000328400055 | RD 130386357 | LV | 2 | 'CSR520430368600 | 10/7/2005 | $78.00 | 33007 | D05500699569 | 1 |
| '90000322262640 | RD 130386357 | LV | 2 | '520380431500 | 9/6/2005 | $635.78 | 33012 | D05500566567 | 1 |
| '90000328400054 | RD 130386357 | LV | 2 | 'CSR52043036860 | 10/7/2005 | $144.00 | 33019 | D05500699569 | 1 |
| '90000328400057 | RD 130386357 | LV | 4 | 'CSR520430368600 | 10/7/2005 | $66.00 | 33047 | D05500699569 | 1 |
| '90000328400058 | RD 130386357 | LV | 4 | 'CSR520430368600 | 10/7/2005 | $66.00 | 33072 | D05500699569 | 1 |

Per Covisint

Per Covisint

| Process # | DUNS # | 'lant Codloc Typ | Document # | Document Dat | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '9000032840059 | RD 130386357 | LV | 4 | 'CSR520430368606 | 10/7/2005 | $150.00 | 33094 | D0550069569 | 1 |
| '9000032840060 | RD 130386357 | LV | 4 | 'CSR5204303686007 | 10/7/2005 | $78.00 | 33105 | D0550069569 | 1 |
| '9000032840061 | RD 130386357 | LV | 4 | 'DSR5204303687001 | 10/7/2005 | ($113.40) | 33138 | D0550069569 | 1 |
| '9000032840062 | RD 130386357 | LV | 4 | 'DSR5204303687002 | 10/7/2005 | ($81.00) | 33189 | D0550069569 | 1 |
| '9000031746544 | RD 130386357 | DG | 2 | '5203649650001 | 9/12/2005 | $272.48 | 33209 | D0550056567 | 1 |
| '9000031805794 | RD 130386357 | DG | 2 | '5203676262001 | 9/13/2005 | $408.72 | 33241 | D0550056567 | 1 |
| '9000031778269 | RD 130386357 | DG | 2 | '5203659564001 | 9/15/2005 | $181.65 | 33309 | D0550056567 | 1 |
| '9000031874948 | RD 130386357 | DG | 2 | '5203717063001 | 9/19/2005 | $522.25 | 33362 | D0550056567 | 1 |
| '9000031831611 | RD 130386357 | DG | 2 | '5203694828001 | 9/20/2005 | $1,521.33 | 33385 | D0550056567 | 1 |
| '9000031831612 | RD 130386357 | DR | 2 | '5203693140001 | 9/20/2005 | $20.24 | 33390 | D0550078141 | 1 |
| '9000031890571 | RD 130386357 | DR | 2 | '5203725000001 | 9/28/2005 | $16.52 | 33391 | D0550056567 | 1 |
| '9000031914886 | RD 130386357 | DG | 2 | '5203736259001 | 9/29/2005 | $590.37 | 33405 | D0550056567 | 1 |
| '9000032525536 | RD 130386357 | DS | 2 | '5204121696001 | 9/22/2005 | $5,016.90 | 33452 | D0550057126 | 1 |
| '9000031914887 | RD 130386357 | DG | 2 | '5203743464001 | 9/30/2005 | $590.37 | 33482 | D0550056567 | 1 |
| '9000031945748 | RD 130386357 | DG | 2 | '5203754003001 | 10/3/2005 | $726.60 | 33521 | D0550056567 | 1 |
| '9000031960503 | RD 130386357 | DR | 2 | '5203763753001 | 9/28/2005 | $885.55 | 33541 | D0550056567 | 1 |
| '9000031976263 | RD 130386357 | DR | 2 | '5203771888001 | 9/29/2005 | $613.07 | 33561 | D0550077961 | 1 |
| '9000031994766 | RD 130386357 | DR | 2 | '5203780193001 | 9/30/2005 | $726.60 | 33587 | D0550077961 | 1 |
| '9000032525497 | RD 130386357 | DJ | 2 | '5204121632001 | 10/3/2005 | $1,862.50 | 33643 | D0450136383 | 1 |
| '9000032888726 | RD 130386357 | DJ | 2 | '5204311683001 | 8/12/2005 | $10,360.00 | 32690A | D0450117535 | 1 |
| '0050162003826 | RD 130386357 | DF | 4 | 'ADMDISCTS1005 | 9/30/2005 | ($140.50) | DISCTS1005 | N/A | 1 |
| '0050162003895 | RD 130386357 | EW | 4 | 'ADMDISCTS1005 | 9/30/2005 | ($246.05) | DISCTS1005 | N/A | 1 |
| '0050162003896 | RD 130386357 | EW | 4 | 'ADMDISCTS1005V | 9/30/2005 | ($233.64) | DISCTS1005 | N/A | 1 |
| '0050162004741 | RD 130386357 | EW | 4 | 'ADMDISCTS1005VV | 9/30/2005 | ($7,783.17) | DISCTS1005 | N/A | 1 |
| | **RD 130386357** | | | | | **$40,936.77** | | | |
| '9000032004987 | XX 364245988 | DJ | 2 | '5203781529001 | 4/30/2004 | $1,620.00 | 23098 | D0550092801 | 1 |
| '9000031935385 | XX 364245988 | DJ | 2 | '5203726725001 | 8/27/2004 | $1,041.60 | 25236 | D0550082806 | 1 |
| '9000031981637 | XX 364245988 | DJ | 2 | '5203770362001 | 9/1/2004 | $1,000.00 | 25315 | D0550068402 | 1 |
| '9000031935394 | XX 364245988 | DJ | 2 | '5203748595001 | 12/14/2004 | $400.00 | 27449 | D0550078501 | 1 |
| '9000032005009 | XX 364245988 | R2 | 2 | '5203781780001 | 10/7/2005 | $191.28 | 27700 | D0550063506 | 1 |
| '9000032290614 | XX 364245988 | DJ | 2 | '5203957895001 | 1/7/2005 | $9,330.00 | 27842 | D0550083739 | 1 |
| '9000032290615 | XX 364245988 | DJ | 2 | '5203957896001 | 1/7/2005 | $480.00 | 27843 | D0450083739 | 1 |
| '9000032290609 | XX 364245988 | DJ | 2 | '5203957889001 | 2/11/2005 | $960.00 | 28672 | D0450083739 | 1 |
| '9000031935390 | XX 364245988 | DJ | 2 | '5203726730001 | 3/4/2005 | $1,350.00 | 29194 | D0450096990 | 1 |
| '9000031935386 | XX 364245988 | DJ | 2 | '5203726726001 | 3/4/2005 | $2,025.00 | 29197 | D0450096990 | 1 |
| '9000032334505 | XX 364245988 | DJ | 2 | '5203988916001 | 3/29/2005 | $740.00 | 29706 | D0450104848 | 1 |

