IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :

   In re                                    :         Chapter 11

DELPHI CORPORATION, et al.,      :         Case No. 05-44481 (RDD)

                    Debtors.  :         (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On January 16, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit A</u> hereto via overnight mail:

Supplemental Notice Of Non-Assumption And Assignment Of Executory Contract Under Plan Of Reorganization (Docket No. 12196)


Dated: January 17, 2008

                                                                                                           */s/ Elizabeth Adam*
                                                                                                            Elizabeth Adam


State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Vanessa R. Quiñones*

Commission Expires: *3/20/11*

# EXHIBIT A

Delphi Corporation
Special Parties

| Supplier Name | CreditorName | Address1 | City | State | Zip | Country | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| AMTECH INDUSTRIES LLC (JV Amtech and Intec) | AMTECH INDUSTRIES LLC (JV Amtech and Intec) | 640 S VERMONT ST | PALATINE | IL | 60067 | | Purchase Order Number 550077424 | $0.00 |
| AMTECH INDUSTRIES LLC (JV Amtech and Intec) | AMTECH INDUSTRIES LLC (JV Amtech and Intec) | 640 S VERMONT ST | PALATINE | IL | 60067 | | Purchase Order Number 550076639 | $7,357.18 |
| ArvinMeritor | ARVINMERITOR INC | PO Box 77669 | DETROIT | MI | 48277-0669 | | Purchase Order Number 550064358 | $0.00 |
| AUTOMOTIVE CORPORATION INC | Automotive Corporation | 4320 FEDERAL DR | BATAVIA | NY | 14020-4104 | | Purchase Order Number 550036684 | $0.00 |
| BLISSFIELD MFG CO EFT | BLISSFIELD MFG CO EFT | 626 DEPOT ST | BLISSFIELD | MI | 49228-1358 | | Purchase Order Number SAG90I5535 | $710,604.68 |
| BLISSFIELD MFG CO EFT | BLISSFIELD MFG CO EFT | 626 DEPOT ST | BLISSFIELD | MI | 49228-1358 | | Purchase Order Number SAG90I5537 | $82,337.59 |
| C & J INDUSTRIES INC | C & J INDUSTRIES INC | 760 WATER ST | MEADVILLE | PA | 16335 | | Purchase Order Number PEDP4220251 | $0.00 |
| CARCLO TECHNICAL PLASTICS EFT | CARCLO TECHNICAL PLASTICS EFT | 600 DEPOT ST | LATROBE | PA | 15650 | | Purchase Order Number PEDP5220150 | $0.00 |
| COLFOR MANUFACTURING INC EFT | COLFOR MANUFACTURING INC EFT | 3255 ALLIANCE | MALVERN | OH | 44644 | | Purchase Order Number SAG90I4059 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044056 | $7,848.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550045055 | $6,300.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550046333 | $5,328.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550039477 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550039411 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550049761 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550039621 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550039860 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550039049 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550042504 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044426 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550040292 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550041119 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550041372 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550046722 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550046901 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550046385 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550046349 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044231 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044082 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044768 | $0.00 |
| COORSTEK EFT | COORSTEK EFT | PO BOX 101602 | ATLANTA | GA | 30392 | | Purchase Order Number 550044637 | $0.00 |
| FAHRZEUGELEKTRIK PIRNA GMBH | FAHRZEUGELEKTRIK PIRNA GMBH | HUGO-KUTTNER-STRABE 8 | PIRNA | DE | 1796 | DE | Purchase Order Number PEDP5860099 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550004847 | $171.60 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550004855 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550005581 | $25,164.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550006512 | $2,094.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

1/17/2008 12:37 PM
PO Revocation List - merge file

Delphi Corporation
Special Parties

| Supplier Name | CreditorName | Address1 | City | State | Zip | Country | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550006513 | $1,958.40 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550011500 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550013305 | $837.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550013306 | $514.80 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550025616 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550025617 | $487.43 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550025702 | $3,921.25 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550034221 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550035824 | $0.00 |
| Hoover | HOOVER PRECISION PRODUCTS EFTINC | 500 JONESBOROUGH RD | ERWIN | TN | 37650-4018 | | Purchase Order Number 550049058 | $0.00 |
| Infineon Technologies Corp | INFINEON TECHNOLOGIES CORP | 2529 COMMERCE DRIVE SUITE H | KOKOMO | IN | 46902 | | Purchase Order Number 55637 | $0.00 |
| Infineon Technologies Corp | INFINEON TECHNOLOGIES CORP | 2529 COMMERCE DRIVE SUITE H | KOKOMO | IN | 46902 | | Purchase Order Number 56155 | $0.00 |
| ITW THIELEX EFT DIV OF ILLINOIS TOOL WORKS INC | ITW THIELEX EFT DIV OF ILLINOIS TOOL WORKS INC | 95 COMMERCE DR | SOMERSET | NJ | 08873-0000 | | Purchase Order Number Pedp5330056 | $223.20 |
| JASPER RUBBER PRODUCTS EFT | JASPER RUBBER PRODUCTS EFT | 1010 1ST AVE W | JASPER | IN | 47546-3201 | | Purchase Order Number 550022468 | $9,393.60 |
| KATAMAN METALS INC EFT | KATAMAN METALS INC EFT | 7700 BONHOMME STE 550 | SAINT LOUIS | MO | 63105-3406 | | Purchase Order Number PEDP3540002 | $0.00 |
| MICHIGAN SPRING & STAMPING EFT | MICHIGAN SPRING & STAMPING EFT | 2700 WICKHAM DR | MUSKEGON | MI | 49441 | | Purchase Order Number 550023522 | $0.00 |
| MICHIGAN SPRING & STAMPING EFT | MICHIGAN SPRING & STAMPING EFT | 2700 WICKHAM DR | MUSKEGON | MI | 49441 | | Purchase Order Number 550022914 | $84,627.74 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

1/17/2008 12:37 PM
PO Revocation List - merge file