LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
Tel:  (312) 443-0700
cbarr@lockelord.com
Margaret M. Anderson
Courtney Engelbrecht Barr (CBE 7768)

Attorneys for D & R Technology LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Courtney Engelbrecht Barr, do hereby state that *D & R Technology LLC's Response to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order* was served upon the parties on the attached Service List via CM/ECF email and/or Federal Express overnight delivery, postage prepaid, on the 17th day of January, 2008.

Dated: January 17, 2008                     LOCKE LORD BISSELL & LIDDELL LLP

    /s/   Courtney Engelbrecht Barr

Margaret M. Anderson
Courtney Engelbrecht Barr (CBE 7768)
111 S. Wacker Dr.
Chicago, IL  60606
Tel: (312) 443-0653
Fax: (312) 443-0336
cbarr@lockelord.com

1

**SERVICE LIST**

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan  48098
*Via Federal Express*


John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, Illinois  60606
*VIA CM/ECF and Federal Express*


Hon. Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green, Room 632
New York, New York  10004
*Via Federal Express*