# Exhibit B



**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

# INVOICE
### *** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49180964 |
|---|---|
| DATE | 10/03/05 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| (Incorrect) 550051788  Correct po # 550051561 is attached | JEFF LINDSEY 248/489-4371 | KAREN BEAVER 800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER) FOB-LOCKPORT | | 25TH PROX |

```
B   318150                              S   318150
I   DELPHI HARRISON THERMAL SYSTEMS     H   DELPHI HARRISON THERMAL SYSTEMS
L   200 UPPER MOUNTAIN ROAD             I   200 UPPER MOUNTAIN ROAD
L   LOCKPORT NY 14094                   P   LOCKPORT NY 14094
T                                       T
O                                       O
```

| P.O. LINE | DESCRIPTION | | | QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 01 | 0370  O  .06000  24.2500 | | | 11,355.00 LB * COMPLETE | 1.4940 | 16,964.37 |

```
        CUSTOMER PART # 80630
        ALCOA ORDER/ITEM # LD4143/02      PRODUCT # 413293
        COIL                              SUBSTANTIALLY FREE FROM OIL
                                          NON ANODIZE QUALITY
        STANDARD MILL FINISH
        TOP CLAD ALLOY 4343 - 07%

        SKID #/LBS.
        504328-03990    504329-03990    504331-03375
        PIECES -         3
```

| PRODUCING LOCATION | LANCASTER, PA | | | INVOICE TOTAL | 16,964.37 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | |
| LOCK CITY | 10/03/05 | 45361 | | INVOICE DUE DATE: | 11/22/05 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**Customer**

**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

**INVOICE**
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER
LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49179828 |
|---|---|
| DATE | 9/19/05 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 550035209 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER)<br>FOB-LOCKPORT | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

| P.O. LINE | DESCRIPTION | * QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | 3003   O     .03000   1.3380 | 9,620.00 LB<br>* COMPLETE | 1.3520 | 13,006.24 |

CUSTOMER PART # 13190
ALCOA ORDER/ITEM # LD0931/02      PRODUCT # 399830
COIL                              SUBSTANTIALLY FREE FROM OIL
                                  NON ANODIZE QUALITY
STANDARD MILL FINISH

SKID #/LBS.
501328-03065    501329-03350    501333-03205
PIECES -           35

| PRODUCING LOCATION | LANCASTER, PA | | | INVOICE TOTAL | 13,006.24 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | |
| LOCK CITY | 9/19/05 | 45306 | | INVOICE DUE DATE: | 11/08/05 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**Customer**

**ALCOA** Alcoa Mill Products
1480 Manheim Pike
Lancaster, PA 17601

**INVOICE**
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER
LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49179064 |
|---|---|
| DATE | 9/09/05 |

| CUSTOMER P. O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 550035209 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER)<br>FOB-LOCKPORT | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

| P.O. LINE | DESCRIPTION | * | QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 01 | 3003   O   .03000   1.3380 | | 3,265.00 LB<br>* COMPLETE | 1.3520 | 4,414.28 |

CUSTOMER PART # 13190
ALCOA ORDER/ITEM # LD0457/05          PRODUCT # 399830
COIL                                   SUBSTANTIALLY FREE FROM OIL
                                       NON ANODIZE QUALITY
STANDARD MILL FINISH

SKID #/LBS.
395522-03265
PIECES -       11

| 01 | 0370   O   .06000   17.0000 | | 7,470.00 LB<br>* COMPLETE | 1.4520 | 10,846.44 |

CUSTOMER PART # 13911
ALCOA ORDER/ITEM # LD1997/14          PRODUCT # 413286
COIL                                   SUBSTANTIALLY FREE FROM OIL
                                       NON ANODIZE QUALITY
STANDARD MILL FINISH
TOP CLAD ALLOY 4343 - 07%

SKID #/LBS.
399562-02535    399564-02260    399570-02675
PIECES -       3

| PRODUCING LOCATION | LANCASTER, PA | | | | INVOICE TOTAL | |
|---|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | INVOICE DUE DATE: | |

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

PLEASE REMIT TO:

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**Customer**

**ALCOA** **Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

**INVOICE**
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49179064 |
|---|---|
| DATE | 9/09/05 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 550035209 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER)<br>FOB-LOCKPORT | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

| P.O. LINE | DESCRIPTION | * | QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 01 | 0370   O    .07000  20.6060 | | 13,150.00 LB<br>* COMPLETE | 1.4520 | 19,093.80 |

CUSTOMER PART # 14220
ALCOA ORDER/ITEM # LD2822/02       PRODUCT # 413250
COIL                                SUBSTANTIALLY FREE FROM OIL
                                    NON ANODIZE QUALITY
STANDARD MILL FINISH
TOP CLAD ALLOY 4343 - 07%

SKID #/LBS.
399833-03345    399834-03345    399835-03230    399836-03230
PIECES -          4

| 01 | 0370   O    .07000  26.6690 | | 7,920.00 LB<br>* COMPLETE | 1.4520 | 11,499.84 |

CUSTOMER PART # 14224
ALCOA ORDER/ITEM # LC6466/12       PRODUCT # 413553
COIL                                SUBSTANTIALLY FREE FROM OIL
                                    NON ANODIZE QUALITY
STANDARD MILL FINISH
TOP CLAD ALLOY 4343 - 07%

