# Exhibit D



Alcoa Automotive Castings
Michigan Casting Center
14638 Apple Drive
Fruitport, MI 49415-9829 USA
Tel: 1-616-842-7600
Fax: 1-616-842-5372

PLEASE REMIT ONLY TO:
Mellon Bank
P.O. Box 360035M
Pittsburgh, PA 15251

ALL OTHER CORRESPONDENCE TO:
14638 Apple Dr.
Fruitport, MI 49415

**PLEASE PAY FROM THIS INVOICE**

SHIP TO:

INVOICE NO. 1001
DATE 06-30-2005
CUSTOMER NO. 16200

BILL TO:
Delphi Energy & Chassis - World Headquarters
Attn: Matt Walter - Metallic Commodity Buyer
5820 Delphi Drive
Troy, MI  48908

SALES AGENT

DUNS NO. 83-5508631

F.O.B./TERMS

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | SHIPPED VIA | DATE SHIPPED | F.O.B./TERMS |
|---|---|---|---|---|
| | P90 Front & Rear Pgms | | | Due 08-26-2005 |

| QTY. ORDERED | ITEM NUMBER | DESCRIPTION | B/O CAN | QTY. SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|

Reference letters dated April 29, 2005 and June 17, 2005 from Ryan Riedel (Alcoa) to Matt Walter (Delphi) for additional details regarding the following program cancellation charges.

P90 Front Knuckle:
Unamortized Tooling                                              $124,667.71
Finished Goods Inventory                                         $ 48,233.92

P90 Rear Knuckle (Drum):
Unamortized Tooling                                              $ 67,369.40
Finished Goods Inventory                                         $ 30,774.90

GMX130 Rear Knuckle (Disc):
Unamortized Tooling                                              $101,792.97
Finished Goods Inventory                                         $ 64,148.15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delphi Energy & Chassis
World Headquarters
ATTN: MATT WALTERS
  metallic Commod. Buyer
5820 DELPHI DR
Troy, MI 48908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A Rhodes
☐ Agent
☐ Addressee

B. Received by (Printed Name)
A Rhodes

C. Date of Delivery
7-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0001 5343 0857

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

INVOICE TOTAL
$436,987.05

ORIGINAL



Alcoa Automotive Castings
Michigan Casting Center
14658 Apple Drive
Fruitport, MI 49415-9509 USA
Tel: 1-616-842-3500
Fax: 1-616-842-5872

PLEASE REMIT ONLY TO:
Dept. 21901
Alcoa Automotive Castings
P.O. Box 67000
Detroit, MI 48267-0219

ALL OTHER CORRESPONDENCE TO:
14638 Apple Dr.
Fruitport, MI 49415

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO. 00117387
DATE 06/16/04
CUSTOMER NO. 16200
B/L 00000011637
SID NUM :00000022022

SHIP TO: DELPHI CHASSIS SYSTEMS
2328 E. GENESEE
SAGINAW, MI 48601
United States

BILL TO: DELPHI CHASSIS SYSTEMS
PATTY LORENZ
2582 E. RIVER ROAD
MORAINE, OH 45439

SALES AGENT
PAGE NO. 1
SUPPLIER:
DUNS NO. 83-5508631

F.O.B./TERMS

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | SHIPPED VIA | DATE SHIPPED | |
|---|---|---|---|---|
| 00117387 | See Below | LNBC | 06/16/04 | NET 2ND, 2ND PROX MON |

| QTY. ORDERED | ITEM NUMBER | DESCRIPTION | R/O CAR | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 600 | 18025875 | P90 FRT KNUCKLE LH P.O.# : 0550000651 | C62 | 600 | 11.84958 | 7109.7 |
| 600 | 18025876 | P90 FRT KNUCKLE RH P.O.# : 0550000651 | C62 | 600 | 11.84958 | 7109.7 |
| 0 | 8011 | 95-004 DELPHI P-90 DUNNAGE P.O.# : NONE | C62 | 0 | 0.00000 | 0.0 |
| 1120 | 18025910 | KNUCKLE, P-90 REAR DRUM L P.O.# : 0550036937 | C62 | 1120 | 7.69083 | 8613.7 |
| 14 | 8039 | W-CAR DUNNAGE P.O.# : NONE | C62 | 14 | 0.00000 | 0.0 |
| 1120 | 18025911 | KNUCKLE, P-90 REAR DRUM R P.O.# : 0550036937 | C62 | 1120 | 7.69083 | 8613.7 |
| 0 | 8039 | W-CAR DUNNAGE P.O.# : NONE | C62 | 0 | 0.00000 | 0.0 |
| 280 | 18083270 | EPSILON LH FRT KNKL P.O.# : 0550049604 | C62 | 280 | 12.38604 | 3468.0 |
| 4 | 8034 | DELTA/EPSILON STEEL RACKS P.O.# : NONE | C62 | 4 | 0.00000 | 0.0 |
| 280 | 18083271 | EPSILON RH FRT KNKL P.O.# : 0550049604 | C62 | 280 | 12.38604 | 3468.0 |
| 0 | 8034 | DELTA/EPSILON STEEL RACKS P.O.# : NONE | C62 | 0 | 0.00000 | 0.0 |

| PRODUCT TOTAL | DISCOUNT | FREIGHT | TAXABLE AMOUNT | TAX AMOUNT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 38,383.14 | | | 0.00 | 0.00 | 0.00 | 38,383.1 |