# Exhibit F

**ALCOA**

| | | | |
|---|---|---|---|
| INV DATE | CODE # | | INV # |
| 040905 | 2490830003 | | 31143088 |

INVC TO: DELPHI AUTOMOTIVE SYS
PO BOX 1550
AC SYSTEMS DISBURSEM
FLINT   MI   48501-155

SHIP TO: J.V. PRODUCTS
926 KARR ROAD
ARCANUM   OH   45304

| ORD # | GROSS WGT | B/L # | SHP DATE |
|---|---|---|---|
| 663572 | 8150 | 522866 | 040905 |

| F.O.B. | VIA | SMAN# | PN |
|---|---|---|---|
| DEST | MAIL | 64 | 31 |

| TERMS | DATE DUE | CUSTOMER P.O. # |
|---|---|---|
| N | 041005 | LPS86776-001 |

| ITEM | DESCRIPTION | QUANTITY | | WEIGHT | PRICE/UOM | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | SOLID SHAPE | 8150 | LB | 8150 | 1.342 | LB | $10,937.30 |
| | C/P: 9765 | | | 0 | 0 | | $0.00 |
| | SEC: 547555 | | | 0 | 0 | | $0.00 |
| | LEN: 14'   (168.000) | | | 0 | 0 | | $0.00 |
| | A/T: 6005/T5 | | | 0 | 0 | | $0.00 |
| | W: 1.876 F: 03 CS: 01.87 | | | 0 | 0 | | $0.00 |
| 002 | DUAL FITTING BLOCK 2529 | 6998 | LB | 6998 | 1.342 | LB | $9,391.32 |
| | C/P: 5596 | | | 0 | 0 | | $0.00 |
| | SEC: 543537 | | | 0 | 0 | | $0.00 |
| | LEN: 14' 8   (176.000) | | | 0 | 0 | | $0.00 |
| | A/T: 6005/T5 | | | 0 | 0 | | $0.00 |
| | W: 3.424 F: 03 CS: 03.84 | | | 0 | 0 | | $0.00 |
| 001 | SOLID SHAPE | 8150 | LB | 8150 | 1.342 | LB | $10,937.30 |
| | C/P: 9765 | | | 0 | 0 | | $0.00 |
| | SEC: 547555 | | | 0 | 0 | | $0.00 |
| | LEN: 14'   (168.000) | | | 0 | 0 | | $0.00 |
| | A/T: 6005/T5 | | | 0 | 0 | | $0.00 |
| | W: 1.876 F: 03 CS: 01.87 | | | 0 | 0 | | $0.00 |
| 002 | DUAL FITTING BLOCK 2529 | 6998 | LB | 6998 | 1.342 | LB | $9,391.32 |
| | C/P: 5596 | | | 0 | 0 | | $0.00 |
| | SEC: 543537 | | | 0 | 0 | | $0.00 |
| | LEN: 14' 8   (176.000) | | | 0 | 0 | | $0.00 |
| | A/T: 6005/T5 | | | 0 | 0 | | $0.00 |
| | W: 3.424 F: 03 CS: 03.84 | | | 0 | 0 | | $0.00 |
| | | | | INVOICE TOTAL: | | | $40,657.24 |

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS          INV DATE      CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER     08/22/04      2490830003     31142070
         PO BOX 1550                        ORD #         GROSS WGT   B/L #   SHP DATE
         FLINT              MI  48501-1550  663652            6299    522777  08/22/04

SHIP TO: J.V. PRODUCTS                      F.O.B.        VIA            SMAN#    PN
         926 KARR ROAD                      DEST          M. EVANS       64       31
                                            TERMS   DATE DUE    CUSTOMER P.O. #
         ARCANUM            OH  45304       N       09/21/04    LPS84828-002

ITEM DESCRIPTION                       QUANTITY  WEIGHT     PRICE/UOM     AMOUNT
001  SOLID SHAPE                        235/PC    6263      1.318/LB    $8,254.63
                                                                  /LB
     C/P: 9765                       COMPLETE
     SEC: 547555
     LEN: 14'        (168.000")
     A/T: 6005/T5
     W:  1.876 F: 03 CS: 01.87
     MANIFEST:  974142
                     INVOICE TOTAL:                                     $8,254.63
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS        INV DATE      CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER   08/19/04      2490830003     31139608
         PO BOX 1550                      ORD #         GROSS WGT  B/L #   SHP DATE
         FLINT         MI  48501-1550     659790           10213   522737  08/19/04

SHIP TO: J.V. PRODUCTS                    F.O.B.        VIA             SMAN#   PN
         926 KARR ROAD                    DEST          M. EVANS         64     31
                                          TERMS   DATE DUE    CUSTOMER P.O. #
         ARCANUM       OH  45304          N        09/18/04   LPS86704-001

