MCGUIREWOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
Michael J. Roeschenthaler (PA ID #87647)
Nicholas E. Meriwether (PA ID #200433)

    -and-

MCGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Shawn R. Fox (SF 7975)

*Attorneys for Alumax Mill Products, Inc.,*
*Alcoa Automotive Castings, A Michigan Partnership,*
*and Alcoa Extrusions, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                    :
In re:                              :         Chapter 11
                                    :
DELPHI CORPORATION, et al.,    :         Case No. 05-44481 (RDD)
                                    :
                Debtors.       :         (Jointly Administered)
                                    :
-------------------------------------------------------- X

## CERTIFICATE OF SERVICE

       I, Shawn R. Fox, hereby certify that true and correct copies of the foregoing Response of Alumax Mill Products, Inc., Alcoa Automotive Castings, a Michigan Partnership and Alcoa Extrusions, Inc. to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order, were served via Federal Express Priority Overnight Service, Postage Fee Prepaid on January 17, 2008 to the parties listed below:

| Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | John William Butler, Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| John K. Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Randall G, Reese<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |

Dated: January 17, 2008                              Respectfully Submitted,

**MCGUIREWOODS LLP**

By:        /s/ Shawn R. Fox_____
Shawn R. Fox (SF 7975)
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Tel:    (212) 548-2100
Fax:   (212) 548-2150
sfox@mcguirewoods.com

*Attorney for Alumax Mill Products, Inc., Alcoa Automotive Castings and Alcoa Extrusions, Inc.*

//5010170