Robyn J. Spalter, Esq.
General Counsel
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024-0540
Phone: (212) 501-0990
Fax: (212) 501-7088
e-mail: rspalter@regencap.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| DELPHI CORPORATION, et al. | ) |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

_____

**NOTICE OF WITHDRAWAL OF RIVERSIDE CLAIMS, LLC'S
OBJECTION TO DEBTORS' MOTION ESTIMATING OR PROVISIONALLY
ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY
FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

NOW INTO COURT, through undersigned counsel, comes Riverside Claims, L.L.C., as assignee of numerous creditors in the Debtors' bankruptcy, and hereby withdraws its Objection to the Debtors' Motion for Order Pursuant to 11 U.S.C.§§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering, subject to the settlement reached between the parties.

Pursuant to the settlement, Debtors agree that Riverside's proofs of claim as set forth in the table below will be allowed, solely for purposes of participation in the Discount Rights Offering, in the corresponding amounts on the table.

| POC | Estimated Amount for Rights Offering |
|---|---|
| 4045 | $ 4,691.52 |
| 8863 | $ 25,198.10 |
| 8860 | $ 4,745.00 |
| 8865 | $ 2,026.50 |
| 8858 | $ 12,982.30 |
| 8875 | $ 505,106.24 |
| 8874 | $ 101,655.48 |
| 8502 | $ 20,000.00 |
| 8519 | $ 40,000.00 |
| Total | $ 716,405.14 |

RESPECTFULLY SUBMITTED,

 /s/  Robyn J. Spalter_____
Robyn J. Spalter, Esq.
General Counsel
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024-0540
Phone: (212) 501-0990
Fax: (212) 501-7088
e-mail: rspalter@regencap.com

2