**MORITT HOCK HAMROFF &
HOROWITZ LLP**

400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 873-2000
LESLIE A. BERKOFF (LB-4584)
**LBERKOFF@MORITTHOCK.COM**

Counsel to S & Z Tool & Die Co., Inc. and
SyZ Rolmex S. de R.L. de C.V.

AND

**LIQUIDITY SOLUTIONS, INC.**
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NEW JERSEY  07601
(201) 968-0001
DANA P. KANE (DK-3909)

Counsel to Liquidity Solutions, Inc.

HEARING DATE AND TIME:  JANUARY 25,
2008 AT 10:00 A.M.

RESPONSE DATE AND TIME: JANUARY 18,
2008 AT 4:00 P.M.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :          Chapter 11
                                                               :
DELPHI CORPORATION, et al.,                                    :          Case No. 05-44481 (RDD)
                                                               :
                                       Debtors.                :          (Jointly Administered)
---------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF RESPONSE OF LIQUIDITY SOLUTIONS,
INC. TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION
PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007
TO (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY
CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, MODIFIED
CLAIMS ASSERTING RECLAMATION, AND CLAIM SUBJECT
TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER**

STATE OF OHIO          )
                                  ) ss.:
COUNTY OF CUYAHOGA  )

KEVIN DOW, being duly sworn, deposes and says:

1.     I am the Chief Financial Officer of S&Z Tool & Die Co., Inc. n/k/a S&Z Metalworks Ltd ("S&Z"), and am fully familiar with the facts and circumstances set forth herein based upon my personal knowledge and review of the files maintained by S&Z in the ordinary course of its business.

2.     I submit this affidavit in support of the Response of Liquidity Solutions, Inc. and the S&Z Entities to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order (the "Response").[1]

3.     Subsequent to the filing of the Debtors' voluntary petitions, S&Z filed various claims in this case, which claims were then subsequent assigned to the LSI Plan,[2] as follows:

| Original Creditor/Claimant | Claim Nos.[3] | Claim Amount[4] | Date of Transfer | Transfer Docket No. |
|---|---|---|---|---|
| S & Z Tool & Die Co., Inc. | 2034 2035 | $1,288,259.67 | 6/23/2006 | 4338 |

---

[1] The Capitalized terms utilized but not defined herein have been defined in the Response.

[2] The S&Z Entities have exercised an "Assignor Defense Option" pursuant to the terms of sale of the LSI Assigned Claims, whereby the S&Z Entities have the right to defend any objections to the LSI Assigned Claims.

[3] Duplicate claims filed in an abundance of caution. The remaining claims in issue at this time are Claim Nos. 2036 and 2028. The other claims have been disallowed and expunged.

[4] Amount separately asserted in each claim.

| Original Creditor/Claimant | Claim Nos.[3] | Claim Amount[4] | Date of Transfer | Transfer Docket No. |
|---|---|---|---|---|
| | 2036 | | | |
| SyZ Rolmex S. de R.L. de C.V. | 2028 2029 2030 | $41,742.27 | 6/23/2006 | 4339 |

4.    In connection with the original filed proofs of claims S&Z provided substantial documentation and supporting schedules.  Moreover, the S&Z Entities have provided further documentation and information to the Debtors in support of the Claims as noted below.

5.    With respect to Claim No. 2036 in the amount of $1,288,259.67, the Debtors previously requested certain clarification and supporting documentation in respect of the amount of $347,369.97.  In response thereto, S&Z has further (a) addressed pricing discrepancies, (b) provided proof of delivery, and (c) documented material surcharges.  Certain documentation provided to the Debtors to further substantiates material surcharges in the amount of $298,384.15 is attached hereto as Exhibit A.  *Please note, however, that the Debtors have paid the amount of $24,279.83 in respect of Claim No. 2036 on a post-petition basis, which amount was included within the proof of claim amount in an abundance of caution based on the amount outstanding as of the applicable petition date.*

6.    In connection with Claim No. 2028 in the amount of $41,742.27, Rolmex has further substantiated and confirmed the amount thereof.  While proof of delivery for certain invoices remains outstanding, the S&Z Entities have nonetheless substantiated the full amount of Claim No. 2028.

7.      However, despite request, the Debtors have provided no evidence, support or analysis either to refute the validity of the LSI Assigned Claims, or credibly to dispute any of the invoices or other bases underlying the Claims.

8.      Thus, for the response set forth in the Response, and based upon the factual information contained herein, it is respectfully submitted that this Court should deny the Debtors' Twenty-Fourth Omnibus Objection to each of the LSI Assigned Claims.


Dated:  Cleveland, Ohio
        January 17, 2008

                                    /s/ Kevin Dow
                                         KEVIN DOW



Sworn to before me this
17th day of January, 2008


/s/ Deborah A. Talbott
Notary Public, State of Ohio
My Commission Expires
March 29, 2009