**MORITT HOCK HAMROFF & HOROWITZ LLP**
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 873-2000
LESLIE A. BERKOFF (LB-4584)
**LBERKOFF@MORITTHOCK.COM**

HEARING DATE AND TIME: JANUARY 25, 2008 AT 10:00 A.M.

Counsel to S & Z Tool & Die Co., Inc. and
SyZ Rolmex S. de R.L. de C.V.

AND

**LIQUIDITY SOLUTIONS, INC.**
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NEW JERSEY  07601
(201) 968-0001
DANA P. KANE (DK-3909)

Counsel to Liquidity Solutions, Inc.
Defined Benefit Pension Plan


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:                                                                            Chapter 11
                                                                                       Case No. 05-44481 (RDD)

**DELPHI CORPORATION, et. al.**                             (Jointly Administered)

                                            Debtors.
---------------------------------------------------------X


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              )ss:
COUNTY OF NASSAU     )

       Denise Presuto, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Bethpage, New York.

On the 17th day of January, 2007, I served a true copy of the Response of Liquidity Solutions, Inc. Defined Benefit Pension Plan, as assignee, to Debtors' Twenty-Fourth Omnibus Objection pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (a) Duplicate or Amended Claims, (b) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order via overnight mail, in a sealed envelope, with postage paid, addressed to the last known addresses as indicated below:

To:
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Jr., John K. Lyons and
        Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago Illinois 60606

                                        /s/ Denise Presuto
                                        DENISE PRESUTO

Sworn to before me this
17th day of January, 2008.


 /s/ Brandi P. Klineberg
Notary Public for the
State of New York
No. 02KL6112003
Qualified in Suffolk County
Commission Expires June 28, 2008