Heinz Binder (CA 87908)  
Wendy W. Smith (CA 133887)  
Binder & Malter  
2775 Park Avenue  
Santa Clara, CA 95050  
Telephone: (408) 295-1700  
Facsimile:  (408) 295-1531  

Andrew L. Margulis, Esq.  
Ropers, Majeski, Kohn & Bentley  
17 State Street, Suite 2400  
New York, New York 10004  
Tel: 212-668-5927  
Fax: 212-668-5929  

Attorneys for Creditor, Technology Properties Ltd.

**Hearing Date and Time: HEARING NOT SET**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| In Re | ) CASE NO. 05-44481 (RDD) |
|---|---|
| | ) |
| | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, et al. | )  (Jointly Administered) |
| | ) |
| | ) |
| Debtors. | ) |

**WITHDRAWAL OF MOTION OF TECHNOLOGY PROPERTIES LTD. TO TEMPORARILY ALLOW CLAIMS PURSUANT TO FED. R.BANKR.P. 3018(a)**

Technology Properties, Ltd., ("TPL"), hereby withdraws its Motion for Entry of Order Temporarily Allowing Claims for Voting on Plan Pursuant to Fed. R. Bankr. P. 3018(a) (the "Motion").

Dated:  January 15, 2008        BINDER & MALTER, LLP

By:    /s/ Wendy W. Smith  
Wendy W. Smith (CA 133887)  
Attorneys for Technology Properties, Ltd.

F:\Clients\TPL-Delphi\Pleading\Allow Temporary Claim -w-drawal.doc

pg. 1