Heinz Binder (CA 87908)
Wendy W. Smith (CA 133887)
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:  (408) 295-1531

Andrew L. Margulis, Esq.
Ropers, Majeski, Kohn & Bentley
17 State Street, Suite 2400
New York, New York 10004
Tel:  212-668-5927
Fax: 212-668-5929

Attorneys for Creditor, Technology Properties Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re | ) | CASE NO. 05-44481 (RDD) |
| --- | --- | --- |
|  | ) |  |
|  | ) | Chapter 11 |
| DELPHI CORPORATION, et al. | ) |  |
|  | ) | DATE:   September 27, 2007 |
|  | ) | TIME:    10:00 a.m. |
| Debtor. | ) | ROOM:   610 |

## AFFIDAVIT OF SERVICE

I, Jennifer M. L. Wilkinson, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On January 17, 2008, I served a true and correct copy of the following document(s):

**1.    WITHDRAWAL OF MOTION OF TECHNOLOGY PROPERTIES  LTD.  TO TEMPORARILY ALLOW  CLAIMS PURSUANT TO FED. R.BANKR.P. 3018(a)**

by overnight Federal Express mail to the parties addressed as follows:

Counsel for Agent under Post-petition
<u>Credit Facility</u>
Davis, Polk & Wardell
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY 10017

<u>Debtors</u>
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

<u>Counsel for the Debtors</u>
Skadden, Arps, Slate, Meagher
& Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

<u>Honorable Robert D. Drain</u>
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Counsel to Debtor's Pre-Petition
<u>Administrative Agent</u>
Simpson Thatcher & Bartlett, LLP
Kenneth S. Ziman
425 Lexington Avenue
Suite, 2100
New York, NY 10017

Counsel to Official Committee of
<u>Unsecured Creditors</u>
Latham & Watkins LLP
Attn: Robert J. Rosenberg
& Mark A. Broude
885 Third Avenue
New York, NY 10022

Counsel for the Official Committee of <u>Equity Security Holders</u>
Fried, Frank, Harris, Shriver
& Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

<u>Counsel to Creditors' Committee</u>
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

<u>Office of the United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Ste.
New York, NY 10004-2111

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 17, 2008, at Santa Clara, California.

/s/  Jennifer M. L. Wilkinson
Jennifer M. L. Wilkinson