SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
Albert L. Hogan, III (AH 8807)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
    In re                                :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                          :
                      Debtors.     :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

PLEASE TAKE NOTICE that, on January 20, 2006, Delphi Corporation, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its Schedules of Assets and Liabilities (the "Schedules").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements, on February 14, 2006, April 18, 2006, and October 12, 2007, the Debtor filed certain amendments to the Schedules.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements, the Debtor hereby files certain additional amendments to its Schedules (the "Fourth Amendment").

PLEASE TAKE FURTHER NOTICE that the information set forth in the existing Schedules is amended and superseded only to the extent of revised information contained in the Fourth Amendment.

PLEASE TAKE FURTHER NOTICE that the Debtors will provide each holder of a "Claim," as such term is defined in 11 U.S.C. § 101(5), (collectively, the "Claimants") whose Claim is modified by the Fourth Amendment with a personalized Notice Of Amendment To Schedules, which specifically identifies the Claimant's Claim that is subject to an amendment as well as a Proof of Claim Form.  A form of the Notice Of Amendment To Schedules to be sent to the Claimants is attached hereto as Exhibit A.

Dated: New York, New York
January 17, 2008

          SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and –

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
   In re                                :        Chapter 11
                                      :
DELPHI CORPORATION,         :        Case No. 05-44481 (RDD)
                                      :
                                      :        (Jointly Administered)
             Debtor.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## AMENDED SCHEDULE OF LIABILITY


                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois 60606
                              (312) 407-0700

                                  - and -

                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000


                              Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | | | |
| B - Personal Property | NO | 0 | | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 120,304,772 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenses of Individual Debtor(s) | NO | 0 | | | |
| Total Number of Sheets in ALL Schedules | | 11 | | | |
| | | Total Assets | $  - | | |
| | | Total Liabilities | | $ 120,304,772 | |

Note: 1.) The Information set forth in the existing Schedules is amended and superseded only to the extent of revised information contained in the Fourth amendment.
2.) The global footnotes as filed with the amended and restated schedules of assets and liabilities on April 18, 2006 remain unchanged.
 * The amounts summarized herein relate solely to the claim amounts set forth in the Fourth Amendment.

