UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
    In re                              :        Chapter 11
                                        :
DELPHI CORPORATION,            :        Case No. 05-44481
                                        :
                 Debtors.       :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AMENDMENT TO SCHEDULE

[Claimant Name]:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you are the holder of a "Claim," as such term is defined in 11 U.S.C. § 101(5), that may have been listed on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") in the Debtors' reorganization cases. Based upon the Debtors' review of their books and records, the Debtors have determined that one or more of your Claims should be amended as summarized in the table below and described in more detail in the Debtors' Amendment To Schedules Of Assets And Liabilities (the "Amendment to Schedules"), dated January 14, 2008, attached hereto.

| **Amendment Of Claim** | | |
|---|---|---|
| **Schedule Entry Number** | **Amount** | **Classification** |
|  |  |  |

      AS SET FORTH IN ARTICLE 7.9 OF THE FIRST AMENDED JOINT PLAN OR REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION (THE "PLAN"), IF YOU WISH TO FILE A CLAIM SOLELY ON THE BASIS OF FUTURE PENSION OR OTHER POST-EMPLOYMENT BENEFITS ARISING OUT OF THE SERP (AS DEFINED IN THE PLAN), YOU MUST FILE A PROOF OF CLAIM NO LATER THAN 30 DAYS AFTER THE EFFECTIVE DATE (AS DEFINED IN THE PLAN). THEREFORE, IF YOU DISAGREE WITH THE PROPOSED AMOUNT OR TREATMENT OF YOUR CLAIM IN THE AMENDMENT TO SCHEDULES, YOU MUST FILE A PROOF OF CLAIM (SUBSTANTIALLY CONFORMING TO FORM NO. 10 OF THE OFFICIAL BANKRUPTCY FORMS) NO LATER THAN

30 DAYS AFTER THE EFFECTIVE DATE (AS DEFINED IN THE PLAN) IN ACCORDANCE WITH ARTICLE 7.9 OF THE PLAN.  ALL SUCH CLAIMS NOT FILED WITHIN SUCH TIME SHALL BE FOREVER BARRED FROM ASSERTION AGAINST THE DEBTORS AND THEIR ESTATES OR THE REORGANIZED DEBTORS AND THEIR PROPERTY.

If you have any questions about this notice or the Amendment to Schedules, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
       January 17, 2008