B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
(Manhattan)

In re: DELPHI CORPORATION, *et al.*,   Case No. 05-44481-rdd
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br><br>Name of Transferee | Hilite International Inc..<br><br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 0683**<br>**Attn: Brian A. Jarmain** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:<br>**Transfer Amount: $509,488.17** | Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of transferor<br><br>**Hilite International**<br>P.O. Box 73342<br>Cleveland, OH 44193<br>Attn: Michael Kestner |
| Phone: 203-542-4126<br>          203-542-4255<br>Last Four Digits of Acct #:_____ | Phone: (  )<br><br>Last Four Digits of Acct #:_____ |
| Court Claim # (if known): Schd. F<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

, w/ permission

By: /s/ Ben Tecmire     Date: **January 17, 2008**
    Ben Tecmire
         /s/ Anthony B____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____     _____
                                  CLERK OF THE COURT

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HILITE INTERNATIONAL, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $509,488.17 (the "Assigned Claim"), against Delphi Automotive Systems, LLC, a wholly-owned subsidiary of Delphi Corp. ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 21, 2006.

HILITE INTERNATIONAL, INC.

By: _____
Name: Michael T. Kestner
Title: Chief Financial Officer

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1131231 - 10007946<br>HIGGINS SHARON<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1614355 - 10398617<br>HIGH VOLTAGE MAINTENANCE EFT CORP<br>PO BOX 73974<br>CHICAGO    IL    606737974 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $29,541.65 |
| 1614357 - 10398618<br>HIGHER GROUND PRINTER SERVICES | ACCOUNTS PAYABLE | | $483.00 |
| 1614362 - 10404514<br>HIGHLAND INDUSTRIES INC<br>629 GREEN VALLEY RD STE 300<br>GREENSBORO    NC    27408 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1614363 - 10404708<br>HIGHLAND MANUFACTURING CO<br>PO BOX 75711<br>CHICAGO    IL    606755711 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1614367 - 10398619<br>HIGHLAND TRANSPORT<br>2815 14TH AVE<br>MARKHAM    ON    L3R 0H9<br>CANADA | ACCOUNTS PAYABLE | | $54,242.32 |
| 1017704 - 10005789<br>HILBERT VIRGINIA<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70105799 | Contingent, Disputed, Unliquidated | Unknown |
| 1614381 - 10398620<br>HILER INDUSTRIES<br>PO BOX 639<br>LAPORTE    IN    46352 | ACCOUNTS PAYABLE | | $62,235.98 |
| 1614385 - 10398621<br>HILITE INTERNATIONAL<br>PO BOX 73342<br>CLEVELAND    OH    44193 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $509,488.17 |
| 1614387 - 10398622<br>HILL & KNOWLTON AUSTRALIA PTY<br>C 12 338 PITT ST SYDNEY<br>NSW 2000<br>AUSTRALIA | ACCOUNTS PAYABLE | | $114,828.73 |
| 1614389 - 10398623<br>HILL & KNOWLTON BRAZIL<br>RUE ANDRE AMPERE<br>34 8 ANDAR BROOKLIN<br>CEP 04568 080 SAO PAULO SP<br>BRAZIL | ACCOUNTS PAYABLE | | $16,490.21 |
| 1017739 - 10005790<br>HILL CLARENCE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 05-876404 | Contingent, Disputed, Unliquidated | Unknown |