IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight delivery:

1) Supplemental Notice of Non-Assumption and Assignment of Executory Contract in Connection with the Sale of Interiors and Closures Businesses, and customized exhibit (Docket No. 11514)

On December 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit B hereto via overnight delivery:

2) Supplemental Notice with Respect to Certain Postpetition Contracts in Connection with the Sale of Interiors and Closures Businesses, and customized exhibit (Docket No. 11515)

Dated: January 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ Evan Gershbein
　　　　　　　　　　　　　　　　　　　　　　　Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2008, by

Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:     */s/ Shannon J. Spencer*

Commission Expires:  *6/20/10*

# EXHIBIT A

Delphi Corporation
Supplemental Notice of Non-Assumption and Assignment Service List

| Name | NoticeName | Address | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Lunt Manufacturing Co., Inc. |  | 816 E. 4th St. |  | Royal Oak | MI | 48067 |  |

# EXHIBIT B

Delphi Corporation
Postpetition Contracts Supplemental Notice Service List

| Name | NoticeName | Address | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ashland Inc | Ashland Distribution CO | P.O. Box 2219 | | Columbus | OH | 43216-2219 | |
| Bayer Meterial Science LLC | | Newark Industrial Park | | Hebron | OH | 43025-9660 | |
| Behr Hella Thermocontrol GMBH, Behr-Hella | | Hansastr 40 | | Lippstadt | | | Germany |
| Behr-Gella Thermcontrol Inc | | 43811 Plymouth Oaks Blvd | | Plymouth | MI | 48170 | |
| Cadon Plating & Coatings LLC | | 3715 11th Street | | Wyandotte | MI | 48192-6435 | |
| Chicago Rivet & Machine Co. | | 901 Frontenac Rd. | | Naperville | IL | 60563-1744 | |
| D&R Technology LLC | | 450 Windy Point Dr | | Glendale Heights | IL | 60139 | |
| Dekalab Metal Finishing | | P.O. Box 70 | | Auburn | IN | 46706 | |
| Foster Electric (USA), Inc. | | 1000 E. State Pky | Ste. G | Schaumburg | IL | 60173 | |
| Hella KG Hueck & Co | | Beckumer Str130 | | Lippstadt | | 59555 | Germany |
| Hella Kgaa Hueck & Co. | | Rixbecker Str. 75 | | Lippstadt | | 59552 | Germany |
| IMS Gear | | 1234 Palmour Dr. | Ste. B | Gainesville | GA | 30501 | |
| Industrial Paint & Strip Inc | | 47036 Black Walnut PKY | | Woodsfield | OH | 43793 | |
| Industrial Paint & Strip Inc | | 47063 Black Walnut PKY | | Woodsfield | OH | 43793 | |
| Industrial Steel Treating Co. | | P.O. Box 98 | | Jackson | MI | 49204-0098 | |
| Kostal Mexicana SA DE CV | | 10400 Technology Dr. | | Cottondale | AL | 35453 | |
| Lacks Industries, Inc | Lacks Trim Systems | 4090 Barden Dr | | Kentwood | MI | 49512 | |
| LEM Industries Inc | | 4852 Frusta Dr. | | Obetz | OH | 43207-4503 | |
| LEM Industries, Inc. | | 4852 Frusta Dr. | | Obetz | OH | 43207-4503 | |
| Newark Electro Plating Inc | | 30-32 E Harrison St | | Newark | OH | 43055 | |
| Perkinelmer Optoelectronics | | 13720 Shoreline Court E | | Earth City | MO | 63045 | |
| Poepplemann Kunststoff-Technik GMBH | | Postfach POSTFACH 1 | | Lohne | | 49378 | Germany |
| Polyone Corp. | | P.O. Box 807 | | Dyersburg | TN | 38025 | |
| PPG Industries Inc. | C/O Dura Automotive | 2200 Helton Dr | P.O. Box 746 | Lawrenceburg | TN | 38464 | |
| PPG Industries Inc. | Coatings & Resins Group | 961 Division St | | Adrian | MI | 49221 | |
| PPG Industries Inc., c/o Dura Automotive | | 2200 Helton Dr. | P.O. Box 746 | Lawrenceburg | TN | 38464 | |
| Select Industries Corp PLT 3 | | P.O. Box 887 | | Dayton | OH | 45401 | |
| Sidler GMBH & Co. KG, Sidler | | Mismarckstr 72 | | Tuebingen | | 72072 | Germany |
| Siements VDO SA DE CV, CRS Airbags & Restraint Systems | | Camino A La Tijera 3 KM 3.5 | | Tiajomulco de Zuniga | | 45640 | Mexico |
| Victory Packaging, Inc | | 1597 Westbelt Dr | | Columbus | OH | 43228-3839 | |

Delphi Corporation
Postpetition Contracts Supplemental Notice Service List

| Name | NoticeName | Address | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Victory Packaging, Inc. |  | 1597 Westbelt Dr. |  | Columbus | OH | 43228-3839 |  |