DLA PIPER US LLP
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
T: (213) 330-7850
Karol K. Denniston (SBN 141667)
Jennifer L. Nassiri (SBN 206936)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

**AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL and
SUPPLEMENTAL VERIFIED STATEMENT OF DLA PIPER US LLP PURSUANT TO
RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
REGARDING REPRESENTATION OF MULTIPLE PARTIES**

were served on January 14, 2008 via U.S. mail upon the following:

Donald Bernstein, Esq. and
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Mark A. Broude, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

Marissa Wesley, Esq.
Simpson Tacher & Barlett, LLP
425 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
for the District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

LOSA1\339875.1                              1

John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valerie Venable
Credit Manager
GE Plastics America
9930 Kincey Avenue
Huntersville, NC 28078

Dated:   Los Angeles, CA
         January 14, 2008

DLA PIPER US LLP

By: _____
Karol K. Denniston (SBN 141667)
Jennifer L. Nassiri (SBN 206936)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
(213) 330-7850

Corporate, Employment and Intellectual
Property Counsel for Debtor MobileAria, Inc.