BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION FOR ORDER ESTIMATING CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION

PLEASE TAKE NOTICE THAT Fiduciary Counselors, Inc. hereby withdraws without prejudice its Motion For Order Estimating Claims For Purposes Of Voting On Plan Of Reorganization [Docket No. 11618].

Dated: January 16, 2008

BUCHANAN INGERSOLL & ROONEY PC

/s/ William H. Schorling (WS-6322)
William H. Schorling, Esquire (WS-6322)
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile

*Counsel for Fiduciary Counselors, Inc.*

KRLSDOCS_WLM#: 66936v1
#1010438-v1

Hearing Date and Time: January 17, 2008 at 10:00 a.m.
Objection Deadline: January 11, 2008 at 4:00 p.m.

BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008 I caused to be served the NOTICE OF WITHDRAWAL OF MOTION FOR ORDER ESTIMATING CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION upon the persons and entities listed on Exhibit A annexed hereto via electronic mail or overnight mail as noted thereon.

Dated: January 16, 2008
Philadelphia, PA

BUCHANAN INGERSOLL & ROONEY PC

*Donna Curcio*

Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA 19103
Tel: (215) 665-8700
Fax: (215) 665-8760

#2060769-v1

# EXHIBIT A

Via electronic mail:

'sean.p.corcoran@delphi.com'; 'karen.j.craft@delphi.com'; 'jbutler@skadden.com'; 'brian.resnick@dpw.com'; 'donald.bernstein@dpw.com'; 'robert.rosenberg@lw.com'; 'mark.broude@lw.com'; 'bonnie.steingart@friedfrank.com'; 'tlauria@whitecase.com'; 'gkurtz@whitecase.com'; 'gpryor@whitecase.com'; 'jreiss@whitecase.com'; 'jeff.tanenbaum@weil.com'; 'michael.kessler@weil.com'; 'robert.lemons@weil.com'

Via overnight mail:

| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY  10004 | Office of the United States Trustee<br>for the Southern District of New York<br>Attn:  Alicia M. Leonhard<br>33 Whitehall Street - Suite 2100<br>New York, NY 10004 |

#2060771-v1