1-16-08

Your Honor:

Enclosed are 2 sheets as examples of the way I've been treated when G. Motors retired me. That's why I told them when asked what they should do with my stock — I told them "Send it to Me."

This not only was General Motors stock but also Saginaw Steering Gear stock. We had this stock in our possession long before Delphi became a Company. It don't make any difference. General Motors or Saginaw Steering Gear and other Divisions built these plants overseas — It still was our investments that built them. To me, I believe they own their name "Delphi."

The letter and envelope enclosed is an example of their scam.

The envelope wasn't there

RECEIVED
JAN 17 2008
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

yesterday morning. So when it was delivered? After the meeting? Last night? My wife found it by the door (outside) when she went to get the paper Wednesday Jan 16, 2008.

Also enclosed is physician statement on my disability

Sincerely Yours
Calvin C. Schmidt
Dave J. Schmidt



# Express

## The World C

For FedEx Express Shipments Only

```
ORIGIN ID: OLVA (310) 823-5000        Ship Date: 14JAN08
SHIPPING DEPT                          ActWgt: 1 4 LB MAN
KURTZMAN CARSON CONSULTANTS            System#: V286021/C4FE2352
2335 ALASKA AVE                        Account: S 345812520

EL SEGUNDO, CA 90245
UNITED STATES US

TO  ALVIN AND DARLA SCHMIDT
    9650 LANGAN ST.

    SPRING HILL, FL 346060144

Ref: DELPHI ENA MEMPHIS 3739
Dept: Delphi

                                        Delivery Address
                                        Barcode

                              BILL SENDER

                                                (310) 823-5000
                                                FedEx
                                                Express
                                                E
                                                CLS050107/22/23

PRIORITY OVERNIGHT                              TUE
TRK# 9602 1481 9940      Form                Deliver By:
                         6201                 15JAN08
34606       -FL-US          XH GIFA           TPA
                                              A3
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

## MEMORANDUM

January 14, 2008

TO:     All Objecting Parties

FROM:   Francis Neil MacDonald
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Chicago, IL  60606-1285
        (312) 407-0548
        NEIL.MACDONALD@SKADDEN.COM

RE:     **Plan Confirmation Hearing, In re Delphi Corp., *et al.*, Case No. 05-44481 (RDD), Meet and Confer Conference, Tuesday, January 15, 2008 at 4:00 p.m. (eastern prevailing time)**

Please note that in accordance with paragraph 13 of the Confirmation Hearing Scheduling Order (Docket No. 11796), the Debtors and all Objecting Parties will conduct a meet and confer conference at 4:00 p.m. (prevailing eastern time) on Tuesday, January 15, 2008, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, to discuss the resolution of objections to the admissibility of evidence, and any other matter necessary for the orderly preparation and presentation of the case at the Confirmation Hearing. You may also participate telephonically in the meet and confer conference. The dial-in information is as follows:

Participants, Toll Free: 888-637-7748

Participants, Toll: 913-312-1465

Confirmation Code: 6598460

# Attending Physicians Statement of Disability
The patient is responsible for completion of this form without expense to the Company

**Patient's Name** Alvin Schmidt

1. Diagnosis: Cerebral Stroke, Cardiomyopathy, Pacemaker, Diabetes mellitus 2

2. Concurrent Condition(s): Fatigue / Tiredness

3. What objective findings helped you with your diagnosis? CVA, Cardiomyopathy

4. What is the patient's current treatment program?

5. What medications are currently prescribed to the patient? As enclosed.

6. How long have you been treating the patient: Oct. 2005    What is the date of the last visit? 6/17/04

7. Is patient: Ambulatory ✓    Bed Confined ___    House Confined ___
   Is the patient confined to a medical facility?  Yes  (No)
   If yes, please give name and address of facility: _____

8. Has the patient's progress: Improved  (Unimproved)  Retrogressed  Recovered  Date recovered _____

9. Is the patient a suitable candidate for a rehabilitation program?  Yes  (No)

10. Please help us understand the extent of disability:

    Is the patient totally disabled for any occupation?  (Yes)  No

    Is the patient totally disabled for His/Her occupation?  (Yes)  No

    If 'no' to either question, when was patient able to go back to work? __/__/__

    If 'yes' to either question, when do you think patient will be able to resume any work? __/__/__

    If the patient is a retired individual, is the patient disabled from performing each and every activity of a person in good health of like age?  (Yes)  No

**Physician: Please Sign**

P. Shankaran                    X _____  MD    38-3628745
Physician's Name (Printed)         Signature and Degree         Tax ID No.

1201 South Drive              Mt. Pleasant           MI        48858
Office Street Address              City               State      Zip Code

(989) 779-5050                           (989) 779-5051
Office Phone Number                       Office Fax Number

6/24/04
Date