# DELPHI CORPORATION AND DEBTOR ENTITIES
# DIRECTORS AND OFFICERS

The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession provides in Articles 7.5, 7.6, and 7.7 as follows:

**7.5    Directors Of Reorganized Delphi.**

**(a)    Search Committee.**  A Search Committee shall be appointed consisting of the lead director of Delphi, one representative of Appaloosa, one representative of the Creditors' Committee, one representative of the co-lead Plan Investors other than UBS, Goldman Sachs, and Merrill (who shall be determined by Appaloosa), and one representative of the Equity Committee reasonably acceptable to the other members of the Search Committee. Each member of the Search Committee shall be entitled to require the Search Committee to interview any person to serve as a director unless such proposed candidate is rejected by each of the Appaloosa representative, the Delphi representative, and the Creditors' Committee representative.  The entire Search Committee shall be entitled to participate in such interview and in a discussion of such potential director following such interview.

**(b)    Constitution Of The Board Of Directors Of Reorganized Delphi.**  The board of directors of Reorganized Delphi shall consist of nine directors (which number shall not be expanded at all times that series A-1 of the New Preferred Stock has board rights), three of whom shall be Class III Directors (as defined below) and shall initially be nominated by Appaloosa and elected on the Effective Date by the holders of series A New Preferred Stock (and thereafter shall be elected directly by the holders of series A New Preferred Stock (the "Series A Directors")), one of whom shall be a Class I Director (as defined below) and shall be the executive chairman, who will be selected in accordance with the terms of the Investment Agreement, one of whom shall be a Class I Director and shall be the chief executive officer of Reorganized Delphi, one of whom shall be a Class II Director (as defined below) and shall initially be selected by the Co-Lead Investors (as defined in Exhibit A to the Investment Agreement) representative on the Search Committee with the approval of either Delphi or the Creditors' Committee (the "Joint Investor Director"), one of whom shall be a Class I Director and shall initially be selected by the Creditors' Committee and two of whom shall be Class II Directors and shall initially be selected by the Creditors' Committee (such directors selected by the Creditors' Committee and the Joint Investor Director, the "Common Directors").  For the avoidance of doubt, all directors selected in accordance with this paragraph shall have been interviewed and/or discussed by the Search Committee. Each director so selected shall be appointed to the initial board of directors of Reorganized Delphi unless at least three members of the following four members of the Search Committee object to the appointment of such individual:  the Appaloosa representative, the Delphi representative, the Creditors' Committee representative,  and the Equity Committee representative.  Initially, the board shall be comprised of (a) six directors who satisfy all applicable independence requirements of the relevant stock exchange on which it is expected the New Common Stock will be traded and (b) six directors who are independent from the Plan Investors; provided, however, that the requirements of this sentence may be waived by the unanimous consent of Delphi, Appaloosa, and  the Creditors' Committee.  Additionally, the Joint Investor Director must be independent from the Plan Investors.

**(c)    Classification Of Directors.**  Directors initially shall be placed as set forth above in three classes.  Directors in the first class shall have an initial term expiring at the annual meeting of stockholders to be held in 2009 (each, a "Class I Director"), directors in the second class shall have an initial term expiring at the annual meeting of stockholders to be held in 2010 (each, a "Class II Director"), and directors in the final class shall have an initial term expiring at the annual meeting of stockholders to be held in 2011 (each, a "Class III Director").  After the expiration of each initial term of each class of directors, the directors shall thereafter each have a one year term elected annually.

**7.6    Officers Of The Reorganized Debtors**.  The existing senior officers of the Debtors in office on the Effective Date shall serve in their current capacities after the Effective Date (except for the Executive Chairman), subject to their employment contracts and subject to the authority of the boards of directors or similar governing bodies of the Reorganized Debtors.

**7.7    Directors And Officers Of Affiliate Debtors.** The existing directors and officers of the Affiliate Debtors shall continue to serve in their current capacities after the Effective Date, <u>provided, however,</u> that Reorganized Delphi reserves the right to identify new officers and members of the boards of directors or similar governing bodies of each such Affiliate Debtor at any time thereafter.

