**FOLEY & LARDNER LLP**
Judy A. O'Neill (admitted *Pro Hac Vice*)
David G. Dragich (*Pro Hac Vice* pending)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              )
In re:                                                        )
                                                              )    Chapter 11
DELPHI CORPORATION, et al.,                                   )    Case No. 05-44481 (RDD)
                                                              )    Jointly Administered
                    Debtors.                                  )
-------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, hereby certifies that she caused a copy of **Response of SABIC Innovative Plastics US LLC to Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification That is Subject to Prior Order**, along with this Certificate of Service, to be served on January 18, 2008 upon the following parties – by hand delivery:

| | |
|---|---|
| Delphi Corporation | Hon. Robert D. Drain |
| 5725 Delphi Drive | United States Bankruptcy Court |
| Troy MI 48098 | Southern District of New York |
| Attn: General Counsel | One Bowling Green |
| | New York, NY 10004 |

DETR.505245

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, John K. Lyons,
Joseph N. Wharton
333 W. Wacker Dr., Suite 2100
Chicago IL  60606
*Counsel to the Debtor*


Dated: January 18, 2008

Respectfully submitted,

FOLEY & LARDNER, LLP


*/s/  Kathy Rose*
Kathy Rose, Legal Administrative Assistant
500 Woodward Ave., Suite 2700
Detroit, MI  48226
313-234-7100
krose@foley.com

2

DETR.505245