UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
    In re                                  :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                                                :
                      Debtors.         :    (Jointly Administered)
                                                :
-------------------------------------------------------x

### RESPONSE OF KUSS CORPORATION TO
### TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

Kuss Corporation ("Kuss"), by and through its attorneys, hereby submits its Response to the Debtors' Omnibus Claim Objection (the "Objection").

### Overview

1. On or about July 26, 2006, Kuss filed Claim Number 10983 (the "Claim"), asserting a general unsecured claim against $702,263.09 in connection with goods provided to the Debtors.

2. Kuss disputes that the modified amount of Kuss' claim as set forth by the Debtors in the Objection and in the amount of $302,218.95 is accurate. The Debtors have failed to present the basis for why Kuss' claim should be reduced.

3. In support of its Response, Kuss has attached the following additional documentation (including invoicing and bills of lading) evidencing that Kuss' claim is in the proper amount of $702,263.09.

4. Please serve any replies to the Response to the following individuals:

                      Jill L. Murch
                      Lars Peterson
                      FOLEY & LARDNER LLP
                      321 North Clark Street
                      Suite 2800

                                                                Chicago, IL 60610
                                                                Ph:  312.832.4500
                                                                Fax:  312.832.4700

Dated:  New York, New York
          January 18, 2008

                                                                FOLEY & LARDNER LLP

                                                                By: /s/ Jill L. Murch
                                                                      Jill L. Murch (JM 2728)
                                                                      321 N. Clark Street
                                                                      Suite 2800
                                                                      Chicago, Illinois 60610
                                                                      Ph:  (312) 832-4500
                                                                      Fax:  (312) 832-4700
                                                                      jmurch@foley.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :
       In re                            :         Chapter 11
                                          :
DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                                          :
                Debtors.           :        (Jointly Administered)
                                          :
------------------------------------------------------x

## CERTIFICATION OF SERVICE

Katherine E. Hall, of full age, certifies as follows:

       I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Kuss Corporation listed in the documents herein.

       On January 18, 2008, I filed the RESPONSE OF KUSS CORPORATION TO TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION, electronically with the United States Bankruptcy Court for the Southern District of New York.

       The following parties were served at the addresses set forth herein as indicated:

**Via Hand Delivery**
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

**Via Hand Delivery**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Att'n: General Counsel)

**Via Hand Delivery**
Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP,
333 West Wacker Drive, Suite 2100, Chicago,
Illinois 60606
(Att'n: John Wm. Butler, Jr.,
John K. Lyons, and Joseph N. Wharton)

                                          /s/ Katherine E. Hall

Sworn to before me this
18th day of January, 2008
/s/ Yolanda C. Peña
Notary Public, State of Illinois

CHIC_1746473.1

**Supplier Name:** Kuss Corporation  
**Ultimate DUNS:** 5052600  
**Lead Negotiator:** Daniel A. Scherger  
**Total Annual Purchase Value (APV) Under Considerations**[a]

Submitted by (Supplier Contact Name): Daniel A. Scherger    Phone: 419-425-7252

Delphi Review by (Delphi Name)    Position    Phone

<-------------------- To be completed by Supplier -------------------->    <---------------- To Be Completed by Delphi ---------------->

| Delphi Division (one form required per Division) | Assumable Contract (Delphi PO#) | Prepetition Balance Productive Parts (US$) | Other Items (US$)[b] | Description of other items | Amount Received Under First Day Motion(s) | Net Total Pre-Petition Balance | Delphi Assesment of Prepetition Balance (USD $) | Reconciliation |
|---|---|---|---|---|---|---|---|---|
| Delphi Energy & Chassis Systems 5820 Delphi Drive Troy, MI 48098 | 550011779 | 6412 | | N/A | | $ 6,412 | | |
| | 550004552 | 5739.84 | | N/A | | $ 5,740 | | |
| | 550011778 | 1660.4 | | N/A | | $ 1,660 | | |
| | 550011776 | 3816 | | N/A | | $ 3,816 | | |
| | 550004819 | 3664 | | N/A | | $ 3,664 | | |
| | 550004699 | 4797 | | N/A | | $ 4,797 | | |
| | 550011788 | 5223.4 | | N/A | | $ 5,223 | | |
| | 550011782 | 358.5 | | N/A | | $ 359 | | |
| | 550011784 | 46348.65 | | N/A | | $ 46,349 | | |
| | 550004753 | 1459.8 | | N/A | | $ 1,460 | | |
| | 550011786 | 19215.9 | | N/A | | $ 19,216 | | |
| | 550004754 | 873.45 | | N/A | | $ 873 | | |
| | 550038385 | 1392 | | N/A | | $ 1,392 | | |
| | 550000363 | | | | | $ - | | |
| | 550004753 | | | | | $ - | | |
| | 550004728 | | | | | $ - | | |
| | 550004723 | | | | | $ - | | |
| | 550011789 | | | | | $ - | | |
| | 550011787 | | | | | $ - | | |
| | 550011785 | | | | | $ - | | |
| | 550011783 | | | | | $ - | | |
| | 550011781 | | | | | $ - | | |
| | 550011780 | | | | | $ - | | |
| | 550011777 | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | **Total** | **$ 100,960.94** | **$ -** | | **$ -** | **$ 100,960.94** | **$ -** | **$ -** |

