DUPLICATE **INVOICE**    000001
Page:



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI
48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17   GATE 4
WOODMAN DR – DOCK H301017
KETTERING, OH
45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 001970-28 | | 01 | BAX GLOBAL | COLLECT | 0013683 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 8/30/2005 | 7120 | 550064552 | | 5 | 8/30/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/30/05  CTNS  3  LBS  81  B/L 809-351-130 | | | NET LBS 69 | | |
| | ORDER PROCESSED BY: DJO | | | | | |
| | ***F.O.B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31019970 Your Part#: 2207188 SHOCK BAG | EA | 5,400 .1993 | 5,400 | 0 1,076.22 | 1,076.22 |
| | DUNS 62370094 | | | VENDOR: 100067⁹ | | |

|  |  |
|---|---|
| Sales Amount | 1,076.22 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days    INVOICE TOTAL    $1,076.22

KCCON 06-0200-F
July, 1997
Rev. 01

DUPLICATE   INVOICE

Page 000001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNU

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI
48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17  GATE 4
WOODMAN DR - DOCK H301017
KETTERING, OH
45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDE
OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 001970-33 | | 01 | BAX GLOBAL | COLLECT | 00145889 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 7/15/2005 | 9/06/2005 | 7120 | 55004552 | | 5 | 9/06/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  09/06/05   CTNS    2   LBS   54   B/L   666-222-130
                 NET LBS.   46

ORDER PROCESSED BY: DJO

***F. O. B. FINDLAY, OHIO***
*** MADE IN THE U.S.A. ***

| 5 | 31019970 | EA | 3,600 | 3,600 | 0 | |
| | Your Part#: 22207198 | | | | | |
| | SHOCK BAG | | | .1993 | 717.48 | 717.48 |

DUNS 62700994                    VENDOR: 1000679

Sales Amount        717.48
Misc. Charges          .00
Freight                .00
Sales Tax              .00

TERMS:   Net 70 days       INVOICE TOTAL        $717.48

KCCON 06-0200-F
July, 1997
Rev. 01

**DUPLICATE** **INVOICE**

Page: 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER AN

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI
48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17   GATE 4
WOODMAN DR - DOCK H301017
KETTERING, OH
45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORD OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 001970-31 | | 01 | BAX GLOBAL | COLLECT | 00146281 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 7/15/2005 | 9/14/2005 | 7120 | 550004552 | | 5 | 9/14/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/13/05 CTNS 4 LBS 104 B/L 809-351-115 NET LBS. 120 | | | | | |
| | ORDER PROCESSED BY: DJO | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31019970 Your Part#: 22207188 SHOCK BAG | EA | 7,200 .1993 | 7,200 | 0 1,434.96 | 1,434.96 |

DUNS 62370O994                VENDOR: 1000679

Sales Amount        1,434.96
Misc. Charges           .00
Freight                 .00
Sales Tax               .00

TERMS:   Net 70 days        INVOICE TOTAL        $1,434.96

KCCON 06-0200-F
July, 1997
Rev. 01

DUPLICATE    **INVOICE**    Page: 000001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI
48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17  GATE 4
WOODMAN DR - DOCK H301017
KETTERING, OH
45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 0019970 36 | | 01 | BAX GLOBAL | COLLECT | 0014896 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 9/29/2005 | 9/21/2005 | 7126 | 550004592 | | 5 | 9/21/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/20/05  CTNS  2  LBS  52  B/L  809-351-104 NET LBS. 44 | | | | | |
| | ORDER PROCESSED BY: DJO | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31019970 Your Part#: 22207189 SHOCK BAG | EA | 3,600 | 3,600 .1993 | 0 717.48 | 717.48 |
| | DUNS 62700994 | | VENDOR: 1000679 | | | |

Sales Amount    717.48
Misc. Charges    .00
Freight    .00
Sales Tax    .00

TERMS: Net 70 days    INVOICE TOTAL    $717.48

KCCON 06-0200-F
July, 1997
Rev. 01

**DUPLICATE INVOICE**

Page: 000001



## Kuss Corporation
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANN)

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI 48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17  GATE 4
WOODMAN DR - DOCK H301017
KETTERING, OH 45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDE OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001970-32 | | 01 | BAX GLOBAL | | COLLECT | 00146861 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 7/15/2005 | 9/27/2005 | 7120 | 55004552 | | 5 | 9/27/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/27/05 CTNS 2 LBS 54 B/L 809 351 082 NET LBS. 46 | | | | | |
| | ORDER PROCESSED BY: DJO | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31019970 Your Part#: 22207188 SHOCK BAG | EA | 3,600 .1993 | 3,600 | 0 717.48 | 717.48 |
| | DUNS 62700994 | | | VENDOR: 1000679 | | |

