ORIGINAL INVOICE

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE. STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM.)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 041197-95 | | 01 | PJAX | | COLLECT | 001[illegible] |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 8/30/2005 | 1010 | 550015323 | | 6 | 8/30/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/30/05 CTNS 13 LBS 299 B/L 4197-95-9 | | | | | |
| | ORDER PROCESSED BY: LLS ____________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | _______@210 | | | | | |
| 5 | 31061197 | EA | 2,730 | 2,730 | 0 | |
| | Your Part#: 25343666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.0800 | 2,948.40 | 2,948.40 |

Forward and Freight to be marked:
Product Delco de Chihuahua 32 Celerity Wagon St.
El Paso, TX 79906 C/O Cincinnati DDC % PJAX

Freight Invoice must be mailed to Corpay for processing
Delphi C, 34065 El Paso, TX C/O Data Logistics
PO BOX 9115 NORWOOD, MA 02362
REVISION LEVEL: 03

| | |
|---|---|
| Sales Amount | 2,948.40 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days

INVOICE TOTAL $2,948.40



Page: 000001

KUSS FILTRATION

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 077784-42 | | 01 | PJAX | | COLLECT | 00145072 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 8/30/2005 | 1010 | 550004699 | | 6 | 8/30/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | ORDERED | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/30/05 CTNS 2 LBS 20 B/L 41197-95 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ______@225 | | | | | |
| 5 | 31060784 | EA | 450 | 450 | 0 | |
| | Your Part#: 25173392 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | 1.6400 | 738.00 | 738.00 |

Forward to: Freight bill to be marked.
Productos Delco de Chihuahua
32 Celerity Wagon, El Paso, TX 79906
c/o Cincinnati DDC % Pjax
2789 East Crescentville Rd. Westchester, Oh 45069

** Freight invoice must be maild to Data 2 for processing:
Delphi C, 34065, El Paso, TX C/O Data 2 Logistices
PO BOX 9115 NORWOOD MA 02362
REVISION LEVEL: 6

| | |
|---|---|
| Sales Amount | 738.00 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days

INVOICE TOTAL $738.00



ORIGINAL INVOICE

Page: 000001

KUSS
FILTRATION
A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI
48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001380-73 | | 01 | PJAX | | COLLECT | 00145692 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 8/31/2005 | 1010 | 550069792 | | 6 | 8/31/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/31/05 CTNS 71 LBS 486 B/L 1380-73-9 | | | | | |
| | ORDER PROCESSED BY: LLS ________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ________@100 | | | | | |
| 5 | 31061380 | EA | 7,100 | 7,100 | 0 | |
| | Your Part#: 25379454 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9890 | 7,021.90 | 7,021.90 |
| | supplier: 005052600 | | | | | |
| | REVISION LEVEL: 01 | | | | | |

| | |
|---|---|
| Sales Amount | 7,021.90 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $7,021.90



ORIGINAL INVOICE

Page: 000001

KUSS
FILTRATION

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 002236-02 | | 01 | PJAX | | COLLECT | 00145696 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 8/31/2005 | 1010 | 550023097 | | 6 | 8/31/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/31/05 CTNS 1 LBS 13 B/L 1380-73-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ______@ 425 | | | | | |
| 5 | 31061236 | EA | 425 | 425 | 0 | |
| | Your Part#: 25348936 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.8280 | 776.90 | 776.90 |
| | E101 00505260 | | | | | |
| | REVISION LEVEL: 03 | | | | | |

| | |
|---|---|
| Sales Amount | 776.90 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $776.90

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

Page: 000001

Kuss Corporation
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 002287-60 | | 01 | PJAX | | COLLECT | 00145697 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/23/2005 | 8/31/2005 | 1010 | 550038405 | | 6 | 8/31/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/31/05 CTNS 2 LBS 12 B/L 1380-73-9 | | | | | |
| | ORDER PROCESSED BY: LLS ________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | _____@150 | | | | | |
| 5 | 31061287 | EA | 300 | 300 | 0 | |
| | Your Part#: 25361901 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | 2.3570 | 707.10 | 707.10 |
| | SUPPLIER 005052600 | | | E101 | | |
| | REVISION LEVEL: 02 | | | | | |

| | |
|---|---|
| Sales Amount | 707.10 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $707.10

KCCON 08-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

Page: 000001

KUSS
FILTRATION
A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 051197-02 | | 01 | PJAX | | COLLECT | 00145731 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/30/2005 | 8/31/2005 | 1010 | 550015323 | | 6 | 8/31/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/31/05 CTNS 52 LBS 1256 B/L 51197-02-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @210 | | | | | |
| 5 | 31061197 | EA | 10,920 | 10,920 | 0 | |
| | Your Part#: 25343666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.0800 | 11,793.60 | 11,793.60 |

