ORIGINAL    INVOICE    Page 000001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48506

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001380-07 | | 01 | PJAX | | COLLECT | 00145816 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 8/30/2005 | 9/03/2005 | 1010 | 550609792 | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/02/05  CTNS  66  LBS  456  B/L  1380-87-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @100 | | | | | |
| 5 | 31061380 | EA | 6,600 | 6,600 | 0 | |
| | Your Part#: 25379454 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9890 | 6,527.40 | 6,527.40 |
| | supplier: 00052600 | | | | | |
| | REVISION LEVEL: 01 | | | | | |

Sales Amount       6,527.40
Misc. Charges           .00
Freight                 .00
Sales Tax               .00

TERMS:    Net 70 days        INVOICE TOTAL        $6,527.40

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL    INVOICE

Page 00001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA  P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
3926 DAVISON ROAD
FLINT, MI         48506

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 002195-58 | | 01 | PJAX | | | COLLECT | 00145822 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 8/23/2005 | 9/02/2005 | 1010 | 550038453 | | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S | ORDERED PRICES | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | DATE 09/02/05 CTNS 36 LBS 246 B/L 1380-87-9 | | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | | |
| | @100 | | | | | | |
| 5 | 31061195 | EA | | 3,600 | 3,600 | 0 | |
| | Your Part#: 25343689 | | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | | .9590 | 3,452.40 | 3,452.40 |
| | | | | | VENDOR: 00505260O | | |
| | REVISION LEVEL: 03 | | | | | | |

Sales Amount        3,452.40
Misc. Charges           .00
Freight                 .00
Sales Tax               .00

TERMS:    Net 70 days        INVOICE TOTAL        $3,452.40

KCCON 06-0200-F
July, 1997
Rev. 01

# Kuss Corporation

PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 003220-02 | | 01 | PJAX | | COLLECT | 00145824 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 4/27/2005 | 9/02/2005 | 1010 | 550015054 | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S ORDERED PRICES | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/02/05  CTNS  5  LBS  105  B/L  3220-02-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | -----@210 | | | | | |
| 5 | 31061220 | EA | 1,050 | 1,050 | 0 | |
| | Your Part#: 25346737 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | 1.1400 | | 1,197.00 | 1,197.00 |
| | forward to and freight bill to be marked: | | | | | |
| | Productos Delco de Chihushua  32 Celerity Wagon EL Paso TX | | | | | |
| | 79906  C/O Cincinnatii DDC% PJAX | | | | | |
| | 2789 East Crescentiville Rd  Westchester, OH 45069 | | | | | |
| | freight invoice must be mailed to Corpay for processing | | | | | |
| | Delphi C 34065, El Paso TX c/o Data 2 Logisticse | | | | | |
| | REVISION LEVEL: 02 | | | | | |

Sales Amount  1,197.00
Misc. Charges  .00
Freight  .00
Sales Tax  .00

TERMS: Net 70 days   INVOICE TOTAL   $1,197.00

KCCON 06-0200-F
July, 1997
Rev. 01

FROM **INVOICE** Page 00001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO IL 60693-6302
DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI ENERGY AND ENGINE
PRODUCTOS DELCO DE CHIHUAHUA
DOCK 90
CELERITY WAGON ST.
EL PASO, TX 79906

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 003220-03 | | 01 | FED EX PRIOR | | PREPAID | 00145825 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/27/2005 | 9/02/2005 | 1010 | 550015054 | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

```
DATE  09/02/05   CTNS    5   LBS   105  A/B  689440423372

ORDER PROCESSED BY:  LLS

       ***F. O. B.  FINDLAY, OHIO***
       *** MADE IN THE U.S.A. ***

       -------0210
```

| 5 | 31061220 | EA | 1,050 | 1,050 | 0 | |
| | Your Part#: 25346737 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | 1.1400 | 1,197.00 | | 1,197.00 |

forward to and freight bill to be marked:
Productos Delco de Chihuahua  32 Celerity Wagon El Paso TX
79906  C/O Cincinnatii DDC% PJAX
2789 East Crescentiville Rd  Westchester, OH 45069

freight invoice must be mailed to Corpay for processing
  Delphi C 34065, El Paso TX c/o Data 2 Logisticse

REVISION LEVEL: 02

|  | Sales Amount | 1,197.00 |
|---|---|---|
| | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

TERMS:  Net 70 days    **INVOICE TOTAL**    $1,197.00

KCCON 06-0200-F
July, 1997
Rev. 01



# Kuss Corporation
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM.)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 003220-30 | | 01 | PJAX | COLLECT | 00145936 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/23/2005 | 9/02/2005 | 1010 | 55001505A | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  09/02/05  CTNS    6  LBS   126  B/L  3220-02-9

