David W. Dykhouse (DD 3055)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: dwdykhouse@pbwt.com

 -and-

Larry J. McClatchey (Ohio Atty # 0012191)
Stewart H. Cupps (Ohio Atty # 0071504)
Kegler Brown Hill & Ritter
A Legal Professional Association
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: 614/462-5400
Fax: 614/464-2634
scupps@keglerbrown.com

Attorneys for Ashland, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## RESPONSE OF ASHLAND, INC. TO
## DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

Ashland, Inc. ("Ashland"), by and through its counsel, Patterson Belknap Webb

& Tyler LLP and Kegler Brown Hill & Ritter, hereby files its response ("Response") to the

Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr.

P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and

Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims

Asserting Reclamation, and Claims Subject to Modification That Is Subject to Prior Order filed

on or about December 21, 2007 (Docket # 11588) ("Claims Objection").  In support of its

Response, Ashland respectfully represents as follows:

### BACKGROUND

1.      Ashland is a global, diversified chemical company operating through four

wholly owned divisions. Ashland manufactures, buys and resells chemicals, plastics and

composite materials.

2.      On October 8 and 14, 2005 ("Petition Date"), Delphi Corporation and

various affiliated companies (collectively, "Debtors"), commenced voluntary cases under

Chapter 11 of the Bankruptcy Code ("Code").

3.      Prior to the Petition Date Ashland was one of Debtors' suppliers,

supplying the Debtors with various chemical materials (collectively, "Goods"), including

Arofene™, a structural adhesive which Debtors used in their manufacturing operations.

4.      As of the Petition Date, Debtors owed Ashland no less than $262,636.04

on account of Ashland's sale of Goods to Debtors and Debtors' failure to pay for those Goods.

5.      On or about April 25, 2006, Ashland timely filed its proof of claim

("Ashland Claim") asserting an unsecured claim against Delphi Corporation in the amount of

$262,636.04 ("Claim Amount") on account of Debtors' failure to pay for Goods.

6.      As *prima facie* evidence of its claim, Ashland attached various account

statements ("Account Statements") to the Ashland Claim printed from Ashland's automated

accounts receivable system.  The Account Statements delineate, *inter alia*, the specific Debtor

account number, the invoice number (DocumentNo), the delivery date and location to which

Goods were delivered and the specific amounts due therefor.

7.      On or about December 21, 2007, the Debtors filed their Claims Objection,

objecting to the Ashland Claim and seeking to reduce it from $262,636.04 to $211,679.07

computed as follows:  $208,922.21 as a general unsecured claim against Delphi Automotive

Systems (Debtor 05-44640), $1,672.00 as a general unsecured claim against Delphi LLC (Debtor

05-44615), and $1,084.86 as a general unsecured claim against Delphi Connection Systems

(Debtor 05-44624).

   8. Ashland does not agree with and opposes Debtors' proposed reduction of

the Ashland Claim.

### LAW AND ARGUMENT

   9. Debtors' only asserted basis for the Claims Objection in its notice thereof

("Notice") is that that the Ashland Claim constitutes a "Claim Subject to Modification."  The

Claims Objection reveals further only that the basis for a claim being a "Claim Subject to

Modification" could be any of the following:  it (a) does not account for amounts that may have

been paid or credited against such Claims prior to the commencement of these cases, (b) may

include post-petition liabilities, (c) does not account for amounts that may have been paid or

credited against such claim following the commencement of these cases, (d) was docketed and

filed against the wrong Debtor entity, and/or (e) is misclassified as a priority or secured claims.

   10. After the filing of the Claims Objection, Ashland received a spreadsheet

("Delphi Spreadsheet") from a Delphi claims analyst.  See Affidavit of Michael W. Wright

sworn to January 17, 2008 submitted herewith ("Wright Affidavit").  The Delphi Spreadsheet did

little more than the Claims Objection, however, to demonstrate the specific grounds for the

Debtors' objection to Ashland's Claim.  The reasons for the reduction advanced under the Delphi

Spreadsheet included only such vague statements as:  "claimant unwilling to substantiate," "line

item paid," or "plant unwilling/incapable of substantiation of booking error."

