David W. Dykhouse (DD 3055)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: dwdykhouse@pbwt.com

-and-

Larry J. McClatchey (Ohio Atty # 0012191)
Stewart H. Cupps (Ohio Atty # 0071504)
Kegler Brown Hill & Ritter
A Legal Professional Association
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: 614/462-5400
Fax: 614/464-2634
scupps@keglerbrown.com

Attorneys for Ashland, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

      MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1427559v.1

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On January 18, 2008, I served the **Response of Ashland, Inc. to Debtors' Twenty-Fourth Omnibus Claims Objection** upon the following attorneys for the parties herein via facsimile, FedEx and U.S. Mail, directed to them at the addresses below:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
(248) 813-2673 fax

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0411 fax

_____
MATTHEW M. FINNEGAN
Lic. No. 0955687

Sworn to before me this 18th
day of January, 2008

_____
Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011

1427559v.1