## UNITED STATES BANKRUPTCY COURT
**Southern District of New York**
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 18, 2008, a true and correct copy of the ***Response and Objection of SPCP Group, L.L.C. et al. to Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. 502(b) and Fed.R.Bankr.P.3007 to (a) Duplicate or Amended Claims, (b) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claims and, (d) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order (Claim No. 14140) [DI.#12262],*** which has been filed today in the above captioned proceeding, was caused to be served on the parties listed on the attached Service List: Exhibit A by Facsimile, Exhibit B by Hand Delivery, and Exhibit C by Electronic Mail.

**Dreier LLP**

By: */s/Jean L. Guerrier____*
**Jean L. Guerrier**

**Sworn to before me this**
**11ᵗʰ day of  January, 2008.**

 */s/ Lori Rudolph*
**Notary Public**

Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010

{00321606.DOC;}

## Service List Exhibit A
## - via Facsimile

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel
(248) 813-2673

{00321606.DOC;}

## Service List Exhibit B
## - via Hand Delivery

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
      United States Bankruptcy Judge

05-44481-rdd   Doc 12263   Filed 01/18/08   Entered 01/18/08 14:39:31   Main Document
Pg 4 of 4

**<u>Service List Exhibit B</u>**
**<u>- via Electronic Mail</u>**


Counsel to the Debtors-
**<u>Skadden, Arps, Slate, Meagher & Flom LLP,</u>**
333 West Wacker Drive,
Suite 2100
Chicago, Illinois 60606
(Att'n:  John Wm. Butler, Jr.,
         John K. Lyons,
         Joseph N. Wharton)
jack.butler@skadden.com ; john.lyons@skadden.com ; joseph.wharton@skadden.com

{00321606.DOC;}