UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                                                    :

In re:                                       :   Chapter 11

DELPHI CORPORATION, et al.,        :   Case No.:   05-44481 (RDD)
                                       :   (Jointly Administered)
               Debtor.                  :

------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Seth F. Kornbluth, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States District Court for the Southern District of New York, do hereby certify that the Notice of Withdrawal of Objections of Certain Retiree Claimants to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (*Docket No. 12213)*, was served upon the parties set forth on the annexed Service List on January 17, 2008 in the manner as indicated.

Date:  New York, New York
         January 18, 2008               /s/ Seth F. Kornbluth
                                                 Seth F. Kornbluth

05-44481-rdd    Doc 12265    Filed 01/18/08    Entered 01/18/08 14:59:01    Main Document
Pg 2 of 2

## SERVICE LIST

### BY FACSIMILE ON JANUARY 17, 2008

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Facsimile: 212-354-8113

Skadden Arps Slate Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Facsimile: 312-407-8501

### BY FIRST CLASS MAIL ON JANUARY 17, 2008

Delphi Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel