# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORPORATION, | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:
1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 17, 2008, true and correct copies of the following documents, filed today in the above captioned proceeding, identified herein as Exhibit "A", were caused to be served on the parties listed on the attached Service List, identified herein as Exhibit "B", via first class mail:

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**17th day of January, 2008.**

_/s/ Lori Rudolph_
**Notary Public**
Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010

{00321524.DOC;}

**EXHIBIT "A"**
**Filed Documents**

| 01/16/2008 | 12203 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 1 Transferors: Micron Semiconductor Products, Inc.(Claim No. Schd. F, Amount 833,534.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Steven E. Fox on behalf of SPCP Group LLC.(Fox, Steven) (Entered: 01/16/2008) |
|---|---|---|

{00321524.DOC;}

**Exhibit "B"**
**Service List**

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants**
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Delphi

**Micron Semiconductor Products Inc.**
800 South Federal Way
PO Box 6
Boise, ID
Attn: Theresa Euferina

{00321524.DOC;}