**Exhibit B**

FORM B10 (Official Form 10) (12/03)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | **PROOF OF CLAIM**

| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number<br>05-44640 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>UPG DE MEXICO, S. DE R.L. DE C.V. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **Received**<br>AUG 0 9 2006<br>Kurtzman Carson |
|---|---|---|

| Name and address where notices should be sent:<br>William Holbrook<br>Director of Finance<br>United Plastics Group, Inc.<br>1420 Kensington Road - Ste. 209<br>Oak Brook, IL 60523<br>P: 630-706-5504<br>F: 630-706-5510 | With a copy to:<br>Monika J. Machen<br>Sonnenschein Nath & Rosenthal, LLP<br>8000 Sears Tower<br>Chicago, IL 60606<br>P: 312.876.8000<br>F: 312.876.7934 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>X Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here<br>if this claim: | ☐ replaces<br>☐ amends    a previously filed claim, dated: _____ |
|---|---|---|

**1. Basis for Claim**
- X Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other: _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)    (date)

| 2. Date debt was incurred: Various (See attachment) | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**

| | (unsecured) | $42,827.19<br>(secured) | (priority) | $42,827.19<br>(Total) |
|---|---|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
- X Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- X Other – goods sold

Value of Collateral: $42,827.19

Amount of arrearage and other charges at time case filed included in secured claim, if any: $42,827.19

**6. Unsecured Nonpriority Claim:** _____
☐ Check this box if: (a) there is no collateral or lien securing your claim, or (b) your claim exceeds the value of the property securing it, or if (c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
- *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 3 1 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date<br>7-25-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Marie Strom*    SECRETARY<br>MARK STRMSZYNSKI | |
|---|---|---|

Claim 13546

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | § | Case No. 05-44640 (RDD) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

## ADDENDUM TO PROOF OF CLAIM OF UPG DE MEXICO, S. de R.L. de C.V.

UPG de Mexico, S. de R.L. de C.V. ("UPG Mexico") files this proof of claim (the "Proof of Claim") in support of its claim for payment in connection with certain goods sold to Delphi Automotive Systems, LLC ("Debtor") prior to the Debtor's bankruptcy filing in this Court and hereby submits this addendum in further support of its Proof of Claim. UPG Mexico holds a continuing interest in the goods (or alternatively, may be entitled to an administrative claim or replacement lien) pursuant to a reclamation demand delivered to the Debtors on October 13, 2005 (see Exhibit A), and as preserved through its Dissent to Statement of Reclamation with Regard to Claim No. 297 (see Exhibit B). Per Exhibit A, the aggregate amount owed to UPG Mexico by the Debtor is no less than **$42,827.19.**

Due to the voluminous nature of the underlying documentary support, such support has not been attached to this Proof of Claim and is available upon written request to the Court, the Debtor, and any party in interest. Please submit all such requests to UPG Mexico's counsel per the following:

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, Illinois 60606
Re: UPG/Delphi Proof of Claim

Continuation of Addendum to Proof of Claim of UPG de Mexico, S. de R.L. de C.V.

FOR THE AVOIDANCE OF DOUBT, the Proof of Claim (including this Addendum) does not modify, alter, amend, override, impair or otherwise affect the validity of (i) the claim of UPG Mexico scheduled by the Debtor on its Schedules of Assets and Liabilities, Schedule F in the liquidated, non-contingent, and undisputed amount of $136,482.92, (ii) the claim of United Plastics Group, Inc. scheduled by Delphi Connections System (Case No. 05-44624) on its Schedules of Assets and Liabilities, Schedule F in the liquidated, non-contingent, and undisputed amount of $3,178.92; (iii) the general unsecured claim of United Plastics Group, Inc. filed in connection with its non-reclamation claim in the amount of $358,909.35; and (iv) the secured proof of claim of United Plastics Group, Inc. filed in connection with its reclamation claim in the amount of $46,538.80.

- 2 -

**<u>Exhibit A</u>**

**United Plastics Group, Inc.**

October 13, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Attn:  Mr. Robert S. Miller
Chief Executive Officer

Mr. R. David Nelson
Vice President Global Supply Management

Gentlemen:

United Plastics Group, Inc. for itself and for its subsidiary companies demands the return of all goods shipped to your company in good faith during the applicable reclamation period established by section 2-702 of the UCC and Section 546(c) of the Bankruptcy Code, including goods shipped under the invoice numbers on the dates indicated on the attached spreadsheets. Individual spreadsheets are attached for each of our three plant locations from which goods were shipped to Delphi and affiliated companies that are subject of the bankruptcy filing. Each spreadsheet is titled "Reclamation Claim Detail – Delphi". Each one of the three spreadsheets has a subtitle identifying which plant location that spreadsheet refers to.  These are "United Plastics Group, Inc. – Monterrey Plant", "United Plastics Group – El Paso Plant and "United Plastics Group, Inc. – Minneapolis Plant".

The attachments provide the details for the goods provided including a) the nature of the goods delivered; b) the quantity and dollar value of the goods; c) when the goods were delivered; d) where the goods were delivered; and e) invoice and PO numbers that specifically identify the goods in question.  The aggregate value of all goods shipped during the reclamation period is $89,363.99.

If you have any questions, please contact me at (630) 706-5515.

Sincerely yours,

Richard R. Harris
Chief Operating Officer
United Plastics Group, Inc.

CC:  John William Butler, Jr., Esq., John K. Lyons, Esq., Allison Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Attachments

1420 Kensington Road   Suite 209   Oak Brook, Illinois   60523   P: 630.706.5500   F: 630.706.5510
www.unitedplasticsgroup.com
PAGE 2/14 * RCVD AT 4/10/2006 3:53:10 PM [Central Daylight Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID: * DURATION (mm-ss):05-50

