**Exhibit D**

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13546<br>Date Filed: 07/31/2006<br>Docketed Total: $42,827.19<br>Filing Creditor Name and Address:<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total: $42,827.19<br><br>Case Number*    Secured         Priority        Unsecured<br>05-44640         $42,827.19<br>                 $42,827.19 | Modified Total: $42,827.19<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $9,226.10      $33,601.09<br>                           $9,226.10      $33,601.09 |
| Claim: 16460<br>Date Filed: 12/19/2006<br>Docketed Total: $83,839.32<br>Filing Creditor Name and Address:<br>VJ TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA, NY 11716 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $83,839.32<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                   $60,000.00      $23,839.32<br>                           $60,000.00      $23,839.32 | Modified Total: $60,880.00<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                   $60,000.00      $880.00<br>                           $60,000.00      $880.00 |
| | | Total Claims to be Modified: 30<br>Total Amount as Docketed: $25,875,091.87<br>Total Amount as Modified: $19,191,891.61 |

*See Exhibit F for a listing of debtor entities by case number.  
**UNL denotes an unliquidated claim

Page 11 of 11