# EXHIBIT A

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
|---|---|---|---|---|---|
| 20090948 | 01/31/05 | $1,800.00 | $1,800.00 | 20039269 | SAG90I5217 |
| 50009272 | 01/31/05 | $4,220.00 | $4,220.00 | 50006067 | S2S51478 |
| 20091726 | 02/22/05 | $1,980.00 | $1,980.00 | 20039522 | SAG90I5217 |
| 20093896 | 04/28/05 | $2,031.12 | $2,031.12 | 20040135 | SAG90O5217 |
| 20093951 | 04/29/05 | $1,987.44 | $1,987.44 | 20040154 | SAG90O5217 |
| 50010394 | 05/23/05 | $196.20 | $196.20 | 50006966 | SAG90I5216 |
| 50010765 | 07/11/05 | $8,829.00 | $98.10 | 50007279 | SAG90I5216 |
| 50010827 | 07/19/05 | $2,544.00 | $2,544.00 | 50007330 | SAG90I5216 |
| 50010886 | 07/27/05 | $2,977.92 | $2,977.92 | 50007385 | SAG90I5216 |
| 50010887 | 0727/05 | $6,747.84 | $6,747.84 | 50007385 | SAG90I5216 |
| 50010888 | 07/27/05 | $5,886.00 | $5,886.00 | 50007385 | SAG90I5216 |
| 50010889 | 07/27/05 | $2,856.96 | $2,856.96 | 50007385 | SAG90I5216 |
| 20097083 | 07/28/05 | $1,380.00 | $1,380.00 | 20041101 | SAG90I5217 |
| 20097084 | 07/28/05 | $1,380.00 | $1,380.00 | 20041101 | SAG90I5217 |
| 50010903 | 07/28/05 | $5,886.00 | $5,886.00 | 50007396 | SAG90I5216 |
| 50010922 | 07/29/05 | $2,977.92 | $2,977.92 | 50007409 | SAG90I5216 |
| 50010923 | 07/29/05 | $6,747.84 | $6,747.84 | 50007409 | SAG90I5216 |
| 50010924 | 07/29/05 | $8,829.00 | $8,829.00 | 50007409 | SAG90I5216 |
| 50010925 | 07/29/05 | $2,856.96 | $2,856.96 | 50007409 | SAG90I5216 |
| 50010941 | 08/01/05 | $5,886.00 | $5,886.00 | 50007421 | SAG90I5216 |
| 50010942 | 08/01/05 | $2,977.92 | $2,977.92 | 50007421 | SAG90I5216 |
| 50010949 | 08/02/05 | $5,886.00 | $5,886.00 | 50007427 | SAG90I5216 |
| 50010950 | 08/02/05 | $2,977.92 | $2,977.92 | 50007427 | SAG90I5216 |
| 50010958 | 08/03/05 | $5,886.00 | $5,886.00 | 50007435 | SAG90I5216 |
| 50010964 | 08/04/05 | $5,886.00 | $5,886.00 | 50007441 | SAG90 |
| 50010965 | 08/04/05 | $2,977.92 | $2,977.92 | 50007441 | SAG90I5216 |
| 50010977 | 08/05/05 | $2,977.92 | $2,977.92 | 50007453 | SAG90I5216 |
| 50010978 | 08/05/05 | $6,747.84 | $6,747.84 | 50007453 | SAG90I5216 |
| 50010979 | 08/05/05 | $5,886.00 | $5,886.00 | 50007453 | SAG90I5216 |
| 50010980 | 08/05/05 | $2,856.96 | $2,856.96 | 50007453 | SAG90I5216 |
| DM00000574 | 08/08/05 | $306.72 | $306.72 | | |
| 50011000 | 08/08/05 | $2,977.92 | $2,977.92 | 50007473 | SAG90I5216 |
| 50011001 | 08/08/05 | $8,829.00 | $8,829.00 | 50007473 | SAG90I5216 |
| 50011002 | 08/08/05 | $2,856.96 | $2,856.96 | 50007473 | SAG90I5216 |
| 50011003 | 08/08/05 | $2,308.50 | $2,308.50 | 50007473 | SAG90I5216 |
| 50011014 | 08/09/05 | $5,886.00 | $5,886.00 | 50007484 | SAG90I5216 |
| 50011021 | 08/10/05 | $2,977.92 | $2,977.92 | 50007490 | SAG90I5216 |
| 50011022 | 08/10/05 | $5,886.00 | $5,886.00 | 50007490 | SAG90I5216 |
| 50011037 | 08/11/05 | $5,886.00 | $5,886.00 | 50007503 | SAG90I5216 |
| 50011045 | 08/12/05 | $2,977.92 | $2,977.92 | 50007511 | SAG90I5216 |
| 50011046 | 08/12/05 | $6,747.84 | $6,747.84 | 50007511 | SAG90I5216 |
| 50011047 | 08/12/05 | $5,886.00 | $5,886.00 | 50007511 | SAG90I5216 |
