# EXHIBIT B

```
                                        INVOICE         DATE    1/31/05
                                                     INVOICE # 50009272
                                  HYDRO ALUMINUM NORTH AMERICA - TENNESSEE
                                                        346324-00    1
359430                              359430
DELPHI AUTOMOTIVE SYSTEMS           MILLER TOOL & DIE
3900 E HOLLAND ROAD                 829 BELDEN RD

SAGINAW          MI 48601--949      JACKSON          MI 49209--218
USA                                 USA


359430        S2S51478              1/31/05 THIRD PARTY

CENTRAL TRANS    B  - NET 45 DAYS   1/31/05 CHRIS SOMMERS
CUSTOMER MESSAGES                           CERTIFICATIONS REQUIRED


LIN PART NUMBER/      WEIGHT     ORDER OR  SHIP QTY     UNIT PRICE   PR    AMOUNT
NO  DESCRIPTION       IN LBS     QTY   UM  BOL#                      UM

001 FS13152           1,116 LB   1   PC    2,000          2.110      PC   4,220.00
    2613508 BRK LW COLM SUPP               50006067
    CUSTOMER PART # 26103508


*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 931-438-0850
         TOTAL WEIGHT    1,116



                                          TOTAL SALES                4,220.00
                                          TAX AMOUNT                      .00
         PAYMENT DUE BY   3/17/05         TOTAL AMOUNT               4,220.00
REMIT PAYMENT TO :  P O Box 3053   Carol Stream, IL 60132-3053
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                    INVOICE              DATE   4/28/05
                                                   INVOICE #  20093896
                                    HYDRO ALUMINUM NORTH AMERICA - FLORIDA
                                                          354585-00    1

359430                              359430PR
DELPHI AUTOMOTIVE SYSTEMS           PARKER RUSTPROOFING
3900 E HOLLAND ROAD                 1688 ARABELLA ROAD

SAGINAW        MI 48601--949        CLEVELAND           OH 44112
USA                                 USA


    359430PR    SAG9005217                 4/28/05 PREPAID

  CONWAY S.EXPRES   B  - NET 45 DAYS       4/28/05 JIM BROWN
  CUSTOMER MESSAGES


 LIN PART NUMBER/        WEIGHT       ORDER OR SHIP QTY   UNIT PRICE   PR     AMOUNT
 NO  DESCRIPTION         IN LBS       QTY   UM   BOL#                 UM

 001 FD13494              341 LB      2,400 PC   1,209      1.680 PC        2,031.12
     1.000   OD X 0.099  WALL                  20040135
     CUSTOMER PART # 26094716
     LENGTH   10.197"              ALLOY/TEMPER   6063T832

*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 904-794-1500
        TOTAL WEIGHT        341


                                        TOTAL SALES              2,031.12
                                        TAX AMOUNT                    .00
         PAYMENT DUE BY  6/12/05        TOTAL AMOUNT             2,031.12
REMIT PAYMENT TO :  P O Box 3053   Carol Stream, IL 60132-3053
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                    INVOICE              DATE    4/29/05
                                                         INVOICE # 20093951
                                    HYDRO ALUMINUM NORTH AMERICA - FLORIDA
                                                         354585-01     1

359430                                 359430PR
DELPHI AUTOMOTIVE SYSTEMS              PARKER RUSTPROOFING
3900 E HOLLAND ROAD                    1688 ARABELLA ROAD

SAGINAW          MI 48601--949         CLEVELAND           OH 44112
USA                                    USA



359430PR    SAG9005217              4/28/05 PREPAID

CONWAY S.EXPRES   B  - NET 45 DAYS  4/29/05 JIM BROWN
CUSTOMER MESSAGES


LIN PART NUMBER/      WEIGHT     ORDER OR  SHIP QTY    UNIT PRICE    PR    AMOUNT
NO  DESCRIPTION       IN LBS     QTY   UM  BOL#                      UM

001 FD13494               334 LB  1,191 PC   1,183        1.680 PC        1,987.44
    1.000  OD X 0.099  WALL                 20040154
    CUSTOMER PART # 26094716
    LENGTH    10.197"           ALLOY/TEMPER   6063T832


*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 904-794-1500
       TOTAL WEIGHT        334


                                         TOTAL SALES              1,987.44
                                         TAX AMOUNT                    .00
          PAYMENT DUE BY   6/13/05        TOTAL AMOUNT             1,987.44
REMIT PAYMENT TO :  P O Box 3053   Carol Stream, IL 60132-3053
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                    INVOICE            DATE    7/19/05
                                                   INVOICE # 50010827
                                   HYDRO ALUMINUM NORTH AMERICA - TENNESSEE
                                                      362304-00    1

359430                                 359430TX
DELPHI AUTOMOTIVE SYSTEMS              DELPHI SAG LAREDO DIST CTR
3900 E HOLLAND ROAD                    PLANT 43 CISCO#44034
                                       8202 KILLAM IND. BLVD G DOCK B
SAGINAW         MI 48601--949          LAREDO             TX 78045
USA                                    USA



  359430TX      SAG90I5216            7/19/05 THIRD PARTY

  CC SOUTHERN INC   B  - NET 45 DAYS   7/19/05 CHRIS SOMMERS
  CUSTOMER MESSAGES                            CERTIFICATIONS REQUIRED


LIN  PART NUMBER/       WEIGHT      ORDER OR SHIP QTY    UNIT PRICE   PR     AMOUNT
NO   DESCRIPTION        IN LBS      QTY   UM   BOL#                   UM

001  FS13152              670 LB    1,200 PC   1,200         2.120    PC    2,544.00
     26103508 BRK LW COLM SUPP              50007330
     CUSTOMER PART # 26103508


*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 931-438-0850
         TOTAL WEIGHT        670




                                       TOTAL SALES                          2,544.00
                                       TAX AMOUNT                                .00
        PAYMENT DUE BY  9/02/05        TOTAL AMOUNT                         2,544.00
REMIT PAYMENT TO :   P O Box 3053   Carol Stream, IL 60132-3053
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                        INVOICE           DATE  10/05/05
                                                       INVOICE # 50011504
                                        HYDRO ALUMINUM NORTH AMERICA - TENNESSEE
359430                                                    367408-00    1
DELPHI AUTOMOTIVE SYSTEMS               359430BL
3900 E HOLLAND ROAD                     BLISSFIELD MFG. COMPANY
                                        626 DEPOT STREET

SAGINAW         MI 48601--949
USA                                     BLISSFIELD        MI 49228
                                        USA


359430BL     SAG90I5216                 9/07/05 FREIGHT COLLECT

BEST WAY           B  - NET 45 DAYS     10/05/05 HOUSE ACCOUNT
CUSTOMER MESSAGES
```

