Hearing Date and Time: January 25, 2008 at 10:00 a.m.
Response Date and Time: January 18, 2008 at 4:00 p.m.

DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. – 7791)(*Admitted pro hac vice*)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

*- and -*

CARSON FISCHER, P.L.C.
ROBERT A. WEISBERG (MI# P13452)
CHRISTOPHER A. GROSMAN (MI# P58693)
4111 Andover Road
West – 2nd Floor
Bloomfield Hills, Michigan  48302
(248) 644-4840 (telephone)
(248) 644-1832 (facsimile)

COUNSEL FOR 2088343 ONTARIO LIMITED


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :    Chapter 11
DELPHI CORPORATION, et al.,                                    :    Case No: 05-44481 (RDD)
                                                               :    (Jointly Administered)
                        Debtors.                               :
---------------------------------------------------------------x

**CERTIFICATION OF SERVICE REGARDING 2088343 ONTARIO LIMITED'S
RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

    MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey, local counsel to 2088343 Ontario Limited in connection with the above-referenced matter.

2. On January 18, 2008, I electronically filed 2088343 Ontario Limited's Response to Debtors' Twenty-Fourth Omnibus Claims Objection with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: January 18, 2008
Florham Park, New Jersey

2

## Service List

**Served Via Email On 01/18/08:**

jbutler@skadden.com
jlyonsch@skadden.com

**Served Via Facsimile on 01/18/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps, et al.
Fax No. 312-407-0411

**Served Via Overnight Mail On 09/20/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago. IL  60606

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn:  General Counsel

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408