Reed Smith LLP
Elena Lazarou (EL-5681)
559 Lexington Avenue
New York, New York  10022
Telephone:  212-521-5400
Facsimile:  212-521-5450

-and-

Reed Smith LLP
Arlene N. Gelman (IL #6225631)
10 South Wacker Drive, 40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:  312-207-6400

Attorneys for Continental Automotive Systems US, Inc.
f/k/a Siemens VDO Automotive Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    In re                                   :
                                                            :
DELPHI CORPORATION, et al.,          :     Chapter 11
                                                            :
                    Debtors.     :     Case No. 05-44481 (RDD)
                                                            :
                                                            :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF CONTINENTAL AUTOMOTIVE SYSTEMS US, INC. f/k/a SIEMENS VDO AUTOMOTIVE CORP.  TO THE NOTICES OF (A) CURE AMOUNT AND (B) ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION WITH THE SALE OF THE DEBTORS' INTERIORS AND CLOSURES BUSINESSES**

Now comes Continental Automotive Systems US, Inc. f/k/a Siemens VDO Automotive

Corp. and hereby withdraws its Objection to the Notices of (A) Cure Amount and (B)

Assumption and/or Assignment of Executory Contracts in Connection With the Sale of the

Debtors' Interiors and Closures Businesses filed by Siemens on November 26, 2007.

- 2 -

| | |
|---|---|
| Dated:  January 18, 2008 | RESPECTFULLY SUBMITTED |
| | Continental Automotive Systems US, Inc.<br>f/k/a Siemens VDO Automotive Corp. |
| | By:  /s/ Elena Lazarou |
| | REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone:  212-521-5400<br>Facsimile:  212-521-5450 |
| | Of Counsel |
| | REED SMITH LLP<br>Arlene N. Gelman (IL #6225631)<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL  60606<br>Telephone:  312-207-1000<br>Facsimile:  312-207-6400 |

# **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and correct copy of the foregoing Withdrawal of Objection of Continental Automotive Systems US, Inc. f/k/a Siemens VDO Automotive Corp. to the Notices of (A) Cure Amount and (B) Assumption and/or Assignment of Executory Contracts in Connection With the Sale of the Debtors' Interiors and Closures Businesses was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 18th day of January, 2008, upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
 For the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Automotive Systems, LLC
Atten:  Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite. 2100
Chicago, IL 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

- 4 -

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004

/s/ Elena Lazarou
Elena Lazarou