Steven D. Pohl, Esq. (SP-0435)
Sunni P. Beville, Esq. (SB-7619)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, et. al., | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors | ) (Jointly Administered) |
| | ) |

**WITHDRAWAL OF JOINDER OF GOLDMAN SACHS CREDIT PARTNERS, L.P. IN (I) THE OBJECTION OF SIEMENS ELECTRIC LTD AND SIEMENS VDO AUTOMOTIVE INC. n/k/a SIEMENS VDO AUTOMOTIVE CANADA INC. TO THE NOTICES OF (A) CURE AMOUNT AND (B) ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION WITH THE SALE OF THE DEBTORS' INTERIORS AND CLOSURES BUSINESSES AND (II) OBJECTION OF SIEMENS VDO AUTOMOTIVE CORP. TO THE NOTICES OF (A) CURE AMOUNT AND (B) ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION WITH THE SALE OF THE DEBTORS' INTERIORS AND CLOSURES BUSINESSES**

1. On November 26, 2007, Goldman Sachs Credit Partners, L.P. ("Goldman Sachs") filed its Joinder in (i) the Objection of Siemens Electric Ltd and Siemens VDO Automotive Inc. n/k/a Siemens VDO Automotive Canada Inc. to the Notices of (a) Cure Amount and (b) Assumption and/or Assignment of Executory Contracts in Connection with the Sale of the Debtors' Interiors and Closures Businesses and (ii) Objection of Siemens VDO Automotive Corp. to the Notices of (a) Cure Amount and (b) Connection with the Sale of the Debtors' Interiors and Closures Businesses (the "Joinder") [Docket No. 11092].

2. Goldman Sachs hereby files this withdrawal of its Joinder.

Dated: January 18, 2008   Respectfully submitted,

Goldman Sachs Credit Partners, L.P.

By its attorneys,

　　　　/s/ Sunni P. Beville　　　　　　
Steven D. Pohl, Esq.
Sunni P. Beville, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

# 1538358