In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12288-1    Filed 01/18/08    Entered 01/18/08 21:28:06    Exhibit A-1    Pg 1 of 1

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 2059<br>Date Filed: 02/17/2006<br>Creditor's Name and Address:<br>LIAM P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 2190<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>LIAM P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $50,000.00<br>Total: $50,000.00 |
| Claim Number: 2188<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>MARY P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 2189<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>MARY P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $50,000.00<br>Total: $50,000.00 |

Total Claims to be Expunged: 2
Total Asserted Amount to be Expunged: $100,000.00