In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12288-2    Filed 01/18/08    Entered 01/18/08 21:28:06    Exhibit A-2    Pg 1 of 1

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT A-2 - DUPLICATE OR AMENDED CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 2098<br>Date Filed: 02/22/2006<br>Creditor's Name and Address:<br>F & G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 16751<br>Date Filed: 12/05/2007<br>Creditor's Name and Address:<br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $250,422.69<br>Total: $250,422.69 |

**Total Claims to be Expunged:** 1

**Total Asserted Amount to be Expunged:** $50,000.00

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.