**EXHIBIT B - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN O MASON<br>9709 E 79TH TERR<br>RAYTOWN, MO 64138-1915 | 16752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,850.00<br>Total: $2,850.00 | 12/14/2007 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 1    $2,850.00