**EXHIBIT C - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EUGENE TERRY MOORE ESQ FOR ARLIS ELMORE<br>1802 15TH ST<br>TUSCALOSSA, AL 35401 | 5374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| SUMIDA AMERICA INC<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | 10372 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $77,000.00<br><br><br>$2,613.00<br>$79,613.00 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US AEROTEAM INC<br>STATMAN HARRIS SIEGEL & EYRICH LLC<br>110 N MAIN ST STE 1520<br>DAYTON, OH 45402 | 10711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$444,213.68<br>$444,213.68 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$523,826.68** | | |

*UNL denotes an unliquidated claim