In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12288-5    Filed 01/18/08    Entered 01/18/08 21:28:06    Exhibit
D-1    Pg 1 of 1

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16751<br>Date Filed: 12/05/2007<br>Docketed Total: $250,422.69<br>Filing Creditor Name and Address:<br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | Claim Holder Name and Address<br>F&G MULTI SLIDE INC    Docketed Total:    $250,422.69<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $250,422.69<br>                                                                      **$250,422.69** | Modified Total:    **$247,705.24**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $247,705.24<br>                                                                      **$247,705.24** |
| Claim: 11949<br>Date Filed: 07/28/2006<br>Docketed Total: $1,792,207.26<br>Filing Creditor Name and Address:<br>HOOD CABLE COMPANY<br>PO BOX 1970<br>JACKSON, MI 39215-1970 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL    Docketed Total:    $1,792,207.26<br>PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $1,792,207.26<br>                                                                      **$1,792,207.26** | Modified Total:    **$1,634,127.00**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $1,634,127.00<br>                                                                      **$1,634,127.00** |
|  |  | **Total Claims to be Modified: 2**<br>**Total Amount as Docketed:**    $2,042,629.95<br>**Total Amount as Modified:**    $1,881,832.24 |

*See Exhibit E for a listing of debtor entities by case number.