In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12288-6    Filed 01/18/08    Entered 01/18/08 21:28:06    Exhibit
D-2    Pg 1 of 1

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT D-2 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5319<br>Date Filed: 05/08/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ELMORE JR ARLIS M<br>1802 FIFTEENTH ST<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br><br>ELMORE JR ARLIS M         Docketed Total:     UNL<br>1802 FIFTEENTH ST<br>TUSCALOOSA, AL 35401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              UNL<br>                                                      UNL | Modified Total: $100,000.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $100,000.00<br>                                              $100,000.00 |

Total Claims to be Modified: 1

Total Amount as Docketed:    UNL

Total Amount as Modified:    $100,000.00

*See Exhibit E for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim