**In re: Delphi Corporation, et al.**  **Twenty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**Exhibit F- Claimants And Related Claims Subject To Twenty-Fifth Omnibus Claims Objection**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ELMORE JR ARLIS M | 5319 | EXHIBIT D-2 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION |
| EUGENE TERRY MOORE ESQ FOR ARLIS ELMORE | 5374 | EXHIBIT C - BOOKS AND RECORDS CLAIMS |
| F & G MULTI SLIDE INC | 2098 | EXHIBIT A-2 - DUPLICATE OR AMENDED CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JOHN O MASON | 16752 | EXHIBIT B - UNTIMELY EQUITY CLAIMS |
| LIAM P ONEILL | 2059 | EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS |
| MARY P ONEILL | 2188 | EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS |
| STONEHILL INSTITUTIONAL PARTNERS LP | 11949 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUMIDA AMERICA INC | 10372 | EXHIBIT C - BOOKS AND RECORDS CLAIMS |
| US AEROTEAM INC | 10711 | EXHIBIT C - BOOKS AND RECORDS CLAIMS |

05-44481-rdd    Doc 12288-8    Filed 01/18/08    Entered 01/18/08 21:28:06    Exhibit F
Pg 2 of 2