Steven D. Pohl, Esq. (SP-0435)
Sunni P. Beville (SB-7619)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, et. al., | ) Case No. 05-44481 (RDD) |
| Debtors | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS )
                                ) ss.:
COUNTY OF SUFFOLK               )

Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Melrose, Massachusetts.

On the 18th day of January, 2008, I caused to be served a true copy of the Withdrawal of Joinder of Goldman Sachs Credit Partners, L.P. in (i) the Objection of Siemens Electric Ltd and Siemens VDO Automotive Inc. n/k/a Siemens VDO Automotive Canada Inc. to the Notices of (a) Cure Amount and (b) Assumption and/or Assignment of Executory Contracts in Connection with the Sale of the Debtors' Interiors and Closures Businesses and (ii) Objection of Siemens VDO Automotive Corp. to the Notices of (a) Cure Amount and (b) Connection with the Sale of the Debtors' Interiors and Closures Businesses (the "Joinder") [Docket No. 12287] to the parties listed below by first class mail, as indicated:

| Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: Legal Staff | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: Ron E. Meisler and Brian M. Fern |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: Deputy General Counsel, Transactions & Restructuring | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Robert J. Rosenberg and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: Mike Ryan | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Attn: Alicia Leonhard |

Carol S. Ennis, Paralegal
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8552
Fax: (617) 289-0472

Sworn to before me this
22nd day of January, 2008

*Janet S. Wamsley*

JANET S. WAMSLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

# 1538465