SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
    In re                                          :        Chapter 11
                                                                 :
DELPHI CORPORATION, et al.,          :        Case No. 05-44481 (RDD)
                                                                 :
                          Debtors.     :        (Jointly Administered)
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NUMBERS 808, 10571, 10968, 11575,
13740, 14878, 16515, 16541, 16601, AND 16606

(DUPLICATE CLAIMS)

PLEASE TAKE NOTICE that on the dates listed in column D on <u>Exhibit A</u> (titled "Date Filed"), Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to the proofs of claim listed in column A on <u>Exhibit A</u> (titled "Proof of Claim Number") (the "Proofs of Claim") filed by the claimants listed in column B on <u>Exhibit A</u> (titled "Claimant Name") (the "Claimants") pursuant to the Debtors' omnibus claims objections identified in column C on <u>Exhibit A</u> (titled "Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objection To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089), entered December 6, 2006 (the "Order") and the Second Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered November 20, 2007 (Docket No. 10994), a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proofs of Claim and whether the Proofs of Claim state colorable claims against the asserted Debtors is hereby scheduled for February 20, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order unless such procedures are modified in accordance with Paragraph 9(k) thereof. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proofs of Claim.  A copy of the Order is attached hereto for your convenience.

        PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.

Dated:  New York, New York
       January 22, 2008

                                                SKADDEN, ARPS, SLATE, MEAGHER &
                                                   FLOM LLP

                                                   By:  /s/ John Wm. Butler, Jr.
                                                       John Wm. Butler, Jr. (JB 4711)
                                                       John K. Lyons (JL 4951)
                                                       Ron E. Meisler (RM 3026)
                                                 333 West Wacker Drive, Suite 2100
                                               Chicago, Illinois  60606
                                               (312) 407-0700


                                                 By:  /s/ Kayalyn A. Marafioti
                                                       Kayalyn A. Marafioti (KM 9632)
                                                       Thomas J. Matz (TM 5986)
                                               Four Times Square
                                             New York, New York 10036
                                             (212) 735-3000

                                             Attorneys for Delphi Corporation, et al.,
                                                  Debtors and Debtors-in-Possession