Exhibit A

| A | B | C | D |
|---|---|---|---|
| Proof of Claim Number | Claimant Name | Omnibus Claims Objection | Date Filed |
| 808 | SUPPLIER LINK SERVICES INC. | 12 | 4/27/2007 |
| 10571 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | 14 | 5/22/2007 |
| 10968 | TAKATA CORPORATION | 14 | 5/22/2007 |
| 11575 | ALLIANCE PRECISION PLASTICS CO. | 8 | 2/15/2007 |
| 13740 | BREEN COLOR CONCENTRATES INC. | 6 | 1/12/2007 |
| 14878 | WRIGHT PLASTIC PRODUCS CO. LLC | 8 | 2/15/2007 |
| 16515 | WASHINGTON LABORATORIES, LTD. | 10 | 3/16/2007 |
| 16541 | SSOE INC. | 14 | 5/22/2007 |
| 16601 | 1ST CHOICE HEATING & COOLING INC. | 16 | 6/15/2007 |
| 16606 | 1ST CHOICE HEATING & COOLING INC. | 16 | 6/15/2007 |