SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                        :
      In re                             :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                        :
                            Debtors.    :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER (I)
COMPROMISING AND ALLOWING PROOFS OF CLAIM FILED BY CERTAIN
RETIREES AND RELATED CLAIMANTS AND (II) DISALLOWING AND EXPUNGING
OTHER PROOFS OF CLAIM FILED BY CERTAIN RETIREES AND RELATED
CLAIMANTS (CLAIMANTS)

PLEASE TAKE NOTICE that Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and Jacob & Weingarten ("J&W"), as counsel for those parties listed on <u>Schedule 1</u> hereto (collectively, the "Claimants") have agreed to allow the proofs of claim listed on <u>Schedule 2</u> hereto (the "Allowed Claims"), and disallow and expunge the proofs of claims listed on <u>Schedule 3</u> hereto (the "Disallowed and Expunged Claims" and together with the Allowed Claims, the "Claims"), and because the Claims involve an ordinary course controversy and pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and the Claimants have (i) entered into a Settlement Agreement dated as of January 17, 2007 (the "Settlement Agreement") and (ii) executed a Joint Stipulation And Agreed Order (I) Compromising And Allowing Proofs Of Claim Filed By Certain Retirees And Related Claimants And (II) Disallowing And Expunging Other Proofs Of Claim Filed By Certain Retirees And Related Claimants (Claimants) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to allow the Allowed Claims as general unsecured non-priority claims in the amounts listed on Schedule 2, and disallow and expunge in their entirety the Disallowed and Expunged Claims listed on Schedule 3 hereto.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for January 31, 2008, at 10:00 a.m.

2

(prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
          January 22, 2008

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                          FLOM LLP

                                        By: _/s/ John Wm. Butler, Jr._____
                                            John Wm. Butler, Jr. (JB 4711)
                                            John K. Lyons (JL 4951)
                                            Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700

                                            Kayalyn A. Marafioti (KM 9632)
                                            Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                            Debtors and Debtors-in-Possession