SIMON, STELLA & ZINGAS, P.C.
Stephen P. Stella (P33351) (Admitted Pro Hac Vice)
attorneystella@sszpc.com
422 W. Congress, Ste. 400
Detroit, MI 48226
(313) 962-6400

Attorneys for Motor City Electric

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al

Chapter 11
Case No. 05-44481(RDD)
Jointly Administered
Hon. Robert E. Drain

_____/

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Stephen P. Stella, a member in good standing of the bar in the State of Michigan and the United States District Court for the Eastern District of Michigan, respectfully, request admission, *pro hac vice*, before the Honorable Robert E. Drain, to represent Motor City Electric in the above-captioned Chapter 11 case and any related adversary proceedings that may be commenced. The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Mailing address:     Simon, Stella & Zingas, P.C.
                     422 W. Congress, Ste. 400
                     Detroit, MI 48226

E-mail address:      attorneystella@sszpc.com

Telephone number:    (313) 962-6400 Ext. 225
Facsimile number:    (313) 963-4614

Dated: January 16, 2008

_____
STEPHEN P. STELLA  P33351