UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
Delphi Corporation, et al.,
)
) Chapter 11
)
) Case No. 05-44481 (RDD)
)
Debtors ) Jointly Administered
)
)

RESPONSE OF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO
DEBTOR'S OMNIBUS OBJECTION TO CLAIMS

**Now Comes** the U.S. Equal Employment Opportunity Commission ("EEOC") a federal agency of the United States of America, and for its response to Debtor's Omnibus Objection, respectfully states as follows:

1. On October 8 and 14, 2005 (the Petition Dates), Delphi Corporation and certain of its subsidiaries and affiliates (the Debtors) filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Section 1107(a) and 1108 of the Bankruptcy Code. The Court has ordered joint administration of these cases.

2. On April 12, 2006, this Court entered an Order establishing July 31, 2006 as the Bar Date for proofs of claim to be filed in this action.

3. EEOC filed its first Proof of Claim by the aforementioned bar date.

4. EEOC filed a second proof of claim on or about November 14, 2007.

5. The Debtor has filed an Omnibus Claim objecting to the claim of the EEOC. The EEOC and the debtor have tentatively resolved their differences related to claims filed by EEOC in the U.S. District Court for the Northern District of Ohio, E.D. Case No. 3:06CV0680. The parties contemplate that the resolution of these claims will be effectuated by the entry of a Consent Decree executed by Judge David Katz of the U.S. District Court. Accordingly, the Debtors and EEOC have tentatively settled their claims which settlement will be memorialized in a Joint Stipulation and Agreed Order Compromising and Allowing the Claims and other claims filed by EEOC against the Debtor. The parties contemplate that once the Joint Stipulation is entered by the Bankruptcy Court, EEOC will withdraw this Response. Until the Joint Stipulation is entered, EEOC reserves all rights vested in a federal agency in a bankruptcy action and hereby seeks to protect its interests in connection with all objections to its claims.

## CONCLUSION

6. For the reasons set forth above, EEOC respectfully requests that this Court adjourn the hearing as to the claims filed by EEOC until the parties execute the settlement of the claims referred to herein.

Donna L. Williams-Alexander (0037838)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Cleveland Field Office
Anthony J. Celebrezze Building
1240 East Ninth Street, Suite 3001
Cleveland, Ohio 44199
(216) 522-7454
(216) 522-7430 fax
Donna.williams-alexander@eeoc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of EEOC's Response to Debtor's Omnibus Objection was served by Regular U.S. Mail to the following counsel of record:

Joseph N. Wharton
Skadden, Arps, Slate, Meagher, & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606-1285

Jonathon B. Allison
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202
Jon.allison@dinslaw.com

_Donna L. Williams-Alexander_
Donna L. Williams-Alexander