1    **HEBERT SCHENK, P.C.**
     4742 North 24th Street, Suite 100
2    Phoenix, Arizona 85016
     Telephone: (602) 248-8203
3    Facsimile: (602) 248-8840

4    **Barbara Lee Caldwell – SBN 003246**
     Attorneys for Maricopa County Treasurer



5

6                  **UNITED STATES BANKRUPTCY COURT**

7              **FOR THE SOUTHERN DISTRICT OF NEW YORK**

8    In Re:                            | Chapter 11

9    DELPHI CORPORATION, et al.,       | Case No. 05-44481-RDD

10                      Debtor.        | (Jointly Administered)

11

12

13   **WITHDRAWAL OF MARICOPA COUNTY TREASURER'S NOTICE OF
     PERFECTED LIEN AND OBJECTION TO THE EXPEDITED MOTION FOR ORDERS**
14   **UNDER 11 U.S.C. §§ 363, 365, AND 1146 AND FED. R. BANKR. P. 2002, 6004, 6006, AND
     9014 (A)(I) APPROVING BIDDING PROCEDURES, (II) GRANTING CERTAIN BID**
15   **PROTECTIONS, (III) APPROVING FORM AND MANNER OF SALE NOTICES, AND
     (IV) SETTING SALE HEARING DATE, (B) AUTHORIZING AND APPROVING (I)**
16   **SALE OF CERTAIN OF DEBTORS' ASSETS COMPRISING SUBSTANTIALLY ALL
     ASSETS PRIMARILY USED IN DEBTORS' STEERING AND HALFSHAFT BUSINESS**
17   **FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) ASSUMPTION
     AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED**
18   **LEASES, AND (III) ASSUMPTION OF CERTAIN LIABILITIES, AND (C)
     AUTHORIZING AND APPROVING TRANSACTION FACILITATION AGREEMENT**
19   **("STEERING SALE MOTION") (Docket 11390)**

20

21          Maricopa County Treasurer, by and through its attorney undersigned, hereby

     withdraws its Objection to Expedited Motion for Orders Under 11 U.S.C. §§ 363, 365, and 1146
22
     and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A)(I) Approving Bidding Procedures, (II)
23
     Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV)
24
     Setting Sale Hearing Date, (B) Authorizing and Approving (I) Sale of Certain of Debtors' Assets
25
     Comprising Substantially All Assets Primarily Used in Debtors' Steering and Halfshaft Business

Free and Clear of Liens, Claims, and Encumbrances, (II) Assumption and Assignment of Certain

Executory Contracts and Unexpired Leases, and (III) Assumption of Certain Liabilities, and (C)

Authorizing and Approving Transaction Facilitation Agreement ("Steering Sale Motion").filed

on January 8, 2008 at Docket No. 11813 in the above-entitled matter based on the representation

from counsel of the Debtors that no property located in Maricopa County is being sold.


RESPECTFULLY SUBMITTED this _16_ day of _January_ 2008.


HEBERT SCHENK, P.C.

By _Barbara Lee Caldwell_
Barbara Lee Caldwell,
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203
Attorney for Maricopa County Treasurer


A copy of the foregoing mailed this
_16_ day of _January_, 2008, to:

Clerk, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
*http://ecf.nysb.uscourts.gov*

Copies of the foregoing mailed this
_16_ day of January, 2008, to:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attorneys for Delphi Corporation

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attorneys for Delphi Corporation

U.S. Trustee
United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

By: _____