

* Galvanized Water Tanks
* Black Tanks
* Solar Tanks
* Range Boilers
* Hot Water Tanks
* ASME Code Tanks
* Stainless Steel Tanks

* Custom Galvanizing
* Production Welding
* Steel & Aluminum Stampings
* Special Purpose Tanks

545 NO. KRUEGER STREET
P.O. BOX 338
KENDALLVILLE, INDIANA 46755-0338
Phone (260) 347-3850
FAX (260) 347-3853
www.quicktanks.com

CERTIFIED MAIL #7005 3110 0004 1594 3139

January 18, 2008

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN OFFICE
ONE BOWLING GREEN
NEW YORK, NY  10004

RE:  CASE NO 05-44481
Delphi Bankruptcy Case

Gentlemen:



Please remove our name from the above listing as a creditor in this bankruptcy case. Delphi does not owe our Quick Tanks, Inc. any money and we do not wish to receive future mailings regarding this case.

If it is not possible to remove us from the mailings, please do not forward to the office of Bose, McKinney & Evans but mail to QUICK TANKS, INC. – PO Box 338 – Kendallville, IN  46755.  We have not retained Bose, McKinney & Evans on the case as we are not affected.

Thanks in advance for removing us from the mailings!

Very truly yours,

QUICK TANKS, INC.

Thomas R. Quick
President

Since 1950 - Engineering, Quality Our Only Business