SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :
In re                 :   Chapter 11
                    :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                    :
            Debtor.   :   (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE  TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

Connection With Sale Of Steering And Halfshaft Business (the "Bidding Procedures Order")

entered by the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") on December 21, 2007, Delphi Corporation ("Delphi") and certain of its

affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the

"Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement (the

"Agreement") with Steering Solutions Corporation and certain of its affiliates (the "Buyers")

for the purchase of substantially all of the assets primarily used in the steering and halfshaft

business of Delphi (the "Steering Business").

  2. Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Pre-Petition Contracts") and assign the postpetition contracts (the "Post-Petition

Contracts") listed on Exhibit 1 hereto to the Buyers at the hearing to be held at 10:00 a.m.

(prevailing Eastern time) on February 21, 2008 (the "Sale Hearing") before the Honorable

Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 610, New York, New York

10004.

  3. To the extent that the Selling Debtor Entities do not receive additional

Qualified Bids, the Selling Debtor Entities shall have the right, at their election, to seek an

earlier Sale Hearing (the "Earlier Sale Hearing"); provided, however, that if the Selling

Debtor Entities seek approval of the Sale at the Earlier Sale Hearing, the Selling Debtors shall

serve those parties receiving notice of the Sale under paragraphs 12(a) and (d) of the Bidding

---

[1] Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC,
Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holdings), Inc.
Certain assets will be sold under the Agreement by non-Debtor affiliates of the Selling Debtor Entities
listed on Schedule 1 to the Agreement. The Selling Debtor Entities and the selling non-Debtor
affiliates are collectively referred to as the "Sellers."

Procedures Order with a notice of the Earlier Sale Hearing on or before 20 days prior to the

Earlier Sale Hearing and allow any such party to file an objection to the Sale no later than

seven days prior to the Earlier Sale Hearing.

    4.  Objections, if any, to the assumption and assignment of a Pre-Petition

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Ninth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered October 19, 2007 (Docket No. 10661)

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so that it is actually received within ten days

after the date of this notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons, Ron E. Meisler, and Brian M. Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii) counsel for the Buyers, Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017 (Att'n: Richard L. Wynne), and (ix) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

5.      If an objection to the assumption and assignment of a Pre-Petition Contract is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no objection is timely received, the non-Debtor party to the Pre-Petition Contract will be deemed to have consented to the assumption and assignment of the Pre-Petition Contract to the Buyers and will be forever barred from asserting any other claims, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Pre-Petition Contract, against the Selling Debtor Entities or the Buyers, or the property of either of them.

6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance of future performance that the Cure Amount set forth in the Cure Notice will be paid in accordance

with the terms of the Sale Approval Order.  Further, there is adequate assurance of the

Buyers' future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Buyers.

7.    In the event that the Selling Debtor Entities emerge from these chapter 11

cases prior to the closing of the Sale, then the Pre-Petition Contracts listed on Exhibit 1 would

not be assumed under the Sale Approval Order.  Instead, the Pre-Petition Contracts listed on

Exhibit 1 would be assumed pursuant to the Debtors' plan of reorganization (the "Plan"), and any

cure amounts would be paid in accordance with the confirmed Plan.  Even if the Pre-Petition

Contracts listed on Exhibit 1 are assumed pursuant to the Debtors' Plan, the Selling Debtor

Entities would assign such contracts to the Buyers under the terms of the order approving the

sale of the Steering Business.

8.    Prior to the Closing Date, the Selling Debtor Entities may revise their

decision with respect to the assumption and/or assignment of any Pre-Petition Contract or

Post-Petition Contract and provide a new notice amending the information provided in this

notice.

Dated:  New York, New York
        January 23, 2008

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:       /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

            - and -

By:       /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT 1

3D PRECISION TOOL INC
3D PRECISION TOOL INC
2963 E MILLER RD
FAIRVIEW, MI 48621-9702

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450525752, 450525750 |

# EXHIBIT 1

3D PRECISION TOOL INC
Larry Dillar
2963 E MILLER RD
FAIRVIEW, MI 48621-9702

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450455524 |

# EXHIBIT 1

A J ROSE MANUFACTURING CO EFT
ROSE, AJ MFG CO INC
1355 MOORE RD
AVON, OH 44011

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5713 |

# EXHIBIT 1

A-3 ACQUISITION CORP
Michael Kopak
309 OSWALD AVE
BATAVIA, IL 60510-9321

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450511082 |

# EXHIBIT 1

ABC FLEXIBLE ENGINEERED PRODS
ABC FLEXIBLE ENGINEERED PRODUCTS
100 RONSON DR
REXDALE, ON M9W 1B6
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4900, SAG90I4899 |

# EXHIBIT 1

ABC PLASTIC MOULDING
ABC GROUP INC
ABC PLASTICS MOULDING
3325 ORLANDO DR
MISSISSAUGA, ON L4V 1C5
CA

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6333 |

# EXHIBIT 1

ABC PLASTIC MOULDING ORLANDO EFT
ABC PLASTICS MOULDING
3325 ORLANDO DR
MISSISSAUGA, ON L4V 1C5
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4162 |

# EXHIBIT 1

ACADIA POLYMERS
PARKER HANNIFIN CORPORATION
PARKER HANNIFIN CORPORATION
10625 BEAUDIN BLVD
WOODRIDGE, IL 60517

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6363 |

# EXHIBIT 1

ACCESS ELECTRONICS INC EFT
ACCESS ELECTRONICS INC
4190 GROVE AVE
GURNEE, IL 60031

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5019 |

# EXHIBIT 1

ACCURATE THREADED FASTENERS INC
ATF INC
ATF INC
3550 W PRATT AVE
LINCOLNWOOD, IL 60712-3798



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I5800, 90I6128, 90I6374 |

# EXHIBIT 1

ACRA INC % OLDFORD & ASSOCIATES
ACRA INC
ACRA INC
2525 AERO PARK DR
TRAVERSE CITY, MI 49686

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I5948 |

# EXHIBIT 1

ACRA INC % OLDFORD & ASSOCIATES
ACRA INC
ACRA INC C/O OLDFORD & ASSOCIATES INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6185 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4993, SAG90I5694, SAG90I5395, SAG90I2890, SAG90I0302 |

# EXHIBIT 1

ACUTECH INDUSTRIES INC
Sid Pillars
2736 PRODUCT DR
ROCHESTER HILLS, MI 48309-3711



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460015130, 460009828, 450457475 |

# EXHIBIT 1

Adam Opel AG
Attn Director of Finance
Friedrich Lutzmann Ring
Russelsheim, - D 65423
Federal Republic of Germany

| Contract to be assumed and/or assigned: |
| :---: |
| Technology License Agreement between Delphi Technologies, Inc. and Adam Opel AG effective January 1, 2002 |

# EXHIBIT 1

ADAM OPEL GMBH
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1NWG0000, 1Z000025, VCF0004, VCF0007, VCF0008, VCF0009, VCF000B, X0VCF0005, X1Z000026 |

# EXHIBIT 1

ADAM OPEL GMBH
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1Z000009, 1Z00000D, 1Z000024, VCF0000, X0VCH0000, X0VCH0002, X0VCH0004, X0VCH0005, X0VCH0007, X0VCH0008, X0VCH000B, X1Z000009, X1Z000024, X1Z00026, X2300000X, XOVCH0007 |

# EXHIBIT 1

ADAMS OIL ENTERPRISES INC
7030 EAST ST
SAGINAW, MI 48601-9724

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5755, 90I5756 |

# EXHIBIT 1

ADELL PLASTICS INC
ADELL PLASTICS (DISC) INC
ADELL PLASTICS (DISC) INC
4530 ANNAPOLIS RD
BALTIMORE, MD 21227-4899

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6080 |

# EXHIBIT 1

ADVANCE ENGINEERING COMPANY
ADVANCE ENGINEERING CO
12025 DIXIE RD
REDFORD, MI 48239

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6287 |

# EXHIBIT 1

ADVANCED ELASTOMER SYSTEMS LP
388 S MAIN ST STE 600
AKRON, OH 44311

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I0378 |

# EXHIBIT 1

ADVANCED ELASTOMER SYSTEMS LP.
Judy A. Deutshman
388 S MAIN ST
AKRON, OH 44311

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0378 |

# EXHIBIT 1

Advanced Precision Manufacturing
JIM CAUDLE
4911 MORRE MILL ROAD
HUNTSVILLE, AL 35811

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460007002 |

# EXHIBIT 1

AGAPE PLASTICS INC
AGAPE PLASTICS INC
11474 1ST AVE NW
GRAND RAPIDS, MI 49534

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6111, 90I5808, 90I6118 |

# EXHIBIT 1

AGAPE PLASTICS INC EFT
AGAPE PLASTICS INC
11474 1ST AVE NW
GRAND RAPIDS, MI 49534

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3602, SAG90I4983 |

# EXHIBIT 1

AGES SPA
AGES SPA
via Trinita 80
Santena, TO 10026
IT

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6180, 90I5835 |

# EXHIBIT 1

AI SHREVEPORT LLC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 51230015 |

# EXHIBIT 1

Air Products and Chemicals, Inc.
P.O. Box 538
Allentown, PA 18105

| Contract to be assumed and/or assigned: |
| :---: |
| License Agreement between General Motors Corporation and Air Products and Chemicals, Inc dated January 21, 1986; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 19, 1998 |

# EXHIBIT 1

Air Products and Chemicals, Inc.
P.O. Box 538
Allentown, PA 18105

| **Contract to be assumed and/or assigned:** |
|---|
| License Agreement between General Motors Corporation and Air Products and Chemicals, Inc. dated June 29, 1977, Amendment dated December 16, 1986 (for Nitrogen Plant) |

# EXHIBIT 1

Alabama Incentives Financing Authority
Attn: Dr. Henry C. Mabry, III Director of Finance
State Capitol Complex, N-105
600 Dexter Avenue
Montgomery, AL 36130



| Contract to be assumed and/or assigned: |
| --- |
| Project Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama |

# EXHIBIT 1

Alabama Incentives Financing Authority
Attn: Dr. Henry C. Mabry, III Director of Finance
State Capitol Complex, N-105
600 Dexter Avenue
Montgomery, AL 36130



| **Contract to be assumed and/or assigned:** |
|---|
| Reciprocal Utility and Access Easement Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama |

# EXHIBIT 1

ALCON INDUSTRIES INC
ALCON INDUSTRIES INC
7990 Baker Ave
CLEVELAND, OH 44102

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450474117 |

# EXHIBIT 1

ALCONA TOOL & MACHINE INC EFT
ALCONA TOOL & MACHINE INC
PO Box 340
LINCOLN, MI 48742

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0996 |

# EXHIBIT 1

ALEMITE CORPORATION EFT
ALEMITE LLC
1057 521 CORPORATE CTR DR STE 100
FORT MILL, SC 29715

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1616 |

# EXHIBIT 1

ALGAT INDUSTRIE SRL
CASTI SPA
STRADA CORIO 17/A
SAN CARLO CANAVESE, TO 10070
IT

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6076 |

# EXHIBIT 1

ALKEN ZIEGLER INC EFT
ALKEN-ZIEGLER INC
406 S PARK DR
KALKASKA, MI 49646

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5714, SAG90I0254 |

# EXHIBIT 1

ALLAN TOOL & MACHINE CO EFT INC
ALLAN TOOL & MACHINE CO INC.
1822 E MAPLE RD
TROY, MI 48083-4240

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4767, SAG90I0793 |

# EXHIBIT 1

Allegro Microsystems Inc
20929 Kline Drive
Clinton Township, MI 48038

| **Contract to be assumed and/or assigned:** |
| --- |
| Mutual Confidentiality Agreement between Delphi Corporation and Allegro Microsystems, Inc. dated October 14, 2003 |

# EXHIBIT 1

ALLIANCE PLASTICS % RWP KINSALE
BUNZL PLC
ALLIANCE PLASTICS C/O RWP KINSALE ENGINEERED PRODUCTS
27275 HAGGERTY RD STE 500
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6295 |

# EXHIBIT 1

ALLIANCE PLASTICS % RWP KINSALE
Fil Holdings Corp
27275 HAGGERTY RD STE 500
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6238 |

# EXHIBIT 1

ALLIANCE PLASTICS EFT
ALLIANCE PLASTICS
27275 HAGGERTY RD STE 500
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4387, SAG90I5668 |

# EXHIBIT 1

Allied Supply Co Inc
3205 10th Ave SW
Huntsville, AL 35805-4027

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460015705 |

# EXHIBIT 1

Allied Supply Co Inc
Allied Supply Co Inc
3205 10th Ave SW
Huntsville, AL 35805-4027

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450450986 |

# EXHIBIT 1

ALLIED TOOL & MACHINE CO
Fred Becker
PO BOX 1407
SAGINAW, MI 48605-1407



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450457486, 450490518, 450515962, 450503422, 450527642 |

# EXHIBIT 1

ALLOY ENGINEERING & CASTING COMPANY
ALLOY ENGINEERING & CASTING COMPANY
1700 W WASHINGTON ST
CHAMPAIGN, IL 61821

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450474120, 450474119 |

# EXHIBIT 1

ALLWAYS PRECISION INC
Harry Dietz
14001 S VAN DYKE RD
PLAINFIELD, IL 60544

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450531542 |

# EXHIBIT 1

ALPHA TECHNOLOGY CORP EFT
ALPHA TECHNOLOGY CORPORATION
251 MASON RD
HOWELL, MI 48843-2533

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0878 |

# EXHIBIT 1

ALPHA TECHNOLOGY CORPORATION
251 MASON RD
HOWELL, MI 48843-2533

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I0212 |

# EXHIBIT 1

ALPHA TECHNOLOGY CORPORATION
Dean Shepard
251 MASON RD PO BOX 168
HOWELL, MI 48844

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0212 |

# EXHIBIT 1

ALPHABET INC EFT NIA DIV
STONERIDGE INC
28001 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4428 |

# EXHIBIT 1

ALPS AUTOMOTIVE
ALPS ELECTRIC CO LTD
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5802 |

# EXHIBIT 1

ALPS AUTOMOTIVE
ALPS ELECTRIC CO LTD
ALPS ELECTRIC CO LTD
6-3-36, FURUKAWANAKAZATO
OSAKI, 04 9896143
JP

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5747, 90I5746 |

# EXHIBIT 1

Alps Automotive Inc
1500 Atlantic Blvd
Auburn Hills, MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Binding Letter of Intent between Delphi Automotive Systems LLC and Alps Automotive, Inc. dated January 18, 2006 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0507, SAG90I5701, SAG90I5698, SAG90I5697, SAG90I5557, SAG90I5523, SAG90I5304 |

# EXHIBIT 1

ALPS ELECTRIC (USA) INC
30 LAS COLINAS LN
SAN JOSE, CA 95119

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3288, 90I5647 |

# EXHIBIT 1

ALPS ELECTRIC INC
Charity Glenn
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5647, 90I3288 |

# EXHIBIT 1

AM GENERAL CORP
JACK ROSENBLAD M&M KNOPF
12200 HUBBARD RD
PO BOX 3330
LIVONIA, MI 48151-3330



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) COMP27391, COMP27803 |

# EXHIBIT 1

AMCAN CASTINGS LTD EFT
AMCAN CONSOLIDATED TECHNOLOGIES
11528 S SAGINAW ST STE 201
GRAND BLANC, MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5555, SAG90I3955 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I3417, SAG90I2815, SAG90I5386, SAG90I5218, SAG90I4657 |

# EXHIBIT 1

AMERICAN AIKOKU INC
AIKOKU ALPHA CORP
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6283 |

# EXHIBIT 1

AMERICAN AIKOKU INC
AIKOKU ALPHA CORP
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6086 |

# EXHIBIT 1

AMERICAN AXLE & MANUFACTURING
DOUG SIMOES PRODUCTION BUYER
2965 TECHNOLOGY DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 266701, 267418 |

# EXHIBIT 1

American Axle & Manufacturing Inc
One Dauch Drive
Detroit, MI 48211-1198

| Contract to be assumed and/or assigned: |
| :---: |
| Mutual Confidential Disclosure Agreement between American Axle & Manufacturing, Inc. and Delphi Automotive Systems LLC dated August 30, 2004 |

# EXHIBIT 1

American Axle & Manufacturing Inc
One Dauch Drive
Detroit, MI 48211-1198

| Contract to be assumed and/or assigned: |
|:---:|
| Mutual Confidential Disclosure Agreement between American Axle & Manufacturing, Inc. and Delphi Automotive Systems LLC dated August 30, 2004 |

# EXHIBIT 1

AMERICAN AXLE & MFG INC
DOUG SIMOES PRODUCTION BUYER
1840 HOLBROOK AVE
DETROIT, MI 48212

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 267418 |

# EXHIBIT 1

AMERICAN KEEPER CORP EFT
AMERICAN KEEPER CORP
3300 S COMMERCE DR
NEW CASTLE, IN 47362

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5160 |

# EXHIBIT 1

AMERICAN KEEPER CORPORATION
KEEPER CO LTD
AMERICAN KEEPER CORP
3300 S COMMERCE DR
NEW CASTLE, IN 47362

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5934, 90I6193 |

# EXHIBIT 1

AMERICAN PRODUCTS
PICUT INDUSTRIES INC
AMERICAN PRODUCTS CO INC
610 RAHWAY AVE
UNION, NJ 07083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5920, 90I5917 |

# EXHIBIT 1

AMERICAN PRODUCTS CO INC EFT
AMERICAN PRODUCTS CO INC
610 RAHWAY AVE
UNION, NJ 07083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5247 |

# EXHIBIT 1

AMERICAN/JEBCO CORPORATION
AMERICAN JEBCO CORP
11330 MELROSE AVE
FRANKLIN PARK, IL 60131

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1685 |

# EXHIBIT 1

AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS, OH 44221-3309

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I0676 |

# EXHIBIT 1

AMERICHEM INC
Brian Kannel
155 E STEEL CORNERS RD
CUYAHOGA FALLS, OH 44224

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0676 |

# EXHIBIT 1

AMES REESE
AMES REESE INC
AMES REESE, INC
2575 OLD PHILADELPHIA PIKE
BIRD IN HAND, PA 17505

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6138 |

# EXHIBIT 1

AMES RUBBER CORPORATION EFT
AMES RUBBER CORPORATION
PO Box 15240
NEWARK, NJ 07192

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0677 |

# EXHIBIT 1

AMG INDUSTRIES INC EFT
AMG INDUSTRIES
24000 GREATER MACK
SAINT CLAIR SHORES, MI 48080

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0300 |

# EXHIBIT 1

AMI EFT
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5298, SAG90I5367 |

# EXHIBIT 1

AMI INDUSTRIES INC
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I5965, 90I5964 |

# EXHIBIT 1

AMTEC PRECISION PRODUCTS EFTINC
AMTEC PRECISION PRODUCTS INC
1875 HOLMES RD
ELGIN, IL 60123-1298

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3810 |

# EXHIBIT 1

ANDERSON COOK INC
ANDERSON-COOK INC
44785 MACOMB INDUSTRIAL DR
CLINTON TOWNSHIP, MI 48036-1147

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450488706 |

# EXHIBIT 1

ANDERSON COOK INC
Craig Everlove
44785 MACOMB INDUSTRIAL DR
CLINTON TOWNSHIP, MI 48036-1147

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450488707 |

# EXHIBIT 1

ANDROID INDUSTRIES KY LLC NA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 80003127 |

# EXHIBIT 1

ANN ARBOR MACHINE CO
Bruce Swart
5800 SIBLEY RD
CHELSEA, MI 48118-1262

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450484797 |

# EXHIBIT 1

A-OK CONTROLS ENGINEERING INC
Phil Robertson
4375 E HOLLAND RD
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450445720, 450442318 |

# EXHIBIT 1

A-OK CONTROLS ENGINEERING INC
UTICA ENTERPRISES INC
Phil Robertson
4375 E HOLLAND RD
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 460015134, 460010119 |

# EXHIBIT 1

APLICACIONES DE METALES EFT
APLICACIONES DE METALES SINTERIZADO
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT, 08 08980
ES

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5385 |

# EXHIBIT 1

APPLIED PROCESS INC
12238 NEWBURGH RD
LIVONIA, MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0149, 90I1387 |

# EXHIBIT 1

APPLIED PROCESS INC
Steve Hill
12238 NEWBURGH RD
LIVONIA, MI 48150

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I1387, 90I0149 |

# EXHIBIT 1

ARCTIC CAT INC
JACK ROSENBLAD SALES MANAGER M&M KNOPF
601 BROOKS AVE SOUTH
THIEF RIVER FALL, MN 56701



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 60051257, 60051259, 60051260, 60051261, 60056010 |

# EXHIBIT 1

ARCTIC CAT INC
JACK ROSENBLAD SALES MANAGER M&M KNOPF
601 BROOKS AVE SOUTH
THIEF RIVER FALL, MN 56701

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 60044545, 60050268 |

# EXHIBIT 1

ARGOMM S P A
ARGOMM SPA
VIA CAMOZZI 22
VILLONGO, IT 24060
IT

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5429 |

# EXHIBIT 1

ARGOMM SPA
ARGOMM SPA
VIA CAMOZZI 22
VILLONGO, IT 24060
IT

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6178 |

# EXHIBIT 1

ARGUS SERVICE CORPORATION
C. Claudia
PO BOX 130
CHESTERFIELD, MI 48047-0130

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450483956 |

# EXHIBIT 1

ARIES ENGINEERING CO INC
Todd Brieschke
130 ARIES DR
DUNDEE, MI 48131-9694



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450530440, 450527650 |

# EXHIBIT 1

ARK-LES CORPORATION
Martin Foxworthy
3400 YOUNKERS RD
RALEIGH, NC 27604

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3163 |

# EXHIBIT 1

ARK-LES CORPORATION.
95 MILL ST
STOUGHTON, MA 02072

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3163 |

# EXHIBIT 1

ARNOLD CENTER INC
400 WEXFORD AVE
MIDLAND, MI 48640

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2982, 90I4221 |

# EXHIBIT 1

ARNOLD CENTER INC
Karen Nogaski
400 WEXFORD
MIDLAND, MI 48640



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4221, 90I2982 |

# EXHIBIT 1

ARNOLD CENTER INC
Mike Shea
400 WEXFORD AVE
MIDLAND, MI 48640

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450520308, 450517708, 450517707, 450517706, 450517705, 450517702, 450476338, 450484775, 450484772, 450491305, 450489196, 450438691 |

# EXHIBIT 1

ARNOLD CENTER, THE
ARNOLD CENTER INC
ARNOLD CENTER INC
400 WEXFORD AVE
MIDLAND, MI 48640

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6077 |

# EXHIBIT 1

ARNOLD TOOL & DIE INC
ARNOLD TOOL & DIE INC
48200 STRUCTURAL DR
CHESTERFIELD, MI 48051-2668

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5442 |

# EXHIBIT 1

ASC INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) S10615B, T35731A, T35731D |

# EXHIBIT 1

ASC INC COTTAGE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 16640000 |

# EXHIBIT 1

ASC INCORPORATED
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 37476P, 39170J, 39200D, 39924 |

# EXHIBIT 1

ASC INCORPORATED
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) S10483B |

# EXHIBIT 1

ASI (ASSEMBLY SYSTEMS INNOVATORS)
ASSEMBLY SYSTEMS INNOVATORS
ASSEMBLY SYSTEMS INNOVATORS
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5796, 90I5805, 90I5834 |

# EXHIBIT 1

ASIA FORGING SUPPLY CO LTD EFT
ASIA FORGING SUPPLY CO LTD
B1 207 SECTION 3 BEISHIN RD
SHINDIAN CITY TAIPEE, TW 23100
TW

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5035 |

# EXHIBIT 1

ASSEMBLY SYSTEMS EFT INNOVATORS LLC
ASSEMBLY SYSTEMS INNOVATORS
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5253 |

# EXHIBIT 1

ATF DESIGN SERVICES
3913 PINE RD
CARO, MI 48723

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450511545 |

# EXHIBIT 1

ATF INC EFT
ATF INC
3550 W PRATT AVE
LINCOLNWOOD, IL 60712-3798

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0576, SAG90I0401 |

# EXHIBIT 1

ATG PRECISION PRODUCTS EFT
ATG PRECISION PRODUCTS, INC
7545 N HAGGERTY RD
CANTON, MI 48187-2435

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0283 |

# EXHIBIT 1

ATHENS STATE COLLEGE INC
ATHENS STATE COLLEGE INC
300 N BEATY ST
ATHENS, AL 35611-1902

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450498615 |

# EXHIBIT 1

ATLAS PRESSED METALS
HPM INDUSTRIES INC
HPM INDUSTRIES INC
125 TOM MIX DR
DUBOIS, PA 15801

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I5971 |

# EXHIBIT 1

ATMOSPHERE ANNEALING INC
MAXCO INC
1801 BASSETT ST
LANSING, MI 48915-1567

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6025 |

# EXHIBIT 1

ATMOSPHERE HEAT TREATING INC
30760 CENTURY DR
WIXOM, MI 48393

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3400 |

# EXHIBIT 1

ATMOSPHERE HEAT TREATING INC
Jim Haase
30760 CENTURY DRIVE
WIXOM, MI 48393

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3400 |

# EXHIBIT 1

ATS AUTOMATION (SHANGHAI) CO LTD
Cavlin Chua
JINQIAO EXPORT PROCESSING ZONE
SHANGHAI, 020 201201
CN

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450502368 |

# EXHIBIT 1

ATS AUTOMATION TOOLING SYSTEMS INC
Doug Oler
250 ROYAL OAK RD
CAMBRIDGE, ON N3H 4R6
CA

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450442707 |

# EXHIBIT 1

ATTENTIVE INDUSTRIES INC EFT
ATTENTIVE INDUSTRIES INC
528 KELSO ST
FLINT, MI 48506

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1658 |

# EXHIBIT 1

AUSTIN TUBE PRODUCTS INC
5629 S FORMAN RD
BALDWIN, MI 49304

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0290, 90I3974 |

# EXHIBIT 1

AUSTIN TUBE PRODUCTS INC
Duane Overbeek
5629 S FORMAN RD PO BOX 1120
BALDWIN, MI 49304

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3974, 90I0290 |

# EXHIBIT 1

AUTO/CON CORP
Bill Schepke
18901 FIFTEEN MILE RD
CLINTON TOWNSHIP, MI 48035

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450524935, 450451693 |

# EXHIBIT 1

AUTOCAR LLC
PO BOX 190
551 S WASHINGTON ST
HAGERSTOWN, IN 47346

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) PRDP1163 |

# EXHIBIT 1

AUTOMATIC PRESS SRL
AUTO-MATIC PRESS PRODUCTS INC
402 N GLASPIE ST
OXFORD, MI 48371

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5450 |

# EXHIBIT 1

AUTOMATIC SPRING PRODUCTS EFT CORP
AUTOMATIC SPRING PRODUCTS CORP
803 TAYLOR AVE
GRAND HAVEN, MI 49417-2159

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1558, SAG90I2345, SAG90I0789 |

# EXHIBIT 1

AUTOMOTIVE PRODUCTS
HERB MORRISON FINANCE & LOGISTICS
NA
OLD WESTBURY, NY 11568-0153

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 5373, 5386, 5387, 5389, 5390 |

# EXHIBIT 1

B&B DESIGN INC
.Dale Carlson
PO BOX 305
GRAND HAVEN, MI 49417



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015129, 460009827 |

# EXHIBIT 1

B&B DESIGN INC
Dale Carlson
PO BOX 305
GRAND HAVEN, MI 49417



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460009827, 460015129 |

# EXHIBIT 1

B&B DESIGN INC
Dale Carlson.
PO BOX 305
GRAND HAVEN, MI 49417

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 460015129, 460009827 |

# EXHIBIT 1

BACHMAN TOOL & DIE
1111 4TH AVE NE
INDEPENDENCE, IA 50644

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5040 |

# EXHIBIT 1

BACHMAN TOOL & DIE
Leon Bachman
1111 4TH AVE NE PO BOX 189
INDEPENDENCE, IA 50644

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5040 |

# EXHIBIT 1

BAILEY MANUFACTURING CO EFT
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5250, SAG90I5170 |

# EXHIBIT 1

BAILEY MANUFACTURING COMPANY LLC
BAILEY MFG CO LLC
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6105 |

# EXHIBIT 1

BALDOMERO VENTURA SL
RALUR, SL
BALDOMERO VENTURA SL
CARRETERA VALLDORIOLF KM 0,245
LA ROCA DEL VALLES, 08 08430
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6284 |

# EXHIBIT 1

BASF CORP
PO Box 77917
DETROIT, MI 48277-0917

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5244, 90I5646 |

# EXHIBIT 1

BASF CORPORATION
Mary Lynn Bridge
1609 BIDDLE AVE
WYANDOTTE, MI 48192

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5646, 90I5244 |

# EXHIBIT 1

BATESVILLE TOOL & DIE INC
BTD MANUFACTURING INC
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6052, 90I6349 |

# EXHIBIT 1

Bay City Blue Print & Supply Compan
Account payable
608 Columbus Ave
Bay City, MI 48708-6486

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450425407 |

# EXHIBIT 1

Bay Industrial Finishing Inc
2632 Broadway St
BAY CITY, MI 48708-8402

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5670 |

# EXHIBIT 1

Bay Industrial Finishing Inc
Dave Grzegurczky
2632 BROADWAY ST
BAY CITY, MI 48708

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I5670 |

# EXHIBIT 1

BAYTECH INDUSTRIES INC
John Burke
820 BRIDGEVIEW N
SAGINAW, MI 48604

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460009637, 460015127 |

# EXHIBIT 1

BEI DUNCAN ELECTRONICS EFT
BEI SENSORS & SYSTEMS CO INC
170 TECHNOLOGY DR
IRVINE, CA 92618

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2713 |

# EXHIBIT 1

BEKAERT CORPORATION
BEKAERT CORP
E PINE & LAKE ST
ORRVILLE, OH 44667

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1465, SAG90I1205 |

# EXHIBIT 1

BELL ENGINEERING (EFT)
BELL ENGINEERING INC
BELL ENGINEERING, INC
735 S OUTER DRIVE
SAGINAW, MI 48601-6503

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6339 |

# EXHIBIT 1

Beltline Electric Motor Repair Inc
Beltline Electric Motor Repair Inc
520 Old Trinity Ln
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450435733, 450433335 |

# EXHIBIT 1

BENCHMARK INC
4660 13TH ST
WYANDOTTE, MI 48192-7007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3475 |

# EXHIBIT 1

BENCHMARK INC
Laura Martin
4660 13TH ST
WYANDOTTE, MI 48192

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3475 |

# EXHIBIT 1

BENCHMARK INC
Scott Werner
8468 RONDA DRIVE
CANTON, MI 48187

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3535 |

# EXHIBIT 1

BEND ALL AUTOMOTIVE
BEND ALL AUTOMOTIVE INCORPORATED
655 WAYDOM DR
AYR, ON N0B 1E0
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5850, 90I5864, 90I5881, 90I6183 |

# EXHIBIT 1

BENTELER AUTOMOTIVE CORP
MIKE STAVER BUYER
VENDOR 700217
1780 POND RUN
AUBURN HILLS, MI 48326



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 5500002228, 5500002361, 5500002737, 5500003014 |

# EXHIBIT 1

BENTELER AUTOMOTIVE CORP
MIKE STAVER BUYER
VENDOR 700217
1780 POND RUN
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5500001958 |

# EXHIBIT 1

BERGQUIST COMPANY, THE
BERGQUIST CO, THE
BERGQUIST CO, THE
18930 W 78TH ST
CHANHASSEN, MN 55317

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5882 |

# EXHIBIT 1

BHARAT FORGE AMERICA INC
BHARAT FORGE LTD
BHARAT FORGE AMERICA INC
2807 S MARTIN LUTHER KING JR BLVD
LANSING, MI 48910

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6078 |

# EXHIBIT 1

BI TECHNOLOGIES LTD
BI TECHNOLOGIES CORP
4200 BONITA PL
FULLERTON, CA 92835

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I4995 |

# EXHIBIT 1

BICAR SA DE CV
BICAR SA DE CV
ALEJANDRINA NO 6
TLALNEPANTLA, EM 54160
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6024 |

# EXHIBIT 1

BILLFORGE PRIVATE LIMITED
BILL FORGE PVT LTD
9C, HOSUR ROAD
BANGALORE, IN 560099
IN

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5325 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1200 WOODLAND ST
DETROIT, MI 48211

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4857 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2753, SAG90I1987, SAG90I1985, SAG90I1983, SAG90I3033 |

# EXHIBIT 1

BING STEEL INC
BING STEEL LLC
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6036 |

# EXHIBIT 1

BISHOP STEERING TECHNOLOGY INC
BISHOP TECHNOLOGY GROUP LTD
BISHOP STEERING TECHNOLOGY INC
8802 BASH ST STE A
INDIANAPOLIS, IN 46256

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5722 |

# EXHIBIT 1

Bishop Steering Technology Inc
8802 Bash Street
Suite A
Indianapolis, IN 46256 USA

| Contract to be assumed and/or assigned: |
|---|
| Mutual Non-Disclosure Agreement between Delphi Corporation and Bishop Steering Technology, Inc. dated May 31, 2005 |

# EXHIBIT 1

BLACK RIVER MANUFACTURING
BLACK RIVER MANUFACTURING INC.
BLACK RIVER MANUFACTURING INC
2625 20TH ST
PORT HURON, MI 48060

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6106 |

# EXHIBIT 1

BLACK RIVER MANUFACTURING EFTINC
BLACK RIVER MANUFACTURING INC.
2625 20TH ST
PORT HURON, MI 48060

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3465 |

# EXHIBIT 1

BLISSFIELD MANUFACTURING (EFT)
BLISSFIELD MANUFACTURING CO
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6147, 90I6145, 90I5902 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5537, SAG90I5535 |

# EXHIBIT 1

BLUE WATER AUTOMOTIVE EFT
BLUE WATER AUTOMOTIVE SYSTEMS INC
1515 BUSHA HWY
MARYSVILLE, MI 48040-1754

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5547, SAG90I4893 |

# EXHIBIT 1

BMB STEERING INNOVATION GMBH
BMB STEERING INNOVATION GMBH BMB STEERING INNOVATION
BARBARASTR 30
SCHOENEBECK, SA 39218
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6309 |

# EXHIBIT 1

BMW Technik GmbH
Munchen, - D 80788
Germany

| Contract to be assumed and/or assigned: |
|---|
| Development Contract between BMW Technik GmbH and Delphi Automotive Systems LLC dated December 15, 1999 |

# EXHIBIT 1

BMW Technik GmbH
Hanauer Strasse 46
Munchen, - D 80992
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Development Contract between BMW Technik GmbH and Delphi Automotive Systems LLC dated December 15, 1999 |

# EXHIBIT 1

BNL (USA) INC
PLASTICS CAPITAL LTD
56 LEONARD ST UNIT 5
FOXBORO, MA 02035

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6267 |

# EXHIBIT 1

BODYCOTE THERMAL PROCESSING INC
8468 RONDA DR
CANTON, MI 48187

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3535 |

# EXHIBIT 1

BORAMCO INC.
Mike Slisher
104 INDUSTRIAL PARK DR BOX 6
WALKERTON, IN 46574

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5045 |

# EXHIBIT 1

BOSCH CORP, ROBERT
BOSCH, ROBERT STIFTUNG GMBH
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5804 |

# EXHIBIT 1

BOSCH CORP, ROBERT
BOSCH, ROBERT STIFTUNG GMBH
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I6265 |

# EXHIBIT 1

BOURNS INC EFT
BOURNS INC
1200 COLUMBIA AVE
RIVERSIDE, CA 92507-2129

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I0515 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3793 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
Gso Capital Partners LP
BRAZING CONCEPTS LLC
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6250 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
Jason Tell
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I3793 |

# EXHIBIT 1

BRC RUBBER GROUP INC
BRC RUBBER & PLASTICS INC
589 S MAIN ST
CHURUBUSCO, IN 46723-2219

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6306 |

# EXHIBIT 1

BREHM PRAZISIONSTECHNIK GMBH
BREHM PRECISION TECHNICAL
1133 E MAPLE RD STE 201
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3343 |

# EXHIBIT 1

BREHM-PRAEZISIONSTECHNIK GMBH & CO
BOSCHSTR 1
ULM, BW 89079
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450457560 |

# EXHIBIT 1

BREMEN BEARINGS INC
PO BOX 43
SOUTH BEND, IN 46624

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4111 |

# EXHIBIT 1

BREMEN BEARINGS INC EFT
RBC PRECISION PRODUCTS INC
2928 GARY DR
PLYMOUTH, IN 46563



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I3386, SAG90I4075 |

# EXHIBIT 1

BRIGHTON TOOL & DIE CO EFT
BRIGHTON TOOL & DIE INC
735 N 2ND ST
BRIGHTON, MI 48116-1218

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0241 |

# EXHIBIT 1

BROENS INDUSTRIES PTY LTD
Stuart Corbett
20 WILLIAMSON RD
INGLEBURN, NS 2565
AU

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450497598, 450497597, 450497595, 450497590 |

# EXHIBIT 1

BROWN, DOUG PACKAGING PRODUCTS INC
Kim Crum
4223 EDGELAND AVE
ROYAL OAK, MI 48073

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015954 |

# EXHIBIT 1

BRUEL & KJAER NORTH AMERICA INC
2815 COLONNADES CT STE A
NORCROSS, GA 30071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450506613 |

# EXHIBIT 1

BUCK COMPANY INC
BUCK CO INC
897 LANCASTER PIKE
QUARRYVILLE, PA 17566

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1531 |

# EXHIBIT 1

Buckeye Custom Products Inc
Mr James Biafore Vice President Marketing & Sales C/O BI Sales Inc
1111 W Long Lake Rd Ste 102
PO Box 1259
Troy, MI 48099-1259

| Contract to be assumed and/or assigned: |
|---|
| Agreement between General Motors Corporation and Buckeye Custom Products dated January 26, 1989 |

# EXHIBIT 1

Buckeye Custom Products Inc
1085 Dearborn Dr
Columbus, OH 43085

| Contract to be assumed and/or assigned: |
|:---:|
| Agreement between General Motors Corporation and Buckeye Custom Products dated January 26, 1989 |

# EXHIBIT 1

BUEHLER PRODUCTS INC EFT
BUEHLER MOTOR INC
175 SOUTHPORT DR STE 900
MORRISVILLE, NC 27560-8285

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4931 |

# EXHIBIT 1

BULTEN AUTOMOTIVE GMBH
Finnveden Holding AB
FINNVEDEN BULTEN GMBH
INDUSTRIESTRASSE 20
BERGKAMEN, NW 59192
DE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5981 |

# EXHIBIT 1

BURKLAND INC
KING HOLDING CORPORATION
BURKLAND INC BURKLAND TEXTRON INC
6520 S STATE RD
GOODRICH, MI 48438

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6387 |

# EXHIBIT 1

BURKLAND TEXTRON INC
BURKLAND INC
6520 S STATE RD
GOODRICH, MI 48438

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0298 |

# EXHIBIT 1

BURR OAK TOOL & GAUGE CO
David C. Clark
PO BOX 338
STURGIS, MI 49091-0338

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450425713 |

# EXHIBIT 1

C & N MANUFACTURING INC
33722 JAMES J POMPO DR
FRASER, MI 48026-1645

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450456925 |

# EXHIBIT 1

C S BUSINESS SYSTEMS INC
PO BOX 1122
BUFFALO, NY 14240-1122

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450497606 |

# EXHIBIT 1

CADPO Inc
1490 W 121st Avenue Ste 201
Westminster, CO 80234

| Contract to be assumed and/or assigned: |
| :---: |
| License Agreement between Delphi Technologies, Inc. and CADPO, Inc. dated September 17, 2003 |

