SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtor. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED
IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

Connection With Sale Of Steering And Halfshaft Business (the "Bidding Procedures Order")

entered by the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") on December 21, 2007, Delphi Corporation ("Delphi") and certain of its

affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the

"Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement

("Agreement") with Steering Solutions Corporation and certain of its affiliates (the

"Buyers") for the sale of substantially all of the assets primarily used in the steering and

halfshaft Business of Delphi.  The Selling Debtor Entities hereby provide notice (the

"Notice") of their intent to assume and assign the prepetition executory contracts or unexpired

leases (the "Pre-Petition Contracts") listed on Exhibit 1 hereto to the Buyers or the Successful

Bidder, as the case may be.  Capitalized terms used but not otherwise defined in this notice

have the meanings ascribed to them in the Bidding Procedures Order or the Agreement.

2.      On the date of the closing of the transactions contemplated by the

Agreement (the "Closing Date"), or as soon thereafter as is reasonably practicable, the Selling

Debtor Entities will pay the amount the Selling Debtor Entities' records reflect is owing for

prepetition arrearages, if any, as set forth on Exhibit 1 hereto (the "Cure Amount").  The

Selling Debtor Entities' records reflect that all postpetition amounts owing under the Pre-

Petition Contracts have been paid and will continue to be paid until the assumption and

assignment of the Pre-Petition Contracts and that, other than the Cure Amount, there are no

other defaults under the Pre-Petition Contracts.

3.      Objections, if any, to the proposed Cure Amount must (a) be in

writing, (b) state with specificity the cure asserted to be required, (c) include appropriate

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC,
Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holding), Inc.
Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities
listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the selling non-Debtor
affiliates are collectively referred to as the "Sellers."

2

documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under

11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and

Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Ninth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered October 19, 2007 (Docket No. 10661),

(e) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (f) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (g) be served in hard-copy form so that they are actually received within ten

days of service of this Notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons, Ron E. Meisler, and Brian

M. Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vi) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (vii) counsel for the Buyers, Kirkland & Ellis LLP, 777

South Figueroa Street, Los Angeles, California 90017 (Att'n: Richard L. Wynne), and (viii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

       4.     If an objection to the Cure Amount is timely filed and received, a

hearing with respect to the objection will be held before the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004, at such date and

time as the Court may schedule.  A hearing regarding the Cure Amount, if any, may at the

sole discretion of the Selling Debtor Entities take place after the Closing Date.

       5.     If no objection is timely received, the Cure Amount set forth in

Exhibit 1 hereto will be controlling, notwithstanding anything to the contrary in any Pre-

Petition Contract or any other document, and the non-Debtor party to the Pre-Petition

Contract will be deemed to have consented to the Cure Amount and will be forever barred

from asserting any other claims respecting such Pre-Petition Contract against the Selling

Debtor Entities, the Buyers, or the Successful Bidder (as appropriate), or the property of any

of them.  The failure of any objecting person or entity to timely file its objection will be a bar

to the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Motion, the

Sale, or the Selling Debtor Entities' consummation of and performance under the Agreement

(including the transfer of the Purchased Assets and the Pre-Petition Contracts free and clear

of all Claims and Interests), if authorized by the Court.

       6.     In the event, however, that the Selling Debtor Entities emerge from

these chapter 11 cases (the "Emergence Date") prior to the Closing Date, then the Selling

Debtor entities will assume the Pre-Petition Contracts pursuant to the Debtors' plan of reorganization.  The Debtors will serve a cure notice in connection with contracts being assumed under their plan of reorganization (the "Plan Cure Notice").  The Debtors will serve the Plan Cure Notice in a time and manner specified under their proposed plan of reorganization.  The Plan Cure Notice will allow the counterparties to the Pre-Petition Contracts affirmatively to elect to receive a cash payment of the Cure Amount or to receive plan currency in satisfaction of the Cure Amount as contemplated under the Debtors' proposed plan (the "Plan Cure Election Notice").  If the closing of the Sale occurs before the Emergence Date, then the Cure Amount will be paid in cash at the closing of the Sale or as soon thereafter as practicable.  If the closing of the Sale occurs after the Emergence Date, then the payment option selected under the Plan Cure Election Notice will control.

       7.      Prior to the date of the Closing Date, the Selling Debtor Entities may amend their decision with respect to the assumption and assignment of any Pre-Petition Contract and provide a new notice amending the information provided in this notice.

Dated:  New York, New York
January 23, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:_____/s/ John Wm. Butler, Jr._____
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:_____/s/ Kayalyn A. Marafioti_____
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

# EXHIBIT 1

A J ROSE MANUFACTURING CO EFT
ROSE, AJ MFG CO INC
1355 MOORE RD
AVON, OH 44011

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5713 | $0.00 |

# EXHIBIT 1

ABC FLEXIBLE ENGINEERED PRODS
ABC FLEXIBLE ENGINEERED PRODUCTS
100 RONSON DR
REXDALE, ON M9W 1B6
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4900 | $0.00 |

# EXHIBIT 1

ABC FLEXIBLE ENGINEERED PRODS
ABC FLEXIBLE ENGINEERED PRODUCTS
100 RONSON DR
REXDALE, ON M9W 1B6
CA

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4899 | $0.00 |

# EXHIBIT 1

ABC PLASTIC MOULDING ORLANDO EFT
ABC PLASTICS MOULDING
3325 ORLANDO DR
MISSISSAUGA, ON L4V 1C5
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4162 | $0.00 |

# EXHIBIT 1

ACCESS ELECTRONICS INC EFT
ACCESS ELECTRONICS INC
4190 GROVE AVE
GURNEE, IL 60031

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5019 | $0.00 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2890 | $0.00 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4993 | $0.00 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0302 | $0.00 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5694 | $0.00 |

# EXHIBIT 1

ACRA INC EFT
ACRA INC
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5395 | $0.00 |

# EXHIBIT 1

Adam Opel AG
Attn Director of Finance
Friedrich Lutzmann Ring
Russelsheim, - D 65423
Federal Republic of Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Technology License Agreement between Delphi Technologies, Inc. and Adam Opel AG effective January 1, 2002 | $0.00 |

# EXHIBIT 1

ADAM OPEL GMBH
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 1Z000009, 1Z00000D, 1Z000024, VCF0000, X0VCH0000, X0VCH0002, X0VCH0004, X0VCH0005, X0VCH0007, X0VCH0008, X0VCH000B, X1Z000009, X1Z000024, X1Z00026, X2300000X, XOVCH0007 | $0.00 |

# EXHIBIT 1

AGAPE PLASTICS INC EFT
AGAPE PLASTICS INC
11474 1ST AVE NW
GRAND RAPIDS, MI 49534

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3602 | $12,566.40 |

# EXHIBIT 1

AGAPE PLASTICS INC EFT
AGAPE PLASTICS INC
11474 1ST AVE NW
GRAND RAPIDS, MI 49534

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4983 | $0.00 |

# EXHIBIT 1

AI SHREVEPORT LLC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 51230015 | $0.00 |

# EXHIBIT 1

Air Products and Chemicals, Inc.
P.O. Box 538
Allentown, PA 18105

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| License Agreement between General Motors Corporation and Air Products and Chemicals, Inc dated January 21, 1986; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 19, 1998 | $0.00 |

# EXHIBIT 1

Air Products and Chemicals, Inc.
P.O. Box 538
Allentown, PA 18105

| Contract to be assumed: | Cure amount: |
| --- | --- |
| License Agreement between General Motors Corporation and Air Products and Chemicals, Inc. dated June 29, 1977, Amendment dated December 16, 1986 | $0.00 |

# EXHIBIT 1

Alabama Incentives Financing Authority
Attn: Dr. Henry C. Mabry, III Director of Finance
State Capitol Complex, N-105
600 Dexter Avenue
Montgomery, AL 36130

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Project Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama | $0.00 |

# EXHIBIT 1

Alabama Incentives Financing Authority
Attn: Dr. Henry C. Mabry, III Director of Finance
State Capitol Complex, N-105
600 Dexter Avenue
Montgomery, AL 36130

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Reciprocal Utility and Access Easement Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama | $0.00 |

# EXHIBIT 1

ALCONA TOOL & MACHINE INC EFT
ALCONA TOOL & MACHINE INC
PO Box 340
LINCOLN, MI 48742

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0996 | $3,841.53 |

# EXHIBIT 1

ALEMITE CORPORATION EFT
ALEMITE LLC
1057 521 CORPORATE CTR DR STE 100
FORT MILL, SC 29715

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1616 | $1,340.80 |

# EXHIBIT 1

ALKEN ZIEGLER INC EFT
ALKEN-ZIEGLER INC
406 S PARK DR
KALKASKA, MI 49646

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5714 | $11,924.00 |

# EXHIBIT 1

ALKEN ZIEGLER INC EFT
ALKEN-ZIEGLER INC
406 S PARK DR
KALKASKA, MI 49646

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0254 | $0.00 |

# EXHIBIT 1

ALLAN TOOL & MACHINE CO EFT INC
ALLAN TOOL & MACHINE CO INC.
1822 E MAPLE RD
TROY, MI 48083-4240

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4767 | $6,062.00 |

# EXHIBIT 1

ALLAN TOOL & MACHINE CO EFT INC
ALLAN TOOL & MACHINE CO INC.
1822 E MAPLE RD
TROY, MI 48083-4240

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0793 | $181,870.79 |

# EXHIBIT 1

Allegro Microsystems Inc
20929 Kline Drive
Clinton Township, MI 48038

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Mutual Confidentiality Agreement between Delphi Corporation and Allegro Microsystems, Inc., dated October 14, 2003 | $0.00 |

# EXHIBIT 1

ALLIANCE PLASTICS EFT
ALLIANCE PLASTICS
27275 HAGGERTY RD STE 500
NOVI, MI 48377

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4387 | $27,846.50 |

# EXHIBIT 1

ALLIANCE PLASTICS EFT
ALLIANCE PLASTICS
27275 HAGGERTY RD STE 500
NOVI, MI 48377

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5668 | $0.00 |

# EXHIBIT 1

ALPHA TECHNOLOGY CORP EFT
ALPHA TECHNOLOGY CORPORATION
251 MASON RD
HOWELL, MI 48843-2533

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0878 | $0.00 |

# EXHIBIT 1

ALPHABET INC EFT NIA DIV
STONERIDGE INC
28001 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4428 | $436,312.36 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5557 | $0.00 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0507 | $1,517,985.24 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5701 | $0.00 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5698 | $0.00 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5697 | $0.00 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5523 | $0.00 |

# EXHIBIT 1

ALPS AUTOMOTIVE INC EFT
ALPS ELECTRIC INC
1500 ATLANTIC BLVD
AUBURN HILLS, MI 48326-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5304 | $0.00 |

# EXHIBIT 1

AM GENERAL CORP
JACK ROSENBLAD M&M KNOPF
12200 HUBBARD RD
PO BOX 3330
LIVONIA, MI 48151-3330

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) COMP27391, COMP27803 | $0.00 |

# EXHIBIT 1

AMCAN CASTINGS LTD EFT
AMCAN CONSOLIDATED TECHNOLOGIES
11528 S SAGINAW ST STE 201
GRAND BLANC, MI 48439

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5555 | $0.00 |

# EXHIBIT 1

AMCAN CASTINGS LTD EFT
AMCAN CONSOLIDATED TECHNOLOGIES
11528 S SAGINAW ST STE 201
GRAND BLANC, MI 48439

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3955 | $0.00 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I2815 | $5,823.94 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5386 | $0.00 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5218 | $0.00 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4657 | $0.00 |

# EXHIBIT 1

AMERICAN AIKOKU ALPHA INC EFT
AMERICAN AIKOKU ALPHA INC
520 LAKE COOK RD STE 180
DEERFIELD, IL 60015

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3417 | $0.00 |

# EXHIBIT 1

American Axle & Manufacturing Inc
One Dauch Drive
Detroit, MI 48211-1198

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Confidential Disclosure Agreement between American Axle & Manufacturing, Inc. and Delphi Automotive Systems LLC, dated August 30, 2004 | $0.00 |

# EXHIBIT 1

American Axle & Manufacturing Inc
One Dauch Drive
Detroit, MI 48211-1198

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Confidential Disclosure Agreement between American Axle & Manufacturing, Inc. and Delphi Automotive Systems LLC, dated August 30, 2004 | $0.00 |

# EXHIBIT 1

AMERICAN KEEPER CORP EFT
AMERICAN KEEPER CORP
3300 S COMMERCE DR
NEW CASTLE, IN 47362

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5160 | $123,066.00 |

# EXHIBIT 1

AMERICAN PRODUCTS CO INC EFT
AMERICAN PRODUCTS CO INC
610 RAHWAY AVE
UNION, NJ 07083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5247 | $58,050.24 |

# EXHIBIT 1

AMERICAN/JEBCO CORPORATION
AMERICAN JEBCO CORP
11330 MELROSE AVE
FRANKLIN PARK, IL 60131

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1685 | $0.00 |

# EXHIBIT 1

AMES RUBBER CORPORATION EFT
AMES RUBBER CORPORATION
PO Box 15240
NEWARK, NJ 07192

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I0677 | $0.00 |

# EXHIBIT 1

AMG INDUSTRIES INC EFT
AMG INDUSTRIES
24000 GREATER MACK
SAINT CLAIR SHORES, MI 48080

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0300 | $1,440.00 |

# EXHIBIT 1

AMI EFT
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5367 | $17,802.34 |

# EXHIBIT 1

AMI EFT
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5298 | $83,920.36 |

# EXHIBIT 1

AMTEC PRECISION PRODUCTS EFTINC
AMTEC PRECISION PRODUCTS INC
1875 HOLMES RD
ELGIN, IL 60123-1298

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3810 | $0.00 |

# EXHIBIT 1

APLICACIONES DE METALES EFT
APLICACIONES DE METALES SINTERIZADO
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT, 08 08980
ES

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5385 | $55,634.65 |

# EXHIBIT 1

ARCTIC CAT INC
JACK ROSENBLAD SALES MANAGER M&M KNOPF
601 BROOKS AVE SOUTH
THIEF RIVER FALL, MN 56701

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 60044545, 60050268 | $0.00 |

# EXHIBIT 1

ARGOMM S P A
ARGOMM SPA
VIA CAMOZZI 22
VILLONGO, IT 24060
IT

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5429 | $0.00 |

# EXHIBIT 1

ARNOLD TOOL & DIE INC
ARNOLD TOOL & DIE INC
48200 STRUCTURAL DR
CHESTERFIELD, MI 48051-2668

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5442 | $0.00 |

# EXHIBIT 1

ASC INC COTTAGE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) 16640000 | $0.00 |

# EXHIBIT 1

ASC INCORPORATED
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) 37476P, 39170J, 39200D, 39924 | $0.00 |

# EXHIBIT 1

ASC INCORPORATED
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) S10483B | $0.00 |

# EXHIBIT 1

ASIA FORGING SUPPLY CO LTD EFT
ASIA FORGING SUPPLY CO LTD
B1 207 SECTION 3 BEISHIN RD
SHINDIAN CITY  TAIPEE, TW 23100
TW

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5035 | $0.00 |

# EXHIBIT 1

ASSEMBLY SYSTEMS EFT INNOVATORS LLC
ASSEMBLY SYSTEMS INNOVATORS
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5253 | $21,651.38 |

# EXHIBIT 1

ATF INC EFT
ATF INC
3550 W PRATT AVE
LINCOLNWOOD, IL 60712-3798

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0576 | $745.40 |

# EXHIBIT 1

ATF INC EFT
ATF INC
3550 W PRATT AVE
LINCOLNWOOD, IL 60712-3798

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0401 | $9,291.74 |

# EXHIBIT 1

ATG PRECISION PRODUCTS EFT
ATG PRECISION PRODUCTS, INC
7545 N HAGGERTY RD
CANTON, MI 48187-2435

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0283 | $53,111.80 |

# EXHIBIT 1

ATTENTIVE INDUSTRIES INC EFT
ATTENTIVE INDUSTRIES INC
528 KELSO ST
FLINT, MI 48506

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I1658 | $0.00 |

# EXHIBIT 1

AUTOMATIC PRESS SRL
AUTO-MATIC PRESS PRODUCTS INC
402 N GLASPIE ST
OXFORD, MI 48371

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5450 | $0.00 |

# EXHIBIT 1

AUTOMATIC SPRING PRODUCTS EFT CORP
AUTOMATIC SPRING PRODUCTS CORP
803 TAYLOR AVE
GRAND HAVEN, MI 49417-2159

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1558 | $660.00 |

# EXHIBIT 1

AUTOMATIC SPRING PRODUCTS EFT CORP
AUTOMATIC SPRING PRODUCTS CORP
803 TAYLOR AVE
GRAND HAVEN, MI 49417-2159

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0789 | $21,478.42 |

# EXHIBIT 1

AUTOMATIC SPRING PRODUCTS EFT CORP
AUTOMATIC SPRING PRODUCTS CORP
803 TAYLOR AVE
GRAND HAVEN, MI 49417-2159

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2345 | $0.00 |

# EXHIBIT 1

BAILEY MANUFACTURING CO EFT
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5250 | $2,851.20 |

# EXHIBIT 1

BAILEY MANUFACTURING CO EFT
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5170 | $5,023.09 |

# EXHIBIT 1

BEI DUNCAN ELECTRONICS EFT
BEI SENSORS & SYSTEMS CO INC
170 TECHNOLOGY DR
IRVINE, CA 92618

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2713 | $5,762.88 |

# EXHIBIT 1

BEKAERT CORPORATION
BEKAERT CORP
E PINE & LAKE ST
ORRVILLE, OH 44667

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1205 | $1,458.07 |

# EXHIBIT 1

BEKAERT CORPORATION
BEKAERT CORP
E PINE & LAKE ST
ORRVILLE, OH 44667

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1465 | $0.00 |

# EXHIBIT 1

BENTELER AUTOMOTIVE CORP
MIKE STAVER BUYER
VENDOR 700217
1780 POND RUN
AUBURN HILLS, MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 5500001958 | $0.00 |

# EXHIBIT 1

BI TECHNOLOGIES LTD
BI TECHNOLOGIES CORP
4200 BONITA PL
FULLERTON, CA 92835

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4995 | $167,743.50 |

# EXHIBIT 1

BILLFORGE PRIVATE LIMITED
BILL FORGE PVT LTD
9C, HOSUR ROAD
BANGALORE, IN 560099
IN

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5325 | $505.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I1985 | $0.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1983 | $0.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1200 WOODLAND ST
DETROIT, MI 48211

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4857 | $0.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I1987 | $0.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3033 | $0.00 |

# EXHIBIT 1

BING METALS GROUP
BING STEEL LLC
1500 E EUCLID ST
DETROIT, MI 48211-1860

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2753 | $0.00 |

# EXHIBIT 1

Bishop Steering Technology Inc
8802 Bash Street
Suite A
Indianapolis, IN 46256 USA

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Mutual Non-Disclosure Agreement between Delphi Corporation and Bishop Steering Technology, Inc., dated May 31, 2005 | $0.00 |

# EXHIBIT 1

BLACK RIVER MANUFACTURING EFTINC
BLACK RIVER MANUFACTURING INC.
2625 20TH ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3465 | $4,985.50 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5537 | $82,337.59 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5535 | $710,604.68 |

# EXHIBIT 1

BLUE WATER AUTOMOTIVE EFT
BLUE WATER AUTOMOTIVE SYSTEMS INC
1515 BUSHA HWY
MARYSVILLE, MI 48040-1754

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5547 | $0.00 |

# EXHIBIT 1

BLUE WATER AUTOMOTIVE EFT
BLUE WATER AUTOMOTIVE SYSTEMS INC
1515 BUSHA HWY
MARYSVILLE, MI 48040-1754

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4893 | $0.00 |

# EXHIBIT 1

BMW Technik GmbH
Munchen, - D 80788
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Development Contract between BMW Technik GmbH and Delphi Automotive Systems LLC, dated December 15, 1999 | $0.00 |

# EXHIBIT 1

BMW Technik GmbH
Hanauer Strasse 46
Munchen, - D 80992
Germany

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Development Contract between BMW Technik GmbH and Delphi Automotive Systems LLC, dated December 15, 1999 | $0.00 |

