IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
            In re                              :    Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :    Case No. 05-44481 (RDD)
                                               :
                          Debtors.             :    (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

   I, Elizabeth Adam, being duly sworn according to law, depose and say that I am
employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing
agent for the Debtors in the above-captioned cases.

   On November 28, 2007, I caused to be served the document listed below upon the
parties listed on <u>Exhibit A</u> hereto via overnight mail:

   1) Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Objection
      Pursuant To U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
      Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently
      Documented Claims, (D) Claims Not Reflected On Debtors' Books And
      Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax
      Claims Subject To Modification, Modified Claims Asserting Reclamation,
      Claims Subject To Modification That Are Subject To Prior Orders, And
      Modified Claims Asserting Reclamation That Are Subject To Prior Orders
      ("Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Claims
      Objection") (Docket No. 11143)  [a copy of which is attached hereto as <u>Exhibit
      B</u>]

   On November 28, 2007, I caused to be served the document listed below (i) upon
the parties listed on <u>Exhibit C</u> hereto via overnight mail, (ii) upon the parties listed on
<u>Exhibit D</u> hereto electronic notification and (iii) upon the parties listed on <u>Exhibit E</u> hereto
via facsimile:

   2) Proposed Twenty-Fifth Omnibus Hearing Agenda Scheduled For November 29,
      2007 At 10:00 A.M. (Docket No. 11144)  [a copy of which is attached hereto as
      <u>Exhibit F</u>]

Dated: January 23, 2008

_____ /s/ Elizabeth Adam _____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of January, 2008, by
Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: ____ /s/ Leanne V. Rehder _____

Commission Expires:__ 3/2/08 _____

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Silvinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivirij@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/13/2007 1:23 AM
Response Service List 070530

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A Schulman Inc | Andrea Fischer | Olshan Grundman Frome Rosenzweig & Wolosky LLP | 65 E 55th St | New York | NY | 10022 | |
| A Schulman Inc | c o Carrie M Brosius Esq | Vorys Sater Seymour and Pease LLP | 2100 One Cleveland Ctr 1375 E Ninth St | Cleveland | OH | 44114 | |
| A Schulman Inc | Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Robert J Sidman Esq | 52 E Gay St PO Box 1008 | Columbus | OH | 43216-1008 | |
| Amroc Investments LLC | Attn David S Leinwand Esq | 535 Madison Ave 15th Fl | | New York | NY | 10022 | |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado | 383 Madison Ave | | New York | NY | 10179 | |
| Carpo Ltd | Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq 18th and Arch St | Philadelphia | PA | 19103 | |
| Commonwealth of Virginia Department of Taxation | Mark K Ames | Taxing Authority Consulting Services PC | 2812 Emerywood Pkwy Ste 220 | Richmond | VA | 23294 | |
| Commonwealth of Virginia Dept of Taxation | | PO Box 2156 | | Richmond | VA | 23218 | |
| Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | |
| Contrarian Funds LLC | David S Rosner Adam L Shiff Jeffrey R Gleit Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 | |
| CTS Corporation | Attn Elizabeth Bottorff Ahlemann | Senior Legal Counsel | 905 W Blvd N | Elkhart | IN | 46514 | |
| CTS Corporation | Elizabeth Bottorff Ahlemann | Senior Legal Counsel | 905 W Boulevard N | Elkhart | IN | 46514 | |
| CTS Corporation | | 171 Covington Dr | | Bloomingdale | IL | 60108 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | Jersey City | NJ | 07302 | |
| Gully Transportation | | 3820 Wisman Ln | | Quincy | IL | 62301 | |
| Gully Transportation Inc | Lee B Brumitt | Dysart Taylor Lay Cotter & McMonigle PC | 4420 Madison Ave | Kansas City | MO | 64111 | |
| Harco Industries Inc | Coolidge Wall Womsley & Lombard Co LPA | Ronald S Pretekin Steven M Wachstein Sylvie J Derrien | 33 W First St Ste 600 | Dayton | OH | 45402 | |
| Harco Industries Inc | | PO Box 335 | | Englewood | OH | 45322 | |
| Hirschmann Car Communications GmbH | David A Rosenzweig Scott T Dillon | Fulbright & Jawaorski LLP | 666 Fifith Ave | New York | NY | 10103 | |
| Hirschmann Car Communications GMBH | Hirschmann Car Communications Gmbh | Hirschmann Car Communications Gmbh | Stuttgarter Str 45 51 | Neckartenzlingen | | D72654 | Germany |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

12/13/2007 1:24 AM
Twenty-Second Omni Responses

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---------|---------|----------|----------|------|-------|-----|---------|
| Hutchinson FTS Inc | Alan D Halperin Christopher J Battaglia Carrie E Mitchell | Halperin Battaglia Raicht LLP | 555 Madison | New York | NY | 10022 | |
| Hutchinson FTS Inc | Attn Julie D Dyas Esq | c o Halperin Battaglia Raicht LLP | 555 Madison Ave 9th Floor | New York | NY | 10019 | |
| Hutchinson FTS Inc | David R Draper | Draper Rubin & Shulman PLC | 18580 Mack Ave | Grosse Pointe Farms | MI | 48236 | |
| James Hutz Jr | Greg A Rossi | James Hutz Jr | 26 Market St Ste 802 | Youngstown | OH | 44503 | |
| James Hutz Jr | Gregg A Rossi Rossi & Rossi | 26 Market St 8th Fl Huntington Bank Bldg | PO Box 6045 | Youngstown | OH | 44501 | |
| James Hutz Jr | Jesse L Snyder Louis A Curcio | Thacher Proffitt & Wood LLP | Two World Financial Center | New York | NY | 10281 | |
| James Hutz Jr | | 6365 Thompson Sharpsville Rd | | Fowler | OH | 44418 | |
| JPMorgan Chase Bank NA | Stanley Lim | 270 Park Ave 17th Fl | | New York | NY | 10017 | |
| Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | | New York | NY | 10022 | |
| Latigo Master Fund Ltd | Thomas T Janover Jonathan T Koevary | Kramer Levin Naftalis & Frankel LLP | 1177 Ave of the Americas | New York | NY | 10036 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | New York | NY | 10019 | |
| Molex Connector Corporation | co Robert E Richards Esq | Sonnenschein Nath & Rosenthal LLP | 7800 Sears Tower | Chicago | IL | 60606 | |
| Molex Connector Corporation | Matthew B Stein | Sonnenschein Nath & Rosenthal LLP | 1221 Ave of the Americas | New York | NY | 10020 | |
| Morgan Advanced Ceramics/Diamonex | Paul M Rosenblatt | Kilpatrick Stockton LLp | 1100 Peachtree St Ste 2800 | Atlanta | GA | 30309 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | Glenn Ross Controller | Neuman Aluminum Inc | 56 Dunsmore Rd | Verona | VA | 24482 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | 100 Southgate Pkwy | Morristown | NJ | 07962 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion Inc | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | PO Box 1997 | Morristown | NJ | 07962-1997 | |

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion Inc | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | 156 W 56th St | New York | NY | 10019 | |
| Pbr Knoxville Llc | Attn Pres Lawhon | 10215 Caneel Dr | | Knoxville | TN | 37931 | |
| PBR Knoxville LLC | David G Dragich | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Peugeot Japy Industries SA | David G Dragich | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Rassini SA de CV | c o Sanluis Rassini International Inc | 14500 Beck Rd | | Plymouth | MI | 48170 | |
| Rassini SA DE CV | Thomas R Ajamie Dona Szak Ajamie LLP | Pennzoil Pl S Tower | 711Louisiana Ste 2150 | Houston | TX | 77002 | |
| Republic Engineered Products Inc | Scott N Opincar | McDonald Hopkins LLC | 600 Superior Ave E Ste 2100 | Cleveland | OH | 44114 | |
| Siemens VDO Automotive Canada Inc fka Siemens VDO Automotive Inc | Arlene N Gelman | Reed Smith Sachnoff & Weaver | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Siemens VDO Automotive Canada Inc fka Siemens VDO Automotive Inc | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | New York | NY | 10022 | |
| Siemens VDO Automotive Inc | Charles P Schulman | Sachnoff & Weaver Ltd | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | |
| Sierra Liquidity Fund LLC (Assignee); KTK Steel Drum Corporation (Assignor) | Joseph A. Kapler Carmella Toth | 2699 White Rd. Ste 255 | | Irvine | CA | 92614 | |
| Spansion LLC | Attn Allan J Manzagol | 915 DeGuigne Dr M S 251 | PO Box 3453 | Sunnyvale | CA | 94088-3453 | |
| Spansion LLC Assignee of the Claim of AMD International Sales & Service Ltd | Ali M M Mojdehi Joseph R Dunn | Baker & McKenzie LLP | 101 W Broadway 12th Fl | San Diego | CA | 92101 | |
| Spansion LLC Assignee of the Claim of AMD International Sales & Service Ltd | Ira A Reid | Baker & McKenzie LLP | 1114 Ave of the Americas | New York | NY | 10036 | |
| SPCP Group as Assignee of Beaver Manufacturing Company | Maura I Russell Paul Traub Anthony B Stumbo | Dreier LLP | 499 Park Ave 14th Fl | New York | NY | 10022 | |

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SPCP Group LLC as assignee of Beaver Manufacturing Company | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | |
| Special Situations Investing Group Inc | Attn Al Dombrowski | c o Goldman Sachs & Co | 85 Broad St 27th Fl | New York | NY | 10004 | |
| Special Situations Investing Group Inc | Goodwin Procter LLP | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | New York | NY | 10022 | |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Mike A Cox | Attorney General | 3030 W Grand Blvd Ste 9 600 | Detroit | MI | 48202 | |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG | PO Box 30456 | | Lansing | MI | 48909-7955 | |
| State of Michigan Department of Treasury | Peggy A Housner Mike A Cox | Attorney General | Cadillac Pl 3030 W Grand Blvd No 10 200 | Detroit | MI | 48202 | |
| Textron Fastening Systems Inc | Tracy L Klestadt | Kelstadt & Winters LLP | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 | |
| The Goodyear Tire & Rubber Company | Alan M Koschik | Brouse McDowell LPA | 1001 Lakeside Ave Ste 1600 | Cleveland | OH | 44114 | |
| TI Group Automotive Systems LLC | Karen Ostad Esq James J DeCristofaro Esq | Lovells | 590 Madison Ave | New York | NY | 10022 | |
| TI Group Automotive Systems LLC | Robert D Gordon | Clark Hill PLC | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 | |
| TI Group Automotive Systems LLC | Timothy Guerriero Esq | General Counsel & Company Secretary | 12345 E Nine Mile Rd | Warren | MI | 48089-2614 | |
| U.S Equal Employment Opportunity Commission | Margaret A. Malloy | Trial Attorney | 33 Whitehall St | New York | NY | 10004 | |
| Unemployment Insurance Agency | Department of Labor & Economic Growth | 3024 W Grand Blvd Ste 11 500 | | Detroit | MI | 48202-6024 | |
| Unemployment Insurance Agency | State of Michigan | Tax Office Proof of Claim Unit | 3024 W Grand Blvd Ste 11 500 | Detroit | MI | 48202-6024 | |
| Yazaki North America Inc | Dawn Reamer | 6601 Haggerty Rd | | Canton | MI | 48187 | |
| Yazaki North America Inc | Foley & Lardner LLP | Hilary Jewett | 90 Park Ave | New York | NY | 10016 | |
| Yazaki North America Inc | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Yazaki North America Inc | Stephen H Goss | Hodgson & Russ | 60 E 42nd St 37Th FL | New York | NY | 10165 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

12/13/2007 1:24 AM
Twenty-Second Omni Responses

# EXHIBIT B

**Hearing Date: November 29, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SECOND OMNIBUS OBJECTION
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR
AMENDED CLAIMS, (B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D)
CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND
(F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION THAT
ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING RECLAMATION THAT
ARE SUBJECT TO PRIOR ORDERS

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SECOND
OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this Omnibus Reply In Support Of Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection"), and respectfully represent as follows:

1.    The Debtors filed the Twenty-Second Omnibus Claims Objection on October 26, 2007, seeking entry of an order (a) disallowing and expunging certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because (i) they are duplicative of other Claims or have been amended or superseded by later-filed Claims, (ii) they were filed by a holder of Delphi common stock solely on account of its stock holdings and were untimely filed pursuant to the Bar Date Order, (iii) they contain insufficient documentation in support of the Claims asserted, (iv) they assert liabilities or dollar amounts that are not reflected on the Debtors' books and records, (v) they assert liabilities of taxing authorities that are not reflected on the Debtors' books and records,  (vi) they assert liabilities or dollar amounts that are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar Date Order, (vii) they assert liabilities of taxing authorities that

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Twenty-Second Omnibus Claims Objection.

are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar Date

Order, (viii) they assert liabilities or dollar amounts that are not reflected on the Debtors' books and

records and were modified pursuant to prior orders, (ix) they were untimely filed pursuant to the

Bar Date Order, and (x) they were filed by taxing authorities and were untimely filed pursuant to

the Bar Date Order, and (b) revising the asserted amount or classification, and/or changing the

identity of the alleged Debtor with respect to (i) certain Claims, (ii) certain Claims filed by taxing

authorities, (iii) certain Claims, some of which are subject to an agreement between the claimant

and the Debtors relating to the valid amount of each claimant's reclamation demand, some of which

are subject to certain reserved defenses, and some of which are held by claimants who are deemed

to have consented to the Debtors' determination of the valid amount of the reclamation demand, (iv)

certain Claims that were modified pursuant to prior orders, and (v) certain Claims that were

modified pursuant to prior orders, some of which are subject to a letter agreement pursuant to which

the Debtors and the Claimant agreed upon the valid amount of such Claimant's reclamation demand,

subject to certain reserved defenses, and others of which are held by Claimants who are deemed to

have consented to the Debtors' determination of the valid amount of the reclamation demand,

subject to certain reserved defenses.

    2.  The Debtors sent to each claimant whose proof of claim is subject to an

objection pursuant to the Twenty-Second Omnibus Claims Objection a personalized Notice Of

Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an

objection and the basis for such objection.  Responses to the Twenty-Second Omnibus Claims

Objection were due by 4:00 p.m. (prevailing Eastern time) on November 21, 2007.

    3.  As of November 27, 2007 at 12:00 p.m. (prevailing Eastern time), the

Debtors had received 28 timely-filed  and one untimely-filed formal docketed responses

(collectively, the "Responses") to the Twenty-Second Omnibus Claims Objection.  In the aggregate,

3

the Responses cover 32 Claims. A chart summarizing each of the Responses is attached hereto as

Exhibit A. Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections

To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No.

6089) entered on December 6, 2006 (the "Claims Objection Procedures Order"), the hearing with

respect to each of the Claims for which a Response was filed will be adjourned to a sufficiency

hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.

      4.      Attached hereto as Exhibit B is the revised proposed order (the "Revised

Proposed Order")[2], which reflects the adjournment of the hearings with respect to the Claims for

which Responses were filed. Such adjournment will be without prejudice to the Debtors' right to

assert that any of such Responses was untimely or otherwise deficient under the Claims Objection

Procedures Order. As set forth on Exhibit A hereto, the Debtors have agreed to adjourn to a future

date the claims hearing with respect to the 32 Claims for which Responses were filed.

      5.      In addition to the Responses, the Debtors also received informal letters, e-

mails, and telephone calls from various parties questioning the relief requested with the Twenty-

Second Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto

(the "Informal Responses"). The Debtors believe that all the concerns expressed by the Informal

Responses have been adequately resolved.

      6.      Except for those Claims with respect to which the hearings have been

adjourned to future dates, the Debtors believe that the Revised Order adequately addresses the

---

[2]      Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of proposed order that was submitted with the Twenty-Second Omnibus Claims Objection.

issues raised by the respondents.  Thus, the Debtors request that the Court grant the relief requested

by the Debtors and enter the Revised Order.

WHEREFORE the Debtors respectfully request that this Court enter an order (a)

sustaining the Twenty-Second Omnibus Claims Objection, subject to the modifications made to the

Revised Order, (b) adjourning the hearing with respect to all Claims for which a Response was filed

pursuant to the Claims Objection Procedures Order, and (c) granting the Debtors such other and

further relief as is just.

