Richard B. Herzog, Jr. (RBH-5839)
Byron C. Starcher (BCS-0867)
NELSON MULLINS RILEY
  & SCARBOROUGH, LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA 30309
(404) 817-6000

*Attorneys for Akzo Nobel Coatings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
|            Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF AKZO NOBEL COATINGS INC. AND AKZO
NOBEL INDUSTRIAL COATINGS MEXICO, S.A., TO CURE AMOUNT SPECIFIED
IN DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN
CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES
[DOCKET ENTRY #11363]**

COME NOW Akzo Nobel Coatings Inc. and Akzo Nobel Industrial Coatings Mexico, S.A., and withdraw their *Objection of Akzo Nobel Coatings Inc. and Akzo Nobel Industrial Coatings Mexico, S.A. to Cure Amount Specified in Debtors' Notice of Cure Amount With Respect to Executory Contract Or Unexpired Lease to Be Assumed and Assigned In Connection With the Sale of Interiors And Closures Businesses*, which objection was filed December 7, 2007, and appears as Docket Entry #11363.

This 24th day of January, 2008.

   /s  Byron C. Starcher
Byron C. Starcher, Esq. (BCS – 0867)
Georgia Bar No. 349508
(Admitted *pro hac vice*)

*Attorneys for Akzo Nobel Coatings Inc. and Akzo Nobel Industrial Coatings Mexico, S.A.*

NELSON MULLINS RILEY & SCARBOROUGH, LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
byron.starcher@nelsonmullins.com

2