**Hearing Date: January 25, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                                 :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                                        :
                      Debtors.    :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED TWENTY-SEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (2 Matters)

**B.    Continued Or Adjourned Matters**[*]

    1.    **"Automodular Motion To Compel Assumption Or Rejection Of Executory Contracts And To Allow Payment Of Administrative Expense Claim"** – Notice Of Motion Of Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11180)

    *Responses filed:*    *Debtors' Objection To Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11447)*

    *Reply filed:*    None.

    *Related filings:*    *Proposed Order Granting Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts*

---

[*] Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

        *And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11196)*

        *Notice Of Adjournment Of Hearing On The Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11482)*

        *Automodular's Notice Of Service of Discovery Requests (Docket No. 11587)*

   *Status:*   *By agreement of the parties this matter is being adjourned to the February 21, 2008 omnibus hearing.*

 2. **"Employees' Motion To Vacate Automatic Stay"** – Motion To Vacate Automatic Stay For Cause To Commence Action In N.D. Alabama Filed By Jimmy Mueller, David Gargis and Keith Livingston (Docket Nos. 11350, 11631)

   *Responses filed:*  None.

   *Reply filed:*  None.

   *Related filings:*  *Memorandum Of Law In Support Of Motion To Vacate Stay (Docket No. 11351)*

   *Status:*   *By agreement of the parties this matter is being adjourned to the February 21, 2008 omnibus hearing.*

C. **Uncontested, Agreed, Or Settled Matters**

 3. **"Interiors And Closures Businesses Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain

Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 10606)

*Responses adjourned from the December 20, 2007 omnibus hearing:*

> *Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11010)*
>
> *Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11011)*
>
> *Objection Of Valeo Climate Control Corporation To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11026)*
>
> *Objection Of Siemens VDO Automotive AG To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Sale Of Its Interiors And Closures Businesses (Docket No. 11085)*
>
> *Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11086)*
>
> *Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/k/a Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11087)*

4

*Joinder Of Goldman Sachs Credit Partners, L.P. In (I) The Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/k/a Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses And (II) Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11092)*

*Assignee's Response And Limited Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11332)*

*Objection Of Nova Chemicals Inc. And Nova Chemicals Canada Ltd To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11357)*

*Objection Of Akzo Nobel Coatings Inc. And Akzo Nobel Industrial Coatings Mexico, S.A., To Cure Amount Specified In Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11363)*

*Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers And Proposed Cure Amount In Connection With Sale Of Interiors And Closures Business (Docket No. 11368)*

*Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale*

5

|  |  |
|---|---|
|  | *Of Interiors And Closures Businesses (Docket No. 11378)* |
|  | *Objection By Cooper-Standard Automotive Inc. To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11380)* |
|  | *Objection Of Spartech Corporation And Spartech Polycom To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11381)* |
|  | *Assignee's Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11385)* |
| *Reply filed:* | *A supplemental omnibus reply will be filed.* |
| *Related filings:* | *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Interiors And Closures Businesses (Docket No. 10732)* |
|  | *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 10962)* |
|  | *Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 10963)* |
|  | *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And* |

*Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11164)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 11165)*

*Supplemental Notice Of Non-Assumption And Assignment Of Executory Contract In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11514)*

*Supplemental Notice With Respect To Certain Postpetition Contracts In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11515)*

*Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Interiors And Closures Businesses Sale (Docket No. 11545)*

*Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Of The Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 11579)*

*Withdrawal Of Objection Of Valeo Climate Control Corp. To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses [D.I. 11024] (Docket No. 11904)*

*Conditional Withdrawal Of Assignee's Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11909)*

7

*Withdrawal Of Objection By Cooper-Standard Automotive Inc. To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11925)*

*Notice Of Withdrawal Of Objection Of Nova Chemicals Inc. And Nova Chemicals Canada Ltd To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 12027)*

*Withdrawal Of Assignee's Response And Limited Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 12151)*

*Withdrawal Of Objection Of Continental Automotive Canada Inc. F/K/A Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 12285)*

*Withdrawal Of Objection Of Continental Automotive Systems Us, Inc. F/K/A Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 12286)*

*Withdrawal Of Joinder Of Goldman Sachs Credit Partners, L.P. In (I) The Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/K/A Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses And (II) Objection Of Siemens VDO Automotive Corp. To*

        *The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 12287)*

        *Withdrawal Of Objection Of VDO Automotive AG F/K/A Siemens VDO Automotive AG To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 12329)*

        *Withdrawal Of Objection Of Akzo Nobel Coatings Inc. And Akzo Nobel Industrial Coatings Mexico, S.A., To Cure Amount Specified In Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses [Docket Entry #11363] (Docket No. 12330)*

*Status:*     *The hearing with respect to this matter will be proceeding.*

4. **"Audio MPEG's Motion To Modify Automatic Stay"** – Motion Of Audio MPEG, Inc. And S.I.SV.EL. To Modify Automatic Stay To Perform Audit Under License Agreement (Docket No. 11820)

