# BUTZEL LONG
ATTORNEYS AND COUNSELORS

David F. DuMouchel
313 225 7004
dumouchd@butzel.com

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

January 24, 2008

Clerk of the Court
Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York

Re:   Bankruptcy Petition No. 05-44481 (RDD) - Chapter 11

Dear Clerk:

This will advise you of my wish to be removed from the Court's ECF filing system relative to the above-captioned matter. Thank you.

Very truly yours,

David F. DuMouchel

/cm