TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------x
                                                                                 :
In re:                                                                           :
                                                                                 :    Chapter 11
DELPHI CORPORATION, *et al.*,                                                    :    Case No. 05-44481 [RDD]
                                                                                 :
                        Debtors.                                                 :    Jointly Administered
                                                                                 :
-----------------------------------------------------------------x


**STIPULATION AND ORDER WITHDRAWING
(i) DEBTORS' DEFAULT APPLICATION REGARDING
FURUKAWA ELECTRIC NORTH AMERICA APD AND
FURUKAWA ELECTRIC CO., LTD. AND (ii) MOTION
TO DISMISS BY FURUKAWA ELECTRIC NORTH
AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

hereto that the following Motions be, and they hereby are, withdrawn:

      (A) Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 10711); and

      (B) Motion by Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc. to dismiss Debtors' claim for affirmative relief (Docket No. 10722); and

      **IT IS HEREBY FURTHER STIPULATED AND AGREED t**hat FURUKAWA Electric North America APD and Furukawa Electric Co., Ltd. shall have until the fourteenth (14th) day after the entry of this Order to submit its answer and counterclaims to Debtors' Claim for Affirmative Relief Against FURUKAWA Electric North America APD and Furukawa Electric Co., Ltd. Pursuant to Federal Rule of Bankruptcy Procedure 3007; and

      **IT IS HEREBY FURTHER STIPULATED AND AGREED t**hat nothing herein shall modify the terms of the Joint Stipulation and Order Regarding Discovery Regarding Objection to Proof of Claim No. 12347 and Related Counterclaim, entered December 18, 2007 (Docket No. 11510).

Dated: New York, New York
    January 21, 2008

                DELPHI CORPORATION, et al.,
                Debtors and Debtors-in-Possession,
                By their Bankruptcy Conflicts Counsel,
                TOGUT, SEGAL & SEGAL LLP,
                By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:   New York, New York
January 18, 2008

FURUKAWA ELECTRIC NORTH
AMERICA APD, et al.,
By their Counsel,
ALSTON & BIRD, LLP
By:

/s/Dennis J. Connolly
DENNIS J. CONNOLLY (DC-9932)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

**SO ORDERED**

This 23rd day of January, 2008
in New York, New York

   /s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE