**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                          Chapter 11

                                                                Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                                     Jointly Administered

                          Debtors

-------------------------------------------------------------x

### <u>ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

        UPON the motion of Stephen P. Stella, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

        ORDERED, that Stephen P. Stella, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 24, 2008
            New York, New York


                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE