SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                                :         Chapter 11
                                          :
DELPHI CORPORATION, et al.,       :         Case No. 05–44481 (RDD)
                                          :
                     Debtors.   :         (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 1279
(NU-TECH PLASTICS ENGINEERING, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Nu-Tech Plastics Engineering, Inc. ("Nu-Tech") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1279 (Nu-Tech Plastics Engineering, Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, Nu-Tech filed proof of claim number 1279 dated November 22, 2005 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $13,957,130.00 (the "Claim") stemming from Nu-Tech's civil action against DAS LLC and General Motors Corporation in Michigan state court, in which Nu-Tech asserted causes of action for breach of contract and promissory estoppel.

WHEREAS, on October 31, 2006, the Debtors objected to the Claim pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on November 24, 2006, Nu-Tech filed its Response Of NuTech Plastics Engineering, Inc. To Debtors' Third Omnibus Claims Objection And To Debtors' Claim Objection And Estimation Procedures Motion (Docket No. 5811) (the "Response").

WHEREAS, on January 16, 2008, to resolve the Third Omnibus Claims Objection

with respect to the Claim, DAS LLC and Nu-Tech entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $487,500.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Nu-Tech stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $487,500.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Nu-Tech shall withdraw its Response to the Third Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 23rd day of January, 2008

                                            _____/s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| s/ John Wm. Butler, Jr. | s/ Jay A. Schwartz |
| John Wm. Butler, Jr. (JB 4711) | Jay A. Schwartz (P45268) |
| John K. Lyons (JL 4951) | SCHWARTZ LAW FIRM, P.C. |
| Ron E. Meisler (RM 3026) | 37887 West Twelve Mile Road, Suite A |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Farmington Hills, Michigan 48331 (248) 553-9400 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | Attorneys for Nu-Tech Plastics Engineering, Inc. |
| (312) 407-0700 | |

- and –

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

4