UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                    :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                 Debtors.       :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO
PRIOR ORDER IDENTIFIED IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

("TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected

On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification,

Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To

Prior Order, dated December 21, 2007 (the "Twenty-Fourth Omnibus Claims Objection"),[1] of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of

the hearing held on the Twenty-Fourth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Fourth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.       Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, and D-3 hereto was properly and

timely served with a copy of the Twenty-Fourth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Twenty-Fourth Omnibus Claims Objection, and notice of the deadline for

responding to the Twenty-Fourth Omnibus Claims Objection.  No other or further notice of the

Twenty-Fourth Omnibus Claims Objection is necessary.

B.       This Court has jurisdiction over the Twenty-Fourth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Fourth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Twenty-Fourth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

C.       The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.       The Claims listed on Exhibit B hereto contain liabilities or dollar amounts

that are not reflected on the Debtors' books and records (the "Books And Records Claims").

---

[2]       Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit C hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

F.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

G.      The Claims listed on Exhibit D-2 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

H.      The Claim listed on Exhibit D-3 hereto was modified pursuant to a prior order and states the incorrect amount (the "Claim Subject To Modification That Is Subject To Prior Order").

I.      The relief requested in the Twenty-Fourth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Each Claim identified on <u>Exhibit A</u> hereto as the "Surviving Claim" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each Books And Records Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.      Each Untimely Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

4.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit D-1</u> hereto shall be entitled to (a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit D-1</u> hereto, subject to the Debtors' right to further object to each such Claim Subject To Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

5.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-2</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit D-2</u> shall be entitled to (a) recover for any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.       The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on Exhibit D-3 hereto shall not be entitled to (a) recover for the Claim Subject To Modification That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert the Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3 hereto, subject to the Debtors' right to further object to the Claim Subject To Modification That Is Subject To Prior Order.  The Claim Subject To Modification That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.       For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D-1, D-2, and D-3 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B, C, D-1, D-2,

and <u>D-3</u> in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

8.    With respect to each Claim for which a Response to the Twenty-Fourth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on <u>Exhibits</u> <u>E-1</u>, <u>E-2</u>, <u>E-3</u>, and <u>E-4</u> hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; <u>provided</u>, <u>however</u>, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Fourth Omnibus Claims Objection.

10.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Fourth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Fourth Omnibus Claims Objection and attached hereto as <u>Exhibits</u> <u>A</u>, <u>B</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>, <u>D-3</u>, <u>E-1</u>, <u>E-2</u>, <u>E-3</u>, and <u>E-4</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply

only to the contested matter which involves such Claim and shall not act to stay the applicability

or finality of this order with respect to the other contested matters covered hereby.

13.     Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

14.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Fourth Omnibus

Claims Objection.


Dated: New York, New York
       January ___, 2008


_____
       UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16735<br>Date Filed: 10/25/2007<br>Creditor's Name and Address:<br><br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br><br>Total: $778,532.62 | Claim Number: 8373<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br><br>Total: $778,532.62 |
| Claim Number: 2187<br>Date Filed: 03/06/2006<br>Creditor's Name and Address:<br><br>TENNESSEE VALLEY AUTHORITY TVA<br>400 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902-1401 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,268,394.16<br><br>Total: $1,268,394.16 | Claim Number: 1695<br>Date Filed: 01/30/2006<br>Creditor's Name and Address:<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,268,394.16<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: $1,268,394.16 |
| Claim Number: 16695<br>Date Filed: 10/24/2005<br>Creditor's Name and Address:<br><br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br><br>Total: $13,238.61 | Claim Number: 16745<br>Date Filed: 11/13/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC AS TRANSFEREE<br>OF UNITED STARS INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br><br>Total: $13,238.61 |

Total Claims to be Expunged: **3**

Total Asserted Amount to be Expunged: **$2,060,165.39**

Page 1 of 1

**In re Delphi Corporation, et al.**                                    Twenty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGFA<br>200 BALLARDVALE ST<br>WILMINGTON, MA 01887 | 8719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$90,518.74<br>$90,518.74 | 06/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| DEBRA A SMITH<br>1116 BAY HILL DR<br>GIBSONIA, PA 15044 | 16063 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,157.52<br>$1,157.52 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| FEDERAL EXPRESS CORPORATION<br>FILARDI LAW OFFICES LLC<br>65 TRUMBULL ST 2ND FL<br>NEW HAVEN, CT 06510 | 15604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000.00<br>$1,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 72 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$107,785.70<br><br><br>$107,785.70 | 10/22/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 69 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$75,093.37<br>$75,093.37 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 70 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$40,364.77<br><br>$235,648.50<br>$276,013.27 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 68 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$58,734.92<br><br>$120,455.83<br>$179,190.75 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HEALTHPLUS OF MICHIGAN INC<br>2050 S LINDEN RD<br>FLINT, MI 48532 | 13453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Fourth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | 8937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $627,184.19<br><br><br>$17,492.82<br>$644,677.01 | 07/05/2006 | DELPHI CORPORATION<br>(05-44481) |

|  | **Total:** | **9** | **$1,375,436.36** |
|---|---|---|---|

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARTHUR ANDERSEN LLP<br>PO BOX 390<br>ST CHARLES, IL 60174 | 16748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$29,559.00<br><br><br>$29,559.00 | 10/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>1240 E NINTH ST STE 3001<br>CLEVELAND, OH 44199 | 16747 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$30,000.00<br><br><br>$30,000.00 | 11/14/2007 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **2** | | **$59,559.00** |  |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 12 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14280**
Date Filed: 07/31/2006
Docketed Total: $13,930.66
Filing Creditor Name and Address:
AIRGAS EAST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $13,930.66

Modified Total: $12,484.64

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $13,930.66 | 05-44640 | | | $12,484.64 |
| | | | **$13,930.66** | | | | **$12,484.64** |

**Claim: 14281**
Date Filed: 07/31/2006
Docketed Total: $40,160.57
Filing Creditor Name and Address:
AIRGAS SOUTH INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $40,160.57

Modified Total: $40,160.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,160.57 | 05-44640 | | | $40,160.57 |
| | | | **$40,160.57** | | | | **$40,160.57** |

**Claim: 8581**
Date Filed: 06/26/2006
Docketed Total: $550,087.00
Filing Creditor Name and Address:
AMROC INVESTMENT LLC AS
ASSIGNEE OF FLEXLINK SYSTEMS
INC
AMROC INVESTMENT LLC AS
ASSIGNEE OF FLEXLINK SYSTEMS
INC
535 MADISON AVE 15TH PL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $550,087.00

Modified Total: $470,871.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $550,087.00 | 05-44640 | | | $470,871.00 |
| | | | **$550,087.00** | | | | **$470,871.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 13 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 8584
Date Filed: 06/26/2006
Docketed Total: $76,448.98
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

**CLAIM AS DOCKETED**

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$76,448.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,448.98 |
| | | | **$76,448.98** |

**CLAIM AS MODIFIED**

Modified Total: **$75,549.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,549.82 |
| | | | **$75,549.82** |

---

Claim: 206
Date Filed: 10/31/2005
Docketed Total: $27,371.53
Filing Creditor Name and Address:
ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

Docketed Total: **$27,371.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,371.53 |
| | | | **$27,371.53** |

**CLAIM AS MODIFIED**

Modified Total: **$13,065.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,065.09 |
| | | | **$13,065.09** |

---

Claim: 16749
Date Filed: 11/09/2007
Docketed Total: $15,197.55
Filing Creditor Name and Address:
ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: **$15,197.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $15,197.55 |
| | | | **$15,197.55** |

**CLAIM AS MODIFIED**

Modified Total: **$14,600.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $14,600.67 |
| | | | **$14,600.67** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 14 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14058**
Date Filed: 07/31/2006
Docketed Total: $34,109.64
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$34,109.64**

Modified Total: **$12,336.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,109.64 |
| | | | **$34,109.64** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,336.64 |
| | | | **$12,336.64** |

---

**Claim: 15197**
Date Filed: 07/31/2006
Docketed Total: $141,105.88
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$141,105.88**

Modified Total: **$62,299.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $141,105.88 |
| | | | **$141,105.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,299.54 |
| | | | **$62,299.54** |

---

**Claim: 2610**
Date Filed: 04/11/2006
Docketed Total: $178,955.76
Filing Creditor Name and Address:
BUCKHORN INC
55 W TECHNECENTER DR
MILFORD, OH 45150-9779

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF BUCKHORN RUBBER PRODUCTS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$178,955.76**

Modified Total: **$21,275.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $178,955.76 |
| | | | **$178,955.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,275.60 |
| | | | **$21,275.60** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16247**
Date Filed:    08/18/2006
Docketed Total:    $579,130.61
Filing Creditor Name and Address:
C THORREZ INDUSTRIES INC
4909 W MICHIGAN AVE
JACKSON, MI 49201

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $579,130.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $579,130.61 |
| | | | $579,130.61 |

Modified Total:    $567,576.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $567,576.33 |
| | | | $567,576.33 |

---

**Claim: 9462**
Date Filed:    07/13/2006
Docketed Total:    $14,995.98
Filing Creditor Name and Address:
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Claim Holder Name and Address
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Docketed Total:    $14,995.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,995.98 |
| | | | $14,995.98 |

Modified Total:    $4,311.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,311.33 |
| | | | $4,311.33 |

---

**Claim: 2693**
Date Filed:    04/19/2006
Docketed Total:    $245,952.74
Filing Creditor Name and Address:
CERAMTEC NORTH AMERICA &
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total:    $245,952.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $245,952.74 |
| | | | $245,952.74 |

Modified Total:    $232,341.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $232,341.07 |
| | | | $232,341.07 |

---

**Claim: 6594**
Date Filed:    05/22/2006
Docketed Total:    $103,809.40
Filing Creditor Name and Address:
CROWN EG INC
CROWN ENVIRONMENTAL
GROUP
945 S BROWN SCHOOL RD
VANDALIA, OH 45377

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FLOOR
NEW YORK, NY 10019

Docketed Total:    $103,809.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,809.40 |
| | | | $103,809.40 |

Modified Total:    $89,177.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,177.14 |
| | | | $89,177.14 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 16 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6593**
Date Filed: 05/22/2006
Docketed Total: $10,593.33
Filing Creditor Name and Address:
CROWN SOLUTIONS INC
945 S BROWNSCHOOL RD
VANDALIA, OH 45377-963

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: $10,593.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,593.33 |
| | | | **$10,593.33** |

Modified Total: $10,593.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,593.33 |
| | | | **$10,593.33** |

---

**Claim: 9118**
Date Filed: 07/07/2006
Docketed Total: $37,197.78
Filing Creditor Name and Address:
CSI LEASING INC FKA
COMPUTER SALES
INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141

Claim Holder Name and Address
CSI LEASING INC FKA COMPUTER
SALES INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141
Docketed Total: $37,197.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,197.78 |
| | | | **$37,197.78** |

Modified Total: $35,948.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,948.33 |
| | | | **$35,948.33** |

---

**Claim: 8980**
Date Filed: 07/05/2006
Docketed Total: $65,898.50
Filing Creditor Name and Address:
DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047

Claim Holder Name and Address
DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047
Docketed Total: $65,898.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,898.50 |
| | | | **$65,898.50** |

Modified Total: $61,898.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,898.50 |
| | | | **$61,898.50** |

---

**Claim: 13612**
Date Filed: 07/31/2006
Docketed Total: $31,393.49
Filing Creditor Name and Address:
DAY PAK INC EFT
PO BOX 363
DAYTON, OH 45409

Claim Holder Name and Address
DAY PAK INC EFT
PO BOX 363
DAYTON, OH 45409
Docketed Total: $31,393.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,393.49 |
| | | | **$31,393.49** |

Modified Total: $28,110.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,110.23 |
| | | | **$28,110.23** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 17 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14260**
Date Filed:   07/31/2006
Docketed Total:   $660,698.51
Filing Creditor Name and Address:
DIRECT SOURCING SOLUTIONS INC
9300 SHELBYVILLE RD STE 402
LOUISVILLE, KY 40222

Claim Holder Name and Address
DIRECT SOURCING SOLUTIONS INC
9300 SHELBYVILLE RD STE 402
LOUISVILLE, KY 40222
Docketed Total:   $660,698.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $660,698.51 |
| | | | **$660,698.51** |

Modified Total:   $150,913.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $125,025.00 |
| 05-44624 | | | $25,888.15 |
| | | | **$150,913.15** |

---

**Claim: 10685**
Date Filed:   07/26/2006
Docketed Total:   $11,400.00
Filing Creditor Name and Address:
E R WAGNER MANUFACTURING CO
LOCK BOX 53100
MILWAUKEE, WI 53288

Claim Holder Name and Address
E R WAGNER MANUFACTURING CO
LOCK BOX 53100
MILWAUKEE, WI 53288
Docketed Total:   $11,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,400.00 | |
| | | **$11,400.00** | |

Modified Total:   $10,944.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,944.00 |
| | | | **$10,944.00** |

---

**Claim: 10969**
Date Filed:   07/26/2006
Docketed Total:   $6,996.16
Filing Creditor Name and Address:
EATON POWER QUALITY CORPORATION
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Claim Holder Name and Address
EATON POWER QUALITY CORPORATION
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584
Docketed Total:   $6,996.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,996.16 |
| | | | **$6,996.16** |

Modified Total:   $6,996.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,996.16 |
| | | | **$6,996.16** |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 23

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 18 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9924**
Date Filed:   07/19/2006
Docketed Total:   $11,820.81
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W MADISON ST STE 3900
CHICAGO, IL 60606

Claim Holder Name and Address
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W MADISON ST STE 3900
CHICAGO, IL 60606

Docketed Total:   **$11,820.81**

Modified Total:   **$11,820.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44593 | | | $11,820.81 |
| | | | **$11,820.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,820.81 |
| | | | **$11,820.81** |

---

**Claim: 11025**
Date Filed:   07/26/2006
Docketed Total:   $177,519.59
Filing Creditor Name and Address:
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Claim Holder Name and Address
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Docketed Total:   **$177,519.59**

Modified Total:   **$110,914.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $177,519.59 |
| | | | **$177,519.59** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $110,914.53 |
| | | | **$110,914.53** |

---

**Claim: 6601**
Date Filed:   05/22/2006
Docketed Total:   $50,414.05
Filing Creditor Name and Address:
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

Claim Holder Name and Address
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

Docketed Total:   **$50,414.05**

Modified Total:   **$48,289.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,414.05 |
| | | | **$50,414.05** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,289.85 |
| | | | **$48,289.85** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 19 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 747**
Date Filed: 11/21/2005
Docketed Total: $1,941.46
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $1,941.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,941.46 |
| | | | **$1,941.46** |

Modified Total: $1,941.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,941.46 |
| | | | **$1,941.46** |

---

**Claim: 749**
Date Filed: 11/21/2005
Docketed Total: $67,998.47
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $67,998.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,998.47 |
| | | | **$67,998.47** |

Modified Total: $67,998.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,998.47 |
| | | | **$67,998.47** |

---

**Claim: 6934**
Date Filed: 05/26/2006
Docketed Total: $17,219.26
Filing Creditor Name and Address:
FEDEX FREIGHT
DELIVERY CODE 2259
PO BOX 840
HARRISON, AR 72602-0840

Claim Holder Name and Address

FEDEX FREIGHT
DELIVERY CODE 2259
PO BOX 840
HARRISON, AR 72602-0840

Docketed Total: $17,219.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,219.26 |
| | | | **$17,219.26** |

Modified Total: $17,219.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,507.67 |
| 05-44511 | | | $1,709.19 |
| 05-44482 | | | $3,002.40 |
| | | | **$17,219.26** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 20 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10199<br>Date Filed: 07/21/2006<br>Docketed Total: $341,525.93<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Docketed Total: $341,525.93 | Modified Total: $287,000.00 |

Claim 10199:

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $341,525.93 | | 05-44640 | | | $287,000.00 |
| | | | **$341,525.93** | | | | | **$287,000.00** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15229<br>Date Filed: 07/31/2006<br>Docketed Total: $21,267.84<br>Filing Creditor Name and Address:<br>GRIFFCO QUALITY SOLUTIONS INC<br>12300 OLD TESSON RD STE 200E<br>ST LOUIS, MO 63128 | Claim Holder Name and Address<br><br>GRIFFCO QUALITY SOLUTIONS INC<br>12300 OLD TESSON RD STE 200E<br>ST LOUIS, MO 63128<br><br>Docketed Total: $21,267.84 | Modified Total: $18,798.22 |

Claim 15229:

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,267.84 | | 05-44640 | | | $18,798.22 |
| | | | **$21,267.84** | | | | | **$18,798.22** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16746<br>Date Filed: 11/13/2007<br>Docketed Total: $41,723.84<br>Filing Creditor Name and Address:<br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071 | Claim Holder Name and Address<br><br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071<br><br>Docketed Total: $41,723.84 | Modified Total: $34,379.19 |

Claim 16746:

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 | | 05-44640 | | $0.00 | $34,379.19 |
| | | **$7,002.35** | **$34,721.49** | | | | **$0.00** | **$34,379.19** |

*See Exhibit F for a listing of debtor entities by case number.

Page 9 of 23

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 21 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12016<br>Date Filed: 07/28/2006<br>Docketed Total: $331,469.00<br>Filing Creditor Name and Address:<br>HTC GLOBAL SERVICES INC<br>3270 W BIG BEAVER RD<br>TROY, MI 48084 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC   Docketed Total: **$303,621.92**<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Modified Total: **$316,917.71** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $303,621.92 | 05-44640 | | | $316,917.71 |
| | | | | **$303,621.92** | | | | **$316,917.71** |

| | Claim Holder Name and Address<br><br>HTC GLOBAL SERVICES INC   Docketed Total: **$27,847.08**<br>3270 W BIG BEAVER RD<br>TROY, MI 48084 | Modified Total: **$0.00** |
|---|---|---|

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $27,847.08 | 05-44640 | | | $0.00 |
| | | | | **$27,847.08** | | | | **$0.00** |

| Claim: 12010<br>Date Filed: 07/28/2006<br>Docketed Total: $36,850.32<br>Filing Creditor Name and Address:<br>HUCK INTERNATIONAL A<br>DELAWARE CORPORATION<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name and Address<br><br>HUCK INTERNATIONAL A   Docketed Total: **$36,850.32**<br>DELAWARE CORPORATION<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Modified Total: **$27,527.41** |
|---|---|---|

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $36,850.32 | 05-44640 | | | $27,527.41 |
| | | | | **$36,850.32** | | | | **$27,527.41** |

*See Exhibit F for a listing of debtor entities by case number.

Page 10 of 23

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 22 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1699<br>Date Filed: 01/30/2006<br>Docketed Total: $117,572.06<br>Filing Creditor Name and Address:<br>INDUSTRIAL DIELECTRICS INC<br>PO BOX 357<br>NOBLESVILLE, IN 46060 | Claim Holder Name and Address<br><br>ASM CAPITAL LP   Docketed Total: $117,572.06<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $117,572.06<br><br>$117,572.06 | Modified Total: $117,438.86<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $117,438.86<br><br>$117,438.86 |
| Claim: 1042<br>Date Filed: 12/05/2005<br>Docketed Total: $41,516.60<br>Filing Creditor Name and Address:<br>INGERSOLL RAND CO AIR<br>SOLUTIONS<br>800 D BEATY ST<br>DAVIDSON, NC 28036 | Claim Holder Name and Address<br><br>INGERSOLL RAND CO AIR   Docketed Total: $41,516.60<br>SOLUTIONS<br>800 D BEATY ST<br>DAVIDSON, NC 28036<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $41,516.60<br><br>$41,516.60 | Modified Total: $25,789.42<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $25,789.42<br><br>$25,789.42 |
| Claim: 1688<br>Date Filed: 01/27/2006<br>Docketed Total: $65,530.04<br>Filing Creditor Name and Address:<br>ITW SHAKEPROOF INDUSTRIAL<br>PRODUCTS<br>2550 S 27TH AVE<br>BROADVIEW, IL 60155 | Claim Holder Name and Address<br><br>ITW SHAKEPROOF INDUSTRIAL   Docketed Total: $65,530.04<br>PRODUCTS<br>2550 S 27TH AVE<br>BROADVIEW, IL 60155<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $65,530.04<br><br>$65,530.04 | Modified Total: $34,119.63<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $34,119.63<br><br>$34,119.63 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd     Doc 12338-2     Filed 01/24/08     Entered 01/24/08 15:27:36     Exhibit B
Pg 23 of 61

Exhibit B
Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4466**
Date Filed:   05/02/2006
Docketed Total:   $42,445.10
Filing Creditor Name and Address:
  JDC LOGISTICS INC
  9809 S FRANKLIN DR
  FRANKLIN, WI 53132

Claim Holder Name and Address

JDC LOGISTICS INC          Docketed Total:   **$42,445.10**
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Modified Total:   **$41,835.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,445.10 |
| | | | **$42,445.10** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,835.10 |
| | | | **$41,835.10** |

---

**Claim: 9880**
Date Filed:   07/19/2006
Docketed Total:   $2,897,316.33
Filing Creditor Name and Address:
  JOHNSON ELECTRIC NORTH
  AMERICA INC
  ROBINSON & COLE LLP
  280 TRUMBULL ST
  HARTFORD, CT 06103

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR          Docketed Total:   **$2,897,316.33**
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Modified Total:   **$2,553,527.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,897,316.33 |
| | | | **$2,897,316.33** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,553,527.50 |
| | | | **$2,553,527.50** |

---

**Claim: 1994**
Date Filed:   02/14/2006
Docketed Total:   $35,738.64
Filing Creditor Name and Address:
  LIFETIME INDUSTRIES INC
  BURCH PORTER & JOHNSON
  PLLC
  130 N COURT AVE
  MEMPHIS, TN 38103

Claim Holder Name and Address

LIFETIME INDUSTRIES INC          Docketed Total:   **$35,738.64**
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Modified Total:   **$15,358.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,738.64 |
| | | | **$35,738.64** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,358.44 |
| | | | **$15,358.44** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim 16307**

Claim: 16307
Date Filed: 09/12/2006
Docketed Total: $362,371.05
Filing Creditor Name and Address:
  LORD CORPORATION
  2000 W GRANDVIEW BLVD
  ERIE, PA 16514

Claim Holder Name and Address
  LORD CORPORATION
  2000 W GRANDVIEW BLVD
  ERIE, PA 16514

Docketed Total: $362,371.05

Modified Total: $331,047.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $362,371.05 | 05-44640 | | | $331,047.89 |
| | | | **$362,371.05** | | | | **$331,047.89** |

**Claim 9680**

Claim: 9680
Date Filed: 07/17/2006
Docketed Total: $261,479.00
Filing Creditor Name and Address:
  LTX CORPORATION
  825 UNIVERSITY AVE
  NORWOOD, MA 02062

Claim Holder Name and Address
  LTX CORPORATION
  825 UNIVERSITY AVE
  NORWOOD, MA 02062

Docketed Total: $261,479.00

Modified Total: $231,439.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $261,479.00 | 05-44640 | | | $231,439.00 |
| | | | **$261,479.00** | | | | **$231,439.00** |

**Claim 16741**

Claim: 16741
Date Filed: 11/09/2007
Docketed Total: $10,576.32
Filing Creditor Name and Address:
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Claim Holder Name and Address
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total: $10,576.32

Modified Total: $10,576.32

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,576.32 | 05-44640 | | | $10,576.32 |
| | | | **$10,576.32** | | | | **$10,576.32** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16742**
Date Filed:    11/09/2007
Docketed Total:     $54,140.04
Filing Creditor Name and Address:
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202    Docketed Total:    **$54,140.04**

Modified Total:    **$48,846.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,140.04 |
| | | | **$54,140.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,846.35 |
| | | | **$48,846.35** |

---

**Claim: 5734**
Date Filed:    05/12/2006
Docketed Total:     $5,967.84
Filing Creditor Name and Address:
METROCAL INC
4700 BARDEN COURT SE
REMIT UPDT PER LTR 8 28 04 AM
KENTWOOD, MI 49512

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202    Docketed Total:    **$5,967.84**

Modified Total:    **$4,427.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,967.84 |
| | | | **$5,967.84** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,427.84 |
| | | | **$4,427.84** |

---

**Claim: 6632**
Date Filed:    05/23/2006
Docketed Total:     $35,369.12
Filing Creditor Name and Address:
MEUNIER ELECTRONIC SUPPLY
INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201

Claim Holder Name and Address
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201    Docketed Total:    **$35,369.12**

Modified Total:    **$28,710.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,369.12 |
| | | | **$35,369.12** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,710.20 |
| | | | **$28,710.20** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2679**
Date Filed: 04/18/2006
Docketed Total: $128,067.32
Filing Creditor Name and Address:
MILACRON MARKETING
COMPANY
4165 HALFACRE RD
BATAVIA, OH 45103

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF MILACRON
MARKETING CO
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $128,067.32

Modified Total: $120,574.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $128,067.32 | 05-44640 | | | $120,574.55 |
| | | | **$128,067.32** | | | | **$120,574.55** |

**Claim: 6637**
Date Filed: 05/23/2006
Docketed Total: $13,487.61
Filing Creditor Name and Address:
MISSOURI SEA & AIR
MSA
7900 TANNERS GATE STE 310
FLORENCE, KY 41042

Claim Holder Name and Address

ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $13,487.61

Modified Total: $12,967.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,487.61 | 05-44640 | | | $12,967.93 |
| | | | **$13,487.61** | | | | **$12,967.93** |

**Claim: 5778**
Date Filed: 05/12/2006
Docketed Total: $14,196.24
Filing Creditor Name and Address:
MITSUI AND CO USA INC
200 PARK AVE
NEW YORK, NY 10166

Claim Holder Name and Address

MITSUI AND CO USA INC
200 PARK AVE
NEW YORK, NY 10166

Docketed Total: $14,196.24

Modified Total: $14,196.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,196.24 | 05-44640 | | | $14,196.24 |
| | | | **$14,196.24** | | | | **$14,196.24** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 16418

Date Filed: 11/17/2006
Docketed Total: $107,272.55
Filing Creditor Name and Address:
NATIONAL MOLDING
CORPORATION
5 DUBON COURT
FARMINGDALE, NY 11735

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $107,272.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107,272.55 |
| | | | **$107,272.55** |

**CLAIM AS MODIFIED**

Modified Total: $45,326.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,326.40 |
| | | | **$45,326.40** |

### Claim: 7550

Date Filed: 06/06/2006
Docketed Total: $185,979.44
Filing Creditor Name and Address:
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

Claim Holder Name and Address

NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

Docketed Total: $185,979.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | **$185,979.44** |

Modified Total: $106,691.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,909.44 |
| 05-44567 | | | $555.84 |
| 05-44612 | | | $6,037.59 |
| 05-44507 | | | $10,470.92 |
| 05-44624 | | | $70.97 |
| 05-44482 | | | $646.52 |
| | | | **$106,691.28** |

### Claim: 811

Date Filed: 11/22/2005
Docketed Total: $239,472.32
Filing Creditor Name and Address:
ORBIS CORPORATION
PO BOX 389
OCONOMOWOC, WI 53066-0389

Claim Holder Name and Address

LIQUIDITY SOLUTIONS DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF ORBIS CORPORATION
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $239,472.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $239,472.32 |
| | | | **$239,472.32** |

Modified Total: $179,513.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $179,513.53 |
| | | | **$179,513.53** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 28 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10119<br>Date Filed: 07/21/2006<br>Docketed Total: $191,003.63<br>Filing Creditor Name and Address:<br>PITNEY BOWES INC FASCIMILE DIV<br>PO BOX 856037<br>LOUISVILLE, KY 40285-6037 | Claim Holder Name and Address<br><br>PITNEY BOWES INC FASCIMILE DIV<br>PO BOX 856037<br>LOUISVILLE, KY 40285-6037<br><br>Docketed Total: $191,003.63 | | | | Modified Total: $55,280.37 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $191,003.63 | 05-44640 | | | $55,280.37 |
| | | | | $191,003.63 | | | | $55,280.37 |
| Claim: 12437<br>Date Filed: 07/28/2006<br>Docketed Total: $7,092.91<br>Filing Creditor Name and Address:<br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD, IL 60544 | Claim Holder Name and Address<br><br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD, IL 60544<br><br>Docketed Total: $7,092.91 | | | | Modified Total: $7,092.91 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44547 | | | $7,092.91 | 05-44640 | | | $7,092.91 |
| | | | | $7,092.91 | | | | $7,092.91 |
| Claim: 12441<br>Date Filed: 07/28/2006<br>Docketed Total: $48,770.59<br>Filing Creditor Name and Address:<br>PLAINFIELD TOOL & ENGINEERING<br>PLAINFIELD STAMPING ILLINOIS<br>24035 RIVERWALK CT<br>PLAINFIELD, IL 60544-8145 | Claim Holder Name and Address<br><br>PLAINFIELD TOOL & ENGINEERING<br>PLAINFIELD STAMPING ILLINOIS<br>24035 RIVERWALK CT<br>PLAINFIELD, IL 60544-8145<br><br>Docketed Total: $48,770.59 | | | | Modified Total: $1,727.84 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $48,770.59 | 05-44640 | | | $1,727.84 |
| | | | | $48,770.59 | | | | $1,727.84 |

*See Exhibit F for a listing of debtor entities by case number.

Page 17 of 23

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 29 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2639**
Date Filed:   04/13/2006
Docketed Total:    $1,179,772.10
Filing Creditor Name and Address:
PREMIER MANUFACTURING
SUPPORT SERVICES INC
2828 HIGHLAND AVE
CINCINNATI, OH 45212

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:    **$1,179,772.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,179,772.10 |
| | | | **$1,179,772.10** |

Modified Total:    **$1,047,594.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,046,698.81 |
| 05-44482 | | | $895.77 |
| | | | **$1,047,594.58** |

---

**Claim: 16740**
Date Filed:   11/06/2007
Docketed Total:    $16,532.05
Filing Creditor Name and Address:
R & L SPRING CO EFT
1097 GENEVA PKWY
REMIT UPDT 7 99 LETTER
LAKE GENEVA, WI 53147

Claim Holder Name and Address

R & L SPRING CO EFT
1097 GENEVA PKWY
REMIT UPDT 7 99 LETTER
LAKE GENEVA, WI 53147

Docketed Total:    **$16,532.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,532.05 |
| | | | **$16,532.05** |

Modified Total:    **$15,282.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,282.00 |
| | | | **$15,282.00** |

---

**Claim: 2612**
Date Filed:   04/11/2006
Docketed Total:    $504,876.99
Filing Creditor Name and Address:
ROYAL DIE STAMPING CO
CHUHAK & TECSON PC
30 S WACKER DR 2600
CHICAGO, IL 60604

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$504,876.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $504,876.99 |
| | | | **$504,876.99** |

Modified Total:    **$446,271.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $446,271.20 |
| | | | **$446,271.20** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 30 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16104**
Date Filed:    08/09/2006
Docketed Total:    $12,730.27
Filing Creditor Name and Address:
SCOTT SPECIALTY GASES INC
6141 EASTON RD
PLUMSTEADVILLE, PA 18949

Claim Holder Name and Address

SCOTT SPECIALTY GASES INC          Docketed Total:    **$12,730.27**
6141 EASTON RD
PLUMSTEADVILLE, PA 18949

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,730.27 |
| | | | **$12,730.27** |

Modified Total:    **$4,547.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,547.40 |
| | | | **$4,547.40** |

---

**Claim: 11272**
Date Filed:    07/27/2006
Docketed Total:    $64,795.10
Filing Creditor Name and Address:
SMALL PARTS DE MEXICO S DE
RL CV JUAREZ MX
PO BOX 7002
LOGANSPORT, IN 46947

Claim Holder Name and Address

SMALL PARTS DE MEXICO S DE RL          Docketed Total:    **$64,795.10**
CV JUAREZ MX
PO BOX 7002
LOGANSPORT, IN 46947

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $64,795.10 |
| | | | **$64,795.10** |

Modified Total:    **$62,213.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,213.04 |
| | | | **$62,213.04** |

---

**Claim: 9601**
Date Filed:    07/17/2006
Docketed Total:    $25,211.74
Filing Creditor Name and Address:
SPECIAL ELECTRIC
2121 S 116TH ST
WEST ALLIS, WI 53227

Claim Holder Name and Address

SPECIAL ELECTRIC          Docketed Total:    **$25,211.74**
2121 S 116TH ST
WEST ALLIS, WI 53227

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,211.74 |
| | | | **$25,211.74** |

Modified Total:    **$25,211.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,211.74 |
| | | | **$25,211.74** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 474**
Date Filed: 11/10/2005
Docketed Total: $319,224.11
Filing Creditor Name and Address:
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408

Claim Holder Name and Address
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408
Docketed Total: **$319,224.11**

Modified Total: **$182,628.93**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $319,224.11 | 05-44481 | | | $182,628.93 |
| | | | **$319,224.11** | | | | **$182,628.93** |

**Claim: 5069**
Date Filed: 05/08/2006
Docketed Total: $3,890.28
Filing Creditor Name and Address:
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926

Claim Holder Name and Address
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926
Docketed Total: **$3,890.28**

Modified Total: **$2,990.24**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,890.28 | 05-44640 | | | $610.00 |
| | | | | 05-44567 | | | $2,380.24 |
| | | | **$3,890.28** | | | | **$2,990.24** |

**Claim: 12350**
Date Filed: 07/28/2006
Docketed Total: $65,511.81
Filing Creditor Name and Address:
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083

Claim Holder Name and Address
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083
Docketed Total: **$65,511.81**

Modified Total: **$62,986.06**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $65,511.81 | 05-44640 | | | $62,986.06 |
| | | | **$65,511.81** | | | | **$62,986.06** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 32 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2426**
Date Filed: 03/27/2006
Docketed Total: $103,832.09
Filing Creditor Name and Address:
SUPPLIER INSPECTION SERVICES INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418

Claim Holder Name and Address
SUPPLIER INSPECTION SERVICES INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418

Docketed Total: $103,832.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,832.09 |
| | | | **$103,832.09** |

Modified Total: $98,138.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,138.09 |
| | | | **$98,138.09** |

---

**Claim: 1695**
Date Filed: 01/30/2006
Docketed Total: $1,268,394.16
Filing Creditor Name and Address:
TENNESSEE VALLEY AUTHORITY
400 W SUMMIT HILL DR
KNOXVILLE, TN 37902-1401

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $1,268,394.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,268,394.16 | | |
| | **$1,268,394.16** | | |

Modified Total: $1,264,485.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,264,485.98 | | |
| | **$1,264,485.98** | | |

---

**Claim: 8929**
Date Filed: 07/05/2006
Docketed Total: $68,364.68
Filing Creditor Name and Address:
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507

Claim Holder Name and Address
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507

Docketed Total: $68,364.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $68,364.68 |
| | | | **$68,364.68** |

Modified Total: $45,159.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,159.62 |
| | | | **$45,159.62** |

---

**Claim: 8927**
Date Filed: 07/05/2006
Docketed Total: $10,119.17
Filing Creditor Name and Address:
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507-390

Claim Holder Name and Address
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507-390

Docketed Total: $10,119.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,119.17 |
| | | | **$10,119.17** |

Modified Total: $6,227.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,227.10 |
| | | | **$6,227.10** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 33 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8935<br>Date Filed: 07/05/2006<br>Docketed Total: $71,548.68<br>Filing Creditor Name and Address:<br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | Claim Holder Name and Address<br><br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP   Docketed Total:   **$71,548.68**<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $71,548.68<br>   **$71,548.68** | Modified Total:   **$18,166.21**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $18,166.21<br>   **$18,166.21** |
| Claim: 11229<br>Date Filed: 07/26/2006<br>Docketed Total: $78,757.21<br>Filing Creditor Name and Address:<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Claim Holder Name and Address<br><br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE   Docketed Total:   **$78,757.21**<br>CHICAGO, IL 60651<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $78,757.21<br>   **$78,757.21** | Modified Total:   **$46,587.40**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $46,587.40<br>   **$46,587.40** |
| Claim: 2174<br>Date Filed: 03/03/2006<br>Docketed Total: $234,500.00<br>Filing Creditor Name and Address:<br>UNIVERSAL TOOL AND<br>ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>UNIVERSAL TOOL AND<br>ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP   Docketed Total:   **$234,500.00**<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $234,500.00<br>   **$234,500.00** | Modified Total:   **$234,499.00**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $234,499.00<br>   **$234,499.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14660**
Date Filed: 07/31/2006
Docketed Total: $52,448.27
Filing Creditor Name and Address:
VOLLAND ELECTRIC
75 INNSBRUCK DR
CHEEKTOWAGA, NY 14227

Claim Holder Name and Address
VOLLAND ELECTRIC
75 INNSBRUCK DR
CHEEKTOWAGA, NY 14227
Docketed Total: $52,448.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,448.27 |
| | | | $52,448.27 |

Modified Total: $25,901.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,901.84 |
| | | | $25,901.84 |

---

**Claim: 2906**
Date Filed: 04/27/2006
Docketed Total: $126,323.97
Filing Creditor Name and Address:
WRIGHT STATE UNIVERSITY
356 UNIVERSITY HALL
DAYTON, OH 45435

Claim Holder Name and Address
WRIGHT STATE UNIVERSITY
356 UNIVERSITY HALL
DAYTON, OH 45435
Docketed Total: $126,323.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,323.97 |
| | | | $126,323.97 |

Modified Total: $82,394.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,394.31 |
| | | | $82,394.31 |

---

**Claim: 10882**
Date Filed: 07/25/2006
Docketed Total: $76,784.27
Filing Creditor Name and Address:
ZEISS CARL IMT CORP
6250 SYCAMORE LN N
MAPLE GROVE, MN 55369

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: $76,784.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $76,784.27 |
| | | | $76,784.27 |

Modified Total: $76,784.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,784.27 |
| | | | $76,784.27 |

---

**Total Claims to be Modified: 71**

**Total Amount as Docketed:**    $13,094,166.34

**Total Amount as Modified:**    $10,598,816.66

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 35 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11413**
Date Filed: 07/27/2006
Docketed Total: $617,679.20
Filing Creditor Name and Address:
ACCURATE THREADED
FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Claim Holder Name and Address

ACCURATE THREADED FASTENERS
INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Docketed Total: $617,679.20

Modified Total: $550,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $617,679.20 |
| | | | $617,679.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $71,376.60 | $478,623.40 |
| | | $71,376.60 | $478,623.40 |

**Claim: 11099**
Date Filed: 07/26/2006
Docketed Total: $173,734.07
Filing Creditor Name and Address:
AFFINIA CANADA CORP EFT
ATTN C MENDELTIAN
C O AFFINIA GROUP INC
1101 TECHNOLOGY DR NO 100
ANN ARBOR, MI 48108

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $173,734.07

Modified Total: $44,511.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $173,734.07 |
| | | | $173,734.07 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,000.00 | $34,511.79 |
| | | $10,000.00 | $34,511.79 |

**Claim: 12193**
Date Filed: 07/28/2006
Docketed Total: $2,382,040.18
Filing Creditor Name and Address:
ALEGRE INC
3103 W TECH RD
MIAMISBURG, OH 45342

Claim Holder Name and Address

ALEGRE INC
3103 W TECH RD
MIAMISBURG, OH 45342

Docketed Total: $2,382,040.18

Modified Total: $351,963.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $190,941.72 | $2,191,098.46 |
| | | $190,941.72 | $2,191,098.46 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,154.39 | $331,809.23 |
| | | $20,154.39 | $331,809.23 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 36 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7995**
Date Filed: 06/14/2006
Docketed Total: $896,187.82
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF FEINTOOL
CINCINATTI INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022    Docketed Total: **$896,187.82**

Modified Total: **$853,290.62**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $86,216.71 | $809,971.11 | 05-44640 | | $86,216.72 | $767,073.90 |
| | | **$86,216.71** | **$809,971.11** | | | **$86,216.72** | **$767,073.90** |

**Claim: 10558**
Date Filed: 07/24/2006
Docketed Total: $620,518.73
Filing Creditor Name and Address:
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019    Docketed Total: **$620,518.73**

Modified Total: **$604,039.84**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $620,518.73 | 05-44640 | | $20,647.07 | $583,392.77 |
| | | | **$620,518.73** | | | **$20,647.07** | **$583,392.77** |

**Claim: 14174**
Date Filed: 07/31/2006
Docketed Total: $11,505.71
Filing Creditor Name and Address:
BREEN COLOR CONCENTRATES
INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

Claim Holder Name and Address

BREEN COLOR CONCENTRATES INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310    Docketed Total: **$11,505.71**

Modified Total: **$11,505.71**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $11,505.71 | 05-44640 | | $5,107.39 | $6,398.32 |
| | | | **$11,505.71** | | | **$5,107.39** | **$6,398.32** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 37 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10155**
Date Filed: 07/21/2006
Docketed Total: $266,081.47
Filing Creditor Name and Address:
COMMODITY MGMT SVCS GBS
PRINTED PRODS & SYS
PO BOX 2340
NORTH CANTON, OH 44720-0340

Claim Holder Name and Address
COMMODITY MGMT SVCS GBS
PRINTED PRODS & SYS
PO BOX 2340
NORTH CANTON, OH 44720-0340

Docketed Total: **$266,081.47**

Modified Total: **$94,880.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $266,081.47 | 05-44640 | | $511.95 | $94,368.15 |
| | | | **$266,081.47** | | | **$511.95** | **$94,368.15** |

**Claim: 675**
Date Filed: 11/18/2005
Docketed Total: $544,824.79
Filing Creditor Name and Address:
DIEMOLDING CORPORATION
125 RASBACH ST
CANASTOTA, NY 13032

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$544,824.79**

Modified Total: **$486,027.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $544,824.79 | 05-44640 | | $941.46 | $485,086.49 |
| | | | **$544,824.79** | | | **$941.46** | **$485,086.49** |

**Claim: 10734**
Date Filed: 07/25/2006
Docketed Total: $755,003.52
Filing Creditor Name and Address:
GE INFRASTRUCTURE SENSING
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address
GE INFRASTRUCTURE SENSING
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: **$755,003.52**

Modified Total: **$746,745.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $755,003.52 | 05-44640 | | $42,903.31 | $703,841.80 |
| | | | **$755,003.52** | | | **$42,903.31** | **$703,841.80** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15540**
Date Filed: 07/31/2006
Docketed Total: $651,800.43
Filing Creditor Name and Address:
GE SILICONES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address
GE SILICONES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: $651,800.43

Modified Total: $525,026.29

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $651,800.43 | 05-44640 | | $37,338.82 | $487,687.47 |
| | | | $651,800.43 | | | $37,338.82 | $487,687.47 |

**Claim: 9569**
Date Filed: 07/17/2006
Docketed Total: $72,359.10
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423

Claim Holder Name and Address
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423

Docketed Total: $72,359.10

Modified Total: $62,612.77

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $44,411.35 | $27,947.75 | 05-44640 | | $9,319.21 | $53,293.56 |
| | | $44,411.35 | $27,947.75 | | | $9,319.21 | $53,293.56 |

**Claim: 11453**
Date Filed: 07/27/2006
Docketed Total: $236,298.73
Filing Creditor Name and Address:
MARIAN INC FKA MARIAN
RUBBER PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202

Claim Holder Name and Address
MARIAN INC FKA MARIAN RUBBER
PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202

Docketed Total: $236,298.73

Modified Total: $233,484.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $25,605.91 | | $210,692.82 | 05-44640 | $25,605.91 | | $207,878.98 |
| | $25,605.91 | | $210,692.82 | | $25,605.91 | | $207,878.98 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B  
Pg 39 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9576**  
Date Filed: 07/17/2006  
Docketed Total: $64,897.96  
Filing Creditor Name and Address:  
MEDALIST INDUSTRIES INC  
MEDALIST INDL FASTENER DIV  
2700 YORK RD  
ELK GROVE VILLAGE, IL 60007

Claim Holder Name and Address  
MEDALIST INDUSTRIES INC  
MEDALIST INDL FASTENER DIV  
2700 YORK RD  
ELK GROVE VILLAGE, IL 60007  
Docketed Total: **$64,897.96**

Modified Total: **$47,948.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,088.55 | $11,809.41 |
| | | **$53,088.55** | **$11,809.41** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $33,896.44 | $14,052.10 |
| | | **$33,896.44** | **$14,052.10** |

---

**Claim: 14200**  
Date Filed: 07/24/2006  
Docketed Total: $1,444,823.68  
Filing Creditor Name and Address:  
N D K AMERICA INC  
203 N LASALLE ST STE 2500  
CHICAGO, IL 60601-1262

Claim Holder Name and Address  
LATIGO MASTER FUND LTD  
590 MADISON AVE 9TH FL  
NEW YORK, NY 10022  
Docketed Total: **$1,403,132.21**

Modified Total: **$1,297,786.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,403,132.21 |
| | | | **$1,403,132.21** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,297,786.54 |
| | | | **$1,297,786.54** |

Claim Holder Name and Address  
N D K AMERICA INC  
203 N LASALLE ST STE 2500  
CHICAGO, IL 60601-1262  
Docketed Total: **$41,691.47**

Modified Total: **$145,267.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,691.47 |
| | | | **$41,691.47** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $145,267.57 | |
| | | **$145,267.57** | |

---

**Claim: 15134**  
Date Filed: 07/31/2006  
Docketed Total: $355,290.19  
Filing Creditor Name and Address:  
PARK OHIO PRODUCTS INC  
7000 DENISON AVE  
CLEVELAND, OH 44102

Claim Holder Name and Address  
PARK OHIO PRODUCTS INC  
7000 DENISON AVE  
CLEVELAND, OH 44102  
Docketed Total: **$355,290.19**

Modified Total: **$199,402.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $355,290.19 |
| | | | **$355,290.19** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $45,060.80 | $154,342.18 |
| | | **$45,060.80** | **$154,342.18** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16460<br>Date Filed:   12/19/2006<br>Docketed Total:     $83,839.32<br>Filing Creditor Name and Address:<br>  VJ TECHNOLOGIES INC<br>  89 CARLOUGH RD<br>  BOHEMIA, NY 11716 | Claim Holder Name and Address<br><br>  LONGACRE MASTER FUND LTD            Docketed Total:        **$83,839.32**<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019 | Modified Total:        **$60,880.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $60,000.00 | $23,839.32 | 05-44640 | | $60,000.00 | $880.00 |
| | | **$60,000.00** | **$23,839.32** | | | **$60,000.00** | **$880.00** |

**Total Claims to be Modified: 16**

**Total Amount as Docketed:**      **$9,176,884.90**

**Total Amount as Modified:**      **$6,315,374.32**

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1916<br>Date Filed: 02/08/2006<br>Docketed Total: $ 48,784.11<br>Filing Creditor Name and Address:<br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE, IN 47719 | Claim Holder Name and Address<br><br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE, IN 47719 | Docketed Total: | | **$48,784.11** | | Modified Total: | | **$540.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$48,784.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$540.00 |
| | | | | **$48,784.11** | | | | **$540.00** |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $48,784.11**

**Total Amount as Modified:  $ 540.00**

*See Exhibit F for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1672 | Claim Number: 16739 |
| Date Filed: 01/26/2006 | Date Filed: 11/06/2007 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| Debtor: DELPHI CORPORATION (05-44481) | Debtor: DELPHI CORPORATION (05-44481) |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES 30150 TELEGRAPH RD STE 444 BINGHAM FARMS, MI 48025 | FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED CONTROL DEVICES INC AND FIRST INERTIA SWITCH C O SENSATA TECHNOLOGIES INC 529 PLEASANT ST MS B 1 ATTLEBORO, MA 02703 |
| Secured: | Secured: |
| Priority: $175,000.00 | Priority: |
| Administrative: | Administrative |
| Unsecured: $458,258.00 | Unsecured: $633,258.00 |
| Total: $633,258.00 | Total: $633,258.00 |

Total Claims to be Expunged: 1
Total Asserted Amount to be Expunged: $633,258.00

**In re Delphi Corporation, et al.**                    **Twenty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 2088343 ONTARIO LIMITED<br>2125 WYECROFT RD<br>OAKVILLE, ON L6L 5L7<br>CANADA | 4769 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $297,095.72<br>$297,095.72 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| ALCOA EXTRUSIONS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | 12009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $77,872.57<br>$77,872.57 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EATON YALE LTD<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,019.41<br>$14,019.41 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MOTOR CITY ELECTRIC CO<br>9440 GRINNELL ST<br>DETROIT, MI 48213-1151 | 13591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,487.41<br><br><br><br>$10,487.41 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

Total:          4                    $399,475.11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 44 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**CLAIM TO BE MODIFIED**

Claim: 12007
Date Filed: 07/28/2006
Docketed Total: $752,684.74
Filing Creditor Name and Address:
ALCOA AUTOMOTIVE CASTINGS
A MICHIGAN PARTNERSHIP
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Docketed Total: $484,338.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $484,338.38 |
| | | | **$484,338.38** |

**CLAIM AS MODIFIED**

Modified Total: $8,967.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,967.88 |
| | | | **$8,967.88** |

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $268,346.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,346.36 |
| | | | **$268,346.36** |

**CLAIM AS MODIFIED**

Modified Total: $268,346.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,346.36 |
| | | | **$268,346.36** |

---

**CLAIM TO BE MODIFIED**

Claim: 1741
Date Filed: 02/01/2006
Docketed Total: $1,669,714.54
Filing Creditor Name and Address:
ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

Docketed Total: $1,669,714.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,669,714.54 |
| | | | **$1,669,714.54** |

**CLAIM AS MODIFIED**

Modified Total: $1,410,167.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,410,167.30 |
| | | | **$1,410,167.30** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 45 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 12006**
Date Filed: 07/28/2006
Docketed Total: $713,498.23
Filing Creditor Name and Address:
ALUMAX MILL PRODUCTS INC
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Claim Holder Name and Address

ALUMAX MILL PRODUCTS INC
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631                                    Docketed Total:    $384,260.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $384,260.21 |
| | | | **$384,260.21** |

Modified Total:    $17,288.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,288.98 |
| | | | **$17,288.98** |

---

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830                                    Docketed Total:    $329,238.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $329,238.02 |
| | | | **$329,238.02** |

Modified Total:    $329,238.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $329,238.02 |
| | | | **$329,238.02** |

---

**Claim: 2760**
Date Filed: 04/25/2006
Docketed Total: $262,636.04
Filing Creditor Name and Address:
ASHLAND INCORPORATED
PO BOX 2219
COLUMBUS, OH 43216

Claim Holder Name and Address

ASHLAND INCORPORATED
PO BOX 2219
COLUMBUS, OH 43216                                    Docketed Total:    $262,636.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $262,636.04 |
| | | | **$262,636.04** |

Modified Total:    $211,679.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $208,922.21 |
| 05-44624 | | | $1,084.86 |
| 05-44615 | | | $1,672.00 |
| | | | **$211,679.07** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 46 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11777**
Date Filed: 07/27/2006
Docketed Total: $516,441.65
Filing Creditor Name and Address:
CF SPECIAL SITUATION FUND I LP
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
2300 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OH 44114-2378

Claim Holder Name and Address
CF SPECIAL SITUATION FUND I LP
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
2300 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OH 44114-2378

Docketed Total: $516,441.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $516,441.65 |
| | | | **$516,441.65** |

Modified Total: $194,475.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $194,475.66 |
| | | | **$194,475.66** |

---

**Claim: 10390**
Date Filed: 07/24/2006
Docketed Total: $367,359.35
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $367,359.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $367,359.35 |
| | | | **$367,359.35** |

Modified Total: $246,837.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $246,837.18 |
| | | | **$246,837.18** |

---

**Claim: 9111**
Date Filed: 07/07/2006
Docketed Total: $603,421.56
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $603,421.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $603,421.56 |
| | | | **$603,421.56** |

Modified Total: $533,760.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $533,760.05 |
| | | | **$533,760.05** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 47 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br><br>BANK OF AMERICA N A    Docketed Total: $645,056.53<br>40 W 57TH ST<br>NEW YORK, NY 10019 | Modified Total: $412,536.60 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $645,056.53 | 05-44640 | | | $412,536.60 |
| | | | | $645,056.53 | | | | $412,536.60 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9470<br>Date Filed: 07/13/2006<br>Docketed Total: $1,347,828.94<br>Filing Creditor Name and Address:<br>D & R TECHNOLOGY LLC<br>400 FULLERTON<br>CAROL STREAM, IL 60188 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES FUND LP    Docketed Total: $1,347,828.94<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Modified Total: $1,244,861.71 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $1,347,828.94 | 05-44640 | | | $1,244,861.71 |
| | | | | $1,347,828.94 | | | | $1,244,861.71 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10983<br>Date Filed: 07/26/2006<br>Docketed Total: $702,263.09<br>Filing Creditor Name and Address:<br>KUSS CORPORATION<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | Claim Holder Name and Address<br><br>KUSS CORPORATION    Docketed Total: $702,263.09<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | Modified Total: $302,218.95 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $702,263.09 | 05-44640 | | | $302,218.95 |
| | | | | $702,263.09 | | | | $302,218.95 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 48 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13590**
Date Filed: 07/31/2006
Docketed Total: $62,435.12
Filing Creditor Name and Address:
  MOTOR CITY ELECTRIC
  9440 GRINNELL
  DETROIT, MI 48213-1151

Claim Holder Name and Address
  MOTOR CITY ELECTRIC
  9440 GRINNELL
  DETROIT, MI 48213-1151
  Docketed Total: **$62,435.12**

Modified Total: **$12,842.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $62,435.12 | | | 05-44640 | | | $12,842.07 |
| | **$62,435.12** | | | | | | **$12,842.07** |

**Claim: 13592**
Date Filed: 07/31/2006
Docketed Total: $1,901.51
Filing Creditor Name and Address:
  MOTOR CITY ELECTRIC
  9440 GRINNELL
  DETROIT, MI 48213-1151

Claim Holder Name and Address
  MOTOR CITY ELECTRIC
  9440 GRINNELL
  DETROIT, MI 48213-1151
  Docketed Total: **$1,901.51**

Modified Total: **$993.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44612 | $1,901.51 | | | 05-44640 | | | $993.92 |
| | **$1,901.51** | | | | | | **$993.92** |

**Claim: 15447**
Date Filed: 07/31/2006
Docketed Total: $104,135.00
Filing Creditor Name and Address:
  PHOTOCIRCUITS CORPORATION
  45 SEACLIFF AVE
  GLEN COVE, NY 11542

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830
  Docketed Total: **$104,135.00**

Modified Total: **$87,932.64**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $104,135.00 | 05-44640 | | | $87,932.64 |
| | | | **$104,135.00** | | | | **$87,932.64** |

**Claim: 11284**
Date Filed: 07/27/2006
Docketed Total: $114,112.12
Filing Creditor Name and Address:
  SCHRADER BRIDGEPORT INTL
  INC
  ALTAVISTA EPD
  PO BOX 102133
  ATLANTA, GA 30368-2133

Claim Holder Name and Address
  SCHRADER BRIDGEPORT INTL INC
  ALTAVISTA EPD
  PO BOX 102133
  ATLANTA, GA 30368-2133
  Docketed Total: **$114,112.12**

Modified Total: **$3,886.35**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $114,112.12 | 05-44640 | | | $3,886.35 |
| | | | **$114,112.12** | | | | **$3,886.35** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 49 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14140<br>Date Filed: 07/31/2006<br>Docketed Total: $1,641,742.91<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF JABIL CIRCUIT INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,641,742.91 | Modified Total: $1,608,841.43 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,641,742.91 | | 05-44640 | | | $201,199.88 |
| | | | **$1,641,742.91** | | 05-44612 | | | $1,407,641.55 |
| | | | | | | | | **$1,608,841.43** |

**Total Claims to be Modified: 15**

**Total Amount as Docketed:** $9,505,231.33

**Total Amount as Modified:** $6,894,874.17

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 50 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

### Row 1

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12840<br>Date Filed: 07/28/2006<br>Docketed Total: $662,721.49<br>Filing Creditor Name and Address:<br>BARNES GROUP INC<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST<br>CITY PLACE I 35TH FL<br>HARTFORD, CT 06103-3488 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: **$662,721.49** | | | | Modified Total: **$545,615.53** | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$662,721.49 | Case Number*<br>05-44640 | Secured | Priority<br>$37,650.77 | Unsecured<br>$507,964.76 |
| | | | | **$662,721.49** | | | **$37,650.77** | **$507,964.76** |

### Row 2

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12672<br>Date Filed: 07/28/2006<br>Docketed Total: $1,613,757.04<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC<br>FOR ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC FOR<br>ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$1,613,757.04** | | | | Modified Total: **$1,509,409.84** | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$693,774.59 | Unsecured<br>$919,982.45 | Case Number*<br>05-44640 | Secured | Priority<br>$12,103.66 | Unsecured<br>$1,497,306.18 |
| | | | **$693,774.59** | **$919,982.45** | | | **$12,103.66** | **$1,497,306.18** |

### Row 3

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16745<br>Date Filed: 11/13/2007<br>Docketed Total: $13,238.61<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>TRANSFEREE OF UNITED STARS<br>INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>TRANSFEREE OF UNITED STARS<br>INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$13,238.61** | | | | Modified Total: **$11,853.70** | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$13,238.61 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$11,853.70 | Unsecured |
| | | | **$13,238.61** | | | | **$11,853.70** | |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 51 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10971<br>Date Filed: 07/26/2006<br>Docketed Total: $332,442.44<br>Filing Creditor Name and Address:<br>EATON AEROQUIP DE MEXICO<br>SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584   Docketed Total: $332,442.44<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $332,442.44<br>$332,442.44 | Modified Total: $130,456.87<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $124,643.55<br>05-44640 / / $5,813.32 /<br>$5,813.32 / $124,643.55 |
| Claim: 6809<br>Date Filed: 05/25/2006<br>Docketed Total: $740,224.29<br>Filing Creditor Name and Address:<br>EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601   Docketed Total: $740,224.29<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $740,224.29<br>$740,224.29 | Modified Total: $522,778.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $107,257.28 / $415,520.72<br>$107,257.28 / $415,520.72 |
| Claim: 15141<br>Date Filed: 07/31/2006<br>Docketed Total: $438,605.19<br>Filing Creditor Name and Address:<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Claim Holder Name and Address<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676   Docketed Total: $438,605.19<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $204,708.80 / / $233,896.39<br>$204,708.80 / / $233,896.39 | Modified Total: $45,245.33<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $1,530.60 / $43,714.73<br>$1,530.60 / $43,714.73 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 52 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 16739
Date Filed: 11/06/2007
Docketed Total: $633,258.00
Filing Creditor Name and Address:
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
CONTROL DEVICES INC AND
FIRST INERTIA SWITCH
C O SENSATA TECHNOLOGIES
INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

**Claim As Docketed:**

Claim Holder Name and Address

FIRST TECHNOLOGY HOLDINGS INC
AND AFFILIATES AND SUBSIDIARIES
AND CONTROL DEVICES INC AND
FIRST INERTIA SWITCH LIMITED
CONTROL DEVICES INC AND FIRST
INERTIA SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Docketed Total: $633,258.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $633,258.00 |
| | | | $633,258.00 |

**Claim As Modified:**

Modified Total: $566,254.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $23,525.65 | $542,728.99 |
| | | $23,525.65 | $542,728.99 |

---

Claim: 9261
Date Filed: 07/11/2006
Docketed Total: $4,251,232.51
Filing Creditor Name and Address:
FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

**Claim As Docketed:**

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
383 MADISON AVENUE
NEW YORK, NY 10179

Docketed Total: $4,145,064.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 |
| | | $856,790.09 | $3,288,274.82 |

**Claim As Modified:**

Modified Total: $4,030,495.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $197,369.77 | $3,833,125.96 |
| | | $197,369.77 | $3,833,125.96 |

Claim Holder Name and Address

FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Docketed Total: $106,167.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 |
| | | UNL | $106,167.60 |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |

---

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12338-2    Filed 01/24/08    Entered 01/24/08 15:27:36    Exhibit B
Pg 53 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Row 1 — Claim 11310**

Claim: 11310
Date Filed:   07/27/2006
Docketed Total:    $1,206,987.71
Filing Creditor Name and Address:
  GE COMMERCIAL MATERIALS SA
  DE CV
  C O GE PLASTICS
  9930 KINCEY AVE
  HUNTERSVILLE, NC 28078

Claim Holder Name and Address

SABIC INNOVATIVE PLASTICS US LLC
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total:    $1,206,987.71

Modified Total:    $730,233.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,206,987.71 |
| | | | **$1,206,987.71** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $43,573.28 | $686,659.92 |
| | | **$43,573.28** | **$686,659.92** |

**Row 2 — Claim 11473**

Claim: 11473
Date Filed:   07/27/2006
Docketed Total:    $5,256,752.18
Filing Creditor Name and Address:
  GE PLASTICS
  9930 KINCEY AVE
  HUNTERSVILLE, NC 28078

Claim Holder Name and Address

GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total:    $1,162,115.70

Modified Total:    $3,524,425.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,162,115.70 |
| | | | **$1,162,115.70** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,361,492.94 |
| 05-44567 | | $9,728.00 | $89,119.40 |
| 05-44624 | | | $3,805.45 |
| 05-44539 | | | $60,280.00 |
| | | **$9,728.00** | **$3,514,697.79** |

Claim Holder Name and Address

SABIC INNOVATIVE PLASTICS US LLC
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total:    $4,094,636.48

Modified Total:    $199,218.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,094,636.48 |
| | | | **$4,094,636.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $199,218.25 | |
| | | **$199,218.25** | |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 54 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2036**
Date Filed:   02/15/2006
Docketed Total:   $1,288,259.67
Filing Creditor Name and Address:
  S & Z TOOL & DIE CO INC
  3180 BEREA RD
  CLEVELAND, OH 44111-1595

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA
STE 312
HACKENSACK, NJ 07601

Docketed Total:   **$1,288,259.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,288,259.67 | | |
| | **$1,288,259.67** | | |

Modified Total:   **$925,384.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $111,882.90 | $813,501.76 |
| | | **$111,882.90** | **$813,501.76** |

---

**Claim: 11274**
Date Filed:   07/27/2006
Docketed Total:   $176,158.38
Filing Creditor Name and Address:
  SMALL PARTS INC
  PO BOX 7002
  LOGANSPORT, IN 46947

Claim Holder Name and Address

SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

Docketed Total:   **$176,158.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $176,158.38 |
| | | | **$176,158.38** |

Modified Total:   **$58,876.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $32,169.54 | $26,707.43 |
| | | **$32,169.54** | **$26,707.43** |

---

**Claim: 2028**
Date Filed:   02/15/2006
Docketed Total:   $41,742.27
Filing Creditor Name and Address:
  SYZ ROLMEX S DE RL DE CV
  ATTN DAVID N RUTILA
  PRESIDENT
  3180 BEREA RD
  CLEVELAND, OH 44111-1595

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA
STE 312
HACKENSACK, NJ 07601

Docketed Total:   **$41,742.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $41,742.27 | | |
| | **$41,742.27** | | |

Modified Total:   **$33,441.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,000.00 | $29,441.59 |
| | | **$4,000.00** | **$29,441.59** |

---

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12338-2   Filed 01/24/08   Entered 01/24/08 15:27:36   Exhibit B
Pg 55 of 61

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13546<br>Date Filed:  07/31/2006<br>Docketed Total:   $42,827.19<br>Filing Creditor Name and Address:<br>  UPG DE MEXICO S DE RL DE CV<br>  UNITED PLASTICS GROUP INC<br>  1420 KENSINGTON RD STE 209<br>  OAK BROOK, IL 60523 | Claim Holder Name and Address<br><br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total:   $42,827.19 | Modified Total:   $42,827.19 |

**CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $42,827.19 | | |
| | **$42,827.19** | | |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,226.10 | $33,601.09 |
| | | **$9,226.10** | **$33,601.09** |

Total Claims to be Modified: 14

Total Amount as Docketed:      $16,698,206.97

Total Amount as Modified:      $12,876,517.29

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, <u>et al.</u>                                      Twenty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44615 | DELPHI LLC |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1599963 ONTARIO LIMITED | 4769 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AFFINIA CANADA CORP EFT | 11099 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AGFA | 8719 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| AIRGAS EAST INC | 14280 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS SOUTH INC | 14281 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALCOA EXTRUSIONS INC | 12009 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ALEGRE INC | 12193 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALUMAX MILL PRODUCTS INC | 12006 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENT LLC AS ASSIGNEE OF FLEXLINK SYSTEMS INC | 8581 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION | 8584 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC | 7995 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ARBON EQUIP CORP RITE HITE CORP | 206 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS | 16749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARTHUR ANDERSEN LLP | 16748 | EXHIBIT C - UNTIMELY CLAIMS |
| ASHLAND INCORPORATED | 2760 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| BARNES GROUP INC | 12840 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BEHR HELLA THERMOCONTROL GMBH | 14058 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BEHR HELLA THERMOCONTROL GMBH | 15197 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BREEN COLOR CONCENTRATES INC | 14174 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BUCKHORN INC | 2610 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CAPSONIC AUTOMOTIVE INC | 16735 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| CARRIER CORP | 9462 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | 2693 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | 10155 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S | 10390 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC | 9111 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | 12672 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CORUS LP | 5423 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CROWN EG INC | 6594 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CROWN SOLUTIONS INC | 6593 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CSI LEASING INC FKA COMPUTER SALES INTERNATIONAL INC | 9118 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| DAVALOR MOLD CORPORATION | 8980 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DAY PAK INC EFT | 13612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DEBRA A SMITH | 16063 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DIEMOLDING CORPORATION | 675 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| DIRECT SOURCING SOLUTIONS INC | 14260 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| E R WAGNER MANUFACTURING CO | 10685 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON CORPORATION | 6809 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON POWER QUALITY CORPORATION | 10969 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EIS INC | 9924 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAISON OFFICE PRODUCTS LLC | 11025 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAST TEK GROUP LLC | 6601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDERAL EXPRESS CORPORATION | 15604 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FEDEX CUSTOM CRITICAL | 747 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX CUSTOM CRITICAL | 749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX FREIGHT | 6934 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE COMMERCIAL MATERIALS SA DE CV | 11310 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GE INFRASTRUCTURE SENSING | 10734 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE PLASTICS | 11473 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE SILICONES | 15540 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GRIFFCO QUALITY SOLUTIONS INC | 15229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GW PLASTICS INC | 68 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 69 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 70 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 72 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HEALTHPLUS OF MICHIGAN INC | 13453 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HTC GLOBAL SERVICES INC | 12016 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HUCK INTERNATIONAL A DELAWARE CORPORATION | 12010 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| INGERSOLL RAND CO AIR SOLUTIONS | 1042 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JDC LOGISTICS INC | 4466 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JOHNSON ELECTRIC NORTH AMERICA INC | 9880 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| KUSS CORPORATION | 10983 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LORD CORPORATION | 16307 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LTX CORPORATION | 9680 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16741 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16742 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| METROCAL INC | 5734 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MEUNIER ELECTRONIC SUPPLY INC | 6632 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MILACRON MARKETING COMPANY | 2679 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MISSOURI SEA & AIR | 6637 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MITSUI AND CO USA INC | 5778 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13590 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13592 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC CO | 13591 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| N D K AMERICA INC | 14200 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| NEWARK ELECTRONICS | 7550 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ORBIS CORPORATION | 811 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| PHOTOCIRCUITS CORPORATION | 15447 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PITNEY BOWES INC FASCIMILE DIV | 10119 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD STAMPING TEXAS INC | 12437 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD TOOL & ENGINEERING | 12441 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER MANUFACTURING SUPPORT SERVICES INC | 2639 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| R & L SPRING CO EFT | 16740 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ROYAL DIE STAMPING CO | 2612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| S & Z TOOL & DIE CO INC | 2036 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SCHRADER BRIDGEPORT INTL INC | 11284 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SCOTT SPECIALTY GASES INC | 16104 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS DE MEXICO S DE RL CV JUAREZ MX | 11272 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS INC | 11274 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SPCP GROUP LLC AS ASSIGNEE OF JABIL CIRCUIT INC | 14140 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL ELECTRIC | 9601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPRINT NEXTEL CORP | 474 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| STAGECOACH CARTAGE | 5069 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPERIOR PLASTIC INC | 12350 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPPLIER INSPECTION SERVICES INC | 2426 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SYZ ROLMEX S DE RL DE CV | 2028 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| TENNESSEE VALLEY AUTHORITY | 1695 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY TVA | 2187 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| TGI DIRECT INC | 8927 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TGI DIRECT INC | 8929 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRICON INDUSTRIES INC | 8937 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| TRICON INDUSTRIES INC | 8935 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UNISEAL INC | 1916 | EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS |
| UNITED STARS INDUSTRIES INC | 16695 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16747 | EXHIBIT C - UNTIMELY CLAIMS |
| VJ TECHNOLOGIES INC | 16460 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| VOLLAND ELECTRIC | 14660 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| WRIGHT STATE UNIVERSITY | 2906 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ZEISS CARL IMT CORP | 10882 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |