# EXHIBIT A

### Objections to (I) Notices of Assumption And/Or Assignment and (II) Cure Notices Organized by Objector

|   | **Objector** | **Summary of Objection** | **Resolution of Objection** |
|---|---|---|---|
| 1. | **SABIC Innovative Plastics US LLC** (Docket Nos. 11010, 11011, 11368) | • Debtors improperly seek to assume and assign certain purchase orders ("POs") issued under a supply contract rather than the contract itself in its entirety<br>• Claims not to have received cure notice<br>• Disputes cure amount<br>   o Asserts a cure amount of $5,402,848.11, and Debtors assert a cure amount of $2,234,102.43 | • Objection resolved by Delphi – SABIC Claims Resolution Stipulation and Agreed Order to be filed with the Court. |
| 2. | **Valeo Climate Control Corporation** (Docket No. 11026) | • Asserts cure claims in the form of a general unsecured clam in the amount of $349,984.22 and a priority claim in the amount of $156,725.41 amounts need to be paid for contract to be cured<br>• Reserves right to object to assumption and assignment based on lack of adequate assurances of future performance | • Objection Withdrawn January 11, 2008 (Docket No. 11904). |
| 3. | **Siemens VDO Automotive AG** (Docket No. 11085) | • Notice incorrectly identifies relevant POs<br>• Disputes cure amounts<br>• Alleges failure to provide adequate assurance of future performance | • Objection Withdrawn January 24, 2008 (Docket No. 12329). |

| | **Objector** | **Summary of Objection** | **Resolution of Objection** |
|---|---|---|---|
| 4. | **Siemens VDO Automotive Corp.** (Docket No. 11086) | • Notice incorrectly identifies relevant POs<br>• Disputes cure amounts<br>• Alleges failure to provide adequate assurance of future performance | • Objection Withdrawn January 18, 2008 (Docket No. 12286). |
| 5. | **Siemens VDO Electric LTD n/k/a Siemens VDO Automotive Canada Inc.** (Docket No. 11087) | • Continues to research whether additional purchase orders have been issued<br>• Asserts a cure amount of $739,997.47<br>• Requests additional information with respect to adequate assurance of future performance<br>• Objects to characterization of contract in Notice | • Objection Withdrawn January 18, 2008 (Docket No. 12285). |
| 6. | **Goldman Sachs Credit Partners, L.P.** (Docket No. 11092) | • Joinder to the objections filed by Siemens VDO Automotive Corp. and Siemens VDO Electric LTD n/k/a Siemens VDO Automotive Canada Inc. (Docket Nos. 11086 and 11087) | • Joinder Withdrawn January 18, 2008 (Docket No. 12287). |
| 7. | **PPG Industries, Inc.** (Docket No. 11332) | • Late objection (filed 12/6/07)<br>• Cure Notice was deficient because it was not served at address identified in Proof of Claim<br>• Disputes cure amount with respect to Purchase Order 550023134<br>　▪ Noticed amount: $248,176.40<br>　▪ Asserted amount: $265,839.53 | • Objection Withdrawn January 16, 2008 (Docket No. 12151). |

2

| | **Objector** | **Summary of Objection** | **Resolution of Objection** |
|---|---|---|---|
| 8. | **NOVA Chemicals Inc. and NOVA Chemicals Canada Ltd.** (Docket No. 11357) | • Purchase orders designated for assumption are not executory contracts<br>• Purchase orders designated for assumption are not complete contracts<br>• Disputes cure amount | • Objection Withdrawn January 14, 2008 (Docket No. 12027). |
| 9. | **Akzo Nobel Coatings, Inc. and Akzo Novel Industrial Coatings Mexico, S.A.** (Docket No. 11363) | • Disputes cure amount<br>  o Noticed amount: $0<br>  o Asserted amount:<br>    ▪ "Claim Amount:" $381,768.81<br>    ▪ Amount in "technical default:" "in excess of $300,000"<br>• Notice of the cure amounts is deficient because it was not served at address identified in Proof of Claim<br>• Alleges failure to provide adequate assurance of future performance | • Objection Withdrawn January 24, 2008 (Docket No. 12330). |
| 10. | **Lear Corporation** (Docket No. 11378) | • Disputes cure amount<br>  o Asserts a total cure amount of $513,839.01<br>    ▪ (i) $1,284.36 (PO 550053109)<br>    ▪ (ii) $267,229.32 (PO 550074079)<br>    ▪ (iii) $245,325.33 (PO 550038138)<br>• Alleges failure to provide adequate assurance of future performance | • The Lear Objection has been substantially resolved as part of a broader settlement between the parties set forth in a stipulation to be filed separately with this Court (the "Lear Stipulation"). The parties have agreed to a cure amount of $245,325.33 with respect to purchase order 550038138, payable pursuant to the terms of the Lear Stipulation. As of the time of filing of this Supplemental Reply, the Buyers and Lear were discussing proposals to address Lear's concerns regarding adequate assurance of future performance. The Debtors will advise the Court of the outcome of these discussions. |

|     | **Objector** | **Summary of Objection** | **Resolution of Objection** |
| --- | --- | --- | --- |
| 11. | **Cooper-Standard Automotive Inc.** (Docket No. 11380) | • Alleges failure to provide adequate assurance of future performance<br>• Seeks confirmation that postpetition amounts owing under the contracts will be timely paid | • Objection Withdrawn January 11, 2008 (Docket No. 11925). |
| 12. | **Spartech Corp. / Spartech Polycom** (Docket No. 11381) | • Disputes cure amount<br>  o Noticed cure amount: $0<br>  o Asserts a total cure amount of $41,729.08 for products delivered postpetition (consisting of the following: PO 550057020 - $30,635.36 and PO 550057021 - $11,093.72) | • Objection Withdrawn January 24, 2008 (Docket No. 12337). |
| 13. | **WESCO Distribution, Inc.** (Docket No. 11385) | • Disputes cure amount<br>  o Noticed cure amount: $0<br>  o Asserts a total cure amount of $15,678.49 for PO 460005746 | • Objection Withdrawn January 11, 2008 (Docket No. 11909). |