SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

Counsel for Nu-Tech Plastics Engineering

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**WITHDRAWAL OF NU-TECH PLASTICS ENGINEERING, INC.'S RESPONSE [DOCKET 5811] TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION AND TO DEBTORS' CLAIM OBJECTION AND ESTIMATION PROCEDURES MOTION**

  Nu-Tech Plastics Engineering, Inc. ("Nu-Tech"), by and through its counsel, hereby files this Withdrawal, with prejudice, of its Response to Debtors' Third Omnibus Claims Objection and to Debtors' Claim Objection and Estimation Procedures Motion, filed on November 24, 2006, as Docket 5811 ("Response"). Nu-Tech is withdrawing its Response in accordance with the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 1279 [Docket 12336].

                SCHWARTZ LAW FIRM, P.C.

             By: s/ Jay A. Schwartz
               Attorney for Nu-Tech Plastics Engineering
               37887 West Twelve Mile Road, Suite A
               Farmington Hills, Michigan 48331
               (248) 553-9400
               jschwartz@schwartzlawfirmpc.com
Dated: January 24, 2008     (P45268)

1

## CERTIFICATE OF SERVICE

    I hereby certify that on 24th day of January, 2008, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

    s/Lyn Zarem
Schwartz Law Firm, P.C.
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400
jschwartz@schwartzlawfirmpc.com