

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Laurie J. Michelson
313 983 7463
michelso@butzel.com

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

January 24, 2008

Clerk of the Court
Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York

    Re:    Bankruptcy Petition No. 05-44481 (RDD) - Chapter 11

Dear Clerk:

    This will advise you of my wish to be removed from the Court's ECF filing system relative to the above-captioned matter. Thank you.

    Very truly yours,

    Laurie J Michelson

/cm

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York
Alliance Offices   Beijing   Shanghai   Member Lex Mundi   www.butzel.com