Hearing Date and Time: TBD
Response Date and Time: None

**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**OBJECTION OF FLAMBEAU INC. TO DEBTORS' NOTICE OF CURE
AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED
OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION**

Flambeau Inc., by its undersigned counsel, hereby objects to the Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization, dated December 10, 2007 (the "Cure Amount Notice"), as it pertains to the executory contracts between Flambeau and DAS, LLC a/k/a Delphi Automotive Systems, LLC ("DAS, LLC") and states as follows:

1. Flambeau Inc. ("Flambeau") is an unsecured creditor of the Debtor, DAS, LLC. On July 28, 2006, Flambeau filed a Proof of Claim (#12212, the "Claim") against the Debtor Delphi Corporation (Case No. 05-44481) as a "secured" claim, in the amount of

QBACTIVE\340534.00005\6057015.1         1

$800,348.45 for automotive parts supplied to, and modifications of tooling made for, the Debtors.

2. Flambeau has entered into an agreement with the Debtors that its Claim shall be allowed in the amount of $584,258.31 against the Debtor DAS, LLC.

3. Almost all of the amounts due Flambeau with respect to its Claim are based upon executory contracts between Flambeau and DAS, LLC which are being assumed or assumed and assigned by Debtors. The executory contracts relate to motor vehicle parts to be manufactured by Flambeau for DAS, LLC on an ongoing basis and through periods ending on various dates in 2008 and 2009.

4. On December 10, 2007, the Debtors issued the Cure Amount Notice which listed, on Schedule 1, contracts to be assumed or assumed and assigned and specifying cure amounts totaling $213,474.63 (the "Disputed Cure Amount"). Schedule 1 lists executory contracts by Delphi's purchase order numbers. A copy of Schedule 1 is attached as Exhibit 1.

5. On January 10, 2008, in accordance with procedures described in the Cure Amount Notice, Flambeau returned and filed the Cure Amount Notice form with Kurtzman Carson Consultants, LLC, indicating that it disagreed with the Disputed Cure Amount listed on Schedule 1. (A copy of the returned form is attached as Exhibit 2.)

6. Flambeau objects to the Disputed Cure Amount on the basis that the cure amounts reflected on Schedule 1 are understated with respect to the executory contracts listed, and Schedule 1 also omits other executory contracts between the parties which are being assumed or assumed and assigned by the Debtors and as to which, there is a cure amount owing.

7. Attached as Exhibit 3, is a Flambeau Statement of Account for DAS, LLC (the "Statement") which reflects executory contracts (by Debtors' purchase order numbers and including those on Schedule 1) and the correct cure amounts that Flambeau contends are owing, together with a comparison to Flambeau's agreed Claim amount. Copies of the Delphi purchase orders which evidence the executory contracts and which are reflected on the Statement are attached as Exhibit 4.

8. According to the Statement, the correct cure amounts total $581,563.21 (the "Correct Cure Amount"). Flambeau contends that the Correct Cure Amount of $581,563.21 should be paid in cash with the difference between the Correct Cure Amount and Flambeau's allowed Claim, namely $2,695.10, to be paid in stock under the terms of the confirmed plan.

9. Any reply by the Debtors or future notices concerning this Objection should be sent to the attention of the undersigned counsel at the addresses below.

WHEREFORE, Flambeau Inc. requests that the Court order that Flambeau Inc. be paid $581,563.21 as the cure amount in this case with the balance of its Claim, $2,695.10, paid in stock according to Debtors' confirmed plan.

Dated this 25th day of January, 2008.

**QUARLES & BRADY LLP**

/s/ Kasey C. Nye

Co-counsel:

Roy L. Prange, Jr., SBN 1013821
33 East Main Street, Suite 900
P. O. Box 2113
Madison, WI 53701-2113
(608) 283-2485 (telephone)
(608) 294-4920 (facsimile)
rlp@quarles.com

Kasey C. Nye, Esq.
(Admitted Pro Hac Vice)
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com

**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

------------------------------------

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25th, 2008, copies of the Objection of Flambeau Inc. to Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization were caused to be served via first class mail, postage prepaid, upon the individuals on the attached service list.

**QUARLES & BRADY LLP**

/s/ Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com
*Attorneys for Flambeau Inc.*

QBACTIVE\340534.00005\6057015.1

**SERVICE LIST**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John K. Lyons
Ron E. Meisler
SKADDEN ARPS SLATE
MEAGHER& FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Attorneys for Debtor*

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, Room 632 (Chambers)
New York, New York 10004

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Attorneys for Postpetition Lenders*

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Attorneys for Official Committee of
Unsecured Creditors*

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
*Attorneys for Official Committee of Equity
Security Holders*

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
*Attorneys for A-D Acquisition Holders,
LLC c/o Appaloosa Management L.P.
and Harbinger Del-Auto Investment
Company, Ltd.*

Glenn M. Kurtz
Gregory Pryor
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*Attorneys for A-D Acquisition Holders, LLC
c/o Appaloosa Management L.P.*

John M. Reiss
Gregory Pryor
White & Case LLP
1155 Avenue of the Americas
New York, NY   10036
*Attorneys for Harbinger Del-Auto
Investment Company, Ltd.*