## EXHIBIT 1

# Schedule 1

| Contract(s) to be assumed and/or assigned: | Cure amount: |
| --- | --- |
| D0550035284 | $56,996.79 |
| D0550035285 | $21,784.49 |
| D0550036473 | $0.00 |
| D0550036476 | $0.00 |
| D0550037362 | $79,523.77 |
| D0550037559 | $8,331.28 |
| D0550037965 | $0.00 |
| D0550048773 | $0.00 |
| D0550048838 | $0.00 |
| D0550050495 | $0.00 |
| D0550051962 | $6,424.39 |
| D0550052677 | $0.00 |
| D0550052679 | $0.00 |
| D0550052681 | $0.00 |
| D0550052684 | $0.00 |
| D0550052685 | $0.00 |
| D0550052686 | $0.00 |
| D0550052687 | $0.00 |
| D0550058750 | $30,575.73 |
| D0550059100 | $2,729.33 |

RD062021696

CN00455

0544481071220105249000496

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550061121 | $0.00 |
| D0550072628 | $3,275.51 |
| D0550072629 | $3,522.92 |
| D0550078623 | $0.00 |
| D0550078624 | $310.42 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

213,474.63

6

RD062021696

CN00455

0544481071220105249000496