# DELPHI

*GM # 10348191*

*REAR FLOOR*

Harrison Thermal Systems

Page  1  of  2

| Buyer: |
| --- |
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 |

**Requirements Contract**

| PO Number | Date Issued |
| --- | --- |
| 550037362 | 24-Sep-2003 |
| Version | |
| 23-Aug-2005  15:14:02 | |

| Deliver to: |
| --- |
| *Please deliver to:*<br>        *See Delivery Schedule* |

| FLAMBEAU INC<br>FLAMBEAU PLASTICS DIV<br>801 LYNN AVE<br>BARABOO WI 53913 |
| --- |

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2          **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

*W-CAR  210/230*
*Ongoing*

*** Text changed

| Item No. | Material No.<br>Description | | | Plant | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00010 | 52406976<br>Duct Asm-Air Outlet, Floor, Rear | | | J801 DELPHI T & I DIRECTSHIP | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jul-2003 | 28-Feb-2005 | USD | 2,986.00 | 1,000 | PC |
| | 01-Mar-2005 | 31-Dec-2009 | USD | 3,313.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed
*** Net price changed

| Notes: |
| --- |
| Adding P/N-52406976 per Debbie Ulrich.  NOTE: This P/N is now replacing 52404012.<br>01/26/05: Incorrect dates were corrected.<br>08/23/05:  Price Change Notification.  Reason for Change: Resin increase effective 3/1/05 thru 12/31 2009.  4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas.  Approved: B. Lendzion 6/30/05 |

Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax:  716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:-------------------

Date and Time Printed:  23-Aug-2005 15:14:02



Harrison Thermal Systems

Page  2  of 2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550037362 | 24-Sep-2003 |
| Version | |
| 23-Aug-2005  15:14:02 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

Notes Continued:

***************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

***************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

***************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

***************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

***************************************************************

# DELPHI

GM #10345732

Harrison Thermal Systems

Page  1  of  3

| Buyer: |
| --- |
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 |

| Deliver to: |
| --- |
| *Please deliver to:*<br>      *See Delivery Schedule* |

| FLAMBEAU INC<br>FLAMBEAU PLASTICS DIV<br>801 LYNN AVE<br>BARABOO WI 53913 |
| --- |

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550037559 | 01-Oct-2003 |
| Version | |
| 23-Aug-2005 15:40:16 | |

| Vendor No:  1010201 |
| --- |
| DUNS No:  062021696 |

| **Payment Terms:** ZMN2 | **Currency:**  USD |
| --- | --- |
| Payment settled on 2nd, 2nd Month | |

| **Incoterms:**  FOB- FREIGHT COLLECT |
| --- |

*** Incoterms changed
*** Text changed
*** Delivery address changed

| Item No. | Material No.<br>Description | | | Plant | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00010 | 52405656<br>Duct Asm-Air Dist | | | J801 DELPHI T & I DIRECTSHIP | | |



| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 01-Jul-2003 | 31-Jan-2004 | USD | 1,730.00 | 1,000 | PC |
| 01-Feb-2004 | 31-Jan-2005 | USD | 1,661.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | USD | 1,594.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 1,743.40 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed
*** Net price changed

| Notes: |
| --- |

Purchasing Contact: Ermer, David

Phone:  716-439-2438

Fax:  716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:....................

Date and Time Printed:  23-Aug-2005 15:40:16



Harrison Thermal Systems

Page  2  of 3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number
550037559
Version
23-Aug-2005  15:40:16

Date Issued
01-Oct-2003

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:

Adding P/N-52405656 per Hayde Lodon
--------------------------------------------
08/23/05:  Price Change Notification.  Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009.  4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas.  Approved: B. Londzion 6/30/05

************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual.  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

# DELPHI

Harrison Thermal Systems

Page  3  of  3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550037559 | 01-Oct-2003 |
| Version | |
| 23-Aug-2005  15:40:16 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:
*******************************************************************************

# DELPHI

GM # 10305284

Harrison Thermal Systems

Page  1  of  2

| Buyer: | Requirements Contract |
|---|---|

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550051962 | 05-Feb-2004 |
| Version | |
| 23-Aug-2005 16:00:40 | |

**Deliver to:**

*Please deliver to:*
            *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No:   1010201
DUNS No:    062021696

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

*** *Text changed*

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 52405655 Duct Asm-Air Distr | J801 DELPHI T & I DIRECTSHIP | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Dec-2003 | 28-Feb-2005 | USD | 1,730.00 | 1,000 | PC |
| | 01-Mar-2005 | 31-Dec-2009 | USD | 1,814.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*
*** *Net price changed*

Notes:
Adding P/N-52405655 (cross reference P/N 10305284) per R. Arias.
7/20/05: Price correction, original VSA was issued incorrectly. Per C. Koch. Approved: M. Bauman 7/20/05
08/23/05: Price Change Notification. Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009. 4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas. Approved: B. Lendzion 6/30/05

Purchasing Contact: Ermer, David

Phone:  716-439-2438

Fax:  716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:--------------------

Date and Time Printed:  23-Aug-2005 16:00:40



—————————————————————————————— Harrison Thermal Systems

Page    2   of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550051962 | 05-Feb-2004 |
| Version | |
| 23-Aug-2005  16:00:40 | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| | | |

Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

*GM # 10393175*

Harrison Thermal Systems

Page  1  of 3

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

*Please deliver to:*
   *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550058467 | 16-Aug-2004 |
| Version | |
| 23-Aug-2005  15:21:41 | |

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

\* \* \* *Incoterms changed*
\* \* \* *Condition record changed*
\* \* \* *Text changed*

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 52410742 | J801 DELPHI T & I DIRECTSHIP | | | | |
| | Duct Asm-Air Distribution | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 16-Aug-2004 | 31-Jan-2005 | USD | 989.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | USD | 949.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 1,007.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \* *Condition record added*
\* \* \* *Condition record changed*
\* \* \* *Net price changed*

**Notes:**



Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax:  716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:



——————————————————————————————— Harrison Thermal Systems

Page   2   of  3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550058467 | 16-Aug-2004 |

Version
23-Aug-2005  15:21:41

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:

The customer number is PN 10393175. Direct Ship to JCI-Whitby.
**************************************************

08/23/05:  Price Change Notification.  Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009.  4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas.  Approved: B. Lendzion 6/30/05


**************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

**************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.



Harrison Thermal Systems

Page 3 of 3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550058467 | 16-Aug-2004 |
| Version | |
| 23-Aug-2005 15:21:41 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:
************************************************************************

# DELPHI

*GM # 152 13429*

Harrison Thermal Systems

Page  1  of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

### Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550058750 | 23-Aug-2004 |
| Version | |
| 23-Aug-2005  15:45:57 | |

**Deliver to:**

*Please deliver to:*
            *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

```
* * * Incoterms changed
* * * Text changed
```

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 52411009 | | J801 DELPHI T & I DIRECTSHIP | | | |
| | Distributor Asm-Air | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Aug-2004 | 28-Feb-2005 | USD | 2,750.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 2,958.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
```
* * * Condition record changed
* * * Net price changed
```

**Notes:**

08/23/04: JCI part number 1188466 - GM part number 15213429
CN#66241, Direct Ship To Address:  JCI-Whitby
9/8/04:  Per email from C. Koch ,dated 9/8/04, price corrections.

Purchasing Contact: Ermer, David

Phone:  716-439-2438

Fax:  716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:.....................

Date and Time Printed:  23-Aug-2005 15:45:57



Harrison Thermal Systems

Page  2  of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550058750 | 23-Aug-2004 |
| Version | |
| 23-Aug-2005  15:45:57 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

08/23/05:  Price Change Notification.  Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009.  4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas.  Approved: B. Lendzion 6/30/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.Delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual.  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

P/N 15213425

Harrison Thermal Systems

X365 RH Shooter    Page 1 of 2

**Buyer:**

DELPHI
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

*Please deliver to:*
     *See Delivery Schedule*

FLAMBEAU CORP
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550058785 | 08/24/2004 |
| Version | |
| 08/24/2004 11:17:42 | |

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** EXW EX Works - Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 52411011 Duct Asm-Air Distr Duct RH | J801 DELPHI THERMAL DIRECTSHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08/24/2004 | 08/31/2005 | USD | 1,000.00 | 1,000 | PC |
| 09/01/2005 | 08/31/2006 | USD | 960.00 | 1,000 | PC |
| 09/01/2006 | 08/31/2007 | USD | 922.00 | 1,000 | PC |
| 09/01/2007 | 12/31/2007 | USD | 885.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

Purchasing Contact: Koch, Christine

Phone:  716-439-2438

Fax:  716-439-3818

Contact Address:

SEP 0 1 2004

Date and Time Printed:    08/24/2004 11:17:42

# DELPHI

Harrison Thermal Systems

Page  2  of 2

FLAMBEAU CORP
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number
550058785
Version
08/24/2004 11:17:42

Date Issued
08/24/2004

| Item No. | Material No. Description | Plant |
|----------|-------------------------|-------|

**Notes Continued:**

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
08/24/2004 Reference:  JCI P/N 1191650  GM P/N 15213425
CN#66241
Direct 'Ship To' Address:  JCI-Whitby

# DELPHI

*P/N 73293426*

Harrison Thermal Systems

*X 365 LH Shooter* Page 1 of 2

---

| Buyer: |
|---|
| DELPHI |
| HARRISON THERMAL SYSTEMS |
| 200 UPPER MOUNTAIN RD |
| LOCKPORT NY 14094 |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550058783 | 08/24/2004 |
| Version | |
| 08/24/2004 11:11:14 | |

| Deliver to: |
|---|
| *Please deliver to:* |
|      *See Delivery Schedule* |

| Vendor No: | 1010201 |
|---|---|
| DUNS No: | 062021696 |

| FLAMBEAU CORP |
|---|
| FLAMBEAU PLASTICS DIV |
| 801 LYNN AVE |
| BARABOO WI 53913 |

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** EXW EX Works - Collect

*8/6388BR -*

*ok MMV 9/17/04*

---

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 52411010 | | J801 DELPHI THERMAL DIRECTSHIP | | | |
| | Duct Asm-Air Distr Duct LH | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08/24/2004 | 08/31/2005 | USD | 1,030.00 | 1,000 | PC |
| | 09/01/2005 | 08/31/2006 | USD | 989.00 | 1,000 | PC |
| | 09/01/2006 | 08/31/2007 | USD | 949.00 | 1,000 | PC |
| | 09/01/2007 | 12/31/2007 | USD | 911.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

---

Notes:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

---

Purchasing Contact: Koch, Christine

Phone: 716-439-2438

Fax: 716-439-3818

Contact Address:

RECEIVED

SEP 0 1 2004

# DELPHI

Harrison Thermal Systems

FLAMBEAU CORP
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

PO Number
550058783
Version
08/24/2004 11:11:14

Date Issued
08/24/2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*******************************************************************************************

*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************
08/24/2004 Reference: JCI P/N 1191657 GM P/N 15213426
CN# 66241
Direct 'Ship To' Name: JCI - Whitby

# DELPHI

GM # 15213411

Harrison Thermal Systems

Page  1  of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550059100 | 31-Aug-2004 |
| Version | |
| 23-Aug-2005  15:35:30 | |

**Deliver to:**

*Please deliver to:*
        *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No:  1010201
DUNS No:    062021696

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

\*\*\* *Incoterms changed*
\*\*\* *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 52411127 Duct Asm-Distr/DTM | J801 DELPHI T & I DIRECTSHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 31-Aug-2004 | 31-Jan-2005 | USD | 1,920.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | USD | 1,862.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 2,011.40 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

**Notes:**
08/31/04: JCI Part Number - 1188302, GM Part Number - 15213411
CN#66241; PMR approved by M. Bauman



Purchasing Contact: Ermer, David
Phone:  716-439-2438
Fax:  716-439-3818

Contact Add RECEIVED

AUG 2 9 2005

BY:.........................



_____

————— Harrison Thermal Systems

Page  2  of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550059100 | 31-Aug-2004 |
| Version | |
| 23-Aug-2005  15:35:30 | |

| Item No. | Material No. | | |
|---|---|---|---|
| | Description | | Plant |

Notes Continued:

08/23/05:  Price Change Notification.  Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009.  4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas.  Approved: B. Lendzion 6/30/05

*********************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*********************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************************************************

# DELPHI

GM #10346645

old LS4 Bottle

Harrison Thermal Systems

Page  1  of  3

| Buyer: | Requirements Contract |
|---|---|

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Requirements Contract**

PO Number
550059605
Version
23-Aug-2005 10:33:35

Date Issued
14-Sep-2004

**Deliver to:**

*Please deliver to:*
        *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No:  1010201
DUNS No:  062021696

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

\*\*\* *Condition record added*
\*\*\* *Condition record changed*
\*\*\* *Text changed*

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 52407425 | | J801 DELPHI T & I DIRECTSHIP | | | |
| | Resevoir Asm-Coolant Recovery I.A. | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 14-Sep-2004 | 01-Mar-2005 | USD | 4,910.00 | 1,000 | PC |
| 02-Mar-2005 | 31-Jul-2005 | USD | 11,350.00 | 1,000 | PC |
| 01-Aug-2005 | 31-Dec-2009 | USD | 7,260.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record added*
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

Notes:

Purchasing Contact: Ermer, David

Phone: 716-439-2438

Fax:  716-439-3818

Contact Address:

RECEIVED

AUG 2 9 2005

BY:.....................

Date and Time Printed: 23-Aug-2005 10:33:35

# DELPHI

Harrison Thermal Systems

Page   2  of  3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number
550059605
Version
23-Aug-2005  10:33:35

Date Issued
14-Sep-2004

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

### Notes Continued:

The customer pn: 10346645.  Program 367 W-Car.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3/2/05:  Price change notification.  Reason for change: temporary design change, CN#71471.  Approved: J. Eppolito 3/1/05
6/13/05: Price effectivity dates corrected, per C. Koch.
8/23/05:  Effective 8/2/05 price dropped to $7.26 because premium charge no longer required.  4% LT reductions removed per supplier negotiations. All reductions will be based upon supplier suggestions. Per C. Koch/D. Ermer, Sr. Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual.  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency  organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including

# DELPHI

Harrison Thermal Systems

Page  3  of  3

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number
550059605
Version
23-Aug-2005  10:33:35

Date Issued
14-Sep-2004

| Item No. | Material No. Description | Plant | |
|---|---|---|---|

Notes Continued:

Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************************

# DELPHI

*GMT 001*

Harrison Thermal Systems

Page 1 of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
EE.UU.

**Deliver to:**

*Please deliver to:*
    *See Delivery Schedule*

PLASTICOS FLAMBEAU S DE RL DE CV
CALLE 17 NO 3692
COL AMPLIACION MORELOS
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550071185 | 02-Mar-2005 |
| Version | |
| 23-Aug-2005 13:32:35 | |

Vendor No: 1016051
DUNS No: 812538135

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

\*\*\* *Condition record changed*
\*\*\* *Text changed*

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 52414044 | | J801 DELPHI T & I DIRECTSHIP | | | |
| | Tank Asm-Cool Recovery I.A. | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 02-Mar-2005 | 31-May-2005 | USD | 2,399.40 | 1,000 | PC |
| | 29-Jun-2005 | 01-Aug-2005 | USD | 3,309.40 | 1,000 | PC |
| | 02-Aug-2005 | 31-May-2006 | USD | 2,399.40 | 1,000 | PC |
| | 01-Jun-2006 | 31-May-2007 | USD | 2,327.40 | 1,000 | PC |
| | 01-Jun-2007 | 31-May-2008 | USD | 2,257.60 | 1,000 | PC |
| | 01-Jun-2008 | 31-Dec-2008 | USD | 2,190.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record added*
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

Notes:

Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax: 716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:................

Date and Time Printed: 23-Aug-2005 13:32:35

# DELPHI

Harrison Thermal Systems

Page  2  of 2

PLASTICOS FLAMBEAU S DE RL DE CV
CALLE 17 NO 3592
COL AMPLIACION MORELOS
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550071185 | 02-Mar-2005 |
| Version | |
| 23-Aug-2005  13:32:35 | |

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

Notes Continued:

3/2/05.  This part is replacing 22715340  Customer P/N: 15285554  DGSS Action Plan #86232 and CN#71128  PMR Approved: M. Eglin 3/2/05
8/23/05: Price Change Notification.  Reason for Change:  CN#72611 - Temporary work order was issued to Delphi by GM as Flambeau needs to hand trim new angle port until permanent change is implemented.  Change is re-billable to the customer per R. Urhanczyk [PTL]  Approved: B. Lendzion

**********************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**********************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative  Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**********************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes  (Refer also to Terms and Conditions No  8 "Ingredients Disclosure and Special Warnings Instructions")  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange  (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency  organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

**********************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing

**********************************************

# DELPHI

GM # 15252759

Harrison Thermal Systems

Page 1 of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

*Please deliver to:*
        *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550072628 | 07-Apr-2005 |
| Version | |
| 23-Aug-2005 16:05:54 | |

Vendor No: 1010201
DUNS No: 062021696

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-FREIGHT COLLECT

---

\*\*\* *Text changed*

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| 00010 | 52413149 | | J801 DELPHI T & I DIRECTSHIP | | |
| | Duct Asm-Air Distr Duct LH | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2005 | 28-Feb-2005 | USD | 1,070.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 1,110.40 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

---

**Notes:**

4/7/05: DGSS Action Plan: CN#70100, GM P N 15252759 replacing P/N 15213426. PMR Approved: M. Eglin
08/23/05: Price Change Notification. Reason for Change: Resin increase effective 3/1/05 thru 12/31/2009. 4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas. Approved: B. Lendzion 6/30/05

---

Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax: 716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:...........................

Date and Time Printed: 23-Aug-2005 16:05:54



Harrison Thermal Systems

Page  2  of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number
550072628
Version
23-Aug-2005  16:05:54

Date Issued
07-Apr-2005

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

Notes Continued:
*******************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************************************************************

# DELPHI

GM # 15252760

Harrison Thermal Systems

Page  1  of  2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

*Please deliver to:*
          *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550072629 | 07-Apr-2005 |
| Version | |
| 23-Aug-2005  16:14:20 | |

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 52413150 Duct Asm-Air Distr Duct RH | J801 DELPHI T & I DIRECTSHIP | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2005 | 28-Feb-2005 | USD | 1,044.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Dec-2009 | USD | 1,085.70 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*

**Notes:**

4/7/05: DGSS Action Plan: CN#70100, GM P/n 15252760 replacing P/N 15213425. PMR Approval: M. Eglin
08/23/05: Price Change Notification. Reason for Change: Resin increase effective 3/1/05 thru 12 31 2009. 4% LT is removed and all reductions will be based upon supplier suggestions an supplier development ideas. Approved: B. Lendzion 6/30/05

*******************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the

Purchasing Contact: Ermer, David

Phone: 716-439-2438

Fax:  716-439-3818

Contact Address:

RECEIVED

AUG 2 9 2005

BY:..........................

Date and Time Printed:  23-Aug-2005 16:14:20



—————————————————————————————— Harrison Thermal Systems

Page  2  of 2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550072629 | 07-Apr-2005 |
| Version | |
| 23-Aug-2005  16:14:20 | |

| Item No. | Material No. | | |
|---|---|---|---|
| | Description | Plant | |

Notes Continued:

Delphi website. www.delphi.com. (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including any such proposals in writing) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI.

_____

Delphi Thermal and Interior

Page  1  of  3

**Buyer:**

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS ROAD
TROY  MI  48084
EE UU.

**Deliver to:**

_Please deliver to:_
              _See Delivery Schedule_

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073536 | 20-Apr-2005 |
| Version | |
| 26-Feb-2007  14:40:44 | |

**Vendor No:**  1016051

**DUNS No:**  812538135

**Payment Terms:** ZCAD     **Currency:** MXN

Payable immediately Due Net

**Incoterms:**  FOB-FREIGHT COLLECT

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00010 | 52415329 | | | J801 DELPHI T & I DIRECTSHIP | | |
| | Duct-Htr Otlet RH | | | | | |
| | MOVED TO 550151650 (CHANGED CURRENCY) | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 20-Apr-2005 | 31-Jul-2006 | MXN | 26,601.50 | 1,000 | PC |
| 01-Aug-2006 | 25-Feb-2007 | MXN | 25,803.50 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \*  _Condition record changed_
\* \* \*  _Net price changed_
\* \* \*  _Text changed_

Purchasing Contact: Ermer, David
Phone: 716-439-2438

Fax: 716-439-3818

Contact Address:

Date and Time Printed:  26-Feb-2007 14:40:44

# DELPHI

Delphi Thermal and Interior

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

PO Number
550073536
Version
26-Feb-2007  14:40:44

Date Issued
20-Apr-2005

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes:

7/17/06: Supplier acknowledges terms are strictly confidential and not to be disclosed to any third party without the prior written consent of Delphi. Changing payment terms from Net Immediate with 1.5% discount to Net Immediate with no discount effective from October 08, 2005 to September 31, 2006 per agreement between Charlie Brown (Delphi Legal), Brett Lendzion (Delphi Purchasing) and Bob Terlep (Flambeau). Supersedes 12/17/05 extension.

12/17/05: Supplier acknowledges terms are strictly confidential and not to be disclosed to any third party without the prior written consent of Delphi. Extending payment terms of Net Immediate with 1.5% discount to February 28, 2006.

Payment term changes made without a signed Settlement Agreement

"Purchase Order payment term change only."

September 16, 2005: "Supplier acknowledges that payment terms are strictly confidential and not to be disclosed to any third party without the prior written consent of Delphi". Changing payment terms from MNS2-2 to Net Immediate with a 1.5% discount effective September 16, 2005 through December 16, 2005 per agreement between Darrell Blackburn (Delphi) and Robert Terlep (Flambeau, Inc).

8/12/05: Per Ron Burrell, this VSA is updated so that Flambeau is paid correctly in Pesos. The VSA references pesos as the currency, which is correct. The piece price has been updated to reflect the peso amount indicated on the pricing conditions. As of 8/5/05 $1.00 USD - 10.594 Peso. This is the rate which was used to generate the price corrections. Approved: M. Bauman

05/17/05: Price change notification-new LTA. Reason: CN#72401 - pack change. Approved: B.Lendzion, P. Murtagh on 5/16/05.

04/20/05: P/N 5241529 replaced 52412417. OEM Customer P/N 6E5H-180326-AE = 52415329. DGSS Action Plan: CH#72061. PMR Approved: M. Bauman

*********************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*********************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*********************************************************************

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

*********************************************************************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to

# DELPHI

Delphi Thermal and Interior

Page  3  of  3

PLASTICOS FLAMBEAU S DE RL DE CV
COL. AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

PO Number
550073536
Version
26-Feb-2007  14:40:44

Date Issued
20-Apr-2005

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing. ***********************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

******************************************************************************************************************

# DELPHI

*RODMAN   6ESH-180327-AE*
*RH*

Harrison Thermal Systems

Page 1 of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
EE.UU.

**Deliver to:**

*Please deliver to:*
    ***See Delivery Schedule***

PLASTICOS FLAMBEAU S DE RL DE CV
CALLE 17 NO 3692
COL AMPLIACION MORELOS
25217 SALTILLO
MEXICO

## Requirements Contract

PO Number                         Date Issued
550073535                         04/20/2005
Version
04/20/2005 09:37:39

Vendor No: 1016051
DUNS No:  812538135

**Payment Terms:** ZMN2          **Currency:** MXN

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 52415330 Duct-Htr Otlet RH | J801 DELPHI T & I DIRECTSHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/20/2005 | 07/31/2006 | MXN | 2,550.00 | 1,000 | PC |
| 08/01/2006 | 07/31/2007 | MXN | 2,473.50 | 1,000 | PC |
| 08/01/2007 | 07/31/2008 | MXN | 2,399.30 | 1,000 | PC |
| 08/01/2008 | 12/31/2008 | MXN | 2,327.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Purchasing Contact: Koch, Christine

Phone: 716-439-2438

Fax: 716-439-3818

RECEIVED
APR 2 8 2005
BY:----------------------

Date and Time Printed: 04/20/2005 09:37:39

# DELPHI

Harrison Thermal Systems

Page  2  of  2

PLASTICOS FLAMBEAU S DE RL DE CV
CALLE 17 NO 3692
COL AMPLIACION MORELOS
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073535 | 04/20/2005 |
| Version | |
| 04/20/2005 09:37:39 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes
will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4/20/2005 Reference: P/N 52415330 replaced 52412416. OEM Customer P/N 6E5H-180327-AE = 52415330. DGSS Action Plan: CN#72061.  PMR Approved: M. Bauman

# DELPHI

*@ GM # 1582 0110* *(handwritten)*

*W- Bottle* *(handwritten)*

Harrison Thermal Systems

Page 1 of 2

### Buyer:
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550074379 | 10-May-2005 |
| Version | |
| 23-Aug-2005 10:51:15 | |

### Deliver to:

**Please deliver to:**
    **See Delivery Schedule**

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No: 1010201
DUNS No: 062021696

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

*should be*
*# 3.5944 PA*
*per volume*
*agreement* *(handwritten)*

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00010 | 52415715 Reservoir Asm-Coolant Recovery | | | J801 DELPHI T & I DIRECTSHIP | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04-May-2005 | 31-Dec-2009 | USD | 3,570.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

### Notes:
5/10/05 reference: P/N 15219341 replaced by 15820110 (52415715). DGSS Action Plan: CN#72314. PMR Approved: M. Bauman
8/23/05: Eliminate 4% reductions. Per C. Koch/D. Ermer, Sr. Buyer.

*******************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
*******************************************************************

Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax: 716-439-3818

Contact Address:

RECEIVED
AUG 2 9 2005
BY:

Date and Time Printed: 23-Aug-2005 10:51:15

# DELPHI

*GM #15820109*

*W-Bottle*

Harrison Thermal Systems

Page  1  of  2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550074380 | 10-May-2005 |
| Version | |
| 23-Aug-2005  10:38:57 | |

**Deliver to:**

*Please deliver to:*
 *See Delivery Schedule*

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

Vendor No:  1010201
DUNS No:   062021696

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

*should be*
*$4.0344*
*per volume*
*agreement PA*

```
*** Text changed
```

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| 00010 | 52415716 Reservoir Asm-Coolant Recovery | | J801 DELPHI T & I DIRECTSHIP | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04-May-2005 | 31-Dec-2009 | USD | 4,010.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
```
*** Condition record changed
```

Notes:

5/10/05 reference: P/N 1524054 replaced by 15820109 (52415716).  DGSS Action Plan: CN#72314.  PMR Approved: M. Bauman.
8/23/05: Eliminate 4% reductions. Per C.Koch/D. Ermer, Sr. Buyer

**************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Purchasing Contact: Ermer, David
Phone:  716-439-2438
Fax:  716-439-3818

Contact Address:

Date and Time Printed:  23-Aug-2005 10:38:57

# DELPHI

_____ Harrison Thermal Systems

Page  2  of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550074380 | 10-May-2005 |
| Version | |
| 23-Aug-2005  10:38:57 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

Notes Continued:

******************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

******************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

******************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
******************************************************************

# DELPHI

GM # 15822510

LS4 Bottle

Harrison Thermal Systems

Page 1 of 2

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

*Please deliver to:*
        ***See Delivery Schedule***

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO WI 53913

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550074400 | 11-May-2005 |
| Version | |
| 23-Aug-2005 10:41:05 | |

Vendor No: 1010201
DUNS No: 062021696

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

*** *Text changed*

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 52415802 Resevoir Asm-Coolant Recovery | | J801 DELPHI T & I DIRECTSHIP | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 11-May-2005 | 31-Dec-2009 | USD | 7,260.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*

Notes:

5/11/05: P/N 15822510 (52415802) replaces P/N 10346645 (52407425). DGSS Action Plan: CN#72375. PMR Approved: M.Eglin.
6/13/05: Price effectivity dates corrected, per C. Koch.
8/23/05: Eliminate 4% reductions. Per C. Koch/D. Ermer, Sr. Buyer.

*****************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the

Purchasing Contact: Ermer, David
Phone: 716-439-2438
Fax: 716-439-3818

RECEIVED
AUG 29 2005
BY:---------------------

Date and Time Printed: 23-Aug-2005 10:41:05

# DELPHI

_____ Harrison Thermal Systems

Page  2  of  2

FLAMBEAU INC
FLAMBEAU PLASTICS DIV
801 LYNN AVE
BARABOO  WI  53913

## Requirements Contract

PO Number                                          Date Issued
550074400                                          11-May-2005
Version
23-Aug-2005  10:41:05

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

## Notes Continued:

Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*********************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************

# DELPHI

Delphi Thermal and Interior

Page 1 of 3

| Buyer: | Requirements Contract | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC<br>DELPHI THERMAL & INTERIOR DIV<br>1401 CROOKS ROAD<br>TROY MI 48084<br>EE UU | PO Number<br>550074877<br>Version<br>14-Dec-2006 09:49:16 | Date Issued<br>25-May-2005 |

**Deliver to:**

*Please deliver to:*
        *See Delivery Schedule*

| | |
|---|---|
| PLASTICOS FLAMBEAU S DE RL DE CV<br>COL AMPLIACION MORELOS<br>CALLE 17 NO 3692<br>25217 SALTILLO<br>MEXICO | Vendor No: 1016051<br>DUNS No: 812538135 |

| Payment Terms: ZCAD | Currency: MXN |
|---|---|
| Payable immediately Due Net | |

**Incoterms:** FOB- FREIGHT COLLECT

\*\*\* *Text changed*

| Item No. | Material No.<br>Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 52415708<br>Duct-Htr Otlet LH | J801 DELPHI T & I DIRECTSHIP | | | |



| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-May-2005 | 31-Jul-2006 | MXN | 8,051.00 | 1,000 | PC |
| 01-Aug-2006 | 31-Jul-2007 | MXN | 7,974.20 | 1,000 | PC |
| 01-Aug-2007 | 31-Jul-2008 | MXN | 7,899.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record changed*

Notes:
12/13/06 SCHEDULING AGREEMENT CONDITIONS MODIFIED PER EXTENSION NEGOTIATIONS BETWEEN BOB TERLEP (FLAMBEAU) AND

Purchasing Contact: Ermer, David          Contact Address:
Phone: 716-439-2438
Fax:  716-439-3818

Date and Time Printed: 14 Dec 2006 09:49:16

# DELPHI

Delphi Thermal and Interior

Page  2  of  3

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

PO Number
550074877
Version
14-Dec-2006  09:49:16

Date Issued
25-May-2005

| Item No. | Material No. Description | Plant |
|----------|-------------------------|-------|

Notes Continued:
DAVID ERMER (DELPHI)

10/30/06:  P/N 52415708 (6E5Z-18C420-BA) is a BULK price service  VSA for Delphi P/N 52415330 (OEM 6E5H-18D327-AE).  Per Delphi's Terms and Conditions, this Service Part PO is being modified to match the agreed upon OEM pricing, including the quoted cost of packaging required for a service part and any agreed to yearly cost downs.  Additionally, per Delphi Terms and Conditions this Service Part PO is being modified by extending the "Valid To" date five years beyond the OEM PO.  DGSS Action Plan #62638. PMRApproved: M. Bauman
07/17/06:  Supplier acknowledges terms are strictly confidential and not to be disclosed to any third party without the priorwritten consent of Delphi. Changing payment terms from Net immediate with 1.5% discount to Net Immediate with nodiscounteffective from October 08, 2005 to September 31, 2006 per agreement between Charlie Brown (Delphi Legal),BrettLendzion(Delphi Purchasing) and Bob Terlep (Flambeau).  Supersedes 12/17/05 extension.
12/17/05:  Supplier acknowledges terms are strictly confidential and not to be disclosed to any third partywithoutthepriorwritten consent of Delphi. Extending payment terms of Net Immediate with 1.5% discount to February 28, 2006
Payment term changes made without a signed Settlement Agreement
"Purchase Order payment term change only."
September 16, 2005: "Supplier acknowledges that payment terms are strictly confidential and not to be disclosed toanythirdparty without the prior written consent of Delphi". Changing payment terms from MNS2-2 to Net Immediate with a1.5%discounteffective  September 16, 2005 through December 16, 2005 per agreement between Darrell Blackburn (Delphi) and RobertTerlep(Flambeau, Inc).
05/25/05: Service P/N (12 pieces per box). Ford Service P/N 6E5Z-18C420-BA. DGSS Action Plan. ServiceCN#72502,PMRApproved M. Eglin.

********************************************************************************************************
********************************************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

***********************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsiblities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

********************************************************************

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis

********************************************************************

# DELPHI

Delphi Thermal and Interior

Page  3  of  3

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550074877 | 25-May-2005 |
| Version | |
| 14-Dec-2006  09:49:16 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*******************************************************
*******************************************************
*******************************************************

As of its effective date, this purchase order constitutes a new agreement between the Buyer and Seller and supersedes and replaces any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof. For the avoidance of doubt, the purchase order number assigned hereto by the Buyer is utilized for administrative convenience only and this purchase order shall not be deemed an amendment to or modification of any prior purchase orders issued by Buyer and accepted by Seller, even if such prior purchase orders were assigned an identical purchase order number by the Buyer. Each of the Buyer and the Seller acknowledges and agrees that any prior purchase orders or other agreements between the Buyer and Seller, which are superseded and replaced by this purchase order as of its effective date shall no longer be subject to assumption or rejection under the United States Bankruptcy Code and the Seller hereunder waives any right to assert any of the rights incident to assumption or rejection, including, but not limited to, the payment of cure with respect to any such prior purchase orders or other agreements. To the extent that any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof also provided for the supply of other goods or services by the Seller to the Buyer, such prior agreements shall be superseded and replaced only with respect to the subject matter hereof and all other provisions of such prior purchase orders or other agreements shall remain in full force and effect in accordance with their terms. Historical pricing shown on this new purchase order, if any, is shown for reference only.

*******************************************************

# DELPHI

Delphi Thermal and Interior

Page 1 of 3

**Buyer:**

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS ROAD
TROY MI 48084
EE.UU.

**Deliver to:**

*Please deliver to:*
*See Delivery Schedule*

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550074876 | 25-May-2005 |
| Version | |
| 14-Dec-2006 09:56:56 | |

Vendor No: 1016051
DUNS No: 812538135

**Payment Terms:** ZCAD        **Currency:** MXN

Payable immediately Due Net

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 52415707 Duct-Htr Otlet RH | J801 DELPHI T & I DIRECTSHIP | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-May-2005 | 31-Jul-2006 | MXN | 8,001.00 | 1,000 | PC |
| 01-Aug-2006 | 31-Jul-2007 | MXN | 7,925.70 | 1,000 | PC |
| 01-Aug-2007 | 31-Jul-2008 | MXN | 7,852.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

12/13/06: SCHEDULING AGREEMENT CONDITIONS MODIFIED PER EXTENSION NEGOTIATIONS BETWEEN BOB TERLEP (FLAMBEAU) AND DAVID ERMER (DELPHI)

Purchasing Contact: Ermer, David

Phone: 716-439-2438

Fax: 716-439-3818

Contact Address:

Date and Time Printed: 14-Dec-2006 09:56:56

# DELPHI

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

PO Number                                  Date Issued
550074876                                  25-May-2005
Version
14-Dec-2006  09:56:56

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|

Notes Continued:

10/30/06:  P/N 52415707 (6E5Z-18C420-AA) is a BULK price service  VSA for Delphi P/N 52415329 (OEM 6E5H-18D326-AE).  Per Delphi's Terms and Conditions, this Service Part PO is being modified to match the agreed upon OEM pricing, including the quoted cost of packaging required for a service part and any agreed to yearly cost downs.  Additionally, per Delphi Terms and Conditions this Service Part PO is being modified by extending the "Valid To" date five years beyond the OEM PO.  DGSS Action Plan #62638. PMR Approved: M. Bauman

07/11/06:  Supplier acknowledges terms are strictly confidential and not to be disclosed to any third party without the prior written consent of Delphi.  Changing payment terms from Net Immediate with 1.5% discount to Net Immediate with nodiscounteffective from October 08, 2005 to September 31, 2006 per agreement between Charlie Brown (Delphi Legal), BrettLendzion(Delphi Purchasing) and Bob Terlep (Flambeau).  Supersedes 12/17/05 extension.

12/17/05:  Supplier acknowledges terms are strictly confidential and not to be disclosed to any third party withoutthepriorwritten consent of Delphi.  Extending payment terms of Net Immediate with 1.5% discount to February 28, 2006.
Payment term changes made without a signed Settlement Agreement
"Purchase Order payment term change only."

September 16, 2005: "Supplier acknowledges that payment terms are strictly confidential and not to be disclosed toanythirdparty without the prior written consent of Delphi".  Changing payment terms from MNS2-2 to Net Immediate with a1.5%discount effective  September 16, 2005 through December 16, 2005 per agreement between Darrell Blackburn (Delphi) andRobertTerlep (Flambeau, Inc).

05/25/05:  Service P/N's (12 pieces per box).  Ford service p/n 6E5Z-18C420-AA  DGSS Action Plan: Service CN#72502.PMRApproved:M. Eglin.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual.  The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative.  Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to

# DELPHI

Delphi Thermal and Interior

Page   3   of   3

PLASTICOS FLAMBEAU S DE RL DE CV
COL AMPLIACION MORELOS
CALLE 17 NO 3692
25217 SALTILLO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|-----------|-------------|
| 550074876 | 25-May-2005 |
| Version | |
| 14-Dec-2006  09:56:56 | |

| Item No. | Material No. Description | Plant |
|----------|------------------------|-------|

Notes Continued:

become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirely without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

As of its effective date, this purchase order constitutes a new agreement between the Buyer and Seller and supersedes and replaces any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof. For the avoidance of doubt, the purchase order number assigned hereto by the Buyer is utilized for administrative convenience only and this purchase order shall not be deemed an amendment to or modification of any prior purchase orders issued by Buyer and accepted by Seller, even if such prior purchase orders were assigned an identical purchase order number by the Buyer. Each of the Buyer and the Seller acknowledges and agrees that any prior purchase orders or other agreements between the Buyer and Seller, which are superseded and replaced by this purchase order as of its effective date shall no longer be subject to assumption or rejection under the United States Bankruptcy Code and the Seller hereunder waives any right to assert any of the rights incident to assumption or rejection, including, but not limited to, the payment of cure with respect to any such prior purchase orders or other agreements. To the extent that any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof also provided for the supply of other goods or services by the Seller to the Buyer, such prior agreements shall be superseded and replaced only with respect to the subject matter hereof and all other provisions of such prior purchase orders or other agreements shall remain in full force and effect in accordance with their terms. Historical pricing shown on this new purchase order, if any, is shown for reference only.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

X FDP9006-0400

PURCHASE ORDER

PEDP4710094

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 062021696-P01 / 062021696-C01  PHONE 608-356-5551

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  FLAMBEAU CORP

FLAMBEAU PLASTICS DIV

PURCHASE ORDER      PEDP4710094

801 LYNN AVE

ORDER DATE      09-28-04

BARABOO              WI 53913    US

REF. INQ. NO.        000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | BARABOO, WI | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | CONTACT PC&L REPRESENTATIVE | 71 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| 15355371       REV 01 |  |  |  |  |
|   CRG: A 100 |  |  |  | AS RELEASED |
| CHANNEL I/P |  | 197.6000/MPC |  | PCS |
| ****** LONGTERM CONTRACT ********* |  |  |  |  |
| REF. RFQ#939AP013 & GPS # 800140517 |  |  |  |  |
| $210/MPC EFF. 1/1/03 TO 12/31/03  3% |  |  |  |  |
| $203.70/MPC EFF. 1/1/04 TO 12/31/04 3% |  |  |  |  |
| $197.60/MPC EFF. 1/1/05 TO 12/31/05 3% |  |  |  |  |
|   LEAD-DAYS  STD-PACK CONTR |  |  | COO |  |
|     30        150    CTN |  |  | US |  |
|              CARRY OVER: A |  |  |  |  |
| 15418127       REV 01 |  |  |  |  |
|   CRG: A 100 |  |  |  | AS RELEASED |
| CHANNEL CBL ENG L850 |  | 900.0000/MPC |  | PCS |
| **************** |  |  |  |  |
| 927/MPC EFF 01-01-03 TO 12-31-03 |  |  |  |  |
| 900/MPC EFF 01-01-04 TO 12/31/04 |  |  |  |  |
|   LEAD-DAYS  STD-PACK CONTR |  |  | COO |  |
|     30         50    CTN |  |  | US |  |
|              CARRY OVER: A |  |  |  |  |
|        TOTAL IN USD |  |  |  |  |

EFFECTIVE   01-01-05   EXPIRATION   12-31-05   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.   PROJ DEBIT JOB-NUMBER  CODE
GLOBAL I-SUPPLY      80100    80100                                              A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When required - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

PAMELA A VEGA
PHONE:  915 612-4803                    BUYER

SIDNEY JOHNSON

PAGE   2   OF   3

[x] FDP9006-0400                          PURCHASE ORDER

# DELPHI

PEDP4710127

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                        OH 44483

VENDOR CODE

DUNS: 812538135-P01 / 062021696-C01  PHONE 608-356-5551

TO:

FLAMBEAU CORP

FLAMBEAU PLASTICS DIV

801 LYNN AVE

BARABOO              WI 53913    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER    PEDP4710127

ORDER DATE    09-25-04

REF. INQ. NO.        000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | SALTILLO, COAH. MEX | 2ND DAY OF 2ND MONTH |
| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | CONTACT PC&L REPRESENTATIVE | 71 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| | | PRICES IN USD | | |

REQUIREMENTS CONTRACT STATEMENT:
*********************
  SELLER AGREES TO SELL AND BUYER AGREES TO PURCHASE AT THE PRICE AND SUBJECT TO
  THE TERMS AND CONDITIONS HEREOF, THE PART NUMBERS INDICATED HEREIN.  SHIPMENTS
  ARE AUTHORIZED ONLY WHEN RELEASED BY OUR SHIPPING SCHEDULE OR SPOT BUY
  PURCHASE ORDER.  ALL MATERIAL SHALL BE SUPPLIED IN CONFORMANCE WITH
  SPECIFICATIONS, DRAWINGS, SAMPLES, OR OTHER DESCRIPTIONS PROVIDED.  PACKAGING
  SHALL BE IN COMPLIANCE WITH DELPHI AUTOMOTIVE GLOBAL SUPPLIER PACKAGING MANUAL
  (AVAILABLE AT WWW.DELPHI.COM).  ALL REQUIREMENTS LISTED IN DELPHI
  AUTOMOTIVE SUPPLIER GUIDELINES APPLY.  A COPY OF THESE GUIDELINES ARE
  AVAILABLE AT WEBSITE WWW.DELPHI.COM
*********************
  ALL NAFTA RELATED DOCUMENT AS WELL AS MANUFACTURER'S AFFIDAVITS SHOULD BE SENT
  TO:
    DELPHI CORPORATION
  M/C 480-410-228
  5825 DELPHI DRIVE
  TROY, MI 48098
  ATTN: JEROME KLOTZ

  15467647        REV 01
     CRG: A 100
  I/P CHANNEL ASSEMBLY                          .4940              AS RELEASED
  ***** LONG CONTRACT ********************                          PCS
  $0.494/PCS EFF 06/01/03 TO 05/31/04
  $0.479$/PCS EFF 06/01/04 TO 05/31/05 3%
  $0.465$/PCS EFF 06/01/05 TO 05/31/06 3%
  $0.451$/PCS EFF 06/01/06 TO 05/31/07 3%
  PER ACTIVITY# 70547
  LEAD-DAYS  STD-PACK CONTR              COO

  EFFECTIVE    01-01-05   EXPIRATION    12-31-05   TAX CODE: 00
  DELIVER-TO       STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER   CODE
  GLOBAL                80100      80100                                            A

                                          T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
dba Delphi Packard
P.O. Box 431   Warren, Ohio 44486

PAMELA A VEGA
PHONE: 915 612-4803            BUYER

                PAGE  1  OF  3

SIDNEY JOHNSON

FDP9006-0400

PURCHASE ORDER

# DELPHI

PEDP4710127

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 812538135-P01 / 062021696-C01   PHONE 608-356-5551

TO:   FLAMBEAU CORP

FLAMBEAU PLASTICS DIV

801 LYNN AVE

BARABOO          WI 53913    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER    PEDP4710127

ORDER DATE    09-25-04

REF. INQ. NO.        000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | SALTILLO, COAH. MEX | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | CONTACT PC&L REPRESENTATIVE | 71 |

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 20 | 100 | CTN | MX | | |
| | | CARRY OVER: A | | | |

TOTAL IN USD

EFFECTIVE    01-01-05    EXPIRATION    12-31-05    TAX CODE: 00
DELIVER-TO          STA DEPT GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER   CODE
GLOBAL                80100      80100                                                A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

PHONE: PAMELA A VEGA
915 612-4803                    BUYER

SIDNEY JOHNSON

PAGE  2  OF  3