## Schedule 1

1) Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11010)

2) Amended Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11011)

3) Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers And Proposed Cure Amount In Connection With Sale Of Interiors And Closures Business (Docket No. 11368)

4) Objection Of Valeo Climate Control Corporation To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11026)

5) Objection Of Siemens VDO Automotive AG To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Sale Of Its Interiors And Closures Businesses (Docket No. 11085)

6) Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11086)

7) Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/K/A Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11087)

8) Joinder Of Goldman Sachs Credit Partners, L.P. In (I) Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/K/A Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses And (II) Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11092)

9) Assignee's Response And Limited Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11332) (filed by PPG Industries, Inc.)

10) Objection Of Nova Chemicals Inc. And Nova Chemicals Canada Ltd To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11357)

11) Objection Of Akzo Nobel Coatings Inc. And Akzo Nobel Industrial Coatings Mexico, S.A. To Cure Amount Specified In Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11363)

12) Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11378)

13) Objection By Cooper-Standard Automotive Inc. To Debtors' (B) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11380)

14) Objection Of Spartech Corporation And Spartech Polycom To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11381)

15) Assignee's Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11385) (filed by Wesco Distribution, Inc.)