Schedule 2*

| Non-Debtor Counterparty | Agreement(s) | Cure Amount |
|---|---|---|
| Lear Corp. | 550038138** | $245,325.33 |
| PPG Industries | 550023134 | $265,839.53 |
| Sabic Innovative Plastics US LLC | 2008 Assigned Contract*** <br> 2003 Contract *** <br> 2002 Contract*** <br> 550079831 <br> 550026201 <br> 550056302 <br> 550056305 <br> 550056299 <br> 550056304 <br> 550056303 <br> 550060254 | $119,643.34 <br> $2,199,917.19 |
| Siemens VDO Automotive AG | 550058187 | $4,000 |

* For any contract that is being assumed by the Selling Debtor Entities under this order and not listed on this Schedule 1 (excluding contracts related to adjourned objections), the Cure Amount owed by the Selling Debtor Entities to the non-Debtor counterparty to such contracts shall be $0.00.

** Payable pursuant to the terms of a broader settlement between the parties set forth in a stipulation to be filed separately with this Court.

*** These agreements are described in the Stipulation And Agreed Order Resolving Objection Of Sabic Innovative Plastics Us LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business And Related Matters to be filed with this Court.