TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
DELPHI CORPORATION, et al.,                                  :   Case No. 05-44481 [RDD]
                                                             :
                                      Debtors.               :   Jointly Administered
                                                             :
-------------------------------------------------------------x

## SECOND NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 AND 7506

### (SBC YELLOW PAGES, SBC ADVANCED SOLUTIONS, SBC DATACOMM, SBC GLOBAL, SBC LONG DISTANCE, AT&T GLOBAL SERVICES AND AT&T CORP)

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 563, 912, 1125, 1126, 1578, 1279, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 and 7506 (the "Proofs of Claim") filed by SBC Yellow Pages, SBC Advanced Solutions, SBC Datacomm, SBC Global, SBC Long Distance, AT&T Global Services (f/k/a SBC Global) and AT&T Corp. (jointly, the "Claimants") pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To

Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Objection").

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 And 7506 (Docket No. 11115) scheduling a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proofs of Claim on January 31, 2008 at 10 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on December 21, 2007, the Debtors filed the Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim Nos. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 And 7506 (Docket No. 11590) adjourning the Claims Objection Hearing to February 20, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **March 11, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Order shall remain in full force and effect. Those deadlines calculated based on the hearing date shall be calculated based on the March 11, 2008 hearing date. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proofs of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York　　　　　　DELPHI CORPORATION, *et al.*
　　　　　January 25, 2007　　　　　　　　By their attorneys,
　　　　　　　　　　　　　　　　　　　　　TOGUT, SEGAL & SEGAL LLP
　　　　　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　　/s/ Neil Berger
　　　　　　　　　　　　　　　　　　　　　NEIL BERGER (NB-3599)
　　　　　　　　　　　　　　　　　　　　　A Member of the Firm
　　　　　　　　　　　　　　　　　　　　　One Penn Plaza
　　　　　　　　　　　　　　　　　　　　　New York, New York 10119
　　　　　　　　　　　　　　　　　　　　　(212) 594-5000