UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, <u>et al.</u>,**<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND <u>REQUEST FOR SERVICE OF ALL PAPERS AND DOCUMENTS</u>

PLEASE TAKE NOTICE, that the undersigned hereby withdraws its appearance in the above-captioned bankruptcy proceeding, on behalf of TI Group Automotive Systems LLC (and its affiliates, if any, represented by the undersigned, "TI Auto"), creditor and party-in-interest therein.

PLEASE TAKE FURTHER NOTICE, that one or more of the undersigned performed services and filed papers in these cases for TI Auto at their former firm, Lovells (590 Madison Avenue, New York, NY 10022), and hereby withdraw their request (whether formal or informal) that all notices and papers served or required to be served in this proceeding – including ECF notices from the U.S. Bankruptcy Court – be given to and served on the following:

Karen Ostad, Esq.
James J. DeCristofaro, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Main Telephone:  (212) 468-8000
Main Fax:  (212) 468-7900
kostad@mofo.com (formerly karen.ostad@lovells.com)
jdecristofaro@mofo.com (formerly james.decristofaro@lovells.com)

ny-796841

PLEASE TAKE FURTHER NOTICE, that all notices and papers served or required to be served in this proceeding shall be given to and served on the following:

**TI GROUP AUTOMOTIVE SYSTEMS LLC**
Timothy M. Guerriero
General Counsel and Company Secretary
TI Group Automotive Systems LLC
12345 East Nine Mile Road
Warren, MI 48089
Telephone: 586-755-8066
Fax: 586-427-8199
E-mail: tguerriero@us.tiauto.com

Dated: New York, New York
January 25, 2008

/s/James J. DeCristofaro
Karen Ostad (KO 5596)
James J. DeCristofaro (JD 9720)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 209-1813

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         :    ss.:
COUNTY OF NEW YORK    )

RICHARD A. ANDREWS, being duly sworn, deposes and says:

1. I am over eighteen years of age, am employed by the firm of Morrison & Foerster LLP and am not a party to this action.

2. On January 25, 2008, I caused to be served a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PAPERS AND DOCUMENTS by First Class Mail upon the persons on the attached service list and by electronic mail to the persons named on the 2002 List posted on the website www.delphidocket.com as of January 25, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard A. Andrews
　　　　　　　　　　　　　　　　　　　　　　　　　Richard A. Andrews

Sworn to before me this
25th day of January, 2008

　　/s/ Ruth A. Guthorn
Ruth A. Guthorn
Notary Public, State of New York
No. 01GU4643724
Qualified in Westchester County
Commission Expires Jan. 31, 2010

ny-797216

**SERVICE LIST**

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY  10036 | Bruce Simon<br>Cohen, Weiss & Simon<br>330 W. 42nd Street<br>New York, NY  10036 |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061 | Donald Bernstein or Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Sean Corcoran, Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 | Michael Nefkens<br>Electronic Data Systems Corp.<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO  80021 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA  95131 |
| Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | Brad Eric Sheler, Bonnie Steingart, Vivek Melwani, Jennifer L Rodburg, or Richard J Slivinski<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>11th FloorNew York, NY  10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC  28078 |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Stephen H. Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY  10036 |
| Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 | Attn: Insolvency Department, Maria Valerio<br>Internal Revenue Service<br>290 Broadway<br>5th Floor<br>New York, NY  10007 |
| Conference Board Chairman<br>IUE-CWA<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 | William Q. Derrough<br>Jefferies & Company, Inc,<br>520 Madison Avenue<br>12th Floor<br>New York, NY  10022 |
| Richard Duker<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY  10017 | Susan Atkins, Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>277 Park Ave 8th Fl<br>New York, NY  10172 |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA  90245 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Ave<br>Fourth Floor<br>New York, NY  10017 | Patrick J. Healy<br>Law Debenture Trust of New York<br>400 Madison Ave<br>Fourth Floor<br>New York, NY  10017 |
| David D. Cleary<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Jason J. DeJonker<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 |
| Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 |

Cornish F. Hitchcock  
McTigue Law Firm  
5301 Wisconsin Ave. N.W.  
Suite 350  
Washington, DC  20015  

J. Brian McTigue  
McTigue Law Firm  
5301 Wisconsin Ave. N.W.  
Suite 350  
Washington, DC  20015  

Leon Szlezinger  
Mesirow Financial  
666 Third Ave  
21st Floor  
New York, NY  10017  

Gregory A Bray Esq, Thomas R Kreller Esq, or James E Till Esq  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa Street, 30th Floor  
Los Angeles, CA  90017  

Joseph T. Moldovan, Esq.  
Morrison Cohen LLP  
909 Third Avenue  
New York, NY  10022  

Mark Schonfeld, Regional Director  
Northeast Regional Office  
3 World Financial Center  
Room 4300  
New York, NY  10281  

Attorney General Eliot Spitzer  
Office of New York State  
120 Broadway  
New York, NY  10271  

Robert Siegel  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

Tom A. Jerman, Rachel Janger  
O'Melveny & Myers LLP  
1625 Eye Street, NW  
Washington, DC  20006  

Jeffrey Cohen  
Pension Benefit Guaranty Corporation  
1200 K Street, N.W.  
Suite 340  
Washington, DC  20005  

Ralph L. Landy  
Pension Benefit Guaranty Corporation  
1200 K Street, N.W.  
Suite 340  
Washington, DC  20005-4026  

Sandra A. Riemer  
Phillips Nizer LLP  
666 Fifth Avenue  
New York, NY  10103  

David L. Resnick  
Rothchild Inc.  
1251 Avenue of the Americas  
New York, NY  10020  

Robert W. Dremluk  
Seyfarth Shaw LLP  
620 Eighth Ave  
New York, NY  10018-1405  

Douglas Bartner, Jill Frizzley  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY  10022  

Kenneth S. Ziman, Robert H. Trust, or William T. Russell, Jr.  
Simpson Thatcher & Bartlett LLP  
425 Lexington Avenue  
New York, NY  10017

| | |
|---|---|
| John Wm. Butler, John K. Lyons, Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL  60606 | Kayalyn A. Marafioti, Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY  10036 |
| Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 | Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 |
| Chester B. Salomon, Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY  10022 | Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY  10119 |
| MaryAnn Brereton, Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ  7960 | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX  76102 | Harvey R. Miller<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI  48734 | |