In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 1 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14280**
Date Filed: 07/31/2006
Docketed Total: $13,930.66
Filing Creditor Name and Address:
AIRGAS EAST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: **$13,930.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,930.66 |
| | | | **$13,930.66** |

Modified Total: **$12,484.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,484.64 |
| | | | **$12,484.64** |

---

**Claim: 14281**
Date Filed: 07/31/2006
Docketed Total: $40,160.57
Filing Creditor Name and Address:
AIRGAS SOUTH INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: **$40,160.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,160.57 |
| | | | **$40,160.57** |

Modified Total: **$40,160.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,160.57 |
| | | | **$40,160.57** |

---

**Claim: 8581**
Date Filed: 06/26/2006
Docketed Total: $550,087.00
Filing Creditor Name and Address:
AMROC INVESTMENT LLC AS
ASSIGNEE OF FLEXLINK SYSTEMS
INC
AMROC INVESTMENT LLC AS
ASSIGNEE OF FLEXLINK SYSTEMS
INC
535 MADISON AVE 15TH PL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: **$550,087.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $550,087.00 |
| | | | **$550,087.00** |

Modified Total: **$470,871.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $470,871.00 |
| | | | **$470,871.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8584<br>Date Filed: 06/26/2006<br>Docketed Total: $76,448.98<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $76,448.98 | | Modified Total: | | $75,549.82 |
| | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$76,448.98<br><br>**$76,448.98** | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$75,549.82<br><br>**$75,549.82** |
| Claim: 206<br>Date Filed: 10/31/2005<br>Docketed Total: $27,371.53<br>Filing Creditor Name and Address:<br>ARBON EQUIP CORP RITE HITE CORP<br>8900 N ARBOR DR<br>MILWAUKEE, WI 53223 | Claim Holder Name and Address<br><br>ARBON EQUIP CORP RITE HITE CORP<br>8900 N ARBOR DR<br>MILWAUKEE, WI 53223 | | Docketed Total: | $27,371.53 | | Modified Total: | | $13,065.09 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$27,371.53<br><br>**$27,371.53** | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$13,065.09<br><br>**$13,065.09** |
| Claim: 16749<br>Date Filed: 11/09/2007<br>Docketed Total: $15,197.55<br>Filing Creditor Name and Address:<br>ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS<br>12 WEST 37TH ST 9TH FL<br>NEW YORK, NY 10018 | Claim Holder Name and Address<br><br>ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS<br>12 WEST 37TH ST 9TH FL<br>NEW YORK, NY 10018 | | Docketed Total: | $15,197.55 | | Modified Total: | | $14,600.67 |
| | **Case Number***<br>05-44507 | **Secured** | **Priority** | **Unsecured**<br>$15,197.55<br><br>**$15,197.55** | **Case Number***<br>05-44507 | **Secured** | **Priority** | **Unsecured**<br>$14,600.67<br><br>**$14,600.67** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14058**
Date Filed:  07/31/2006
Docketed Total:  $34,109.64
Filing Creditor Name and Address:
  BEHR HELLA THERMOCONTROL
  GMBH
  BEHR HELLA
  HANSASTR 40
  LIPPSTADT, 59557
  GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Docketed Total:  **$34,109.64**

Modified Total:  **$12,336.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,109.64 |
| | | | **$34,109.64** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,336.64 |
| | | | **$12,336.64** |

---

**Claim: 15197**
Date Filed:  07/31/2006
Docketed Total:  $141,105.88
Filing Creditor Name and Address:
  BEHR HELLA THERMOCONTROL
  GMBH
  HANSASTRABE 40
  LIPPSTADT, 59557
  GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Docketed Total:  **$141,105.88**

Modified Total:  **$62,299.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $141,105.88 |
| | | | **$141,105.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,299.54 |
| | | | **$62,299.54** |

---

**Claim: 2610**
Date Filed:  04/11/2006
Docketed Total:  $178,955.76
Filing Creditor Name and Address:
  BUCKHORN INC
  55 W TECHNECENTER DR
  MILFORD, OH 45150-9779

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF BUCKHORN RUBBER
PRODUCTS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:  **$178,955.76**

Modified Total:  **$21,275.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $178,955.76 |
| | | | **$178,955.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,275.60 |
| | | | **$21,275.60** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16247<br>Date Filed: 08/18/2006<br>Docketed Total: $579,130.61<br>Filing Creditor Name and Address:<br>C THORREZ INDUSTRIES INC<br>4909 W MICHIGAN AVE<br>JACKSON, MI 49201 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $579,130.61 | | Modified Total: | | $567,576.33 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$579,130.61<br><br>$579,130.61 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$567,576.33<br><br>$567,576.33 |
| Claim: 9462<br>Date Filed: 07/13/2006<br>Docketed Total: $14,995.98<br>Filing Creditor Name and Address:<br>CARRIER CORP<br>PO BOX 4808 BLDG TR S<br>SYRACUSE, NY 13221 | Claim Holder Name and Address<br><br>CARRIER CORP<br>PO BOX 4808 BLDG TR S<br>SYRACUSE, NY 13221 | Docketed Total: | | $14,995.98 | | Modified Total: | | $4,311.33 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,995.98<br><br>$14,995.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,311.33<br><br>$4,311.33 |
| Claim: 2693<br>Date Filed: 04/19/2006<br>Docketed Total: $245,952.74<br>Filing Creditor Name and Address:<br>CERAMTEC NORTH AMERICA &<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Docketed Total: | | $245,952.74 | | Modified Total: | | $232,341.07 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$245,952.74<br><br>$245,952.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$232,341.07<br><br>$232,341.07 |
| Claim: 6594<br>Date Filed: 05/22/2006<br>Docketed Total: $103,809.40<br>Filing Creditor Name and Address:<br>CROWN EG INC<br>CROWN ENVIRONMENTAL<br>GROUP<br>945 S BROWN SCHOOL RD<br>VANDALIA, OH 45377 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | Docketed Total: | | $103,809.40 | | Modified Total: | | $89,177.14 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$103,809.40<br><br>$103,809.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$89,177.14<br><br>$89,177.14 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 5 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6593**
Date Filed: 05/22/2006
Docketed Total: $10,593.33
Filing Creditor Name and Address:
CROWN SOLUTIONS INC
945 S BROWNSCHOOL RD
VANDALIA, OH 45377-963

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $10,593.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,593.33 |
| | | | $10,593.33 |

Modified Total: $10,593.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,593.33 |
| | | | $10,593.33 |

---

**Claim: 9118**
Date Filed: 07/07/2006
Docketed Total: $37,197.78
Filing Creditor Name and Address:
CSI LEASING INC FKA
COMPUTER SALES
INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141

Claim Holder Name and Address
CSI LEASING INC FKA COMPUTER
SALES INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141

Docketed Total: $37,197.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,197.78 |
| | | | $37,197.78 |

Modified Total: $35,948.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,948.33 |
| | | | $35,948.33 |

---

**Claim: 8980**
Date Filed: 07/05/2006
Docketed Total: $65,898.50
Filing Creditor Name and Address:
DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047

Claim Holder Name and Address
DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047

Docketed Total: $65,898.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,898.50 |
| | | | $65,898.50 |

Modified Total: $61,898.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,898.50 |
| | | | $61,898.50 |

---

**Claim: 13612**
Date Filed: 07/31/2006
Docketed Total: $31,393.49
Filing Creditor Name and Address:
DAY PAK INC EFT
PO BOX 363
DAYTON, OH 45409

Claim Holder Name and Address
DAY PAK INC EFT
PO BOX 363
DAYTON, OH 45409

Docketed Total: $31,393.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,393.49 |
| | | | $31,393.49 |

Modified Total: $28,110.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,110.23 |
| | | | $28,110.23 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 6 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 10685

Claim: 10685
Date Filed:    07/26/2006
Docketed Total:    $11,400.00
Filing Creditor Name and Address:
  E R WAGNER MANUFACTURING
  CO
  LOCK BOX 53100
  MILWAUKEE, WI 53288

Claim Holder Name and Address

E R WAGNER MANUFACTURING CO
LOCK BOX 53100
MILWAUKEE, WI 53288

Docketed Total:    $11,400.00

Modified Total:    $10,944.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $11,400.00 | | 05-44640 | | | $10,944.00 |
| | | $11,400.00 | | | | | $10,944.00 |

### Claim 10969

Claim: 10969
Date Filed:    07/26/2006
Docketed Total:    $6,996.16
Filing Creditor Name and Address:
  EATON POWER QUALITY
  CORPORATION
  1111 SUPERIOR AVE
  CLEVELAND, OH 44114-2584

Claim Holder Name and Address

EATON POWER QUALITY
CORPORATION
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Docketed Total:    $6,996.16

Modified Total:    $6,996.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,996.16 | 05-44640 | | | $6,996.16 |
| | | | $6,996.16 | | | | $6,996.16 |

### Claim 9924

Claim: 9924
Date Filed:    07/19/2006
Docketed Total:    $11,820.81
Filing Creditor Name and Address:
  EIS INC
  BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
  200 W MADISON ST STE 3900
  CHICAGO, IL 60606

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W MADISON ST STE 3900
CHICAGO, IL 60606

Docketed Total:    $11,820.81

Modified Total:    $11,820.81

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44593 | | | $11,820.81 | 05-44640 | | | $11,820.81 |
| | | | $11,820.81 | | | | $11,820.81 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 7 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11025**
Date Filed: 07/26/2006
Docketed Total: $177,519.59
Filing Creditor Name and Address:
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Claim Holder Name and Address
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011
Docketed Total: $177,519.59

Modified Total: $110,914.53

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $177,519.59 | 05-44640 | | | $110,914.53 |
| | | | $177,519.59 | | | | $110,914.53 |

**Claim: 6601**
Date Filed: 05/22/2006
Docketed Total: $50,414.05
Filing Creditor Name and Address:
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

Claim Holder Name and Address
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229
Docketed Total: $50,414.05

Modified Total: $48,289.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $50,414.05 | 05-44640 | | | $48,289.85 |
| | | | $50,414.05 | | | | $48,289.85 |

**Claim: 747**
Date Filed: 11/21/2005
Docketed Total: $1,941.46
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $1,941.46

Modified Total: $1,941.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,941.46 | 05-44640 | | | $1,941.46 |
| | | | $1,941.46 | | | | $1,941.46 |

**Claim: 749**
Date Filed: 11/21/2005
Docketed Total: $67,998.47
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $67,998.47

Modified Total: $67,998.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $67,998.47 | 05-44640 | | | $67,998.47 |
| | | | $67,998.47 | | | | $67,998.47 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 8 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6934<br>Date Filed: 05/26/2006<br>Docketed Total: $17,219.26<br>Filing Creditor Name and Address:<br>FEDEX FREIGHT<br>DELIVERY CODE 2259<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Claim Holder Name and Address<br><br>FEDEX FREIGHT<br>DELIVERY CODE 2259<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Docketed Total: | | **$17,219.26** | | Modified Total: | | **$17,219.26** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $17,219.26 | 05-44640<br>05-44511<br>05-44482 | | | $12,507.67<br>$1,709.19<br>$3,002.40 |
| | | | | **$17,219.26** | | | | **$17,219.26** |
| Claim: 10199<br>Date Filed: 07/21/2006<br>Docketed Total: $341,525.93<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F<br>K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A<br>GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Docketed Total: | | **$341,525.93** | | Modified Total: | | **$287,000.00** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $341,525.93 | 05-44640 | | | $287,000.00 |
| | | | | **$341,525.93** | | | | **$287,000.00** |
| Claim: 15229<br>Date Filed: 07/31/2006<br>Docketed Total: $21,267.84<br>Filing Creditor Name and Address:<br>GRIFFCO QUALITY SOLUTIONS<br>INC<br>12300 OLD TESSON RD STE 200E<br>ST LOUIS, MO 63128 | Claim Holder Name and Address<br><br>GRIFFCO QUALITY SOLUTIONS INC<br>12300 OLD TESSON RD STE 200E<br>ST LOUIS, MO 63128 | Docketed Total: | | **$21,267.84** | | Modified Total: | | **$18,798.22** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $21,267.84 | 05-44640 | | | $18,798.22 |
| | | | | **$21,267.84** | | | | **$18,798.22** |

\*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 9 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16746**
Date Filed: 11/13/2007
Docketed Total: $41,723.84
Filing Creditor Name and Address:
H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address

H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

Docketed Total: **$41,723.84**

Modified Total: **$34,379.19**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 |
| | | $7,002.35 | $34,721.49 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $34,379.19 |
| | | $0.00 | $34,379.19 |

---

**Claim: 12016**
Date Filed: 07/28/2006
Docketed Total: $331,469.00
Filing Creditor Name and Address:
HTC GLOBAL SERVICES INC
3270 W BIG BEAVER RD
TROY, MI 48084

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$303,621.92**

Modified Total: **$316,917.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $303,621.92 |
| | | | $303,621.92 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $316,917.71 |
| | | | $316,917.71 |

Claim Holder Name and Address

HTC GLOBAL SERVICES INC
3270 W BIG BEAVER RD
TROY, MI 48084

Docketed Total: **$27,847.08**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,847.08 |
| | | | $27,847.08 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 10 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12010**
Date Filed:  07/28/2006
Docketed Total:  $36,850.32
Filing Creditor Name and Address:
HUCK INTERNATIONAL A
DELAWARE CORPORATION
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Claim Holder Name and Address
HUCK INTERNATIONAL A DELAWARE CORPORATION ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631
Docketed Total: **$36,850.32**

Modified Total: **$27,527.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,850.32 |
| | | | **$36,850.32** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,527.41 |
| | | | **$27,527.41** |

---

**Claim: 1699**
Date Filed:  01/30/2006
Docketed Total:  $117,572.06
Filing Creditor Name and Address:
INDUSTRIAL DIELECTRICS INC
PO BOX 357
NOBLESVILLE, IN 46060

Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total: **$117,572.06**

Modified Total: **$117,438.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,572.06 |
| | | | **$117,572.06** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,438.86 |
| | | | **$117,438.86** |

---

**Claim: 1042**
Date Filed:  12/05/2005
Docketed Total:  $41,516.60
Filing Creditor Name and Address:
INGERSOLL RAND CO AIR
SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036

Claim Holder Name and Address
INGERSOLL RAND CO AIR SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036
Docketed Total: **$41,516.60**

Modified Total: **$25,789.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $41,516.60 |
| | | | **$41,516.60** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,789.42 |
| | | | **$25,789.42** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1688**

Date Filed: 01/27/2006

Docketed Total: $65,530.04

Filing Creditor Name and Address:
ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Claim Holder Name and Address

ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Docketed Total: **$65,530.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $65,530.04 |
| | | | **$65,530.04** |

Modified Total: **$34,119.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,119.63 |
| | | | **$34,119.63** |

**Claim: 4466**

Date Filed: 05/02/2006

Docketed Total: $42,445.10

Filing Creditor Name and Address:
JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Claim Holder Name and Address

JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Docketed Total: **$42,445.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,445.10 |
| | | | **$42,445.10** |

Modified Total: **$41,835.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,835.10 |
| | | | **$41,835.10** |

**Claim: 9880**

Date Filed: 07/19/2006

Docketed Total: $2,897,316.33

Filing Creditor Name and Address:
JOHNSON ELECTRIC NORTH
AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$2,897,316.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,897,316.33 |
| | | | **$2,897,316.33** |

Modified Total: **$2,553,527.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,553,527.50 |
| | | | **$2,553,527.50** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 12 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1994**
Date Filed: 02/14/2006
Docketed Total: $35,738.64
Filing Creditor Name and Address:
LIFETIME INDUSTRIES INC
BURCH PORTER & JOHNSON
PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Holder Name and Address
LIFETIME INDUSTRIES INC     Docketed Total: $35,738.64
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,738.64 |
| | | | $35,738.64 |

Modified Total: $15,358.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,358.44 |
| | | | $15,358.44 |

---

**Claim: 16307**
Date Filed: 09/12/2006
Docketed Total: $362,371.05
Filing Creditor Name and Address:
LORD CORPORATION
2000 W GRANDVIEW BLVD
ERIE, PA 16514

Claim Holder Name and Address
LORD CORPORATION     Docketed Total: $362,371.05
2000 W GRANDVIEW BLVD
ERIE, PA 16514

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $362,371.05 |
| | | | $362,371.05 |

Modified Total: $331,047.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $331,047.89 |
| | | | $331,047.89 |

---

**Claim: 9680**
Date Filed: 07/17/2006
Docketed Total: $261,479.00
Filing Creditor Name and Address:
LTX CORPORATION
825 UNIVERSITY AVE
NORWOOD, MA 02062

Claim Holder Name and Address
LTX CORPORATION     Docketed Total: $261,479.00
825 UNIVERSITY AVE
NORWOOD, MA 02062

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $261,479.00 |
| | | | $261,479.00 |

Modified Total: $231,439.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $231,439.00 |
| | | | $231,439.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 13 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16741**
Date Filed: 11/09/2007
Docketed Total: $10,576.32
Filing Creditor Name and Address:
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Claim Holder Name and Address
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total: $10,576.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,576.32 |
| | | | $10,576.32 |

Modified Total: $10,576.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,576.32 |
| | | | $10,576.32 |

---

**Claim: 16742**
Date Filed: 11/09/2007
Docketed Total: $54,140.04
Filing Creditor Name and Address:
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Claim Holder Name and Address
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total: $54,140.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,140.04 |
| | | | $54,140.04 |

Modified Total: $48,846.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,846.35 |
| | | | $48,846.35 |

---

**Claim: 5734**
Date Filed: 05/12/2006
Docketed Total: $5,967.84
Filing Creditor Name and Address:
  METROCAL INC
  4700 BARDEN COURT SE
  REMIT UPDT PER LTR 8 28 04 AM
  KENTWOOD, MI 49512

Claim Holder Name and Address
  MADISON NICHE OPPORTUNITIES
  LLC
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total: $5,967.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,967.84 |
| | | | $5,967.84 |

Modified Total: $4,427.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,427.84 |
| | | | $4,427.84 |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 14 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6632**
Date Filed: 05/23/2006
Docketed Total: $35,369.12
Filing Creditor Name and Address:
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201

Claim Holder Name and Address
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201

Docketed Total: $35,369.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,369.12 |
| | | | $35,369.12 |

Modified Total: $28,710.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,710.20 |
| | | | $28,710.20 |

---

**Claim: 2679**
Date Filed: 04/18/2006
Docketed Total: $128,067.32
Filing Creditor Name and Address:
MILACRON MARKETING COMPANY
4165 HALFACRE RD
BATAVIA, OH 45103

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF MILACRON MARKETING CO
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $128,067.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $128,067.32 |
| | | | $128,067.32 |

Modified Total: $120,574.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,574.55 |
| | | | $120,574.55 |

---

**Claim: 6637**
Date Filed: 05/23/2006
Docketed Total: $13,487.61
Filing Creditor Name and Address:
MISSOURI SEA & AIR
MSA
7900 TANNERS GATE STE 310
FLORENCE, KY 41042

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $13,487.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,487.61 |
| | | | $13,487.61 |

Modified Total: $12,967.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,967.93 |
| | | | $12,967.93 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 15 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5778**
Date Filed: 05/12/2006
Docketed Total: $14,196.24
Filing Creditor Name and Address:
MITSUI AND CO USA INC
200 PARK AVE
NEW YORK, NY 10166

Claim Holder Name and Address
MITSUI AND CO USA INC    Docketed Total:  **$14,196.24**
200 PARK AVE
NEW YORK, NY 10166

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,196.24 |
| | | | **$14,196.24** |

Modified Total:  **$14,196.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,196.24 |
| | | | **$14,196.24** |

---

**Claim: 16418**
Date Filed: 11/17/2006
Docketed Total: $107,272.55
Filing Creditor Name and Address:
NATIONAL MOLDING
CORPORATION
5 DUBON COURT
FARMINGDALE, NY 11735

Claim Holder Name and Address
LONGACRE MASTER FUND LTD    Docketed Total:  **$107,272.55**
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107,272.55 |
| | | | **$107,272.55** |

Modified Total:  **$45,326.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,326.40 |
| | | | **$45,326.40** |

---

**Claim: 7550**
Date Filed: 06/06/2006
Docketed Total: $185,979.44
Filing Creditor Name and Address:
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

Claim Holder Name and Address
NEWARK ELECTRONICS    Docketed Total:  **$185,979.44**
PO BOX 94151
PALATINE, IL 60094-4151

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | **$185,979.44** |

Modified Total:  **$106,691.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,909.44 |
| 05-44567 | | | $555.84 |
| 05-44612 | | | $6,037.59 |
| 05-44507 | | | $10,470.92 |
| 05-44624 | | | $70.97 |
| 05-44482 | | | $646.52 |
| | | | **$106,691.28** |

*See Exhibit F for a listing of debtor entities by case number.

Page 15 of 22

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 811
Date Filed:   11/22/2005
Docketed Total:   $239,472.32
Filing Creditor Name and Address:
ORBIS CORPORATION
PO BOX 389
OCONOMOWOC, WI 53066-0389

**CLAIM AS DOCKETED**
Claim Holder Name and Address

LIQUIDITY SOLUTIONS DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF ORBIS CORPORATION
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:   $239,472.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $239,472.32 |
| | | | **$239,472.32** |

**CLAIM AS MODIFIED**
Modified Total:   $179,513.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $179,513.53 |
| | | | **$179,513.53** |

---

**CLAIM TO BE MODIFIED**
Claim: 10119
Date Filed:   07/21/2006
Docketed Total:   $191,003.63
Filing Creditor Name and Address:
PITNEY BOWES INC FASCIMILE
DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

**CLAIM AS DOCKETED**
Claim Holder Name and Address

PITNEY BOWES INC FASCIMILE DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

Docketed Total:   $191,003.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,003.63 |
| | | | **$191,003.63** |

**CLAIM AS MODIFIED**
Modified Total:   $55,280.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $55,280.37 |
| | | | **$55,280.37** |

---

**CLAIM TO BE MODIFIED**
Claim: 12437
Date Filed:   07/28/2006
Docketed Total:   $7,092.91
Filing Creditor Name and Address:
PLAINFIELD STAMPING TEXAS
INC
PO BOX 265
PLAINFIELD, IL 60544

**CLAIM AS DOCKETED**
Claim Holder Name and Address

PLAINFIELD STAMPING TEXAS INC
PO BOX 265
PLAINFIELD, IL 60544

Docketed Total:   $7,092.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $7,092.91 |
| | | | **$7,092.91** |

**CLAIM AS MODIFIED**
Modified Total:   $7,092.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,092.91 |
| | | | **$7,092.91** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 12441**
Date Filed: 07/28/2006
Docketed Total: $48,770.59
Filing Creditor Name and Address:
PLAINFIELD TOOL & ENGINEERING
PLAINFIELD STAMPING ILLINOIS
24035 RIVERWALK CT
PLAINFIELD, IL 60544-8145

Claim Holder Name and Address

PLAINFIELD TOOL & ENGINEERING
PLAINFIELD STAMPING ILLINOIS
24035 RIVERWALK CT
PLAINFIELD, IL 60544-8145

Docketed Total: $48,770.59

Modified Total: $1,727.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,770.59 |
| | | | **$48,770.59** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,727.84 |
| | | | **$1,727.84** |

---

**Claim: 2639**
Date Filed: 04/13/2006
Docketed Total: $1,179,772.10
Filing Creditor Name and Address:
PREMIER MANUFACTURING
SUPPORT SERVICES INC
2828 HIGHLAND AVE
CINCINNATI, OH 45212

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $1,179,772.10

Modified Total: $1,047,594.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,179,772.10 |
| | | | **$1,179,772.10** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,046,698.81 |
| 05-44482 | | | $895.77 |
| | | | **$1,047,594.58** |

---

**Claim: 16740**
Date Filed: 11/06/2007
Docketed Total: $16,532.05
Filing Creditor Name and Address:
R & L SPRING CO EFT
1097 GENEVA PKWY
REMIT UPDT 7 99 LETTER
LAKE GENEVA, WI 53147

Claim Holder Name and Address

R & L SPRING CO EFT
1097 GENEVA PKWY
REMIT UPDT 7 99 LETTER
LAKE GENEVA, WI 53147

Docketed Total: $16,532.05

Modified Total: $15,282.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,532.05 |
| | | | **$16,532.05** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,282.00 |
| | | | **$15,282.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2612**
Date Filed:   04/11/2006
Docketed Total:   $504,876.99
Filing Creditor Name and Address:
ROYAL DIE STAMPING CO
CHUHAK & TECSON PC
30 S WACKER DR 2600
CHICAGO, IL 60604

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:   $504,876.99

Modified Total:   $446,271.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $504,876.99 | 05-44640 | | | $446,271.20 |
| | | | $504,876.99 | | | | $446,271.20 |

**Claim: 16104**
Date Filed:   08/09/2006
Docketed Total:   $12,730.27
Filing Creditor Name and Address:
SCOTT SPECIALTY GASES INC
6141 EASTON RD
PLUMSTEADVILLE, PA 18949

Claim Holder Name and Address
SCOTT SPECIALTY GASES INC
6141 EASTON RD
PLUMSTEADVILLE, PA 18949

Docketed Total:   $12,730.27

Modified Total:   $4,547.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,730.27 | 05-44640 | | | $4,547.40 |
| | | | $12,730.27 | | | | $4,547.40 |

**Claim: 11272**
Date Filed:   07/27/2006
Docketed Total:   $64,795.10
Filing Creditor Name and Address:
SMALL PARTS DE MEXICO S DE
RL CV JUAREZ MX
PO BOX 7002
LOGANSPORT, IN 46947

Claim Holder Name and Address
SMALL PARTS DE MEXICO S DE RL
CV JUAREZ MX
PO BOX 7002
LOGANSPORT, IN 46947

Docketed Total:   $64,795.10

Modified Total:   $62,213.04

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $64,795.10 | 05-44640 | | | $62,213.04 |
| | | | $64,795.10 | | | | $62,213.04 |

**Claim: 9601**
Date Filed:   07/17/2006
Docketed Total:   $25,211.74
Filing Creditor Name and Address:
SPECIAL ELECTRIC
2121 S 116TH ST
WEST ALLIS, WI 53227

Claim Holder Name and Address
SPECIAL ELECTRIC
2121 S 116TH ST
WEST ALLIS, WI 53227

Docketed Total:   $25,211.74

Modified Total:   $25,211.74

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $25,211.74 | 05-44640 | | | $25,211.74 |
| | | | $25,211.74 | | | | $25,211.74 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 19 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 474**
Date Filed: 11/10/2005
Docketed Total: $319,224.11
Filing Creditor Name and Address:
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408

Claim Holder Name and Address
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408          Docketed Total:    $319,224.11

Modified Total:    $182,628.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $319,224.11 |
| | | | **$319,224.11** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $182,628.93 |
| | | | **$182,628.93** |

**Claim: 5069**
Date Filed: 05/08/2006
Docketed Total: $3,890.28
Filing Creditor Name and Address:
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926

Claim Holder Name and Address
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926          Docketed Total:    $3,890.28

Modified Total:    $2,990.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,890.28 |
| | | | **$3,890.28** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $610.00 |
| 05-44567 | | | $2,380.24 |
| | | | **$2,990.24** |

**Claim: 12350**
Date Filed: 07/28/2006
Docketed Total: $65,511.81
Filing Creditor Name and Address:
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083

Claim Holder Name and Address
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083          Docketed Total:    $65,511.81

Modified Total:    $62,986.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,511.81 |
| | | | **$65,511.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,986.06 |
| | | | **$62,986.06** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2426<br>Date Filed:  03/27/2006<br>Docketed Total:  $103,832.09<br>Filing Creditor Name and Address:<br>SUPPLIER INSPECTION SERVICES INC<br>2941 S GETTYSBURG AVE<br>DAYTON, OH 45418 | Claim Holder Name and Address<br><br>SUPPLIER INSPECTION SERVICES INC<br>2941 S GETTYSBURG AVE<br>DAYTON, OH 45418 | Docketed Total: | | $103,832.09 | | Modified Total: | | $98,138.09 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$103,832.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,138.09 |
| | | | | $103,832.09 | | | | $98,138.09 |
| Claim: 1695<br>Date Filed:  01/30/2006<br>Docketed Total:  $1,268,394.16<br>Filing Creditor Name and Address:<br>TENNESSEE VALLEY AUTHORITY<br>400 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902-1401 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $1,268,394.16 | | Modified Total: | | $1,264,485.98 |
| | Case Number*<br>05-44640 | Secured<br>$1,268,394.16 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$1,264,485.98 | Priority | Unsecured |
| | | $1,268,394.16 | | | | $1,264,485.98 | | |
| Claim: 8929<br>Date Filed:  07/05/2006<br>Docketed Total:  $68,364.68<br>Filing Creditor Name and Address:<br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507 | Claim Holder Name and Address<br><br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507 | Docketed Total: | | $68,364.68 | | Modified Total: | | $45,159.62 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$68,364.68 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,159.62 |
| | | | | $68,364.68 | | | | $45,159.62 |
| Claim: 8927<br>Date Filed:  07/05/2006<br>Docketed Total:  $10,119.17<br>Filing Creditor Name and Address:<br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507-390 | Claim Holder Name and Address<br><br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507-390 | Docketed Total: | | $10,119.17 | | Modified Total: | | $6,227.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,119.17 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,227.10 |
| | | | | $10,119.17 | | | | $6,227.10 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-4    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-1
Pg 21 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 8935**
Date Filed:  07/05/2006
Docketed Total:  $71,548.68
Filing Creditor Name and Address:
 TRICON INDUSTRIES INC
 UNGARETTI & HARRIS LLP
 3500 THREE FIRST NATIONAL PLZ
 CHICAGO, IL 60602

Claim Holder Name and Address

TRICON INDUSTRIES INC
UNGARETTI & HARRIS LLP
3500 THREE FIRST NATIONAL PLZ
CHICAGO, IL 60602

Docketed Total:  **$71,548.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,548.68 |
| | | | **$71,548.68** |

Modified Total:  **$18,166.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,166.21 |
| | | | **$18,166.21** |

---

**Claim: 11229**
Date Filed:  07/26/2006
Docketed Total:  $78,757.21
Filing Creditor Name and Address:
 TRITON INDUSTRIES INC
 1020 N KOLMAR AVE
 CHICAGO, IL 60651

Claim Holder Name and Address

TRITON INDUSTRIES INC
1020 N KOLMAR AVE
CHICAGO, IL 60651

Docketed Total:  **$78,757.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,757.21 |
| | | | **$78,757.21** |

Modified Total:  **$46,587.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,587.40 |
| | | | **$46,587.40** |

---

**Claim: 2174**
Date Filed:  03/03/2006
Docketed Total:  $234,500.00
Filing Creditor Name and Address:
 UNIVERSAL TOOL AND
 ENGINEERING COMPANY INC
 BARNES & THORNBURG LLP
 11 S MERIDIAN ST
 INDIANAPOLIS, IN 46204

Claim Holder Name and Address

UNIVERSAL TOOL AND
ENGINEERING COMPANY INC
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

Docketed Total:  **$234,500.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $234,500.00 |
| | | | **$234,500.00** |

Modified Total:  **$234,499.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $234,499.00 |
| | | | **$234,499.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12363-4   Filed 01/25/08   Entered 01/25/08 17:10:46   Exhibit D-1
Pg 22 of 22

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14660<br>Date Filed: 07/31/2006<br>Docketed Total: $52,448.27<br>Filing Creditor Name and Address:<br>VOLLAND ELECTRIC<br>75 INNSBRUCK DR<br>CHEEKTOWAGA, NY 14227 | Claim Holder Name and Address<br><br>VOLLAND ELECTRIC   Docketed Total: **$52,448.27**<br>75 INNSBRUCK DR<br>CHEEKTOWAGA, NY 14227<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $52,448.27<br><br>**$52,448.27** | Modified Total: **$25,901.84**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $25,901.84<br><br>**$25,901.84** |
| Claim: 2906<br>Date Filed: 04/27/2006<br>Docketed Total: $126,323.97<br>Filing Creditor Name and Address:<br>WRIGHT STATE UNIVERSITY<br>356 UNIVERSITY HALL<br>DAYTON, OH 45435 | Claim Holder Name and Address<br><br>WRIGHT STATE UNIVERSITY   Docketed Total: **$126,323.97**<br>356 UNIVERSITY HALL<br>DAYTON, OH 45435<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $126,323.97<br><br>**$126,323.97** | Modified Total: **$82,394.31**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $82,394.31<br><br>**$82,394.31** |
| Claim: 10882<br>Date Filed: 07/25/2006<br>Docketed Total: $76,784.27<br>Filing Creditor Name and Address:<br>ZEISS CARL IMT CORP<br>6250 SYCAMORE LN N<br>MAPLE GROVE, MN 55369 | Claim Holder Name and Address<br><br>ARGO PARTNERS   Docketed Total: **$76,784.27**<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481      $76,784.27<br><br>**$76,784.27** | Modified Total: **$76,784.27**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $76,784.27<br><br>**$76,784.27** |
| | | **Total Claims to be Modified: 70**<br><br>**Total Amount as Docketed:**   $12,433,467.83<br><br>**Total Amount as Modified:**   $10,447,903.51 |

*See Exhibit F for a listing of debtor entities by case number.