In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2
Pg 1 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $617,679.20<br>Filing Creditor Name and Address:<br>ACCURATE THREADED<br>FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name and Address<br><br>ACCURATE THREADED FASTENERS<br>INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Docketed Total: | | $617,679.20 | | Modified Total: | | $550,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$617,679.20<br>$617,679.20 | Case Number*<br>05-44640 | Secured | Priority<br>$71,376.60<br>$71,376.60 | Unsecured<br>$478,623.40<br>$478,623.40 |
| Claim: 11099<br>Date Filed: 07/26/2006<br>Docketed Total: $173,734.07<br>Filing Creditor Name and Address:<br>AFFINIA CANADA CORP EFT<br>ATTN C MENDELTIAN<br>C O AFFINIA GROUP INC<br>1101 TECHNOLOGY DR NO 100<br>ANN ARBOR, MI 48108 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $173,734.07 | | Modified Total: | | $44,511.79 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$173,734.07<br>$173,734.07 | Case Number*<br>05-44640 | Secured | Priority<br>$10,000.00<br>$10,000.00 | Unsecured<br>$34,511.79<br>$34,511.79 |
| Claim: 12193<br>Date Filed: 07/28/2006<br>Docketed Total: $2,382,040.18<br>Filing Creditor Name and Address:<br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342 | Claim Holder Name and Address<br><br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342 | Docketed Total: | | $2,382,040.18 | | Modified Total: | | $351,963.62 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$190,941.72<br>$190,941.72 | Unsecured<br>$2,191,098.46<br>$2,191,098.46 | Case Number*<br>05-44640 | Secured | Priority<br>$20,154.39<br>$20,154.39 | Unsecured<br>$331,809.23<br>$331,809.23 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2
Pg 2 of 6

Twenty-Fourth Omnibus Claims Objection

EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7995<br>Date Filed: 06/14/2006<br>Docketed Total: $896,187.82<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $896,187.82 | | | Modified Total: | $853,290.62 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$86,216.71 | Unsecured<br>$809,971.11 | Case Number*<br>05-44640 | Secured | Priority<br>$86,216.72 | Unsecured<br>$767,073.90 |
| | | | $86,216.71 | $809,971.11 | | | $86,216.72 | $767,073.90 |
| Claim: 10558<br>Date Filed: 07/24/2006<br>Docketed Total: $620,518.73<br>Filing Creditor Name and Address:<br>BATESVILLE TOOL & DIE INC<br>177 SIX PINE RANCH RD<br>BATESVILLE, IN 47006 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $620,518.73 | | | Modified Total: | $604,039.84 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$620,518.73 | Case Number*<br>05-44640 | Secured | Priority<br>$20,647.07 | Unsecured<br>$583,392.77 |
| | | | | $620,518.73 | | | $20,647.07 | $583,392.77 |
| Claim: 14174<br>Date Filed: 07/31/2006<br>Docketed Total: $11,505.71<br>Filing Creditor Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Claim Holder Name and Address<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | | Docketed Total: | $11,505.71 | | | Modified Total: | $11,505.71 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,505.71 | Case Number*<br>05-44640 | Secured | Priority<br>$5,107.39 | Unsecured<br>$6,398.32 |
| | | | | $11,505.71 | | | $5,107.39 | $6,398.32 |
| Claim: 675<br>Date Filed: 11/18/2005<br>Docketed Total: $544,824.79<br>Filing Creditor Name and Address:<br>DIEMOLDING CORPORATION<br>125 RASBACH ST<br>CANASTOTA, NY 13032 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | | Docketed Total: | $544,824.79 | | | Modified Total: | $486,027.95 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$544,824.79 | Case Number*<br>05-44640 | Secured | Priority<br>$941.46 | Unsecured<br>$485,086.49 |
| | | | | $544,824.79 | | | $941.46 | $485,086.49 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2  
Pg 3 of 6

Twenty-Fourth Omnibus Claims Objection

EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10734<br>Date Filed: 07/25/2006<br>Docketed Total: $755,003.52<br>Filing Creditor Name and Address:<br>GE INFRASTRUCTURE SENSING<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE INFRASTRUCTURE SENSING<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Docketed Total: | | $755,003.52 | | Modified Total: | | $746,745.11 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$755,003.52<br>**$755,003.52** | Case Number*<br>05-44640 | Secured | Priority<br>$42,903.31<br>**$42,903.31** | Unsecured<br>$703,841.80<br>**$703,841.80** |
| Claim: 15540<br>Date Filed: 07/31/2006<br>Docketed Total: $651,800.43<br>Filing Creditor Name and Address:<br>GE SILICONES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE SILICONES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Docketed Total: | | $651,800.43 | | Modified Total: | | $525,026.29 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$651,800.43<br>**$651,800.43** | Case Number*<br>05-44640 | Secured | Priority<br>$37,338.82<br>**$37,338.82** | Unsecured<br>$487,687.47<br>**$487,687.47** |
| Claim: 9569<br>Date Filed: 07/17/2006<br>Docketed Total: $72,359.10<br>Filing Creditor Name and Address:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Docketed Total: | | $72,359.10 | | Modified Total: | | $62,612.77 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$44,411.35<br>**$44,411.35** | Unsecured<br>$27,947.75<br>**$27,947.75** | Case Number*<br>05-44640 | Secured | Priority<br>$9,319.21<br>**$9,319.21** | Unsecured<br>$53,293.56<br>**$53,293.56** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2
Pg 4 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11453<br>Date Filed: 07/27/2006<br>Docketed Total: $236,298.73<br>Filing Creditor Name and Address:<br>MARIAN INC FKA MARIAN<br>RUBBER PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202 | Claim Holder Name and Address<br>MARIAN INC FKA MARIAN RUBBER PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202<br><br>Docketed Total: $236,298.73<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640       $25,605.91              $210,692.82<br>               $25,605.91              $210,692.82 | Modified Total: $233,484.89<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640       $25,605.91              $207,878.98<br>               $25,605.91              $207,878.98 |
| Claim: 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $64,897.96<br>Filing Creditor Name and Address:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007<br><br>Docketed Total: $64,897.96<br><br>Case Number*  Secured       Priority       Unsecured<br>05-44640                     $53,088.55     $11,809.41<br>                             $53,088.55     $11,809.41 | Modified Total: $47,948.54<br><br>Case Number*  Secured       Priority       Unsecured<br>05-44640                     $33,896.44     $14,052.10<br>                             $33,896.44     $14,052.10 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2  
Pg 5 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14200<br>Date Filed: 07/24/2006<br>Docketed Total: $1,444,823.68<br>Filing Creditor Name and Address:<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,403,132.21<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $1,403,132.21<br>                                                              $1,403,132.21 | Modified Total: $1,297,786.54<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $1,297,786.54<br>                                                              $1,297,786.54 |
| | Claim Holder Name and Address<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Docketed Total: $41,691.47<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $41,691.47<br>                                                              $41,691.47 | Modified Total: $145,267.57<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $145,267.57<br>                                              $145,267.57 |
| Claim: 15134<br>Date Filed: 07/31/2006<br>Docketed Total: $355,290.19<br>Filing Creditor Name and Address:<br>PARK OHIO PRODUCTS INC<br>7000 DENISON AVE<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>PARK OHIO PRODUCTS INC<br>7000 DENISON AVE<br>CLEVELAND, OH 44102<br><br>Docketed Total: $355,290.19<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                            $355,290.19<br>                                                              $355,290.19 | Modified Total: $199,402.98<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $45,060.80    $154,342.18<br>                                              $45,060.80    $154,342.18 |
| Claim: 16460<br>Date Filed: 12/19/2006<br>Docketed Total: $83,839.32<br>Filing Creditor Name and Address:<br>VJ TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA, NY 11716 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $83,839.32<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $60,000.00    $23,839.32<br>                                              $60,000.00    $23,839.32 | Modified Total: $60,880.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $60,000.00    $880.00<br>                                              $60,000.00    $880.00 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-5    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-2
Pg 6 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims to be Modified: 15** |
| | | **Total Amount as Docketed:** $8,910,803.43 |
| | | **Total Amount as Modified:** $6,220,494.22 |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6