05-44481-rdd    Doc 12363-6    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit D-3
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS** **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1916<br>Date Filed: 02/08/2006<br>Docketed Total: $ 48,784.11<br>Filing Creditor Name and Address:<br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE, IN 47719 | Claim Holder Name and Address<br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE, IN 47719 | Docketed Total: | | $48,784.11 | | Modified Total: | | $540.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$48,784.11<br>$48,784.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$540.00<br>$540.00 |

Total Claims to be Modified: 1

Total Amount as Docketed: $48,784.11

Total Amount as Modified: $ 540.00

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.