In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-7    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-1
Pg 1 of 1

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1672<br>Date Filed: 01/26/2006<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS, MI 48025<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $175,000.00<br>Administrative:<br>Unsecured: $458,258.00<br>Total: $633,258.00 | Claim Number: 16739<br>Date Filed: 11/06/2007<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES AND<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $633,258.00<br>Total: $633,258.00 |

                                                      **Total Claims to be Expunged:** 1
                                                      **Total Asserted Amount to be Expunged:** $633,258.00