**In re Delphi Corporation, et al.**  Twenty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 2088343 ONTARIO LIMITED<br>2125 WYECROFT RD<br>OAKVILLE, ON L6L 5L7<br>CANADA | 4769 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$297,095.72<br>$297,095.72 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| ALCOA EXTRUSIONS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | 12009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,872.57<br>$77,872.57 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EATON YALE LTD<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,019.41<br>$14,019.41 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MOTOR CITY ELECTRIC CO<br>9440 GRINNELL ST<br>DETROIT, MI 48213-1151 | 13591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,487.41<br><br><br><br>$10,487.41 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**Total:**          **4**                                          **$399,475.11**