In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-9    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-3
Pg 1 of 6

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12007<br>Date Filed: 07/28/2006<br>Docketed Total: $752,684.74<br>Filing Creditor Name and Address:<br>ALCOA AUTOMOTIVE CASTINGS<br>A MICHIGAN PARTNERSHIP<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name and Address<br>ALCOA AUTOMOTIVE CASTINGS A<br>MICHIGAN PARTNERSHIP<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>Docketed Total: $484,338.38 | | | | Modified Total: $8,967.88 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$484,338.38<br><br>$484,338.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,967.88<br><br>$8,967.88 |
| | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $268,346.36 | | | | Modified Total: $268,346.36 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br><br>$268,346.36 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br><br>$268,346.36 |
| Claim: 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name and Address:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | Claim Holder Name and Address<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Docketed Total: $1,669,714.54 | | | | Modified Total: $1,410,167.30 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,669,714.54<br><br>$1,669,714.54 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,410,167.30<br><br>$1,410,167.30 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-9    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-3
Pg 2 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12006<br>Date Filed: 07/28/2006<br>Docketed Total: $713,498.23<br>Filing Creditor Name and Address:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name and Address<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>Docketed Total: $384,260.21<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $384,260.21<br>                                                      $384,260.21 | Modified Total: $17,288.98<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $17,288.98<br>                                                      $17,288.98 |
|  | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $329,238.02<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $329,238.02<br>                                                      $329,238.02 | Modified Total: $329,238.02<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $329,238.02<br>                                                      $329,238.02 |
| Claim: 2760<br>Date Filed: 04/25/2006<br>Docketed Total: $262,636.04<br>Filing Creditor Name and Address:<br>ASHLAND INCORPORATED<br>PO BOX 2219<br>COLUMBUS, OH 43216 | Claim Holder Name and Address<br>ASHLAND INCORPORATED<br>PO BOX 2219<br>COLUMBUS, OH 43216<br><br>Docketed Total: $262,636.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $262,636.04<br>                                                      $262,636.04 | Modified Total: $211,679.07<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $208,922.21<br>05-44624                                    $1,084.86<br>05-44615                                    $1,672.00<br>                                                      $211,679.07 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-9    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-3
Pg 3 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11777<br>Date Filed: 07/27/2006<br>Docketed Total: $516,441.65<br>Filing Creditor Name and Address:<br>CF SPECIAL SITUATION FUND I LP<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378 | Claim Holder Name and Address<br>CF SPECIAL SITUATION FUND I LP<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378<br><br>Docketed Total: $516,441.65<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $516,441.65<br>**$516,441.65** | Modified Total: $194,475.66<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $194,475.66<br>**$194,475.66** |
| Claim: 10390<br>Date Filed: 07/24/2006<br>Docketed Total: $367,359.35<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $367,359.35<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $367,359.35<br>**$367,359.35** | Modified Total: $246,837.18<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $246,837.18<br>**$246,837.18** |
| Claim: 9111<br>Date Filed: 07/07/2006<br>Docketed Total: $603,421.56<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $603,421.56<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $603,421.56<br>**$603,421.56** | Modified Total: $533,760.05<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $533,760.05<br>**$533,760.05** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br>BANK OF AMERICA N A<br>40 W 57TH ST<br>NEW YORK, NY 10019<br><br>Docketed Total: $645,056.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $645,056.53<br>                                                                $645,056.53 | Modified Total: $412,536.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $412,536.60<br>                                                                $412,536.60 |
| Claim: 9470<br>Date Filed: 07/13/2006<br>Docketed Total: $1,347,828.94<br>Filing Creditor Name and Address:<br>D & R TECHNOLOGY LLC<br>400 FULLERTON<br>CAROL STREAM, IL 60188 | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $1,347,828.94<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $1,347,828.94<br>                                                                $1,347,828.94 | Modified Total: $1,244,861.71<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $1,244,861.71<br>                                                                $1,244,861.71 |
| Claim: 14260<br>Date Filed: 07/31/2006<br>Docketed Total: $660,698.51<br>Filing Creditor Name and Address:<br>DIRECT SOURCING SOLUTIONS INC<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | Claim Holder Name and Address<br>DIRECT SOURCING SOLUTIONS INC<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222<br><br>Docketed Total: $660,698.51<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $660,698.51<br>                                                                $660,698.51 | Modified Total: $150,913.15<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                          $25,888.15<br>05-44640                                          $125,025.00<br>                                                                $150,913.15 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-9    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-3
Pg 5 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10983<br>Date Filed: 07/26/2006<br>Docketed Total: $702,263.09<br>Filing Creditor Name and Address:<br>KUSS CORPORATION<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | Claim Holder Name and Address<br>KUSS CORPORATION    Docketed Total: $702,263.09<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $702,263.09<br>                                                               $702,263.09 | Modified Total: $302,218.95<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $302,218.95<br>                                                               $302,218.95 |
| Claim: 13590<br>Date Filed: 07/31/2006<br>Docketed Total: $62,435.12<br>Filing Creditor Name and Address:<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Claim Holder Name and Address<br>MOTOR CITY ELECTRIC    Docketed Total: $62,435.12<br>9440 GRINNELL<br>DETROIT, MI 48213-1151<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481         $62,435.12<br>                      $62,435.12 | Modified Total: $12,842.07<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $12,842.07<br>                                                               $12,842.07 |
| Claim: 13592<br>Date Filed: 07/31/2006<br>Docketed Total: $1,901.51<br>Filing Creditor Name and Address:<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Claim Holder Name and Address<br>MOTOR CITY ELECTRIC    Docketed Total: $1,901.51<br>9440 GRINNELL<br>DETROIT, MI 48213-1151<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612         $1,901.51<br>                      $1,901.51 | Modified Total: $993.92<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $993.92<br>                                                               $993.92 |
| Claim: 15447<br>Date Filed: 07/31/2006<br>Docketed Total: $104,135.00<br>Filing Creditor Name and Address:<br>PHOTOCIRCUITS CORPORATION<br>45 SEACLIFF AVE<br>GLEN COVE, NY 11542 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC    Docketed Total: $104,135.00<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $104,135.00<br>                                                               $104,135.00 | Modified Total: $87,932.64<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $87,932.64<br>                                                               $87,932.64 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-9    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit E-3
Pg 6 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11284<br>Date Filed:  07/27/2006<br>Docketed Total:  $114,112.12<br>Filing Creditor Name and Address:<br>  SCHRADER BRIDGEPORT INTL INC<br>  ALTAVISTA EPD<br>  PO BOX 102133<br>  ATLANTA, GA 30368-2133 | Claim Holder Name and Address<br>  SCHRADER BRIDGEPORT INTL INC<br>  ALTAVISTA EPD<br>  PO BOX 102133<br>  ATLANTA, GA 30368-2133<br><br>Docketed Total:  $114,112.12<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         $114,112.12<br>                                                 $114,112.12 | Modified Total:  $3,886.35<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $3,886.35<br>                                                 $3,886.35 |
| Claim: 14140<br>Date Filed:  07/31/2006<br>Docketed Total:  $1,641,742.91<br>Filing Creditor Name and Address:<br>  SPCP GROUP LLC AS ASSIGNEE OF JABIL CIRCUIT INC<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830 | Claim Holder Name and Address<br>  SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>  TWO GREENWICH PLAZA 1ST FL<br>  GREENWICH, CT 06830<br><br>Docketed Total:  $1,641,742.91<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $1,641,742.91<br>                                                 $1,641,742.91 | Modified Total:  $1,608,841.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $201,199.88<br>05-44612                                         $1,407,641.55<br>                                                 $1,608,841.43 |

**Total Claims to be Modified: 16**

**Total Amount as Docketed:** $10,165,929.84

**Total Amount as Modified:** $7,045,787.32

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6