In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-10    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit
E-4    Pg 1 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12840<br>Date Filed: 07/28/2006<br>Docketed Total: $662,721.49<br>Filing Creditor Name and Address:<br>BARNES GROUP INC<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST<br>CITY PLACE I 35TH FL<br>HARTFORD, CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $662,721.49 | | | Modified Total: | $545,615.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$662,721.49 | Case Number*<br>05-44640 | Secured | Priority<br>$37,650.77 | Unsecured<br>$507,964.76 |
| | | | | $662,721.49 | | | $37,650.77 | $507,964.76 |
| Claim: 10155<br>Date Filed: 07/21/2006<br>Docketed Total: $266,081.47<br>Filing Creditor Name and Address:<br>COMMODITY MGMT SVCS GBS<br>PRINTED PRODS & SYS<br>PO BOX 2340<br>NORTH CANTON, OH 44720-0340 | Claim Holder Name and Address<br>COMMODITY MGMT SVCS GBS<br>PRINTED PRODS & SYS<br>PO BOX 2340<br>NORTH CANTON, OH 44720-0340 | | Docketed Total: | $266,081.47 | | | Modified Total: | $94,880.10 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$266,081.47 | Case Number*<br>05-44640 | Secured | Priority<br>$511.95 | Unsecured<br>$94,368.15 |
| | | | | $266,081.47 | | | $511.95 | $94,368.15 |
| Claim: 12672<br>Date Filed: 07/28/2006<br>Docketed Total: $1,613,757.04<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC<br>FOR ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC FOR<br>ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $1,613,757.04 | | | Modified Total: | $1,509,409.84 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$693,774.59 | Unsecured<br>$919,982.45 | Case Number*<br>05-44640 | Secured | Priority<br>$12,103.66 | Unsecured<br>$1,497,306.18 |
| | | | $693,774.59 | $919,982.45 | | | $12,103.66 | $1,497,306.18 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

05-44481-rdd  Doc 12363-10  Filed 01/25/08  Entered 01/25/08 17:10:46  Exhibit
E-4  Pg 2 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16745<br>Date Filed: 11/13/2007<br>Docketed Total: $13,238.61<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>TRANSFEREE OF UNITED STARS<br>INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>TRANSFEREE OF UNITED STARS<br>INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $13,238.61<br><br>Case Number* 05-44640    Secured    Priority $13,238.61    Unsecured<br>**$13,238.61** | Modified Total: $11,853.70<br><br>Case Number* 05-44640    Secured    Priority $11,853.70    Unsecured<br>**$11,853.70** |
| Claim: 10971<br>Date Filed: 07/26/2006<br>Docketed Total: $332,442.44<br>Filing Creditor Name and Address:<br>EATON AEROQUIP DE MEXICO<br>SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON AEROQUIP DE MEXICO SA<br>DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Docketed Total: $332,442.44<br><br>Case Number* 05-44481    Secured    Priority    Unsecured $332,442.44<br>**$332,442.44** | Modified Total: $130,456.87<br><br>Case Number* 05-44481    Secured    Priority    Unsecured $124,643.55<br>05-44640      $5,813.32<br>**$5,813.32**    **$124,643.55** |
| Claim: 6809<br>Date Filed: 05/25/2006<br>Docketed Total: $740,224.29<br>Filing Creditor Name and Address:<br>EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS<br>ASSIGNEE OF EATON<br>CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $740,224.29<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $740,224.29<br>**$740,224.29** | Modified Total: $522,778.00<br><br>Case Number* 05-44640    Secured    Priority $107,257.28    Unsecured $415,520.72<br>**$107,257.28**    **$415,520.72** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-10    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit
E-4    Pg 3 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15141<br>Date Filed: 07/31/2006<br>Docketed Total: $438,605.19<br>Filing Creditor Name and Address:<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Claim Holder Name and Address<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Docketed Total: | | $438,605.19 | | Modified Total: | | $45,245.33 |
| | Case Number*<br>05-44640 | Secured<br>$204,708.80 | Priority | Unsecured<br>$233,896.39 | Case Number*<br>05-44640 | Secured | Priority<br>$1,530.60 | Unsecured<br>$43,714.73 |
| | | **$204,708.80** | | **$233,896.39** | | | **$1,530.60** | **$43,714.73** |
| Claim: 16739<br>Date Filed: 11/06/2007<br>Docketed Total: $633,258.00<br>Filing Creditor Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br>FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | Docketed Total: | | $633,258.00 | | Modified Total: | | $566,254.64 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$633,258.00 | Case Number*<br>05-44640 | Secured | Priority<br>$23,525.65 | Unsecured<br>$542,728.99 |
| | | | | **$633,258.00** | | | **$23,525.65** | **$542,728.99** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-10    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit
E-4    Pg 4 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9261<br>Date Filed: 07/11/2006<br>Docketed Total: $4,251,232.51<br>Filing Creditor Name and Address:<br>FUTABA CORPORATION OF AMERICA<br>711 E STATE PKY<br>SCHAUMBURG, IL 60173 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVENUE<br>NEW YORK, NY 10179<br><br>Docketed Total: $4,145,064.91<br><br>Case Number*  Secured   Priority          Unsecured<br>05-44481                        $856,790.09      $3,288,274.82<br>                                         $856,790.09      $3,288,274.82 | Modified Total: $4,030,495.73<br><br><br><br>Case Number*  Secured   Priority          Unsecured<br>05-44640                        $197,369.77      $3,833,125.96<br>                                         $197,369.77      $3,833,125.96 |
| | Claim Holder Name and Address<br>FUTABA CORPORATION OF AMERICA<br>711 E STATE PKY<br>SCHAUMBURG, IL 60173<br><br>Docketed Total: $106,167.60<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                           UNL       $106,167.60<br>                                          UNL       $106,167.60 | Modified Total: $0.00<br><br><br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                           $0.00        $0.00<br>                                           $0.00        $0.00 |
| Claim: 11310<br>Date Filed: 07/27/2006<br>Docketed Total: $1,206,987.71<br>Filing Creditor Name and Address:<br>GE COMMERCIAL MATERIALS SA DE CV<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>SABIC INNOVATIVE PLASTICS US LLC<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078<br><br>Docketed Total: $1,206,987.71<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                      $1,206,987.71<br>                                                    $1,206,987.71 | Modified Total: $730,233.20<br><br><br><br>Case Number*  Secured   Priority          Unsecured<br>05-44640                        $43,573.28        $686,659.92<br>                                         $43,573.28        $686,659.92 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-10    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit  
E-4    Pg 5 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11473<br>Date Filed: 07/27/2006<br>Docketed Total: $5,256,752.18<br>Filing Creditor Name and Address:<br>GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078    Docketed Total: $1,162,115.70<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $1,162,115.70<br>                                          $1,162,115.70<br><br>Claim Holder Name and Address<br>SABIC INNOVATIVE PLASTICS US LLC<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078    Docketed Total: $4,094,636.48<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $4,094,636.48<br>                                          $4,094,636.48 | Modified Total: $3,524,425.79<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $3,361,492.94<br>05-44567              $9,728.00       $89,119.40<br>05-44624                                  $3,805.45<br>05-44539                                  $60,280.00<br>                      $9,728.00       $3,514,697.79<br><br>Modified Total: $199,218.25<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640              $199,218.25<br>                      $199,218.25 |
| Claim: 2036<br>Date Filed: 02/15/2006<br>Docketed Total: $1,288,259.67<br>Filing Creditor Name and Address:<br>S & Z TOOL & DIE CO INC<br>3180 BEREA RD<br>CLEVELAND, OH 44111-1595 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601    Docketed Total: $1,288,259.67<br><br>Case Number*   Secured       Priority   Unsecured<br>05-44640       $1,288,259.67<br>               $1,288,259.67 | Modified Total: $925,384.66<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640              $111,882.90   $813,501.76<br>                      $111,882.90   $813,501.76 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 5 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12363-10    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit
E-4    Pg 6 of 6

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11274<br>Date Filed: 07/27/2006<br>Docketed Total: $176,158.38<br>Filing Creditor Name and Address:<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name and Address<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947<br><br>Docketed Total: $176,158.38<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44481 | | | $176,158.38<br>**$176,158.38** | Modified Total: $58,876.97<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $32,169.54 | $26,707.43<br>**$32,169.54** **$26,707.43** |
| Claim: 2028<br>Date Filed: 02/15/2006<br>Docketed Total: $41,742.27<br>Filing Creditor Name and Address:<br>SYZ ROLMEX S DE RL DE CV<br>ATTN DAVID N RUTILA<br>PRESIDENT<br>3180 BEREA RD<br>CLEVELAND, OH 44111-1595 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $41,742.27<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | $41,742.27 | | <br>**$41,742.27** | Modified Total: $33,441.59<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $4,000.00 | $29,441.59<br>**$4,000.00** **$29,441.59** |
| Claim: 13546<br>Date Filed: 07/31/2006<br>Docketed Total: $42,827.19<br>Filing Creditor Name and Address:<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total: $42,827.19<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | $42,827.19 | | <br>**$42,827.19** | Modified Total: $42,827.19<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $9,226.10 | $33,601.09<br>**$9,226.10** **$33,601.09** |

**Total Claims to be Modified: 15**

**Total Amount as Docketed:** $16,964,288.44

**Total Amount as Modified:** $12,971,397.39

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim