Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1599963 ONTARIO LIMITED | 4769 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AFFINIA CANADA CORP EFT | 11099 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AGFA | 8719 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| AIRGAS EAST INC | 14280 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS SOUTH INC | 14281 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALCOA EXTRUSIONS INC | 12009 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ALEGRE INC | 12193 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALUMAX MILL PRODUCTS INC | 12006 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENT LLC AS ASSIGNEE OF FLEXLINK SYSTEMS INC | 8581 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION | 8584 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC | 7995 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ARBON EQUIP CORP RITE HITE CORP | 206 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS | 16749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARTHUR ANDERSEN LLP | 16748 | EXHIBIT C - UNTIMELY CLAIMS |
| ASHLAND INCORPORATED | 2760 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| BARNES GROUP INC | 12840 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BEHR HELLA THERMOCONTROL GMBH | 14058 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BEHR HELLA THERMOCONTROL GMBH | 15197 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BREEN COLOR CONCENTRATES INC | 14174 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BUCKHORN INC | 2610 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CAPSONIC AUTOMOTIVE INC | 16735 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| CARRIER CORP | 9462 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | 2693 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.                                                                Twenty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD) 05-44481-rdd    Doc 12363-12    Filed 01/25/08    Entered 01/25/08 17:10:46    Exhibit G

Pg 2 of 5

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | 10155 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S | 10390 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC | 9111 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | 12672 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CORUS LP | 5423 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CROWN EG INC | 6594 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CROWN SOLUTIONS INC | 6593 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CSI LEASING INC FKA COMPUTER SALES INTERNATIONAL INC | 9118 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| DAVALOR MOLD CORPORATION | 8980 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DAY PAK INC EFT | 13612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DEBRA A SMITH | 16063 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DIEMOLDING CORPORATION | 675 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| DIRECT SOURCING SOLUTIONS INC | 14260 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| E R WAGNER MANUFACTURING CO | 10685 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON CORPORATION | 6809 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON POWER QUALITY CORPORATION | 10969 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EIS INC | 9924 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAISON OFFICE PRODUCTS LLC | 11025 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAST TEK GROUP LLC | 6601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDERAL EXPRESS CORPORATION | 15604 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FEDEX CUSTOM CRITICAL | 747 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX CUSTOM CRITICAL | 749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX FREIGHT | 6934 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE COMMERCIAL MATERIALS SA DE CV | 11310 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GE INFRASTRUCTURE SENSING | 10734 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE PLASTICS | 11473 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE SILICONES | 15540 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GRIFFCO QUALITY SOLUTIONS INC | 15229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GW PLASTICS INC | 68 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 69 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 70 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 72 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HEALTHPLUS OF MICHIGAN INC | 13453 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HTC GLOBAL SERVICES INC | 12016 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HUCK INTERNATIONAL A DELAWARE CORPORATION | 12010 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| INGERSOLL RAND CO AIR SOLUTIONS | 1042 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JDC LOGISTICS INC | 4466 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JOHNSON ELECTRIC NORTH AMERICA INC | 9880 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| KUSS CORPORATION | 10983 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LORD CORPORATION | 16307 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LTX CORPORATION | 9680 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16741 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16742 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| METROCAL INC | 5734 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MEUNIER ELECTRONIC SUPPLY INC | 6632 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MILACRON MARKETING COMPANY | 2679 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MISSOURI SEA & AIR | 6637 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MITSUI AND CO USA INC | 5778 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13590 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13592 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC CO | 13591 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| N D K AMERICA INC | 14200 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| NEWARK ELECTRONICS | 7550 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ORBIS CORPORATION | 811 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| PHOTOCIRCUITS CORPORATION | 15447 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PITNEY BOWES INC FASCIMILE DIV | 10119 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD STAMPING TEXAS INC | 12437 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD TOOL & ENGINEERING | 12441 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER MANUFACTURING SUPPORT SERVICES INC | 2639 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| R & L SPRING CO EFT | 16740 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ROYAL DIE STAMPING CO | 2612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| S & Z TOOL & DIE CO INC | 2036 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SCHRADER BRIDGEPORT INTL INC | 11284 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SCOTT SPECIALTY GASES INC | 16104 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS DE MEXICO S DE RL CV JUAREZ MX | 11272 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS INC | 11274 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SPCP GROUP LLC AS ASSIGNEE OF JABIL CIRCUIT INC | 14140 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL ELECTRIC | 9601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPRINT NEXTEL CORP | 474 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| STAGECOACH CARTAGE | 5069 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPERIOR PLASTIC INC | 12350 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPPLIER INSPECTION SERVICES INC | 2426 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SYZ ROLMEX S DE RL DE CV | 2028 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| TENNESSEE VALLEY AUTHORITY | 1695 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY TVA | 2187 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| TGI DIRECT INC | 8927 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TGI DIRECT INC | 8929 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRICON INDUSTRIES INC | 8937 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| TRICON INDUSTRIES INC | 8935 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UNISEAL INC | 1916 | EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS |
| UNITED STARS INDUSTRIES INC | 16695 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16747 | EXHIBIT C - UNTIMELY CLAIMS |
| VJ TECHNOLOGIES INC | 16460 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| VOLLAND ELECTRIC | 14660 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| WRIGHT STATE UNIVERSITY | 2906 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ZEISS CARL IMT CORP | 10882 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |