UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
    In re                                    :     Chapter 11
:
DELPHI CORPORATION, et al.,        :     Case No. 05-44481 (RDD)
:
                     Debtors.      :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOFS OF CLAIM NUMBERS 14070 AND 14245

("LIGHTSOURCE PARENT CORPORATION AND GUIDE CORPORATION ORDER")

        Upon the Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection") and the Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (together with the Third Omnibus Claims Objection, the "Omnibus Claims Objections"), together with the Supplemental Reply To The Responses Of Lightsource Parent Corporation And Guide Corporation To The Debtors' Objections To Proofs Of Claim Nos.

14070 And 14245 (Docket No. 11636) (the "Supplemental Reply") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and the documents in response to the Omnibus Claims Objections and the Supplemental Reply filed by Lightsource Parent Corporation and Guide Corporation (collectively, the "Claimants"); and the Court having considered the arguments of both parties at the hearing on this matter conducted on January 11, 2008 (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing therefor for the reasons set forth in the ruling attached as Exhibit A hereto, which modifies and supersedes the Court's bench ruling given at the Hearing,

    IT IS HEREBY FOUND AND DETERMINED THAT:[1]

    A.    The Claimants were properly served with the Omnibus Claims Objections and the Debtors' Supplemental Reply.

    B.    The Court has jurisdiction over the Omnibus Claims Objections pursuant to 28 U.S.C. §§ 157 and 1334.  The Omnibus Claims Objections are core proceedings under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Omnibus Claims Objections in this district is proper under 28 U.S.C. §§ 1408 and 1409.

    C.    For the reasons more fully stated in Exhibit A hereto, which is incorporated by reference herein, proofs of claim numbers 14070 and 14245 filed by the Claimants fail to state a claim upon which relief may be granted.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Claims Objections.

2

       1.       Proof of claim number 14070 filed by Guide Corporation is hereby disallowed and expunged in its entirety, with prejudice.

       2.       Proof of claim number 14245 filed by Lightsource Parent Corporation is hereby disallowed and expunged in its entirety with prejudice.

       3.       The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
       January 28, 2008

                                               /s/ Robert D. Drain     
                                    UNITED STATES BANKRUPTCY JUDGE