UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :

    In re                                               :         Chapter 11

DELPHI CORPORATION, et al.,        :         Case No. 05-44481 (RDD)

                              Debtors.     :         (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEVENTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §331
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

("SEVENTH SUPPLEMENTAL INTERIM COMPENSATION ORDER")

Upon the motion, dated October 8, 2005 (the "Motion"), [1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under section 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, establishing procedures for interim compensation and reimbursement of expenses for court-approved professionals and the appointment of a fee committee (the "Joint Fee Review Committee") and establishing a protocol regarding the Joint Fee Review Committee, its composition, mandate, and procedures in accordance with the Fee Committee And Fee Procedures Protocol (the "Fee Protocol"); and this Court having entered an order on November 4, 2005 (Docket No. 869) granting certain of the relief requested in the Motion (the "Initial Order"); and this Court having supplemented the

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion For Administrative Order Under 11 U.S.C. §331 (I) Establishing Procedure For Interim Compensation And Reimbursement Of Expenses Of Professionals And (II) Setting A Final Hearing Thereon (the "Interim Compensation Motion") (Docket No. 11).

Initial Order from time to time thereafter[2] (together with the Initial Order, the "Prior Orders"); and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Prior Orders shall continue in full force and effect, except that the Court shall hold a hearing to consider approval of the Sixth Fee Applications (for the period covering June 2007 through September 2007) at the omnibus hearing date of February 21, 2008 at 10:00 a.m. (prevailing Eastern time).

Dated:   New York, New York
         January 28, 2008

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

---

[2] The Court has entered supplemental orders at Docket Nos. 2747 (First Supplemental Order entered on March 8, 2006), 2986 (Second Supplemental Order entered on March 28, 2006), 3630 (Third Supplemental Order entered on May 5, 2006), 4545 (Fourth Supplemental Order entered on July 12, 2006), 5310 (Fifth Supplemental Order entered on October 13, 2006), and 6145 (Sixth Supplemental Order entered on December 11, 2006).