# GROUP EXHIBIT B



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 100
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 015929

DATE OF INVOICE
08/22/2005

TO:

Vendor Code: 095309860T

SHIP TO:

SALESPERSON

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P/I | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00824 | 08/22/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014637 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs. | 26094170 PINION SHAFT   [ P/T Nos.   146 ] | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL |
|---|
| 123,125.0000 |

tabbies®

EXHIBIT
GROUP
"B"



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

**INVOICE**    No. 015960

**DATE OF INVOICE**
08/29/2005

TO: [redacted]

SHIP TO: DELPHI S.A.O (LAREDO) (ASSEMBLY/INSPECTION CLIP) [redacted]

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.| P.P. | F.O.B. POINT | SALESPERSON | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/0008-49 | 08/29/2005 | TRUCK | | | LAREDO | | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs. | 26094170  PINION SHAFT<br>[ P/T Nos.   147 ] | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | 23,125.0000 |
|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 0953809860

## INVOICE

No. 015083

**DATE OF INVOICE**
09/02/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | COL. P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00876 | 09/02/2005 | TRUCK | | | LAREDO | NET 25 TH | | SAG901-4657 |

| QUANTITY | | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1,500pcs. | 260094170 PINION SHAFT | [ P/T Nos.  148 ] | | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL |
|---|---|
| | 1,123,125.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 093309860

**INVOICE**    No. 016041

TO:

SHIP TO:

DATE OF INVOICE 09/20/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL. | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00933 | 09/20/2005 | TRUCK | | | LAREDO | NET 25 TH | | SAG901657 |

| QUANTITY | DESCRIPTION [ P/T Nos.   150 ] | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500 pcs. | 260941/0  PINION SHAFT | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:  MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | 1,123,125.0000 |
|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016057

TO:

Vendor Code: 095309860

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P.I. | F.O.B. POINT | TERMS | SALESPERSON | DATE OF INVOICE |
|---|---|---|---|---|---|---|---|---|
| 05/0095D | 09/27/2005 | TRUCK | | | LAREDO | NET 25 TH | | 09/27/2005 |

| QUANTITY | DESCRIPTION | | YOUR ORDER NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1,500pcs | 26094170   PINION SHAFT   [P/T Nos.   151 ] | | SAG904657 | ¥748.7500 | ¥1,123,125.0000 |

| | TOTAL |
|---|---|
| | 123,125.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE    No. 015976

TO:

SHIP TO:

Vendor Code:

DATE OF INVOICE
09/01/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL/P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00873 | 09/01/2005 | TRUCK | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10,500pcs. | 26001257 INNER RACE BLANK {P/T Nos. 4519 to 4523} | ¥79.0000 | ¥1,879,500.0000 |

/ 14636

| | TOTAL |
|---|---|
| | 879,500.0000 |

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 190
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 015080

**TO:**

DELPHI SABINAW STEERING SYS

Vendor Code:

**SHIP TO:**

DELPHI SAGINAW PLANT 32
445 WEST MCCLELLAN DRIVE
SAGINAW, MI 48601

| | DATE OF INVOICE |
|---|---|
| | 09/02/2005 |

| SALESPERSON | TERMS | YOUR ORDER NUMBER |
|---|---|---|
| | NET 25TH | SAG9012815 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL P/P | F.O.B. POINT |
|---|---|---|---|---|
| 05.00852 | 09/02/2005 | TRUCK | | CHICAGO |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257<br>INNER RACE BLANK<br><br>[ PT Nos.    4511 to 4518 ] | ¥ 79.0000<br>¥3,007,200.0000 | |

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | 3,007,200.0000 |
|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No. 01-5981

TO:

Vendor Code:

SHIP TO:

| SALESPERSON | DATE OF INVOICE |
|---|---|
|  | 09/02/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|
| 05/00853 | 09/02/2005 | TRUCK |  | CHICAGO | NET 25TH | SAC9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278<br>INNER RACE<br>[ P/T Nos.   1783  to  1789 ] | ¥ 50.0000<br>¥ 3,045,000.0000 |  |

*17641*

| | TOTAL | 045,000.0000 |
|---|---|---|

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7200

## INVOICE

No. 016009

**DATE OF INVOICE** 09/09/2005

TO:

SHIP TO:

Vendor Code:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00882 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257<br>INNER RACE BLANK<br>[ P/T Nos.    4524 to 4531 ] | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 007,200.0000 |
|---|---|---|

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE**

No. 036010

TO:

Vendor Code:

SHIP TO:

| SALESPERSON | DATE OF INVOICE |
|---|---|
| | 09/09/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|
| 05/00883 | 09/09/2005 | TRUCK | COL P/P | CHICAGO | NET 25TH | SAC9012815 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 20,300pcs. | 26079278   INNER RACE | [ P/T Nos.   1790  to  1796 ] | ¥150.0000 | ¥3,045,000.0000 |

√ 17670

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL |
|---|---|
| | ¥3,045,000.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

# INVOICE

No: 016038

TO:

Vendor Code:

SHIP TO:

| SALESPERSON | DATE OF INVOICE |
|---|---|
| | 09/19/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.P.P. | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| 05/00912 | 09/19/2005 | TRUCK | | CHICAGO | NET 25TH |

| QUANTITY | DESCRIPTION | YOUR ORDER NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16,800pcs. | 26001257 INNER RACE BLANK [ P/T Nos.   4532  to  4539 ] | SAC9012815 | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL |
|---|---|
| | 007,200.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

## INVOICE

No: 016039

TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | COL| P.P | F.O.B. POINT |
|---|---|---|---|---|---|---|
| 05/00913 | 09/19/2005 | TRUCK | | | | CHICAGO |

| SALESPERSON | TERMS | YOUR ORDER NUMBER | DATE OF INVOICE |
|---|---|---|---|
| | NET 25TH | SAG9012815 | 09/19/2005 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278  INNER RACE  [ P/T Nos.  1797 to 1803 ] | ¥150.0000  ¥3,045,000.0000 | |

Please remit payment to:  MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No. 016059

**DATE OF INVOICE** 09/23/2005

TO:

Vendor Code:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | COL P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00938 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 <br> INNER RACE BLANK <br> [ P/T Nos.    4540  to  4547 ] | ¥ 179.0000 <br> ¥3,007,200.0000 | |

Please remit payment to:

MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL**    3,007,200.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7200

## INVOICE

No. 016060

TO:

Vendor Code:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | DATE OF INVOICE |
|---|---|---|---|---|---|---|---|---|
| 05/00939 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | | 09/23/2005 |

| QUANTITY | DESCRIPTION | | YOUR ORDER NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 20,300pcs | 26079278 INNER RACE | [P/T Nos.  1804  to  1810] | SACP012815 | ¥150.0000 | ¥3,045,000.0000 |

Please remit payment to:  MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | 045,000.0000 |
|---|---|

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016086

TO:

Vendor Code:

SHIP TO:

| SALESPERSON | DATE OF INVOICE 09/30/2005 |
|---|---|

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL. | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| 05/00964 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 | ¥179.0000 (¥3,007,200.0000) |

| QUANTITY | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 2600125* INNER RACE BLANK [ P/T Nos.    4548  to  4555 ] | | |

| | TOTAL | 007,200.0000 |

Please remit payment to:

MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

## INVOICE

No. 016087

TO:

SHIP TO:

SALESPERSON

DATE OF INVOICE
09/30/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | | | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| | | | COL. | P.P. | | | |
| 05/00965 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs | 26079278
INNER RACE
[ P/T Nos.   1811 to 18171] | ¥ 150.0000
*30,045,000.0000 | |

Please remit payment to

MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | 045,000.0000 |
|---|---|

# MORGAN AROKON ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7900

**INVOICE**    No. 013332

**TO:**
DELPHI SAGINAW STEERING SYSTEM

Vendor Code: 095309860

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

**DATE OF INVOICE** 03/08/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|
| 05/00258 | 03/08/2005 | ALVAN MOTOR | | SAG-015218 |

| QUANTITY | DESCRIPTION | COL. P.P. | F.O.B. POINT | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2,250 pcs | 26099986 | | | | | |
| | PINION SHAFT | | CHICAGO | NET 25 TH | $5.2200 | $11,745.0000 |
| | [ P/T Nos.    148 ] | | | | | |

✓ 16430

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | $11,745.0060 |
|---|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

## INVOICE

No. 016020

TO:

SHIP TO:

| SALESPERSON | DATE OF INVOICE |
|---|---|
| | 09/13/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00931 | 09/13/2005 | ALVAN MOTOR | | | | CHICAGO | NET 25 TH | SAG9015218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 11,250 pcs. | 26005086<br>PINION SHAFT<br>[ P/T Nos.  167  to  171 ] | $5.2200<br>$58,725.0000 | |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL | $58,725.0000 |
|---|---|

17679



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7200

## INVOICE No. 016072

DATE OF INVOICE 09/28/2005

TO:

SALESPERSON

YOUR ORDER NUMBER SAG9015216

| QUANTITY | ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.P.# | F.O.B. POINT | DESCRIPTION | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4,500 PCS | | 09/15/05 | DANZAS | | CHICAGO | P/N 25113361 PINION SHAFT (P/T No. 1 to 2) | | $3.52 | $15,840.00 |

17784

PLEASE REMIT PAYMENT TO: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** $15,840.00

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE No. 016061**

TO:

SHIP TO:

| DATE OF INVOICE |
| --- |
| 09/26/2005 |

| SALESPERSON | YOUR ORDER NUMBER |
| --- | --- |
| | S2853172 |

| QUANTITY | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | CO | P/P | F.O.B. POINT | TERMS | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2,084 PCS | 09/12/05 | TRUCK | P/N 26117080<br>INNER RACE SAMPLES<br><br>(P/T No. 1) | | | LAREDO | | $2.46 | $5,126.64 |

PLEASE REMIT PAYMENT TO: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL |
| --- |
| $5,126.64 |