DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                                    :         Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :         Case No. 05-44481 (RDD)
                                                          :
        Debtors.                                          :         (Jointly Administered)
-----------------------------------------------------------X

**OBJECTION OF HENKEL CORPORATION TO DEBTORS'
NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED
UNDER PLAN OF REORGANIZATION**

Henkel Corporation ("Henkel"), by and through its undersigned counsel, hereby objects to the Debtors' Notice(s) of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization, dated December 10, 2007 and January 29, 2008 (the "Cure Notice"), as it pertains to executory contracts between Henkel and the above-captioned debtors (the "Debtors") and respectfully states as follows:

1.      Notwithstanding the fact that Henkel has filed numerous proofs of claim in the above-captioned bankruptcy cases asserting various amounts due and owing Henkel, the Cure Notice incredulously lists cure amounts of $0 for all contracts pertaining to Henkel.

2.      In accordance with the procedures described in the Cure Notice, Henkel timely returned the Cure Notice form to Kurtzman Carson Consultants, LLC, indicating that it disagreed with the Debtors' alleged cure amounts.

       3.      Henkel objects to the Cure Notice on the basis that the cure amounts are understated with respect to the executory contracts related to Henkel. Henkel asserts that to the extent the Debtors seek to assume and/or assume and assign the contracts set forth in Henkel's proofs of claim, the amounts asserted in such proofs of claim are the correct cure amounts due and owing Henkel.

Dated: January 29, 2007

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ David B. Aaronson
David B. Aaronson (DA-8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Henkel Corporation