DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                :         Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :         Case No. 05-44481 (RDD)
                                      :
        Debtors.                       :         (Jointly Administered)
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       I, Jane L. Gorman, hereby certify that on this 29th day of January, 2008, I caused to be served by first class United States mail, postage pre-paid, a copy of the OBJECTION OF HENKEL CORPORATION TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION upon the following:

| | |
|---|---|
| John W. Butler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022-4834 |
| Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver et al.<br>One New York Plaz<br>New York, NY  10004 | |

Office of the United States Trustee
Southern District of New York
Attn:  Alicia M. Leohard
33 Whitehall Street, Suite 2100
New York, NY  10004

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Glenn M. Kurtz
Gregory Pryor
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

John M. Reiss
Gregory Pryor
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632 (Chambers)
New York, NY 10004


/s/ Jane L. Gorman
   Jane L. Gorman
   Drinker Biddle & Reath LLP
   One Logan Square
   18th & Cherry Streets
   Philadelphia, PA 19103