DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                                              :        Chapter 11
                                                                         :
DELPHI CORPORATION, et al.,                      :        Case No. 05-44481 (RDD)
                                                                         :
         Debtors.                                                :        (Jointly Administered)
-----------------------------------------------------------X

**OBJECTION OF HENKEL CORPORATION TO DEBTORS'
NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION
AND/OR ASSIGNMENT OF EXECUTORY CONTRACT
OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Henkel Corporation ("Henkel"), by and through its undersigned counsel, hereby objects to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (the "Cure Notice"), as it pertains to executory contracts between Henkel and the above-captioned debtors (the "Debtors") and respectfully states as follows:

        1.     Notwithstanding the fact that Henkel has filed numerous proofs of claim in the above-captioned bankruptcy cases asserting various amounts due and owing Henkel, the Cure Notice does not appears to set forth a cure amount with respect to contracts pertaining to Henkel.

2.	Henkel is currently in the process of ascertaining the correct cure amounts, but objects to the Cure Notice on the basis that the cure amounts are understated with respect to the executory contracts related to Henkel.

Dated: January 29, 2007

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ David B. Aaronson
David B. Aaronson (DA-8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Henkel Corporation