DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------X
In re:                                    :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
          Debtors.                        :        (Jointly Administered)
---------------------------------------------------------X
```

**CERTIFICATE OF SERVICE**

I, Jane L. Gorman, hereby certify that on this 29th day of January, 2008, I caused to be

served by first class United States mail, postage pre-paid, a copy of the OBJECTION OF

HENKEL CORPORATION TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT

TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT

OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING

AND HALFSHAFT BUSINESS upon the following:

| | |
|---|---|
| John K. Lyons | Delphi Automotive Systems LLC |
| Ron E. Meisler | Attn: Legal Staff |
| Brian M. Fern. | 5725 Delphi Drive, |
| Skadden, Arps, Slate, Meagher & Flom LLP | Troy Michigan 48098 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, IL  60606 | Bonnie Steingart, Esq. |
| | Fried, Frank, Harris, Shriver et al. |
| Delphi Corporation | One New York Plaz |
| Attn:  Deputy General Counsel, | New York, NY  10004 |
| Transactional & Restructing | |
| 5725 Delphi Drive | |
| Troy, MI  48098 | |

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834

Richard L. Wynne
Kirkland & Ellis LLP
777 South Figeuroa Street
Los Angeles, California 90017

Office of the United States Trustee
Southern District of New York
Attn:  Alicia M. Leohard
33 Whitehall Street, Suite 2100
New York, NY  10004

/s/ Jane L. Gorman
    Jane L. Gorman
    Drinker Biddle & Reath LLP
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA 19103