UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | **Chapter 11** |
|  | **Case No.: 05-44481 (RDD)** |
| Delphi Corporation, et al. | **(Jointly Administered)** |
|  Debtor. |  |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Wells Manufacturing Co., Inc., in the above-captioned proceeding and that pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served as set forth below:

Goldberg Segalla LLP
665 Main Street, Suite 400
Buffalo, New York 14203
Attention: Bruce W. Hoover, Esq.
Telephone No.: (716) 566-5400
Fax No.: (716) 566-5401
bhoover@goldgbergsegalla.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Wells Manufacturing Co., Inc., or any property or proceeds in which it claims an interest.

DATED:   January 30, 2008
         Buffalo, New York

                                        /s/Bruce W. Hoover
                                Bruce W. Hoover, Esq. (BH0550)
                                Christopher J. Belter, Esq. (CB7251)
                                GOLDBERG SEGALLA, LLP
                                *Attorneys for MasTec, Inc.*
                                Goldberg Segalla, LLP
                                665 Main Street, Suite 400
                                Buffalo, New York 14203
                                Telephone: (716) 566-5400
                                Facsimile: (716) 566-5401
                                bhoover@goldbergsegalla.com

365533.1