**Hearing Date: January 31, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
     In re                                   :   Chapter 11
: 
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
: 
                   Debtors.     :   (Jointly Administered)
: 
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED NINETEENTH CLAIMS HEARING AGENDA

  Location Of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

  A.  Introduction

  B.  Adjourned Matter (1 Matter)

  C.  Contested Matter (1 Matter)

**B.**  **Adjourned Matter**

  1.  **"Motion Of Conestoga-Rovers & Associates, Inc. For Leave To File Late Proof Of Claim"** – Consolidated Application And Memorandum In Support Of Motion Of Conestoga Rovers & Associates, Inc. (I) To Allow Amended Claim, Filed After Bar Date, As Relation Back To Original Claim, Or (II) Alternatively, For Leave To File Late Proof Of Claim (Docket No. 11307)

    *Response Filed:*  N/A

    *Reply Filed:*  None

    *Related Filings:*  *Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)*

      *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To*

>*Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)*
>
>*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)*
>
>*Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Conestoga-Rovers & Associates, Inc. (Proof Of Claim 16604) (Docket No. 11090)*
>
>*Notice of Motion of Conestoga-Rovers & Associates, Inc.(I) To Allow Amended Claim, Filed After Bar Date, As Relation Back to Original Claim, Or (II) Alternatively, For Leave To File Late Proof of Claim (Docket No. 11331)*
>
>*Status:*   *By agreement of the parties, this matter has been adjourned to the February 7, 2008 hearing.*

**C.    Contested Matter**

2. **"Samsung Electro-Mechanics Co., Ltd.'s Motion To Reconsider Order Expunging Claim"** – Motion To Reconsider FRCP 60 Or FRBP 3008 Disallowing And Expunging Certain Claims Identified In Eleventh Omnibus Claims Objection With Regard To Proof Of Claim No. 16485 Of Samsung Electro-Mechanics Co., Ltd. (Docket No. 10985)

>*Response Filed:*   *Debtors' Objection To Samsung Electro-Mechanics Co., Ltd.'s Motion To Reconsider Order Expunging Claim No. 16485 (Docket No. 11650)*
>
>*Reply Filed:*   *None.*
>
>*Related Filings:*   *Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*

3

*P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)*

*Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified in Twentieth Omnibus Claims Objection (Docket No. 7755)*

*Order Pursuant To  11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified in Eleventh Omnibus Claims Objection (Docket No. 7771)*

      *Status:*   *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
    January 30, 2008

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

By: /s/ John Wm. Butler, Jr.
  John Wm. Butler, Jr. (JB 4711)
  John K. Lyons (JL 4951)
  Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
  Kayalyn A. Marafioti (KM 9632)
  Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  *Debtors and Debtors-in-Possession*