

# FAIR LIQUIDITY PARTNERS, LLC

19487 Roble Court, Saratoga, CA 95070
Tel: (408) 868-1507; Fax: (408) 868-1509



January 23, 2008

US Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

SUBJECT: NOTICE OF TRANSFER OF CLAIM OTHER THAN SECURITY- CASE #05-44640
(Jointly administered under Delphi Corporation Case No. 05-44481)

Dear Sir/Madam,

Kindly record and file the attached Transfer of Claim in regards to Case Number 05-44640, Delphi Automotive Systems, LLC, jointly administered under Delphi Corporation Case No. 05-44481. Please also return a copy with the file stamp in the self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact us. Thanks for your assistance.

Respectfully,

Sue de Guzman
Credit Manager

# UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green, New York, New York 10004-1408

In re: Delphi Automotive Systems, LLC.
(Jointly administered under Delphi Corp-Case No. 05-44481)

Case No. 05-44640

JAN 25 2008

Court ID (court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**FAIR LIQUIDITY PARTNERS, LLC**
Name of Transferee

**SIMARD MICHEL LTD.**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:
**FAIR LIQUIDITY PARTNERS, LLC**
**19487 ROBLE CT.**
**Saratoga, CA. 95070**
Phone: **(408) 868-1507**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:
**SIMARD MICHEL LTD.**
Attn: **Mr. Michel Simard**
**170 Sheldon Drive**
**Cambridge, Ontario, Canada N1R7K1**
Last Four Digits of Acct#: _____

Court Claim (if known): **6395**
Claim Amount: **$9,997.00**
Date Claim Filed: **05/19/06**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maya Krish
Maya Krish
Transferee/Transferee's Agent

Date: 01/23/08

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

| ~~DEADLINE TO OBJECT TO TRANSFER ~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    **CLERK OF THE COURT**

**SIMARD MICHEL LIMITED** ("Assignor"), transfers and assigns unto Fair Liquidity Partners, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: DELPHI AUTOMOTIVE SYSTEMS, LLC, (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to **SIMARD MICHEL LIMITED** claims of Assignor in the aggregate amount of **$9,997.00**, representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 administered as Case No. 05-44640, jointly administered under Delphi Corporation, Case No. 05-44481. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (c) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the __23__ day of __JAN__, 2008.

(Assignor)
**SIMARD MICHEL LIMITED**

Signature: _[signature]_

Name: MICHEL SIMARD

Title: PRESIDENT

(Assignee)
**FAIR LIQUIDITY PARTNERS, LLC**

Signature: _Maya Krish_

Name: Maya Krish

Title: Vice President, Credit

(Assignor)
WITNESS:

Signature: _[signature]_

Name: DAN MORRISON

Title: SALES MANAGER

(Assignee)
WITNESS:

Signature: _[signature]_

Name: Sue de Guzman

Title: Credit Manager