**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                      Chapter 11

                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                 Jointly Administered

                    Debtors

---------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Mary F. Caloway, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Mary F. Caloway, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 30, 2008
        New York, New York

                                    /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE