**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                          Chapter 11

                                                                                 Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                 Jointly Administered

                          Debtors

---------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Courtney Engelbrecht Barr, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Courtney Engelbrecht Barr, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 30, 2008
           New York, New York

                                                            /s/Robert D. Drain_____
                                                            UNITED STATES BANKRUPTCY JUDGE