COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for GMD Industries
dba Production Screw Machine Co.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------  x
                                                :

In re                              :           Chapter 11

                                     :

DELPHI CORPORATION, et al.,      :          Case No. 05-44481 (RDD)

                                   :

              Debtors.        :          (Jointly Administered)

---------------------------------------------------  :


## LIMITED OBJECTION OF GMD INDUSTRIES dba PRODUCTION SCREW MACHINE CO. TO ASSUMPTION AND ASSIGNMENT OF PURCHASE ORDER NUMBER SAG90I4738

      This Limited Objection to the Assumption and Assignment of Purchase Order Number SAG90I4738 is filed by GMD Industries dba Production Screw Machine Co. ("PSMCO") for the sole purpose of bringing to the attention of all interested parties the Surcharge Implementation agreed to by Delphi Global Supply Management – Stampings (the "Surcharge Implementation"), which relates *inter alia* to Purchase Order Number SAG90I4738.

      The Surcharge Implementation has been in effect between Delphi and PSMCO for PSMCO parts pricing from January 1, 2005 through the present.  The Surcharge Implementation, while not a part of Purchase Order Number SAG90I4738, directly affects parts pricing thereunder and PSMCO brings this Limited Objection to ensure that the provisions thereof will

PDF created with pdfFactory trial version www.pdffactory.com

be brought to the attention of and be binding upon the purchaser of the Steering and Halfshaft business.

Because the Surcharge Implementation document contains a non-disclosure provision, it is not attached as an exhibit hereto. However, PSMCO will make a copy of the document available to any interested party authorized by the Debtor or the Bankruptcy Court to receive it.

January 30, 2008                                Respectfully submitted,

                                                COOLIDGE WALL CO., L.P.A.

                                                 /s/ Ronald S. Pretekin
                                                Ronald S. Pretekin  (OH 0018694)
                                                33 West First Street, Suite 600
                                                Dayton, OH  45402
                                                Telephone:  937-223-8177
                                                Facsimile:  937-223-6705
                                                e-mail:  pretekin@coollaw.com

                                                ATTORNEYS FOR GMD INDUSTRIES
                                                dba PRODUCTION SCREW MACHINE CO.


                                CERTIFICATE OF SERVICE

        I hereby certify that on January 30, 2008, a copy of the foregoing *Limited Objection of GMD Industries dba Production Screw Machine Co. to Assumption and Assignment of Purchase Order Number SAG90I4738* was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system.  Copies were forwarded to those parties listed below via Federal Express.


                                                 /s/ Ronald S. Pretekin
                                                Ronald S. Pretekin

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com

*VIA FEDERAL EXPRESS:*

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
      Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

Delphi Corporation
Attn:  Deputy General Counsel
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098

Davis Polk & Wardwell
Attn:  Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY  10017

Fried Frank Harris Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York, NY  10004

Office of the United States Trustee
for the Southern District of New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom LLP
Attn:  John K. Lyons
Ron E. Meisler
Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Latham & Watkins LLP
Attn:  Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

Kirkland & Ellis LLP
Attn:  Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA  90017

S:\Wdox\Client\008016\00231\00379351.Doc

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com