# EXHIBIT 1

Acument Global Technologies Inc
Decorah Operations
1302 Kerr Dr
Decorah, IA 52101-2406

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550129179 |

# EXHIBIT 1

Adams Oil Enterprises Inc
7030 East St
Saginaw, MI 48601-9724

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550033947 |

# EXHIBIT 1

American Axle & Manufacturing Inc
Tonawanda Forge Facility
P.O. Box 1210
Buffalo, NY 14240-1210

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550119465 |

# EXHIBIT 1

American Axle & Manufacturing Inc
Tonawanda Forge Facility
P.O. Box 1210
Buffalo, NY 14240-1210

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550193997 |

# EXHIBIT 1

American Axle & Manufacturing Inc
One Dauch Drive
Detroit, MI 48211-1198

| **Contract to be assumed and/or assigned:** |
|:---:|
| Long Term Contract and Revised Price Schedule Agreement between American Axle and Mfg and DASLLC executed 04/28/03 |

# EXHIBIT 1

American Axle & Mfg Holdings Inc
One Dauch Drive
M/C 4E-3-25 Jim Kibler
Detroit, MI 48211

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054946, 550054947, 550055905 |

# EXHIBIT 1

American Axle & Mfg Holdings Inc
One Dauch Drive
M/C 4E-3-25 Jim Kibler
Detroit, MI 48211

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079422, 550079423 |

# EXHIBIT 1

Ames Reese Inc
P.O. Box 413
Bird In Hand, PA 17505

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057004 |

# EXHIBIT 1

Barnes Group Inc
Associated Spring Division
18 Main St
Bristol, CT 06010-6527

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550001320 |

# EXHIBIT 1

Barnes Group Inc
Associated Spring Division
18 Main St
Bristol, CT 06010-6527

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550061890 |

# EXHIBIT 1

Barnes Group Inc
Associated Spring Division
18 Main St
Bristol, CT 06010-6527

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550128249 |

# EXHIBIT 1

Camcar LLC
Wytheville Operations
345 E. Marshall St
Wytheville, VA 24382-3917

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129222 |

# EXHIBIT 1

Carolina Forge Co
P.O. Box 370
Wilson, NC 27894-0370

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025513 |

# EXHIBIT 1

Carolina Forge Co
P.O. Box 370
Wilson, NC 27894-0370

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550065141 |

# EXHIBIT 1

Carolina Forge Co
P.O. Box 370
Wilson, NC 27894-0370

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550077225 |

# EXHIBIT 1

Carolina Forge Co
P.O. Box 370
Wilson, NC 27894-0370

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550119466 |

# EXHIBIT 1

Carolina Forge Co
P.O. Box 370
Wilson, NC 27894-0370

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550200995, 550147947 |

# EXHIBIT 1

Chassis Corp of Michigan
2223 Dove Street
Port Huron, MI 48060

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 6340 |

# EXHIBIT 1

Chassis Corp of Michigan
2223 Dove Street
Port Huron, MI 48060

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 6728 |

# EXHIBIT 1

Chevron USA Inc
Chevron USA Products Co
9401 Williamsburg Plaza, Ste 201
Louisville, KY 40222-5092

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550137958, 550137956 |

# EXHIBIT 1

Cleveland Die & Manufacturing Co
20303 First St
Middleburg Heights, OH 44130-2433

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000780, 550002902, 550003750 |

# EXHIBIT 1

Clyde Tool & Die Inc
Clyde Foam
524 S. Church St
Clyde, OH 43410-2100

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080334 |

# EXHIBIT 1

Cold Heading Co, The
21777 Hoover Rd
Warren, MI 48089

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037909 |

# EXHIBIT 1

Cold Heading Co, The
21777 Hoover Rd
Warren, MI 48089

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550135905 |

# EXHIBIT 1

Crown Packaging Corp
1885 Woodman Center Drive
Dayton, OH 45420

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550085698 |

# EXHIBIT 1

D&M Custom Injection Moldings
D&M Plastics
P.O. Box 158
Burlington, IL 60109

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000794 |

# EXHIBIT 1

D&M Custom Injection Moldings
D&M Plastics
P.O. Box 158
Burlington, IL 60109

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550002990 |

# EXHIBIT 1

D&M Custom Injection Moldings
D&M Plastics
P.O. Box 158
Burlington, IL 60109

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000794 |

# EXHIBIT 1

Decoletaje y Tornilleria SA
DYTSA
Apartado 24
Banyoles Gerona, - 17820
Spain

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550004355 |

# EXHIBIT 1

Delphi Shanghai Dynamics & Propulsion System Co, Ltd
328 Huajing Road WGQ
Free Trade Zone
Shanghai, - -
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) SCD00754 |

# EXHIBIT 1

Delta Rubber Co, The
P.O. Box 300
Danielson, CT 06239-0300

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000739 |

# EXHIBIT 1

Dynametal Technologies Inc
400 Dupree St
Brownsville, TN 38012

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057776 |

# EXHIBIT 1

Elgin Die Mold Co
14N002 Prairie St
Pingree Grove, IL 60140-6314

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550002989, 550059678, 550060541, 550075893 |

# EXHIBIT 1

Elgin Die Mold Co
14N002 Prairie St
Pingree Grove, IL 60140-6314

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550189398 |

# EXHIBIT 1

Elgin Die Mold Co
14N002 Prairie St
Pingree Grove, IL 60140-6314

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550132492, 550128053, 550125762 |

# EXHIBIT 1

Federal Mogul Corp
Sealing Systems
9104 Alex Harvin Hwy
Summerton, SC 29148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000742 |

# EXHIBIT 1

Federal Mogul Corporation
Federal Mogul
P.O. Box 1966
Southfield, MI 48235

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550151583 |

# EXHIBIT 1

Federal Screw Works
20229 E 9 Mile
Saint Clair Shores, MI 48080-1775

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000743, 550025438 |

# EXHIBIT 1

FHBC America Inc
1750 E. Big Beaver Rd
Troy, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038588 |

# EXHIBIT 1

Formtech Industries LLC
2727 W 14 Mile Rd
Royal Oak, MI 48073-1712

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550128266, 550128267, 550128268 |

# EXHIBIT 1

Freudenberg-Nok General Partnership
Seals Division
P.O. Box 2001
Bristol, NH 03222-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550123616, 550123617, 550123618 |

# EXHIBIT 1

Freudenberg-Nok General Partnership
Seals Division
P.O. Box 2001
Bristol, NH 03222-2001

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550125853 |

# EXHIBIT 1

Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510-9241

| **Contract to be assumed and/or assigned:** |
| --- |
| License Assignment, Assumption and Consent between General  Motors Corporation, Delphi Automotive Systems LLC and The Alabama Great Southern Railroad Company and Norfolk Southern Railway Company dated 12/10/98 for Agreement dated 12/31/45 between The Pennsylvania Railroad Company (Norfolk Southern Railway Company, last successor) and General Motors Corporation |

# EXHIBIT 1

General Motors Corporation
Attn: Legal Staff
300 Renaissance Center
Detroit, MI 48265-3000

| Contract to be assumed and/or assigned: |
|---|
| License Assignment, Assumption and Consent between General  Motors Corporation, Delphi Automotive Systems LLC and The Alabama Great Southern Railroad Company and Norfolk Southern Railway Company dated 12/10/98 for Agreement dated 12/31/45 between The Pennsylvania Railroad Company (Norfolk Southern Railway Company, last successor) and General Motors Corporation |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| New GM Programs Family 2; Blanket Contract Number 84G00024, Issue Date 03/06/07; Amendment No. 2, Part No. 13502216 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| New GM Programs Family 3; Blanket Contract Number 84G00027, Issue Date 03/08/07; Amendment No. 3, Part No. 13500571 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Directed buy letter from GM to Delphi for Contingency - GM-211 (7467732 and 7467581 for PBR) dated 09/12/07 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 9D3001FC |

# EXHIBIT 1

General Motors Strasbourg
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) T8F00000 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Directed buy letter from GM for Programs Contingency - GMX 380/381/384/386. GMX001, GMT001,GMX211,GMX222/272, GMT 360 dated 02/23/07 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Directed buy letter from GM for Programs GMX295 Contingency dated 02/23/07 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 84G00008 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84G00000, 84G0001G, 84G0001W, 84G00003, 84G00006 |

# EXHIBIT 1

GM of Canada Ltd.
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 84F00017, 84F0000W |

# EXHIBIT 1

GM of Canada Ltd.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren, MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 84F00016, 84F00019 |

# EXHIBIT 1

Illinois Tool Works Inc
Highland Manufacturing
P.O. Box 1858
Waterbury, CT 06705

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550008783 |

# EXHIBIT 1

Illinois Tool Works Inc
Highland Manufacturing
P.O. Box 1858
Waterbury, CT 06705

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056751 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakerproof/Anchor/Medalist Div
850 Stephenson Hwy, Ste 500
Troy, Mi 48083

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550037032 |

# EXHIBIT 1

Industrial Molding Corp
616 E Slaton Rd
Lubbock, TX 79404-5820

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550000760, 550002988, 550002991 |

# EXHIBIT 1

Integrated Logistic Solutions Inc
6675 Homestretch Drive
Dayton, OH 45414

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000486 |

# EXHIBIT 1

Linamar Holdings Inc
Transgear Manufacturing
287 Speedvale Ave, W
Guelph-Ontario, ON N1H 1C5
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059816 |

# EXHIBIT 1

Magna Powertrain de Mexico S.A. de C.V.
MPT Ramos Arizpe
Calle 1 No. 104 P. Ind. Sta. Maria
RFC: MPM0606059TA
Ramos Arizpe, - 25903
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 5400000293 |

# EXHIBIT 1

Magna Powertrain de Mexico S.A. de C.V.
MPT Ramos Arizpe
Calle 1 No. 104 P. Ind. Sta. Maria
RFC: MPM0606059TA
Ramos Arizpe, - 25903
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 5400000294 |

# EXHIBIT 1

Magna Powertrain de Mexico S.A. de C.V.
MPT Ramos Arizpe
Calle 1 No. 104 P. Ind. Sta. Maria
RFC: MPM0606059TA
Ramos Arizpe, - 25903
Mexico

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 5400000404 |

# EXHIBIT 1

March Coatings Inc
1279 Rickett Rd
Brighton, MI 48116

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550006040 |

# EXHIBIT 1

Meadville Forging Co
15309 Baldwin St
Meadville, PA 16335

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550065943 |

# EXHIBIT 1

Meadville Forging Co
15309 Baldwin St
Meadville, PA 16335

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550119463 |

# EXHIBIT 1

Meadville Forging Co
15309 Baldwin St
Meadville, PA 16335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550197618 |

# EXHIBIT 1

Meadville Forging Co
15309 Baldwin St
Meadville, PA 16335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550147143, 550147944, 550147945, 550147946 |

# EXHIBIT 1

Meadville Forging Co - MFC Forge Group
15309 Baldwin St
Meadville, PA 16335

| Contract to be assumed and/or assigned: |
|---|
| Long Term Contract between MFC Forge Group  and DASLLC executed 01-16-07 |

# EXHIBIT 1

Metalbages SA
Metalbages
Camino Les Arenes 1
Pg Ind Santa Ana II
Santpedor, - 08251
Spain

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550004130 |

# EXHIBIT 1

Metaldyne Sintered Components Inc
Metaldyne
197 W. Creek Rd
Saint Marys, PA 15857

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550005689 |

# EXHIBIT 1

Metaldyne Sintered Components Inc
Metaldyne
197 W. Creek Rd
Saint Marys, PA 15857

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550048846 |

# EXHIBIT 1

Metaldyne Sintered Components Inc
Metaldyne
197 W. Creek Rd
Saint Marys, PA 15857

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057784 |

# EXHIBIT 1

Metalsa S. de R.L.
CARR MIGUEL ALEMAM KM 16.5
No.100
Apodaca, NL 66600
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CC1228A3 |

# EXHIBIT 1

Metalsa S. de R.L.
CARR MIGUEL ALEMAM KM 16.5
No.100
Apodaca, NL 66600
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM1228A |

# EXHIBIT 1

MNP Corp
MNP Fastener Division
P.O. Box 189002
Utica, MI 48318

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000745 |

# EXHIBIT 1

MNP Corp
MNP Fastener Division
P.O. Box 189002
Utica, MI 48318

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550003163, 550003380, 550003661, 550004138, 550004210 |

# EXHIBIT 1

MNP Corp
MNP Fastener Division
P.O. Box 189002
Utica, MI 48318

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550064068 |

# EXHIBIT 1

MNP Corp
MNP Fastener Division
P.O. Box 189002
Utica, MI 48318

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550075323 |

# EXHIBIT 1

Modatek Systems
400 Chrisholm Drive
Milton, Ontario L9T 5V6
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Scheduling Agreement #300373 between Modetek Systems and Delphi E&C |

# EXHIBIT 1

NN Inc
NN Ball & Roller
378 Industrial Park
Mountain City, TN 37683

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550172067 |

# EXHIBIT 1

NN Inc
378 Industrial Park
Mountain City, TN 37683

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125733 |

# EXHIBIT 1

NN Inc
378 Industrial Park
Mountain City, TN 37683

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550185339 |

# EXHIBIT 1

NN, Inc
Attention: V.P. Sales
2000 Waters Edge Drive
Building C; Suite 12
Johnson City, TN 37604

| Contract to be assumed and/or assigned: |
| --- |
| Long Term Contract between NN, Inc - Ball and Roller Division and DASLLC executed 10-17-07 |

# EXHIBIT 1

OGS Industries
Ohio Gasket & Shim Co
976 Evans Ave
Akron, OH 44305-1019

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000768 |

# EXHIBIT 1

Ohio Edison Company
76 South Main St
Akron, OH 44309

| Contract to be assumed and/or assigned: |
|---|
| Assignment and Assumption from General Motors Corporation to Delphi Automotive Systems LLC dated 12/10/98 effective 01/01/99 for License dated 05/15/52 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

Ohio Edison Company
76 South Main St
Akron, OH 44309

| Contract to be assumed and/or assigned: |
| --- |
| Assignment and Assumption from General Motors Corporation to Delphi Automotive Systems LLC dated 12/10/98 effective 01/01/99 for License dated 07/17/90 between Ohio Edison Company, as Licensor, and General Motors Corporation as Licensee |

# EXHIBIT 1

Ohio Edison Company
76 South Main St
Akron, OH 44309

| Contract to be assumed and/or assigned: |
|---|
| Assignment and Assumption from General Motors Corporation (Assignor) to Delphi Automotive Systems LLC (Assignee) dated 12/10/98 effective 01/01/99 for License dated 10/13/80 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

Ohio Edison Company
76 South Main St
Akron, OH 44309

| Contract to be assumed and/or assigned: |
|---|
| Assignment and Assumption from General Motors Corporation (Assignor) to Delphi Automotive Systems LLC (Assignee) dated 12/10/98 effective 01/01/99 for License dated 10/05/61 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

Parker Hannifin Corp
Parker Seals Div
104 Hartman Dr
Lebanon, TN 37087

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550004445 |

# EXHIBIT 1

Paulstra Snc
Z I D'Etriche
Segre, - 49504
France

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550187018 |

# EXHIBIT 1

Pax Machine Works Inc
P.O. Box 338
Celina, OH 45822-0338

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550086994 |

# EXHIBIT 1

Pax Machine Works Inc
P.O. Box 338
Celina, OH 45822-0338

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000750 |

# EXHIBIT 1

PBR Columbia LLC
201 Metropolitan Drive
West Columbia, SC 29170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) P001924-00 |

# EXHIBIT 1

PBR Columbia LLC
201 Metropolitan Drive
West Columbia, SC 29170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) P001921-01 |

# EXHIBIT 1

PBR Columbia LLC
201 Metropolitan Drive
West Columbia, SC 29170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) P001918-00 |

# EXHIBIT 1

PBR Columbia LLC
201 Metropolitan Drive
West Columbia, SC 29170

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) P001920-00 |

# EXHIBIT 1

PBR Columbia LLC
201 Metropolitan Drive
West Columbia, SC 29170

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) P001567-03 |

# EXHIBIT 1

Piston Modules, LLC
4015 Michigan Ave.
Detroit, MI 48210

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CT0338A |

# EXHIBIT 1

Plasco Inc
3075 Plainfield Rd
Kettering, OH 45432

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550003103 |

# EXHIBIT 1

Precision Products Group Inc
Michigan Spring & Stamping Division
P.O. Box 720
Muskegon, MI 49443

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550074953 |

# EXHIBIT 1

Robert Tata
307 Tiffin Avenue
Huron, OH 44839-1737

| Contract to be assumed and/or assigned: |
|---|
| Letter of permission from Delphi Technologies, Inc to Robert Tata dated 01/31/05 regarding Anti-friction Bearing Classroom Manual |

# EXHIBIT 1

Robin Industries Inc
Fredericksburg Facility
P.O. Box 242
Fredericksburg, OH 44627

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037277 |

# EXHIBIT 1

S & Z Metalworks Ltd
S & Z Tool & Die Co
P.O. Box 74544
Cleveland, OH 44194-4544

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550154419, 550154422, 550162859 |

# EXHIBIT 1

Select Industries Corp
P.O. Box 887
Dayton, OH 45401-0887

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000783 |

# EXHIBIT 1

Setech Inc
903 Industrial Dr
Murfreesboro, TN 37129

| Contract to be assumed and/or assigned: |
|---|
| General Terms & Conditions of Master Procurement Agreement between Setech Inc and DASLLC executed 07/20/07 |

# EXHIBIT 1

Setech Inc
903 Industrial Dr
Murfreesboro, TN 37129

| Contract to be assumed and/or assigned: |
|:---:|
| Transaction Agreement between Setech Inc and DASLLC executed 09/04/07 |

# EXHIBIT 1

Shively Bros., Inc.
2919 South Grand Traverse
Flint, MI 48501-1520

| Contract to be assumed and/or assigned: |
|:---:|
| Lease Agreement between Delphi Autommotive Systems, LLC and Shively Bros., Inc. |

# EXHIBIT 1

Siemens VDO Automotive Corporation
Sensors Division
23590 County Rd 6
Elkhart, IN 46514

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550137261 |

# EXHIBIT 1

Siemens VDO SA de CV
Planta II
Luis Bleriot 6720
Cuidad Juarez, - 32695
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550166735, 550168429 |

# EXHIBIT 1

Solution Recovery Services Inc
7455 Newman Blvd
Dexter, MI 48130-1558

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450308561 |

# EXHIBIT 1

Steyr de Mexico S.A. de C.V.
Calle 1 # 104
Parque Industrial Santa Maria
Ramos Arizpe, Coahuila C.P. 25947
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Project GMT001 Long Term Agreement between  Steyer de Mexico S.A. de C.V. and Delphi Automotive - Chassis System; Part # 22715555 and 22723647 executed 10/13/04 |

# EXHIBIT 1

Stoneridge Inc
Hi Stat Manufacturing
7290 26th Ct, E
Sarasota, FL 34243

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550001551 |

# EXHIBIT 1

Stoneridge Inc
Hi Stat Manufacturing
28001 Cabot Dr, Ste 100
Novi, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550082730 |

# EXHIBIT 1

Stoneridge Inc
Hi Stat Manufacturing
28001 Cabot Dr, Ste 100
Novi, MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550168826 |

# EXHIBIT 1

Tecmoplas SA
Avenida Goya S/N
50693 Torres de Berrellen
- - -
Spain

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550004246 |

# EXHIBIT 1

Tegrant Alloyd Brands Inc
P.O. Box 627
Dekalb, IL 60115-0627

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136762 |

# EXHIBIT 1

Timken Corporation, The
P.O. Box 3047
Birmingham, MI 48012-3047

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550190077 |

# EXHIBIT 1

Toyota Tsusho America Inc
7300 Turfway Rd, Ste 500
Florence, KY 41042-1375

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550003128 |

# EXHIBIT 1

Triad Services Group, Inc
1750 E. Lincoln Ave.
Madison Heights, MI 48071

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 4176 |

# EXHIBIT 1

Trosel Ltd
901 Maxwell St
Lake Geneva, WI 53147

| Contract to be assumed and/or assigned: |
| --- |
| Indemnification Agreement between Trostel and Delphi Energy & Chassis Systems dated 05/22/06 |

# EXHIBIT 1

Trosel Ltd
901 Maxwell St
Lake Geneva, WI 53147

| Contract to be assumed and/or assigned: |
|---|
| Indemnification Agreement between Trostel and Delphi dated 10/02/07 |

# EXHIBIT 1

Trostel Ltd
901 Maxwell St
Lake Geneva, WI 53147-1003

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550192888 |

# EXHIBIT 1

Trostel, Ltd
901 Maxwell St
Lake Geneva, WI 53147

| Contract to be assumed and/or assigned: |
|---|
| Supply Agreement between Trostel Ltd and DASLLC executed 12/15/06 |

# EXHIBIT 1

Trostel, Ltd
901 Maxwell St
Lake Geneva, WI 53147

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550123567 |

# EXHIBIT 1

Trostel, Ltd
901 Maxwell St
Lake Geneva, WI 53147-1003

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550006224, 550004338, 550004330, 550004167, 550004031, 550000753, 550059662 |

# EXHIBIT 1

Twist Inc
P.O. Box 177
Jamestown, OH 45335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550034260 |

# EXHIBIT 1

Twist Inc
P.O. Box 177
Jamestown, OH 45335

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550048897 |

# EXHIBIT 1

Twist Inc
P.O. Box 177
Jamestown, OH 45335

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550187801 |

# EXHIBIT 1

Universal Bearings Inc
P.O. Box 38
Bremen, IN 46506-0038

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000762 |

# EXHIBIT 1

Victory Packaging Inc
6441 Davis Industrial Pky
Solon, OH 44139

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080320 |

# EXHIBIT 1

Wainwright Industries Inc
17 Cermak Blvd
Saint Peters, MO 63376-1019

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000781 |

# EXHIBIT 1

Wanxiang America Corporation
88 Airport Rd
Elgin, IL 60123

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) WAC-02633-RC |

# EXHIBIT 1

WanXiang America Corporation
88 Airport Rd
Elgin, IL 60123

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidentiality Agreement between WanXiang America Corporation and Delphi Automotive Systems LLC dated 03/04/04 |

# EXHIBIT 1

WanXiang America Corporation
88 Airport Rd
Elgin, IL 60123

| Contract to be assumed and/or assigned: |
|---|
| Technical Assistance Agreement between WanXiang America Corporation and Delphi Energy & Chassis Systems dated 05/16/04 |

# EXHIBIT 1

WanXiang America Corporation
88 Airport Rd
Elgin, IL 60123

| **Contract to be assumed and/or assigned:** |
| --- |
| Amended Proprietary Information Agreement between Delphi Automotive Systems LLC and WanXiang America Corporation dated 10/30/00 |

# EXHIBIT 1

WanXiang America Corporation
88 Airport Rd
Elgin, IL 60123

| **Contract to be assumed and/or assigned:** |
| --- |
| Technical Assistance and Training  Agreement between Delphi Automotive Systems LLC and  WanXiang America Corporation dated 02/25/00 and Amended Technical Assistance and Training Agreement between Delphi Automotive Systems LLC and WanXiang America Corporation dated 10/30/00 |

# EXHIBIT 1

Whip City Tool & Die Corp
P.O. Box 99
Southwick, MA 01077

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550003174 |

# EXHIBIT 1

Zatkoff, Roger Co
Zatkoff Seals & Packings
8929 Airport Hwy
Holland, OH 43528-9604

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000752 |