**Delphi Saginaw**
**Customer 1370**
**Delphi PO Number SAG90I2634**
**Accounts Receivable Aging Report**
**As of 10/4/2005**

| T | Invoice | Order | Inv Date | Due/Pmnt | Original | Amount Owed |
|---|---------|-------|----------|----------|----------|-------------|
| I | 351596 | C035305 | 8/31/2005 | 10/30/2005 | $ 236.41 | $ 236.41 |
| I | 351704 | C035305 | 9/1/2005 | 10/31/2005 | $ 295.52 | $ 295.52 |
| I | 351840 | C035305 | 9/2/2005 | 11/1/2005 | $ 295.52 | $ 295.52 |
| I | 351921 | | 8/31/2005 | 10/30/2005 | $ 455.02 | $ 455.02 |
| I | 351997 | C035305 | 9/6/2005 | 11/5/2005 | $ 295.52 | $ 295.52 |
| I | 352149 | C035305 | 9/7/2005 | 11/6/2005 | $ 295.52 | $ 295.52 |
| I | 352234 | C035305 | 9/8/2005 | 11/7/2005 | $ 295.52 | $ 295.52 |
| I | 352791 | C035305 | 9/15/2005 | 11/14/2005 | $ 295.52 | $ 295.52 |
| I | 352795 | C035305 | 9/15/2005 | 11/14/2005 | $ 591.04 | $ 591.04 |
| I | 352866 | C035305 | 9/16/2005 | 11/15/2005 | $ 591.04 | $ 591.04 |
| I | 352937 | C035305 | 9/19/2005 | 11/18/2005 | $ 295.52 | $ 295.52 |
| I | 353117 | C035305 | 9/20/2005 | 11/19/2005 | $ 295.52 | $ 295.52 |
| I | 353313 | C035305 | 9/22/2005 | 11/21/2005 | $ 295.52 | $ 295.52 |
| I | 353340 | C035305 | 9/23/2005 | 11/22/2005 | $ 354.62 | $ 354.62 |
| I | 353480 | C035305 | 9/26/2005 | 11/25/2005 | $ 295.52 | $ 295.52 |
| I | 353591 | C035305 | 9/27/2005 | 11/26/2005 | $ 295.52 | $ 295.52 |
| I | 353708 | C035305 | 9/28/2005 | 11/27/2005 | $ 295.52 | $ 295.52 |
| I | 353817 | C035305 | 9/29/2005 | 11/28/2005 | $ 295.52 | $ 295.52 |
| I | 353931 | C035305 | 9/30/2005 | 11/29/2005 | $ 295.52 | $ 295.52 |
| I | 354038 | C035305 | 10/3/2005 | 12/2/2005 | $ 295.52 | $ 295.52 |
| I | 354063 | | 9/30/2005 | 11/29/2005 | $ 584.22 | $ 584.22 |
| I | 354188 | C035305 | 10/4/2005 | 12/3/2005 | $ 354.62 | $ 354.62 |
| | | | | | | $ 7,599.77 |

EXHIBIT A



**600 Humphrey Street • P.O. Box 23**
**Logansport, IN 46947-0023**

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | | |
|---|---|---|
| PAGE | 351596 | 282435 |
| DATE | 1 | |
| SALESMAN | 08/31/05 | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| BILL TO | SHIP TO |
|---|---|
| 1370     Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 4 | | 88.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-5 | 2.376 | 2.376 | .000 | 99.50000 | 236.41 |

CI: 26059740
Item: 405170
Description: DELPHI26059740     CLIP
U/M: M
Date Shipped: 08/31/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | SALES AMOUNT | 236.41 |
|---|---|---|
| Small Parts, Inc. Values<br>Integrity ** Excellence ** Service<br>Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502 | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| | **TOTAL** | **236.41** |

SPA0006-02



| | |
|---|---|
| INVOICE NO. | 351921-0 |
| PAGE | 1 |
| DATE | 09/02/05 |
| SALESMAN | |

Invoice

600 Humphrey Street • P.O. Box 23     Ph.: (574) 753-6323
Logansport, IN 46947-0023     Fax: (574) 753-6660

Fed ID: 35-1021904

Currency: USD

**BILL TO**
```
        1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
```

**SHIP TO**

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---------|-------------|------|-----|--------|----------|-------|
| | | | | | | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| | | | | | |

```
PLEASE NOTE:   DISCOUNTS CAN NOT BE
TAKEN ON TOTAL MATERIAL RECOVERY COST
INVOICES.

This invoice is the total material
recovery cost for the month of August
2005.    Please see attached
spreadsheet for details.

Thank you for your continued business.
```

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

```
Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502 Cincinnati, OH  45263-4502
```

| | |
|---|---|
| SALES AMOUNT | 455.02 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 455.02 |

SPA0006-02

# Total Material Recovery Cost Report

## Month: August

**Customer Number: 1370**

| Shipped Item | Item Desc | Raw Material | Alloy Code | Gross Weight | U/M | Current Metal Cost | Prior Metal Cost | Alloy % | Difference per $/M | Units Shipped per M | Total Material Recovery Cost Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 405170 | DELPHI SAGINAW STEERING | | | | | | | | | | |
| | DELPHI2605974O | CL405100R | G1050 | 52.8 | LBS | | 0.61 | $0.4240 | 100.000% | $9.821 | 46.332 | $456.02 |
| | | | | | | | | | Total, | | $465.02 |



**INCORPORATED**

| | INVOICE NO. | 351704 | 282550 |
|---|---|---|---|
| | PAGE | 1 | |
| | DATE | | |
| | SALESMAN | 09/01/05 | |

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-6 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740     CLIP
U/M: M
Date Shipped: 09/01/05

*"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."*

| | | |
|---|---|---|
| | SALES AMOUNT | 295.52 |
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| | TOTAL | 295.52 |

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502   Cincinnati, OH   45263-4502

# smallparts INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | 351840 | 282643 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/02/05 | |
| SALESMAN | | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
Fax: 000 757 5002

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-7 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/02/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | | |
|---|---|---|
| SALES AMOUNT | | 295.52 |
| MSC CHG | | |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| | | 0.00 |
| TOTAL | | 295.52 |

SPA0008-02

# small parts
## INCORPORATED

| INVOICE NO. | | |
| --- | --- | --- |
| PAGE | 351997 | 282769 |
| DATE | 1 | |
| SALESMAN | 09/06/05 | |

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
.1370    Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
FOX 000 757 5007

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
| --- | --- | --- | --- | --- | --- | --- |
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- |
| | | | | Currency: USD US DOLLAR | |
| 1-8 | 2,970 | 2,970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740    CLIP
U/M: M
Date Shipped: 09/06/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | | |
| --- | --- | --- |
| **SALES AMOUNT** | | 295.52 |
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| **TOTAL** | | 295.52 |

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

SPA0006-02

# small**parts**
### INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

**INVOICE NO.**

| | |
|---|---|
| | 352149      282877 |
| PAGE | 1 |
| DATE | 09/07/05 |
| SALESMAN | |

**BLANKET INVOICE**

Fed ID: 35-1021904

Currency:

| B I L L T O | 1370 .... Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A.<br>FAX: 989-757-5903 | S H I P T O | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG9012634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-9 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/07/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| SALES AMOUNT | 295.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **295.52** |

# small parts
### INCORPORATED

| | INVOICE NO. | 352234 | 282964 |
|---|---|---|---|
| | PAGE | 1 | |
| | DATE | 09/08/05 | |
| | SALESMAN | | |

600 Humphrey Street • P.O. Box 23          Ph.: (574) 753-6323
Logansport, IN 46947-0023                      Fax: (574) 753-6660

**BLANKET INVOICE**
Fed ID: 35-1021904

Currency:

**BILL TO**
1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
FAX: 989-757-5903

**SHIP TO**
1
DELPHI SAGINAW (07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | 8AG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-10 | 2,970 | 2,970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/08/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | SALES AMOUNT | | 295.52 |
|---|---|---|---|

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

| | | |
|---|---|---|
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |

| | TOTAL | | 295.52 |
|---|---|---|---|

SPA0008-02

# small parts
## INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | | |
|---|---|---|
| PAGE | 352791 | 283505 |
| DATE | 1 | |
| SALESMAN | 09/15/05 | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370   Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
FAX: 989-757-5903

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S. PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-11 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

Currency: USD US DOLLAR

CI: 26059740
Item: 405170
Description: DELPHI26059740   CLIP
U/M: M
Date Shipped: 09/15/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values.
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502 Cincinnati, OH 45263-4502

| | |
|---|---|
| SALES AMOUNT | 295.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **295.52** |

SPA0006-02

# smallparts
## INCORPORATED

600 Humphrey Street • P.O. Box 23          Ph.: (574) 753-6323
Logansport, IN 46947-0023                  Fax: (574) 753-6660

**INVOICE NO.**  352795        283509
PAGE      1
DATE      09/15/05
SALESMAN

**BLANKET INVOICE**
Fed ID: 35-1021904

Currency:

| | |
|---|---|
| **BILL TO** | 1370    Fed ID: <br> Joe Stantz <br> DELPHI SAGINAW STEERING <br> GENERAL MOTORS CORP. <br> 3900 E HOLLAND <br> SAGINAW MI 48601-9494 <br> U. S. A. <br> FAX: 989-757-5993 |
| **SHIP TO** | 1 <br> DELPHI SAGINAW(07) <br> DELPHI S PLANT 7 R&P GEAR <br> 3900 HOLLAND ROAD <br> SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-12 | 2.970 | 2.970 | .000 | Currency: USD US DOLLAR <br> 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740    CLIP
U/M: M
Date Shipped: 09/15/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-13 | 2.970 | 2.970 | .000 | Currency: USD US DOLLAR <br> 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740    CLIP
U/M: M
Date Shipped: 09/15/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | |
|---|---|
| **SALES AMOUNT** | 591.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | 591.04 |

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

SPA0006-02

# **smallparts**
## INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | 352866 | 283619 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/16/05 | |
| SALESMAN | | |

**BLANKET INVOICE**
Fed ID: 35-1021904

Currency:

**BILL TO**

1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.
FAX: 989-757-5983

**SHIP TO**

1
DELPHI SAGINAW (07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-14 | 2.970 | 2.970 | .000 | Currency: USD US DOLLAR<br>99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/16/05

| 1-15 | 2.970 | 2.970 | .000 | Currency: USD US DOLLAR<br>99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/16/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | |
|---|---|
| SALES AMOUNT | 591.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **591.04** |

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

SPA0006-02

# small parts
## INCORPORATED

600 Humphrey Street • P.O. Box 23         Ph.: (574) 753-6323
Logansport, IN 46947-0023               Fax: (574) 753-6660

| INVOICE NO. | 352937 | 283690 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/19/05 | |
| SALESMAN | | |

**BLANKET INVOICE**

Fed ID: 35-1021904

Currency:

| BILL TO | SHIP TO |
|---|---|
| 1370    Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG9OI2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-16 | 2,970 | 2,970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740        CLIP
U/M: M
Date Shipped: 09/19/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | | 295.52 |
|---|---|---|
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| **TOTAL** | | **295.52** |

SPA0006-02


**smallparts**
INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

**INVOICE NO.**   353117      283829
PAGE      1
DATE      09/20/05
SALESMAN

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| BILL TO | SHIP TO |
|---|---|
| 1370    Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG9012634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-17 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |
| | CI: 26059740 | | | | |
| | Item: 405170 | | | | |
| | Description: DELPHI26059740 | CLIP | | | |
| | U/M: M | | | | |
| | Date Shipped: 09/20/05 | | | | |

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| SALES AMOUNT | 295.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 295.52 |

SPA0006-02



**INCORPORATED**

600 Humphrey Street • P.O. Box 23          Ph.: (574) 753-6323
Logansport, IN 46947-0023                  Fax: (574) 753-6660

| INVOICE NO. | | |
|---|---|---|
| PAGE | 353313 | 284035 |
| DATE | 1 | |
| SALESMAN | 09/22/05 | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| BILL TO | SHIP TO |
|---|---|
| 1370      Fed. ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | 1<br>DELPHI SAGINAW (07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG9012634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-18 | 2,970 | 2,970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740    CLIP
U/M: M
Date Shipped: 09/22/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | | 295.52 |
|---|---|---|
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| **TOTAL** | | **295.52** |

SPA0006-02

# smallparts
**INCORPORATED**

600 Humphrey Street • P.O. Box 23          Ph.: (574) 753-6323
Logansport, IN 46947-0023                         Fax: (574) 753-6660

| INVOICE NO. | | |
|---|---|---|
| PAGE | 353340 | 284090 |
| DATE | 1 | |
| SALESMAN | 09/23/05 | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370        Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 6 | | 112.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-19 | 3.564 | 3.564 | .000 | 99.50000 | 354.62 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/23/05

*"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."*

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | | 354.62 |
|---|---|---|
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| **TOTAL** | | **354.62** |

SPA0006-02

# small parts INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

**INVOICE NO.** 353480   284197
PAGE   1
DATE   09/26/05
SALESMAN

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370   Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
. U. S. A.

**SHIP TO**
1
DELPHI SAGINAW (07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 6 | | 112.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-20 | 2.970 | 2.970 | .000 | Currency: USD US DOLLAR 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740   CLIP
U/M: M
Date Shipped: 09/26/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| SALES AMOUNT | 295.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **295.52** |

SPA0006-02



**smallparts** INCORPORATED

600 Humphrey Street • P.O. Box 23       Ph.: (574) 753-6323
Logansport, IN 46947-0023              Fax: (574) 753-6660

| INVOICE NO. | 353591 | 284325 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/27/05 | |
| SALESMAN | | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| BILL TO | SHIP TO |
|---|---|
| 1370      Fed ID: | 1 |
| Joe Stantz | DELPHI SAGINAW(07) |
| DELPHI SAGINAW STEERING | DELPHI S PLANT 7 R&P GEAR |
| GENERAL MOTORS CORP. | 3900 HOLLAND ROAD |
| 3900 E HOLLAND | SAGINAW MI 48607 |
| SAGINAW MI 48601-9494 | |
| U. S. A. | |
| FAX: 989-757-5902 | |

| ORDER # | P.O. NUMBER | .PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-21 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/27/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| SALES AMOUNT | 295.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 295.52 |

SPA0006-02

# small parts INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | 353708 | 284432 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/28/05 | |
| SALESMAN | | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| | | |
|---|---|---|
| B I L L T O | 1370      Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | S H I P T O | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG9OI2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Currency: USD US DOLLAR | | |
| 1-22 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740      CLIP
U/M: M
Date Shipped: 09/28/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | | 295.52 |
|---|---|---|
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| TOTAL | | 295.52 |

SPA0006-02


**smallparts**
**INCORPORATED**

600 Humphrey Street • P.O. Box 23        Ph.: (574) 753-6323
Logansport, IN 46947-0023               Fax: (574) 753-6660

**INVOICE NO.**
PAGE        353817        284542
DATE        1
SALESMAN    09/29/05

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370        Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | .PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-23 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740        CLIP
U/M: M
Date Shipped: 09/29/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values.
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | | |
|---|---|---|
| SALES AMOUNT | | 295.52 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| **TOTAL** | | 295.52 |

SPA0006-02

# small parts INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | 353931 | 284652 |
|---|---|---|
| PAGE | 1 | |
| DATE | 09/30/05 | |
| SALESMAN | | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

1

| BILL TO | SHIP TO |
|---|---|
| 1370     Fed ID:<br>Joe Stantz<br>DELPHI SAGINAW STEERING<br>GENERAL MOTORS CORP.<br>3900 E HOLLAND<br>SAGINAW MI 48601-9494<br>U. S. A. | 1<br>DELPHI SAGINAW(07)<br>DELPHI S PLANT 7 R&P GEAR<br>3900 HOLLAND ROAD<br>SAGINAW MI 48607 |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-24 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |

CI: 26059740
Item: 405170
Description: DELPHI26059740     CLIP
U/M: M
Date Shipped: 09/30/05

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | 295.52 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **295.52** |

SPA0006-02



**INCORPORATED**

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

| INVOICE NO. | 354063-0 |
|---|---|
| PAGE | 1 |
| DATE | 09/30/05 |
| SALESMAN | |

Invoice
Fed ID: 35-1021904

Currency: USD

B
I
L
L

T
O

1370      Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.

S
H
I
P

T
O

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| | | | | | | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|

PLEASE NOTE:    DISCOUNTS CAN NOT BE
TAKEN ON TOTAL MATERIAL RECOVERY COST
INVOICES.

This invoice is the total material
recovery cost for the month of September
2005.    Please see attached
spreadsheets for details.

Thank you for your continued business.

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

| | |
|---|---|
| SALES AMOUNT | 584.22 |

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |

| TOTAL | 584.22 |
|---|---|

SPA0008-02

# Total Material Recovery Cost Report

## Month: September

| Shipped Item | Item Desc | Raw Material | Alloy Code | Gross Weight | U/M | Current Metal Cost | Prior Metal Cost | Alloy % | Difference per $/M | Units Shipped per M | Total Material Recovery Cost Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number: 1370 | DELPHI SAGINAW STEERING | | | | | | | | | | |
| 405170 | DELPHI2605974O | CI405100R | G1050 | 52.75 | LBS | | 0.61 | $0.4240 | 100.000% | $9.812 | 59.544 | $584.22 |
| | | | | | | | | | | Total: | $584.22 |

# smallparts
## INCORPORATED

600 Humphrey Street • P.O. Box 23     Ph.: (574) 753-6323
Logansport, IN 46947-0023              Fax: (574) 753-6660

| INVOICE NO. | | |
|---|---|---|
| PAGE | 354038 | 284754 |
| DATE | 1 | |
| SALESMAN | 10/03/05 | |

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

| BILL TO | | SHIP TO | |
|---|---|---|---|
| 1370     Fed ID: | | 1 | |
| Joe Stantz | | DELPHI SAGINAW(07) | |
| DELPHI SAGINAW STEERING | | DELPHI S PLANT 7 R&P GEAR | |
| GENERAL MOTORS CORP. | | 3900 HOLLAND ROAD | |
| 3900 E HOLLAND | | SAGINAW MI 48607 | |
| SAGINAW MI 48601-9494 | | | |
| U. S. A. | | | |

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 5 | | 100.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-25 | 2.970 | 2.970 | .000 | 99.50000 | 295.52 |
| | CI: 26059740 | | | | |
| | Item: 405170 | | | | |
| | Description: DELPHI26059740     CLIP | | | | |
| | U/M: M | | | | |
| | Date Shipped: 10/03/05 | | | | |

"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to: P.O. Box 634502  Cincinnati, OH  45263-4502

| SALES AMOUNT | 295.52 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 295.52 |

SPA0006-02

# smallparts
## INCORPORATED

600 Humphrey Street • P.O. Box 23
Logansport, IN 46947-0023

Ph.: (574) 753-6323
Fax: (574) 753-6660

**INVOICE NO.**
PAGE    354188    284849
DATE    1
SALESMAN    10/04/05

BLANKET INVOICE
Fed ID: 35-1021904

Currency:

**BILL TO**
1370    Fed ID:
Joe Stantz
DELPHI SAGINAW STEERING
GENERAL MOTORS CORP.
3900 E HOLLAND
SAGINAW MI 48601-9494
U. S. A.

**SHIP TO**
1
DELPHI SAGINAW(07)
DELPHI S PLANT 7 R&P GEAR
3900 HOLLAND ROAD
SAGINAW MI 48607

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| C035305 | SAG90I2634 | 6 | | 112.00 | ALVAN MOTOR FRT | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | Currency: USD US DOLLAR | |
| 1-26 | 3.564 | 3.564 | .000 | 99.50000 | 354.62 |

CI: 26059740
Item: 405170
Description: DELPHI26059740    CLIP
U/M: M
Date Shipped: 10/04/05

*"Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended."*

Small Parts, Inc. Values
Integrity ** Excellence ** Service
Remit to:P.O. Box 634502  Cincinnati, OH  45263-4502

| | |
|---|---|
| SALES AMOUNT | 354.62 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **354.62** |

SPA0006-02