UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   CHARLIE'S TRAILER SALES & SERVICE
                 12996 E READING
                 TULSA OK 74116

The transfer of your claim as shown above, in the amount of $ 228.17 has been transferred *(unless previously expunged by court order)* to:

   Trade-Debt.Net
   P.O. Box 1487
   West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

   United States Bankruptcy Clerk
   Southern District of New York
   Alexander Hamilton Custom House
   One Bowling Green
   New York, NY 10004-1408

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                        )
                                              )
    Delphi Corporation.                       )    Case No. 05-44481
                                              )    Jointly Administered
                                              )
                                              )    Chapter 11
                                              )
                                              )    NOTICE OF TRANSFER OF CLAIM
            Debtors.                          )    OTHER THAN FOR SECURITY AND
                                              )    WAIVER OF NOTICE
                                              )    RULE 3001 (e)(1)
                                              )

Please take notice that your unsecured claim of CHARLIE'S TRAILER SALES & SERVICE Inc in the amount of $ 228.17 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CHARLIE'S TRAILER SALES & SERVICE is not less than $ 228.17 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CHARLIE'S TRAILER SALES & SERVICE
12996 E READING TULSA OK 74116

Please print your name __LISA Pillars__ Signature __Lisa L Pillar__
Title __Pres__   Date __2-2-06__
Address: __P.O. Box 691682   Tulsa, OK 74169-1682__
(city,state,zip)
Telephone __918-437-2991__ Fax __918-438-7046__ Email __llpillars925@yahoo.com__
Federal Taxpayer ID / Social Security Number __73 73 88615__

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-44481

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Shredders Inc.
635 West 41st St
Tulsa, Ok 74107

The transfer of your claim as shown above, in the amount of $ 335.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____    Transferee ____    Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Delphi Corporation,

               Debtors.

)
)    Case No.05-44481
)    Jointly Administered
)
)    Chapter 11
)
)    NOTICE OF TRANSFER OF CLAIM
)    OTHER THAN FOR SECURITY AND
)    WAIVER OF NOTICE,
)    RULE 3001 (e)(1)

Please take notice that your unsecured claim of SHREDDERS INC Inc in the amount of $ 335.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of SHREDDERS INC is not less than $ 335.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
SHREDDERS INC
635 WEST 41ST STREET TULSA OK 74107

Please print your name Randy Guertrey       Signature [signed]
Title President_____ Date _____
Address: 635 W. 41st Tulsa, OK 74107
(city,state,zip)
Telephone 918-446-8386 Fax 918-446-0622, Email service@shreddersinc.net

Federal Taxpayer ID / Social Security Number  73-1563322

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

                                                                                                  Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:  Federal Corporation.
                11361 E 61st .
                Broken Arrow, OK 74012

The transfer of your claim as shown above, in the amount of $ 483.61 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> United States Bankruptcy Clerk
> Southern District of New York
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.

Debtors.

Case No. 05-44481
Jointly Administered

Chapter 11

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.
RULE 3001 (e)(1)

Please take notice that your unsecured claim of FEDERAL CORPORATION Inc in the amount of $ 483.61 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of FEDERAL CORPORATION is not less than $ 483.61 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
FEDERAL CORPORATION
11361 E 61ST BROKEN ARROW OK 74012
Please print your name Margaret A Watral   Signature Margaret A Watral
Title Credit Manager   Date 2/19/07
Address: 120 E Main, Okla. City, OK 73104
(city,state,zip)
Telephone 405-239-7301 Fax 405-232-5438 Email mwatral@federalcorp.com

Federal Taxpayer ID / Social Security Number 73-0238950

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Delphi Corporation | In Proceedings For A Reorganization Under Chapter 11 |
| | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Gm Associates.
9824 Kitty Lane
Oakland, CA 94603

The transfer of your claim as shown above, in the amount of $ 556.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----

FOR CLERK'S OFFICE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.

Debtors.

)
)  Case No. 05-44481
)  Jointly Administered
)
)  Chapter 11
)
)  NOTICE OF TRANSFER OF CLAIM
)  OTHER THAN FOR SECURITY AND
)  WAIVER OF NOTICE.
)  RULE 3001 (e)(1)

Please take notice that your unsecured claim of GM ASSOCIATES Inc in the amount of $ 556.50 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of GM ASSOCIATES is not less than $ 556.50 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
GM ASSOCIATES
9824 KITTY LANE OAKLAND CA 94603

Please print your name DEBORAH CAMP    Signature

Title V.P. OF FINANCE    Date 1/31/07

Address: 9824 KITTY LANE
(city,state,zip)
Telephone 510-430-0806/11  Fax 510-562-9809    Email

Federal Taxpayer ID / Social Security Number 94-2243235

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   Timmons Oil Company Inc
13003 East Admiral Place
Tulsa, OK 74112

The transfer of your claim as shown above, in the amount of $ 930.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ___   Transferee ___   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation, ) Case No. 05-44481
) Jointly Administered
)
) Chapter 11
)
) NOTICE OF TRANSFER OF CLAIM
Debtors. ) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE.
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of TIMMONS OIL COMPANY Inc in the amount of $ 930.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of TIMMONS OIL COMPANY is not less than $ 930.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
TIMMONS OIL COMPANY
13003 EAST ADMIRAL PLACE   TULSA OK 74116
Please print your name  Darren L. Spencer   Signature  Darren L. Spencer
Title  Controller   Date  2-9-07
Address:  13003 E Admiral Place, Tulsa, OK 74116
(city, state, zip)
Telephone  918.437.6457   Fax  918.437.6472   Email  ds.timmonsoil@sbcglobal.net
Federal Taxpayer ID / Social Security Number  73-1078156

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Alfred H Knight Na
               130 Tradd St PO Box 3504
               Spartanburg, SC 29304

The transfer of your claim as shown above, in the amount of $ 957.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.

Debtors.

)
)
)
)
)
)
)
)
)
)
)

Case No.05-44481
Jointly Administered

Chapter 11

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.**
RULE 3001 (e)(1)

Please take notice that your unsecured claim of **ALFRED H KNIGHT, N.A.** Inc in the amount of $ 957.50 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ALFRED H KNIGHT, N.A.** is not less than $ 957.50 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ALFRED H KNIGHT, N.A.
130 TRADD STREET PO BOX 3504 SPARTANBURG SC 29304

Please print your name  DOUGLAS M. BARNETT  Signature _Douglas M Barnett_
Title  ACCOUNTS/OFFICE MANAGER   Date  JANUARY 30, 2007
Address:  130 TRADD STREET, SPARTANBURG SC 29301
(city,state,zip)
Telephone 864-595-1903  Fax 864-595-1627  Email _____
EXT. 15
Federal Taxpayer ID / Social Security Number  57-0997286

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Robertson Microlit Laboratories Inc.
                  29 Samson Ave P.O Box 927
                  Madison, NJ 07940

The transfer of your claim as shown above, in the amount of $ 1,318.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

> **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
>
> > United States Bankruptcy Clerk
> > Southern District of New York
> > Alexander Hamilton Custom House
> > One Bowling Green
> > New York, NY 10004-1408
>
> **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____    Transferee ____    Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                    )
                                          )   Case No. 05-44481
        Delphi Corporation.               )   Jointly Administered
                                          )
                                          )   Chapter 11
                                          )
                                          )   NOTICE OF TRANSFER OF CLAIM
                - - Debtors.              )   OTHER THAN FOR SECURITY AND
                                          )   WAIVER OF NOTICE.
                                          )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of ROBERTSON MICROLIT LABORATORIES INC Inc in the amount of $ 1,318.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of ROBERTSON MICROLIT LABORATORIES INC is not less than $ 1,318.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ROBERTSON MICROLIT LABORATORIES INC
29 SAMSON AVE PO BOX 927 MADISON NJ 07940

Please print your name Patricia Oockugha   Signature Patricia Oockugha
Title Vice President                Date 3/6/06
Address: 29 Samson Ave, Madison, NJ 07940
(city,state,zip)
Telephone 973-966-6668  Fax 973-966-0136  Email results@robertson-microlit.com

Federal Taxpayer ID / Social Security Number   22-3141140

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                                              Delphi