Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona  85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
knye@quarles.com

Attorneys for Offshore International, Inc.
and Maquilas Teta Kawi, S.A. de C.V.

Kasey C. Nye, Esq. (AZ Bar # 020610)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OFFSHORE INTERNATIONAL, INC.'S STATEMENT OF CURE CLAIM PURSUANT TO 11 U.S.C. § 365(b)**

**PLEASE TAKE NOTICE** that on January 31st, 2008, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, **Offshore International, Inc's Statement of Cure Claim Pursuant to 11 U.S.C. § 365(b)**, a true and correct copy of which is attached hereto.

DATED this 31st day of January, 2008.

> QUARLES & BRADY LLP
> One South Church Avenue, Suite 1700
> Tucson, AZ  85701
>
> By   /s/ Kasey C. Nye
>        Kasey C. Nye
> Attorneys for Offshore International, Inc.

QBACTIVE\203143.00004\6028129.1

## CERTIFICATE OF SERVICE

       Kasey C. Nye, Esq., attorney for Offshore International, Inc., hereby certifies that he caused a copy of **Offshore International, Inc's Statement of Cure Claim Pursuant to 11 U.S.C. § 365(b),** which is attached to the foregoing **Notice of Filing**, to be sent UPS Overnight on January 31, 2008, to:

Delphi Corporation
Attention:  David M. Sherbin, General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  John Wm. Butler, Jr.; George N. Panagakis; Ron E. Meisler
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  Kayalyn A. Marafioti; Thomas Matz
Four Times Square
New York, NY  10036


     /s/ Jamie Archibald

QBACTIVE\203143.00004\6028129.1