# EXHIBIT 2

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
In re:                                                   :
                                                         :       Chapter 11
DELPHI CORPORATION, et al.,                              :       Case No. 05-44481 [RDD]
                                                         :
                      Debtors.                           :       Jointly Administered
                                                         :
---------------------------------------------------------x

## STIPULATION AND ORDER TO PERMIT
## DELPHI AUTOMOTIVE SYSTEMS, L.L.C. AND
## OFFSHORE INTERNATIONAL, INC. TO SETOFF
## MUTUAL PREPETITION OBLIGATIONS UNDER
## SECTION 553 OF THE BANKRUPTCY CODE AND TO
## RESOLVE MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, on October 8 and 14, 2005, Delphi and certain of its U.S.

subsidiaries and affiliates filed voluntary petitions in this Court for reorganization relief

under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"); and

**WHEREAS**, the Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code; and

**WHEREAS**, this Court entered orders directing the joint administration of the Debtors' chapter 11 cases; and

**WHEREAS**, no trustee or examiner has been appointed in the Debtors' cases; and

**WHEREAS**, on October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors; and

**WHEREAS**, on April 28, 2006, the U.S. Trustee appointed an official committee of equity holders; and

**WHEREAS**, this Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2); and

**WHEREAS**, on October 28, 2005, the Court entered a final order authorizing the Debtors to, among other things, obtain postpetition financing, utilize cash collateral, and grant adequate protection to prepetition secured parties (the "Final DIP Order"); and

**WHEREAS**, paragraph 18 of the Final DIP Order establishes, among other things, procedures for creditors to assert setoff and/or recoupment rights; and

**WHEREAS**, on March 14, 2006, Offshore International, Inc. (the "Claimant") filed a motion (the "Demand") [Docket No. 2811] for relief from the

automatic stay for authority to exercise a setoff of certain claims and debts between

Delphi Automotive Systems, L.L.C. ("Delphi Automotive") and Claimant; and

WHEREAS, in the Demand, Claimant alleges that it owes Delphi

Automotive the amount of $252,448.87 for prepetition value added tax refunds (the

"VAT Refunds") and a prepetition overpayment (together with the VAT Refunds, the

"Payable"); and

WHEREAS, Delphi Automotive and Claimant (together, the "Parties")

agree that the actual amount of the Payable is $254,316.63 (the "Adjusted Payable");

WHEREAS, in the Demand, Claimant alleges that Delphi Automotive

owes Claimant the amount of $234,775.90 for prepetition services and/or goods (the

"Receivable"); and

WHEREAS, the Court considered the Demand and the Debtors' objection

thereto at a hearing on April 7, 2006 (the "April 7 Hearing"); and

WHEREAS, after arm's length negotiations, the Parties have agreed to

settle and resolve the Demand upon the terms set forth herein.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereto

hereby agree and stipulate as follows:

1.    This Stipulation and Order shall become effective on the Effective

Date, as defined below.  This Stipulation and Order constitutes an agreement between

the parties hereto immediately upon the date of its execution ("Execution Date").

Consequently, during the period between the Execution Date and the Effective Date, the

Parties agree that this Stipulation and Order shall constitute a binding agreement and that they shall do nothing contrary to its terms.

2.    The "Effective Date" of this Stipulation and Order shall be the date on which the Bankruptcy Court approves this Stipulation and Order and such Order becomes final and not subject to further appeal; provided, however, that if the Court shall enter an Order declining to approve this Stipulation and Order, then this Stipulation and Order shall become null and void at that time.

3.    Exhibit "1" sets forth a full and complete schedule of the invoices (the "Invoices") and amounts of the Receivable and Payable, respectively, that are the subject of the Demand.

4.    On the Effective Date, Claimant shall be authorized to set off $149,883.33 owed by Claimant to Delphi Automotive, consisting of the $71,955.14 VAT Refund for June 2005, the $52,484.62 VAT Refund for July 2005 and a $25,443.57 pre-petition overpayment, against the amount of the Adjusted Payable pursuant to section 553 of the Bankruptcy Code (the "Setoff") and paragraph 18 of the Final DIP Order.

5.    Claimant shall return to Delphi Automotive $104,433.30, representing the Adjusted Payable of $254,316.63 less the Setoff of $149,883.33.

6.    Claimant shall return this sum to Delphi Automotive by providing credits in each future invoice issued by Claimant to Delphi Automotive after the Effective Date, until such time as the credits are exhausted.

7.    As the exercise of the Setoff results in a balance due by Delphi Automotive, Claimant may file in these Chapter 11 cases a general unsecured proof of

4

claim for such amount (the "Claim"), which Claim shall be filed by 30 days after the

Effective Date. Nothing contained herein constitutes any waiver of any right of the

Debtors or any other party-in-interest to examine and/or object to the Claim.

8.      Except for the Setoff and the settlement memorialized by this

Stipulation and Order, the Debtors and Claimant retain all of their other rights, claims,

and defenses.

9.      This Stipulation and Order may not be modified, amended, or

terminated, nor any of its provisions waived, except by an agreement in writing signed

by all of the Parties.

10.     The agreements, terms, provisions, and conditions contained in this

Stipulation and Order shall be binding upon, and inure to the benefit of, the Parties and

their respective legal representatives, predecessors, successors, and assigns, including

any trustee appointed in these chapter 11 cases.

11.     It is expressly understood and agreed that the terms hereof,

including the recital paragraphs, are contractual; that the agreement herein contained

and the consideration transferred hereunder is to compromise the Demand and to avoid

litigation; and that no statement made herein, payment, release, or other consideration

given shall be construed as an admission by the Parties of any kind or nature

whatsoever.

12.     This Stipulation and Order constitutes the entire agreement

between the Parties with respect to the resolution of the Setoff and supersedes all other

prior agreements and understandings, both written and oral, between the Parties with respect to the Setoff.

13.    The signatories below represent that they are authorized to enter into this Stipulation and Order.

14.    This Stipulation and Order may be executed in counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**[concluded on following page]**

15.    The Court shall retain original and exclusive jurisdiction over the Parties to interpret and enforce the terms of this Stipulation and Order and to resolve any disputes in connection herewith.

Dated:   New York, New York
         September 11, 2006

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:/s/Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:   Tucson, Arizona
         September 11, 2006

                              OFFSHORE INTERNATIONAL, INC.,
                              By its Attorney,
                              QUARLES & BRADY STREICH LANG LLP
                              By:/s/Kasey C. Nye
                              KASEY C. NYE (pro hac vice)
                              One South Church Avenue, Suite 1700
                              Tucson, AZ
                              (520) 770-8700

                              **SO ORDERED**

                    This 12th day of September, 2006
                         in New York, New York

                    /s/Robert D. Drain
                       HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE

# Exhibit "1"

**Offshore Pre-Petition Setoff Request Summary**

| Offshore Perspective | Total |
|---|---|
| Delphi A/R | $149,883 |
| Delphi A/P | $234,776 [1] |
| Total Setoff Amount | $149,883 |

| Delphi Perspective | Total |
|---|---|
| Delphi A/R | $149,883 |
| Delphi A/P | $298,606 [1] |
| Total Setoff Amount | $149,883 |

| Agreed Upon Setoff Amount | Total |
|---|---|
| Total Setoff Amount | $149,883 |

[1] Includes add back of $25,443.57 Included

**Delphi Refunds Due from Offshore**

|  | Amount |
|---|---|
| Duplicate Invoice Payment [1] | 25,443.57 |
|  |  |
| Plant 4 | 6,861.96 |
| Plant 8 | 14,888.23 |
| Admin | 50,204.95 |
| June 2005 VAT Refund | 71,955.14 |
|  |  |
| Plant 4 | 8,228.21 |
| Plant 8 | 6,447.44 |
| Admin | 37,808.97 |
| July 2005 VAT Refund | 52,484.62 |
|  |  |
| Total Due to Delphi | 149,883.33 |

[1] Included in $371,773.34 A/P payment amount.

**Delphi A/P Records**

| VENDOR NAME | RECORD NUMBER | INVOICE NUMBER | PAYMENT AMOUNT | INVOICE DATE / BILLING REFERENCE | CONTROL/ID NUMBER |
|---|---|---|---|---|---|
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4184000059928 | 221,666.73 | 28-Sep-05 PH-150LEST | PEDP2280191 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4175200059928 | 2,576.09 | 28-Sep-05 DPH-149D | PEDP2280190 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4173100059928 | 24,317.31 | 28-Sep-05 DPH-149L | PEDP2280191 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4199800051005 | 400,000.00 | 5-Oct-05 PH-151LEST | PEDP2280191 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | EWOA0M3717733 | (371,773.34) [1] | 1-Oct-05 ADM3717733 | |
| OFFSHORE INTERNATIONAL, INC EFT | RD 106252084 | FV04A0M5D41999000510 | (93,033.75) | 5-Oct-05 *ADM5D41999000510 | |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4199300051005 | 14,511.86 | 5-Oct-05 DPH-150L | PEDP2280191 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D4199700051005 | 160,891.20 | 5-Oct-05 DPH-150D | PEDP2280190 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV04A0M0H11500 | (82,774.15) | 1-Oct-05 DPH-150D | PEDP2280190 |
| OFFSHORE INTERNATIONAL, INC EFT | RD018252084 | FV025D437800051007 | 6,780.31 | 7-Oct-05 C-DPH-008D | PEDP2280190 |
| | | | 273,162.26 | | |
| | | Duplicate Payment | 25,443.57 [1] | | |
| | | | **$298,605.83** | | |

**Offshore A/P Records**

| Amount | Reference # |
|---|---|
| 181,750.28 | 150L-Est |
| 2,576.09 | 149D |
| 43,669.22 | 150D |
| 6,780.31 | 008D |
| 234,775.90 | |
| **234,775.90** | |

[1] The $371,773.34 payment included a duplicate invoice payment amount of $25,443.57

## EXHIBIT "B"

| Date | Invoice | Amount | Comments |
|------|---------|--------|----------|
| 10/05/2005 | DPH-150L | $236,178.59 | Labor/Shelter Fee |
| | | -15,064.79 | Payment received 10/05/05 |
| | | -39,363.52 | Payment received 10/19/05 |
| | | $181,750.28 | Balance Due |
| 10/12/2005 | DPH-151D | ($25,443.57) | Credit Balance - Paid Transportation twice |
| 11/02/2005 | SPEC-DPH-008D | $6,780.31 | Customs Broker pre-petition |

| INVOICE DPH-150L    10/57/8 | | |
|---|---|---|
| **Labor** | | |
| Normal Hours | $ | 171,424.53 |
| Overtime | $ | 9,542.02 |
| Other Payroll | $ | 11,585.72 |
| Administrative Payroll | $ | 98.69 |
| **Total** | $ | **192,650.96** |
| | | |
| **Shelter** | $ | **43,527.63** |
| | | |
| Actual Invoice Amount for DPH-150L | $ | 236,178.59 |
| Estimated Invoice DPH-150L EST | $ | (221,666.73) |
| TOTAL DUE ON DPH-150L | $ | **14,511.86** |
| Payment Received | $ | (15,064.79) |
| Payment Received | $ | (39,363.52) |
| **Estimated Invoice DPH-150L EST - NOT PAID** | $ | **221,666.73** |
| TOTAL DUE | $ | **181,750.28** |

OFG 00009

Client #: *04301*

Date Posted: *10-6-05*

Batch #: *305953*

THE OFFSHORE GROUP

INVOICE

**Invoice:** DPH-150L

**Date:** October 5, 2005

**Page** 1

To:

DELPHI AUTOMOTIVE SYSTEMS, L. L. C.
48 WALTER JONES BOULEVARD
EL PASO, TEXAS 79906
Attn: JULIO LOPEZ

Purchase Order Number: PEDP 2280191

Offshore International, Inc.
8350 East Old Vail Road
Tucson, Arizona 85747-9197
(520) 889-0022
(520) 573-9316      Fax.
Mary Ellen Rodriguez
Remit Via Wire:  JPMorgan Chase Bank, N.A.
**Routing Number:**     021000021
**Account Number:**    2034-2403

**\* \* \* TERMS: PER ARTICLE VI SHELTER AGREEMENT \* \* \***

| Payroll Week #   39 | | September 24 - September 30, 2005 |
|---|---|---|
| **PLANTA 4** | | |
| TOTAL NORMAL HOURS | 130,407.07 | |
| TOTAL OVERTIME | 7,679.97 | |
| TOTAL PERFECT ATTENDANCE | 5,799.89 | |
| TOTAL SUNDAY BONUS | 36.23 | |
| TOTAL 60% P/R | 2,154.76 | |
| | | 146,077.92 |
| | | |
| **PLANTA 8** | | |
| TOTAL NORMAL HOURS | 41,017.46 | |
| TOTAL OVERTIME | 1,862.05 | |
| TOTAL PERFECT ATTENDANCE | 1,749.39 | |
| TOTAL 60% P/R | 1,845.45 | |
| | | 46,474.35 |
| | | $ 192,552.27 |
| | | |
| **PLANTA 4** | | |
| **Administrative Payroll** | | |
| TOTAL NORMAL HOURS | 98.69 | |
| | | $    98.69 |
| | | |
| ■   **Total Payroll** | | $ 192,650.96 |

*Payroll pd 10/7*

Shelter Program Services

| Based on 1803 employees (Pg A) | | |
|---|---|---|
| PLANTA 4 | 33,657.82 | |
| PLANTA 8 | 9,869.81 | |
| | | |
| ■   **Total Shelter Program Services** | | $  43,527.63 |

OFG 00010

**O F F S H O R E ' S   S H E L T E R   P R O G R A M   S E R V I C E S**

*You concentrate on production—we take care of everything else.*

Human Resources

Payroll and Benefits

Logistics, Customs and Freight

Accounting and Taxes

Procurement

Manufacturing Facilities

Facilities and Park Management

Environmental Services

Government and Community Affairs

# THE OFFSHORE GROUP




**Human Resources**


**Payroll and Benefits**


**Logistics, Customs and Freight**


**Accounting and Taxes**


**Procurement**


**Manufacturing Facilities**

**Facilities and Park Management**

**Environmental Services**


**Government and Community Affairs**

Invoice:    DPH-150L

Date:    October 5, 2005

Page    2

**I N V O I C E**

| | | |
|---|---|---|
| TOTAL INVOICE AMOUNT | $   236,178.59 | **Actual** |
| | ($221666.73) | **Estimated** |
| | $    14,511.86 | **Balance due** |

*Payroll*

Exchange rate used :    10.8010

OFG 00011

**O F F S H O R E ' S   S H E L T E R   P R O G R A M   S E R V I C E S**

*You concentrate on production—we take care of everything else.*

Date: Friday, October 14, 2005
Time: 11:22AM
User: EVA

# Offshore International Inc.
## Payment Applications - Detail
Periods: 09-05 Through 10-05 As of: 10/14/2005

Page: 1 of 3
Report: 08820.rpt
Company: OFFSHORE

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **OFFSHORE** | | | | | | | | | |
| DPH148DI | CM | 0430100 | Payroll # 37 | 9/21/2005 | 305922 | 09-05 | 121,123.01 | 121,123.01 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-149D | IN | 9/28/2005 | 305970 | 10/8/2005 | 9/28/2005 | net 10 | 62,294.49 | 59,718.40 | 0.00 | 10-05 |
| DPH-148D | IN | 9/21/2005 | 305970 | 10/1/2005 | 9/21/2005 | net 10 | 61,404.61 | 61,404.61 | 0.00 | 10-05 |
| | | | | | | **Total** | 121,123.01 | 121,123.01 | 0.00 | |

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| ACH0991 | PA | 0430100 | Delphi Automotive Systems LLC | 9/9/2005 | 305909 | 09-05 | 45,004.51 | 45,004.51 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-146L | IN | 9/7/2005 | 305909 | 9/17/2005 | 9/7/2005 | net 10 | 100,356.54 | 45,004.51 | 0.00 | 09-05 |
| | | | | | | **Total** | | 45,004.51 | 0.00 | |

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| ACH1272 | PA | 0430100 | Delphi Automotive Systems LLC | 9/6/2005 | 305896 | 09-05 | 49,065.46 | 49,065.46 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-144D | IN | 8/24/2005 | 305896 | 9/3/2005 | 8/24/2005 | net 10 | 53,777.74 | 49,065.35 | 0.00 | 09-05 |
| DPH-146L | IN | 9/7/2005 | 305907 | 9/17/2005 | 9/7/2005 | net 10 | 100,356.54 | 0.11 | 0.00 | 09-05 |
| | | | | | | **Total** | | 49,065.46 | 0.00 | |

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| ACH162 | PA | 0430100 | Delphi Automotive Systems LLC | 9/28/2005 | 305940 | 09-05 | 156,957.65 | 156,957.65 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-149L | IN | 9/28/2005 | 305948 | 10/6/2005 | 9/28/2005 | net 10 | 304,973.31 | 156,957.65 | 0.00 | 09-05 |
| | | | | | | **Total** | | 156,957.65 | 0.00 | |

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| ACH190 | PA | 0430100 | Delphi Automotive Systems LLC | 9/30/2005 | 305949 | 09-05 | 143,973.63 | 143,973.63 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-150L | IN | 10/5/2005 | 305970 | 10/15/2005 | 10/5/2005 | net 10 | 236,178.59 | 15,064.79 | 0.00 | 09-05 |
| DPH-147D | IN | 9/14/2005 | 305952 | 9/24/2005 | 9/14/2005 | net 10 | 128,908.84 | 128,908.84 | 0.00 | 09-05 |
| | | | | | | **Total** | | 143,973.63 | 0.00 | |

| Ref Nbr | Doc Type | Cust ID | Description: Customer Name | Doc Date | Entry Batch | Period to Post | Original Doc Amt | Amount Applied | Document Balance | Discount Given |
|---|---|---|---|---|---|---|---|---|---|---|
| ACH2890 | PA | 0430100 | Delphi Automotive Systems LLC | 9/22/2005 | 305929 | 09-05 | 162,794.32 | 162,794.32 | 0.00 | 0.00 |

**Adjusted Document:**

| Ref Nbr | Type | Doc Date | Apply Batch | Due Date | Discount Date | Terms | Original Doc Amt | Amount Applied | Discount Allowed | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| DPH-146D | IN | 9/7/2005 | 305929 | 9/17/2005 | 9/7/2005 | net 10 | 162,794.32 | 162,794.32 | 0.00 | 09-05 |
| | | | | | | **Total** | | 162,794.32 | 0.00 | |

OFG 00012

| INVOICE DPH-150D   D/4/05 | | |
|---|---|---|
| Facility Fee | $ | - |
| Sports Complex Fee | $ | - |
| Custom Broker Charges | $ | 7,931.93 |
| Electricity | $ | 59,316.91 |
| Water Charges | $ | - |
| Miscellaneous | $ | 21,891.37 |
| Transportation | $ | 25,443.57 |
| Miscellaneous Credit | $ | (1,622.35) |
| | | |
| **Actual Invoice Amount for DPH-150D** | **$** | **112,961.43** |
| Received Payment on 10/19/05 | **$** | **(25,443.57)** |
| Received Payment on 10/25/05 | **$** | **(112,961.43)** |
| | | |
| CREDIT BALANCE | **$** | **(25,443.57)** |

OFG 00013

Client #: *043-01-00*
Date Posted: *10-13-05*
Batch #: *305973*



**THE OFFSHORE GROUP**



**Human Resources**

Invoice: DPH-151D

Date: October 12, 2005

Page 1

**INVOICE**



**Payroll and Benefits**

To:

DELPHI AUTOMOTIVE SYSTEMS, L. L. C.
48 WALTER JONES BOULEVARD
EL PASO, TEXAS 79906
Attn: JULIO LOPEZ

Purchase Order Number: PEDP 2280190-007

Offshore International, Inc.
8350 East Old Vail Road
Tucson, Arizona 85747-9197
(520) 889-0022
(520) 573-9316      Fax.
Mary Ellen Rodriguez
Remit Via Wire: JPMorgan Chase Bank, N.A.
Routing Number: 021000021
Account Number: 2034-2403

**Logistics: Customs and Freight**

**\* \* \* TERMS: PER ARTICLE VI SHELTER AGREEMENT \* \* \***



**Accounting and Taxes**

| Facility Fee | Amount | IVA Charge | Total |
|---|---|---|---|
| 20, 21, 22 | 0.00 | 0.00 | 0.00 |
| 4, 7 | 0.00 | 0.00 | 0.00 |
| Park Fee | 0.00 | 0.00 | 0.00 |
| ■   Total Facility Fee | | | $   0.00 |

**Custom Broker Charges**

| | | |
|---|---|---|
| Exports (US-MEX) | | 7,266.53 |
| Imports (MEX-US) | | 665.40 |
| Mexican Duties | | 0.00 |
| ■   Total Custom Broker Charges | | $   7,931.93 |



**Procurement**

**Freight Charges**

| | |
|---|---|
| ILS Shipments | 0.00 |
| Other Freight. | 0.00 |
| ■   Total Freight Charges | $   0.00 |



**Manufacturing Facilities**

**US Expenses**

| | | |
|---|---|---|
| Dynalabs | 0.00 | |
| IFS Group, Inc. | 0.00 | OFG 00014 |
| Holiday Inn Fairlane | 0.00 | |
| G&F Produce Service | 0.00 | |
| ■   Total US Expenses | | $   0.00 |



**Facilities and Park Management**

**Environmental Services**

**Government and Community Affairs**

**OFFSHORE'S SHELTER PROGRAM SERVICES**

*You concentrate on production—we take care of everything else.*



# THE OFFSHORE GROUP



Human Resources

Payroll and Benefits

Logistics: Customs and Freight

Accounting and Taxes

Procurement

Manufacturing Facilities

Facilities and Park Management

Environmental Services

Government and Community Affairs

**Invoice:**    DPH-151D

**INVOICE**

**Date:**    October 12, 2005

**Page**    2

---

**Debit Note Charges - Mexico Purchases**

**PLANTA 4**

| | |
|---|---:|
| Transportation | 652.77 |
| Electricity Charges | 32,970.28 |
| Phone Charges | 0.00 |
| Water charges | 0.00 |
| Indemnification Charges | 0.00 |
| Miscelaneous debit charges | 2,987.38 |
| IVA Credit | 0.00 |
| IVA Rent Credit | 0.00 |
| Misc. Credit charges | 0.00 |
| **Total Debits PLANTA 4** | **36,610.43** |

**PLANTA 8**

| | |
|---|---:|
| Transportation | 391.10 |
| Electricity Charges | 26,346.63 |
| Phone Charges | 0.00 |
| Water charges | 0.00 |
| Indemnification Charges | 0.00 |
| Miscelaneous debit charges | 1,777.40 |
| IVA Credit | 0.00 |
| IVA Rent Credit | 0.00 |
| Misc. Credit charges | 0.00 |
| **Total Debits PLANTA 8** | **$   28,515.13** |



*TRANSPORTATION 25,443.57*

**DELPHI DIV**

| | |
|---|---:|
| Transportation | 24,399.70 |
| Electricity Charges | 0.00 |
| Phone Charges | 0.00 |
| Water charges | 0.00 |
| Indemnification Charges | 0.00 |
| Miscelaneous debit charges | 17,126.59 |
| IVA Credit | 0.00 |
| IVA Rent Credit | 0.00 |
| Misc. Credit charges | -1,622.35 |
| **Total Debits DELPHI DIV** | **$   39,903.94** |

| | |
|---|---:|
| ■    **Total Debit Note Charges** | **$   105,029.50** |

OFG 00015



**OFFSHORE'S SHELTER PROGRAM SERVICES**

*You concentrate on production—we take care of everything else.*



 

## THE OFFSHORE GROUP

**Human Resources**

Invoice:    DPH-151D                                    INVOICE

Date:    October 12, 2005

Page    3



**Payroll and Benefits**

| TOTAL INVOICE AMOUNT | $ | 112,961.43 |
| --- | --- | --- |

Exchange rate used :    10.7500




**Logistics: Customs and Freight**



**Accounting and Taxes**



**Procurement**



**Manufacturing Facilities**



**Facilities and Park Management**



**Environmental Services**



**Government and Community Affairs**

OFG 00016

## OFFSHORE'S SHELTER PROGRAM SERVICES

*You concentrate on production—we take care of everything else.*

306037

# THE OFFSHORE GROUP



Invoice: SPEC-DPH-008D
November 02, 2005

To:
    Delphi-P Empalme
    48 Walter Jones Boulevard
    El Paso, Texas 79906
    Attn: Julio López    Purchase Order Number: PEDP 2280190-007

Please Remit To:
Offshore International, Inc.
8350 East Old Vail Road
Tucson, Arizona 85747-9197
Attention: Mary Ellen Rodriguez

**\*\*\* TERMS: PER ARTICLE VI SHELTER AGREEMENT \*\*\***

Payroll # 43                    October 22 - October 28, 2005

| Charges Plant # 04 | |
| --- | --- |
| Mexico Debit Note Charges Plant # 04 | |
| Electricity Charges | 0.00 |
| Water Charges | 0.00 |
| Telephone Charges | 0.00 |
| Transportation Charges | 0.00 |
| Miscellaneous Debit Charges | 0.00 |
| Miscellaneous Credits | 0.00 |
| IVA Credit | 0.00 |
| Total Mexico Debit Note Charges | $0.00 |
| | |
| Facilities Fee | |
| Empalme, Mexico (Building 20, 21, & 22) | 0.00 |
| IVA 15% | 0.00 |
| Total Facilities Fee Plant #04 | $0.00 |

CONFIDENTIAL

TOTAL CHARGES PLANT # 04

| Charges Plant # 02 | |
| --- | --- |
| Mexico Debit Note Charges Plant # 02 | |
| Electricity Charges | 0.00 |
| Telephone Charges | 0.00 |
| Transportation Charges | 0.00 |
| Indemnification/Other Payroll Charges | 0.00 |
| Miscellaneous Debit Charges | 0.00 |
| IVA Credit | 0.00 |
| Total Mexico Debit Note Charges | 0.00 |

TOTAL CHARGES PLANT # 02

| Charges Plant # 08 | |
| --- | --- |
| Mexico Debit Note Charges Plant # 08 | |
| Electricity Charges | 0.00 |
| Water Charges | 0.00 |
| Telephone Charges | 0.00 |
| Transportation Charges | 0.00 |
| Indemnification/Other Payroll Charges | 0.00 |
| Miscellaneous Debit Charges | 0.00 |
| IVA Credit | 0.00 |
| Miscellaneous Credits | 0.00 |
| Total Mexico Debit Note Charges | $0.00 |
| | |
| Facilities Fee | |
| Empalme, Mexico (Building 4 & 7) | 0.00 |
| IVA 15% | 0.00 |
| Total Facilities Fee Plant #08 | $0.00 |

TOTAL CHARGES PLANT # 08

OFG 00017


**Human Resources**


**Payroll and Benefits**


**Logistics Customs and Freight**


**Accounting and Taxes**


**Procurement**


**Manufacturing Facilities**


**Facilities and Park Management**

**Environmental Services**

**Government and Community Affairs**



# THE OFFSHORE GROUP



**Human Resources**



**Payroll and Benefits**

**Logistics, Customs and Freight**



**Accounting and Taxes**



**Procurement**

**Manufacturing Facilities**

**Facilities and Park Management**

**Environmental Services**

**Government and Community Affairs**

| Charges Plant # 10 | |
|---|---|
| **Mexico Debit Note Charges Plant # 10** | |
| Electricity Charges | 0.00 |
| Telephone Charges | 0.00 |
| Transportation Charges | 0.00 |
| Indemnification/Other Payroll Charges | 0.00 |
| Other Expense Charges | 0.00 |
| Credit Charges | 0.00 |
| IVA Credit | 0.00 |
| **Total Mexico Debit Note Charges** | **$0.00** |

| TOTAL CHARGES PLANT # 10 | $0.00 |
|---|---|

| Charges Administrative AWS | |
|---|---|
| **Broker Charges** | |
| Exports (DEL-43-05) | 5,937.15 |
| Imports (DEL-43-05) | 843.16 |
| Mexican Duties | 0.00 |
| **Total Broker Charges** | **6,780.31** |
| | |
| **Industrial Park Fee** | |
| Empalme, Mexico | 0.00 |
| **Total Industrial Park Fee** | **$0.00** |
| | |
| **Freight Charges** | |
| ILS Shipments | $0.00 |
| **Total Freight Charges** | **$0.00** |
| | |
| **U. S. Expenses** | |
| Dynalabs | $0.00 |
| IFS Group, Inc. | $0.00 |
| G&F Produce Service | $0.00 |
| **Total U. S. Expenses** | **$0.00** |
| | |
| **Mexico Debit Note Charges AWS** | |
| Electricity Charges | 0.00 |
| Telephone Charges | 0.00 |
| Transportation Charges | 0.00 |
| Indemnification/Other Payroll Charges | 0.00 |
| Miscellaneous Debit Charges | 0.00 |
| Miscellaneous Credits | 0.00 |
| IVA Credit | 0.00 |
| IVA Rent Credit | 0.00 |
| **Total Mexico Debit Notes Charges** | **$0.00** |

| TOTAL CHARGES ADMINISTRATIVE AWS | $6,780.31 |
|---|---|

| TOTAL INVOICE AMOUNT | $6,780.31 |
|---|---|

Total Mexico Charges INVOICE SPEC-DELP-008D

OFG 00018

# OFFSHORE'S SHELTER PROGRAM SERVICES

*You concentrate on production—we take care of everything else.*

DEL-43-05

**C & E AGENTES ADUANALES S.A, DE C.V.**
**MAQUILAS TETAKAWI, S.A DE C.V       (DELPHI)**

**IMPORTACIONES**

| PEDIMENTO | INVOICE | U.S.A. INVOICE | DATE | TRAILER | TOTAL PESOS | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|
| | | | | | $ - | $ - | $ - |
| **SUB-TOTAL** | | | | | $ - | | $ - |

**EXPORTACIONES**

| PEDIMENTO | INVOICE | U.S.A. INVOICE | DATE | TRAILER | TOTAL PESOS | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|
| 3707-5001971 | 36048 | CONSOLIDADO | 9/5/2005 | | $ 4,176.00 | 10.7234 | $ 389.43 |
| 3707-5002080 | 37149 | CONSOLIDADO | 9/27/2005 | | $ 4,924.00 | 10.8475 | $ 453.93 |
| **SUB-TOTAL** | | | | | $ 9,100.00 | | $ 843.36 |
| **TOTAL** | | | | | $ 9,100.00 | | $ 843.36 |

OFG 00019

DEL-43-05

**C & E AGENTES ADUANALES S.A, DE C.V.**
**MAQUILAS TETAKAWI, S.A DE C.V      (DELPHI)**

**IMPORTACIONES**

| PEDIMENTO | INVOICE | U.S.A. INVOICE | DATE | TRAILER | TOTAL PESOS | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|
| 5002112 | 37574 | CONSOLIDADO | 10/5/2005 | | $ 64,403.24 | $ 10.85 | $ 5,937.15 |

| SUB-TOTAL | | | | | $ 64,403.24 | | $ 5,937.15 |

**EXPORTACIONES**

| | | | | | $ - | 0 | $ - |

SUB-TOTAL

| **TOTAL** | | | | | $ 64,403.24 | | $ 5,937.15 |

OFG 00020