TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                                   :
In re:                                             :
                                                   :        Chapter 11
DELPHI CORPORATION, et al.,                        :        Case No. 05-44481 [RDD]
                                                   :
                          Debtors.                 :        Jointly Administered
                                                   :
--------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14139 (SERIGRAPH INC./ SPCP GROUP, LLC/ <u>DEUTSCHE BANK SECURITIES, INC.)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Serigraph Inc. ("Serigraph"),

SPCP Group, LLC ("SPCP") and Deutsche Bank Securities, Inc. ("Deutsche Bank," and

together with Serigraph and SPCP, collectively, the "Claimants") respectfully submit

this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim

Number 14139 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS,** on August 9, 2006, SPCP as assignee of Serigraph filed proof of claim number 14139 (the "Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,206,143.24 (the "Claim");  and

**WHEREAS,** on February 21, 2007, SPCP assigned $1,000,000 of the Claim to Deutsche Bank, as evidenced by that certain Notice of Transfer filed on June 13, 2007 (DAS LLC Docket No. 67);  and

**WHEREAS,** on September 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twentieth-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection");  and

**WHEREAS,** on October 18, 2007, Deutsche Bank and SPCP filed a Response to the Twentieth-First Omnibus Claims Objection (Docket No. 10638) (the "Response");  and

**WHEREAS,** on January 8, 2008, to resolve the Twentieth-First Omnibus

2

Claims Objection with respect to the Claim, Serigraph, SPCP, Deutsche Bank and DAS

LLC entered into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC

acknowledges and agrees that the Claim shall be allowed against DAS LLC in the

amount of $1,036,570 as a general unsecured non-priority claim;  and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors,

Serigraph, SPCP and Deutsche Bank stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $1,036,570 and shall be

treated as an allowed general unsecured non-priority claim against DAS LLC.  The

Claim shall be allocated as follows:  (i) Deutsche Bank shall hold a $1,000,000.00 portion

of the Claim; and (ii) SPCP shall hold a $36,570 portion of the Claim, and the Debtors'

claims register shall be amended to reflect this allocation without the need for any

further actions by the Claimants.

2.      The Response and the Twenty First Omnibus Claims Objection,

solely as it relates to the Claim, are hereby withdrawn with prejudice.

3.      The Stipulation does not impact, alter or affect any other proofs of

3

claim that Serigraph, SPCP or Deutsche Bank have on file against the Debtors and

relates solely to those matters arising out of or related to the Claim.

Dated:   New York, New York
         January 29, 2007

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:
                                    /s/ Neil Berger_____
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000


Dated:   West Bend, WI
         January 2008


                                    SERIGRAPH INC.
                                    By its Counsel,

                                    /s/ Kellen S. Baird_____
                                    Serigraph, Inc.
                                    Kelleen S. Baird
                                    3801 E. Decorah Road
                                    West Bend, WI 53095
                                    262-335-7460

Dated:   Greenwich, Connecticut
         January 2008

                                   SPCP GROUP, LLC
                                   By its Counsel,

                                   /s/ Michael Gatto
                                   Michael Gatto
                                   SILVER POINT CAPITAL
                                   Two Greenwich Plaza
                                   Greenwich, CT 06830
                                   Tel: 203-542-4032

Dated:   New York, NY
         January 8, 2008

                                   DEUTSCHE BANK SECURITIES, INC.

                                   /s/ Scott G. Martin
                                   Scott G. Martin
                                   Deutsche Bank Securities Inc.
                                   60 Wall Street, 3rd Floor
                                   New York, NY 1005
                                   212-250-5760

                                   /s/ Ray Costa
                                   Deutsche Bank Securities Inc.
                                   60 Wall Street, 3rd Floor
                                   New York, NY 1005
                                   212-250-5760

**SO ORDERED**

This <u>31st</u> day of <u>January</u>, 2008
in New York, New York

_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE