# EXHIBIT A

| Cust name | Contract/PO | Invoice no. | Invoice date | Gross amount | Item no | Notes |
|---|---|---|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | S2S45044 | 108274 | 20-Oct-03 | $2,582.10 | 332823 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S49394 | 129414 | 30-Sep-04 | $3,269.26 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S51558 | 140450 | 07-Apr-05 | $2,002.16 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S52602 | 150114 | 06-May-05 | $4,355.15 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S52602 | 152264 | 10-Jun-05 | $2,339.38 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S53233 | 153383 | 28-Jun-05 | $16,912.23 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | S2S54047 | 155561 | 04-Aug-05 | $8,282.34 | 334484 | Relates to SAG9015603 |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 132350 | 17-Nov-04 | $1,198.73 | 334501 | Relates to SAG9015603 |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 153573 | 30-Jun-05 | $4,151.76 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 154394 | 18-Jul-05 | $4,565.18 | 332823 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 154392 | 18-Jul-05 | $2,708.26 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 154931 | 26-Jul-05 | $2,314.91 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 155757 | 08-Aug-05 | $2,153.40 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 155847 | 09-Aug-05 | $2,354.93 | 332823 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 168844 | 15-Aug-05 | $2,153.40 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 169419 | 23-Aug-05 | $1,175.76 | 332823 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 169418 | 23-Aug-05 | $2,412.53 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 170006 | 31-Aug-05 | $2,278.60 | 332823 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 170005 | 31-Aug-05 | $2,017.02 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 170296 | 06-Sep-05 | $933.14 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 170766 | 13-Sep-05 | $1,220.26 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 171136 | 19-Sep-05 | $2,155.55 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 171609 | 26-Sep-05 | $2,235.23 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9OI0209 | 172088 | 03-Oct-05 | $2,153.40 | 332642 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9015603 | 171532 | 23-Sep-05 | $3,484.12 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9015603 | 171850 | 29-Sep-05 | $2,613.09 | 334501 | |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9TI0398 | 126748 | 17-Aug-04 | $917.74 | 334484 | Relates to SAG9015603 |
| DELPHI SAGINAW STEERING SYSTEMS | SAG9TI0398 | 127204 | 24-Aug-04 | $1,070.13 | 334484 | Relates to SAG9015603 |
| TOTAL | | | | $86,009.76 | | |