UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                                    Debtors.                :    (Jointly Administered)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rosalia Romero, do hereby certify hereby under penalty of perjury that on January 31, 2008, I caused the following pleading:

> **Objection of Liquidity Solutions, Inc., as Agent for Ore Hill Hub Fund Ltd., to (I) Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection With Sale of Steering and Halfshaft Business and (II) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection With Sale of Steering and Halfshaft Business**

to be served via Federal Express overnight delivery on the persons and at the addresses listed on Exhibit A hereto.

Dated: Hackensack, New Jersey
       January 31, 2008

                                                            /s/ Rosalia J. Romero
                                                            Rosalia Romero

## EXHIBIT A

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
   Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48908

Delphi Corporation
Attn: Deputy General Counsel,
   Transactional & Restructuring
5725 Delphi Drive
Troy, Michigan 48908

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48908

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Ron E. Meisler, Esq.
       Brian M. Fern, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Davis Polk & Wardwell
Attn: Donald Bernstein, Esq.
      Brian Resnick, Esq.
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg, Esq.
     Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart, Esq.
One New York Plaza
New York, New York 10004

White & Case LLP
Attn: Thomas E. Lauria, Esq.
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

White & Case LLP
Attn: John M. Reiss, Esq.
      Glenn M. Kurtz, Esq.
      Gregory Pryor, Esq.
1155 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee
   for the Southern District of New York
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2011
New York, New York 10004

Kirkland & Ellis LLP
Attn:  Richard L. Wynne, Esq.
777 South Figueroa Street
Los Angeles, California 90017

Metal-Matic, Inc.
Attn: Mr. Thomas A. Jackson,
     Chief Financial Officer/Treasurer
629 Second Street Southeast
Minneapolis, Minnesota 55414

Faegre & Benson LLP
Attn: Stephen M. Mertz, Esq.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Ore Hill Hub Fund Ltd.
Attn: Sophie Kim, Esq.
650 Fifth Avenue, 9th Floor
New York, New York 10019