G. Christopher Meyer (GM-9058)(Ohio No. 0016268)
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
*Counsel for Furukawa Electric Company Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Bankruptcy Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtor(s). | (Jointly Administered) |

**AMENDED RESPONSE OF FURUKAWA ELECTRIC COMPANY LTD. TO DEBTORS' NOTICES OF ASSUMPTION AND/OR ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS AND TO PROPOSED CURE AMOUNTS IN CONNECT THEREWITH**

For its amended response to the Debtors' (i) Notices of Assumption and/or Assignment of Executory Contract and Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (the "Sale Assumption Notices") and (ii) Notices of Cure Amount with Respect to Executory Contract and Unexpired Lease to Buyers in Connection with Sale of Steering and

Halfshaft Business (the "Sale Cure Notices" and, together with the Sale Assumption Notices, collectively the "Sale Notices"), Furukawa Electric Company Ltd. ("Furukawa") states as follows:

1. Debtors have provided to Furukawa several Sale Notices, each dated January 23, 2008, identifying the following executory contracts (the "Contracts") proposed to be assumed and/or assigned in connection with the Debtors' sale of their steering and halfshaft business and containing the following proposed cure amounts for such Contracts:

| Contract Number | Debtors' Proposed Cure Amount |
|---|---|
| 9016208 | No Sale Cure Notice yet received – No amounts |
| 9016209 | No Sale Cure Notice yet received – No amounts |
| SAG9015496 | $31,308.87 |
| SAG9015497 | $0.00 |

2. Initially, Furukawa was unable to identify what agreements or contracts are intended to be described by the identifying numbers used by the Debtors in the Sale Notices. Accordingly, Furukawa filed its initial response objecting based on that lack of information. However, Furukawa has now determined that the Contracts identified are agreements that may have been initially executed by Furukawa but which are actually being performed by Furukawa's affiliate Furukawa Electric North America APD, Inc. ("FENA APD").

3. Based on information supplied by FENA APD, Furukawa no longer disputes the cure amounts proposed in the Sale Cure Notices for the contracts identified as SAG9015496, 9016208 and 9016209.

    4.    Based on information supplied by FENA APD with respect to the contract identified as SAG9015497, Furukawa objects to the cure amount proposed by Debtors. Furukawa and FENA APD believe that the correct cure amount is $58,992.75. Attached to this Supplemental Response as Exhibit A is a summary of outstanding amounts due with respect to the GMT 900 sensors supplied pursuant to SAG9015497, together with copies of supporting FENA APD invoices for such charges.

    5.    Based on the foregoing, Furukawa requests that the cure amount for contract SAG9015497 be determined to be $58,992.75.

Respectfully submitted,

Dated: Cleveland, Ohio
January 31, 2008

/s/ G. Christopher Meyer
G. Christopher Meyer (GM-9058)
(Ohio No. 0016268)
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com

***Counsel for Furukawa Electric Company Ltd.***

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing **Amended Response of Furukawa Electric Company Ltd. to Notice Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers In Connection With Sale Of Steering And Halfshaft Business and to Proposed Cure Amounts in Connect Therewith** was, in addition to electronic service, sent by Federal Express overnight delivery, on January 31, 2008, to the persons set forth below.

| | |
|---|---|
| Delphi Automotive Systems, LLC<br>Attn: Legal Staff<br>5725 Delphi Drive<br>Troy, MI 48098 | Delphi Corporation<br>Attn: Deputy General Counsel, Transactional and Restructuring<br>5725 Delphi Drive<br>Troy, MI 48098 |
| John K. Lyons<br>Ron E. Meisler<br>Brian M. Fern<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>*Counsel to the Debtors* | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for the Agent under the Post-Petition Credit Facility* |
| Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Bonnie Steingart<br>Fried, Frank, Harris Shriver & Jackson LLP<br>One New York Plaza<br>New York, NY 10004<br><br>*Counsel for the Official Committee of Equity Security Holders* |
| Richard L. Wynne<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br><br>*Counsel for the Buyers* | The Office of the United States Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitewall Street, Suite 2100<br>New York, NY 10004 |

                      */s/ G. Christopher Meyer*