# EXHIBIT A

# FURUKAWA-DELPHI PO-INVOICE MATCHING

| Invoice Number | Date | Total Invoice Amount | Portion of Invoice Related to SAG90I5497 |
|---|---|---|---|
| 0071084-IN | 6/27/2005 | 120.00 | 120.00 |
| 0072787-IN | 9/2/2005 | 84,233.81 | 2,498.45 |
| 0072869-IN | 9/6/2005 | 149,696.81 | 2,498.45 |
| 0073135-IN | 9/13/2005 | 104,814.82 | 4,996.90 |
| 0073349-IN | 9/23/2005 | 142,284.22 | 11,243.02 |
| 0073527-IN | 9/30/2005 | 17,072.73 | 17,072.73 |
| 0073572-IN | 10/4/2005 | 117,055.08 | 20,563.20 |
|  |  |  |  |
| **Totals** |  | **615,277.47** | **58,992.75** |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0071084-IN | 1 |
| DATE | |
| 06/27/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 6/27/2005

COMMENT: 25394

| CUSTOMER NO. | SHIP VIA | ORDER NO. | SLS NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 25394 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG9015497 | EA | 12 | 12 | 0 | 10.0000 | 120.00 |

| TOTAL WEIGHT: | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT: | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 |

Payable in US Dollars

# FURUKAWA ELECTRIC
Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0072787-IN | 1 |
| DATE | |
| 09/02/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/2/2005

COMMENT: 26818

| CUSTOMER NO: | ORDER NO: | SHIP VIA | REFERENCE NO: | | | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | 26818 | CFCN | | | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | SLS NO: | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90I4073 | EA | 0001 | 1,152 | 1,152 | 0 | 19.7900 | 22,798.08 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | EA | | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG90I4073 | EA | | 720 | 720 | 0 | 5.5800 | 4,017.60 |
| 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG90I4073 | EA | | 240 | 240 | 0 | 21.2200 | 5,092.80 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I5321 | EA | | 288 | 288 | 0 | 20.7200 | 5,967.36 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I4073 | EA | | 240 | 240 | 0 | 10.4102 | 2,498.45 |
| 2610-1926 | Wire Harness GMT370<br>PO Number: SAG90I5497 | EA | | 288 | 288 | 0 | 16.1900 | 4,662.72 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0072787-IN | 2 |
| DATE | |
| 09/02/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/2/2005

COMMENT: 26818

| CUSTOMER NO: | ORDER NO: | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | 26818 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | SHIP VIA | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | CFCN | | | | | | | |
| 2611-4152 | | Cust PN: 26101926<br>PO Number: SAG90I4073<br>SRC ASSY GMX272 G08 | EA | 416 | 416 | 0 | 16.8300 | 7,001.28 |
| 2611-3964 | | Cust PN: 26114152<br>PO Number: SAG90I4073<br>GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |

| TOTAL WEIGHT | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 84,233.81 | 0.00 | 0.00 | 0.00 | 0.00 | 84,233.81 |

Payable in US Dollars

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0072869-IN | 1 |
| DATE | |
| 09/06/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

COMMENT:  26844

SHIP DATE: 9/6/2005

| CUSTOMER NO: | ORDER NO: | SHIP VIA | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | 26844 | CFCN | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90I4073 | EA | 2,304 | 2,304 | 0 | 19.7900 | 45,596.16 |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG90I4073 | EA | 12 | 12 | 0 | 21.1900 | 254.28 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | EA | 240 | 240 | 0 | 10.4102 | 2,498.45 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-4152 | SRC ASSY GMX272 G08 | EA | 320 | 320 | 0 | 16.8300 | 5,385.60 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0072869-IN | 2 |
| DATE | |
| 09/06/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/6/2005

COMMENT: 26844

| CUSTOMER NO: | SHIP VIA | ORDER NO: | SLS NO: | REFERENCE NO. | | TERMS | |
|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 26844 | 0001 | | | NET 60 DAYS | |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | Cust PN: 26114152<br>PO Number: SAG90I4073<br>GMT800 Wire Harness | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2611-2392 | Cust PN: 26113965<br>PO Number: SAG90I4073<br>SRC-G14-GMX211-10cct | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2609-7809 | Cust PN: 26112392<br>PO Number: SAG90I5293<br>WIRE HARNESS, GMX320 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2610-1926 | Cust PN: 26097809<br>PO Number: SAG90I4073<br>Wire Harness GMT370 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2610-9025 | Cust PN: 26101926<br>PO Number: SAG90I4073<br>W/H ASSY, GMT900 | EA | 180 | 180 | 0 | 21.2200 | 3,819.60 |
| 2611-3964 | Cust PN: 26109025<br>PO Number: SAG90I5321<br>GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0072869-IN | 3 |
| DATE | |
| 09/06/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/6/2005

COMMENT: 26844

| CUSTOMER NO. | ORDER NO. | SHIP VIA | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | 26844 | CFCN | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | Cust PN: 26113964 | | | | | | |
| | PO Number: SAG9014073 | | | | | | |
| 2610-1925 | Wire Harness GMT360 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| | Cust PN: 26101925 | | | | | | |
| | PO Number: SAG9014073 | | | | | | |

| TOTAL WEIGHT: | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 149,696.81 | 0.00 | 0.00 | 0.00 | 0.00 | 149,696.81 |

Payable in US Dollars

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073135-IN | 1 |
| DATE | |
| 09/13/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/13/2005

| CUSTOMER NO. | SHIP VIA | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CFCN | 27012 | | NET 60 DAYS |

COMMENT: 27012

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | SLS NO: | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG9014073 | EA | 0001 | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-0358 | SIR coil GMX170<br>Cust PN: 26090358<br>PO Number: SAG9014073 | EA | | 30 | 30 | 0 | 9.1200 | 273.60 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG9015497 | EA | | 480 | 480 | 0 | 10.4102 | 4,996.90 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | EA | | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-1926 | Wire Harness GMT370 | EA | | 288 | 288 | 0 | 16.1900 | 4,662.72 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073135-IN | 2 |
| DATE | |
| 09/13/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/13/2005

COMMENT: 27012

| CUSTOMER NO. | SHIP VIA | ORDER NO. | SLS NO: | REFERENCE NO. | | TERMS | |
|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27012 | 0001 | | | NET 60 DAYS | |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | Cust PN: 26101926<br>PO Number: SAG9014073<br>GMT800 Wire Harness | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2609-7809 | Cust PN: 26113965<br>PO Number: SAG9014073<br>WIRE HARNESS, GMX320 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2611-4152 | Cust PN: 26097809<br>PO Number: SAG9014073<br>SRC ASSY GMX272 G08 | EA | 352 | 352 | 0 | 16.8300 | 5,924.16 |
| 2611-2392 | Cust PN: 26114152<br>PO Number: SAG9014073<br>SRC-G14-GMX211-10cct | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2611-3964 | Cust PN: 26112392<br>PO Number: SAG9015293<br>GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| | Cust PN: 26113964<br>PO Number: SAG9014073 | | | | | | |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073135-IN | 3 |
| DATE | |
| 09/13/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/13/2005

COMMENT: 27012

| CUSTOMER NO: | SHIP VIA | ORDER NO: | SLS NO: | REFERENCE NO: | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27012 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 104,814.82 | 0.00 | 0.00 | 0.00 | 0.00 | 104,814.82 |

Payable in US Dollars

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073349-IN | 1 |
| DATE | |
| 09/23/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/23/2005

COMMENT: 27244

| CUSTOMER NO. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | | |
| ITEM NUMBER | SHIP VIA | | ORDER NO. | | | | | TERMS | |
| | CFCN | | 27244 | | | | | NET 60 DAYS | |
| | ITEM DESCRIPTION | UNIT | ORDERED | SLS NO: | SHIPPED | REFERENCE NO. | BACKORDER | UNIT PRICE | AMOUNT |
| | | | | 0001 | | | | | |
| 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG90I5321 | EA | 1,020 | | 1,020 | | 0 | 21.2200 | 21,644.40 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,440 | | 1,440 | | 0 | 9.6200 | 13,852.80 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 32 | | 32 | | 0 | 16.8300 | 538.56 |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 256 | | 256 | | 0 | 16.8300 | 4,308.48 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | EA | 576 | | 576 | | 0 | 20.7200 | 11,934.72 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | EA | 1,080 | | 1,080 | | 0 | 10.4102 | 11,243.02 |
| 2611-3961 | GMT800 Wire Harness | EA | 864 | | 864 | | 0 | 19.7900 | 17,098.56 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073349-IN | 2 |
| DATE | |
| 09/23/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/23/2005

| CUSTOMER NO. | SHIP VIA | ORDER NO. | SLS NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27244 | 0001 | | NET 60 DAYS |

COMMENT: 27244

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3964 | Cust PN: 26113961<br>PO Number: SAG9014073<br>GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| 2610-1926 | Cust PN: 26113964<br>PO Number: SAG9014073<br>Wire Harness GMT370 | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |
| 2610-1925 | Cust PN: 26101926<br>PO Number: SAG9014073<br>Wire Harness GMT360 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2609-8447 | Cust PN: 26101925<br>PO Number: SAG9014073<br>Wire Harness GMT360 | EA | 576 | 576 | 0 | 15.5900 | 8,979.84 |
| 2609-7809 | Cust PN: 26098447<br>PO Number: SAG9014073<br>WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073349-IN | 3 |
| DATE | |
| 09/23/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/23/2005

COMMENT: 27244

| CUSTOMER NO: | SHIP VIA | ORDER NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CFCN | 27244 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | SLS NO. | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | 0001 | | | | | |

| TOTAL WEIGHT: | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 142,284.22 | 0.00 | 0.00 | 0.00 | 0.00 | 142,284.22 |

Payable in US Dollars

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073527-IN | 1 |
| DATE | |
| 09/30/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/30/2005

COMMENT:

| CUSTOMER NO. | ORDER NO. | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | | CS05 | SAG90I5497 | NET 60 DAYS |

| ITEM NUMBER | SHIP VIA | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| /MISCITEM | FENA | 2611-1366 GMT900 HRSAS Sensor Hand Carry by Nakamoto Reference Delphi GCN # 085624 | EACH | 1,640.00 | 1,640.00 | 0 | 10.41 | 17,072.73 |

| TOTAL WEIGHT: | NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|---|
| | 17,072.73 | 0.00 | 0.00 | 0.00 | 0.00 | 17,072.73 |

Payable in US Dollars

# FURUKAWA ELECTRIC

Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073572-IN | 1 |
| DATE | |
| 10/04/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/4/2005

COMMENT: 27445

| CUSTOMER NO. | ORDER NO. | SHIP VIA | TERMS |
|---|---|---|---|
| 00-0010080 | 27445 | CFCN | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | SLS NO. | UNIT | ORDERED | SHIPPED | BACKORDER | REFERENCE NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | 0001 | EA | 576 | 576 | 0 | | 19.2400 | 11,082.24 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | | EA | 576 | 576 | 0 | | 16.1900 | 9,325.44 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | | EA | 1,440 | 1,440 | 0 | | 5.5800 | 8,035.20 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | | 18.1900 | 5,238.72 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | | EA | 1,440 | 1,440 | 0 | | 19.7900 | 28,497.60 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | | EA | 256 | 256 | 0 | | 16.8300 | 4,308.48 |
| 2611-2392 | SRC-G14-GMX211-10cct | | EA | 720 | 720 | 0 | | 9.6200 | 6,926.40 |

## FURUKAWA ELECTRIC
Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

### INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073572-IN | 2 |
| DATE | |
| 10/04/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/4/2005

COMMENT: 27445

| CUSTOMER NO. | SHIP VIA | ORDER NO. | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27445 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| FT0045 | Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,440 | 1,440 | 0 | 14.2800 | 20,563.20 |
| | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | EA | 60 | 60 | 0 | 8.5500 | 513.00 |
| 2605-1914 | SIR COIL<br>Cust PN: 26051914<br>PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | | | | | | |

## FURUKAWA ELECTRIC
Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE | PAGE: |
|---|---|
| 0073572-IN | 3 |
| DATE | |
| 10/04/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 10/4/2005

COMMENT: 27445

| CUSTOMER NO. | SHIP VIA | ORDER NO: | SLS NO: | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27445 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

| NET SALES AMOUNT: | TRADE DISCOUNT | FREIGHT | SALES TAX: | TERMS DISCOUNT | AMOUNT DUE: |
|---|---|---|---|---|---|
| 117,055.08 | 0.00 | 0.00 | 0.00 | 0.00 | 117,055.08 |

TOTAL WEIGHT

Payable in US Dollars