# EXHIBIT A

# FURUKAWA-DELPHI PO-INVOICE MATCHING

| Invoice Number | Date | Total Invoice Amount | Portion of Invoice Related to SAG90I4073 |
|---|---|---|---|
| 0041713-IN | 5/17/2002 | 27,650.10 | 27,650.10 |
| 0042292-IN | 6/12/2002 | 16,485.12 | 16,485.12 |
| 0042316-IN | 6/13/2002 | 773.70 | 773.70 |
| 0044014-IN | 8/20/2002 | 38,646.72 | 38,646.72 |
| 0044172-IN | 8/28/2002 | 33,105.60 | 33,105.60 |
| 0045158-IN | 10/1/2002 | 5,133.60 | 5,133.60 |
| 0045823-IN | 10/28/2002 | 32,345.28 | 32,345.28 |
| 0049130-IN | 3/28/2003 | 12,873.60 | 12,873.60 |
| 0051063-IN | 6/11/2003 | 18,123.84 | 18,123.84 |
| 0051064-IN | 6/11/2003 | 6,111.36 | 6,111.36 |
| 0051069-IN | 6/12/2003 | 39,827.76 | 39,827.76 |
| 0050921-IN | 6/23/2003 | 18,596.16 | 18,596.16 |
| 0050925-IN | 6/23/2003 | 18,334.08 | 18,334.08 |
| 0051614-IN | 7/23/2003 | 6,373.44 | 6,373.44 |
| 0051799-IN | 7/30/2003 | 6,111.36 | 6,111.36 |
| 0052520-IN | 8/29/2003 | 6,351.31 | 6,351.31 |
| 0052603-IN | 9/4/2003 | 1,858.92 | 1,858.92 |
| 0054179-IN | 10/15/2003 | 839.88 | 839.88 |
| 0054443-IN | 10/31/2003 | 9,722.16 | 9,722.16 |
| 0057052-IN | 2/13/2004 | 166.40 | 166.40 |
| 0062189-IN | 8/5/2004 | 5,924.00 | 5,924.00 |
| 0063949-IN | 10/1/2004 | 42,690.84 | 42,690.84 |
| 0066275-IN | 12/10/2004 | 242.04 | 242.04 |
| 0071712-IN | 7/21/2005 | 518.72 | 518.72 |
| 0071897-IN | 7/28/2005 | 2,400.00 | 2,400.00 |
| 0072402-IN | 8/22/2005 | 1,249.22 | 1,249.22 |
| 0072766-IN | 9/1/2005 | 90,332.06 | 90,332.06 |
| 0072787-IN | 9/2/2005 | 84,233.81 | 76,642.56 |
| 0072869-IN | 9/6/2005 | 149,696.81 | 129,525.96 |
| 0072909-IN | 9/7/2005 | 155,531.52 | 134,752.32 |
| 0073008-IN | 9/8/2005 | 17,098.56 | 17,098.56 |
| 0073106-IN | 9/12/2005 | 126,573.12 | 112,720.32 |
| 0073135-IN | 9/13/2005 | 104,814.82 | 85,965.12 |
| 0073148-IN | 9/14/2005 | 126,687.00 | 92,055.00 |
| 0073153-IN | 9/14/2005 | 9,325.44 | 9,325.44 |
| 0073156-IN | 9/14/2005 | 50,806.08 | 50,806.08 |
| 0073179-IN | 9/15/2005 | 132,798.12 | 118,945.32 |
| 0073200-IN | 9/16/2005 | 123,543.12 | 109,053.72 |
| 0073217-IN | 9/19/2005 | 134,961.96 | 121,109.16 |
| 0073219-IN | 9/19/2005 | 6,140.16 | 6,140.16 |
| 0073279-IN | 9/21/2005 | 128,223.78 | 113,734.38 |
| 0073307-IN | 9/22/2005 | 114,932.00 | 101,079.20 |
| 0073349-IN | 9/23/2005 | 142,284.22 | 95,544.00 |
| 0073368-IN | 9/26/2005 | 119,597.52 | 105,744.72 |
| 0073393-IN | 9/27/2005 | 110,117.44 | 96,264.64 |
| 0073439-IN | 9/28/2005 | 137,595.84 | 130,669.44 |
| 0073467-IN | 9/29/2005 | 89,490.48 | 81,290.88 |
| 0073469-IN | 9/29/2005 | 17,098.56 | 17,098.56 |
| 0073523-IN | 9/30/2005 | 90,683.76 | 77,391.36 |
| 0073547-IN | 10/3/2005 | 27,705.60 | 27,705.60 |
| 0073548-IN | 10/3/2005 | 134,844.48 | 120,991.68 |
| 0073572-IN | 10/4/2005 | 117,055.08 | 89,565.48 |
| 0073588-IN | 10/5/2005 | 104,128.08 | 97,201.68 |
| 0073617-IN | 10/6/2005 | 117,784.08 | 103,931.28 |
| 0073650-IN | 10/7/2005 | 80,171.64 | 67,515.84 |
| | | | |
| **Totals** | | **3,196,710.35** | **2,832,655.73** |