# EXHIBIT B

# FURUKAWA ELECTRIC
## Furukawa Electric North America APD, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0041713-IN | 1 |
| **DATE** | |
| 05/17/2002 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 5/17/2002

COMMENT:     SO# 013168

| CUSTOMER PO | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|
| 00-0010080 | | | NET 30 DAYS |

| LINE NUMBER | ITEM NUMBER DESCRIPTION | UNIT OF MEAS. | QTY ORDERED | QTY SHIPPED | QTY BACK ORD. | RELEASE NO. | LINE NO. | CUSTOMER ITEM NO. | UNIT PRICE | EXT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2608-6694 | SRC G01 GMT360 4cct | EA | 720 | 720 | 0 | | 0001 | SAG9014073 | 7.1300 | 5,133.60 |
| 2609-2617 | SRC G02 GMX-220 12cct | EA | 330 | 330 | 0 | | | | 13.2500 | 4,372.50 |
| 2609-2622 | G02 GMX-220/230 12cct | EA | 1,440 | 1,440 | 0 | | | | 12.6000 | 18,144.00 |

| TOTAL DISCOUNT AMOUNT | TOTAL SHIPPING AMOUNT | TOTAL TAX AMOUNT | SALES TAX AMOUNT | TOTAL OTHER AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,650.10 |

27,650.10

Payable in US Dollars





**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE | 0042292-IN |
|---|---|
| DATE | 06/12/2002 |
| | 1 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 6/12/2002

COMMENT:    SO# 013771

| ORDER NO | CUSTOMER PO NO | TERMS |
|---|---|---|
| 0001 | SAG9014073 | NET 30 DAYS |

VENDOR NO: 00-0010080

| ITEM NO | DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-5612 | SRC G04 GMX270 13cct | EA | 288 | 288 | 0 | 19.9400 | 5,742.72 |
| 2609-2613 | SRC G02 GMX130 10cct Code C | EA | 210 | 210 | 0 | 9.7900 | 2,055.90 |
| 2608-6702 | SRC G04 GMT360 12cct Wire Harness | EA | 864 | 864 | 0 | 19.0800 | 16,485.12 |
| 2609-2622 | G02 GMX-220/230 12cct | EA | 1,440 | 1,440 | 0 | -12.6000 | 18,144.00 |
| 2608-6694 | SRC G01 GMT360 4cct | EA | 2,250 | 2,250 | 0 | 7.1300 | 16,042.50 |
| 2608-6144 | SRC G01 U-VAN 4cct | EA | 750 | 750 | 0 | 7.5200 | 5,640.00 |

| TOTAL WEIGHT | SALES AMOUNT | TRADE DISCOUNT | TRADE DISCOUNT | SALES TAX | FREIGHT | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 64,110.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64,110.24 |

Payable in US Dollars

# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 0042316-IN | 06/13/2002 | 1 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 6/10/2002

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: FM060502-05

| CUSTOMER NO. | ORDER NO. | CUSTOMER PO. NO. | TERMS |
|---|---|---|---|
| 00-0010080 | 0001 | SAG90I4073 | NET 30 DAYS |

| ITEM NUMBER | DESCRIPTION | UM | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 2609-2618 | SRC G02 GMX-310 8cct | EA | 30 | 30 | 0 | 12.5400 | 376.20 |
| 2609-2617 | SRC G02 GMX-220 12cct | EA | 30 | 30 | 0 | 13.2500 | 397.50 |

| TOTAL WEIGHT | TOTAL SALES AMOUNT | FREIGHT | PREPAID | SALES TAX | DISCOUNT | TOTAL DUE |
|---|---|---|---|---|---|---|
| | 773.70 | 0.00 | 0.00 | 0.00 | 0.00 | 773.70 |

Payable In US Dollars



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0044014-IN | 1 |
| DATE | 08/20/2002 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:8/20/2002

COMMENT:    SO# 015500

| PURCHASE ORDER NUMBER | CUSTOMER PART NUMBER | RELEASE NO. | LINE NO. | FREIGHT TERMS | SHIPPER NO. | FOB CODE | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | 0001 | | SAG9014073 | | NET 30 DAYS | |

| ITEM NUMBER | PART DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY BACK ORDERED | UNIT PRICE | DISC % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | 864 | 864 | 0 | 22.8000 | | 19,699.20 |
| 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | 864 | 864 | 0 | 21.9300 | | 18,947.52 |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | ITEMS DISCOUNT | INVOICE PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | 38,646.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,646.72 |
| | | | | | | | Payable in US Dollars |



**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 0044172-IN | 1 |

| DATE |
|---|
| 08/28/2002 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

**SHIP TO:**
DELPHI LAREDO DISTRIBUTION
13701 MONES RD
LAREDO, TX  44034

SHIP DATE: 8/28/2002

COMMENT:   CALEXICO TO LAREDO

| CUSTOMER PO | ORDER NO. | DESCRIPTION | SLS NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | | | 0001 | SAG9014073 | NET 30 DAYS |

| ITEM NUMBER | ORDERED | SHIPPED | B/ORDER | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2609-0779 | 288 | 288 | 0 | EA | 23.7500 | 6,840.00 |
| | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj,(ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | | | | | |
| 2610-2329 | 1,152 | 1,152 | 0 | EA | 22.8000 | 26,265.60 |
| | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | | | | | |

| TOTAL WEIGHT | RESALE AMOUNT | FREIGHT | HANDLING | SALES TAX/GST | MISC. | AMOUNT |
|---|---|---|---|---|---|---|
| | 33,105.60 | 0.00 | 0.00 | 0.00 | 0.00 | 33,105.60 |

**Payable in US Dollars**



# TRW AUTOMOTIVE
TRW Inc. Controls Division/TRW LucasVarity EPD Inc.
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | 0045158-IN | PAGE | 1 |
|---|---|---|---|
| DATE | 10/01/2002 | | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 10/1/2002

COMMENT:    SO# 16647

| CUSTOMER PO # | SHIP VIA | TERMS DISCOUNT | ORDER NO. | S.O. NUMBER | CUST RELEASE NO | SCHEDULED | TERMS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | 0001 | SAG9004073 | | NET 30 DAYS | |

| ITEM NUMBER | ITEM DESCRIPTION | U/M | SHIPPED | ORDERED | B.ORDERED | UNIT PRICE | EXTENDED DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2608-6694 | SRC G01 GMT360 4cct | EA | 720 | 720 | 0 | 7.1300 | 0.00 | 5,133.60 |

| TOTAL WEIGHT | TOTAL PIECES | TOTAL DISCOUNT AMOUNT | TOTAL AMOUNT | TOTAL DISCOUNT | TERMS DISCOUNT | TOTAL FREIGHT | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| | 5,133.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,133.60 |

**5,133.60**
Payable in US Dollars



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | | |
|---|---|---|
| 0045823-IN | | 1 |
| 10/28/2002 | | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 8/15/2002

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

COMMENT:  to omni

| CUSTOMER P.O. NO. | SHIPPING MEMO | ORDER NO. | LINE NO. | REFERENCE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | | | 0001 | SAG90I4073 | NET 30 DAYS |

| ITEM NUMBER | DESCRIPTION | UOM | ORDERED QTY | SHIPPED QTY | B/O QTY | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 288 | 288 | 0 | 23.7500 | 6,840.00 |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 576 | 576 | 0 | 22.8000 | 13,132.80 |
| 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 576 | 576 | 0 | 21.4800 | 12,372.48 |
| | Recreated from s/o# 15268.  Parts have been shipped. | | | | | | |

| TRADE DISCOUNT | SALES AMOUNT | TOTAL DISCOUNT | TAX | ITEMS DISCOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 0.00 | 32,345.28 | 0.00 | 0.00 | 0.00 | 0.00 | 32,345.28 |

Payable in US Dollars

# INVOICE

**FURUKAWA ELECTRIC**
Furukawa Electric North America APD, Inc.

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| INVOICE NO. | PAGE |
|---|---|
| 0049130-IN | 1 |

| DATE |
|---|
| 03/28/2003 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG Saginaw Division
P.O. Box 436040
Pontiac, MI  48343

**SHIP TO:**
Debbi Laredo Distribution
13701 Mines RD.
LAREDO, TX  44034

**SHIP DATE:** 3/28/2003

COMMENT:

| CUSTOMER NO. | ORDER NO. | P.O. NO. | REP NO. | REF INVOICE NO. | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | | 0001 | | SAG9004073 | NET 30 DAYS |

| CUSTOMER ITEM NO. | UNIT MEAS | QTY ORDERED | QTY SHIPPED | QTY BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2610-2329 | EA | 576 | 576 | 0 | 22.3500 | 12,873.60 |

ITEM DESCRIPTION
SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector)

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 12,873.60 | 0.00 | 0.00 | 0.00 | 0.00 | 12,873.60 |

Payable in US Dollars





**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0051063-IN | 1 |
|---|---|---|
| DATE | 06/11/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI   48343-6040

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE: 6/11/2003

COMMENT: FM061103-14

| LINE NO | VENDOR ITEM NO | DESCRIPTION | TRADE DISCOUNT | PO NUMBER | SO NO | REL LINE NO | SHIPPED | UNIT | PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | CS05 | SAG90I4073 | | | | NET 30 DAYS | |
| | 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc.pigtail) sub-assy/s, labels, (steering-roll-connector) | | 576 | 576 | 0 | | EA | 21.2200 | 12,222.72 |
| | 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc.pigtail) sub-assy/s, labels, (steering-roll-connector) | | 288 | 288 | 0 | | EA | 20.4900 | 5,901.12 |

| TOTAL WEIGHT | TOTAL AMOUNT | TRADE DISCOUNT | MISC CHARGE | SALES TAX | FREIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| | 18,123.84 | 0.00 | 0.00 | 0.00 | 0.00 | 18,123.84 |
| | | | | | | Payable in US Dollars |

**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0051064-IN |
| DATE | 06/11/2003 |
| PAGE | 1 |

Remit Payment to:
**P.O. BOX 45651**
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

COMMENT:

CUSTOMER P.O.: FM061103-16

SHIP DATE: 6/11/2003

| CUSTOMER P.O. | SHIP VIA | FOB | TERMS |
| --- | --- | --- | --- |
| 00-0010080 | | | NET 30 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | ORDERED | SHIPPED | B/O | REFERENCE | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | 576 | 576 | 0 | SAG9014073 | 21.2200 | 12,222.72 |
| 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | 288 | 288 | 0 | | 20.6200 | 5,938.56 |

| TOTAL WEIGHT | TOTAL TAXABLE AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | SPECIAL CHARGE | SPECIAL DISCOUNT | INVOICE TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 18,161.28 | 0.00 | 0.00 | 0.00 | | 0.00 | 18,161.28 |

Payable In US Dollars



**FURUKAWA ELECTRIC**
The Electric Connection Among People

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | |
|---|---|
| 0051069-IN | 1 |
| 06/12/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM- NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE: 6/12/2003

COMMENT:  FM061303-09

| ORDER NO. | | SHIP VIA | TERMS DISCOUNT | SALES TAX | TRADE DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 00-0010080 | | | | 0.00 | 0.00 | 39,827.76 |

| ITEM NUMBER | ITEM DESCRIPTION | UM | QTY ORDERED | QTY SHIPPED | QTY BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 1,152 | 1,152 | 0 | 21.2200 | 24,445.44 |
| 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 660 | 660 | 0 | 20.4900 | 13,523.40 |
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj,(ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 84 | 84 | 0 | 22.1300 | 1,858.92 |

CUSTOMER PO: SAG90I4073

TERMS: NET 30 DAYS

| TOTAL WEIGHT | TRADE DISCOUNT | TERMS DISCOUNT | SALES TAX | TOTAL DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 39,827.76 |

Payable in US Dollars



**FURUKAWA ELECTRIC**
**Components & Sensors Div. (DLP-W)**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0050921-IN | 1 |
| DATE | 06/23/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
Saginaw Steering Systems
Plants 65 & 66
Sta.Rosa De Viterbo # 12
El Marques Queretaro,    76246

SHIP DATE:6/23/2003

COMMENT:    Furmex P/L # FM062003-04

| CUSTOMER P.O. | ORDER NO. | SHIP VIA | F.O.B. |
|---|---|---|---|
| 00-0010080 | | | |

| ITEM NUMBER | DESCRIPTION | UOM ORDERED | SHIPPED | RETURN NO. | BACKORDER | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | CS05 | SAG9014073 | | | NET 30 DAYS | | |
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj,(ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA 288 | 288 | 0 | | | 22.1300 | 6,373.44 |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA 576 | 576 | 0 | | | 21.2200 | 12,222.72 |

| TOTAL WEIGHT | TOTAL SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TAX DISCOUNT | PAYMENT TERMS | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 18,596.16 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 18,596.16 |

Payable in US Dollars



FURUKAWA ELECTRIC
North America APD Inc

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0050925-IN | 1 |
| 06/23/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:6/23/2003

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
Alambrados y Circuitos
Sta. Rosa de Viterbo No. 12
El Marqués, 44034

COMMENT:

| P.O. NUMBER | TERMS | SHIP VIA | CUSTOMER ID |
|---|---|---|---|
| 00-0010080 | NET 30 DAYS | | SAG9014073 |

| ITEM NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | 864 | 864 | 0 | EA | 21.2200 | 18,334.08 |

| TOTAL NET SALES AMOUNT | TOTAL TAX AMOUNT | TOTAL FREIGHT | TOTAL DISCOUNT | TOTAL SALES TAX | DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 18,334.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,334.08 |

Payable in US Dollars



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | |
|---|---|
| 0051614-IN | 1 |
| 07/23/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
DELPHI LAREDO DISTRIBUTION
13707 MINES RD.
LAREDO, TX 44034

SHIP DATE: 7/23/2003

COMMENT: 66QRO2003O730

| CUSTOMER PO | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 00-0010080 | CS05 | SAG9014073 | NET 30 DAYS |

| ITEM NO. | DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj,(ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 288 | 288 | 0 | 22.1300 | 6,373.44 |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 864 | 864 | 0 | 21.2200 | 18,334.08 |

| NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | PAYMENT DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 24,707.52 | 0.00 | 0.00 | 0.00 | 0.00 | 24,707.52 |

Payable in US Dollars

EUROKAY PRICE

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | |
| --- | --- |
| 0051799-IN | 1 |
| 07/30/2003 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

SHIP TO:
DELPHI LAREDO DISTRIBUTION
13701 MINES RD. plant 43
Laredo, TX   78045

SHIP DATE: 7/30/2003

COMMENT:

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NO. | P.O. LINE NO. | RELEASE NO. | TERMS |
| --- | --- | --- | --- | --- | --- |
| 00-0010080 | | | CS05 | SAG90I4073 | NET 60 DAYS |

| ITEM NO. | DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | BACK ORDER | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 288 | 288 | 0 | 21.2200 | 6,111.36 |

| TOTAL WEIGHT | NET AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | EMS DISCOUNT | INVOICE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | 6,111.36 | 0.00 | 0.00 | 0.00 | 0.00 | 6,111.36 |

**Payable in US Dollars**



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE NUMBER | DATE |
|---|---|
| 0052520-IN | 1 |
|  | 08/29/2003 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 8/29/2003

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT:    BL# 9819



| ITEM NUMBER | DESCRIPTION | U/M | CS05 QTY ORDERED | SAG9D14073 QTY SHIPPED | TERMS NET 30 DAYS PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 863 | 863 | 22.1300 | 19,098.19 |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 1,440 | 1,440 | 21.2200 | 30,556.80 |
| 2610-2330 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 576 | 576 | 20.4900 | 11,802.24 |
| 2609-2622 | G02 GMX-220/230 12cct | EA | 720 | 720 | 11.5200 | 8,294.40 |

| PURCHASE ORDER # | SHIP VIA | SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | MISC DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 00-0010080 |  | 69,751.63 | 0.00 | 0.00 | 0.00 | 0.00 | 69,751.63 |

Payable in US Dollars

**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | |
|---|---|
| 0052603-IN | 1 |
| 09/04/2003 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

SHIP TO:
Delphi Saginaw Steering System
Alambrados y Circuitos
Sta. Rosa de Viterbo No. 12
El Marques,,  QU  76246

SHIP DATE: 9/4/2003

COMMENT: CALEXICO TO LAREDO

| CUSTOMER PO NO | SHIP VIA | SLS NO | ORDER NO | CUST ORD/RELEASE NO | CODE | TERMS | SHIP DATE |
|---|---|---|---|---|---|---|---|
| 00-0010080 | | CS05 | 84 | SAG90I4073 | 0 | NET 30 DAYS | |

| ITEM NUMBER | DESCRIPTION | UNIT | ORDERED | SHIPPED | B/O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj,(fit, pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 84 | 84 | 0 | 22.1300 | 1,858.92 |

| TOTAL WEIGHT | CONTAINER AMOUNT | FREIGHT AMOUNT | TRADE DISCOUNT | DISCOUNT | SALES TAX | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 1,858.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,858.92 |

Payable in US Dollars



**BURKNAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | |
|---|---|
| 0054179-IN | 1 |
| 10/15/2003 | |

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:10/15/2003

COMMENT:  C-Core Load # 13307

| CUSTOMER NUMBER | ORDER NO. | SHIP VIA | ORDER NO. | P.O. NO. | REP NO. | SHIPPED VIA | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | CS05 | SAG9014073 | NET 60 DAYS | | |

| ITEM NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2608-0022 | SRC G04 GMX 265  10oct W/H | EA | 36 | 36 | 0 | 23.3300 | 839.88 |

| TOTAL INVOICE | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | MISC | TAX | PAY DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 839.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 839.88 |

**Payable in US Dollars**

# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO | 0054443-IN | Page 1 |
| --- | --- | --- |
| DATE | 10/31/2003 | |

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/31/2003

COMMENT:   C-Core Load # 13635

CUSTOMER PO NUMBER: 00-0010080

| ITEM NUMBER | ITEM DESCRIPTION | U/M | ORDERED CS05 | SHIPPED CS05 | ORDERED SAG9014073 | B/ORDER | UNIT PRICE NET 60 DAYS | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2609-7809 | SRC G04 GMX-320 12cct Wire Harness | EA | 576 | 576 | 576 | 0 | 22.7000 | 13,075.20 |
| 2609-2617 | SRC Dual G02-GMX220 12cct | EA | 720 | 720 | 720 | 0 | 12.1300 | 8,733.60 |
| 2609-2622 | G02 GMX-220/230 12cct | EA | 2,880 | 2,880 | 2,880 | 0 | 11.5200 | 33,177.60 |
| 2608-6694 | SRC, Assy, G01, GMT, 360, 4ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 2,880 | 2,880 | 2,880 | 0 | 6.6500 | 19,152.00 |
| 2608-6144 | SRC G01 U-VAN 4cct | EA | 720 | 720 | 720 | 0 | 6.8600 | 4,939.20 |
| 2609-2612 | SRC G02 GMX130 10cct | EA | 720 | 720 | 720 | 0 | 8.7800 | 6,321.60 |
| 2609-0779 | SRC, Assy, G06, GMT, 800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 576 | 576 | 576 | 0 | 22.1300 | 12,746.88 |
| 2610-2329 | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 2,304 | 2,304 | 2,304 | 0 | 21.2200 | 48,890.88 |
| 2609-8081 | SRC G04 GMT-370 12cct Wire Harness | EA | 288 | 288 | 288 | 0 | 18.4600 | 5,316.48 |





IRKAWAEH PIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0054443-IN | 2 |
|---|---|
| 10/31/2003 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/31/2003

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: C-Core Load # 13635

| ITEM NO. | PART NO. | DESCRIPTION | UNIT | QTY ORDERED CS05 | QTY SHIPPED SAG9014073 | BACK ORDERED | UNIT PRICE NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | |
| 2610-2330 | | SRC, Assy, G06, GMT800, 12ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 864 | 864 | 0 | 20.4900 | 17,703.36 |
| 2608-6702 | | SRC G04 GMT360 12cct Wire Harness | EA | 864 | 864 | 0 | 18.1000 | 15,638.40 |
| 2610-2968 | | SRC, Assy, G04, GMT-368, 12cct, plastic mold-inj,(ffc,pigtail) sub-assy/s, labels, (steering-roll-connector) | EA | 72 | 72 | 0 | 18.7700 | 1,351.44 |
| 2609-2613 | | SRC G02 GMX130 10cct Code C | EA | 720 | 720 | 0 | 8.8000 | 6,336.00 |
| 2609-3476 | | SRC, Assy, G06, Hummer, GMT,360, 10ch, plastic mold-inj, (ffc,pigtail) sub-assy/s, labels, | EA | 288 | 288 | 0 | 20.3800 | 5,869.44 |

| NET SALES AMOUNT | TOTAL DISCOUNT | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|
| 199,252.08 | 0.00 | 0.00 | 0.00 | 199,252.08 |
| | | | | Payable in US Dollars |

# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | 0057052-IN |
| --- | --- |
| PAGE | 1 |
| DATE | 02/13/2004 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - NORTH AMERICAN OPERATIONS
ACG SAGINAW DIVISION
P.O. BOX 436040
PONTIAC, MI  48343-6040

**SHIP TO:**
DELPHI LAREDO DISTRIBUTION
13707 MINES RD.
LAREDO, TX  44034

SHIP DATE: 2/13/2004

COMMENT:  15264 / 26825

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NO. | SLSM. NO. | PLANT/DC NO. | TERMS |
| --- | --- | --- | --- | --- | --- |
| 00-0010080 | | | CS05 | SAG90I4073 | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | U/M | ORD. | SHP. | B/O | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2611-3961 | SRC W/H G06 GMT-800 12cct | EA | 3 | 3 | 0 | 21.3500 | 64.05 |
| 2611-3964 | SRC W/H G06 GMT-800 12cct | EA | 5 | 5 | 0 | 20.4700 | 102.35 |

| TOTAL MATERIAL | TOTAL MISC. CHGS. | TOTAL FREIGHT | SALES TAX | TERMS DISCOUNT | INVOICE AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 166.40 | 0.00 | 0.00 | 0.00 | 0.00 | 166.40 |

**Payable in US Dollars**



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| 0062189-IN | 1 |
|---|---|
| 08/05/2004 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 8/5/2004

COMMENT: 18128

| ITEM NUMBER / CFCN | BID SNO | DESCRIPTION | UNIT | JOB NO 0001 ORDERED | BID NO SHIPPED | SHIPPED TO DATE | B/O | TERMS NET 60 DAYS / UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 18128 | | | | | | | | |
| 2611-6399 | | GMT360(H2) Wire Harness<br>Cust PN: 26116399<br>PO Number: SAG9014073 | EA | 50 | 50 | | 0 | 118.2600 | 5,913.00 |
| 2611-3961 | | GMT800, WIRE HARNESS<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 50 | 50 | | 0 | 21.3500 | 1,067.50 |
| 2609-2622 | | SIR-COIL-GMX210/230<br>Cust PN: 26092622<br>PO Number: SAG9014073 | EA | 72 | 72 | | 0 | 11.0200 | 793.44 |
| 2611-3963 | | GMT800, WIRE HARNESS<br>Cust PN: 26113963<br>PO Number: SAG9014073 | EA | 50 | 50 | | 0 | 21.5000 | 1,075.00 |
| 2611-3964 | | GMT800, WIRE HARNESS<br>Cust PN: 26113964<br>PO Number: SAG9014073 | EA | 50 | 50 | | 0 | 20.4700 | 1,023.50 |
| 2611-3965 | | GMT800, WIRE HARNESS<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 50 | 50 | | 0 | 19.7700 | 988.50 |
| 2611-3962 | | GMT800, WIRE HARNESS | EA | 50 | 50 | | 0 | 20.6500 | 1,032.50 |

# BREAKAWAY LOGIC
JUST IN TIME SOLUTIONS FOR ALL YOUR NEEDS

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0062189-IN | 2 |
| | 08/05/2004 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 8/5/2004

COMMENT: 18128

| CUST. PO NO. | SHIP VIA | ORDER NO. | ORDER DATE | TERMS |
|---|---|---|---|---|
| 18128 | CFCN | 18128 | 0001 | NET 60 DAYS |

| ITEM NO. | DESCRIPTION | UNIT PRICE | TRADE DISCOUNT | SALES TAX | TERMS DISCOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 00-0010080 | Cust PN: 26113962<br>PO Number: SAG90I4073 | 0.00 | 0.00 | 0.00 | 0.00 | 11,893.44 |

| | | | 11,893.44 |
|---|---|---|---|
| | | | Payable in US Dollars |



**EUREKA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0063949-IN | 1 |
| 10/01/2004 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 10/1/2004

COMMENT:  19359

ORDER NO.: 19359   NET 60 DAYS

| ITEM NUMBER | DESCRIPTION | UNIT | QTY ORD'D | QTY SHIPPED | QTY B/O | PO LINE NO. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | 0001 | | | | | |
| 2609-2622 | SIR-COIL-GMX210/230<br>Cust PN: 26092622<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | | 11.0200 | 15,868.80 |
| 2611-4299 | WIRE HARNESS-GMT368<br>Cust PN: 26114299<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | | 17.4700 | 5,031.36 |
| 2611-3733 | P90 SRC Coil<br>Cust PN: 26113733<br>PO Number: SAG9014073 | EA | 720 | 720 | 0 | | 7.0200 | 5,054.40 |
| 2611-3734 | SRC G02 GMX130 12cct<br>Cust PN: 26113734<br>PO Number: SAG9014073 | EA | 720 | 720 | 0 | | 8.1400 | 5,860.80 |
| 2608-0022 | WIRE HARNESS, GMX265<br>Cust PN: 26080022<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | | 21.5000 | 6,192.00 |
| 2610-1946 | SIR COIL/WH COMBO<br>Cust PN: 26101946<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | | 18.0100 | 5,186.88 |
| 2609-3476 | Wire Harness GMT360H2 | EA | 288 | 288 | 0 | | 19.5800 | 5,639.04 |



**BURKAWA ELECTRIC**
*PUTTING YOUR CIRCUITS TO THE ULTIMATE TEST*

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| 0063949-IN | PAGE 2 |
|---|---|
| 10/01/2004 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 10/1/2004

COMMENT: 19359

| CUSTOMER NO | SHIP VIA | BILL OF LADING NO | LINE NO | PO NO | | ITEM NO | CPCN | UM | QUANTITY ORDERED | SHIPPED | BACK ORDERED | TERMS NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | 19359 | | 0001 | | 2609-8447 | Cust PN: 26093476<br>PO Number: SAG90I4073<br>WIRE HARNESS GMT360 | EA | 576 | 576 | 0 | 16.8400 | 9,699.84 |
| | | | | | | 2611-3961 | Cust PN: 26098447<br>PO Number: SAG90I4073<br>GMT800, WIRE HARNESS | EA | 576 | 576 | 0 | 21.3500 | 12,297.60 |
| | | | | | | 2611-3965 | Cust PN: 26113961<br>PO Number: SAG90I4073<br>GMT800, WIRE HARNESS | EA | 576 | 576 | 0 | 19.7700 | 11,387.52 |
| | | | | | | 2611-3964 | Cust PN: 26113965<br>PO Number: SAG90I4073<br>GMT800, WIRE HARNESS | EA | 2,304 | 2,304 | 0 | 20.4700 | 47,162.88 |
| | | | | | | 2609-7809 | Cust PN: 26113964<br>PO Number: SAG90I4073<br>WIRE HARNESS, GMX320 | EA | 576 | 576 | 0 | 21.6200 | 12,453.12 |
| | | | | | | 2610-1925 | Cust PN: 26097809<br>PO Number: SAG90I4073<br>WIRE HARNESS GMT360 | EA | 1,440 | 1,440 | 0 | 5.8100 | 8,366.40 |



**FURUKAWA ELECTRIC**
4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 0063949-IN | 3 |
| DATE | 10/01/2004 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/1/2004

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 19359

ORDER NO: 19359   CUST NO: 0001   TERMS: NET 60 DAYS

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00-0010080 | CRCN | | | | | | |
| 2610-1926 | Cust PN: 26101925<br>PO Number: SAG90J4073 | EA | 576 | 576 | 0 | 17.4700 | 10,062.72 |
| | WIRE HARNESS GMT370<br>Cust PN: 26101926<br>PO Number: SAG90J4073 | | | | | | |
| 2609-2617 | SIR COIL GMX220<br>Cust PN: 26092617<br>PO Number: SAG90J4073 | EA | 720 | 720 | 0 | 12.1100 | 8,719.20 |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | 2% 10 DAYS DISCOUNT | AMOUNT INVOICED |
|---|---|---|---|---|---|---|
| | 168,982.56 | 0.00 | 0.00 | 0.00 | 0.00 | 168,982.56 |

Payable in US Dollars

# INVOICE

**FURUKAWA ELECTRIC**
THE BRAIN IS A Kind of New APPLE Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| INVOICE | |
|---|---|
| 0066275-IN | 1 |
| | 12/10/2004 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 12/10/2004

**COMMENT:** 20956

| CUSTOMER NO. 00-0010080 | CFCN | ORDER NO. 20956 | LINE NO. 0001 | UOM | QTY ORDERED | SHIPPED | BACKORDER | NET 60 DAYS UNIT PRICE | EXT'D AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NUMBER | | ITEM DESCRIPTION | | | | | | | |
| 2611-3961 | | GMT800, WIRE HARNESS | | EA | 1,140 | 1,140 | 0 | 21.0500 | 23,997.00 |
| | | Cust PN: 26113961 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2609-7809 | | WIRE HARNESS, GMX320 | | EA | 288 | 288 | 0 | 21.6200 | 6,226.56 |
| | | Cust PN: 26097809 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2609-3476 | | Wire Harness GMT360H2 | | EA | 288 | 288 | 0 | 19.5800 | 5,639.04 |
| | | Cust PN: 26093476 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2609-2622 | | SIR-COIL-GMX210/230 | | EA | 1,440 | 1,440 | 0 | 10.6900 | 15,393.60 |
| | | Cust PN: 26092622 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2610-1925 | | WIRE HARNESS GMT360 | | EA | 1,440 | 1,440 | 0 | 5.8100 | 8,366.40 |
| | | Cust PN: 26101925 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2611-3965 | | GMT800, WIRE HARNESS | | EA | 864 | 864 | 0 | 19.6200 | 16,951.68 |
| | | Cust PN: 26113965 | | | | | | | |
| | | PO Number: SAG9014073 | | | | | | | |
| 2611-3964 | | GMT800, WIRE HARNESS | | EA | 2,028 | 2,028 | 0 | 20.1700 | 40,904.76 |