

INVOICE

| 0006275-IN | 2 |
|---|---|
| 12/10/2004 | |

**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 12/10/2004

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 20956

| CUSTOMER NO. | ORDER NO. | PO NO. | SHIP VIA | TERMS |
|---|---|---|---|---|
| 00-0010080 | 20956 | CFCN | 0001 | NET 60 DAYS |

| ITEM NO. | DESCRIPTION | UM | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-4024 | Cust PN: 26113964 PO Number: SAG9004073 | EA | 768 | 768 | 0 | 16.7600 | 12,871.68 |
| 2609-2617 | SRC SIR COIL GMX270 ASSM Cust PN: 26094024 PO Number: SAG9004073 | EA | 720 | 720 | 0 | 11.7500 | 8,460.00 |
| | SIR COIL GMX220 Cust PN: 26092617 PO Number: SAG9004073 | | | | | | |

| TOTAL WEIGHT | SALES AMOUNT | TRADE DISCOUNT % | SALES TAX | FREIGHT | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| 0.00 | 138,810.72 | 0.00 | 0.00 | 0.00 | 0.00 | 138,810.72 |

Payable in US Dollars



## FURUKAWA ELECTRIC
The Power of Technology and Trust, Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | 0071084-IN | 1 |
| --- | --- | --- |
| DATE | 06/27/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:6/27/2005

COMMENT: 25394

| CUSTOMER NO. | ORDER NO. | LINE | S/O NO. | ORDER NO. | BACKORDER NO. | TERMS |
| --- | --- | --- | --- | --- | --- | --- |
| 00-0010080 | 25394 | EA | 0001 | | 0 | NET 60 DAYS |
| CFCN | | ORDERED | SHIPPED | | | |
| | | 12 | 12 | 12 | | |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | 10.0000 | 120.00 |

| TOTAL WEIGHT | NET AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TRADE DISCOUNT | INVOICE TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 |

Payable in US Dollars

**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 00071712-IN | 1 |
|---|---|---|
| | | 07/21/2005 |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 7/21/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

COMMENT: 25834

| CUSTOMER | ORDER NO. | | | NET 60 DAYS | |
|---|---|---|---|---|---|
| 00-0010080 | 25834 | | | | |
| ITEM NUMBER / CFCN / ITEM DESCRIPTION | DUE / NO. | QTY / ORDERED / 0001 | SHIPPED / NO. | BACK ORDER / QTY BACK ORDER | UNIT PRICE / PRICE | AMOUNT |

| ITEM NUMBER | CFCN / ITEM DESCRIPTION | UOM | QTY ORDERED 0001 | SHIPPED | BACK ORDER 0 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-4437 | Sir coil GMX-295 HS<br>Cust PN: 26104437<br>PO Number: SAG9014073 | EA | 384 | 384 | 0 | 16.2100 | 6,224.64 |
| 2609-2617 | SIR COIL GMX220<br>Cust PN: 26092617<br>PO Number: SAG9014073 | EA | 30 | 30 | 0 | 11.7500 | 352.50 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | 516 | 516 | 0 | 20.7200 | 10,691.52 |
| 2611-3964 | GMT800 Wire Harness | EA | 1,152 | 1,152 | 0 | 19.2400 | 22,164.48 |

# INVOICE

**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| 0071712-IN | 2 |
|---|---|
| 07/21/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 7/21/2005

COMMENT:   25834

| CUSTOMER ORDER NUMBER | CUSTOMER P.O. NUMBER | ORDER NO. | S/O NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CFCN | 25834 | 0001 | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3961 | Cust P/N: 26113964 PO Number: SAG9014073 GMT800 Wire Harness | EA | 1,728 | 1,728 | 0 | 19.7900 | 34,197.12 |
| 2611-4152 | Cust P/N: 26113961 PO Number: SAG9014073 SRC ASSY GMX272 G08 | EA | 128 | 128 | 0 | 16.8300 | 2,154.24 |
| 2611-2392 | Cust P/N: 26114152 PO Number: SAG9014073 SRC-G14-GMX211-10cct Cust P/N: 26112392 PO Number: SAG9015293 | EA | 990 | 990 | 0 | 9.6200 | 9,523.80 |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TRADE DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 111,043.98 | 0.00 | 0.00 | 0.00 | 0.00 | 111,043.98 |
| | | | | | | **Payable in US Dollars** |

# DUR KAWASAKI ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0071897-1N | 07/28/2005 | 1 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 7/28/2005

COMMENT:

| CUSTOMER NO. | ORDER NO. | TERMS |
|---|---|---|
| 00-0010080 | 25989 | NET 60 DAYS |

| OUR PART NO. / CFCN | ITEM / PART DESCRIPTION | UM | ORDERED | SHIPPED | BACKORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG9015321 | EA | 6 | 6 | 0 | 21.2200 | 127.32 |
| 2611-0202 | SRC G09, GMT360, 12cct W/H<br>Cust PN: 26110202<br>PO Number: SAG9014073 | EA | 60 | 60 | 0 | 15.1300 | 907.80 |
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | EA | 1,152 | 1,152 | 0 | 19.2400 | 22,164.48 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,152 | 1,152 | 0 | 19.7900 | 22,798.08 |
| 2611-4152 | SRC ASSY GMX272 G08 | EA | 64 | 64 | 0 | 16.8300 | 1,077.12 |



**TURCK AW ELECTRIC**
**Turck Aerospace A TURCK AW**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0071897-IN | 2 |
| | 07/28/2005 |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 7/28/2005

COMMENT: 25989

| ORDER NO. | CUST PO NO. | SO NO. | TERMS |
|---|---|---|---|
| 00-0010080 | 25989 | 0001 | NET 60 DAYS |

| ITEM NUMBER | CPCN / DESCRIPTION | UNIT | ORDERED | SHIPPED / BACKORDER | BACK ORDER | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2611-2392 | Cust PN: 26114152 PO Number: SAG90I4073 SRC-G14-GMX211-10cct | EA | 1,230 | 1,230 | 0 | 9.6200 | 11,832.60 |
| 2611-2912 | Cust PN: 26112392 PO Number: SAG90I5293 GMT800 - WireHarness | EA | 600 | 600 | 0 | 20.7200 | 12,432.00 |
| 2610-4437 | Cust PN: 26112912 PO Number: SAG90I4073 Sir coil GMX-295 H1S | EA | 384 | 384 | 0 | 16.2100 | 6,224.64 |
| 2609-2617 | Cust PN: 26104437 PO Number: SAG90I4073 SIR COIL GMX220 | EA | 720 | 720 | 0 | 11.7500 | 8,460.00 |
| FT0045 | Cust PN: 26092617 PO Number: SAG90I4073 Sensor ASM, GMT900 | EA | 240 | 240 | 0 | 10.0000 | 2,400.00 |
| 2609-7809 | Cust PN: 26111366 PO Number: SAG90I5497 WIRE HARNESS, GMX320 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |

**TURCKSAW ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| 0071897-1N | 3 |
|---|---|
| DATE | |
| 07/28/2005 | |

Remit Payment to:
**P.O. BOX 45651**
**San Francisco, CA 94145-0651**

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 7/28/2005

COMMENT: 25989

| ORDER NO. | LINE NO. | TERMS |
|---|---|---|
| 25989 | 0001 | NET 60 DAYS |

| ITEM NO. | DESCRIPTION | PRICE | SALES TAX | TERMS DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 0.00 | 0.00 | 0.00 | |
| | Cust PN: 26097809 | | | | |
| | PO Number: SAG9014073 | | | | |

| TOTAL NET AMOUNT | TOTAL DISCOUNT | TOTAL SALES TAX | AMOUNT |
|---|---|---|---|
| 113,978.28 | 0.00 | 0.00 | 113,978.28 |

Payable in US Dollars

EUREKA AWA ELECTRIC
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 0072402-IN | 1 |
| 08/22/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 8/22/2005

COMMENT: 26506

| ITEM NUMBER | CFCN | ITEM DESCRIPTION | ORDER NO. | UNIT | ORDERED | SHIPPED | BACK ORDER | UNIT PRICE | EXT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 26506 | | | | 0001 | | | NET 60 DAYS | |
| 2609-2617 | | SIR COIL GMX220<br>Cust PN: 26092617<br>PO Number: SAG90I4073 | | EA | 930 | 930 | 0 | 11.7500 | 10,927.50 |
| 2609-8447 | | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-2912 | | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2611-4152 | | SRC ASSY GMX272 G08<br>Cust PN: 2611452<br>PO Number: SAG90I4073 | | EA | 288 | 288 | 0 | 16.8300 | 4,847.04 |
| 2610-9025 | | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG90I5321 | | EA | 180 | 180 | 0 | 21.2200 | 3,819.60 |
| 2611-2392 | | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |
| 2609-7809 | | WIRE HARNESS, GMX320 | | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |

# FURUKAWA ELECTRIC
### The Power of Electronics North America APD Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | |
|---|---|
| 0072402-IN | 2 |
| 08/22/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:8/22/2005

COMMENT: 26506

| CUSTOMER NO. | SHIP VIA | ORDER NO. | | | | | | TERMS |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 26506 | | | | | | NET 60 DAYS |

| LINE NUMBER | PRODUCT DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 0001 | | | | |
| 2610-1925 | Cust P/N: 26097809<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-1926 | Wire Harness GMT360<br>Cust P/N: 26101925<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2611-3964 | Wire Harness GMT370<br>Cust P/N: 26101926<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| 2611-3965 | GMT800 Wire Harness<br>Cust P/N: 26113964<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2611-3961 | GMT800 Wire Harness<br>Cust P/N: 26113965<br>PO Number: SAG9014073 | EA | 1,728 | 1,728 | 0 | 19.7900 | 34,197.12 |
| FT0045 | GMT800 Wire Harness<br>Cust P/N: 26113961<br>PO Number: SAG9014073 | EA | 120 | 120 | 0 | 10.4102 | 1,249.22 |
| | Sensor ASM, GMT900 | | | | | | |





# INVOICE

**TURUK-AWA ELECTRIC**
Turuk-Awa Electric North Industrial Supply Inc.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| INVOICE NO. | 0072402-IN |
|---|---|
| PAGE | 3 |
| DATE | 08/22/2005 |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 8/22/2005

COMMENT:    26506

| CUSTOMER NO. | SHIP VIA | ORDER NO. | SLS NO. | RELEASE NO. | SHIPPER/BACKORDER | TERMS |
|---|---|---|---|---|---|---|
| 26506 | CFCN | 26506 | 0001 | | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACK ORD. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00-0010080 | Cust PN: 26111366 PO Number: SAG9015497 | | | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | EARLY PAY DISCOUNT | NET PAYABLE |
|---|---|---|---|---|---|---|
| | 134,836.64 | 0.00 | 0.00 | 0.00 | 0.00 | 134,836.64 |

Payable in US Dollars

**FURUKAWA ELECTRIC**
The Global Automotive Technology Partner

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0072766-IN | 1 |
| DATE |
| 09/01/2005 |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/1/2005

COMMENT: 26816

| CUSTOMER PART NO / ITEM NUMBER | CPCN / DESCRIPTION | ORDER NO. 26816 | U/M | CUST NO. 0001 | ORDERED | SHIPPED | BACK ORDER | FUTURE ORDER | UNIT PRICE | TERMS NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | | | | |
| 2611-2912 | GMT800 - WireHarness  Cust PN: 26112912  PO Number: SAG90J4073 | | EA | | 576 | 576 | 0 | | 20.7200 | | 11,934.72 |
| 2610-4437 | Sir coil GMX-295 IVS  Cust PN: 2610437  PO Number: SAG90J4073 | | EA | | 384 | 384 | 0 | | 16.2100 | | 6,224.64 |
| 2609-8447 | Wire Harness GMT360  Cust PN: 26098447  PO Number: SAG90J4073 | | EA | | 576 | 576 | 0 | | 15.5900 | | 8,979.84 |
| 2610-1925 | Wire Harness GMT360  Cust PN: 26101925  PO Number: SAG90J4073 | | EA | | 1,260 | 1,260 | 0 | | 5.5800 | | 7,030.80 |
| 2610-1926 | Wire Harness GMT370  Cust PN: 26101926  PO Number: SAG90J4073 | | EA | | 288 | 288 | 0 | | 16.1900 | | 4,662.72 |
| 2611-3964 | GMT800 Wire Harness  Cust PN: 26113964  PO Number: SAG90J4073 | | EA | | 1,440 | 1,440 | 0 | | 19.2400 | | 27,705.60 |
| 2611-3961 | GMT800 Wire Harness | | EA | | 874 | 874 | 0 | | 19.7900 | | 17,296.46 |

# INVOICE

| | 0072766-IN | 2 |
|---|---|---|
| | 09/01/2005 | |

**DENKO AWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/1/2005

COMMENT: 26816

| CUSTOMER NO. | | ORDER NO. | S.O. NO. | RELEASE NO. | TERMS | |
|---|---|---|---|---|---|---|
| 00-0010080 | | 26816 | 0001 | | NET 60 DAYS | |

| ITEM NUMBER | CFCN DESCRIPTION | TRADE DISCOUNT | FREIGHT | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PN: 26113961<br>PO Number: SAG9014073 | | | | | | | | |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | 0.00 | 0.00 | EA | 64 | 64 | 0 | 16.8300 | 1,077.12 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG9014073 | 0.00 | 0.00 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | NON-DISCOUNTED | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 90,332.06 | 0.00 | 0.00 | 0.00 | 0.00 | 90,332.06 |

Payable in US Dollars



**THURSWARE ELECTRONICS**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0072787-IN | 1 |
|---|---|
| | 09/02/2005 |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/2/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 26818

| Order No. | Customer PO | Terms |
|---|---|---|
| 26818 | 0001 | NET 60 DAYS |

| CUSTOMER ITEM | CFCN | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | REFERENCE NO. | BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,152 | 1,152 | | 0 | 19.7900 | 22,798.08 |
| | 2609-8447 | Wire Harness GMT360<br>Cust PN: 26099447<br>PO Number: SAG9014073 | EA | 288 | 288 | | 0 | 15.5900 | 4,489.92 |
| | 2610-1925 | Wire Harness GMT360<br>Cust PN: 2610925<br>PO Number: SAG9014073 | EA | 720 | 720 | | 0 | 5.5800 | 4,017.60 |
| | 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 2610025<br>PO Number: SAG90I5321 | EA | 240 | 240 | | 0 | 21.2200 | 5,092.80 |
| | 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | 288 | 288 | | 0 | 20.7200 | 5,967.36 |
| | FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | EA | 240 | 240 | | 0 | 10.4102 | 2,498.45 |
| | 2610-1926 | Wire Harness GMT370 | EA | 288 | 288 | | 0 | 16.1900 | 4,662.72 |



TURK AWA ELECTRIC
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0072787-IN | 2 |
| 09/02/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/2/2005

COMMENT: 26818

| CUST PART NO / LINE | PART DESCRIPTION | ORDER NO. 26818 | TRADE DISCOUNT 0.00 | UNIT | ORDERED 0001 | SHIPPED | B/O CODE | TERMS NET 60 DAYS UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 CFCN | | | | | | | | | |
| 2611-4152 | Cust PN: 26101926 PO Number: SAG9004073 | | | EA | 416 | 416 | 0 | 16.8300 | 7,001.28 |
| 2611-3964 | SRC ASSY GMX272 G08 Cust PN: 26114152 PO Number: SAG9004073 | | | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| | GMT800 Wire Harness Cust PN: 26113964 PO Number: SAG9004073 | | | | | | | | |

| TOTAL AMOUNT | TOTAL DISCOUNT | FREIGHT | SALES TAX | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|---|
| 84,233.81 | 0.00 | 0.00 | 0.00 | 0.00 | 84,233.81 |

Payable in US Dollars



**THRU-WAY ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0072869-IN |
| PAGE | 1 |
| DATE | 09/06/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE:9/6/2005

COMMENT:    26844

| CUSTOMER P.O. NO. | ORDER NO. | SHIP VIA | TERMS |
|---|---|---|---|
| 00-0010080 | 26844 | CFCN | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | UM | ORDERED | SHP NO. | RETURNED-KC | BACK ORD. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | 0001 | | | | |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 2611 3961<br>PO Number: SAG90I4073 | EA | 2,304 | 2,304 | 2,304 | 0 | 19.7900 | 45,596.16 |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 2611 7883<br>PO Number: SAG90I4073 | EA | 12 | 12 | 12 | 0 | 21.1900 | 254.28 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 2611 2912<br>PO Number: SAG90I4073 | EA | 576 | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG90I4073 | EA | 288 | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 2611 1366<br>PO Number: SAG90I5497 | EA | 240 | 240 | 240 | 0 | 10.4102 | 2,498.45 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | EA | 288 | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-4152 | SRC ASSY GMX272 G08 | EA | 320 | 320 | 320 | 0 | 16.8300 | 5,385.60 |



**EUROKA WIRE ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0072869-IN | 2 |
|---|---|---|
| | 09/06/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/6/2005

COMMENT: 26844

| CUSTOMER NO. | SHIP VIA | ORDER NO. | P.O. NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | | 26844 | 26844 | NET 60 DAYS |

| ITEM NUMBER | CFCN / ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | Cust P/N: 26114152  PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| | GMT800 Wire Harness | | | | | | |
| 2611-2392 | Cust P/N: 26113965  PO Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| | SRC-G14-GMX211-10cct  Cust P/N: 26112392  PO Number: SAG90I5293 | | | | | | |
| 2609-7809 | WIRE HARNESS, GMX320  Cust P/N: 26097809  PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2610-1926 | Wire Harness GMT370  Cust P/N: 26101926  PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2610-9025 | W/H ASSY, GMT900  Cust P/N: 26109025  PO Number: SAG90I5321 | EA | 180 | 180 | 0 | 21.2200 | 3,819.60 |
| 2611-3964 | GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |

# KURIKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| PAGE | 3 |
| --- | --- |
| 0072869-IN | |
| DATE | 09/06/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/6/2005

COMMENT: 26844

| CUSTOMER NO. | SHIP VIA | ORD. NO. | P.O. NO. | TERMS |
| --- | --- | --- | --- | --- |
| 00-0010080 | CFCN | 26844 | 0001 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | UM | QTY ORDERED | QTY SHIPPED | BACK ORDER | UNIT PRICE | DISCOUNT % | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2610-1925 | Cust PN: 26113964<br>PO Number: SAG9014073<br><br>Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 0.00 | 8,035.20 |

| TRADE DISCOUNT | INVOICE DISCOUNT | FREIGHT | SALES TAX | INVOICE AMOUNT |
| --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 149,696.81 |

149,696.81

Payable in US Dollars





**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

| INVOICE | |
|---|---|
| 0072909-IN | 1 |
| DATE | |
| 09/07/2005 | |

SHIP DATE: 9/7/2005

NET 60 DAYS

COMMENT: 26882

| ITEM NUMBER | CFCN / ITEM DESCRIPTION | ORDER NO. 26882 | UNIT | QTY ORDERED 0001 | QTY SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | |
| 2611-2392 | SRC-G14-GMX211-10ct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | | EA | 2,160 | 2,160 | 0 | 9.6200 | 20,779.20 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-0358 | SIR coil GMX170<br>Cust PN: 26090358<br>PO Number: SAG9014073 | | EA | 30 | 30 | 0 | 9.1200 | 273.60 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | | EA | 48 | 48 | 0 | 15.5900 | 748.32 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | | EA | 528 | 528 | 0 | 15.5900 | 8,231.52 |
| 2610-1925 | Wire Harness GMT360 | | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |



**FURUKAWA ELECTRIC**
Furukawa Electric North America APD Inc.

4767 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0072909-IN | 2 |
| | 09/07/2005 |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:9/7/2005

COMMENT: 26882

| CUSTOMER NO. | ORDER NO. | P.O. NUMBER | SLS NO. | | | |
|---|---|---|---|---|---|---|
| 00-0010080 | 26882 | 26882 | 0001 | | | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-1926 | CFCN<br>Cust P/N: 26101925<br>PO Number: SAG9014073<br>Wire Harness GMT370<br>Cust P/N: 26101926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2611-3964 | GMT800 Wire Harness<br>Cust P/N: 26113964<br>PO Number: SAG9014073 | EA | 2,016 | 2,016 | 0 | 19.2400 | 38,787.84 |
| 2611-3965 | GMT800 Wire Harness<br>Cust P/N: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2611-3961 | GMT800 Wire Harness<br>Cust P/N: 26113961<br>PO Number: SAG9014073 | EA | 2,016 | 2,016 | 0 | 19.7900 | 39,896.64 |

| TOTAL NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TOTAL DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 155,531.52 | 0.00 | 0.00 | 0.00 | 0.00 | 155,531.52 |
| | | | | | Payable in US Dollars |



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0073008-IN | 1 |
| | DATE |
| | 09/08/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
DELPHI LAREDO DISTRIBUTION
SAN ANTONIO, TX  44034

SHIP DATE:9/8/2005

COMMENT:    Load 26935 / SO 31250

| ORDER NO. | SLS NO. | PO NO. | CUST PO NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CS05 | SAG901073 | | NET 60 DAYS |

| ITEM NO. / DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY BACK ORDER | UNIT ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | EXCEPTION# 121/2005 | | | | | |
| 2611-3961 | | | | | | |
| SRC W/H G06 GMT-800 12cct | 864 | 864 | 0 | EA | 19.7900 | 17,098.56 |

| TOTAL SALES AMOUNT | TRADE DISCOUNT | FREIGHT AMOUNT | SALES TAX | INVOICE AMOUNT |
|---|---|---|---|---|
| 17,098.56 | 0.00 | 0.00 | 0.00 | 17,098.56 |

**Payable in US Dollars**



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 0073106-IN | 1 |
| | 09/12/2005 |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/12/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

COMMENT: 26969

| CUST ORDER NO. | ORDER NO. | ORDERED | SHIPPED | BACKORDER | UNIT | NET 60 DAYS | | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 26969 | 0001 | | | | UNIT PRICE | | NET AMOUNT |

| ITEM NUMBER / CFCN | DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | ITEM | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | | 8,035.20 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | EA | 1,440 | 1,440 | 0 | 9.6200 | | 13,852.80 |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 320 | 320 | 0 | 16.8300 | | 5,385.60 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.7900 | | 28,497.60 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | | 5,238.72 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 16.1900 | | 4,662.72 |
| 2609-8447 | Wire Harness GMT360 | EA | 576 | 576 | 0 | 15.5900 | | 8,979.84 |



**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO | PAGE |
|---|---|
| 0073106-IN | 2 |
| DATE | |
| 09/12/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/12/2005

COMMENT: 26969

| CUSTOMER ID | CFCN | ORDER NO | SLS NO |
|---|---|---|---|
| 00-0010080 | | 26969 | 0001 |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-2912 | Cust PN: 26098447<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | | | | | | |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |

TERMS: NET 60 DAYS

| TOTAL FREIGHT | TOTAL SALES AMOUNT | TRADE DISCOUNT | TAXABLE | SALES TAX | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 0.00 | 126,573.12 | 0.00 | 0.00 | 0.00 | 0.00 | 126,573.12 |

Payable in US Dollars



**FURUKAWA**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE | 0073135-IN |
| --- | --- |
| PAGE | 1 |
| DATE | 09/13/2005 |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/13/2005

COMMENT: 27012

| CUST NO. 00-0010080 | ORDER NO. 27012 | | | | | TERMS: NET 60 DAYS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NUMBER | CPCN / ITEM DESCRIPTION | UNIT | ORDERED 0001 | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
| 2609-3476 | Wire Harness GMT360H2 — Cust PN: 26093476 — PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-2912 | GMT800 - WireHarness — Cust PN: 26112912 — PO Number: SAG9014073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-0358 | SIR coil GMX170 — Cust PN: 26090358 — PO Number: SAG9014073 | EA | 30 | 30 | 0 | 9.1200 | 273.60 |
| FT0045 | Sensor ASM, GMT900 — Cust PN: 26111366 — PO Number: SAG9015497 | EA | 480 | 480 | 0 | 10.4102 | 4,996.90 |
| 2609-8447 | Wire Harness GMT360 — Cust PN: 26098447 — PO Number: SAG9014073 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2610-1925 | Wire Harness GMT360 — Cust PN: 26101925 — PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-1926 | Wire Harness GMT370 | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |

**BURROWS ELECTRIC**
*Family of Electrical Manufacturers*

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| | 0073135-IN | 2 |
|---|---|---|
| | **DATE** | |
| | 09/13/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI  48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:9/13/2005

COMMENT:   27012

| CUSTOMER PO NO. | ORDER NO. | SLSN | TERMS | | | |
|---|---|---|---|---|---|---|
| 00-0010080 | 27012 | 0001 | NET 60 DAYS | | | |

| ITEM NUMBER / DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2611-3965 | | | | | | |
| CFCN | | | | | | |
| Cust PN: 26101926 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| PO Number: SAG9014073 | | | | | | |
| 2609-7809 | | | | | | |
| GMT800 Wire Harness | | | | | | |
| Cust PN: 26113965 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| PO Number: SAG9014073 | | | | | | |
| 2611-4152 | | | | | | |
| WIRE HARNESS, GMX320 | | | | | | |
| Cust PN: 26097809 | EA | 352 | 352 | 0 | 16.8300 | 5,924.16 |
| PO Number: SAG9014073 | | | | | | |
| 2611-2392 | | | | | | |
| SRC ASSY GMX272 G08 | | | | | | |
| Cust PN: 26114152 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| PO Number: SAG9014073 | | | | | | |
| 2611-3964 | | | | | | |
| SRC-G14-GMX211-10cct | | | | | | |
| Cust PN: 26112392 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| PO Number: SAG9015293 | | | | | | |
| GMT800 Wire Harness | | | | | | |
| Cust PN: 26113964 | | | | | | |
| PO Number: SAG9014073 | | | | | | |