**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073135-IN | 3 |
|---|---|
| 09/13/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/13/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 27012

| CUSTOMER NO. | SHIP VIA | P.O. NO. | LINE/REF NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CFCN | 27012 | 0001 | NET 60 DAYS |

| TOTAL FREIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | TAX | TRADE DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 104,814.82 | | 0.00 | 0.00 | 0.00 | 0.00 | 104,814.82 |

Payable in US Dollars

**EUREKA ELECTRIC**

4767 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | 0073148-IN | 1 |
|---|---|---|
| | | 09/14/2005 |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT #6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:9/14/2005

COMMENT:    27028

| CUSTOMER | PO NUMBER | | CRCN | | 27028 |
|---|---|---|---|---|---|
| 00-0010080 | | | | | |

| ITEM NUMBER / ITEM DESCRIPTION | UNIT | QTY ORDERED 0001 | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|
| 2609-0779 GMT800, WIRE HARNESS<br>Cust PN: 26090779<br>PO Number: SAG90I4073 | EA | 24 | 24 | 0 | 19.7200 | 473.28 |
| 2608-6694 GMT360 W/H<br>Cust PN: 26086694<br>PO Number: SAG90I4073 | EA | 360 | 360 | 0 | 6.1100 | 2,199.60 |
| 2608-0022 WIRE HARNESS, GMX265<br>Cust PN: 26080022<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 21.2000 | 6,105.60 |
| 2609-7809 WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG90I4073 | EA | 864 | 864 | 0 | 21.3200 | 18,420.48 |
| 2611-2392 SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 3,600 | 3,600 | 0 | 9.6200 | 34,632.00 |
| 2611-7883 SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG90I4073 | EA | 60 | 60 | 0 | 21.1900 | 1,271.40 |
| 2611-4152 SRC ASSY GMX272 G08 | EA | 224 | 224 | 0 | 16.8300 | 3,769.92 |



**MERIT AW/ELECTRIC**
**Linking People, Planets, and Projects**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | | |
|---|---|---|
| INVOICE NO. | 0073148-IN | 2 |
| | 09/14/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 9/14/2005

COMMENT: 27028

| CUSTOMER NO. | CFCN | SLSMAN | ORDER NO. | CUST PO NO. | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | 27028 | | 27028 | 0001 | | NET 60 DAYS |

| LINE NO. | ITEM ID/DESCRIPTION | ORDERED | SHIPPED | B/O REMAIN | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-8447 | Cust PN: 26114152<br>PO Number: SAG9014073 | 576 | 576 | 0 | EA | 15.5900 | 8,979.84 |
| 2611-3965 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | 288 | 288 | 0 | EA | 18.1900 | 5,238.72 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | 2,304 | 2,304 | 0 | EA | 19.7900 | 45,596.16 |
| | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | | | | | | |

| NET INVOICE | TRADE DISCOUNT | FREIGHT | SALES TAX | NET SALES AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 126,687.00 | 0.00 | 0.00 | 0.00 | 126,687.00 | 126,687.00 |

Payable in US Dollars

**THERMA WAV ELECTRIC**
4767 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| 0073153-IN | 1 |
|---|---|
| | 09/14/2005 |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/14/2005

COMMENT: 27066

| CUSTOMER NUMBER | CUST P.O. NUMBER | SHIP VIA | P.O. RELEASE | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27066 | LNBC | 27066 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | U/M | ORDERED | SHIPPED | B/ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-1926 | Wire Harness GMT370<br>Cust P/N: 2610 1926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |

| TOTAL INVOICE AMOUNT | TRADE DISCOUNT | NET INVOICE AMOUNT | SALES TAX | FREIGHT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9,325.44 | 0.00 | 9,325.44 | 0.00 | 0.00 | 9,325.44 |

Payable in US Dollars



**THE LAMSON & SESSIONS CO.**
Drawn Metal Products Division, Inc.
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - NORTH AMERICAN OPERATIONS
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

SHIP TO:
DELPHI LAREDO DISTRIBUTION
SAN ANTONIO, TX   44034

SHIP DATE:9/14/2005

| | 0073156-IN | 1 |
| --- | --- | --- |
| | DATE | |
| | 09/14/2005 | |

COMMENT:   Load 26942 / SO 31254

| CUSTOMER P.O. | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00-0010080 | | | | | | | | | | |

| ITEM DESCRIPTION | UNIT | CUST RELEASE NO. | SHIP VIA NO. | | | TERMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | CS05 | SAG9014073 | | | NET 60 DAYS | | | |

| ITEM/DESCRIPTION | GOODS TAX | TRADE TAX | UNIT | ORDERED | SHIPPED | BACKORD | UNIT PRICE | TERMS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PULL SIGNAL# 66QRO20050921 | | | | | | | | | |
| 2611-3961 | | | EA | 2,016 | 2,016 | 0 | 19.7900 | | 39,896.64 |
| SRC W/H G06 GMT-800 12cct | | | | | | | | | |
| 2611-3964 | | | EA | 576 | 576 | 0 | 18.9400 | | 10,909.44 |
| SRC W/H G06 GMT-800 12cct | | | | | | | | | |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | CASH DISCOUNT | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- | --- |
| | 50,806.08 | 0.00 | 0.00 | 0.00 | 0.00 | 50,806.08 |

Payable in US Dollars

**FURUKAWA ELECTRIC**

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0073179-IN | PAGE | 1 |
|---|---|---|---|
| DATE | 09/15/2005 | | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM.- DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM.- DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:9/15/2005

COMMENT:   27061

TERMS: NET 60 DAYS

| CUSTOMER ORDER NO. | CFCN | ORDER NO. | SALES ORDER NO. | ITEM DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | REFERENCE NO. | CREDIT/BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 27061 | 27061 | 0001 | | | | | | | | |
| 2610-1925 | | | | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | | 5.5800 | 8,035.20 |
| 2611-3961 | | | | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90I4073 | EA | 1,728 | 1,728 | 0 | | 19.7900 | 34,197.12 |
| 2611-3965 | | | | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | | 18.1900 | 5,238.72 |
| 2611-2392 | | | | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,440 | 1,440 | 0 | | 9.6200 | 13,852.80 |
| 2611-3964 | | | | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073 | EA | 1,728 | 1,728 | 0 | | 19.2400 | 33,246.72 |
| 2610-1926 | | | | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | | 16.1900 | 4,662.72 |
| 2609-8447 | | | | Wire Harness GMT360 | EA | 288 | 288 | 0 | | 15.5900 | 4,489.92 |



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

| INVOICE NO. | |
|---|---|
| 0073179-IN | 2 |
| 09/15/2005 | |

SHIP DATE: 9/15/2005

| CUSTOMER NO. | ORDER NO. |
|---|---|
| 00-0010080 | 27061 |

COMMENT: 27061

TERMS: NET 60 DAYS

| CUSTOMER PO NO. / CPCN | ITEM DESCRIPTION | UNIT | ORDERED | SHIPPED | QUANTITY BACK ORDER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2609-7809 | Cust PN: 26098447<br>PO Number: SAG9014073<br>WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG9014073 | EA | 60 | 60 | 0 | 21.1900 | 1,271.40 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 256 | 256 | 0 | 16.8300 | 4,308.48 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |



**FORD & WADE CLERIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | 0073179-IN | 3 |
|---|---|---|
| | 09/15/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:9/15/2005

COMMENT:    27061

| P.O. NUMBER | CUST NO | ORDER NO. | S/NO. | SALES NO. | TERMS | |
|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27061 | 0001 | | NET 60 DAYS | |

| ITEM NUMBER | DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY B/ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

| TOTAL WEIGHT | SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | DEMO DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 132,798.12 | 0.00 | 0.00 | 0.00 | 0.00 | 132,798.12 |

Payable in US Dollars



0073200-IN    1

09/16/2005

**INVOICE**

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 9/16/2005

COMMENT:    27096

| CUSTOMER P.O. | CFCN | SHIP VIA | ORDER NO. | INVOICE NO. | SHIP NO. | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | 27096 | | 27096 | 0001 | | NET 60 DAYS |

| LINE NO. | DESCRIPTION | U/M | ORDERED | SHIPPED | BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG9014073 | EA | 36 | 36 | 0 | 21.1900 | 762.84 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,728 | 1,728 | 0 | 19.7900 | 34,197.12 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-3964 | GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073200-IN | 2 |
| 09/16/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 9/16/2005

COMMENT: 27096

| CUSTOMER NO. | SHIP VIA | ORDER NO. | CFCN | P.O. NUMBER | TERMS |
|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27096 | | 0001 | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | U/M | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2610-9025 | Cust PN: 26113964 PO Number: SAG9014073 | EA | 30 | 30 | 0 | 21.2200 | 636.60 |
| 2611-2912 | W/H ASSY, GMT900 Cust PN: 26109025 PO Number: SAG90I5321 GMT800 - WireHarness Cust PN: 26112912 PO Number: SAG9014073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2611-2392 | SRC-G14-GMX211-10cct Cust PN: 26112392 PO Number: SAG90I5293 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2611-4152 | SRC ASSY GMX272 G08 Cust PN: 26114152 PO Number: SAG9014073 | EA | 384 | 384 | 0 | 16.8300 | 6,462.72 |

| TOTAL SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TERMS DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 123,543.12 | 0.00 | 0.00 | 0.00 | 0.00 | 123,543.12 |

**Payable in US Dollars**



**THE DURAKON/WABASH ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| | 0073217-IN | 1 |
|---|---|---|
| | 09/19/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:9/19/2005

COMMENT: 27120

| CUSTOMER PO NO. | CFCN | ORDER NO. 27120 | | INVOICE DATE 0001 | SHIPPED | BACK ORDERED | TERMS NET 60 DAYS | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | UM | | | | UNIT PRICE | AMOUNT |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073 | | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90I4073 | | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2610-4437 | Sir coil GMX-295 HS<br>Cust PN: 26104437<br>PO Number: SAG90I4073 | | EA | 384 | 384 | 0 | 16.2100 | 6,224.64 |
| 2608-0022 | WIRE HARNESS, GMX265<br>Cust PN: 26080022<br>PO Number: SAG90I4073 | | EA | 288 | 288 | 0 | 21.2000 | 6,105.60 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG90I4073 | | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2609-3476 | Wire Harness GMT360H2 | | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |



**FURUKAWA WIRE ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

# INVOICE

| | |
|---|---|
| 0073217-IN | 2 |
| 09/19/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/19/2005

COMMENT: 27120

| CUSTOMER PO | ORDER NO | LINE NO | TERMS |
|---|---|---|---|
| 00-0010080 | 27120 | 0001 | NET 60 DAYS |

| ITEM NUMBER / CFPN | ITEM DESCRIPTION | UNIT | QTY ORDERED | SHIPPED | BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-4152 | Cust PN: 26093476<br>PO Number: SAG9014073<br><br>SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 256 | 256 | 0 | 16.8300 | 4,308.48 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG9014073 | EA | 60 | 60 | 0 | 21.1900 | 1,271.40 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |



# PERUSAL ELECTRIC

**47677 GALLEON DRIVE**
**PLYMOUTH, MICHIGAN 48170**
**(734) 446-2200**

## INVOICE

| 0073217-IN | 3 |
|---|---|
| 09/19/2005 | |

**Remit Payment to:**
**P.O. BOX 45651**
**San Francisco, CA 94145-0651**

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE:9/19/2005

COMMENT:   27120

| CUSTOMER P.O. | SALES REP | ORDER NO. | LINE NO. | REFERENCE NO. | F.O.B. | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27120 | 0001 | | | NET 60 DAYS |

| TOTAL WEIGHT | NET SALES AMT | TRADE DISCOUNT | FREIGHT | TAX | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| | 134,961.96 | 0.00 | 0.00 | 0.00 | 0.00 | 134,961.96 |

Payable in US Dollars



EUREKA WATER ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

0073219-IN        1

09/19/2005

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW,  MI   48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW,  MI   48605

SHIP DATE:9/19/2005

COMMENT:    27132

| CUSTOMER NO. | SHIP VIA | ORDER NO. | BOND NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | LNBC | 27132 | 0001 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | NET SALES AMOUNT | TRADE DISCOUNT | U/M | ORD/SHIP | SHIPPED | BACKORDER | REMAINING NO. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | 6,140.16 | 0.00 | EA | 288 | 288 | 288 | 0 | 21.3200 | 6,140.16 |

| TOTAL WEIGHT | NET SALES AMOUNT | TRADE DISCOUNT | SALES TAX | TRANS DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | 6,140.16 | 0.00 | 0.00 | 0.00 | 6,140.16 |
| | | | | | Payable in US Dollars |



**THE RICK AWDE CTRIC**
4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073279-IN | 1 |
|---|---|
| 09/21/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/21/2005

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

COMMENT:    27195

NET 60 DAYS

| CUSTOMER NO. | P.O. NO. | ORDER NO. | REP NO. | SLSM NO. | REFERENCE NO. | | | | TERMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 27195 | 27195 | 0001 | | | | | | | |
| PART NUMBER | | DESCRIPTION | | UNIT | ORDERED | SHIPPED | B/ORDER | UNIT PRICE | AMOUNT | |
| 2610-1926 | | Wire Harness GMT370 Cust PN: 26101926 PO Number: SAG90I4073 | | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 | |
| 2610-1925 | | Wire Harness GMT360 Cust PN: 26101925 PO Number: SAG90I4073 | | EA | 720 | 720 | 0 | 5.5800 | 4,017.60 | |
| 2608-0022 | | WIRE HARNESS, GMX265 Cust PN: 26080022 PO Number: SAG90I4073 | | EA | 72 | 72 | 0 | 21.2000 | 1,526.40 | |
| 2609-2611 | | SIR COIL P90 Cust PN: 26092611 PO Number: SAG90I4073 | | EA | 210 | 210 | 0 | 7.2300 | 1,518.30 | |
| 2611-2912 | | GMT800 - WireHarness Cust PN: 26112912 PO Number: SAG90I4073 | | EA | 864 | 864 | 0 | 20.7200 | 17,902.08 | |
| 2611-3964 | | GMT800 Wire Harness Cust PN: 26113964 PO Number: SAG90I4073 | | EA | 1,728 | 1,728 | 0 | 19.2400 | 33,246.72 | |
| 2611-2392 | | SRC-G14-GMX211-10cct | | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 | |



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073279-IN | 2 |
|---|---|
| 09/21/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/21/2005

COMMENT: 27195

| CUSTOMER NO. 00-0010080 | ORDER NO. 27195 | SHIP VIA 27195 | | | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER ITEM | CFCN / ITEM DESCRIPTION | UNIT | QTY ORDERED 0001 | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE NET 60 DAYS | EXTENDED AMOUNT |
| | Cust PN: 26112392<br>PO Number: SAG9015293 | | | | | | |
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG9014073 | EA | 120 | 120 | 0 | 21.1900 | 2,542.80 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG9015321 | EA | 30 | 30 | 0 | 21.2200 | 636.60 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 448 | 448 | 0 | 16.8300 | 7,539.84 |



**EUREKA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

0073279-IN    3

09/21/2005

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE: 9/21/2005

COMMENT:   27195

| CUSTOMER NO. | SHIP VIA | P.O. NO. | ORDER NO. | JOB NO. | SLSP NO. | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | | CFCN | 27195 | 0001 | | NET 60 DAYS |

| TAX UNIT PRICE | PRICE QTY TO | QTY TO SHIP | QTY TO FOLLOW | QTY TO BILL |
|---|---|---|---|---|

| NET SALE AMOUNT | TRADE AMOUNT | SALES TAX | FREIGHT | OTHER CHG | TRADE DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 128,223.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128,223.78 |

Payable in US Dollars



**THERMALLY ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | 0073307-IN | 1 |
|---|---|---|
| | 09/22/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

**SHIP DATE:** 9/22/2005

**COMMENT:** 27228

| CUST PO NO. | ORDER NO. | ORDERED | | | | | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | 27228 | 0001 | | | | | NET 60 DAYS | |
| ITEM NUMBER | | ITEM DESCRIPTION | U/M | ORDERED | SHIPPED | BACKORDER | UNIT PRICE | AMOUNT |
| 2611-3961 | | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2611-4152 | | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 16.8300 | 4,847.04 |
| 2609-7809 | | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 120 | 120 | 0 | 21.3200 | 2,558.40 |
| 2610-1925 | | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2611-2912 | | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2610-4437 | | Sir coil GMX-295 HS<br>Cust PN: 26104437<br>PO Number: SAG9014073 | EA | 320 | 320 | 0 | 16.2100 | 5,187.20 |
| 2609-8447 | | Wire Harness GMT360 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |

# FURUKAWA ELECTRIC

**INVOICE**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

| | 0073307-IN | 2 |
|---|---|---|
| | 09/22/2005 | |

SHIP DATE:9/22/2005

COMMENT: 27228

| SOLD TO NO. | TYPE | ORDER NO. | CUST P.O. NO. | | | | TERMS | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27228 | 0001 | | | | NET 60 DAYS | | |

| LINE NO. | ITEM DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | Cust PN: 26098447<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2611-2392 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2611-3964 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,332 | 1,332 | 0 | 19.2400 | 25,627.68 |
| 2610-1926 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |
| | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG90I4073 | | | | | | |

| NET AMOUNT | FREIGHT | SALES TAX | TRADE DISCOUNT | PAYABLE TOTAL |
|---|---|---|---|---|
| 114,932.00 | 0.00 | 0.00 | 0.00 | 114,932.00 |

114,932.00
Payable in US Dollars



# EUREKA WIRE & CABLE
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0073349-IN | 09/23/2005 |
| 1 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:9/23/2005

COMMENT: 27244

| CUSTOMER PO<br>00-0010080 | ORDER NO.<br>27244 | U/M | INVOICE<br>0001 | REFERENCE NO. | | TERMS<br>NET 60 DAYS | |
|---|---|---|---|---|---|---|---|
| PRODUCT NUMBER<br>CFCN | ITEM DESCRIPTION | U/M | QTY<br>PRODUCED | QTY<br>SHIPPED | QTY<br>BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
| 2610-9025 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG90I5321 | EA | 1,020 | 1,020 | 0 | 21.2200 | 21,644.40 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 32 | 32 | 0 | 16.8300 | 538.56 |
| 2611-4152 | SRC ASSY GMX272 G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 256 | 256 | 0 | 16.8300 | 4,308.48 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| FT0045 | Sensor ASM, GMT900<br>Cust PN: 26111366<br>PO Number: SAG90I5497 | EA | 1,080 | 1,080 | 0 | 10.4102 | 11,243.02 |
| 2611-3961 | GMT800 Wire Harness | EA | 864 | 864 | 0 | 19.7900 | 17,098.56 |

**THURU KAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| Invoice No | |
|---|---|
| 0073349-IN | 2 |
| 09/23/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/23/2005

COMMENT: 27244



| Item Number | CFCN / Description | Order No. 27244 U/M | Release No. 0001 Ordered | Shipped | Back Ordered | Unit Price NET 60 DAYS | Amount |
|---|---|---|---|---|---|---|---|
| 2611-3964 | Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | | | | | | |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 15.5900 | 8,979.84 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |

00-0010080



FURUKAWA ELECTRIC

4767 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

INVOICE

| INVOICE | 0073349-IN |
| --- | --- |
| | 3 |
| DATE | 09/23/2005 |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE:9/23/2005

COMMENT: 27244

| CUSTOMER | SHIP VIA | ORDER NO. | ORDER NO. | SHIPPED | PAYMENT TERMS | |
| --- | --- | --- | --- | --- | --- | --- |
| 00-0010080 | CFCN | 27244 | 0001 | | NET 60 DAYS | |

| ITEM NUMBER | NET SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | SHIPPING & HANDLING | ITEMS DISCOUNT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 142,284.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 142,284.22 |

Payable in US Dollars



**BUREN SAW/ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | |
|---|---|
| 0073368-IN | 1 |
| 09/26/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/26/2005

COMMENT: 27247

| CUSTOMER NO. | SHIP VIA | ORDER NO. | P.O. NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | CFCN | 27247 | 0001 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | QTY BACKORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-7883 | SRC, G04, CTVS WIRE HARNESS<br>Cust PN: 26117883<br>PO Number: SAG90I4073 | EA | 120 | 120 | 0 | 21.1900 | 2,542.80 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 64 | 64 | 0 | 16.8300 | 1,077.12 |
| 2611-2392 | SRC-G14-GMX211-10cct | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |

**AURORA WA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073368-IN | 2 |
| --- | --- |
| | 09/26/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:9/26/2005

COMMENT:    27247

| CUSTOMER NO. 00-0010080 | CFCN | | CUST. PO NO. 27247 | SLS NO. 0001 | | | | TERMS NET 60 DAYS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM/PART # | DESCRIPTION | U/M | | ORDERED | SHIPPED | B/O | UNIT PRICE | | AMOUNT |
| 2609-8447 | Cust P/N: 26112392<br>PO Number: SAG9015293 | EA | | 288 | 288 | 0 | 15.5900 | | 4,489.92 |
| 2610-1925 | Wire Harness GMT360<br>Cust P/N: 26098447<br>PO Number: SAG9014073 | EA | | 1,440 | 1,440 | 0 | 5.5800 | | 8,035.20 |
| 2611-3964 | Wire Harness GMT360<br>Cust P/N: 26101925<br>PO Number: SAG9014073 | EA | | 1,440 | 1,440 | 0 | 19.2400 | | 27,705.60 |
| 2611-3961 | GMT800 Wire Harness<br>Cust P/N: 26113964<br>PO Number: SAG9014073 | EA | | 1,440 | 1,440 | 0 | 19.7900 | | 28,497.60 |
| 2610-1926 | GMT800 Wire Harness<br>Cust P/N: 26113961<br>PO Number: SAG9014073 | EA | | 288 | 288 | 0 | 16.1900 | | 4,662.72 |
| | Wire Harness GMT370<br>Cust P/N: 26101926<br>PO Number: SAG9014073 | | | | | | | | |

