47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

INVOICE NUMBER: 0073393-IN    1
09/27/2005

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 9/27/2005

COMMENT: 27310

| CUSTOMER NUMBER | CFCN | ORDER DATE | P.O. NO. | SHIP VIA | TERMS | | | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | 27310 | 0001 | | NET 60 DAYS | | | |
| | ITEM/DESCRIPTION | | ORDERED | SHIPPED | REFERENCE NO. | UNIT PRICE | | AMOUNT |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>P O Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 19.7900 | | 28,497.60 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>P O Number: SAG90I4073 | EA | 288 | 288 | 0 | 18.1900 | | 5,238.72 |
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>P O Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 19.2400 | | 27,705.60 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>P O Number: SAG90I4073 | EA | 576 | 576 | 0 | 16.1900 | | 9,325.44 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>P O Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 5.5800 | | 8,035.20 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>P O Number: SAG90I4073 | EA | 288 | 288 | 0 | 15.5900 | | 4,489.92 |
| 2610-4437 | Sir coil GMX-295 HVS | EA | 64 | 64 | 0 | 16.2100 | | 1,037.44 |

# LORRE WAPLE ELECRIC

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE | PAGE |
|---|---|
| 0073393-IN | 2 |
| 09/27/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/27/2005

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 27310

| CUSTOMER P.O. NO. | ORDER NO. | SLS NO. | TERMS |
|---|---|---|---|
| 00-0010080 | 27310 | 0001 | NET 60 DAYS |

| ITEM NUMBER | SHIP VIA / DESCRIPTION | DATE SHIPPED | QTY ORDERED | QTY SHIPPED | QTY BACK ORDERED | UNIT | DISCOUNT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PN: 26104437<br>PO Number: SAG9014073 | | | | | | | | |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | | 576 | 576 | 0 | EA | 0.00 | 20.7200 | 11,934.72 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | | 1,440 | 1,440 | 0 | EA | 0.00 | 9.6200 | 13,852.80 |

| SALES AMOUNT | MISC DISCOUNT | FREIGHT | SALES TAX | AMOUNT DUE |
|---|---|---|---|---|
| 110,117.44 | 0.00 | 0.00 | 0.00 | 110,117.44<br>Payable in US Dollars |



**FURUKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

## INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0073439-IN | 1 |
| | 09/28/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/28/2005

COMMENT: 27311

| CUSTOMER NO. | ORDER NO. | SHIP VIA | SLS NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27311 | | 0001 | NET 60 DAYS |

| ITEM NUMBER | PRODUCT DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | B/O NO. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 15.5900 | 8,979.84 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 864 | 864 | 0 | 16.1900 | 13,988.16 |
| 2611-2392 | SRC-G14-GMX211-10oct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2610-4437 | Sir coil GMX-295 HtS | EA | 384 | 384 | 0 | 16.2100 | 6,224.64 |



**BURKE & ALLEN ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| 0073439-IN | 2 |
|---|---|
| | 09/28/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:9/28/2005

COMMENT:   27311

| CUSTOMER NO. 00-0010080 | SHIP VIA | ORDER NO. 27311 | LINE NO. 0001 | SO NO. | | NUMBER OF... 0 | TERMS NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CFCN / DESCRIPTION | | | UNIT | ORDERED | SHIPPED | B.O. | PRICE | |
| 2611-3961 Cust PN: 26104437 PO Number: SAG90I4073 GMT800 Wire Harness Cust PN: 26113961 PO Number: SAG90I4073 | | | EA | 1,728 | 1,728 | 0 | 19.7900 | 34,197.12 |
| 2608-0022 WIRE HARNESS, GMX265 Cust PN: 2608022 PO Number: SAG90I4073 | | | EA | 288 | 288 | 0 | 21.2000 | 6,105.60 |
| 2609-0779 GMT800, WIRE HARNESS Cust PN: 26090779 PO Number: SAG90I4073 | | | EA | 144 | 144 | 0 | 19.7200 | 2,839.68 |
| 2609-3476 Wire Harness GMT360H2 Cust PN: 26093476 PO Number: SAG90I4073 | | | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-2912 GMT800 - WireHarness Cust PN: 26112912 PO Number: SAG90I4073 | | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |



# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| INVOICE NO. | PAGE |
|---|---|
| 0073439-IN | 3 |
| 09/28/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE:9/28/2005

COMMENT:    27311

| CUSTOMER NO. | SALESPERSON | ORDER NO. | SOLD NO. | OUR ORDER NO. | TERMS |
|---|---|---|---|---|---|
| CFCN | | 27311 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | ORDERED/SHIPPED | UNIT PRICE | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| 00-0010080 | | 0.00 | 0.00 | 0.00 | 137,595.84 |

| TAXABLE AMOUNT | NON-TAX AMOUNT | SALES TAX | FREIGHT | DEPOSIT | ORDER DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 137,595.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,595.84 |

Payable in US Dollars



**DELPHI ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073467-IN | 1 |
| --- | --- |
| 09/29/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/29/2005

CUSTOMER NO.: 00-0010080
COMMENT: 27343
ORDER NO.: 27343

| ITEM NUMBER | CFCN | SLSMN 0001 | U/M | QTY ORDERED | QTY SHIPPED | QTY BACK ENTERED 0 | TERMS NET 60 DAYS | DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2609-7809 | WIRE HARNESS, GMX320 Cust PN: 26097809 PO Number: SAG9014073 | | EA | 288 | 288 | 0 | | 21.3200 | 6,140.16 |
| 2610-1927 | Wire Harness GMT370 Cust PN: 26101927 PO Number: SAG9014073 | | EA | 72 | 72 | 0 | | 16.7200 | 1,203.84 |
| 2609-8447 | Wire Harness GMT360 Cust PN: 26098447 PO Number: SAG9014073 | | EA | 576 | 576 | 0 | | 15.5900 | 8,979.84 |
| 2610-1925 | Wire Harness GMT360 Cust PN: 26101925 PO Number: SAG9014073 | | EA | 720 | 720 | 0 | | 5.5800 | 4,017.60 |
| 2610-1926 | Wire Harness GMT370 Cust PN: 26101926 PO Number: SAG9014073 | | EA | 576 | 576 | 0 | | 16.1900 | 9,325.44 |
| 2611-3961 | GMT800 Wire Harness Cust PN: 26113961 PO Number: SAG9014073 | | EA | 864 | 864 | 0 | | 19.7900 | 17,098.56 |
| 2610-9025 | W/H ASSY, GMT900 | | EA | 60 | 60 | 0 | | 21.2200 | 1,273.20 |

**BERTRAM ... ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| | |
|---|---|
| 0073467-IN | 2 |
| 09/29/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/29/2005

COMMENT: 27343

| CUSTOMER NO. | | ORDER NO. | S/O NO. | | | TERMS |
|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27343 | 0001 | | | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | TRADE DISCOUNT | FREIGHT | UM | ORDERED | SHIPPED | B/O REMAINING | UNIT PRICE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 2611-2912 | Cust PN: 26109025 PO Number: SAG90I5321 | 0.00 | 0.00 | EA | 864 | 864 | 0 | 20.7200 | 17,902.08 |
| | GMT800 - WireHarness Cust PN: 26112912 PO Number: SAG9014073 | | | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |
| 2611-2392 | SRC-G14-GMX211-10cct Cust PN: 26112392 PO Number: SAG90I5293 | | | | | | | | |
| 2611-3964 | GMT800 Wire Harness Cust PN: 26113964 PO Number: SAG9014073 | | | EA | 864 | 864 | 0 | 19.2400 | 16,623.36 |

| TOTAL WEIGHT | TOTAL SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | LESS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 89,490.48 | 0.00 | 0.00 | 0.00 | 0.00 | 89,490.48 |

Payable in US Dollars

**TRUKSA & ELECTRIC**

4677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073469-IN | 1 |
|---|---|
| 09/29/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

SHIP DATE: 9/29/2005

COMMENT: 27348

| CUSTOMER NO. | SALESMAN | ORDER NO. | UNIT OF MEASURE | ITEM NO. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | CURRENCY NO. | TERMS |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27348 | EA | 0001 | 864 | 864 | 0 | NET 60 DAYS | |

| ITEM NUMBER | DESCRIPTION | TRADE DISCOUNT | NET SALES AMOUNT | UNIT PRICE | SALES DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 2611361<br>PO Number: SAG9014073 | 0.00 | 17,098.56 | 19.7900 | 0.00 | 17,098.56 |

| TOTAL DISCOUNT | NET SALES AMOUNT | TOTAL FREIGHT | TOTAL MISC. | TRADE DISCOUNT | SALES DISCOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| 0.00 | 17,098.56 | 0.00 | 0.00 | 0.00 | 0.00 | 17,098.56<br>Payable in US Dollars |

**BURROWS ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073523-IN | 1 |
| --- | --- |
| 09/30/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 9/30/2005

COMMENT: 27381

| CUSTOMER PN | CFCN / DESCRIPTION | ORDER NO. 27381 | UNIT | ORDERED 0001 | SHIPPED | BACKORDER | TERMS NET 60 DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00-0010080 | | 27381 | | | | | | |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 20.7200 | 5,967.36 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 16.8300 | 4,847.04 |
| 2611-2392 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |
| 2610-9025 | W/H ASSY, GMT900 | | EA | 300 | 300 | 0 | 21.2200 | 6,366.00 |



**THRU-WAY ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| 0073523-IN | 2 |
|---|---|
| 09/30/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**SHIP DATE: 9/30/2005**

**COMMENT:** 27381

| CUSTOMER NO. | SHIP VIA | ORDER NO. | TERMS |
|---|---|---|---|
| 00-0010080 | CFCN | 27381 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | UNIT | QTY ORDERED | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-7809 | Cust PN: 2610 9025 PO Number: SAG90I5321 WIRE HARNESS, GMX320 Cust PN: 2609 7809 PO Number: SAG9014073 | EA | 576 | 576 | 0 | 21.3200 | 12,280.32 |
| 2610-1925 | Wire Harness GMT360 Cust PN: 2610 1925 PO Number: SAG9014073 | EA | 2,880 | 2,880 | 0 | 5.5800 | 16,070.40 |

| SALES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | MISC | PMT DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 90,683.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90,683.76 |

**Payable in US Dollars**



FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| | | |
|---|---|---|
| 0073527-IN | 1 | |
| 09/30/2005 | | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
DELPHI SAGINAW STEERING
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:9/30/2005

COMMENT:

| CUSTOMER PO NO. | PO LINE | CUSTOMER RELEASE NO. | SALESMAN | TERMS |
|---|---|---|---|---|
| FENA | | CS05 | SAG90L5497 | NET 60 DAYS |

| LINE ITEM NUMBER | DESCRIPTION | UOM | ORDERED | SHIPPED | BACKORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00-0010080 MISCITEM | 2611-1366 GMT900 HRSAS Sensor Hand Carry by Nakamoto Reference Delphi GCN # 085624 | EACH | 1,640.00 | 1,640.00 | 0 | 10.41 | 17,072.73 |

| TOTAL LINES AMOUNT | TRADE DISCOUNT | FREIGHT | SALES TAX | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 17,072.73 | 0.00 | 0.00 | 0.00 | 0.00 | 17,072.73 |
| | | | | | Payable in US Dollars |



**HIROKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| INVOICE NO. | 0073547-IN |
| DATE | 1 |
| | 10/03/2005 |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI   48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI   48605

SHIP DATE:10/3/2005

COMMENT:    27413

| CUSTOMER NO. | ORDER NO. | INVOICE NO. | INVOICE LINE NO. | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27413 | 0001 | 0 | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION | U/M | ORDER QTY | SHIP QTY | BACK ORDER | UNIT PRICE |
|---|---|---|---|---|---|---|
| 2611-3964 | GMT800 Wire Harness<br>Cust P/N: 26113964<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.2400 |

| TRADE DISCOUNT | EXTENDED AMOUNT | SALES TAX | FREIGHT | LINE DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| 0.00 | 27,705.60 | 0.00 | 0.00 | 0.00 | 27,705.60 |

| | TOTAL |
| 27,705.60 | 27,705.60 |
| | Payable in US Dollars |



**DUREAKAWA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073548-IN | 1 |
|---|---|

10/03/2005

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/3/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 27417

CUSTOMER NO: 00-0010080
ORDER NO: 27417
SHIP VIA: 0001
TERMS: NET 60 DAYS

| CUSTOMER PO NO | ITEM | U/M | ORDERED | SHIPPED | B/O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG9014073 | EA | 864 | 864 | 0 | 20.7200 | 17,902.08 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,728 | 1,728 | 0 | 19.7900 | 34,197.12 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-4152 | SRC Assembly, GMX272, G08 | EA | 480 | 480 | 0 | 16.8300 | 8,078.40 |

# FURUKAWA ELECTRIC

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

## INVOICE

| 0073548-IN | 2 |
|---|---|
| 10/03/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SHIP DATE:** 10/03/2005

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**COMMENT:** 27417

| CUSTOMER PO NO | ORDER NO | SLSM NO | SLS REP NO | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27417 | 0001 | | NET 60 DAYS |

| IDENTIFICATION NUMBER | DESCRIPTION / CFCN | SHIPPED | ORDERED | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2609-8447 | Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2611-3964 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90I4073 | EA | 1,152 | 1,152 | 0 | 19.2400 | 22,164.48 |
| 2611-2392 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073<br>SRC-G14-GMX211-10oct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG90I4073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |

| DOLLAR AMOUNT | TRADE DISCOUNT AMOUNT | FREIGHT | SALES TAX | INVOICE DISCOUNT | PAYS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 134,844.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 134,844.48<br>Payable in US Dollars |



**PLYMOUTH & ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073572-IN | 1 |
|---|---|
| 10/04/2005 | |

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 10/4/2005

COMMENT: 27445

| CUSTOMER NO. | CFCN | ORDER NO. | SLSN | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27445 | 27445 | 0001 | NET 60 DAYS |

| ITEM NUMBER | ITEM DESCRIPTION | U/M | QTY ORDERED | QTY SHIPPED | QTY BACKORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 19.2400 | 11,082.24 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG9014073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 5.5800 | 8,035.20 |
| 2611-3965 | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG9014073 | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2611-4152 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG9014073 | EA | 256 | 256 | 0 | 16.8300 | 4,308.48 |
| 2611-2392 | SRC-G14-GMX211-10cct | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |



**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| | |
|---|---|
| 0073572-IN | 2 |
| | 10/04/2005 |

**INVOICE**

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 10/4/2005

COMMENT:    27445

| ITEM NUMBER | CFCN | DESCRIPTION | ORDER NO. 27445 | U/M | QTY ORDERED 0001 | QTY SHIPPED | QTY BACK ORDERED 0 | TERMS NET 60 DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | | |
| FT0045 | Sensor ASM, GMT900 | Cust PN: 26112392<br>PO Number: SAG9015293 | | EA | 1,440 | 1,440 | 0 | 14.2800 | 20,563.20 |
| 2605-1914 | SIR COIL | Cust PN: 26111366<br>PO Number: SAG9015497 | | EA | 60 | 60 | 0 | 8.5500 | 513.00 |
| 2611-2912 | GMT800 - WireHarness | Cust PN: 26051914<br>PO Number: SAG9014073 | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-7809 | WIRE HARNESS, GMX320 | Cust PN: 26112912<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2609-8447 | Wire Harness GMT360 | Cust PN: 26097809<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| | | Cust PN: 26098447<br>PO Number: SAG9014073 | | | | | | | |





**FURUKAWA ELECTRIC**

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

| 0073588-IN | 1 |
|---|---|
| | 10/05/2005 |

# INVOICE

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:10/5/2005

COMMENT:    27474



| CUSTOMER NO. | CFCN | ORDER NO. | P.O. NO. | U/M | ORDERED | SHIPPED | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00-0010080 | CFCN | 27474 | 0001 | | | | NET 60 DAYS | | |
| 2610-4437 | Sir coil GMX-295 HVS<br>Cust PN: 2610437<br>PO Number: SAG90I4073 | | | EA | 384 | 384 | 0 | 16.2100 | 6,224.64 |
| 2609-3476 | Wire Harness GMT360H2<br>Cust PN: 26093476<br>PO Number: SAG90I4073 | | | EA | 288 | 288 | 0 | 18.8200 | 5,420.16 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90I4073 | | | EA | 468 | 468 | 0 | 20.7200 | 9,696.96 |
| 2609-7809 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG90I4073 | | | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2610-1925 | Wire Harness GMT360<br>Cust PN: 26101925<br>PO Number: SAG90I4073 | | | EA | 720 | 720 | 0 | 5.5800 | 4,017.60 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG90I4073 | | | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |
| 2611-4299 | WIRE HARNESS-GMT368 | | | EA | 144 | 144 | 0 | 16.1900 | 2,331.36 |



**BUREKA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO-44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

**INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 0073588-IN | 2 |
| 10/05/2005 | |

SHIP DATE: 10/5/2005

COMMENT: 27474

| CUSTOMER NO. | ORDER NO. |
|---|---|
| 00-0010080 | 27474 |

| ITEM NUMBER | DESCRIPTION | ORDERED | SHIPPED | B.O. | UOM | TERMS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2611-3961 | CFCN<br>Cust PN: 26114299<br>PO Number: SAG90I4073 | 1,800 | 1,800 | 0 | EA | NET 60 DAYS | 19.7900 | 35,622.00 |
| 2611-4152 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90I4073 | 384 | 384 | 0 | EA | | 16.8300 | 6,462.72 |
| 2611-2392 | SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | 720 | 720 | 0 | EA | | 9.6200 | 6,926.40 |
| 2611-3964 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90IS293 | 864 | 864 | 0 | EA | | 19.2400 | 16,623.36 |
| | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90I4073 | | | | | | | |

**SALES ORDER:** 0001

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

| | | | | | NET INVOICE AMOUNT |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104,128.08 |

104,128.08
**Payable in US Dollars**



EUREKA ELECTRIC, INC.

47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

INVOICE

| INVOICE NO | PAGE |
|---|---|
| 0073617-IN | 1 |
| 10/06/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI  48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI  48605

SHIP DATE: 10/6/2005

COMMENT: 27527

| CUSTOMER P.O. | SHIP VIA | ORDER NO. | INVOICE NO. |
|---|---|---|---|
| 00-0010080 | CFCN | 27527 | 27527 |



| ITEM NUMBER / Description | U/M | QTY ORDERED 0001 | QTY SHIPPED | QTY REMAINING 0 | UNIT PRICE NET 60 DAYS | TOTAL |
|---|---|---|---|---|---|---|
| 2610-1925<br>Wire Harness GMT360<br>Cust PN: 2610192S<br>PO Number: SAG90I4073 | EA | 660 | 660 | 0 | 5.5800 | 3,682.80 |
| 2611-4152<br>SRC Assembly, GMX272, G08<br>Cust PN: 26114152<br>PO Number: SAG90I4073 | EA | 192 | 192 | 0 | 16.8300 | 3,231.36 |
| 2609-7809<br>WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG90I4073 | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-2392<br>SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG9015293 | EA | 1,440 | 1,440 | 0 | 9.6200 | 13,852.80 |
| 2609-2611<br>SIR COIL P90<br>Cust PN: 26092611<br>PO Number: SAG90I4073 | EA | 600 | 600 | 0 | 7.2300 | 4,338.00 |
| 2610-1926<br>Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 16.1900 | 9,325.44 |
| 2611-3964<br>GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.2400 | 27,705.60 |



FURUKAWA ELECTRIC
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073617-IN | 2 |
|---|---|
| 10/06/2005 | |

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:10/6/2005

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

COMMENT: 27527

| CUSTOMER PO | ORDER LINE | SHIP NO | CD PER CLIN NO | TERMS |
|---|---|---|---|---|
| 00-0010080 | 27527 | 0001 | | NET 60 DAYS |

| ITEM NUMBER | DESCRIPTION / SUPPLIER (CPCN) | UOM | QTY ORDERED | QTY SHIPPED | CD | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2611-3965 | Cust PN: 26113964 PO Number: SAG90I4073 GMT800 Wire Harness | EA | 360 | 360 | 0 | 18.1900 | 6,548.40 |
| 2611-3961 | Cust PN: 26113965 PO Number: SAG90I4073 GMT800 Wire Harness | EA | 1,440 | 1,440 | 0 | 19.7900 | 28,497.60 |
| 2611-3733 | Cust PN: 26113961 PO Number: SAG90I4073 P90 SRC Coil | EA | 360 | 360 | 0 | 7.0200 | 2,527.20 |
| 2611-2912 | Cust PN: 26113733 PO Number: SAG90I4073 GMT800 - WireHarness Cust PN: 26112912 PO Number: SAG90I4073 | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |

| NET SALES AMOUNT | FREIGHT | TAX | MISC | TRADE DISCOUNT | PROMPT PAY DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 117,784.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117,784.08 Payable in US Dollars |



FURUKAWA ELECTRIC
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200



**INVOICE**

| 0073650-IN | 1 |
| --- | --- |
| 10/07/2005 | |

SOLD TO:
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

SHIP TO:
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD
SAGINAW, MI 48605

Remit Payment to:
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE: 10/7/2005

COMMENT:   27559

| CUST PART NO / 00-0010080 | CFCN | CUSTOMER PO / 27559 | SHIP NO / 0001 | ORDER QTY | SHIP QTY | BACK ORDER QTY / 0 | NET 60 DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2608-0022 | WIRE HARNESS, GMX265<br>Cust PN: 26080022<br>PO Number: SAG90l4073 | | EA | 288 | 288 | 0 | 21.2000 | 6,105.60 |
| 2611-2912 | GMT800 - WireHarness<br>Cust PN: 26112912<br>PO Number: SAG90l4073 | | EA | 576 | 576 | 0 | 20.7200 | 11,934.72 |
| 2609-8447 | Wire Harness GMT360<br>Cust PN: 26098447<br>PO Number: SAG90l4073 | | EA | 288 | 288 | 0 | 15.5900 | 4,489.92 |
| 2610-1926 | Wire Harness GMT370<br>Cust PN: 26101926<br>PO Number: SAG90l4073 | | EA | 288 | 288 | 0 | 16.1900 | 4,662.72 |
| 2611-3964 | GMT800 Wire Harness<br>Cust PN: 26113964<br>PO Number: SAG90l4073 | | EA | 576 | 576 | 0 | 19.2400 | 11,082.24 |
| 2611-3961 | GMT800 Wire Harness<br>Cust PN: 26113961<br>PO Number: SAG90l4073 | | EA | 576 | 576 | 0 | 19.7900 | 11,399.04 |
| 2611-4152 | SRC Assembly, GMX272, G08 | | EA | 384 | 384 | 0 | 16.8300 | 6,462.72 |





**EUREKA ELECTRIC**
47677 GALLEON DRIVE
PLYMOUTH, MICHIGAN 48170
(734) 446-2200

**INVOICE**

| 0073650-IN | 2 |
| 10/07/2005 | |

**SOLD TO:**
GM - DELPHI SAGINAW
DELPHI STEERING SYSTEMS
3900 HOLLAND RD.
SAGINAW, MI 48601

**SHIP TO:**
GM - DELPHI SAGINAW
CISCO: 44026 PLANT # 6
3900 HOLLAND ROAD -
SAGINAW, MI 48605

**Remit Payment to:**
P.O. BOX 45651
San Francisco, CA 94145-0651

SHIP DATE:10/07/2005

COMMENT:    27559

| CUSTOMER | CFCN | ORDER NO. 27559 | 0001 | | | | NET 60 DAYS | |
|---|---|---|---|---|---|---|---|---|
| 00-0010080 | | | | | | | | |
| 2611-2392 | Cust PN: 26114152<br>PO Number: SAG9014073 | | EA | 720 | 720 | 0 | 9.6200 | 6,926.40 |
| 2610-9025 | SRC-G14-GMX211-10cct<br>Cust PN: 26112392<br>PO Number: SAG90I5293 | | EA | 270 | 270 | 0 | 21.2200 | 5,729.40 |
| 2609-7809 | W/H ASSY, GMT900<br>Cust PN: 26109025<br>PO Number: SAG90I5321 | | EA | 288 | 288 | 0 | 21.3200 | 6,140.16 |
| 2611-3965 | WIRE HARNESS, GMX320<br>Cust PN: 26097809<br>PO Number: SAG9014073 | | EA | 288 | 288 | 0 | 18.1900 | 5,238.72 |
| | GMT800 Wire Harness<br>Cust PN: 26113965<br>PO Number: SAG9014073 | | | | | | | |
| | 80,171.64 | 0.00 | | 0.00 | 0.00 | | 0.00 | 80,171.64 |

**Payable in US Dollars**