ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re: DELPHI CORPORATION,** *et. al.*,      :   Chapter 11
                                                            :
             **Debtors.**                            :   Case No. 05-44481 (RDD)
                                                            :   Jointly Administered
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA       )
                       )   ss:
COUNTY OF FULTON       )

DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2. On the 31st day of January 2008, I caused true and correct copies of the **"Objection of Furukawa Electric North America APD, Inc. to (I) Debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection With Sale of Steering and Halfshaft Business and (II) Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed and Assigned**

**Under Plan of Reorganization"** to be delivered by Overnight Delivery on the parties listed on the Service List attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 31st day of January 2008.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

July 14, 2008

# EXHIBIT A

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Courtroom 610<br>New York, NY 10004-1408 | Skadden Arps, Slate, Meagher &<br>  Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606<br>Attn: John Lyons<br>Attn: Ron Meisler<br>Attn: Brian Fern |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attn: Legal Staff | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attn: Deputy General Counsel,<br>  Transactional & Restructuring |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald Bernstein<br>Attn: Brian Resnick | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York<br>10022<br>Attn: Robert Rosenberg<br>Attn: Mark Broude |
| Fried, Frank, Harris, Shriver &<br>  Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart | Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Attn: Richard Wynne |
| Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia Leonhard | |