MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA State Bar #66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@mlg-pc.com
Attorneys for Alps Automotive, Inc., Creditor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**OBJECTION OF ALPS AUTOMOTIVE, INC. TO DEBTORS' ASSUMPTION
AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS TO BUYERS
IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS;**

**DECLARATION OF BETH HORNBECK IN SUPPORT OF
OBJECTION OF ALPS AUTOMOTIVE, INC. TO DEBTORS' ASSUMPTION
AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS TO BUYERS
IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

**AND DECLARATION OF KATHY QUON BRYANT IN SUPPORT OF
OBJECTION OF ALPS AUTOMOTIVE, INC. TO DEBTORS' ASSUMPTION
AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS TO BUYERS
IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

☐ BY TELECOPIER: by transmitting via facsimile said document(s) listed above to the fax number set forth below.

21124 10233

☒     BY OVERNIGHT DELIVERY: by placing said document(s) listed above in a sealed envelope to be delivered on the next business day by Federal Express overnight delivery addressed as set forth below.

☐     BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) listed above addressed as set forth below.

☐     BY ELECTRONIC MAIL: by transmitting via email said document(s) listed above to the email address set forth below.

☐     BY ECF EMAIL NOTIFICATION: by way of this court's ECF email notification to the participating parties set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 31, 2008

                                            /s/ MICHELLE M. SINTON

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional l& Restructuring
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K. Lyons, Rone E. Meisler, and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Kirkland & Ellis LLP
Attn: Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA 90017

///

21124 10233

Office of the U.S. Trustee, SDNY
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

21124 10233