Exhibit A

| A | B | C | D |
|---|---|---|---|
| Proof of Claim Number | Claimant Name | Omnibus Claims Objection | Date Filed |
| 2054 | Microsys Technologies, Inc. | 19 | 7/13/2007 |
| 2448 | Tecnomec SRL | 11 | 3/16/2007 |
| 2449 | Tecnomec SRL | 11 | 3/16/2007 |
| 2450 | Tecnomec SRL | 11 | 3/16/2007 |
| 2451 | Tecnomec SRL | 11 | 3/16/2007 |
| 2452 | Tecnomec SRL | 11 | 3/16/2007 |
| 2453 | Tecnomec SRL | 11 | 3/16/2007 |
| 2454 | Tecnomec SRL | 11 | 3/16/2007 |
| 2455 | Tecnomec SRL | 11 | 3/16/2007 |
| 2456 | Tecnomec SRL | 11 | 3/16/2007 |
| 10967 | Highland Industries, Inc. | 3 | 11/22/2006 |
| 11260 | A Schulman, Inc. | 17 | 6/15/2007 |