BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

Document Served: - **NOTICE OF CURE CLAIM OF BANK OF AMERICA, N.A. WITH RESPEC TO CERTAIN AIRCRAFT LEASES BY AND BETWEEN BANK OF AMERICA, N.A. AND DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by overnight courier on the date indicated below.

Date of Service: February 1, 2008    I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# **EXHIBIT A**

Delphi Corporation
Attn: David M. Sherbin, General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036

Neil S. Berger
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY  10119