UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al              Case No. 05-44481 (RDD)
                                       Chapter 11 proceeding

         Debtor.                       [Jointly Administered]
_____/

# MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF STEERING AND HALFSHAFT BUSINESS

1. **Title of the Objection:** MacArthur Corporation's Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with the Sale of Steering and Halfshaft Business dated January 23, 2008.

2. **Name of the Objecting Party:** MacArthur Corporation.

3. **Brief Description for the Basis of the Objection:** MacArthur Corporation disagrees with the cure amounts listed on Exhibit 1 of Debtor's Cure Amount Notice. The correct cure amounts pursuant to the records of creditor MacArthur Corporation and also pursuant to Delphi's EDacor System are as follows:

| Purchase Order No. | Debtor's Proposed Cute Amt | Correct Cure Amt |
|---|---|---|
| SAG90I0361 | $23,206.15 | $42,701.48 |
| SAG90I4883 | $0.00 | $340.00 |

4. **The Address to Which the Debtor Must Reply to the Objection**:

    Dennis M. Haley
    Winegarden Haley Lindholm & Robertson
    G-9460 S. Saginaw Street, Ste A
    Grand Blanc MI 48439

        Attn: Thomas Barrett
        MacArthur Corporation
        3190 Tri-Park Drive
        Grand Blanc MI 48439

Dated: January 31, 2008
        /s/ Thomas Barrett
        Thomas Barrett
        MacArthur Corporation
        3190 Tri-Park Drive
        Grand Blanc MI 48439
        (810) 606-1777

F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Objection to 1-23-08 cure notice.wpd