UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al

Debtor.

_____/

Case No. 05-44481 (RDD)
Chapter 11 proceeding

[Jointly Administered]

**MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION**

1. **Title of the Objection:** MacArthur Corporation's Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assigned Under Plan of Reorganization dated January 29, 2008.

2. **Name of the Objecting Party:** MacArthur Corporation.

3. **Brief Description for the Basis of the Objection:** MacArthur Corporation disagrees with some of the cure amounts listed on Exhibit 1 of Debtor's Cure Amount Notice. The correct cure amounts pursuant to the records of creditor MacArthur Corporation and also pursuant to Delphi's EDacor System are as follows:

| Purchase Order No. | Debtor's Proposed Cute Amt | Correct Cure Amt |
| --- | --- | --- |
| D0550063565 | $3,201.09 | $6,193.70 |
| D0550063576 | $541.73 | $1,633.38 |
| D0550015445 | $3,960.00 | $10,890.00 |
| D0550024198 | $0.00 | $1,032.84 |
| D0550025639 | $288.00 | $773.50 |
| D0550038768 | $116.00 | $348.00 |
| D0550050244 | $979.20 | $1,632.00 |
| D0550061380 | $960.65 | $2,971.95 |
| D0550069210 | $6,246.00 | $11,451.00 |
| D0550079096 | $1,782.00 | $1,782.00 |

4.  **The Address to Which the Debtor Must Reply to the Objection**:

    Dennis M. Haley
    Winegarden Haley Lindholm & Robertson
    G-9460 S. Saginaw Street, Ste A
    Grand Blanc MI 48439


    Attn: Thomas Barrett
    MacArthur Corporation
    3190 Tri-Park Drive
    Grand Blanc MI 48439


Dated: January 31, 2008                              /s/ Thomas Barrett
                                                              Thomas Barrett
                                                              MacArthur Corporation
                                                              3190 Tri-Park Drive
                                                              Grand Blanc MI 48439
                                                              (810) 606-1777

F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Objection to 1-29-08 cure notice.wpd