TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

Hearing Date: 2/8/2008  
at 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re                                        :   Chapter 11  
                                             :  
   DELPHI CORPORATION, et al.,               :   Case No. 05-44481 [RDD]  
                                             :  
                           Debtors.          :   (Jointly Administered)  
                                             :  
------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOFS OF CLAIM NUMBERS 8673, 8674 and 8675 (SIEMENS ENERGY & AUTOMATION, INC. AND SIEMENS PLC (A&D DIVISION))

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 8673 (the "Proofs of Claims" or "Claims") filed by Siemens Energy Automation, Inc. (the "Claimants") pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' Books and Records (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to

Modification, and Modified Claims Asserting Reclamation (Docket 8270). (the "Objections")

PLEASE TAKE FURTHER NOTICE that on July 13, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 8674 and 8675 (the "Proofs of Claims" or "Claims") filed by Siemens PLC (A&D Division) (the "Claimants") pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, And (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation and Consensually Modified and Reduced Claims (Docket 8617) (the "Objections")

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objections with respect to the Proofs of Claims and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Between Delphi Corporation and Siemens Energy & Automation, Inc. and Siemens PLC (A&D Division) and Allowing Proofs of Claim Numbers 8673, 8674 and 8675 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to allow Claim No. 8673 against DAS LLC in the amount of $9,045.88, Claim No. 8674

against DAS LLC in the amount of $365,683.90 and Claim No. 8675 against DAS LLC in the amount of $4,423.79.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for February 8, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        February 1, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000