# EXHIBIT A

CLE - 1050203.1

Exhibit A                               Unpaid Pre-Petition Obligations                              Account Nos. DEL 100 DEL 101

| CUST | INVOICE | DATE | AMOUNT | PCS | PR | PART | PACK SLIP | SAG90I0375 | |
|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 349696 | 8/29/2005 | $3,157.20 | 6000 | 0.5262 | 26038320 - | 73826 73826 | $3,157.20 | |
| DEL100 | 350355 | 9/8/2005 | $1,578.60 | 3000 | 0.5262 | 26038320 - | 74455 74455 | $1,578.60 | |
| DEL100 | 350563 | 9/12/2005 | $3,157.20 | 6000 | 0.5262 | 26038320 - | 74676 74676 | $3,157.20 | |
| DEL100 | 351113 | 9/20/2005 | $3,157.20 | 6000 | 0.5262 | 26038320 - | 75219 75219 | $3,157.20 | |
| DEL100 | 351483 | 9/26/2005 | $3,157.20 | 6000 | 0.5262 | 26038320 - | 75562 75562 | $3,157.20 | |
| DEL100 | 351967 | 10/3/2005 | $3,157.20 | 6000 | 0.5262 | 26038320 - | 76046 76046 | $3,157.20 | |
| | | | | | | 26038320 - | Total | $17,364.60 | $17,364.60 |
| DEL100 | 349979 | 9/2/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74107 74107 | $1,047.55 | |
| DEL100 | 350066 | 9/6/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74206 74206 | $1,047.55 | |
| DEL100 | 350270 | 9/8/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74404 74404 | $1,047.55 | |
| DEL100 | 350366 | 9/9/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74481 74481 | $1,047.55 | |
| DEL100 | 350478 | 9/12/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74602 74602 | $1,047.55 | |
| DEL100 | 350569 | 9/13/2005 | $778.18 | 2600 | 0.2993 | 26031427 | 74697 74697 | $778.18 | |
| DEL100 | 350654 | 9/14/2005 | $2,095.10 | 7000 | 0.2993 | 26031427 | 74779 74779 | $2,095.10 | |
| DEL100 | 350768 | 9/15/2005 | $493.84 | 1650 | 0.2993 | 26031427 | 74874 74874 | $493.84 | |
| DEL100 | 350843 | 9/16/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 74945 74945 | $1,047.55 | |
| DEL100 | 350928 | 9/19/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75044 75044 | $1,047.55 | |
| DEL100 | 351030 | 9/20/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75144 75144 | $1,047.55 | |
| DEL100 | 351229 | 9/22/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75334 75334 | $1,047.55 | |
| DEL100 | 351307 | 9/23/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75407 75407 | $1,047.55 | |
| DEL100 | 351397 | 9/26/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75508 75508 | $1,047.55 | |
| DEL100 | 351490 | 9/27/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75598 75598 | $1,047.55 | |
| DEL100 | 351686 | 9/29/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75785 75785 | $1,047.55 | |
| DEL100 | 351867 | 10/3/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 75960 75960 | $1,047.55 | |
| DEL100 | 351975 | 10/4/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 76060 76060 | $1,047.55 | |
| DEL100 | 352066 | 10/5/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 76156 76156 | $1,047.55 | |
| DEL100 | 352180 | 10/6/2005 | $1,047.55 | 3500 | 0.2993 | 26031427 | 76263 76263 | $1,047.55 | |
| | | | | | | 26031427 Total | | $21,175.47 | $21,175.47 |
| DEL100 | 349905 | 9/1/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 74031 74031 | $3,144.00 | |
| DEL100 | 349980 | 9/2/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 74108 74108 | $4,716.00 | |
| DEL100 | 350067 | 9/6/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 74207 74207 | $4,716.00 | |
| DEL100 | 350154 | 9/7/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 74292 74292 | $3,144.00 | |
| DEL100 | 350271 | 9/8/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 74405 74405 | $4,716.00 | |
| DEL100 | 350367 | 9/9/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 74482 74482 | $3,144.00 | |
| DEL100 | 350479 | 9/12/2005 | $6,288.00 | 12000 | 0.524 | 26038320 | 74603 74603 | $6,288.00 | |
| DEL100 | 350570 | 9/13/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 74698 74698 | $4,716.00 | |
| DEL100 | 350655 | 9/14/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 74780 74780 | $3,144.00 | |
| DEL100 | 350769 | 9/15/2005 | $6,288.00 | 12000 | 0.524 | 26038320 | 74912 74912 | $6,288.00 | |
| DEL100 | 350844 | 9/16/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 74946 74946 | $3,144.00 | |
| DEL100 | 350929 | 9/19/2005 | $7,860.00 | 15000 | 0.524 | 26038320 | 75045 75045 | $7,860.00 | |
| DEL100 | 351031 | 9/20/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 75145 75145 | $3,144.00 | |
| DEL100 | 351128 | 9/21/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 75240 75240 | $3,144.00 | |
| DEL100 | 351230 | 9/22/2005 | $6,288.00 | 12000 | 0.524 | 26038320 | 75335 75335 | $6,288.00 | |
| DEL100 | 351308 | 9/23/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 75408 75408 | $4,716.00 | |
| DEL100 | 351491 | 9/27/2005 | $7,860.00 | 15000 | 0.524 | 26038320 | 75599 75599 | $7,860.00 | |
| DEL100 | 351577 | 9/28/2005 | $1,572.00 | 3000 | 0.524 | 26038320 | 75684 75684 | $1,572.00 | |
| DEL100 | 351687 | 9/29/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 75786 75786 | $3,144.00 | |
| DEL100 | 351776 | 9/30/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 75859 75859 | $4,716.00 | |
| DEL100 | 351976 | 10/4/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 76061 76061 | $4,716.00 | |
| DEL100 | 352067 | 10/5/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 76157 76157 | $4,716.00 | |
| DEL100 | 352181 | 10/6/2005 | $3,144.00 | 6000 | 0.524 | 26038320 | 76264 76264 | $3,144.00 | |
| DEL100 | 352254 | 10/7/2005 | $4,716.00 | 9000 | 0.524 | 26038320 | 76332 76332 | $4,716.00 | |
| | | | | | | 26038320 Total | | $106,896.00 | $106,896.00 |
| DEL100 | 349701 | 8/29/2005 | $860.20 | 2400 | 0.85 | 26045677 | 73783 73783 | $860.20 | |
| DEL100 | 349906 | 9/1/2005 | $1,020.00 | 1200 | 0.85 | 26045677 | 74032 74032 | $1,020.00 | |
| DEL100 | 349981 | 9/2/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74109 74109 | $2,040.00 | |
| DEL100 | 350068 | 9/6/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74208 74208 | $2,040.00 | |
| DEL100 | 350155 | 9/7/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74293 74293 | $2,040.00 | |
| DEL100 | 350272 | 9/8/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74406 74406 | $2,040.00 | |
| DEL100 | 350368 | 9/9/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 74483 74483 | $3,060.00 | |
| DEL100 | 350480 | 9/12/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74604 74604 | $2,040.00 | |
| DEL100 | 350571 | 9/13/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 74699 74699 | $3,060.00 | |
| DEL100 | 350656 | 9/14/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 74781 74781 | $2,040.00 | |

Exhibit A                          Unpaid Pre-Petition Obligations                      Account Nos. DEL 100 DEL 101

| CUST | INVOICE | DATE | AMOUNT | PCS | PR | PART | PACK SLIP | SAG90I0375 | |
|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 350770 | 9/15/2005 | $1,831.75 | 2155 | 0.85 | 26045677 | 74875 74875 | $1,831.75 | |
| DEL100 | 350845 | 9/16/2005 | $4,080.00 | 4800 | 0.85 | 26045677 | 74947 74947 | $4,080.00 | |
| DEL100 | 350930 | 9/19/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 75046 75046 | $3,060.00 | |
| DEL100 | 351032 | 9/20/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 75146 75146 | $3,060.00 | |
| DEL100 | 351129 | 9/21/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 75241 75241 | $2,040.00 | |
| DEL100 | 351231 | 9/22/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 75336 75336 | $3,060.00 | |
| DEL100 | 351309 | 9/23/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 75409 75409 | $2,040.00 | |
| DEL100 | 351398 | 9/26/2005 | $1,020.00 | 1200 | 0.85 | 26045677 | 75509 75509 | $1,020.00 | |
| DEL100 | 351492 | 9/27/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 75600 75600 | $3,060.00 | |
| DEL100 | 351688 | 9/29/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 75787 75787 | $2,040.00 | |
| DEL100 | 351777 | 9/30/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 75860 75860 | $2,040.00 | |
| DEL100 | 351868 | 10/3/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 75961 75961 | $2,040.00 | |
| DEL100 | 351977 | 10/4/2005 | $3,060.00 | 3600 | 0.85 | 26045677 | 76062 76062 | $3,060.00 | |
| DEL100 | 352068 | 10/5/2005 | $1,020.00 | 1200 | 0.85 | 26045677 | 76158 76158 | $1,020.00 | |
| DEL100 | 352182 | 10/6/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 76265 76265 | $2,040.00 | |
| DEL100 | 352255 | 10/7/2005 | $2,040.00 | 2400 | 0.85 | 26045677 | 76333 76333 | $2,040.00 | |
| | | | | | | 26045677 Total | | $57,771.95 | $57,771.95 |
| DEL100 | 350771 | 9/15/2005 | $524.16 | 3600 | 0.1456 | 26049476 | 74876 74876 | $524.16 | |
| | | | | | | 26049476 Total | | $524.16 | $524.16 |
| DEL100 | 349982 | 9/2/2005 | $2,527.92 | 1200 | 2.1066 | 26061681 | 74110 74110 | $2,527.92 | |
| DEL100 | 350481 | 9/12/2005 | $2,527.92 | 1200 | 2.1066 | 26061681 | 74605 74605 | $2,527.92 | |
| DEL100 | 351130 | 9/21/2005 | $2,527.92 | 1200 | 2.1066 | 26061681 | 75242 75242 | $2,527.92 | |
| DEL100 | 351689 | 9/29/2005 | $2,527.92 | 1200 | 2.1066 | 26061681 | 75788 75788 | $2,527.92 | |
| DEL100 | 352069 | 10/5/2005 | $2,527.92 | 1200 | 2.1066 | 26061681 | 76159 76159 | $2,527.92 | |
| | | | | | | 26061681 Total | | $12,639.60 | $12,639.60 |
| DEL101 | 349621 | 8/29/2005 | $3,548.58 | 10200 | 0.3587 | 26097893 | 73825 73825 | $3,548.58 | |
| DEL101 | 349987 | 9/2/2005 | $3,465.08 | 9960 | 0.3479 | 26097893 | 74188 74188 | $3,465.08 | |
| DEL101 | 350077 | 9/6/2005 | $793.21 | 2280 | 0.3479 | 26097893 | 74267 74267 | $793.21 | |
| DEL101 | 350494 | 9/12/2005 | $9,226.31 | 26520 | 0.3479 | 26097893 | 74677 74677 | $9,226.31 | |
| DEL101 | 350941 | 9/19/2005 | $2,838.86 | 8160 | 0.3479 | 26097893 | 75120 75120 | $2,838.86 | |
| DEL101 | 351044 | 9/20/2005 | $2,129.15 | 6120 | 0.3479 | 26097893 | 75218 75218 | $2,129.15 | |
| DEL101 | 351142 | 9/21/2005 | $2,129.15 | 6120 | 0.3479 | 26097893 | 75289 75289 | $2,129.15 | |
| DEL101 | 351404 | 9/26/2005 | $4,968.01 | 14280 | 0.3479 | 26097893 | 75563 75563 | $4,968.01 | |
| DEL101 | 351589 | 9/28/2005 | $709.72 | 2040 | 0.3479 | 26097893 | 75761 75761 | $709.72 | |
| DEL101 | 351879 | 10/3/2005 | $4,968.01 | 14280 | 0.3479 | 26097893 | 76047 76047 | $4,968.01 | |
| | | | | | | 26097893 Total | | $34,776.08 | $34,776.08 |
| DEL100 | 349988 | 9/2/2005 | $853.02 | 1800 | 0.4739 | 26102249 | 74171 74171 | $853.02 | |
| DEL100 | 350078 | 9/6/2005 | $4,265.10 | 9000 | 0.4739 | 26102249 | 74240 74240 | $4,265.10 | |
| DEL100 | 350170 | 9/7/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 74354 74354 | $2,132.55 | |
| DEL100 | 350376 | 9/9/2005 | $2,843.40 | 6000 | 0.4739 | 26102249 | 74559 74559 | $2,843.40 | |
| DEL100 | 350582 | 9/13/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 74750 74750 | $2,132.55 | |
| DEL100 | 350776 | 9/15/2005 | $1,421.70 | 3000 | 0.4739 | 26102249 | 74929 74929 | $1,421.70 | |
| DEL100 | 350942 | 9/19/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 75087 75087 | $2,132.55 | |
| DEL100 | 351314 | 9/23/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 75482 75482 | $2,132.55 | |
| DEL100 | 351502 | 9/27/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 75657 75657 | $2,132.55 | |
| DEL100 | 351694 | 9/29/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 75827 75827 | $2,132.55 | |
| DEL100 | 352266 | 10/7/2005 | $2,132.55 | 4500 | 0.4739 | 26102249 | 76411 76411 | $2,132.55 | ($2,132.55) |
| | | | | | | 26102249 Total | | $24,311.07 | $24,311.07 |
| DEL100 | 349826 | 8/31/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 74023 74023 | $2,133.00 | |
| DEL100 | 350171 | 9/7/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 74355 74355 | $2,133.00 | |
| DEL100 | 350377 | 9/9/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 74560 74560 | $2,133.00 | |
| DEL100 | 350777 | 9/15/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 74930 74930 | $2,133.00 | |
| DEL100 | 351315 | 9/23/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 75483 75483 | $2,133.00 | |
| DEL100 | 351590 | 9/28/2005 | $426.60 | 900 | 0.474 | 26102250 | 75734 75734 | $426.60 | |
| DEL100 | 351788 | 9/30/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 75941 75941 | $2,133.00 | |
| DEL100 | 351880 | 10/3/2005 | $1,706.40 | 3600 | 0.474 | 26102250 | 76016 76016 | $1,706.40 | |
| DEL100 | 351984 | 10/4/2005 | $2,133.00 | 4500 | 0.474 | 26102250 | 76108 76108 | $2,133.00 | |
| DEL100 | 352267 | 10/7/2005 | $568.80 | 1200 | 0.474 | 26102250 | 76412 76412 | $568.80 | ($568.80) |
| | | | | | | 26102250 Total | | $17,632.80 | $17,632.80 |
| DEL100 | 349631 | 8/29/2005 | $91.10 | 1000 | 0.0911 | 26105188 | 73850 73850 | $91.10 | |
| DEL100 | 349722 | 8/30/2005 | $91.10 | 1000 | 0.0911 | 26105188 | 73913 73913 | $91.10 | |
| DEL100 | 349832 | 8/31/2005 | $91.10 | 1000 | 0.0911 | 26105188 | 74014 74014 | $91.10 | |
| DEL100 | 349924 | 9/1/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74090 74090 | $89.30 | |

Exhibit A — Unpaid Pre-Petition Obligations — Account Nos. DEL 100 DEL 101

| CUST | INVOICE | DATE | AMOUNT | PCS | PR | PART | PACK SLIP | SAG90I0375 | |
|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 349995 | 9/2/2005 | $44.65 | 500 | 0.0893 | 26105188 | 74180 74180 | $44.65 | |
| DEL100 | 350089 | 9/6/2005 | $178.60 | 2000 | 0.0893 | 26105188 | 74277 74277 | $178.60 | |
| DEL100 | 350177 | 9/7/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74384 74384 | $89.30 | |
| DEL100 | 350292 | 9/8/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74477 74477 | $89.30 | |
| DEL100 | 350383 | 9/9/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74571 74571 | $89.30 | |
| DEL100 | 350501 | 9/12/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74672 74672 | $89.30 | |
| DEL100 | 350591 | 9/13/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74748 74748 | $89.30 | |
| DEL100 | 350682 | 9/14/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74856 74856 | $89.30 | |
| DEL100 | 350784 | 9/15/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 74938 74938 | $89.30 | |
| DEL100 | 350858 | 9/16/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 75010 75010 | $89.30 | |
| DEL100 | 350951 | 9/19/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 75125 75125 | $89.30 | |
| DEL100 | 351053 | 9/20/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 75205 75205 | $89.30 | |
| DEL100 | 351152 | 9/21/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 75293 75293 | $89.30 | |
| DEL100 | 351247 | 9/22/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 75394 75394 | $89.30 | |
| DEL100 | 351319 | 9/23/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75477 75477 | $44.65 | |
| DEL100 | 351414 | 9/26/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75583 75583 | $44.65 | |
| DEL100 | 351508 | 9/27/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75647 75647 | $44.65 | |
| DEL100 | 351597 | 9/28/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75743 75743 | $44.65 | |
| DEL100 | 351701 | 9/29/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75830 75830 | $44.65 | |
| DEL100 | 351797 | 9/30/2005 | $44.65 | 500 | 0.0893 | 26105188 | 75915 75915 | $44.65 | |
| DEL100 | 351888 | 10/3/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 76037 76037 | $89.30 | |
| DEL100 | 351992 | 10/4/2005 | $89.30 | 1000 | 0.0893 | 26105188 | 76124 76124 | $89.30 | |
| | | | | | | 26105188 Total | | $2,103.95 | $2,103.95 |
| DEL100 | 349632 | 8/29/2005 | $152.91 | 900 | 0.1699 | 26105189 | 73851 73851 | $152.91 | |
| DEL100 | 349723 | 8/30/2005 | $152.91 | 900 | 0.1699 | 26105189 | 73914 73914 | $152.91 | |
| DEL100 | 349833 | 8/31/2005 | $152.91 | 900 | 0.1699 | 26105189 | 74015 74015 | $152.91 | |
| DEL100 | 349925 | 9/1/2005 | $112.39 | 675 | 0.1665 | 26105189 | 74091 74091 | $112.39 | |
| DEL100 | 349996 | 9/2/2005 | $112.39 | 675 | 0.1665 | 26105189 | 74181 74181 | $112.39 | |
| DEL100 | 350090 | 9/6/2005 | $299.70 | 1125 | 0.1665 | 26105189 | 74214 74214 | $299.70 | |
| DEL100 | 350178 | 9/7/2005 | $149.85 | 900 | 0.1665 | 26105189 | 74385 74385 | $149.85 | |
| DEL100 | 350293 | 9/8/2005 | $187.31 | 1125 | 0.1665 | 26105189 | 74478 74478 | $187.31 | |
| DEL100 | 350384 | 9/9/2005 | $187.31 | 1125 | 0.1665 | 26105189 | 74572 74572 | $187.31 | |
| DEL100 | 350502 | 9/12/2005 | $149.85 | 900 | 0.1665 | 26105189 | 74673 74673 | $149.85 | |
| DEL100 | 350592 | 9/13/2005 | $187.31 | 1125 | 0.1665 | 26105189 | 74749 74749 | $187.31 | |
| DEL100 | 350683 | 9/14/2005 | $149.85 | 900 | 0.1665 | 26105189 | 74857 74857 | $149.85 | |
| DEL100 | 350785 | 9/15/2005 | $149.85 | 900 | 0.1665 | 26105189 | 74939 74939 | $149.85 | |
| DEL100 | 350859 | 9/16/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75011 75011 | $149.85 | |
| DEL100 | 350952 | 9/19/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75126 75126 | $149.85 | |
| DEL100 | 351054 | 9/20/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75206 75206 | $149.85 | |
| DEL100 | 351153 | 9/21/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75294 75294 | $149.85 | |
| DEL100 | 351248 | 9/22/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75395 75395 | $149.85 | |
| DEL100 | 351320 | 9/23/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75478 75478 | $149.85 | |
| DEL100 | 351509 | 9/27/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75648 75648 | $149.85 | |
| DEL100 | 351598 | 9/28/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75744 75744 | $149.85 | |
| DEL100 | 351702 | 9/29/2005 | $149.85 | 900 | 0.1665 | 26105189 | 75831 75831 | $149.85 | |
| DEL100 | 351798 | 9/30/2005 | $112.39 | 675 | 0.1665 | 26105189 | 75916 75916 | $112.39 | |
| DEL100 | 351889 | 10/3/2005 | $149.85 | 900 | 0.1665 | 26105189 | 76038 76038 | $149.85 | |
| DEL100 | 351993 | 10/4/2005 | $149.85 | 900 | 0.1665 | 26105189 | 76125 76125 | $149.85 | |
| | | | | | | 26105189 Total | | $3,905.28 | $3,905.28 |
| DEL100 | 349139 | 8/19/2005 | $44,942.66 | 0 | 0 | | | $44,942.66 | $44,942.66 |
| DEL100 | 349140 | 8/19/2005 | $45,257.67 | 0 | 0 | | | $45,257.67 | $45,257.67 |
| DEL100 | 349141 | 8/19/2005 | $37,823.45 | 0 | 0 | | | $37,823.45 | $37,823.45 |
| DEL100 | 349142 | 8/19/2005 | $36,726.68 | 0 | 0 | | | $36,726.68 | $36,726.68 |
| DEL100 | 349143 | 8/19/2005 | $37,856.90 | 0 | 0 | | | $37,856.90 | $37,856.90 |
| | | | | | | | | $202,607.36 | |
| DEL100 | OTHER MATERIAL OBLIGATIONS | | | | | | | $95,776.79 | $95,776.79 |
| | | | | | | Grand Total | | $597,485.11 | $594,783.76 |
| | | | | | | | | | |
| | Amount reported in Proof of Claim | | | | | | $597,485.11 | | |
| | subsequent receipts | | | | | | ($2,701.35) | | |
| | Proof of claim Outstanding | | | | | | $594,783.76 | | |

Page 3 of 3