# EXHIBIT B-1

Exhibit B-1      Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations      Account No. DEL100

| Loc. | Invoice | Date | | $ | Pcs. | Price | Part # | Packing Slip | Delphi PO # | Outstanding |
|------|---------|------|---|-----|------|-------|--------|--------------|-------------|-------------|
| DEL100 | 372362 | 09/01/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 95501 | SAG90I0375 | 1.93 |
| DEL100 | 372363 | 09/01/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 95502 | SAG90I0375 | 2.50 |
| DEL100 | 372459 | 09/05/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 95637 | SAG90I0375 | 3.34 |
| DEL100 | 372562 | 09/06/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 95738 | SAG90I0375 | 2.50 |
| DEL100 | 372652 | 09/07/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 95816 | SAG90I0375 | 2.50 |
| DEL100 | 372717 | 09/08/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 95879 | SAG90I0375 | 2.50 |
| DEL100 | 372806 | 09/11/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 96001 | SAG90I0375 | 1.93 |
| DEL100 | 373000 | 09/13/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 96186 | SAG90I0375 | 2.50 |
| DEL100 | 373088 | 09/14/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 96255 | SAG90I0375 | 2.50 |
| DEL100 | 373168 | 09/15/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 96302 | SAG90I0375 | 2.50 |
| DEL100 | 373254 | 09/18/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 96427 | SAG90I0375 | 1.93 |
| DEL100 | 373255 | 09/18/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 96428 | SAG90I0375 | 1.67 |
| DEL100 | 373574 | 09/22/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 96722 | SAG90I0375 | 3.34 |
| DEL100 | 373662 | 09/25/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 96800 | SAG90I0375 | 1.93 |
| DEL100 | 373663 | 09/25/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 96801 | SAG90I0375 | 3.34 |
| DEL100 | 373736 | 09/26/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 96888 | SAG90I0375 | 2.50 |
| DEL100 | 373809 | 09/27/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 96989 | SAG90I0375 | 1.93 |
| DEL100 | 373810 | 09/27/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 96990 | SAG90I0375 | 2.50 |
| DEL100 | 373902 | 09/28/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97054 | SAG90I0375 | 1.67 |
| DEL100 | 373978 | 09/29/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 97113 | SAG90I0375 | 2.50 |
| DEL100 | 374063 | 10/02/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97257 | SAG90I0375 | 1.67 |
| DEL100 | 374136 | 10/03/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97329 | SAG90I0375 | 1.67 |
| DEL100 | 374469 | 10/09/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97642 | SAG90I0375 | 1.67 |
| DEL100 | 374556 | 10/10/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97714 | SAG90I0375 | 1.67 |
| DEL100 | 374629 | 10/11/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97801 | SAG90I0375 | 1.67 |
| DEL100 | 374719 | 10/12/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97887 | SAG90I0375 | 1.67 |
| DEL100 | 374789 | 10/13/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 97947 | SAG90I0375 | 1.67 |
| DEL100 | 374888 | 10/16/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 98041 | SAG90I0375 | 1.67 |
| DEL100 | 374971 | 10/17/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 98123 | SAG90I0375 | 1.67 |
| DEL100 | 375070 | 10/18/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 98204 | SAG90I0375 | 1.93 |
| DEL100 | 375071 | 10/18/06 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 98205 | SAG90I0375 | 4.17 |
| DEL100 | 375153 | 10/19/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 98296 | SAG90I0375 | 1.67 |
| DEL100 | 375220 | 10/20/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98367 | SAG90I0375 | 3.34 |
| DEL100 | 375315 | 10/23/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 98470 | SAG90I0375 | 1.93 |
| DEL100 | 375316 | 10/23/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98471 | SAG90I0375 | 3.34 |
| DEL100 | 375406 | 10/24/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 98557 | SAG90I0375 | 2.50 |
| DEL100 | 375487 | 10/25/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 98627 | SAG90I0375 | 1.93 |
| DEL100 | 375488 | 10/25/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98628 | SAG90I0375 | 3.34 |
| DEL100 | 375568 | 10/26/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 98719 | SAG90I0375 | 2.50 |
| DEL100 | 375642 | 10/27/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 98793 | SAG90I0375 | 1.93 |
| DEL100 | 375643 | 10/27/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98794 | SAG90I0375 | 3.34 |
| DEL100 | 375728 | 10/30/06 | $ | 967.28 | 3,000 | 0.6063 | 26038320 | 98877 | SAG90I0375 | 967.28 |
| DEL100 | 375732 | 10/30/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 98893 | SAG90I0375 | 1.93 |
| DEL100 | 375733 | 10/30/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98894 | SAG90I0375 | 3.34 |
| DEL100 | 375832 | 10/31/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 98991 | SAG90I0375 | 3.34 |
| DEL100 | 375911 | 11/01/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 99076 | SAG90I0375 | 1.93 |
| DEL100 | 375912 | 11/01/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 99077 | SAG90I0375 | 3.34 |
| DEL100 | 375992 | 11/02/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 99153 | SAG90I0375 | 3.34 |
| DEL100 | 376055 | 11/03/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 99202 | SAG90I0375 | 1.93 |
| DEL100 | 376056 | 11/03/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 99203 | SAG90I0375 | 3.34 |
| DEL100 | 376149 | 11/06/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 99291 | SAG90I0375 | 1.67 |
| DEL100 | 376426 | 11/10/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 99576 | SAG90I0375 | 1.67 |
| DEL100 | 376581 | 11/14/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 99711 | SAG90I0375 | 1.67 |
| DEL100 | 376822 | 11/17/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 99950 | SAG90I0375 | 2.50 |
| DEL100 | 376906 | 11/20/06 | $ | 2.89 | 1,500 | 0.0964 | 26105188 | ***** ***** | SAG90I0375 | 2.89 |
| DEL100 | 376907 | 11/20/06 | $ | 5.01 | 1,350 | 0.1852 | 26105189 | ***** ***** | SAG90I0375 | 5.01 |
| DEL100 | 376992 | 11/21/06 | $ | 2.89 | 1,500 | 0.0964 | 26105188 | 1034 | SAG90I0375 | 2.89 |
| DEL100 | 376993 | 11/21/06 | $ | 5.01 | 1,350 | 0.1852 | 26105189 | 1035 | SAG90I0375 | 5.01 |
| DEL100 | 377259 | 11/28/06 | $ | 4.30 | 3,600 | 1.1349 | 26045677 | 1276 | SAG90I0375 | 4.30 |
| DEL100 | 377261 | 11/28/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 1294  1294 | SAG90I0375 | 2.50 |
| DEL100 | 377339 | 11/29/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1387  1387 | SAG90I0375 | 1.93 |
| DEL100 | 377340 | 11/29/06 | $ | 1.67 | 450 | 0.1852 | 26105189 | 1388  1388 | SAG90I0375 | 1.67 |
| DEL100 | 377434 | 11/30/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1457  1457 | SAG90I0375 | 1.93 |
| DEL100 | 377435 | 11/30/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1458  1458 | SAG90I0375 | 3.34 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 377499 | 12/01/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1527 | 1527 | SAG90I0375 | 1.93 |
| DEL100 | 377500 | 12/01/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1528 | 1528 | SAG90I0375 | 3.34 |
| DEL100 | 377589 | 12/04/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1643 | 1643 | SAG90I0375 | 1.93 |
| DEL100 | 377590 | 12/04/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1644 | 1644 | SAG90I0375 | 3.34 |
| DEL100 | 377678 | 12/05/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1724 | 1724 | SAG90I0375 | 1.93 |
| DEL100 | 377679 | 12/05/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1725 | 1725 | SAG90I0375 | 3.34 |
| DEL100 | 377751 | 12/06/06 | $ | 2.89 | 1,500 | 0.0964 | 26105188 | 1801 | 1801 | SAG90I0375 | 2.89 |
| DEL100 | 377752 | 12/06/06 | $ | 5.01 | 1,350 | 0.1852 | 26105189 | 1802 | 1802 | SAG90I0375 | 5.01 |
| DEL100 | 377832 | 12/07/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1888 | 1888 | SAG90I0375 | 3.34 |
| DEL100 | 377919 | 12/08/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 1959 | 1959 | SAG90I0375 | 1.93 |
| DEL100 | 377920 | 12/08/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 1960 | 1960 | SAG90I0375 | 3.34 |
| DEL100 | 378020 | 12/11/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2057 | 2057 | SAG90I0375 | 1.93 |
| DEL100 | 378021 | 12/11/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2058 | 2058 | SAG90I0375 | 3.34 |
| DEL100 | 378107 | 12/12/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2147 | 2147 | SAG90I0375 | 3.34 |
| DEL100 | 378205 | 12/13/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2220 | 2220 | SAG90I0375 | 1.93 |
| DEL100 | 378206 | 12/13/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2221 | 2221 | SAG90I0375 | 3.34 |
| DEL100 | 378288 | 12/14/06 | $ | 2.50 | 675 | 0.1852 | 26105189 | 2323 | 2323 | SAG90I0375 | 2.50 |
| DEL100 | 378358 | 12/15/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2389 | 2389 | SAG90I0375 | 1.93 |
| DEL100 | 378359 | 12/15/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2390 | 2390 | SAG90I0375 | 3.34 |
| DEL100 | 378440 | 12/18/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2469 | 2469 | SAG90I0375 | 1.93 |
| DEL100 | 378441 | 12/18/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2470 | 2470 | SAG90I0375 | 3.34 |
| DEL100 | 378530 | 12/19/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2545 | 2545 | SAG90I0375 | 1.93 |
| DEL100 | 378531 | 12/19/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2546 | 2546 | SAG90I0375 | 3.34 |
| DEL100 | 378618 | 12/20/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2613 | 2613 | SAG90I0375 | 3.34 |
| DEL100 | 378688 | 12/21/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2681 | 2681 | SAG90I0375 | 1.93 |
| DEL100 | 378689 | 12/21/06 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2682 | 2682 | SAG90I0375 | 3.34 |
| DEL100 | 378748 | 12/22/06 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2753 | 2753 | SAG90I0375 | 1.93 |
| DEL100 | 378749 | 12/22/06 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 2754 | 2754 | SAG90I0375 | 4.17 |
| DEL100 | 378876 | 01/02/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 2849 | 2849 | SAG90I0375 | 1.93 |
| DEL100 | 378877 | 01/02/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 2850 | 2850 | SAG90I0375 | 3.34 |
| DEL100 | 378952 | 01/03/07 | $ | 2.50 | 675 | 0.1852 | 26105189 | 2931 | 2931 | SAG90I0375 | 2.50 |
| DEL100 | 379019 | 01/04/07 | $ | 2.50 | 675 | 0.1852 | 26105189 | 3019 | 3019 | SAG90I0375 | 2.50 |
| DEL100 | 379080 | 01/05/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3050 | 3050 | SAG90I0375 | 1.93 |
| DEL100 | 379081 | 01/05/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3051 | 3051 | SAG90I0375 | 3.34 |
| DEL100 | 379142 | 01/08/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3115 | 3115 | SAG90I0375 | 1.93 |
| DEL100 | 379143 | 01/08/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3116 | 3116 | SAG90I0375 | 3.34 |
| DEL100 | 379204 | 01/09/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3181 | 3181 | SAG90I0375 | 3.34 |
| DEL100 | 379257 | 01/10/07 | $ | 3.86 | 2,000 | 0.0964 | 26105188 | 3227 | 3227 | SAG90I0375 | 3.86 |
| DEL100 | 379258 | 01/10/07 | $ | 5.84 | 1,575 | 0.1852 | 26105189 | 3228 | 3228 | SAG90I0375 | 5.84 |
| DEL100 | 379302 | 01/11/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3286 | 3286 | SAG90I0375 | 1.93 |
| DEL100 | 379303 | 01/11/07 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 3287 | 3287 | SAG90I0375 | 4.17 |
| DEL100 | 379360 | 01/12/07 | $ | 2.89 | 1,500 | 0.0964 | 26105188 | 3323 | 3323 | SAG90I0375 | 2.89 |
| DEL100 | 379361 | 01/12/07 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 3324 | 3324 | SAG90I0375 | 4.17 |
| DEL100 | 379493 | 01/16/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3465 | 3465 | SAG90I0375 | 1.93 |
| DEL100 | 379494 | 01/16/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3466 | 3466 | SAG90I0375 | 3.34 |
| DEL100 | 379561 | 01/18/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3521 | 3521 | SAG90I0375 | 1.93 |
| DEL100 | 379562 | 01/18/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3522 | 3522 | SAG90I0375 | 3.34 |
| DEL100 | 379642 | 01/18/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3617 | 3617 | SAG90I0375 | 1.93 |
| DEL100 | 379643 | 01/18/07 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 3618 | 3618 | SAG90I0375 | 4.17 |
| DEL100 | 379728 | 01/19/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3678 | 3678 | SAG90I0375 | 1.93 |
| DEL100 | 379729 | 01/19/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 3679 | 3679 | SAG90I0375 | 3.34 |
| DEL100 | 379837 | 01/22/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3757 | 3757 | SAG90I0375 | 1.93 |
| DEL100 | 379838 | 01/22/07 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 3758 | 3758 | SAG90I0375 | 4.17 |
| DEL100 | 379919 | 01/23/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3852 | 3852 | SAG90I0375 | 1.93 |
| DEL100 | 379920 | 01/23/07 | $ | 4.17 | 1,125 | 0.1852 | 26105189 | 3853 | 3853 | SAG90I0375 | 4.17 |
| DEL100 | 379986 | 01/24/07 | $ | 1.67 | 450 | 0.1852 | 26105189 | 3925 | 3925 | SAG90I0375 | 1.67 |
| DEL100 | 380067 | 01/25/07 | $ | 1.93 | 1,000 | 0.0964 | 26105188 | 3999 | 3999 | SAG90I0375 | 1.93 |
| DEL100 | 380068 | 01/25/07 | $ | 3.34 | 900 | 0.1852 | 26105189 | 4000 | 4000 | SAG90I0375 | 3.34 |
| DEL100 | 380130 | 01/26/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4063 | 4063 | SAG90I0375 | 1.93 |
| DEL100 | 380131 | 01/26/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4064 | 4064 | SAG90I0375 | 4.17 |
| DEL100 | 380226 | 01/29/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4139 | 4139 | SAG90I0375 | 1.93 |
| DEL100 | 380227 | 01/29/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 4140 | 4140 | SAG90I0375 | 3.34 |
| DEL100 | 380312 | 01/30/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4230 | 4230 | SAG90I0375 | 1.93 |
| DEL100 | 380313 | 01/30/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 4231 | 4231 | SAG90I0375 | 3.34 |
| DEL100 | 380389 | 01/31/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 4296 | 4296 | SAG90I0375 | 2.89 |

Exhibit B-1        Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations        Account No. DEL100

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 380390 | 01/31/07 | $ | 291.69 | 1,575 | 0.1852 | 26105189 | 4297 | 4297 | SAG90I0375 | 5.84 |
| DEL100 | 380465 | 02/01/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4385 | 4385 | SAG90I0375 | 1.93 |
| DEL100 | 380466 | 02/01/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 4386 | 4386 | SAG90I0375 | 3.34 |
| DEL100 | 380545 | 02/02/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4475 | 4475 | SAG90I0375 | 1.93 |
| DEL100 | 380546 | 02/02/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4476 | 4476 | SAG90I0375 | 4.17 |
| DEL100 | 380653 | 02/05/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4553 | 4553 | SAG90I0375 | 1.93 |
| DEL100 | 380654 | 02/05/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 4554 | 4554 | SAG90I0375 | 3.34 |
| DEL100 | 380736 | 02/06/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4645 | 4645 | SAG90I0375 | 1.93 |
| DEL100 | 380737 | 02/06/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4646 | 4646 | SAG90I0375 | 4.17 |
| DEL100 | 380808 | 02/07/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4702 | 4702 | SAG90I0375 | 1.93 |
| DEL100 | 380809 | 02/07/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 4703 | 4703 | SAG90I0375 | 3.34 |
| DEL100 | 380899 | 02/08/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4812 | 4812 | SAG90I0375 | 1.93 |
| DEL100 | 380900 | 02/08/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4813 | 4813 | SAG90I0375 | 4.17 |
| DEL100 | 380986 | 02/09/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4889 | 4889 | SAG90I0375 | 1.93 |
| DEL100 | 380987 | 02/09/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4890 | 4890 | SAG90I0375 | 4.17 |
| DEL100 | 381098 | 02/12/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 4984 | 4984 | SAG90I0375 | 1.93 |
| DEL100 | 381099 | 02/12/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 4985 | 4985 | SAG90I0375 | 4.17 |
| DEL100 | 381183 | 02/13/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5082 | 5082 | SAG90I0375 | 1.93 |
| DEL100 | 381184 | 02/13/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 5083 | 5083 | SAG90I0375 | 3.34 |
| DEL100 | 381232 | 02/14/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5113 | 5113 | SAG90I0375 | 1.93 |
| DEL100 | 381233 | 02/14/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 5114 | 5114 | SAG90I0375 | 4.17 |
| DEL100 | 381309 | 02/15/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5196 | 5196 | SAG90I0375 | 1.93 |
| DEL100 | 381310 | 02/15/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 5197 | 5197 | SAG90I0375 | 4.17 |
| DEL100 | 381378 | 02/16/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5266 | 5266 | SAG90I0375 | 1.93 |
| DEL100 | 381379 | 02/16/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 5267 | 5267 | SAG90I0375 | 4.17 |
| DEL100 | 381467 | 02/19/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5353 | 5353 | SAG90I0375 | 1.93 |
| DEL100 | 381468 | 02/19/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 5354 | 5354 | SAG90I0375 | 4.17 |
| DEL100 | 381600 | 02/21/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 5483 | 5483 | SAG90I0375 | 1.67 |
| DEL100 | 381690 | 02/22/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5571 | 5571 | SAG90I0375 | 1.93 |
| DEL100 | 381691 | 02/22/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 5572 | 5572 | SAG90I0375 | 4.17 |
| DEL100 | 381914 | 02/27/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5798 | 5798 | SAG90I0375 | 1.93 |
| DEL100 | 381915 | 02/27/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 5799 | 5799 | SAG90I0375 | 3.34 |
| DEL100 | 381997 | 02/27/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5873 | 5873 | SAG90I0375 | 1.93 |
| DEL100 | 381998 | 02/27/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 5874 | 5874 | SAG90I0375 | 3.34 |
| DEL100 | 382081 | 03/01/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 5966 | 5966 | SAG90I0375 | 1.93 |
| DEL100 | 382082 | 03/01/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 5967 | 5967 | SAG90I0375 | 3.34 |
| DEL100 | 382140 | 03/02/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6041 | 6041 | SAG90I0375 | 1.93 |
| DEL100 | 382141 | 03/02/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6042 | 6042 | SAG90I0375 | 4.17 |
| DEL100 | 382249 | 03/05/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6120 | 6120 | SAG90I0375 | 1.93 |
| DEL100 | 382250 | 03/05/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6121 | 6121 | SAG90I0375 | 4.17 |
| DEL100 | 382335 | 03/06/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6208 | 6208 | SAG90I0375 | 1.93 |
| DEL100 | 382336 | 03/06/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6209 | 6209 | SAG90I0375 | 4.17 |
| DEL100 | 382393 | 03/07/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6266 | 6266 | SAG90I0375 | 1.93 |
| DEL100 | 382394 | 03/07/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6267 | 6267 | SAG90I0375 | 4.17 |
| DEL100 | 382485 | 03/08/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 6360 | 6360 | SAG90I0375 | 2.89 |
| DEL100 | 382486 | 03/08/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6361 | 6361 | SAG90I0375 | 4.17 |
| DEL100 | 382520 | 03/09/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6417 | 6417 | SAG90I0375 | 1.93 |
| DEL100 | 382521 | 03/09/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6418 | 6418 | SAG90I0375 | 4.17 |
| DEL100 | 382622 | 03/12/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 6476 | 6476 | SAG90I0375 | 2.89 |
| DEL100 | 382623 | 03/12/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6477 | 6477 | SAG90I0375 | 4.17 |
| DEL100 | 382700 | 03/13/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6568 | 6568 | SAG90I0375 | 1.93 |
| DEL100 | 382701 | 03/13/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6569 | 6569 | SAG90I0375 | 4.17 |
| DEL100 | 382763 | 03/14/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6626 | 6626 | SAG90I0375 | 1.93 |
| DEL100 | 382764 | 03/14/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6627 | 6627 | SAG90I0375 | 4.17 |
| DEL100 | 382851 | 03/15/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6715 | 6715 | SAG90I0375 | 1.93 |
| DEL100 | 382852 | 03/15/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6716 | 6716 | SAG90I0375 | 4.17 |
| DEL100 | 382901 | 03/16/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6786 | 6786 | SAG90I0375 | 1.93 |
| DEL100 | 382902 | 03/16/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6787 | 6787 | SAG90I0375 | 4.17 |
| DEL100 | 382999 | 03/19/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6854 | 6854 | SAG90I0375 | 1.93 |
| DEL100 | 383000 | 03/19/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6855 | 6855 | SAG90I0375 | 4.17 |
| DEL100 | 383078 | 03/20/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 6943 | 6943 | SAG90I0375 | 1.93 |
| DEL100 | 383079 | 03/20/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 6944 | 6944 | SAG90I0375 | 4.17 |
| DEL100 | 383153 | 03/21/07 | $ | 192.80 | 2,000 | 0.0964 | 26105188 | 7011 | 7011 | SAG90I0375 | 3.86 |
| DEL100 | 383154 | 03/21/07 | $ | 291.69 | 1,575 | 0.1852 | 26105189 | 7012 | 7012 | SAG90I0375 | 5.84 |
| DEL100 | 383236 | 03/22/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7087 | 7087 | SAG90I0375 | 1.93 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 383237 | 03/22/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7088 | 7088 | SAG90I0375 | 4.17 |
| DEL100 | 383280 | 03/23/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7151 | 7151 | SAG90I0375 | 1.93 |
| DEL100 | 383281 | 03/23/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7152 | 7152 | SAG90I0375 | 4.17 |
| DEL100 | 383377 | 03/26/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 7233 | 7233 | SAG90I0375 | 2.89 |
| DEL100 | 383378 | 03/26/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 7234 | 7234 | SAG90I0375 | 3.34 |
| DEL100 | 383442 | 03/27/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7290 | 7290 | SAG90I0375 | 1.93 |
| DEL100 | 383443 | 03/27/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7291 | 7291 | SAG90I0375 | 4.17 |
| DEL100 | 383508 | 03/28/07 | $ | 236.18 | 2,450 | 0.0964 | 26105188 | 7350 | 7350 | SAG90I0375 | 4.73 |
| DEL100 | 383509 | 03/28/07 | $ | 416.70 | 2,250 | 0.1852 | 26105189 | 7351 | 7351 | SAG90I0375 | 8.35 |
| DEL100 | 383584 | 03/29/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7442 | 7442 | SAG90I0375 | 1.93 |
| DEL100 | 383585 | 03/29/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7443 | 7443 | SAG90I0375 | 4.17 |
| DEL100 | 383644 | 03/30/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 7496 | 7496 | SAG90I0375 | 2.89 |
| DEL100 | 383645 | 03/30/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7497 | 7497 | SAG90I0375 | 4.17 |
| DEL100 | 383725 | 04/02/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7572 | 7572 | SAG90I0375 | 1.93 |
| DEL100 | 383726 | 04/02/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 7573 | 7573 | SAG90I0375 | 4.17 |
| DEL100 | 383795 | 04/03/07 | $ | 192.80 | 2,000 | 0.0964 | 26105188 | 7645 | 7645 | SAG90I0375 | 3.86 |
| DEL100 | 383796 | 04/03/07 | $ | 375.03 | 2,025 | 0.1852 | 26105189 | 7646 | 7646 | SAG90I0375 | 7.51 |
| DEL100 | 383860 | 04/04/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7701 | 7701 | SAG90I0375 | 1.93 |
| DEL100 | 383861 | 04/04/07 | $ | 208.35 | 1,125 | 0.1852 | 26105188 | 7702 | 7702 | SAG90I0375 | 4.17 |
| DEL100 | 383925 | 04/05/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7776 | 7776 | SAG90I0375 | 1.93 |
| DEL100 | 383926 | 04/05/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 7777 | 7777 | SAG90I0375 | 3.34 |
| DEL100 | 384044 | 04/10/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 7892 | 7892 | SAG90I0375 | 1.93 |
| DEL100 | 384045 | 04/10/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 7893 | 7893 | SAG90I0375 | 3.34 |
| DEL100 | 384115 | 04/11/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 7960 | 7960 | SAG90I0375 | 2.89 |
| DEL100 | 384116 | 04/11/07 | $ | 333.36 | 1,800 | 0.1852 | 26105189 | 7961 | 7961 | SAG90I0375 | 6.68 |
| DEL100 | 384188 | 04/12/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 8033 | 8033 | SAG90I0375 | 2.89 |
| DEL100 | 384189 | 04/12/07 | $ | 250.02 | 1,350 | 0.1852 | 26105189 | 8034 | 8034 | SAG90I0375 | 5.01 |
| DEL100 | 384362 | 04/17/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 8212 | 8212 | SAG90I0375 | 3.34 |
| DEL100 | 384426 | 04/18/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 8280 | 8280 | SAG90I0375 | 1.67 |
| DEL100 | 384467 | 04/19/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 8330 | 8330 | SAG90I0375 | 3.34 |
| DEL100 | 384534 | 04/20/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8398 | 8398 | SAG90I0375 | 1.93 |
| DEL100 | 384535 | 04/20/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 8399 | 8399 | SAG90I0375 | 1.67 |
| DEL100 | 384619 | 04/23/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8470 | 8470 | SAG90I0375 | 1.93 |
| DEL100 | 384620 | 04/23/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 8471 | 8471 | SAG90I0375 | 3.34 |
| DEL100 | 384671 | 04/24/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8536 | 8536 | SAG90I0375 | 1.93 |
| DEL100 | 384672 | 04/24/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 8537 | 8537 | SAG90I0375 | 3.34 |
| DEL100 | 384734 | 04/25/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8582 | 8582 | SAG90I0375 | 1.93 |
| DEL100 | 384735 | 04/25/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 8583 | 8583 | SAG90I0375 | 4.17 |
| DEL100 | 384797 | 04/26/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8654 | 8654 | SAG90I0375 | 1.93 |
| DEL100 | 384798 | 04/26/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 8655 | 8655 | SAG90I0375 | 2.50 |
| DEL100 | 384861 | 04/27/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8731 | 8731 | SAG90I0375 | 1.93 |
| DEL100 | 384967 | 04/30/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 8804 | 8804 | SAG90I0375 | 4.17 |
| DEL100 | 385026 | 05/01/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8884 | 8884 | SAG90I0375 | 1.93 |
| DEL100 | 385027 | 05/01/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 8885 | 8885 | SAG90I0375 | 4.17 |
| DEL100 | 385099 | 05/02/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 8948 | 8948 | SAG90I0375 | 1.93 |
| DEL100 | 385100 | 05/02/07 | $ | 291.69 | 1,575 | 0.1852 | 26105189 | 8949 | 8949 | SAG90I0375 | 5.84 |
| DEL100 | 385164 | 05/03/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 9029 | 9029 | SAG90I0375 | 1.93 |
| DEL100 | 385165 | 05/03/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 9030 | 9030 | SAG90I0375 | 3.34 |
| DEL100 | 385219 | 05/04/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 9078 | 9078 | SAG90I0375 | 1.93 |
| DEL100 | 385220 | 05/04/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 9079 | 9079 | SAG90I0375 | 3.34 |
| DEL100 | 385301 | 05/07/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 9153 | 9153 | SAG90I0375 | 1.93 |
| DEL100 | 385302 | 05/07/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 9154 | 9154 | SAG90I0375 | 3.34 |
| DEL100 | 385358 | 05/08/07 | $ | 166.68 | 900 | 0.1852 | 26105189 | 9230 | 9230 | SAG90I0375 | 3.34 |
| DEL100 | 385427 | 05/09/07 | $ | 144.60 | 1,500 | 0.0964 | 26105188 | 9285 | 9285 | SAG90I0375 | 2.89 |
| DEL100 | 385428 | 05/09/07 | $ | 208.35 | 1,125 | 0.1852 | 26105189 | 9286 | 9286 | SAG90I0375 | 4.17 |
| DEL100 | 385520 | 05/10/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 9374 | 9374 | SAG90I0375 | 1.67 |
| DEL100 | 385590 | 05/11/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 9433 | 9433 | SAG90I0375 | 2.50 |
| DEL100 | 385656 | 05/14/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 9521 | 9521 | SAG90I0375 | 1.67 |
| DEL100 | 385717 | 05/15/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 9568 | 9568 | SAG90I0375 | 1.67 |
| DEL100 | 385774 | 05/16/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 9632 | 9632 | SAG90I0375 | 2.50 |
| DEL100 | 385968 | 05/21/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 9825 | 9825 | SAG90I0375 | 1.93 |
| DEL100 | 385969 | 05/21/07 | $ | 250.02 | 1,350 | 0.1852 | 26105189 | 9826 | 9826 | SAG90I0375 | 5.01 |
| DEL100 | 386036 | 05/22/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 9895 | 9895 | SAG90I0375 | 2.50 |
| DEL100 | 386159 | 05/24/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 10008 | 10008 | SAG90I0375 | 2.50 |
| DEL100 | 386212 | 05/25/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 1064 | 1064 | SAG90I0375 | 1.67 |

Exhibit B-1          Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations          Account No. DEL100

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 390304 | 09/10/07 | $ 38.14 | 100 | 0.3814 | 26031427 | 12607 12607 | SAG90I0345 | 38.14 |
| DEL100 | PYMNT000173 | 12/04/07 | $ 29.76 | - | - | | | | (29.76) |
| DEL100 | PYMNT000173 | 12/04/07 | $ 54.51 | - | - | | | | (54.51) |
| DEL100 | 394036 | 12/20/07 | $1,818.90 | 3,000 | 0.6063 | 26038320 | 16164 16164 | SAG90I0375 | 1,818.90 |
| DEL100 | 394184 | 01/03/08 | $1,334.90 | 3,500 | 0.3814 | 26031427 | 16308 16308 | SAG90I0375 | 1,334.90 |
| DEL100 | 394185 | 01/03/08 | $1,818.90 | 3,000 | 0.6063 | 26038320 | 16309 16309 | SAG90I0375 | 1,818.90 |
| DEL100 | 394262 | 01/07/08 | $2,669.80 | 3,500 | 0.3814 | 26031427 | 16426 16426 | SAG90I0375 | 2,669.80 |
| DEL100 | 394263 | 01/07/08 | $1,667.33 | 3,250 | 0.6063 | 26038320 | 16527 16527 | SAG90I0375 | 1,667.33 |
| DEL100 | 394264 | 01/07/08 | $5,447.52 | 2,400 | 1.1349 | 26045677 | 16428 16428 | SAG90I0375 | 5,447.52 |
| DEL100 | 394346 | 01/08/08 | $1,334.90 | 3,500 | 0.3814 | 26031427 | 16467 16467 | SAG90I0375 | 1,334.90 |
| DEL100 | 394347 | 01/08/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16468 16468 | SAG90I0375 | 1,361.88 |
| DEL100 | 394348 | 01/08/08 | $2,845.68 | 1,200 | 2.3714 | 26061681 | 16469 16469 | SAG90I0375 | 2,845.68 |
| DEL100 | 394399 | 01/09/08 | $1,970.48 | 3,250 | 0.6063 | 26038320 | 16527 16527 | SAG90I0375 | 1,970.48 |
| DEL100 | 394400 | 01/09/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16528 16528 | SAG90I0375 | 1,361.88 |
| DEL100 | 394401 | 01/09/08 | $2,845.68 | 1,200 | 2.3714 | 26061681 | 16529 16529 | SAG90I0375 | 2,845.68 |
| DEL100 | 394461 | 01/10/08 | $2,723.76 | 2,400 | 1.1349 | 26045677 | 16580 16580 | SAG90I0375 | 2,723.76 |
| DEL100 | 394538 | 01/11/08 | $1,334.90 | 3,500 | 0.3814 | 26031427 | 16634 16634 | SAG90I0375 | 1,334.90 |
| DEL100 | 394539 | 01/11/08 | $1,818.90 | 3,000 | 0.6063 | 26038320 | 16635 16635 | SAG90I0375 | 1,818.90 |
| DEL100 | 394540 | 01/11/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16636 16636 | SAG90I0375 | 1,361.88 |
| DEL100 | 394578 | 01/14/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16686 16686 | SAG90I0375 | 1,361.88 |
| DEL100 | 394668 | 01/16/08 | $2,723.76 | 2,400 | 1.1349 | 26045677 | 16783 16783 | SAG90I0375 | 2,723.76 |
| DEL100 | 394760 | 01/18/08 | $1,334.90 | 3,500 | 0.3814 | 26031427 | 16856 16856 | SAG90I0375 | 1,334.90 |
| DEL100 | 394761 | 01/18/08 | $1,818.90 | 3,000 | 0.6063 | 26038320 | 16857 16857 | SAG90I0375 | 1,818.90 |
| DEL100 | 394762 | 01/18/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16858 16858 | SAG90I0375 | 1,361.88 |
| DEL100 | 394862 | 01/22/08 | $1,361.88 | 1,200 | 1.1349 | 26045677 | 16964 16964 | SAG90I0375 | 1,361.88 |
| DEL100 | 394863 | 01/22/08 | $5,691.36 | 2,400 | 2.3714 | 26061681 | 16965 16965 | SAG90I0375 | 5,691.36 |
| DEL100 | 394913 | 01/23/08 | $1,334.90 | 3,500 | 0.3814 | 26031427 | 17009 17009 | SAG90I0375 | 1,334.90 |
| DEL100 | 394914 | 01/23/08 | $1,818.90 | 3,000 | 0.6063 | 26038320 | 17010 17010 | SAG90I0375 | 1,818.90 |
| DEL100 | 394915 | 01/23/08 | $2,723.76 | 2,400 | 1.1349 | 26045677 | 17011 17011 | SAG90I0375 | 2,723.76 |
| DEL100 | 394916 | 01/23/08 | $5,383.08 | 2,270 | 2.3714 | 26061681 | 17012 17012 | SAG90I0375 | 5,383.08 |
| DEL100 | 394959 | 01/24/08 | $2,723.76 | 2,400 | 1.1349 | 26045677 | 17051 17051 | SAG90I0375 | 2,723.76 |
| | | | | | | | | | 65,022.13 |

**Account Composition**

Unpaid Post-Petition Current Obligations (12/20/07 to 1/24/08):   63,356.25
Unpaid Post-Petition Arrearage Past Due:   1,665.88
65,022.13