Per Covisint

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '9000003248367 | XX 364245988 | DJ | 2 | '520408090700 | 3/30/2005 | $4,000.00 | 29738 | D0450097414 |
| '9000003248367 | XX 364245988 | DJ | 2 | '520408090600 | 3/30/2005 | $6,400.00 | 29739 | D0450099258 |
| '9000003193539 | XX 364245988 | DJ | 2 | '520374859400 | 3/30/2005 | $10,000.00 | 29740 | D0450098478 |
| '9000003248367 | XX 364245988 | DJ | 2 | '520408090500 | 3/30/2005 | $2,000.00 | 29741 | D0450099261 |
| '9000003234350 | XX 364245988 | DJ | 2 | '520398891500 | 3/30/2005 | $3,400.00 | 29742 | D0450095932 |
| '9000003229061 | XX 364245988 | DJ | 2 | '520395789700 | 4/27/2005 | $580.00 | 30471 | D0450101776 |
| '9000003229061 | XX 364245988 | DJ | 2 | '520395789400 | 4/27/2005 | $3,200.00 | 30473 | D0450101080 |
| '9000003198163 | XX 364245988 | DJ | 2 | '520377354100 | 4/29/2005 | $600.00 | 30614 | D0450104515 |
| '9000003193538 | XX 364245988 | DJ | 2 | '520372672700 | 5/12/2005 | $162.00 | 30895 | D0450101071 |
| '9000003234350 | XX 364245988 | DJ | 2 | '520398891400 | 5/13/2005 | $1,900.00 | 30930 | D0450104518 |
| '9000003193538 | XX 364245988 | DJ | 2 | '520372672900 | 5/16/2005 | $810.00 | 30975 | D0450104517 |
| '9000003193538 | XX 364245988 | DJ | 2 | '520372672800 | 5/19/2005 | $1,620.00 | 31061 | D0450104516 |
| '9000003193539 | XX 364245988 | DJ | 2 | '520372673500 | 6/15/2005 | $242.70 | 31675 | D0450109003 |
| '9000003193534 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $54.08 | 31703 | D0550038500 |
| '9000003193534 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31735 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31762 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $37.44 | 31792 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31817 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31863 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31880 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31914 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31947 | D0550038500 |
| '9000003193535 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 31957 | D0550038500 |
| '9000003229061 | XX 364245988 | DJ | 2 | '520395789300 | 7/7/2005 | $84.10 | 32069 | D0450111014 |
| '9000003229061 | XX 364245988 | DJ | 2 | '520395789200 | 7/17/2005 | $168.20 | 32070 | D0450111658 |
| '9000003234350 | XX 364245988 | DJ | 2 | '520398891300 | 7/26/2005 | $1,567.50 | 32337 | D0450114223 |
| '9000003234450 | XX 364245988 | DJ | 2 | '520398891200 | 7/29/2005 | $1,440.00 | 32341 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32370 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32391 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32400 | D0450117982 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32414 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32455 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32479 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32509 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32534 | D0550038500 |
| '9000003193536 | XX 364245988 | RD | 2 | 'ACM52037940350 | 10/1/2005 | $45.76 | 32552 | D0550038500 |
| '9000003159613 | XX 364245988 | RH | 2 | '520356298000 | 9/5/2005 | $506.40 | 32579 | D0550061128 |

| Process # | DUNS # | Plant Cod | Doc Typ | Document # | Document Da | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '000501619367 | XX 364245988 | RD | 4 | 'ACM520379403520 | 10/1/2005 | $62.40 | 32583 | D055003850 |
| '000501619368 | XX 364245988 | RD | 4 | 'ACM520379403521 | 10/1/2005 | $54.08 | 32624 | D055003850 |
| '000501619369 | XX 364245988 | RD | 4 | 'ACM520379403522 | 10/1/2005 | $49.92 | 32647 | D055003850 |
| '900003290607 | XX 364245988 | DJ | 2 | '520395788601 | 8/11/2005 | $870.00 | 32667 | D045010176 |
| '000501619370 | XX 364245988 | RD | 4 | 'ACM520379403523 | 10/1/2005 | $45.76 | 32678 | D055003850 |
| '000501619371 | XX 364245988 | RD | 4 | 'ACM520379403524 | 10/1/2005 | $45.76 | 32699 | D055003850 |
| '900003204412 | XX 364245988 | DS | 2 | '52038107960001 | 8/19/2005 | $10,858.46 | 32731 | D055007433 |
| '900003202841 | XX 364245988 | DS | 4 | 'DMP52038108050001 | 8/19/2005 | ($4,423.81) | 32731 | D055007433 |
| '000501619372 | XX 364245988 | RD | 4 | 'ACM520379403525 | 10/1/2005 | $54.08 | 32745 | D055003850 |
| '000501619373 | XX 364245988 | RD | 4 | 'ACM520379403526 | 10/1/2005 | $37.44 | 32773 | D055003850 |
| '900003229060 | XX 364245988 | DJ | 2 | '520395788401 | 8/18/2005 | $2,175.00 | 32796 | D045010177 |
| '000501619374 | XX 364245988 | RD | 4 | 'ACM520379403527 | 10/1/2005 | $37.44 | 32797 | D055003850 |
| '000501619375 | XX 364245988 | RD | 4 | 'ACM520379403528 | 10/1/2005 | $41.60 | 32830 | D055003850 |
| '000501619376 | XX 364245988 | RD | 4 | 'ACM520379403529 | 10/1/2005 | $37.44 | 32852 | D055003850 |
| '000501619377 | XX 364245988 | RD | 4 | 'ACM520379403530 | 10/1/2005 | $70.72 | 32886 | D055003850 |
| '900003159613 | XX 364245988 | RH | 2 | '52035629790001 | 9/5/2005 | $10,001.40 | 32895 | D055006112 |
| '900003226511 | XX 364245988 | DF | 2 | '52029470020001 | 8/25/2005 | $6,021.00 | 32896 | D055007525 |
| '900003225214 | XX 364245988 | DF | 4 | 'DMP52039473400001 | 8/25/2005 | ($2,007.00) | 32896 | D055007525 |
| '000501619379 | XX 364245988 | RD | 4 | 'ACM520379403531 | 10/1/2005 | $41.60 | 32908 | D055003850 |
| '000501619190 | XX 364245988 | RD | 4 | 'ACM520379403532 | 10/1/2005 | $37.44 | 32934 | D055003850 |
| '000501619191 | XX 364245988 | RD | 4 | 'ACM520379403533 | 10/1/2005 | $37.44 | 32953 | D055003850 |
| '900003163852 | XX 364245988 | RD | 2 | 'ACM52058468001 | 9/7/2005 | $3,521.98 | 32987 | D055003850 |
| '000501619192 | XX 364245988 | RD | 4 | 'ACM520379403534 | 10/1/2005 | $506.40 | 32956 | D055006112 |
| '000501619193 | XX 364245988 | RD | 4 | 'ACM520379403535 | 10/1/2005 | $41.60 | 32987 | D055003850 |
| '900003162411 | XX 364245988 | DS | 2 | '52035789500001 | 9/7/2005 | $22,815.22 | 32896 | D055007525 |
| '000501619194 | XX 364245988 | RD | 4 | 'ACM520379403536 | 10/1/2005 | $16.64 | 33041 | D055003850 |
| '000501619195 | XX 364245988 | RD | 4 | 'ACM520379403537 | 10/1/2005 | $41.60 | 33065 | D055003850 |
| '900003160943 | XX 364245988 | DS | 2 | '52035703890001 | 9/6/2005 | $7,434.00 | 33098 | D055005507 |
| '000501619430 | XX 364245988 | DS | 2 | '52035703880001 | 9/6/2005 | $10,115.82 | 33099 | D055006390 |
| '900003163847 | XX 364245988 | DS | 2 | '52035768200001 | 9/6/2005 | $4,028.80 | 33101 | D055007433 |
| '000501619196 | XX 364245988 | RD | 4 | 'ACM520379403537 | 10/1/2005 | $37.44 | 33089 | D055003850 |
| '900003163847 | XX 364245988 | RD | 2 | 'ACM520379403538 | 10/1/2005 | $41.60 | 33101 | D055003850 |
| '000501619197 | XX 364245988 | RD | 4 | '52035768210001 | 9/6/2005 | $7,779.48 | 33102 | D055005372 |
| '900003163847 | XX 364245988 | RD | 2 | '52035768190001 | 9/6/2005 | $2,023.41 | 33103 | D055005372 |
| '900003166420 | XX 364245988 | LV | 2 | '52035959400001 | 9/6/2005 | $2,792.40 | 33105 | D055006956 |

| Process # | DUNS # | 'ant Codoc Typ | Document # | Document Dat | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|
| '000031664203 | XX 364245988 | LV | 2 | '520359594200 | 9/6/2005 | $1,167.60 | 33106 | D055006956 |
| '000031638478 | XX 364245988 | RT | 2 | '520358472100 | 9/8/2005 | $1,266.00 | 33108 | D055002617 |
| '000031664216 | XX 364245988 | RH | 2 | '520359343700 | 9/6/2005 | $1,012.80 | 33109 | D055006112 |
| '000031609433 | XX 364245988 | DS | 2 | '520357039100 | 9/6/2005 | $21,442.40 | 33110 | D055005507 |
| '000031624129 | XX 364245988 | DS | 2 | '520357910700 | 9/7/2005 | $65,339.27 | 33111 | D055005507 |
| '000031609436 | XX 364245988 | DS | 2 | '520357042400 | 9/6/2005 | $10,056.95 | 33112 | D055005507 |
| '000031609432 | XX 364245988 | DS | 2 | '520357039000 | 9/6/2005 | $43,526.89 | 33113 | D055006390 |
| '000031609437 | XX 364245988 | DS | 2 | '520357043200 | 9/6/2005 | $13,005.90 | 33115 | D055006545 |
| '000031624124 | XX 364245988 | DS | 2 | '520357900500 | 9/6/2005 | $21,676.50 | 33116 | D055006545 |
| '000031609434 | XX 364245988 | DS | 2 | '520357039200 | 9/6/2005 | $46,496.18 | 33117 | D055006390 |
| '000031638472 | XX 364245988 | LV | 2 | '520358728200 | 9/7/2005 | $1,324.80 | 33119 | D055006956 |
| '000031638471 | XX 364245988 | DS | 2 | '520358728100 | 9/7/2005 | $2,208.00 | 33120 | D055006956 |
| '000031624130 | XX 364245988 | DS | 2 | '520357911100 | 9/7/2005 | $33,389.07 | 33131 | D055007126 |
| '000031638454 | XX 364245988 | DS | 2 | '520358701000 | 9/8/2005 | $10,838.25 | 33132 | D055006545 |
| '000031677107 | XX 364245988 | R2 | 2 | '520360946800 | 9/7/2005 | $10,242.00 | 33133 | D055006353 |
| '000031664209 | XX 364245988 | RD | 2 | '520359337000 | 9/7/2005 | $5,640.32 | 33134 | D055003850 |
| '000050161951 98 | XX 364245988 | RD | 4 | 'ACM520379403503 9 | 10/1/2005 | $58.24 | 33134 | D055003850 |
| '000031664208 | XX 364245988 | RD | 2 | '520359336900 | 9/7/2005 | $5,657.81 | 33135 | D055005372 |
| '000031677101 | XX 364245988 | LV | 2 | '520360967100 | 9/7/2005 | $4,510.80 | 33138 | D055006956 |
| '000050161991 66 | XX 364245988 | LV | 4 | 'ACM520379162000 1 | 10/1/2005 | $239.40 | 33138 | D055006956 |
| '000032004986 | XX 364245988 | DJ | 2 | '520377897700 1 | 9/7/2005 | $34,100.00 | 33141 | D045010000 |
| '000031638463 | XX 364245988 | DS | 2 | '520358713600 1 | 9/8/2005 | $39,103.86 | 33151 | D055005507 |
| '000031638464 | XX 364245988 | DS | 2 | '520358713700 1 | 9/8/2005 | $6,703.20 | 33152 | D055005507 |
| '000031638465 | XX 364245988 | DS | 2 | '520358713800 1 | 9/8/2005 | $3,889.79 | 33153 | D055005507 |
| '000031638466 | XX 364245988 | DS | 2 | '520358713900 1 | 9/8/2005 | $22,374.17 | 33154 | D055005507 |
| '000031638467 | XX 364245988 | DS | 2 | '520358714000 1 | 9/8/2005 | $19,817.48 | 33155 | D055007126 |
| '000031638460 | XX 364245988 | DS | 2 | '520358710300 1 | 9/8/2005 | $7,434.00 | 33156 | D055005507 |
| '000031638461 | XX 364245988 | DS | 2 | '520358713400 1 | 9/8/2005 | $10,115.82 | 33157 | D055006390 |
| '000031664213 | XX 364245988 | DS | 2 | '520359374100 1 | 9/8/2005 | $2,417.28 | 33158 | D055003850 |
| '000050161951 99 | XX 364245988 | RD | 4 | 'ACM520379403504 0 | 10/1/2005 | $24.96 | 33158 | D055003850 |
| '000031664215 | XX 364245988 | RD | 2 | '520359374300 1 | 9/8/2005 | $4,243.35 | 33159 | D055005372 |
| '000031664211 | XX 364245988 | RD | 2 | '520359366500 1 | 9/8/2005 | $2,456.99 | 33160 | D055005372 |
| '000031704622 | XX 364245988 | LV | 2 | '520362517800 1 | 9/8/2005 | $1,334.40 | 33163 | D055006956 |
| '000050161991 67 | XX 364245988 | LV | 4 | 'ACM520379162000 2 | 10/1/2005 | $159.60 | 33164 | D055006956 |
| '000031638462 | XX 364245988 | DS | 2 | '520358713500 1 | 9/8/2005 | $17,122.60 | 33165 | D055007126 |
| '000031664204 | XX 364245988 | LV | 2 | '520359599100 1 | 9/8/2005 | $3,532.80 | 33168 | D055006956 |
| '000031664205 | XX 364245988 | LV | 2 | '520359599200 1 | 9/8/2005 | $3,532.80 | 33169 | D055006956 |

Per Covisint

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '0005016199200 | XX 364245988 | RD | 4 | 'ACM520379403504 | 10/1/2005 | $24.96 | 33184 | D0550038500 |
| '0005016199168 | XX 364245988 | LV | 4 | 'ACM5203791620003 | 10/1/2005 | $171.00 | 33189 | D0550069569 |
| '0005016199330 | XX 364245988 | LV | 4 | 'ACM5203791621001 | 10/1/2005 | $86.40 | 33190 | D0550069569 |
| '0005016199331 | XX 364245988 | LV | 4 | 'ACM5203791621002 | 10/1/2005 | $86.40 | 33201 | D0550069569 |
| '0005016195201 | XX 364245988 | RD | 4 | 'ACM5203794035042 | 10/1/2005 | $24.96 | 33216 | D0550038500 |
| '0005016199336 | XX 364245988 | LV | 4 | 'ACM5203791621007 | 10/1/2005 | $86.40 | 33226 | D0550069569 |
| '0005016199170 | XX 364245988 | LV | 4 | 'ACM5203791620005 | 10/1/2005 | $136.80 | 33227 | D0550069569 |
| '0005016199171 | XX 364245988 | LV | 4 | 'ACM5203791621001 | 10/1/2005 | $22.80 | 33227 | D0550069569 |
| '0005016199332 | XX 364245988 | LV | 4 | 'ACM5203791621003 | 10/1/2005 | $43.20 | 33235 | D0550069569 |
| '0005016199169 | XX 364245988 | LV | 4 | 'ACM5203791620004 | 10/1/2005 | $171.00 | 33257 | D0550069569 |
| '0005016195204 | XX 364245988 | RD | 4 | 'ACM5203794035043 | 10/1/2005 | $20.80 | 33261 | D0550038500 |
| '0005016199333 | XX 364245988 | LV | 4 | 'ACM5203791621004 | 10/1/2005 | $86.40 | 33270 | D0550069569 |
| '0005016199202 | XX 364245988 | RD | 4 | 'ACM5203794035043 | 10/1/2005 | $20.80 | 33270 | D0550038500 |
| '0005016199173 | XX 364245988 | LV | 4 | 'ACM5203791620008 | 10/1/2005 | $239.40 | 33288 | D0550069569 |
| '0005016199334 | XX 364245988 | LV | 4 | 'ACM5203791621005 | 10/1/2005 | $86.40 | 33291 | D0550069569 |
| '9000032290605 | XX 364245988 | DJ | 2 | '5203957883001 | 9/14/2005 | $200.00 | 33301 | D4501368150 |
| '9000032290608 | XX 364245988 | DJ | 2 | '5203957887001 | 9/14/2005 | $2,175.00 | 33302 | D4501367660 |
| '0005016199203 | XX 364245988 | RD | 4 | 'ACM5203794035044 | 10/1/2005 | $24.96 | 33310 | D0550038500 |
| '0005016199335 | XX 364245988 | LV | 4 | 'ACM5203791621006 | 10/1/2005 | $86.40 | 33321 | D0550069569 |
| '0005016199172 | XX 364245988 | LV | 4 | 'ACM5203791620007 | 10/1/2005 | $148.20 | 33330 | D0550069569 |
| '0005016195204 | XX 364245988 | RD | 4 | 'ACM5203794035045 | 10/1/2005 | $29.12 | 33333 | D0550038500 |
| '0005016199204 | XX 364245988 | LV | 4 | 'ACM5203791621008 | 10/1/2005 | $124.20 | 33345 | D0550069569 |
| '0005016199337 | XX 364245988 | RD | 4 | 'ACM5203794035046 | 10/1/2005 | $24.96 | 33353 | D0550038500 |
| '0005016195205 | XX 364245988 | LV | 4 | 'ACM5203791620009 | 10/1/2005 | $159.60 | 33376 | D0550069569 |
| '0005016199174 | XX 364245988 | RD | 4 | 'ACM5203794035047 | 10/1/2005 | $86.40 | 33378 | D0550038500 |
| '0005016195206 | XX 364245988 | LV | 4 | 'ACM5203791621009 | 10/1/2005 | $49.92 | 33380 | D0550069569 |
| '0005016199338 | XX 364245988 | DR | 4 | 'DMP5203851384001 | 10/3/2005 | $342.00 | 33398 | D0550044323 |
| '0005016199175 | XX 364245988 | LV | 4 | 'ACM5203791621010 | 10/1/2005 | $86.40 | 33399 | D0550069569 |
| '0005016199339 | XX 364245988 | DJ | 2 | '5203957890001 | 9/21/2005 | $3,770.00 | 33403 | D4501135624 |
| '9000032290610 | XX 364245988 | RD | 4 | 'ACM5203794035048 | 10/1/2005 | $33.28 | 33412 | D0550038500 |
| '0005016195207 | XX 364245988 | LV | 4 | 'ACM5203791620011 | 10/1/2005 | $159.60 | 33423 | D0550069569 |
| '0005016199176 | XX 364245988 | LV | 4 | 'ACM5203791621014 | 10/1/2005 | $86.40 | 33425 | D0550069569 |
| '0005016199343 | XX 364245988 | LV | 4 | 'ACM5203791621014 | 10/1/2005 | ($42.12) | 33431 | D0550044323 |
| '9000321146980 | XX 364245988 | RD | 4 | 'ACM5203794035049 | 10/1/2005 | $33.28 | 33433 | D0550038500 |
| '0005016195208 | XX 364245988 | LV | 4 | 'ACM5203791620012 | 10/1/2005 | $148.20 | 33449 | D0550069569 |
| '0005016199177 | XX 364245988 | LV | 4 | 'ACM5203791621011 | 10/1/2005 | $33.28 | 33454 | D0550069569 |
| '9000032228514 | XX 364245988 | DC | 2 | '5203924912001 | 9/23/2005 | $3,372.45 | 33455 | D0550040121 |
| '0005016199340 | XX 364245988 | LV | 4 | 'ACM5203791621011 | 10/1/2005 | $86.40 | 33455 | D0550069569 |
| '0005016195209 | XX 364245988 | RD | 4 | 'ACM5203794035050 | 10/1/2005 | $33.28 | 33462 | D0550038500 |

Per Covisint

| Process # | DUNS # | 'lant Co | doc Ty | Document # | Document Da | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| '0050161199328 | XX-XXXXXXX | LV | 4 | 'ACM520379162OO13 | 10/1/2005 | $136.80 | 33475 | D0550069569 |
| '0000322111135 | XX-XXXXXXX | DR | 2 | '5203909392001 | 9/26/2005 | $4,192.36 | 33479 | D0550060098 |
| '0050161195210 | XX-XXXXXXX | RD | 4 | 'ACM520379403505I | 10/1/2005 | $33.28 | 33485 | D0550063537 |
| '0050161199329 | XX-XXXXXXX | LV | 4 | 'ACM520379162OO14 | 10/1/2005 | $136.80 | 33501 | D0550038500 |
| '0050161199341 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI2 | 10/1/2005 | $172.80 | 33511 | D0550069569 |
| '0050161195211 | XX-XXXXXXX | RD | 4 | 'ACM520379403505Z | 10/1/2005 | $58.24 | 33513 | D0550038500 |
| '0000321468981 | XX-XXXXXXX | DR | 4 | 'DMP52038548O2OO1 | 9/27/2005 | ($16,769.43) | 33517 | D0550060098 |
| '0000319685559 | XX-XXXXXXX | R2 | 2 | '5203765591001 | 10/5/2005 | $19,118.40 | 33522 | D0550063537 |
| '0050161199342 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI3 | 10/1/2005 | $86.40 | 33532 | D0550069569 |
| '0000319685544 | XX-XXXXXXX | DR | 2 | '5203763752001 | 9/28/2005 | $8,122.69 | 33534 | D0550060098 |
| '0050161195212 | XX-XXXXXXX | RD | 4 | 'ACM520379403505З | 10/1/2005 | $136.80 | 33542 | D0550038500 |
| '0050161199344 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI5 | 10/1/2005 | $24.96 | 33553 | D0550069569 |
| '0000319681640 | XX-XXXXXXX | DR | 2 | '5203771890001 | 9/29/2005 | $129.60 | 33556 | D0550044323 |
| '0000319681639 | XX-XXXXXXX | DR | 2 | '5203771889001 | 9/29/2005 | $42.12 | 33557 | D0550044323 |
| '0000319681641 | XX-XXXXXXX | DR | 2 | '5203771891001 | 9/29/2005 | $51.18 | 33560 | D0550060098 |
| '0050161195213 | XX-XXXXXXX | RD | 4 | 'ACM520379403505З4 | 10/1/2005 | $5,065.77 | 33564 | D0550044323 |
| '0000319685555 | XX-XXXXXXX | LV | 2 | '5203765420001 | 9/29/2005 | $24.96 | 33576 | D0550038500 |
| '0000319685556 | XX-XXXXXXX | LV | 2 | '5203765421001 | 10/4/2005 | $1,000.80 | 33577 | D0550069569 |
| '0050161199345 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI6 | 10/1/2005 | $1,809.60 | 33579 | D0550069569 |
| '0000322004988 | XX-XXXXXXX | DR | 2 | '5203779663001 | 9/30/2005 | $91.80 | 33582 | D0550069569 |
| '0000322004990 | XX-XXXXXXX | DR | 2 | '5203780196001 | 9/22/2005 | $102.36 | 33585 | D0550044323 |
| '0000322128665 | XX-XXXXXXX | DS | 4 | 'DMP52038513660OOI | 9/30/2005 | $84.24 | 33586 | D0550060098 |
| '0000322004989 | XX-XXXXXXX | DR | 2 | '5203780194001 | 10/1/2005 | $4,629.06 | 33592 | D0550063537 |
| '0050161195214 | XX-XXXXXXX | RD | 4 | 'ACM520379403505Ы | 10/1/2005 | $24.96 | 33598 | D0550038500 |
| '0000319681661 | XX-XXXXXXX | R2 | 2 | '5203773665001 | 9/30/2005 | $20,484.00 | 33600 | D0550069569 |
| '0050161199346 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI7 | 10/1/2005 | $91.80 | 33604 | D0550069569 |
| '0000319681657 | XX-XXXXXXX | LV | 2 | '5203773687001 | 10/7/2005 | $1,000.80 | 33605 | D0550069569 |
| '0000319681656 | XX-XXXXXXX | LV | 2 | '5203773663OO1 | 9/30/2005 | $2,940.60 | 33609 | D0550074338 |
| '0050161199347 | XX-XXXXXXX | LV | 4 | 'ACM520379162IOI8 | 10/1/2005 | ($3,619.49) | 33611 | D0550069569 |
| '0050161199215 | XX-XXXXXXX | RD | 4 | 'ACM520379403505б | 10/1/2005 | $29.12 | 33615 | D0550038500 |
| '0000319681655 | XX-XXXXXXX | LV | 2 | '5203773628001 | 10/3/2005 | $3,845.40 | 33638 | D0550069569 |
| '0000322005003 | XX-XXXXXXX | LV | 2 | '5203781833001 | 10/4/2005 | $2,714.40 | 33640 | D0550069569 |
| '0000319685558 | XX-XXXXXXX | LV | 2 | '5203762613001 | 10/4/2005 | $3,182.52 | 33647 | D0550069569 |
| '0000319685557 | XX-XXXXXXX | RD | 2 | '5203762612001 | 10/4/2005 | $482.30 | 33648 | D0550053722 |
| '0000319685554 | XX-XXXXXXX | K9 | 2 | '3365IOISA2735706 | 10/5/2005 | $2,827.30 | 33651 | D0550069672 |
| '0000322005002 | XX-XXXXXXX | LV | 2 | '5203781781001 | 10/4/2005 | $2,262.00 | 33664 | SAG9015545 |
| '0000322005000 | XX-XXXXXXX | LV | 2 | '5203781747001 | 10/4/2005 | $834.00 | 33665 | D0550069569 |

| Process # | DUNS # | Plant | Codoc Typ | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Per Covisint** | | |
| '90000320050001 | XX 364245988 | LV | 2 | '5203781748001 | 10/4/2005 | $3,393.00 | 33666 | D05500069569 |
| '90000320049992 | XX 364245988 | DS | 2 | '5203781619001 | 10/4/2005 | $8,407.00 | 33667 | D05500065451 |
| '90000319968543 | XX 364245988 | DC | 2 | '5203770105001 | 10/5/2005 | $5,620.75 | 33668 | D05500040121 |
| '90000319968553 | XX 364245988 | DS | 2 | '5203765237001 | 10/5/2005 | $7,434.00 | 33669 | D05500055076 |
| '00050016195216 | XX 364245988 | RD | 4 | 'ACM520379403505? | 10/1/2005 | $16.64 | 33670 | D05500038500 |
| '90000319981654 | XX 364245988 | RD | 2 | '5203771025001 | 10/5/2005 | $1,611.52 | 33670 | D05500038500 |
| '90000319981659 | XX 364245988 | RD | 2 | '5203765222001 | 10/5/2005 | $8,407.00 | 33671 | D05500053722 |
| '90000319981660 | XX 364245988 | RD | 2 | '5203771027001 | 10/5/2005 | $5,304.19 | 33672 | D05500057126 |
| '90000319981658 | XX 364245988 | RD | 2 | '5203771024001 | 10/5/2005 | $675.22 | 33672 | D05500069672 |
| '90000319968549 | XX 364245988 | DS | 2 | '5203765224001 | 10/5/2005 | $2,827.30 | 33673 | SAG90I5545 |
| '90000319968548 | XX 364245988 | DS | 2 | '5203765222001 | 10/5/2005 | $6,827.40 | 33682 | D05500065451 |
| '90000319968550 | XX 364245988 | DS | 2 | '5203765223001 | 10/5/2005 | $54,189.20 | 33683 | D05500057126 |
| '90000319981643 | XX 364245988 | DS | 2 | '5203765224001 | 10/5/2005 | $1,593.84 | 33684 | D05500055076 |
| '90000319981644 | XX 364245988 | DS | 2 | '5203773490001 | 10/5/2005 | $86,864.18 | 33685 | D05500056060 |
| '90000319981642 | XX 364245988 | DS | 2 | '5203773489001 | 10/6/2005 | $31,370.93 | 33686 | D05500055076 |
| '90000319968552 | XX 364245988 | DS | 2 | '5203765236001 | 10/5/2005 | $5,654.94 | 33687 | D05500056060 |
| '90000319968551 | XX 364245988 | DS | 2 | '5203765235001 | 10/5/2005 | $8,546.21 | 33690 | D05500055076 |
| '90000320049991 | XX 364245988 | DS | 2 | '5203779163001 | 10/5/2005 | $4,771.95 | 33691 | D05500065451 |
| '90000320050007 | XX 364245988 | RD | 2 | '5203779600001 | 10/6/2005 | $5,304.19 | 33692 | D05500074338 |
| '90000320050006 | XX 364245988 | RD | 2 | '5203779599001 | 10/6/2005 | $289.06 | 33694 | D05500053722 |
| '90000320049999 | XX 364245988 | K9 | 2 | '336980ISA2747108 | 10/7/2005 | $1,256.58 | 33695 | D05500053722 |
| '90000319981636 | XX 364245988 | DC | 2 | '5203777977001 | 10/7/2005 | $3,934.53 | 33698 | SAG90I5545 |
| '90000320050008 | XX 364245988 | RT | 2 | '5203779812001 | 10/6/2005 | $2,948.49 | 33701 | D05500040121 |
| '90000319981648 | XX 364245988 | DS | 2 | '5203773586001 | 10/7/2005 | $14,247.34 | 33702 | D05500038498 |
| '90000319981647 | XX 364245988 | DS | 2 | '5203773585001 | 10/6/2005 | $16,968.60 | 33703 | D05500057126 |
| '90000319981653 | XX 364245988 | DS | 2 | '5203773591001 | 10/6/2005 | $3,165.84 | 33704 | D05500057126 |
| '90000319981649 | XX 364245988 | DS | 2 | '5203773587001 | 10/6/2005 | $3,612.75 | 33705 | D05500065451 |
| '90000319981650 | XX 364245988 | DS | 2 | '5203773588001 | 10/6/2005 | $3,793.00 | 33706 | D05500065451 |
| '90000319981651 | XX 364245988 | DS | 2 | '5203773589001 | 10/6/2005 | $5,136.78 | 33711 | D05500057126 |
| '90000319981652 | XX 364245988 | DS | 2 | '5203773590001 | 10/6/2005 | $10,414.88 | 33712 | D05500057126 |
| '90000320049996 | XX 364245988 | DS | 2 | '5203781649001 | 10/6/2005 | $3,793.00 | 33713 | D05500055076 |
| '90000320049995 | XX 364245988 | DS | 2 | '5203781648001 | 10/7/2005 | $5,090.58 | 33724 | D05500057126 |
| '90000320049997 | XX 364245988 | DS | 2 | '5203781650001 | 10/7/2005 | $6,793.60 | 33725 | D05500057126 |
| '90000320049998 | XX 364245988 | DS | 2 | '5203781651001 | 10/7/2005 | $38,525.85 | 33726 | D05500065451 |
| '90000320049994 | XX 364245988 | DS | 2 | '5203781647001 | 10/7/2005 | $7,434.00 | 33730 | D05500057126 |
| '90000031638455 | XX 364245988 | DS | 2 | '5203587011001 | 9/8/2005 | $18,063.75 | 33731 | D05500055076 |
| '00050016202639 | XX 364245988 | RD | 4 | 'ADMDISCTS1005 | 10/1/2005 | ($51.84) | 33132A DISCTS1005 | N/A |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Per Covisint** | | |
| '90000032014989 | XX 364245988 | RY | 4 | 'DMP17000131022280 | 10/1/2005 | ($570.00) | SUPPCHRG | N/A |
| '90000032211465 | XX 364245988 | LV | 4 | 'DMP17000144032280 | 10/1/2005 | ($2,512.78) | SUPPCHRG R | N/A |
| | XX 364245988 | | | | | ($5,327.79) | 33428 | N/A |
| | **XX 364245988** | | | | | **$1,189,544.33** | | |
| **Invoices not in Covisint:** | | | | | | | | |
| | RD 130386357 | | | delphi deducted | 8/18/2005 | $2,890.20 | 32822 | 450064200 |
| | RD 130386357 | | | delphi deducted | 8/23/2005 | $8,748.06 | 32895 | 550061128 |
| | RD 130386357 | | | delphi deducted | 8/4/2004 | $4,499.95 | 27114 | fds77574 |
| | XX 364245988 | | | parts | 8/4/2004 | $750.00 | 24723 | 450064200 |
| | XX 364245988 | | | Engineering sample | 10/15/2004 | $2,640.00 | 26300 | 450064200 |
| | XX 364245988 | | | prototypes | 10/15/2004 | $213.00 | 26307 | N/A |
| | XX 364245988 | | | prototypes | 11/12/2004 | $240.00 | 26828 | 450073362 |
| | XX 364245988 | | | prototypes | 11/12/2004 | $480.00 | 26829 | 450073362 |
| | XX 364245988 | | | prototypes | 11/12/2004 | $480.00 | 26830 | 450073362 |
| | XX 364245988 | | | prototypes | 11/19/2004 | $290.00 | 26967 | 450073362 |
| | XX 364245988 | | | prototypes | 11/23/2004 | $200.00 | 27032 | 450070232 |
| | XX 364245988 | | | prototypes | 11/23/2004 | $360.00 | 27044 | 450073362 |
| | XX 364245988 | | | prototypes | 12/2/2004 | $3,540.00 | 27213 | 450070342 |
| | XX 364245988 | | | prototypes | 12/2/2004 | $1,800.00 | 27216 | 450073362 |
| | XX 364245988 | | | prototypes | 1/7/2005 | $4,500.00 | 27847 | 450083739 |
| | XX 364245988 | | | parts | 1/10/2005 | $249.48 | 27886 | 550059588 |
| | XX 364245988 | | | parts | 1/25/2005 | $498.96 | 28224 | 550059588 |
| | XX 364245988 | | | parts | 1/27/2005 | $721.50 | 28298 | 550025765 |
| | XX 364245988 | | | prototypes | 2/4/2005 | $540.00 | 28482 | 450083739 |
| | XX 364245988 | | | prototypes | 2/4/2005 | $4,500.00 | 28483 | 450083739 |
| | XX 364245988 | | | parts | 2/4/2005 | $837.12 | 28501 | 550038500 |
| | XX 364245988 | | | parts | 2/8/2005 | $914.76 | 28570 | 550059588 |
| | XX 364245988 | | | parts | 2/9/2005 | $759.60 | 28609 | 550061128 |
| | XX 364245988 | | | parts | 2/10/2005 | $3,690.00 | 28644 | N/A |
| | XX 364245988 | | | prototypes | 3/18/2005 | $180.00 | 29269 | 450083739 |
| | XX 364245988 | | | prototypes | 3/9/2005 | $45.00 | 29299 | N/A |
| | XX 364245988 | | | prototypes | 3/14/2005 | $2,000.00 | 29412 | 450095932 |
| | XX 364245988 | | | parts | 3/15/2005 | $665.28 | 29434 | 550059588 |
| | XX 364245988 | | | prototypes | 4/8/2005 | $1,200.00 | 29993 | N/A |
| | | | | | | **$16,138.21** | | |

Per Covisint

| Process # | DUNS # | Plant Codoc Type | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
|---|---|---|---|---|---|---|---|
| | XX 364245988 | | prototypes | 4/18/2005 | $5,160.00 | 30222 | TBD |
| | XX 364245988 | | parts | 4/20/2005 | $2,047.50 | 30269 | 550055986 |
| | XX 364245988 | | parts | 4/22/2005 | $199.20 | 30349 | 550040351 |
| | XX 364245988 | | parts | 4/25/2005 | $329.58 | 30372 | 550056353 |
| | XX 364245988 | | prototypes | 4/25/2005 | $5,000.00 | 30412 | swdba05011 |
| | XX 364245988 | | parts | 5/5/2005 | $174.77 | 30696 | 550056353 |
| | XX 364245988 | | parts | 5/10/2005 | $857.07 | 30796 | 550054781 |
| | XX 364245988 | | parts | 5/13/2005 | $76.42 | 30922 | 550059661 |
| | XX 364245988 | | prototypes | 5/13/2005 | $12,540.00 | 30927 | N/A |
| | XX 364245988 | | parts | 6/2/2005 | $126.60 | 31340 | 550061128 |
| | XX 364245988 | | prototypes | 6/7/2005 | $4,983.00 | 31464 | 450104240 |
| | XX 364245988 | | parts | 6/13/2005 | $126.60 | 31614 | 550061128 |
| | XX 364245988 | | parts | 6/14/2005 | $1,139.40 | 31643 | 550061128 |
| | XX 364245988 | | parts | 6/15/2005 | $199.20 | 31676 | 550040351 |
| | XX 364245988 | | parts | 6/17/2005 | $547.79 | 31725 | 550040351 |
| | XX 364245988 | | prototypes | 6/17/2005 | $1,862.50 | 31751 | 45014518 |
| | XX 364245988 | | parts | 6/20/2005 | $126.60 | 31778 | 550061128 |
| | XX 364245988 | | parts | 6/21/2005 | $126.60 | 31791 | 550061128 |
| | XX 364245988 | | parts | 6/23/2005 | $78.54 | 31850 | sag9015545 |
| | XX 364245988 | | parts | 6/24/2005 | $1,822.50 | 31891 | 550045866 |
| | XX 364245988 | | parts | 6/24/2005 | $1,369.66 | 31899 | 550074338 |
| | XX 364245988 | | parts | 7/15/2005 | $186.53 | 32164 | sag9015545 |
| | XX 364245988 | | parts | 7/15/2005 | $1,026.00 | 32171 | 550063873 |
| | XX 364245988 | | parts | 8/3/2005 | $1,012.80 | 32489 | 550061128 |
| | XX 364245988 | | parts | 8/9/2005 | $449.59 | 32595 | 550074338 |
| | XX 364245988 | | parts | 8/10/2005 | $449.60 | 32619 | 550074338 |
| | XX 364245988 | | parts | 8/12/2005 | $144.53 | 32679 | 550053722 |
| | XX 364245988 | | parts | 8/30/2005 | $3,372.45 | 33013 | 550040121 |
| | XX 364245988 | | parts | 8/31/2005 | $867.40 | 33026 | 550040121 |
| | XX 364245988 | | prototypes | 9/14/2005 | $2,810.00 | 33303 | 450119215 |
| | XX 364245988 | | parts | 9/19/2005 | $2,912.76 | 33363 | 55005576 |
| | XX 364245988 | | parts | 9/22/2005 | $1,248.85 | 33432 | 550056567 |
| | XX 364245988 | | parts | 9/23/2005 | $363.30 | 33461 | 550056567 |
| | XX 364245988 | | parts | 9/23/2005 | $449.60 | 33496 | 550074338 |
| | XX 364245988 | | prototypes | 10/7/2005 | $1,002.40 | 33729 | N/A |
| | XX 364245988 | | deduct.on inv.21832 | 2/24/2004 | $6,565.86 | 21832-1 | 550038498 |
| | XX 364245988 | | double deduction | 6/21/2004 | $37,980.68 | 24020a | 550055076 |

| Per Covisint | | | | | | |
|---|---|---|---|---|---|---|
| Process # | DUNS # | Plant Codoc Typ | Document # | Document Date | Total Amount | Bill Of Lading ASN/Invoice No. | Purchase Order # |
| | XX 364245988 | | paid and ded. | 2/22/2005 | $10,115.82 **$142,146.40** | 28935-1 | 5500063906 |