SKID #/LBS.
397953-03965    397955-03955
PIECES -          2

| PRODUCING LOCATION | LANCASTER, PA | | | INVOICE TOTAL | 45,854.36 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | |
| LOCK CITY | 9/09/05 | 45000 | | INVOICE DUE DATE: | 10/29/05 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Customer

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**ALCOA** **Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

**INVOICE**
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49150955 |
|---|---|
| DATE | 6/29/05 |

| CUSTOMER P. O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| LPS97140 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/732-0396 |
| **TERMS OF SALE** | | **PAYMENT TERMS** |
| PREPAID (BY SELLER)<br>FOB-LANCASTER | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
L00110
HITTLE MACHINE & TOOL CO
2122 DR MARTIN LUTHER KING ST
INDIANAPOLIS IN 46202

| P.O. LINE | DESCRIPTION | * QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | 0359  O   .01690  10.6200 | 1,529.00  LB<br>* PARTIAL | 2.1700 | 3,317.93 |

CUSTOMER PART # 5 LAYER CLAD
ALCOA ORDER/ITEM # LC9676/01
COIL

PRODUCT # 413898
SUBSTANTIALLY FREE FROM OIL
NON ANODIZE QUALITY

STANDARD MILL FINISH
TOP CLAD ALLOY ML0009 19%     BOTTOM CLAD ALLOY ML0009 19%

SKID #/LBS.
384388-01529
PIECES -       3

| PRODUCING LOCATION | LANCASTER, PA | | * QUANTITIES NOT SHIPPED COMPLETE<br>WILL BE SHIPPED AT EARLIEST DATE | INVOICE TOTAL | 3,317.93 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | | | |
| FED EX | 6/29/05 | 777517 | | INVOICE DUE DATE: | 8/18/05 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**Customer**

**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

**INVOICE**
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49118283 |
|---|---|
| DATE | 9/29/03 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 550035197 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER)<br>FOB-LOCKPORT | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

| P.O. LINE | DESCRIPTION | * QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | C525   O   .07000 20.6060 | 3,045.00 LB<br>* COMPLETE | 1.2760 | 3,885.42 |
| | CUSTOMER PART # 14220<br>ALCOA ORDER/ITEM # L90089/01<br>COIL | PRODUCT # 407549<br>SUBSTANTIALLY FREE FROM OIL<br>NON ANODIZE QUALITY | | |
| | STANDARD MILL FINISH<br>TOP CLAD ALLOY C293 - 06% | | | |
| | SKID #/LBS.<br>183821-03045<br>PIECES -       1 | | | |
| 01 | C525   O   .07000 20.6060 | 6,480.00 LB<br>* PARTIAL | 1.2760 | 8,268.48 |
| | CUSTOMER PART # 14220<br>ALCOA ORDER/ITEM # L90090/01<br>COIL | PRODUCT # 407549<br>SUBSTANTIALLY FREE FROM OIL<br>NON ANODIZE QUALITY | | |
| | STANDARD MILL FINISH<br>TOP CLAD ALLOY C293 - 06% | | | |
| | SKID #/LBS.<br>183576-03235   183577-03245<br>PIECES -       2 | | | |

| PRODUCING LOCATION | LANCASTER, PA | | * QUANTITIES NOT SHIPPED COMPLETE<br>WILL BE SHIPPED AT EARLIEST DATE | INVOICE TOTAL | 12,153.90 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | | | |
| LOCK CITY | 9/29/03 | 30661 | | INVOICE DUE DATE: | 11/18/03 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

**Customer**

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.



**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

# INVOICE
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49149892 |
|---|---|
| DATE | 8/18/04 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 450062655 | JEFF LINDSEY<br>248/489-4371 | KAREN BEAVER<br>800/423-8660 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| PREPAID (BY SELLER)<br>FOB-LOCKPORT | | 25TH PROX |

BILL TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:
318150
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

| P.O. LINE | DESCRIPTION | * QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | 0329    O    .01890  12.0000 | 10,014.00  LB<br>* PARTIAL | 1.6700 | 16,723.38 |
| | CUSTOMER PART # 5 LAYER TRIAL<br>ALCOA ORDER/ITEM # LB0381/01<br>COIL<br><br>STANDARD MILL FINISH<br>TOP CLAD ALLOY ML0010 19% <br><br>SKID #/LBS.<br>289508-07311    289513-02703<br>PIECES -         3 | PRODUCT # 411838<br>SUBSTANTIALLY FREE FROM OIL<br> NON ANODIZE QUALITY<br><br>BOTTOM CLAD ALLOY ML0010 19% | | |
| 01 | 0329    O    .01890  12.0000 | 4,003.00  LB<br>* COMPLETE | 1.6700 | 6,685.01 |
| | CUSTOMER PART # 5 LAYER TRIAL<br>ALCOA ORDER/ITEM # LB0382/01<br>COIL<br><br>STANDARD MILL FINISH<br>TOP CLAD ALLOY ML0011 20% <br><br>SKID #/LBS.<br>289506-04003<br>PIECES -         1 | PRODUCT # 411839<br>SUBSTANTIALLY FREE FROM OIL<br> NON ANODIZE QUALITY<br><br>BOTTOM CLAD ALLOY ML0011 20% | | |

| PRODUCING LOCATION | LANCASTER, PA | | | INVOICE TOTAL | 23,408.39 |
|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | |
| LOCK CITY | 8/18/04 | 37195 | | INVOICE DUE DATE: | 10/07/04 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

Customer