ITEM DESCRIPTION                    QUANTITY   WEIGHT      PRICE/UOM     AMOUNT
004  DUAL FITTING BLOCK              270/PC    10153       1.318/LB   $13,381.65
                                                              /LB
     C/P: 4279                       COMPLETE
     SEC: 543536
     LEN: 14' 8"    (176.000")
     A/T: 6005/T5
     W:   2.622 F: 03 CS: 02.55
     MANIFEST: 973483
                       INVOICE TOTAL:                                 $13,381.65
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS        INV DATE      CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER   08/19/04      2490830003     31139609
         PO BOX 1550                      ORD #         GROSS WGT   B/L #    SHP DATE
         FLINT          MI   48501-1550   663652            1869    522737   08/19/04

SHIP TO: J.V. PRODUCTS                    F.O.B.        VIA            SMAN#     PN
         926 KARR ROAD                    DEST          M. EVANS        64      31
                                          TERMS   DATE DUE    CUSTOMER P.O. #
         ARCANUM        OH   45304        N       09/18/04    LPS84828-002

ITEM DESCRIPTION                     QUANTITY   WEIGHT      PRICE/UOM      AMOUNT
001  SOLID SHAPE                       70/PC     1857       1.318/LB     $2,447.53
                                                               /LB
     C/P: 9765                      PARTIAL
     SEC: 547555
     LEN: 14'      (168.000")
     A/T: 6005/T5
     W:   1.876 F: 03 CS: 01.87
     MANIFEST: 973484
                     INVOICE TOTAL:                                      $2,447.53
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS        INV DATE    CODE #          INV#
         AC SYSTEMS DISBURSEMENT CENTER   05/27/04    2490830003      31132665
         PO BOX 1550                      ORD #       GROSS WGT  B/L #   SHP DATE
         FLINT            MI  48501-1550  643057          2450   522133  05/27/04

SHIP TO: J.V. PRODUCTS                    F.O.B.      VIA           SMAN#    PN
         926 KARR ROAD                    DEST        MASONTH        64      31
                                          TERMS   DATE DUE   CUSTOMER P.O. #
         ARCANUM          OH  45304       N        06/26/04   LPS84827

ITEM DESCRIPTION                          QUANTITY   WEIGHT    PRICE/UOM    AMOUNT
001  DUAL FITTING BLOCK                    26/PC      1006     1.365/LB   $1,373.19
                                                                   /LB
     C/P: 4279                            COMPLETE
     SEC: 543536
     LEN: 14' 8"   (176.000")
     A/T: 6005/T5
     W:   2.622 F: 03 CS: 02.55
     MANIFEST:  961847
002  SOLID SHAPE                           30/PC       792     1.365/LB   $1,081.08
                                                                   /LB
     C/P: 9765                            PARTIAL
     SEC: 547555
     LEN: 14'     (168.000")
     A/T: 6005/T5
     W:   1.876 F: 03 CS: 01.87
     MANIFEST:  961848

                                          PRESS ENTER FOR ADDITIONAL ITEMS
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS      INV DATE    CODE #          INV#
         AC SYSTEMS DISBURSEMENT CENTER 05/27/04    2490830003      31132665
         PO BOX 1550                    ORD #       GROSS WGT  B/L #    SHP DATE
         FLINT           MI  48501-1550 643057           2450  522133   05/27/04

SHIP TO: J.V. PRODUCTS                  F.O.B.      VIA             SMAN#    PN
         926 KARR ROAD                  DEST        MASONTH         64       31
                                        TERMS  DATE DUE  CUSTOMER P.O. #
         ARCANUM         OH  45304      N      06/26/04  LPS84827

ITEM DESCRIPTION                        QUANTITY  WEIGHT      PRICE/UOM    AMOUNT
003  DUAL FITTING BLOCK 2529            139/PC    7020        1.365/LB     $9,582.30
                                                                /LB
     C/P: 5596                          COMPLETE
     SEC: 543537
     LEN: 14' 8"    (176.000")
     A/T: 6005/T5
     W:   3.424 F: 03 CS: 03.84
     MANIFEST: 961849
004  FITTING BLOCK 5584                 62/PC     1479        1.365/LB     $2,018.84
                                                                /LB
     C/P: 5584                          COMPLETE
     SEC: 544178
     LEN: 14' 8"    (176.000")
     A/T: 6005/T5
     W:   1.638 F: 03 CS: 01.84
     MANIFEST: 961850
                                        PRESS ENTER FOR ADDITIONAL ITEMS
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS       INV DATE    CODE #        INV#
         AC SYSTEMS DISBURSEMENT CENTER  05/27/04    2490830003    31132665
         PO BOX 1550                     ORD #       GROSS WGT  B/L #  SHP DATE
         FLINT           MI  48501-1550  643057        2450    522133  05/27/04

SHIP TO: J.V. PRODUCTS                   F.O.B.      VIA          SMAN#    PN
         926 KARR ROAD                   DEST        MASONTH       64      31
                                         TERMS  DATE DUE    CUSTOMER P.O. #
         ARCANUM        OH  45304        N      06/26/04    LPS84827

ITEM DESCRIPTION                        QUANTITY  WEIGHT   PRICE/UOM    AMOUNT
005  FITTING BLOCK HR168664(5249         68/PC     2432    1.365/LB   $3,319.68
                                                                /LB
     1)                         PARTIAL
     C/P: 8431
     SEC: 544535
     LEN: 14' 8"    (176.000")
     A/T: 6005/T5
     W:   2.445 F: 03 CS: 02.87
     MANIFEST: 961851
                    INVOICE TOTAL:                              $17,375.09
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS        INV DATE    CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER   05/17/04    2490830003     31129799
         PO BOX 1550                      ORD #       GROSS WGT  B/L #    SHP DATE
         FLINT          MI  48501-1550    643057          9531   522073   05/17/04

SHIP TO: J.V. PRODUCTS                    F.O.B.      VIA            SMAN#    PN
         926 KARR ROAD                    DEST        ELITE           64      31
                                          TERMS  DATE DUE    CUSTOMER P.O. #
         ARCANUM        OH  45304         N      06/16/04    LPS84827

ITEM DESCRIPTION                    QUANTITY  WEIGHT     PRICE/UOM     AMOUNT
001  DUAL FITTING BLOCK               246/PC   9471     1.365/LB    $12,927.92
                                                          /LB
     C/P: 4279                    PARTIAL
     SEC: 543536
     LEN: 14' 8"   (176.000")
     A/T: 6005/T5
     W:   2.622  F: 03  CS: 02.55
     MANIFEST: 960485
                     INVOICE TOTAL:                                 $12,927.92
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS        INV DATE      CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER   05/17/04      2490830003     31129798
         PO BOX 1550                      ORD #        GROSS WGT   B/L #    SHP DATE
         FLINT            MI  48501-1550  640899              258  522073   05/17/04

SHIP TO: J.V. PRODUCTS                    F.O.B.        VIA            SMAN#    PN
         926 KARR ROAD                    DEST          ELITE           64      31
                                          TERMS    DATE DUE    CUSTOMER P.O. #
         ARCANUM         OH   45304       N        06/16/04    LPS84715.

ITEM  DESCRIPTION                     QUANTITY  WEIGHT      PRICE/UOM      AMOUNT
001   DUAL FITTING BLOCK 2529           5/PC      253        1.331/LB      $336.74
                                                              /LB
      C/P: 5596                        COMPLETE
      SEC: 543537
      LEN: 14' 8"     (176.000")
      A/T: 6005/T5
      W:   3.424  F: 03  CS: 03.84
      MANIFEST: 960484
                          INVOICE TOTAL:                                   $336.74
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS       INV DATE    CODE #        INV#
         AC SYSTEMS DISBURSEMENT CENTER  05/12/04    2490830003    31129250
         PO BOX 1550                     ORD #       GROSS WGT  B/L #   SHP DATE
         FLINT            MI  48501-1550 640893         1065    522029  05/12/04

SHIP TO: J.V. PRODUCTS                   F.O.B.      VIA           SMAN#    PN
         926 KARR ROAD                   DEST        CUSTOMER      64       31
                                         TERMS  DATE DUE   CUSTOMER P.O. #
         ARCANUM          OH   45304     N      06/11/04   LPS84715          *

ITEM DESCRIPTION                  QUANTITY   WEIGHT      PRICE/UOM    AMOUNT
001  SOLID SHAPE                   40/PC     1059        1.331/LB     $1,409.53
                                                          /LB
     C/P: 9765                PARTIAL
     SEC: 547555
     LEN: 14'       (168.000")
     A/T: 6005/T5
     W:   1.876  F: 03  CS: 01.87
     MANIFEST: 959492
                    INVOICE TOTAL:                                    $1,409.53
```

```
INVC TO: DELPHI AUTOMOTIVE SYSTEMS       INV DATE    CODE #         INV#
         AC SYSTEMS DISBURSEMENT CENTER  05/07/04    2490830003     31128971
         PO BOX 1550                     ORD #       GROSS WGT  B/L #   SHP DATE
         FLINT           MI  48501-1550  640893            1069  522002 05/07/04

SHIP TO: J.V. PRODUCTS                   F.O.B.      VIA             SMAN#    PN
         926 KARR ROAD                   DEST        CUSTOMER        64       31
                                         TERMS   DATE DUE   CUSTOMER P.O. #
         ARCANUM         OH  45304       N       06/06/04   LPS84715              *

ITEM DESCRIPTION                 QUANTITY   WEIGHT       PRICE/UOM     AMOUNT
001  SOLID SHAPE                   40/PC     1060        1.331/LB    $1,410.86
                                                            /LB
     C/P: 9765                   PARTIAL
     SEC: 547555
     LEN: 14'      (168.000")
     A/T: 6005/T5
     W:   1.876 F: 03 CS: 01.87
     MANIFEST: 958810
                    INVOICE TOTAL:                                   $1,410.86
```