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347361 - 10416664<br>ALBRECHT DONALD D<br>(Address on File) | SERP | | $480,962.66 |
| 3347304 - 10416607<br>ALBRECHT GEORGE B<br>(Address on File) | SERP | | $1,439,976.75 |
| 3347353 - 10416656<br>ALBRECHT JAMES W<br>(Address on File) | SERP | | $495,359.52 |
| 3347356 - 10416659<br>ALLEN STUART R<br>(Address on File) | SERP | | $523,852.55 |
| 3347421 - 10416724<br>ANDERSON DALE E<br>(Address on File) | SERP | | $230,371.84 |
| 3347335 - 10416638<br>ANDERSON JON R<br>(Address on File) | SERP | | $661,458.55 |
| 3347330 - 10416633<br>ANDERSON MICHAEL O<br>(Address on File) | SERP | | $756,502.89 |
| 3347348 - 10416651<br>ARNDT FREDERICK P<br>(Address on File) | SERP | | $571,926.56 |
| 3347440 - 10416743<br>ARNOLD THOMAS B<br>(Address on File) | SERP | | $138,910.45 |
| 3347381 - 10416684<br>BANK WAYNE H<br>(Address on File) | SERP | | $433,387.84 |
| 3347400 - 10416703<br>BASTIN DAVID J<br>(Address on File) | SERP | | $351,190.95 |
| 3347295 - 10416598<br>BATTENBERG III J T<br>(Address on File) | SERP | | $21,959,868.20 |
| 3347345 - 10416648<br>BECK BRUCE T<br>(Address on File) | SERP | | $590,788.65 |
| 3347337 - 10416640<br>BELL RONALD W<br>(Address on File) | SERP | | $653,421.92 |
| 3347339 - 10416642<br>BESEY ALLEN W<br>(Address on File) | SERP | | $598,186.43 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347363 - 10416666<br>BREMER RICHARD J<br>(Address on File) | SERP | | $475,185.98 |
| 3347396 - 10416699<br>BROOKS GARY J<br>(Address on File) | SERP | | $367,793.32 |
| 3656053 - 10416752<br>BYERS,CATHERINE<br>(Address on File) | SERP | | $162,101.49 |
| 3347298 - 10416601<br>CAMPBELL RAY C<br>(Address on File) | SERP | | $2,659,593.37 |
| 3347433 - 10416736<br>CHAO KEH-CHUNG M<br>(Address on File) | SERP | | $194,295.05 |
| 3347422 - 10416725<br>CHAPPELL DENNIS L<br>(Address on File) | SERP | | $224,533.84 |
| 3347309 - 10416612<br>CHESTNUT JAMES D<br>(Address on File) | SERP | | $1,197,125.17 |
| 3347383 - 10416686<br>CHESTNUT JR GEORGE W<br>(Address on File) | SERP | | $389,099.93 |
| 3347406 - 10416709<br>CIAMPA PETER F<br>(Address on File) | SERP | | $318,569.95 |
| 3347378 - 10416681<br>COLLINS WILLIAM L<br>(Address on File) | SERP | | $429,220.03 |
| 3347320 - 10416623<br>COTTEN CHARLES A<br>(Address on File) | SERP | | $891,602.39 |
| 3347415 - 10416718<br>COX RONALD W<br>(Address on File) | SERP | | $276,265.00 |
| 3347420 - 10416723<br>CRACRAFT LARRY F<br>(Address on File) | SERP | | $252,317.99 |
| 3347388 - 10416691<br>CRAWFORD ALBERT L<br>(Address on File) | SERP | | $385,348.12 |
| 3347310 - 10416613<br>CROUSE JAMES L<br>(Address on File) | SERP | | $1,101,532.79 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347311 - 10416614<br>CUNNINGHAM JR CHARLES R<br>(Address on File) | SERP | | $1,053,744.56 |
| 3347411 - 10416714<br>DETTINGER ROBERT E<br>(Address on File) | SERP | | $289,538.39 |
| 3347414 - 10416717<br>DEYER KEITH W<br>(Address on File) | SERP | | $276,789.96 |
| 3347402 - 10416705<br>DILS TIMOTHY M<br>(Address on File) | SERP | | $329,377.94 |
| 3347327 - 10416630<br>DRURY DAVID L<br>(Address on File) | SERP | | $795,580.89 |
| 3347365 - 10416668<br>DURHAM KENNETH R<br>(Address on File) | SERP | | $477,162.25 |
| 3347300 - 10416603<br>EBBERT WILLIAM A<br>(Address on File) | SERP | | $2,529,342.03 |
| 3347444 - 10416747<br>FAGAN ROBERT W<br>(Address on File) | SERP | | $93,176.61 |
| 3347425 - 10416728<br>FATZINGER ROBERT L<br>(Address on File) | SERP | | $204,326.36 |
| 3347418 - 10416721<br>FAULKNER DEAN L<br>(Address on File) | SERP | | $262,369.61 |
| 3347364 - 10416667<br>FINK WILLIAM C<br>(Address on File) | SERP | | $457,818.37 |
| 3347417 - 10416720<br>FLANAGAN JAMES P<br>(Address on File) | SERP | | $203,048.10 |
| 3347427 - 10416730<br>FLIGSTEIN MICHAEL S<br>(Address on File) | SERP | | $206,967.41 |
| 3347379 - 10416682<br>GAFFE' KAREN A<br>(Address on File) | SERP | | $327,387.22 |
| 3347344 - 10416647<br>GARDNER ANTHONY N<br>(Address on File) | SERP | | $580,203.73 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481     Entity #2

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3656058 - 10416757<br>GIFFORD,CHARLES H<br>(Address on File) | SERP | | $635,423.11 |
| 3347358 - 10416661<br>GOLDSWEIG DAVID N<br>(Address on File) | SERP | | $490,329.37 |
| 3347369 - 10416672<br>GOLICK EDWARD A<br>(Address on File) | SERP | | $474,181.20 |
| 3347384 - 10416687<br>GOODIN DWIGHT L<br>(Address on File) | SERP | | $409,200.79 |
| 3656054 - 10416753<br>GORDON,PATRICIA<br>(Address on File) | SERP | | $151,278.47 |
| 3347371 - 10416674<br>GROSSE RICHARD R<br>(Address on File) | SERP | | $449,552.69 |
| 3347329 - 10416632<br>HANDLEY RALPH E<br>(Address on File) | SERP | | $688,154.49 |
| 3347404 - 10416707<br>HEGSTROM JAMES B<br>(Address on File) | SERP | | $275,352.94 |
| 3347299 - 10416602<br>HEILMAN DAVID R<br>(Address on File) | SERP | | $2,551,128.57 |
| 3347367 - 10416670<br>HEILMAN GERALD D<br>(Address on File) | SERP | | $457,668.25 |
| 3347317 - 10416620<br>HELM WESLEY D<br>(Address on File) | SERP | | $938,944.59 |
| 3347352 - 10416655<br>HENDRICKSON DAVID M<br>(Address on File) | SERP | | $505,963.07 |
| 3347305 - 10416608<br>HERREN WILLIAM R<br>(Address on File) | SERP | | $1,356,968.31 |
| 3347373 - 10416676<br>HODITS JR FRANK W<br>(Address on File) | SERP | | $449,345.35 |
| 3347399 - 10416702<br>HOFFMAN ROBERT P<br>(Address on File) | SERP | | $347,294.89 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347323 - 10416626<br>HOLLASCH KURT D<br>(Address on File) | SERP | | $1,135,197.60 |
| 3347312 - 10416615<br>HOLMES JOHN R<br>(Address on File) | SERP | | $1,029,067.30 |
| 3347438 - 10416741<br>HOOPER DONALD K<br>(Address on File) | SERP | | $178,738.21 |
| 3347342 - 10416645<br>HOSSENLOPP PETER M<br>(Address on File) | SERP | | $270,416.79 |
| 3347324 - 10416627<br>HUSAR JR MICHAEL A<br>(Address on File) | SERP | | $829,587.53 |
| 3347368 - 10416671<br>ICKES ARTHUR D<br>(Address on File) | SERP | | $461,792.80 |
| 3347328 - 10416631<br>JACKSON JERRY F<br>(Address on File) | SERP | | $789,299.33 |
| 3656059 - 10416758<br>JACOVIDES,LINOS J<br>(Address on File) | SERP | | $13,298.39 |
| 3347429 - 10416732<br>JENKINS WILLIAM M<br>(Address on File) | SERP | | $174,063.76 |
| 3347314 - 10416617<br>JONES GUY S<br>(Address on File) | SERP | | $987,738.52 |
| 3347441 - 10416744<br>JORGENSEN RONALD E<br>(Address on File) | SERP | | $130,854.64 |
| 3347397 - 10416700<br>JULIUS MICHAEL L<br>(Address on File) | SERP | | $361,944.39 |
| 3347410 - 10416713<br>KARVONEN THOMAS D<br>(Address on File) | SERP | | $296,341.54 |
| 3656055 - 10416754<br>KAYE,DIANE L<br>(Address on File) | SERP | | $163,080.81 |
| 3347380 - 10416683<br>KELLER NORBERT L<br>(Address on File) | SERP | | $425,721.39 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347308 - 10416611<br>KESLER LARRY D<br>(Address on File) | SERP | | $1,197,634.82 |
| 3347325 - 10416628<br>KESSLER ROBERT W<br>(Address on File) | SERP | | $640,358.02 |
| 3347331 - 10416634<br>KIRKHAM BRUCE E<br>(Address on File) | SERP | | $717,550.56 |
| 3347338 - 10416641<br>KLUSMEYER THOMAS L<br>(Address on File) | SERP | | $606,620.91 |
| 3347306 - 10416609<br>KNOBELSPIESSE ERNEST A<br>(Address on File) | SERP | | $1,367,019.13 |
| 3347347 - 10416650<br>KRALOVICH GEORGE A<br>(Address on File) | SERP | | $561,185.08 |
| 3347403 - 10416706<br>KRIEGER HARVEY J<br>(Address on File) | SERP | | $326,574.62 |
| 3347435 - 10416738<br>LAMBERT JOHN F<br>(Address on File) | SERP | | $189,251.51 |
| 3347394 - 10416697<br>LARIMORE STEPHEN J<br>(Address on File) | SERP | | $375,749.72 |
| 3347390 - 10416693<br>LAWRENCE SUSAN K<br>(Address on File) | SERP | | $372,652.96 |
| 3347447 - 10416750<br>LEE ANTHONY<br>(Address on File) | SERP | | $9,400.29 |
| 3347333 - 10416636<br>LEVIJOKI W A<br>(Address on File) | SERP | | $703,498.74 |
| 3347392 - 10416695<br>LIENESCH JOHN H<br>(Address on File) | SERP | | $369,872.30 |
| 3347370 - 10416673<br>LININGER CHARLES D<br>(Address on File) | SERP | | $451,978.07 |
| 3347359 - 10416662<br>LIPPA MICHAEL R<br>(Address on File) | SERP | | $491,342.64 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347351 - 10416654<br>LUCKMAN JAMES E<br>(Address on File) | SERP | | $523,983.65 |
| 3347355 - 10416658<br>LUNDBERG EDWARD F<br>(Address on File) | SERP | | $508,122.55 |
| 3347362 - 10416665<br>MALANGA RONALD R<br>(Address on File) | SERP | | $471,406.40 |
| 3347341 - 10416644<br>MARQUIS TERRY L<br>(Address on File) | SERP | | $612,959.30 |
| 3347360 - 10416663<br>MAYNE JIMMY C<br>(Address on File) | SERP | | $495,304.36 |
| 3347350 - 10416653<br>MEAD DENNIS M<br>(Address on File) | SERP | | $537,724.43 |
| 3347319 - 10416622<br>MEIER CHARLES R<br>(Address on File) | SERP | | $909,331.23 |
| 3347322 - 10416625<br>MEIER GERALD T<br>(Address on File) | SERP | | $843,626.03 |
| 3347336 - 10416639<br>MEYERS DAVID I<br>(Address on File) | SERP | | $651,142.37 |
| 3347372 - 10416675<br>MILLER SHARON L<br>(Address on File) | SERP | | $448,568.80 |
| 3347446 - 10416749<br>MOBLEY MD EVELYN H<br>(Address on File) | SERP | | $17,177.82 |
| 3347437 - 10416740<br>MONTGOMERY SHARON D<br>(Address on File) | SERP | | $188,244.23 |
| 3347343 - 10416646<br>MOORE DAVID R<br>(Address on File) | SERP | | $620,835.06 |
| 3347391 - 10416694<br>NEUBAUER TERRY A<br>(Address on File) | SERP | | $374,676.62 |
| 3347377 - 10416680<br>NEVILLE JOHN R<br>(Address on File) | SERP | | $430,107.45 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481      Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347442 - 10416745<br>O'MALLEY JR WILLIAM J<br>(Address on File) | SERP | | $125,842.38 |
| 3347326 - 10416629<br>O'NEILL BRIAN P<br>(Address on File) | SERP | | $336,642.50 |
| 3656056 - 10416755<br>O'NEILL,MARCIA M<br>(Address on File) | SERP | | $380,789.84 |
| 3347315 - 10416618<br>ONDRICK CHARLES W<br>(Address on File) | SERP | | $949,921.58 |
| 3347334 - 10416637<br>PATRICK RICHARD M<br>(Address on File) | SERP | | $688,067.63 |
| 3347385 - 10416688<br>PERLET RICHARD P<br>(Address on File) | SERP | | $385,652.15 |
| 3347375 - 10416678<br>PIKAART JACOB<br>(Address on File) | SERP | | $437,119.10 |
| 3347428 - 10416731<br>PITTMAN CLEVELAND L<br>(Address on File) | SERP | | $203,860.73 |
| 3347408 - 10416711<br>POPPITT II ALFRED J<br>(Address on File) | SERP | | $287,420.54 |
| 3347426 - 10416729<br>RADHESHWAR HARI I<br>(Address on File) | SERP | | $206,526.90 |
| 3656060 - 10416759<br>RANDOLPH,JAMES L<br>(Address on File) | SERP | | $220,590.20 |
| 3347307 - 10416610<br>RAUSCH CARL G<br>(Address on File) | SERP | | $1,267,847.18 |
| 3347434 - 10416737<br>REYNOLDS JEFFREY T<br>(Address on File) | SERP | | $193,690.15 |
| 3347407 - 10416710<br>RIES THOMAS E<br>(Address on File) | SERP | | $303,783.28 |
| 3347376 - 10416679<br>RITZENTHALER FRANCIS H<br>(Address on File) | SERP | | $260,212.34 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481   Entity #2

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347386 - 10416689<br>ROBERTS DANIEL C<br>(Address on File) | SERP | | $376,674.39 |
| 3347332 - 10416635<br>ROBERTSON GARY L<br>(Address on File) | SERP | | $696,323.59 |
| 3347313 - 10416616<br>ROBINSON JOHN H<br>(Address on File) | SERP | | $1,008,159.70 |
| 3347424 - 10416727<br>RODEMAN DONALD W<br>(Address on File) | SERP | | $213,958.84 |
| 3347395 - 10416698<br>ROSE CHARLES L<br>(Address on File) | SERP | | $365,729.08 |
| 3347389 - 10416692<br>ROSE MICHAEL P<br>(Address on File) | SERP | | $378,620.72 |
| 3347401 - 10416704<br>ROWLEY ALAN B<br>(Address on File) | SERP | | $335,894.47 |
| 3347296 - 10416599<br>RUNKLE DONALD L<br>(Address on File) | SERP | | $9,683,853.48 |
| 3347423 - 10416726<br>SATTERTHWAITE C R<br>(Address on File) | SERP | | $219,197.07 |
| 3347412 - 10416715<br>SCHAFER DOUGLAS R<br>(Address on File) | SERP | | $281,998.59 |
| 3347354 - 10416657<br>SHAFFER LOWELL K<br>(Address on File) | SERP | | $505,806.68 |
| 3347387 - 10416690<br>SHIMANEK RONALD W<br>(Address on File) | SERP | | $381,468.24 |
| 3347393 - 10416696<br>SHOLL J D<br>(Address on File) | SERP | | $368,186.71 |
| 3656061 - 10416760<br>SIGLER JR,ROBERT M<br>(Address on File) | SERP | | $108,217.71 |
| 3347409 - 10416712<br>SLETVOLD JR GEORGE J<br>(Address on File) | SERP | | $296,559.67 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347303 - 10416606<br>SLOAN JR GEORGE B<br>(Address on File) | SERP | | $1,646,483.55 |
| 3347430 - 10416733<br>SMIDEBUSH JAMES C<br>(Address on File) | SERP | | $197,776.13 |
| 3347405 - 10416708<br>SMITH JAMES A<br>(Address on File) | SERP | | $320,294.39 |
| 3347445 - 10416748<br>SMITH RAYMOND C<br>(Address on File) | SERP | | $49,651.58 |
| 3347321 - 10416624<br>SOSNOWCHIK THOMAS J<br>(Address on File) | SERP | | $849,627.88 |
| 3347419 - 10416722<br>SPELMAN WILLIAM C<br>(Address on File) | SERP | | $253,800.67 |
| 3347357 - 10416660<br>STOUT MICHAEL K<br>(Address on File) | SERP | | $493,335.29 |
| 3347349 - 10416652<br>STRANEY PATRICK J<br>(Address on File) | SERP | | $538,906.71 |
| 3347340 - 10416643<br>SULLIVAN DANIEL P<br>(Address on File) | SERP | | $606,069.73 |
| 3347443 - 10416746<br>SWEENEY MICHAEL A<br>(Address on File) | SERP | | $119,759.84 |
| 3347302 - 10416605<br>THORNS JR ODAIL<br>(Address on File) | SERP | | $1,695,045.74 |
| 3347297 - 10416600<br>TOSCH PAUL J<br>(Address on File) | SERP | | $4,118,745.54 |
| 3347416 - 10416719<br>TURKETT RONALD L<br>(Address on File) | SERP | | $274,223.59 |
| 3347431 - 10416734<br>TWEEDY RANDALL L<br>(Address on File) | SERP | | $197,331.66 |
| 3347374 - 10416677<br>VANDENBERG FREDERIC P<br>(Address on File) | SERP | | $440,894.64 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3347413 - 10416716<br>VARADY WAYNE J<br>(Address on File) | SERP | | $289,675.79 |
| 3347436 - 10416739<br>VEENSTRA CHARLES K<br>(Address on File) | SERP | | $189,385.85 |
| 3347439 - 10416742<br>VINCENT WESLEY A<br>(Address on File) | SERP | | $144,391.20 |
| 3656057 - 10416756<br>WANDER,JANET<br>(Address on File) | SERP | | $102,095.41 |
| 3347301 - 10416604<br>WARREN WILLIAM S<br>(Address on File) | SERP | | $1,720,990.33 |
| 3347366 - 10416669<br>WIECHART JOHN F<br>(Address on File) | SERP | | $463,140.03 |
| 3347382 - 10416685<br>WILHELM JR RALPH V<br>(Address on File) | SERP | | $395,061.17 |
| 3347346 - 10416649<br>WILKINSON LESTER<br>(Address on File) | SERP | | $571,219.33 |
| 3347316 - 10416619<br>WINGEIER KENNETH G<br>(Address on File) | SERP | | $943,354.88 |
| 3347398 - 10416701<br>WINTERBOTTOM DAVID A<br>(Address on File) | SERP | | $359,604.47 |
| 3347318 - 10416621<br>ZEILINGER ROBERT J<br>(Address on File) | SERP | | $923,589.51 |
| 3347432 - 10416735<br>ZIELKE WILLIAM E<br>(Address on File) | SERP | | $192,289.48 |
| | | TOTAL: | $120,304,772.20 |

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                      :
     In re                                            :   Chapter 11
                                                      :
DELPHI CORPORATION,                                   :   Case No. 05-44481 (RDD)
                                                      :
               Debtor.                                :   (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION**

I, the <u>Vice President, Chief Restructuring Officer, Chief Accounting Officer and Controller of Delphi Corporation,</u> the ultimate parent of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 12 sheets, and that they are true and correct to the best of my knowledge, information and belief, subject to the global notes and various footnotes set forth therein.


Date:   January 16, 2008           Signature        /s/ JOHN D. SHEEHAN

                                   Print Name    John D. Sheehan

                                   Title    Vice President, Chief Restructuring Officer
                                             Chief Accounting Officer and Controller
                                             of Delphi Corporation and Authorized
                                             Signatory of the Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3572.*