The individuals proposed to serve as directors and officers of Reorganized Debtors after confirmation of the Plan, subject to Articles 7.5, 7.6, and 7.5 of the Plan, will be as set forth below:

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Corporation** | Oscar de Paula Bernardes Neto | Director Class II[1] |
| | Robert H. Brust | Director Class III[1] |
| | John D. Englar | Director Class I[1] |
| | David N. Farr | Director Class III[1] |
| | Raymond J. Milchovich | Director Class III[1] |
| | Robert S. Miller, Jr. | Director Class I[1] and Executive Chairman of the Board |
| | Craig G. Naylor | Director[1] |
| | Rodney O'Neal | Director Class III[1] |
| | John D. Opie | Director Class II and Lead Independent Director[1] |
| | John H. Walker | Director Class I[1] |
| | Martin E. Welch | Director Class II[1] |
| | Rodney O'Neal | Chief Executive Officer and President |
| | Robert J. Dellinger | Executive Vice President and Chief Financial Officer |
| | John P. Arle | Vice President and Treasurer |
| | James A. Bertrand | Vice President and President, Automotive Holdings Group |
| | Kevin M. Butler | Vice President, Human Resource Management |
| | Choon T. Chon | Vice President and President, Delphi Asia Pacific |
| | Guy C. Hachey | Vice President and President, Delphi Powertrain Systems and President, Delphi Europe, Middle East & Africa |
| | Karen L. Healy | Vice President, Corporate Affairs, Marketing Communications and Facilities |
| | Sidney Johnson | Vice President, Global Purchasing and Logistics |
| | Marjorie Harris Loeb | Corporate Secretary |
| | Mark C. Lorenz | Vice President, Global Transformation Program |
| | Francisco A. Ordonez | Vice President and President, Delphi Product & Service Solutions |
| | Jeffrey J. Owens | Vice President and President, Delphi Electronics & Safety and President, Delphi Asia Pacific |
| | Ronald M. Pirtle | Vice President and President, Delphi Thermal Systems |
| | Robert J. Remenar | Vice President and President, Delphi Steering |
| | F. Timothy Richards | Vice President, Electronics Group |
| | John D. Sheehan | Vice President and Chief Restructuring Officer |
| | David M. Sherbin | Vice President, General Counsel and Chief Compliance Officer |
| | James A. Spencer | Vice President and President, Delphi Packard Electrical/Electronic Architecture and President, Delphi South America & Mexico |
| | Brian D. Thelen | Vice President, Corporate Audit Services |

---

[1] Delphi Corporation directors are subject to change before emergence.

| Entity Name | Individual Name | Position |
|---|---|---|
| | Thomas S. Timko | Chief Accounting Officer and Controller |
| | Bette M. Walker | Vice President and Chief Information Officer |
| | Mark R. Weber | Executive Vice President, Global Business Services |
| | James P. Whitson | Chief Tax Officer |
| | | |
| **ASEC Manufacturing General Partnership** | R. Scott Bailey | Management Board Member |
| | John M. Fuerst | Management Board Member |
| | Guy C. Hachey | Management Board Member |
| | Derrick M. Williams | Management Board Member |
| | John M. Fuerst | Chairman |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | Henry A. Sullivan | Director, Technical |
| | James P. Whitson | Chief Tax Officer |
| | | |
| **ASEC Sales General Partnership** | R. Scott Bailey | Management Board Member |
| | John M. Fuerst | Management Board Member |
| | Guy C. Hachey | Management Board Member |
| | Derrick M. Williams | Management Board Member |
| | John M. Fuerst | Chairman |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | Henry A. Sullivan | Director, Technical |
| | James P. Whitson | Chief Tax Officer |
| | | |
| **Aspire, Inc.** | Carrie Anderson | Director |
| | Francisco A. Ordonez | Director |
| | Pam Pitsenbarger | Director |
| | Norm Young | Director |
| | Norm Young | President |
| | James P. Whitson | Vice President |
| | Brian Eichenlaub | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delco Electronics Overseas Corporation** | Richard E. Erwin | Director |
| | Paul S. Milburn | Director |
| | Jeffrey J. Owens | Director |
| | Elizabeth M. Schwarting | Director |
| | Rainer Hermeling | President |
| | Paul S. Milburn | Vice President and Tresurer |
| | Jeffrey Parsons | Vice President – Finance and Assistant Secretary |
| | David M. Sherbin | Vice President and General Counsel |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Automotive Systems (Holding), Inc.** | John D. Sheehan | Director |
| | John D. Sheehan | President |
| | David M. Sherbin | Vice President and General Counsel |
| | Bette M. Walker | Vice President and Chief Information Officer |
| | Choon T. Chon | Vice President and President of Delphi Asia Pacific |
| | Gabor Janos Deak | Vice President and President of Delphi South America |
| | John P. Arle | Chief Financial Officer and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Faris Alsagoff | Assistant Secretary |
| | Roberto Edwin Berry | Assistant Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| | | |
| **Delphi Automotive Systems Global (Holding), Inc.** | John D. Sheehan | Director |
| | John D. Sheehan | President |
| | Choon T. Chon | Vice President |
| | John P. Arle | Chief Financial Officer and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Marc C. McGuire | Assistant Secretary |
| | Isabelle Vagne | Assistant Secretary |
| | | |
| **Delphi Automotive Systems Human Resources LLC** | Kevin M. Butler | Manager |
| | James P. Whitson | Manager |
| | Kevin M. Butler | President |
| | John P. Arle | Vice President and Treasurer |
| | Karen L. Healy | Chief Operating Officer-Transportation |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Automotive Systems International, Inc.** | John D. Sheehan | Director |
| | Choon T. Chon | President and Regional President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Faris Alsagoff | Assistant Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| | Myung Hwan Yoon | Assistant Secretary |
| | | |
| **Delphi Automotive Systems Korea, Inc.** | John P. Arle | Chairman of Board |
| | John D. Sheehan | Director |
| | John P. Arle | Chief Executive Officer and President |
| | Marjorie Harris Loeb | Secretary |
| | Todd I. Tilton | Comptroller |
| | James P. Whitson | Chief Tax Officer |
| | Faris Alsagoff | Assistant Secretary |
| | Marc C. Mcguire | Assistant Secretary |
| | Myung Hwan Yoon | Assistant Secretary |
| | Dae Un Lee | Branch Manager, Korea |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Automotive Systems LLC** | Rodney O'Neal | President and Chief Executive4 Officer |
| | Robert J. Dellinger | Executive Vice President and Chief Financial Officer |
| | John P. Arle | Vice President and Treasurer |
| | James A. Bertrand | Vice President and President, Automotive Holdings Group |
| | Kevin M. Butler | Vice President, Human Resource Management |
| | Choon T. Chon | Vice President and President, Delphi Asia Pacific |
| | Guy C. Hachey | Vice President and President, Delphi Powertrain Systems and President, Delphi Europe, Middle East & Africa |
| | Karen L. Healy | Vice President, Corporate Affairs, Marketing Communications and Facilities |
| | Sidney Johnson | Vice President, Global Purchasing and Logistics |
| | Marjorie Harris Loeb | Corporate Secretary |
| | Mark C. Lorenz | Vice President, Global Transformation Program |
| | Francisco A. Ordonez | Vice President and President, Delphi Product & Service Solutions |
| | Jeffrey J. Owens | Vice President and President, Delphi Electronics & Safety and President, Delphi Asia Pacific |
| | Ronald M. Pirtle | Vice President and President, Delphi Thermal Systems |
| | Robert J. Remenar | Vice President and President, Delphi Steering |
| | F. Timothy Richards | Vice President, Electronics Group |
| | John D. Sheehan | Vice President and Chief Restructuring Officer |
| | David M. Sherbin | Vice President, General Counsel and Chief Compliance Officer |
| | James A. Spencer | Vice President and President, Delphi Packard Electrical/Electronic Architecture and President, Delphi South America & Mexico |
| | Brian D. Thelen | Vice President, Corporate Audit Services |
| | Thomas S. Timko | Chief Accounting Officer and Controller |
| | Bette M. Walker | Vice President and Chief Information Officer |
| | Mark R. Weber | Executive Vice President, Global Business Services |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| **Delphi Automotive Systems Overseas Corporation** | Fred J. Bellar III | Director |
| | Fred J. Bellar III | President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | David M. Sherbin | General Counsel |
| | James P. Whitson | Chief Tax Officer |
| | Isabelle Vagne | Assistant Secretary |
| **Delphi Automotive Systems Risk Management Corp.** | Sidney Johnson | Director |
| | John P. Arle | President |
| | John D. Sheehan | Vice President and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Automotive Systems Services LLC** | Kevin M. Butler | Manager |
| | James P. Whitson | Manager |
| | Kevin M. Butler | President |
| | James P. Whitson | Vice President and Chief Tax Officer |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Automotive Systems Tennessee, Inc.** | Stephen L. Davey | Director |
| | Theodore H. Lewis | Director |
| | Stephen L. Davey | President |
| | Theodore H. Lewis | Vice President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | | |
| **Delphi Automotive Systems Thailand, Inc.** | John D. Sheehan | Chairman and Managing Director |
| | John D. Sheehan | President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | David M. Sherbin | General Counsel |
| | James P. Whitson | Chief Tax Officer |
| | Marc C. McGuire | Assistant Secretary |
| | | |
| **Delphi China LLC** | Choon T. Chon | Manager |
| | Choon T. Chon | Chairman of the Board and President |
| | John P. Arle | Vice President and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Christopher P. Arkwright | Assistant Treasurer |
| | David Knill | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| | | |
| **Delphi Connection Systems** | John McClearn | Director |
| | James E. Riedy | Director |
| | John McClearn | Chairman of the Board and President |
| | James E. Riedy | Vice President |
| | John P. Arle | Treasurer |
| | Richard A. Franzi | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Marjorie Harris Loeb | Assistant Secretary |
| | Joseph Bianca | Director of Engineering |
| | Richard A. Franzi | Director of Sales |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Diesel Systems Corp.** | Carrie Anderson | Director |
| | Philippe Desnos | Director |
| | Mike Rayne | Director |
| | Mike Rayne | President |
| | Philippe Desnos | Vice President |
| | Carrie Anderson | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Electronics (Holding) LLC** | Jeffrey J. Owens | Manager |
| | Elizabeth M. Schwarting | President |
| | Steve D. Clemons | Vice President |
| | Arthur Russell Jackson | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Michael Beckett | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | | |
| **Delphi Foreign Sales Corporation** | Graham J. Dunn | Director |
| | Marc C. McGuire | Director |
| | Linda L. Quetel | Director |
| | Robert H. Sparks | Director |
| | James P. Whitson | Director |
| | James P. Whitson | President |
| | Robert H. Sparks | Vice President |
| | John D. Sheehan | Controller |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Furukawa Wiring Systems LLC** | Douglas Gruber | Chairman of the Board |
| | Nick Cassudakis | Manager |
| | Douglas Gruber | Manager |
| | Shuji Hayashida | Manager |
| | Chris Reider | Manager |
| | Nick Cassudakis | Member Authorized Representative |
| | Shuji Hayashida | Member Authorized Representative |
| | Nick Cassudakis | President |
| | Shuji Hayashida | Vice President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Integrated Service Solutions, Inc.** | Carrie Anderson | Director |
| | Francisco A. Ordonez | Director |
| | Pam Pitsenbarger | Director |
| | Norm Young | Director |
| | Norm Young | President |
| | James P. Whitson | Vice President |
| | Brian Eichenlaub | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi International Holdings Corp.** | John D. Sheehan | Director |
| | John D. Sheehan | President |
| | John P. Arle | Chief Financial Officer and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Roberto Edwin Berry | Assistant Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| | Isabelle Vagne | Assistant Secretary |
| | | |
| **Delphi International Services, Inc.** | Kevin M. Butler | Director |
| | Kevin M. Butler | President |
| | David M. Sherbin | Vice President and General Counsel |
| | John P. Arle | Chief Financial Officer and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Faris Alsagoff | Assistant Secretary |
| | Roberto Edwin Berry | Assistant Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Marc C. McGuire | Assistant Secretary |
| | Isabelle Vagne | Assistant Secretary |
| | | |
| **Delphi Liquidation Holding Company** | John D. Sheehan | Director |
| | John D. Sheehan | President |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi LLC** | John D. Sheehan | President |
| | John P. Arle | Vice President and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Mechatronic Systems, Inc.** | Michael Beckett | Director |
| | Joseph V. DiCarlo | Director |
| | Jugal Vijayvargiya | Director |
| | Ronald E. Jobe | Chairman of the Board |
| | Jugal Vijayvargiya | President |
| | Michael Beckett | Vice President and Chief Financial Officer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Medical Systems Colorado Corporation** | Carrie Anderson | Director |
| | Dave Berge | Director |
| | Francisco A. Ordonez | Director |
| | Francisco A. Ordonez | President |
| | Allan F. Seguin | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Medical Systems Corporation** | Carrie Anderson | Director |
| | Dave Berge | Director |
| | Francisco A. Ordonez | Director |
| | Francisco A. Ordonez | President |
| | Allan F. Seguin | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Medical Systems Texas Corporation** | Carrie Anderson | Director |
| | Dave Berge | Director |
| | Francisco A. Ordonez | Director |
| | Francisco A. Ordonez | President |
| | Allan F. Seguin | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi NY Holding Corporation** | John D. Sheehan | Sole Director |
| | John D. Sheehan | President |
| | David M. Sherbin | Vice President and General Counsel |
| | John P. Arle | Chief Financial Officer and Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Receivables LLC** | Bernard J. Angelo | Manager |
| | John P. Arle | Manager |
| | Tracy A. Krause | Manager |
| | John P. Arle | President |
| | Tracy A. Krause | Vice President, Secretary and Treasurer |
| | Marjorie Harris Loeb | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Delphi Services Holding Corporation** | Kevin M. Butler | Director |
| | James P. Whitson | Director |
| | Kevin M. Butler | President |
| | James P. Whitson | Vice President and Chief Tax Officer |
| | John P. Arle | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | | |
| **Delphi Technologies, Inc.** | Andrew Brown Jr. | Director |
| | David M. Sherbin | Director |
| | Andrew Brown Jr. | President |
| | John P. Arle | Vice President and Treasurer |
| | David M. Sherbin | Vice President and General Counsel |
| | Thomas N. Twomey | Vice President Intellectual Property |
| | Timothy G. Forbes | Vice President, Technology Commercialization and Licensing |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Patrick Griffin | Assistant Secretary |
| | | |
| **DREAL, Inc.** | Jeffrey J. Beaudoen | Director |
| | John A. Jaffurs | Director |
| | Milton R. Scheffler | Director |
| | John A. Jaffurs | President |
| | Milton R. Scheffler | Vice President |
| | Mark S. Kamischke | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Jeffrey J. Beaudoen | Assistant Secretary |
| | Sean P. Corcoran | Assistant Secretary |
| | | |
| **Environmental Catalysts, LLC** | R. Scott Bailey | Member Designee |
| | Derrick M. Williams | Member Designee |
| | John M. Fuerst | Member Designee |
| | Guy C. Hachey | Member Designee |
| | Guy C. Hachey | President |
| | John M. Fuerst | Vice President |
| | Derrick M. Williams | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Exhaust Systems Corporation** | R. Scott Bailey | Director |
| | Guy C. Hachey | Director |
| | Sandra Y. McCulloch | Director |
| | Derrick M. Williams | Director |
| | Guy C. Hachey | Chairman of the Board and President |
| | Derrick M. Williams | Treasurer |
| | Marjorie Harris Loeb | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | John P. Arle | Assistant Treasurer |
| | Sean P. Corcoran | Assistant Secretary |
| **MobileAria, Inc.** | Ronald E. Jobe | Director |
| | Dan Kalkowitz | Director |
| | Robert William Schumacher | Director |
| | Elizabeth M. Schwarting | Director |
| | Richard Lind | President |
| | Maninder Chabra | Vice President – Operations |
| | Chi Chung | Vice President – Engineering |
| | Steve Conlisk | Vice President – Finance |
| | Mark Hosking | Vice President – Marketing |
| | Allen Howe | Vice President – Program Management |
| | Ronald E. Jobe | Vice President and Secretary |
| | Mark Maris | Vice President – Program Management |
| | Victor Shao | Vice President – Project Management |
| | Robert William Schumacher | Vice President and Assistant Secretary |
| | Mark McKenna | Chief Financial Officer |
| | Albertus Vlaanderen | Chief Tax Officer |
| | John P. Arle | Assistant Secretary |
| | Marjorie Harris Loeb | Assistant Secretary |
| **Packard Hughes Interconnect Company** | John McClearn | Director |
| | James E. Riedy | Director |
| | John McClearn | Chairman of the Board and President |
| | James E. Riedy | Vice President |
| | John P. Arle | Treasurer |
| | Richard A. Franzi | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Marjorie Harris Loeb | Assistant Secretary |
| **Specialty Electronics International Ltd.** | Lou Black | Director |
| | Richard A. Franzi | Director |
| | James H. Hindels | Director |
| | Jayne A.C. Kellogg | Director |
| | James P. Whitson | Director |
| | Richard A. Franzi | President |
| | Lou Black | Treasurer |
| | Lou Black | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Marjorie Harris Loeb | Assistant Secretary |

| Entity Name | Individual Name | Position |
|---|---|---|
| **Specialty Electronics, Inc.** | Richard A. Franzi | Director |
| | John McClearn | Director |
| | James E. Riedy | Director |
| | Richard A. Franzi | President |
| | John P. Arle | Vice President |
| | James E. Riedy | Vice President |
| | John P. Arle | Treasurer |
| | Richard A. Franzi | Secretary |
| | James P. Whitson | Chief Tax Officer |
| | Sean P. Corcoran | Assistant Secretary |
| | Mary E. Lewis | Assistant Secretary |
| | Marjorie Harris Loeb | Assistant Secretary |
| | | |