Footnotes:  
a.) Annual Purchase Value (APV) is calculated as: (Unit Quantity Purchased) x (Unit Price) = APV  
b.) Other Items include charges for Tooling, Shipping, Labor, Installation, etc.  Please specify in adjacent column

**If Reconciliation $> Delphi Pre-petition Amount, Approval by Divisional Purchasing Director Required.**

**Reconciliation Amount Accepted by:**

Daniel A. Scherger, Controller, 419-425-7252  
Supplier Contact Name, Position, Phone Number

Delphi Contact Name, Position, Phone Number

## Delphi by PN

| CUST_NO | ID_INVC | BOL | ID_DOC | ID_ITEM | INVC_DATE | QTY_SHIP | SLS | UNIT_PRICE |
|---|---|---|---|---|---|---|---|---|
| 1010 | 00144607 | 1380-65-9 | 144607 | 31061380 | 20050805 | 10800 | 10681.2 | 0.989 |
| 1010 | 00145007 | 3320-29-9 | 145007 | 31061195 | 20050815 | 1700 | 1630.3 | 0.959 |
| 1010 | 00145367 | 809351141 | 145367 | 31061197 | 20050823 | 9240 | 9979.2 | 1.08 |
| 1010 | 00145526 | 41197-99-9 | 145526 | 31061197 | 20050826 | 3990 | 4309.2 | 1.08 |
| 1010 | 00145526 | 41197-99-9 | 145526 | 31061197 | 20050826 | 3990 | 4309.2 | 1.08 |
| 1010 | 00145535 | 41197-99-9 | 145535 | 31061195 | 20050826 | 400 | 383.6 | 0.959 |
| 1010 | 00145535 | 41197-99-9 | 145535 | 31061195 | 20050826 | 1900 | 1822.1 | 0.959 |
| 1010 | 00145573 | 3320-30-9 | 145573 | 31060770 | 20050829 | 500 | 458 | 0.916 |
| 1010 | 00145583 | 3320-30-9 | 145583 | 31061197 | 20050829 | 5040 | 5443.2 | 1.08 |
| 1010 | 00145583 | 3320-30-9 | 145583 | 31061197 | 20050829 | 2940 | 3175.2 | 1.08 |
| 1010 | 00145607 | 3320-30-9 | 145607 | 31060784 | 20050829 | 675 | 1107 | 1.64 |
| 1010 | 00145659 | 809351126 | 145659 | 31061197 | 20050830 | 7980 | 8618.4 | 1.08 |
| 1010 | 00145660 | 4197-95-9 | 145660 | 31061197 | 20050830 | 30 | 32.4 | 1.08 |
| 1010 | 00145660 | 4197-95-9 | 145660 | 31061197 | 20050830 | 2100 | 2268 | 1.08 |
| 1010 | 00145660 | 4197-95-9 | 145660 | 31061197 | 20050830 | 600 | 648 | 1.08 |
| 1010 | 00145672 | 41197-95 | 145672 | 31060784 | 20050830 | 450 | 738 | 1.64 |
| 1010 | 00145692 | 1380-73-9 | 145692 | 31061380 | 20050831 | 7100 | 7021.9 | 0.989 |
| 1010 | 00145696 | 1380-73-9 | 145696 | 31061236 | 20050831 | 425 | 776.9 | 1.828 |
| 1010 | 00145697 | 1380-73-9 | 145697 | 31061287 | 20050831 | 300 | 707.1 | 2.357 |
| 1010 | 00145731 | 51197-02-9 | 145731 | 31061197 | 20050831 | 10920 | 11793.6 | 1.08 |
| 1010 | 00145737 | 51197-02-9 | 145737 | 31061195 | 20050831 | 300 | 287.7 | 0.959 |
| 1010 | 00145749 | 1380-46-9 | 145749 | 31061380 | 20050901 | 1400 | 1384.6 | 0.989 |
| 1010 | 00145749 | 1380-46-9 | 145749 | 31061380 | 20050901 | 3600 | 3560.4 | 0.989 |
| 1010 | 00145749 | 1380-46-9 | 145749 | 31061380 | 20050901 | 2100 | 2076.9 | 0.989 |
| 1010 | 00145752 | 1380-46-9 | 145752 | 31061195 | 20050901 | 600 | 575.4 | 0.959 |
| 1010 | 00145752 | 1380-46-9 | 145752 | 31061195 | 20050901 | 3600 | 3452.4 | 0.959 |
| 1010 | 00145752 | 1380-46-9 | 145752 | 31061195 | 20050901 | 1300 | 1246.7 | 0.959 |
| 1010 | 00145752 | 1380-46-9 | 145752 | 31061195 | 20050901 | 1700 | 1630.3 | 0.959 |
| 1010 | 00145753 | 1380-46-9 | 145753 | 31061236 | 20050901 | 425 | 776.9 | 1.828 |
| 1010 | 00145754 | 1380-46-9 | 145754 | 31061287 | 20050901 | 600 | 1414.2 | 2.357 |
| 1010 | 00145765 | 7770-91-9 | 145765 | 31060770 | 20050901 | 500 | 458 | 0.916 |
| 1010 | 00145793 | 7770-91-9 | 145793 | 31061197 | 20050901 | 11130 | 12020.4 | 1.08 |
| 1010 | 00145797 | 7770-91-9 | 145797 | 31060784 | 20050901 | 225 | 369 | 1.64 |
| 1010 | 00145798 | 7770-91-9 | 145798 | 31061195 | 20050901 | 1000 | 959 | 0.959 |
| 1010 | 00145816 | 1380-87-9 | 145816 | 31061380 | 20050902 | 1200 | 1186.8 | 0.989 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1010 | 00145816 | 1380-87-9 | 145816 | 31061380 | 20050902 | 1800 | 1780.2 | 0.989 |
| 1010 | 00145816 | 1380-87-9 | 145816 | 31061380 | 20050902 | 3600 | 3560.4 | 0.989 |
| 1010 | 00145822 | 1380-87-9 | 145822 | 31061195 | 20050902 | 1300 | 1246.7 | 0.959 |
| 1010 | 00145822 | 1380-87-9 | 145822 | 31061195 | 20050902 | 2300 | 2205.7 | 0.959 |
| 1010 | 00145824 | 3220-02-9 | 145824 | 31061220 | 20050902 | 1050 | 1197 | 1.14 |
| 1010 | 00145825 | 689440423372 | 145825 | 31061220 | 20050902 | 1050 | 1197 | 1.14 |
| 1010 | 00145826 | 3220-02-9 | 145826 | 31061220 | 20050902 | 1260 | 1436.4 | 1.14 |
| 1010 | 00145860 | 3220-02-9 | 145860 | 31061197 | 20050902 | 3780 | 4082.4 | 1.08 |
| 1010 | 00145860 | 3220-02-9 | 145860 | 31061197 | 20050902 | 7350 | 7938 | 1.08 |
| 1010 | 00145862 | 3220-02-9 | 145862 | 31060784 | 20050902 | 225 | 369 | 1.64 |
| 1010 | 00145864 | 3220-02-9 | 145864 | 31061195 | 20050902 | 2800 | 2685.2 | 0.959 |
| 1010 | 00145864 | 3220-02-9 | 145864 | 31061195 | 20050902 | 1300 | 1246.7 | 0.959 |
| 1010 | 00145876 | 652-93-9 | 145876 | 31060652 | 20050906 | 18000 | 954 | 0.053 |
| 1010 | 00145888 | 652-93-9 | 145888 | 31061380 | 20050906 | 2400 | 2373.6 | 0.989 |
| 1010 | 00145888 | 652-93-9 | 145888 | 31061380 | 20050906 | 200 | 197.8 | 0.989 |
| 1010 | 00145888 | 652-93-9 | 145888 | 31061380 | 20050906 | 3600 | 3560.4 | 0.989 |
| 1010 | 00145896 | 652-93-9 | 145896 | 31061195 | 20050906 | 3600 | 3452.4 | 0.959 |
| 1010 | 00145896 | 652-93-9 | 145896 | 31061195 | 20050906 | 800 | 767.2 | 0.959 |
| 1010 | 00145896 | 652-93-9 | 145896 | 31061195 | 20050906 | 4600 | 4411.4 | 0.959 |
| 1010 | 00145899 | 652-93-9 | 145899 | 31061287 | 20050906 | 150 | 353.55 | 2.357 |
| 1010 | 00145899 | 652-93-9 | 145899 | 31061287 | 20050906 | 1350 | 3181.95 | 2.357 |
| 1010 | 00145917 | 7770-96-9 | 145917 | 31060770 | 20050906 | 500 | 458 | 0.916 |
| 1010 | 00145923 | 7770-96-9 | 145923 | 31061110 | 20050906 | 450 | 291.15 | 0.647 |
| 1010 | 00145931 | 652-93-9 | 145931 | 31061110 | 20050906 | 8100 | 5240.7 | 0.647 |
| 1010 | 00145934 | 7770-96-9 | 145934 | 31061197 | 20050906 | 10080 | 10886.4 | 1.08 |
| 1010 | 00145961 | 652-93-9 | 145961 | 31061109 | 20050906 | 5175 | 8393.85 | 1.622 |
| 1010 | 00145962 | 7770-96-9 | 145962 | 31060784 | 20050906 | 225 | 369 | 1.64 |
| 1010 | 00145976 | 1380-76-9 | 145976 | 31061380 | 20050907 | 4900 | 4846.1 | 0.989 |
| 1010 | 00145983 | 1380-76-9 | 145983 | 31061195 | 20050907 | 5400 | 5178.6 | 0.959 |
| 1010 | 00145984 | 1380-76-9 | 145984 | 31061287 | 20050907 | 300 | 707.1 | 2.357 |
| 1010 | 00145985 | 3220-15-9 | 145985 | 31061220 | 20050907 | 1050 | 1197 | 1.14 |
| 1010 | 00146027 | 3220-15-9 | 146027 | 31061197 | 20050907 | 3570 | 3855.6 | 1.08 |
| 1010 | 00146041 | 1380-77-9 | 146041 | 31061380 | 20050908 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146041 | 1380-77-9 | 146041 | 31061380 | 20050908 | 100 | 98.9 | 0.989 |
| 1010 | 00146041 | 1380-77-9 | 146041 | 31061380 | 20050908 | 2200 | 2175.8 | 0.989 |
| 1010 | 00146046 | 1380-77-9 | 146046 | 31061195 | 20050908 | 3600 | 3452.4 | 0.959 |
| 1010 | 00146046 | 1380-77-9 | 146046 | 31061195 | 20050908 | 3600 | 3452.4 | 0.959 |
| 1010 | 00146047 | 1380-77-9 | 146047 | 31061287 | 20050908 | 300 | 707.1 | 2.357 |
| 1010 | 00146075 | 689440424232 | 146075 | ES31061341 | 20050908 | 100 | 900 | 9 |
| 1010 | 00146078 | 51197-05-9 | 146078 | 31061197 | 20050908 | 9240 | 9979.2 | 1.08 |

| 1010 | 00146082 | 51197-05-9 | 146082 | 31060784 | 20050908 | 225 | 369 | 1.64 |
|---|---|---|---|---|---|---|---|---|
| 1010 | 00146083 | 51197-05-9 | 146083 | 31061195 | 20050908 | 800 | 767.2 | 0.959 |
| 1010 | 00146092 | 1380-90-9 | 146092 | 31061380 | 20050909 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146092 | 1380-90-9 | 146092 | 31061380 | 20050909 | 1000 | 989 | 0.989 |
| 1010 | 00146092 | 1380-90-9 | 146092 | 31061380 | 20050909 | 2500 | 2472.5 | 0.989 |
| 1010 | 00146096 | 1380-90-9 | 146096 | 31061236 | 20050909 | 425 | 776.9 | 1.828 |
| 1010 | 00146096 | 1380-90-9 | 146096 | 31061236 | 20050909 | 425 | 776.9 | 1.828 |
| 1010 | 00146097 | 3220-40-9 | 146097 | 31061220 | 20050909 | 1050 | 1197 | 1.14 |
| 1010 | 00146114 | 3220-40-9 | 146114 | 31060770 | 20050909 | 500 | 458 | 0.916 |
| 1010 | 00146118 | 3220-40-9 | 146118 | 31061197 | 20050909 | 7020 | 7581.6 | 1.08 |
| 1010 | 00146118 | 3220-40-9 | 146118 | 31061197 | 20050909 | 330 | 356.4 | 1.08 |
| 1010 | 00146121 | 3220-40-9 | 146121 | 31061195 | 20050909 | 1700 | 1630.3 | 0.959 |
| 1010 | 00146133 | 1380-89-9 | 146133 | 31061380 | 20050912 | 7200 | 7120.8 | 0.989 |
| 1010 | 00146134 | 1380-89-9 | 146134 | 31060770 | 20050912 | 500 | 458 | 0.916 |
| 1010 | 00146186 | 652-99-9 | 146186 | 31060652 | 20050913 | 18000 | 954 | 0.053 |
| 1010 | 00146197 | 652-99-9 | 146197 | 31061380 | 20050913 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146197 | 652-99-9 | 146197 | 31061380 | 20050913 | 5300 | 5241.7 | 0.989 |
| 1010 | 00146198 | 652-99-9 | 146198 | 31060770 | 20050913 | 1000 | 916 | 0.916 |
| 1010 | 00146207 | 3220-41-9 | 146207 | 31061220 | 20050913 | 1050 | 1197 | 1.14 |
| 1010 | 00146253 | 3220-41-9 | 146253 | 31061197 | 20050913 | 9870 | 10659.6 | 1.08 |
| 1010 | 00146254 | 51197-08-9 | 146254 | 31061197 | 20050913 | 7350 | 7938 | 1.08 |
| 1010 | 00146258 | 3220-41-9 | 146258 | 31060784 | 20050913 | 225 | 369 | 1.64 |
| 1010 | 00146261 | 3220-41-9 | 146261 | 31061195 | 20050913 | 1600 | 1534.4 | 0.959 |
| 1010 | 00146262 | 51197-08-9 | 146262 | 31061195 | 20050913 | 900 | 863.1 | 0.959 |
| 1010 | 00146273 | 784-88-9 | 146273 | 31060784 | 20050914 | 2025 | 3321 | 1.64 |
| 1010 | 00146279 | 784-88-9 | 146279 | 31061380 | 20050914 | 2500 | 2472.5 | 0.989 |
| 1010 | 00146283 | 3220-16-9 | 146283 | 31061220 | 20050914 | 1050 | 1197 | 1.14 |
| 1010 | 00146303 | 3220-16-9 | 146303 | 31061110 | 20050914 | 450 | 291.15 | 0.647 |
| 1010 | 00146320 | 3220-16-9 | 146320 | 31061155 | 20050914 | 500 | 725 | 1.45 |
| 1010 | 00146321 | 3220-16-9 | 146321 | 31060784 | 20050914 | 450 | 738 | 1.64 |
| 1010 | 00146322 | 3220-16-9 | 146322 | 31061195 | 20050914 | 1600 | 1534.4 | 0.959 |
| 1010 | 00146322 | 3220-16-9 | 146322 | 31061195 | 20050914 | 100 | 95.9 | 0.959 |
| 1010 | 00146353 | 3220-16-9 | 146353 | 31061109 | 20050915 | 225 | 364.95 | 1.622 |
| 1010 | 00146354 | 3220-16-9 | 146354 | 31061109 | 20050915 | 450 | 729.9 | 1.622 |
| 1010 | 00146358 | 3220-16-9 | 146358 | 31061197 | 20050915 | 1680 | 1814.4 | 1.08 |
| 1010 | 00146358 | 3220-16-9 | 146358 | 31061197 | 20050915 | 10080 | 10886.4 | 1.08 |
| 1010 | 00146381 | 51197-22-9 | 146381 | 31061197 | 20050915 | 5040 | 5443.2 | 1.08 |
| 1010 | 00146382 | 51197-22-9 | 146382 | 31061197 | 20050915 | 8190 | 8845.2 | 1.08 |
| 1010 | 00146385 | 51197-22-9 | 146385 | 31061195 | 20050915 | 1400 | 1342.6 | 0.959 |
| 1010 | 00146385 | 51197-22-9 | 146385 | 31061195 | 20050915 | 200 | 191.8 | 0.959 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1010 | 00146399 | 1380-92-9 | 146399 | 31061380 | 20050916 | 2200 | 2175.8 | 0.989 |
| 1010 | 00146399 | 1380-92-9 | 146399 | 31061380 | 20050916 | 300 | 296.7 | 0.989 |
| 1010 | 00146399 | 1380-92-9 | 146399 | 31061380 | 20050916 | 1100 | 1087.9 | 0.989 |
| 1010 | 00146399 | 1380-92-9 | 146399 | 31061380 | 20050916 | 6600 | 6527.4 | 0.989 |
| 1010 | 00146399 | 1380-92-9 | 146399 | 31061380 | 20050916 | 600 | 593.4 | 0.989 |
| 1010 | 00146400 | 1380-92-9 | 146400 | 31060770 | 20050916 | 1000 | 916 | 0.916 |
| 1010 | 00146403 | 1380-92-9 | 146403 | 31061236 | 20050916 | 425 | 776.9 | 1.828 |
| 1010 | 00146404 | 1380-92-9 | 146404 | 31061287 | 20050916 | 300 | 707.1 | 2.357 |
| 1010 | 00146416 | 1380-92-9 | 146416 | 31061110 | 20050916 | 3150 | 2038.05 | 0.647 |
| 1010 | 00146428 | 51197-24 | 146428 | 31061197 | 20050916 | 12180 | 13154.4 | 1.08 |
| 1010 | 00146431 | 1380-92-9 | 146431 | 31061109 | 20050916 | 900 | 1459.8 | 1.622 |
| 1010 | 00146431 | 1380-92-9 | 146431 | 31061109 | 20050916 | 7200 | 11678.4 | 1.622 |
| 1010 | 00146453 | 1380-47-9 | 146453 | 31061380 | 20050919 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146460 | 1380-47-9 | 146460 | 31061287 | 20050919 | 300 | 707.1 | 2.357 |
| 1010 | 00146461 | 3220-42-9 | 146461 | 31061220 | 20050919 | 1050 | 1197 | 1.14 |
| 1010 | 00146505 | 3220-42-9 | 146505 | 31061197 | 20050919 | 9870 | 10659.6 | 1.08 |
| 1010 | 00146508 | 3220-42-9 | 146508 | 31061195 | 20050919 | 1600 | 1534.4 | 0.959 |
| 1010 | 00146520 | 1380-49-9 | 146520 | 31061380 | 20050920 | 3300 | 3263.7 | 0.989 |
| 1010 | 00146520 | 1380-49-9 | 146520 | 31061380 | 20050920 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146520 | 1380-49-9 | 146520 | 31061380 | 20050920 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146520 | 1380-49-9 | 146520 | 31061380 | 20050920 | 7200 | 7120.8 | 0.989 |
| 1010 | 00146524 | 1380-49-9 | 146524 | 31061195 | 20050920 | 3600 | 3452.4 | 0.959 |
| 1010 | 00146526 | 3220-29-9 | 146526 | 31061220 | 20050920 | 1050 | 1197 | 1.14 |
| 1010 | 00146566 | 1380-49-9 | 146566 | 31060819 | 20050920 | 150 | 358.5 | 2.39 |
| 1010 | 00146569 | 3220-29-9 | 146569 | 31061197 | 20050920 | 11340 | 12247.2 | 1.08 |
| 1010 | 00146574 | 3220-29-9 | 146574 | 31061195 | 20050920 | 1600 | 1534.4 | 0.959 |
| 1010 | 00146593 | 1380-93-9 | 146593 | 31061380 | 20050921 | 2000 | 1978 | 0.989 |
| 1010 | 00146593 | 1380-93-9 | 146593 | 31061380 | 20050921 | 1100 | 1087.9 | 0.989 |
| 1010 | 00146593 | 1380-93-9 | 146593 | 31061380 | 20050921 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146599 | 1380-93-9 | 146599 | 31061195 | 20050921 | 1100 | 1054.9 | 0.959 |
| 1010 | 00146599 | 1380-93-9 | 146599 | 31061195 | 20050921 | 2500 | 2397.5 | 0.959 |
| 1010 | 00146600 | 3220-17-9 | 146600 | 31061220 | 20050921 | 1050 | 1197 | 1.14 |
| 1010 | 00146619 | 3220-17-9 | 146619 | 31061197 | 20050921 | 10080 | 10886.4 | 1.08 |
| 1010 | 00146619 | 3220-17-9 | 146619 | 31061197 | 20050921 | 630 | 680.4 | 1.08 |
| 1010 | 00146656 | 3220-17-9 | 146656 | 31061195 | 20050921 | 200 | 191.8 | 0.959 |
| 1010 | 00146656 | 3220-17-9 | 146656 | 31061195 | 20050921 | 1100 | 1054.9 | 0.959 |
| 1010 | 00146671 | 1332-33-9 | 146671 | 31061332 | 20050922 | 1200 | 1392 | 1.16 |
| 1010 | 00146675 | 1332-33-9 | 146675 | 31061380 | 20050922 | 3600 | 3560.4 | 0.989 |
| 1010 | 00146675 | 1332-33-9 | 146675 | 31061380 | 20050922 | 300 | 296.7 | 0.989 |
| 1010 | 00146675 | 1332-33-9 | 146675 | 31061380 | 20050922 | 2400 | 2373.6 | 0.989 |

| 1010 | 00146676 | 001565-83  | 146676 | 31060565   | 20050922 | 2800  | 1660.4  | 0.593 |
|------|----------|------------|--------|------------|----------|-------|---------|-------|
| 1010 | 00146677 | 1332-33-9  | 146677 | 31060652   | 20050922 | 18000 | 954     | 0.053 |
| 1010 | 00146680 | 1332-33-9  | 146680 | 31061195   | 20050922 | 1800  | 1726.2  | 0.959 |
| 1010 | 00146680 | 1332-33-9  | 146680 | 31061195   | 20050922 | 3600  | 3452.4  | 0.959 |
| 1010 | 00146681 | 1332-33-9  | 146681 | 31061236   | 20050922 | 850   | 1553.8  | 1.828 |
| 1010 | 00146702 | 1332-33-9  | 146702 | 31061110   | 20050922 | 8100  | 5240.7  | 0.647 |
| 1010 | 00146734 | 51197-27-9 | 146734 | 31061197   | 20050922 | 3570  | 3855.6  | 1.08  |
| 1010 | 00146734 | 51197-27-9 | 146734 | 31061197   | 20050922 | 5040  | 5443.2  | 1.08  |
| 1010 | 00146737 | 1332-33-9  | 146737 | 31061109   | 20050922 | 5400  | 8758.8  | 1.622 |
| 1010 | 00146737 | 1332-33-9  | 146737 | 31061109   | 20050922 | 1800  | 2919.6  | 1.622 |
| 1010 | 00146738 | 51197-27-9 | 146738 | 31061155   | 20050922 | 250   | 362.5   | 1.45  |
| 1010 | 00146740 | 51197-27-9 | 146740 | 31061195   | 20050922 | 700   | 671.3   | 0.959 |
| 1010 | 00146740 | 51197-27-9 | 146740 | 31061195   | 20050922 | 100   | 95.9    | 0.959 |
| 1010 | 00146747 | 1380-95-9  | 146747 | 31061380   | 20050923 | 4600  | 4549.4  | 0.989 |
| 1010 | 00146750 | 1380-95-9  | 146750 | 31061195   | 20050923 | 7200  | 6904.8  | 0.959 |
| 1010 | 00146762 | 809351093  | 146762 | ES31061341 | 20050923 | 600   | 5400    | 9     |
| 1010 | 00146766 | 51197-28-9 | 146766 | 31061197   | 20050923 | 4410  | 4762.8  | 1.08  |
| 1010 | 00146766 | 51197-28-9 | 146766 | 31061197   | 20050923 | 5040  | 5443.2  | 1.08  |
| 1010 | 00146769 | 51197-28-9 | 146769 | 31061195   | 20050923 | 1400  | 1342.6  | 0.959 |
| 1010 | 00146784 | 1380-94-9  | 146784 | 31061380   | 20050927 | 3600  | 3560.4  | 0.989 |
| 1010 | 00146785 | 1784-16    | 146785 | 31060784   | 20050927 | 225   | 369     | 1.64  |
| 1010 | 00146785 | 1784-16    | 146785 | 31060784   | 20050927 | 35    | 57.4    | 1.64  |
| 1010 | 00146793 | 1380-94-9  | 146793 | 31061195   | 20050927 | 1800  | 1726.2  | 0.959 |
| 1010 | 00146795 | 3220-43-9  | 146795 | 31061220   | 20050927 | 1050  | 1197    | 1.14  |
| 1010 | 00146834 | 3220-43-9  | 146834 | 31061197   | 20050927 | 9870  | 10659.6 | 1.08  |
| 1010 | 00146840 | 3220-43-9  | 146840 | 31061195   | 20050927 | 200   | 191.8   | 0.959 |
| 1010 | 00146840 | 3220-43-9  | 146840 | 31061195   | 20050927 | 1200  | 1150.8  | 0.959 |
| 1010 | 00146859 | 1380-50-9  | 146859 | 31061380   | 20050927 | 600   | 593.4   | 0.989 |
| 1010 | 00146864 | 1380-50-9  | 146864 | 31061195   | 20050927 | 3600  | 3452.4  | 0.959 |
| 1010 | 00146865 | 1380-50-9  | 146865 | 31061236   | 20050927 | 1700  | 3107.6  | 1.828 |
| 1010 | 00146866 | 1380-50-9  | 146866 | 31061287   | 20050927 | 450   | 1060.65 | 2.357 |
| 1010 | 00146919 | 1380-97-9  | 146919 | 31061380   | 20050928 | 3600  | 3452.4  | 0.959 |
| 1010 | 00146923 | 1380-97-9  | 146923 | 31061195   | 20050928 | 3500  | 3255    | 0.93  |
| 1010 | 00146923 | 1380-97-9  | 146923 | 31061195   | 20050928 | 100   | 93      | 0.93  |
| 1010 | 00146924 | 1380-97-9  | 146924 | 31061287   | 20050928 | 300   | 707.1   | 2.357 |
| 1010 | 00146945 | 20107-91-9 | 146945 | 31061109   | 20050928 | 225   | 364.95  | 1.622 |
| 1010 | 00146949 | 20107-91-9 | 146949 | 31061197   | 20050928 | 10080 | 10886.4 | 1.08  |
| 1010 | 00146975 | 51197-30   | 146975 | 31061197   | 20050928 | 1260  | 1360.8  | 1.08  |
| 1010 | 00146975 | 51197-30   | 146975 | 31061197   | 20050928 | 10080 | 10886.4 | 1.08  |
| 1010 | 00146980 | 20107-91-9 | 146980 | 31061195   | 20050928 | 900   | 837     | 0.93  |

| 1010 | 00146981 | 51197-30 | 146981 | 31061195 | 20050928 | 6100 | 5673 | 0.93 |
|---|---|---|---|---|---|---|---|---|
| 1010 | 00146995 | 1380-98-9 | 146995 | 31061380 | 20050929 | 3000 | 2877 | 0.959 |
| 1010 | 00146995 | 1380-98-9 | 146995 | 31061380 | 20050929 | 600 | 575.4 | 0.959 |
| 1010 | 00146997 | 1380-98-9 | 146997 | 31061195 | 20050929 | 6200 | 5766 | 0.93 |
| 1010 | 00146997 | 1380-98-9 | 146997 | 31061195 | 20050929 | 1000 | 930 | 0.93 |
| 1010 | 00146998 | 1380-98-9 | 146998 | 31061287 | 20050929 | 300 | 707.1 | 2.357 |
| 1010 | 00147033 | 51197-09 | 147033 | 31061197 | 20050929 | 8610 | 9298.8 | 1.08 |
| 1010 | 00147047 | 1380-99-9 | 147047 | 31061380 | 20050930 | 6800 | 6521.2 | 0.959 |
| 1010 | 00147049 | 1380-99-9 | 147049 | 31061195 | 20050930 | 7200 | 6696 | 0.93 |
| 1010 | 00147050 | 1380-99-9 | 147050 | 31061236 | 20050930 | 425 | 776.9 | 1.828 |
| 1010 | 00147051 | 1380-99-9 | 147051 | 31061287 | 20050930 | 300 | 707.1 | 2.357 |
| 1010 | 00147053 | 3220-34-9 | 147053 | 31061220 | 20050930 | 840 | 957.6 | 1.14 |
| 1010 | 00147070 | 3220-34-9 | 147070 | 31061110 | 20050930 | 450 | 291.15 | 0.647 |
| 1010 | 00147072 | 1380-99-9 | 147072 | 31061110 | 20050930 | 2250 | 1455.75 | 0.647 |
| 1010 | 00147090 | 3220-34-9 | 147090 | 31061197 | 20050930 | 9870 | 10659.6 | 1.08 |
| 1010 | 00147093 | 1380-99-9 | 147093 | 31061109 | 20050930 | 8100 | 13138.2 | 1.622 |
| 1010 | 00147094 | 3220-34-9 | 147094 | 31061155 | 20050930 | 250 | 362.5 | 1.45 |
| 1010 | 00147095 | 3220-34-9 | 147095 | 31061195 | 20050930 | 1600 | 1488 | 0.93 |
| 1010 | 00147113 | 1380-85-9 | 147113 | 31061380 | 20051003 | 200 | 191.8 | 0.959 |
| 1010 | 00147113 | 1380-85-9 | 147113 | 31061380 | 20051003 | 7000 | 6713 | 0.959 |
| 1010 | 00147118 | 1380-85-9 | 147118 | 31061195 | 20051003 | 1000 | 930 | 0.93 |
| 1010 | 00147118 | 1380-85-9 | 147118 | 31061195 | 20051003 | 2600 | 2418 | 0.93 |
| 1010 | 00147119 | 1380-85-9 | 147119 | 31061236 | 20051003 | 425 | 776.9 | 1.828 |
| 1010 | 00147120 | 1380-85-9 | 147120 | 31061287 | 20051003 | 300 | 707.1 | 2.357 |
| 1010 | 00147192 | 180-51 | 147192 | 31061380 | 20051004 | 3600 | 3452.4 | 0.959 |
| 1010 | 00147198 | 2770-01 | 147198 | 31060770 | 20051004 | 2000 | 1832 | 0.916 |
| 1010 | 00147284 | 1770-41-9 | 147284 | 31060770 | 20051005 | 1500 | 1374 | 0.916 |
| 1010 | 00147284 | 1770-41-9 | 147284 | 31060770 | 20051005 | 2000 | 1832 | 0.916 |
| 1010 | 00147285 | 1770-41-9 | 147285 | 31060784 | 20051005 | 900 | 1476 | 1.64 |
| 1010 | 00147287 | 1770-41-9 | 147287 | 31061195 | 20051005 | 3600 | 3348 | 0.93 |
| 1010 | 00147288 | 1770-41-9 | 147288 | 31061380 | 20051005 | 3600 | 3452.4 | 0.959 |
| 1010 | 00147288 | 1770-41-9 | 147288 | 31061380 | 20051005 | 3400 | 3260.6 | 0.959 |
| 1010 | 00147288 | 1770-41-9 | 147288 | 31061380 | 20051005 | 3600 | 3452.4 | 0.959 |
| 1010 | 00147288 | 1770-41-9 | 147288 | 31061380 | 20051005 | 3600 | 3452.4 | 0.959 |
| 1010 | 00147288 | 1770-41-9 | 147288 | 31061380 | 20051005 | 200 | 191.8 | 0.959 |
| 1010 | 00147309 | 1770-41-9 | 147309 | 31061110 | 20051005 | 8100 | 5240.7 | 0.647 |
| 1010 | 00147337 | 77784-49 | 147337 | 31060784 | 20051005 | 450 | 738 | 1.64 |
| 1010 | 00147356 | 1770-33-9 | 147356 | 31060652 | 20051006 | 18000 | 954 | 0.053 |
| 1010 | 00147357 | 1770-33-9 | 147357 | 31060770 | 20051006 | 500 | 458 | 0.916 |
| 1010 | 00147357 | 1770-33-9 | 147357 | 31060770 | 20051006 | 500 | 458 | 0.916 |

| 1010 | 00147361 | 1770-33-9 | 147361 | 31061195 | 20051006 | 3600 | 3348 | 0.93 |
| 1010 | 00147364 | 1770-33-9 | 147364 | 31061380 | 20051006 | 3600 | 3452.4 | 0.959 |

696523.25