Sales Amount 717.48
Misc. Charges .00
Freight .00
Sales Tax .00

TERMS: Net 70 days    INVOICE TOTAL    $717.48

KCCON 06-0200-F
July, 1997
Rev. 01

# INVOICE



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

Page: 00001

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI CHASSIS
C/O EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT, MI
48501-1550

Ship-to:
DELPHI CHASSIS SYSTEM
PLANT 17   GATE 4
WOODMAN DR - DOCK H301017
KETTERING, OH
45420

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001970-35 | | 01 | BAX GLOBAL | | COLLECT | 00147194 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 9/13/2005 | 10/04/2005 | 7120 | 550004552 | | 5 | 10/04/2005 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S ORDERED PRICES | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 10/04/05  CTNS  3  LBS  81  A/B  809351071 NET LBS.  69 | | | | | |
| | ORDER PROCESSED BY: DJO | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31019970 Your Part#: 22207188 SHOCK BAG | EA | 5,400 .1993 | 5,400 | 0 1,076.22 | 1,076.22 |
| | DUNS 62700994 | | VENDOR: 1000679 | | | |

Sales Amount  1,076.22
Misc. Charges       .00
Freight              .00
Sales Tax            .00

TERMS: Net 70 days   INVOICE TOTAL   $1,076.22

KCCON 06-0200-F
July, 1997
Rev. 01

**DUPLICATE INVOICE**

Page: 000001



# Kuss Corporation

PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNU

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI
                    48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDER OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | | SHIP VIA | | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|---|---|
| 001380-65 | | 01 | PJAX | | | | COLLECT | 0014460? |

| ORDER DATE | SHIP DATE | CUST # | | PURCHASE ORDER # | | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|---|---|
| 8/02/2005 | 8/05/2005 | 1010 | 5500657?? | | | | 0 | 8/05/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S / PRICES | ORDERED | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | DATE 08/05/05  CTNS 108  LBS 738  B/L 1380-65-9 | | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | | |
| | ------- @100 | | | | | | |
| 5 | 31061380 | EA | 10,800 | | 10,800 | 0 | |
| | Your Part#: 25379454 | | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | | .9890 | 10,681.20 | 10,681.20 |
| | supplier: 00505600 | | | | | | |
| | REVISION LEVEL: 01 | | | | | | |

```
                                    Sales Amount     10,681.20
                                    Misc. Charges          .00
                                          Freight          .00
                                        Sales Tax          .00

     TERMS:   Net 70 days         INVOICE TOTAL    $10,681.20
```

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE                                              Page 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO KUSS CORP
C/O BANK OF AMERICA P.O. BOX 96302 CHICAGO IL 60693-6302
(DISCOUNTS IF APPLICABLE - NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM.)

Sold-to:                              Ship-to:
DELPHI AUTOMOTIVE SYSTEM              DELPHI C, 34065, ELPASO TX
DELPHI GLOBAL PURCHASING              DELPHI C PLANT 58/ CHIHUAHUA
4800 S. SAGINAW ST.                   2789 EAST CRESCENTVILLE RD
P.O. BOX 1360                         WESTCHESTER, OH 45069
FLINT, MI  48501-1360

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 223689-63 | | 01 | PJAX | | COLLECT | 00145007 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 8/09/2005 | 8/15/2005 | 1010 | 550038401 | | 6 | 8/15/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  08/15/05   CTNS   17   LBS   152   B/L   3320-29-9

ORDER PROCESSED BY:  LLS  _____

      ***F. O. B.  FINDLAY, OHIO***
      *** MADE IN THE U.S.A. ***

      _____ @100

| 5 | 31061195 | EA | 1,700 | 1,700 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9590 | 1,630.30 | 1,630.30 |

Forward to & freight bill to be marked:
Productos Delco Chihuahua
32 Celerity Wagon St. El Paso, TX 79906
c/o Cincinnati DDC % PJAX

Freight invoice must be mailed to Corpay for processing
DELPHI C 34065, El Paso TX C/O data 2 logistics
PO BOX 9115  NORWOOD MA 02362
REVISION LEVEL: 03

                                     Sales Amount      1,630.30
                                     Misc. Charges          .00
                                         Freight           .00
                                       Sales Tax           .00

        TERMS:  Net 70 days    INVOICE TOTAL     $1,630.30

KCCON 06-0200-F
July, 1997
Rev. 01



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA  P.O. BOX 96302 CHICAGO, IL  60693-6302
(DISCOUNTS IF APPLICABLE  NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI ENERGY AND ENGINE
PRODUCTOS DELCO DE CHIHUAHUA
DOCK 30
CELERITY WAGON ST.
EL PASO, TX  79906

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 041197-A0 | | 01 | BAX GLOBAL | | COLLECT | 00145367 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 8/23/2005 | 1010 | 55015323 | | 6 | 8/23/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE  08/23/05  CTNS  44  LBS  1112  B/L  809351141 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @210 | | | | | |
| 5 | 31061197 | EA | 9,240 | 9,240 | 0 | |
| | Your Part#: 25343666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | 1.0800 | | 9,979.20 | 9,979.20 |

Forward and Freight to be marked:
Product Delco de Chihuahua   32 Celerity Wagon St.
El Paso, TX  79906    C/O Cincinnati DDC X PJAX

Freight Invoice must be mailed to Corpay for processing
Delphi C, 34065  El Paso, TX  C/O Data Logistics
42 Thomas Patton Dr., Randolp, MA  02369

REVISION LEVEL: 03

| | |
|---|---|
| Sales Amount | 9,979.20 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS:  Net 70 days    INVOICE TOTAL    $9,979.20

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

Page: 000001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 041197-99 | | 01 | PJAX | COLLECT | 00143326 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/22/2005 | 8/26/2005 | 1010 | 550015323 | | 6 | 8/26/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  08/26/05   CTNS   38   LBS   974   B/L  41197-99-9

ORDER PROCESSED BY:  LLS

\*\*\*F. O. B.  FINDLAY, OHIO\*\*\*
\*\*\* MADE IN THE U.S.A. \*\*\*

_ _ _ _ _ @210

| 5 | 31061197 | EA | 7,980 | 7,980 | 0 | |
| | Your Part#: 2543666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.0800 | 8,618.40 | 8,618.40 |

Forward and Freight to be marked:
  Product Delco de Chihuahua   32 Celerity Wagon St.
  El Paso, TX  79906        C/O Cincinnati DDC % PJAX

Freight Invoice must be mailed to Corpay for processing
  Delphi C, 34065  El Paso, TX  C/O Data Logistics
  PO BOX 9115  NORWOOD, MA  02362
REVISION LEVEL: 03

Sales Amount   8,618.40
Misc. Charges       .00
Freight             .00
Sales Tax           .00

TERMS:  Net 70 days    INVOICE TOTAL    $8,618.40

KCCCON 06-0200-F
July, 1997
Rev. 01

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 223689-16 | | 01 | PJAX | | COLLECT | 0014365 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 8/26/2005 | 1010 | 550038401 | | 6 | 8/26/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/26/05  CTNS  23  LBS  168  B/L  41197-99-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F.O.B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @100 | | | | | |
| 5 | 31061195 | EA | 2,300 | 2,300 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9590 | 2,205.70 | 2,205.70 |
| | Forward to & freight bill to be marked: | | | | | |
| | Productos Delco Chihuahua | | | | | |
| | 32 Celerity Wagon St. El Paso, TX 79906 | | | | | |
| | c/o Cincinnati DDC % PJAX | | | | | |
| | Freight invoice must be mailed to Corpay for processing | | | | | |
| | DELPHI C 34065, El Paso TX C/O data 2 logistics | | | | | |
| | REVISION LEVEL: 03 | | | | | |

| | | |
|---|---|---|
| Sales Amount | | 2,205.70 |
| Misc. Charges | | .00 |
| Freight | | .00 |
| Sales Tax | | .00 |

TERMS:  Net 70 days    INVOICE TOTAL    $2,205.70

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL    INVOICE    Page 00001



## Kuss Corporation
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA  P.O. BOX 96302 CHICAGO, IL  60693-6302
(DISCOUNTS IF APPLICABLE  NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT  MI  48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 007770-90 | | 01 | PJAX | COLLECT | 00145573 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 8/29/2005 | 1010 | 55004819 | | 6 | 8/29/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE  08/29/05  CTNS  1  LBS  8  B/L  3220-30-9 | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31060770 | EA | 500 | 500 | 0 | |
| | Your Part#: 25165431 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | .9160 | 458.00 | | 458.00 |
| | Vendor: 00505600 | | | | | |

FORWARD TO AND FREIGHT TO BE MARKED:    34065
    PRODUCTOS DELCO DE CHIHUAHUA    34065
    32 CELERITY WAGON  EL PASO, TX  79906
C/O Cincinnatti DDC % PJAX
2789 EAST CRESCENTVILLE RE. WESTCHESTER, OH 45069

FREIGHT INVOICE MUST VE MAILED FOR PROCESSING TO:
    DELPHI C 34065 EL PASO TX  C/O DATA 2 LOGISTICS

REVISION LEVEL: 9

|  |  |
|---|---|
| Sales Amount | 458.00 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS:  NET 70 DAYS    INVOICE TOTAL    $458.00

KCCON 06-0200-F
July, 1997
Rev. 01

Page: 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

**INVOICE**


PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE - NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM).

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 041197-94 | | 01 | PJAX | | COLLECT | 00145583 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 8/29/2005 | 1010 | 55015323 | | 6 | 8/29/2005 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES | PER UNIT | EXTENDED | NET |

```
DATE  08/29/05  CTNS    38  LBS  1004  B/L  3220-30-9

ORDER PROCESSED BY: LLS

      ***F. O. B. FINDLAY, OHIO***
       *** MADE IN THE U.S.A. ***

      _____@210

5  31061197          EA     7,980      7,980        0
Your Part#: 25343666
FILTER,PAPER,EMBEDDED,FUEL         1.0800   8,618.40    8,618.40


Forward and Freight to be marked:
   Product Delco de Chihuahua   32 Celerity Wagon St.
   El Paso, TX  79906    C/O Cincinnati DDC % PJAX

Freight Invoice must be mailed to Corpay for processing
   Delphi C, 34065  El Paso, TX  C/O Data Logistics
   PO BOX 9115  NORWOOD, MA  02962
REVISION LEVEL: 03
```

|  |  |
|---|---|
| Sales Amount | 8,618.40 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS:  Net 70 days      **INVOICE TOTAL**      $8,618.40

KCCON 05-0200-F
July, 1997
Rev. 01

INVOICE

Page: 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 507 CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 077784-43 | | 01 | PJAX | COLLECT | 00145607 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/23/2005 | 8/29/2005 | 1010 | 55004699 | | 6 | 8/29/2005 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S | ORDERED | SHIPPED | BACKORDERED | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | | PRICES | PER UNIT | EXTENDED | | NET |

DATE  08/29/05  CTNS  3  LBS  30  B/L  3220-30-9

ORDER PROCESSED BY: LLS

***F.O.B. FINDLAY, OHIO***
*** MADE IN THE U.S.A. ***

------@225

| 5 | 31060784 | EA | | 675 | 675 | 0 | | |
| | Your Part#: 25173392 | | | | | | | |
| | FILTER,INTANK,MOLDED,DE | | | | 1.6400 | 1,107.00 | | 1,107.00 |

Forward to: Freight bill to be marked.
    Productos Delco de Chihuahua
    32 Celerity Wagon, El Paso, TX  79906
c/o Cincinnati DDC X Pjax
    2789 East Crescentville Rd. Westchester, Oh 45069

** Freight invoice must be maild to Data 2 for processing:
    Delphi C, 34065, El Paso, TX C/O Data 2 Logistics
    PO BOX 9115  NORWOOD MA  02362
REVISION LEVEL: 6

Sales Amount    1,107.00
Misc. Charges        .00
Freight              .00
Sales Tax            .00

TERMS:  Net 70 days    INVOICE TOTAL    $1,107.00

KCCON 06-0200-F
July, 1997
Rev. 01

INVOICE

Page: 000001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO KUSS CORP
C/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI ENERGY AND ENGINE
PRODUCTOS DELCO DE CHIHUAHUA
DOCK 30
CELERITY WAGON ST.
EL PASO, TX. 79906

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 041199-11 | | 01 | BAX GLOBAL | COLLECT | 00145659 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 8/30/2005 | 1010 | 550015329 | | 0 | 8/30/2005 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |

```
DATE  08/30/05   CTNS   38   LBS   974   B/L   809351126

ORDER PROCESSED BY:  LLS

     ***F. O. B.  FINDLAY, OHIO***
     *** MADE IN THE U.S.A. ***

_____0210

5  31061197          EA       7,980      7,980          0
Your Part#: 25343666
FILTER,PAPER,EMBEDDED,FUEL           1.0800       8,618.40       8,618.40


Forward and Freight to be marked:
  Product Delco de Chihuahua   32 Celerity Wagon St.
  El Paso, TX  79906      C/O Cincinnati DDC X PJAX

Freight Invoice must be mailed to Corpay for processing
  Delphi C, 34065  El Paso, TX  C/O Data Logistics

REVISION LEVEL: 03
```

Sales Amount       8,618.40
Misc. Charges           .00
Freight                 .00
Sales Tax               .00

TERMS:  Net 70 days          INVOICE TOTAL       $8,618.40

KCCON 06-0200-F
July, 1997
Rev. 01