Forward and Freight to be marked:
Product Delco de Chihuahua 32 Celerity Wagon St.
El Paso TX 79906 C/O Cincinnati DDCZ PJAX

Freight Invoice must be mailed to Corpay for processing:
Delphi C, 34065 El Paso TX C/O Data Logistics
PO Box 9115 Norwood MA 02362

REVISION LEVEL: 03

| | |
|---|---|
| Sales Amount | 11,793.60 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $11,793.60

KCCON 06-0200-F
July, 1997
Rev. 01

 ORIGINAL INVOICE

Page: 000001

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 223689-69 | | 01 | PJAX | | COLLECT | 00145737 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/22/2005 | 8/31/2005 | 1010 | 550038401 | | 6 | 8/31/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 08/31/05 CTNS 3 LBS 48 B/L 51197-02-9 | | | | | |
| | ORDER PROCESSED BY: LLS ________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ________@100 | | | | | |
| 5 | 31061195 | EA | 300 | 300 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9590 | 287.70 | 287.70 |
| | Forward to & freight bill to be marked: | | | | | |
| | Productos Delco Chihuahua | | | | | |
| | 32 Celerity Wagon St. El Paso, TX 79906 | | | | | |
| | c/o Cincinnati DDC % PJAX | | | | | |
| | Freight invoice must be mailed to Corpay for processing | | | | | |
| | DELPHI C 34065, El Paso TX C/O data 2 logistics | | | | | |
| | PO BOX 9115 NORWOOD MA 02362 | | | | | |
| | REVISION LEVEL: 03 | | | | | |
| | | | | | Sales Amount | 287.70 |
| | | | | | Misc. Charges | .00 |
| | | | | | Freight | .00 |
| | | | | | Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $287.70

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

Page: 000001

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP. c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302 (DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001380-46 | | 01 | PJAX | | COLLECT | 00145749 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 9/01/2005 | 1010 | 550069792 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 71 LBS 486 B/L 1380-46-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | 0100 | | | | | |
| 5 | 31061380 | EA | 7,100 | 7,100 | 0 | |
| | Your Part#: 25379454 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9890 | 7,021.90 | 7,021.90 |
| | supplier: 005052600 | | | | | |
| | REVISION LEVEL: 01 | | | | | |

| | |
|---|---|
| Sales Amount | 7,021.90 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $7,021.90

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

Page: 000001

KUSS
FILTRATION

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO IL 60693-6302
(DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 002195-55 | | 01 | PJAX | | COLLECT | 00145752 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 9/01/2005 | 1010 | 550038453 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 72 LBS 482 B/L 1380-46-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @100 | | | | | |
| 5 | 31061195 | EA | 7,200 | 7,200 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9590 | 6,904.80 | 6,904.80 |
| | | | | VENDOR: | 005052600 | |
| | REVISION LEVEL: 03 | | | | | |

| | |
|---|---|
| Sales Amount | 6,904.80 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $6,904.80

KCCON 06-0200-F
July, 1997
Rev. 01

KUSS FILTRATION A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 002236-14 | | 01 | PJAX | | COLLECT | 00145753 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/30/2005 | 9/01/2005 | 1010 | 550023097 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 1 LBS 13 B/L 1380-46-9 | | | | | |
| | ORDER PROCESSED BY: LLS ____ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ____@ 425 | | | | | |
| 5 | 31061236 | EA | 425 | 425 | 0 | |
| | Your Part#: 25348936 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.8280 | 776.90 | 776.90 |
| | E101 00505260 | | | | | |
| | REVISION LEVEL: 03 | | | | | |

| | |
|---|---|
| Sales Amount | 776.90 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days INVOICE TOTAL $776.90

ORIGINAL INVOICE

Page: 000001

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48556

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 002287-41 | | 01 | PJAX | | COLLECT | 00145754 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 9/01/2005 | 1010 | 550038405 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 4 LBS 24 B/L 1380-46-9 | | | | | |
| | ORDER PROCESSED BY: LLS ____________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** *** MADE IN THE U.S.A. *** | | | | | |
| | _____@150 | | | | | |
| 5 | 31061287 | EA | 600 | 600 | 0 | |
| | Your Part#: 25361901 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | 2.3570 | 1,414.20 | 1,414.20 |
| | SUPPLIER 005052600 | | | E101 | | |
| | REVISION LEVEL: 02 | | | | | |

| | |
|---|---|
| Sales Amount | 1,414.20 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days    INVOICE TOTAL $1,414.20

KCCON 06-0200-F
July, 1997
Rev. 01



ORIGINAL INVOICE

Page: 000001

KUSS
FILTRATION

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693 6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 007770-91 | | 01 | PJAX | COLLECT | 00145765 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 9/01/2005 | 1010 | 550004819 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 1 LBS 8 B/L 7770-91-9 | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| 5 | 31060770 | EA | 500 | 500 | 0 | |
| | Your Part#: 25165431 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9160 | 458.00 | 458.00 |
| | vendor: 005052600 | | | | | |
| | FORWARD TO AND FREIGHT TO BE MARKED: 34065 | | | | | |
| | PRODUCTOS DELCO DE CHIHUAHUA 34065 | | | | | |
| | 32 CELERITY WAGON EL PASO, TX 79906 | | | | | |
| | C/O Cincinnatti DDC % PJAX | | | | | |
| | 2789 EAST CRESCENTVILLE RE. WESTCHESTER, OH 45069 | | | | | |
| | FREIGHT INVOICE MUST VE MAILED FOR PROCESSING TO: | | | | | |
| | DELPHI C 34065 EL PASO TX C/O DATA 2 LOGISTICS | | | | | |
| | PO BOX 9115 NORWOOD MA 02362 | | | | | |
| | REVISION LEVEL: 9 | | | | | |
| | | | | | Sales Amount | 458.00 |
| | | | | | Misc. Charges | .00 |
| | | | | | Freight | .00 |
| | | | | | Sales Tax | .00 |

TERMS: NET 70 DAYS

INVOICE TOTAL $458.00

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL INVOICE

KUSS
FILTRATION
A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM.)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 051197-03 | | 01 | PJAX | | COLLECT | 00145793 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/30/2005 | 9/01/2005 | 1010 | 550015323 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 53 LBS 1369 B/L 7770-91-9 | | | | | |
| | ORDER PROCESSED BY: LLS ____________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ____@210 | | | | | |
| 5 | 31061197 | EA | 11,130 | 11,130 | 0 | |
| | Your Part#: 25343666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | | 1.0800 | 12,020.40 | 12,020.40 |
| | Forward and Freight to be marked: Product Delco de Chihuahua 32 Celerity Wagon St. El Paso TX 79906 C/O Cincinnati DDC% PJAX | | | | | |
| | Freight Invoice must be mailed to Corpay for processing: Delphi C, 34065 El Paso TX C/O Data Logistics PO Box 9115 Norwood MA 02062 | | | | | |
| | REVISION LEVEL: 03 | | | | | |

| | |
|---|---|
| Sales Amount | 12,020.40 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS: Net 70 days

INVOICE TOTAL $12,020.40

ORIGINAL INVOICE

Page: 00001

KUSS
FILTRATION
A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST

A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 077784-44 | | 01 | PJAX | | COLLECT | 00145797 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/23/2005 | 9/01/2005 | 1010 | 550004699 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 1 LBS 10 B/L 7770-91-9 | | | | | |
| | ORDER PROCESSED BY: LLS ____________________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ______@225 | | | | | |
| 5 | 31060784 | EA | 225 | 225 | 0 | |
| | Your Part#: 25173392 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | 1.6400 | 369.00 | 369.00 |
| | Forward to: Freight bill to be marked. Productos Delco de Chihuahua 32 Celerity Wagon, El Paso, TX 79906 c/o Cincinnati DDC % Pjax 2789 East Crescentville Rd. Westchester, Oh 45069 | | | | | |
| | ** Freight invoice must be maild to Data 2 for processing: Delphi C, 34065, El Paso, TX C/O Data 2 Logistices PO BOX 9115 NORWOOD MA 02362 | | | | | |
| | REVISION LEVEL: 6 | | | | | |
| | | | | | Sales Amount | 369.00 |
| | | | | | Misc. Charges | .00 |
| | | | | | Freight | .00 |
| | | | | | Sales Tax | .00 |

TERMS: Net 70 days    INVOICE TOTAL    $369.00

KCCON 06-0200-F
July, 1997
Rev. 01

KUSS
FILTRATION
A FLEETGUARD COMPANY

**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239

PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 223689-17 | | 01 | PJAX | | COLLECT | 00145798 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 9/01/2005 | 1010 | 550038401 | | 6 | 9/01/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/01/05 CTNS 10 LBS 60 B/L 7770-91-9 | | | | | |
| | ORDER PROCESSED BY: LLS ______________ | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | ________@100 | | | | | |
| 5 | 31061195 | EA | 1,000 | 1,000 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9590 | 959.00 | 959.00 |
| | Forward to & freight bill to be marked:<br>Productos Delco Chihuahua<br>32 Celerity Wagon St. El Paso, TX 79906<br>c/o Cincinnati DDC % PJAX | | | | | |
| | Freight invoice must be mailed to Corpay for processing<br>DELPHI C 34065, El Paso TX C/O data 2 logistics<br>REVISION LEVEL: 03 | | | | | |
| | | | | | Sales Amount | 959.00 |
| | | | | | Misc. Charges | .00 |
| | | | | | Freight | .00 |
| | | | | | Sales Tax | .00 |

TERMS: Net 20 days INVOICE TOTAL $959.00

KCCON 06-0200-F
July, 1997
Rev. 01