ORDER PROCESSED BY:  LLS

    ***F. O. B. FINDLAY, OHIO***
    *** MADE IN THE U.S.A. ***

    _____-0210

| 5 | 91061220 | EA | 1,260 | 1,260 | 0 | |
| | Your Part#: 25346737 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | 1.1400 | | 1,436.40 | 1,436.40 |

forward to and freight bill to be marked:
Productos Delco de Chihuahua  32 Celerity Wagon EL Paso TX
79906  C/O Cincinnati DDC% PJAX
2789 East Crescentville Rd  Westchester, OH 45069

freight invoice must be mailed to Corpay for processing
   Delphi C 34065, El Paso TX c/o Data 2 Logisticse
   PO BOX 9115  NORWOOD MA  02362

REVISION LEVEL: 02

| | |
|---|---|
| Sales Amount | 1,436.40 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

TERMS:  Net 70 days     INVOICE TOTAL     $1,436.40

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL                    INVOICE                    Page: 00001



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
(DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES)

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:                              Ship-to:
DELPHI AUTOMOTIVE SYSTEM              DELPHI C, 34065, ELPASO TX
DELPHI GLOBAL PURCHASING              DELPHI C PLANT S8/ CHIHUAHUA
4800 S. SAGINAW ST.                   2789 EAST CRESCENTVILLE RD
P.O. BOX 1360                         WESTCHESTER, OH 45069
FLINT, MI  48501-1360

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 051197-04 | | 01 | PJAX | COLLECT | 00145860 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/30/2005 | 9/02/2005 | 1010 | 55015323 | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE 09/02/05  CTNS   53   LBS  1319  B/L  3220-02-9

ORDER PROCESSED BY: LLS

       ***F. O. B. FINDLAY, OHIO***
       *** MADE IN THE U.S.A. ***

_____@210

| 5 | 31061197 | EA | 11,130 | 11,130 | 0 | |
| | Your Part#: 25343666 | | | | | |
| | FILTER,PAPER,EMBEDDED,FUEL | | 1.0800 | | 12,020.40 | 12,020.40 |

   Forward and Freight to be marked:
Product Delco de Chihuahua   32 Celerity Wagon St.
El Paso  TX  79906  C/O Cincinnati DOCK  PJAX

   Freight Invoice must be mailed to Carpay for processing:
Delphi C, 34065  El Paso TX  C/O Data Logistics
PO Box 9115  Norwood MA  02362

REVISION LEVEL: 03

|  | Sales Amount | 12,020.40 |
|---|---|---|
|  | Misc. Charges | .00 |
|  | Freight | .00 |
|  | Sales Tax | .00 |

TERMS:  Net 70 days        INVOICE TOTAL        $12,020.40

KCCON 06-0200 F
July, 1997
Rev. 01



**Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302, CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT 58/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 077784-41 | | 01 | PJAX | | COLLECT | 00145862 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/17/2005 | 9/02/2005 | 1010 | 55004699 | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  09/02/05  CTNS    1  LBS   10  B/L  3220-02-9

ORDER PROCESSED BY: LLS _____

       ***F. O. B. FINDLAY, OHIO***
        *** MADE IN THE U.S.A. ***

-------.8225

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | 3106078A<br>Your Part#: 25173392<br>FILTER,INTANK,MOLDED,OE | EA | 225<br>1.6400 | 225 | 0<br>369.00 | 369.00 |

Forward to:  Freight bill to be marked.
    Productos Delco de Chihuahua
    32 Celerity Wagon, El Paso, TX  79906
c/o Cincinnati DDC % Pjax
    2789 East Crescentville Rd, Westchester, Oh 45069

** Freight invoice must be maild to Data 2 for processing:
    Delphi C, 34065, El Paso, TX  C/O Data 2 Logistics
    PO BOX 9115  NORWOOD MA  02362
REVISION LEVEL: 6

                                   Sales Amount    369.00
                                   Misc. Charges      .00
                                        Freight      .00
                                      Sales Tax      .00

            TERMS:  Net 70 days    INVOICE TOTAL   $369.00

KCCON 06-0200-F
July, 1997
Rev. 01

ORIGINAL                INVOICE                Page 000001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO KUSS CORP
c/o BANK OF AMERICA, P.O. BOX 96302, CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE. STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI C, 34065, ELPASO TX
DELPHI C PLANT S8/ CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 229689-72 | | 01 | PJAX | COLLECT | 00145864 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 8/30/2005 | 9/02/2005 | 1010 | 55003840J | | 6 | 9/02/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/02/05  CTNS  41  LBS  276  B/L  3220-02-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F. O. B.  FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | _____@100 | | | | | |
| 5 | 31061105 | EA | 4,100 | 4,100 | 0 | |
| | Your Part#: 25343689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | .9590 | | 3,931.90 | 3,931.90 |
| | Forward to & freight bill to be marked: | | | | | |
| | Productos Delco Chihuahua | | | | | |
| | 32 Celerity Wagon St. El Paso, TX 79906 | | | | | |
| | c/o Cincinnati DDC % PJAX | | | | | |
| | Freight invoice must be mailed to Corpay for processing | | | | | |
| | DELPHI C 34065, El Paso TX C/O data 2 logistics | | | | | |
| | PO BOX 9115  NORWOOD MA 02362 | | | | | |
| | REVISION LEVEL: 03 | | | | | |

Sales Amount    3,931.90
Misc. Charges        .00
Freight              .00
Sales Tax            .00

TERMS:  Net 70 days    INVOICE TOTAL    $3,931.90

KCCON 06-0200-F
July, 1997
Rev. 01

Page 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239



PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA P.O. BOX 96302 CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM).

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI 48506

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 000652-93 | | 01 | PJAX | | COLLECT | 00145876 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/31/2005 | 9/06/2005 | 1010 | 55011776 | | 6 | 9/06/2005 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S ORDERED | SHIPPED | BACKORDERED | | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES | PER UNIT | EXTENDED | | NET |

DATE  09/06/05   CTNS    1   LBS    4   B/L   652-93-9

ORDER PROCESSED BY:  LLS

      ***F. O. B. FINDLAY, OHIO***
      *** MADE IN THE U.S.A. ***

| 5 | 31060652 | EA | 18,000 | 18,000 | 0 | | |
| | Your Part#: 25139007 | | | | | | |
| | XXX,DISC,FILTER | | | .0530 | 954.00 | | 954.00 |
| | vendor duns: 05052600 | | | | | | |
| | REVISION LEVEL: 7 | | | | | | |

Sales Amount      954.00
Misc. Charges        .00
      Freight        .00
    Sales Tax        .00

TERMS:   NET 70 DAYS     INVOICE TOTAL      $954.00

KCCON 06-0200-F
July, 1997
Rev. 01

Page 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA, P.O. BOX 96302 CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI 48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2936 DAVISON ROAD
FLINT, MI 48506

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 001380-48 | | 01 | PJAX | | COLLECT | 00145888 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 9/06/2005 | 1010 | 550069792 | | 6 | 9/06/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | DATE 09/06/05  CTNS  62  LBS  432  B/L  652-93-9 | | | | | |
| | ORDER PROCESSED BY: LLS | | | | | |
| | ***F.O.B. FINDLAY, OHIO*** | | | | | |
| | *** MADE IN THE U.S.A. *** | | | | | |
| | @100 | | | | | |
| 5 | 31061380 | EA | 6,200 | 6,200 | 0 | |
| | Your Part#: 25379454 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | | .9890 | 6,131.80 | 6,131.80 |
| | supplier: 00505260O | | | | | |
| | REVISION LEVEL: 01 | | | | | |

Sales Amount    6,131.80
Misc. Charges        .00
Freight              .00
Sales Tax            .00

TERMS:    Net 70 days    INVOICE TOTAL    $6,131.80

KCCON 06-0200-F
July, 1997
Rev. 01

Page: 00001

 **Kuss Corporation**
PO Box 708
2150 Industrial Dr.
Findlay, Ohio 45840
Phone (419) 425-7239


PLEASE MAIL REMITTANCE TO: KUSS CORP.
c/o BANK OF AMERICA  P.O. BOX 96302 CHICAGO, IL 60693-6302
DISCOUNTS IF APPLICABLE, NOT ALLOWED ON FREIGHT OR TAXES

PLEASE PAY FROM THIS INVOICE, STATEMENT WILL BE SENT ONLY UPON REQUEST
A SERVICE CHARGE WILL BE ASSESSED ON PAST DUE ACCOUNTS AT THE RATE OF 1-1/2% PER MONTH (18% PER ANNUM)

Sold-to:
DELPHI AUTOMOTIVE SYSTEM
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT, MI  48501-1360

Ship-to:
DELPHI AUTOMOTIVE SYSTEMS
RECEIVING AREA 100
2926 DAVISON ROAD
FLINT, MI  48506

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| 003195-32 | | 01 | PJAX | COLLECT | 00145896 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 6/21/2005 | 9/06/2005 | 1010 | 550098458 | | 6 | 9/06/2005 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|

DATE  09/06/05   CTNS   90   LBS   630   B/L   652-93-9

ORDER PROCESSED BY:  LLS

    ***F. O. B. FINDLAY, OHIO***
    *** MADE IN THE U.S.A. ***

         #100
| 5 | 3106195 | EA | 9,000 | 9,000 | 0 | |
| | Your Part#: 25943689 | | | | | |
| | FILTER,INTANK,MOLDED,OE | | .9590 | 8,631.00 | | 8,631.00 |

                    VENDOR:  005052600

REVISION LEVEL: 03

Sales Amount    8,631.00
Misc. Charges        .00
Freight              .00
Sales Tax            .00

TERMS:   Net 70 days        INVOICE TOTAL        $8,631.00

KCCON 06-0200-F
July, 1997
Rev. 01