   11. As stated by this Court in Waterman S.S. Corp. v. Aguiar, 200 B.R. 770,

774-75 (Bankr. S.D.N.Y. 1996):

> In many instances, the mere filing of a proof of claim is sufficient to carry the day. The burden of going forward then shifts to the objector to produce evidence negating the *prima facie* validity of the filed claim.

Waterman at 774-75. It is the objector's initial burden to overcome the *prima facie* validity of a proof of claim. Riverbank, Inc. v. Make Meat Corp., 1999 WL 178788 at *3-4 (S.D.N.Y. March 31, 1999), and cases cited therein; In re Allegheny Int'l, Inc., 954 F.2d 167, 173-74 (3d Cir. 1992).

> Upon objection, the proof of claim provides some evidence as to its validity and amount and is strong enough to carry over a mere formal objection without more. To defeat the claim, the objector must come forward with sufficient evidence and show facts tending to defeat the claim by probative force equal to that of the allegations in the proofs of claims themselves.

Lundell v. Anchor Constr. Specialists, Inc., 223 F.3d 1035, 1039 (9th Cir. 2000)(internal quotations and citations omitted). "The case law is clear. To prevail, the objector must affirmatively *produce* evidence to counter the creditor's claim." Riverbank, Inc. v. Make Meat Corp. at *4 (emphasis original).

12.    The Claims Objection, a "mere formal objection" at best, offers no evidence to negate the facts contained in the Ashland Claim and the Account Statements attached to it. Indeed, the Claims Objection and the Delphi Spreadsheet do not even specify the basis of Debtors' objection to the Ashland Claim, let alone support it.

13.    Without waiving its legal argument that Debtor have failed to carry their burden of coming forward with evidence to rebut the *prima facie* validity of the Ashland Claim, Ashland has also rebutted the Debtors' factual allegations (ephemeral as they are) with the Wright Affidavit, which Ashland incorporates by reference herein. The Wright Affidavit establishes that the Claims Objection is factually baseless.

## CONCLUSION

**WHEREFORE**, Ashland respectfully requests that the Court deny the relief

requested in Debtors' Claims Objection (as it relates to the Ashland Claim) and grant such other

and further relief to Ashland as may be just and proper.

Dated: New York, New York
      January 18, 2008

              **PATTERSON BELKNAP WEBB & TYLER LLP**

              By: _____
                     David W. Dykhouse (DD 3055)
              1133 Avenue of the Americas
              New York, New York 10036-6710
              Telephone:  (212) 336-2000
              Fax:  (212) 336-2222
              dwdykhouse@pbwt.com

              and

              Larry J. McClatchey (Ohio Atty # 0012191)
              Stewart H. Cupps (Ohio Atty # 0071504)
              Kegler Brown Hill & Ritter
              A Legal Professional Association
              65 East State Street, Suite 1800
              Columbus, Ohio 43215
              Telephone: 614/462-5400
              Fax:  614/464-2634
              scupps@keglerbrown.com

              Attorneys for Ashland, Inc.

David W. Dykhouse (DD 3055)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: dwdykhouse@pbwt.com


Attorneys for Ashland, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF MICHAEL W. WRIGHT IN SUPPORT OF RESPONSE OF ASHLAND, INC. TO DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

|  |  |  |
|---|---|---|
| STATE OF OHIO | ) |  |
|  | ) ss |  |
| COUNTY OF FRANKLIN | ) |  |

I, Michael W. Wright, an individual over the age of 18, having been duly cautioned and sworn, depose and state as follows:

1.    I am a Senior Credit Representative for Ashland, Inc. ("Ashland").

2.    As part of my responsibilities as a Senior Credit Representative for Ashland, I am responsible for reviewing and reconciling customer invoices and resolving billing disputes. I have working knowledge of Ashland's billing practices and procedures and systems and have specific knowledge concerning Ashland's business relationship and billing practices with the Debtors in the above-styled case.

3.    On or about January 7, 2008, Doug Cassidy, a proof of claims analyst for Delphi provided Ashland with a spreadsheet (the "Delphi Spreadsheet") which attempted to identify the particular invoices or variance items which the Debtors objected to and the basis for the Debtors' objections under the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors'

Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claims Subject to Modification That Is Subject to Prior Order (the "Claims Objection"). A copy of the Delphi Spreadsheet provided to Ashland is attached hereto as Exhibit A.

4.    After receiving Delphi's Spreadsheet, I reviewed Ashland' business records and payment systems to reconcile the adjustments sought under the Delphi Spreadsheet, including retrieving original copies of the disputed invoices under which the adjustments are sought. Attached hereto as Exhibit B are Ashland's invoices (the "Disputed Invoices") which correspond to the adjustments the Debtors seek to make to Ashland's Claim under the Delphi Spreadsheet and Claims Objection.

5.    My review and analysis of Ashland's business records and the Disputed Invoices reveal that the adjustments sought by the Debtors under the Delphi Spreadsheet and Claims Objection are erroneous and should not be permitted as set forth in greater detail under the following table:

| Delphi Spreadsheet Document Description | Ashland Disputed Invoice # or Variance #. | Reconciliation and/or Adjustment Sought by Debtors' and Asserted Basis Therefor | Debtors' Adjustment Should Not Be Permitted Because |
|---|---|---|---|
| HA025203808065001-0077146 | Invoice 324971 attached. | Pricing of $5928.00 less container charge | Invoice establishes $30,972.00 due without any deduction. |
| H404DSR5203649037001 | N/A | Delphi debit memo | Per Ashland's system, claimed cash discount unearned |
| S543696300-1600083496 | Invoices 324971, 329201, and 37150 attached. | Claimant has provided viewpoint, plant unwilling-incapable of substantiation of booking error | Ashland's records reveal these invoices belong to Variance # 1600083496, # created upon conversion of Ashland's accounts payable system. |
| S543696300-1800405104 | Invoice 364164 attached. | Line Item Paid | Erroneous because only one line item under invoice. Invoice establishes proper amount. |
| S543696300-1800211810 | Invoice 309009 attached. | Claimant unwilling/ unable to substantiate | Invoice Provided |
| S543696300-1800250275 | Invoice 317961 attached. | Claimant unwilling/ unable to substantiate | Invoice Provided |
| S543696300-1800280766 | Invoice 324972 attached. | Claimant unwilling/ unable to substantiate | Invoice Provided |
| S543696300-1401178784 | Invoice 371140 attached. | $7,116.00 Deduction to Ashland Claim | Delphi underpaid this invoice by $7,116.00. |

Further, affiant sayeth naught.

Michael W. Wright

Subscribed and sworn to before me this 17th day of January, 2008

Notary Public for Ohio

**BEVERLY PICKLESIMON**
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JUNE 16, 2010

#4839-4956-0834 v1

2760
1/7/2008 10:45 AM

EXHIBIT A

OMNI detail

| Document Description | Co. # | Invoice Date | Date of Service | Amount Claimed per POC | Reconciled Amount | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|
| **DAS LLC PORTION OF CLAIM:** | | | | | | | |
| Agreed amounts - totals | | | | | | | |
| R40252042974990001 - 85725439 | 39 | 8/26/05 | | 138,972.48 | 138,972.48 | - | |
| H40252035728379001 - 85749645 | 39 | 9/6/05 | | 17,138.90 | 17,118.90 | 20.00 | Pricing difference |
| H40252036272621001 - 85767769 | 39 | 9/14/05 | | 1,652.97 | 1,630.47 | 22.50 | Pricing difference |
| H40252037209810001 - 85800964 | 39 | 9/28/05 | | 1,934.75 | 1,902.91 | 31.84 | Pricing difference |
| J20252003751556001 - 85811355 | 39 | 9/30/05 | | 1,662.97 | 1,630.47 | 32.50 | Pricing difference |
| FR04CMPWE56232201003 - 85811840 | 39 | 9/30/05 | | 1,990.00 | 1,960.00 | 30.00 | Pricing difference |
| J20252003766726001 - 85816970 | 39 | 10/3/05 | | 8,360.00 | 8,330.00 | 30.00 | Pricing difference |
| H40252037765772001 - 85818462 | 39 | 10/5/05 | | 11,646.50 | 11,616.50 | 30.00 | Pricing difference |
| H40252030808065001 - 0077146 | 39 | 6/17/05 | | 1,390.43 | 1,359.42 | 31.01 | Pricing difference |
| RY04ADMD3SCTS1005 - DISCTS1005 | 39 | 10/1/05 | | 30,972.00 | 25,044.00 | 5,928.00 | Pricing of $5,928.00 less container charge of $192.00 |
| H404DRS203649037001 - 1401065826 | 39 | 9/18/05 | | (629.22) | (13.72) | 629.22 | Delphi debit memo |
| R404ADM12302 - 12302 | 39 | 10/7/05 | | (15,742.02) | - | (15,742.02) | Delphi debit memo; Delphi took credit post-petition |
| S543696300 - 1600083496 | 39 | 2/3/04 | | 34,727.19 | - | 34,727.19 | Claimant has provided viewpoint/plant unwilling-incapable of substantiation of booking error |
| S543696300 - 1800405104 | 39 | 4/13/05 | | 5,682.01 | - | 5,682.01 | Line item was paid |
| S543696300 - 1800211810 | 39 | 6/25/02 | | 450.00 | - | 450.00 | Claimant unable/unwilling to substantiate |
| S543696300 - 1800250275 | 39 | 12/11/02 | | 7,950.00 | - | 7,950.00 | Claimant unable/unwilling to substantiate |
| S543696300 - 1800280766 | 39 | 4/28/03 | | 3,975.00 | - | 3,975.00 | Claimant unable/unwilling to substantiate |
| **CONNECTIONS PORTION:** | | | | | | | |
| S543696300 - 1401178784 | 39 | 10/4/05 | | 7,116.00 | - | 7,116.00 | Claimant unable/unwilling to substantiate |
| **MECHATRONIC PORTION:** | | | | | | | |
| S543696300 - 1401178784 | 15 | 10/6/05 | | 1,672.00 | 1,672.00 | - | Agreed |
| 93583453 | 31 | 9/23/05 | | 774.95 | 774.95 | - | Agreed |
| 93583455 | 31 | 9/23/05 | | 309.91 | 309.91 | - | Agreed |
| **TOTAL CONNECTIONS** | | | | 1,084.86 | 1,084.86 | .00 | |
| **Total** | | | | 262,636.04 | 211,679.07 | (50,956.97) | |

EXHIBIT

B

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                          REPRINT DATE:  2/15/2007

CONSIGNEE ADDRESS                               BILLING ADDRESS
DELPHI CHASSIS                                  DELPHI CHASSIS
% TERMINAL COLD STORAGE                         EAG DISBURSEMENT CENTER
20 BAKERS STREET                                P.O. BOX 1550
DAYTON                 OH 45402                 FLINT                 MI 48501 1550


INVOICE NUMBER         367590                    INVOICE DATE          6/17/2005
SALES REPRESENTATIVE   187                       SHIPPED DATE          6/16/2005
SALES ORDER NUMBER     77146                     SHIPPED FROM          544
CUSTOMER ORDER NUMBER  550000944                 SHIPPED VIA
PAYMENT TERMS          31   NET 30 DAYS          FREIGHT TERMS         COLLECT
ACCOUNT NUMBER         3696300 000               FOB                   SHIPPING POINT

SAP DOC. NUMBER        1800416001

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 986-Z1-50<br>80163 | 24.00 | | 11,400.00 | P | 2.70000 | 30,780.00 |
| STEEL CONTAINER SURCHARGE ( | | | 1.00 | E | 192.00000 | 192.00 |
| | | | | TOTAL INVOICE | | 30,972.00 |

$5,928
unknown
price??

PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                   Ashland Specialty Chemical Company
                   Attention: Credit Department
                   P.O. Box 2219
                   Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835

REPRINT DATE: 10/16/2007

CONSIGNEE ADDRESS
DELPHI CHASSIS
PLANT 3, DOCK 4
CINCINNATI ST
DAYTON                    OH 45414

BILLING ADDRESS
DELPHI CHASSIS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT                     MI 48501 1550

| | | | |
|---|---|---|---|
| INVOICE NUMBER | 324971 | INVOICE DATE | 4/28/2003 |
| SALES REPRESENTATIVE | 173 | SHIPPED DATE | 4/28/2003 |
| SALES ORDER NUMBER | 31389 | SHIPPED FROM | 542 |
| CUSTOMER ORDER NUMBER | 550004520 | SHIPPED VIA | HMES |
| PAYMENT TERMS | 31   NET 30 DAYS | FREIGHT TERMS | COLLECT |
| ACCOUNT NUMBER | 3696300 000 | FOB | SHIPPING POINT |

SAP DOC. NUMBER

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 3.00 | | 7,740.00 | P | .00000 | .00 |
| **(900 GA @ $13.25) | .00 | | .00 | | .00000 | 11,925.00 |

PO NO FOR 1907 IS 550004520

TOTAL INVOICE          11,925.00

PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                Ashland Specialty Chemical Company
                Attention: Credit Department
                P.O. Box 2219
                Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                                              REPRINT DATE: 10/16/2007

CONSIGNEE ADDRESS                                                  BILLING ADDRESS
DELPHI CHASSIS                                                     DELPHI CHASSIS
PLANT 3, DOCK 4                                                    EAG DISBURSEMENT CENTER
CINCINNATI ST                                                      P.O. BOX 1550
DAYTON                      OH 45414                               FLINT                    MI 48501 1550

INVOICE NUMBER          329201                    INVOICE DATE            7/14/2003
SALES REPRESENTATIVE    173                       SHIPPED DATE            7/13/2003
SALES ORDER NUMBER      37148                     SHIPPED FROM            542
CUSTOMER ORDER NUMBER   550004520                 SHIPPED VIA             XXXX
PAYMENT TERMS           31   NET 30 DAYS          FREIGHT TERMS           COLLECT
ACCOUNT NUMBER          3696300 000               FOB                     SHIPPING POINT

SAP DOC. NUMBER         1800298319

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 3.00 | | 7,740.00 | P | .00000 | .00 |
| **(900 GA @ $13.25) | .00 | | .00 | | .00000 | 11,925.00 |

PO NO FOR 1907 IS 550004520

                                                  TOTAL INVOICE           11,925.00

PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                        Ashland Specialty Chemical Company
                        Attention: Credit Department
                        P.O. Box 2219
                        Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                                    REPRINT DATE: 10/16/2007

CONSIGNEE ADDRESS                                        BILLING ADDRESS
DELPHI CHASSIS                                           DELPHI CHASSIS
PLANT 3, DOCK 4                                          EAG DISBURSEMENT CENTER
CINCINNATI ST                                            P.O. BOX 1550
DAYTON                    OH 45414                       FLINT                MI 48501 1550

INVOICE NUMBER          329202                           INVOICE DATE         7/14/2003
SALES REPRESENTATIVE    173                              SHIPPED DATE         7/13/2003
SALES ORDER NUMBER      37150                            SHIPPED FROM         542
CUSTOMER ORDER NUMBER   550004520                        SHIPPED VIA          XXXX
PAYMENT TERMS           31   NET 30 DAYS                 FREIGHT TERMS        COLLECT
ACCOUNT NUMBER          3696300 000                      FOB                  SHIPPING POINT

SAP DOC. NUMBER         1800298320

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 1.00 | | 2,557.00 | P | .00000 | .00 |
| **(297.32558 GA @ $13.25) | .00 | | .00 | | .00000 | 3,939.56 |

PO NO FOR 1907 IS 550004520

                                                        TOTAL INVOICE        3,939.56


PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                        Ashland Specialty Chemical Company
                        Attention: Credit Department
                        P.O. Box 2219
                        Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                                      REPRINT DATE:  2/15/2007

CONSIGNEE ADDRESS                                          BILLING ADDRESS
DELPHI CHASSIS                                             DELPHI CHASSIS
% TERMINAL COLD STORAGE                                    EAG DISBURSEMENT CENTER
20 BAKERS STREET                                           P.O. BOX 1550
DAYTON                    OH 45402                         FLINT                     MI 48501 1550

INVOICE NUMBER            364164                           INVOICE DATE              4/13/2005
SALES REPRESENTATIVE      187                              SHIPPED DATE              4/13/2005
SALES ORDER NUMBER        77145                            SHIPPED FROM              544
CUSTOMER ORDER NUMBER     550000944                        SHIPPED VIA               HMES
PAYMENT TERMS             31   NET 30 DAYS                 FREIGHT TERMS             COLLECT
ACCOUNT NUMBER            3696300 000                      FOB                       SHIPPING POINT

SAP DOC. NUMBER           1800405104

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 986-Z1-50 | 12.00 | | 5,700.00 | P | 2.70000 | 15,390.00 |
| 80163 | | | | | | |
| STEEL CONTAINER SURCHARGE ( | | | 1.00 | E | 96.00000 | 96.00 |
| | | | | TOTAL INVOICE | | 15,486.00 |

PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                Ashland Specialty Chemical Company
                Attention: Credit Department
                P.O. Box 2219
                Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                                  REPRINT DATE:  2/15/2007

CONSIGNEE ADDRESS                                       BILLING ADDRESS
DELPHI CHASSIS                                          DELPHI CHASSIS
PLANT 3, DOCK 4                                         EAG DISBURSEMENT CENTER
CINCINNATI ST                                           P.O. BOX 1550
DAYTON                   OH 45414                       FLINT                    MI 48501 1550

INVOICE NUMBER           309009                         INVOICE DATE             6/25/2002
SALES REPRESENTATIVE     173                            SHIPPED DATE             6/25/2002
SALES ORDER NUMBER       85648                          SHIPPED FROM             542
CUSTOMER ORDER NUMBER    DCB05883                        SHIPPED VIA
PAYMENT TERMS            31   NET 30 DAYS               FREIGHT TERMS            COLLECT
ACCOUNT NUMBER           3696300 000                    FOB                      SHIPPING POINT

SAP DOC. NUMBER

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| FREIGHT CHARGE - PHENOLICS | | | 1.00 | E | 450.00000 | 450.00 |

THIS IS TO BILL CUST FOR FRT
INCURRED
ON INV 308870 PO 5550004520
 SHIPPED TO THE NEEDMORE RD
FACILITY
1 TOTE OF AROFENE 1907 ON 6-24
DELPHI PART NO 18070014

                                        TOTAL INVOICE              450.00


PLEASE REMIT TO: ASHLAND CHEMICAL, CO.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                        Ashland Specialty Chemical Company
                        Attention: Credit Department
                        P.O. Box 2219
                        Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                              REPRINT DATE:  2/15/2007

CONSIGNEE ADDRESS                                  BILLING ADDRESS
DELPHI CHASSIS                                     DELPHI CHASSIS
PLANT 3, DOCK 4                                    EAG DISBURSEMENT CENTER
CINCINNATI ST                                      P.O. BOX 1550
DAYTON            OH 45414                          FLINT              MI 48501 1550

INVOICE NUMBER        317961                        INVOICE DATE          12/11/2002
SALES REPRESENTATIVE  173                           SHIPPED DATE          12/11/2002
SALES ORDER NUMBER    95500                         SHIPPED FROM          542
CUSTOMER ORDER NUMBER 5550004520                    SHIPPED VIA           HMES
PAYMENT TERMS         31   NET 30 DAYS              FREIGHT TERMS         COLLECT
ACCOUNT NUMBER        3696300 000                   FOB                   SHIPPING POINT

SAP DOC. NUMBER

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 2.00 | | 5,160.00 | P | .00000 | .00 |
| **(600 GA @ $13.25) | .00 | | .00 | | .00000 | 7,950.00 |

PO NO FOR 1907 IS 550004520


                                                   TOTAL INVOICE          7,950.00


PLEASE REMIT TO: ASHLAND CHEMICAL, CO.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                Ashland Specialty Chemical Company
                Attention: Credit Department
                P.O. Box 2219
                Columbus, Ohio 43216

ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                              REPRINT DATE:  2/15/2007

CONSIGNEE ADDRESS                                  BILLING ADDRESS
DELPHI CHASSIS                                     DELPHI CHASSIS
PLANT 3, DOCK 4                                    EAG DISBURSEMENT CENTER
CINCINNATI ST                                      P.O. BOX 1550
DAYTON                    OH 45414                 FLINT              MI 48501 1550

INVOICE NUMBER        324972                 INVOICE DATE         4/28/2003
SALES REPRESENTATIVE  173                    SHIPPED DATE         4/28/2003
SALES ORDER NUMBER    31395                  SHIPPED FROM         542
CUSTOMER ORDER NUMBER 5440004520             SHIPPED VIA          HMES
PAYMENT TERMS         31   NET 30 DAYS       FREIGHT TERMS        COLLECT
ACCOUNT NUMBER        3696300 000            FOB                  SHIPPING POINT

SAP DOC. NUMBER

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 1.00 | | 2,580.00 | P | .00000 | .00 |
| **(300 GA @ $13.25) | .00 | | .00 | | .00000 | 3,975.00 |

PO NO FOR 1907 IS 550004520


                                          TOTAL INVOICE          3,975.00


PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                     Ashland Specialty Chemical Company
                     Attention: Credit Department
                     P.O. Box 2219
                     Columbus, Ohio 43216



ASHLAND SPECIALTY CHEMICAL COMPANY
SPECIALTY POLYMERS & ADHESIVES

FEDERAL ID# 20-0865835                    REPRINT DATE: 10/25/2007

CONSIGNEE ADDRESS                         BILLING ADDRESS
DELPHI CHASSIS/NEEDMORE                    DELPHI CHASSIS
3100 NEEDMORE RD DOCK 101                  EAG DISBURSEMENT CENTER
                                          P.O. BOX 1550
DAYTON            OH 45414                 FLINT            MI 48501 1550

INVOICE NUMBER       371140               INVOICE DATE           8/25/2005
SALES REPRESENTATIVE 187                  SHIPPED DATE           8/25/2005
SALES ORDER NUMBER   85378                SHIPPED FROM           542
CUSTOMER ORDER NUMBER 550004520           SHIPPED VIA            XXXX
PAYMENT TERMS        31  NET 30 DAYS      FREIGHT TERMS          COLLECT
ACCOUNT NUMBER   S54  3696300 002         FOB                    DESTINATION
SAP DOC. NUMBER      1800426611

| DESCRIPTION | QUANTITY | UNIT | NET QUANTITY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| AROFENE 1907 | 4.00 | | 10,320.00 | P | 2.20000 | 22,704.00 |

SHIPPING MUST FAX
ASN(ADVANCE
SHIPPING NOTIFICATION) TO
J-COM
THE DAY OF SHIPPING TO FAX NO
810-694-8224
THIS NEEDS TO BE DONE AT THE
TIME
OF SHIPPING, IF SHIPMENT GETS
THERE
BEFORE THEY GET THE ASN THEY
CHG US
$550.00 (ESPECIALLY WHEN

*Deduction $7,116.00 Unknown.*

PLEASE REMIT TO: ASHLAND INC.
                PO BOX 93263
                CHICAGO IL 60673-3263

TERMS AND CONDITIONS (as of 6/2003)
1. Payment of this invoice constitutes final acceptance by the Customer of the products described on
   the invoice.
2. Payments not made within the terms stated on the front of this invoice are subject to late payment
   charges by Seller.
3. These commodities, technology or software are exported from the United States in accordance with
   the export administration regulations.  Diversion contrary to the United States law prohibited.
4. Any communications concerning disputed debts, including but not limited to, an instrument tendered
   as full satisfaction of a debt, are to be sent to the following address:

                    Ashland Specialty Chemical Company
                    Attention: Credit Department
                    P.O. Box 2219
                    Columbus, Ohio 43216