## Reclamation Claim Detail - Delphi
### (United Plastics Group, Inc. -- El Paso plant)

| Date Goods Shipped UPG [e] | Delphi Part Number and Nature of Goods Shipped [e] | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered [a] |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | Cap Delphi Part # 10473044 | 34,000 | $647.40 | 127866 | 550006667 | 9/28/2005 | FOB UPG El Paso [e] |
| 28-Sep-05 | Cap Delphi Part# 10473044 | 34,000 | $547.40 | 127867 | 550006667 | 9/28/2005 | FOB UPG El Paso [e] |
| 28-Sep-05 | Cover Delphi Part # 10477162 | 4,800 | $203.52 | 127869 | 550006674 | 9/28/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Coil Cover Delphi Part # 10476712 | 4,800 | $203.52 | 127870 | 550006874 | 9/29/2005 | FOB UPG El Paso [e] |
| 28-Sep-05 | Modulating Transmission Delphi Part # 10477162 | 10,000 | $2,425.00 | 127872 | 550006675 | 9/29/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Modulating Transmission Val...phi Part # 10477162 | 9,000 | $2,182.50 | 127873 | 550006675 | 9/29/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Cover Delphi Part # | 7,000 | $186.90 | 127875 | 550006687 | 9/28/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Shipping Shield Delphi Part # | 7,600 | $479.56 | 127877 | 550006688 | 9/28/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Shipping Shield Delphi Part # 10492 | 11,400 | $719.34 | 127878 | 550006688 | 9/29/2005 | FOB UPG El Paso [e] |
| 28-Sep-05 | Housing Delphi Part # 10488663 | 6,000 | $594.00 | 127880 | 550023369 | 9/28/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 127882 | 550006668 | 9/28/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Insulator Delphi Part # 10474085 | 12,000 | $856.80 | 127883 | 550006668 | 9/29/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Housing Delphi Part # 10476034 | | $241.20 | 127885 | 550006677 | 9/29/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Housing Delphi Part #10470849 | | $1,593.27 | 127887 | 550006686 | 9/29/2005 | FOB UPG El Paso [e] |
| 29-Sep-05 | Housing Delphi Part #10470849 | 6,300 | $1,593.27 | 127888 | 550006686 | 9/29/2005 | FOB UPG El Paso [e] |
| 30-Oct-05 | Cap Delphi Part# 10473044 | 17,000 | | 127979 | 550006667 | 9/30/2005 | FOB UPG El Paso [e] |
| 3-Oct-05 | Cap Delphi Part# 10473044 | 17,000 | | 127979 | 550006667 | 9/30/2005 | FOB UPG El Paso [e] |
| 3-Oct-05 | Cap Delphi Part# 10473044 | 34,000 | $547. | 127980 | 550006687 | 10/3/2005 | FOB UPG El Paso [e] |
| 5-Oct-05 | Coil Cover Delphi Part # 10476712 | 17,000 | $273.70 | 127981 | | 10/5/2005 | FOB UPG El Paso [e] |
| 6-Oct-05 | Coil Cover Delphi Part # 10476712 | 4,800 | $203.52 | 127983 | 550006674 | 10/6/2005 | FOB UPG El Paso [e] |
| 30-Sep-05 | Coil Cover Delphi Part # 10476712 | 6,400 | $271.36 | 127984 | 550006674 | 9/30/2005 | FOB UPG El Paso [e] |
| 3-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 3,200 | $135.68 | 127985 | | 10/3/2005 | FOB UPG El Paso [e] |
| 4-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 3,200 | $135.68 | 127986 | 550006675 | 10/5/2005 | FOB UPG El Paso [e] |
| 5-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 9,000 | $2,182.50 | 127987 | 550006675 | 10/5/2005 | FOB UPG El Paso [e] |
| 5-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 10,000 | $2,425.00 | 127988 | 550006675 | 10/5/2005 | FOB UPG El Paso [e] |
| 30-Sep-05 | Cover Delphi Part # 10494059 | 10,000 | $2,425.00 | 127989 | 550006675 | 9/30/2005 | FOB UPG El Paso [e] |
| 3-Oct-05 | Cover Delphi Part# 10494059 | 2,000 | $485.00 | 127990 | 550006687 | 10/3/2005 | FOB UPG El Paso [e] |
| 4-Oct-05 | Cover Delphi Part # 10494059 | 7,000 | $186.90 | 127991 | 550006687 | 10/3/2005 | FOB UPG El Paso [e] |
| 6-Oct-05 | Cover Delphi Part # 10494059 | 14,000 | $373.80 | 127992 | 550006687 | 10/4/2005 | FOB UPG El Paso [e] |
| 6-Oct-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127993 | 550006687 | 10/5/2005 | FOB UPG El Paso [e] |
| 30-Sep-05 | Shipping Shield Delphi Part # 10492250 | 22,800 | $1,438.68 | 127995 | 550006688 | 9/30/2005 | FOB UPG El Paso [e] |

| Date | Part | Qty | Price | | | Date | FOB |
|---|---|---|---|---|---|---|---|
| 3-Oct-05 | Shipping Shield Delphi Part # 10492280 | 11,400 | $719.34 | 127996 | 550006688 | 10/3/2005 | FOB UPG El Paso (a) |
| 4-Oct-05 | Shipping Shield Delphi Part # 10492280 | 11,400 | $719.34 | 127997 | 550006688 | 10/4/2005 | FOB UPG El Paso (a) |
| 5-Oct-05 | Shipping Shield Delphi Part # 10492280 | 15,200 | $959.12 | 127998 | 550006688 | 10/5/2005 | FOB UPG El Paso (a) |
| 30-Sep-05 | Shipping Shield Delphi Part # 10492280 | 15,200 | $959.12 | 127999 | 550006688 | 10/6/2005 | FOB UPG El Paso (a) |
| 3-Oct-05 | Housing Delphi Part # 10488653 | 15,000 | $1,485.00 | 128000 | 550023369 | 9/30/2005 | FOB UPG El Paso (a) |
| 3-Oct-05 | Housing Delphi Part # 10488653 | 9,000 | $891.00 | 128001 | 550023369 | 10/3/2005 | FOB UPG El Paso (a) |
| 5-Oct-05 | Housing Delphi Part # 10488653 | 4,500 | $445.50 | 128002 | 550023369 | 10/3/2005 | FOB UPG El Paso (a) |
| 6-Oct-05 | Housing Delphi Part # 10488653 | 9,000 | $891.00 | 128003 | 550023369 | 10/5/2005 | FOB UPG El Paso (a) |
| 30-Sep-05 | Housing Delphi Part # 10488653 | 12,000 | $1,188.00 | 128004 | 550023369 | 10/6/2005 | FOB UPG El Paso (a) |
| 3-Oct-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128005 | 550006668 | 9/30/2005 | FOB UPG El Paso (a) |
| 4-Oct-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128006 | 550006668 | 10/3/2005 | FOB UPG El Paso (a) |
| 5-Oct-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128007 | 550006668 | 10/4/2005 | FOB UPG El Paso (a) |
| 6-Oct-05 | Insulator Delphi Part # 10474085 | 18,000 | $1,285.20 | 128008 | 550006668 | 10/5/2005 | FOB UPG El Paso (a) |
| 4-Oct-05 | Holder Delphi Part # 10...298 | 12,000 | $856.80 | 128009 | 550006668 | 10/6/2005 | FOB UPG El Paso (a) |
| 30-Sep-05 | Insulator Delphi Part # 10478034 | 4,500 | $165.15 | 128010 | 550006673 | 10/4/2005 | FOB UPG El Paso (a) |
| 3-Oct-05 | Insulator Delphi Part # 10478034 | 3,600 | $241.20 | 128011 | 550006677 | 9/30/2005 | FOB UPG El Paso (a) |
| 4-Oct-05 | Insulator Delphi Part # 10478034 | 4,800 | $321.60 | 128012 | 550006677 | 10/3/2005 | FOB UPG El Paso (a) |
| 5-Oct-05 | Insulator Delphi Part # 10478034 | 4,800 | $321.60 | 128013 | 550006677 | 10/4/2005 | FOB UPG El Paso (a) |
| 30-Sep-05 | Housing Delphi Part # 10470849 | 2,400 | $160.80 | 128014 | 550006677 | 10/5/2005 | FOB UPG El Paso (a) |
| 3-Oct-05 | Housing Delphi Part # 10470849 | | $1,593.27 | 128015 | 550006886 | 9/30/2005 | FOB UPG El Paso (a) |
| 5-Oct-05 | Housing Delphi Part # 10470849 | 5,4.. | $1,365.66 | 128016 | 550006886 | 10/3/2005 | FOB UPG El Paso (a) |
| 6-Oct-05 | Housing Delphi Part # 10470849 | 3,600 | $910.44 | 128017 | 550006886 | 10/5/2005 | FOB UPG El Paso (a) |
| | Housing Delphi Part # 10470849 | 5,400 | $1,365.66 | 128018 | 550006886 | 10/6/2005 | FOB UPG El Paso (a) |

$45,694.80

(a) All parts are plastic injection molded
(b) UPG El Paso's legal name is Precision Engineering Co. which is a subsidiary of United Plastics Group, Inc. Billing is done under the name of United Plastics Group
(c) We understand from Delphi that these are delivered to a local Delphi hub in El Paso after which they are shipped by Delphi to their plants in Juarez and Chihuahua, Mexico

Legal Entity for Invoicing:
Delphi Energy & Chassis Systems
320 Delphi Dr.
Troy, Michigan  48098

## Reclamation Claim Detail - Delphi
## (United Plastics Group, Inc. -- Monterrey Plant)

| Date Goods Shipped UPG | Delphi Part Number and Nature of Goods Shipped [a] | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered [a] |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | 12202996*COVER ANTENNA | 360 | $122.04 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 28008808*SJB TOP COVER | 1728 | $2,572.30 | 113203 | 550076163 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113203 | 550076163 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12202998*COVER ANTENNA | 360 | $122.04 | 113239 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 28009806*SJB TOP COVER | 1728 | $2,572.30 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 28004016*SJB BOTTOM COVER | 598 | $1,024.02 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12202998*COVER ANTENNA | 360 | $122.04 | 113266 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113266 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214855*CASE ANTENNA SM | 324 | $76.63 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113267 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113392 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 16540738*PROTECTOR&RETRACTOR A | 3780 | $809.68 | 113394 | 550076361 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113392 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28004016*SJB BOTTOM COVER | 468 | $801.40 | 113267 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28004016*SJB BOTTOM COVER | 364 | $623.31 | 113338 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |

| Date | Part | Qty | Price | No. | No. | Date | |
|---|---|---|---|---|---|---|---|
| 30-Sep-05 | 28004015*SJB BOTTOM COVER | 416 | $712.36 | 113391 | 550076163 | 30-Sep-05 | FOB UPG Monterrey (b) |
| 30-Sep-05 | 28004015*SJB BOTTOM COVER | 416 | $712.36 | 113451 | 550076163 | 30-Sep-05 | FOB UPG Monterrey (b) |
| 3-Oct-05 | 28004015*SJB BOTTOM COVER | 1404 | $2,404.21 | 113462 | 550076163 | 3-Oct-05 | FOB UPG Monterrey (b) |
| 3-Oct-05 | 28004015*SJB BOTTOM COVER | 2340 | $4,007.02 | 113463 | 550076163 | 3-Oct-05 | FOB UPG Monterrey (b) |
| 4-Oct-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113531 | 550075390 | 4-Oct-05 | FOB UPG Monterrey (b) |
| 4-Oct-05 | 16940728*PROTECTOR/RETRACTOR A | 1260 | $269.89 | 113532 | 550076361 | 4-Oct-05 | FOB UPG Monterrey (b) |
| 4-Oct-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113531 | 550075390 | 4-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12202998*COVER ANTENNA | 360 | $122.04 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12202996*CASE ANTENNA | 228 | $77.29 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12214854*CASE ANTENNA SM | 324 | $78.63 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12206488*FUSE COVER | 1736 | $589.89 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 12213595*ANTENNA COVER | 735 | $86.00 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 5-Oct-05 | 28004015*SJB BOTTOM COVER | 1872 | $3,205.61 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (b) |
| 6-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113675 | 550076163 | 6-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12202998*COVER ANTENNA | 360 | $122.04 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12202998*COVER ANTENNA | 120 | $40.68 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-06 | 12202996*CASE ANTENNA | 288 | $97.63 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 16940728*PROTECTOR/RETRACTOR A | 1600 | $385.56 | 113723 | 550076361 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 12213595*ANTENNA COVER | 735 | $86.00 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (b) |
| 7-Oct-05 | 28004015*SJB BOTTOM COVER | 1872 | $3,205.61 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (b) |
| | | | $42,827.19 | | | | |

(a) All parts are plastic injection molded

(b) United Plastics Group - Monterrey is legally known as United Plastics Group de Mexico S. de R.L. de C.V. a subsidiary of United Plastics Group, Inc. Billing is under the name of United Plastics Group de Mexico S. de R.L. de C.V.

(c) We understand from Delphi that these are taken to Delphi Electronics & Safety in 1

(d) We understand from Delphi that these are taken to Delphi E & DASA in Matamoros, Mexico

Legal Entity for Invoicing:
Delphi Automotive Systems
1 Corporate Center,
PO Box 9005
Kokomo, Indiana

## Reclamation Claim Detail - Delphi
### (United Plastics Group, Inc. -- Minneapolis Plant)

| Date Goods Shipped UPG | Delphi Part Number and Name of Goods Shipped [a] | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered [b] |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095175 | 550005317 | 9/28/2005 | FOB #1 UPG Minn. Plant |
| 29-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095187 | 550005317 | 9/29/2005 | FOB #1 UPG Minn. Plant |
| 30-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095207 | 550005317 | 9/30/2005 | FOB #1 UPG Minn. Plant |
| 4-Oct-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095327 | 550005317 | 10/4/2005 | FOB #1 UPG Minn. Plant |
| 6-Oct-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095401 | 550005317 | 10/6/2005 | FOB #1 UPG Minn. Plant |
| 3-Oct-05 | 10488637 Rotor Segment Cap Blue Color | 9,000 | $ 307.00 | 10095339 | 550011491 | 10/3/2005 | FOB #2 UPG Minn. Plant |
| | | | $ 842.00 | | | | |

Legal Entity for Invoicing FOB #1:
Delphi E & E Mgmt Systems
1000 Lexington Ave
PO Box 1790
Rochester NY 14692-1790

Legal Entity for Invoicing FOB #2:
Delphi Automotive
2620 E 38th Street
Plant 20 Dept 2095
Anderson In 46013

a) All parts are plastic injection molded
b) United Plastics Group - Minneapolis is legally known as Precision Engineering Co. which is a subsidiary of United Plastics Group, Inc.
   Billing is done under the name United Plastics Group

**<u>Exhibit B</u>**



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

Monika J. Machen
312.876.7473
mmachen@sonnenschein.com

April 21, 2006

**VIA FACSIMILE AND FEDERAL EXPRESS**

Christina Cattell
Re: Delphi Reclamations
Mail Code # 483-400-216
5725 Delphi Drive
Troy, MI 48098

> **Re:**  *Delphi Corporation,* **Case No. 05-44481 (RDD); United States Bankruptcy
> Court for the Southern District of New York**
>
> **Re:**  **United Plastics Group: Dissent to Statement of Reclamation with Regard
> to Claim No. 297**

Dear Ms. Cattell:

We are in receipt of the Statement of Reclamation of Delphi Corporation ("*Delphi*") in connection with the reclamation demand submitted by United Plastics Group ("*UPG*") on October 13, 2005 (the "*Reclamation Demand Date*"). The Statement of Reclamation indicates that Delphi disputes certain of UPG's reclamation claims (the "*Disputed Claims*").

Paragraph 2, Section (b)(iv) of that certain *Amended Final Order under 11 U.S.C. §§ 362, 502, and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for the Treatment of Reclamation Claims* (the "*Order*") requires UPG, as a Dissenting Seller (as such term is defined in the Order) to submit certain information in support of the Disputed Claims. In accordance with the Order, UPG hereby submits (i) its written statement of Dissent and (ii) a copy of the Reclamation Demand and evidence of the date of delivery and receipt of such demand.

Delphi has also requested certain information in connection with the Disputed Claims. Per my discussion with Ms. Kim Rice on April 13, 2005, Delphi objects to the Disputed Claims because the goods at issue were either altered or consumed by the Reclamation Demand Date. As indicated by Delphi on the chart attached to the Statement of Reclamation, Delphi has the necessary documentation and support regarding the Disputed Claims set forth in Paragraph 2,



QUALITY · DEDICATION · INTEGRITY
Y E A R S
2 0 0 6



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

April 21, 2006
Page 2

Section (b)(iv) of the Order (except as otherwise indicated on the chart). In order to resolve the Disputed Claims, we have requested informal discovery from Delphi (see email from R. Richards to M. Micheli dated Wednesday, April 19, 2006).

Delphi also disputes the validity of five of the Disputed Claims on grounds other than lack of identifiable inventory. A summary of those claims follows:

| Invoice Number | Objection | Response |
|---|---|---|
| 113994 3 | Items delivered postpetition | To the extent such items were received postpetition, UPG demands an administrative payment for such amounts. Alternatively, the goods were delivered within the applicable 20-day period prescribed by § 546(c)(1)(B) and the demand was therefore timely. |
| 113532 | No documentation | Objection not contested. |
| 113723 | No documentation | Documentation attached. |
| 128009 | Items delivered postpetition | To the extent such items were received postpetition, UPG demands an administrative payment for such amounts. Alternatively, the goods were delivered within the applicable 20-day period prescribed by § 546(c)(1)(B) and the demand was therefore timely. |
| 10095404 | Items delivered postpetition | Payment received; objection not contested. |

Please feel free to call or email if you have any questions. I look forward to a prompt resolution of this matter.

Sincerely,

*Monika J. Machen*

Monika J. Machen

Enclosures

cc:    Bill Holbrook, United Plastics Group
       Matthew J. Micheli, Skadden Arps, Slate, Meagher & Flom LLP
       Kim Rice, Delphi Reclamations



QUALITY · DEDICATION · INTEGRITY
Y E A R S
2 0 0 6

United Plastics Group, Inc.
February 21, 2006
Page 5

Reconciled Amount $10,851.23

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, United Plastics Group, Inc. agrees to the terms of this Statement.

United Plastics Group, Inc.

By: _____          Dated: _____
　　　　(signature)

_____
(print or type name)

_____
(print or type title)

## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, United Plastics Group, Inc. disputes the terms of this Statement and encloses the information required by paragraph 2, section (b)(iv) of the Order.

United Plastics Group, Inc.

By: _William J. Holbrook_          Dated: _APRIL 20, 2006_
　　　　(signature)

_WILLIAM J. HOLBROOK_
(print or type name)

_DIRECTOR OF FINANCE_
(print or type title)

5

**United Plastics Group, Inc.**

October 13, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098-2815

Attn:  Mr. Robert S. Miller
       Chief Executive Officer

       Mr. R. David Nelson
       Vice President Global Supply Management

Gentlemen:

United Plastics Group, Inc. for itself and for its subsidiary companies demands the return of all goods shipped to your company in good faith during the applicable reclamation period established by section 2-702 of the UCC and Section 546(c) of the Bankruptcy Code, including goods shipped under the invoice numbers on the dates indicated on the attached spreadsheets. Individual spreadsheets are attached for each of our three plant locations from which goods were shipped to Delphi and affiliated companies that are subject of the bankruptcy filing. Each spreadsheet is titled "Reclamation Claim Detail – Delphi". Each one of the three spreadsheets has a subtitle identifying which plant location that spreadsheet refers to.  These are "United Plastics Group, Inc. – Monterrey Plant", "United Plastics Group – El Paso Plant and "United Plastics Group, Inc. – Minneapolis Plant".

The attachments provide the details for the goods provided including a) the nature of the goods delivered; b) the quantity and dollar value of the goods; c) when the goods were delivered; d) where the goods were delivered; and e) invoice and PO numbers that specifically identify the goods in question.  The aggregate value of all goods shipped during the reclamation period is $89,363.99.

If you have any questions, please contact me at (630) 706-5515.

Sincerely yours,

Richard R. Harris
Chief Operating Officer
United Plastics Group, Inc.

CC:  John William Butler, Jr., Esq., John K. Lyons, Esq., Allison Verderber Herriott, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Chicago, IL 60606

     Attachments

1420 Kensington Road   Suite 209   Oak Brook, Illinois   60523   P: 630.706.5500   F: 630.706.5510
www.unitedplasticsgroup.com

## Reclamation Claim Detail - Delphi
### (United Plastics Group, Inc. -- El Paso plant)

| Date Goods Shipped UPG | Delphi Part Number and Nature of Goods Shipped | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | Cap Delphi Part # 10473044 | 34,000 | $547.40 | 127866 | 550006667 | 9/29/2005 | FOB UPG El Paso |
| 29-Sep-05 | Cap Delphi Part# 10473044 | 34,000 | $547.40 | 127867 | 550006667 | 9/28/2005 | FOB UPG El Paso |
| 28-Sep-05 | Coil Cover Delphi Part # 10476712 | 4,800 | $203.52 | 127869 | 550006674 | 9/28/2005 | FOB UPG El Paso |
| 29-Sep-05 | Coil Cover Delphi Part# 10476712 | 4,800 | $203.52 | 127870 | 550006674 | 9/29/2005 | FOB UPG El Paso |
| 28-Sep-05 | Modulating Transmission Valve Delphi Part # 10477162 | 10,000 | $2,425.00 | 127872 | 550006675 | 9/29/2005 | FOB UPG El Paso |
| 28-Sep-05 | Modulating Transmission Valve Delphi Part # 10477162 | 9,000 | $2,182.50 | 127873 | 550006675 | 9/28/2005 | FOB UPG El Paso |
| 28-Sep-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127875 | 550006687 | 9/28/2005 | FOB UPG El Paso |
| 28-Sep-05 | Shipping Shield Delphi Part # 10492280 | 7,600 | $479.56 | 127877 | 550006688 | 9/28/2005 | FOB UPG El Paso |
| 29-Sep-05 | Shipping Shield Delphi Part # 10492280 | 11,400 | $719.34 | 127878 | 550006688 | 9/29/2005 | FOB UPG El Paso |
| 28-Sep-05 | Housing Delphi Part # 10488653 | 6,000 | $594.00 | 127880 | 550023369 | 9/28/2005 | FOB UPG El Paso |
| 28-Sep-05 | Insulator Delphi Part # 10474095 | 15,000 | $1,071.00 | 127882 | 550006668 | 9/28/2005 | FOB UPG El Paso |
| 28-Sep-05 | Insulator Delphi Part # 10474095 | 12,000 | $856.80 | 127883 | 550006668 | 9/29/2005 | FOB UPG El Paso |
| 29-Sep-05 | Insulator Delphi Part # 10478034 | 3,600 | $241.20 | 127885 | 550006677 | 9/29/2005 | FOB UPG El Paso |
| 29-Sep-05 | Housing Delphi Part # 10470849 | 6,300 | $1,593.27 | 127887 | 550006686 | 9/28/2005 | FOB UPG El Paso |
| 30-Sep-06 | Housing Delphi Part # 10470849 | 6,300 | $1,593.27 | 127888 | 550006686 | 9/29/2005 | FOB UPG El Paso |
| 3-Oct-05 | Cap Delphi Part # 10473044 | 17,000 | $273.70 | 127978 | 550006667 | 9/29/2005 | FOB UPG El Paso |
| 3-Oct-05 | Cap Delphi Part # 10473044 | 17,000 | $273.70 | 127979 | 550006667 | 9/30/2005 | FOB UPG El Paso |
| 5-Oct-05 | Cap Delphi Part # 10473044 | 34,000 | $547.40 | 127980 | 550006667 | 10/3/2005 | FOB UPG El Paso |
| 6-Oct-05 | Cap Delphi Part # 10473044 | 17,000 | $273.70 | 127981 | 550006667 | 10/5/2005 | FOB UPG El Paso |
| 30-Sep-05 | Coil Cover Delphi Part # 10476712 | 4,800 | $203.52 | 127982 | 550006674 | 10/6/2005 | FOB UPG El Paso |
| 3-Oct-05 | Coil Cover Delphi Part # 10476712 | 6,400 | $271.36 | 127983 | 550006674 | 9/30/2005 | FOB UPG El Paso |
| 5-Oct-05 | Coil Cover Delphi Part # 10476712 | 3,200 | $135.68 | 127984 | 550006674 | 10/3/2005 | FOB UPG El Paso |
| 6-Oct-05 | Coil Cover Delphi Part # 10476712 | 3,200 | $135.68 | 127985 | 550006674 | 10/6/2005 | FOB UPG El Paso |
| 30-Sep-06 | Modulating Transmission Valve Delphi Part # 10477162 | 9,000 | $2,182.50 | 127986 | 550006675 | 9/30/2005 | FOB UPG El Paso |
| 3-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 10,000 | $2,425.00 | 127987 | 550006675 | 10/3/2005 | FOB UPG El Paso |
| 4-Oct-05 | Modulating Transmission Valve Delphi Part # 10477162 | 10,000 | $2,425.00 | 127988 | 550006675 | 10/4/2005 | FOB UPG El Paso |
| 30-Sep-06 | Modulating Transmission Valve Delphi Part # 10477162 | 2,000 | $485.00 | 127989 | 550006675 | 10/5/2005 | FOB UPG El Paso |
| 3-Oct-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127990 | 550006687 | 9/30/2005 | FOB UPG El Paso |
| 4-Oct-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127991 | 550006687 | 10/3/2005 | FOB UPG El Paso |
| 5-Oct-05 | Cover Delphi Part # 10494099 | 14,000 | $373.80 | 127992 | 550006687 | 10/4/2005 | FOB UPG El Paso |
| 6-Oct-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127993 | 550006687 | 10/5/2005 | FOB UPG El Paso |
| 6-Oct-05 | Cover Delphi Part # 10494099 | 7,000 | $186.90 | 127994 | 550006687 | 10/6/2005 | FOB UPG El Paso |
| 30-Sep-05 | Shipping Shield Delphi Part # 10492280 | 22,800 | $1,438.68 | 127995 | 550006688 | 9/30/2005 | FOB UPG El Paso |

| Date | Description | Quantity | Amount | | | Date | FOB |
|---|---|---|---|---|---|---|---|
| 3-Oct-05 | Shipping Shield Delphi Part # 10492280 | 11,400 | $719.34 | 127996 | 550006688 | 10/3/2005 | FOB UPG El Paso (c) |
| 4-Oct-05 | Shipping Shield Delphi Part # 10492280 | 11,400 | $719.34 | 127997 | 550006688 | 10/4/2005 | FOB UPG El Paso (c) |
| 5-Oct-05 | Shipping Shield Delphi Part # 10492280 | 15,200 | $959.12 | 127998 | 550006688 | 10/5/2005 | FOB UPG El Paso (c) |
| 6-Oct-05 | Shipping Shield Delphi Part # 10492280 | 15,200 | $959.12 | 127999 | 550006688 | 10/6/2005 | FOB UPG El Paso (c) |
| 30-Sep-05 | Housing Delphi Part # 10488653 | 15,000 | $1,485.00 | 128000 | 550023369 | 9/30/2005 | FOB UPG El Paso (c) |
| 3-Oct-05 | Housing Delphi Part # 10488653 | 9,000 | $891.00 | 128001 | 550023369 | 10/3/2005 | FOB UPG El Paso (c) |
| 4-Oct-05 | Housing Delphi Part # 10488653 | 4,500 | $445.50 | 128002 | 550023369 | 10/3/2005 | FOB UPG El Paso (c) |
| 5-Oct-05 | Housing Delphi Part # 10488653 | 9,000 | $891.00 | 128003 | 550023369 | 10/5/2005 | FOB UPG El Paso (c) |
| 6-Oct-05 | Housing Delphi Part # 10488653 | 12,000 | $1,188.00 | 128004 | 550023369 | 10/6/2005 | FOB UPG El Paso (c) |
| 30-Sep-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128005 | 550006668 | 9/30/2005 | FOB UPG El Paso (c) |
| 3-Oct-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128006 | 550006668 | 10/3/2005 | FOB UPG El Paso (c) |
| 4-Oct-05 | Insulator Delphi Part # 10474085 | 15,000 | $1,071.00 | 128007 | 550006668 | 10/4/2005 | FOB UPG El Paso (c) |
| 5-Oct-05 | Insulator Delphi Part # 10474085 | 18,000 | $1,285.20 | 128008 | 550006668 | 10/5/2005 | FOB UPG El Paso (c) |
| 6-Oct-05 | Insulator Delphi Part # 10474085 | 12,000 | $858.80 | 128009 | 550006668 | 10/6/2005 | FOB UPG El Paso (c) |
| 4-Oct-05 | Holder Delphi Part # 10476298 | 4,500 | $765.15 | 128010 | 550006673 | 10/4/2005 | FOB UPG El Paso (c) |
| 30-Sep-05 | Insulator Delphi Part # 10478034 | 3,600 | $241.20 | 128011 | 550006877 | 9/30/2005 | FOB UPG El Paso (c) |
| 3-Oct-05 | Insulator Delphi Part # 10478034 | 4,800 | $321.60 | 128012 | 550006877 | 10/3/2005 | FOB UPG El Paso (c) |
| 4-Oct-05 | Insulator Delphi Part # 10478034 | 4,800 | $321.60 | 128013 | 550006877 | 10/4/2005 | FOB UPG El Paso (c) |
| 5-Oct-05 | Insulator Delphi Part # 10478034 | 2,400 | $160.80 | 128014 | 550006877 | 10/5/2005 | FOB UPG El Paso (c) |
| 30-Sep-05 | Housing Delphi Part #10470849 | 6,300 | $1,593.27 | 128015 | 550006686 | 9/30/2005 | FOB UPG El Paso (c) |
| 3-Oct-05 | Housing Delphi Part #10470849 | 5,400 | $1,365.66 | 128016 | 550006686 | 10/3/2005 | FOB UPG El Paso (c) |
| 5-Oct-05 | Housing Delphi Part #10470849 | 3,600 | $910.44 | 128017 | 550006686 | 10/5/2005 | FOB UPG El Paso (c) |
| 6-Oct-05 | Housing Delphi Part #10470849 | 5,400 | $1,365.66 | 128018 | 550006686 | 10/6/2005 | FOB UPG El Paso (c) |
| | | | $45,694.80 | | | | |

(a) All parts are plastic injection molded

(b) UPG El Paso's legal name is Precision Engineering Co. which is a subsidiary of United Plastics Group, Inc.
Billing is done under the name of United Plastics Group

(c) We understand from Delphi that these are delivd to a local Delphi hub in El Paso after which they are shipped by Delphi to their plants in Juarez and Chihuahua, Mexico

Legal Entity for Invoicing:
Delphi Energy & Chassis Systems
320 Delphi Dr.
Troy, Michigan   48098

## Reclamation Claim Detail - Delphi
### (United Plastics Group, Inc. -- Monterrey Plant)

| Date Goods Shipped [a] | Delphi Part Number and Nature of Goods Shipped [a] | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered [a] |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | 12202996*COVER ANTENNA | 360 | $122.04 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12214865*COVER ANT SMALL | 360 | $85.14 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 28008808*SJB TOP COVER | 1728 | $2,572.30 | 113203 | 550076163 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12205489*FUSE COVER | 2240 | $761.15 | 113203 | 550076163 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 28-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113204 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12202998*COVER ANTENNA | 360 | $122.04 | 113239 | 550075390 | 28-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12214865*COVER ANT SMALL | 360 | $85.14 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 28009809*SJB TOP COVER | 1728 | $2,572.30 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113239 | 550075390 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 29-Sep-05 | 28004015*SJB BOTTOM COVER | 598 | $1,024.02 | 113238 | 550076163 | 29-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12202996*COVER ANTENNA | 360 | $122.04 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214865*COVER ANT SMALL | 360 | $85.14 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214865*COVER ANT SMALL | 360 | $85.14 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12214854*CASE ANTENNA SM | 324 | $76.63 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28008808*SJB TOP COVER | 1728 | $2,572.30 | 113267 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28008808*SJB TOP COVER | 1728 | $2,572.30 | 113392 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 16640738*PROTECTOR/RETRACTOR A | 3780 | $803.68 | 113394 | 550076361 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12206488*FUSE COVER | 2240 | $761.15 | 113392 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113268 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113393 | 550075390 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28004016*SJB BOTTOM COVER | 468 | $801.40 | 113267 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |
| 30-Sep-05 | 28004016*SJB BOTTOM COVER | 364 | $623.31 | 113338 | 550076163 | 30-Sep-05 | FOB UPG Monterrey [a] |

| Date | Part | Qty | Amount | Doc | Number | Date | FOB |
|---|---|---|---|---|---|---|---|
| 30-Sep-05 | 28004015*SJB BOTTOM COVER | 416 | $712.36 | 113391 | 550076163 | 30-Sep-05 | FOB UPG Monterrey (a) |
| 30-Sep-05 | 28004015*SJB BOTTOM COVER | 416 | $712.36 | 113451 | 550076163 | 30-Sep-05 | FOB UPG Monterrey (a) |
| 3-Oct-05 | 28004015*SJB BOTTOM COVER | 1404 | $2,404.21 | 113462 | 550076163 | 3-Oct-05 | FOB UPG Monterrey (a) |
| 3-Oct-05 | 28004015*SJB BOTTOM COVER | 2340 | $4,007.02 | 113463 | 550076163 | 3-Oct-05 | FOB UPG Monterrey (a) |
| 4-Oct-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113531 | 550075390 | 3-Oct-05 | FOB UPG Monterrey (a) |
| 4-Oct-05 | 16940738*PROTECTOR/RETRACTOR A | 1260 | $269.89 | 113532 | 550076361 | 4-Oct-05 | FOB UPG Monterrey (a) |
| 4-Oct-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113531 | 550075390 | 4-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12202996*COVER ANTENNA | 360 | $122.04 | 113594 | 550075390 | 4-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12202996*CASE ANTENNA | 228 | $77.29 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12214654*CASE ANTENNA SM | 324 | $78.63 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12205488*FUSE COVER | 1736 | $589.89 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 5-Oct-05 | 12213595*ANTENNA COVER | 735 | $66.00 | 113594 | 550075390 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 6-Oct-05 | 28004015*SJB BOTTOM COVER | 1872 | $3,205.61 | 113593 | 550076163 | 5-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113675 | 550076163 | 6-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12202996*COVER ANTENNA | 360 | $122.04 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12202996*COVER ANTENNA | 120 | $40.68 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12202996*CASE ANTENNA | 288 | $97.63 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12214855*COVER ANT SMALL | 360 | $85.14 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12214654*CASE ANTENNA SM | 324 | $76.63 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12214654*CASE ANTENNA SM | 324 | $76.63 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 28009808*SJB TOP COVER | 1728 | $2,572.30 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 16940738*PROTECTOR/RETRACTOR A | 1800 | $385.56 | 113723 | 550076361 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12205488*FUSE COVER | 2240 | $761.15 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12213595*ANTENNA COVER | 441 | $51.60 | 113721 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 12213595*ANTENNA COVER | 735 | $66.00 | 113722 | 550075390 | 7-Oct-05 | FOB UPG Monterrey (a) |
| 7-Oct-05 | 28004015*SJB BOTTOM COVER | 1872 | $3,205.61 | 113720 | 550076163 | 7-Oct-05 | FOB UPG Monterrey (a) |
| | | | **$42,827.19** | | | | |

(a) All parts are plastic injection molded
(b) United Plastics Group - Monterrey is legally known as United Plastics Group de Mexico S. de R.L. de C.V. a subsidiary of United Plastics Group, Inc. Billing is under the name of United Plastics Group de Mexico S. de R.L. de C.V.
(c) We understand from Delphi that these are taken to Delphi Electronics & Safety in [?]
(d) We understand from Delphi that these are taken to Delphi E & DASA in Matamoros, Mexico

Legal Entity for Invoicing:
Delphi Automotive Systems
1 Corporate Center,
PO Box 9005
Kokomo, Indiana

## Reclamation Claim Detail - Delphi
### (United Plastics Group, Inc. – Minneapolis Plant)

| Date Goods Shipped UPG | Delphi Part Number and Nature of Goods Shipped (a) | Quantity of Goods | Dollar Value of Goods | Invoice # of Goods | PO # of Goods | Date Goods Delivered | Where Goods Delivered (b) |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095175 | 550005317 | 9/28/2005 | FOB #1 UPG Minn. Plant |
| 29-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095187 | 550005317 | 9/29/2005 | FOB #1 UPG Minn. Plant |
| 30-Sep-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095207 | 550005317 | 9/30/2005 | FOB #1 UPG Minn. Plant |
| 4-Oct-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095327 | 550005317 | 10/4/2005 | FOB #1 UPG Minn. Plant |
| 6-Oct-05 | 17124746, Plug Cap Red Color | 10,000 | $ 107.00 | 10095401 | 550005317 | 10/6/2005 | FOB #1 UPG Minn. Plant |
| 3-Oct-05 | 10489637 Rotor Segment Cap Blue Color | 10,000 | $ 307.00 | 10095339 | 550011491 | 10/3/2005 | FOB #2 UPG Minn. Plant |
| | | | $ 842.00 | | | | |

Legal Entity for Invoicing FOB #1:
Delphi E & E Mgmt Systems
1000 Lexington Ave
*O Box 1790
Rochester NY 14692-1790

Legal Entity for Invoicing FOB #2:
Delphi Automotive
2620 E 38th Street
Plant 20 Dept 2095
Anderson In 46013

a)  All parts are plastic injection molded
b)  United Plastics Group - Minneapolis is legally known as Precision Engineering Co. which is a subsidiary of United Plastics Group, Inc.
    Billing is done under the name United Plastics Group

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME  : 10/13/2005 16:06
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROJ2J686370
```

```
DATE,TIME              10/13  16:03
FAX NO./NAME           912488132499
DURATION               00:02:17
PAGE(S)                07
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# United Plastics Group, Inc.

1420 Kensington Road, Suite 209
Oak Brook, IL 60523
Ph: 630-706-5500
Fax: 630-706-5510

# Fax Transmission

Date: _October 13, 2005_

Number of Pages (including cover sheet): _____

To: _Mr. R. David Nelson_    Fax #: _(248) 813-2499_

From: _Mr. Richard Harris_    Phone #: _(630) 706-5515_

Notes: _Reclamation Claim_

FedEx | Ship Manager | Label 7901 8680 7138

Page 1 of 1

From:   Origin ID:  (630)706-5524
Tena Miles
United Plastics Group, Inc.
1420 Kensington Road
Suite 209
Oak Brook, IL 60523

**FedEx**
Express

Ship Date: 13OCT05
ActWgt: 1 LB
System#: 8077523/INET2300
Account#: S *********
REF:

SHIP TO:   (312)407-0700        BILL SENDER
**John William Butler, Jr.**
**Skadden, Arps, Slate, Meagher, Flom**
**333 West Wacker Drive**

**Chicago, IL 60606**

Delivery Address Bar Code



**PRIORITY OVERNIGHT**                    **FRI**
                                          Deliver By:
TRK#  **7901  8680  7138**   FORM        14OCT05
                             0201
60606    -IL-US                  **ORD**   A1

**79 LOTA**



---

FedEx | Ship Manager | Label 7925 5309 7560

Page 1 of 1

From:   Origin ID:  (630)706-5524
Tena Miles
United Plastics Group, Inc.
1420 Kensington Road
Suite 209
Oak Brook, IL 60523

**FedEx**
Express

Ship Date: 13OCT05
ActWgt: 1 LB
System#: 8077523/INET2300
Account#: S *********
REF:

SHIP TO:   (248)813-2000        BILL SENDER
**R. David Nelson**
**Delphi Corporation**
**5725 Delphi Drive**

**Troy, MI 480982815**

Delivery Address Bar Code



**PRIORITY OVERNIGHT**                    **FRI**
                                          Deliver By:
TRK#  **7925  5309  7560**   FORM        14OCT05
                             0201
48098    -MI-US              **DTW**       A2

**NS MTCA**



## Machen, Monika J.

| | |
|---|---|
| **From:** | Richards, Robert E. |
| **Sent:** | Wednesday, April 19, 2006 11:10 AM |
| **To:** | 'mmichell@skadden.com' |
| **Cc:** | 'jlyons@skadden.com'; 'aherriott@skadden.com'; Machen, Monika J.; Labuda Jr., Thomas A. |
| **Subject:** | Delphi - Reclamation - United Plastics Group |

We require documents establishing the Debtors' defenses, in particular the asserted defense that certain inventory was not identifiable or was sold when the reclamation demand was received and dispute such defenses pending such proof and examination of the same. Per our agreement, in lieu of formal discovery, we agreed that the Debtors would provide informal discovery such as inventory records. We reserve the right to take formal discovery in the future if the informal discovery proves insufficient.

If there are other specific disputes on UPG's reclamation claim, my colleague Monika Machen will correspond directly with you on those.

Robert E. Richards
SONNENSCHEIN NATH & ROSENTHAL, LLP
8000 Sears Tower
Chicago, Illinois 60606
Direct Line:  (312) 876-7396
Facsimile:   (312) 876-7934
Cell Phone:  (630) 235-2470
Email/Blackberry:  rrichards@sonnenschein.com

1

**United Plastics Group**

Please remit payment to    **76710 MTY** *Factura*

UPG de Mexico, S.de R.L. de C.V.
1209 San Dario Ave., PMB 7-100
Laredo TX 78040-4505 U.S.A.

Se pagara en una sola exhibicion

PLASTICS GROUP DE MEXICO, S DE R.L. DE C.V.
C No. 200 Parque Industrial
WA:- Aeropuerto Apodaca, N.L.
66800 TEL. 8156-7800 FAX 8156-7849

DELPHI AUTOMATIVE SYSTEM
1 CORPORATE CENTER POBOX 9005
PO BOX 9005
KOKOMO                    IN
46904

Embarcado a    DELPHI E & DASA
AV. MICHIGAN FRACC IND NORTE
CP 87310                   DASA
MATAMOROS                  TM
46904

nte No.       142

Cliente No.           142

| e No./Descripción | Cantidad | Precio Unitario | Precio Total |
|---|---|---|---|
| FG DUNS 8 612561173 | | | |
| 15409          REV. 16640 | | | |
| 5640798*PROTECTOR/RETRACTOR A | 1600 | 0.2142 | 365.56 |
| CKING SLIP# 104212 | | | |
| TAL NET | | $US | 365.56 |
| TAL TAX | | $US | 0.00 |
| TAL INVOICE (United States Dollar) | | $US | 365.56 |

**VALOR TOTAL** ▷ $US   365.56



LA REPRODUCCION NO AUTORIZADA
DE ESTE COMPROBANTE
CONSTITUYE UN DELITO EN LOS
TERMINOS DE LAS DISPOSICIONES
FISCALES.

IMPRESO POR: FORMAS INTELIGENTES, S.A. DE C.V.
BOLIVAR 2915 FRACC. DESARROLLO LAS TORRES 81,
TELS. 83-69-69-69, 83-65-17-66, MONTERREY, N.L. MEXICO,
R.F.C. FIN-890624-RC4, FECHA DE INCLUSION EN LA PADRON DE
INTERNET DEL 9.07, 08 MARZO 2006, FECHA DE IMPRESION
AGOSTO DE 2006, FECHA DE CADUCIDAD AGOSTO DE 2007,
NUMEROS IMPRESOS DESDE EL FOLIO A IMPRESO HASTA EL NUMERO,
CANTIDAD ORIGINAL SIN FORZAR DEL FOLIO 7149 HASTA EL 7149997

POR ESTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE
A LA ORDEN DE UNITED PLASTICS GROUP DE MEXICO, S DE R.L. DE C.V. LA CANTIDAD
QUE APARECE COMO VALOR TOTAL.

SELLO Y FIRMA AUTORIZADA
DEL CLIENTE

R.F.C. UPG-810610-QKA.
R DE EXPEDICION:
ACA, N.L. MEXICO

**VER CONDICIONES AL REVERSO**                    FISCAL



# United Plastics Group

UNITED PLASTICS GROUP DE MEXICO, S DE R.L DE C.V.
Blvd. TLC No. 200 Parque Industrial
STIVA - Aeropuerto Apodaca, N.L.
C.P. 66600 TEL. 8156-7800 FAX 8156-7849

Factura a:

DELPHI AUTOMATIVE SYSTEM
1 CORPORATE CENTER PO BOX 9005
PO BOX 9005
KOKOMO        IN    46904

Embarcar a:
DELPHI E & DASA
AV. MICHIGAN FRACC IND NORTE
CP 87310        DASA
MATAMOROS        TM  46904

Pagina
Fecha  10/05/05
0001042I2

MONTERREY

17678    5  5500076361        142        142

MFG DUNS N 812561173
985409
1664O738*PROTECTOR/RETRACTOR A    3600    1800
15 D

TOTAL LINE ITEMS    1

Alberto Conde
12-1059

Bultos de _____ c/u     Bultos de _____ c/u     Bultos de _____ c/u     Bultos de _____ c/u