| 50011048 | 08/12/05 | $2,856.96 | $2,856.96 | 50007511 | SAG90I5216 |
| 50011072 | 08/15/05 | $8,829.00 | $8,829.00 | 50007535 | SAG90I5216 |
| 50011073 | 08/15/05 | $2,308.50 | $2,308.50 | 50007535 | SAG90I5216 |
| 50011074 | 08/15/05 | $2,977.92 | $2,977.92 | 50007535 | SAG90I5216 |
| 50011083 | 08/16/05 | $5,886.00 | $5,886.00 | 50007544 | SAG90I5216 |
| 50011085 | 08/16/05 | $1,053.50 | $1,053.50 | 50007546 | DL00102 |
| 50011094 | 08/17/05 | $5,886.00 | $5,886.00 | 50007553 | SAG90I5216 |
| 50011095 | 08/17/05 | $2,977.92 | $2,977.92 | 50007553 | SAG90I5216 |
| 50011105 | 08/18/05 | $5,886.00 | $5,886.00 | 50007563 | SAG90I5216 |
| 50011115 | 08/19/05 | $2,977.92 | $2,977.92 | 50007573 | SAG90I5216 |
| 50011116 | 08/19/05 | $5,886.00 | $5,886.00 | 50007573 | SAG90I5216 |
| 50011117 | 08/19/05 | $6,747.84 | $6,747.84 | 50007573 | SAG90I5216 |
| 50011118 | 08/19/05 | $2,856.96 | $2,856.96 | 50007573 | SAG90I5216 |
| 50011121 | 08/19/05 | $602.00 | $602.00 | 50007576 | DL00102 |
| 50011145 | 08/22/05 | $5,886.00 | $5,886.00 | 50007600 | SAG90I5216 |
| 50011158 | 08/23/05 | $8,829.00 | $8,829.00 | 50007612 | SAG90I5216 |
| 50011170 | 08/24/05 | $5,886.00 | $5,886.00 | 50007624 | SAG90I5216 |
| 50011177 | 08/25/05 | $8,829.00 | $8,829.00 | 50007631 | SAG90I5216 |
| 50011191 | 08/26/05 | $5,886.00 | $5,886.00 | 50007644 | SAG90I5216 |
| 50011192 | 08/26/05 | $2,977.92 | $2,977.92 | 50007644 | SAG90I5216 |

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
| --- | --- | --- | --- | --- | --- |
| 50011193 | 08/26/05 | $6,747.84 | $6,747.84 | 50007644 | SAG90I5216 |
| 50011194 | 08/26/05 | $2,856.96 | $2,856.96 | 50007644 | SAG90I5216 |
| 50011203 | 08/29/05 | $5,886.00 | $5,886.00 | 50007651 | SAG90I5216 |
| 50011215 | 08/30/05 | $8,829.00 | $8,829.00 | 50007661 | SAG90I5216 |
| 50011249 | 09/01/05 | $29,641.14 | $29,641.14 | 50007686 | SAG90I5216 |
| 50011244 | 09/02/05 | $8,829.00 | $8,829.00 | 50007681 | SAG90I5216 |
| 50011262 | 09/06/05 | $8,829.00 | $8,829.00 | 50007699 | SAG90I5216 |
| 50011266 | 09/07/05 | $1,806.00 | $1,806.00 | 50007703 | DL00102 |
| 50011267 | 09/07/05 | $2,977.92 | $2,977.92 | 50007704 | SAG90I5216 |
| 50011268 | 09/07/05 | $5,886.00 | $5,886.00 | 50007704 | SAG90I5216 |
| 50011274 | 09/08/05 | $8,829.00 | $8,829.00 | 50007710 | SAG90I5216 |
| 50011279 | 09/09/05 | $6,747.84 | $6,747.84 | 50007715 | SAG90I5216 |
| 50011280 | 09/09/05 | $2,977.92 | $2,977.92 | 50007715 | SAG90I5216 |
| 50011281 | 09/09/05 | $5,886.00 | $5,886.00 | 50007715 | SAG90I5216 |
| 50011282 | 09/09/05 | $2,856.96 | $2,856.96 | 50007715 | SAG90I5216 |
| 50011297 | 09/12/05 | $5,886.00 | $5,886.00 | 50007728 | SAG90I5216 |
| 50011304 | 09/13/05 | $5,886.00 | $5,886.00 | 50007735 | SAG90I5216 |
| 50011308 | 09/13/05 | $3,467.52 | $3,467.52 | 50007739 | DL00102 |
| 50011316 | 09/14/05 | $5,886.00 | $5,886.00 | 50007746 | SAG90I5216 |
| 50011317 | 09/14/05 | $2,977.92 | $2,977.92 | 50007747 | SAG90I5216 |
| 50011325 | 09/15/05 | $2,943.00 | $2,943.00 | 50007755 | SAG90I5216 |
| 50011326 | 09/15/05 | $2,943.00 | $2,943.00 | 50007756 | SAG90I5216 |
| 50011340 | 09/16/05 | $5,886.00 | $5,886.00 | 50007770 | SAG90I5216 |
| 50011341 | 09/16/05 | $2,977.92 | $2,977.92 | 50007770 | SAG90I5216 |
| 50011342 | 09/16/05 | $6,747.84 | $6,747.84 | 50007770 | SAG90I5216 |
| 50011343 | 09/16/05 | $2,308.50 | $2,308.50 | 50007770 | SAG90I5216 |
| 50011344 | 09/16/05 | $2,856.96 | $2,856.96 | 50007770 | SAG90I5216 |
| 50011353 | 09/19/05 | $3,467.52 | $3,467.52 | 50007779 | DL00102 |
| 50011358 | 09/19/05 | $5,886.00 | $5,886.00 | 50007784 | SAG90I5216 |
| 50011363 | 09/20/05 | $5,955.84 | $5,955.84 | 50007789 | SAG90I5216 |
| 50011364 | 09/20/05 | $5,886.00 | $5,886.00 | 50007789 | SAG90I5216 |
| 50011365 | 09/20/05 | $2,308.50 | $2,308.50 | 50007789 | SAG90I5216 |
| 50011380 | 09/21/05 | $5,886.00 | $5,886.00 | 50007800 | SAG90I5216 |
| 50011381 | 09/21/05 | $2,977.92 | $2,977.92 | 50007800 | SAG90I5216 |
| 50011382 | 09/21/05 | $6,747.84 | $6,747.84 | 50007800 | SAG90I5216 |
| 50011396 | 09/22/05 | $8,829.00 | $8,829.00 | 50007808 | SAG90I5216 |
| 50011405 | 09/23/05 | $2,977.92 | $2,977.92 | 50007817 | SAG90I5216 |
| 50011406 | 09/23/05 | $5,886.00 | $5,886.00 | 50007817 | SAG90I5216 |
| 50011407 | 09/23/05 | $2,856.96 | $2,856.96 | 50007817 | SAG90I5216 |
| 50011408 | 09/23/05 | $2,308.50 | $2,308.50 | 50007817 | SAG90I5216 |
| 50011417 | 09/26/05 | $5,886.00 | $5,886.00 | 50007824 | SAG90I5216 |
| 50011418 | 09/26/05 | $3,467.52 | $3,467.52 | 50007825 | SAG90I5216 |
| 50011430 | 09/27/05 | $8,829.00 | $8,829.00 | 50007835 | SAG90I5216 |
| 50011431 | 09/27/05 | $2,977.92 | $2,977.92 | 50007835 | SAG90I5216 |
| 50011442 | 09/28/05 | $6,747.84 | $6,747.84 | 50007845 | SAG90I5216 |
| 50011443 | 09/28/05 | $2,977.92 | $2,977.92 | 50007845 | SAG90I5216 |
| 50011444 | 09/28/05 | $2,856.96 | $2,856.96 | 50007845 | SAG90I5216 |
| 50011445 | 09/28/05 | $5,886.00 | $5,886.00 | 50007845 | SAG90I5216 |
| 50011466 | 09/30/05 | $2,977.92 | $2,977.92 | 50007863 | SAG90I5216 |
| 50011467 | 09/30/05 | $11,772.00 | $11,772.00 | 50007863 | SAG90I5216 |
| 50011468 | 09/30/05 | $2,856.96 | $2,856.96 | 50007863 | SAG90I5216 |
| 50011469 | 09/30/05 | $2,308.50 | $2,308.50 | 50007863 | SAG90I5216 |
| 50011483 | 10/03/05 | $8,829.00 | $8,829.00 | 50007875 | SAG90I5216 |
| 50011492 | 10/04/05 | $5,886.00 | $5,886.00 | 50007883 | SAG90I5216 |
| 50011493 | 10/04/05 | $2,856.96 | $2,856.96 | 50007883 | SAG90I5216 |
| 50011503 | 10/05/05 | $3,467.52 | $3,467.52 | 50007892 | SAG90I5216 |
| 50011504 | 10/05/05 | $3,467.52 | $3,467.52 | 50007892 | SAG90I5216 |
| 50011506 | 10/05/05 | $5,886.00 | $5,886.00 | 50007894 | SAG90I5216 |
| 50011514 | 10/06/05 | $3,467.52 | $3,467.52 | 50007900 | SAG90I5216 |
| 50011515 | 10/06/05 | $6,747.84 | $6,747.84 | 50007901 | SAG90I5216 |
| 50011516 | 10/06/05 | $5,886.00 | $5,886.00 | 50007901 | SAG90I5216 |
| 50011536-rdd | 10/07/05 | $5,886.00 | $5,886.00 | 50007918 | SAG90I5216 |

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
|---|---|---|---|---|---|
| 50011537 | 10/07/05 | $2,308.50 | $2,308.50 | 50007918 | SAG90I5216 |
| 50011538 | 10/07/05 | $2,977.92 | $2,977.92 | 50007918 | SAG90I5216 |

**TOTAL DUE:**     $603,421.56