| LIN NO | PART NUMBER/ DESCRIPTION | WEIGHT IN LBS | ORDER QTY | OR UM | SHIP QTY BOL# | UNIT PRICE | PR UM | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | FS24055<br>26124055 DELPHI BRKT<br>CUSTOMER PART # 26124055<br>LENGTH 1.781"<br>REV. 01 | 641 LB | 1,152 | PC | 1,152<br>50007892<br>ALLOY/TEMPER 6063T6 | 3.010 | PC | 3,467.52 |

\*\*\* Hydro Aluminum North America should be notified immediately of any discrepancies to this document by contacting your Customer SupportRepresentative at 931-438-0850

TOTAL WEIGHT     .641

```
                                        TOTAL SALES              3,467.52
                                        TAX AMOUNT                    .00
        PAYMENT DUE BY 11/19/05          TOTAL AMOUNT
REMIT PAYMENT TO :  P O Box 3053    Carol Stream, IL 60132-3053  3,467.52
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                    INVOICE           DATE  10/05/05
                                                      INVOICE # 50011503
                                    HYDRO ALUMINUM NORTH AMERICA - TENNESSEE
                                                      366529-00    1
359430                              359430BL
DELPHI AUTOMOTIVE SYSTEMS           BLISSFIELD MFG. COMPANY
3900 E HOLLAND ROAD                 626 DEPOT STREET

SAGINAW          MI 48601--949      BLISSFIELD        MI 49228
USA                                 USA


     359430BL     SAG90I5216            8/29/05 FREIGHT COLLECT

  BEST WAY          B - NET 45 DAYS     10/05/05 HOUSE ACCOUNT
  CUSTOMER MESSAGES


 LIN  PART NUMBER/       WEIGHT    ORDER OR SHIP QTY    UNIT PRICE   PR      AMOUNT
 NO   DESCRIPTION        IN LBS    QTY   UM   BOL#                   UM

 001  FS24055            641 LB    1,152 PC   1,152       3.010     PC    3,467.52
      26124055 DELPHI BRKT                  50007892
      CUSTOMER PART # 26124055
      LENGTH   1.781"             ALLOY/TEMPER    6063T6
      REV. 01


*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 931-438-0850
         TOTAL WEIGHT         641



                                          TOTAL SALES           3,467.52
                                          TAX AMOUNT                 .00
         PAYMENT DUE BY 11/19/05          TOTAL AMOUNT          3,467.52
 REMIT PAYMENT TO :   P O Box 3053   Carol Stream, IL 60132-3053
 PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```

```
                                       INVOICE          DATE  10/06/05
                                                        INVOICE # 50011516
                                       HYDRO ALUMINUM NORTH AMERICA - TENNESSEE
                                                        370283-00      1
359430                                 359430SS
DELPHI AUTOMOTIVE SYSTEMS              DELPHI SAGINAW DIV
3900 E HOLLAND ROAD                    CISCO: 44026     PLANT 06
                                       3900 HOLLAND ROAD
SAGINAW           MI 48601--949        SAGINAW                    MI 48605
USA                                    USA


  359430SS     SAG90I5216              10/06/05 FREIGHT COLLECT

  BEST WAY            B - NET 45 DAYS  10/06/05 HOUSE ACCOUNT
  CUSTOMER MESSAGES


LIN  PART NUMBER/       WEIGHT      ORDER  OR  SHIP QTY    UNIT PRICE   PR    AMOUNT
NO   DESCRIPTION        IN LBS      QTY    UM     BOL#                  UM

001  FS90215            1,631 LB    1,800  PC   1,800       3.270  PC   5,886.00
     26090215 DELPHI BRKT                     50007901
     CUSTOMER PART # 26090215
     LENGTH   1.772"                ALLOY/TEMPER  6063T6
     REV.#3C


*** Hydro Aluminum North America should be notified immediately of
    any discrepancies to this document by contacting your Customer
    SupportRepresentative at 931-438-0850
         TOTAL WEIGHT   1,631




                                         TOTAL SALES              5,886.00
                                         TAX AMOUNT                    .00
         PAYMENT DUE BY 11/20/05         TOTAL AMOUNT
REMIT PAYMENT TO :  P O Box 3053   Carol Stream, IL 60132-3053    5,886.00
PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT UNLESS REQUESTED.
```