# EXHIBIT 1

CADVenture Inc
38883 Hodgson Rd
Willoughby, OH 44094

| Contract to be assumed and/or assigned: |
|---|
| License Agreement between Delphi Technologies, Inc. and CADVenture, Inc. dated July 15, 2004 |

# EXHIBIT 1

CAMBRON ENGINEERING
Basil Hall
3800 EAST WILDER RD
BAY CITY, MI 48706-2126

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450443022 |

# EXHIBIT 1

CAMCAR DE MEXICO
KING HOLDING CORPORATION
AV. ATENEA NO. 101 EDIF. 12 MOD. 1
SANTA CATARINA, NL 66350
MX

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6369 |

# EXHIBIT 1

CAMCAR DIV OF TEXTRON INC EFT
CAMCAR LLC
826 E MADISON ST
BELVIDERE, IL 61008-2364

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5561 |

# EXHIBIT 1

CAMCAR DIVISION OF TEXTRON EFTCANADA LTD
ACUMENT CANADA LTD
87 DISCO RD
TORONTO, ON M9W 1M3
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3982 |

# EXHIBIT 1

CAMCAR LLC BELVIDERE OPS
KING HOLDING CORPORATION
826 E MADISON ST
BELVIDERE, IL 61008-2364

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5911 |

# EXHIBIT 1

CAMCAR LLC BELVIDERE OPS
KING HOLDING CORPORATION
CAMCAR LLC
826 E MADISON ST
BELVIDERE, IL 61008-2364

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6356 |

# EXHIBIT 1

CAMCAR LLC DECORAH OPS
KING HOLDING CORPORATION
1302 KERR DR
DECORAH, IA 52101-2406

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5892 |

# EXHIBIT 1

CAMCAR LLC ROCHESTER OPS
KING HOLDING CORPORATION
826 E MADISON ST
BELVIDERE, IL 61008-2364

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5901 |

# EXHIBIT 1

CAMCAR LLC SPENCER OPS
KING HOLDING CORPORATION
502 INDUSTRY DR
SPENCER, TN 38585-8585

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5906 |

# EXHIBIT 1

CAMCAR LLC WYTHEVILLE OPS
KING HOLDING CORPORATION
345 E MARSHALL ST
WYTHEVILLE, VA 24382-3917

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5896 |

# EXHIBIT 1

CAMI AUTOMOTIVE INC SERVICE
BARRY MOMNEY PURCHASING BUYER
PO BOX 1005
INGERSOLL, ONTARIO N5C 4A6
CANADA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 16-041607, 23-060407, 31-073107 |

# EXHIBIT 1

CANON USA INC
1 CANON PLZ
NEW HYDE PARK, NY 11042-1119

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450448560 |

# EXHIBIT 1

CAOUTCHOUCS MODERNES
TOTAL SA
9 RUE DE L'EPINOY
GAMACHES, 80 80220
FR

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5789 |

# EXHIBIT 1

CAOUTCHOUCS MODERNES
TOTAL SA
CAOUTCHOUCS MODERNES CM
9 RUE DE L'EPINOY
GAMACHES, 80 80220
FR

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6300 |

# EXHIBIT 1

CAPLUGS LLC
PROTECTIVE INDUSTRIES INC
CAPLUGS LLC
2150 ELMWOOD AVE
BUFFALO, NY 14207-1984

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6233 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4933 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC
460 2ND ST
ELGIN, IL 60123

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4932 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC
Seth Gutkowski
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I4932, 90I4933 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC EFT
CAPSONIC AUTOMOTIVE INC
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4920, SAG90I5042 |

# EXHIBIT 1

CAPSTAN ATLANTIC EFTCAPSTAN INDUSTRIES INC
CAPSTAN INDUSTRIES INC
10 CUSHING DR
WRENTHAM, MA 02093

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5068 |

# EXHIBIT 1

CAPTIVA PACKAGING INC
1253 S WATER ST
SAGINAW, MI 48601-2560

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460010504 |

# EXHIBIT 1

CAPTIVA PACKAGING INC
Ken Fischer
1253 S WATER ST
SAGINAW, MI `

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460007020 |

# EXHIBIT 1

CAPTIVA PACKAGING INC
Ken Fischer
1253 S WATER ST
SAGINAW, MI 48601-2560

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460007020 |

# EXHIBIT 1

CARAUSTAR INDUSTRIAL & CONSUMER
Bob Isaacs
1301 S WHEELER ST
SAGINAW, MI 48602

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5032 |

# EXHIBIT 1

CARAUSTAR INDUSTRIAL & CONSUMER
SAGINAW TUBE PLT
1301 S. WHEELER ST
SAGINAW, MI 48602-1149

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5032 |

# EXHIBIT 1

CARAVAN/KNIGHT FACILITIES MGMT LLC
Brandon J Bordeaux
304 S NIAGARA ST
SAGINAW, MI 48602

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015061, 450517728, 450517726 |

# EXHIBIT 1

CARDINAL MACHINE CO
Brian Pennington
860 TACOMA CT
CLIO, MI 48420

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450474306 |

# EXHIBIT 1

CARLTON BATES
PANDUIT CORP
PANDUIT CORP
17301 RIDGELAND AVE
TINLEY PARK, IL 60477-3093



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6245 |

# EXHIBIT 1

CARLTON BATES
PANDUIT CORP
PANDUIT CORP
17301 RIDGELAND AVE
TINLEY PARK, IL 60477-3093



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6244 |

# EXHIBIT 1

CARPENTER TECHNOLOGY CORP EFT
CARPENTER TECHNOLOGY CORPORATION
PO Box 14662
READING, PA 19612-4662

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4342, SAG90I1979 |

# EXHIBIT 1

CARPLASTIC SA DE CV
PARQUE INDUSTRIAL MONTERREY
APODACA, NUEVO LEON 66600
MEX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) KR0594, KR9470, KS4344, MANUAL, XGY13A |

# EXHIBIT 1

CASTROL INDUSTRIAL NORTH AMERICA
BP PLC
150 W WARRENVILLE RD #605
NAPERVILLE, IL 60563

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6266 |

# EXHIBIT 1

CASTWELL PRODUCTS INC EFT
CITATION CORP
7800 N AUSTIN AVE
SKOKIE, IL 60077-2641

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2001 |

# EXHIBIT 1

CECH CORP
Hilde McDonald
3984 W CABARET TRL W
SAGINAW, MI 48603-2250



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450520312, 450520310, 450520316 |

# EXHIBIT 1

CECH CORP
Hlde McDonald
3984 W CABARET TRL W
SAGINAW, MI 48603-2250



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450520315, 450520320, 450520319, 450520318, 450520309, 450520305 |

# EXHIBIT 1

CENTENNIAL TECHNOLOGIES INC
Joe Hammis
1335 AGRICOLA RD
SAGINAW, MI 48604-9702

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450531548 |

# EXHIBIT 1

CENTERLESS REBUILDERS INC
Craig Washinski
PO BOX 480549
NEW HAVEN, MI 48048

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450434110 |

# EXHIBIT 1

CENTRAL SPRING INC
CENTRAL SPRING INC
39159 PASEO PADRE PKY STE 311
FREMONT, CA 94538

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0962 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO
Patrick Riffel
1825 RUST AVE
SAGINAW, MI 48601-2810



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450446952, 450529176, 450529174 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO
Patrick Riffel
2027 RUST AVE
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450455957, 450478729, 450478728, 450443322, 450442253, 450442252 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO EFT
CENTRAL WAREHOUSE CO
1825 RUST AVE
SAGINAW, MI 48601-2810

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5349 |

# EXHIBIT 1

CHICAGO MINIATURE LAMP (CANADA) INC
685 BAYVIEW DRIVE
BARRIE, ON L4N 9A5
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0435 |

# EXHIBIT 1

CHICAGO MINIATURE LAMP (CANADA) INC
June Pynn
151 JOHN ST PO BOX 14000
BARRIE, ON L4M 4V3
CANADA

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I0435 |

# EXHIBIT 1

CHICAGO RAWHIDE EFT SKF USA INC
SKF USA INC
46815 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4765, SAG90I2726 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
AB SKF
46815 PORT ST
PLYMOUTH, MI 48170



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5996, 90I6242, 90I6243 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
AB SKF
SKF USA INC
46815 PORT ST
PLYMOUTH, MI 48170



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6236, 90I6280, 90I6383 |

# EXHIBIT 1

China Aero Technology Import & Export Beijing Company
Attn Mr Li Jiancheng
67 Jiao Nan St
P O Box 33 16
Beijing, - -
China



| Contract to be assumed and/or assigned: |
|---|
| License Contract Model 700 Series Power Integral Gears between General Motors Corporation and China Aero Technology Import and Export Beijing Company and Yubei Machine Factory dated April 20, 1993 and July 9, 1993 |

# EXHIBIT 1

China Automotive Systems Inc
Henglong BLD
Huarzhong Software Park
Guanshan 1st Road
Wuhan City, Hubei Province -
China

| Contract to be assumed and/or assigned: |
| :---: |
| Proprietary Information Agreement (Mutual) between China Automotive Systems Inc and Delphi Automotive Systems LLC dated September 19, 2005 |

# EXHIBIT 1

China Automotive Systems Inc
Henglong BLD
Huarzhong Software Park
Guanshan 1st Road
Wuhan City, Hubei Province -
China

| Contract to be assumed and/or assigned: |
|---|
| Proprietary Information Agreement between China Automotive Systems Inc and Delphi Automotive Systems LLC dated September 19, 2005 |

# EXHIBIT 1

CHIRON AMERICA INC
Cris Taylor
10950 WITHERS COVE PARK DR
CHARLOTTE, NC 28278

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450442305 |

# EXHIBIT 1

CIE CELAYA SA DE CV EFT
CIE CELAYA SA DE CV
AV. NORTE CUATRO 100
CELAYA, GTO 38010
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5030 |

# EXHIBIT 1

CIE MECAUTO
INSTITUTO SECTORIAL DE PROMOCION Y
CALLE MENDIGORRITXU, 140
VITORIA-GASTEIZ, 01 01015
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6221 |

# EXHIBIT 1

CIE MECAUTO
INSTITUTO SECTORIAL DE PROMOCION Y
CALLE MENDIGORRITXU, 140
VITORIA-GASTEIZ, 01 01015
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6294 |

# EXHIBIT 1

CIE MECAUTO SA UNIPERSONAL EFT
CIE MECAUTO SA
CALLE MENDIGORRITXU, 140
VITORIA-GASTEIZ, 01 01015
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4945, SAG90I5711 |

# EXHIBIT 1

CIKAUTXO S COOP
CIKAUTXO SCL
CIKAUTXO SCL
BARRIO MAGDALENA 2 B
BERRIATUA, 48 48710
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6026 |

# EXHIBIT 1

City of Saginaw
City Clerks Office
1315 South Washington Ave.
Saginaw, MI 48601



| Contract to be assumed and/or assigned: |
| :---: |
| Amendatory Agreement between General Motors Corporation and City of Saginaw dated July 20, 1965 |

# EXHIBIT 1

CLARION SINTERED METALS EFT INC
CLARION SINTERED METALS INC
MONTMORENCI RD
RIDGWAY, PA 15853

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0646 |

# EXHIBIT 1

CLAUDEM
CLAUDEM
ZONE INDUSTRIELLE DU TONNELIER
BOUTIGNY PROUAIS, FR 28410
FR

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6168 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO
CLEVELAND DIE & MANUFACTURING CO
CLEVELAND DIE & MANUFACTURING CO
20303 FIRST ST
MIDDLEBURG HEIGHTS, OH 44130-2433

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6165 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO
CLEVELAND DIE & MANUFACTURING CO
CLEVELAND DIE & MANUFACTURING CO
20303 FIRST ST
MIDDLEBURG HEIGHTS, OH 44130-2433

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6108 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO EFT
CLEVELAND DIE & MANUFACTURING CO
20303 FIRST ST
MIDDLEBURG HEIGHTS, OH 44130-2433

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4707 |

# EXHIBIT 1

CNH INDUSTRIAL SA DE CV
ZONA INDUSTRIAL BENITO JUAREZ
QUERETARO, QRO 76130
MEX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) T7669, T7761 |

# EXHIBIT 1

COLD HEADING COMPANY EFT
COLD HEADING CO, THE
21777 HOOVER RD
WARREN, MI 48089

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1779 |

# EXHIBIT 1

COLFOR MANUFACTURING INC EFT
COLFOR MANUFACTURING INC
3255 ALLIANCE
MALVERN, OH 44644

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4059 |

# EXHIBIT 1

COLLINS & AIKMAN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 2672 |

# EXHIBIT 1

COLUMBIA INDUSTRIAL SALES EFT CORP
COLUMBIA ENGINEERED RUBBER INC
2501 THUNDERHAWK CT
DAYTON, OH 45414-3466

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5589 |

# EXHIBIT 1

COLUMBIA MARKING TOOLS INC
27430 LUCKINO DR
CHESTERFIELD, MI 48047

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450531540 |

# EXHIBIT 1

Combined Vehicle Technologies Inc
447 East Elmwood
Troy, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality and Nondisclosure Agreement between Combined Vehicle Technologies, Inc. and Delphi Corporation dated April 21, 2004 |

# EXHIBIT 1

COMMERCIAL EQUIPMENT CO INC
COMMERCIAL EQUIPMENT COMPANY
2859 WALKENT DR NW
GRAND RAPIDS, MI 49505-1400

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0450162917 |

# EXHIBIT 1

COMMERCIAL STEEL TREATING CORP
PO Box 276
TROY, MI 48099-0276

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0611 |

# EXHIBIT 1

COMMERCIAL STEEL TREATING CORP
Joe Bonfoey
31440 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0611 |

# EXHIBIT 1

Commercial Tool & Die Inc
Rick Burke
5351 Rusche Dr NW
COMSTOCK PARK, MI 49321

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450472289 |

# EXHIBIT 1

Compania Nacional de Direcciones
Automotrices S A de C V Managing Director
Calle Ave 2
Parque Industrial Cartajena
Tultitlan Estado de Mexico, - -



| Contract to be assumed and/or assigned: |
| :---: |
| Technical Information and Assistance Agreement between General Motors Corporation and Compania Nacional de Direcciones Automotrices, S.A. de C.V. dated October 29, 1986 |

# EXHIBIT 1

COMPONENTES DE AUTOMOCION RECYTEC
PG IND GOJAIN, C/SAN BARTOLOME 15
LEGUTIANO, 01 01170
ES

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450498970 |

# EXHIBIT 1

COMPONENTES Y CONJUNTOS
COMPONENTES Y CONJUNTOS SA
CALLE PARCELA 43 (P I GUARNIZO)
ASTILLERO, ES 39610
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5011 |

# EXHIBIT 1

COMPUTER ASSET MANAGEMENT CORP
PO BOX 111
LAKELAND, MI 48143

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450425844 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed and/or assigned: |
| :---: |
| Easement between Consumers Power and General Motors Corporation dated February 16, 1983 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed and/or assigned: |
| :---: |
| License Agreement between General Motors Corporation and Consumers Power Company dated February 25, 1965 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed and/or assigned: |
| --- |
| License Agreement between General Motors Corporation and Consumers Power Company dated September 15, 1977 |

# EXHIBIT 1

CONTECH DIV OF SPX
Marathon Automotive Group LLC
1650 KENDALE BLVD STE 100
EAST LANSING, MI 48823

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5848 |

# EXHIBIT 1

CONTECH DIV OF SPX
Marathon Automotive Group LLC
1650 KENDALE BLVD STE 100
EAST LANSING, MI 48823

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5942 |

# EXHIBIT 1

CONTECH DIV OF SPX
SPX CORPORATION
SPX CORP CONTECH METAL FORGE DIV
1650 KENDALE BLVD STE 100
EAST LANSING, MI 48823

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6289 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5588, SAG90I5613, SAG90I5532, SAG90I5531, SAG90I4326, SAG90I3778, SAG90I0756 |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC
COOPER
2650 N OPDYKE RD
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5598, 90I4888, 90I4864 |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC
Todd Kay
2650 OPDYKE RD PO BOX 217009
AUBURN HILLS, MI 48321

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4864, 90I4888, 90I5598 |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC.
FLUID HANDLING SYSTEMS DIVISION
2110 EXECUTIVE HILLS DR
AUBURN HILLS, MI 48326-2947

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0627 |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC.
Micheal Desrochers
2110 EXECUTIVE HILLS DR
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0627 |

# EXHIBIT 1

COORDINATE MEASUREMENT SPECIALISTS
Kathy Davis
46425 PEARY CT
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450515761 |

# EXHIBIT 1

CORPORATE WAREHOUSE SERVICES
CORPORATE WAREHOUSE SERVICES INC
CORPORATE WAREHOUSE SERVICES INC
2301 COMMERCE DR
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6126, 90I6319, 90I6135 |

# EXHIBIT 1

CORPORATE WAREHOUSE SERVICES INC
2301 COMMERCE DR
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460012543 |

# EXHIBIT 1

CORPORATE WAREHOUSE SERVICES INC
CORPORATE WAREHOUSE SERVICES INC
2301 COMMERCE DR
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450510284, 450429563, 450448284 |

# EXHIBIT 1

COYNE OIL CORP
914 W PICKARD RD
MOUNT PLEASANT, MI 48858

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I4366 |

# EXHIBIT 1

COYNE OIL CORP
Lynn Granger
914 W PICKARD RD PO BOX 9
MT PLEASANT, MI 48804

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4366 |

# EXHIBIT 1

CPR III INC
Charles Ring
380 SOUTH ST
ROCHESTER, MI 48307

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450504763, 450504762, 450504358 |

# EXHIBIT 1

Creform Corporation
PO BOX 830
Greer, SC 29651

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450448257 |

# EXHIBIT 1

CROWN AUTOMOTIVE SALES CO INC
PO BOX 607
MARSHFIELD, MA 02050-0607

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 30338, 31847, 31898 |

# EXHIBIT 1

CROWN GROUP INC, THE
133 DAVIS ST
PORTLAND, TN 37148-2031

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2931 |

# EXHIBIT 1

CROWN GROUP INC, THE
Rick Ringle
133 DAVIS STREET
PORTLAND, TN 37148

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2931 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0396, SAG90I3443, SAG90I4579, SAG90I5538, SAG90I5527, SAG90I5399, SAG90I4804, SAG90I4968 |

# EXHIBIT 1

CSM MANUFACTURING CORP%T BARR SALES
CAPITAL STAMPING & MACHINE INC
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5798 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated December 27, 1966 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated July 22, 1974 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated April 14, 1953 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed and/or assigned: |
|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated September 28, 1964 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| **Contract to be assumed and/or assigned:** |
| --- |
| Grant of Easement between The Chesapeake and Ohio Railway Company and General Motors Corporaton dated May 2, 1976 |

# EXHIBIT 1

CURTIS METAL FINISHING CO
6645 SIMS DR
STERLING HEIGHTS, MI 48313

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1194 |

# EXHIBIT 1

CURTIS METAL FINISHING CO
Brian P. Lowry
6645 SIMS DR
STERLING HTS, MI 48313

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I1194 |

# EXHIBIT 1

D & D Design/Alabama, Inc.
3113 Ivy Ave SW Ste D
Huntsville, AL 35805-4698

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460009729, 460015162 |

# EXHIBIT 1

D & D Design/Alabama, Inc.
D & D Design/Alabama, Inc.
3113 Ivy Ave SW Ste D
Huntsville, AL 35805-4698

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450458712 |

# EXHIBIT 1

D & R TECHNOLOGY LLC EFT
D&R TECHNOLOGY LLC
400 E FULLERTON AVE
CAROL STREAM, IL 60188-5201

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5545 |

# EXHIBIT 1

D&D DESIGNS INC
Don Delay
920 TACOMA CT MI 48420

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460009635, 460015126 |

# EXHIBIT 1

D&D DESIGNS INC
Don Delay
920 TACOMA CT
CLIO, MI 48420

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460015126, 460009635 |

# EXHIBIT 1

DAERIM METAL TECH INDSTRS EFTCO LTD
DAERIM MTI CO LTD
415-1 BAEKJA-RI SOOSIN-MYEN
CHUNAN CHUNGNAM, KR 330-881
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5329 |

# EXHIBIT 1

Dailmer Chrysler AG
GKS Inspection Services Inc
45333 Five Mile Rd Plymouth MI
Auburn Hills, MI 48170



| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Daimler Chrysler AG and GKS Inspection Services in favor of Delphi Corporation dated August 10, 2004 |

# EXHIBIT 1

Dailmer Chrysler AG
1000 Chrysler Drive Auburn Hills MI
Auburn Hills, MI 48326



| **Contract to be assumed and/or assigned:** |
| --- |
| Confidentiality Agreement between Daimler Chrysler AG and GKS Inspection Services in favor of Delphi Corporation dated August 10, 2004 |

# EXHIBIT 1

DAIMLER CHRYSLER CORP 82042
LISA CLARK CHRIS KNOLL RICHARD STAUDER BUYER HALFSHAFTS BUYER HPS
BUYER MOPAR PROCUREMENT
PO BOX 537927
LIVONIA, MI 48153

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 326236, JYPA589313, M5309250, M5309254, M5309256, M5309257, M5309267, M5309268, M5309269, M5309270, M5309296, M6309017, M6309121, M6309122, M6309136, M6309137, M6309138, M6309186, M6309201, M6309221, M6309236, M6309260, M6309261, M6309279, M6309280, M6309284, M6309299, M6326015, M7309032, M7309086, M7309087, M7309102, M7309103, M7309104, M7309106, M7309107, O7441010, O7441012, O7441013, O7443024, O8424017, O9515008 |

# EXHIBIT 1

DAIMLER CHRYSLER CORP 82042
LISA CLARK CHRIS KNOLL RICHARD STAUDER
PO BOX 537927
LIVONIA, MI 48153

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) M1309044, M3309009, M3326239, M4309124, M4309125, M4309161, M5309026, M5309088, M5309089, M5309113, M5309114, M5309123, M5309150, M8322019, MP406685, MP406686, MP406687, MP406688, MP406689, MP406690, MP416078, MP418410, O1537028, O1551057, O2426001, O2426007, O3531016, O3531021, O6424008, O6424009, O6424010, O6424011, O6424012, O6424013, O6531029, O7424030, O7424031, O7424032, O7442016, O7442017, O7442018, O7442019, O7442021, O7442022, O7442023 |

# EXHIBIT 1

DAIMLERCHRYSLER AG CENTER FAHRWERK
DAIMLERCHRYSLER AG
MERCEDESSTR 1
HAMBURG, HH 21079
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6286 |

# EXHIBIT 1

DAJACO INDUSTRIES INC EFT
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD, MI 48051

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I0693 |

# EXHIBIT 1

DAKKOTA INTEGRATED SYSTEMS
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 2024, 80003127 |

# EXHIBIT 1

DAKKOTA INTEGRATED SYSTEMS LLC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1019 |

# EXHIBIT 1

DANA COMERCIALIZADORA S DE RL DE CV
DANA CORPORATION
CARDANES SA DE CV
ACCESO III #3
QUERETARO, QRO 76120
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6371 |

# EXHIBIT 1

DANA CORP
DANA FLUID SYSTEM PRODUCTS
2910 WATERVIEW RD
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2589 |

# EXHIBIT 1

DANA CORP
MIKE WALKER BUYER
10000 BUSINESS BLVD
DRY RIDGE, KY 41035

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) KP0071 |

# EXHIBIT 1

DANA CORP
Todd Baggett
2910 WATERVIEW DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2589 |

# EXHIBIT 1

DANA CORP EFT
DANA CORPORATION
30800 TELEGRAPH RD STE 4800
BIRMINGHAM, MI 48009

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I4801 |

# EXHIBIT 1

DANA CORP EFT
EATON HYDRAULICS INC
14615 LONE OAK RD
EDEN PRAIRIE, MN 55344

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5542 |

# EXHIBIT 1

DANA CORP EFT
GLACIER VANDERVELL INC
1350 EISENHOWER PLACE
ANN ARBOR, MI 48108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0517 |

# EXHIBIT 1

Dana Corporation
2651 S 600 E
Columbia City, IN 46725-9097

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4280 |

# EXHIBIT 1

Dana Corporation
Jim Jamrog
2651 S 600 E
COLUMBIA CITY, IN 46725

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4280 |

# EXHIBIT 1

DANA MODULES
MIKE WALKER BUYER
4440 NORTH ATLANTIC BLVD
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 113 |

# EXHIBIT 1

DANA MODULES TOLEDO
MIKE WALKER BUYER
315 MATZINGER RD
TOLEDO, OH 43612

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) Y001780, Y1001780 |

# EXHIBIT 1

DATAWARE INC
DATAWARE INC
5153 EXCHANGE DR
FLINT, MI 48507

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450446661 |

# EXHIBIT 1

DATWYLER RUBBER & PLASTIC INC
DATWYLER RUBBER & PLASTIC INC
1790 TECHNOLOGY PL
MARION, SC 29571

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3487 |

# EXHIBIT 1

DATWYLER RUBBER + PLASTICS INC
DATWYLER HOLDING AG.
1790 TECHNOLOGY PL
MARION, SC 29571

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6064 |

# EXHIBIT 1

DATWYLER RUBBER + PLASTICS INC
DATWYLER HOLDING AG.
DATWYLER RUBBER & PLASTIC INC
1790 TECHNOLOGY PL
MARION, SC 29571

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6194 |

# EXHIBIT 1

DAVID GUTIERREZ OCAMPO
GUTIERREZ OCAMPO, DAVID
CARRETERA A HUIMILPAN 66
VILLA CORREGIDORA, QA 76920
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5984 |

# EXHIBIT 1

DAWLEN CORP (EFT)
DAWLEN CORPORATION
DAWLEN CORPORATION
2029 MICOR DR
JACKSON, MI 49203-3448

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5980 |

# EXHIBIT 1

DAWLEN CORP EFT
DAWLEN CORPORATION
2029 MICOR DR
JACKSON, MI 49203-3448

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2787 |

# EXHIBIT 1

DAYCO PRODUCTS INC
DARLENE GRIFFIN PURCHASING BUYER
3100 MARICAMP RD
OCALA, FL 34471

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 166929, 170570 |

# EXHIBIT 1

DAYCO PRODUCTS INC
MARK IV HOLDINGS SARL
FLUID ROUTING SOLUTIONS INC
3100 SE MARICAMP RD
OCALA, FL 34471-6250

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5739 |

# EXHIBIT 1

DAYCO PRODUCTS INC
MARK IV HOLDINGS SARL
FLUID ROUTING SOLUTIONS INC
3100 SE MARICAMP RD
OCALA, FL 34471-6250

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5740 |

# EXHIBIT 1

Dayton Company Industrial Real Estate
Attention; Mr. Craig Dayton
4860 West Geronimo Street
Chandler, AZ 85226

| Contract to be assumed and/or assigned: |
| :---: |
| Lease of Industrial or Warehouse Facilities between The Katbird Company, L.P. and Delphi Automotive Systems LLC dated August 30, 2006 |

# EXHIBIT 1

DBG
DBG GROUP LTD
1555 ENTERPRISE RD
MISSISSAUGA, ON L4W 4L4
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6324 |

# EXHIBIT 1

DBG
DBG GROUP LTD
DBG MEXICO SA DE CV
REGIO AVENIDA 115
APODACA, NL 66600
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5809 |

# EXHIBIT 1

DBG TOOL & MACHINE EFT
DBG GROUP LTD
1555 ENTERPRISE RD
MISSISSAUGA, ON L4W 4L4
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4336, SAG90I5575 |

# EXHIBIT 1

DBG TOOL & MACHINE EFT
DBG MEXICO SA DE CV
REGIO AVENIDA 115
APODACA, NL 66600
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5142 |

# EXHIBIT 1

DE AMERTEK CORPORATION INC
DE AMERTEK CORP INC
300 WINDSOR DR
OAK BROOK, IL 60523

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3784 |

# EXHIBIT 1

DEAN, ROY PRODUCTS CO
45800 MAST ST
PLYMOUTH, MI 48170-6056

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2933 |

# EXHIBIT 1

DEAN, ROY PRODUCTS CO
Bob Prizgint
45800 MAST ST
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2933 |

# EXHIBIT 1

DECATUR ATHLETIC CLUB INC
DECATUR ATHLETIC CLUB INC
219 2ND AVE SE
DECATUR, AL 35601-2307

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450498616 |

# EXHIBIT 1

DECISIONEERING INC
1515 ARAPAHOE ST STE 1311
DENVER, CO 80202-2113

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450521758, 450521756 |

# EXHIBIT 1

DECOLETAJE Y TORNILLERIA SA
DECOLETAJE Y TORNILLERIA SA DYTSA
CTRA BANYOLES-FIGUERES KM 2 3
BANYOLES, 17 17820
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5977 |

# EXHIBIT 1

DEKALB METAL FINISHING INC
625 W 15TH ST
AUBURN, IN 46706

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5076 |

# EXHIBIT 1

DEKALB METAL FINISHING INC
Dennis Fry
625 W 15TH PO BOX 70
AUBURN, IN 46706

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5076 |

# EXHIBIT 1

DELPHI CORPORATION
PO BOX 431
WARREN, OH 44486

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450440244 |

# EXHIBIT 1

DELPHI ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY, MI 48098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3621 |

# EXHIBIT 1

DELPHI ENERGY & CHASSIS SYSTEMS
Rhonda Freeman
5820 DELPHI DR
TROY, MI 48098

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I3621 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
1441 WEST LONG LAKE RD
TROY, MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450191079, 450217030, 450217031, 450220586, 450222197, 450226721, 450230652, 450232635, 450238216, 450238928, 450253085, 450257489, 450290588, 450360799, 450407462, 450493754 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
P O BOX 1743 SPARTAN CLOSE
WARWICK WARWICKSHIRE CV346ZQ
ENGLAND



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 610046, 610047, 610048, 610177, 610179 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
1441 WEST LONG LAKE RD
TROY, MI 48098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450066367, 450066368, 450102697, 450143282 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
PO BOX 1743 SPARTAN CLOSE
WARWICK WARWICKSHIRE CV346ZQ
ENGLAND

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 606925 |

# EXHIBIT 1

DELPHI-S - FLINT PLT 30
Bertha Rodgers
PO BOX 7716
FLINT, MI 48507



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I4833, 90I4781, 90I4778, 90I4775, 90I4774, 90I4762, 90I5533 |

# EXHIBIT 1

DELPHI-S - FLINT PLT 30
C/O GENESEE PACKAGING
2010 N DORT HWY
FLINT, MI 48506

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5533 |

# EXHIBIT 1

DELPHI-S SAGINAW STEERING SYSTEMS
PLOT # 98 A PHASE II KIADE IND
BANGALORE, IN 562106
IN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450528872 |

# EXHIBIT 1

Design Solutions
Oude Bosscheweg 11b
5301 LA Zaltbommel
- - -
The Netherlands

| Contract to be assumed and/or assigned: |
|:---:|
| License Agreement between Delphi Technologies, Inc. and Design Solutions dated May 12, 2005 |

# EXHIBIT 1

Design Solutions
Oude Bosscheweg 11b
5301 LA Zaltbommel
- - -
The Netherlands

| Contract to be assumed and/or assigned: |
|---|
| License Agreement between Delphi Technologies, Inc. and Design Solutions dated October 11, 2004 |

# EXHIBIT 1

DESIGNER PLASTICS INC
1325 EDDY SCANT CITY RD
ARAB, AL 35016-5310

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0618 |

# EXHIBIT 1

DESIGNER PLASTICS INC
David Jones
POST OFFICE BOX 160
ARAB, AL 35016

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I0618 |

# EXHIBIT 1

DETROIT HEADING LLC EFT
DETROIT HEADING LLC
6421 LYNCH RD
DETROIT, MI 48234

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2655 |

# EXHIBIT 1

DEVRIES INTERNATIONAL
DEVRIES INTERNATIONAL INC
1645 REYNOLDS AVE
IRVINE, CA 92614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5288 |

# EXHIBIT 1

DEWAYNES QUALITY METAL COATINGS
DEWAYNES QUALITY METAL COATING INC
DEWAYNES QUALITY METAL COATING INC
205 INDUSTRIAL DR
LEXINGTON, TN 38351-4043

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5735 |

# EXHIBIT 1

DEWAYNES QUALITY METAL COATINGS
DEWAYNES QUALITY METAL COATING INC
DEWAYNES QUALITY METAL COATING INC
205 INDUSTRIAL DR
LEXINGTON, TN 38351-4043

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5878 |

# EXHIBIT 1

DHB Componentes Automotivos S A
Chief Executive Officer
Avenida das Industrias No 864
Porto Alegre, - -
RS Brazil

| Contract to be assumed and/or assigned: |
|---|
| Technical Information and Assistance Agreement between General Motors Corporation and DHB Componentes Automotivos S.A. dated March 22, 1984 |

# EXHIBIT 1

DHB Componentes Automotivos S A
President
Avenida das Industrias 864 Barrio Anchieta
CEP 90200 290
Porto Alegre, - -
R S Brasil



| Contract to be assumed and/or assigned: |
|:---:|
| Technology and Technical Assistance Agreement between Delphi Technologies, Inc. and DHB - Componentes Automotivos S.A. dated March 3, 1999; Amendment dated July 22, 1992; Amendment dated July 22, 1992 |

# EXHIBIT 1

DIAMOND DESIGN & ENGINEERING INC
12055 W FREELAND RD
FREELAND, MI 48623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015131 |

# EXHIBIT 1

DIC INTERNATIONAL (USA) LLC
DAINIPPON INK & CHEMICALS INC
500 FRANK W BURR BLVD
TEANECK, NJ 07666-6804

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5877 |

# EXHIBIT 1

DIEMAKERS INC (EFT)
INTERMET CORPORATION
801 2ND ST
MONROE CITY, MO 63456

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5754 |

# EXHIBIT 1

DIRECT SOURCING SOLUTIONS INC
P C S CORP
25200 TELEGRAPH RD
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450438467 |

# EXHIBIT 1

DIVERSIFIED MACHINE INC
DIVERSIFIED MACHINE INC
2280 W GRAND RIVER AVE
HOWELL, MI 48843-8515

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6340 |

# EXHIBIT 1

DOBSON INDUSTRIAL INC
Rod Collier
PO BOX 1368
BAY CITY, MI 48706-0368



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450529175, 450520746, 450498964, 450475307, 450484166, 450489197, 450489192 |

# EXHIBIT 1

DOOSAN INFRACORE AMERICA CORP
Charlie Carland
14900 GALLEON DR
PLYMOUTH, MI 48170



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450522642, 450522641 |

# EXHIBIT 1

DOUG BROWN PACKAGING PRODUCTS
DOUG BROWN PACKAGING PRODUCTS
4223 EDGELAND
ROYAL OAK, MI 48073

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0460007019 |

# EXHIBIT 1

DOW CORNING CORPORATION
2200 W SALZBURG RD
MIDLAND, MI 48640-8640

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5524, 90I0682 |

# EXHIBIT 1

DOW CORNING CORPORATION
Bob Musch
2200 W SALZBURG RD PO BOX 994
MIDLAND, MI 48686

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I0682, 90I5524 |

# EXHIBIT 1

DOWTY O RINGS NORTH AMERICA
FORSHEDA DOWTY O'RINGS
4275 ARCO LN
NORTH CHARLESTON, SC 29418

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I1564 |

# EXHIBIT 1

DRAKE MANUFACTURING SERVICE CO INC
Jim Vosmick
4371 N LEAVITT RD NW
WARREN, OH 44485

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450478093 |

# EXHIBIT 1

DRESCO MACHINE & TOOL CO (EFT)
GRAPHITE ELECTRODES LTD
GRAPHITE ELECTRODES LTD DRESCO MACHINING SERVICE CENTER
1311 N SHERMAN ST
BAY CITY, MI 48708

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5932 |

# EXHIBIT 1

DRESCO MACHINING SERVICTR EFT
GRAPHITE ELECTRODES LTD
1311 N SHERMAN ST
BAY CITY, MI 48708

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2684, SAG90I3787 |

# EXHIBIT 1

DRIVELINE SYSTEMS LLC
6421 MATERIAL AVE
LOVES PARK, IL 61111-4247

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6288 |

# EXHIBIT 1

DRIV-LOK INC EFT
DRIV-LOK INC
1140 PARK AVE
SYCAMORE, IL 60178-2927

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1296 |

# EXHIBIT 1

DSM ENGINEERING PLASTICS (EFT)
KONINKLIJKE DSM N.V.
DSM ENGINEERING PLASTICS INC
2267 W MILL RD
EVANSVILLE, IN 47720

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6014 |

# EXHIBIT 1

DSM Engineering Plastics Inc
2267 West Mill Road
Evansville, Indiana 47732

| Contract to be assumed and/or assigned: |
|---|
| Non-Disclosure Agreement between DSM Engineering Plastics, Inc. and Delphi Automotive Systems LLC dated September 14, 2006 |

# EXHIBIT 1

DSPACE INC
28700 CABOT DR STE 1100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450449977, 450531886 |

# EXHIBIT 1

DTR INDUSTRIES INC.
DTR INDUSTRIES INC.
320 SNIDER RD
BLUFFTON, OH 45817

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1497 |

# EXHIBIT 1

DU PONT, E I DE NEMOURS & CO
Marcia Bell
950 STEPHENSON HWY PO BOX 7013
TROY, MI 48007

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I0737 |

# EXHIBIT 1

DUPONT MEXICO SA DE CV
EI DU PONT DE NEMOURS & COMPANY
HOMERO #206 PISO 15
MEXICO, DF 11570
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5849 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT INC
DURA OPERATING CORP
2791 RESEARCH DR
ROCHESTER HILLS, MI 48309



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I3603, SAG90I4473, SAG90I5583 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT REICHE GMBH & CO KG
DURA AUTOMOTIVE SYSTEMS REICHE GMBH
GASSTRASSE 7/9/16
LAGE, NW 32791
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5352, SAG90I2824 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS REICHE GMBH
DURA AUTOMOTIVE SYSTEMS INC
DURA AUTOMOTIVE SYSTEMS REICHE GMBH
GASSTRASSE 7/9/16
LAGE, NW 32791
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6248 |

# EXHIBIT 1

DYBROOK PRODUCTS INC EFT
DYBROOK PRODUCTS INC
5232 TOD AVE S W UNIT 23
WARREN, OH 44481-9729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4586 |

# EXHIBIT 1

DYNACAST CANADA
MELROSE PLC
DYNACAST CANADA INC
330 RUE AVRO
POINTE-CLAIRE-DORVAL, PQ H9R 5W5
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5862 |

# EXHIBIT 1

DYNACAST CANADA
MELROSE PLC
DYNACAST CANADA INC
330 RUE AVRO
POINTE-CLAIRE-DORVAL, PQ H9R 5W5
CA

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5865 |

# EXHIBIT 1

DYNACAST INC
MELROSE PLC
DYNACAST INC
25952 COMMERCE CENTER DR
LAKE FOREST, CA 92630

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 90I5867 |

# EXHIBIT 1

DYNACAST INC
MELROSE PLC
DYNACAST INC
25952 COMMERCE CENTER DR
LAKE FOREST, CA 92630

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5866 |

# EXHIBIT 1

E I DU PONT DE NEMOURS & COMPANY
PO Box 360708M
PITTSBURGH, PA 15251-6708

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0737 |

# EXHIBIT 1

EAGLE FASTENERS INCORPORATED
EAGLE FASTENERS INC
2431 PONTIAC RD
AUBURN HILLS, MI 48326-2464

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0468 |

# EXHIBIT 1

EATON HYDRAULICS
EATON HYDRAULICS INC
14615 LONE OAK RD
EDEN PRAIRIE, MN 55344

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3379 |

# EXHIBIT 1

ECSI INC
John Tidwell
1288 N HIGHWAY 36
CAMERON, TX 76520-3665



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450450942, 450446643, 450446704, 450446703, 450446701, 450446700, 450446699, 450446697, 450446696 |

# EXHIBIT 1

Edcor Data Services - Salaried Tuition Assistance
888 Enterprise Drive
Pontiac, MI 48341

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460014018 |

# EXHIBIT 1

EFD INDUCTION INC
Tom Crocker
31511 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450496902 |

# EXHIBIT 1

EITEL PRESSES INC
TRANSMARES CORPORATION
DEER LAKE INDUSTRIAL PARK
ORWIGSBURG, PA 17961

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450524934 |

# EXHIBIT 1

ELECTRONIC DATA SYSTEMS CORP
ELECTRONIC DATA SYSTEMS CORPORATION
US HWY 31
ATHENS, AL 35611

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450442215 |

# EXHIBIT 1

ELLIOTT TAPE INC
1882 POND RUN
AUBURN HILLS, MI 48326-2768

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1005 |

# EXHIBIT 1

ELLIOTT TAPE, INC
Crystal McFadden
1882 POND RUN
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I1005 |

# EXHIBIT 1

ELS JEAN PERROTTON SA EFT
PERROTTON
900 AVE DE PONTCHY
BONNEVILLE, FR 74130
FR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5096 |

# EXHIBIT 1

EMAG-USA LLC
EMAG HOLDING GMBH
38800 GRAND RIVER AVE
FARMINGTON HILLS, MI 48335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450498592 |

# EXHIBIT 1

EMC CORP
PO BOX 9103
HOPKINTON, MA 01748

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450494092 |

# EXHIBIT 1

EMERSON ELECTRIC CO
Ed Wagner
1551 E BROADWAY
PRINCETON, IN 47670

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I0438 |

# EXHIBIT 1

EMERSON ELECTRIC CO
HURST MFG DIV
1551 E BROADWAY
PRINCETON, IN 47670

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0438 |

# EXHIBIT 1

EMHART FASTENING EFT TEKNOLOGIES
EMHART TEKNOLOGIES INC
7345 N 400 E
MONTPELIER, IN 47359

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2864, SAG90I4455 |

# EXHIBIT 1

EMI CORP
28300 EUCLID AVE
WICKLIFFE, OH 44092

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450472883 |

# EXHIBIT 1

EMPIRE ELECTRONICS INC EFT
EMPIRE ELECTRONICS INC
214 E MAPLE
TROY, MI 48083-2804

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3189 |

# EXHIBIT 1

ENGINEERED SINTERED COMPONENTS
ENGINEERED SINTERED COMPONENTS
250 OLD MURDOCK RD.
TROUTMAN, NC 28166

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2751 |

# EXHIBIT 1

ENRICAU SA 50 RUE JACQUES BALMAT
SA ENRICAU
PO Box 405
VOUGY, 74 74130
FR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5262 |

# EXHIBIT 1

EQUILON ENTERPRISES LLC
Geoff Staursky
700 MILAM ST
HOUSTON, TX 77002

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5105 |

# EXHIBIT 1

EQUILON ENTERPRISES LLC
SHELL OIL PRODUCTS US
700 MILAM ST
HOUSTON, TX 77002

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5105 |

# EXHIBIT 1

Ermetal Otomotiv Ve Esva Sanayi Ticaret A S
Attn Mr Coskun UNCULU Vice Gn Mng Commercial
Yeni Yalova Yolu
Demirtas Organize Sanayi, Nilufer 16369 Bursa
Turkey

| Contract to be assumed and/or assigned: |
|---|
| Framework Manufacturing Agreement between Delphi Automotive Systems LLC and Ermetal Otomotiv Ve Esya Sanayi ticaret A.S. dated October 24, 2007; Amendment dated March 18, 1996; Amendment of GM/MDI North American License Agreement dated March 18, 1996 |

# EXHIBIT 1

ETS LACROIX
CA FINANCE
ETS LACROIX
ZONE SYNERGIE RUE 4EME AVE
MEUNG SUR LOIRE, 45 45130
FR

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6186 |

# EXHIBIT 1

EUCLID INDUSTRIES (EFT)
EUCLID INDUSTRIES INC
EUCLID INDUSTRIES INC
1655 TECH DR
BAY CITY, MI 48706-1637



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I5962, 90I6327, 90I6050, 90I6102 |

# EXHIBIT 1

EUCLID INDUSTRIES INC
1655 TECH DR
BAY CITY, MI 48706-1637

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0287, 90I2303 |

# EXHIBIT 1

EUCLID INDUSTRIES INC
Carmen Gueli
1655 TECH DRIVE
BAY CITY, MI 48706

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2303, 90I0287 |

# EXHIBIT 1

EXTREME TOOL & ENGINEERING
EXTREME TOOL & ENGINEERING
999 PRODUCTION DR
WAKEFIELD, MI 49968

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450472744 |

# EXHIBIT 1

EXTREME TOOL & ENGINEERING
Pete Wieland
999 PRODUCTION DR
WAKEFIELD, MI 49968



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450472744 |

# EXHIBIT 1

EXXON MOBIL
EXXON MOBIL CORPORATION
1400 S HARRISON ST
OLATHE, KS 66061-7227



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5757, 90I5758, 90I5762, 90I5763, 90I5765, 90I6273, 90I5760, 90I5761 |

# EXHIBIT 1

EXXONMOBIL DE MEXICO SA DE CV
PONIENTE 146 # 760 COL INDUSTRIAL
MEXICO, DF 02300
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4976 |

# EXHIBIT 1

EXXONMOBIL DE MEXICO SA DE CV
Jose A. Leal
PONIENTE 146 NO 760 COL IND
MEXICO DF, - 02300
MEXICO

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4976 |

# EXHIBIT 1

E-Z-Go Division of Textron Inc
1451 Marvin Griffin Rd
Augusta, GA 30906

| Contract to be assumed and/or assigned: |
|---|
| Non-Disclosure Agreement between E-Z-Go Division of Textron Inc. and Delphi Automotive Systems LLC dated September 10, 2004 |

# EXHIBIT 1

F & G MULTI SLIDE INC EFT
F & G MULTI-SLIDE INC
130 INDUSTRIAL DR
FRANKLIN, OH 45005-4428

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4150 |

# EXHIBIT 1

FAIRHAVEN INVESTMENT CO (INC)
1688 ARABELLA RD
CLEVELAND, OH 44112

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2560 |

# EXHIBIT 1

FAIRHAVEN INVESTMENT CO (INC)
Connie Mareino
1688 ARABELLA RD
CLEVELAND, OH 44112

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2560 |

# EXHIBIT 1

FAISON OFFICE PRODUCTS
FAISON OFFICE PRODUCTS CO
3251 REVERE ST STE 200
AURORA, CO 80011-1847

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0450163111 |

# EXHIBIT 1

FANUC ROBOTICS AMERICA INC
Michael VanWormer
3900 W HAMLIN RD
ROCHESTER HILLS, MI 48309-3253



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450515983, 450524928 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
FEDERAL-MOGUL CORP
241 WELSH POOL RD
EXTON, PA 19341

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4962 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
FEDERAL-MOGUL CORP
9104 ALEX HARVIN HWY
SUMMERTON, SC 29148

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0932 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
PMG OHIO CORPORATION.
5800 WOLF CREEK PIKE
DAYTON, OH 45426

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3589 |

# EXHIBIT 1

FEDERAL MOGUL SYSTEMS PROTECTION GR
FEDERAL-MOGUL CORP
241 WELSH POOL RD
EXTON, PA 19341

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5577 |

# EXHIBIT 1

FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6070 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775



|  Contract to be assumed and/or assigned:  |
| :---: |
| Purchase Order Number(s) SAG90I5541, SAG90I4972, SAG90I5309, SAG90I5089, SAG90I4548, SAG90I2796, SAG90I2620 |

# EXHIBIT 1

FELSS GMBH
Mathieu Reichardt
DIESELSTR 2
KOENIGSBACH-STEIN, BW 75203
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450452350 |

# EXHIBIT 1

FELTERS GROUP
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90i5648 |

# EXHIBIT 1

FERNDALE ELECTRIC CO INC
Joesph Pontone
915 E DRAYTON ST
FERNDALE, MI 48220-1199



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450451603, 450451599, 450451596, 450451595, 450451593, 450451591, 450451590 |

# EXHIBIT 1

Fiat Auto S p A
Product & Process Engineering
Innovation & Components Development Processes
C so L Settembrini
Torino, - 40 10135
Italy



| Contract to be assumed and/or assigned: |
|---|
| Delphi Active Rear Steering Advanced Engineering Project for Alfa Romeo Top Class Application dated October 18, 2004 |

# EXHIBIT 1

FIAT AUTOMOVEIS S A
CX POSTAL 141
BETIM MG, - 32530-000
BRAZIL

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 2007001634, 2007001635 |

# EXHIBIT 1

FIBERFIL ENGINEERED PLASTICS INC
KONINKLIJKE DSM N.V.
FIBERFIL ENGINEERED PLASTICS INC
233 ARVIN AVE
STONEY CREEK, ON L8E 2L9
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6113 |

# EXHIBIT 1

FILTERTEK INC
ESCO TECHNOLOGIES INC
11411 PRICE RD
HEBRON, IL 60034-8936

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5773 |

# EXHIBIT 1

FILTERTEK INC
ESCO TECHNOLOGIES INC
FILTERTEK INC
11411 PRICE RD
HEBRON, IL 60034-8936

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6334 |

# EXHIBIT 1

FILTERTEK INC
ESCO TECHNOLOGIES INC
FILTERTEK INC
11411 PRICE RD
HEBRON, IL 60034-8936

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6347 |

# EXHIBIT 1

FINE CO LTD EFT
FINE CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I5345, SAG90I5294 |

# EXHIBIT 1

FINE CORPORATION
FINE CO LTD
FINE CO LTD C/O HC OLSEN & ASSOCIATES INC
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6384 |

# EXHIBIT 1

FINN-POWER USA INC
FINN-POWER USA INC
619 ESTES AVE
SCHAUMBURG, IL 60193-4402

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450458383 |

# EXHIBIT 1

FIRST INERTIA SWITCH LTD EFT
FIRST INERTIA SWITCH LTD
PO Box 480
GRAND BLANC, MI 48439-0480

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1605 |

# EXHIBIT 1

FISHERCAST GLOBAL
FISHER, WILLIAM F FAMILY HOLDINGS
FISHERCAST GLOBAL CORPORATION
710 NEAL DR
PETERBOROUGH, ON K9J 6X7
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6308 |

# EXHIBIT 1

FISHERCAST GLOBAL CORP EFT
FISHERCAST GLOBAL CORPORATION
PO Box 179 STN MA
PETERBOROUGH, ON K9J 6Y9
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1769 |

# EXHIBIT 1

FLEX TECHNOLOGIES INC
20300 W 12 MILE RD # 103
SOUTHFIELD, MI 48076-6408

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3034 |

# EXHIBIT 1

FLEX TECHNOLOGIES INC
Mike Spraggins
10524 E GRAND RIVER AVE STE110
BRIGHTON, MI 48116

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3034 |

# EXHIBIT 1

FLOMERICS INC
257 TURNPIKE RD STE 100
SOUTHBOROUGH, MA 01772

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450449913 |

# EXHIBIT 1

FLOYD MANUFACTURING CO INC
FLOYD MFG CO INC
FLOYD MANUFACTURING CO INC
5 PASCO HILL RD
CROMWELL, CT 06416

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5767 |

# EXHIBIT 1

FLUID MOTION TECHNOLOGIES EFT
MARTINREA INTERNATIONAL INC
7405 TRANMERE RD
MISSISSAUGA, ON L5S 1L4
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4360, SAG90I4795 |

# EXHIBIT 1

FLUIDYNE RACING PRODUCTS THMX HOLDINGS INC
THMX HOLDINGS LLC
4850 E AIRPORT DR
ONTARIO, CA 91761-7818

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4876 |

# EXHIBIT 1

FMT FUTURE MANUFACTURING TECHNOLOGY
William McGaughey
VIA TORINO 77
BOSCONERO, TO 10080
IT

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450501649 |

# EXHIBIT 1

FORD CUSTOMER SERVICE DIVISION
TIFFANY BLEWETT BUYER N A PURCHASING
CHASSIS&HEAVY TRUCK PURCHASING
PO BOX 3000
LIVONIA, MI 48151

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SC01194 |

# EXHIBIT 1

FORD MOTOR CO OF AUSTRALIA LTD
DORIS CHEN PURCHASING MANAGER
PRIVATE MAIL BAG 6
CAMPBELLFIELD 3061
VICTORIA, VIC -
AUSTRALIA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 54085/001 |

# EXHIBIT 1

FORD MOTOR CO OF CANADA LTD
PARTS DISTRIBUTION CENTER
8000 DIXIE RD
BRAMALEA, ONTARIO L6T2J7
CANADA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 295318 |

# EXHIBIT 1

FORD MOTOR COMPANY
MATT VOLLMER RYAN HALLER VINCENT TUCKER MATTHEW CUFF JENITA MCCLUE
CORE/CBG BUYER
ROTUNDA DR AT SOUTHFIELD
PO BOX 1587 B
DEARBORN, MI 48121



|  |
|---|
| **Contract to be assumed and/or assigned:** |
| Purchase Order Number(s) CL2553, LW9214, LZ2660, LZ2665, MC7780, MD1468, MD1476, MI4828, MI4833, MS9278, MS9288, MV5618, NL5543, NU7292, NV0678, NV0679, XH0WHA, XHLTGA |

# EXHIBIT 1

FORD MOTOR COMPANY
MATT VOLLMER RYAN HALLER VINCENT TUCKER MATTHEW CUFF JENITA MCCLUE
CORE/CBG BUYER
ROTUNDA DR AT SOUTHFIELD
PO BOX 1587 B
DEARBORN, MI 48121

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 2004000545, JH9455, JL2485, LV6816, LV6831 |

# EXHIBIT 1

FORD MOTOR COMPANY
Sales Manager
1 PROVING GROUND RD
YUCCA, AZ 86438

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450518056 |

# EXHIBIT 1

FORD MOTOR OF AUSTRALIA PROD
DORIS CHEN PURCHASING MANAGER
CAMPBELLFIELD 3061
VICTORIA, VIC -
AUSTRALIA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) KE7145, P502095 |

# EXHIBIT 1

FORD MOTOR OF AUSTRALIA PROD
DORIS CHEN PURCHASING MANAGER
CAMPBELLFIELD 3061 VICTORIA VIC
AUSTRALIA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) IG4883, JY1514, KY4830 |

# EXHIBIT 1

FORD WERKE
DR JAN TRIBIAHN PURCHASING MANAGER
HENRY FORD STRASSE
SUPPLIER CODE G272A
66740 SAARLOUIS, - -
GERMANY

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 85GB3L580AA, 93BB3A674CC |

# EXHIBIT 1

FORD WERKE
DR JAN TRIBIAHN PURCHASING MANAGER
HENRY FORD STRASSE
SUPPLIER CODE G272A
66740 SAARLOUIS, - -
GERMANY

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 85GB3D674AA, 90VB3A674DA, 92AB3A674AB, 95AB3A674BA, V94GB3A674AA |

# EXHIBIT 1

FORD WERKE AG
DR JAN TRIBIAHN PURCHASING MANAGER
POSTFACH 60 40 02
50735 KOELN, - -
GERMANY

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 85GB3L580AA |

# EXHIBIT 1

FORTEQ CZECH SRO
Transmission Technology Holding AG
FORTEQ CZECH SRO
TR BUDOVATELU 2830/03
MOST, CZ 434 01
CZ

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6275 |

# EXHIBIT 1

FOUR SLIDE TECHNOLOGY INC
FOUR-SLIDE TECHNOLOGY INC
FOUR-SLIDE TECHNOLOGY INC
2130 E 10 MILE RD
WARREN, MI 48091

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6141, 90I5807, 90I5718, 90I6142 |

# EXHIBIT 1

FREUDENBERG IBERICA SA EN COMANDITA
Bill Haubert
GURRI 1 POL IND CAN VOLART APT
PARETS DEL VALLES BARCELONA, - 08150
SPAIN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3265 |

# EXHIBIT 1

FREUDENBERG NOK GENERAL PARTNERSHIP
FREUDENBERG & CO KOMMANDITGESELLSCH
47690 E ANCHOR CT
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6166 |

# EXHIBIT 1

FREUDENBERG NOK GENERAL PARTNERSHIP
FREUDENBERG & CO KOMMANDITGESELLSCH
47690 E ANCHOR CT
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6224 |

# EXHIBIT 1

FREUDENBERG TELAS SIN TEJER SA
CTRA NACIONAL 152 KM 22
BARCELONA PARETS DEL VALLES, - 08150
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3265 |

# EXHIBIT 1

FREUDENBERG-NOK GENERAL PARTNERSHIP
555 MARATHON BLVD
FINDLAY, OH 45840-9775

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3469, 90I5358 |

# EXHIBIT 1

FREUDENBERG-NOK GENERAL PARTNERSHIP
PO BOX 73229
CHICAGO, IL 60673

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4050, 90I4031, 90I2731, 90I2728, 90I2729 |

# EXHIBIT 1

FREUDENBERG-NOK GENERAL PARTNERSHIP
Bill Haubert
47690 E ANCHOR CT
PLYMOUTH, MI 48170



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2728, 90I2729, 90I2731, 90I0537, 90I3889, 90I4031, 90I4050, 90I5521, 90I5510, 90I5509, 90I5616 |

# EXHIBIT 1

FREUDENBERG-NOK GENERAL PARTNERSHIP
Bill Haubert
555 MARATHON BLVD PO BOX 269
FINDLAY, OH 45839

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5358, 90I3469 |

# EXHIBIT 1

FREUDENBERG-NOK GENERAL PARTNERSHIP
FLEXITECH DIV
47690 E ANCHOR CT
PLYMOUTH, MI 48170



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0537, 90I5509, 90I5510, 90I5521, 90I5616, 90I3889 |

# EXHIBIT 1

FUJI BANK/FUKOKU SOUTH
FUKOKU AMERICA INC
325 HUNTER INDUSTRIAL PARK RD
LAURENS, SC 29360

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5127 |

# EXHIBIT 1

FULTON INDUSTRIES INC
FULTON INDUSTRIES INC
135 E LINFOOT ST
WAUSEON, OH 43567-1005



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5854, 90I5821, 90I5855, 90I6314, 90I6311, 90I6385 |

# EXHIBIT 1

FULTON INDUSTRIES INC EFT
FULTON INDUSTRIES INC
PO Box 377
WAUSEON, OH 43567-0377

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I0370 |

# EXHIBIT 1

FURUKAWA ELECTRIC CO LTD
FURUKAWA ELECTRIC CO LTD, THE
2-2-3, MARUNOUCHI
CHIYODA-KU, 13 1000005
JP

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6208 |

# EXHIBIT 1

FURUKAWA ELECTRIC CO LTD
FURUKAWA ELECTRIC CO LTD, THE
2-2-3, MARUNOUCHI
CHIYODA-KU, 13 1000005
JP

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6209 |

# EXHIBIT 1

FURUKAWA ELECTRIC CO LTD THE
FURUKAWA ELECTRIC CO LTD, THE
2-2-3, MARUNOUCHI
CHIYODA-KU, 13 1000005
JP

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5497, SAG90I5496 |

# EXHIBIT 1

FURUKAWA ELECTRIC NORTH EFTAMERICA
FURUKAWA ELECTRIC NORTH AMERICA INC
47677 GALLEON DR
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5645, SAG90I4073 |

# EXHIBIT 1

FUTURE ENGINEERING INC
Steve Davidek
PO BOX 189
FLUSHING, MI 48433



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450513374, 450448895 |

# EXHIBIT 1

FUYU MOULDING & TOOLING (TIANJIN) C
FU YU HOLDING PTE LTD
FUYU MOULDING & TOOLING (TIANJIN)
73 BAIHE ROAD TEDA
TIANJIN, 030 300457
CN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6343 |

# EXHIBIT 1

GAGNIER PRODUCTS/RKM INC
RKM INC
10151 CAPITAL AVE
OAK PARK, MI 48237-3103

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3896, SAG90I0591, SAG90I0115 |

# EXHIBIT 1

GALE FIRE PROTECTION INC
Scott Redburn
10270 PIERCE RD
FREELAND, MI 48623-9036

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450532652 |

# EXHIBIT 1

GALNIK SA DE CV
GALNIK SA DE CV
COL PARQ IND BENITO JUAREZ
QUERETARO, QRO 76110
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6023 |

# EXHIBIT 1

GBS Corp
Jim Elloit
1035 N Meridian Rd
Youngstown, OH 44509-1016



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450477008 |

# EXHIBIT 1

GE POLYMERLAND INC
ONE PLASTICS AVE
PITTSFIELD, MA 01201

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1130 |

# EXHIBIT 1

GEMINI PLASTICS INC EFTATTN ACCOUNTS RECEIVABLE
PEPRO ENTERPRISES INC
4385 GARFIELD ST
UBLY, MI 48475

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0332 |

# EXHIBIT 1

GENEI INDUSTRIES INC
Matt Hewitt
1930 S 23RD ST
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450466484, 450531457 |

# EXHIBIT 1

GENERAL BROACH & ENGINEERING INC
Mark Hale
307 SALISBURY ST
MORENCI, MI 49256

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450532346 |

# EXHIBIT 1

General Electric Company
GENERAL ELECTRIC CO INC
3322 Mem Pkwy SW Ste 220
Huntsville, AL 35801-5348

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450430065 |

# EXHIBIT 1

GENERAL MACHINE SERVICE EFT INC
GENERAL MACHINE SERVICE INC
494 E MORLEY RD
SAGINAW, MI 48601-9402

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4681 |

# EXHIBIT 1

General Motors Corporation
Enrique Pacheco Global Commodity Manager
300 Renassance Center
Detroit, MI 48265-3000

| Contract to be assumed and/or assigned: |
| :---: |
| Advanced Development Letter between General Motors Corporation and Delphi Automotive Systems LLC Delphi Steering Systems Division regarding Steering Gear Pinion Wear Compensator Device Development dated June 12, 2007 |

# EXHIBIT 1

General Motors Corporation
General Motors
P.O. Box 300
Detroit, MI 48265

| **Contract to be assumed and/or assigned:** |
| --- |
| PO #450454835 between Delphi Automotive Systems LLC and General Motors Corporation for the Rent for Saginaw at Building 54, Milford Proving Grounds |

# EXHIBIT 1

GENERAL MOTORS CORPORATION
Michael Glagola
PO BOX 300
DETROIT, MI 48265

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450454835, 450454833 |

# EXHIBIT 1

GENERAL MOTORS OF CANADA LTD
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 9M9034B, 9M90391, 9M90392 |

# EXHIBIT 1

GENESEE PACKAGING INC
4175 PIER N BLVD
FLINT, MI 48504



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4762, 90I4774, 90I4775, 90I4778, 90I4781, 90I4833 |

# EXHIBIT 1

GENESEE PACKAGING INC
Carol Hatch
PO BOX 7716
FLINT, MI 48507-0716

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450528068 |

# EXHIBIT 1

GENRAL MOTORS CORP
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) JAS19996, JAS20193, JAS20195, JAS20196, JAS20197 |

# EXHIBIT 1

GERREF INDUSTRIES INC
JoAnn Strobel
206 N YORK ST
BELDING, MI 48809-1834

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450525318, 450515124, 450488172 |

# EXHIBIT 1

GEVELOT EXTRUSION
6 BOUL BINEAU
LEVALLOIS PERRET, - 92300
FR

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I3428, SAG90I4577 |

# EXHIBIT 1

GGB
Anita
700 MID ATLANTIC PKWY
THOROFARE, NJ 08086

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I0227 |

# EXHIBIT 1

GGB
GLACIER GARLOCK BEARINGS
700 MID ATLANTIC PKY
THOROFARE, NJ 08086-8086

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0227 |

# EXHIBIT 1

GILL INDUSTRIES
GILL INDUSTRIES INC
522 N MAIN ST STE 100
MILFORD, MI 48381

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1633, SAG90I5448 |

# EXHIBIT 1

GKN SINTER METALS
GKN PLC
GKN AUTOMOTIVE INC
3300 UNIVERSITY DR
AUBURN HILLS, MI 48326-2362

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6140 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
104 FAIRVIEW RD
KERSEY, PA 15846

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4826 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
BECKS MILL RD
SALEM, IN 47167

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3467 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 1009
GERMANTOWN, WI 53022-8209

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5080 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 493
EMPORIUM, PA 15834-0493

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5234, SAG90I3466, SAG90I3748 |

# EXHIBIT 1

GKN SINTER METALS INC EMPORIUM
GKN PLC
1 AIRPORT RD
EMPORIUM, PA 15834-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6045 |

# EXHIBIT 1

GLIDDEN CO, THE
IMPERIAL CHEMICAL INDUSTRIES PLC
1604 HWY 31 S
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450488881 |

# EXHIBIT 1

GLOVES INC
GLOVES INC
1950 COLLINS BLVD
AUSTELL, GA 30106-3618

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450464916, 450464915 |

# EXHIBIT 1

GM AFRICA & MIDDLE EAST FZE
JENNIFER STARR BUYER
PILOT M 00783 JEBEL ALI
DUBAI
DUBAI, - -
UNITED ARAB EM

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 3200000375, 6000039258, 6000039315, 6000039587, 6000039798, 6000039965, 6000040455, 6000041987, 6000042515, 6000045099, 6000045248, 6000045552, 6000046003, 6000046569, 6000046852, 6000047370, 6000048129, 6000048750, 6000049211, 6000049222, 6000049535, 6000049662, 6000049670, 6000049921, 6000049932, 6000050428, 6000050439, 6000050760 |

# EXHIBIT 1

GM AFRICA & MIDDLE EAST FZE
JENNIFER STARR BUYER
PILOT M 00783 JEBEL ALI
DUBAI, DUBAI -
UNITED ARAB EM

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 3200000375 |

# EXHIBIT 1

GM AUTOWORLD INDONESIA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 5600004629, 5600004771, 5600004936, 5600005065, 5600005168, 5600005215, 5600005308, 5600005923, 5600006018, 5600006317, 5600006444, 5700000142 |

# EXHIBIT 1

GM DE MEXICO S A DE C V
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1JFR0001, 1JFR0004, 1JFR0006, 1JFR000D, 1KF30000, 1KF30003, 1KF30004, 1KF30009, 1KF3000B, 1KF3000D, 1KF3000F, 1KF3000G, 1V9F0000, 1V9F0001, 1V9F0003, 1V9F0004, 1V9F0005, 1V9F0006, 7TX0001Z, 7TX0002C, 7TX0002D, 7TX0002F, 7TX0002J, 7TX0002R, 7TX0002T, 9P20023, 9P20039, 9P2003B, 9P2003C, 9P2003D, 9P2003H, 9P2003J, 9P2003K, 9P2003L, 9P2003M, 9P2003N, 9PF00KF, 9PF021V, 9PF021W, 9PF021X, 9PF021Z, 9PF0220, 9PF0221, 9PF0222, 9PF0223, 9PF0224, 9PN000N, 9PN000P, 9R8003H, 9R8003K, 9R8003L, 9R8003M, 9R8003N, 9R8003T, 9R8003Z, 9R80044, DLR0005C, DLR0005F, DLR0005G, DLR0005N, DLR00061, DLR00063, DLR00064, DLR00065, DLR00066, DLR00067, M7Z006H, M7Z006Z, M7Z0070, M7Z007Z, M7Z0080, M7Z008R, M7Z009K, M7Z009L, M7Z009M, M7Z009N, M7Z009P, M7Z009R, M7Z009T, M7Z009V, M7Z009W, M7Z009X, M7Z009Z, M7Z00B0, M7Z00B1, M7Z00B2, M7Z00B3, M7Z00B4, M7Z00B5, M7Z00B6, M7Z00B8, M7Z00B9, M7Z00BB, M7Z00BF, M7Z00BG, M7Z00BH, M7Z00BJ, M7Z00BK, M7Z00BL, M7Z00BN, M7Z00BP, M7Z00BR, M7Z00BT, M7Z00BV, M7Z00BW, M7Z00BX, M7Z00BZ, M7Z00C0, M7Z00C1, M7Z00C2, M7Z00C3, M7Z00C4, M7Z00C9, M7Z00CB |

# EXHIBIT 1

GM DE MEXICO S A DE C V
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 7TX00032, 9P2002P, DLR0002N, DLR0005K, DLR0005R, DPR002H, M2N0000M, M7Z0019, M7Z001F, M7Z002C, M7Z0063, M7Z0068 |

# EXHIBIT 1

GM DO BRASIL LTDA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) VNG0005V |

# EXHIBIT 1

GM DO BRASIL LTDA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) P2H0004, P2H0005, VNG0002F, VNG0002K, VNG0002R, VNG00039, VNG0003C, VNG0003F, VNG0003J, VNG0003K, VNG0003R, VNG0003W, VNG00040, VNG00041, VNG00049, VNG0004F, VNG0004G, VNG0004H, VNG0004J, VNG0004M, VNG0004P, VNG0004R, VNG0004W, VNG0004Z, VNG0050, VNG00055, VNG00057, VNG00059, VNG0005C, VNG0005D, VNG0005G, VNG0005T, VXM00004 |

# EXHIBIT 1

GM OF CANADA LTD SERVICE
MARSHA SMITH SR BUYER
1908 COLONEL SAM DR
OSHAWA, ONTARIO L1H 8P7
CANADA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN51592, CN51596, CN51601, CN51603, CN51606, CN51611, CN51614, CN51616, CN51619, CN51621, CN51623, CN51624, CN51626, CN51627, CN55385 |

# EXHIBIT 1

GM OF CANADA LTD SERVICE
MARSHA SMITH SR BUYER
1908 COLONEL SAM DR
OSHAWA, ON L1H 8P7
CANADA



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN37531, CN45662, CN45663, CN45664, V04400113373 |

# EXHIBIT 1

GMD INDUSTRIES LLC
David Musgrave
1414 E SECOND ST
DAYTON, OH 45403

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4513 |

# EXHIBIT 1

GMD INDUSTRIES LLC
PRODUCTION SCREW MACHINE CO
1414 E SECOND ST
DAYTON, OH 45403-1023

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4513 |

# EXHIBIT 1

GMD INDUSTRIES LLC EFT DBA PRODUCTION SCREW MACHINE
GMD INDUSTRIES LLC
1414 E SECOND ST
DAYTON, OH 45403-1023

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4738 |

# EXHIBIT 1

GMTG PONTIAC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

---

### Contract to be assumed and/or assigned:

Purchase Order Number(s) 17NL0014, 17NL0015, 17NL001B, 17NL001C, 17NL001D, 17NL001F, 17NL001T, 17NL001V,
17NL001W, 17NL001X, 17NL0027, 17NL0028, 17NL0029, 17NL002B, 17NL002D, 17NL002G, 17NL002H, 17NL002J,
17NL002K, 17NL002L, 17NL002M, 17NL002N, 17NL002P, 17NL002R, 17NL002T, 17NL002V, 17NL002W, 17NL002X,
17NL002Z, 17NL0030, 1J4P0000, 1J4R0000, 1J4R0001, 1J4R0002, 1J4R0005, 1J4R0006, 1J4R0007, 1J4R0009, 1J4R000H,
1J4T0000, 1J4T0001, 1J4T0003, 1J4T0005, 1J4T0007, 1J4T000C, 1JFR0000, 1JFR0004, 1JFR0008, 1KF20001, 1KF20002,
1KF20007, 1KF2000F, 1KF2000G, 1KF2000K, 1KF2000L, 1KF2000P, 1KF40000, 1KF40003, 1KF40005, 1KF40009, 1KF4000B,
1KF4000C, 1KF4000F, 1RDM0002, 1RDN0001, 1T6J0002, 1T6J0003, 1T6J0007, 1T6J000B, 1T6J000C, 1T6J000D, 1T6J000F,
1T6J000G, 1T6J000L, 1T6J000M, 1T6J000P, 1T6J000T, 1T6J000V, 1T6J0013, 1V9F0002, 1V9G0000, 1V9G0001,
1V9G0002, 1V9G0003, 1V9G0004, 1W290000, 6HT029N, 6HT02B5, 6HT049R, 6HT049T, 6HT049V, 6HT049W, 6HT04B1,
6HT04B2, 6HT04B3, 6HT04B4, 6HT04B5, 6HT04C6, 6HT04C7, 6HT04C9, 6HT04CH, 6HT04CK, 6HT04JP, 6HT04P0, 6HT04P1,
6HT04P2, 6HT04RJ, 6HT04RK, 6HT04RL, 6HT04RM, 6HT04RN, 6HT04RP, 6HT04RR, 6HT04RT, 6HT04RV, 6HT04RW,
6HT04RX, 6HT04RZ, 6HT04TB, 6HT04TC, 6HT04TD, 6HT04TF, 6HT04TG, 6HT04TH, 6HT04TJ, 6HT04TK, 6HT04TL,
6HT04V0, 6HT04V1, 6HT04V2, 6HT04V3, 6HT04V4, 6HT04V5, 6HT04V6, 6HT04VX, 6HT04VZ, 6HT04W0, 6HT04W1,
6HT04W2, 6HT04W3, 6HT04W4, 6HT04W5, 6HT04WB, 6HT04WC, 6HT04WD, 6HT04WF, 6HT04WG, 6HT04WH, 6HT04WJ,
6HT04WK, 6HT04WL, 6HT04WM, 6HT04WN, 6HT04WP, 6HT04WR, 6HT04WT, 6HT04WV, 6HT04WW, 6HT04WX,
6HT04WZ, 6HT04X0, 6HT04X1, 6HT04X5, 6HT04X9, 6HT04Z9, 6HT04ZB, 6HT04ZC, 6HT04ZD, 6HT04ZF, 6HT04ZH,
6HT04ZJ, 6HT04ZP, 6HT04ZR, 6HT04ZT, 6HT04ZV, 6HT04ZW, 6HT04ZX, 6HT04ZZ, 6HT0500, 6HT0501, 6HT0502, 6HT0503,
6HT0504, 6HT0505, 6HT0506, 6HT0507, 6HT0508, 6HT0509, 6HT050B, 6HT050C, 6HT050D, 6HT050F, 6HT050G, 6HT050H,
6HT050J, 6HT050K, 6HT050L, 6HT050M, 6HT050N, 6HT050P, 6HT050R, 6HT050T, 6HT050V, 6HT050W, 6HT050X, 6HT051B,
6HT051C, 6HT051D, 6HT051G, 6HT051H, 6HT051J, 6HT051K, 6HT051L, 6HT051M, 6HT051N, 6HT051P, 6HT051R, 6HT0522,
6HT0523, 6HT0524, 6HT0525, 6HT0526, 6HT0527, 6HT052B, 6HT052C, 6HT052D, 6HT052F, 6HT052G, 6HT052H, 6HT052J,
6HT052L, 6HT052M, 6HT052N, 6HT052P, 6HT052X, 6HT052Z, 6HT0531, 6HT0532, 6HT0533, 6HT0535, 6HT0536, 6HT0537,
6HT0538, 6HT053D, 6HT053F, 6HT053G, 7V100076, 7V10008K, 7V10009L, 7VI0008L, 9M9032F, 9M90393, 9M9039T,
9M9039V, 9M903CT, 9M903CV, 9M903CW, 9M903CX, 9M903CZ, 9M903D0, 9M903D1, 9M903D2, 9M903D3, 9M903D4,
9M903D5, 9M903D6, 9M903D8, 9M903D9, 9M903DB, 9M903DC, 9M903DD, 9M903DG, 9M903DH, 9M903DJ, 9P10048,
9P1006J, 9P1006K, 9P1006L, 9P1006M, 9P1006T, 9P1006V, 9P10070, 9P10071, 9P10073, 9P10074, 9P10075, 9P10076, 9P10078,
9P3002F, 9P3003L, 9P3003N, 9P3003P, 9P3003V, 9P3003W, 9P3003X, 9P3003Z, 9P30040, 9P30041, 9PF020F, 9PX002N,
9PX002P, 9PX004V, 9PX004W, 9R3009P, 9R3009V, 9R3009W, 9R3009X, 9R3009Z, 9R300B0, 9R300B1, 9R300B2, 9R300B3,
9R300B4, 9R300B8, 9R90059, 9R9005C, 9R9005F, 9R9005H, 9R9005M, 9RH000L, 9RH0019, ARS55092, CN400DF, DLR00063,
DLV0008K, DLV0008L, DLV0008M, DLV0008N, DLV007W, DLW000RD, DLW000RJ, DLW000RM, DLW000RP, DLW000RR,
DLW000RT, DLW000V7, DLW000V9, DLW000VH, DLW000VT, DLW000W0, DLW000W1, DLW000W2, DLW000W3,
DLW000W4, DLW000W9, DLW000WB, DLW000WG, DPR002P, JFC0058, JFC005C, MWG002R, PES91466, PES91467,
PES91469, V710053, V710054, V710055, V710056, V710057, V710058, V710059, V71005B, V71005P, V71005R, V71005T,
V71005V, V710065, V710066, V710067, V710068, V71006B, V71006D, V71006F, V71006G, V71006H, V71006J, V71006K,
V71006L, V71006M, V71006N, V71006P, V71006R, V71006T, V71006V, WZS56553

# EXHIBIT 1

GMTG PONTIAC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 17NL000F, 1B3B0001, 1B3B0002, 1B3D0001, 1KF20004, 6HT029C, 6HT029D, 6HT029F, 6HT029G, 6HT029H, 6HT029J, 6HT029K, 6HT029L, 6HT029M, 6HT029P, 6HT029R, 6HT02B0, 6HT02B1, 6HT02B2, 6HT02B3, 6HT02B4, 6HT02B6, 6HT02B7, 6HT02B8, 6HT02B9, 6HT02BP, 6HT02DC, 6HT030P, 6HT03J4, 6HT03J5, 7TX0002F, 7TX0002H, 7TX0002R, 7TX0002V, 7TZ00025, 7TZ0002H, 7TZ0002J, 7TZ0002M, 7TZ0002N, 7TZ0002W, 7TZ0002X, 7TZ00033, 7V10008X, 7V10008Z, 7V100096, 7V100098, 7V100099, 7V10009G, 9M900KF, 9M900KG, 9M900LW, 9M900MK, 9M901FK, 9M90204, 9M902H7, 9P1005K, 9P20025, 9P2002F, 9P3002R, 9PF00KD, 9PF00KF, 9PF00PD, 9PN000D, 9PN000F, 9PX000G, 9PX000L, 9PX000N, 9PX000X, 9PX002G, 9R3003L, 9R3009J, 9R3009L, 9R3009N, 9R300BC, 9R9004X, 9R90050, 9R90052, 9RH0007, 9RH000G, 9RH0010, 9RJ0004, CG1003F, DLR00000, DLR00001, DLR00022, DLR00053, DLR00054, DLR00055, DLR00059, DLR0005B, DLR0005F, DLV0002W, DLV00031, DLV00032, DLV0004J, DLV0007X, DLV0007Z, DLV00084, DLV00085, DLV0008C, DLW00002, DLW000CC, DLW000N7, DLW000R7, DLW000R8, DLW000R9, DLW000RB, DLW000RC, DLW000RG, DLW000RH, DLW000RK, DLW000T9, JFC0051, M2P0002G, M2P0002T, M2P0002W, M2P0002X, M2P00033, V710050 |

# EXHIBIT 1

Gneral Dynamics Land Systems LLC
Muskegon Operations Technical Center
640 Seminole Road
Muskegon, MI 49441

| Contract to be assumed and/or assigned: |
| :---: |
| Proprietary Data Agreement between General Dynamics Land Systems Inc and Delphi Automotive Systems LLC dated September 14, 2004 |

# EXHIBIT 1

GOBAR SYSTEMS INC EFT
GOBAR SYSTEMS INC
3320 E 14TH ST
BROWNSVILLE, TX 78521

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5664 |

# EXHIBIT 1

GOLDA, JOSEPH
Joseph Golda
2678 MILLER RD
METAMORA, MI 48455



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460010096, 460015123 |

# EXHIBIT 1

GOMATEC ESPANA SL
POLIGONO IND SESROVIRES
SANT ESTEVE SESROVIRES, 08 08635
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6190 |

# EXHIBIT 1

GOODYEAR TIRE & RUBBER CO EFT
GOODYEAR TIRE & RUBBER CO, THE
100 GALLERIA OFFICENTRE #100
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0460 |

# EXHIBIT 1

GOSHEN DIE CUTTING (GDC) INC
GDC INC
PO Box 98
GOSHEN, IN 46527-0098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2515 |

# EXHIBIT 1

GOYETTE MECHANICAL COMPANY INC
Dominic Goyette
PO BOX 33
FLINT, MI 48501

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450520313 |

# EXHIBIT 1

GR SPRING & STAMPING INC
HZ INDUSTRIES INC
GR SPRING & STAMPING INC
706 BOND AVE NW
GRAND RAPIDS, MI 49503-1434

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6107 |

# EXHIBIT 1

GRAFF TRUCK CENTERS INC
1401 S SAGINAW ST
FLINT, MI 48503-3704

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450478716 |

# EXHIBIT 1

GRAHAM SALES & ENGINEERING
Ken Wolpert
334 S WATER ST
SAGINAW, MI 48607

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450456924 |

# EXHIBIT 1

GRAND HAVEN STAMPED PRODS EFT
1250 SOUTH BEECHTREE
GRAND HAVEN, MI 49417

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3204, SAG90I4682 |

# EXHIBIT 1

GRAND RAPIDS CONTROLS CO LLC
GRAND RAPIDS CONTROLS COMPANY LLC
PO Box 360
ROCKFORD, MI 49341-0360

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0747, SAG90I5393 |

# EXHIBIT 1

GREENDALE SCREW PRODUCTS EFT
GREENDALE SCREW PRODUCTS CO INC
287 E GOLDEN GATE
DETROIT, MI 48203-2054

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3806 |

# EXHIBIT 1

GREER STOP NUT INC
GREER STOP NUT
481 MCNALLY DR
NASHVILLE, TN 37211

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0592 |

# EXHIBIT 1

GRUPO ABC DE MEXICO SA DE CV AVENIDA NORTE CUATRO #7 NUEVO
GRUPO ABC DE MEXICO SA DE CV
AVE NORTE 4 NO 7
SAN JUAN DEL RIO, QRO 76809
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5406 |

# EXHIBIT 1

GUIDE CORP
2915 PENDLETON AVE
ANDERSON, IN 46016

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) INLE5298 |

# EXHIBIT 1

HAMLIN TOOL & MACHINE CO INC (EFT)
HAMLIN TOOL & MACHINE COMPANY INC
HAMLIN TOOL & MACHINE COMPANY INC
1671 E HAMLIN RD
ROCHESTER, MI 48307-3624

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6051, 90I6207, 90I6206 |

# EXHIBIT 1

HAMLIN TOOL & MACHINE COMPANY INC
1671 E HAMLIN RD
ROCHESTER, MI 48307-3624

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3419 |

# EXHIBIT 1

HAMLIN TOOL & MACHINE COMPANY INC
Bob Seigwald
1671 EAST HAMLIN ROAD
ROCHESTER, MI 48307

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3419 |

# EXHIBIT 1

Hank Thorn Co Inc
Hank Thorn Co Inc
29164 Wall St
Wixom, MI 48393-3524

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450432436 |

# EXHIBIT 1

Harley Davidson Motor Company
3700 West Juneau Avenue
Milwaukee , WI 53208

| Contract to be assumed and/or assigned: |
| :---: |
| Development Services Agreement between Harley-Davidson Motor Company Group, Inc. and Energy & Chassis Systems Division of Delphi Automotive Systems LLC dated April 24, 2003 |

# EXHIBIT 1

Harley Davidson Motor Company Group Inc
Attn Vice President Engineering
3700 West Juneau Avenue
Milwaukee, WI 53208

| **Contract to be assumed and/or assigned:** |
| --- |
| Development Services Agreement between Harley-Davidson Motor Company Group, Inc. and Energy & Chassis Systems Division of Delphi Automotive Systems LLC dated April 24, 2003 |

# EXHIBIT 1

HARTFORD BEARING CO
C/O TURNER, WM S & CO
20630 HARPER AVE STE 201
HARPER WOODS, MI 48225

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5227 |

# EXHIBIT 1

HARTFORD BEARING CO
Frank Willard
20630 HARPER STE 201
HARPER WOODS, MI 48225

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5227 |

# EXHIBIT 1

HAWK DESIGN INC
Mike Slasinski
7201 Danny Dr.
Saginaw, MI 48609

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460009715, 460015128 |

# EXHIBIT 1

HEINEMAN, JR & SONS
Dan Emmenecke
3562 RIDGECREST DR
MIDLAND, MI 48642

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460015063, 450450944, 450453862, 450453559, 450457771, 450474068, 450474065, 450520307, 450530970, 450515123, 450515122 |

# EXHIBIT 1

HEINRICH MUELLER MASCHINENFABRIK GM
Elmar Pischel
GOEPPINGER STR 1-3
PFORZHEIM, BW 75179
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450478268, 450432559 |

# EXHIBIT 1

HELLERMANN TYTON CORP EFT
HELLERMANNTYTON CORPORATION
PO Box 245017
MILWAUKEE, WI 53224

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0479 |

# EXHIBIT 1

HENKEL CORP
15051 E DON JULIAN RD
CITY OF INDUSTRY, CA 91746-3302

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0317 |

# EXHIBIT 1

HENKEL LOCTITE CORP
Chris Orletski
1001 TROUT BROOK CROSSING
ROCKY HILL, CT 06067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0317 |

# EXHIBIT 1

HERITAGE INTERACTIVE SERVICES LLC
HERITAGE INTERACTIVE SERVICES LLC
3719 W 96TH ST
INDIANAPOLIS, IN 46268

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450479599 |

# EXHIBIT 1

HIGHLAND MANUFACTURING CO EFT
ILLINOIS TOOL WORKS INC
PO Box 1858
WATERBURY, CT 06705

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4878 |

# EXHIBIT 1

HIRSCHVOGEL INC
HIRSCHVOGEL INCORPORATED
2230 S 3RD ST
COLUMBUS, OH 43207-2402

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6323 |

# EXHIBIT 1

HIRTENBERGER AUTOMOTIVE SAFETY GMBH
HIRTENBERGER AUTOMOTIVE SAFETY
HIRTENBERGER AUTOMOTIVE SAFETY
LEOBERSDORFERSTRASSE 31-33
HIRTENBERG, AT 2552
AT

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6282 |

# EXHIBIT 1

HITACHI METAL AMERICA LTD
HITACHI LTD
HITACHI METALS AMERICA LTD HITACHI METALS AMERICA
2101 S ARLINGTON HEIGHTS RD STE 116
ARLINGTON HEIGHTS, IL 60005

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6082 |

# EXHIBIT 1

HITACHI METALS AMERICA LTD EFTMAGNETIC MATERIALS DIV
HITACHI METALS AMERICA LTD
2101 S ARLINGTON HEIGHTS RD STE 116
ARLINGTON HEIGHTS, IL 60005

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5655 |

# EXHIBIT 1

HITCHINER MANUFACTURING CO EFTINC
HITCHINER MANUFACTURING COMPANY INC
PO Box 2001
MILFORD, NH 03055-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5572, SAG90I0025 |

# EXHIBIT 1

HI-TECH OPTICAL INC
Hi-Tech Optical Inc.
3139 Christy Way
Saginaw, MI 48603-2226

| Contract to be assumed and/or assigned: |
|---|
| Prescription Safety Glasses Agreement |

# EXHIBIT 1

HI-TECH STEEL TREATING INC
2720 ROBERTS ST
SAGINAW, MI 48601-3133

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3775 |

# EXHIBIT 1

HI-TECH STEEL TREATING INC
Bill Haubert
555 MARATHON BLVD PO BOX 269
FINDLAY, OH 45839

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3775 |

# EXHIBIT 1

Hodges Transportation Inc
dba Nevada Automotove Test Center
PO Box 234
Carson City, NV 89702



| Contract to be assumed and/or assigned: |
| :---: |
| Mutual Confidentiality Agreement between Delphi Automotive Systems, L.L.C. and Hodges Transportation, Inc. dated February 28, 2007 |

# EXHIBIT 1

HOFFER PLASTICS CORP EFT
HOFFER PLASTICS CORP
500 N COLLINS ST
SOUTH ELGIN, IL 60177-1104

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0439, SAG90I0731 |

# EXHIBIT 1

HOLMCO INDUSTRIES DIV ROBIN IND
ROBIN INDUSTRIES INC
PO Box 188
WINESBURG, OH 44690

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2313 |

# EXHIBIT 1

HOME OFFICE ENTERPRISES INC
2306 HESS ST
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2060 |

# EXHIBIT 1

HOME OFFICE ENTERPRISES INC
John Dunn
2306 HESS ST
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I2060 |

# EXHIBIT 1

HONEYWELL SENSING & EFTCONTROL
FAS CONTROLS INC
1100 AIRPORT RD
SHELBY, NC 28150

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5041 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
HOOVER PRECISION PRODUCTS INC
PO Box 899
CUMMING, GA 30028

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1061 |

# EXHIBIT 1

HORIZON TECHNOLOGY LLC EFT
HTG CORP INC
1988 S COUNTY RD 593
TIFFIN, OH 44883

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4034 |

# EXHIBIT 1

HOWARD FINISHING LLC
32565 DEQUINDRE RD
MADISON HEIGHTS, MI 48071-1520

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2085, 90I0861 |

# EXHIBIT 1

HOWARD FINISHING LLC
Keith Avallone
32565 DEQUINDRE
MADISON HEIGHTS, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0861, 90I2085 |

# EXHIBIT 1

HP FORKLIFT INC
beverly Hasinki
420 S OUTER DR
SAGINAW, MI 48601-6401

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450457827 |

# EXHIBIT 1

HPVO PERFORMANCE GARAGE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SCAAA9H |

# EXHIBIT 1

HS AUTOMOTIVE ALABAMA
HS AUTOMOTIVE ALABAMA
100 SONATA DR
ENTERPRISE, AL 36330

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5728 |

# EXHIBIT 1

HUBBARD SUPPLY
3900 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450473790 |

# EXHIBIT 1

HUF NORTH AMERICA
HUF HUELSBECK & FUERST GMBH & CO KG
HUF NORTH AMERICA AUTOMOTIVE PARTS
395 T ELMER COX RD
GREENEVILLE, TN 37743-3034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5824 |

# EXHIBIT 1

HUGO BENZING GMBH & CO KG
HUGO BENZING GMBH & CO KG
DAIMLERSTR 49-53
KORNTAL-MUENCHINGEN, BW 70825
DE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5696 |

# EXHIBIT 1

HY LEVEL INDUSTRIES INC EFT
HY-LEVEL INDUSTRIES INC
PO Box 368015
STRONGSVILLE, OH 44136-9715



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5295, SAG90I4985, SAG90I0419 |

# EXHIBIT 1

HYDRO ALUMINUM NORTH AMERICA
HYDRO ALUMINUM NORTH AMERICA
171 INDUSTRIAL BLVD
FAYETTEVILLE, TN 37334

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5216 |

# EXHIBIT 1

HYDRO ALUMINUM NORTH AMERICA 1
HYDRO ALUMINUM NORTH AMERICA
200 RIVIERA BLVD
SAINT AUGUSTINE, FL 32086

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5217 |

# EXHIBIT 1

HYDRO ALUMINUM ROCKLEDGE INC
100 GUS HIPP BLVD
ROCKLEDGE, FL 32955

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5476 |

# EXHIBIT 1

HYDRO ALUMINUM ROCKLEDGE INC
Jim Konitsney
100 GUS HIPP BLVD
ROCKLEDGE, FL 32955

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5476 |

# EXHIBIT 1

HYLTON INDUSTRIAL CORP
Chris Cox
22575 HESLIP DR
NOVI, MI 48375-4140

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450513362, 450513060 |

# EXHIBIT 1

Hyper Alloys, Inc
Hyper Alloys, Inc
29153 Groesbeck Hwy
Roseville, MI 48066-1921

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450471739 |

# EXHIBIT 1

HYUN YANG CORP
HYUN YANG CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5955, 90I6299, 90I6375 |

# EXHIBIT 1

HYUN YANG CORPORATION EFTSHIHWA IND ESTATE 5 BA 101
HYUN YANG CO INC
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5369 |

# EXHIBIT 1

Hyundai Motor Company
Marie Curie Strasse 2
65428 Russelsheim, - -
Germany

| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between Hyundai Motor Company and Delphi Corporation dated August 30, 2007 |

# EXHIBIT 1

HYUNDAI MOTOR MFG ALABAMA
GREG GYU SUK LEE SR PURCHASING MANAGER
700 HYUNDAI BLVD
MONTGOMERY, AL 36105-9622

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 4600000282, 4600000283, 4600000422, 4600000761, 4600000762, 4600000763, 4600000795, 4600000796, 4600000797 |

# EXHIBIT 1

I&W INDUSTRIES LLC
out of business
2440 AERO PARK DR
TRAVERSE CITY, MI 49686

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450453962, 450451260, 450456923, 450451467, 450449263, 450449262, 450449169, 450447489, 450440042, 450438674, 450436642 |

# EXHIBIT 1

IAC GROUP NORTH AMERICA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 207684, 3987 |

# EXHIBIT 1

IAC GROUP NORTH AMERICA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 149065, 151334, 151337, 151338 |

# EXHIBIT 1

IBEROFON PLASTICOS SL
CONLUHI, S.A.
IBEROFON PLASTICOS SL
POL IND MIRALCAMPO C/ALUMINIO 4
AZUQUECA DE HENARES, ES 19200
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5978 |

# EXHIBIT 1

ICG CASTINGS INC EFT
ICG CASTINGS INC
5700 CROOKS RD STE 225
TROY, MI 48098

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I1231 |

# EXHIBIT 1

IDEAL CONTRACTING LLC
Julie Weiss
2525 CLARK ST
DETROIT, MI 48209-1337

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450482677 |

# EXHIBIT 1

IER INDUSTRIES INC EFT
IER FUJIKURA INC
8271 BAVARIA RD E
MACEDONIA, OH 44056

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5296 |

# EXHIBIT 1

IFA Maschinebau GmbH
Genrickstrasse 102
39340 Haldensleben , - -
 Germany

| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between IFA Maschinenbau GmbH and Delphi Corporation dated June 9, 2004 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) D0450162522, D0450162521, D0450162520, D0450162519, D0450164271 |

# EXHIBIT 1

ILLINOIS TOOL WORKS INC
ITW TOMCO
730 E SOUTH ST
BRYAN, OH 43506-2433

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4978 |

# EXHIBIT 1

ILLINOIS TOOL WORKS INC
Patrick Crow
730 E SOUTH ST
BRYAN, OH 43506

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4978 |

# EXHIBIT 1

IMAGISTICS INTERNATIONAL INC
OCE NV
24590 LAHSER RD
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450449774 |

# EXHIBIT 1

IMCO INC
1819 W PARK DR
HUNTINGTON, IN 46750-8957

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I4521 |

# EXHIBIT 1

IMCO INC
Mike Hale
1819 W PARK DRPO BX 444
HUNTINGTON, IN 46750

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4521 |

# EXHIBIT 1

IMCO INC EFT
IMCO INC
PO Box 444
HUNTINGTON, IN 46750-0444

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4141 |

# EXHIBIT 1

IMPACT FORGE GROUP INC EFT
OMNI FORGE INC
18325 S 580 COUNTY RD W
REMINGTON, IN 47977



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4496, SAG90I4717 |

# EXHIBIT 1

IMPACT FORGE INC
IMPACT FORGE INC
2805 NORCROSS DR
COLUMBUS, IN 47201-4911

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6337 |

# EXHIBIT 1

IMPACT FORGE INC
IMPACT FORGE INC
2805 NORCROSS DR
COLUMBUS, IN 47201-4911

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5936 |

# EXHIBIT 1

IMPRODEX SP ZOO
PRZEDSIEBIORSTWO PRODUKCYJNO
PRZEDSIEBIORSTWO PRODUKCYJNO USLUGOWO HANDLOWE IMPRODEX SP ZOO
ORZESZKOWEJ 15
CZECHOWICE DZIEDZICE, PL 43-502
PL

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6179 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5252, SAG90I5499, SAG90I5591, SAG90I5587, SAG90I4100, SAG90I4095, SAG90I4087 |

# EXHIBIT 1

INA USA CORPORATION
SCHAEFFLER KG
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6293 |

# EXHIBIT 1

INA WALZLAGER SCHAEFFLER OHG
SCHAEFFLER KG
SCHAEFFLER FRANCE
93 ROUTE DE BITCHE
HAGUENAU, 67 67500
FR

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6028 |

# EXHIBIT 1

INCAL TECHNOLOGIES INC
INCAL TECHNOLOGIES INC
3870 E WASHINGTON RD
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6016 |

# EXHIBIT 1

IND Y FUNDICIONES POR INYECCION SA
IND Y FUNDICIONES POR INYECCION SA
POL EL SEQUERO
ARRUBAL, ES 26509
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6189 |

# EXHIBIT 1

INDAK MANUFACTURING CORP
1915 TECHNY RD
NORTHBROOK, IL 60062-5307

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I0437 |

# EXHIBIT 1

INDAK MANUFACTURING CORP
Tom Mason
1915 TECHNY RD
NORTHBROOK, IL 60062

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0437 |

# EXHIBIT 1

INDUCTOHEAT INC
ROWAN TECHNOLOGIES INC
32251 N AVIS DR
MADISON HEIGHTS, MI 48071-1502

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450508042 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| **Contract to be assumed and/or assigned:** |
| --- |
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| **Contract to be assumed and/or assigned:** |
| --- |
| Athens, Alabama 1974 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| **Contract to be assumed and/or assigned:** |
| --- |
| Athens, Alabama 1981 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama April 1, 1975 Lease  - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama August 8, 1975 Lease - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| **Contract to be assumed and/or assigned:** |
| --- |
| Athens, Alabama December 1, 1981 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama September 1, 1977 Lease - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama September 1, 1977 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama September 1, 1977 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612



| Contract to be assumed and/or assigned: |
| :---: |
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 |

# EXHIBIT 1

INDUSTRIAL REFRACTORY CONSULTANT
Leonard Amore
8191 PORTSMOUTH LN
GRAND BLANC, MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450476255 |

# EXHIBIT 1

INDUSTRIAL STAMPING & MFG (EFT)
INDUSTRIAL STAMPING & MFG CO
INDUSTRIAL STAMPING & MFG CO
16500 COMMON RD
ROSEVILLE, MI 48066-5904

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6230 |

# EXHIBIT 1

INDUSTRIAL STAMPING & MFG EFT
INDUSTRIAL STAMPING & MFG CO
16500 COMMON RD
ROSEVILLE, MI 48066-5904

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0364, SAG90I5444 |

# EXHIBIT 1

INDUSTRIAS CH SA DE CV
INDUSTRIAS CH, S.A. DE C.V.
AGUSTIN MELGAR 23
TLALNEPANTLA, EM 54030
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5983 |

# EXHIBIT 1

INFASCO NUT EFT
IFASTGROUPE 2004 L.P.
3990 NASHUA DR
MISSISSAUGA, ON L4V 1P8
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0588 |

# EXHIBIT 1

Ingersoll-Rand Security Technologies
Attn: Diane M Landers
PLM Analyst
11819 N Pennsylvania Street
Carmel, IN 46032

| Contract to be assumed and/or assigned: |
|---|
| Mutual Nondisclosure Agreement between Intersoll-Rand Co. and Delphi Steering, dated December 19, 2007 |

# EXHIBIT 1

INITIAL TROPICAL PLANTS INC
INITIAL TROPICAL PLANTS INC
25220 TRANS-X
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0450163062 |

# EXHIBIT 1

INNERTECH NASHVILLE DIV INTIER AUTOMOTIVE INTERIOR
INTIER AUTOMOTIVE INTERIORS OF AMER
7751 W 70TH ST
SHREVEPORT, LA 71129

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5084 |

# EXHIBIT 1

INTEGRATED LOGISTICS EFT SOLUTIONS
RB&W CORP OF CANADA
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2686 |

# EXHIBIT 1

INTEGRITY DESIGN SERVICES LLC
PO BOX 668
TRINITY, AL 35673

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015164 |

# EXHIBIT 1

Intellitech
14 Rue du Fonds Pernant Technopolis IV
60200 Compiegne, - -
France



| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Intellitech and Delphi Corporation dated February 28, 2007 |

# EXHIBIT 1

INTERMET CORP
2620 90TH ST
STURTEVANT, WI 53177

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0713 |

# EXHIBIT 1

INTERMET CORPORATION
450 BENNETT DR
PULASKI, TN 38478

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5552, 90I4979 |

# EXHIBIT 1

INTERMET CORPORATION
Mark Kuzinski
450 BENNETT DR
PULASKI, TN 38478



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4979, 90I5552, 90I0713 |

# EXHIBIT 1

INTERMET-DIE MAKERS EFTMONROE CITY
DIVERSIFIED DIEMAKERS INC
PO Box 278
MONROE CITY, MO 63456

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0710 |

# EXHIBIT 1

INTERMET-NORTHERN CASTINGS EFTHIBBING FOUNDRY
NORTHERN CASTINGS LLC
PO Box 98
HIBBING, MN 55746-0098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0905 |

# EXHIBIT 1

INTIER AUTOMOTIVE INTERIORS OF AMER
PROGRESSIVE MOULDED PRODUCTS LTD
PROGRESSIVE MOLDED PRODUCTS INC
6900 S BENTSEN RD
MCALLEN, TX 78503

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5959 |

# EXHIBIT 1

INVENSYS INC
INVENSYS PRECISION DIE CASTING
232 HOPKINSVILLE RD
RUSSELLVILLE, KY 42276



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I4957, 90I5095 |

# EXHIBIT 1

IRBY, STUART C CO
IRBY, STUART C CO
144 WOODALL RD
DECATUR, AL 35603



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450512547, 450512545, 450512540, 450512539, 450512534, 450512532, 450512530, 450512528, 450512527 |

# EXHIBIT 1

ISOGRAPH INC
4695 MACARTHUR CT FL 11
NEWPORT BEACH, CA 92660-1882

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450444888 |

# EXHIBIT 1

ISPAT INLAND BAR PRODUCTS
MITTAL STEEL COMPANY NV
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5825, 90I6253, 90I6274 |

# EXHIBIT 1

ISPAT INLAND BAR PRODUCTS
MITTAL STEEL COMPANY NV
ISPAT INLAND INC INLAND STEEL & BAR CO
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6345 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3666, SAG90I3661, SAG90I3654, SAG90I3644, SAG90I5428, SAG90I5467, SAG90I5717 |

# EXHIBIT 1

ISPAT INLAND INC
Dave Warren
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5604, 90I5224 |

# EXHIBIT 1

ISUZU MOTORS AMERICA INC
MATTHEW PORMAN JAMES DINDINGER PURCHASING COST ANALYST SR PARTS
ANALYST
16323 SHOEMAKER AVE
ACCOUNT No 4 A
CERRITOS, CA 90703



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) S7727705, SU694841, SU722845, SU723579, SU7242A0, SU725659, SU729135, SZ722897, SZ7235C6, SZ7249E1 |

# EXHIBIT 1

ISUZU MOTORS AMERICA INC
MATTHEW PORMAN PURCHASING COST ANALYST
46401 COMMERCE CENTER DR
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) PA2041005A, PA2041006A |

# EXHIBIT 1

ISUZU MOTORS AMERICA INC
MATTHEW PORMAN PURCHASING COST ANALYST
46401 COMMERCE CENTER DR
PLYMOUTH, MI 48170



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 9301921, PA2041003A, PA2041004B |

# EXHIBIT 1

ITW ANCHOR STAMPINGS EFT
ILLINOIS TOOL WORKS INC
12150 MERRIMAN RD
LIVONIA, MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3811 |

# EXHIBIT 1

ITW AUTOMOTIVE PRODUCTS EFT
ITW AUTOMOTIVE PRODUCTS GMBH & CO K
MUENSTER 188
CREGLINGEN, BW 97993
DE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5203 |

# EXHIBIT 1

ITW DELTAR ENGINEERED FASTENERS
ILLINOIS TOOL WORKS INC
ILLINOIS TOOL WORKS INC
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6210 |

# EXHIBIT 1

ITW DELTAR ENGR FASTENERS EFT
ILLINOIS TOOL WORKS INC
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5018, SAG90I5693 |

# EXHIBIT 1

ITW DELTAR INSERT MOLDED EFT PRODUCTS
ILLINOIS TOOL WORKS INC
PO Box 1570
LAKEVILLE, CT 06039

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5207, SAG90I4908 |

# EXHIBIT 1

ITW DELTAR TEKFAST DIV EFT ILLINOIS TOOL WORKS
ILLINOIS TOOL WORKS INC
850 STEVENSON HWY STE 110
TROY, MI 48083-1122

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5006, SAG90I2801 |

# EXHIBIT 1

ITW FILTRATION GENEVA
ILLINOIS TOOL WORKS INC
ILLINOIS TOOL WORKS INC
7214 MADAUS ST
LAKE GENEVA, WI 53147-5102

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6302 |

# EXHIBIT 1

ITW FILTRATION GENEVA EFT ILLINOIS TOOL WORKS CO
ILLINOIS TOOL WORKS INC
7214 MADAUS ST
LAKE GENEVA, WI 53147-5102

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3683, SAG90I5000 |

# EXHIBIT 1

ITW FILTRATION GENEVA EFT ILLINOIS TOOL WORKS CO
ILLINOIS TOOL WORKS INC.
830 LEE ST
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5273 |

# EXHIBIT 1

ITW HIGHLAND
ILLINOIS TOOL WORKS INC
1240 WOLCOTT ST
WATERBURY, CT 06705

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5733 |

# EXHIBIT 1

ITW HIGHLAND
ILLINOIS TOOL WORKS INC
1240 WOLCOTT ST
WATERBURY, CT 06705

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5852 |

# EXHIBIT 1

ITW HIGHLAND
ILLINOIS TOOL WORKS INC
ILLINOIS TOOL WORKS INC HIGHLAND MANUFACTURING
1240 WOLCOTT ST
WATERBURY, CT 06705

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6353 |

# EXHIBIT 1

ITW IMPRO
ILLINOIS TOOL WORKS INC
ILLINOIS TOOL WORKS INC INSERT MOLDED PRODUCTS
PO Box 75187
CHICAGO, IL 60690

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6055 |

# EXHIBIT 1

ITW METAL FASTENERS SL
ITW SPAIN HOLDINGS, S.L.
ITW METAL FASTENERS
PASEO CAN FEU 56-66
SABADELL, ES 08205
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6350 |

# EXHIBIT 1

ITW SHAKEPROOF ASSEMBLY EFT COMPONENTS
ILLINOIS TOOL WORKS INC
3704 N PALMER ST
MILWAUKEE, WI 53212

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3497 |

# EXHIBIT 1

ITW SHAKEPROOF AUTOMOTIVE EFTPRODUCTS DIV
ILLINOIS TOOL WORKS INC
850 STEPHENSON HWY STE 500
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2637 |

# EXHIBIT 1

J D PLATING CO INC
25428 JOHN R RD
MADISON HEIGHTS, MI 48071-4092

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4950, 90I2028 |

# EXHIBIT 1

J D PLATING CO INC
George A. Wines
25428 JOHN R
MADISON HGTS, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2028, 90I4950 |

# EXHIBIT 1

JC CALHOUN STATE CMTY COLLEGE INC
JC CALHOUN STATE CMTY COLLEGE INC
PO BOX 2216
DECATUR, AL 35609-2216

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450498614 |

# EXHIBIT 1

JD NORMAN INDUSTRIES
JD NORMAN INDUSTRIES INC
JD NORMAN INDUSTRIES INC
PO Box 87618
CHICAGO, IL 60680-0618

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6181 |

# EXHIBIT 1

JENCO PRODUCTS INC
7860 CENTER POINT DR
DAYTON, OH 45424

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3835, 90I3855 |

# EXHIBIT 1

JENCO PRODUCTS INC
Gary Denkins
7860 CENTER POINT DRIVE
HUBER HEIGHTS, OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3835 |

# EXHIBIT 1

JENCO PRODUCTS INC
George A. Wines
25428 JOHN R
MADISON HGTS, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3855 |

# EXHIBIT 1

JIMEX INTERNATIONAL INC
6922 HAYMARKET
SHELBY TOWNSHIP, MI 48317

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) U070016 |

# EXHIBIT 1

Jingzhou Henglong Automotive Parts Co Ltd
No 1 Henglong Road
Yuqiao Development Zone
Jingzhou City, Hubei Province -
China



| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between Jingzhou Henglong Automotive Parts Co., Ltd and Delphi Automotive Systems LLC dated July 29, 2005 |

# EXHIBIT 1

JMS PLASTICS
JMS PLASTICS INC
JMS PLASTICS INC
52275 INDIANA STATE RD, 933 N
SOUTH BEND, IN 46637

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6129 |

# EXHIBIT 1

JMS PLASTICS
JMS PLASTICS INC
JMS PLASTICS INC
52275 INDIANA STATE RD, 933 N
SOUTH BEND, IN 46637

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6184 |

# EXHIBIT 1

JMS PLASTICS INC EFT
JMS PLASTICS INC
PO Box 927
SOUTH BEND, IN 46624

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5412 |

# EXHIBIT 1

JOHNSON CONTROLS INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) WT103383, WT103384, WT103385, WT103386, WT103387, WT103389, WT103390, WT103391, WT103392, WT103393, WT103394, WT103395, WT103396, WT103397, WT103398, WT103399, WT103400, WT103404, WT103405, WT103406, WT103407, WT103632, WT103633, WT103634, WT103635, WT103636, WT103637, WT103638, WT103639, WT103640, WT103641, WT103642, WT103643, WT103644, WT103645, WT103646, WT103647, WT103648, WT103649, WT103650, WT103651, WT103652, WT103657, WT103658, WT103659, WT103660, WT103667, WT103668, WT103995, WT103996, WT103997, WT103998, WT103999, WT104000, WT104001, WT104002, WT104003, WT104004, WT104005, WT104006, WT104007, WT104008, WT104009, WT104010, WT104011, WT104012, WT104013, WT104014, WT104015, WT104016, WT104017, WT104018, WT104019, WT104020 |

# EXHIBIT 1

JOHNSON CONTROLS INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) WT102193, WT102204, WT102206, WT102628, WT103184, WT103185 |

# EXHIBIT 1

JST Sales America Inc
1957 South Lakeside Drive
Wayjegabm, IL 60085

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality Agreement between JST Sales America, Inc and Delphi Automotive Systems LLC dated May 23, 2006 |

# EXHIBIT 1

JTEKT AUTOMOTIVE
TINA HENSLEY PURCHASING BUYER
5932 COMMERCE BLVD
MORRISTOWN, TN 37814-1051

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) -TOYODAFORECAST |

# EXHIBIT 1

JTEKT AUTOMOTIVE
TINA HENSLEY PURCHASING BUYER
5932 COMMERCE BLVD
MORRISTOWN, TN 37814-1051

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) P080907 |

# EXHIBIT 1

JTEKT EUROPE
ZI DU BROTEAU
BP 1
69540 IRIGNY, - -
FRANCE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1240692 |

# EXHIBIT 1

K & K SCREW PRODUCTS EFT
K & K SCREW PRODUCTS INC
795 KIMBERLY DR
CAROL STREAM, IL 60188

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5432, SAG90I1511 |

# EXHIBIT 1

K C WELDING SUPPLY INC
K-C WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE, MI 48732-1251

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0206 |

# EXHIBIT 1

KAMAX G B DUPONT LP EFT
KAMAX LP
500 W LONG LAKE RD
TROY, MI 48098-4540

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2480 |

# EXHIBIT 1

KAUFFMAN PRODUCTS INC
KAUFFMAN PRODUCTS INC
1092 3RD AVE SW
CARMEL, IN 46032-2524

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5783 |

# EXHIBIT 1

Kayaba Industry CO Ltd
4 1 Hamamatsucho 2 Chome
Minato-Ku 105-6111, Tokyo 105-6111
Japan

| Contract to be assumed and/or assigned: |
| :---: |
| <br><br><br><br>Memorandum of Understanding (Teaming Agreement Ford C1 EPAS) between Delphi Steering Systems Division and Kayaba Industry Co., Ltd dated April 22, 2005<br><br><br><br> |

# EXHIBIT 1

Kayaba Industry CO Ltd
4 1 Hamamatsucho 2 Chome
Minato-Ku 105-6111, Tokyo 105-6111
Japan

| Contract to be assumed and/or assigned: |
| :---: |
| Memorandum of Understanding between Delphi Corporation - Saginaw Steering Systems and Kayaba Industry Co., Ltd dated August 8, 2003 |

# EXHIBIT 1

K-C WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE, MI 48732-1251

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4911, 90I2066, 90I2516 |

# EXHIBIT 1

K-C WELDING SUPPLY INC
Keith Carolan
1309 MAIN ST
ESSEXVILLE, MI 48732



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2516, 90I2066, 90I4911 |

# EXHIBIT 1

KEEPER CO LTD
2-4-36 KANDAI TSUJIDO
FUJISAWA KANAGAWA, JP 2510041
JP

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4782 |

# EXHIBIT 1

KEEPER CO LTD
Heungsik Yoon
2-4-36 TSUJIDO-KANDAI
FUJISAW KANAGAWA, - 251-8515
JAPAN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4782 |

# EXHIBIT 1

KENDALE INDUSTRIES INC
KENDALE INDUSTRIES INC
7600 HUB PKY
CLEVELAND, OH 44125-5700

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6232 |

# EXHIBIT 1

KENDALE INDUSTRIES INC EFT
KENDALE INDUSTRIES INC
7600 HUB PKY
CLEVELAND, OH 44125-5700

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0246 |

# EXHIBIT 1

KEP AMERICAS ENGINEERING PLASTICS L
KOREA ENGINEERING PLASTICS CO LTD
106 N DENTON TAP RD STE 210-202
COPPELL, TX 75019

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6256 |

# EXHIBIT 1

KESSLERS EQUIPMENT CO INC
5180 MOWER RD
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450505116 |

# EXHIBIT 1

KEY DESIGN INC
Doug Counts
4876 DIXIE HWY
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015170 |

# EXHIBIT 1

KEY ENGINEERING INC
Trey Parks
3116 Sexton Rd.
Decatur, - -

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460015163 |

# EXHIBIT 1

KEY ENGINEERING INC
Trey Parks
3116 Sexton Rd.
Decatur, AL 35602-1743

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460015163 |

# EXHIBIT 1

KEY PLASTICS LLC EFT
KEY PLASTICS LLC
PO Box 531210
LIVONIA, MI 48153

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4192 |

# EXHIBIT 1

KEYANG ELECTRIC MACHINERY EFTCO
KEYANG ELECTRIC MACHINERY CO INC
31831 SHERMAN AVE
MADISON HEIGHTS, MI 48071

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I3186, SAG90I4718 |

# EXHIBIT 1

KEYSTONE POWDERED METAL CO EFT
KEYSTONE POWDERED METAL COMPANY
251 STATE ST
SAINT MARYS, PA 15857-1658

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4952, SAG90I2692 |

# EXHIBIT 1

KICKHAEFER MANUFACTURING CO
John Karipides
1221 S PARK ST PO 348
PORT WASHINGTON, WI 53074

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I3421 |

# EXHIBIT 1

KICKHAEFER MANUFACTURING CO
KMC STAMPINGS
1221 SOUTH PARK ST
PORT WASHINGTON, WI 53074-2127

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I3421 |

# EXHIBIT 1

KICKHAEFER MFG CO EFT
KICKHAEFER MANUFACTURING CO
PO Box 348
PORT WASHINGTON, WI 53074-0348

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2411, SAG90I5361 |

# EXHIBIT 1

KILIAN MFG CORP EFT
KILIAN MFG CORP
PO Box 6974
SYRACUSE, NY 13217-6974



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5506, SAG90I0443 |

# EXHIBIT 1

Kimball Electronics Inc
1600 Royal Street
Jasper, IN 46546

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality Agreement between Kimball Electronics, Inc. and Delphi Corporation dated August 1, 2007 |

# EXHIBIT 1

KINEFAC CORP
Richard Risotti
156 GODDARD MEMORIAL DR
WORCESTER, MA 01603-1260



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450478263, 450481989, 450481988, 450449601 |

# EXHIBIT 1

KINETICS INC
KINETICS CEM INC
10085 SW COMMERCE CIRCLE
WILSONVILLE, OR 97070

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I5614 |

# EXHIBIT 1

KINGSBURY CORP
KINGSBURY CORP
80 LAUREL ST
KEENE, NH 03431

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450475395 |

# EXHIBIT 1

KLASSIC LAWN & LANDSCAPE LLC
Karl Crigger
4333 WEST COOK RD
SWARTZ CREEK, MI 48473-9105



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450482663, 450520314 |

# EXHIBIT 1

KLEMENT PRESS INC
2600 STATE ST
SAGINAW, MI 48602-3994

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0362 |

# EXHIBIT 1

KLEMENT PRESS INC
Dave Martin
2600 STATE ST
SAGINAW, MI 48602

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0362 |

# EXHIBIT 1

KMS BEARINGS AUTOMOTIVE
CELTIC PRODUCTS INC
CELTIC PRODUCTS INC
1541 N HARMONY CIR
ANAHEIM, CA 92807

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6116 |

# EXHIBIT 1

KMS BEARINGS AUTOMOTIVE EFT
CELTIC PRODUCTS INC
1541 N HARMONY CIR
ANAHEIM, CA 92807

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3193 |

# EXHIBIT 1

KOENIG, JOHANNES DIETER
Dieter Koenig
NO.1126A, COL. 10 DE ABRIL
CELAYA, GTO 38010
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450494549 |

# EXHIBIT 1

KOKOMO SPRING CO INC EFT
KOKOMO SPRING COMPANY, INC
500 E WHEELER
KOKOMO, IN 46902



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0787, SAG90I5686, SAG90I5478 |

# EXHIBIT 1

KOKUSAI INC
Gordon Boyd
8102 WOODLAND DR
INDIANAPOLIS, IN 46278

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450465377 |

# EXHIBIT 1

KONGSBERG AUTOMOTIVE AB
PO BOX 504 SE 56528 MULLSJO, -
SWEDEN

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 5500200385 |

# EXHIBIT 1

Koppy Corporation
Scott Harwood
199 Kay Industrial Dr
Orion, MI 48359-1833

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450520809, 450519685 |

# EXHIBIT 1

KOREA DELPHI AUTO SYSTEMS CORP
KH KIM DEPUTY SENIOR MANAGER / OVERSEAS PURCHASING
395 70 SHINDEABANG DONG
DONGJAK GU
SEOUL, - 156-010
SOUTH KOREA

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) DS10701066, DS10707049, DS10707052, DS10707294, DS10707295, DS10708032, DS10708033, DS10709101, DS10710078, DS10710079, JS10703064, JS10705090, JS10707175, JS10708044, JS10708245, JS10709273 |

# EXHIBIT 1

KOREA DELPHI AUTOMOTIVE SYS CORP
KOREA DELPHI AUTOMOTIVE SYSTEMS COR
408 1 MANBUK RI GUSEONG EUP
GYEONGGI DO, KR 449-912
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5618 |

# EXHIBIT 1

KOREA SINTERED METAL CO LTD
KOREA SINTERED METAL CO LTD
29 10 BONRI-RI NONGONG-EUP
TAEGU, KR 711-855
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5445 |

# EXHIBIT 1

KOSTAL OF AMERICA INC
25325 REGENCY DR
NOVI, MI 48375-2159

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1722, 90I4970 |

# EXHIBIT 1

KOSTAL OF AMERICA INC
William Roberts
25325 REGENCY CT
NOVI, MI 48375



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I4970, 90I1722 |

# EXHIBIT 1

KOYO CORPORATION OF USA
47771 HALYARD DR
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 12528 |

# EXHIBIT 1

Koyo Seiko Co Ltd
5 8 Minamisemba 3 chome
Chuo-ku, Osaka 542
 Japan

| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between General Motors Corporation and Koyo Seiko Co., Ltd datd September 1, 1995 |

# EXHIBIT 1

KYODO YUSHI USA INC
1000 TOWER LN STE 370
BENSENVILLE, IL 60106-1043

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450435716 |

# EXHIBIT 1

L&B CARTAGE INC
Kathy Dew
966 BRIDGEVIEW SOUTH
SAGINAW, MI 48604

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450528346 |

# EXHIBIT 1

LAKE CITY INDUSTRIES % ROCHESTER SA
LC MANUFACTURING LLC
4150 N WOLCOTT RD
LAKE CITY, MI 49651

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2150 |

# EXHIBIT 1

LAKE ERIE PRODUCTS LIVONIA FITTINGS PRODUCTS CO LLC
TRIMAS CORPORATION
12955 INKSTER RD
LIVONIA, MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3381 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated December 27, 1966 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated July 22, 1974 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated April 14, 1953 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated September 28, 1964 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed and/or assigned: |
| --- |
| Grant of Easement between The Chesapeake and Ohio Railway Company and General Motors Corporaton dated May 2, 1976 |

# EXHIBIT 1

LAKESIDE PLASTICS LIMITED EFT
LAKESIDE PLASTICS LTD
3786 N TALBOT RD PLT 1
OLDCASTLE, ON N0R 1L0
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5546, SAG90I4875 |

# EXHIBIT 1

Land Pride
1525 East North St
PO Box 5060
Salina , KS 67401

| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between Land Pride and Delphi Saginaw Steering Systems dated August 17, 2004 |

# EXHIBIT 1

LANDAAL PACKAGING SYSTEMS
3256 B IRON ST
BURTON, MI 48529

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) PO90540 |

# EXHIBIT 1

LDI INCORPORATED EFT
LANKFER DIVERSIFIED INDUSTRIES INC
4311 PATTERSON AVE SE
GRAND RAPIDS, MI 49512

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1660 |

# EXHIBIT 1

LDM TECHNOLOGIES EFT
PLASTECH ENGINEERED PRODUCTS INC
9140 COMPTON ST
INDIANAPOLIS, IN 46240

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4991, SAG90I4907, SAG90I4937 |

# EXHIBIT 1

LEAR CORP
5200 AUTO CLUB DR
DEARBORN, MI 48126

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4090, 90I4091, 90I5633 |

# EXHIBIT 1

LEAR CORP
5200 AUTO CLUB DR
DEARBORN, MI 48126-4212

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4092, 90I4215 |

# EXHIBIT 1

LEAR CORP
Tina Beauchamp
5200 AUTOCLUB DRIVE
DEARBORN, MI 48126

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4092, 90I4215, 90I4091, 90I4090, 90I5633 |

# EXHIBIT 1

LEAR CORPORATION EFT
LEAR CORP
300 E BIG BEAVER RD
TROY, MI 48083-1223

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5037 |

# EXHIBIT 1

LEISTRITZ CORP
Ralph Wehmann
165 CHESTNUT ST
ALLENDALE, NJ 07401



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450472647 |

# EXHIBIT 1

LETTS INDUSTRIES INC (EFT)
POWERS & SONS LLC
PO Box 598
PIONEER, OH 43554

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0257 |

# EXHIBIT 1

LEWIS SPRING & MFG CO
LEWIS SPRING & MANUFACTURING CO
LEWIS SPRING & MANUFACTURING CO
7500 N NATCHEZ
NILES, IL 60714-3804

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6317 |

# EXHIBIT 1

LEWIS SPRING & MFG CO
LEWIS SPRING & MANUFACTURING CO
LEWIS SPRING & MANUFACTURING CO
7500 N NATCHEZ
NILES, IL 60714-3804

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6336 |

# EXHIBIT 1

LEWIS SPRING & MFG COMPANY EFT
LEWIS SPRING & MANUFACTURING CO
7500 N NATCHEZ
NILES, IL 60714-3804

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0426 |

# EXHIBIT 1

LINAMAR SALES CORP
26555 EVERGREEN RD STE 900
SOUTHFIELD, MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2581 |

# EXHIBIT 1

LINAMAR SALES CORP
Tom Winkle
26555 EVERGREEN RD STE 900
SOUTHFIELD, MI 48076

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I2581 |

# EXHIBIT 1

LINCOLN ELECTRIC HOLDINGS INC (EFT)
LINCOLN ELECTRIC HOLDINGS INC
LINCOLN ELECTRIC HOLDINGS INC
22801 ST CLAIR AVE
CLEVELAND, OH 44117-2524

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5719 |

# EXHIBIT 1

LIQUIPAK CORP
2205 MICHIGAN AVE
ALMA, MI 48801-9703

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5704 |

# EXHIBIT 1

LIQUIPAK CORP
Brian Rockafellow
2205 MICHIGAN AVE PO BOX 484
ALMA, MI 48801

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5704 |

# EXHIBIT 1

LISI AUTOMOTIVE FORMER
COMPAGNIE INDUSTRIELLE DE DELLE
LISI AUTOMOTIVE FORMER
28 FAUBOURG DE BELFORT
DELLE CEDEX, FR 90100
FR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6279 |

# EXHIBIT 1

LOMAR MACHINE & TOOL CO
LOMAR MACHINE & TOOL CO
135 MAIN ST
HORTON, MI 49246-9540

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450520816 |

# EXHIBIT 1

LONGWOOD ELASTOMERS SA
CALLE ALCALA 115
MADRID, - 28009
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5409 |

# EXHIBIT 1

LONGWOOD ELASTOMERS SA
Pilar Martinez
POL IND LAS CASAS
SORIA 42, - 42005
SPAIN

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5409 |

# EXHIBIT 1

LOWRY COMPUTER PRODUCTS INC
Brett Gillick
9420 MALTBY RD
BRIGHTON, MI 48116



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450497581, 450497643, 450497636, 450497633, 450497630, 450482386, 450480865 |

# EXHIBIT 1

LOWRY COMPUTER PRODUCTS INC
LOWRY COMPUTER PRODUCTS INC
9420 MALTBY RD
BRIGHTON, MI 48116

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450497640, 450497638 |

# EXHIBIT 1

Lynn Whitsett Corp
Lynn Whitsett Corp
4126 Delp St
Memphis, TN 38118-6954

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450452057, 450451375 |

# EXHIBIT 1

M & M KNOPF AUTO PARTS INC
JACK ROSENBLAD PURCHASING BUYER
239 OLD BRUNSWICK RD
PISCATAWAY, NJ 08854



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 6796, 6804, 6813, 6816, 6830, 6878, 7077, 7080, 7082, 7100, 7124, 7151 |

# EXHIBIT 1

M & M KNOPF AUTO PARTS LLC EFT
M&M KNOPF AUTO PARTS INC
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854-3712

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4243, SAG90I5226 |

# EXHIBIT 1

M & N PLASTICS INC EFT
M&N PLASTICS INC
6450 DOBRY RD
STERLING HEIGHTS, MI 48314-1429

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0337 |

# EXHIBIT 1

M & Q PLASTIC PRODUCTS EFT
M & Q PLASTIC PRODUCTS
26 SPUR DR
EL PASO, TX 79906

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5123 |

# EXHIBIT 1

M & R INDUSTRIAL SERVICES LTD
M & R INDUSTRIAL SERVICES LTD
PO Box 910
FOREST, ON N0N 1J0
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3957 |

# EXHIBIT 1

M MARK PRODUCTS INC
JOHN DIMATTEO FINANCE & LOGISTICS
100 REDNECK AVE
MOONACHIE, NJ 07074

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 9377 |

# EXHIBIT 1

MAC ARTHUR CORP EFT
MAC ARTHUR CORP
PO Box 10
GRAND BLANC, MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0361, SAG90I4883 |

# EXHIBIT 1

MAC MILLAN ASSOCIATES INC
.Linda Levinson
714 E MIDLAND ST
BAY CITY, MI 48706-2408

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460011096 |

# EXHIBIT 1

MAC MILLAN ASSOCIATES INC
Linda Levinson
714 E MIDLAND ST
BAY CITY, MI 48706-2408

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450509129 |

# EXHIBIT 1

MACHINED PRODUCTS CO EFT
FABRICATED METALS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5144 |

# EXHIBIT 1

MACSTEEL ATMOSPHERE ANNEALING INC
209 W MOUNT HOPE AVE
LANSING, MI 48910-9053

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2494 |

# EXHIBIT 1

MACSTEEL ATMOSPHERE ANNEALING INC
Craig Briggs
1801 BASSETT ST
LANSING, MI 48915

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2494 |

# EXHIBIT 1

MADISON-KIPP CORP EFT
MADISON-KIPP CORP
PO Box 8043
MADISON, WI 53708-8043



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I0715, SAG90I3611, SAG90I3176, SAG90I4321 |

# EXHIBIT 1

MAGENTA CORPORATION
MAGENTA CORP
3800 N MILWAUKEE AVE
CHICAGO, IL 60641-2844

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0338 |

# EXHIBIT 1

MAGID GLOVE & SAFETY MFG CO LLC
MAGID GLOVE & SAFETY MFG CO LLC
2060 N KOLMAR ST
CHICAGO, IL 60639

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450447104 |

# EXHIBIT 1

MAGNA POWERTRAIN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5500000420, 5500000421 |

# EXHIBIT 1

MAGNESIUM ALUMINUM CORP
MAGNESIUM ALUMINUM CORP
3425 SERVICE RD
CLEVELAND, OH 44111

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4892 |

# EXHIBIT 1

Magnetoelastic Devices Inc
Director of Technology Marketing
17 Downing Three
Pittsfield, MA 01201-0000

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between General Motors Corporation and Magnetoelastic Devices, Inc. effective July 1, 1992 |

# EXHIBIT 1

Magnetoelastic Devices Inc
Director of Technology Marketing
17 Downing Three
Pittsfield, MA 01201-0000

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between General Motors Corporation and Magnetoelastic Devices, Inc. effective September 14, 1993 |

# EXHIBIT 1

Mahar Tool Supply Co
112 Williams Street
PO Box 1747
Saginaw, MI 48605

| Contract to be assumed and/or assigned: |
| --- |
| Trade Secret Agreement between Delphi Corporation and Mahar Tool Supply Co dated July 20, 2004 |

# EXHIBIT 1

Mahar Tool Supply Co
PO Box 50190
Indianapolis, IN 46250-6910

| Contract to be assumed and/or assigned: |
| --- |
| Trade Secret Agreement between Delphi Corporation and Mahar Tool Supply Co dated July 20, 2004 |

# EXHIBIT 1

MANDO AMERICA CORPORATION
J J JAE JOON LEE MATERIAL SUPERVISOR
4201 NORTHPARK DR
OPELIKA, AL 36801

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 4600000861, 4600000862, 4600000864, 4600001309, 4600001334, 4600001463, 4600001464, 5500000058, 5500000103, DELPH018, DELPH019, DELPH020, DELPH021, DELPH025, DELPH5500000058, MAC032807, MAC043007, MAC51621 |

# EXHIBIT 1

Mando Corporation
akmco yangjae tower
949 3 dokock dong
kangnam-gu, Seoul 135-739
Korea Republic of (South)

| Contract to be assumed and/or assigned: |
|:---:|
| Confidentiality Agreement between Mando Corporation and Delphi Corporation dated October 1, 2004 |

# EXHIBIT 1

Mando Corporation
akmco yangjae tower
949 3 dokock dong
kangnam-gu, Seoul 135-739
Korea Republic of (South)

| Contract to be assumed and/or assigned: |
|---|
| Proprietary Information Agreement (Mutual) between Mando Corporation and Dephi Corporation dated July 29, 2004 |

# EXHIBIT 1

MANUFAX INC
Randy Shaw
1324 D BARLOW ST
TRAVERSE CITY, MI 49686

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450482263 |

# EXHIBIT 1

MAPRO TEST SYSTEMS INC
John Ryan
5815 BAY RD STE 400
SAGINAW, MI 48604-2542

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450485797 |

# EXHIBIT 1

MARIAH INDUSTRIES INC EFT
MARIAH INDUSTRIES INC
13125 E. EIGHT MILE RD
WARREN, MI 48089

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5148 |

# EXHIBIT 1

MARKIN TUBING INC
MARKIN TUBING LP
MARKIN TUBING LP
1 MARKIN LN
WYOMING, NY 14591

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6341 |

# EXHIBIT 1

MARKIN TUBING LP
1 MARKIN LN
WYOMING, NY 14591

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3281, 90I3705, 90I0625 |

# EXHIBIT 1

MARKIN TUBING LP
Art Smith
1 MARKIN LN
WYOMING, NY 14591

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0625, 90I3705, 90I3281 |

# EXHIBIT 1

MARKIN TUBING LP
Bob Stewart
PO BOX 242
WYOMING, NY 14591-0242

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450531884 |

# EXHIBIT 1

MARSH PLATING CORP
103 N GROVE ST
YPSILANTI, MI 48198-2906

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0138, 90I4877 |

# EXHIBIT 1

MARSH PLATING CORP
Mathew Marsh
103 N GROVE ST
YPSILANTI, MI 48198



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4877, 90I0138 |

# EXHIBIT 1

Marshall Tool Service Inc
2799 Iowa Ave
Saginaw, MI 48601-5459

| Contract to be assumed and/or assigned: |
| :---: |
| Trade Secret Agreement between Delphi Corporation and Marshall Tool Service Inc. dated June 17, 2004 |

# EXHIBIT 1

MARTIN LAGONDA LTD
50 60 HIGH PARK DR
WOLVERTON MILL EAST
MILTON, KEYNES -
ENGLAND

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 10074945 |

# EXHIBIT 1

MASTER AUTOMATIC INC
MASTER AUTOMATIC MACHINE CO INC
MASTER AUTOMATIC MACHINE CO INC
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5768 |

# EXHIBIT 1

MASTER AUTOMATIC INC EFT
MASTER AUTOMATIC MACHINE CO INC
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5571, SAG90I4412 |

# EXHIBIT 1

MASTER AUTOMATIC MACHINE CO INC
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450532807 |

# EXHIBIT 1

MATERIALS PROCESSING INC
17423 W JEFFERSON AVE
RIVERVIEW, MI 48193-4205

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4834 |

# EXHIBIT 1

MATERIALS PROCESSING INC
Emmet Windisch
17423 W JEFFERSON AVE
RIVERVIEW, MI 48192

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I4834 |

# EXHIBIT 1

MATHWORKS INC, THE
3 APPLE HILL DR
NATICK, MA 01760-2098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450455557 |

# EXHIBIT 1

MAY & SCOFIELD INC EFT
MAY & SCOFIELD INC
445 E VAN RIPER RD
FOWLERVILLE, MI 48836



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4289, SAG90I0732, SAG90I5550 |

# EXHIBIT 1

MAYER TOOL & ENGINEERING INC
Patrick Roussey
1404 N CENTERVILLE RD
STURGIS, MI 49091

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450472290, 450526287, 450520814, 450450373 |

# EXHIBIT 1

MAYER TOOL & ENGINEERING INC
Patrick Roussey II
1404 N CENTERVILLE RD
STURGIS, MI 49091



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450518198, 450513372, 450513371 |

# EXHIBIT 1

MC MASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450449603 |

# EXHIBIT 1

MC NALLEY OFFICE & UPHOLSTERY SVC
Mary McNalley
5646 SWAN CREEK RD
SAGINAW, MI 48609



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450447237, 450517698, 450517694, 450517693, 450517690, 450510844, 450510843, 450510147 |

# EXHIBIT 1

MEANS INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5368 |

# EXHIBIT 1

MEANS INDUSTRIES INC
AMSTED INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6213, 90I6214, 90I6215 |

# EXHIBIT 1

MEANS INDUSTRIES INC
AMSTED INDUSTRIES INC
MEANS INDUSTRIES INC MEANS STAMPING INDUSTRIES
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5828 |

# EXHIBIT 1

MEANS INDUSTRIES INC
MEANS STAMPING INDUSTRIES
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5580, 90I4645, 90I4617 |

# EXHIBIT 1

MEANS INDUSTRIES INC
Pamela Greve
3715 E WASHINGTON AVE
SAGINAW, MI 48601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4617, 90I4645, 90I5580, 90I5368 |

# EXHIBIT 1

MEANS INDUSTRIES INC EFT
MEANS INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4645, SAG90I4386, SAG90I4385 |

# EXHIBIT 1

MECANIZACIONES DEL SUR SA EFT
MECANIZACIONES DEL SUR MECASUR SA
CAR INGENIERIA 2 PARQUE IND BAHIA D
PUERTO DE SANTA MARIA, ES 11500
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5297, SAG90I5712 |

# EXHIBIT 1

MECCANODORA SPA
Bill McGaughey
VIA TORINO 77/79
BOSCONERO, TO 10080
IT

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450498596 |

# EXHIBIT 1

MECHANICAL & INDUSTRIAL EFT FASTENERS MIFAST
MIFAST
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3013, SAG90I3243 |

# EXHIBIT 1

Mechanical Dynamics Inc
701Brazos St
Austin, TX 78701

| Contract to be assumed and/or assigned: |
| :---: |
| Proposal No. 01898-00 for Virtual Prototyping Solutions for Automotive Systems Prepared by Mechanicl Dynamics, Inc in Collaboratin with Delphi Automotive Systems to Center for Transportation Technologies dated May 7, 2001 |

# EXHIBIT 1

MENDIGUREN Y ZARRAUA S A
MENDIGUREN Y ZARRAUA SA
PO Box 31
EIBAR, 20 20600
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4847 |

# EXHIBIT 1

MENDIGUREN Y ZARRAUA SA
GRUPO MENDIGUREN Y ZARRAUA
AVDA OTAOLA N6
EIBAR, 20 20600
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6170 |

# EXHIBIT 1

MENTOR GRAPHICS CORP
8005 SW BOECKMAN RD
WILSONVILLE, OR 97070-9733

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450521752 |

# EXHIBIT 1

MERIDIAN TECHNOLOGIES INC
GIOVANNI AGNELLI E C SAPA
155 HIGH ST E
STRATHROY, ON N7G 1H4
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5872 |

# EXHIBIT 1

MERRILL TOOL & MACHINE INC
Kim Stemler
1023 S WHEELER ST
SAGINAW, MI 48602

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450442317 |

# EXHIBIT 1

METAL FLOW CORPORATION
METAL FLOW CORP
METAL FLOW CORP
11694 JAMES ST
HOLLAND, MI 49424

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6205 |

# EXHIBIT 1

METAL FLOW CORPORATION EFT
METAL FLOW CORP
11694 JAMES ST
HOLLAND, MI 49424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5440 |

# EXHIBIT 1

METAL MATIC INC
METAL-MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5603, SAG90I0209 |

# EXHIBIT 1

METAL MATIC INC
METAL-MATIC INC
METAL-MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6342 |

# EXHIBIT 1

METAL MATIC INC
METAL-MATIC INC
METAL-MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6377 |

# EXHIBIT 1

METAL POWDER PRODUCTS MEXICO S DE
Gary Fulton
ACCESO II MAZANA 3-38 IND B J QUERETARO QA, 76130
MEXICO

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4628 |

# EXHIBIT 1

METAL POWDER PRODUCTS MEXICO S DE
RL DE CV
COL. CD. INDUSTRIAL BENITO JUAREZ
QUERETARO, QRO 76130
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4628 |

# EXHIBIT 1

METAL TECHNOLOGIES INC EFT
METAL TECHNOLOGIES INC
429 4TH ST
THREE RIVERS, MI 49093-1601

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I0778 |

# EXHIBIT 1

METALDYNE CORPORATION EFTMTSPC INC-PRECISION FORMING
FORMTECH INDUSTRIES LLC
19001 GLENDALE AVE
DETROIT, MI 48223

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3376 |

# EXHIBIT 1

METALDYNE FORGING OPERATIONS
METALDYNE FORMING TECHNOLOGIES-FT W
6710 INNOVATION BLVD
FORT WAYNE, IN 46818



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I4557, SAG90I4198 |

# EXHIBIT 1

METALFORMING TECHNOLOGIES INC
SALINE METAL SYSTEMS
905 WOODLAND DR
SALINE, MI 48176

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4944 |

# EXHIBIT 1

METFORM CORP EFT
METFORM L.L.C.
2946 WATERVIEW DR
ROCHESTER HILLS, MI 48309-4601

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2483 |

# EXHIBIT 1

METHODE ELECTRONICS INC
Dave Leder
24585 EVERGREEN
SOUTHFIELD, MI 48075

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I4953, 90I3306, 90I3307 |

# EXHIBIT 1

METHODE ELECTRONICS INC
KBA AUTOMOTIVE GROUP
24585 EVERGREEN RD
SOUTHFIELD, MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3306 |

# EXHIBIT 1

METHODE ELECTRONICS INC EFT ATTN A\R
METHODE ELECTRONICS INC
24585 EVERGREEN RD
SOUTHFIELD, MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0441 |

# EXHIBIT 1

METHODE ELECTRONICS MALTA LTD
INDUSTRIAL ESTATE
IMRIEHEL, MT BKR3000
MT

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3307, 90I4953 |

# EXHIBIT 1

METHODS MACHINE TOOLS INC
David Pachulski
50531 VARSITY CT
WIXOM, MI 48393

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450486010 |

# EXHIBIT 1

MEXCOAT SA DE CV
MEXCOAT SA DE CV
ORIENTE 3 MZ 7 LOTE 10
TIZAYUCA, HG 43800
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6041 |

# EXHIBIT 1

MGS MFG GROUP INC
John Hahn
W188 N11707 MAPLE RD
GERMANTOWN, WI 53022



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450470341, 450511561, 450426438 |

# EXHIBIT 1

MICHIGAN SPRING & STAMPING EFT
PRECISION PRODUCTS GROUP INC
PO Box 720
MUSKEGON, MI 49443

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4866, SAG90I5398 |

# EXHIBIT 1

MICROTECHNIC SAM
2 RUE DU GABIAN
MONACO, MC 98014
MC

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I6222 |

# EXHIBIT 1

MID CONTINENT SPRING CO EFT
MID CONTINENT SPRING
PO Box 407
UNION LAKE, MI 48387

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5624, SAG90I0786, SAG90I3283 |

# EXHIBIT 1

MIDLUX CAR GROUP FLINT
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1J4R000F, 1J4R000G, 1T6J0008, 1T6J0009, 1T6J0016, 1T6J0017, 6HT04GN, 6HT04NG, 7V10009Z, 9PX0054, 9PX0055, 9R300BN, DLW000TW, DLW000TX, DLW000V5, DLW000W5, DLW000WD, JFC005J, JFC005L, JFC005M, JFC005Z, JFC0061, JFC0069 |

# EXHIBIT 1

MIDLUX CAR GROUP FLINT
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s)<br>F,9M902LD,9R3006L,9R3008N,CN4009M,DLW000BH,DLW000NG,DLW0 |

# EXHIBIT 1

MIDLUX CAR GROUP WARREN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

---

### Contract to be assumed and/or assigned:

Purchase Order Number(s) 17NL0033, 1T6J0001, 1T6J0004, 1T6J0005, 1T6J0006, 1T6J0011, 1T6J0019, 1T6J001B, 1T6J001C, 1T6J001D, 1T6J001F, 1V9G0005, 1V9G0006, 1V9G0007, 1V9G0008, 6HT04BV, 6HT04BW, 6HT04BX, 6HT04KF, 6HT04KH, 6HT04L7, 6HT04L8, 6HT04L9, 6HT053X, 6HT053Z, 6HT0540, 6HT0541, 6HT0542, 6HT0543, 6HT0544, 6HT0545, 6HT0546, 6HT0547, 6HT0548, 7TZ00010, 7V10009P, 9M902NT, 9M902NV, 9M902NW, 9M902NX, 9M902NZ, 9M902P0, 9M902P6, 9M902P7, 9M902P8, 9M902P9, 9M902PB, 9M902PC, 9M902PD, 9M902PF, 9M902PG, 9M902PH, 9M902PJ, 9M902PK, 9M902PL, 9M902PM, 9M902PN, 9M9032R, 9M9032T, 9M9032V, 9M9032W, 9M9032X, 9M9032Z, 9M90330, 9M9033H, 9M9033J, 9M9033K, 9M9033L, 9M9033M, 9M9033N, 9M9033P, 9M9033R, 9M9034F, 9M9034G, 9M9034H, 9M9034K, 9M9034L, 9M9035H, 9M9035J, 9M9035K, 9M9035L, 9M9035M, 9M9035N, 9M9035P, 9M9035R, 9M9035T, 9M9035V, 9M9035W, 9M9035Z, 9M90360, 9M90361, 9M90362, 9M90363, 9M90365, 9M90366, 9M90367, 9M90368, 9M90369, 9M9036B, 9M9036F, 9M9036G, 9M9036L, 9M9036M, 9M9036N, 9M9036P, 9M9036R, 9M9036T, 9M9036V, 9M9036X, 9M9036Z, 9M90370, 9M90371, 9M90372, 9M90375, 9M90376, 9M90378, 9M9037C, 9M9037F, 9M9037H, 9M9037J, 9M903B8, 9M903B9, 9M903BB, 9M903BC, 9M903BD, 9M903BF, 9M903BG, 9M903BH, 9M903BN, 9M903BP, 9M903BR, 9M903BT, 9M903BV, 9M903BW, 9M903BX, 9M903C0, 9M903C1, 9M903C2, 9M903C4, 9M903C5, 9M903C6, 9M903C7, 9M903C9, 9M903CB, 9M903CC, 9M903CD, 9M903CF, 9M903CH, 9M903CJ, 9M903CK, 9M903CL, 9M903CM, 9M903DX, 9R3008R, 9R90020, 9R90055, 9RH001C, CN400BK, DLV00088, DLV00089, DLW000TP, DLW000TR, DLW000V0, DLW000V1, DLW000VC, DLW000VD, DLW000VW, DLW000W6, DLW000W7, JFC005P, JFC005X, JFC0063, JFC0064, K136X, MWG002X, MWG0030, MWG0031, MWG0033, MWG0034, RAAB094, RAAB1A0, RAAB1BO, RAAB1DE, RAAB1ES, RAAB1F9, RAAB1G4, RAAB1GG, RAAB1GL, RAAB1GQ, V71005L

# EXHIBIT 1

MIDLUX CAR GROUP WARREN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 6HT0002, 7TZ0000B, 9M902J0, 9M902J2, 9M902J3, 9M902J5, 9M902J6, 9M902J8, 9M902J9, 9M902JC, 9M902JD, 9M902JG, 9M902JJ, 9M902JK, 9M902N5, 9M902N6, 9M902NK, 9M902NL, 9R3004G, 9R3008T, 9R30099, 9R9003W, 9R9004P, 9R9004R, CN4007T, CN4009Z, CN400B1, DLR0004K, DLV0007C, DLV0007D, DLV0007F, DLV0007G, DLV0007L, DLW000MH, DLW000MN, DLW000T5, DLW000T6, JFC0048, JFC004W, JFC0053, JFC0055, MWG0028, MWG0029, MWG002B, MWG002D, MWG002G, MWG002M, Z1AAEPV, Z1AAFIL |

# EXHIBIT 1

MIDWEST MOLDING INC
MIDWEST MOLDING INC
1560 HECHT CT
BARTLETT, IL 60103-1691

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6197 |

# EXHIBIT 1

MIDWEST STAMPING & MFG CO EFT
MIDWEST STAMPING INC
3455 BRIARFIELD BLVD STE A
MAUMEE, OH 43537

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5410 |

# EXHIBIT 1

MIDWEST STAMPING INC
3455 BRIARFIELD BLVD STE A
MAUMEE, OH 43537

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6200 |

# EXHIBIT 1

MIDWEST STAMPING INC
3455 BRIARFIELD BLVD STE A
MAUMEE, OH 43537

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6203 |

# EXHIBIT 1

MIFAST % OLDFORD & ASSOCIATES INC
MECHANICAL & INDUSTRIAL FASTENERS
MECHANICAL & INDUSTRIAL FASTENERS, INC
1145 JANSEN FARM DR
ELGIN, IL 60123-2596

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6093 |

# EXHIBIT 1

MIFAST % OLDFORD & ASSOCIATES INC
MECHANICAL & INDUSTRIAL FASTENERS
MECHANICAL & INDUSTRIAL FASTENERS, INC
1145 JANSEN FARM DR
ELGIN, IL 60123-2596

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6328 |

# EXHIBIT 1

Mikron Plastics Technology
150 Park Center Drive
Henrietta, NY 14586

| Contract to be assumed and/or assigned: |
| --- |
| Mutual Confidentiality Agreement between Delphi Corporation and Mikron Plastics Technology dated October 1, 2003 |

# EXHIBIT 1

MILLENNIUM INDUSTRIES CORP
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6130 |

# EXHIBIT 1

MILLENNIUM INDUSTRIES CORP
MATT DEROSIA PURCHASING BUYER
925 N MAIN ST
LIGONIER, IN 46767

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 25058, 39980, 40024 |

# EXHIBIT 1

MILLENNIUM INDUSTRIES CORP EFT
MILLENNIUM INDUSTRIES CORP
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5356, SAG90I3442 |

# EXHIBIT 1

MILLER TOOL & DIE CO
Pat Miller
829 BELDEN RD
JACKSON, MI 49203



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450435213, 450512726, 450488228, 450478092 |

# EXHIBIT 1

MILLWOOD INC
986 TIBBETTS WICK RD
GIRARD, OH 44420-1120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460008924 |

# EXHIBIT 1

MIS ENVIRONMENTAL SVCS INC
Anne Schultz
3515 JANES AVE STE 1
SAGINAW, MI 48601-6369

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450530534 |

# EXHIBIT 1

MISTEQUAY GROUP LTD
MISTEQUAY GROUP LTD
1212 N NIAGARA ST
SAGINAW, MI 48602-4742

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2033 |

# EXHIBIT 1

MITTAL STEEL USA INC
PO Box 78879
DETROIT, MI 48278

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5224, 90I5604 |

# EXHIBIT 1

MIYANO MACHINERY USA INC
Greg Sandler
940 N CENTRAL AVE
WOOD DALE, IL 60191

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450432191 |

# EXHIBIT 1

MNP CORP
44225 UTICA RD
UTICA, MI 48317

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5888 |

# EXHIBIT 1

MNP CORPORATION EFT
MNP CORP
PO Box 189002
UTICA, MI 48318

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4743 |

# EXHIBIT 1

MOBIS ALABAMA
TOMMY NOAH PURCHASING BUYER
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) AB9H6, AB9H7 |

# EXHIBIT 1

MOBIS ALABAMA
TOMMY NOAH PURCHASING BUYER
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) AB9H5 |

# EXHIBIT 1

MOBIS ALABAMA PRODUCTION
PEGGY CUMBLE PARTS PURCHASING SPECIALIST
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 4500004497, 5500000043 |

# EXHIBIT 1

MOCAP INC EFT
MOCAP INC
13100 MANCHESTER RD
SAINT LOUIS, MO 63131

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2076 |

# EXHIBIT 1

MOLEX INC
John Maisel
2025 TAYLOR RD
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0440 |

# EXHIBIT 1

MOLEX INC
MOLEX AUTOMOTIVE
2025 TAYLOR RD
AUBURN HILLS, MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I0440 |

# EXHIBIT 1

MONROE AUTO EQUIPMENT EFT TENNECO AUTOMOTIVE INC
MONROE MEXICO SA DE CV
BLVD FLORIDA NO 7 CARR RIVERENA
REYNOSA, TM 88690
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3533, SAG90I3967 |

# EXHIBIT 1

MONROE AUTO EQUIPMENT EFT TENNECO AUTOMOTIVE INC
TENNECO AUTOMOTIVE OPERATING CO
33 LOCKWOOD RD
MILAN, OH 44846

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5520 |

# EXHIBIT 1

Morris Material Handling Inc
MMH HOLDINGS INC
117 Lyon Ln
Birmingham, AL 35211-4477

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450456422 |

# EXHIBIT 1

Morrison Industrial Equipment Co
Jim Schofield
808 N Outer Dr
Saginaw, MI 48601-6237

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450483958 |

# EXHIBIT 1

MORRISON INDUSTRIAL EQUIPMENT CO
Jim Schofield
PO BOX 1803
GRAND RAPIDS, MI 49501-1803

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450441842, 450441841, 450441839 |

# EXHIBIT 1

MOTION INDUSTRIES INC
GENUINE PARTS COMPANY
226 WOODALL
DECATUR, AL 35603

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450435734 |

# EXHIBIT 1

MOTOR CITY STAMPING INC EFT
MOTOR CITY STAMPINGS INC
47783 N GRATIOT AVE
CHESTERFIELD, MI 48051

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I0366 |

# EXHIBIT 1

Motorola Inc
21440 West Lake Cook Rd
Deer Park, IL 60010

| Contract to be assumed and/or assigned: |
|:---:|
| Non-Disclosure Agreement between Motorola, Inc and Delphi Automotive Systems, Inc dated February 21, 2000 |

# EXHIBIT 1

Motorola Inc
21440 West Lake Cook Rd
Deer Park, IL 60010

| Contract to be assumed and/or assigned: |
| --- |
| Proprietary Information Agreement (Mutual) between Motorola, Inc and Delphi Corporation LLC dated April 19, 2002 |

# EXHIBIT 1

MPI INTERNATIONAL INC EFT
MPI INTERNATIONAL INC
1617 INDUSTRIAL RD
GREENEVILLE, TN 37745

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5259, SAG90I3331 |

# EXHIBIT 1

MPS GROUP
Kevi Sullivan
2920 SCOTTEN
DETROIT, MI 48210

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450484771 |

# EXHIBIT 1

MPS GROUP
Phil Rogers
2920 SCOTTEN
DETROIT, MI 48210



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450435702, 450429654 |

# EXHIBIT 1

MRA INDUSTRIES INC EFT
MRA INDUSTRIES INC
44785 MACOMB INDUSTRIAL DR
CLINTON TOWNSHIP, MI 48036

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0763 |

# EXHIBIT 1

MTS SYSTEMS CORP
Stephanie Hodge
14000 TECHNOLOGY DR
EDEN PRAIRIE, MN 55344-2247



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450485799 |

# EXHIBIT 1

MTU Dr SHAFTS
5000 FUTURE DR STE 100
LADSON, SC 29456



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 5500000534, 5500000535, 5500000536 |

# EXHIBIT 1

MUBEA INC
MUHR UND BENDER KG.
8252 DIXIE HWY
FLORENCE, KY 41042

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6188 |

# EXHIBIT 1

MUBEA INC EFT
MUBEA INC
8252 DIXIE HWY
FLORENCE, KY 41042

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1721 |

# EXHIBIT 1

MUELLER BRASS CO
MUELLER IMPACTS CO INC
2409 WILLS ST
MARYSVILLE, MI 48040

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4470, SAG90I5338 |

# EXHIBIT 1

Mursix Corporation (Twoson Esp)
718 Massachusetts Ave
Matthews, IN 46957

| Contract to be assumed and/or assigned: |
| :---: |
| Proprietary Information Agreement (Mutual) between Motorola, Inc and Delphi Corporation LLC dated April 19, 2002 |

# EXHIBIT 1

MVS ROYAL OAK EFT
MACLEAN-FOGG CO (del)
3200 W 14 MILE RD
ROYAL OAK, MI 48073

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4213 |

# EXHIBIT 1

NACAM NORTH AMERICA CORP
1201 AVIATION BLVD
HEBRON, KY 41048

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) DELS1507 |

# EXHIBIT 1

NACHI EUROPE GMBH
NACHI-FUJIKOSHI CORP
NACHI INDUSTRIAL SA
POLIGONO INDUSTRIAL MONTALVO, 74
SALAMANCA, ES 37008
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6032 |

# EXHIBIT 1

NATG PONTIAC ENGINEERING
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) K136Y, K13FU, K13U7, K15LE, K16E6, K1H84, K1I2C, K1IAG, K1MBW, K1PR0, K1Q6Z, K1R24, K1SQA, Z1AAWBD, Z1AAWI3, Z1AAWKW, Z1AAWKX, Z1AAWM0, Z1AAXN8 |

# EXHIBIT 1

NATIONAL INSTRUMENTS CORPORATION
11500 N MOPAC EXPY BLDG B
AUSTIN, TX 78759-3563



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450437520, 450443026, 450444880, 450444879, 450444878, 450444877 |

# EXHIBIT 1

NATIONAL MOLDING
ADVANCED ALLOY DIVISION/NMC CORP
ADVANCED ALLOY DIVISION/NMC CORP
2305 DUSS AVE STE 4
AMBRIDGE, PA 15003

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6277 |

# EXHIBIT 1

NATIONAL MOLDING
ADVANCED ALLOY DIVISION/NMC CORP
ADVANCED ALLOY DIVISION/NMC CORP
2305 DUSS AVE STE 4
AMBRIDGE, PA 15003

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5940 |

# EXHIBIT 1

NATIONAL MOLDING
NATIONAL MOLDING CORP
NATIONAL MOLDING CORP
5 DUBON COURT
FARMINGDALE, NY 11735-1007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6133 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0734, SAG90I5590, SAG90I5549, SAG90I5573, SAG90I5007, D0450164216 |

# EXHIBIT 1

National Renewable Energy Laboratory
Center for Transportation Technologies
1617 Cole Blvd
Golden, CO 80401-3393

| Contract to be assumed and/or assigned: |
| --- |
| Proposal No. 01898-00 for Virtual Prototyping Solutions for Automotive Systems Prepared by Mechanicl Dynamics, Inc in Collaboratin with Delphi Automotive Systems to Center for Transportation Technologies dated May 7, 2001 |

# EXHIBIT 1

NCODE INTERNATIONAL INC
26877 NORTHWESTERN HWY STE 220
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450441696 |

# EXHIBIT 1

NEW MEXICO INSTITUTE OF MINING AND
801 LEROY PLACE
SOCORRO, NM 87801-4750

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450504555 |

# EXHIBIT 1

NEW UNITED MOTORS MFG INC
JAMIE SCHRECK CALEB DAVIS PURCHASING
45500 FREMONT BLVD
FREMONT, CA 94538

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) BP47916 |

# EXHIBIT 1

NEWBOND
480 S. Americas Ave., Ste. C-1
El Paso, TX 79907-5650

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460012999 |

# EXHIBIT 1

NEYER, TISEO & HINDO LTD
4635 44TH ST SE STE C180
GRAND RAPIDS, MI 49512-4003

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450435714, 450435708 |

# EXHIBIT 1

NEYER, TISEO & HINDO LTD
PO BOX 9173
FARMINGTON HILLS, MI 48333

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450523993 |

# EXHIBIT 1

NIAGARA PLASTICS LLC EFT
NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509-4447



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0340, SAG90I5139, SAG90I5638 |

# EXHIBIT 1

NICE BALL BEARINGS INC
RBC BEARINGS INC
400 SULLIVAN WAY
TRENTON, NJ 08628-3499

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2005 |

# EXHIBIT 1

NILES USA INC
NILES USA INC
41129 JO DR
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5366 |

# EXHIBIT 1

NISSAN LOGISTICS CENTER
JOHN WETZEL PRODUCTION BUYER
624 ENON SPRINGS RD EAST
SMYRNA, TN 37167

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) B00LRBJ, B00LRBK, B00LRBL, B00LRBM, B00LRBN, B00MI9J, B00N9V3, B00N9V4, B00N9V5, B00N9V6, B00N9V7, B00N9V8, B00N9V9, B00N9VA, B00N9VB, B00O16O, B00O16P, B00PCYT, B00PCYU, B00PCYV, B00QA39, B00QA3A, B00QA3B, B00QA3C, B00QA3D, B00QA3E, FORECAST-C |

# EXHIBIT 1

Nissan Motor Co Ltd
2 Takara cho
Kanagawa ku
Yokohama, Kanagawa 220-8623
Japan

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality Agreement between Nissan Motor Co., Ltd and Delphi Automotive Systems LLC dated October 27, 2004 |

# EXHIBIT 1

NISSAN MOTOR MANUFACTURING
JOHN WETZEL PEGGY STOUT PRODUCTION BUYER PURCHASING SERVICE
NISSAN DR
SMYRNA, TN 37167

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5002080011, 5002080022, 5002080023, 5002090011, 5002090012, 5002090021, 5002090022, 5002090023, 50020A0011, 50020A0012, 50020A0013, 50020A0021, 50020B0011, 50020C0011, 6654090022 |

# EXHIBIT 1

NISSAN MOTOR MANUFACTURING
JOHN WETZEL PEGGY STOUT PRODUCTION BUYER PURCHASING SERVICE
NISSAN DR
SMYRNA, TN 37167

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 731090023, SP5002 |

# EXHIBIT 1

Nissan North America Inc
333 Commerce Street
Nashville, TN 37201-1800

| Contract to be assumed and/or assigned: |
|---|
| Confidential Non-Disclosure Agreement between Nissan North America, Inc. and Delphi Automotive Systems LLC dated May 17, 2007 |

# EXHIBIT 1

NN BALL & ROLLER INC
NN INC
2000 WATERS EDGE DR
JOHNSON CITY, TN 37604

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5620 |

# EXHIBIT 1

North Alabama Gas District
108 Church Street
P.O. Box 1428
Madison, AL 35758

| Contract to be assumed and/or assigned: |
|---|
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 |

# EXHIBIT 1

North Alabama Gas District
602 Dearborn Avenue
P.O. Drawer 2590
Muscle Shoals, AL 35662

| Contract to be assumed and/or assigned: |
| :---: |
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 |

# EXHIBIT 1

North Alabama Gas District
P.O. Box 2605
Muscle Shoals, AL 35660



| Contract to be assumed and/or assigned: |
| :---: |
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 |

# EXHIBIT 1

North Alabama Industrial Services
North Alabama Industrial Services
20300 Harris Station Rd
Tanner, AL 35671-3317



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450488661, 450447101, 450428048 |

# EXHIBIT 1

NORTH RENAISSANCE DEVELOPMENT CO
909 WASHINGTON AVE
BAY CITY, MI 48708

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450474069 |

# EXHIBIT 1

North Renaissance Development LLC
909 Washington Ave., P.O. Box 348
Bay City, MI 48708

| **Contract to be assumed and/or assigned:** |
| --- |
| First Amendment to Lease Agreement dated March 31, 2005 |

# EXHIBIT 1

North Renaissance Development LLC
909 Washington Ave., P.O. Box 348
Bay City, MI 48708



| Contract to be assumed and/or assigned: |
| --- |
| Lease Agreement between North Renaissance Development LLC and Delphi Automotive Systems LLC dated March 20, 2001 for 915 S. Niagara, Saginaw, MI |

# EXHIBIT 1

NORTH TEXAS PLASTICS
NORTH TEXAS PLASTICS INC
503 CHAPMAN DR
SANGER, TX 76266-9029

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0341 |

# EXHIBIT 1

NORTON CO\PERFORMANCE EFT PLASTICS CO
SAINT-GOBAIN PERFORMANCE PLASTICS
150 DEY RD
WAYNE, NJ 07470



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5417, SAG90I3552 |

# EXHIBIT 1

Nova Machinery Inc
David Belotti
22720 Woodward Ave Ste 207
LAKELAND, MI 48220-2906

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450513059 |

# EXHIBIT 1

NRI INDUSTRIES INC EFT
NRI INDUSTRIES
29200 NORTHWESTERN HWY STE 200
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5382 |

# EXHIBIT 1

NSK CORP
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5684 |

# EXHIBIT 1

NSK CORP
Carol Mettler
4200 GOSS RD PO BOX 134007
ANN ARBOR, MI 48106

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5684 |

# EXHIBIT 1

NSK CORP BEARING DIV (EFT)
INOUE JIKUUKE KOGYO CO LTD
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5749 |

# EXHIBIT 1

NSK CORP BEARING DIV (EFT)
INOUE JIKUUKE KOGYO CO LTD
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5732 |

# EXHIBIT 1

NSK CORP BEARING DIV (EFT)
NSK LTD
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5912 |

# EXHIBIT 1

NSK CORP BEARING DIV (EFT)
NSK LTD
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6225 |

# EXHIBIT 1

NSK CORP BEARING DIV (EFT)
NSK LTD
NSK CORP OEM BUSINESS UNIT
4200 GOSS RD
ANN ARBOR, MI 48105

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5842 |

# EXHIBIT 1

NSK CORPORATION
NSK CORP
PO Box 134007
ANN ARBOR, MI 48113-4007



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5503, SAG90I4112 |

# EXHIBIT 1

NSK LTD
NISSEI BLDG 1-6-3 OSAKI
SHINAGAWA KU, 13 1410032
JP

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450436968, 450436967 |

# EXHIBIT 1

NSK Ltd
6 3
Ohsaki 1 Chome
Shinagawa ku, Tokyo 141
Japan

| Contract to be assumed and/or assigned: |
| --- |
| UTJ II License Agreement between NSK and General Motors dated December 17, 1994 |

# EXHIBIT 1

NSS TECHNOLOGIES INC EFT
NATIONAL SET SCREW CORP
9075 GENERAL DR
PLYMOUTH, MI 48170-4680

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3807, SAG90I4912 |

# EXHIBIT 1

NTN BEARING CORP OF AMERICA EFT
NTN BEARING CORP OF AMERICA
39255 W 12 MILE RD
FARMINGTON HILLS, MI 48331-2975

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5078 |

# EXHIBIT 1

NYE LUBRICANTS INC
12 HOWLAND RD
FAIRHAVEN, MA 02719

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4800 |

# EXHIBIT 1

NYE LUBRICANTS INC
Bill Bovensiep
12 HOWLAND RD
FAIRHAVEN, MA 02719

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4800 |

# EXHIBIT 1

NYLACAST LTD
NYLACAST LTD.
200 HASTINGS RD
LEICESTER LEICESTERSHIRE, GB LE5 0HL
GB



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5225, SAG90I4785 |

# EXHIBIT 1

OBERLE & ASSOCIATES INC
OBERLE & ASSOCIATES INC
700 NW 2ND ST
RICHMOND, IN 47374

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450485163 |

# EXHIBIT 1

OCE NORTH AMERICA INC
Lori Darol
5450 N CUMBERLAND AVE
CHICAGO, IL 60656-1469



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450502157, 450440100 |

# EXHIBIT 1

Oce North America, Inc
Lori Darol
750 STEPHENSON HWY, STE 100
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450515984 |

# EXHIBIT 1

OE SALES
JACK ROSENBLAD PURCHASING BUYER
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 6559, 6793, 6797, 6802, 6803, 6806, 6812, 6817, 6823, 6827, 6828, 6829, 6841, 6861, 6862, 6865, 6883, 6885, 6887, 6890, 6912, 6913, 6914, 6925, 6926, 6930, 6942, 6948, 6950, 6958, 6963, 6966, 6969, 6972, 6976, 6981, 6986, 6992, 6994, 6995, 6998, 6999, 7000, 7006, 7011, 7014, 7019, 7020, 7030, 7032, 7035, 7041, 7042, 7043, 7045, 7046, 7047, 7049, 7050, 7052, 7056, 7057, 7060, 7061, 7062, 7063, 7072, 7074, 7075, 7076, 7079, 7083, 7089, 7096, 7099, 7105, 7106, 7113, 7114, 7115, 7117, 7118, 7122, 7123, 7141, 7147, 7149, 7152, 7160, 7161, 7168, 7171, 7179, 7180, OE6174, OE6229, OE6238, OE6406, OEF6274, OEF6287, OEF6350, OEF6383, OEF6405, OEF6409, OEF6411, OEF6415, OEF6418, OEF6429, OEF6431, OEF6442, OEF6444, OEF6461, OEF6517, OEF6534, OEF6573, OEF6581, OEF6583, OEF6598, OEF6610, OEF6620, OEF6626, OEF6627, OEF6643, OEF6646, OEF6686, OEF6702, OEF6736, OEF6746, OEF6754, OEF6759, OEF6777, OEF6779, OEF6785, OEF6791, OES6559, OES6589, OES6732, OES6734, OES6744 |

# EXHIBIT 1

OE SALES
JACK ROSENBLAD PURCHASING BUYER
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) DUMBER OE1435, OE2000, OE2002, OE2858, OE3383, OE5344, OE546, OE5563, OE5795, OE5827, OE5867, OE5870, OE5903, OE5987, OE6135, OE8060, OE8085, OE8086, OE8095, OE9002, OE9011, OE9016, OE9025, OEA5935, OED2079G, OEF5907, OER2437, OER2475, OES3614, OES4185, OES5338, OES5754, OES5919, OES6053 |

# EXHIBIT 1

OETIKER ESPANA SA
INTER CLAMP HOLDING AG
OETIKER ESPANA SA
PUENTE 18 PGO IND LAS SALINAS
EL PUERTO DE SANTA MARIA, ES 11500
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5997 |

# EXHIBIT 1

OETIKER INC
INTER CLAMP HOLDING AG
6317 EUCLID ST
MARLETTE, MI 48453

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6269 |

# EXHIBIT 1

OETIKER INC EFT
OETIKER INC
PO Box 217
MARLETTE, MI 48453-0217

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) SAG90I0584 |

# EXHIBIT 1

OETIKER LTD (EFT)
INTER CLAMP HOLDING AG
OETIKER LTD
203 DUFFERIN ST S
ALLISTON, ON L9R 1E9
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5797, 90I6268, 90I6335, 90I6358 |

# EXHIBIT 1

OETIKER LTD EFT
OETIKER LTD
203 DUFFERIN ST S
ALLISTON, ON L9R 1E9
CA

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) SAG90I4318, SAG90I4636, SAG90I5397 |

# EXHIBIT 1

OHIO MODULAR MFG CO OMMC
GUY SCHAFER BUYER
3900 STICKNEY AVE
TOLEDO, OH 43608



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 10000066, 10000067, 10000068, 10000069, 10001554, 10001569, 10001570, 10001571 |

# EXHIBIT 1

OILES AMERICA CORP
OILES CORP
44099 PLYMOUTH OAKS BLVD STE 109
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5737 |

# EXHIBIT 1

OLSON INTERNATIONAL LIMITED
OLSON INTERNATIONAL LTD
50 W NORTH AVE
LOMBARD, IL 60148

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5750 |

# EXHIBIT 1

OMNI FORGE INC
OMNI FORGE INC
18325 S 580 COUNTY RD W
REMINGTON, IN 47977

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5876, 90I5742, 90I5929 |

# EXHIBIT 1

OMNI WAREHOUSE EFT
L&B CARTAGE INC
966 BRIDGEVIEW SOUTH
SAGINAW, MI 48604

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5485, SAG90I5609, SAG90I4736 |

# EXHIBIT 1

OPEL ESPANAA CISCO 72319
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 2100000J, VCH0005 |

# EXHIBIT 1

OPEL ESPANAA CISCO 72319
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 2100000H, 2100000K, X0VCH0002, X0VCH0009 |

# EXHIBIT 1

ORBIS CORP
Sheila DeGrazia
1101 E WHITCOMB AVE
MADISON HEIGHTS, MI 48071-5614



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450527676, 450529334 |

# EXHIBIT 1

ORBITAL ENGINEERING INC
Ron Lutwen
1344 5TH AVE
PITTSBURGH, PA 15219-6214

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450501426 |

# EXHIBIT 1

ORBITFORM GROUP LLC
Bryan Wright
PO BOX 1469
JACKSON, MI 49204

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450504360 |

# EXHIBIT 1

OTTO FUCHS METALLWERKE % HUPPERT EN
OTTO FUCHS METALLWERKE
41000 WOODWARD AVE STE 340
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2863 |

# EXHIBIT 1

OUTIL ET MATRICE EFT HARRINGTON INC
OUTIL & MATRICE HARRINGTON INC
2555 BOUL MATTE
BROSSARD, QC J4Y 2H1
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4519, SAG90I4741, SAG90I5695 |

# EXHIBIT 1

P & R FASTENERS INC EFT
P&R FASTENERS INC
325 PIERCE ST
SOMERSET, NJ 08873-1229

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) SAG90I4140 |

# EXHIBIT 1

P & R INDUSTRIES INC
Charles Sheelar
1524 N CLINTON AVE
ROCHESTER, NY 14621-2206



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450526897, 450519023, 450519021, 450519018, 450478090, 450472291, 450469519, 450436963, 450436962 |

# EXHIBIT 1

P & R INDUSTRIES INC
P & R INDUSTRIES INC
1524 N CLINTON AVE
ROCHESTER, NY 14621-2206



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450527640 |

# EXHIBIT 1

P J SPRING CO INC
P J SPRING CO INC
1180 ATLANTIC DR
WEST CHICAGO, IL 60185

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I2131 |

# EXHIBIT 1

PANALPINA
Panalpina Welttransport (Holding) A
PANALPINA INC
4590 MOBILE HWY
MONTGOMERY, AL 36108

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5915 |

# EXHIBIT 1

PANALPINA
Panalpina Welttransport (Holding) A
PANALPINA INC
4590 MOBILE HWY
MONTGOMERY, AL 36108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6198 |

# EXHIBIT 1

PANALPINA INC
Kim Wolverton
151 FOLMAR PARKWAY
MONTGOMERY, AL 36109



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450529173, 450529172, 450484770 |

# EXHIBIT 1

PANHARD GENERAL DEFENSE
2 RUE PANHARD & LEVASSOR
91630 MAROLLES EN
HUREPOIX, - -
FRANCE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 208347 |

# EXHIBIT 1

PARKER ENGINEERED SEALS DIVISION
PARKER HANNIFIN CORPORATION
501 S SYCAMORE ST
SYRACUSE, IN 46567-1529

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6378 |

# EXHIBIT 1

PARKER ENGINEERED SEALS EFT
PARKER HANNIFIN CORP
501 S SYCAMORE ST
SYRACUSE, IN 46567-1529

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0556 |

# EXHIBIT 1

PARKER EPS DIVISION
PARKER HANNIFIN CORPORATION
PARKER HANNIFIN CORP ENGINEERED POLYMER SYSTEMS DIV
2565 NW PARKWAY
ELGIN, IL 60123

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6298 |

# EXHIBIT 1

PARKER EPS DIVISION
PARKER HANNIFIN CORPORATION
PARKER HANNIFIN CORP ENGINEERED POLYMER SYSTEMS DIV
2565 NW PARKWAY
ELGIN, IL 60123

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6217 |

# EXHIBIT 1

PARKER EPS DIVISION
PARKER HANNIFIN CORPORATION
PARKER INDUSTRIAL S DE RL DE CV
COL. INDUSTRIAL NUEVA TIJUANA
TIJUANA, BC 22500
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6271 |

# EXHIBIT 1

PARKER HANNIFIN CORP
2360 PALUMBO DR
LEXINGTON, KY 40509-1048

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I4791 |

# EXHIBIT 1

PARKER HANNIFIN CORP
3025 W CROFT CIR
SPARTANBURG, SC 29302

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I0541 |

# EXHIBIT 1

PARKER HANNIFIN CORP
Craig Kurkechian
2360 PALUMBO DR PO BOX 11751
LEXINGTON, KY 40512

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4791 |

# EXHIBIT 1

PARKER HANNIFIN CORP
Craig Kurkechian
3125 W CROFT CIR PO BOX 15009
SPARTANBURG, SC 29302

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I0541 |

# EXHIBIT 1

PARKER HANNIFIN CORPORATION PARKER HANNIFIN C3146
PARKER HANNIFIN (CANADA) INC
64 TROWERS RD UNIT #1
WOODBRIDGE, ON L4L 7K5
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5277 |

# EXHIBIT 1

PARKER SEAL
PARKER HANNIFIN CORPORATION
2360 PALUMBO DR
LEXINGTON, KY 40509-1048

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6249 |

# EXHIBIT 1

PARKER SEAL
PARKER HANNIFIN CORPORATION
PARKER HANNIFIN CORP
104 HARTMAN DR
LEBANON, TN 37087

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6361 |

# EXHIBIT 1

PARKER SEAL
PARKER HANNIFIN CORPORATION
PARKER HANNIFIN CORP PARKER SEAL CO
2360 PALUMBO DR
LEXINGTON, KY 40509-1048

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6321 |

# EXHIBIT 1

PARKER SEAL CO
PARKER HANNIFIN CORPORATION
7664 PANASONIC WAY
SAN DIEGO, CA 92154-8206

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6362 |

# EXHIBIT 1

PARKER SEAL DE MEXICO SA
PARKER SEAL DE MEXICO SA DE CV
RIO LERMA NO 221.
TLALNEPANTLA, EM 54030
MX

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I4422 |

# EXHIBIT 1

PARKER SEAL DE MEXICO SA DE CV
PARKER HANNIFIN CORPORATION
PARKER SEAL DE MEXICO SA DE CV
RIO LERMA NO 221.
TLALNEPANTLA, EM 54030
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6182 |

# EXHIBIT 1

PARKER SEAL DE MEXICO SA DE CV
PARKER HANNIFIN CORPORATION
PARKER SEAL DE MEXICO SA DE CV
RIO LERMA NO 221.
TLALNEPANTLA, EM 54030
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6320 |

# EXHIBIT 1

PARKER SEAL EFT
PARKER HANNIFIN CORP
2565 NW PARKWAY
ELGIN, IL 60123

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5074 |

# EXHIBIT 1

PARKER SERVICE CENTER
PRECISION-ASUN SEALING CO
9350 CASTLEGATE DR
INDIANAPOLIS, IN 46278

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6325 |

# EXHIBIT 1

PARKER TECH SEAL DIVISION (EFT)
PARKER HANNIFIN CORPORATION
1525 S 10TH ST
GOSHEN, IN 46526

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5995 |

# EXHIBIT 1

Patent Counsel
TRW Inc
1900 Richmond Rd
Cleveland, OH 44124

| Contract to be assumed and/or assigned: |
|---|
| Patent License Agreement between TRW Inc. and Delphi Automotive Systems Corporation dated November 23, 1999 |

# EXHIBIT 1

PAULO PRODUCTS CO
1307 RUTLEDGE WAY
MURFREESBORO, TN 37129

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1607, 90I4768 |

# EXHIBIT 1

PAULO PRODUCTS CO
Jerry Jenkins
1307 RUTLEDGE WAY
MURFREESBORO, TN 37129



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I4768, 90I1607, 460007006 |

# EXHIBIT 1

PAULO PRODUCTS CO
PAULO PRODUCTS CO
1307 RUTLEDGE WAY
MURFREESBORO, TN 37129

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) D0450156834 |

# EXHIBIT 1

PETERSON MFG CO EFT
PETERSON MANUFACTURING CO
155 CATTLEMEN RD
SARASOTA, FL 34232-6308

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0367 |

# EXHIBIT 1

PETERSON SPRING GEORGIA EFT
PETERSON AMERICAN CORP
600 OLD HULL RD
ATHENS, GA 30601

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0267 |

# EXHIBIT 1

PEUGEOT
TOUR MANHATTAN
LA DEFENSE
PARIS, - 92094
FRANCE

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 11203962 |

# EXHIBIT 1

PHILLIPS PLASTICS CORP EFT
PHILLIPS PLASTICS CORP
30230 ORCHARD LAKE RD STE 150
FARMINGTON HILLS, MI 48334

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I4884 |

# EXHIBIT 1

PINNACLE AUTOMATION INC
PO BOX 1743
DECATUR, AL 35602-1743

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460011000, 460015171 |

# EXHIBIT 1

PITNEY BOWES INC EFT FASCIMILE DIV
IMAGISTICS INTERNATIONAL INC
24590 LAHSER RD
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) D0450162751 |

# EXHIBIT 1

PLASTECH MANUFACTURING EFT (not Eng or Corp)
PLASTECH ENGINEERED PRODUCTS INC
1111 S COLLING RD
CARO, MI 48723

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0343 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
701 W CHIPPEWA AVE
SOUTH BEND, IN 46614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5477 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
Art Horvath
701 W CHIPPEWA AVEPO BOX 2378
SOUTH BEND, IN 46680

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5477 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
PLASTIC SOLUTIONS INC
759 W CHIPPEWA AVE
SOUTH BEND, IN 46614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4994, SAG90I0495 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
PLASTIC SOLUTIONS INC
759 W CHIPPEWA AVE
SOUTH BEND, IN 46614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6346 |

# EXHIBIT 1

PLASTICOS ABC SPAIN SA SOCIEDAD UNI
ABC GROUP INC
PLASTICOS ABC SPAIN SA
PGNO IND LAS CASAS II CALLE H
SORIA, ES 42005
ES

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6196 |

# EXHIBIT 1

PLASTICOS MORRELL SA
PLASTICOS MORELL SA
PLASTICOS MORELL SA
TORRE BOVERA 41-49
SANT ANDREU DE LA BARCA, ES 08950
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6187 |

# EXHIBIT 1

PLYMOUTH TUBE
PLYMOUTH TUBE CO
29 W 150 WARRENVILLE RD
WARRENVILLE, IL 60555-3528

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6010 |

# EXHIBIT 1

PLYMOUTH TUBE CO
29 W 150 WARRENVILLE RD
WARRENVILLE, IL 60555-3528

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5167 |

# EXHIBIT 1

PLYMOUTH TUBE CO
Lance Thomas
29 W 150 WARRENVILLE RD
WARRENVILLE, IL 60555

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5167 |

# EXHIBIT 1

POHLMAN INC.
POHLMAN INC.
140 LONG RD
CHESTERFIELD, MO 63005

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4024, SAG90I4285 |

# EXHIBIT 1

POLARIS INDUSTIRES INC
JOHN PETERSON PRODUCTION BUYER
301 5TH AVE SW
ROSEAU, MN 56751

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) P625383 |

# EXHIBIT 1

Polaris Industries Inc
2100 North Highway 55
Medina, MN 55340-9770

| Contract to be assumed and/or assigned: |
| --- |
| Confidential Disclosure Agreement between Polaris Industries Inc and Delphi Corporation dated February 19, 2004 |

# EXHIBIT 1

POLTRON
FABRYKA LOZYSK TOCZNYCH KRASNIK SA
5123 PEGASUS CT STE E
FREDERICK, MD 21704

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6040 |

# EXHIBIT 1

POLTRON CORPORATION EFT
POLTRON CORP
5123 PEGASUS CT STE E
FREDERICK, MD 21704

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I2871 |

# EXHIBIT 1

PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5359, 90I3825, 450530608 |

# EXHIBIT 1

PONTIAC COIL INC
Paul McIntyre
5800 MOODY DR
CLARKSTON, MI 48348



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3825, 90I5359 |

# EXHIBIT 1

PONTIAC COIL INC
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5475 |

# EXHIBIT 1

PORITE USA
PORITE CORPORATION
1295 COMBERMERE DR
TROY, MI 48083-2734

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6316 |

# EXHIBIT 1

POWER & SIGNAL GROUP
ARROW ELECTRONICS INC
ARROW ELECTRONICS INC POWER & SIGNAL GROUP
4670 RICHMOND RD STE 120
CLEVELAND, OH 44128

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6292 |

# EXHIBIT 1

PRA COMPANY
Elliot Buchanan
1415 W CEDAR ST
STANDISH, MI 48658-9527

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450530575 |

# EXHIBIT 1

PRAXAIR INC
300 E GREAT LAKES ST
RIVER ROUGE, MI 48218-2606

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450485248 |

# EXHIBIT 1

PRECISION MFG CO INC
PRECISION MANUFACTURING CO INC
2149 VALLEY PIKE
DAYTON, OH 45404-2542

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2576 |

# EXHIBIT 1

PRECISION PLASTIC & DIE CO EFT
PRECISION PLASTIC & DIE CO
2545 W MAPLE RD STE 1
TROY, MI 48084-7114

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0344 |

# EXHIBIT 1

PREMIER MANUFACTURING SUPPORT
VOITH AG
2828 HIGHLAND AVE
CINCINNATI, OH 45212-2410

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450429160 |

# EXHIBIT 1

PRIDGEON & CLAY INC
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5782, 90I6202, 90I6201 |

# EXHIBIT 1

PRIDGEON & CLAY INC
Pridgeon & Clay Szerszam- ES
VASUT UTCA 35/A
APOSTAG, HU 6088
HU

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6109 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I3347, SAG90I5405, SAG90I5351, SAG90I5350, SAG90I5324, SAG90I5659 |

# EXHIBIT 1

PRINCE MANUFACTURING DE MEXICO PLT
PRINCE GROUP LLC
AV. VALLE DEL CEDRO NO. 1680
CD JUAREZ, CHI 32574
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6263 |

# EXHIBIT 1

PROCESOS CONTROLADOS SA DE CV
PROCESOS CONTROLADOS SA DE CV
CERRO DEL TZIRATE 24 LOS AMERICAS
QUERETARO, QA 76121
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6332, 90I6007, 90I6008 |

# EXHIBIT 1

PRODUCTION MACHINING OF ALMA INC
PRODUCTION MACHINING OF ALMA INC
6595 N JEROME RD
ALMA, MI 48801-9706

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0145 |

# EXHIBIT 1

PRODUCTOS ESPECIALIZADOS DE ACERO S
GRUPO INDUSTRIAL MEXICANO SA DE CV
EJE 130 NO.135
SAN LUIS POTOSI, SLP 78395
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5731 |

# EXHIBIT 1

PROFIROLL TECHNOLOGIES USA INC
Andre Hildebrandt
24300 CATHERINE INDUSTRIAL DR #401
NOVI, MI 48375-2457

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450478746 |

# EXHIBIT 1

PROGRESSIVE STAMPING CO EFTINC
PROGRESSIVE STAMPING CO DE INC
2807 SAMOSET RD
ROYAL OAK, MI 48073-1726

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1291, SAG90I1234 |

# EXHIBIT 1

PROTECTIVE CLOSURES CO INC EFTCAPLUGS DIV
CAPLUGS LLC
2150 ELMWOOD AVE
BUFFALO, NY 14207-1984

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4904 |

# EXHIBIT 1

PROYECTOS, REPARACIONES OBRAS Y CON
COL. EX-HIPODROMO
CD JUAREZ, CHI 32340
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450499934 |

# EXHIBIT 1

PSC ENTERPRISES INC
PHILIP SERVICES CORP
3158 HWY 20 W BLDG 6
DECATUR, AL 35601

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460010495 |

# EXHIBIT 1

PSC ENTERPRISES INC
PHILIP SERVICES CORP
Vince Sheerer
5151 SAN FELIPE, SUITE 1600
HOUSTON, TX 77056

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460010495 |

# EXHIBIT 1

PTC ALLIANCE CORP
6051 WALLACE RD EXT STE 200
WEXFORD, PA 15090-7386

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5098, 90I5086, 90I5085 |

# EXHIBIT 1

PTC TUBULAR PRODUCTS LLC
Doug Wilkins
1480 N W 11TH ST
RICHMOND, IN 48374

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5085, 90I5086, 90I5098 |

# EXHIBIT 1

PTC TUBULAR PRODUCTS LLC
PTC ALLIANCE CORP
1480 NW 11TH ST
RICHMOND, IN 47374

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6154 |

# EXHIBIT 1

QUALITECH INTERNATIONAL INC
42705 GRAND RIVER AVE STE 201
NOVI, MI 48375-1772

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450427836 |

# EXHIBIT 1

QUALITY CONTROL DESIGN INC
Mark Deluca
50495 CORPORATE DR STE 112
SHELBY TOWNSHIP, MI 48315

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460015133 |

# EXHIBIT 1

QUANEX CORPORATION
1 JACKSON SQUARE STE 500
JACKSON, MI 49201

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4399, 90I4398, 90I5307 |

# EXHIBIT 1

QUANEX CORPORATION
Marc Owen
ONE JACKSON SQUARE SUITE 500
JACKSON, MI 49201



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5307, 90I4398, 90I4399 |

# EXHIBIT 1

QUANTUM STORAGE
807 AIRPORT ACCESS RD
TRAVERSE CITY, MI 49686-3511

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450497442, 450469588 |

# EXHIBIT 1

QUASAR INDUSTRIES INC
1911 NORTHFIELD DR
ROCHESTER HILLS, MI 48309-3813

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3314 |

# EXHIBIT 1

QUASAR INDUSTRIES INC
C. Wayne Miller
1911 NORTHFIELD DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3314 |

# EXHIBIT 1

R & L SPRING CO % A.I. NELSON & ASS
R&L SPRING CO
R&L SPRING CO
1097 GENEVA PKY
LAKE GENEVA, WI 53147

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6039 |

# EXHIBIT 1

R & L SPRING CO % A.I. NELSON & ASS
R&L SPRING CO
R&L SPRING CO % A.I. NELSON & ASS
209 DOUGLAS PO BOX 92
MONTROSE, MI 48457

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6318 |

# EXHIBIT 1

R & L SPRING COMPANY EFT
R&L SPRING CO
1097 GENEVA PKY
LAKE GENEVA, WI 53147

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1704 |

# EXHIBIT 1

R&M ENGINEERING INC
Ron Miller Jr.
7920 Webster
Freeland, MI 48623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460014939 |

# EXHIBIT 1

RALCO INDUSTRIES INC
RALCO INDUSTRIES INC
2720 AUBURN CT
AUBURN HILLS, MI 48326-3202

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6386 |

# EXHIBIT 1

RALCO INDUSTRIES INC EFT
RALCO INDUSTRIES INC
2720 AUBURN CT
AUBURN HILLS, MI 48326-3202

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5653, SAG90I5586 |

# EXHIBIT 1

RAMCEL ENGINEERING COMPANY
RAMCEL ENGINEERING CO INC
RAMCEL ENGINEERING CO INC
2926 MAC ARTHUR BLVD
NORTHBROOK, IL 60062-2005

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6255 |

# EXHIBIT 1

RAMCEL ENGINEERING COMPANY
RAMCEL ENGINEERING CO INC
RAMCEL ENGINEERING CO INC
2926 MAC ARTHUR BLVD
NORTHBROOK, IL 60062-2005

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5935 |

# EXHIBIT 1

RANGER TOOL & DIE CO EFT
RANGER TOOL & DIE CO INC
317 S WESTERVELT RD
SAGINAW, MI 48604-1330

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5679, SAG90I5104 |

# EXHIBIT 1

RB&W CORP OF CANADA
PARK-OHIO HOLDINGS CORP
RB&W CORP OF CANADA
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CA

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5900 |

# EXHIBIT 1

RBC PRECISION PRODUCTS INC
Jeff Godfrey
2928 GARY DR
PLYMOUTH, IN 46506

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4111 |

# EXHIBIT 1

REA INTERNATIONAL INC EFT AMK METAL PRODUCTS
MARTINREA INTERNATIONAL INC
7405 TRANMERE RD
MISSISSAUGA, ON L5S 1L4
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4351 |

# EXHIBIT 1

RECYDE SA EFT
RECYDE SA
CALLE ELLORRIO BIDE, S/N
ELGETA, 20 20690
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5248 |

# EXHIBIT 1

REEF TOOL & GAGE CO INC
Warner Bauer
44800 MACOMB INDUSTRIAL DR
CLINTON TOWNSHIP, MI 48036

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450445956 |

# EXHIBIT 1

REIMOLD PRINTING CORP
Mike White
3201 HALLMARK CT
SAGINAW, MI 48603

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450529337 |

# EXHIBIT 1

RELIASOFT CORP
1450 S EASTSIDE LOOP
TUCSON, AZ 85710

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450432880, 450531887 |

# EXHIBIT 1

REMAN INC
110 E 9TH ST
DECATUR, MS 39327

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5166 |

# EXHIBIT 1

REMAN INC
6586 HIGHWAY 13
MORTON, MS 39117-5352

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I1046 |

# EXHIBIT 1

REMAN INC
Don Howington
110 E 9TH ST PO BOX 900
DECATUR, MS 39327

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5166 |

# EXHIBIT 1

REMAN INC
Don Howington
6586 HWY 13
MORTON, MS 39117

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1046 |

# EXHIBIT 1

REMAN INC
REMAN INC
110 E 9TH ST
DECATUR, MS 39327

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6096 |

# EXHIBIT 1

REMAN INC
REMAN INC
110 E 9TH ST
DECATUR, MS 39327

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6097 |

# EXHIBIT 1

REMAN INC (EFT)
REMAN INC
REMAN INC
6586 HIGHWAY 13
MORTON, MS 39117-5352

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6038 |

# EXHIBIT 1

REMAN INC EFT
REMAN INC
6586 HIGHWAY 13
MORTON, MS 39117-5352



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5165, SAG90I4451 |

# EXHIBIT 1

REME SA DE CV
REME SA DE CV
AV 5 DE FEBRERO NO 1718
QUERETARO, QA 76130
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5346 |

# EXHIBIT 1

Renault s a s
Societe par Actions Simplifiee
13/15 Quai Alphonse Le Gallo
92100 Boulogne Billancourt, - -
France

| Contract to be assumed and/or assigned: |
|---|
| Development Agreement between Renault s.a.s. and Delphi Automotive Systems LLC dated |

# EXHIBIT 1

RENAULT SAS GRAND COURONNE
13 15 QUAI ALPHONSE LE GALLO
F92513 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 215578 |

# EXHIBIT 1

RENAULT SAS GRAND COURONNE
13 15 QUAI ALPHONSE LE GALLO
F92513 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 268284 |

# EXHIBIT 1

RENAULT SERVICE 0753
8 10 AVE EMILE ZOLA
F 92109 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 300433 |

# EXHIBIT 1

RENAULT SERVICE 0753
8 10 AVE EMILE ZOLA
F 92109 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 215578, 268284, 290139, 331674, 343880 |

# EXHIBIT 1

REPRO PARTS INC
881 INDUSTRIAL DR
ELMHURST, IL 60126-1117

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I4921 |

# EXHIBIT 1

REPRO PARTS INC
Rich Verba
881 INDUSTRIAL DR
ELMHURST, IL 60126

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4921 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5130, SAG90I5303, SAG90I4626, SAG90I4624, SAG90I4444, SAG90I4443, SAG90I4442, SAG90I4441, SAG90I4439, SAG90I4438, SAG90I4437, SAG90I4433, SAG90I4432, SAG90I4431, SAG90I4426, SAG90I4504, SAG90I4502, SAG90I3917, SAG90I3915, SAG90I3914, SAG90I3911 |

# EXHIBIT 1

REPUBLIC TECHNOLOGIES INTERNATIONAL
REPUBLIC ENGINEERED PRODUCTS, INC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6305 |

# EXHIBIT 1

RESIN SERVICE INC
STERLING HEIGHTS
Michigan, MI 48314

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0739 |

# EXHIBIT 1

RESIN SERVICES INC
Lynn Hamlin
5959 18 1/2 MILE RD
STERLING HEIGHTS, MI 48314

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0739 |

# EXHIBIT 1

RESINAS COLORES Y COMPUESTOS SA DE
RESINAS COLORES Y COMPUESTOS SA DE
AV INDEPENDENCIA 105
SAN MATEO ATENCO TOLUCA, MX 52100
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6030 |

# EXHIBIT 1

REXEL, INC
International Electric Supply Corp.
1315 COMMERCE DR
DECATUR, AL 35603

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450518644 |

# EXHIBIT 1

RING MASTERS LLC
RING MASTERS LLC
240 6TH ST NW
MASSILLON, OH 44647

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5312 |

# EXHIBIT 1

RING SCREW DIV EFT
ACUMENT GLOBAL TECHNOLOGIES INC
4160 BALDWIN RD
HOLLY, MI 48442-9328

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5566 |

# EXHIBIT 1

RING SCREW LLC HOLLY DISTRIBUTION C
KING HOLDING CORPORATION
4160 BALDWIN RD
HOLLY, MI 48442-9328



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5903, 90I5891, 90I5894 |

# EXHIBIT 1

RING SCREW LLC HOLLY DISTRIBUTION C
KING HOLDING CORPORATION
ACUMENT GLOBAL TECHNOLOGIES INC
4160 BALDWIN RD
HOLLY, MI 48442-9328

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5893 |

# EXHIBIT 1

RING SCREW LLC HOLLY DISTRIBUTION C
KING HOLDING CORPORATION
ACUMENT GLOBAL TECHNOLOGIES INC
4160 BALDWIN RD
HOLLY, MI 48442-9328

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5895 |

# EXHIBIT 1

RING SCREW LLC HOLLY DISTRIBUTION C
KING HOLDING CORPORATION
ACUMENT GLOBAL TECHNOLOGIES INC HOLLY DISTRIBUTION CENTER
4160 BALDWIN RD
HOLLY, MI 48442-9328

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6359 |

# EXHIBIT 1

RING SCREW LLC HOLLY DISTRIBUTION C
KING HOLDING CORPORATION
RING SCREW LLC
10031 N HOLLY RD
HOLLY, MI 48442-9302

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5899 |

# EXHIBIT 1

RJW MANUFACTURING
RJW MANUFACTURING INC
RJW MANUFACTURING INC
1968 HWY 31 S
ATHENS, AL 35611-9028

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5738 |

# EXHIBIT 1

RJW MANUFACTURING INC
RJW MANUFACTURING INC
PO Box 1103
ATHENS, AL 35612-1103

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0460007010 |

# EXHIBIT 1

ROBERT BOSCH CORPORATION EFT 1
BOSCH, ROBERT CORP
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5418, SAG90I5020, SAG90I2831 |

# EXHIBIT 1

ROBIN INDUSTRIES INC
ROBIN INDUSTRIES INC
1265 W 65TH ST
CLEVELAND, OH 44102-2198

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2523 |

# EXHIBIT 1

ROBINSON INDUSTRIES INC
Bill Wilson
PO BOX 521
COLEMAN, MI 48618-0521

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450531455 |

# EXHIBIT 1

ROBINSON INDUSTRIES INC
ROBINSON INDUSTRIES INC
PO BOX 521
COLEMAN, MI 48618-0521

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450454831 |

# EXHIBIT 1

ROCKFORD PRODUCTS EFT CORPORATION
ROCKFORD PRODUCTS CORP
707 HARRISON AVE
ROCKFORD, IL 61104-7162

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5052 |

# EXHIBIT 1

ROCTEL MFG % LINAMAR SALES
LINAMAR CORPORATION
26555 EVERGREEN RD STE 900
SOUTHFIELD, MI 48076



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5726, 90I5944, 90I6144 |

# EXHIBIT 1

ROGERS FOAM CORP
20 VERNON ST
SOMERVILLE, MA 02145-3699

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I5721 |

# EXHIBIT 1

ROSLER METAL FINISHING USA LLC
Lawrence Green
1551 DENSO RD
BATTLE CREEK, MI 49015

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450493269, 450479564, 450479563, 450515125 |

# EXHIBIT 1

ROTAFORM LLC
ROTAFORM LLC
1420 S LIVERNOIS RD
ROCHESTER HILLS, MI 48307



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I5339, SAG90I5656 |

# EXHIBIT 1

ROTOR CLIP CO (EFT)
ROTOR CLIP CO INC
ROTOR CLIP CO INC
187 DAVIDSON AVE
SOMERSET, NJ 08873-4192

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6131 |

# EXHIBIT 1

ROTOR CLIP CO INC EFT
ROTOR CLIP CO INC
187 DAVIDSON AVE
SOMERSET, NJ 08873-4192



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I2004, SAG90I0397, SAG90I2950 |

# EXHIBIT 1

RPK S COOP
RPK S COOP
PORTAL DE GAMARRA 34
VITORIA-GASTEIZ, 01 01013
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6223 |

# EXHIBIT 1

RPK SOCIEDAD COOPERATIVA
RPK S COOP
RPK S COOP
PORTAL DE GAMARRA 34
VITORIA-GASTEIZ, 01 01013
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6020 |

# EXHIBIT 1

RYCO DESIGN & RESEARCH INC
230 CELTIC DR
MADISON, AL 35758

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460009621, 460015125 |

# EXHIBIT 1

RYCO DESIGN & RESEARCH INC
RYCO DESIGN & RESEARCH INC
230 CELTIC DR
MADISON, AL 35758

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450442839 |

# EXHIBIT 1

RYCO ENGINEERING INC
R&M ENGINEERING INC
Ron Miller Jr.
7920 Webster
Freeland, MI 48623

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460015167 |

# EXHIBIT 1

S & Z METALWORKS LTD
Jim Baldwin
3180 BEREA RD PO BOX 74544
CLEVELAND, OH 44194

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0375 |

# EXHIBIT 1

S & Z TOOL & DIE CO INC
3180 BEREA RD
CLEVELAND, OH 44111-1595

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0375 |

# EXHIBIT 1

S & Z TOOL & DIE CO INC EFT
S & Z METALWORKS LTD
PO Box 74544
CLEVELAND, OH 44194-4544

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5449 |

# EXHIBIT 1

SAAB AUTOMOBIL AB
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) X1CHP001V |

# EXHIBIT 1

SAAB AUTOMOBIL AB
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1CHP0009, 1CHP000C, 1CHP000D, 1CHP000G, 1CHP000K, 1CHP000L, 1CHP000M, 1CHP000P, 1CHP000W, 1CHP0015, 1CHP0016, 1CHP001B, X1CH9000N, X1CHP0009, X1CHP000D, X1CHP000F, X1CHP000G, X1CHP000H, X1CHP000J, X1CHP000K, X1CHP000L, X1CHP000M, X1CHP000N, X1CHP000P, X1CHP000W, X1CHP000X, X1CHP0013, X1CHP0014, X1CHP0015, X1CHP0016, X1CHP0017, XICHP000F |

# EXHIBIT 1

SAAB SCANIA OF AMERICA INC
LEIGH DUSHANE
30009 VAN DYKE
101968
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 101968 |

# EXHIBIT 1

SABIC INNOVATIVE PLASTICS US LLC
9930 KINCEY AVE
HUNTERSVILLE, NC 28078-6468

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1187 |

# EXHIBIT 1

SABIC INNOVATIVE PLASTICS US LLC
Tom Hotterman
11515 VANSTORY DR STE 140
HUNTERSVILLE, NC 28078

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1130 |

# EXHIBIT 1

SABIC POLYMERLAND INC
Tom Hotterman
11515 VANSTORY DR STE 140
HUNTERSVILLE, NC 28078

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I1187 |

# EXHIBIT 1

SABO INDUSTRIA E COMERCIO LTDAATT VALERIE BEASON
Sabo Ltda
44099 Plymouth Oaks Blvd
Plymouth, MI 48170-6527

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3978 |

# EXHIBIT 1

SABO USA INC
JCA INDUSTRIAL SA
44099 Plymouth Oaks Blvd
Plymouth, MI 48170-6527

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5969 |

# EXHIBIT 1

SAET SOCIETA APPLICAZIONI ELETTRO
Stefano Baralis
VIA TORINO 213
LEINI, IT 10040
IT

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450498244 |

# EXHIBIT 1

SAFETYTECH PROTECTION SYSTEMS INC
SAFETYTECH PROTECTION SYSTEMS INC
PO BOX 616
LAPEL, IN 46051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450471998 |

# EXHIBIT 1

SAGINAW BAY PLASTICS INC
2768 S HURON RD
KAWKAWLIN, MI 48706-3673

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0536, 90I0474 |

# EXHIBIT 1

SAGINAW BAY PLASTICS INC
Dave Burke
2768 S HURON RD PO BOX 507
KAWKAWLIN, MI 48631

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0474, 90I0536 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed and/or assigned: |
|---|
| Lease Agreement between Saginaw Centre Development Company , L.L.C. and Delphi Automotive Systems LLC dated November 2, 1999 for 310 Johnson St., Saginaw, MI |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed and/or assigned: |
|:---:|
| Lease Extension and Amendment Agreement dated July 30, 2003 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed and/or assigned: |
|---|
| Lease Extension and Amendment Agreement dated November 1, 2001 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed and/or assigned: |
| --- |
| Lease Extension and Amendment Agreement dated October 31, 2005 |

# EXHIBIT 1

Saginaw Deutschland G m b H

| Contract to be assumed and/or assigned: |
| :---: |
| Technology License and Service Agreement between Saginaw Division of General Motors Corporation and Saginaw Deutschland G.m.b.H. effective January 1, 1993; Addendums dated December 17, 2003 and January 14, 2004 |

# EXHIBIT 1

Saginaw Deutschland G m b H

| Contract to be assumed and/or assigned: |
|:---:|
| Technology License and Service Agreement between Saginaw Division of General Motors Corporation and Saginaw Deutschland G.m.b.H. effective January 1, 1993; Addendums dated December 17, 2003 and January 14, 2004 |

# EXHIBIT 1

SAGINAW MACHINE SYSTEMS INC
SAGINAW MACHINE SYSTEMS INC
800 N HAMILTON ST
SAGINAW, MI 48602-4354

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450479566, 450484800 |

# EXHIBIT 1

SAGINAW VALLEY REHAB CTR EFT
SVRC INDUSTRIES INC
919 VETERANS MEMORIAL PKY
SAGINAW, MI 48601-1432

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I4773 |

# EXHIBIT 1

Saginaw Valley State University
7400 Bay Rd
University Center
Saginaw, MI 48710

| Contract to be assumed and/or assigned: |
| --- |
| Mutual Confidentiality Agreement between Saginaw Valley State University and Delphi Automotive Systems LLC dated August 15, 2006 |

# EXHIBIT 1

SAIC USA INC
MICHAEL DONG SALES MANAGER
1301 WEST LONG LAKE RD
Ste 190
TROY, MI 48098

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAIC070004, SAIC07STR21, SAIC07STR22, SAIC07STR23, SAIC07STR24, SAIC07STR25, SAIC07STR26, SAICFORECAST |

# EXHIBIT 1

SALINE ACH LLC VISTEON
STEVE SZCZPANIAK PURCHASING MANAGER
7700 MICHIGAN AVE
SALINE, MI 48176

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 111111, KQ3174, KQ9052, KQ9053, KR0773, KR2712, KR2713, KR2716, KR3031, KR9184, KR9185, KS5829, KS5830, KS5838, KS5879, KS5885, KS5924, KS5925, KS6146, KS7367, KS7368, KS7630, KS7631, KS7632, KS9324, KS9551, KS9552, XGYLO1, XGYLOI, XGYLOP, XGZV1O, XGZYGA, XGZYGC |

# EXHIBIT 1

Sandia Corporation
Attn Russell D Skocypec
1515 Eubank Blvd SE Bldg 957
CRADA SC92 01133
Albuquerque, NM 87123



| Contract to be assumed and/or assigned: |
| --- |
| Stevenson-Wydler Cooperative Research and Development Agreement No. SC92/01133 between Sandia Corporation and General Motors Corporation |

# EXHIBIT 1

Sandia Corporation
Attn Russell D Skocypec
P O Box 5800
CRADA SC92 01133
Albuquerque, NM 87185-5800



| **Contract to be assumed and/or assigned:** |
|---|
| Stevenson-Wydler Cooperative Research and Development Agreement No. SC92/01133 between Sandia Corporation and General Motors Corporation |

# EXHIBIT 1

SANLUIS RASSINI INTL INC EFT
SANLUIS RASSINI INTERNATIONAL INC
14500 BECK RD
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4565 |

# EXHIBIT 1

SARNATECH BNL USA INC
BNL (USA) INC
56 LEONARD ST UNIT 5
FOXBORO, MA 02035

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5048 |

# EXHIBIT 1

SATURN CORPORATION
LEIGH DUSHANE WAYNE THOMPSON SPECIAL PROJECTS COORDINATOR SERVICE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 103270, 107086, 108884 |

# EXHIBIT 1

SCATE eLearning Inc
100 Engelwood Dr Ste F
Orion, MI 48359

| Contract to be assumed and/or assigned: |
|---|
| License Agreement between Delphi Technologies, Inc. and SCATE eLearning, Inc. dated February 24, 2005; License Agreement between Delphi Technologies, Inc. and SCATE eLearning, Inc. dated June 30, 2004; Proprietary Information Agreement between Delphi Technologies, Inc. and Scate eLearning, Inc. dated April 23, 2004 |

# EXHIBIT 1

SCHMALD TOOL & DIE INC
Wendy Sanborn
G4206 S SAGINAW ST
BURTON, MI 48529

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450464212 |

# EXHIBIT 1

SCHULMAN INC, A
A. SCHULMAN, INC
2100 E MAPLE RD STE 700
BIRMINGHAM, MI 48009

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5869 |

# EXHIBIT 1

SCIENTIFIC FORMING TECHNOLOGIES
5038 REED RD
COLUMBUS, OH 43220-2514

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450429565 |

# EXHIBIT 1

SCM METAL PRODUCTS INC
GIBRALTAR INDUSTRIES INC
2601 WECK DR
RESEARCH TRIANGLE PARK, NC 27709

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5829 |

# EXHIBIT 1

Scott A. Abney, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

| **Contract to be assumed and/or assigned:** |
| --- |
| Project Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama |

# EXHIBIT 1

Scott A. Abney, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203



| **Contract to be assumed and/or assigned:** |
| --- |
| Reciprocal Utility and Access Easement Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama |

# EXHIBIT 1

Scott Specialty Gases Inc
SCOTT SPECIALTY GASES INC
1750 E Club Blvd
Durham, NC 27704-3408

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450442402 |

# EXHIBIT 1

SCREW MACHINING COMPONENTS EFTINC
SMC AMERICA INC
1679 ELMHURST RD
ELK GROVE VILLAGE, IL 60007



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5452, SAG90I4540, SAG90I4328 |

# EXHIBIT 1

SECOR INTERNATIONAL INC
SECOR INTERNATIONAL INC
318 SEABORAD LN STE 101
FRANKLIN, TN 37067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450479598 |

# EXHIBIT 1

SECURITY PLASTICS DIV/NMC LLC
ADVANCED ALLOY DIVISION/NMC CORP
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6054 |

# EXHIBIT 1

SECURITY PLASTICS DIV/NMC LLC
ADVANCED ALLOY DIVISION/NMC CORP
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6132 |

# EXHIBIT 1

SEEGER ORBIS GMBH & CO OHG
SEEGER-ORBIS GMBH & CO OHG
WIESBADENER STR 243-247 SCHNEIDHAIN
KOENIGSTEIN, HE 61462
DE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6219 |

# EXHIBIT 1

SEGA INC
Kvin Kraatz
16041 FOSTER ST
STILWELL, KS 66085-8876

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450479259 |

# EXHIBIT 1

SELECT TOOL & DIE CORP EFT
SELECT INDUSTRIES CORP
PO Box 887
DAYTON, OH 45401-0887

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3336 |

# EXHIBIT 1

SELTEK INTERNATIONAL INC
QUALITEK INTERNATIONAL INC
5130 GATEWAY BLVD E
EL PASO, TX 79905-1608

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5787 |

# EXHIBIT 1

SEMBLEX CORPORATION EFT
SEMBLEX CORP
199 W DIVERSEY
ELMHURST, IL 60126-1162

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5479 |

# EXHIBIT 1

SENSUS PRECISION DIE CASTING INC
Greg Williams
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE, KY 42276

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5095, 90I4957 |

# EXHIBIT 1

SEVERSTAL NORTH AMERICA INC
SEVERSTAL NORTH AMERICA INC
3001 MILLER RD
DEARBORN, MI 48121

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2428 |

# EXHIBIT 1

SEYMOUR TUBING, INC.
1515 E 4TH ST
SEYMOUR, IN 47274

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2124 |

# EXHIBIT 1

SEYMOUR TUBING, INC.
Robin Karmolinski
1515 W 4TH ST
SEYMOUR, IN 47274

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2124 |

# EXHIBIT 1

SHINCHANG AMERICA CORP
SHINCHANG ELECTRICS CO LTD
SHINCHANG ELECTRICS CO LTD
BANWOL IND COMPLEX
ANSAN-SI KYUNGKI-DO, KR 425-090
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6290 |

# EXHIBIT 1

SHINCHANG AMERICA EFT
SHINCHANG AMERICA CORPORATION
47200 PORT ST
PLYMOUTH, MI 48170-6082

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5453 |

# EXHIBIT 1

SHIVELY BROS INC EFT
SHIVELY BROTHERS INC
PO Box 1347
SAGINAW, MI 48605-1347

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2633 |

# EXHIBIT 1

SHIVELY BROTHERS INC
Scott Shively
PO BOX 1347
SAGINAW, MI 48605-1347

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450495677 |

# EXHIBIT 1

Siemen UGS
5400 Legacy Rd
Plano, TX 75024

| Contract to be assumed and/or assigned: |
|---|
| Mutual Agreement regarding Confidentiality of HM-DPD Discussions between UGS PLM Solutions and Delphi Technologies, Inc. dated March 3, 2004 |

# EXHIBIT 1

SINCLAIR & RUSH INC
123 MANUFACTURERS DR
ARNOLD, MO 63010

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6228 |

# EXHIBIT 1

SINCLAIR & RUSH INC EFT
SINCLAIR & RUSH INC
123 MANUFACTURERS DR
ARNOLD, MO 63010

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0475 |

# EXHIBIT 1

SINTERMEX S A DE C V EFT
METAL POWDER PRODUCTS MEXICO S DE
ACCESO II MAZANA 3-38
QUERETARO, QRO 76130
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5674 |

# EXHIBIT 1

SKI DESIGN INC
14660 23 Mile Rd.
Shelby Township, MI 48315-3000

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460011105 |

# EXHIBIT 1

SKI DESIGN INC
Jennifer Quinn
14660 23 Mile Rd.
Shelby Township, MI 48315-3000

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460011105, 460015166 |

# EXHIBIT 1

SMALL CAR GROUP LAD
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 163X0006, 163X0007, 1T6J000X, 1T6J0010, 1T6J001K, 6HT053N, 9PX0037, 9PX0038, 9PX0039, 9PX004R, CN400CD, CN400CF, DLW000TL, DLW000TM, DLW000W8, Z5X001Z |

# EXHIBIT 1

SMALL CAR GROUP LAD
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 163X0000, 163X0003, 9PX001W, 9PX001X, 9PX0027, 9PX0028, 9PX0029, 9R3007N, DLW000NV, DLW000NW |

# EXHIBIT 1

SMALL PARTS INC EFT
SMALL PARTS INC
600 HUMPHREY ST.
LOGANSPORT, IN 46947-4949

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5387, SAG90I2634 |

# EXHIBIT 1

SMALLEY STEEL RING CO EFT
SMALLEY STEEL RING CO
555 OAKWOOD RD
LAKE ZURICH, IL 60047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5430, SAG90I0266 |

# EXHIBIT 1

SMC POWDER METALLURGY
ST MARYS CARBON CO INC
259 EBERL ST
SAINT MARYS, PA 15857-1661

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6173 |

# EXHIBIT 1

Software Engineering Corporation
1520 Ecatk??? ??? Ste 101
Seattle, WA 98102

| **Contract to be assumed and/or assigned:** |
|---|
| Consulting Agreement between Software Engineering Corporation and Delphi Automotive Systems LLC dated January 9, 2001 |

# EXHIBIT 1

SOLECTRON MANUFACTURA DE EFT MEXICO SA CV
SOLECTRON MANUFACTURA DE MEXICO SA
PROL AV LOPEZ MATEOS SUR NO.2915
KM 6.5, COL. LA TIJERA
TLAJOMULCO DE ZUNIGA, JAL 45640
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5682 |

# EXHIBIT 1

SOPUS PRODUCTS SHELL OIL PRODUCTS US
SHELL PIPELINE CO LP
PO Box 4427
HOUSTON, TX 77210-4427

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5595 |

# EXHIBIT 1

SORALUCE HERMANOS SA
SORALUCE HERMANOS SA
LUGAR IND SECTOR C APARTADO, 30
AZCOITIA, 20 20720
ES

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6019 |

# EXHIBIT 1

SORALUCE HERMANOS SA
SORALUCE HERMANOS SA
LUGAR IND SECTOR C APARTADO, 30
AZCOITIA, 20 20720
ES

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6167 |

# EXHIBIT 1

SOUTHERN DISPOSAL SYSTEMS LLC
SOUTHERN DISPOSAL SYSTEMS LLC
PO BOX 2713
DECATUR, AL 35602-2713

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450457474 |

# EXHIBIT 1

SP DIV NMC LLC EFT
SECURITY PLASTICS DIVISION/NMC LLC
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I5401, SAG90I5001, SAG90I4961 |

# EXHIBIT 1

SPECIAL DEVICES INC
SPECIAL DEVICES INC
3431 N RESEDA CIR
MESA, AZ 85215

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5258 |

# EXHIBIT 1

SPECIALIST HEAT EXCHANGERS LTD
COOLING POWER HOLDINGS LTD
SPECIALIST HEAT EXCHANGERS LTD
FREEMAN RD NORTH HYKEHAM
LINCOLN LINCOLNSHIRE, GB LN6 9AP
GB

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6143 |

# EXHIBIT 1

SPECIALTY LUBRICANTS CORP
8300 CORPORATE PARK DR
MACEDONIA, OH 44056

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I5388 |

# EXHIBIT 1

SPECIALTY LUBRICANTS CORP
Robin Bugenski
8300 CORPORATE PARK DR
MACEDONIA, OH 44056

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5388 |

# EXHIBIT 1

SPIRAL INDUSTRIES INC EFT
SPIRAL INDUSTRIES INC
1572 N OLD US 23
HOWELL, MI 48843

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4003 |

# EXHIBIT 1

SPIRAX SARCO INC
2521 13TH AVE
MOLINE, IL 61265

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450485223 |

# EXHIBIT 1

SPIROL INTERNATIONAL CORP EFT
SPIROL INTERNATIONAL CORP
30 ROCK AVE
DANIELSON, CT 06239-1434

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2941 |

# EXHIBIT 1

SPO
MARSHA SMITH SR BUYER
6200 GRAND POINTE DR
GRAND BLANC, MI 48439

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) F029028, F032694, GM48613, GM48617, GM51611, GM55311, GM55320, GM55330, GM55336, GM55380, GM55385, GM55387, GM55418, GM55424, GM55436, GM55441, GM55447, GM55452, GM55458, GM55466 |

# EXHIBIT 1

SPO
MARSHA SMITH SR BUYER
6200 GRAND POINTE DR
GRAND BLANC, MI 48439



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) F028572, F028793, GM37531, GM45662, GM45663, GM45664 |

# EXHIBIT 1

SPO MEXICO
ANASTACIO RIVERA MATERIAL ANALYST
FRACC INDUSTRIAL
TOLUCA EDO DE MEX
- - CP 50000
MEX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 9D700013T, 9D7000J8, 9D7000JN, 9D7000JZ, 9D7000LL, 9D7000M2, 9D7000N5, 9D7000P3, 9D7000TR, 9D7000W9, 9D7000XW, 9D7000Z0, 9D7000Z4, 9D7000ZJ, 9D7000ZK, 9D7000ZN, 9D7000ZP, 9D700111, 9D70011G, 9D70011V, 9D700122, 9D70012F, 9D70012M, 9D700134, 9D70013P, 9D70013R, 9D70013T, 9D70013W, 9D70013X, 9D70013Z, 9D700141, 9D700142, 9D700143, 9D700144, 9D700145, 9D700146, 9D700147, 9D700148, 9D700149, 9D70014B, 9D70014D, 9D70014F, 9D70014K, 9D70014M, 9D70014P, 9D70014T, 9D70014V, 9D70014X, 9D70014Z, 9D700150, 9D700151, 9D700152, 9D700153, 9D700154, 9D700155, 9D700157, 9D700159 |

# EXHIBIT 1

SPO MEXICO
ANASTACIO RIVERA MATERIAL ANALYST
FRACC INDUSTRIAL
TOLUCA EDO DE MEX
- - CP 50000
MEX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 9D7000DW, 9D7000J2, 9D7000J3, 9D7000J6, 9D7000JB, 9D7000JG, 9D7000JL, 9D7000JP, 9D7000JR, 9D7000JT, 9D7000JX, 9D7000K2, 9D7000K9, 9D7000KB, 9D7000KC, 9D7000KD, 9D7000KF, 9D7000KG, 9D7000KH, 9D7000KJ, 9D7000KL, 9D7000KM, 9D7000KR, 9D7000KV, 9D7000KW, 9D7000KX, 9D7000L2, 9D7000L3, 9D7000L4, 9D7000L5, 9D7000L8, 9D7000L9, 9D7000LH, 9D7000LM, 9D7000LV, 9D7000LW, 9D7000LX, 9D7000LZ, 9D7000M0, 9D7000M3, 9D7000M4, 9D7000M5, 9D7000M6, 9D7000M7, 9D7000M8, 9D7000M9, 9D7000MB, 9D7000MC, 9D7000MD, 9D7000MF, 9D7000MG, 9D7000ML, 9D7000MN, 9D7000MR, 9D7000MT, 9D7000MV, 9D7000MW, 9D7000MX, 9D7000N0, 9D7000N1, 9D7000N2, 9D7000N4, 9D7000N6, 9D7000N7, 9D7000N9, 9D7000NC, 9D7000ND, 9D7000NF, 9D7000NG, 9D7000NJ, 9D7000NM, 9D7000NN, 9D7000NP, 9D7000NR, 9D7000NX, 9D7000NZ, 9D7000P1, 9D7000P2, 9D7000P4, 9D7000P8, 9D7000PK, 9D7000PL, 9D7000PN, 9D7000PV, 9D7000PW, 9D7000PZ, 9D7000R1, 9D7000R2, 9D7000R3, 9D7000R5, 9D7000R6, 9D7000R7, 9D7000RB, 9D7000RF, 9D7000RG, 9D7000RJ, 9D7000RK, 9D7000RL, 9D7000RO, 9D7000RR, 9D7000TM, 9D7000TT, 9D7000TZ, 9D7000V2, 9D7000V3, 9D7000V4, 9D7000V8, 9D7000V9, 9D7000VB, 9D7000VD, 9D7000VF, 9D7000VT, 9D7000W0, 9D7000W2, 9D7000W3, 9D7000W5, 9D7000W6, 9D7000W7, 9D7000W8, 9D7000WC, 9D7000WD, 9D7000WH, 9D7000WJ, 9D7000WK, 9D7000WL, 9D7000WN, 9D7000WR, 9D7000WW, 9D7000X1, 9D7000X5, 9D7000X6, 9D7000X7, 9D7000X9, 9D7000XB, 9D7000XC, 9D7000XH, 9D7000XJ, 9D7000XK, 9D7000XN, 9D7000XP, 9D7000XR, 9D7000XT, 9D7000XV, 9D7000XZ, 9D7000Z5, 9D7000Z8, 9D7000Z9, 9D7000ZC, 9D7000ZF, 9D7000ZH, 9D7000ZL, 9D7000ZM, 9D7000ZR, 9D7000ZV, 9D7000ZX, 9D700100, 9D700102, 9D700107, 9D700108, 9D70010C, 9D70010D, 9D70010G, 9D70010H, 9D70010J, 9D70010K, 9D70010L, 9D70010M, 9D70010N, 9D70010P, 9D70010X, 9D700110, 9D700114, 9D700115, 9D700116, 9D700117, 9D700118, 9D70011B, 9D70011C, 9D70011D, 9D70011F, 9D70011H, 9D70011K, 9D70011R, 9D70011T, 9D70011W, 9D70011X, 9D700120, 9D700123, 9D700124, 9D700126, 9D70012D, 9D70012G, 9D70012H, 9D70012K, 9D70012L, 9D70012P, 9D70012T, 9D70012V, 9D70012W, 9D700132, 9D700133, 9D700135, 9D700136, 9D700138, 9D700139, 9D70013B, 9D70013C, 9D70013D, 9D70013F, 9D70013H, 9D70013M, 9D70014H |

# EXHIBIT 1

SPRING ENGINEERING & MFG CORP
SPRING ENGINEERING & MFG CORP
7820 N LILLEY RD
CANTON, MI 48187

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0603, SAG90I0161 |

# EXHIBIT 1

SPS TECHNOLOGIES WATERFORD EFT
SPS TECHNOLOGIES INC
5331 DIXIE HWY
WATERFORD, MI 48329-1612



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4769, SAG90I4764 |

# EXHIBIT 1

SSI TECHNOLOGIES INC EFT
SSI TECHNOLOGIES INC
3330 PALMER DR
JANESVILLE, WI 53546

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1120 |

# EXHIBIT 1

ST CLAIR PLASTICS CO EFT
ST CLAIR PLASTICS CO
30855 TETON PL
CHESTERFIELD, MI 48047



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4956, SAG90I5031, SAG90I0349 |

# EXHIBIT 1

ST MARYS CARBON CO INC EFT
ST MARYS CARBON CO INC
259 EBERL ST
SAINT MARYS, PA 15857-1661

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0645 |

# EXHIBIT 1

STAHL SPECIALTY COMPANY EFT
STAHL SPECIALTY COMPANY
PO Box 6
KINGSVILLE, MO 64061-0006

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2546 |

# EXHIBIT 1

STANDARD HORSE NAIL CORP.
STANDARD HORSE NAIL CORP
PO Box 316
NEW BRIGHTON, PA 15066-0316

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0921, SAG90I3164 |

# EXHIBIT 1

STANDARD MOTOR PRODUCTS INC
ROBERT BUTTRAM PURCHASING BUYER
3718 NORTHERN BLVD
LONG ISLAND CITY, NY 11101-1616



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 15192, 16232-J, 22995, 29560, 31094, 31232, 33865 |

# EXHIBIT 1

STANLEY MACHINERY CORP
Max Cohen
44 RAMAH CIR N
AGAWAM, MA 01001-1516

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450481981 |

# EXHIBIT 1

STANT MANUFACTURING INC
STANT MANUFACTURING INC
1620 COLUMBIA AVE
CONNERSVILLE, IN 47331-1672

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I0225 |

# EXHIBIT 1

STEEL PARTS MANUFACTURING
RESILIENCE CAPITAL PARTNERS LLC
STEEL PARTS CORP
PO BOX 93790
CHICAGO, IL 60673

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5788 |

# EXHIBIT 1

STEPHENSON INC
craig stephenson
PO BOX 8216
FLINT, MI 48501-8216

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450530494 |

# EXHIBIT 1

STRATTEC SECURITY CORP
3333 W GOOD HOPE RD
MILWAUKEE, WI 53209

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450448534 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3390, SAG90I4486, SAG90I0706, SAG90I1560, SAG90I5534, SAG90I5530, SAG90I5651 |

# EXHIBIT 1

STRATTEC SECURITY CORPORATION
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 90I6117 |

# EXHIBIT 1

STRATTEC SECURITY CORPORATION
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I5810 |

# EXHIBIT 1

SUNDANCE DIE CUT
SUNDANCE DIE CUT LLC
800 DIVISION LOOP
MINERAL WELLS, TX 76067-9270

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4964 |

# EXHIBIT 1

SUPER AUTO FORGE INC
SUPER AUTO FORGE INC
42400 GRAND RIVER AVE STE 205
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5363 |

# EXHIBIT 1

SUPER SYSTEMS INC
SUPER SYSTEMS INC
7205 EDINGTON DR
CINCINNATI, OH 45249

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450450777 |

# EXHIBIT 1

SUR-FORM CORP
Ross Pottinger
18401 MALYN BLVD
FRASER, MI 48026-1628

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450527675 |

# EXHIBIT 1

SYN-TECH LTD
1433 W FULLERTON UNIT C
ADDISON, IL 60101-4366

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0328 |

# EXHIBIT 1

SYN-TECH LTD
Tim Frank
1433 W FULLERTON
ADDISON, IL 60101

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I0328 |

# EXHIBIT 1

SYSTEMS INTEGRATION SPECIALISTS CO
6605 19 1/2 MILE RD
STERLING HEIGHTS, MI 48314-1408

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460015165 |

# EXHIBIT 1

SYZ ROLMEX S DE RL DE CV
ADOLPH B HORN JR 2001 CARR
TLAJOMULCO DE ZUNIGA, JAL 45670
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5427 |

# EXHIBIT 1

SYZ ROLMEX S DE RL DE CV
Jim Baldwin
ADOLPH B HORN 2001 CARR
TLAJOMULCA DE ZUNIGA JA, - 45670
MEXICO

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5427 |

# EXHIBIT 1

T & L AUTOMATICS INC EFT
T&L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613-1817



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5236, SAG90I4060 |

# EXHIBIT 1

TAE SUNG RUBBER & CHEMICAL CO LTD
TAESUNG RUBBER & CHEMICAL CO LTD
TAESUNG RUBBER & CHEMICAL CO LTD
157 GONGDAN-DONG
KUMI KYONGBUK, KR 730-030
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6110 |

# EXHIBIT 1

TAESUNG RUBBER & CHEMICAL EFTCO LTD
TAESUNG RUBBER & CHEMICAL CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5145 |

# EXHIBIT 1

TAIGENE ELECTRIC MACHINERY CO LTD
TAIGENE ELECTRIC MACHINE CO
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I4692, SAG90I5675 |

# EXHIBIT 1

TAURUS INTERNATIONAL EFT CORP
TAURUS INTERNATIONAL INC
275 N FRANKLIN TPKE STE 3
RAMSEY, NJ 07446

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4677 |

# EXHIBIT 1

TAWAS PLATING CO
510 INDUSTRIAL AVE
TAWAS CITY, MI 48763

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I3690 |

# EXHIBIT 1

TAWAS PLATING COMPANY
Kevin T. Jungquist
510 INDUSTRIAL AVE PO BOX 419
TAWAS CITY, MI 48764

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3690 |

# EXHIBIT 1

TAWAS POWDER COATING INC
TAWAS POWDER COATING INC
510 INDUSTRIAL AVE
TAWAS CITY, MI 48764

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5751 |

# EXHIBIT 1

TDK CORPORATION OF AMERICA EFT
TDK CORP OF AMERICA
1221 BUSINESS CENTER DR
MOUNT PROSPECT, IL 60056

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5634, SAG90I0638 |

# EXHIBIT 1

TEALE MACHINE CO INC EFT
TEALE MACHINE CO INC
1425 UNIVERSITY AVE
ROCHESTER, NY 14607-1617

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) SAG90I0416 |

# EXHIBIT 1

TECH METAL CORP
Edward Pinter
27330 GLOEDE
WARREN, MI 48093

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3173 |

# EXHIBIT 1

TECH METAL CORP
TECH PRODUCTION WELDING
27330 GLOEDE
WARREN, MI 48093

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3173 |

# EXHIBIT 1

Tecmes Ltda
Av Jabaquara
2940 9 andar sala 95
Planalto Paulista, Sao Paulo-SP Cep 04046-500
Brazil

| Contract to be assumed and/or assigned: |
|---|
| Proprietary Information Agreement between Delphi Technologies, Inc and Tecmes Ltda dated October 27, 2005 |

# EXHIBIT 1

TECNIACERO SA
RAYMOND ET CIE (A)
A RAYMOND-TECNIACERO SA
CARRETERA C KM 0,5 C 55 PK 32
SANT FRUITOS DE BAGES, 08 08272
ES

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6033 |

# EXHIBIT 1

TECNOFORMAS AUTOMOTRICES SA DE CV
TECNOFORMAS AUTOMOTRICES SA DE CV
NOGALES S/N MANZANA 2 LOTE 4 KM
TEQUISQUIAPAN, QA 76807
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6022 |

# EXHIBIT 1

TEKNIA ESTAMPACION DEJ SA
CLOMI SOCIEDAD LIMITADA
TEKNIA ESTAMPACION DEJ SA
OTAOLA HIRIBIDEA 32
EIBAR, 20 20600
ES

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6018 |

# EXHIBIT 1

TEKNIA ESTAMPACION DEJ SA
CLOMI SOCIEDAD LIMITADA
TEKNIA ESTAMPACION DEJ SA
OTAOLA HIRIBIDEA 32
EIBAR, 20 20600
ES

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6218 |

# EXHIBIT 1

TELEFLEX INC EFT
TELEFLEX INCORPORATED
700 STEPHENSON HWY
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0952 |

# EXHIBIT 1

TEMIC AUTOMOTIVE OF NORTH AMERICA I
37101 CORPORATE DR
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450453552 |

# EXHIBIT 1

TEMIC AUTOMOTIVE OF NORTH EFT
TEMIC AUTOMOTIVE OF NORTH AMERICA I
37101 CORPORATE DR
FARMINGTON HILLS, MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4704 |

# EXHIBIT 1

TERRELL INDUSTRIES INC
1202 INDUSTRIAL DR
HARTSELLE, AL 35640

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I1270, 90I1645 |

# EXHIBIT 1

TERRELL INDUSTRIES INC
Linda Pitts
1202 INDUSTRIAL DR PO BOX 1514
HARTSELLE, AL 35640

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I1270, 90I1645 |

# EXHIBIT 1

Tesla Motors Inc
1050 Bing St
San Carlos, CA 94070



| Contract to be assumed and/or assigned: |
|---|
| Mutual Nondisclosure Agreement between Tesla Motors, Inc. and Delphi Automotive Systems, L.L.C dated February 20, 2007 |

# EXHIBIT 1

TESMA INTERNATIONAL INC
MAGNA POWERTRAIN USA INC
1775 RESEARCH DR
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4823 |

# EXHIBIT 1

TESMA INTERNATIONAL INC
TESMA INTERNATIONAL
23300 HAGGERTY RD STE 200
FARMINGTON HILLS, MI 48335

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3630 |

# EXHIBIT 1

TEST PRODUCTS INC
Bob Mangin
41255 TECHNOLOGY PK DR
STERLING HEIGHTS, MI 48314

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450518195 |

# EXHIBIT 1

TEST.COM INC
1501 EUCLID AVE 4TH FL
CLEVELAND, OH 44115

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450479257 |

# EXHIBIT 1

TESTAMERICA ANALYTICAL TESTING CORP
TESTAMERICA ANALYTICAL TESTING CORP
6964 HILLDALES COURT
INDIANAPOLIS, IN 46250-2040

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450476328 |

# EXHIBIT 1

TETRA TECH INC
710 AVIS DR
ANN ARBOR, MI 48108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450482673 |

# EXHIBIT 1

TEXAS FOUNDRIES INC
CITATION CORPORATION
TEXAS FOUNDRIES LTD
1611 N RAGUET ST
LUFKIN, TX 75904

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6151 |

# EXHIBIT 1

TEXAS FOUNDRIES INC
CITATION CORPORATION
TEXAS FOUNDRIES LTD
1611 N RAGUET ST
LUFKIN, TX 75904

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6235 |

# EXHIBIT 1

TEXAS INSTRUMENT
39555 ORCHARD HILL DR STE 350
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2180 |

# EXHIBIT 1

TEXAS INSTRUMENT
Pam Razmus
39555 ORCHARD HILL DR STE 350
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2180 |

# EXHIBIT 1

THE BRADLEY GROUP OF COMPANIES
BRADLEY COATING INC
BRADLEY COATING INC THE BRADLEY GROUP OF COMPANIES
410 S 38TH AVE
SAINT CHARLES, IL 60174-5426

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6360 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| **Contract to be assumed and/or assigned:** |
| --- |
| Athens, Alabama 1974 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama 1981 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama April 1, 1975 Lease  - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama August 8, 1975 Lease  - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama December 1, 1981 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama September 1, 1977 Lease  - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama September 1, 1977 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama September 1, 1977 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611



| Contract to be assumed and/or assigned: |
| :---: |
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board Trustee
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama 1974 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
| --- |
| Athens, Alabama 1981 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama April 1, 1975 Lease  - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
|:---:|
| Athens, Alabama August 8, 1975 Lease  - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
| :---: |
| Athens, Alabama December 1, 1981 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama September 1, 1977 Lease - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
|---|
| Athens, Alabama September 1, 1977 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| **Contract to be assumed and/or assigned:** |
|---|
| Athens, Alabama September 1, 1977 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 |

# EXHIBIT 1

The Industrial Development Board of the City of AthensTrustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed and/or assigned: |
| :---: |
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 |

# EXHIBIT 1

The Katbird Company, L.P.
Attention: Mr. William B. Costello
8411 Preston Road, Suite 650
Dallas, TX 75225

| Contract to be assumed and/or assigned: |
| :---: |
| Lease of Industrial or Warehouse Facilities between The Katbird Company, L.P. and Delphi Automotive Systems LLC dated August 30, 2006 |

# EXHIBIT 1

The National Center for Composite Systems Technology
Attn Louis A Luedtke
2000 Composite Dr
Dayton, OH 46420



| Contract to be assumed and/or assigned: |
| --- |
| Intellectual Property Transfer Agreement between Delphi Technologies, Inc., Delphi Automotive Systems LLC and The National Center for Composite Systems Technology dated November 30, 2001 |

# EXHIBIT 1

The University of Akron
C/O Rochelle Athey Associale Director of Research Services & Sponsored Programs
302 Buchtal
Akron, OH 44325

| Contract to be assumed and/or assigned: |
| :---: |
| Academic Partnership Agreement between Delphi Automotive Systems and The University of Akron dated January 24, 2001 |

# EXHIBIT 1

The University of Bath
Claverton Down
Bath , - BA2 7AY
United Kingdom

| Contract to be assumed and/or assigned: |
|---|
| Agreement Relating to a Research Studentship in the Department of Mechanical Engineering between Delphi Corporation and The University of Bath dated October 2, 2006 |

# EXHIBIT 1

THEOREM SOLUTIONS INC
6279 TRI RIDGE BLVD STE 240
LOVELAND, OH 45140-8396

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450448273 |

# EXHIBIT 1

THERMO ELECTRON NORTH AMERICA LLC
5225 VERONA RD
MADISON, WI 53711-4418

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450509127 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I4807, SAG90I4714, SAG90I5685, SAG90I5543, SAG90I5323 |

# EXHIBIT 1

THORREZ INDUSTRIES,C
SYNCHRONOUS MANUFACTURING INC
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6338 |

# EXHIBIT 1

THYSSEN KRUPP METALURGICA CAMPO LIM
THYSSEN KRUPP METAL CAMPO LIMPO LTD
AV ALFRIED KRUPP 1050
CAMPO LIMPO PAULISTA, SP 13231-900
BR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5689 |

# EXHIBIT 1

THYSSENKRUPP BUDD CO
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5500013829, 5500013830 |

# EXHIBIT 1

THYSSENKRUPP SOFEDIT EFT
AUBECQ AUXI
1 RUE EDISON
GUYANCOURT, FR 78280
FR

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I3237 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC

Heidi Verellen

12345 9 MILE RD

WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4259 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC
TI AUTOMOTIVE - WARREN PLANT
12345 E 9 MILE RD
WARREN, MI 48089-2614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4259 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC
TI GROUP AUTOMOTIVE SYSTEMS LLC
12345 E 9 MILE RD
WARREN, MI 48089

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4262 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC
TI GROUP AUTOMOTIVE SYSTEMS LLC
12345 E 9 MILE RD
WARREN, MI 48089-2614

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4259 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4167, SAG90I3772, SAG90I3746, SAG90I4975, SAG90I4974, SAG90I5009, SAG90I5212 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3746 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
PO BOX 3047
BIRMINGHAM, MI 48012

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450522680 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
TIMKEN COMPANY, THE
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5837 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
TIMKEN COMPANY, THE
28875 CABOT DR STE 100
NOVI, MI 48377

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I6270 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
Timothy R. Haubenstricker
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3746 |

# EXHIBIT 1

TIMKEN US CORP
TIMKEN COMPANY, THE
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5831 |

# EXHIBIT 1

TINNERMAN PALNUT ENGINEERED PRODUCT
23800 W 10 MILE RD STE 101
SOUTHFIELD, MI 48033-3176

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6251, 90I6252, 90I6254 |

# EXHIBIT 1

TISAMATIC S DE RL DE CV EFT
TISAMATIC S DE RL DE CV
AV PROMOCION NO 145
SAN LUIS POTOSI, SLP 78395
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5518 |

# EXHIBIT 1

TOKAI RUBBER TIANJIN CO LTD NO 6 JUYING RD JINNAN ECONOMIC
TOKAI RUBBER (TIANJIN) CO LTD.
NO 6 JUYING RD
TIANJIN, CN 300350
CN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4747 |

# EXHIBIT 1

TOMPKINS PRODUCTS INC
TOMPKINS PRODUCTS INC
1040 W GRAND BLVD
DETROIT, MI 48208-2337

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6160 |

# EXHIBIT 1

TOMPKINS PRODUCTS INC EFT
TOMPKINS PRODUCTS INC
1040 W GRAND BLVD
DETROIT, MI 48208-2337

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2468 |

# EXHIBIT 1

TORNILLERIA LEMA SA
TORNILLERIA LEMA SA
POLIGONO INDUSTRIAL PAGATZA 7
ELGUETA, ES 20690
ES

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6191 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I2277, SAG90I2015, SAG90I0832, SAG90I5065, SAG90I5504, SAG90I5652, SAG90I5574, SAG90I5592, SAG90I0215 |

# EXHIBIT 1

TOWER AUTOMOTIVE EFT
TOWER AUTOMOTIVE OPERATIONS USA I L
280 HUGHES DR
TRAVERSE CITY, MI 49686

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2415, SAG90I3226 |

# EXHIBIT 1

Township of Buena Vista
Chamber of Commerce
3380 Mack Road
Saginaw, MI 48601

| Contract to be assumed and/or assigned: |
| --- |
| License Agreement between Chamber of Commerce, Township of Buena Vista and General Motors Corporation dated December 1, 1978 |

# EXHIBIT 1

TOYOTA MOTOR MFG TX
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) WM043101, WM043103 |

# EXHIBIT 1

TOYOTA MOTOR MFG U S A INC
JAMIE SCHRECK JULIA CASSADY PURCHASING BUYER SERVICE
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) TC706131, TS607368, TS608060, TS709104, TS711137, TS711140, TS711809, TS712501, TS712504, TS713192, TS713193, TS713194, TS713195, TS713196, TS713929, TS713930, TS713931, TS713932, TS714598, TS714599, TS714600, TS714601, TS714602, TX715092 |

# EXHIBIT 1

TOYOTA MOTOR MFG U S A INC
JAMIE SCHRECK JULIA CASSADY PURCHASING BUYER SERVICE
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) FORECAST |

# EXHIBIT 1

TOYOTA MOTOR MFG USA INC
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) WM037288, WM037289, WM037290, WM037291 |

# EXHIBIT 1

TOYOTA MOTOR MFG USA INC
JAMIE SCHRECK CALEB DAVIS PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) WM014461, WM014462, WM014463, WM014464, WM014465, WM014466, WM014467, WM014468 |

# EXHIBIT 1

TOYOTA MOTOR MGF INDIANA
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 575GM0210, 575GM0211, WM043100, WM043102 |

# EXHIBIT 1

TOYOTA MOTOR MGF INDIANA
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) WM012177, WM012178, WM029103, WM029255, WM030067, WM037203, WM038877, WM038878, WM038879 |

# EXHIBIT 1

TOYOTA TSUSHO AMERICA INC EFT
TOYOTA TSUSHO AMERICA INC
4000 TOWN CENTER STE 1260
SOUTHFIELD, MI 48075-1211

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4456, SAG90I4507 |

# EXHIBIT 1

TOYOTA TSUSHO MEXICO SA DE CV
TOYOTA TSUSHO CORP
TOYOTA TSUSHO MEXICO SA DE CV
MODULO 7
APODACA, NL 66600
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6237 |

# EXHIBIT 1

TPI POWDER METALLURGY INC (EFT)
TPI POWDER METALLURGY INC
TPI POWDER METALLURGY INC
12030 BEAVER RD
SAINT CHARLES, MI 48655-0088

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6234 |

# EXHIBIT 1

TPI Powder Mettallurgy
PO Box 69
12030 Beaver Rd
St. Charles, MI 48655-0088



| Contract to be assumed and/or assigned: |
|---|
| Mutual Non-Disclosure Agreement between TPI Power Metallurgy and Delphi Steering dated August 14, 2007 |

# EXHIBIT 1

TRACTION TECHNOLOGIES INC
6950 A HARBOUR VIEW BLVD
SUFFOLK, VA 23435

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CP0447 |

# EXHIBIT 1

TRAM INC
TOKAI RIKA CO LTD
47200 PORT ST
PLYMOUTH, MI 48170



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5960, 90I6121, 90I5820 |

# EXHIBIT 1

TRAN STEER
MARK KOVACIC PURCHASING BUYER
618 CHRISLEA RD
WOODBRIDGE, ONTARIO L4L 8K9
CANADA

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 13135 |

# EXHIBIT 1

TRANS AMERICA LUBRICANTS INC
11395 JAMES WATT DR STE A10
EL PASO, TX 79936

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I5439 |

# EXHIBIT 1

TRANS AMERICA LUBRICANTS INC
Esmeralda Aguilar
11395 JAMES WATT DR STE A10
EL PASO, TX 79936

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5439 |

# EXHIBIT 1

TRANS AMERICA LUBRICANTS INC
TRANS AMERICA LUBRICANTS INC
11395 JAMES WATT DR STE A10
EL PASO, TX 79936

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5818 |

# EXHIBIT 1

TRANS-MATIC MFG CO INC
300 E 48TH ST
HOLLAND, MI 49423

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5602, 90I0740 |

# EXHIBIT 1

TRANS-MATIC MFG CO INC
Mark Southwell
300 E 48TH ST
HOLLAND, MI 49423

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0740, 90I5602 |

# EXHIBIT 1

TRELLEBORG AUTOMOTIVE
TRELLEBORG AB
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6164 |

# EXHIBIT 1

TRELLEBORG KIMHWA CO LTD EFT
TRELLEBORG KUNHWA CO LTD
1209 4 SINSANG-RI, JINRYANG-UP
KYUNGSAN KYONGBUK, KR 712-830
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5243 |

# EXHIBIT 1

TRELLEBORG KUNHWA CO LTD
TRELLEBORG AB
TRELLEBORG KUNHWA CO LTD
1209 4 SINSANG-RI, JINRYANG-UP
KYUNGSAN KYONGBUK, KR 712-830
KR

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6174 |

# EXHIBIT 1

TRELLEBORG PRODYN INC % MCCARTHY SA
TRELLEBORG AB
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5963 |

# EXHIBIT 1

TRELLEBORG PRODYN INC % MCCARTHY SA
TRELLEBORG AB
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6001 |

# EXHIBIT 1

TRELLEBORG PRODYN INC % MCCARTHY SA
TRELLEBORG AB
TRELLEBORG PRODYN INC C/O MCCARTHY SALES CO
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6162 |

# EXHIBIT 1

TRELLEBORG PRODYN INC % MCCARTHY SA
TRELLEBORG AB
TRELLEBORG PRODYN INC C/O MCCARTHY SALES CO
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6240 |

# EXHIBIT 1

TRELLEBORG SEALING EFT
TRELLEBORG SEALING SOLUTIONS INC
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5626, SAG90I4053, SAG90I4049 |

# EXHIBIT 1

TRELLEBORG SEALING SOLUTIONS % MCCA
TRELLEBORG AB
TRELLEBORG SEALING SOLUTIONS MEXICO SA de CV
PARQUE INDUSTRIAL EL FLORIDO
TIJUANA, BC 22597
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6065 |

# EXHIBIT 1

TRELLEBORG SEALING SOLUTIONS INC
Bill McCarthy
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I1564 |

# EXHIBIT 1

TRELLEBORG YSH INC
TRELLEBORG YSH INC
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4501, SAG90I5654, SAG90I5515, SAG90I5514 |

# EXHIBIT 1

TRIAD METAL PRODUCTS CO EFT
TRIAD METAL PRODUCTS CO
12990 SNOW RD
PARMA, OH 44130-1012

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5436 |

# EXHIBIT 1

Triad Services Group LLC
1750 Lincoln Avenue
Madison Hieghts, MI 48071

| **Contract to be assumed and/or assigned:** |
|---|
| Non Disclosure Agreement between Triad Services Group, LLC, Vehicle Engineering Associates, Inc. and Delphi Automotive Systems LLC dated November 15, 2005 |

# EXHIBIT 1

TRIDON / TRICO PRODUCTS EFT
TRICO PRODUCTS CORP OF TENNESSEE
PO Box 65
SMYRNA, TN 37167

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I1538 |

# EXHIBIT 1

TROQUELADORA BATESVILLE DE MEXICO
BTD MANUFACTURING INC
LA NORIA NO 106 PARQUE IND
QUERETARO, QA 76220
MX

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6053 |

# EXHIBIT 1

TRW Automotive US LLC
34201 Van Dyke Avenue
Sterling Heights, MI 48312

| Contract to be assumed and/or assigned: |
|---|
| Mutual Secrecy Agreement between Delphi Corporation and TRW Automotive U.S. LLC dated January 9, 2004 |

# EXHIBIT 1

TRW FAHRWERKSYSTEME
TRW AUTOMOTIVE GMBH
HANSAALLEE 190
DUESSELDORF, NW 40547
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2663 |

# EXHIBIT 1

TRW FASTENERS DIV EFT
KELSEY-HAYES COMPANY
24175 RESEARCH DR
FARMINGTON HILLS, MI 48335-2634

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I2993 |

# EXHIBIT 1

TRW TOLEDO PLANT
RON SRNKA BUYER
5915 JASON ST
TOLEDO, OH 43611



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5500019204, 5500019205 |

# EXHIBIT 1

TRW VEHICLE SAFETY SYSTEMS INC
TRW AUTOMOTIVE HOLDINGS CORP
TRW VEHICLE SAFETY SYSTEMS INC TRW-VSSI
4505 W 26 MILE RD
WASHINGTON, MI 48094

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6216 |

# EXHIBIT 1

TUBE FAB OF AFTON CORP
PO Box 630
INDIAN RIVER, MI 49749-0630

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4754 |

# EXHIBIT 1

TUBE FAB/ROMAN ENGINEERING CO INC
Richard Szpond
1715 M-68 EAST
AFTON, MI 49705

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I4754 |

# EXHIBIT 1

TUBE FORMING
TUBE FORMING & MACHINE INC
TUBE FORMING & MACHINE INC
4614 INDUSTRIAL DR
OSCODA, MI 48750

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I6380 |

# EXHIBIT 1

TUBE FORMING & MACHINE INC
4614 INDUSTRIAL DR
OSCODA, MI 48750

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450518196 |

# EXHIBIT 1

TWIN CORP EFT
TWIN CORP
10456 N HOLLY RD
HOLLY, MI 48442

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0563 |

# EXHIBIT 1

TWOSON TOOL CO INC EFT
MURSIX CORPORATION
PO Box 591
MUNCIE, IN 47308

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5706 |

# EXHIBIT 1

TWOSON TOOL COMPANY
MURSIX CORPORATION
MURSIX CORPORATION
4620 W BETHEL AVE
MUNCIE, IN 47304-5506



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6226, 90I6175, 90I5851 |

# EXHIBIT 1

Twoson Tool Company
4620 W Bethel Avenue
Muncie, IN 47304



| Contract to be assumed and/or assigned: |
|:---:|
| Mutual Non-Disclosure Agreement between Twoson Tool Co., Mursix Corporation and Delphi Steering |

# EXHIBIT 1

TYZ ALL PLASTICS INC EFT
TYZ-ALL PLASTICS INC
120 EXPRESS ST
PLAINVIEW, NY 11803

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4906 |

# EXHIBIT 1

U S FARATHANE CORP EFT
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5548, SAG90I5407, SAG90I2867 |

# EXHIBIT 1

U S MANUFACTURING CORP (EFT)
US MANUFACTURING CORP
US MANUFACTURING CORP
28201 VAN DYKE
WARREN, MI 48093

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6061 |

# EXHIBIT 1

UDALBIDES S A
INSTITUTO SECTORIAL DE PROMOCION Y
BARRIO DE LEJARZA 5
LZURZA VIZCAYA, ES 48213
ES

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6017 |

# EXHIBIT 1

UNI COMPS INC
PORITE USA CO
1295 COMBERMERE DR
TROY, MI 48083-2734

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I3458 |

# EXHIBIT 1

Unisia Jecs Corporation
1370 Onna
Atsugi shi, Kanagawa ken 243-8510
Japan

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 |

# EXHIBIT 1

UNISORB INC
4117 FELTERS RD
JACKSON, MI 49201

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450476310 |

# EXHIBIT 1

UNITED METAL PROD CORP EFT
UNITED METAL PRODUCTS CORP
8101 LYNDON ST
DETROIT, MI 48238-2452

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I3298 |

# EXHIBIT 1

UNITED PLATING INC
3400 STANWOOD BLVD NE
HUNTSVILLE, AL 35811

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4817, 90I4829, 90I2194, 460007003 |

# EXHIBIT 1

UNITED PLATING INC
Jim Butler
3400 STANWOOD BLVD PO BOX 2046
HUNTSVILLE, AL 35804



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2194, 90I4817, 90I4829 |

# EXHIBIT 1

United Testing Systems Inc
Curtis Turell
5171 Exchange Dr
LAKE ORION, MI 48507-2941

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450449604 |

# EXHIBIT 1

UNIVERSAL BEARINGS INC EFT
UNIVERSAL BEARINGS LLC
PO Box 38
BREMEN, IN 46506-0038

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0226 |

# EXHIBIT 1

UNIVERSAL METAL HOSE CO
UNIVERSAL METAL HOSE CO
2133 S KEDZIE
CHICAGO, IL 60623

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I3534 |

# EXHIBIT 1

UNIVERSAL METAL HOSE CO
UNIVERSAL METAL HOSE CO
2133 S KEDZIE
CHICAGO, IL 60623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5989 |

# EXHIBIT 1

UNIVERSAL METAL PRODUCTS EFT INC
UNIVERSAL METAL PRODUCTS INC
PO Box 130
WICKLIFFE, OH 44092



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2414, SAG90I2617, SAG90I5348 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5175, SAG90I1893, SAG90I1892, SAG90I1891, SAG90I1890, SAG90I1889, SAG90I1888, SAG90I1887 |

# EXHIBIT 1

Universal Shielding Corp
20 W Jefryn Blvd
Deer Park, NY 11729-5769

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450457803 |

# EXHIBIT 1

UNIVERSAL TUBE INC (EFT)
UNIVERSAL TUBE INC
UNIVERSAL TUBE INC
2607 BOND ST
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6351 |

# EXHIBIT 1

UNIVERSAL TUBE INC (EFT)
UNIVERSAL TUBE INC
UNIVERSAL TUBE INC
2607 BOND ST
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6355 |

# EXHIBIT 1

UNIVERSAL TUBE INC EFT
UNIVERSAL TUBE INC
2607 BOND ST
ROCHESTER HILLS, MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0629 |

# EXHIBIT 1

University of Glasgow
University Avenue
Glasgow, - G12 8QQ
United Kingdom

| Contract to be assumed and/or assigned: |
|:---:|
| University of Glasgow Department of Electronics and Electrical Engineering Scottish Power Electronics and Electric Drives Memorandum Agreement between The University of Glasgow and Delphi Corporation dated January 28, 2006 |

# EXHIBIT 1

UPTIME PARTS
JOHN KOB LEIGHTON FRACTION PURCHASING
385 FENTON LN
W CHICAGO, IL 60185

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 17706, 18677, 18803, 18940, 19672-TD, 20105, 20126, 20141, 20308-TD, 20350-TD, 20383-TD, 6-012306, 6-012530, 6-012728, 6-014132, 6-014476, 6-014703, 6-015284, 6-015388, 6-015643, 6-015830, 6-016069, 6-016573, 6-016992, 8-012084, 8-012307, 8-012729, 8-012931, 8-013196, 8-013588, 8-013693, 8-013900, 8-014257, 8-014704, 8-014936, 8-015044, 8-015644, 8-015831, 8-016070, 8-016168, 8-016377, 8-016574, 8-016793, 8-016993 |

# EXHIBIT 1

US STEEL
UNITED STATES STEEL CORP
5850 NEW KING CT
TROY, MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I4890 |

# EXHIBIT 1

USA TOLERANCE RINGS DIV EFT
GENERAL SULLIVAN GROUP INC
85 RTE 31 N
PENNINGTON, NJ 08534

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5264 |

# EXHIBIT 1

VAC Magnetics Corporation
101 Magnet Drive
Elizabethtown, KY 42701

| Contract to be assumed and/or assigned: |
| --- |
| Mutual Confidentiality Agreement between Delphi Corporation and VAC Magnetics Corporation dated June 27, 2003 |

# EXHIBIT 1

VALEO ELECTRICAL SYSTEMS INC
VALEO ELECTRONICS NORTH AMERICA
PO BOX 2557
CAROL STREAM, IL 60132

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3813 |

# EXHIBIT 1

VALEO SWITCHES & DETECTION SYSTEMS
150 STEPHENSON HWY
TROY, MI 48083

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I4236 |

# EXHIBIT 1

VALEO SWITCHES & DETECTION SYSTEMS
Robin Aranowski
3000 UNIVERSITY DR
AUBURN HILLS, MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3813, 90I4236 |

# EXHIBIT 1

VALLEY DIE CASTINGS INC
VALLEY DIE CASTINGS INC
5216 N 26TH ST
MCALLEN, TX 78504-4803

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6241 |

# EXHIBIT 1

VAMP COMPANY EFT
VAMP SCREW PRODUCTS CO
28055 FORT ST
TRENTON, MI 48183-4909

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I0398 |

# EXHIBIT 1

VASSAR COATING INC
PFG ENTERPRISES INC
211 S SHERMAN ST
VASSAR, MI 48768-8802

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I5752 |

# EXHIBIT 1

VASSAR COATING INC
PFG ENTERPRISES INC
211 S SHERMAN ST
VASSAR, MI 48768-8802

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5923 |

# EXHIBIT 1

VAUXHALL MOTORS LTD
MARCIN GRABSKI PURCHASING BUYER
GRIFFIN HOUSE
OSBORNE Rd
LUTON, BEDFORDSHIRE LUI3YT
ENGLAND



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 2300000B, 2300000Z, VCG0000, X0VCG0005 |

# EXHIBIT 1

VAUXHALL MOTORS LTD
MARCIN GRABSKI PURCHASING BUYER
GRIFFIN HOUSE
OSBORNE Rd
LUTON, BEDFORDSHIRE LUI3YT
ENGLAND



|  |
| :---: |
| **Contract to be assumed and/or assigned:** |
| Purchase Order Number(s) 2300000X, 23000010, VCG0004, VCG0007, VCG0008, VCG0009, VCG000B |

# EXHIBIT 1

VEHCOM MFG % LINAMAR SALES
LINAMAR CORPORATION
LINAMAR CORPORATION VEHCOM MANUFACTURING
74 CAMPBELL RD
GUELPH, ON N1H 1C1
CA

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6043 |

# EXHIBIT 1

Vehicle Engineering Associates Inc
PO Box 81577
Rochester, MI 48306

| **Contract to be assumed and/or assigned:** |
| --- |
| Non Disclosure Agreement between Triad Services Group, LLC, Vehicle Engineering Associates, Inc. and Delphi Automotive Systems LLC dated November 15, 2005 |

# EXHIBIT 1

VERNAY LABORATORIES INC EFT
VERNAY LABORATORIES INC
120 E SOUTH COLLEGE ST
YELLOW SPRINGS, OH 45387

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I2318 |

# EXHIBIT 1

VIBRACOUSTIC GMBH & CO KG
FREUDENBERG & CO KOMMANDITGESELLSCH
FREUDENBERGSTR 1
NEUENBURG, BW 79395
DE

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6171 |

# EXHIBIT 1

VIBRACOUSTIC GMBH & CO KG EFT
VIBRACOUSTIC GMBH & CO KG
FREUDENBERGSTR 1
NEUENBURG, BW 79395
DE

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4936 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) D0450160159, D0450160160, D0450160161, D0450160162, D0450160163, D0450160164, D0450160165, D0450160166, D0450160168, D0450160169, D0450160171, D0450160172, D0450160173, D0450160174, D0450160175, D0450160176, D0450160177, D0450160178, D0450160179, D0450160180, D0450160181, D0450160182, D0450160183, D0450160184, D0450160185, D0450160186, D0450160187, D0450160188, D0450160189, D0450160190, D0450160191, D0450160192, D0450160193, D0450160194, D0450160195, D0450160196, D0450160197, D0450160198, D0450160200, D0450160201, D0450160202, D0450160203, D0450160208, D0450160209, D0450160216, D0450160218, D0460007017 |

# EXHIBIT 1

VICTORY PACKAGING INC
6250 BROOK HOLLOW PKY
NORCROSS, GA 30071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460007008 |

# EXHIBIT 1

VICTORY PACKAGING INC
Gary Zimmerman Jr
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460007016, 450525509 |

# EXHIBIT 1

VICTORY PACKAGING INC
VICTORY PACKAGING INC
6250 BROOK HOLLOW PKY
NORCROSS, GA 30071

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450500564 |

# EXHIBIT 1

VIKING PLASTICS (not Industries)
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I4941, SAG90I5699 |

# EXHIBIT 1

VIKING PLASTICS INC
OMEGA POLYMERS TECHNOLOGIES INC
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6199 |

# EXHIBIT 1

VIKING PLASTICS INC EFT
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I4941 |

# EXHIBIT 1

Virginia Tech Transportation Institute
3500 Transportation Research Plaze
Blacksburg, VA 24061



| **Contract to be assumed and/or assigned:** |
| --- |
| Letter agreement between General Motors and Virginia Tech Transportation Institute dated July 19, 2006 |

# EXHIBIT 1

VIRTUAL SERVICES INC
25307 DEQUINDRE RD
MADISON HEIGHTS, MI 48071-4241

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450511635 |

# EXHIBIT 1

VOGELSANG CORP
VOGELSANG CORP
1790 SWARTHMORE AVE
LAKEWOOD, NJ 08701-4528

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5625 |

# EXHIBIT 1

VOLKSWAGEN AG
POSTFACH 1451
34219 BAUNATAL, - -
GERMANY

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) FORECAST |

# EXHIBIT 1

Volkswagen Aktiengesellschaft
Berliner Ring 2
Wolfsburg, - 38436
Germany

| Contract to be assumed and/or assigned: |
| :---: |
| Non-Disclosure Agreement between Volkswagen Aktiengesellschaft and Delphi Saginaw Steering Systems dated June 8, 2004 |

# EXHIBIT 1

VOLKSWAGENWERK AG WOLFSBURG
BRIEFFACH 1853
SUPPLIER #51955/1 OR 57986
38436 WOLFSBURG, - -
GERMANY

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) E99124297 |

# EXHIBIT 1

VOLKSWAGENWERK AG WOLFSBURG
BRIEFFACH 1853
SUPPLIER No 51955 1 OR 57986
38436 WOLFSBURG, - -
GERMANY

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1 |

# EXHIBIT 1

VOLVO CAR CUSTOMER SERV CDC
JOHAN MELIN
VOLVO CAR CORPORATION
ACCOUNTS PAYABLE
GOTHENBURG, - SE-405 31
SWEDEN

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 256952134100 |

# EXHIBIT 1

VSSI A/B 26 MILE RD
ROBERT DELARGEY TRW PURCHASING BUYER
4505 WEST 26 MILE RD
WASHINGTON, MI 48094



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) A435536067, H004842 |

# EXHIBIT 1

WACHOVIA CAPITAL FINANCE
150 S WACKER DR STE 2200
CHICAGO, IL 60606

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 90I5045 |

# EXHIBIT 1

WAGNER GMBH & CO
WAGNER GMBH & CO FAHRZEUGTEILETECHN
WAGNER GMBH & CO FAHRZEUGTEILETECHN
FRANKFURTER STR 80-88
FULDA, HE 36043
DE

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I6031 |

# EXHIBIT 1

Wahl Supply Inc
935 Old Trinity Rd
Decatur, AL 35601-7425

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460007000 |

# EXHIBIT 1

WALTER MECHANICAL SERVICE INC
Jeremy Harrison
3419 PIERSON PL
FLUSHING, MI 48433



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450510363, 450509844, 450509842, 450509841, 450509840, 450509839, 450509838, 450526012, 450517715, 450517714 |

# EXHIBIT 1

WALTER, WILLIAM E INC
PO BOX 391
FLINT, MI 48501-0391

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450526010 |

# EXHIBIT 1

WARING OIL CO INC
630 HWY E
FLOWOOD, MS 39208-3201

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0453 |

# EXHIBIT 1

WARING OIL CO INC
Jamie Yearwood
630 HWY E
FLOWOOD, MS 39232



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I0453, 90I4796 |

# EXHIBIT 1

WARING OIL CO INC
WARING OIL
630 HWY E
FLOWOOD, MS 39208-3201

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I4796 |

# EXHIBIT 1

WARNER ELECTRIC EFT
WARNER ELECTRIC LLC
802 E SHORT ST
COLUMBIA CITY, IN 46725

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I5061 |

# EXHIBIT 1

WARNER SHUI HING LTD - ECB DIV
WARNER ELECTRIC (NETH) HOLDING BV
WARNER SHUI HING LTD
71-75 CONTAINER PORT RD
KWAI CHUNG, NT 00000
HK

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6276 |

# EXHIBIT 1

WASHERS INC EFT
WASHERS INC
33375 GLENDALE ST
LIVONIA, MI 48150-1615

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I1981 |

# EXHIBIT 1

WAUCONDA TOOL & ENGINEERING CO (EFT
JORDAN CO LLC, THE
WAUCONDA TOOL & ENGINEERING CO
821 W ALGONQUIN RD
ALGONQUIN, IL 60102-2480

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6046 |

# EXHIBIT 1

WAUCONDA TOOL & ENGR CO EFT
WAUCONDA TOOL & ENGINEERING CO
821 W ALGONQUIN RD
ALGONQUIN, IL 60102-2480

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I0598 |

# EXHIBIT 1

WAUKEE ENGINEERING CO INC
Kevin Therrian
5600 W FLORIST AVE
MILWAUKEE, WI 53218-1621



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450527118 |

# EXHIBIT 1

WAUPACA FOUNDRY INC EFT
THYSSEN KRUPP WAUPACA INC
PO Box 249
WAUPACA, WI 54981-0249

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I2983 |

# EXHIBIT 1

WEARNES PRECISION SHENYANG EFTLTD
WEARNES PRECISION (SHENYANG) LTD
NO 46 HUAHAI RD YUHONG DISTRICT
SHENYANG LIAONING, CN 110141
CN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SAG90I5235 |

# EXHIBIT 1

WEGAPLAST SPA
WEGAPLAST SPA
FRAZ TOSCANELLA
DOZZA, BO 40060
IT

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6062 |

# EXHIBIT 1

WELLS MANUFACTURING
JOANNE LEAL PURCHASING BUYER
26 SOUTH BROOKE ST
FOND DU LAC, WI 54936-0070



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) F35791, F49579, F58581, F67070 |

# EXHIBIT 1

WES-TECH INC
Chris Lovendahl
720 DARTMOUTH LN
BUFFALO GROVE, IL 60089-6902



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450472905 |

# EXHIBIT 1

WHEELER BROTHERS INC
THERESA MIGOT PURCHASING BUYER
384 DRUM AVE
SOMERSET, PA 15501

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 2-0719-094, 2-0726-163, 2-0801-010, 2-0809-017, 2-0816-008, 2-0823-033, 2-0830-018, 2-0911-005, 2-0920-005, 2-1002-038, 2-1010-009, 2-1011-078, 2-1018-071, 2-1019-037, 2-308-474, 2-322-842, 2-517-862, 2-531-853, 2-606-847, 2-607-410, 2-614-428, 2-621-882, 2-628-824, 2-629-300, 60-1012-008 |

# EXHIBIT 1

WHIRLAWAY CINCINNATI LTD
NN INC
WHIRLAWAY CINCINNATI LTD
4505 MULHAUSER RD
HAMILTON, OH 45011

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6301 |

# EXHIBIT 1

WHITLAM LABEL CO INC
24800 SHERWOOD AVE
CENTER LINE, MI 48015-1059

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I2826 |

# EXHIBIT 1

WHITLAM LABEL CO INC
Barbara Hempton
24800 SHERWOOD AVE
CENTERLINE, MI 48015

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I2826 |

# EXHIBIT 1

WINEMAN TECHNOLOGY INC
Jim Wineman
1668 CHAMPAGNE DR N
SAGINAW, MI 48604

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460015132 |

# EXHIBIT 1

WITHERS STEEL SUPPLY INC
Mike Macsuga
12011 SHERIDAN RD
MONTROSE, MI 48457

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450531883 |

# EXHIBIT 1

Woo sung Precision Corporation
1028 5 Janggi ri
Dalhap myun
Changnyung-gun, Kyungnam -
Korea



| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Woo Sung Precision Corporation and Delphi Corporation acting through its Steering Division dated January 30, 2007 |

# EXHIBIT 1

WOODBRIDGE SEQUENCING CENTER
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 3 |

# EXHIBIT 1

WOODBRIDGE VENTURES INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 2 |

# EXHIBIT 1

Worcester MA Division of GKN Sinter Metals Inc
112 Harding Street
Worcester, MA 01604-5086



| Contract to be assumed and/or assigned: |
| --- |
| Mutual Confidentiality Agreement between Delphi Corporation and Worcester MA Division of GKN Sinter Metals, Inc. dated August 1, 2003 |

# EXHIBIT 1

WORKHORSE CUSTOM CHASSIS LLC
RICHARD PIKE OE SALES REPRESENTATIVE FOR WCC
940 S STATE RD 32
UNION CITY, IN 47390

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 12239, 6-003906, 6-004536, 6-004564, 6-005444, 6-006154, 6-006619, 6-006824, 6-007065, 6-008639, 6-009050, 6-009224, 6-009439, 6-009716, 6-009929, 6-010642, 8-002306, 8-003393, 8-003632, 8-004134, 8-004754, 8-005136, 8-005245, 8-005625, 8-005652, 8-006155, 8-006620, 8-007581, 8-009225, 8-009717, 8-009930, 8-010212, 8-010643, 8-011612, CCP1163, DS18750, PO22778, PO24806 |

# EXHIBIT 1

WORKHORSE CUSTOM CHASSIS LLC
RICHARD PIKE OE SALES REPRESENTATIVE FOR WCC
940 S STATE RD 32
UNION CITY, IN 47390

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) PO10117, PO12086 |

# EXHIBIT 1

World Industries Ace
Sang-Ho Lee Manager Planning Department
391 8 GAEUMJEONGDONG
CHANGWONCITY, KYEONGSANGNAMDO -
Korea



| **Contract to be assumed and/or assigned:** |
| --- |
| Proprietary Information Agreement (Mutual) between WIA Corporation and Delphi Automotive Systems LLC dated June 28, 2005 |

# EXHIBIT 1

WORTHINGTON PRECISION EFT (not Industries)
WORTHINGTON PRECISION METAL INC
306 BEASLEY DR
FRANKLIN, TN 37064

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SAG90I5544, SAG90I3897 |

# EXHIBIT 1

WORTHINGTON STEEL CO COLUMBUS DIV
WORTHINGTON INDUSTRIES INC
WORTHINGTON INDUSTRIES INC WORTHINGTON STEEL DIV
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6344 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SAG90I4164, SAG90I4158, SAG90I4182, SAG90I2024, SAG90I1976, SAG90I5483, SAG90I5480, SAG90I5185, SAG90I5184, SAG90I5182 |

# EXHIBIT 1

WRIGHT ENGINEERING INC
Mark Wright
41481 WINDMILL ST
HARRISON TOWNSHIP, MI 48045-5908

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450527637 |

# EXHIBIT 1

WRIGHT K TECHNOLOGY INC
WRIGHT-K TECHNOLOGY INC
14000 ALABAMA HWY 20
MADISON, AL 35756

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) ALA90I5360, ALA90I5353 |

# EXHIBIT 1

Wright K Technology Inc
2025 E Genesee
Saginaw, MI 48601

| Contract to be assumed and/or assigned: |
| --- |
| Letter Agreement between Wright-K Technology, Inc and General Motors Corporation dated January 26, 1996 |

# EXHIBIT 1

WRIGHT PLASTIC PRODUCTS EFT
WRIGHT PLASTIC PRODUCTS INC
201 CONDENSERY RD
SHERIDAN, MI 48884-9758



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SAG90I4999, SAG90I0354 |

# EXHIBIT 1

WUXI TRELLEBORG VIBRATION ISOLATOR
TRELLEBORG AB
WUXI TRELLEBORG VIBRATION ISOLATOR
WUXI STATE HIGH-TECH ZONE
WUXI JIANGSU, 100 214112
CN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6169 |

# EXHIBIT 1

WUXI TRELLEBORG VIBRATION ISOLATOR
WUXI TRELLEBORG VIBRATION ISOLATOR
NO.36, XIMEI RD
WUXI, 100 214112
CN

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6373 |

# EXHIBIT 1

WXP INC EFT
SIGNATURE ALUMINUM INC
93 WERNER RD BLDG A
GREENVILLE, PA 16125-9434

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SAG90I3328 |

# EXHIBIT 1

XEROX CORP
Gwendolyn Fox
123 N WACKER DR STE 1000
CHICAGO, IL 60606-1743

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450447814, 450447772 |

# EXHIBIT 1

XEROX CORP EFT
XEROX COLORGRAFX SYSTEMS INC
300 GALLERIA OFFICENTRE STE 400
SOUTHFIELD, MI 48034

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) D0450160773 |

# EXHIBIT 1

XEROX CORPORATION
5500 PEARL ST
DES PLAINES, IL 60018-5303

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450448041 |

# EXHIBIT 1

XEROX CORPORATION
XEROX CORPORATION
5500 PEARL ST
DES PLAINES, IL 60018-5303



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450530375, 450492841 |

# EXHIBIT 1

Yellowfin Limited
4 Saxon House Saxon Whan
Lower York Street
Southampton , - SO15 SQF
United Kingdom



| Contract to be assumed and/or assigned: |
|:---:|
| Supplier Two-Way Non Disclosure Agreement between Yellowfin Limited and Delphi Automotive Systems, LLC dated March 28, 2007 |

# EXHIBIT 1

YMOS Aktiengesellschaft Industrieprodukte
6053 Obertshausen 2
Postfach 2240, Feldstrabe -
West Germany

| Contract to be assumed and/or assigned: |
| :---: |
| Letter Agreement between General Motors Corporation and YMOS Aktiengesellschaft Industrieprodukte dated October 20, 1988 |

# EXHIBIT 1

YOROZU AUTOMOTIVE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 3-517, 4-576 |

# EXHIBIT 1

Young Shin Precision Co Ltd
408 O ya Ri
Chon Buk Myon
Kyongju SHI, Kyong Buk -
Korea



| Contract to be assumed and/or assigned: |
| :---: |
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 |

# EXHIBIT 1

YOUNGJIN CO LTD
YOUNGJIN CO LTD
914-11 WOLAM-DONG, TALSO-GU
TAEGU, KR 704-833
KR

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 90I6148 |

# EXHIBIT 1

Yubei Machine Factory
Attn Director
Postbox No 13
XinXiang City, - -
Henan Province

| Contract to be assumed and/or assigned: |
| :---: |
| License Contract Model 700 Series Power Integral Gears between General Motors Corporation and China Aero Technology Import and Export Beijing Company and Yubei Machine Factory dated April 20, 1993 and July 9, 1993 |

# EXHIBIT 1

ZF LEMFORDER SISTEMAS AUTOMOTRICES
ZEPPELIN-STIFTUNG
ZF LEMFORDER SISTEMAS AUTMOTRICES
CALLE 7 MZ. J LOTES 2 Y 3
TOLUCA, EM 50200
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I6379 |

# EXHIBIT 1

ZF LEMFORDER SISTEMAS AUTOMOTRICES
ZEPPELIN-STIFTUNG
ZF LEMFORDER SISTEMAS AUTMOTRICES SA DE CV
CALLE 7 MZ. J LOTES 2 Y 3
TOLUCA, EM 50200
MX

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I5926 |

# EXHIBIT 1

ZF TECHNOLOGIES LLC
13323 ILLINOIS HWY 133
PARIS, IL 61944

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 90I4381 |

# EXHIBIT 1

ZF TECHNOLOGIES LLC
Val Moreno
15811 CENTENNIAL DR
NORTHVILLE, MI 48167

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4381 |

# EXHIBIT 1

Zua Autoparts
5750 McEver Rd
Oakwood, CA 30566



| Contract to be assumed and/or assigned: |
|:---:|
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 |