# EXHIBIT 1

BOURNS INC EFT
BOURNS INC
1200 COLUMBIA AVE
RIVERSIDE, CA 92507-2129

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0515 | $26,969.88 |

# EXHIBIT 1

BREHM PRAZISIONSTECHNIK GMBH
BREHM PRECISION TECHNICAL
1133 E MAPLE RD STE 201
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3343 | $0.00 |

# EXHIBIT 1

BREMEN BEARINGS INC EFT
RBC PRECISION PRODUCTS INC
2928 GARY DR
PLYMOUTH, IN 46563

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4075 | $0.00 |

# EXHIBIT 1

BREMEN BEARINGS INC EFT
RBC PRECISION PRODUCTS INC
2928 GARY DR
PLYMOUTH, IN 46563

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3386 | $0.00 |

# EXHIBIT 1

BRIGHTON TOOL & DIE CO EFT
BRIGHTON TOOL & DIE INC
735 N 2ND ST
BRIGHTON, MI 48116-1218

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0241 | $1,353.64 |

# EXHIBIT 1

BUCK COMPANY INC
BUCK CO INC
897 LANCASTER PIKE
QUARRYVILLE, PA 17566

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1531 | $0.00 |

# EXHIBIT 1

Buckeye Custom Products Inc
Mr James Biafore Vice President Marketing & Sales C/O BI Sales Inc
1111 W Long Lake Rd Ste 102
PO Box 1259
Troy, MI 48099-1259

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between General Motors Corporation and Buckeye Custom Products, dated January 26, 1989 | $0.00 |

# EXHIBIT 1

Buckeye Custom Products Inc
1085 Dearborn Dr
Columbus, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between General Motors Corporation and Buckeye Custom Products, dated January 26, 1989 | $0.00 |

# EXHIBIT 1

BUEHLER PRODUCTS INC EFT
BUEHLER MOTOR INC
175 SOUTHPORT DR STE 900
MORRISVILLE, NC 27560-8285

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4931 | $9,374.80 |

# EXHIBIT 1

BURKLAND TEXTRON INC
BURKLAND INC
6520 S STATE RD
GOODRICH, MI 48438

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0298 | $0.00 |

# EXHIBIT 1

CADPO Inc
1490 W 121st Avenue Ste 201
Westminster, CO 80234

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between Delphi Technologies, Inc. and CADPO, Inc., dated September 17, 2003 | $0.00 |

# EXHIBIT 1

CADVenture Inc
38883 Hodgson Rd
Willoughby, OH 44094

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between Delphi Technologies, Inc. and CADVenture, Inc. dated July 15, 2004 | $0.00 |

# EXHIBIT 1

CAMCAR DIV OF TEXTRON INC EFT
CAMCAR LLC
826 E MADISON ST
BELVIDERE, IL 61008-2364

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5561 | $1,855.21 |

# EXHIBIT 1

CAMCAR DIVISION OF TEXTRON EFTCANADA LTD
ACUMENT CANADA LTD
87 DISCO RD
TORONTO, ON M9W 1M3
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3982 | $33.70 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC EFT
CAPSONIC AUTOMOTIVE INC
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4920 | $35,350.65 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE INC EFT
CAPSONIC AUTOMOTIVE INC
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5042 | $246,622.00 |

# EXHIBIT 1

CAPSTAN ATLANTIC EFTCAPSTAN INDUSTRIES INC
CAPSTAN INDUSTRIES INC
10 CUSHING DR
WRENTHAM, MA 02093

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5068 | $21,820.58 |

# EXHIBIT 1

CARPENTER TECHNOLOGY CORP EFT
CARPENTER TECHNOLOGY CORPORATION
PO Box 14662
READING, PA 19612-4662

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4342 | $0.00 |

# EXHIBIT 1

CARPENTER TECHNOLOGY CORP EFT
CARPENTER TECHNOLOGY CORPORATION
PO Box 14662
READING, PA 19612-4662

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1979 | $0.00 |

# EXHIBIT 1

CASTWELL PRODUCTS INC EFT
CITATION CORP
7800 N AUSTIN AVE
SKOKIE, IL 60077-2641

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2001 | $0.00 |

# EXHIBIT 1

CENTRAL SPRING INC
CENTRAL SPRING INC
39159 PASEO PADRE PKY STE 311
FREMONT, CA 94538

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0962 | $0.00 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO EFT
CENTRAL WAREHOUSE CO
1825 RUST AVE
SAGINAW, MI 48601-2810

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5349 | $0.00 |

# EXHIBIT 1

CHICAGO RAWHIDE EFT SKF USA INC
SKF USA INC
46815 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4765 | $0.00 |

# EXHIBIT 1

CHICAGO RAWHIDE EFT SKF USA INC
SKF USA INC
46815 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2726 | $103,159.81 |

# EXHIBIT 1

China Aero Technology Import & Export Beijing Company
Attn Mr Li Jiancheng
67 Jiao Nan St
P O Box 33 16
Beijing, - -
China

| Contract to be assumed: | Cure amount: |
|---|---|
| License Contract Model 700 Series Power Integral Gears between General Motors Corporation and China Aero Technology Import and Export Beijing Company and Yubei Machine Factory dated April 20, 1993 and July 9, 1993 | $0.00 |

# EXHIBIT 1

China Automotive Systems Inc
Henglong BLD
Huarzhong Software Park
Guanshan 1st Road
Wuhan City, Hubei Province -
China

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Proprietary Information Agreement between China Automotive Systems Inc and Delphi Automotive Systems LLC dated September 19, 2005 | $0.00 |

# EXHIBIT 1

China Automotive Systems Inc
Henglong BLD
Huarzhong Software Park
Guanshan 1st Road
Wuhan City, Hubei Province -
China

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Proprietary Information Agreement (Mutual) between China Automotive Systems Inc and Delphi Automotive Systems LLC dated September 19, 2005 | $0.00 |

# EXHIBIT 1

CIE CELAYA SA DE CV EFT
CIE CELAYA SA DE CV
AV. NORTE CUATRO 100
CELAYA, GTO 38010
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5030 | $0.00 |

# EXHIBIT 1

CIE MECAUTO SA UNIPERSONAL EFT
CIE MECAUTO SA
CALLE MENDIGORRITXU, 140
VITORIA-GASTEIZ, 01 01015
ES

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5711 | $0.00 |

# EXHIBIT 1

CIE MECAUTO SA UNIPERSONAL EFT
CIE MECAUTO SA
CALLE MENDIGORRITXU, 140
VITORIA-GASTEIZ, 01 01015
ES

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4945 | $0.00 |

# EXHIBIT 1

City of Saginaw
City Clerks Office
1315 South Washington Ave.
Saginaw, MI 48601

| Contract to be assumed: | Cure amount: |
|---|---|
| Amendatory Agreement between General Motors Corporation and City of Saginaw, dated July 20, 1965 | $0.00 |

# EXHIBIT 1

CLARION SINTERED METALS EFT INC
CLARION SINTERED METALS INC
MONTMORENCI RD
RIDGWAY, PA 15853

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0646 | $6,510.00 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO EFT
CLEVELAND DIE & MANUFACTURING CO
20303 FIRST ST
MIDDLEBURG HEIGHTS, OH 44130-2433

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4707 | $0.00 |

# EXHIBIT 1

CNH INDUSTRIAL SA DE CV
ZONA INDUSTRIAL BENITO JUAREZ
QUERETARO, QRO 76130
MEX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) T7669, T7761 | $0.00 |

# EXHIBIT 1

COLD HEADING COMPANY EFT
COLD HEADING CO, THE
21777 HOOVER RD
WARREN, MI 48089

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1779 | $0.00 |

# EXHIBIT 1

COLFOR MANUFACTURING INC EFT
COLFOR MANUFACTURING INC
3255 ALLIANCE
MALVERN, OH 44644

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4059 | $0.00 |

# EXHIBIT 1

COLLINS & AIKMAN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 2672 | $0.00 |

# EXHIBIT 1

COLUMBIA INDUSTRIAL SALES EFT CORP
COLUMBIA ENGINEERED RUBBER INC
2501 THUNDERHAWK CT
DAYTON, OH 45414-3466

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5589 | $526.26 |

# EXHIBIT 1

Combined Vehicle Technologies Inc
447 East Elmwood
Troy, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality and Nondisclosure Agreement between Combined Vehicle Technologies, Inc. and Delphi Corporation dated April 21, 2004 | $0.00 |

# EXHIBIT 1

COMMERCIAL EQUIPMENT CO INC
COMMERCIAL EQUIPMENT COMPANY
2859 WALKENT DR NW
GRAND RAPIDS, MI 49505-1400

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162917 | $0.00 |

# EXHIBIT 1

Compania Nacional de Direcciones
Automotrices S A de C V Managing Director
Calle Ave 2
Parque Industrial Cartajena
Tultitlan Estado de Mexico, - -

| Contract to be assumed: | Cure amount: |
|---|---|
| Technical Information and Assistance Agreement between General Motors Corporation and Compania Nacional de Direcciones Automotrices, S.A. de C.V. dated October 29, 1986 | $0.00 |

# EXHIBIT 1

COMPONENTES Y CONJUNTOS
COMPONENTES Y CONJUNTOS SA
CALLE PARCELA 43 (P I GUARNIZO)
ASTILLERO, ES 39610
ES

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5011 | $0.00 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between General Motors Corporation and Consumers Power Company dated February 25, 1965 | $0.00 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed: | Cure amount: |
|---|---|
| Easement between Consumers Power and General Motors Corporation dated February 16, 1983 | $0.00 |

# EXHIBIT 1

Consumers Power Company
212 West Michigan Avenue
Jackson, MI 49201

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| License Agreement between General Motors Corporation and Consumers Power Company dated September 15, 1977 | $0.00 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0756 | $104,568.56 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5531 | $176,264.61 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3778 | $598,623.85 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5588 | $2,351,756.04 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5613 | $0.00 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5532 | $0.00 |

# EXHIBIT 1

CONTECH EFT
SPX CORP
PO Box 1706
EAST LANSING, MI 48823

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4326 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3443 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4968 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0396 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5527 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5538 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5399 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4804 | $0.00 |

# EXHIBIT 1

CSM MANUFACTURING CORP EFT
CSM MANUFACTURING CORP
24650 N INDUSTRIAL DR
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4579 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated December 27, 1966 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Grant of Easement between The Chesapeake and Ohio Railway Company and General Motors Corporaton dated May 2, 1976 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated July 22, 1974 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated September 28, 1964 | $0.00 |

# EXHIBIT 1

CSX Transportation
500 Water Street, SC J180
Jacksonville, FL 32202-4467

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated April 14, 1953 | $0.00 |

# EXHIBIT 1

D & R TECHNOLOGY LLC EFT
D&R TECHNOLOGY LLC
400 E FULLERTON AVE
CAROL STREAM, IL 60188-5201

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5545 | $14,293.57 |

# EXHIBIT 1

DAERIM METAL TECH INDSTRS EFTCO LTD
DAERIM MTI CO LTD
415-1 BAEKJA-RI SOOSIN-MYEN
CHUNAN CHUNGNAM, KR 330-881
KR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5329 | $0.00 |

# EXHIBIT 1

Dailmer Chrysler AG
GKS Inspection Services Inc
45333 Five Mile Rd Plymouth MI
Auburn Hills, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Confidentiality Agreement between Daimler Chrysler AG and GKS Inspection Services in favor of Delphi Corporation dated August 10, 2004 | $0.00 |

# EXHIBIT 1

Dailmer Chrysler AG
1000 Chrysler Drive Auburn Hills MI
Auburn Hills, MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between Daimler Chrysler AG and GKS Inspection Services in favor of Delphi Corporation dated August 10, 2004 | $0.00 |

# EXHIBIT 1

DAIMLER CHRYSLER CORP 82042
LISA CLARK CHRIS KNOLL RICHARD STAUDER
PO BOX 537927
LIVONIA, MI 48153

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) M1309044, M3309009, M3326239, M4309124, M4309125, M4309161, M5309026, M5309088, M5309089, M5309113, M5309114, M5309123, M5309150, M8322019, MP406685, MP406686, MP406687, MP406688, MP406689, MP406690, MP416078, MP418410, O1537028, O1551057, O2426001, O2426007, O3531016, O3531021, O6424008, O6424009, O6424010, O6424011, O6424012, O6424013, O6531029, O7424030, O7424031, O7424032, O7442016, O7442017, O7442018, O7442019, O7442021, O7442022, O7442023 | $0.00 |

# EXHIBIT 1

DAJACO INDUSTRIES INC EFT
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD, MI 48051

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0693 | $0.00 |

# EXHIBIT 1

DAKKOTA INTEGRATED SYSTEMS LLC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 1019 | $0.00 |

# EXHIBIT 1

DANA CORP
MIKE WALKER BUYER
10000 BUSINESS BLVD
DRY RIDGE, KY 41035

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) KP0071 | $0.00 |

# EXHIBIT 1

DANA CORP EFT
DANA CORPORATION
30800 TELEGRAPH RD STE 4800
BIRMINGHAM, MI 48009

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4801 | $0.00 |

# EXHIBIT 1

DANA CORP EFT
EATON HYDRAULICS INC
14615 LONE OAK RD
EDEN PRAIRIE, MN 55344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5542 | $0.00 |

# EXHIBIT 1

DANA CORP EFT
GLACIER VANDERVELL INC
1350 EISENHOWER PLACE
ANN ARBOR, MI 48108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0517 | $0.00 |

# EXHIBIT 1

DATWYLER RUBBER & PLASTIC INC
DATWYLER RUBBER & PLASTIC INC
1790 TECHNOLOGY PL
MARION, SC 29571

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3487 | $608,452.65 |

# EXHIBIT 1

DAWLEN CORP EFT
DAWLEN CORPORATION
2029 MICOR DR
JACKSON, MI 49203-3448

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2787 | $29,282.34 |

# EXHIBIT 1

DBG TOOL & MACHINE EFT
DBG GROUP LTD
1555 ENTERPRISE RD
MISSISSAUGA, ON L4W 4L4
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5575 | $0.00 |

# EXHIBIT 1

DBG TOOL & MACHINE EFT
DBG GROUP LTD
1555 ENTERPRISE RD
MISSISSAUGA, ON L4W 4L4
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4336 | $0.00 |

# EXHIBIT 1

DBG TOOL & MACHINE EFT
DBG MEXICO SA DE CV
REGIO AVENIDA 115
APODACA, NL 66600
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5142 | $0.00 |

# EXHIBIT 1

DE AMERTEK CORPORATION INC
DE AMERTEK CORP INC
300 WINDSOR DR
OAK BROOK, IL 60523

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3784 | $2,872.00 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
PO BOX 1743 SPARTAN CLOSE
WARWICK
- WARWICKSHIRE CV346ZQ
ENGLAND

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 606925 | $0.00 |

# EXHIBIT 1

DELPHI PROD & SERV SOLUTIONS
1441 WEST LONG LAKE RD
TROY, MI 48098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 450066367, 450066368, 450102697, 450143282 | $0.00 |

# EXHIBIT 1

Design Solutions
Oude Bosscheweg 11b
5301 LA Zaltbommel
- - -
The Netherlands

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between Delphi Technologies, Inc. and Design Solutions dated October 11, 2004 | $0.00 |

# EXHIBIT 1

Design Solutions
Oude Bosscheweg 11b
5301 LA Zaltbommel
- - -
The Netherlands

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between Delphi Technologies, Inc. and Design Solutions dated May 12, 2005 | $0.00 |

# EXHIBIT 1

DETROIT HEADING LLC EFT
DETROIT HEADING LLC
6421 LYNCH RD
DETROIT, MI 48234

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2655 | $49,326.96 |

# EXHIBIT 1

DEVRIES INTERNATIONAL
DEVRIES INTERNATIONAL INC
1645 REYNOLDS AVE
IRVINE, CA 92614

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5288 | $780.00 |

# EXHIBIT 1

DHB Componentes Automotivos S A
Chief Executive Officer
Avenida das Industrias No 864
Porto Alegre, - -
RS Brazil

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Technical Information and Assistance Agreement between General Motors Corporation and DHB Componentes Automotivos S.A. dated March 22, 1984 | $0.00 |

# EXHIBIT 1

DHB Componentes Automotivos S A
President
Avenida das Industrias 864 Barrio Anchieta
CEP 90200 290
Porto Alegre, - -
R S Brasil

| Contract to be assumed: | Cure amount: |
|---|---|
| Technology and Technical Assistance Agreement between Delphi Technologies, Inc. and DHB - Componentes Automotivos S.A. dated March 3, 1999; Amendment dated July 22, 1992; Amendment dated July 22, 1992 | $0.00 |

# EXHIBIT 1

DOUG BROWN PACKAGING PRODUCTS
DOUG BROWN PACKAGING PRODUCTS
4223 EDGELAND
ROYAL OAK, MI 48073

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0460007019 | $0.00 |

# EXHIBIT 1

DRESCO MACHINING SERVICTR EFT
GRAPHITE ELECTRODES LTD
1311 N SHERMAN ST
BAY CITY, MI 48708

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3787 | $0.00 |

# EXHIBIT 1

DRESCO MACHINING SERVICTR EFT
GRAPHITE ELECTRODES LTD
1311 N SHERMAN ST
BAY CITY, MI 48708

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2684 | $0.00 |

# EXHIBIT 1

DRIV-LOK INC EFT
DRIV-LOK INC
1140 PARK AVE
SYCAMORE, IL 60178-2927

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1296 | $0.00 |

# EXHIBIT 1

DTR INDUSTRIES INC.
DTR INDUSTRIES INC.
320 SNIDER RD
BLUFFTON, OH 45817

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1497 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT INC
DURA OPERATING CORP
2791 RESEARCH DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5583 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT INC
DURA OPERATING CORP
2791 RESEARCH DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4473 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT INC
DURA OPERATING CORP
2791 RESEARCH DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3603 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT REICHE GMBH & CO KG
DURA AUTOMOTIVE SYSTEMS REICHE GMBH
GASSTRASSE 7/9/16
LAGE, NW 32791
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5352 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS EFT REICHE GMBH & CO KG
DURA AUTOMOTIVE SYSTEMS REICHE GMBH
GASSTRASSE 7/9/16
LAGE, NW 32791
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2824 | $0.00 |

# EXHIBIT 1

DYBROOK PRODUCTS INC EFT
DYBROOK PRODUCTS INC
5232 TOD AVE S W UNIT 23
WARREN, OH 44481-9729

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4586 | $17,290.05 |

# EXHIBIT 1

EAGLE FASTENERS INCORPORATED
EAGLE FASTENERS INC
2431 PONTIAC RD
AUBURN HILLS, MI 48326-2464

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0468 | $11,080.20 |

# EXHIBIT 1

EATON HYDRAULICS
EATON HYDRAULICS INC
14615 LONE OAK RD
EDEN PRAIRIE, MN 55344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3379 | $0.00 |

# EXHIBIT 1

ELS JEAN PERROTTON SA EFT
PERROTTON
900 AVE DE PONTCHY
BONNEVILLE, FR 74130
FR

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5096 | $0.00 |

# EXHIBIT 1

EMHART FASTENING EFT TEKNOLOGIES
EMHART TEKNOLOGIES INC
7345 N 400 E
MONTPELIER, IN 47359

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4455 | $0.00 |

# EXHIBIT 1

EMHART FASTENING EFT TEKNOLOGIES
EMHART TEKNOLOGIES INC
7345 N 400 E
MONTPELIER, IN 47359

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2864 | $0.00 |

# EXHIBIT 1

EMPIRE ELECTRONICS INC EFT
EMPIRE ELECTRONICS INC
214 E MAPLE
TROY, MI 48083-2804

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3189 | $0.00 |

# EXHIBIT 1

ENGINEERED SINTERED COMPONENTS
ENGINEERED SINTERED COMPONENTS
250 OLD MURDOCK RD.
TROUTMAN, NC 28166

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2751 | $62,028.00 |

# EXHIBIT 1

ENRICAU SA 50 RUE JACQUES BALMAT
SA ENRICAU
PO Box 405
VOUGY, 74 74130
FR

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5262 | $9,500.51 |

# EXHIBIT 1

E-Z-Go Division of Textron Inc
1451 Marvin Griffin Rd
Augusta, GA 30906

| Contract to be assumed: | Cure amount: |
|---|---|
| Non-Disclosure Agreement between E-Z-Go Division of Textron Inc. and Delphi Automotive Systems LLC dated September 10, 2004 | $0.00 |

# EXHIBIT 1

F & G MULTI SLIDE INC EFT
F & G MULTI-SLIDE INC
130 INDUSTRIAL DR
FRANKLIN, OH 45005-4428

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4150 | $0.00 |

# EXHIBIT 1

FAISON OFFICE PRODUCTS
FAISON OFFICE PRODUCTS CO
3251 REVERE ST STE 200
AURORA, CO 80011-1847

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450163111 | $4,807.93 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
FEDERAL-MOGUL CORP
241 WELSH POOL RD
EXTON, PA 19341

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4962 | $0.00 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
FEDERAL-MOGUL CORP
9104 ALEX HARVIN HWY
SUMMERTON, SC 29148

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0932 | $0.00 |

# EXHIBIT 1

FEDERAL MOGUL CORP EFT
PMG OHIO CORPORATION.
5800 WOLF CREEK PIKE
DAYTON, OH 45426

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3589 | $0.00 |

# EXHIBIT 1

FEDERAL MOGUL SYSTEMS PROTECTION GR
FEDERAL-MOGUL CORP
241 WELSH POOL RD
EXTON, PA 19341

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5577 | $0.00 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5309 | $4,092.12 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2796 | $13,017.47 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I2620 | $22,530.85 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5089 | $32,196.09 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5541 | $43,163.13 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4972 | $0.00 |

# EXHIBIT 1

FEDERAL SCREW WORKS EFT CORPORATE OFFICE
FEDERAL SCREW WORKS
20229 E 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4548 | $0.00 |

# EXHIBIT 1

FELTERS GROUP
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90i5648 | $952.00 |

# EXHIBIT 1

Fiat Auto S p A
Product & Process Engineering
Innovation & Components Development Processes
C so L Settembrini
Torino, - 40 10135
Italy

| Contract to be assumed: | Cure amount: |
|---|---|
| Delphi Active Rear Steering Advanced Engineering Project for Alfa Romeo Top Class Application dated October 18, 2004 | $0.00 |

# EXHIBIT 1

FINE CO LTD EFT
FINE CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5294 | $0.00 |

# EXHIBIT 1

FINE CO LTD EFT
FINE CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5345 | $0.00 |

# EXHIBIT 1

FIRST INERTIA SWITCH LTD EFT
FIRST INERTIA SWITCH LTD
PO Box 480
GRAND BLANC, MI 48439-0480

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I1605 | $0.00 |

# EXHIBIT 1

FISHERCAST GLOBAL CORP EFT
FISHERCAST GLOBAL CORPORATION
PO Box 179 STN MA
PETERBOROUGH, ON K9J 6Y9
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1769 | $0.00 |

# EXHIBIT 1

FLUID MOTION TECHNOLOGIES EFT
MARTINREA INTERNATIONAL INC
7405 TRANMERE RD
MISSISSAUGA, ON L5S 1L4
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4795 | $0.00 |

# EXHIBIT 1

FLUID MOTION TECHNOLOGIES EFT
MARTINREA INTERNATIONAL INC
7405 TRANMERE RD
MISSISSAUGA, ON L5S 1L4
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4360 | $0.00 |

# EXHIBIT 1

FLUIDYNE RACING PRODUCTS THMX HOLDINGS INC
THMX HOLDINGS LLC
4850 E AIRPORT DR
ONTARIO, CA 91761-7818

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4876 | $29,834.20 |

# EXHIBIT 1

FORD CUSTOMER SERVICE DIVISION
TIFFANY BLEWETT BUYER N A PURCHASING
CHASSIS&HEAVY TRUCK PURCHASING
PO BOX 3000
LIVONIA, MI 48151

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SC01194 | $0.00 |

# EXHIBIT 1

FORD MOTOR CO OF AUSTRALIA LTD
DORIS CHEN PURCHASING MANAGER
PRIVATE MAIL BAG 6
CAMPBELLFIELD 3061
VICTORIA, VIC -
AUSTRALIA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 54085/001 | $0.00 |

# EXHIBIT 1

FORD MOTOR CO OF CANADA LTD
PARTS DISTRIBUTION CENTER
8000 DIXIE RD
BRAMALEA, ONTARIO L6T2J7
CANADA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 295318 | $0.00 |

# EXHIBIT 1

FORD MOTOR COMPANY
MATT VOLLMER RYAN HALLER VINCENT TUCKER MATTHEW CUFF JENITA MCCLUE
CORE/CBG BUYER
ROTUNDA DR AT SOUTHFIELD
PO BOX 1587 B
DEARBORN, MI 48121

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 2004000545, JH9455, JL2485, LV6816, LV6831 | $0.00 |

# EXHIBIT 1

FORD MOTOR OF AUSTRALIA PROD
DORIS CHEN PURCHASING MANAGER
CAMPBELLFIELD 3061
- VICTORIA VIC
AUSTRALIA

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) IG4883, JY1514, KY4830 | $0.00 |

# EXHIBIT 1

FORD WERKE
DR JAN TRIBIAHN PURCHASING MANAGER
HENRY FORD STRASSE
SUPPLIER CODE G272A
66740 SAARLOUIS, - -
GERMANY

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 85GB3D674AA, 90VB3A674DA, 92AB3A674AB, 95AB3A674BA, V94GB3A674AA | $0.00 |

# EXHIBIT 1

FUJI BANK/FUKOKU SOUTH
FUKOKU AMERICA INC
325 HUNTER INDUSTRIAL PARK RD
LAURENS, SC 29360

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5127 | $211,507.25 |

# EXHIBIT 1

FULTON INDUSTRIES INC EFT
FULTON INDUSTRIES INC
PO Box 377
WAUSEON, OH 43567-0377

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0370 | $48,839.82 |

# EXHIBIT 1

FURUKAWA ELECTRIC CO LTD THE
FURUKAWA ELECTRIC CO LTD, THE
2-2-3, MARUNOUCHI
CHIYODA-KU, 13 1000005
JP

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5496 | $31,303.87 |

# EXHIBIT 1

FURUKAWA ELECTRIC CO LTD THE
FURUKAWA ELECTRIC CO LTD, THE
2-2-3, MARUNOUCHI
CHIYODA-KU, 13 1000005
JP

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5497 | $0.00 |

# EXHIBIT 1

FURUKAWA ELECTRIC NORTH EFTAMERICA
FURUKAWA ELECTRIC NORTH AMERICA INC
47677 GALLEON DR
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5645 | $8,840.80 |

# EXHIBIT 1

FURUKAWA ELECTRIC NORTH EFTAMERICA
FURUKAWA ELECTRIC NORTH AMERICA INC
47677 GALLEON DR
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4073 | $2,664,471.29 |

# EXHIBIT 1

GAGNIER PRODUCTS/RKM INC
RKM INC
10151 CAPITAL AVE
OAK PARK, MI 48237-3103

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0591 | $1,697.66 |

# EXHIBIT 1

GAGNIER PRODUCTS/RKM INC
RKM INC
10151 CAPITAL AVE
OAK PARK, MI 48237-3103

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I3896 | $9,482.44 |

# EXHIBIT 1

GAGNIER PRODUCTS/RKM INC
RKM INC
10151 CAPITAL AVE
OAK PARK, MI 48237-3103

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0115 | $157,759.58 |

# EXHIBIT 1

GEMINI PLASTICS INC EFTATTN ACCOUNTS RECEIVABLE
PEPRO ENTERPRISES INC
4385 GARFIELD ST
UBLY, MI 48475

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0332 | $151.45 |

# EXHIBIT 1

GENERAL MACHINE SERVICE EFT INC
GENERAL MACHINE SERVICE INC
494 E MORLEY RD
SAGINAW, MI 48601-9402

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4681 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Enrique Pacheco Global Commodity Manager
300 Renassance Center
Detroit, MI 48265-3000

| Contract to be assumed: | Cure amount: |
|---|---|
| Advanced Development Letter between General Motors Corporation and Delphi Automotive Systems LLC Delphi Steering Systems Division regarding Steering Gear Pinion Wear Compensator Device Development dated June 12, 2007 | $0.00 |

# EXHIBIT 1

General Motors Corporation
General Motors
P.O. Box 300
Detroit, MI 48265

| Contract to be assumed: | Cure amount: |
|---|---|
| PO #450454835 between Delphi Automotive Systems LLC and General Motors Corporation | $0.00 |

# EXHIBIT 1

GEVELOT EXTRUSION
6 BOUL BINEAU
LEVALLOIS PERRET, - 92300
FR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4577 | $0.00 |

# EXHIBIT 1

GEVELOT EXTRUSION
6 BOUL BINEAU
LEVALLOIS PERRET, - 92300
FR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3428 | $0.00 |

# EXHIBIT 1

GILL INDUSTRIES
GILL INDUSTRIES INC
522 N MAIN ST STE 100
MILFORD, MI 48381

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5448 | $0.00 |

# EXHIBIT 1

GILL INDUSTRIES
GILL INDUSTRIES INC
522 N MAIN ST STE 100
MILFORD, MI 48381

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1633 | $0.00 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
104 FAIRVIEW RD
KERSEY, PA 15846

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4826 | $2,129.90 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
BECKS MILL RD
SALEM, IN 47167

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3467 | $13,773.42 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 1009
GERMANTOWN, WI 53022-8209

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5080 | $20,313.31 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 493
EMPORIUM, PA 15834-0493

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3748 | $23,676.24 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 493
EMPORIUM, PA 15834-0493

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3466 | $58,295.72 |

# EXHIBIT 1

GKN SINTER METALS EFT
GKN SINTER METALS INC
PO Box 493
EMPORIUM, PA 15834-0493

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5234 | $0.00 |

# EXHIBIT 1

GM AFRICA & MIDDLE EAST FZE
JENNIFER STARR BUYER
PILOT M 00783 JEBEL ALI
DUBAI, DUBAI -
UNITED ARAB EM

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 3200000375 | $0.00 |

# EXHIBIT 1

GM DE MEXICO S A DE C V
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 7TX00032, 9P2002P, DLR0002N, DLR0005K, DLR0005R, DPR002H, M2N0000M, M7Z0019, M7Z001F, M7Z002C, M7Z0063, M7Z0068 | $0.00 |

# EXHIBIT 1

GM DO BRASIL LTDA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) P2H0004, P2H0005, VNG0002F, VNG0002K, VNG0002R, VNG00039, VNG0003C, VNG0003F, VNG0003J, VNG0003K, VNG0003R, VNG0003W, VNG00040, VNG00041, VNG00049, VNG0004F, VNG0004G, VNG0004H, VNG0004J, VNG0004M, VNG0004P, VNG0004R, VNG0004W, VNG0004Z, VNG00050, VNG00055, VNG00057, VNG00059, VNG0005C, VNG0005D, VNG0005G, VNG0005T, VXM00004 | $0.00 |

# EXHIBIT 1

GM OF CANADA LTD SERVICE
MARSHA SMITH SR BUYER
1908 COLONEL SAM DR
OSHAWA, ON L1H 8P7
CANADA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) CN37531, CN45662, CN45663, CN45664, V04400113373 | $0.00 |

# EXHIBIT 1

GMD INDUSTRIES LLC EFT DBA PRODUCTION SCREW MACHINE
GMD INDUSTRIES LLC
1414 E SECOND ST
DAYTON, OH 45403-1023

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4738 | $2,672.25 |

# EXHIBIT 1

GMTG PONTIAC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 17NL000F, 1B3B0001, 1B3B0002, 1B3D0001, 1KF20004, 6HT029C, 6HT029D, 6HT029F, 6HT029G, 6HT029H, 6HT029J, 6HT029K, 6HT029L, 6HT029M, 6HT029P, 6HT029R, 6HT02B0, 6HT02B1, 6HT02B2, 6HT02B3, 6HT02B4, 6HT02B6, 6HT02B7, 6HT02B8, 6HT02B9, 6HT02BP, 6HT02DC, 6HT030P, 6HT03J4, 6HT03J5, 7TX0002F, 7TX0002H, 7TX0002R, 7TX0002V, 7TZ00025, 7TZ0002H, 7TZ0002J, 7TZ0002M, 7TZ0002N, 7TZ0002W, 7TZ0002X, 7TZ00033, 7V10008X, 7V10008Z, 7V100096, 7V100098, 7V100099, 7V10009G, 9M900KF, 9M900KG, 9M900LW, 9M900MK, 9M901FK, 9M90204, 9M902H7, 9P1005K, 9P20025, 9P2002F, 9P3002R, 9PF00KD, 9PF00KF, 9PF00PD, 9PN000D, 9PN000F, 9PX000G, 9PX000L, 9PX000N, 9PX000X, 9PX002G, 9R3003L, 9R3009J, 9R3009L, 9R3009N, 9R300BC, 9R9004X, 9R90050, 9R90052, 9RH0007, 9RH000G, 9RH0010, 9RJ0004, CG1003F, DLR00000, DLR00001, DLR00022, DLR00053, DLR00054, DLR00055, DLR00059, DLR0005B, DLR0005F, DLV0002W, DLV00031, DLV00032, DLV0004J, DLV0007X, DLV0007Z, DLV00084, DLV00085, DLV0008C, DLW00002, DLW000CC, DLW000N7, DLW000R7, DLW000R8, DLW000R9, DLW000RB, DLW000RC, DLW000RG, DLW000RH, DLW000RK, DLW000T9, JFC0051, M2P0002G, M2P0002T, M2P0002W, M2P0002X, M2P00033, V710050 | $0.00 |

# EXHIBIT 1

Gneral Dynamics Land Systems LLC
Muskegon Operations Technical Center
640 Seminole Road
Muskegon, MI 49441

| Contract to be assumed: | Cure amount: |
|---|---|
| Proprietary Data Agreement between General Dynamics Land Systems Inc and Delphi Automotive Systems LLC dated September 14, 2004 | $0.00 |

# EXHIBIT 1

GOBAR SYSTEMS INC EFT
GOBAR SYSTEMS INC
3320 E 14TH ST
BROWNSVILLE, TX 78521

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5664 | $0.00 |

# EXHIBIT 1

GOODYEAR TIRE & RUBBER CO EFT
GOODYEAR TIRE & RUBBER CO, THE
100 GALLERIA OFFICENTRE #100
SOUTHFIELD, MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0460 | $0.00 |

# EXHIBIT 1

GOSHEN DIE CUTTING (GDC) INC
GDC INC
PO Box 98
GOSHEN, IN 46527-0098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2515 | $0.00 |

# EXHIBIT 1

GRAND HAVEN STAMPED PRODS EFT
1250 SOUTH BEECHTREE
GRAND HAVEN, MI 49417

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4682 | $0.00 |

# EXHIBIT 1

GRAND HAVEN STAMPED PRODS EFT
1250 SOUTH BEECHTREE
GRAND HAVEN, MI 49417

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3204 | $0.00 |

# EXHIBIT 1

GRAND RAPIDS CONTROLS CO LLC
GRAND RAPIDS CONTROLS COMPANY LLC
PO Box 360
ROCKFORD, MI 49341-0360

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0747 | $0.00 |

# EXHIBIT 1

GRAND RAPIDS CONTROLS CO LLC
GRAND RAPIDS CONTROLS COMPANY LLC
PO Box 360
ROCKFORD, MI 49341-0360

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5393 | $0.00 |

# EXHIBIT 1

GREENDALE SCREW PRODUCTS EFT
GREENDALE SCREW PRODUCTS CO INC
287 E GOLDEN GATE
DETROIT, MI 48203-2054

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3806 | $5,840.80 |

# EXHIBIT 1

GREER STOP NUT INC
GREER STOP NUT
481 MCNALLY DR
NASHVILLE, TN 37211

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0592 | $28,772.36 |

# EXHIBIT 1

GRUPO ABC DE MEXICO SA DE CV AVENIDA NORTE CUATRO #7 NUEVO
GRUPO ABC DE MEXICO SA DE CV
AVE NORTE 4 NO 7
SAN JUAN DEL RIO, QRO 76809
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5406 | $0.00 |

# EXHIBIT 1

GUIDE CORP
2915 PENDLETON AVE
ANDERSON, IN 46016

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) INLE5298 | $0.00 |

# EXHIBIT 1

Harley Davidson Motor Company
3700 West Juneau Avenue
Milwaukee , WI 53208

| Contract to be assumed: | Cure amount: |
|---|---|
| Development Services Agreement between Harley-Davidson Motor Company Group, Inc. and Energy & Chassis Systems Division of Delphi Automotive Systems LLC dated April 24, 2003 | $0.00 |

# EXHIBIT 1

Harley Davidson Motor Company Group Inc
Attn Vice President Engineering
3700 West Juneau Avenue
Milwaukee, WI 53208

| Contract to be assumed: | Cure amount: |
|---|---|
| Development Services Agreement between Harley-Davidson Motor Company Group, Inc. and Energy & Chassis Systems Division of Delphi Automotive Systems LLC dated April 24, 2003 | $0.00 |

# EXHIBIT 1

HELLERMANN TYTON CORP EFT
HELLERMANNTYTON CORPORATION
PO Box 245017
MILWAUKEE, WI 53224

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0479 | $0.00 |

# EXHIBIT 1

HIGHLAND MANUFACTURING CO EFT
ILLINOIS TOOL WORKS INC
PO Box 1858
WATERBURY, CT 06705

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4878 | $0.00 |

# EXHIBIT 1

HITACHI METALS AMERICA LTD EFTMAGNETIC MATERIALS DIV
HITACHI METALS AMERICA LTD
2101 S ARLINGTON HEIGHTS RD STE 116
ARLINGTON HEIGHTS, IL 60005

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5655 | $119,907.84 |

# EXHIBIT 1

HITCHINER MANUFACTURING CO EFTINC
HITCHINER MANUFACTURING COMPANY INC
PO Box 2001
MILFORD, NH 03055-2001

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5572 | $266,455.41 |

# EXHIBIT 1

HITCHINER MANUFACTURING CO EFTINC
HITCHINER MANUFACTURING COMPANY INC
PO Box 2001
MILFORD, NH 03055-2001

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0025 | $300,102.00 |

# EXHIBIT 1

HI-TECH OPTICAL INC
Hi-Tech Optical Inc.
3139 Christy Way
Saginaw, MI 48603-2226

| Contract to be assumed: | Cure amount: |
|---|---|
| Prescription Safety Glasses Agreement | $0.00 |

# EXHIBIT 1

HOFFER PLASTICS CORP EFT
HOFFER PLASTICS CORP
500 N COLLINS ST
SOUTH ELGIN, IL 60177-1104

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0731 | $0.00 |

# EXHIBIT 1

HOFFER PLASTICS CORP EFT
HOFFER PLASTICS CORP
500 N COLLINS ST
SOUTH ELGIN, IL 60177-1104

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0439 | $0.00 |

# EXHIBIT 1

HOLMCO INDUSTRIES DIV ROBIN IND
ROBIN INDUSTRIES INC
PO Box 188
WINESBURG, OH 44690

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2313 | $0.00 |

# EXHIBIT 1

HONEYWELL SENSING & EFTCONTROL
FAS CONTROLS INC
1100 AIRPORT RD
SHELBY, NC 28150

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5041 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
HOOVER PRECISION PRODUCTS INC
PO Box 899
CUMMING, GA 30028

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1061 | $42,396.53 |

# EXHIBIT 1

HORIZON TECHNOLOGY LLC EFT
HTG CORP INC
1988 S COUNTY RD 593
TIFFIN, OH 44883

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4034 | $0.00 |

# EXHIBIT 1

HPVO PERFORMANCE GARAGE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SCAAA9H | $0.00 |

# EXHIBIT 1

HUGO BENZING GMBH & CO KG
HUGO BENZING GMBH & CO KG
DAIMLERSTR 49-53
KORNTAL-MUENCHINGEN, BW 70825
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5696 | $0.00 |

# EXHIBIT 1

HY LEVEL INDUSTRIES INC EFT
HY-LEVEL INDUSTRIES INC
PO Box 368015
STRONGSVILLE, OH 44136-9715

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5295 | $0.00 |

# EXHIBIT 1

HY LEVEL INDUSTRIES INC EFT
HY-LEVEL INDUSTRIES INC
PO Box 368015
STRONGSVILLE, OH 44136-9715

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4985 | $6,848.70 |

# EXHIBIT 1

HY LEVEL INDUSTRIES INC EFT
HY-LEVEL INDUSTRIES INC
PO Box 368015
STRONGSVILLE, OH 44136-9715

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0419 | $95,299.80 |

# EXHIBIT 1

HYDRO ALUMINUM NORTH AMERICA
HYDRO ALUMINUM NORTH AMERICA
171 INDUSTRIAL BLVD
FAYETTEVILLE, TN 37334

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5216 | $531,000.05 |

# EXHIBIT 1

HYDRO ALUMINUM NORTH AMERICA 1
HYDRO ALUMINUM NORTH AMERICA
200 RIVIERA BLVD
SAINT AUGUSTINE, FL 32086

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5217 | $2,760.00 |

# EXHIBIT 1

HYUN YANG CORPORATION EFTSHIHWA IND ESTATE 5 BA 101
HYUN YANG CO INC
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5369 | $0.00 |

# EXHIBIT 1

HYUNDAI MOTOR MFG ALABAMA
GREG GYU SUK LEE SR PURCHASING MANAGER
700 HYUNDAI BLVD
MONTGOMERY, AL 36105-9622

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) 4600000282, 4600000283, 4600000422, 4600000761, 4600000762, 4600000763, 4600000795, 4600000796, 4600000797 | $0.00 |

# EXHIBIT 1

IAC GROUP NORTH AMERICA
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 149065, 151334, 151337, 151338 | $0.00 |

# EXHIBIT 1

ICG CASTINGS INC EFT
ICG CASTINGS INC
5700 CROOKS RD STE 225
TROY, MI 48098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1231 | $0.00 |

# EXHIBIT 1

IER INDUSTRIES INC EFT
IER FUJIKURA INC
8271 BAVARIA RD E
MACEDONIA, OH 44056

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5296 | $6,268.08 |

# EXHIBIT 1

IFA Maschinebau GmbH
Genrickstrasse 102
39340 Haldensleben , - -
 Germany

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Confidentiality Agreement between IFA Maschinenbau GmbH and Delphi Corporation dated June 9, 2004 | $0.00 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162522 | $2,467.79 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162519 | $0.00 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450164271 | $0.00 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162521 | $0.00 |

# EXHIBIT 1

IKON OFFICE SOLUTIONS INC EFT
IKON OFFICE SOLUTIONS, INC.
2780 44th St SW
GRAND RAPIDS, MI 49519-4108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162520 | $0.00 |

# EXHIBIT 1

IMCO INC EFT
IMCO INC
PO Box 444
HUNTINGTON, IN 46750-0444

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4141 | $208,724.02 |

# EXHIBIT 1

IMPACT FORGE GROUP INC EFT
OMNI FORGE INC
18325 S 580 COUNTY RD W
REMINGTON, IN 47977

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4496 | $0.00 |

# EXHIBIT 1

IMPACT FORGE GROUP INC EFT
OMNI FORGE INC
18325 S 580 COUNTY RD W
REMINGTON, IN 47977

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4717 | $0.00 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4095 | $25,048.80 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5252 | $26,446.25 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4087 | $48,928.20 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5587 | $65,524.00 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5591 | $73,294.96 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4100 | $373,010.91 |

# EXHIBIT 1

INA USA CORP EFT A MEMBER OF SCHAEFFLER GRP USA
SCHAEFFLER GROUP USA INC
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5499 | $944,989.56 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1974 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Athens, Alabama April 1, 1975 Lease  - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama August 8, 1975 Lease  - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease (Plant 22) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease (Plant 22) - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease  - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama December 1, 1981 Lease  - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 | $0.00 |

# EXHIBIT 1

Industrial Development Board of the City of Athens
c/o Patton Lathom Legge & Cole
Attn: Mike Kohl, Esq.
P.O. Box 470
Athens, AL 35612

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1981 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

INDUSTRIAL STAMPING & MFG EFT
INDUSTRIAL STAMPING & MFG CO
16500 COMMON RD
ROSEVILLE, MI 48066-5904

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5444 | $125.00 |

# EXHIBIT 1

INDUSTRIAL STAMPING & MFG EFT
INDUSTRIAL STAMPING & MFG CO
16500 COMMON RD
ROSEVILLE, MI 48066-5904

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0364 | $400.80 |

# EXHIBIT 1

INFASCO NUT EFT
IFASTGROUPE 2004 L.P.
3990 NASHUA DR
MISSISSAUGA, ON L4V 1P8
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0588 | $0.00 |

# EXHIBIT 1

INITIAL TROPICAL PLANTS INC
INITIAL TROPICAL PLANTS INC
25220 TRANS-X
NOVI, MI 48375

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450163062 | $0.00 |

# EXHIBIT 1

INNERTECH NASHVILLE DIV INTIER AUTOMOTIVE INTERIOR
INTIER AUTOMOTIVE INTERIORS OF AMER
7751 W 70TH ST
SHREVEPORT, LA 71129

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5084 | $0.30 |

# EXHIBIT 1

INTEGRATED LOGISTICS EFT SOLUTIONS
RB&W CORP OF CANADA
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2686 | $7,929.76 |

# EXHIBIT 1

INTERMET-DIE MAKERS EFTMONROE CITY
DIVERSIFIED DIEMAKERS INC
PO Box 278
MONROE CITY, MO 63456

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0710 | $185,927.08 |

# EXHIBIT 1

INTERMET-NORTHERN CASTINGS EFTHIBBING FOUNDRY
NORTHERN CASTINGS LLC
PO Box 98
HIBBING, MN 55746-0098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0905 | $206,830.61 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5717 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5467 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5428 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3666 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3661 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3654 | $0.00 |

# EXHIBIT 1

ISPAT INLAND EFT ADMINISTRATIVE SERVICE
ISPAT INLAND INC
3300 DICKEY RD
EAST CHICAGO, IN 46312

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I3644 | $0.00 |

# EXHIBIT 1

ISUZU MOTORS AMERICA INC
MATTHEW PORMAN PURCHASING COST ANALYST
46401 COMMERCE CENTER DR
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 9301921, PA2041003A, PA2041004B | $0.00 |

# EXHIBIT 1

ITW ANCHOR STAMPINGS EFT
ILLINOIS TOOL WORKS INC
12150 MERRIMAN RD
LIVONIA, MI 48150

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3811 | $0.00 |

# EXHIBIT 1

ITW AUTOMOTIVE PRODUCTS EFT
ITW AUTOMOTIVE PRODUCTS GMBH & CO K
MUENSTER 188
CREGLINGEN, BW 97993
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5203 | $0.00 |

# EXHIBIT 1

ITW DELTAR ENGR FASTENERS EFT
ILLINOIS TOOL WORKS INC
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5018 | $753.65 |

# EXHIBIT 1

ITW DELTAR ENGR FASTENERS EFT
ILLINOIS TOOL WORKS INC
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5693 | $0.00 |

# EXHIBIT 1

ITW DELTAR INSERT MOLDED EFT PRODUCTS
ILLINOIS TOOL WORKS INC
PO Box 1570
LAKEVILLE, CT 06039

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5207 | $8,357.93 |

# EXHIBIT 1

ITW DELTAR INSERT MOLDED EFT PRODUCTS
ILLINOIS TOOL WORKS INC
PO Box 1570
LAKEVILLE, CT 06039

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4908 | $18,299.87 |

# EXHIBIT 1

ITW DELTAR TEKFAST DIV EFT ILLINOIS TOOL WORKS
ILLINOIS TOOL WORKS INC
850 STEVENSON HWY STE 110
TROY, MI 48083-1122

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2801 | $1,346.71 |

# EXHIBIT 1

ITW DELTAR TEKFAST DIV EFT ILLINOIS TOOL WORKS
ILLINOIS TOOL WORKS INC
850 STEVENSON HWY STE 110
TROY, MI 48083-1122

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5006 | $1,634.77 |

# EXHIBIT 1

ITW FILTRATION GENEVA EFT ILLINOIS TOOL WORKS CO
ILLINOIS TOOL WORKS INC
7214 MADAUS ST
LAKE GENEVA, WI 53147-5102

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5000 | $3,683.34 |

# EXHIBIT 1

ITW FILTRATION GENEVA EFT ILLINOIS TOOL WORKS CO
ILLINOIS TOOL WORKS INC
7214 MADAUS ST
LAKE GENEVA, WI 53147-5102

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I3683 | $0.00 |

# EXHIBIT 1

ITW FILTRATION GENEVA EFT ILLINOIS TOOL WORKS CO
ILLINOIS TOOL WORKS INC.
830 LEE ST
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5273 | $8,601.80 |

# EXHIBIT 1

ITW SHAKEPROOF ASSEMBLY EFT COMPONENTS
ILLINOIS TOOL WORKS INC
3704 N PALMER ST
MILWAUKEE, WI 53212

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3497 | $3,489.00 |

# EXHIBIT 1

ITW SHAKEPROOF AUTOMOTIVE EFTPRODUCTS DIV
ILLINOIS TOOL WORKS INC
850 STEPHENSON HWY STE 500
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2637 | $10,411.53 |

# EXHIBIT 1

Jingzhou Henglong Automotive Parts Co Ltd
No 1 Henglong Road
Yuqiao Development Zone
Jingzhou City, Hubei Province -
China

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between Jingzhou Henglong Automotive Parts Co., Ltd and Delphi Automotive Systems LLC dated July 29, 2005 | $0.00 |

# EXHIBIT 1

JMS PLASTICS INC EFT
JMS PLASTICS INC
PO Box 927
SOUTH BEND, IN 46624

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5412 | $0.00 |

# EXHIBIT 1

JOHNSON CONTROLS INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) WT102193, WT102204, WT102206, WT102628, WT103184, WT103185 | $0.00 |

# EXHIBIT 1

JTEKT AUTOMOTIVE
TINA HENSLEY PURCHASING BUYER
5932 COMMERCE BLVD
MORRISTOWN, TN 37814-1051

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) P080907 | $0.00 |

# EXHIBIT 1

K & K SCREW PRODUCTS EFT
K & K SCREW PRODUCTS INC
795 KIMBERLY DR
CAROL STREAM, IL 60188

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5432 | $0.00 |

# EXHIBIT 1

K & K SCREW PRODUCTS EFT
K & K SCREW PRODUCTS INC
795 KIMBERLY DR
CAROL STREAM, IL 60188

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1511 | $0.00 |

# EXHIBIT 1

K C WELDING SUPPLY INC
K-C WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE, MI 48732-1251

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0206 | $0.00 |

# EXHIBIT 1

KAMAX G B DUPONT LP EFT
KAMAX LP
500 W LONG LAKE RD
TROY, MI 48098-4540

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2480 | $0.00 |

# EXHIBIT 1

Kayaba Industry CO Ltd
4 1 Hamamatsucho 2 Chome
Minato-Ku 105-6111, Tokyo 105-6111
Japan

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Memorandum of Understanding between Delphi Steering Systems Division and Kayaba Industry Co., Ltd dated April 22, 2005 | $0.00 |

# EXHIBIT 1

Kayaba Industry CO Ltd
4 1 Hamamatsucho 2 Chome
Minato-Ku 105-6111, Tokyo 105-6111
Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| Memorandum of Understanding between Delphi Corporation - Saginaw Steering Systems and Kayaba Industry Co., Ltd dated August 8, 2003 | $0.00 |

# EXHIBIT 1

KENDALE INDUSTRIES INC EFT
KENDALE INDUSTRIES INC
7600 HUB PKY
CLEVELAND, OH 44125-5700

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0246 | $14,937.47 |

# EXHIBIT 1

KEY PLASTICS LLC EFT
KEY PLASTICS LLC
PO Box 531210
LIVONIA, MI 48153

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4192 | $247.52 |

# EXHIBIT 1

KEYANG ELECTRIC MACHINERY EFTCO
KEYANG ELECTRIC MACHINERY CO INC
31831 SHERMAN AVE
MADISON HEIGHTS, MI 48071

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3186 | $0.00 |

# EXHIBIT 1

KEYANG ELECTRIC MACHINERY EFTCO
KEYANG ELECTRIC MACHINERY CO INC
31831 SHERMAN AVE
MADISON HEIGHTS, MI 48071

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4718 | $0.00 |

# EXHIBIT 1

KEYSTONE POWDERED METAL CO EFT
KEYSTONE POWDERED METAL COMPANY
251 STATE ST
SAINT MARYS, PA 15857-1658

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2692 | $33,156.18 |

# EXHIBIT 1

KEYSTONE POWDERED METAL CO EFT
KEYSTONE POWDERED METAL COMPANY
251 STATE ST
SAINT MARYS, PA 15857-1658

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4952 | $72,725.61 |

# EXHIBIT 1

KICKHAEFER MFG CO EFT
KICKHAEFER MANUFACTURING CO
PO Box 348
PORT WASHINGTON, WI 53074-0348

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I2411 | $29,751.22 |

# EXHIBIT 1

KICKHAEFER MFG CO EFT
KICKHAEFER MANUFACTURING CO
PO Box 348
PORT WASHINGTON, WI 53074-0348

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5361 | $0.00 |

# EXHIBIT 1

KILIAN MFG CORP EFT
KILIAN MFG CORP
PO Box 6974
SYRACUSE, NY 13217-6974

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0443 | $202,717.80 |

# EXHIBIT 1

KILIAN MFG CORP EFT
KILIAN MFG CORP
PO Box 6974
SYRACUSE, NY 13217-6974

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5506 | $0.00 |

# EXHIBIT 1

KINETICS INC
KINETICS CEM INC
10085 SW COMMERCE CIRCLE
WILSONVILLE, OR 97070

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5614 | $3,301.62 |

# EXHIBIT 1

KMS BEARINGS AUTOMOTIVE EFT
CELTIC PRODUCTS INC
1541 N HARMONY CIR
ANAHEIM, CA 92807

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3193 | $34,026.60 |

# EXHIBIT 1

KOKOMO SPRING CO INC EFT
KOKOMO SPRING COMPANY, INC
500 E WHEELER
KOKOMO, IN 46902

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0787 | $32,588.62 |

# EXHIBIT 1

KOKOMO SPRING CO INC EFT
KOKOMO SPRING COMPANY, INC
500 E WHEELER
KOKOMO, IN 46902

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5478 | $0.00 |

# EXHIBIT 1

KOKOMO SPRING CO INC EFT
KOKOMO SPRING COMPANY, INC
500 E WHEELER
KOKOMO, IN 46902

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5686 | $0.00 |

# EXHIBIT 1

KONGSBERG AUTOMOTIVE AB
PO BOX 504
SE 56528 MULLSJO, - -
SWEDEN

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 5500200385 | $0.00 |

# EXHIBIT 1

KOREA DELPHI AUTOMOTIVE SYS CORP
KOREA DELPHI AUTOMOTIVE SYSTEMS COR
408 1 MANBUK RI GUSEONG EUP
GYEONGGI DO, KR 449-912
KR

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5618 | $0.00 |

# EXHIBIT 1

KOREA SINTERED METAL CO LTD
KOREA SINTERED METAL CO LTD
29 10 BONRI-RI NONGONG-EUP
TAEGU, KR 711-855
KR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5445 | $0.00 |

# EXHIBIT 1

Koyo Seiko Co Ltd
5 8 Minamisemba 3 chome
Chuo-ku, Osaka 542
 Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between General Motors Corporation and Koyo Seiko Co., Ltd dated September 1, 1995 | $0.00 |

# EXHIBIT 1

LAKE CITY INDUSTRIES % ROCHESTER SA
LC MANUFACTURING LLC
4150 N WOLCOTT RD
LAKE CITY, MI 49651

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2150 | $0.00 |

# EXHIBIT 1

LAKE ERIE PRODUCTS LIVONIA FITTINGS PRODUCTS CO LLC
TRIMAS CORPORATION
12955 INKSTER RD
LIVONIA, MI 48150

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3381 | $92,709.46 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated December 27, 1966 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
|---|---|
| Grant of Easement between The Chesapeake and Ohio Railway Company and General Motors Corporaton dated May 2, 1976 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporaton dated July 22, 1974 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated November 26, 1966 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated September 28, 1964 | $0.00 |

# EXHIBIT 1

Lake State Railroad
750 N. Washington Avenue
Saginaw, MI 48607

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between The Chesapeake and Ohio Railway Company and General Motors Corporation dated April 14, 1953 | $0.00 |

# EXHIBIT 1

LAKESIDE PLASTICS LIMITED EFT
LAKESIDE PLASTICS LTD
3786 N TALBOT RD PLT 1
OLDCASTLE, ON N0R 1L0
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5546 | $0.00 |

# EXHIBIT 1

LAKESIDE PLASTICS LIMITED EFT
LAKESIDE PLASTICS LTD
3786 N TALBOT RD PLT 1
OLDCASTLE, ON N0R 1L0
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4875 | $0.00 |

# EXHIBIT 1

Land Pride
1525 East North St
PO Box 5060
Salina , KS 67401

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between Land Pride and Delphi Saginaw Steering Systems dated August 17, 2004 | $0.00 |

# EXHIBIT 1

LDI INCORPORATED EFT
LANKFER DIVERSIFIED INDUSTRIES INC
4311 PATTERSON AVE SE
GRAND RAPIDS, MI 49512

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1660 | $28,334.88 |

# EXHIBIT 1

LDM TECHNOLOGIES EFT
PLASTECH ENGINEERED PRODUCTS INC
9140 COMPTON ST
INDIANAPOLIS, IN 46240

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4991 | $2,479.32 |

# EXHIBIT 1

LDM TECHNOLOGIES EFT
PLASTECH ENGINEERED PRODUCTS INC
9140 COMPTON ST
INDIANAPOLIS, IN 46240

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4907 | $48,964.09 |

# EXHIBIT 1

LDM TECHNOLOGIES EFT
PLASTECH ENGINEERED PRODUCTS INC
9140 COMPTON ST
INDIANAPOLIS, IN 46240

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4937 | $0.00 |

# EXHIBIT 1

LEAR CORPORATION EFT
LEAR CORP
300 E BIG BEAVER RD
TROY, MI 48083-1223

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5037 | $0.00 |

# EXHIBIT 1

LETTS INDUSTRIES INC (EFT)
POWERS & SONS LLC
PO Box 598
PIONEER, OH 43554

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0257 | $0.00 |

# EXHIBIT 1

LEWIS SPRING & MFG COMPANY EFT
LEWIS SPRING & MANUFACTURING CO
7500 N NATCHEZ
NILES, IL 60714-3804

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0426 | $29,201.01 |

# EXHIBIT 1

M & M KNOPF AUTO PARTS LLC EFT
M&M KNOPF AUTO PARTS INC
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854-3712

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4243 | $31,500.00 |

# EXHIBIT 1

M & M KNOPF AUTO PARTS LLC EFT
M&M KNOPF AUTO PARTS INC
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854-3712

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5226 | $0.00 |

# EXHIBIT 1

M & N PLASTICS INC EFT
M&N PLASTICS INC
6450 DOBRY RD
STERLING HEIGHTS, MI 48314-1429

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0337 | $0.00 |

# EXHIBIT 1

M & Q PLASTIC PRODUCTS EFT
M & Q PLASTIC PRODUCTS
26 SPUR DR
EL PASO, TX 79906

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5123 | $21,814.03 |

# EXHIBIT 1

M & R INDUSTRIAL SERVICES LTD
M & R INDUSTRIAL SERVICES LTD
PO Box 910
FOREST, ON N0N 1J0
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3957 | $234.77 |

# EXHIBIT 1

MAC ARTHUR CORP EFT
MAC ARTHUR CORP
PO Box 10
GRAND BLANC, MI 48439-0010

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0361 | $23,206.15 |

# EXHIBIT 1

MAC ARTHUR CORP EFT
MAC ARTHUR CORP
PO Box 10
GRAND BLANC, MI 48439-0010

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4883 | $0.00 |

# EXHIBIT 1

MACHINED PRODUCTS CO EFT
FABRICATED METALS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5144 | $92,356.62 |

# EXHIBIT 1

MADISON-KIPP CORP EFT
MADISON-KIPP CORP
PO Box 8043
MADISON, WI 53708-8043

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4321 | $0.00 |

# EXHIBIT 1

MADISON-KIPP CORP EFT
MADISON-KIPP CORP
PO Box 8043
MADISON, WI 53708-8043

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3611 | $0.00 |

# EXHIBIT 1

MADISON-KIPP CORP EFT
MADISON-KIPP CORP
PO Box 8043
MADISON, WI 53708-8043

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3176 | $0.00 |

# EXHIBIT 1

MADISON-KIPP CORP EFT
MADISON-KIPP CORP
PO Box 8043
MADISON, WI 53708-8043

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0715 | $0.00 |

# EXHIBIT 1

MAGENTA CORPORATION
MAGENTA CORP
3800 N MILWAUKEE AVE
CHICAGO, IL 60641-2844

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0338 | $0.00 |

# EXHIBIT 1

MAGNA POWERTRAIN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 5500000420, 5500000421 | $0.00 |

# EXHIBIT 1

MAGNESIUM ALUMINUM CORP
MAGNESIUM ALUMINUM CORP
3425 SERVICE RD
CLEVELAND, OH 44111

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4892 | $34,836.00 |

# EXHIBIT 1

Magnetoelastic Devices Inc
Director of Technology Marketing
17 Downing Three
Pittsfield, MA 01201-0000

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between General Motors Corporation and Magnetoelastic Devices, Inc. effective July 1, 1992 | $0.00 |

# EXHIBIT 1

Magnetoelastic Devices Inc
Director of Technology Marketing
17 Downing Three
Pittsfield, MA 01201-0000

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Agreement between General Motors Corporation and Magnetoelastic Devices, Inc. effective September 14, 1993 | $0.00 |

# EXHIBIT 1

Mahar Tool Supply Co
112 Williams Street
PO Box 1747
Saginaw, MI 48605

| Contract to be assumed: | Cure amount: |
|---|---|
| Trade Secret Agreement between Delphi Corporation and Mahar Tool Supply Co dated July 20, 2004 | $0.00 |

# EXHIBIT 1

Mahar Tool Supply Co
PO Box 50190
Indianapolis, IN 46250-6910

| Contract to be assumed: | Cure amount: |
|---|---|
| Trade Secret Agreement between Delphi Corporation and Mahar Tool Supply Co dated July 20, 2004 | $0.00 |

# EXHIBIT 1

Mando Corporation
akmco yangjae tower
949 3 dokock dong
kangnam-gu, Seoul 135-739
Korea Republic of (South)

| Contract to be assumed: | Cure amount: |
|---|---|
| Proprietary Information Agreement (Mutual) between Mando Corporation and Dephi Corporation dated July 29, 2004 | $0.00 |

# EXHIBIT 1

Mando Corporation
akmco yangjae tower
949 3 dokock dong
kangnam-gu, Seoul 135-739
Korea Republic of (South)

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between Mando Corporation and Delphi Corporation dated October 1, 2004 | $0.00 |

# EXHIBIT 1

MARIAH INDUSTRIES INC EFT
MARIAH INDUSTRIES INC
13125 E. EIGHT MILE RD
WARREN, MI 48089

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5148 | $0.00 |

# EXHIBIT 1

Marshall Tool Service Inc
2799 Iowa Ave
Saginaw, MI 48601-5459

| Contract to be assumed: | Cure amount: |
|---|---|
| Trade Secret Agreement between Delphi Corporation and Marshall Tool Service Inc. dated June 17, 2004 | $0.00 |

# EXHIBIT 1

MASTER AUTOMATIC INC EFT
MASTER AUTOMATIC MACHINE CO INC
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4412 | $3,013.76 |

# EXHIBIT 1

MASTER AUTOMATIC INC EFT
MASTER AUTOMATIC MACHINE CO INC
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5571 | $0.00 |

# EXHIBIT 1

MAY & SCOFIELD INC EFT
MAY & SCOFIELD INC
445 E VAN RIPER RD
FOWLERVILLE, MI 48836

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5550 | $0.00 |

# EXHIBIT 1

MAY & SCOFIELD INC EFT
MAY & SCOFIELD INC
445 E VAN RIPER RD
FOWLERVILLE, MI 48836

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4289 | $0.00 |

# EXHIBIT 1

MAY & SCOFIELD INC EFT
MAY & SCOFIELD INC
445 E VAN RIPER RD
FOWLERVILLE, MI 48836

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0732 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES INC EFT
MEANS INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4645 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES INC EFT
MEANS INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4386 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES INC EFT
MEANS INDUSTRIES INC
3715 E WASHINGTON RD
SAGINAW, MI 48601-9623

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4385 | $0.00 |

# EXHIBIT 1

MECANIZACIONES DEL SUR SA EFT
MECANIZACIONES DEL SUR MECASUR SA
CAR INGENIERIA 2 PARQUE IND BAHIA D
PUERTO DE SANTA MARIA, ES 11500
ES

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5712 | $0.00 |

# EXHIBIT 1

MECANIZACIONES DEL SUR SA EFT
MECANIZACIONES DEL SUR MECASUR SA
CAR INGENIERIA 2 PARQUE IND BAHIA D
PUERTO DE SANTA MARIA, ES 11500
ES

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5297 | $0.00 |

# EXHIBIT 1

MECHANICAL & INDUSTRIAL EFT FASTENERS MIFAST
MIFAST
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3243 | $2,730.00 |

# EXHIBIT 1

MECHANICAL & INDUSTRIAL EFT FASTENERS MIFAST
MIFAST
3555 WALNUT ST
PORT HURON, MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3013 | $17,842.65 |

# EXHIBIT 1

Mechanical Dynamics Inc
701Brazos St
Austin, TX 78701

| Contract to be assumed: | Cure amount: |
|---|---|
| Proposal No. 01898-00 for Virtual Prototyping Solutions for Automotive Systems Prepared by Mechanicl Dynamics, Inc in Collaboratin with Delphi Automotive Systems to Center for Transportation Technologies dated May 7, 2001 | $0.00 |

# EXHIBIT 1

MENDIGUREN Y ZARRAUA S A
MENDIGUREN Y ZARRAUA SA
PO Box 31
EIBAR, 20 20600
ES

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4847 | $9,640.96 |

# EXHIBIT 1

METAL FLOW CORPORATION EFT
METAL FLOW CORP
11694 JAMES ST
HOLLAND, MI 49424

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5440 | $0.00 |

# EXHIBIT 1

METAL MATIC INC
METAL-MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5603 | $6,097.19 |

# EXHIBIT 1

METAL MATIC INC
METAL-MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0209 | $36,983.33 |

# EXHIBIT 1

METAL TECHNOLOGIES INC EFT
METAL TECHNOLOGIES INC
429 4TH ST
THREE RIVERS, MI 49093-1601

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0778 | $311,657.59 |

# EXHIBIT 1

METALDYNE CORPORATION EFTMTSPC INC-PRECISION FORMING
FORMTECH INDUSTRIES LLC
19001 GLENDALE AVE
DETROIT, MI 48223

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3376 | $0.00 |

# EXHIBIT 1

METALDYNE FORGING OPERATIONS
METALDYNE FORMING TECHNOLOGIES-FT W
6710 INNOVATION BLVD
FORT WAYNE, IN 46818

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4198 | $0.00 |

# EXHIBIT 1

METALDYNE FORGING OPERATIONS
METALDYNE FORMING TECHNOLOGIES-FT W
6710 INNOVATION BLVD
FORT WAYNE, IN 46818

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4557 | $0.00 |

# EXHIBIT 1

METALFORMING TECHNOLOGIES INC
SALINE METAL SYSTEMS
905 WOODLAND DR
SALINE, MI 48176

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4944 | $0.00 |

# EXHIBIT 1

METFORM CORP EFT
METFORM L.L.C.
2946 WATERVIEW DR
ROCHESTER HILLS, MI 48309-4601

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2483 | $115,327.17 |

# EXHIBIT 1

METHODE ELECTRONICS INC EFT ATTN A\R
METHODE ELECTRONICS INC
24585 EVERGREEN RD
SOUTHFIELD, MI 48075

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0441 | $0.00 |

# EXHIBIT 1

MICHIGAN SPRING & STAMPING EFT
PRECISION PRODUCTS GROUP INC
PO Box 720
MUSKEGON, MI 49443

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5398 | $7,201.65 |

# EXHIBIT 1

MICHIGAN SPRING & STAMPING EFT
PRECISION PRODUCTS GROUP INC
PO Box 720
MUSKEGON, MI 49443

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4866 | $94,540.00 |

# EXHIBIT 1

MID CONTINENT SPRING CO EFT
MID CONTINENT SPRING
PO Box 407
UNION LAKE, MI 48387

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5624 | $420.24 |

# EXHIBIT 1

MID CONTINENT SPRING CO EFT
MID CONTINENT SPRING
PO Box 407
UNION LAKE, MI 48387

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3283 | $8,790.58 |

# EXHIBIT 1

MID CONTINENT SPRING CO EFT
MID CONTINENT SPRING
PO Box 407
UNION LAKE, MI 48387

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0786 | $187,464.10 |

# EXHIBIT 1

MIDLUX CAR GROUP FLINT
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s)<br>0,9R3006L,9R3008N,CN4009M,DLW000BH,DLW000 | $0.00 |

# EXHIBIT 1

MIDLUX CAR GROUP WARREN
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 6HT0002, 7TZ0000B, 9M902J0, 9M902J2, 9M902J3, 9M902J5, 9M902J6, 9M902J8, 9M902J9, 9M902JC, 9M902JD, 9M902JG, 9M902JJ, 9M902JK, 9M902N5, 9M902N6, 9M902NK, 9M902NL, 9R3004G, 9R3008T, 9R30099, 9R9003W, 9R9004P, 9R9004R, CN4007T, CN4009Z, CN400B1, DLR0004K, DLV0007C, DLV0007D, DLV0007F, DLV0007G, DLV0007L, DLW000MH, DLW000MN, DLW000T5, DLW000T6, JFC0048, JFC004W, JFC0053, JFC0055, MWG0028, MWG0029, MWG002B, MWG002D, MWG002G, MWG002M, Z1AAEPV, Z1AAFIL | $0.00 |

# EXHIBIT 1

MIDWEST STAMPING & MFG CO EFT
MIDWEST STAMPING INC
3455 BRIARFIELD BLVD STE A
MAUMEE, OH 43537

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5410 | $111,108.20 |

# EXHIBIT 1

Mikron Plastics Technology
150 Park Center Drive
Henrietta, NY 14586

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Mutual Confidentiality Agreement between Delphi Corporation and Mikron Plastics Technology dated October 1, 2003 | $0.00 |

# EXHIBIT 1

MILLENNIUM INDUSTRIES CORP EFT
MILLENNIUM INDUSTRIES CORP
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3442 | $585,170.32 |

# EXHIBIT 1

MILLENNIUM INDUSTRIES CORP EFT
MILLENNIUM INDUSTRIES CORP
6285 GARFIELD AVE
CASS CITY, MI 48726

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5356 | $0.00 |

# EXHIBIT 1

MISTEQUAY GROUP LTD
MISTEQUAY GROUP LTD
1212 N NIAGARA ST
SAGINAW, MI 48602-4742

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2033 | $0.00 |

# EXHIBIT 1

MNP CORPORATION EFT
MNP CORP
PO Box 189002
UTICA, MI 48318

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4743 | $223.56 |

# EXHIBIT 1

MOBIS ALABAMA
TOMMY NOAH PURCHASING BUYER
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) AB9H5 | $0.00 |

# EXHIBIT 1

MOCAP INC EFT
MOCAP INC
13100 MANCHESTER RD
SAINT LOUIS, MO 63131

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2076 | $271.25 |

# EXHIBIT 1

MONROE AUTO EQUIPMENT EFT TENNECO AUTOMOTIVE INC
MONROE MEXICO SA DE CV
BLVD FLORIDA NO 7 CARR RIVERENA
REYNOSA, TM 88690
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3533 | $0.00 |

# EXHIBIT 1

MONROE AUTO EQUIPMENT EFT TENNECO AUTOMOTIVE INC
MONROE MEXICO SA DE CV
BLVD FLORIDA NO 7 CARR RIVERENA
REYNOSA, TM 88690
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3967 | $0.00 |

# EXHIBIT 1

MONROE AUTO EQUIPMENT EFT TENNECO AUTOMOTIVE INC
TENNECO AUTOMOTIVE OPERATING CO
33 LOCKWOOD RD
MILAN, OH 44846

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5520 | $0.00 |

# EXHIBIT 1

MOTOR CITY STAMPING INC EFT
MOTOR CITY STAMPINGS INC
47783 N GRATIOT AVE
CHESTERFIELD, MI 48051

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0366 | $0.00 |

# EXHIBIT 1

Motorola Inc
21440 West Lake Cook Rd
Deer Park, IL 60010

| Contract to be assumed: | Cure amount: |
|---|---|
| Non-Disclosure Agreement between Motorola, Inc and Delphi Automotive Systems, Inc dated February 21, 2000 | $0.00 |

# EXHIBIT 1

Motorola Inc
21440 West Lake Cook Rd
Deer Park, IL 60010

| Contract to be assumed: | Cure amount: |
|---|---|
| Proprietary Information Agreement (Mutual) between Motorola, Inc and Delphi Corporation LLC dated April 19, 2002 | $0.00 |

# EXHIBIT 1

MPI INTERNATIONAL INC EFT
MPI INTERNATIONAL INC
1617 INDUSTRIAL RD
GREENEVILLE, TN 37745

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5259 | $0.00 |

# EXHIBIT 1

MPI INTERNATIONAL INC EFT
MPI INTERNATIONAL INC
1617 INDUSTRIAL RD
GREENEVILLE, TN 37745

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3331 | $0.00 |

# EXHIBIT 1

MRA INDUSTRIES INC EFT
MRA INDUSTRIES INC
44785 MACOMB INDUSTRIAL DR
CLINTON TOWNSHIP, MI 48036

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0763 | $7,375.60 |

# EXHIBIT 1

MUBEA INC EFT
MUBEA INC
8252 DIXIE HWY
FLORENCE, KY 41042

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1721 | $32,875.20 |

# EXHIBIT 1

MUELLER BRASS CO
MUELLER IMPACTS CO INC
2409 WILLS ST
MARYSVILLE, MI 48040

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5338 | $407.66 |

# EXHIBIT 1

MUELLER BRASS CO
MUELLER IMPACTS CO INC
2409 WILLS ST
MARYSVILLE, MI 48040

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4470 | $92,658.37 |

# EXHIBIT 1

Mursix Corporation (Twoson Esp)
718 Massachusetts Ave
Matthews, IN 46957

| Contract to be assumed: | Cure amount: |
|---|---|
| Proprietary Information Agreement (Mutual) between Motorola, Inc and Delphi Corporation LLC dated April 19, 2002 | $0.00 |

# EXHIBIT 1

MVS ROYAL OAK EFT
MACLEAN-FOGG CO (del)
3200 W 14 MILE RD
ROYAL OAK, MI 48073

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4213 | $0.00 |

# EXHIBIT 1

NACAM NORTH AMERICA CORP
1201 AVIATION BLVD
HEBRON, KY 41048

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) DELS1507 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I0734 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5590 | $522.00 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5549 | $3,626.20 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5573 | $5,749.88 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5007 | $21,466.61 |

# EXHIBIT 1

NATIONAL MOLDING CORP EFT
NATIONAL MOLDING CORP
5 DUBON CT
FARMINGDALE, NY 11735-1007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450164216 | $0.00 |

# EXHIBIT 1

National Renewable Energy Laboratory
Center for Transportation Technologies
1617 Cole Blvd
Golden, CO 80401-3393

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Proposal No. 01898-00 for Virtual Prototyping Solutions for Automotive Systems Prepared by Mechanicl Dynamics, Inc in Collaboratin with Delphi Automotive Systems to Center for Transportation Technologies dated May 7, 2001 | $0.00 |

# EXHIBIT 1

NEW UNITED MOTORS MFG INC
JAMIE SCHRECK CALEB DAVIS PURCHASING
45500 FREMONT BLVD
FREMONT, CA 94538

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) BP47916 | $0.00 |

# EXHIBIT 1

NIAGARA PLASTICS LLC EFT
NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509-4447

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0340 | $3,074.77 |

# EXHIBIT 1

NIAGARA PLASTICS LLC EFT
NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509-4447

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5638 | $0.00 |

# EXHIBIT 1

NIAGARA PLASTICS LLC EFT
NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509-4447

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5139 | $0.00 |

# EXHIBIT 1

NICE BALL BEARINGS INC
RBC BEARINGS INC
400 SULLIVAN WAY
TRENTON, NJ 08628-3499

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2005 | $0.00 |

# EXHIBIT 1

NILES USA INC
NILES USA INC
41129 JO DR
NOVI, MI 48375

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5366 | $0.00 |

# EXHIBIT 1

Nissan Motor Co Ltd
2 Takara cho
Kanagawa ku
Yokohama, Kanagawa 220-8623
Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidentiality Agreement between Nissan Motor Co., Ltd and Delphi Automotive Systems LLC dated October 27, 2004 | $0.00 |

# EXHIBIT 1

NISSAN MOTOR MANUFACTURING
JOHN WETZEL PEGGY STOUT PRODUCTION BUYER PURCHASING SERVICE
NISSAN DR
SMYRNA, TN 37167

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 731090023, SP5002 | $0.00 |

# EXHIBIT 1

NN BALL & ROLLER INC
NN INC
2000 WATERS EDGE DR
JOHNSON CITY, TN 37604

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5620 | $104,313.33 |

# EXHIBIT 1

North Alabama Gas District
108 Church Street
P.O. Box 1428
Madison, AL 35758

| Contract to be assumed: | Cure amount: |
| --- | --- |
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 | $0.00 |

# EXHIBIT 1

North Alabama Gas District
602 Dearborn Avenue
P.O. Drawer 2590
Muscle Shoals, AL 35662

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 | $0.00 |

# EXHIBIT 1

North Alabama Gas District
P.O. Box 2605
Muscle Shoals, AL 35660

| Contract to be assumed: | Cure amount: |
| --- | --- |
| License Agreement between General Motors Corporation and North Alabama Gas District dated March 25, 1982; and Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998 | $0.00 |

# EXHIBIT 1

North Renaissance Development LLC
909 Washington Ave., P.O. Box 348
Bay City, MI 48708

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Lease Agreement between North Renaissance Development LLC and Delphi Automotive Systems LLC dated March 20, 2001 for 915 S. Niagara, Saginaw, MI | $0.00 |

# EXHIBIT 1

North Renaissance Development LLC
909 Washington Ave., P.O. Box 348
Bay City, MI 48708

| Contract to be assumed: | Cure amount: |
|---|---|
| First Amendment to Lease Agreement dated March 31, 2005 | $0.00 |

# EXHIBIT 1

NORTH TEXAS PLASTICS
NORTH TEXAS PLASTICS INC
503 CHAPMAN DR
SANGER, TX 76266-9029

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0341 | $0.00 |

# EXHIBIT 1

NORTON CO\PERFORMANCE EFT PLASTICS CO
SAINT-GOBAIN PERFORMANCE PLASTICS
150 DEY RD
WAYNE, NJ 07470

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5417 | $5,340.00 |

# EXHIBIT 1

NORTON CO\PERFORMANCE EFT PLASTICS CO
SAINT-GOBAIN PERFORMANCE PLASTICS
150 DEY RD
WAYNE, NJ 07470

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3552 | $9,833.38 |

# EXHIBIT 1

NRI INDUSTRIES INC EFT
NRI INDUSTRIES
29200 NORTHWESTERN HWY STE 200
SOUTHFIELD, MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5382 | $0.09 |

# EXHIBIT 1

NSK CORPORATION
NSK CORP
PO Box 134007
ANN ARBOR, MI 48113-4007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4112 | $83,671.60 |

# EXHIBIT 1

NSK CORPORATION
NSK CORP
PO Box 134007
ANN ARBOR, MI 48113-4007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5503 | $127,519.20 |

# EXHIBIT 1

NSK Ltd
6 3
Ohsaki 1 Chome
Shinagawa ku, Tokyo 141
Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| UTJ II License Agreement between NSK and General Motors dated December 17, 1994 | $0.00 |

# EXHIBIT 1

NSS TECHNOLOGIES INC EFT
NATIONAL SET SCREW CORP
9075 GENERAL DR
PLYMOUTH, MI 48170-4680

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3807 | $88,309.49 |

# EXHIBIT 1

NSS TECHNOLOGIES INC EFT
NATIONAL SET SCREW CORP
9075 GENERAL DR
PLYMOUTH, MI 48170-4680

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4912 | $495,423.52 |

# EXHIBIT 1

NTN BEARING CORP OF AMERICA EFT
NTN BEARING CORP OF AMERICA
39255 W 12 MILE RD
FARMINGTON HILLS, MI 48331-2975

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5078 | $0.00 |

# EXHIBIT 1

NYLACAST LTD
NYLACAST LTD.
200 HASTINGS RD
LEICESTER  LEICESTERSHIRE, GB LE5 0HL
GB

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4785 | $0.00 |

# EXHIBIT 1

NYLACAST LTD
NYLACAST LTD.
200 HASTINGS RD
LEICESTER  LEICESTERSHIRE, GB LE5 0HL
GB

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5225 | $0.00 |

# EXHIBIT 1

OE SALES
JACK ROSENBLAD PURCHASING BUYER
239 OLD NEW BRUNSWICK RD
PISCATAWAY, NJ 08854

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) DUMBER OE1435, OE2000, OE2002, OE2858, OE3383, OE5344, OE546, OE5563, OE5795, OE5827, OE5867, OE5870, OE5903, OE5987, OE6135, OE8060, OE8085, OE8086, OE8095, OE9002, OE9011, OE9016, OE9025, OEA5935, OED2079G, OEF5907, OER2437, OER2475, OES3614, OES4185, OES5338, OES5754, OES5919, OES6053 | $0.00 |

# EXHIBIT 1

OETIKER INC EFT
OETIKER INC
PO Box 217
MARLETTE, MI 48453-0217

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0584 | $154.20 |

# EXHIBIT 1

OETIKER LTD EFT
OETIKER LTD
203 DUFFERIN ST S
ALLISTON, ON L9R 1E9
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4636 | $0.00 |

# EXHIBIT 1

OETIKER LTD EFT
OETIKER LTD
203 DUFFERIN ST S
ALLISTON, ON L9R 1E9
CA

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5397 | $0.00 |

# EXHIBIT 1

OETIKER LTD EFT
OETIKER LTD
203 DUFFERIN ST S
ALLISTON, ON L9R 1E9
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4318 | $0.00 |

# EXHIBIT 1

OMNI WAREHOUSE EFT
L&B CARTAGE INC
966 BRIDGEVIEW SOUTH
SAGINAW, MI 48604

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5485 | $0.00 |

# EXHIBIT 1

OMNI WAREHOUSE EFT
L&B CARTAGE INC
966 BRIDGEVIEW SOUTH
SAGINAW, MI 48604

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5609 | $0.00 |

# EXHIBIT 1

OMNI WAREHOUSE EFT
L&B CARTAGE INC
966 BRIDGEVIEW SOUTH
SAGINAW, MI 48604

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4736 | $0.00 |

# EXHIBIT 1

OPEL ESPANAA CISCO 72319
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 2100000H, 2100000K, X0VCH0002, X0VCH0009 | $0.00 |

# EXHIBIT 1

OTTO FUCHS METALLWERKE % HUPPERT EN
OTTO FUCHS METALLWERKE
41000 WOODWARD AVE STE 340
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2863 | $0.00 |

# EXHIBIT 1

OUTIL ET MATRICE EFT HARRINGTON INC
OUTIL & MATRICE HARRINGTON INC
2555 BOUL MATTE
BROSSARD, QC J4Y 2H1
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4741 | $77,643.25 |

# EXHIBIT 1

OUTIL ET MATRICE EFT HARRINGTON INC
OUTIL & MATRICE HARRINGTON INC
2555 BOUL MATTE
BROSSARD, QC J4Y 2H1
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4519 | $77,842.50 |

# EXHIBIT 1

OUTIL ET MATRICE EFT HARRINGTON INC
OUTIL & MATRICE HARRINGTON INC
2555 BOUL MATTE
BROSSARD, QC J4Y 2H1
CA

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5695 | $0.00 |

# EXHIBIT 1

P & R FASTENERS INC EFT
P&R FASTENERS INC
325 PIERCE ST
SOMERSET, NJ 08873-1229

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4140 | $0.00 |

# EXHIBIT 1

P J SPRING CO INC
P J SPRING CO INC
1180 ATLANTIC DR
WEST CHICAGO, IL 60185

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2131 | $6,085.80 |

# EXHIBIT 1

PARKER ENGINEERED SEALS EFT
PARKER HANNIFIN CORP
501 S SYCAMORE ST
SYRACUSE, IN 46567-1529

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I0556 | $99,545.80 |

# EXHIBIT 1

PARKER HANNIFIN CORPORATION PARKER HANNIFIN C3146
PARKER HANNIFIN (CANADA) INC
64 TROWERS RD UNIT #1
WOODBRIDGE, ON L4L 7K5
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5277 | $128.00 |

# EXHIBIT 1

PARKER SEAL DE MEXICO SA
PARKER SEAL DE MEXICO SA DE CV
RIO LERMA NO 221.
TLALNEPANTLA, EM 54030
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4422 | $3,943.50 |

# EXHIBIT 1

PARKER SEAL EFT
PARKER HANNIFIN CORP
2565 NW PARKWAY
ELGIN, IL 60123

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5074 | $62,587.69 |

# EXHIBIT 1

Patent Counsel
TRW Inc
1900 Richmond Rd
Cleveland, OH 44124

| Contract to be assumed: | Cure amount: |
|---|---|
| Patent License Agreement between TRW Inc. and Delphi Automotive Systems Corporation dated November 23, 1999 | $0.00 |

# EXHIBIT 1

PAULO PRODUCTS CO
PAULO PRODUCTS CO
1307 RUTLEDGE WAY
MURFREESBORO, TN 37129

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450156834 | $0.00 |

# EXHIBIT 1

PETERSON MFG CO EFT
PETERSON MANUFACTURING CO
155 CATTLEMEN RD
SARASOTA, FL 34232-6308

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0367 | $415.28 |

# EXHIBIT 1

PETERSON SPRING GEORGIA EFT
PETERSON AMERICAN CORP
600 OLD HULL RD
ATHENS, GA 30601

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0267 | $0.00 |

# EXHIBIT 1

PEUGEOT
TOUR MANHATTAN
LA DEFENSE
PARIS, - 92094
FRANCE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 11203962 | $0.00 |

# EXHIBIT 1

PHILLIPS PLASTICS CORP EFT
PHILLIPS PLASTICS CORP
30230 ORCHARD LAKE RD STE 150
FARMINGTON HILLS, MI 48334

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4884 | $19,840.20 |

# EXHIBIT 1

PITNEY BOWES INC EFT FASCIMILE DIV
IMAGISTICS INTERNATIONAL INC
24590 LAHSER RD
SOUTHFIELD, MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450162751 | $0.00 |

# EXHIBIT 1

PLASTECH MANUFACTURING EFT (not Eng or Corp)
PLASTECH ENGINEERED PRODUCTS INC
1111 S COLLING RD
CARO, MI 48723

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0343 | $0.00 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
PLASTIC SOLUTIONS INC
759 W CHIPPEWA AVE
SOUTH BEND, IN 46614

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0495 | $7,479.39 |

# EXHIBIT 1

PLASTIC SOLUTIONS INC
PLASTIC SOLUTIONS INC
759 W CHIPPEWA AVE
SOUTH BEND, IN 46614

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4994 | $38,511.13 |

# EXHIBIT 1

POHLMAN INC.
POHLMAN INC.
140 LONG RD
CHESTERFIELD, MO 63005

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4285 | $179,280.00 |

# EXHIBIT 1

POHLMAN INC.
POHLMAN INC.
140 LONG RD
CHESTERFIELD, MO 63005

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4024 | $0.00 |

# EXHIBIT 1

Polaris Industries Inc
2100 North Highway 55
Medina, MN 55340-9770

| Contract to be assumed: | Cure amount: |
|---|---|
| Confidential Disclosure Agreement between Polaris Industries Inc and Delphi Corporation dated February 19, 2004 | $0.00 |

# EXHIBIT 1

POLTRON CORPORATION EFT
POLTRON CORP
5123 PEGASUS CT STE E
FREDERICK, MD 21704

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2871 | $349,357.60 |

# EXHIBIT 1

PONTIAC COIL INC
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5475 | $0.00 |

# EXHIBIT 1

PRECISION MFG CO INC
PRECISION MANUFACTURING CO INC
2149 VALLEY PIKE
DAYTON, OH 45404-2542

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2576 | $0.00 |

# EXHIBIT 1

PRECISION PLASTIC & DIE CO EFT
PRECISION PLASTIC & DIE CO
2545 W MAPLE RD STE 1
TROY, MI 48084-7114

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0344 | $0.00 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5351 | $561.00 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5350 | $5,247.12 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3347 | $27,390.69 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5405 | $0.00 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5659 | $0.00 |

# EXHIBIT 1

PRIDGEON & CLAY INC EFT
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5324 | $0.00 |

# EXHIBIT 1

PRODUCTION MACHINING OF ALMA INC
PRODUCTION MACHINING OF ALMA INC
6595 N JEROME RD
ALMA, MI 48801-9706

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0145 | $0.00 |

# EXHIBIT 1

PROGRESSIVE STAMPING CO EFTINC
PROGRESSIVE STAMPING CO DE INC
2807 SAMOSET RD
ROYAL OAK, MI 48073-1726

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1291 | $0.00 |

# EXHIBIT 1

PROGRESSIVE STAMPING CO EFTINC
PROGRESSIVE STAMPING CO DE INC
2807 SAMOSET RD
ROYAL OAK, MI 48073-1726

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1234 | $0.00 |

# EXHIBIT 1

PROTECTIVE CLOSURES CO INC EFTCAPLUGS DIV
CAPLUGS LLC
2150 ELMWOOD AVE
BUFFALO, NY 14207-1984

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4904 | $4,269.05 |

# EXHIBIT 1

R & L SPRING COMPANY EFT
R&L SPRING CO
1097 GENEVA PKY
LAKE GENEVA, WI 53147

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1704 | $15,282.00 |

# EXHIBIT 1

RALCO INDUSTRIES INC EFT
RALCO INDUSTRIES INC
2720 AUBURN CT
AUBURN HILLS, MI 48326-3202

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5653 | $0.00 |

# EXHIBIT 1

RALCO INDUSTRIES INC EFT
RALCO INDUSTRIES INC
2720 AUBURN CT
AUBURN HILLS, MI 48326-3202

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5586 | $0.00 |

# EXHIBIT 1

RANGER TOOL & DIE CO EFT
RANGER TOOL & DIE CO INC
317 S WESTERVELT RD
SAGINAW, MI 48604-1330

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5104 | $0.00 |

# EXHIBIT 1

RANGER TOOL & DIE CO EFT
RANGER TOOL & DIE CO INC
317 S WESTERVELT RD
SAGINAW, MI 48604-1330

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5679 | $0.00 |

# EXHIBIT 1

REA INTERNATIONAL INC EFT AMK METAL PRODUCTS
MARTINREA INTERNATIONAL INC
7405 TRANMERE RD
MISSISSAUGA, ON L5S 1L4
CA

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4351 | $0.00 |

# EXHIBIT 1

RECYDE SA EFT
RECYDE SA
CALLE ELLORRIO BIDE, S/N
ELGETA, 20 20690
ES

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5248 | $0.00 |

# EXHIBIT 1

REMAN INC EFT
REMAN INC
6586 HIGHWAY 13
MORTON, MS 39117-5352

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5165 | $0.00 |

# EXHIBIT 1

REMAN INC EFT
REMAN INC
6586 HIGHWAY 13
MORTON, MS 39117-5352

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4451 | $0.00 |

# EXHIBIT 1

REME SA DE CV
REME SA DE CV
AV 5 DE FEBRERO NO 1718
QUERETARO, QA 76130
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5346 | $0.00 |

# EXHIBIT 1

Renault s a s
Societe par Actions Simplifiee
13/15 Quai Alphonse Le Gallo
92100 Boulogne Billancourt, - -
France

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Development Agreement between Renault s.a.s. and Delphi Automotive Systems LLC | $0.00 |

# EXHIBIT 1

RENAULT SAS GRAND COURONNE
13 15 QUAI ALPHONSE LE GALLO
F92513 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 268284 | $0.00 |

# EXHIBIT 1

RENAULT SERVICE 0753
8 10 AVE EMILE ZOLA
F 92109 BOULOGNE BILLANCOURT
CEDEX, - -
FRANCE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 215578, 268284, 290139, 331674, 343880 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4437 | $1,692.15 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4626 | $6,139.06 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4432 | $17,106.05 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4433 | $20,501.34 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4443 | $20,769.76 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3915 | $23,486.78 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4504 | $33,468.85 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4441 | $66,208.73 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4439 | $77,799.17 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4624 | $106,181.18 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4442 | $119,993.99 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5303 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3914 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5130 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4502 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4444 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4438 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4431 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4426 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3911 | $0.00 |

# EXHIBIT 1

REPUBLIC ENGINEERED PRODUCTS, INC
REPUBLIC ENGINEERED PRODUCTS LLC
3770 EMBASSY PKY
AKRON, OH 44333

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3917 | $0.00 |

# EXHIBIT 1

RING MASTERS LLC
RING MASTERS LLC
240 6TH ST NW
MASSILLON, OH 44647

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5312 | $6,376.25 |

# EXHIBIT 1

RING SCREW DIV EFT
ACUMENT GLOBAL TECHNOLOGIES INC
4160 BALDWIN RD
HOLLY, MI 48442-9328

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5566 | $30,962.52 |

# EXHIBIT 1

RJW MANUFACTURING INC
RJW MANUFACTURING INC
PO Box 1103
ATHENS, AL 35612-1103

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0460007010 | $0.00 |

# EXHIBIT 1

ROBERT BOSCH CORPORATION EFT 1
BOSCH, ROBERT CORP
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5418 | $0.00 |

# EXHIBIT 1

ROBERT BOSCH CORPORATION EFT 1
BOSCH, ROBERT CORP
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2831 | $0.00 |

# EXHIBIT 1

ROBERT BOSCH CORPORATION EFT 1
BOSCH, ROBERT CORP
38000 HILLS TECH DR
FARMINGTON HILLS, MI 48331-2417

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5020 | $0.00 |

# EXHIBIT 1

ROBIN INDUSTRIES INC
ROBIN INDUSTRIES INC
1265 W 65TH ST
CLEVELAND, OH 44102-2198

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2523 | $9,615.00 |

# EXHIBIT 1

ROCKFORD PRODUCTS EFT CORPORATION
ROCKFORD PRODUCTS CORP
707 HARRISON AVE
ROCKFORD, IL 61104-7162

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5052 | $0.00 |

# EXHIBIT 1

ROTAFORM LLC
ROTAFORM LLC
1420 S LIVERNOIS RD
ROCHESTER HILLS, MI 48307

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5339 | $5,920.00 |

# EXHIBIT 1

ROTAFORM LLC
ROTAFORM LLC
1420 S LIVERNOIS RD
ROCHESTER HILLS, MI 48307

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5656 | $0.00 |

# EXHIBIT 1

ROTOR CLIP CO INC EFT
ROTOR CLIP CO INC
187 DAVIDSON AVE
SOMERSET, NJ 08873-4192

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0397 | $8,101.95 |

# EXHIBIT 1

ROTOR CLIP CO INC EFT
ROTOR CLIP CO INC
187 DAVIDSON AVE
SOMERSET, NJ 08873-4192

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2004 | $0.00 |

# EXHIBIT 1

ROTOR CLIP CO INC EFT
ROTOR CLIP CO INC
187 DAVIDSON AVE
SOMERSET, NJ 08873-4192

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2950 | $0.00 |

# EXHIBIT 1

S & Z TOOL & DIE CO INC EFT
S & Z METALWORKS LTD
PO Box 74544
CLEVELAND, OH 44194-4544

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5449 | $0.00 |

# EXHIBIT 1

SAAB AUTOMOBIL AB
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 1CHP0009, 1CHP000C, 1CHP000D, 1CHP000G, 1CHP000K, 1CHP000L, 1CHP000M, 1CHP000P, 1CHP000W, 1CHP0015, 1CHP0016, 1CHP001B, X1CH9000N, X1CHP0009, X1CHP000D, X1CHP000F, X1CHP000G, X1CHP000H, X1CHP000J, X1CHP000K, X1CHP000L, X1CHP000M, X1CHP000N, X1CHP000P, X1CHP000W, X1CHP000X, X1CHP0013, X1CHP0014, X1CHP0015, X1CHP0016, X1CHP0017, XICHP000F | $0.00 |

# EXHIBIT 1

SAAB SCANIA OF AMERICA INC
LEIGH DUSHANE
30009 VAN DYKE
101968
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 101968 | $0.00 |

# EXHIBIT 1

SABO INDUSTRIA E COMERCIO LTDAATT VALERIE BEASON
Sabo Ltda
44099 Plymouth Oaks Blvd
Plymouth, MI 48170-6527

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3978 | $0.00 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed: | Cure amount: |
|---|---|
| Lease Agreement between Saginaw Centre Development Company , L.L.C. and Delphi Automotive Systems LLC dated November 2, 1999 for 310 Johnson St., Saginaw, MI | $0.00 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed: | Cure amount: |
|---|---|
| Lease Extension and Amendment Agreement dated November 1, 2001 | $0.00 |

# EXHIBIT 1

Saginaw Centre Development Company, L.L.C.
804 S. Hamilton St.
Saginaw, MI 48602

| Contract to be assumed: | Cure amount: |
|---|---|
| Lease Extension and Amendment Agreement dated July 30, 2003 | $0.00 |

# EXHIBIT 1

Saginaw Deutschland G m b H

| Contract to be assumed: | Cure amount: |
|---|---|
| Technology License and Service Agreement between Saginaw Division of General Motors Corporation and Saginaw Deutschland G.m.b.H. effective January 1, 1993; Addendums dated December 17, 2003 and January 14, 2004 | $0.00 |

# EXHIBIT 1

Saginaw Deutschland G m b H

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Technology License and Service Agreement between Saginaw Division of General Motors Corporation and Saginaw Deutschland G.m.b.H. effective January 1, 1993; Addendums dated December 17, 2003 and January 14, 2004 | $0.00 |

# EXHIBIT 1

SAGINAW VALLEY REHAB CTR EFT
SVRC INDUSTRIES INC
919 VETERANS MEMORIAL PKY
SAGINAW, MI 48601-1432

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4773 | $0.00 |

# EXHIBIT 1

Sandia Corporation
Attn Russell D Skocypec
1515 Eubank Blvd SE Bldg 957
CRADA SC92 01133
Albuquerque, NM 87123

| Contract to be assumed: | Cure amount: |
|---|---|
| Stevenson-Wydler Cooperative Research and Development Agreement No. SC92/01133 between Sandia Corporation and General Motors Corporation | $0.00 |

# EXHIBIT 1

Sandia Corporation
Attn Russell D Skocypec
P O Box 5800
CRADA SC92 01133
Albuquerque, NM 87185-5800

| Contract to be assumed: | Cure amount: |
|---|---|
| Stevenson-Wydler Cooperative Research and Development Agreement No. SC92/01133 between Sandia Corporation and General Motors Corporation | $0.00 |

# EXHIBIT 1

SANLUIS RASSINI INTL INC EFT
SANLUIS RASSINI INTERNATIONAL INC
14500 BECK RD
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4565 | $0.00 |

# EXHIBIT 1

SARNATECH BNL USA INC
BNL (USA) INC
56 LEONARD ST UNIT 5
FOXBORO, MA 02035

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5048 | $0.00 |

# EXHIBIT 1

SATURN CORPORATION
LEIGH DUSHANE WAYNE THOMPSON SPECIAL PROJECTS COORDINATOR SERVICE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 103270, 107086, 108884 | $0.00 |

# EXHIBIT 1

SCATE eLearning Inc
100 Engelwood Dr Ste F
Orion, MI 48359

| Contract to be assumed: | Cure amount: |
| --- | --- |
| License Agreement between Delphi Technologies, Inc. and SCATE eLearning, Inc. dated February 24, 2005; License Agreement between Delphi Technologies, Inc. and SCATE eLearning, Inc. dated June 30, 2004; Proprietary Information Agreement between Delphi Technologies, Inc. and Scate eLearning, Inc. dated April 23, 2004 | $0.00 |

# EXHIBIT 1

Scott A. Abney, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Project Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama | $0.00 |

# EXHIBIT 1

Scott A. Abney, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

| Contract to be assumed: | Cure amount: |
|---|---|
| Reciprocal Utility and Access Easement Agreement dated as of September 10, 2002 between Delphi Automotive Systems LLC and Alabama Incentives Financing Authority regarding "Plant 22" in Athens Alabama | $0.00 |

# EXHIBIT 1

SCREW MACHINING COMPONENTS EFTINC
SMC AMERICA INC
1679 ELMHURST RD
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5452 | $36,868.80 |

# EXHIBIT 1

SCREW MACHINING COMPONENTS EFTINC
SMC AMERICA INC
1679 ELMHURST RD
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4540 | $80,745.01 |

# EXHIBIT 1

SCREW MACHINING COMPONENTS EFTINC
SMC AMERICA INC
1679 ELMHURST RD
ELK GROVE VILLAGE, IL 60007

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4328 | $0.00 |

# EXHIBIT 1

SELECT TOOL & DIE CORP EFT
SELECT INDUSTRIES CORP
PO Box 887
DAYTON, OH 45401-0887

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3336 | $11,475.37 |

# EXHIBIT 1

SEMBLEX CORPORATION EFT
SEMBLEX CORP
199 W DIVERSEY
ELMHURST, IL 60126-1162

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5479 | $0.00 |

# EXHIBIT 1

SEVERSTAL NORTH AMERICA INC
SEVERSTAL NORTH AMERICA INC
3001 MILLER RD
DEARBORN, MI 48121

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2428 | $0.00 |

# EXHIBIT 1

SHINCHANG AMERICA EFT
SHINCHANG AMERICA CORPORATION
47200 PORT ST
PLYMOUTH, MI 48170-6082

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I5453 | $0.00 |

# EXHIBIT 1

SHIVELY BROS INC EFT
SHIVELY BROTHERS INC
PO Box 1347
SAGINAW, MI 48605-1347

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I2633 | $1,415.20 |

# EXHIBIT 1

Siemen UGS
5400 Legacy Rd
Plano, TX 75024

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Agreement regarding Confidentiality of HM-DPD Discussions between UGS PLM Solutions and Delphi Technologies, Inc. dated March 3, 2004 | $0.00 |

# EXHIBIT 1

SINCLAIR & RUSH INC EFT
SINCLAIR & RUSH INC
123 MANUFACTURERS DR
ARNOLD, MO 63010

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0475 | $1,832.30 |

# EXHIBIT 1

SINTERMEX S A DE C V EFT
METAL POWDER PRODUCTS MEXICO S DE
ACCESO II MAZANA 3-38
QUERETARO, QRO 76130
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5674 | $0.00 |

# EXHIBIT 1

SMALL CAR GROUP LAD
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 163X0000, 163X0003, 9PX001W, 9PX001X, 9PX0027, 9PX0028, 9PX0029, 9R3007N, DLW000NV, DLW000NW | $0.00 |

# EXHIBIT 1

SMALL PARTS INC EFT
SMALL PARTS INC
600 HUMPHREY ST.
LOGANSPORT, IN 46947-4949

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2634 | $1,536.70 |

# EXHIBIT 1

SMALL PARTS INC EFT
SMALL PARTS INC
600 HUMPHREY ST.
LOGANSPORT, IN 46947-4949

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5387 | $0.00 |

# EXHIBIT 1

SMALLEY STEEL RING CO EFT
SMALLEY STEEL RING CO
555 OAKWOOD RD
LAKE ZURICH, IL 60047

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5430 | $1,203.25 |

# EXHIBIT 1

SMALLEY STEEL RING CO EFT
SMALLEY STEEL RING CO
555 OAKWOOD RD
LAKE ZURICH, IL 60047

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0266 | $10,478.15 |

# EXHIBIT 1

Software Engineering Corporation
1520 Ecatk??? ??? Ste 101
Seattle, WA 98102

| Contract to be assumed: | Cure amount: |
|---|---|
| Consulting Agreement between Software Engineering Corporation and Delphi Automotive Systems LLC dated January 9, 2001 | $0.00 |

# EXHIBIT 1

SOLECTRON MANUFACTURA DE EFT MEXICO SA CV
SOLECTRON MANUFACTURA DE MEXICO SA
PROL AV LOPEZ MATEOS SUR NO.2915
KM 6.5, COL. LA TIJERA
TLAJOMULCO DE ZUNIGA, JAL 45640
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5682 | $0.00 |

# EXHIBIT 1

SOPUS PRODUCTS SHELL OIL PRODUCTS US
SHELL PIPELINE CO LP
PO Box 4427
HOUSTON, TX 77210-4427

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5595 | $35,141.75 |

# EXHIBIT 1

SP DIV NMC LLC EFT
SECURITY PLASTICS DIVISION/NMC LLC
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5001 | $663.46 |

# EXHIBIT 1

SP DIV NMC LLC EFT
SECURITY PLASTICS DIVISION/NMC LLC
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5401 | $1,793.40 |

# EXHIBIT 1

SP DIV NMC LLC EFT
SECURITY PLASTICS DIVISION/NMC LLC
14427 NW 60TH AVE
MIAMI LAKES, FL 33014

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4961 | $5,786.30 |

# EXHIBIT 1

SPECIAL DEVICES INC
SPECIAL DEVICES INC
3431 N RESEDA CIR
MESA, AZ 85215

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5258 | $560.00 |

# EXHIBIT 1

SPIRAL INDUSTRIES INC EFT
SPIRAL INDUSTRIES INC
1572 N OLD US 23
HOWELL, MI 48843

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4003 | $1,636.03 |

# EXHIBIT 1

SPIROL INTERNATIONAL CORP EFT
SPIROL INTERNATIONAL CORP
30 ROCK AVE
DANIELSON, CT 06239-1434

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2941 | $0.00 |

# EXHIBIT 1

SPO
MARSHA SMITH SR BUYER
6200 GRAND POINTE DR
GRAND BLANC, MI 48439

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) F028572, F028793, GM37531, GM45662, GM45663, GM45664 | $0.00 |

# EXHIBIT 1

SPO MEXICO
ANASTACIO RIVERA MATERIAL ANALYST
FRACC INDUSTRIAL
TOLUCA EDO DE MEX
- - CP 50000
MEX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 9D7000DW, 9D7000J2, 9D7000J3, 9D7000J6, 9D7000JB, 9D7000JG, 9D7000JL, 9D7000JP, 9D7000JR, 9D7000JT, 9D70003X, 9D70003X, 9D7000K2, 9D7000K9, 9D7000KB, 9D7000KC, 9D7000KD, 9D7000KF, 9D7000KG, 9D7000KH, 9D7000KJ, 9D7000KL, 9D7000KM, 9D7000KR, 9D7000KV, 9D7000KW, 9D7000KX, 9D7000L2, 9D7000L3, 9D7000L4, 9D7000L5, 9D7000L8, 9D7000L9, 9D7000LH, 9D7000LM, 9D7000LV, 9D7000LW, 9D7000LX, 9D7000LZ, 9D7000M0, 9D7000M3, 9D7000M4, 9D7000M5, 9D7000M6, 9D7000M7, 9D7000M8, 9D7000M9, 9D7000MB, 9D7000MC, 9D7000MD, 9D7000MF, 9D7000MG, 9D7000ML, 9D7000MN, 9D7000MR, 9D7000MT, 9D7000MV, 9D7000MW, 9D7000MX, 9D7000N0, 9D7000N1, 9D7000N2, 9D7000N4, 9D7000N6, 9D7000N7, 9D7000N9, 9D7000NC, 9D7000ND, 9D7000NF, 9D7000NG, 9D7000NJ, 9D7000NM, 9D7000NN, 9D7000NP, 9D7000NR, 9D7000NX, 9D7000NZ, 9D7000P1, 9D7000P2, 9D7000P4, 9D7000P8, 9D7000PK, 9D7000PL, 9D7000PN, 9D7000PV, 9D7000PW, 9D7000PZ, 9D7000R1, 9D7000R2, 9D7000R3, 9D7000R5, 9D7000R6, 9D7000R7, 9D7000RB, 9D7000RF, 9D7000RG, 9D7000RJ, 9D7000RK, 9D7000RL, 9D7000RO, 9D7000RR, 9D7000TM, 9D7000TT, 9D7000TZ, 9D7000V2, 9D7000V3, 9D7000V4, 9D7000V8, 9D7000V9, 9D7000VB, 9D7000VD, 9D7000VF, 9D7000VT, 9D7000W0, 9D7000W2, 9D7000W3, 9D7000W5, 9D7000W6, 9D7000W7, 9D7000W8, 9D7000WC, 9D7000WD, 9D7000WH, 9D7000WJ, 9D7000WK, 9D7000WL, 9D7000WN, 9D7000WR, 9D7000WW, 9D7000X1, 9D7000X5, 9D7000X6, 9D7000X7, 9D7000X9, 9D7000XB, 9D7000XC, 9D7000XH, 9D7000XJ, 9D7000XK, 9D7000XN, 9D7000XP, 9D7000XR, 9D7000XT, 9D7000XV, 9D7000XZ, 9D7000Z5, 9D7000Z8, 9D7000Z9, 9D7000ZC, 9D7000ZF, 9D7000ZH, 9D7000ZL, 9D7000ZM, 9D7000ZR, 9D7000ZV, 9D7000ZX, 9D700100, 9D700102, 9D700107, 9D700108, 9D70010C, 9D70010D, 9D70010G, 9D70010H, 9D70010J, 9D70010K, 9D70010L, 9D70010M, 9D70010N, 9D70010P, 9D70010X, 9D700110, 9D700114, 9D700115, 9D700116, 9D700117, 9D700118, 9D70011P, 9D70011C, 9D70011D, 9D70011F, 9D70011H, 9D70011K, 9D70011R, 9D70011T, 9D70011W, 9D70011X, 9D700120, 9D700123, 9D700124, 9D700126, 9D70012D, 9D70012G, 9D70012H, 9D70012K, 9D70012L, 9D70012P, 9D70012T, 9D70012V, 9D70012W, 9D700132, 9D700133, 9D700135, 9D700136, 9D700138, 9D700139, 9D70013B, 9D70013C, 9D70013D, 9D70013F, 9D70013H, 9D70013M, 9D70014H | $0.00 |

# EXHIBIT 1

SPRING ENGINEERING & MFG CORP
SPRING ENGINEERING & MFG CORP
7820 N LILLEY RD
CANTON, MI 48187

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0161 | $423.36 |

# EXHIBIT 1

SPRING ENGINEERING & MFG CORP
SPRING ENGINEERING & MFG CORP
7820 N LILLEY RD
CANTON, MI 48187

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0603 | $10,288.80 |

# EXHIBIT 1

SPS TECHNOLOGIES WATERFORD EFT
SPS TECHNOLOGIES INC
5331 DIXIE HWY
WATERFORD, MI 48329-1612

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4769 | $8,250.49 |

# EXHIBIT 1

SPS TECHNOLOGIES WATERFORD EFT
SPS TECHNOLOGIES INC
5331 DIXIE HWY
WATERFORD, MI 48329-1612

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4764 | $61,758.29 |

# EXHIBIT 1

SSI TECHNOLOGIES INC EFT
SSI TECHNOLOGIES INC
3330 PALMER DR
JANESVILLE, WI 53546

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1120 | $0.00 |

# EXHIBIT 1

ST CLAIR PLASTICS CO EFT
ST CLAIR PLASTICS CO
30855 TETON PL
CHESTERFIELD, MI 48047

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5031 | $0.00 |

# EXHIBIT 1

ST CLAIR PLASTICS CO EFT
ST CLAIR PLASTICS CO
30855 TETON PL
CHESTERFIELD, MI 48047

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4956 | $0.00 |

# EXHIBIT 1

ST CLAIR PLASTICS CO EFT
ST CLAIR PLASTICS CO
30855 TETON PL
CHESTERFIELD, MI 48047

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0349 | $0.00 |

# EXHIBIT 1

ST MARYS CARBON CO INC EFT
ST MARYS CARBON CO INC
259 EBERL ST
SAINT MARYS, PA 15857-1661

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0645 | $49,788.00 |

# EXHIBIT 1

STAHL SPECIALTY COMPANY EFT
STAHL SPECIALTY COMPANY
PO Box 6
KINGSVILLE, MO 64061-0006

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2546 | $231,706.80 |

# EXHIBIT 1

STANDARD HORSE NAIL CORP.
STANDARD HORSE NAIL CORP
PO Box 316
NEW BRIGHTON, PA 15066-0316

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I3164 | $0.00 |

# EXHIBIT 1

STANDARD HORSE NAIL CORP.
STANDARD HORSE NAIL CORP
PO Box 316
NEW BRIGHTON, PA 15066-0316

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0921 | $0.00 |

# EXHIBIT 1

STANT MANUFACTURING INC
STANT MANUFACTURING INC
1620 COLUMBIA AVE
CONNERSVILLE, IN 47331-1672

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0225 | $0.00 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3390 | $7,085.64 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4486 | $197,685.47 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1560 | $251,149.09 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0706 | $280,382.71 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5534 | $1,139,087.61 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5530 | $1,520,002.89 |

# EXHIBIT 1

STRATTEC SECURITY CORP EFT
STRATTEC SECURITY CORP
2075 W BIG BEAVER RD STE 200
TROY, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5651 | $0.00 |

# EXHIBIT 1

SUNDANCE DIE CUT
SUNDANCE DIE CUT LLC
800 DIVISION LOOP
MINERAL WELLS, TX 76067-9270

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4964 | $13,844.30 |

# EXHIBIT 1

SUPER AUTO FORGE INC
SUPER AUTO FORGE INC
42400 GRAND RIVER AVE STE 205
NOVI, MI 48375

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5363 | $4,840.50 |

# EXHIBIT 1

T & L AUTOMATICS INC EFT
T&L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613-1817

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5236 | $11,479.27 |

# EXHIBIT 1

T & L AUTOMATICS INC EFT
T&L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613-1817

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4060 | $33,206.83 |

# EXHIBIT 1

TAESUNG RUBBER & CHEMICAL EFTCO LTD
TAESUNG RUBBER & CHEMICAL CO LTD
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5145 | $35,769.72 |

# EXHIBIT 1

TAIGENE ELECTRIC MACHINERY CO LTD
TAIGENE ELECTRIC MACHINE CO
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5675 | $0.00 |

# EXHIBIT 1

TAIGENE ELECTRIC MACHINERY CO LTD
TAIGENE ELECTRIC MACHINE CO
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4692 | $0.00 |

# EXHIBIT 1

TAURUS INTERNATIONAL EFT CORP
TAURUS INTERNATIONAL INC
275 N FRANKLIN TPKE STE 3
RAMSEY, NJ 07446

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4677 | $0.00 |

# EXHIBIT 1

TDK CORPORATION OF AMERICA EFT
TDK CORP OF AMERICA
1221 BUSINESS CENTER DR
MOUNT PROSPECT, IL 60056

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0638 | $12,056.66 |

# EXHIBIT 1

TDK CORPORATION OF AMERICA EFT
TDK CORP OF AMERICA
1221 BUSINESS CENTER DR
MOUNT PROSPECT, IL 60056

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5634 | $0.00 |

# EXHIBIT 1

TEALE MACHINE CO INC EFT
TEALE MACHINE CO INC
1425 UNIVERSITY AVE
ROCHESTER, NY 14607-1617

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0416 | $0.00 |

# EXHIBIT 1

TELEFLEX INC EFT
TELEFLEX INCORPORATED
700 STEPHENSON HWY
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I0952 | $144,080.72 |

# EXHIBIT 1

TEMIC AUTOMOTIVE OF NORTH EFT
TEMIC AUTOMOTIVE OF NORTH AMERICA I
37101 CORPORATE DR
FARMINGTON HILLS, MI 48331

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4704 | $2,255,696.88 |

# EXHIBIT 1

TESMA INTERNATIONAL INC
MAGNA POWERTRAIN USA INC
1775 RESEARCH DR
TROY, MI 48083

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4823 | $936.36 |

# EXHIBIT 1

TESMA INTERNATIONAL INC
TESMA INTERNATIONAL
23300 HAGGERTY RD STE 200
FARMINGTON HILLS, MI 48335

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3630 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1974 Lease (Plant 21) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama April 1, 1975 Lease (Plant 21 Water Pollution Control Facility) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama August 8, 1975 Lease (22.1 Acres of Land) - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama September 1, 1977 Lease (Plant 22) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease (Plant 22) - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama December 1, 1981 Lease (Addition to Plant 21) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1981 Lease  - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Board Trustee
c/o City Hall
200 E. Hobbs St
Athens, AL 35611

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama 1974 Lease (Plant 21) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated May 1, 1974 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1974 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama April 1, 1975 Lease (Plant 21 Water Pollution Control Facility) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated April 1, 1975 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama April 1, 1975 Lease - Extension of Lease dated December 20, 1984 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Athens, Alabama August 8, 1975 Lease  - Lease between The Industrial Development Board of the City of Athens and General Motors Corporation dated August 8, 1975; Assignment and Assumption between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Extension of Lease dated November 29, 1993 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Athens, Alabama September 1, 1977 Lease (Plant 22) - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease (Plant 22) - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama September 1, 1977 Lease (Plant 21) - Additional Equipment Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated September 1, 1977 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama December 1, 1981 Lease - Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated December 1, 1981 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of Athens Trustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Athens, Alabama 1981 Lease - First Supplemental Lease Agreement between The Industrial Development Board of the City of Athens and General Motors Corporation dated January 1, 1992 | $0.00 |

# EXHIBIT 1

The Industrial Development Board of the City of AthensTrustee
Attn: Corporate Trust Department
P.O. Box 11007
Birmingham, AL 35244

| Contract to be assumed: | Cure amount: |
|---|---|
| Lease Agreement between the Industrial Development Board of the City of Athens and General Motors Corporation dated October 25, 1997 | $0.00 |

# EXHIBIT 1

The National Center for Composite Systems Technology
Attn Louis A Luedtke
2000 Composite Dr
Dayton, OH 46420

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Intellectual Property Transfer Agreement between Delphi Technologies, Inc., Delphi Automotive Systems LLC and The National Center for Composite Systems Technology dated November 30, 2001 | $0.00 |

# EXHIBIT 1

The University of Akron
C/O Rochelle Athey Associale Director of Research Services & Sponsored Programs
302 Buchtal
Akron, OH 44325

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Academic Partnership Agreement between Delphi Automotive Systems and The University of Akron dated January 24, 2001 | $0.00 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5543 | $7,801.60 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5323 | $14,546.70 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4714 | $34,105.50 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4807 | $418,693.72 |

# EXHIBIT 1

THORREZ C INDUSTRIES INC EFT
THORREZ, C INDUSTRIES INC.
4909 W MICHIGAN AVE
JACKSON, MI 49201-7909

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5685 | $0.00 |

# EXHIBIT 1

THYSSEN KRUPP METALURGICA CAMPO LIM
THYSSEN KRUPP METAL CAMPO LIMPO LTD
AV ALFRIED KRUPP 1050
CAMPO LIMPO PAULISTA, SP 13231-900
BR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5689 | $0.00 |

# EXHIBIT 1

THYSSENKRUPP BUDD CO
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 5500013829, 5500013830 | $0.00 |

# EXHIBIT 1

THYSSENKRUPP SOFEDIT EFT
AUBECQ AUXI
1 RUE EDISON
GUYANCOURT, FR 78280
FR

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3237 | $6,757.46 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC
TI GROUP AUTOMOTIVE SYSTEMS LLC
12345 E 9 MILE RD
WARREN, MI 48089

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4262 | $59.45 |

# EXHIBIT 1

TI GROUP AUTOMOTIVE SYSTEMS LLC
TI GROUP AUTOMOTIVE SYSTEMS LLC
12345 E 9 MILE RD
WARREN, MI 48089-2614

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4259 | $0.00 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4167 | $8,928.20 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5212 | $58,211.29 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3746 | $116,909.95 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5009 | $503,086.77 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3772 | $538,996.88 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4975 | $0.00 |

# EXHIBIT 1

TIMKEN CORPORATION
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4974 | $0.00 |

# EXHIBIT 1

TISAMATIC S DE RL DE CV EFT
TISAMATIC S DE RL DE CV
AV PROMOCION NO 145
SAN LUIS POTOSI, SLP 78395
MX

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5518 | $0.00 |

# EXHIBIT 1

TOKAI RUBBER TIANJIN CO LTD NO 6 JUYING RD JINNAN ECONOMIC
TOKAI RUBBER (TIANJIN) CO LTD.
NO 6 JUYING RD
TIANJIN, CN 300350
CN

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4747 | $0.00 |

# EXHIBIT 1

TOMPKINS PRODUCTS INC EFT
TOMPKINS PRODUCTS INC
1040 W GRAND BLVD
DETROIT, MI 48208-2337

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2468 | $48,178.07 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) SAG90I2015 | $5,929.51 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5592 | $13,489.57 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0215 | $45,950.46 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5652 | $60,159.52 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2277 | $91,176.00 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5574 | $143,958.08 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5065 | $176,902.84 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5504 | $0.00 |

# EXHIBIT 1

TORRINGTON CO EFT
TIMKEN CORPORATION, THE
PO Box 3047
BIRMINGHAM, MI 48012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0832 | $0.00 |

# EXHIBIT 1

TOWER AUTOMOTIVE EFT
TOWER AUTOMOTIVE OPERATIONS USA I L
280 HUGHES DR
TRAVERSE CITY, MI 49686

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I3226 | $5,317.95 |

# EXHIBIT 1

TOWER AUTOMOTIVE EFT
TOWER AUTOMOTIVE OPERATIONS USA I L
280 HUGHES DR
TRAVERSE CITY, MI 49686

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2415 | $449,122.39 |

# EXHIBIT 1

Township of Buena Vista
Chamber of Commerce
3380 Mack Road
Saginaw, MI 48601

| Contract to be assumed: | Cure amount: |
|---|---|
| License Agreement between Chamber of Commerce, Township of Buena Vista and General Motors Corporation dated December 1, 1978 | $0.00 |

# EXHIBIT 1

TOYOTA MOTOR MFG U S A INC
JAMIE SCHRECK JULIA CASSADY PURCHASING BUYER SERVICE
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) FORECAST | $0.00 |

# EXHIBIT 1

TOYOTA MOTOR MFG USA INC
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) WM037288, WM037289, WM037290, WM037291 | $0.00 |

# EXHIBIT 1

TOYOTA MOTOR MFG USA INC
JAMIE SCHRECK CALEB DAVIS PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) WM014461, WM014462, WM014463, WM014464, WM014465, WM014466, WM014467, WM014468 | $0.00 |

# EXHIBIT 1

TOYOTA MOTOR MGF INDIANA
JAMIE SCHRECK PURCHASING
25 ATLANTIC AVE
ERLANGER, KY 41018

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) WM012177, WM012178, WM029103, WM029255, WM030067, WM037203, WM038877, WM038878, WM038879 | $0.00 |

# EXHIBIT 1

TOYOTA TSUSHO AMERICA INC EFT
TOYOTA TSUSHO AMERICA INC
4000 TOWN CENTER STE 1260
SOUTHFIELD, MI 48075-1211

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4456 | $232,128.65 |

# EXHIBIT 1

TOYOTA TSUSHO AMERICA INC EFT
TOYOTA TSUSHO AMERICA INC
4000 TOWN CENTER STE 1260
SOUTHFIELD, MI 48075-1211

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4507 | $0.00 |

# EXHIBIT 1

TRELLEBORG KIMHWA CO LTD EFT
TRELLEBORG KUNHWA CO LTD
1209 4 SINSANG-RI, JINRYANG-UP
KYUNGSAN  KYONGBUK, KR 712-830
KR

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5243 | $37,050.00 |

# EXHIBIT 1

TRELLEBORG SEALING EFT
TRELLEBORG SEALING SOLUTIONS INC
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4049 | $13,250.00 |

# EXHIBIT 1

TRELLEBORG SEALING EFT
TRELLEBORG SEALING SOLUTIONS INC
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5626 | $106,360.80 |

# EXHIBIT 1

TRELLEBORG SEALING EFT
TRELLEBORG SEALING SOLUTIONS INC
27236 SOUTHFIELD RD
LATHRUP VILLAGE, MI 48076

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4053 | $0.00 |

# EXHIBIT 1

TRELLEBORG YSH INC
TRELLEBORG YSH INC
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5654 | $2,742.81 |

# EXHIBIT 1

TRELLEBORG YSH INC
TRELLEBORG YSH INC
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5514 | $5,936.40 |

# EXHIBIT 1

TRELLEBORG YSH INC
TRELLEBORG YSH INC
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4501 | $64,432.59 |

# EXHIBIT 1

TRELLEBORG YSH INC
TRELLEBORG YSH INC
445 ENTERPRISE CT
BLOOMFIELD HILLS, MI 48302

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5515 | $81,499.03 |

# EXHIBIT 1

TRIAD METAL PRODUCTS CO EFT
TRIAD METAL PRODUCTS CO
12990 SNOW RD
PARMA, OH 44130-1012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5436 | $0.00 |

# EXHIBIT 1

TRIDON / TRICO PRODUCTS EFT
TRICO PRODUCTS CORP OF TENNESSEE
PO Box 65
SMYRNA, TN 37167

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1538 | $0.00 |

# EXHIBIT 1

TRW Automotive US LLC
34201 Van Dyke Avenue
Sterling Heights, MI 48312

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Secrecy Agreement between Delphi Corporation and TRW Automotive U.S. LLC dated January 9, 2004 | $0.00 |

# EXHIBIT 1

TRW FAHRWERKSYSTEME
TRW AUTOMOTIVE GMBH
HANSAALLEE 190
DUESSELDORF, NW 40547
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2663 | $0.00 |

# EXHIBIT 1

TRW FASTENERS DIV EFT
KELSEY-HAYES COMPANY
24175 RESEARCH DR
FARMINGTON HILLS, MI 48335-2634

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2993 | $0.00 |

# EXHIBIT 1

TWIN CORP EFT
TWIN CORP
10456 N HOLLY RD
HOLLY, MI 48442

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0563 | $23.90 |

# EXHIBIT 1

TWOSON TOOL CO INC EFT
MURSIX CORPORATION
PO Box 591
MUNCIE, IN 47308

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5706 | $0.00 |

# EXHIBIT 1

Twoson Tool Company
4620 W Bethel Avenue
Muncie, IN 47304

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Mutual Non-Disclosure Agreement between Twoson Tool Co., Mursix Corporation and Delphi Steering | $0.00 |

# EXHIBIT 1

TYZ ALL PLASTICS INC EFT
TYZ-ALL PLASTICS INC
120 EXPRESS ST
PLAINVIEW, NY 11803

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4906 | $90.30 |

# EXHIBIT 1

U S FARATHANE CORP EFT
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I5548 | $2,027.83 |

# EXHIBIT 1

U S FARATHANE CORP EFT
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5407 | $7,704.65 |

# EXHIBIT 1

U S FARATHANE CORP EFT
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2867 | $34,087.00 |

# EXHIBIT 1

UNI COMPS INC
PORITE USA CO
1295 COMBERMERE DR
TROY, MI 48083-2734

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3458 | $546.00 |

# EXHIBIT 1

Unisia Jecs Corporation
1370 Onna
Atsugi shi, Kanagawa ken 243-8510
Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 | $0.00 |

# EXHIBIT 1

UNITED METAL PROD CORP EFT
UNITED METAL PRODUCTS CORP
8101 LYNDON ST
DETROIT, MI 48238-2452

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3298 | $50,098.30 |

# EXHIBIT 1

UNIVERSAL BEARINGS INC EFT
UNIVERSAL BEARINGS LLC
PO Box 38
BREMEN, IN 46506-0038

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0226 | $275,509.55 |

# EXHIBIT 1

UNIVERSAL METAL HOSE CO
UNIVERSAL METAL HOSE CO
2133 S KEDZIE
CHICAGO, IL 60623

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3534 | $0.00 |

# EXHIBIT 1

UNIVERSAL METAL PRODUCTS EFT INC
UNIVERSAL METAL PRODUCTS INC
PO Box 130
WICKLIFFE, OH 44092

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2617 | $4,629.78 |

# EXHIBIT 1

UNIVERSAL METAL PRODUCTS EFT INC
UNIVERSAL METAL PRODUCTS INC
PO Box 130
WICKLIFFE, OH 44092

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2414 | $9,196.22 |

# EXHIBIT 1

UNIVERSAL METAL PRODUCTS EFT INC
UNIVERSAL METAL PRODUCTS INC
PO Box 130
WICKLIFFE, OH 44092

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5348 | $0.00 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1893 | $2,224.10 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1892 | $2,300.18 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1888 | $5,111.38 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1887 | $5,656.00 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1891 | $6,485.54 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1890 | $13,929.65 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5175 | $0.00 |

# EXHIBIT 1

UNIVERSAL METAL SERVICE EFT
UNIVERSAL METAL SERVICE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473-2780

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1889 | $0.00 |

# EXHIBIT 1

UNIVERSAL TUBE INC EFT
UNIVERSAL TUBE INC
2607 BOND ST
ROCHESTER HILLS, MI 48309

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0629 | $455.99 |

# EXHIBIT 1

US STEEL
UNITED STATES STEEL CORP
5850 NEW KING CT
TROY, MI 48098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4890 | $0.00 |

# EXHIBIT 1

USA TOLERANCE RINGS DIV EFT
GENERAL SULLIVAN GROUP INC
85 RTE 31 N
PENNINGTON, NJ 08534

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5264 | $1,200.00 |

# EXHIBIT 1

VAC Magnetics Corporation
101 Magnet Drive
Elizabethtown, KY 42701

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Confidentiality Agreement between Delphi Corporation and VAC Magnetics Corporation dated June 27, 2003 | $0.00 |

# EXHIBIT 1

VAMP COMPANY EFT
VAMP SCREW PRODUCTS CO
28055 FORT ST
TRENTON, MI 48183-4909

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0398 | $0.00 |

# EXHIBIT 1

VAUXHALL MOTORS LTD
MARCIN GRABSKI PURCHASING BUYER
GRIFFIN HOUSE
OSBORNE Rd
LUTON, BEDFORDSHIRE LUI3YT
ENGLAND

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 2300000X, 23000010, VCG0004, VCG0007, VCG0008, VCG0009, VCG000B | $0.00 |

# EXHIBIT 1

VERNAY LABORATORIES INC EFT
VERNAY LABORATORIES INC
120 E SOUTH COLLEGE ST
YELLOW SPRINGS, OH 45387

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2318 | $24,671.17 |

# EXHIBIT 1

VIBRACOUSTIC GMBH & CO KG EFT
VIBRACOUSTIC GMBH & CO KG
FREUDENBERGSTR 1
NEUENBURG, BW 79395
DE

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4936 | $7,354.65 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160161 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160160 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160159 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160162 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160163 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160166 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160175 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160174 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160173 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160172 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160171 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) D0450160168 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160165 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160164 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160169 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) D0450160177 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0460007017 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160218 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) D0450160209 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160176 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160216 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160184 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160191 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160190 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160189 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160188 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160187 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160186 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160192 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) D0450160193 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160183 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160182 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160181 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160180 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160179 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160178 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160185 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160198 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160208 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160203 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160202 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) D0450160201 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160197 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160196 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160195 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160194 | $0.00 |

# EXHIBIT 1

VICTORY PACKAGING EFT 1
VICTORY PACKAGING INC
800 JUNCTION
PLYMOUTH, MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160200 | $0.00 |

# EXHIBIT 1

VIKING PLASTICS (not Industries)
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4941 | $1,056.62 |

# EXHIBIT 1

VIKING PLASTICS (not Industries)
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5699 | $0.00 |

# EXHIBIT 1

VIKING PLASTICS INC EFT
VPI LIQUIDATION CORP
1 VIKING ST
CORRY, PA 16407

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4941 | $10,711.85 |

# EXHIBIT 1

VOGELSANG CORP
VOGELSANG CORP
1790 SWARTHMORE AVE
LAKEWOOD, NJ 08701-4528

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5625 | $0.00 |

# EXHIBIT 1

VOLKSWAGEN AG
POSTFACH 1451
34219 BAUNATAL, - -
GERMANY

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) FORECAST | $0.00 |

# EXHIBIT 1

Volkswagen Aktiengesellschaft
Berliner Ring 2
Wolfsburg, - 38436
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Non-Disclosure Agreement between Volkswagen Aktiengesellschaft and Delphi Saginaw Steering Systems dated June 8, 2004 | $0.00 |

# EXHIBIT 1

VOLKSWAGENWERK AG WOLFSBURG
BRIEFFACH 1853
SUPPLIER No 51955 1 OR 57986
38436 WOLFSBURG, - -
GERMANY

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 1 | $0.00 |

# EXHIBIT 1

VOLVO CAR CUSTOMER SERV CDC
JOHAN MELIN
VOLVO CAR CORPORATION
ACCOUNTS PAYABLE
GOTHENBURG, - SE-405 31
SWEDEN

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 256952134100 | $0.00 |

# EXHIBIT 1

WARNER ELECTRIC EFT
WARNER ELECTRIC LLC
802 E SHORT ST
COLUMBIA CITY, IN 46725

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5061 | $74,592.00 |

# EXHIBIT 1

WASHERS INC EFT
WASHERS INC
33375 GLENDALE ST
LIVONIA, MI 48150-1615

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I1981 | $0.00 |

# EXHIBIT 1

WAUCONDA TOOL & ENGR CO EFT
WAUCONDA TOOL & ENGINEERING CO
821 W ALGONQUIN RD
ALGONQUIN, IL 60102-2480

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0598 | $57,024.21 |

# EXHIBIT 1

WAUPACA FOUNDRY INC EFT
THYSSEN KRUPP WAUPACA INC
PO Box 249
WAUPACA, WI 54981-0249

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2983 | $418,310.79 |

# EXHIBIT 1

WEARNES PRECISION SHENYANG EFTLTD
WEARNES PRECISION (SHENYANG) LTD
NO 46 HUAHAI RD YUHONG DISTRICT
SHENYANG  LIAONING, CN 110141
CN

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5235 | $0.00 |

# EXHIBIT 1

WOODBRIDGE SEQUENCING CENTER
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 3 | $0.00 |

# EXHIBIT 1

WOODBRIDGE VENTURES INC
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 2 | $0.00 |

# EXHIBIT 1

Worcester MA Division of GKN Sinter Metals Inc
112 Harding Street
Worcester, MA 01604-5086

| Contract to be assumed: | Cure amount: |
|---|---|
| Mutual Confidentiality Agreement between Delphi Corporation and Worcester MA Division of GKN Sinter Metals, Inc. dated August 1, 2003 | $0.00 |

# EXHIBIT 1

WORKHORSE CUSTOM CHASSIS LLC
RICHARD PIKE OE SALES REPRESENTATIVE FOR WCC
940 S STATE RD 32
UNION CITY, IN 47390

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number(s) PO10117, PO12086 | $0.00 |

# EXHIBIT 1

World Industries Ace
Sang-Ho Lee Manager Planning Department
391 8 GAEUMJEONGDONG
CHANGWONCITY, KYEONGSANGNAMDO -
Korea

| Contract to be assumed: | Cure amount: |
|---|---|
| Proprietary Information Agreement (Mutual) between WIA Corporation and Delphi Automotive Systems LLC dated June 28, 2005 | $0.00 |

# EXHIBIT 1

WORTHINGTON PRECISION EFT
WORTHINGTON PRECISION METAL INC
306 BEASLEY DR
FRANKLIN, TN 37064

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5544 | $0.00 |

# EXHIBIT 1

WORTHINGTON PRECISION EFT
WORTHINGTON PRECISION METAL INC
306 BEASLEY DR
FRANKLIN, TN 37064

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3897 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5483 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5480 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5185 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I5184 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I5182 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4164 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I2024 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I4182 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number(s) SAG90I4158 | $0.00 |

# EXHIBIT 1

WORTHINGTON STEEL EFT
WORTHINGTON INDUSTRIES INC
1127 DEARBORN DR
COLUMBUS, OH 43085

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I1976 | $0.00 |

# EXHIBIT 1

WRIGHT K TECHNOLOGY INC
WRIGHT-K TECHNOLOGY INC
14000 ALABAMA HWY 20
MADISON, AL 35756

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) ALA90I5360 | $0.00 |

# EXHIBIT 1

WRIGHT K TECHNOLOGY INC
WRIGHT-K TECHNOLOGY INC
14000 ALABAMA HWY 20
MADISON, AL 35756

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) ALA90I5353 | $0.00 |

# EXHIBIT 1

Wright K Technology Inc
2025 E Genesee
Saginaw, MI 48601

| Contract to be assumed: | Cure amount: |
|---|---|
| Letter Agreement between Wright-K Technology, Inc and General Motors Corporation dated January 26, 1996 | $0.00 |

# EXHIBIT 1

WRIGHT PLASTIC PRODUCTS EFT
WRIGHT PLASTIC PRODUCTS INC
201 CONDENSERY RD
SHERIDAN, MI 48884-9758

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number(s) SAG90I4999 | $0.00 |

# EXHIBIT 1

WRIGHT PLASTIC PRODUCTS EFT
WRIGHT PLASTIC PRODUCTS INC
201 CONDENSERY RD
SHERIDAN, MI 48884-9758

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I0354 | $0.00 |

# EXHIBIT 1

WXP INC EFT
SIGNATURE ALUMINUM INC
93 WERNER RD BLDG A
GREENVILLE, PA 16125-9434

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) SAG90I3328 | $542,626.96 |

# EXHIBIT 1

XEROX CORP EFT
XEROX COLORGRAFX SYSTEMS INC
300 GALLERIA OFFICENTRE STE 400
SOUTHFIELD, MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) D0450160773 | $0.00 |

# EXHIBIT 1

YMOS Aktiengesellschaft Industrieprodukte
6053 Obertshausen 2
Postfach 2240, Feldstrabe -
West Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Letter Agreement between General Motors Corporation and YMOS Aktiengesellschaft Industrieprodukte dated October 20, 1988 | $0.00 |

# EXHIBIT 1

YOROZU AUTOMOTIVE
LEIGH DUSHANE
30009 VAN DYKE
WARREN, MI 48090

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number(s) 3-517, 4-576 | $0.00 |

# EXHIBIT 1

Young Shin Precision Co Ltd
408 O ya Ri
Chon Buk Myon
Kyongju SHI, Kyong Buk -
Korea

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 | $0.00 |

# EXHIBIT 1

Yubei Machine Factory
Attn Director
Postbox No 13
XinXiang City, - -
Henan Province

| Contract to be assumed: | Cure amount: |
|---|---|
| License Contract Model 700 Series Power Integral Gears between General Motors Corporation and China Aero Technology Import and Export Beijing Company and Yubei Machine Factory dated April 20, 1993 and July 9, 1993 | $0.00 |

# EXHIBIT 1

Zua Autoparts
5750 McEver Rd
Oakwood, CA 30566

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between Delphi Technologies, Inc and Unisia Jecs Corporation dated May 31, 2001 | $0.00 |