Dated: New York, New York
      November 28, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

               By:    John. Wm. Butler, Jr.
                     John Wm. Butler, Jr. (JB 4711)
                     John K. Lyons (JL 4951)
                     Ron E. Meisler (RM 3026)
            333 West Wacker Drive, Suite 2100
            Chicago, Illinois  60606
            (312) 407-0700

                    - and -

               By:    Kaylayn A. Marafioti
                     Kayalyn A. Marafioti (KM 9632)
                     Thomas J. Matz (TM 5986)
             Four Times Square
            New York, New York  10036
            (212) 735-3000

            Attorneys for Delphi Corporation, et al.,
             Debtors and Debtors-in-Possession

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Twenty-Second Omnibus Claims Objection*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Commonwealth of Virginia Department of Taxation (Docket No. 10848) | 16729 | Commonwealth of Virginia Department of Taxation (the "Virginia Department of Taxation") asserts that proof of claim no. 16729 constitutes an administrative expense claim filed in the amount of $14,579.98 for corporate income taxes incurred by the Debtors for the tax period from January 1, 2005 to December 31, 2005 and assessed on December 18, 2006. The Virginia Department of Taxation disagrees with the Debtors' Twenty-Second Omnibus Claims Objection (the "Objection") to disallow proof of claim no. 16729 as an untimely filed prepetition claim. The Virginia Department of Taxation asserts that the bar date does not apply to its proof of claim because its claim is an administrative expense claim under 11 U.S.C. § 503(b). | Untimely tax claims | Adjourn |
| 2. | Harco Industries, Inc. (Docket No. 10849) | 16497 | Harco Industries Inc. ("Harco") disagrees with the Debtors' Objection to reduce proof of claim no. 16497 from $606,089.00 to $548,176.74. Harco further asserts its belief that its proof of claim is accurate and that the Debtors have not provided an explanation for | Claims subject to modification | Adjourn |

[1] This chart reflects all Responses entered on the docket as of Tuesday, November 27, 2007 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, November 27, 2007 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | the discrepancy. | | |
| 3. | State of Michigan, Department of Labor & Economic Growth, Unemployment Insurance Agency (Docket No. 10867) | 16721 | State of Michigan, Department of Labor & Economic Growth, Unemployment Insurance Agency (the "Michigan Department of Labor") disagrees with the Debtors' Objection to disallow proof of claim no. 16721, filed in the amount of $1,651.43, as untimely. Michigan Department of Labor asserts that proof of claim no. 16721 (i) relates back to timely filed proof of claim no. 4533 and (ii) is a postpetition administrative claim not subject to the proof of claim bar date. Michigan Department of Labor further asserts that the Debtors have failed to produce any evidence sufficient to rebut the prima facie validity of proof of claim no. 16721. | Untimely books and records tax claims | Adjourn |
| 4. | CTS Corporation (Docket No. 10914) | 11256 | CTS Corporation ("CTS") asserts that the Debtors' Objection to proof of claim no. 11256 is misleading because it contains inaccurate figures.  CTS asserts that proof of claim no. 11256 was filed in the amount of $2,405,898.43.  CTS further asserts that it transferred $1,950,968.78 of proof of claim no. 11256, including the priority portion in an amount of $161,144.56, to Bear Stearns Investment Products, Inc., leaving CTS with a $454,929.65 unsecured claim.  CTS asserts that, contrary to Exhibit F-3 to the Objection listing the portion of proof of claim no. 11256 retained by CTS at $293,785.09, CTS actually retained a portion of proof of claim no. 11256 in the amount of $454,929.65.  CTS asserts that as a result of these alleged misstatements, the Debtors' Objection fails to state that it is actually seeking a reduction of $401,149.92.  CTS further asserts that | Modified claims asserting reclamation | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | Debtors have failed to produce any evidence to rebut the _prima facie_ validity of proof of claim no. 11256. | | |
| 5. | State of Michigan, Department of Treasury (Docket No. 10945) | a) 16724 | a) State of Michigan, Department of Treasury (the "Michigan Treasury Department") asserts that (i) proof of claim no. 16724, filed in the amount of $10,459,293.30, was filed as an amended priority tax claim against Delphi Corporation, (ii) proof of claim no. 16724 properly relates back to its original priority tax claim filed on March 23, 2006 in the amount of $7,061,266.16, and (iii) its original claim was subsequently amended on April 4, 2006, May 16, 2006, July 30, 2007, and again on October 10, 2007. | Untimely tax claims | Adjourn |
| | | b) 16725 | b) Michigan Treasury Department further asserts that (i) proof of claim no. 16725, filed in the amount of $4,239.59, was filed as an amended administrative expense claim against Delphi Corporation, (ii) proof of claim no. 16725 relates back to its original timely filed administrative expense claim filed on April 4, 2006, and (iii) its administrative expense claim was amended on May 16, 2006, and again on October 10, 2007.<br><br>Michigan Treasury Department disagrees with the Debtors' Objection to disallow proofs of claim nos. 16724 and 16725 as untimely, arguing that its amended claims properly relate back to its original timely filed claims. | | |
| 6. | Gully Transportation, Inc. (Docket No. 10961) | 10019 | Gully Transportation, Inc. ("Gully") disagrees with the Debtors' Objection to reduce proof of claim no. 10019 from | Claims subject to modification | Adjourn |

|  | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
|  |  |  | $63,903.24 to $31,864.57. Gully asserts that the Debtors have failed to produce any evidence sufficient to overcome the prima facie validity of its claim. In the alternative, Gully argues that to the extent it has misclassified any postpetition services as prepetition, it should be allowed to reclassify that portion of its claim as an administrative expense claim. |  |  |
| 7. | Yazaki North America, Inc. (Docket No. 10977) | 13183 | Yazaki North America, Inc. ("Yazaki") disagrees with the Debtors' Objection to reduce proof of claim no. 13183 from $1,484,512.92 (of which $399,727.94 was a secured claim and $1,084,784.98 was an unsecured claim) to an unsecured claim in the amount of $382,919.41. Yazaki asserts that a representative of the Debtors admitted in a phone conversation that Yazaki was owed at least $800,000.00. Yazaki further asserts that the Debtors have failed to rebut the prima facie validity of proof of claim no. 13183. Yazaki requests that the Court authorize Yazaki to set off the amounts it may owe the Debtors against its proof of claim. Yazaki reattaches proof of claim no. 13183 and supporting invoices. | Claims subject to modification | Adjourn |
| 8. | Rassini, S.A. De C.V. (Docket No. 10984) | 12399 | Rassini, S.A. De C.V. ("Rassini") disagrees with the Debtors' Objection to reduce proof of claim no. 12399 from $435,420.73 to $334,267.91. Rassini asserts that the Debtors have failed to produce any evidence sufficient to overcome the prima facie validity of proof of claim no. 12399. Rassini further asserts that there is no support for the Debtors to make further objections to its claim at a later time. Rassini reattaches its proof of claim and redacted invoices | Claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | supporting its claim. | | |
| 9. | Capro Ltd (Docket No. 10986) | 1704 | Capro Ltd ("Capro") disagrees with the Debtors' Objection to reduce and reclassify proof of claim no. 1704 from $874,448.21 (of which $299,723.41 was a secured claim and $574,724.80 was an unsecured claim) to $841,095.73 (of which $57,003.23 would be a priority claim and $784,092.50 would be an unsecured claim). Capro asserts that the Debtors have not produced any evidence, let alone substantial evidence, to rebut the prima facie validity of proof of claim no. 1704. | Modified claims asserting reclamation | Adjourn |
| 10. | PBR Knoxville LLC (Docket No. 10989) | 5980 | PBR Knoxville LLC ("PBR") disagrees with the Debtors' Objection to reduce proof of claim no. 5980 from $9,225,767.18 (of which $68,308.00 was a secured claim and $9,157,458.38 was unsecured) to an unsecured claim of $9,157,458.38. PBR asserts that the Debtors have not produced sufficient evidence to rebut the prima facie validity of proof of claim no. 5980. PBR reattaches its proof of claim and supporting documentation. | Claims subject to modification | Adjourn |
| 11. | Siemens VDO Automotive Canada Inc. f/k/a/ Siemens Automotive Inc. (Docket No. 10990) | 2773 | Siemens VDO Automotive Canada Inc. f/k/a/ Siemens Automotive Inc. ("Siemens VDO") disagrees with the Debtors' Objection to disallow proof of claim no. 2773, filed in the amount of $2,291,767.58. Siemens VDO asserts that the Debtors' books and records entries, when presented alone, are insufficient evidence to overcome a properly filed proof of claim's prima facie evidence of validity. Siemens VDO reattaches its proof of claim and supporting documentation, and attaches new additional documentation of wire transfer payments related to certain invoices in proof of claim no. 2773. | Books and records claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 12. | Morgan Advanced Ceramics/Diamonex Products Div. (Docket No. 10991) | 11534 | Morgan Advanced Ceramics/Diamonex Products Div. ("Morgan Advanced") disagrees with the Debtors' Objection to disallow proof of claim no. 11534, filed in the amount of $550,547.81. Morgan Advanced asserts that the Debtors' have not presented sufficient evidence to overcome the prima facie validity of proof of claim no. 11534. Morgan Advanced reattaches its proof of claim and supporting documentation, and attaches new additional documentation regarding its recoupment claim. | Books and records claims | Adjourn |
| 13. | Republic Engineered Products, Inc. (Docket No. 10992) | 11264 | Republic Engineered Products, Inc. ("Republic") disagrees with the Debtors' Objection to reduce proof of claim no. 11264 from $650,319.85 (of which $305,961.91 was a priority claim and $344,357.94 was an unsecured claim) to $624,654.76 (of which $305,961.91 would be a priority claim and $318,692.85 would be an unsecured claim). Republic further asserts that the Debtors have failed to produce any evidence in support of the $20,665.09 further reduction of its unsecured claim. Republic reattaches its proof of claim and supporting documentation, and attaches new additional documentation in support of its claim. | Modified claims asserting reclamation that are subject to prior orders | Adjourn |
| 14. | Peugeot Japy Industries S.A. (Docket No. 10993) | 12136 | Peugeot Japy Industries S.A. ("Peugeot") disagrees with the Debtors' Objection to reduce proof of claim no. 12136 from $933,276.00 to $830,000.00. Peugeot asserts that the Debtors have set forth no evidence, let alone sufficient evidence, to rebut the prima facie validity of proof of claim no. 12136. Peugeot reattaches its proof of claim and supporting documentation. | Claims subject to modification | Adjourn |
| 15. | Neuman Aluminum | 15454 | Neuman Aluminum Automotive, Inc. and | Modified claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. (Docket No. 10995) | | Neuman Aluminum Impact Extrusion, Inc. (collectively, "Neuman") agree to the Debtors' Objection seeking to (i) reduce proof of claim no. 15454 from $631,976.95 to $598,180.06 (of which $2,521.51 would be a priority claim and $595,658.55 would be an unsecured claim), and (ii) change the debtor against which the claim is asserted from Delphi Automotive Systems Services LLC to Delphi Automotive Systems LLC ("DAS LLC"), provided that proof of claim no. 15454 is treated as a final allowed claim not subject to any further objection by the Debtors.  Neuman reattaches its proof of claim and supporting invoices. | asserting reclamation | |
| 16. | A. Schulman, Inc. (Docket No. 10998) | 16627 | A. Schulman, Inc. ("A. Schulman") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 16627 as untimely.  A. Schulman asserts that proof of claim no. 16627, filed in the amount of $134,297.99,  properly relates back to timely filed proof of claim no. 11260, filed in an amount of $98,066.34.  A. Schulman further asserts that the Debtors have failed to rebut the prima facie validity of its claim.  A. Schulman reattaches its proof of claim and supporting documentation, and attaches new additional bills of lading as further documentation of its claim. | Untimely books and records claims | Adjourn |
| 17. | The Goodyear Tire & Rubber Company (Docket No. 10999) | 6956 | The Goodyear Tire & Rubber Company ("Goodyear"), as assignor to J.P. Morgan Chase Bank, N.A., disagrees with the Debtors' Objection to reduce proof of claim no. 6956 from $1,332,006.89 to $1,220,118.63.  Goodyear asserts that the Debtors have failed to explain the basis for seeking such a reduction in that the Debtors | Claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | do not specify which invoices they object to or whether they assert some other theory for reducing the claim. | | |
| 18. | TI Group Automotive Systems, LLC (Docket No. 11000) | 11743 | TI Group Automotive Systems, LLC ("TI Automotive"), as assignor to J.P. Morgan Chase, N.A., disagrees with the Debtors' Objection to reduce proof of claim no. 11743 from $1,777,501.48 to $1,112,587.31.  TI Automotive asserts that it entered into a settlement agreement dated May 1, 2006 with the Debtors which provides that TI Automotive shall have an allowed prepetition unsecured claim in an amount between $1,777,501.48 and $1,294,581.00.  TI Automotive further asserts that (i) the correct amount of the claim is $1,777,501.48, (ii) the Objection does not provide any detail as to the basis for the reduction, and (iii) the Objection seeks to reduce proof of claim no. 11743 below the minimum amount established pursuant to the settlement agreement.  TI Automotive attaches the settlement agreement and accompanying exhibits in support of its claim. | Claims subject to modification that are subject to prior orders | Adjourn |
| 19. | James Hutz, Jr. (Docket no. 11001) | 3139 | James Hutz, Jr. ("Hutz") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 3139, asserted in the amount of $2,157,683.93.  Hutz asserts that its personal injury contingent unliquidated indemnification claim is proper against Delphi Corporation, arguing that if there is not any insurance liability coverage covering employee Stephanie Gray on February 17, 2000, then Delphi Corporation may be required to indemnify Ms. Gray for any resulting liability to Hutz.  Hutz attaches new additional documentation in support of its | Books and records claims | Adjourn |

|  | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
|  |  |  | claim. |  |  |
| 20. | Spansion LLC, as assignee of AMD International Sales & Service, Ltd. (Docket No. 11007) | 10589 | Spansion LLC ("Spansion"), as assignee of AMD International Sales & Services, Ltd., disagrees with the Debtors' Objection to reduce proof of claim no. 10589 from $136,561.72 to $33,561.72.  Spansion requests that this Court allow proof of claim no. 10589 plus accrued prepetition interest and postpetition interest (if the Debtors turn out to be solvent) pursuant to the terms and conditions of sale between the parties. | Claims subject to modification | Adjourn |
| 21. | Contrarian Funds, LLC (Docket No. 11016) |  | Contrarian Funds, LLC ("Contrarian"), as assignee of (i) proof of claim no. 1544, originally asserted by Great Northern Transportation Co., Inc., and (ii) proof of claim no. 7459, originally asserted by Thomas Engineering Company, agrees with the Debtor's Objection to modify and reduce proofs of claim nos. 1554 and 7459, provided that these claims are (i) allowed in full as proposed by the Debtors and (ii) are not subject to further Objections by the Debtors. | Claims subject to modification | Adjourn |
|  |  | a) 1544 | a) Contrarian does not oppose the Debtors' Objection to modify and reduce proof of claim no. 1544, asserted as a priority claim in the amount of $49,857.50 against Delphi Corporation, to an unsecured claim in the amount of $46,497.50 against DAS LLC. |  |  |
|  |  | b) 7459 | b) Contrarian does not oppose the Debtors' Objection to modify and reduce proof of claim no. 7459, asserted as an unsecured claim in the amount of $100,819.04 against Delphi Corporation, to an unsecured claim in the amount of $93,373.95 against DAS LLC. |  |  |
| 22. | Hutchinson FTS Inc. | 13967 | Hutchinson FTS Inc. ("Hutchinson") agrees | Claims subject to | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | (Docket No. 11021) | | with the Debtors' Objection to reduce proof of claim no. 13967 from $283,429.97 to the amount of $274,165.00. Hutchinson requests that the Court enter an order allowing proof of claim no. 13967 as a general unsecured claim in the amount of $274,165.00. Hutchison provides a new address to which the Debtors' must deliver any Reply to their Response. | modification | |
| 23. | Molex Connector Corporation (Docket No. 11023) | 7992 | Molex Connector Corporation ("Molex") disagrees with the Debtors' Objection to reduce proof of claim no. 7992 from the asserted amount of $881,213.67 to $301,253.87. Molex asserts that the Debtors' Objection is based on a series of eight debit memoranda in which DAS LLC made cost recovery claims against Molex. Molex agrees with some, but not all, of these debit memoranda, and argues that the proper amount of proof of claim no. 7992 is the sum of $493,837.62. | Claims subject to modification | Adjourn |
| 24. | Sierra Liquidity Fund, LLC, as assignee of KTK Steel Drum Corporation (Docket No. 11066) | 16716 | Sierra Liquidity Fund, LLC ("Sierra"), as assignee of KTK Steel Drum Corporation, disagrees with the Debtors' Objection seeking to expunge proof of claim no. 16716. Sierra asserts that proof of claim no. 16716 amends proof of claim no. 48, filed on October 18, 2005. Sierra further asserts that proof of claim no. 16716 is supported by the Debtors' books and records. Sierra attaches new additional documentation in support of its claim and reattaches its proof of claim and supporting invoices. | Untimely claims | Adjourn |
| 25. | Hirschmann Car Communications GmbH (Docket No. 11068) | 14313 | Hirschmann Car Communications GmbH ("Hirschmann Car") disagrees with the Debtors' Objection to disallow proof of claim no. 14313, filed in the amount of | Books and records claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | $263,963.41 for goods sold to DAS LLC.<br><br>Hirschmann Car asserts that the Debtors have failed to produce any evidence sufficient to rebut the prima facie validity of proof of claim no. 14313.<br><br>Hirschmann Car further asserts that in communications subsequent to the filing of the Objection, representatives of the Debtors stated that the basis for the Objection was that the Debtors had paid an entity called "Hirschmann Automotive" the amount of $226,548.00.  Hirschmann Car asserts that Hirshmann Automotive GmbH is a separate Austrian company that has not been affiliated with Hirschmann Car since 2003.  Hirschmann Car further asserts that Hirschmann Automotive GmbH could not have been a party to the contract giving rise to proof of claim no. 14313 because the contract was entered into in 2004 — a year after Hirschmann Automotive GmbH was sold by the parent company of Hirschmann Car. | | |
| 26. | SPCP Group, LLC, as assignee of Beaver Manufacturing Company (Docket No. 11071) | 14133 | SPCP Group, LLC as agent for Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Fund, Ltd. (collectively, "Silver Point"), as assignee of Beaver Manufacturing Company ("Beaver"), disagrees with the Debtors' Objection to disallow proof of claim no. 14133.  Silver Point asserts that the Debtors' counsel represented (although not in the Objection) that a cure payment had been made directly to Beaver in the amount of $266,494.16 in October 2007.  Silver Point argues (i) that the Debtors have failed to overcome the prima facie validity of proof of | Books and records claims that are subject to final orders | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | claim no. 14133 and (ii) because the claim was assigned to Silver Point, Silver Point should not be prejudiced if the cure payment was incorrectly made to Beaver rather than Silver Point. | | |
| 27. | United States of America (Docket No. 11072) | | The United States Attorney for the Southern District of New York (the "United States"), disagrees with the Debtors' Objection to disallow proofs of claim nos. 16727 and 16728 as untimely, which were filed by the Equal Employment Opportunity Commission ("EEOC"). | Untimely claims | Adjourn |
| | | a) 16728 | a) The United States asserts that the bar date does not apply to proof of claim no. 16728 because the EEOC claim is an administrative expense claim for postpetition liabilities. | | |
| | | b) 16727 | b) The United States further asserts that its failure to file proof of claim no. 16727 by the bar date is the result of excusable neglect. The United States argues that because the EEOC was unaware of the facts underlying the claim until after the bar date, and acted promptly in filing proof of claim no. 16727, the claim should be allowed.  The United States also argues that each of the factors for excusable neglect outlined in Pioneer Investment Services v. Brunswick Associates Limited Partnership, 507 U.S. 380 (1993), supports allowance of proof of claim no. 16727. | | |
| 28. | Textron Fastening Systems, Inc. (Docket No. 11083) | 14147 | Textron Fastening Systems, Inc. ("Textron"), as assignor to SPCP Group LLC, disagrees with the Debtors' Objection to (i) reduce proof of claim no. 14147 from $5,430,121.66 to $4,498,944.63 and (ii) change the debtor | Claims subject to modification | Adjourn |

|  | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
|  |  |  | against which a portion of the claim, in the amount of $32,432.11, is asserted from DAS LLC to Delphi Mechatronic Systems, Inc. Textron asserts that the Debtors have failed to introduce any evidence sufficient to overcome the prima facie validity of proof of claim no. 14147. Textron attaches new additional documentation in support of proof of claim no. 14147. |  |  |
| 29. | Latigo Master Fund Ltd. (Docket No. 11112) (untimely) | 2353 | Latigo Master Fund Ltd. ("Latigo"), as assignee of Sony Ericsson Mobile Communications USA Inc. ("Sony Ericsson"), in an untimely response, disagrees with the Debtors' Objection to reduce proof of claim no. 2353 from $1,393,431.35 to $1,122,356.19. Latigo asserts that the Debtors have failed to provide any legal or factual basis sufficient to overcome the prima facie validity of its claim. Latigo further asserts that at least $111,637.32 of the disputed amount represents payments clearly owed to Sony Ericsson, as shown in proof of delivery documents previously provided to the Debtors. | Claims subject to modification | Adjourn |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
      In re                           :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                Debtors.        :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS,
(B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO
MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS
ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

("TWENTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims,

(C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And

Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Orders, dated October 26, 2007 (the "Twenty-Second Omnibus Claims Objection"),[1] of

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Second Omnibus Claims Objection.

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Second Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, and F-5 hereto was properly and timely served with a copy of the Twenty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Second Omnibus Claims Objection.  No other or further notice of the Twenty-Second Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.      The Claims listed on Exhibit B hereto were filed by holders of Delphi

common stock solely on account of their stock holdings (the "Equity Claims").

E.      The Claims listed on Exhibit C contain insufficient documentation to

support the Claims asserted (the "Insufficiently Documented Claims").

F.      The Claims listed on Exhibit D-1 hereto assert liabilities or dollar amounts

that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.      The Claim listed on Exhibit D-2 hereto, which was filed by a taxing

authority, asserts a liability and dollar amount that is not reflected on the Debtors' books and

records (the "Books And Records Tax Claim").

H.      The Claim listed on Exhibit D-3 hereto asserts liabilities or dollar amounts

that are not reflected on the Debtors' books and records and was also untimely filed pursuant to

the Bar Date Order (the "Untimely Books And Records Claim").

I.      The Claims listed on Exhibit D-4 hereto were modified pursuant to prior

orders and assert liabilities or dollar amounts that are not reflected on the Debtors' books and

records (the "Books And Records Claims That Are Subject To Prior Orders").

J.      The Claim listed on Exhibit E hereto was untimely filed pursuant to the

Bar Date Order (the "Untimely Claim").

K.      The Claims listed on Exhibit F-1 hereto (a) state the incorrect amount or

are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)

3

were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or

priority status (the "Claims Subject To Modification").

L.       The Tax Claims listed on <u>Exhibit F-2</u> hereto are overstated (the "Tax

Claims Subject To Modification").

M.       The Claims listed on <u>Exhibit F-3</u> hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon

the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to

the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i)

and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

N.       The Claims listed on <u>Exhibit F-4</u> hereto were modified pursuant to prior

orders and (a) state the incorrect amount or are overstated, including as a result of the assertion

of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors,

and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification That

Are Subject To Prior Orders").

O.       The Claim listed on <u>Exhibit F-5</u> hereto was modified pursuant to a prior

order and (a) (i) states the incorrect amount or is overstated, including as a result of the assertion

of invalid unliquidated claims, and/or (ii) was filed and docketed against the wrong Debtor,

4

and/or (iii) incorrectly asserts secured or priority status and (b) asserts a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claim Asserting Reclamation That Is Subject To Prior Order").

P.    The relief requested in the Twenty-Second Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    Each Equity Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.    Each Insufficiently Documented Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

4.    Each Books And Records Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed and expunged in its entirety.

5

5.      The Books And Records Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

6.      The Untimely Books And Records Claim listed on <u>Exhibit D-3</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each of the Books And Records Claims That Are Subject To Prior Orders listed on <u>Exhibit D-4</u> hereto is hereby disallowed and expunged in its entirety.

8.      The Untimely Claim listed on <u>Exhibit E</u> hereto is hereby disallowed and expunged in its entirety.

9.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit F-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-1</u> hereto shall be entitled to (a) recover any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit F-1</u> hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.      Each "Claim As Docketed" amount and Debtor listed on <u>Exhibit F-2</u> hereto is hereby revised to reflect the amount listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-2</u> hereto shall be entitled to (a) recover for the Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

6

column on Exhibit F-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit F-2 hereto, subject to the Debtors' right

to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject To

Modification shall remain on the claims register, and shall remain subject to future objection by

the Debtors and other parties-in-interest.

    11.  Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit F-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit F-3 shall be entitled to (a) recover any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that

any Reserved Defense is valid and denying priority status to such Claimant's reclamation

demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit F-3 hereto, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit F-3 hereto, subject to the

Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The

Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain

subject to future objection by the Debtors and other parties-in-interest.

    12.  Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit F-4 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit F-4 hereto shall be entitled to (a) recover

any Claims Subject To Modification That Are Subject To Prior Orders in an amount exceeding

the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that

is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim

against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit F-4</u> hereto, subject to the Debtors' right to further object to each of such Claims Subject To Modification That Are Subject To Prior Orders. The Claims Subject To Modification That Are Subject To Prior Orders shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

13.    The "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit F-5</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified." The Claimant listed on <u>Exhibit F-5</u> shall not be entitled to (a) recover for the Modified Claim Asserting Reclamation That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on <u>Exhibit F-5</u> hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit F-5</u> hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation That Is Subject To Prior Order. The Modified Claim Asserting Reclamation That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For clarity, <u>Exhibit H</u> hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on <u>Exhibits F-1</u>, <u>F-2</u>, <u>F-3</u>, <u>F-4</u>, and <u>F-5</u>.

14.    With respect to each Claim for which a Response to the Twenty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on <u>Exhibits G-1</u>, <u>G-2</u>, <u>G-3</u>, <u>G-4</u>, <u>G-5</u>, <u>G-6</u>, <u>G-7</u>, <u>G-8</u>, <u>G-9</u>,

8

and G-10 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

15.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Second Omnibus Claims Objection.

16.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

17.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

18.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, F-5, G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9, and G-10 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Second Omnibus Claims Objection. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

19.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

20.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Second Omnibus

Claims Objection.


Dated: New York, New York
       November ___, 2007


_____
    UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 15225<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $366,338.17<br>Total: $366,338.17 | Claim Number: 15224<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $228,980.13<br>Total: $228,980.13 |
| Claim Number: 7417<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br><br>HENDRICKSON DAVID<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902-9551<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16718<br>Date Filed: 10/04/2007<br>Creditor's Name and Address:<br><br>HENDRICKSON<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL |
| Claim Number: 16626<br>Date Filed: 07/17/2007<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $5,946.75<br>Administrative:<br>Unsecured: $214,220.75<br>Total: $220,167.50 | Claim Number: 10218<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY<br>CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $55,995.04<br>Administrative:<br>Unsecured: $164,172.46<br>Total: $220,167.50 |
| Claim Number: 10847<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim Number: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br>Total: $76,442.00 |

**Total Claims to be Expunged:** 4

**Total Asserted Amount to be Expunged:** $586,505.67

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILL R WAGGERMAN<br>34850 MISSION BELLVIEW<br>LOUISBURG, KS 66053-7175 | 5550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| BILLY GENE ISENHOWER<br>414 WINTERBROOK<br>OLATHE, KS 66062-1805 | 5813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| DARLENE I MORRISON<br>239 LAUREL ST<br>YOUNGSTOWN, OH 44505-1923 | 7266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| DONALD J MOSES<br>1206 WILSON<br>STURGIS, MI 49091-2247 | 13516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ETTA MARIE WALTON<br>659 W 400S<br>SHELBYVILLE, IN 46176-9317 | 7715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EUGENE J PETERSON AS<br>PETERSON UTHE MD UNIFORM<br>GIFTS TO MINORS ACT<br>229 MARSH ISLAND DR<br>CHESAPEAKE, VA 23320-9245 | 8499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| HOWARD L WEBER AND SHIRLEY E<br>WEBER JT TEN<br>35652 JOHNSTOWN RD<br>FARMINGTON HILLS, MI 48335-2015 | 4131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| JAY V DAVENPORT<br>113 VENUS WAY<br>BONAIRE, GA 31005-3337 | 6512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION<br>(05-44481) |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                     Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JERRY JAGER JR<br>4545 HWY 589<br>SUMRALL, MS 39482-3978 | 4340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| MARK S WALERZAK<br>10371 ST JOHN DR<br>ALGONAC, MI 48001-4241 | 9203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SAM HOWARD JR<br>2205 LILAC CIRCLE<br>MCKINNEY, TX 75071 | 7813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| VIOLA F CHRISTOPHER<br>4795 GRAN RIVER GLEN<br>DULUTH, GA 30096 | 3682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH SR AND MARLENE UNRATH TEN ENT<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| ZOFKO MARTIN<br>8978 ALTURA DR NE<br>WARREN, OH 44484 | 16084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

Total:        15                          UNL

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JANET M GORDON<br>20437 ARDMORE<br>DETROIT, MI 48235-1510 | 11157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:  UNL<br>Total:  UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| OLD DOMINION FREIGHT LINE I<br>PO BOX 60908<br>CHARLOTTE, NC 28260 | 4424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:  $3,715.40<br>Total:  $3,715.40 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| RADIALL JERRIK INC<br>102 W JULIE DR<br>TEMPE, AZ 85283 | 3711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:  $6,345.00<br>Total:  $6,345.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | $10,060.40 | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | 7745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $300.00<br>$300.00 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| HIRSCHMANN AUTOMOTIVE GMBH<br>405 LEXINGTON AVE 42ND FL<br>NEW YORK, NY 10174 | 2280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $224,681.70<br>$224,681.70 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ITAPSA S A DE C V<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | 9512 | Secured: $221,044.31<br>Priority:<br>Administrative:<br>Unsecured: $51,085.79<br>Total: $272,130.10 | | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF CARBY CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,340.00<br>$5,340.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SABIN METAL CORPORATION<br>300 PANTIGO PL<br>STE 102<br>EAST HAMPTON, NY 11937 | 8510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,583.35<br>$10,583.35 | 06/26/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| SEMITOOL INC<br>PO BOX 60000 FILE 72530<br>SAN FRANCISCO, CA 94160-2530 | 5208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,480.05<br>$5,480.05 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $69.63<br>Total: $69.63 | | 05/11/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TNT LOGISTICS NORTH AMERICA IN<br>10751 DEERWOOD PK BLVD STE 200<br>JACKSONVILLE, FL 32256 | 6940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,465.00<br>$14,465.00 | 05/26/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, <u>et al.</u>**                                          Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| **Total:** | **8** | **$533,049.83** | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF REVENUE PO BOX 320001 MONTGOMERY, AL 36132-0001 | 1775 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $157,059.64<br><br><br>$157,059.64 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | | $157,059.64 | | |

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCOTT DARRYL REESE<br>C O 329 BASKET BRANCH<br>OXFORD, MI 48371-6359 | 16709 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,844.62<br><br><br>$40,844.62 | 09/18/2007 | DELPHI CORPORATION (05-44481) |

|  | Total: | 1 | $40,844.62 |
|---|---|---|---|

Page 1 of 1

In re Delphi Corporation, et al.                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 1139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,039.28<br>$93,039.28 | 12/13/2005 | DELPHI CORPORATION (05-44481) |
| BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO, IL 60804 | 9653 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $177,062.67<br><br><br><br>$177,062.67 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CARLISLE PLASTICS COMPANY INC<br>320 S OHIO AVE<br>PO BOX 146<br>NEW CARLISLE, OH 45344-0146 | 190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,178.68<br>$3,178.68 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON, OH 45414-4914 | 11937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,280.45<br>$17,280.45 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HYDRA AIR INC<br>8208 INDY LN<br>INDIANAPOLIS, IN 46214-2326 | 15353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$930.45<br>$930.45 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| VLR EMBEDDED INC<br>3035 W 15TH ST<br>PLANO, TX 75075 | 285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$59,571.89<br>$59,571.89 | 11/02/2005 | DELPHI CORPORATION (05-44481) |

Total:     6                    $351,063.42

Page 1 of 1

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                                   **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIETRA JAMES<br>1130 SUZYLYNN<br>YOUNGSTOWN, OH 44512 | 16717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **UNL** | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 809**
Date Filed: 11/22/2005
Docketed Total: $ 450,022.77
Filing Creditor Name and Address:
AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Holder Name and Address
AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121
Docketed Total: **$450,022.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $450,022.77 |
| | | | **$450,022.77** |

Modified Total: **$438,359.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $438,359.65 |
| | | | **$438,359.65** |

---

**Claim: 1127**
Date Filed: 12/12/2005
Docketed Total: $ 46,327.72
Filing Creditor Name and Address:
APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368

Claim Holder Name and Address
APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368
Docketed Total: **$46,327.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $46,327.72 |
| | | | **$46,327.72** |

Modified Total: **$11,980.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,900.51 |
| 05-44567 | | | $5,080.24 |
| | | | **$11,980.75** |

---

**Claim: 1504**
Date Filed: 01/10/2006
Docketed Total: $ 268,362.48
Filing Creditor Name and Address:
AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: **$268,362.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $268,362.48 |
| | | | **$268,362.48** |

Modified Total: **$268,362.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,362.48 |
| | | | **$268,362.48** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Twenty-Second Omnibus Claims Objection

EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2220<br>Date Filed: 03/07/2006<br>Docketed Total: $ 31,894.35<br>Filing Creditor Name and Address:<br>  BOC GASES<br>  575 MTN AVE<br>  MURRAY HILL, NJ 07974 | Claim Holder Name and Address<br><br>BOC GASES<br>575 MTN AVE<br>MURRAY HILL, NJ 07974 | Docketed Total: | | $31,894.35 | | Modified Total: | | $27,141.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,894.35<br><br>$31,894.35 | Case Number*<br>05-44624<br>05-44640 | Secured | Priority | Unsecured<br>$2,033.58<br>$25,107.66<br><br>$27,141.24 |
| Claim: 8726<br>Date Filed: 06/28/2006<br>Docketed Total: $ 195,108.90<br>Filing Creditor Name and Address:<br>  COMARK INC<br>  C O INSIGHT ENTERPRISES INC<br>  1305 W AUTO DR<br>  TEMPE, AZ 85284 | Claim Holder Name and Address<br><br>COMARK INC<br>C O INSIGHT ENTERPRISES INC<br>1305 W AUTO DR<br>TEMPE, AZ 85284 | Docketed Total: | | $195,108.90 | | Modified Total: | | $57,579.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$195,108.90<br><br>$195,108.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$57,579.00<br><br>$57,579.00 |
| Claim: 7742<br>Date Filed: 06/09/2006<br>Docketed Total: $ 4,275.00<br>Filing Creditor Name and Address:<br>  DANIEL F YOUNG INC<br>  1235 WESTLAKES DR STE 255<br>  BERWYN, PA 19312 | Claim Holder Name and Address<br><br>DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | Docketed Total: | | $4,275.00 | | Modified Total: | | $4,275.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,275.00<br><br>$4,275.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,275.00<br><br>$4,275.00 |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7746<br>Date Filed: 06/09/2006<br>Docketed Total: $ 200.02<br>Filing Creditor Name and Address:<br>DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | Claim Holder Name and Address<br><br>DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | | Docketed Total: | **$200.02** | | | Modified Total: | **$200.02** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $200.02 | 05-44640 | | | $200.02 |
| | | | | **$200.02** | | | | **$200.02** |
| Claim: 495<br>Date Filed: 11/10/2005<br>Docketed Total: $ 443,501.01<br>Filing Creditor Name and Address:<br>DAYCO PRODUCTS LLC DBA<br>MARK IV AUTOMOTIVE<br>DAYCO PRODUCTS MARK IV<br>AUTOMOTIVE<br>1955 ENTERPRISE DR<br>ROCHESTER HILLS, MI 48309 | Claim Holder Name and Address<br><br>DAYCO PRODUCTS LLC DBA MARK IV AUTOMOTIVE<br>DAYCO PRODUCTS MARK IV AUTOMOTIVE<br>1955 ENTERPRISE DR<br>ROCHESTER HILLS, MI 48309 | | Docketed Total: | **$443,501.01** | | | Modified Total: | **$45,902.00** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $443,501.01 | 05-44640 | | | $45,902.00 |
| | | | | **$443,501.01** | | | | **$45,902.00** |
| Claim: 9552<br>Date Filed: 07/17/2006<br>Docketed Total: $ 15,807.88<br>Filing Creditor Name and Address:<br>E S INVESTMENTS<br>SUN MICROSTAMPING<br>TECHNOLOGIES<br>14055 US HIGHWAY 19 N<br>CLEARWATER, FL 33764 | Claim Holder Name and Address<br><br>E S INVESTMENTS<br>SUN MICROSTAMPING<br>TECHNOLOGIES<br>14055 US HIGHWAY 19 N<br>CLEARWATER, FL 33764 | | Docketed Total: | **$15,807.88** | | | Modified Total: | **$7,119.82** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $15,807.88 | 05-44567 | | | $7,119.82 |
| | | | | **$15,807.88** | | | | **$7,119.82** |

\*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6445**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6445<br>Date Filed: 05/22/2006<br>Docketed Total: $ 369,003.36<br>Filing Creditor Name and Address:<br>EQUITY INDUSTRIAL<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181 | Claim Holder Name and Address<br><br>EQUITY INDUSTRIAL<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181    Docketed Total: $369,003.36 | Modified Total: $318,036.30 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $41,604.69 | | $327,398.67 |
| | **$41,604.69** | | **$327,398.67** |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | | |
| 05-44640 | | | $318,036.30 |
| | **$0.00** | | **$318,036.30** |

---

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15224<br>Date Filed: 07/31/2006<br>Docketed Total: $ 228,980.13<br>Filing Creditor Name and Address:<br>GIBBS DIE CASTING<br>CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Claim Holder Name and Address<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535    Docketed Total: $228,980.13 | Modified Total: $112,290.32 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $228,980.13 |
| | | | **$228,980.13** |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,290.32 |
| | | | **$112,290.32** |

---

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9011<br>Date Filed: 07/05/2006<br>Docketed Total: $ 148,939.15<br>Filing Creditor Name and Address:<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269 | Claim Holder Name and Address<br><br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269    Docketed Total: $148,939.15 | Modified Total: $131,645.84 |

Claim as Docketed:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,939.15 |
| | | | **$148,939.15** |

Claim as Modified:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $131,645.84 |
| | | | **$131,645.84** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9035**
Date Filed: 07/05/2006
Docketed Total: $ 66,093.81
Filing Creditor Name and Address:
  HISCO INC
  6650 CONCORD PARK DR
  HOUSTON, TX 77040

Claim Holder Name and Address

HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Docketed Total: **$66,093.81**

Modified Total: **$49,653.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $66,093.81 |
| | | | **$66,093.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,247.00 |
| 05-44507 | | | $11,110.81 |
| 05-44640 | | | $27,380.98 |
| 05-44567 | | | $9,914.26 |
| | | | **$49,653.05** |

---

**Claim: 5111**
Date Filed: 05/08/2006
Docketed Total: $ 28,951.86
Filing Creditor Name and Address:
  J V EQUIPMENT INC
  PO BOX 509
  EDINBURG, TX 78540

Claim Holder Name and Address

J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Docketed Total: **$28,951.86**

Modified Total: **$26,583.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $28,951.86 |
| | | | **$28,951.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $26,583.33 |
| | | | **$26,583.33** |

---

**Claim: 15565**
Date Filed: 07/31/2006
Docketed Total: $ 112,181.25
Filing Creditor Name and Address:
  KAC HOLDINGS INC DBA KESTER
  KESTER
  515 E TOUHY AVE
  DES PLAINES, IL 60018

Claim Holder Name and Address

KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total: **$112,181.25**

Modified Total: **$102,735.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | **$112,181.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $102,735.75 |
| | | | **$102,735.75** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                                    Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2149<br>Date Filed: 02/28/2006<br>Docketed Total: $ 37,321.58<br>Filing Creditor Name and Address:<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228 | Claim Holder Name and Address<br><br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228 | Docketed Total: | | **$37,321.58** | | Modified Total: | | **$37,321.58** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $37,321.58 | 05-44640 | | | $37,321.58 |
| | | | | **$37,321.58** | | | | **$37,321.58** |
| Claim: 9756<br>Date Filed: 07/18/2006<br>Docketed Total: $ 1,196,741.86<br>Filing Creditor Name and Address:<br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>3500 BP TOWER 200 PUBLIC<br>SQUARE<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER LLP<br>3500 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Docketed Total: | | **$897,905.68** | | Modified Total: | | **$1,127,950.91** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $897,905.68 | 05-44640 | | | $1,127,950.91 |
| | | | | | 05-44481 | | $0.00 | |
| | | | | **$897,905.68** | | | **$0.00** | **$1,127,950.91** |
| Claim: 9832<br>Date Filed: 07/18/2006<br>Docketed Total: $ 268,853.90<br>Filing Creditor Name and Address:<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Claim Holder Name and Address<br><br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Docketed Total: | | **$268,853.90** | | Modified Total: | | **$221,285.87** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $268,853.90 | 05-44640 | | | $221,285.87 |
| | | | | **$268,853.90** | | | | **$221,285.87** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 523<br>Date Filed: 11/14/2005<br>Docketed Total: $ 557,641.90<br>Filing Creditor Name and Address:<br>MARKETING SPECIALTIES MSI<br>PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Claim Holder Name and Address<br><br>MARKETING SPECIALTIES MSI PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | | Docketed Total: | **$557,641.90** | | | Modified Total: | **$293,905.45** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$557,641.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$293,905.45 |
| | | | | **$557,641.90** | | | | **$293,905.45** |
| Claim: 5986<br>Date Filed: 05/16/2006<br>Docketed Total: $ 523.37<br>Filing Creditor Name and Address:<br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Claim Holder Name and Address<br><br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | | Docketed Total: | **$523.37** | | | Modified Total: | **$523.37** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$523.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$523.37 |
| | | | | **$523.37** | | | | **$523.37** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1746<br>Date Filed: 02/02/2006<br>Docketed Total: $ 3,821,082.86<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES INVESTORS LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402    Docketed Total: $620,925.96 | Modified Total: $4,869.78 |

Case Number* 05-44640 | Secured | Priority | Unsecured $620,925.96 → $620,925.96

Case Number* 05-44567 / 05-44624 | Unsecured $4,467.78 / $402.00 → $4,869.78

Claim Holder Name and Address — TPG CREDIT STRATEGIES FUND LP, ATTN SHELLEY HARTMAN, 4600 WELLS FARGO CTR, 90 S SEVENTH ST, MINNEAPOLIS, MN 55402 — Docketed Total: $3,200,156.90; Modified Total: $3,636,441.29
Case Number* 05-44640 Unsecured $3,200,156.90; Modified 05-44640 Unsecured $3,636,441.29

Claim: 7991
Date Filed: 06/14/2006
Docketed Total: $ 207,618.66
Filing Creditor: MOLEX CONNECTOR CORPORATION, SONNENSCHEIN NATH & ROSENTHAL LLP, 7800 SEARS TOWER, CHICAGO, IL 60606
Claim Holder: MOLEX CONNECTOR CORPORATION, SONNENSCHEIN NATH & ROSENTHAL LLP, 7800 SEARS TOWER, CHICAGO, IL 60606 — Docketed Total: $207,618.66; Modified Total: $207,485.70
Case Number* 05-44640 Unsecured $207,618.66; Modified 05-44640 Unsecured $207,485.70

*See Exhibit H for a listing of debtor entities by case number.

Page 8 of 15

In re Delphi Corporation, et al.:
Case No. 05-44481 (RDD)

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1887**
Date Filed: 02/07/2006
Docketed Total: $ 5,115.85
Filing Creditor Name and Address:
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Claim Holder Name and Address
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Docketed Total: **$5,115.85**

Modified Total: **$5,115.85**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,115.85 | 05-44640 | | | $5,115.85 |
| | | | **$5,115.85** | | | | **$5,115.85** |

---

**Claim: 1671**
Date Filed: 01/25/2006
Docketed Total: $ 19,545.00
Filing Creditor Name and Address:
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Claim Holder Name and Address
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Docketed Total: **$19,545.00**

Modified Total: **$19,545.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44596 | | | $19,545.00 | 05-44640 | | | $19,545.00 |
| | | | **$19,545.00** | | | | **$19,545.00** |

---

**Claim: 13562**
Date Filed: 07/31/2006
Docketed Total: $ 866,697.79
Filing Creditor Name and Address:
OBERG INDUSTRIES INC
2301 SILVERVILLE RD
FREEPORT, PA 16229

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$866,697.79**

Modified Total: **$572,827.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $866,697.79 | 05-44640 | | | $572,827.52 |
| | | | **$866,697.79** | | | | **$572,827.52** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Row 1:**

CLAIM TO BE MODIFIED:
Claim: 14737
Date Filed: 07/31/2006
Docketed Total: $ 167,907.45
Filing Creditor Name and Address:
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440

CLAIM AS DOCKETED:
Claim Holder Name and Address
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440
Docketed Total: $167,907.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $167,907.45 |
| | | | $167,907.45 |

CLAIM AS MODIFIED:
Modified Total: $138,341.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,341.97 |
| | | | $138,341.97 |

**Row 2:**

CLAIM TO BE MODIFIED:
Claim: 2596
Date Filed: 04/10/2006
Docketed Total: $ 50,654.52
Filing Creditor Name and Address:
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032

CLAIM AS DOCKETED:
Claim Holder Name and Address
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032
Docketed Total: $50,654.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,654.52 |
| | | | $50,654.52 |

CLAIM AS MODIFIED:
Modified Total: $41,049.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,049.28 |
| | | | $41,049.28 |

**Row 3:**

CLAIM TO BE MODIFIED:
Claim: 138
Date Filed: 10/27/2005
Docketed Total: $ 183,710.75
Filing Creditor Name and Address:
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216

CLAIM AS DOCKETED:
Claim Holder Name and Address
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216
Docketed Total: $183,710.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $183,710.75 |
| | | | $183,710.75 |

CLAIM AS MODIFIED:
Modified Total: $164,378.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $164,313.24 |
| 05-44612 | | | $65.00 |
| | | | $164,378.24 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2312**
Date Filed: 03/16/2006
Docketed Total: $ 46,627.72
Filing Creditor Name and Address:
  PANTHER II TRANSPORTATION
  4940 PANTHER PKWY
  SEVILLE, OH 44273

Claim Holder Name and Address
PANTHER II TRANSPORTATION
4940 PANTHER PKWY
SEVILLE, OH 44273
Docketed Total: **$46,627.72**
Modified Total: **$46,627.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,627.72 | 05-44640 | | | $46,627.72 |
| | | | **$46,627.72** | | | | **$46,627.72** |

**Claim: 2406**
Date Filed: 03/27/2006
Docketed Total: $ 87,316.56
Filing Creditor Name and Address:
  QUALITY LOGISTICAL SERVICES
  PO BOX 12030
  3525 CAPITAL CITY BLVD
  LANSING, MI 48901-2030

Claim Holder Name and Address
QUALITY LOGISTICAL SERVICES
PO BOX 12030
3525 CAPITAL CITY BLVD
LANSING, MI 48901-2030
Docketed Total: **$87,316.56**
Modified Total: **$70,681.28**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $87,316.56 | 05-44640 | | | $70,681.28 |
| | | | **$87,316.56** | | | | **$70,681.28** |

**Claim: 6528**
Date Filed: 05/22/2006
Docketed Total: $ 397,218.17
Filing Creditor Name and Address:
  REXEL INC
  1049 PRINCE GEORGES BLVD
  UPPER MARLBORO, MD 20774

Claim Holder Name and Address
REXEL INC
1049 PRINCE GEORGES BLVD
UPPER MARLBORO, MD 20774
Docketed Total: **$397,218.17**
Modified Total: **$397,218.17**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $397,218.17 | 05-44640 | | | $397,218.17 |
| | | | **$397,218.17** | | | | **$397,218.17** |

**Claim: 9510**
Date Filed: 07/14/2006
Docketed Total: $ 98,815.73
Filing Creditor Name and Address:
  SIMPLEX GRINNELL
  50 TECHONOLOGY DR
  WESTMINSTER, MA 01441

Claim Holder Name and Address
SIMPLEX GRINNELL
50 TECHONOLOGY DR
WESTMINSTER, MA 01441
Docketed Total: **$98,815.73**
Modified Total: **$98,244.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $98,815.73 | 05-44640 | | | $98,244.45 |
| | | | **$98,815.73** | | | | **$98,244.45** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10230**
Date Filed: 07/21/2006
Docketed Total: $ 251,814.20
Filing Creditor Name and Address:
STANDARD MOTOR PRODUCTS INC

37 18 NORTHERN BVD
LONG ISLAND CITY, NY 11101-1016

Claim Holder Name and Address

STANDARD MOTOR PRODUCTS INC
37 18 NORTHERN BVD
LONG ISLAND CITY, NY 11101-1016

Docketed Total: **$251,814.20**

Modified Total: **$234,479.22**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $251,814.20 |
| | | | **$251,814.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $234,479.22 |
| | | | **$234,479.22** |

---

**Claim: 211**
Date Filed: 10/31/2005
Docketed Total: $ 5,697.46
Filing Creditor Name and Address:
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC

23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address

STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total: **$5,697.46**

Modified Total: **$5,697.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,697.46 |
| | | | **$5,697.46** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,697.46 |
| | | | **$5,697.46** |

---

**Claim: 213**
Date Filed: 10/31/2005
Docketed Total: $ 8,496.00
Filing Creditor Name and Address:
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC

23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address

STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total: **$8,496.00**

Modified Total: **$8,496.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,496.00 |
| | | | **$8,496.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,496.00 |
| | | | **$8,496.00** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.:
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 215**
Date Filed: 10/31/2005
Docketed Total: $ 9,712.11
Filing Creditor Name and Address:
STAR SU STAR CUTTER
COMPANY AKA STAR CUT SALES
GOLD STAR COATING AND STAR
SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address

STAR SU STAR CUTTER COMPANY
AKA STAR CUT SALES GOLD STAR
COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total:    **$9,712.11**

Modified Total:    **$9,712.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,712.11 | 05-44640 | | | $9,712.11 |
| | | | **$9,712.11** | | | | **$9,712.11** |

**Claim: 1914**
Date Filed: 02/08/2006
Docketed Total: $ 34,795.00
Filing Creditor Name and Address:
UNHOLTZ DICKIE
CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Claim Holder Name and Address

UNHOLTZ DICKIE CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Docketed Total:    **$34,795.00**

Modified Total:    **$34,795.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,795.00 | 05-44567 | | | $7,895.00 |
| | | | | 05-44640 | | | $25,800.00 |
| | | | | 05-44624 | | | $1,100.00 |
| | | | **$34,795.00** | | | | **$34,795.00** |

**Claim: 9844**
Date Filed: 07/18/2006
Docketed Total: $ 18,580.00
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Claim Holder Name and Address

UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Docketed Total:    **$18,580.00**

Modified Total:    **$945.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,580.00 | 05-44640 | | | $945.00 |
| | | | **$18,580.00** | | | | **$945.00** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9850￼<br>Date Filed: 07/18/2006￼<br>Docketed Total: $ 89,553.73￼<br>Filing Creditor Name and Address:￼<br>UNION PACIFIC RAILROAD COMPANY￼<br>1400 DOUGLAS ST STOP 1580￼<br>OMAHA, NE 68179-1580 | Claim Holder Name and Address￼<br><br>UNION PACIFIC RAILROAD COMPANY￼<br>1400 DOUGLAS ST STOP 1580￼<br>OMAHA, NE 68179-1580 | Docketed Total: | | $89,553.73 | | | Modified Total: | $50,961.60 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $89,553.73 | 05-44640 | | | $50,961.60 |
| | | | | **$89,553.73** | | | | **$50,961.60** |
| Claim: 11434￼<br>Date Filed: 07/27/2006￼<br>Docketed Total: $ 46,954.68￼<br>Filing Creditor Name and Address:￼<br>UNISOURCE WORLDWIDE INC￼<br>6600 GOVERNORS LAKE PKY￼<br>NORCROSS, GA 30071-1114 | Claim Holder Name and Address￼<br><br>UNISOURCE WORLDWIDE INC￼<br>6600 GOVERNORS LAKE PKY￼<br>NORCROSS, GA 30071-1114 | Docketed Total: | | $46,954.68 | | | Modified Total: | $15,184.47 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $46,954.68 | 05-44640 | | | $15,184.47 |
| | | | | **$46,954.68** | | | | **$15,184.47** |
| Claim: 14999￼<br>Date Filed: 07/31/2006￼<br>Docketed Total: $ 34,816.85￼<br>Filing Creditor Name and Address:￼<br>W W GRAINGER INC￼<br>MCDERMOTT WILL & EMERY LLP￼<br>227 W MONROE ST STE 4400￼<br>CHICAGO, IL 60606-5096 | Claim Holder Name and Address￼<br><br>W W GRAINGER INC￼<br>MCDERMOTT WILL & EMERY LLP￼<br>227 W MONROE ST STE 4400￼<br>CHICAGO, IL 60606-5096 | Docketed Total: | | $34,816.85 | | | Modified Total: | $22,354.92 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $34,816.85 | 05-44507￼<br>05-44640 | | | $159.84￼<br>$22,195.08 |
| | | | | **$34,816.85** | | | | **$22,354.92** |

\*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.:
Case No. 05-44481 (RDD)

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4645<br>Date Filed: 05/04/2006<br>Docketed Total: $ 31,753.59<br>Filing Creditor Name and Address:<br>WINKLE ELECTRIC CO INC<br>RMT ADD CHG 12 02 04 AM<br>PO BOX 6014<br>1900 HUBBARD RD<br>YOUNGSTOWN, OH 44501-6014 | Claim Holder Name and Address<br><br>WINKLE ELECTRIC CO INC<br>RMT ADD CHG 12 02 04 AM<br>PO BOX 6014<br>1900 HUBBARD RD<br>YOUNGSTOWN, OH 44501-6014      Docketed Total:      $31,753.59 | Modified Total:      $28,341.62 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,753.59 | 05-44640 | | | $28,341.62 |
| | | | **$31,753.59** | | | | **$28,341.62** |

**Total Claims to be Modified: 42**

**Total Amount as Docketed:  $10,955,216.98**

**Total Amount as Modified:  $ 9,096,645.38**

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16296**
Date Filed: 09/08/2006
Docketed Total: $ 138,133.68
Filing Creditor Name and Address:
  MARION COUNTY IN
  200 E WASHINGTON ST RM 1001
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

MARION COUNTY IN
200 E WASHINGTON ST RM 1001
INDIANAPOLIS, IN 46204

Docketed Total:     **$138,133.68**

Modified Total:     **$122,297.70**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $138,133.68 | | 05-44640 | | $122,297.70 | |
| | | **$138,133.68** | | | | **$122,297.70** | |

---

**Claim: 14201**
Date Filed: 08/02/2006
Docketed Total: $ 26,967.39
Filing Creditor Name and Address:
  TOWN OF COALING ALABAMA
  3001 SECOND AVE SOUTH
  BIRMINGHAM, AL 35233

Claim Holder Name and Address

TOWN OF COALING ALABAMA
3001 SECOND AVE SOUTH
BIRMINGHAM, AL 35233

Docketed Total:     **$26,967.39**

Modified Total:     **$11,978.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $26,967.39 | | 05-44640 | | $11,978.67 | |
| | | **$26,967.39** | | | | **$11,978.67** | |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:  $165,101.07**

**Total Amount as Modified:  $ 134,276.37**

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Twenty-Second Omnibus Claims Objection

EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8373<br>Date Filed: 06/22/2006<br>Docketed Total: $ 778,532.62<br>Filing Creditor Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $778,532.62 | | Modified Total: | | $298,728.34 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$778,532.62 | Case Number*<br>05-44640 | Secured | Priority<br>$3,933.20 | Unsecured<br>$294,795.14 |
| | | | | $778,532.62 | | | $3,933.20 | $294,795.14 |
| Claim: 1745<br>Date Filed: 02/02/2006<br>Docketed Total: $ 2,912,902.05<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES<br>INVESTORS LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $473,346.58 | | Modified Total: | | $325,797.70 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$473,346.58 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$325,797.70 | Unsecured |
| | | | $473,346.58 | | | | $325,797.70 | |
| | Claim Holder Name and Address<br><br>TPG CREDIT STRATEGIES FUND LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $2,439,555.47 | | Modified Total: | | $2,582,596.89 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$2,439,555.47 | Unsecured | Case Number*<br>05-44640<br>05-44567 | Secured | Priority | Unsecured<br>$2,582,418.17<br>$178.72 |
| | | | $2,439,555.47 | | | | | $2,582,596.89 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim:** 11688<br>Date Filed: 07/27/2006<br>Docketed Total: $ 529,365.38<br>Filing Creditor Name and Address:<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Claim Holder Name and Address<br><br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Docketed Total: | | **$80,487.44** | | | Modified Total: | **$529,365.38** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$80,487.44 | Case Number*<br>05-44640 | Secured | Priority<br>$132,206.98 | Unsecured<br>$397,158.40 |
| | | | | **$80,487.44** | | | **$132,206.98** | **$397,158.40** |
| **Claim:** 16557<br>Date Filed: 02/28/2007<br>Docketed Total: $ 435,185.00<br>Filing Creditor Name and Address:<br>PENN ALUMINUM<br>INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br><br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Docketed Total: | | **$435,185.00** | | | Modified Total: | **$352,689.76** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$435,185.00 | Case Number*<br>05-44640 | Secured | Priority<br>$22,680.99 | Unsecured<br>$330,008.77 |
| | | | | **$435,185.00** | | | **$22,680.99** | **$330,008.77** |
| **Claim:** 14322<br>Date Filed: 07/31/2006<br>Docketed Total: $ 2,260,278.22<br>Filing Creditor Name and Address:<br>PHILIPS OPTICAL STORAGE<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$2,260,278.22** | | | Modified Total: | **$2,139,229.81** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,260,278.22 | Case Number*<br>05-44640 | Secured | Priority<br>$34,369.12 | Unsecured<br>$2,104,860.69 |
| | | | | **$2,260,278.22** | | | **$34,369.12** | **$2,104,860.69** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16584<br>Date Filed: 03/21/2007<br>Docketed Total: $ 45,131.93<br>Filing Creditor Name and Address:<br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102 | Claim Holder Name and Address<br><br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102 | Docketed Total: | | $45,131.93 | | | Modified Total: | $45,131.93 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $30,985.93 | $14,146.00 | 05-44624<br>05-44539 | | $9,978.00 | $33,727.93<br>$1,426.00 |
| | | | **$30,985.93** | **$14,146.00** | | | **$9,978.00** | **$35,153.93** |
| Claim: 987<br>Date Filed: 12/05/2005<br>Docketed Total: $ 987,308.58<br>Filing Creditor Name and Address:<br>TESSY PLASTICS CORP<br>488 RT S W<br>ELBRIDGE, NY 13060 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $987,308.58 | | | Modified Total: | $782,463.50 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $987,308.58 | 05-44640 | | $9,176.58 | $773,286.92 |
| | | | | **$987,308.58** | | | **$9,176.58** | **$773,286.92** |
| Claim: 11437<br>Date Filed: 07/27/2006<br>Docketed Total: $ 39,624.64<br>Filing Creditor Name and Address:<br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Claim Holder Name and Address<br><br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Docketed Total: | | $39,624.64 | | | Modified Total: | $29,956.76 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $5,500.00 | $34,124.64 | 05-44640 | | $5,543.84 | $24,412.92 |
| | | | **$5,500.00** | **$34,124.64** | | | **$5,543.84** | **$24,412.92** |

\*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $ 285,140.66<br>Filing Creditor Name and Address:<br>VIKING PLASTICS INC<br>1 VIKING ST<br>CORRY, PA 16407 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $279,593.31 | | Modified Total: | | $250,708.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$279,593.31 | Case Number*<br>05-44640 | Secured | Priority<br>$5,547.35 | Unsecured<br>$245,161.25 |
| | | | | $279,593.31 | | | $5,547.35 | $245,161.25 |

Total Claims to be Modified: 9

Total Amount as Docketed:  $8,273,469.08

Total Amount as Modified:  $ 7,336,668.67

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1683<br>Date Filed: 01/26/2006<br>Docketed Total: $ 78,385.24<br>Filing Creditor Name and Address:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total: **$78,385.24** | | | | Modified Total: **$56,928.31** | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $78,385.24 | 05-44640 | | | $56,928.31 |
| | | | | **$78,385.24** | | | | **$56,928.31** |
| Claim: 471<br>Date Filed: 11/10/2005<br>Docketed Total: $ 2,244,881.76<br>Filing Creditor Name and Address:<br>CORNING INCORPORATED<br>ONE RIVERFRONT PLZ<br>CORNING, NY 14831 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: **$2,244,881.76** | | | | Modified Total: **$118,655.13** | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $2,244,881.76 | 05-44482 | | | $54,551.73 |
| | | | | | 05-44640 | | | $64,103.40 |
| | | | | **$2,244,881.76** | | | | **$118,655.13** |
| Claim: 5404<br>Date Filed: 05/09/2006<br>Docketed Total: $ 429,262.62<br>Filing Creditor Name and Address:<br>JADA PRECISION PLASTICS CO<br>EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Claim Holder Name and Address<br><br>JADA PRECISION PLASTICS CO EFT<br>INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606<br><br>Docketed Total: **$429,262.62** | | | | Modified Total: **$407,198.84** | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $429,262.62 | 05-44640 | | | $407,198.84 |
| | | | | **$429,262.62** | | | | **$407,198.84** |

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2032<br>Date Filed: 02/15/2006<br>Docketed Total: $ 49,782.58<br>Filing Creditor Name and Address:<br>  PROGRESSIVE STAMPING CO DE<br>  INC<br>  2807 SAMOSET RD<br>  ROYAL OAK, MI 48073-172 | Claim Holder Name and Address<br><br>  ASM CAPITAL LP<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797 | Docketed Total: | | $49,782.58 | | Modified Total: | | $1,658.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$49,782.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,658.56 |
| | | | | **$49,782.58** | | | | **$1,658.56** |

**Total Claims to be Modified: 4**

**Total Amount as Docketed: $2,802,312.20**

**Total Amount as Modified: $ 584,440.84**

*See Exhibit H for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-5 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 2071
Date Filed: 02/21/2006
Docketed Total: $ 3,608,175.78
Filing Creditor Name and Address:
NGK AUTOMOTIVE CERAMICS USA INC
WARNER NORCROSS & JUDD LLP
2000 TOWN  CTR STE 2700
SOUTHFIELD, MI 48075-1318

**CLAIM AS DOCKETED**
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$3,608,175.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44484 | | $579,972.85 | $3,028,202.93 |
| | | **$579,972.85** | **$3,028,202.93** |

**CLAIM AS MODIFIED**
Modified Total: **$693,940.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $425,192.03 | $268,748.33 |
| | | **$425,192.03** | **$268,748.33** |

Total Claims to be Modified: 1
Total Amount as Docketed:  $3,608,175.78
Total Amount as Modified:  $ 693,940.36

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**      Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIRSCHMANN CAR COMMUNICATIONS GMBH FULBRIGHT & JAWORSKI LLP 666 FIFTH AVE NEW YORK, NY 10103 | 14313 | Secured: Priority: Administrative: Unsecured: Total: | $263,963.41 $263,963.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JAMES HUTZ JR 6365 THOMPSON SHARPSVILLE RD FOWLER, OH 44418 | 3139 | Secured: Priority: Administrative: Unsecured: Total: | $2,157,683.93 $2,157,683.93 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MORGAN ADVANCED CERAMICS DIAMONEX PRODUCTS DIV KILPATRICK STOCKTON LLP 1100 PEACHTREE ST STE 2800 ATLANTA, GA 30309 | 11534 | Secured: $550,547.81 Priority: Administrative: Unsecured: Total: | $550,547.81 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS VDO AUTOMOTIVE INC SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 2773 | Secured: Priority: Administrative: Unsecured: Total: | $2,291,767.58 $2,291,767.58 | 04/26/2006 | DELPHI CORPORATION (05-44481) |

Total:      **4**          **$5,263,962.73**

In re Delphi Corporation, et al.    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CTR<br>1375 E NINTH ST<br>CLEVELAND, OH 44114 | 16627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $134,297.99<br><br><br><br>$134,297.99 | 07/17/2007 | DELPHI CORPORATION (05-44481) |

Total:    1                          $134,297.99

Page 1 of 1

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNEMPLOYMENT INSURANCE AGENCY<br>3024 W GRAND BLVD STE 11 500<br>DETROIT, MI 48202-6024 | 16721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,651.43<br><br>$1,651.43 | 10/09/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | $1,651.43 | | | |

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-4 - ADJOURNED BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS*

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14133 | Secured: Priority: Administrative: Unsecured: Total: | $267,469.05 $267,469.05 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$267,469.05** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT G-5 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 16716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $26,076.60<br>$26,076.60 | 09/26/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>TRIAL ATTORNEY<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |

                      **Total:        3                         $26,076.60**

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**      Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-6 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA DEPT OF TAXATION PO BOX 2156 RICHMOND, VA 23218 | 16729 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,579.98<br>$14,579.98 | 10/18/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,459,293.50<br>$10,459,293.50 | 10/17/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16725 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,239.59<br>$4,239.59 | 10/17/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | $10,478,113.07 | | | |

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 10589<br>Date Filed: 07/25/2006<br>Docketed Total: $ 136,561.72<br>Filing Creditor Name and Address:<br>AMD INTERNATIONAL SALES & SERVICE LTD<br>915 DEGUIGNE DR<br>MS 251<br>SUNNYVALE, CA 94088-3453 | Claim Holder Name and Address<br><br>SPANSION LLC<br>915 DEGUIGNE DR M S 251<br>PO BOX 3453<br>SUNNYVALE, CA 94088-3453 | Docketed Total:    **$136,561.72** | | Modified Total:    **$33,973.92** |
| | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44610                                                            $136,561.72<br>_____<br>                                                                                    **$136,561.72** | | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44610                                                            $33,973.92<br>_____<br>                                                                                    **$33,973.92** | |
| Claim: 1544<br>Date Filed: 01/17/2006<br>Docketed Total: $ 49,857.50<br>Filing Creditor Name and Address:<br>GREAT NORTHERN TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Claim Holder Name and Address<br><br>GREAT NORTHERN TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Docketed Total:    **$49,857.50** | | Modified Total:    **$46,497.50** |
| | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44481                              $49,857.50<br>_____<br>                                            **$49,857.50** | | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                                            $46,497.50<br>_____<br>                                                                                    **$46,497.50** | |
| Claim: 10019<br>Date Filed: 07/20/2006<br>Docketed Total: $ 63,903.24<br>Filing Creditor Name and Address:<br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Claim Holder Name and Address<br><br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Docketed Total:    **$63,903.24** | | Modified Total:    **$31,864.57** |
| | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44481                                                            $63,903.24<br>_____<br>                                                                                    **$63,903.24** | | **Case Number***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                                            $31,864.57<br>_____<br>                                                                                    **$31,864.57** | |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

### EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 16497
Date Filed: 01/23/2007
Docketed Total: $ 606,089.00
Filing Creditor Name and Address:
HARCO INDUSTRIES INC
PO BOX 335
ENGLEWOOD, OH 45322

**CLAIM AS DOCKETED**
Claim Holder Name and Address
HARCO INDUSTRIES INC
PO BOX 335
ENGLEWOOD, OH 45322

Docketed Total: **$606,089.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $606,089.00 |
| | | | **$606,089.00** |

**CLAIM AS MODIFIED**
Modified Total: **$548,176.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $548,176.74 |
| | | | **$548,176.74** |

---

**CLAIM TO BE MODIFIED**
Claim: 13967
Date Filed: 07/31/2006
Docketed Total: $ 283,429.97
Filing Creditor Name and Address:
HUTCHINSON FTS INC
C O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

**CLAIM AS DOCKETED**
Claim Holder Name and Address
HUTCHINSON FTS INC
C O HALPERIN BATTAGLIA RAICHT
LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Docketed Total: **$283,429.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $283,429.97 |
| | | | **$283,429.97** |

**CLAIM AS MODIFIED**
Modified Total: **$274,165.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $274,165.53 |
| | | | **$274,165.53** |

---

**CLAIM TO BE MODIFIED**
Claim: 7992
Date Filed: 06/14/2006
Docketed Total: $ 881,213.67
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

**CLAIM AS DOCKETED**
Claim Holder Name and Address
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Docketed Total: **$881,213.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $881,213.67 |
| | | | **$881,213.67** |

**CLAIM AS MODIFIED**
Modified Total: **$301,253.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $301,253.87 |
| | | | **$301,253.87** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12136<br>Date Filed: 07/28/2006<br>Docketed Total: $ 933,276.00<br>Filing Creditor Name and Address:<br>PEUGEOT JAPY INDUSTRIES S A<br>APICO INC<br>30600 TELEGRAPH RD STE 2183<br>BINGHAM FARMS, MI 48025 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $933,276.00 | | Modified Total: | | $830,000.00 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$933,276.00<br><br>**$933,276.00** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$830,000.00<br><br>**$830,000.00** |
| Claim: 12399<br>Date Filed: 07/28/2006<br>Docketed Total: $ 435,420.73<br>Filing Creditor Name and Address:<br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br><br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Docketed Total: | | $435,420.73 | | Modified Total: | | $334,267.91 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$435,420.73<br><br>**$435,420.73** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$334,267.91<br><br>**$334,267.91** |
| Claim: 2353<br>Date Filed: 03/22/2006<br>Docketed Total: $ 1,373,431.35<br>Filing Creditor Name and Address:<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS USA INC<br>7001 DEVELOPMENT DR<br>RESEARCH TRIANGLE PARK, NC<br>27709 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $1,373,431.35 | | Modified Total: | | $1,122,356.19 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,373,431.35<br><br>**$1,373,431.35** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$1,122,356.19<br><br>**$1,122,356.19** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14147**
Date Filed: 07/31/2006
Docketed Total: $ 5,430,121.66
Filing Creditor Name and Address:
 SPCP GROUP LLC AS ASSIGNEE
 OF TEXTRON FASTENING
 SYSTEMS INC
 TWO GREENWICH PLZ 1ST FL
 GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$5,430,121.66**

Modified Total: **$4,498,944.63**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,430,121.66 | 05-44640 | | | $4,466,512.52 |
| | | | | 05-44567 | | | $32,432.11 |
| | | | **$5,430,121.66** | | | | **$4,498,944.63** |

**Claim: 5980**
Date Filed: 05/16/2006
Docketed Total: $ 9,225,767.18
Filing Creditor Name and Address:
 SPECIAL SITUATIONS INVESTING
 GROUP INC AS ASSIGNEE OF PBR
 KNOXVILLE LLC
 10215 CANEEL DR
 KNOXVILLE, TN 37931

Claim Holder Name and Address

PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Docketed Total: **$68,308.80**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $68,308.80 | | | 05-44640 | | | $0.00 |
| | **$68,308.80** | | | | | | **$0.00** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: **$9,157,458.38**

Modified Total: **$9,157,458.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $9,157,458.38 | 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** | | | | **$9,157,458.38** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6956**
Date Filed: 05/26/2006
Docketed Total: $ 1,332,006.89
Filing Creditor Name and Address:
THE GOODYEAR TIRE & RUBBER COMPANY
1444 E MARKET ST
AKRON, OH 44316

Claim Holder Name and Address

JPMORGAN CHASE BANK NA      Docketed Total:      **$1,332,006.89**
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Modified Total:      **$1,220,118.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,332,006.89 |
| | | | **$1,332,006.89** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,220,118.63 |
| | | | **$1,220,118.63** |

---

**Claim: 7459**
Date Filed: 06/05/2006
Docketed Total: $ 100,819.04
Filing Creditor Name and Address:
THOMAS ENGINEERING COMPANY
7024 NORTHLAND DR
BROOKLYN PARK, MN 55428

Claim Holder Name and Address

CONTRARIAN FUNDS LLC      Docketed Total:      **$100,819.04**
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Modified Total:      **$93,373.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $100,819.04 |
| | | | **$100,819.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $93,373.95 |
| | | | **$93,373.95** |

---

**Claim: 13183**
Date Filed: 07/31/2006
Docketed Total: $ 1,484,512.92
Filing Creditor Name and Address:
YAZAKI NORTH AMERICA INC
6601 HAGGERTY RD
CANTON, MI 48187

Claim Holder Name and Address

YAZAKI NORTH AMERICA INC      Docketed Total:      **$1,484,512.92**
6601 HAGGERTY RD
CANTON, MI 48187

Modified Total:      **$382,919.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $399,727.94 | | $1,084,784.98 |
| | **$399,727.94** | | **$1,084,784.98** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $354,055.23 |
| 05-44567 | | | $28,864.18 |
| 05-44481 | $0.00 | | |
| | **$0.00** | | **$382,919.41** |

---

**Total Claims to be Modified: 14**

**Total Amount as Docketed:  $22,336,410.87**

**Total Amount as Modified:  $ 18,875,371.23**

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT G-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1704**
Date Filed: 01/30/2006
Docketed Total: $ 874,448.21
Filing Creditor Name and Address:
CAPRO LTD
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179          Docketed Total:      **$874,448.21**

Modified Total:      **$841,095.73**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 | 05-44640 | | $57,003.23 | $784,092.50 |
| | **$299,723.41** | | **$574,724.80** | | | **$57,003.23** | **$784,092.50** |

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $ 2,405,898.43
Filing Creditor Name and Address:
CTS CORRPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179          Docketed Total:      **$1,950,968.78**

Modified Total:      **$1,786,703.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,786,703.77 |
| | | | **$1,950,968.78** | | | | **$1,786,703.77** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108          Docketed Total:      **$293,785.09**

Modified Total:      **$218,044.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | $164,265.01 | $53,779.73 |
| | | | **$293,785.09** | | | **$164,265.01** | **$53,779.73** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,                                      **Twenty-Second Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT G-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 15454<br>Date Filed: 07/31/2006<br>Docketed Total: $ 631,976.95<br>Filing Creditor Name and Address:<br>NEUMAN ALUMINUM<br>AUTOMOTIVE INC NEUMAN<br>ALUMINUM IMPACT EXTRUSION<br>BRETT S MOORE ESQ<br>PORZIO BROMBERG & NEWMAN<br>PC<br><br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07962 | Claim Holder Name and Address<br><br>NEUMAN ALUMINUM<br>AUTOMOTIVE INC NEUMAN<br>ALUMINUM IMPACT EXTRUSION<br>BRETT S MOORE ESQ<br>PORZIO BROMBERG & NEWMAN PC<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07962 | Docketed Total:    **$631,976.95** | Modified Total:    **$598,180.06** | |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44632 | | | $631,976.95 | | 05-44640 | | $2,521.51 | $595,658.55 |
| | | | **$631,976.95** | | | | **$2,521.51** | **$595,658.55** |

**Total Claims to be Modified: 3**

**Total Amount as Docketed:  $3,912,323.59**

**Total Amount as Modified:  $ 3,444,024.30**

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

### EXHIBIT G-9 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11743 Date Filed: 07/27/2006 Docketed Total: $ 1,777,501.48 Filing Creditor Name and Address: TI GROUP AUTOMOTIVE SYSTEMS LLC GENERAL COUNSEL & COMPANY SECRETARY TI AUTOMOTIVE 12345 E NINE MILE RD WARREN, MI 48089-2614 | Claim Holder Name and Address JPMORGAN CHASE BANK NA 270 PARK AVE 17TH FL NEW YORK, NY 10017 | Docketed Total: | | $1,777,501.48 | | Modified Total: | | $1,112,587.31 |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $1,777,501.48 $1,777,501.48 | Case Number* 05-44640 | Secured | Priority | Unsecured $1,112,587.31 $1,112,587.31 |

Total Claims to be Modified: 1

Total Amount as Docketed:  $1,777,501.48

Total Amount as Modified:  $ 1,112,587.31

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.:
Case No. 05-44481 (RDD)                                                              Twenty-Second Omnibus Claims Objection

### EXHIBIT G-10 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 11264
Date Filed: 07/27/2006
Docketed Total: $ 673,272.82
Filing Creditor Name and Address:
REPUBLIC ENGINEERED
  PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

**CLAIM AS DOCKETED**

Claim Holder Name and Address

AMROC INVESTMENTS LLC          Docketed Total:        $673,272.82
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| | | | **$673,272.82** |

**CLAIM AS MODIFIED**

Modified Total:        **$624,654.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $305,961.91 | $318,692.85 |
| | | **$305,961.91** | **$318,692.85** |

Total Claims to be Modified: 1

Total Amount as Docketed:  $673,272.82

Total Amount as Modified:  $ 624,654.76

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, <u>et al.</u>                                    Twenty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
            In re                             :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS,
(B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO
MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS
ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

("TWENTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C)

Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E)

Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To Modification,

Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To

Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders,

dated October 26, 2007 (the "Twenty-Second Omnibus Claims Objection"),[1] of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the

record of the hearing held on the Twenty-Second Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5)

(as to each, a "Claim"), listed on <u>Exhibits</u> <u>A</u>, <u>B</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>, <u>D-3</u>, <u>D-4</u>, ~~D-5~~, ~~E-1~~, ~~E-2~~, <u>E</u>, <u>F-1</u>,

<u>F-2</u>, <u>F-3</u>, <u>F-4</u>, and <u>F-5</u> hereto was properly and timely served with a copy of the

Twenty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim,

a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007,

7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To

Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Twenty-Second Omnibus Claims Objection, and notice of the deadline for

responding to the Twenty-Second Omnibus Claims Objection.  No other or further notice

of the Twenty-Second Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Second Omnibus

Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Second Omnibus

Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases

and the Twenty-Second Omnibus Claims Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.

_____

*(cont'd from previous page)*

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Second Omnibus Claims Objection.

[2]    DeltaView comparison of pcdocs://chisr01a/570430/4 and pcdocs://chisr01a/570430/9.
Performed on 11/28/2007.

C.      The Claims listed on <u>Exhibit A</u> hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.      The Claims listed on <u>Exhibit B</u> hereto were filed by holders of Delphi common stock solely on account of their stock holdings (the " Equity Claims").

E.      The Claims listed on <u>Exhibit C</u> contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

F.      The Claims listed on <u>Exhibit D-1</u> hereto ~~contain~~assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.      The Claim listed on <u>Exhibit D-2</u> hereto, which was filed by a taxing authority, ~~contains~~asserts a liability and dollar amount that is not reflected on the Debtors' books and records (the "Books And Records Tax Claim").

H.      The Claim~~s~~ listed on <u>Exhibit D-3</u> hereto ~~contain~~asserts liabilities or dollar amounts that are not reflected on the Debtors' books and records and ~~were~~was also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claim~~s~~").

I.      The ~~Claim listed on Exhibit D-4 hereto, which was filed by a taxing authority, contains a liability and dollar amount that is not reflected on the Debtors' books and records and was also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claim").~~

_____
*(cont'd from previous page)*

[2]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of
*(cont'd)*

[3]     DeltaView comparison of pcdocs://chisr01a/570430/4 and pcdocs://chisr01a/570430/9. Performed on 11/28/2007.

J.    ~~The~~ Claims listed on ~~Exhibit D-5~~Exhibit D-4 hereto were modified pursuant to prior orders and ~~contain~~assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims That Are Subject To Prior Orders").

J.    ~~K.~~ The Claims listed on Exhibit E-1 hereto ~~were~~was untimely filed pursuant to the Bar Date Order (the "Untimely ~~Claims").~~

~~L.    The Tax Claims listed on Exhibit E-2 hereto, which were filed by taxing authorities, were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims~~Claim").

K.    ~~M.~~ The Claims listed on Exhibit F-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

L.    ~~N.~~ The Tax Claims listed on Exhibit F-2 hereto are overstated (the "Tax Claims Subject To Modification").

M.    ~~O.~~ The Claims listed on Exhibit F-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding

_____

*(cont'd from previous page)*
    fact when appropriate.  See Fed. R. Bankr. P. 7052.

4    DeltaView comparison of pcdocs://chisr01a/570430/4 and pcdocs://chisr01a/570430/9. Performed on 11/28/2007.

the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation

Agreement, a judicial determination that certain reserved defenses with respect to the reclamation

demand are valid (the "Modified Claims Asserting Reclamation").

N. ~~P.~~ The Claims listed on Exhibit F-4 hereto were modified pursuant to prior

orders and (a) state the incorrect amount or are overstated, including as a result of the assertion of

invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or

(c) incorrectly assert secured or priority status (the "Claims Subject To Modification That Are

Subject To Prior Orders").

O. ~~Q.~~ The Claim~~s~~ listed on Exhibit F-5 hereto ~~were~~was modified pursuant to a

prior order~~s~~ and (a) (i) state~~s~~ the incorrect amount or ~~are~~is overstated, including as a result of the

assertion of invalid unliquidated claims, and/or (ii) ~~were~~was filed and docketed against the wrong

Debtor, and/or (iii) incorrectly assert~~s~~ secured or priority status and (b) assert~~s~~ a reclamation

demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant

to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or

(ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of

the reclamation demand ~~(with respect to (b)(i) and (ii), each, a "Reclamation Agreement")~~, subject

to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent

to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that

certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claim~~s~~

Asserting Reclamation That ~~Are~~Is Subject To Prior Order~~s~~").

P. ~~R.~~ The relief requested in the Twenty-Second Omnibus Claims Objection

and granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each Equity Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.      Each Insufficiently Documented Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

4.      Each Books And Records Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed and expunged in its entirety.

5.      The Books And Records Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

6.      ~~Each~~<u>The</u> Untimely Books And Records Claim listed on <u>Exhibit D-3</u> hereto is hereby disallowed and expunged in its entirety.

7.      ~~The Untimely~~<u>Each of the</u> Books And Records ~~Tax Claim~~<u>Claims That Are Subject To Prior Orders</u> listed on <u>Exhibit D-4</u> hereto is hereby disallowed and expunged in its entirety.

8.      ~~Each Books And Records~~<u>The Untimely</u> Claim ~~That Is Subject To Prior Orders~~ listed on <u>Exhibit ~~D-5~~E</u> hereto is hereby disallowed and expunged in its entirety.

~~9.     Each Untimely Claim listed on Exhibit E-1 hereto is hereby disallowed and expunged in its entirety.~~

~~10.     Each Untimely Tax Claim listed on Exhibit E-2 hereto is hereby disallowed and expunged in their entirety.~~

9.    ~~11.~~ Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit F-1 hereto shall be entitled to (a) recover ~~for~~ any Claim Subject ~~to~~To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-1 hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject ~~to~~To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.    ~~12.~~ Each "Claim As Docketed" amount and Debtor listed on Exhibit F-2 hereto is hereby revised to reflect the amount listed as the "Claim As Modified."  No Claimant listed on Exhibit F-2 hereto shall be entitled to (a) recover for the Tax Claim Subject ~~to~~To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-2 hereto, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject ~~to~~To

Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

11.    13. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit F-3 shall be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F-3 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-3 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

12.    14. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-4 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit F-4 hereto shall be entitled to (a) recover for any Claims Subject toTo Modification AndThat Are Subject toTo Prior Orders in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-4 hereto, subject to the Debtors' right to further object to each of such Claims Subject toTo Modification That Are Subject toTo Prior Orders.  The Claims Subject toTo

Modification ~~And~~That Are Subject ~~to~~To Prior Orders shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

13.    ~~15. Each~~The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-5 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified." ~~No~~The Claimant listed on Exhibit F-5 shall not be entitled to (a) recover for ~~any~~the Modified Claim Asserting Reclamation That ~~Are~~Is Subject ~~to~~To Prior Order~~s~~ in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F-5 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-5 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation ~~And~~That Is Subject ~~to~~To Prior Order~~s~~.  The Modified Claim~~s~~ Asserting Reclamation ~~And~~That Is Subject ~~to~~To Prior Order~~s~~ shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.  For clarity, Exhibit ~~G~~H hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits F-1, F-2, F-3, F-4, and F-5.

14.    With respect to each Claim for which a Response to the Twenty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9, and G-10 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to

assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

15.    16. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Second Omnibus Claims Objection.

16.    17. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

17.    18. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

18.    19. Each of the objections by the Debtors to each Claim addressed in the Twenty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, D-4, D-5, E-1, E-2, E, F-1, F-2, F-3, F-4, and F-5 F-5, G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9, and G-10 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Second Omnibus Claims Objection. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

19.    20. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

20.    21. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Second Omnibus

Claims Objection.


Dated: New York, New York
        November ___, 2007

_____
        UNITED STATES BANKRUPTCY JUDGE

11      DeltaView comparison of pcdocs://chisr01a/570430/4 and pcdocs://chisr01a/570430/9.
Performed on 11/28/2007.

Document comparison done by DeltaView on Wednesday, November 28, 2007 12:30:59 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/570430/4 |
| Document 2 | pcdocs://chisr01a/570430/9 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| <Moved from> | |
| >Moved to < | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 52 |
| Deletions | 81 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 133 |

# EXHIBIT C

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/13/2007 12:58 AM
Master Service List Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/13/2007 1:21 AM
Overnight - Agenda

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Foley & Lardner LLP | David G. Dragich | 500 Woodward Ave., Suite 2700 | Detroit | MI | 48226 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/13/2007 1:22 AM
Intermet Special Parties

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Counsel to Verizon Services Corp | Darryl S. Laddin, Esq. Frank N. White, Esq. | Arnall Golden Gregory LLP | 171 17th Street NW, Suite 2100 | Atlanta | GA | 30363-1031 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/13/2007 1:24 AM
Verizon Special Parties

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A Schulman Inc | Andrea Fischer | Olshan Grundman Frome Rosenzweig & Wolosky LLP | 65 E 55th St | New York | NY | 10022 | |
| A Schulman Inc | c o Carrie M Brosius Esq | Vorys Sater Seymour and Pease LLP | 2100 One Cleveland Ctr 1375 E Ninth St | Cleveland | OH | 44114 | |
| A Schulman Inc | Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Robert J Sidman Esq | 52 E Gay St PO Box 1008 | Columbus | OH | 43216-1008 | |
| Amroc Investments LLC | Attn David S Leinwand Esq | 535 Madison Ave 15th Fl | | New York | NY | 10022 | |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado | 383 Madison Ave | | New York | NY | 10179 | |
| Carpo Ltd | Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq 18th and Arch St | Philadelphia | PA | 19103 | |
| Commonwealth of Virginia Department of Taxation | Mark K Ames | Taxing Authority Consulting Services PC | 2812 Emerywood Pkwy Ste 220 | Richmond | VA | 23294 | |
| Commonwealth of Virginia Dept of Taxation | | PO Box 2156 | | Richmond | VA | 23218 | |
| Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | |
| Contrarian Funds LLC | David S Rosner Adam L Shiff Jeffrey R Gleit Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 | |
| CTS Corporation | Attn Elizabeth Bottorff Ahlemann | Senior Legal Counsel | 905 W Blvd N | Elkhart | IN | 46514 | |
| CTS Corporation | Elizabeth Bottorff Ahlemann | Senior Legal Counsel | 905 W Boulevard N | Elkhart | IN | 46514 | |
| CTS Corporation | | 171 Covington Dr | | Bloomingdale | IL | 60108 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | Jersey City | NJ | 07302 | |
| Gully Transportation | | 3820 Wisman Ln | | Quincy | IL | 62301 | |
| Gully Transportation Inc | Lee B Brumitt | Dysart Taylor Lay Cotter & McMonigle PC | 4420 Madison Ave | Kansas City | MO | 64111 | |
| Harco Industries Inc | Coolidge Wall Womsley & Lombard Co LPA | Ronald S Pretekin Steven M Wachstein Sylvie J Derrien | 33 W First St Ste 600 | Dayton | OH | 45402 | |
| Harco Industries Inc | | PO Box 335 | | Englewood | OH | 45322 | |
| Hirschmann Car Communications GmbH | David A Rosenzweig Scott T Dillon | Fulbright & Jawaorski LLP | 666 Fifith Ave | New York | NY | 10103 | |
| Hirschmann Car Communications GMBH | Hirschmann Car Communications Gmbh | Hirschmann Car Communications Gmbh | Stuttgarter Str 45 51 | Neckartenzlingen | | D72654 | Germany |

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---------|---------|----------|----------|------|-------|-----|---------|
| Hutchinson FTS Inc | Alan D Halperin Christopher J Battaglia Carrie E Mitchell | Halperin Battaglia Raicht LLP | 555 Madison | New York | NY | 10022 | |
| Hutchinson FTS Inc | Attn Julie D Dyas Esq | c o Halperin Battaglia Raicht LLP | 555 Madison Ave 9th Floor | New York | NY | 10019 | |
| Hutchinson FTS Inc | David R Draper | Draper Rubin & Shulman PLC | 18580 Mack Ave | Grosse Pointe Farms | MI | 48236 | |
| James Hutz Jr | Greg A Rossi | James Hutz Jr | 26 Market St Ste 802 | Youngstown | OH | 44503 | |
| James Hutz Jr | Gregg A Rossi Rossi & Rossi | 26 Market St 8th Fl Huntington Bank Bldg | PO Box 6045 | Youngstown | OH | 44501 | |
| James Hutz Jr | Jesse L Snyder Louis A Curcio | Thacher Proffitt & Wood LLP | Two World Financial Center | New York | NY | 10281 | |
| James Hutz Jr | | 6365 Thompson Sharpsville Rd | | Fowler | OH | 44418 | |
| JPMorgan Chase Bank NA | Stanley Lim | 270 Park Ave 17th Fl | | New York | NY | 10017 | |
| Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | | New York | NY | 10022 | |
| Latigo Master Fund Ltd | Thomas T Janover Jonathan T Koevary | Kramer Levin Naftalis & Frankel LLP | 1177 Ave of the Americas | New York | NY | 10036 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | New York | NY | 10019 | |
| Molex Connector Corporation | co Robert E Richards Esq | Sonnenschein Nath & Rosenthal LLP | 7800 Sears Tower | Chicago | IL | 60606 | |
| Molex Connector Corporation | Matthew B Stein | Sonnenschein Nath & Rosenthal LLP | 1221 Ave of the Americas | New York | NY | 10020 | |
| Morgan Advanced Ceramics/Diamonex | Paul M Rosenblatt | Kilpatrick Stockton LLp | 1100 Peachtree St Ste 2800 | Atlanta | GA | 30309 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | Glenn Ross Controller | Neuman Aluminum Inc | 56 Dunsmore Rd | Verona | VA | 24482 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | 100 Southgate Pkwy | Morristown | NJ | 07962 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion Inc | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | PO Box 1997 | Morristown | NJ | 07962-1997 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

12/13/2007 1:24 AM
Twenty-Second Omni Responses

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion Inc | John S Mairo Brett S Moore | Porzio Bromberg & Newman PC | 156 W 56th St | New York | NY | 10019 | |
| Pbr Knoxville Llc | Attn Pres Lawhon | 10215 Caneel Dr | | Knoxville | TN | 37931 | |
| PBR Knoxville LLC | David G Dragich | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Peugeot Japy Industries SA | David G Dragich | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Rassini SA de CV | c o Sanluis Rassini International Inc | 14500 Beck Rd | | Plymouth | MI | 48170 | |
| Rassini SA DE CV | Thomas R Ajamie Dona Szak Ajamie LLP | Pennzoil Pl S Tower | 711Louisiana Ste 2150 | Houston | TX | 77002 | |
| Republic Engineered Products Inc | Scott N Opincar | McDonald Hopkins LLC | 600 Superior Ave E Ste 2100 | Cleveland | OH | 44114 | |
| Siemens VDO Automotive Canada Inc fka Siemens VDO Automotive Inc | Arlene N Gelman | Reed Smith Sachnoff & Weaver | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Siemens VDO Automotive Canada Inc fka Siemens VDO Automotive Inc | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | New York | NY | 10022 | |
| Siemens VDO Automotive Inc | Charles P Schulman | Sachnoff & Weaver Ltd | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | |
| Sierra Liquidity Fund LLC (Assignee); KTK Steel Drum Corporation (Assignor) | Joseph A. Kapler Carmella Toth | 2699 White Rd. Ste 255 | | Irvine | CA | 92614 | |
| Spansion LLC | Attn Allan J Manzagol | 915 DeGuigne Dr M S 251 | PO Box 3453 | Sunnyvale | CA | 94088-3453 | |
| Spansion LLC Assignee of the Claim of AMD International Sales & Service Ltd | Ali M M Mojdehi Joseph R Dunn | Baker & McKenzie LLP | 101 W Broadway 12th Fl | San Diego | CA | 92101 | |
| Spansion LLC Assignee of the Claim of AMD International Sales & Service Ltd | Ira A Reid | Baker & McKenzie LLP | 1114 Ave of the Americas | New York | NY | 10036 | |
| SPCP Group as Assignee of Beaver Manufacturing Company | Maura I Russell Paul Traub Anthony B Stumbo | Dreier LLP | 499 Park Ave 14th Fl | New York | NY | 10022 | |

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SPCP Group LLC as assignee of Beaver Manufacturing Company | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | |
| Special Situations Investing Group Inc | Attn Al Dombrowski | c o Goldman Sachs & Co | 85 Broad St 27th Fl | New York | NY | 10004 | |
| Special Situations Investing Group Inc | Goodwin Procter LLP | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | New York | NY | 10022 | |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Mike A Cox | Attorney General | 3030 W Grand Blvd Ste 9 600 | Detroit | MI | 48202 | |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG | PO Box 30456 | | Lansing | MI | 48909-7955 | |
| State of Michigan Department of Treasury | Peggy A Housner Mike A Cox | Attorney General | Cadillac Pl 3030 W Grand Blvd No 10 200 | Detroit | MI | 48202 | |
| Textron Fastening Systems Inc | Tracy L Klestadt | Kelstadt & Winters LLP | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 | |
| The Goodyear Tire & Rubber Company | Alan M Koschik | Brouse McDowell LPA | 1001 Lakeside Ave Ste 1600 | Cleveland | OH | 44114 | |
| TI Group Automotive Systems LLC | Karen Ostad Esq James J DeCristofaro Esq | Lovells | 590 Madison Ave | New York | NY | 10022 | |
| TI Group Automotive Systems LLC | Robert D Gordon | Clark Hill PLC | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 | |
| TI Group Automotive Systems LLC | Timothy Guerriero Esq | General Counsel & Company Secretary | 12345 E Nine Mile Rd | Warren | MI | 48089-2614 | |
| U.S Equal Employment Opportunity Commission | Margaret A. Malloy | Trial Attorney | 33 Whitehall St | New York | NY | 10004 | |
| Unemployment Insurance Agency | Department of Labor & Economic Growth | 3024 W Grand Blvd Ste 11 500 | | Detroit | MI | 48202-6024 | |
| Unemployment Insurance Agency | State of Michigan | Tax Office Proof of Claim Unit | 3024 W Grand Blvd Ste 11 500 | Detroit | MI | 48202-6024 | |
| Yazaki North America Inc | Dawn Reamer | 6601 Haggerty Rd | | Canton | MI | 48187 | |
| Yazaki North America Inc | Foley & Lardner LLP | Hilary Jewett | 90 Park Ave | New York | NY | 10016 | |
| Yazaki North America Inc | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Yazaki North America Inc | Stephen H Goss | Hodgson & Russ | 60 E 42nd St 37Th FL | New York | NY | 10165 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

12/13/2007 1:24 AM
Twenty-Second Omni Responses

# EXHIBIT D

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/13/2007 12:58 AM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/13/2007 12:58 AM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale, Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL Corporation, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.l. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co Counsel for Yazaki North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Enmart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Inc. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rfp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher P. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebono Corporation (North America) |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

12/13/2007 1:22 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

12/13/2007 1:22 AM
Email

# EXHIBIT E

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff
Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | 212-935-3000 | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/13/2007 1:21 AM
Fax

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/13/2007 1:21 AM
Fax

# EXHIBIT F

**Hearing Date: November 29, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                         :
    In re                     :    Chapter 11
                          :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                          :
               Debtors.    :    (Jointly Administered)
                          :
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-FIFTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (4 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (3 Matters)

**B.    Continued Or Adjourned Matters**[*]

    1.    **"Solicitation Procedures Motion"** – Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 9266)

    *Responses filed:*    *Objection Of Sharyl Carter (Docket No. 9513)*[†]

    *Objection Of Peugeot JAPY Industries SA To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9668)*[†]

    *Objection Of PBR Tennessee, Inc., PBR Knoxville LLC, PBR Columbia LLC, And PBR Australia Pty Ltd., To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9669)*[†]

---

[*] Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

[†] Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Objection Of SABIC Innovative Plastics US LLC To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9670)*[†]

*Limited Objection Of The ACE Companies To Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9674)*[‡]

*Limited Objection Of Bank Of America, N.A. To Disclosure Statement With Respect To Joint Chapter 11 Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9677)*[‡]

*Limited Objection Of Bank Of America, N.A. To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Procedures (Docket No. 9680)*[‡]

*Lead Plaintiffs' Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10398)*

*Objection Of The UAW Skilled Trades Employees (Docket No. 10413*[†]

---

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.
[‡]    Resolved and withdrawn as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

3

*Objection Of Ernest A. Knobelspiesse (Docket No. 10414)*[†]

*Objection Of Sharyl Carter (Docket No. 10417)*[†]

*Objection Of Sharyl Carter (Docket No. 10792)*

*Lead Plaintiffs' Supplemental Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10794)*

*Objection Of The Official Committee Of Equity Security Holders To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10802)*

*Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Gradient Partners, L.P.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Motion To Approve (A) Proposed Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, And (B) Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider*

---

[†]        Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 10803)*

*Objection Of The Official Committee Of Unsecured
Creditors To Debtors' Motion For Order Approving
(I) Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures
For Filing Objections To Plan, (V) Solicitation
Procedures For Voting On Plan, (VI) Cure Claim
Procedures, (VII) Procedures For Resolving
Disputes Relating To Postpetition Interest, And (VIII)
Reclamation Claim Procedures (Docket No. 10804)*

*Objection Of Wilmington Trust Company, As
Indenture Trustee, To Motion For Order Approving
(I) Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures
For Filing Objections To Plan, (V) Solicitation
Procedures For Voting On Plan (VI) Cure Claim
Procedures, (VII) Procedures For Resolving
Disputes Relating To Postpetition Interest, And (VIII)
Reclamation Claim Procedures (Docket No. 10810)*

*Objection Of Law Debenture Trust Company Of
New York To Debtors' Motion For Order Approving
(I) Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures
For Filing Objections To Plan, (V) Solicitation
Procedures For Voting On Plan, (VI) Cure Claim
Procedures, (VII) Procedures For Resolving
Disputes Relating To Postpetition Interest, And (VIII)
Reclamation Claim Procedures (Docket No. 11017)*

*Lead Plaintiffs' Second Supplemental Response To
Debtors' Motion For Order Approving (I)
Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary*

5

*Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11022)*

*Supplemental Objection Of The Official Committee Of Equity Security Holders To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11028)*

*Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11034)*

*Supplemental And Restated Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Motion To Approve (A) Proposed Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, And (B) Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain*

6

*Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 11045)*

*Supplemental Objection Of Wilmington Trust
Company, As Indenture Trustee, To Motion For
Order Approving (I) Disclosure Statement, (II)
Record Date, Voting Deadline, And Procedures For
Temporary Allowance Of Certain Claims, (III)
Hearing Date To Consider Confirmation Of Plan,
(IV) Procedures For Filing Objections To Plan, (V)
Solicitation Procedures For Voting On Plan, (VI)
Cure Claim Procedures, (VII) Procedures For
Resolving Disputes Relating To Postpetition Interest,
And (VIII) Reclamation Claim Procedures (Docket
No. 11048)*

*Objection Of The Delphi Trade Committee To The
First Amended Disclosure Statement With Respect
To First Amended Joint Plan Of Reorganization Of
Delphi Corporation And Certain Affiliates, Debtors
And Debtors-In-Possession (Docket No. 11049)*

*Reply filed:*        *Debtors' Omnibus Response To Disclosure
Statement Objections (Docket No. 10418)*

*A supplemental omnibus reply will be filed.*

*Related filings:*        *Order Scheduling Non-Omnibus Hearing On
Debtors' Motion To Approve Solicitation Procedures
And Disclosure Statement (Docket No. 8898)*

*Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And
Debtors-In-Possession (Docket No. 9263)*

*Disclosure Statement With Respect To Joint Plan Of
Reorganization Of Delphi Corporation And Certain
Affiliates, Debtors And Debtors-In-Possession
(Docket No. 9264)*

*Order (A) Disposing Of Certain Objections To
Debtors' Disclosure Statement And Solicitation*

7

*Procedures Motion And (B) Setting Further*
*Non-Omnibus Hearing Date And Related*
*Procedures (Docket No. 10497)*

*Supplemental Order (A) Establishing Revised*
*Hearing Date And Related Procedures On*
*Disclosure Statement And Solicitations Procedure*
*Motion And (B) Setting Hearing Date And Related*
*Procedures For Potential Motions Amending*
*Investment Agreement And Approving Certain Exit*
*Financing Agreements (Docket No. 10662)*

*Notice Of Potential Amendments To Debtors'*
*Disclosure Statement With Respect To Joint Plan Of*
*Reorganization Of Delphi Corporation And Certain*
*Affiliates, Debtors And Debtors-In-Possession And*
*Certain Appendices And Exhibits Related Thereto*
*(Docket No. 10759)*

*Second Supplemental Order (A) Establishing*
*Revised Hearing Date And Related Procedures On*
*Disclosure Statement And Solicitation Procedures*
*Motion And (B) Setting Hearing Date And Related*
*Procedures For Motion To Amend Investment*
*Agreement (Docket No. 10864)*

*Notice Of Further Proposed Amendments To Certain*
*Appendices To Debtors' Disclosure Statement With*
*Respect To Joint Plan Of Reorganization Of Delphi*
*Corporation And Certain Affiliates, Debtors And*
*Debtors-In-Possession (Docket No. 10932)*

*Notice Of Further Proposed Amendments To*
*Debtors' Disclosure Statement With Respect To Joint*
*Plan Of Reorganization Of Delphi Corporation And*
*Certain Affiliates, Debtors And*
*Debtors-In-Possession (Docket No. 10964)*

*Status:*    *The hearing with respect to this matter has been*
*adjourned to the December 6, 2007 hearing.*

2.    **Motion Of The Equity Security Holders To Adjourn Disclosure**
**Statement Hearing And Equity Purchase And Commitment**
**Agreement Hearing** – Emergency Motion Of The Official Committee Of
Equity Security Holders Of Delphi Corporation To Adjourn The Hearing
On, And Fix A New Time To Object To, (A) The Debtors' Motion For
Order Approving (I) Disclosure Statement, (II) Record Date, Voting

8

Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)

| | |
|---|---|
| *Responses Filed:* | *A response will be filed.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Statement Of Brandes Investment Partners, L.P. In Support Of Emergency Motion Filed By The Official Committee Of Equity Security Holders (Docket No. 10807)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the December 6, 2007 hearing.* |

3.  **"Delphi-Appaloosa Investment Agreement Amendment Motion"** – Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10760)

| | |
|---|---|
| *Responses Filed:* | *Lead Plaintiffs' Limited Objection To Debtors' Motion For Order, Inter Alia, Approving And Authorizing The Entry Into The Equity Purchase And Commitment Agreement Amendment (Docket No. 10796)* |
| | *Objection To Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a) 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10799)* |
| | *Objection By Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Gradient Partners, L.P.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Expedited Motion For Order Under 11 U.S.C. §§105(a), 363(b), 503(b) And 507(a) Authorizing* |

9

*And Approving Amendment To Delphi-Appaloosa
Equity Purchase And Commitment Agreement
(Docket No. 10800)*

*Objection Of The Official Committee Of Unsecured
Creditors To The Expedited Motion For Order
Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And
507(a) Authorizing And Approving Amendment To
Delphi-Appaloosa Equity Purchase And
Commitment Agreement (Docket No. 10805)*

*Objection Of The IUE-CWA To The Expedited
Motion For Order Under 11 U.S.C. §§ 105(a),
363(b), 503(b) And 507(a) Authorizing And
Approving Amendment To Delphi-Appaloosa Equity
Purchase And Commitment Agreement (Docket No.
11013)*

*Supplemental Objection To Debtors' Expedited
Motion For Order Under 11 U.S.C. §§ 105(a) 363(b),
503(b), And 507(a) Authorizing And Approving
Amendment To Delphi-Appaloosa Equity Purchase
And Commitment Agreement (Docket No. 11032)*

*Supplemental And Restated Objection Of Caspian
Capital Advisors, LLC; Castlerigg Master
Investments Ltd.; CR Intrinsic Investors, LLC;
Davidson Kempner Capital Management LLC;
Elliott Associates, L.P.; Nomura Corporate
Research & Asset Management, Inc.; Sailfish
Capital Partners, LLC; And Whitebox Advisors, LLC
To Expedited Motion For Order Under 11 U.S.C. §§
105(a), 363(b), 503(b) And 507(a) Authorizing And
Approving Amendment To Delphi-Appaloosa Equity
Purchase And Commitment Agreement (Docket No.
11036)*

*Objection Of The Official Committee Of Unsecured
Creditors To The Expedited Motion For Order
Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And
507(a) Authorizing And Approving Amendment To
Delphi-Appaloosa Equity Purchase And
Commitment Agreement Filed On November 14,
2007 (Docket No. 11037)*

*Objection Of Wilmington Trust Company, As
Indenture Trustee, To Expedited Motion For Order*

10

*Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11040)*

*Objection Of The Delphi Trade Committee To The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11042)*

*Reply Filed:*    *An omnibus reply will be filed.*

*Related Filings:*    *Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8673)*

*Order To Show Cause Why Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Should Not Be Granted (Docket No. 8694)*

*Statement Of Highland Capital Management, LP Regarding Debtors' Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And  Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket Nos. 8752 & 8754)*

*Debtors' Reply In Support Of Delphi-Appaloosa Investment And Plan Framework Motion (Docket No. 8843)*

*Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8856)*

*Emergency Motion Of The Official Committee Of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To*

11

*Object To, (A) The Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)*

*Ex Parte Motion For Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11027)*

*Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11029)*

*Status:*        *The hearing with respect to this matter has been adjourned to the December 6, 2007 hearing.*

12

4.    **"Debtors' Motion For Default Judgement Against Furukawa"** – Notice Of Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 10711)

| | |
|---|---|
| *Responses filed:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Memorandum In Opposition To Debtors' Motion For Entry Of Default Judgment (Docket No. 10723)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Expedited Motion For Status Conference And Adjournment Of The November 29, 2007 Hearing (Docket No. 10735)* |
| | *Notice Of Adjournment Of Hearing To Consider Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the December 11, 2007 claims hearing.* |

C.    **Uncontested, Agreed, Or Settled Matters**

5.    **Saginaw Chassis Asset Sale Motion** – Expedited Motion For Orders Under 11 U.S.C. §363 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9368)

| | |
|---|---|
| *Responses Filed:* | *Limited Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In* |

13

*Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9584)[1]*

*Objection Of Joe G. Tedder To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9644)*

*Objection Of US Aeroteam, Inc. To Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III)Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10652)*

*Withdrawal Of Joe G. Tedder's Objection To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10698)*

*Notice Of Withdrawal Of Objection Of Creditor US Aeroteam, Inc. To Debtors' Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004 And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems, LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10938)*

*Reply Filed:*        *Debtors' Summary Of Modifications To Bidding Procedures Order In Connection With Sale Of The Debtors' Saginaw Chassis Assets Resolving Reply To Objection Of International Union, UAW To*

---

1        Objection resolved.

14

*Expedited Motion For Orders (A) (I) Approving
Bidding Procedures, (II) Granting Certain Bid
Protections, (III) Approving Form And Manner Of
Sale Notices, And (IV) Setting Sale Hearing Date
And (B) Authorizing And Approving Sale Of Certain
Equipment And Other Assets Primarily Used In
Debtors' Saginaw Chassis Business Free And Clear
Of Liens (Docket No. 9623)*

*Debtors' Reply Summarizing Modifications To Asset
Purchase Agreement And Bidding Procedures In
Connection With Sale Of The Debtors' Saginaw
Chassis Assets (Docket No. 10948)*

Related Filings:          *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.
2002 And 9014 (I) Approving Bidding Procedures,
(II) Granting Certain Bid Protections, (III)
Approving Form And Manner Of Sale Notices, And
(IV) Setting Sale Hearing Date In Connection With
Sale Of Saginaw Chassis Equipment And Other
Assets (Docket No. 10958)*

Status:                   *The hearing with respect to this matter will be
proceeding.*

## D.    Contested Matters

6.    **"Verizon Administrative Expense Motion"** – Motion Of Verizon
Services Corp. For Payment Of Administrative Expense Claim Pursuant To
MobileAria Sale Order (Docket No. 9596)

Responses Filed:          *Debtors' Objection To Motion Of Verizon Services
Corp. For Payment Of Administrative Expense
Claim Pursuant To MobileAria Sale Order (Docket
No. 10882)*

Reply Filed:              *Reply Brief In Support Of Verizon Services Corp.'s
Motion For Payment Of Administrative Expense
Claim Pursuant To MobileAria Sale Order (Docket
No. 11025)*

Surreply Filed:           *Debtors' Surreply To Reply Brief In Support Of
Motion Of Verizon Services Corp. For Payment Of
Administrative Expense Claim Pursuant To
Mobilearia Sale Order (Docket No. 11134)*

Related Filings:          *None.*

15

> *Status:*              *The hearing with respect to this matter will be*
>                        *proceeding.*

7.    **"Twenty-Second Omnibus Claims Objection"** – Debtors'
      Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And
      Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B)
      Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not
      Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F)
      Claims Subject To Modification, Tax Claims Subject To Modification,
      Modified Claims Asserting Reclamation, Claims Subject To Modification
      That Are Subject To Prior Orders, And Modified Claims Asserting
      Reclamation That Are Subject To Prior Orders (Docket No. 10738)

      *Responses filed[2]:*     *Commonwealth Of Virginia Department Of*
                                *Taxation's Response To Debtors' Twenty-Second*
                                *Omnibus Objection To Claims (Docket No. 10848)*

                                *Response Of Harco Industries, Inc. To Debtors'*
                                *Twenty-Second Omnibus Objection (Docket No.*
                                *10849)*

                                *Michigan Department Of Labor & Economic*
                                *Growth, Unemployment Insurance Agency's*
                                *Response To The Debtors' Twenty-Second Omnibus*
                                *Objection To The Administrative Claim No. 16721*
                                *(Docket No. 10867)*

                                *Response Of CTS Corporation To Debtors'*
                                *Twenty-Second Omnibus Objection To Claims*
                                *(Docket No. 10914)*

                                *Response Of The State Of Michigan, Department Of*
                                *Treasury To Debtors' Twenty-Second Omnibus*
                                *Objection Pursuant To 11 U.S.C. §502(b) And Fed.*
                                *R. Bankr.P. 3007 To Certain (E) Untimely Claims*
                                *(Docket No. 10945)*

                                *Gully Transportation, Inc.'s Response To Debtors'*
                                *Twenty-Second Omnibus Objection To Unsecured*
                                *Claim No. 10019 (Docket No. 10961)*

---

2       Responses listed in bold were filed after the November 21, 2007 4:00 p.m. (prevailing Eastern time)
        objection deadline established under the *Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C.*
        *§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C)*
        *Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely*
        *Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims*
        *Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified*
        *Claims Asserting Reclamation That Are Subject To Prior Orders* (Docket No. 10738).

16

*Yazaki North America, Inc.'s Response To Twenty-Second Omnibus Claims Objection (Docket No. 10977)*

*Rassini, S.A. De C.V.'s Response To The Debtors' Twenty-Second Omnibus Objection To Proofs Of Claim (Docket No. 10984)*

*Response Of Capro Ltd. To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 10986)*

*Response Of PBR Knoxville LLC To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10989)*

*Response Of Siemens VDO Automotive Canada Inc. F/K/A Siemens VDO Automotive, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Equity Claims (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10990)*

*Response Of Morgan Advanced Ceramics/Diamonex To Twenty-Second Omnibus Claims Objection (Docket No. 10991)*

*Republic Engineered Products, Inc.'s Response To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 10992)*

17

*Response Of Peugeot Japy Industries S.A. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10993)*

*Response Of Neuman Aluminum Automotive, Inc. And Neuman Aluminum Impact Extrusion, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10995)*

*Response Of A. Schulman, Inc. In Opposition To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 10998)*

*Response Of The Goodyear Tire & Rubber Company To The Debtors' Twenty-Second Omnibus Objection To Certain Claims Subject To Modification (Claim No. 6956) (Docket No. 10999)*

*Response Of TI Group Automotive Systems, LLC To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 11000)*

*Response Of Creditor, James Hutz, Jr. To Debtors' Twenty-Second Omnibus Claims Objection Regarding Claim No. 3139 (Docket No. 11001)*

18

*Response Of Spansion LLC, Assignee Of The Claim Of AMD International Sales & Service, Ltd. (Claim No. 10589), To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11007)*

*Response Of Contrarian Funds, LLC To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 11016)*

*Hutchinson Fts Inc.'s Response To Debtors' Twenty-Second Omnibus Objection To Certain Claims (Docket No. 11021)*

*Response Of Molex Connector Corporation To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11023)*

*Response Of Sierra Liquidity Fund To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 11066)*

*Response Of Hirschmann Car Communications GmBH To Twenty Second Omnibus Objection Seeking To Disallow Certain Claims (Docket No. 11068)*

19

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subjection To Prior Orders (Claim No. 14133) (Docket No. 11071)*

*United States Of America's Response To Debtors' Objection To The Claim Of The Equal Employment Opportunity Commission (Docket No. 11072)*

*Response Of Textron Fastening Systems, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11083)*

***Response Of Latigo Master Fund Ltd. To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 11112)***

*Reply filed:*      *Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims*

20

*Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11043)*

Related filings: *Notice Of Filing Of Exhibit A To Response Of Molex Connector Corporation To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11043)*

Status: *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8. **Intermet Corporation's Motion For Payment Of Administrative Expenses** – Intermet Corporation's Motion For Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. §§ 503(A), 503(B) And 507(A)(2) (Docket No. 10874)

Responses Filed: *Debtors' Objection To Intermet Corporation's Motion For Payment Of Administrative Expense Claim (Docket No. 11075)*

Reply Filed: *None.*

Related Filings: *None.*

21

Status:          *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
       November 28, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

22