    *Responses filed:*    *A response will be filed.*

    *Reply filed:*    *None.*

    *Related filings:*    *None.*

    *Status:*    *This matter has been resolved in accordance with a stipulation to be filed.*

5. **"Amended Interiors And Closures Businesses Sale Motion"** – Expedited Motion Pursuant To 11 U.S.C. Section 105(a) And Fed. R. Bankr. P. 6004 And 9019 Authorizing And Approving Compromise With Inteva Products, LLC And To Amend And Restate Order Under 11 U.S.C. Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Of The Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of

9

        Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 12097)

| | |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 10606)* |
| | *Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Of The Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 11579)* |
| *Status:* | The hearing with respect to this matter will be proceeding. |

6.   **"Bearings Sale Motion"** – Motion to Authorize Expedited Motion For Orders Under 11 U.S.C. Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Debtors' Assets Primarily Used In Debtors' Bearings Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And

    Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 12104)

|   |   |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Notice Of Filing Of Revised Proposed Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 202 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Debtors' Bearings Business (Docket No. 12302)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.  Contested Matters**

  7.  **"Verizon Administrative Expense Motion"** – Amended Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 11496)

|   |   |
|---|---|
| *Responses filed:* | *Debtors' Objection To Amended Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 12192)* |
| *Reply filed:* | None. |
| *Related filings:* | *Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 9596)* |
|   | *Notice Of Adjournment Of Hearing To Consider Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 10617)* |
|   | *Debtors' Objection To Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 10882)* |

          *Reply Brief In Support Of Verizon Services Corp.'s Motion For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 11025)*

          *Debtors' Surreply To Reply Brief In Support Of Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 11134)*

          *Exhibit A To Amended Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket Nos. 11509, 11512)*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

8. **"Twenty-Fourth Omnibus Claims Objection"** – Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588)

    *Responses filed[1]:*  *Futaba Corporation Of America's Response To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 11866)*

          *Response of ARAMARK Uniform And Career Apparel, Inc. To Debtors' Twenty-Fourth Omnibus Objection To Claims [Claim No. 10390] (Docket No. 12166)*

          *Joint Response Of Eaton Corporation, Eaton Yale, Ltd., And Eaton Aeroquip De Mexico S.A. De C.V. To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12176)*

---

1 Responses listed in bold were filed after the January 18, 2008 4:00 p.m. (prevailing Eastern time) objection deadline established under the *Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order* (Docket No. 11588).

*Response By Allegro Microsystems, Inc. To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12206)*

*Response Of CF Special Situation Fund I, L.P. To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12211)*

*Response By Small Parts, Inc. To Debtors' Twenty-Fourth Omnibus Claims Objection As It Pertains To Claim Number 11274 (Docket No. 12215)*

*Response Of Motor City Electric Co. To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12217)*

*D & R Technology LLC's Response To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12219)*

*Response Of Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan Partnership And Alcoa Extrusions, Inc. To The Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12222)*

*Eikenberry & Associates, Inc. Response To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12224)*

*Response Of Liquidity Solutions, Inc. And The S&Z Entities To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12225)*

*Response Of Barnes Group Inc., As Claimant, To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12226)*

*Response Of SABIC Innovative Plastics US LLC To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12248)*

*Response Of Kuss Corporation To Twenty-Fourth Omnibus Claims Objection (Docket No. 12254)*

*Response Of Ashland, Inc. To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12255)*

*Response Of Bank Of America, N.A. To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12258)*

*Response Of Contrarian Funds, LLC To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12259)*

*2088343 Ontario Limited's Response To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12261)*

*Response And Objection Of SPCP Group, L.L.C. Et Al. To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12262)*

*Schrader-Bridgeport International, Inc.'s Objection To Debtors' Twenty Fourth Omnibus Objection To Claim No. 11284 (Docket No. 12268)*

*Response Of United Plastics Group (UPG) De Mexico, S. De R.L. De C.V., As Claimant, To Debtors' Twenty-Fourth Omnibus Objection (Docket No. 12271)*

*Response Of Hydro Aluminum North America, Inc. To The Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12280)*

***First Technology Holdings, Inc. And Affiliates And Subsidiaries, Control Devices, Inc., And First Inertia Switch Limited's (I) Omnibus Response To Debtors' Twenty-Fourth Omnibus Objection And (II) Cross-Motion For Reconsideration Of Reclamation Claim (Docket No. 12292)***

***Response Of Direct Sourcing Solutions, Inc./DSSI To Debtors' Twenty-Fourth Omnibus Claims Objection(Docket No. 12299)***

*Reply filed:*    *An omnibus reply will be filed.*

| | |
|---|---|
| *Related filings:* | *Exhibit A To Response Of Hydro Aluminum North America, Inc. To The Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12281)* |
| | *Exhibit B To Response Of Hydro Aluminum North America, Inc. To The Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12282)* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

Dated: New York, New York
January 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 4951)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

   - and -

By: /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession