# EXHIBIT B-2

CLE - 1050203.1

Exhibit B-2 — Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations — Account No. DEL 101

| Loc. | Invoice | Date | Pcs. | Price | Part # | Packing Slip | Delphi PO # | Outstanding |
|---|---|---|---:|---:|---|---|---|---:|
| DEL101 | 369722 | 07/19/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 92918 92918 | SAG90I0375 | 185.23 |
| DEL101 | 369803 | 07/20/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 93000 93000 | SAG90I0375 | 185.23 |
| DEL101 | 369862 | 07/21/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93076 93076 | SAG90I0375 | 370.46 |
| DEL101 | 369946 | 07/24/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 93158 93158 | SAG90I0375 | 185.23 |
| DEL101 | 370041 | 07/25/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93269 93269 | SAG90I0375 | 370.46 |
| DEL101 | 370124 | 07/26/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93317 93317 | SAG90I0375 | 370.46 |
| DEL101 | 370214 | 07/27/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93437 93437 | SAG90I0375 | 370.46 |
| DEL101 | 370319 | 07/28/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 93518 93518 | SAG90I0375 | 185.23 |
| DEL101 | 370416 | 07/31/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 93615 93615 | SAG90I0375 | 185.23 |
| DEL101 | 370514 | 08/01/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93696 93696 | SAG90I0375 | 370.46 |
| DEL101 | 370591 | 08/02/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93756 93756 | SAG90I0375 | 370.46 |
| DEL101 | 370645 | 08/03/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 93805 93805 | SAG90I0375 | 370.46 |
| DEL101 | 370748 | 08/04/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 93873 93873 | SAG90I0375 | 185.23 |
| DEL101 | 370908 | 08/08/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94086 94086 | SAG90I0375 | 185.23 |
| DEL101 | 370975 | 08/09/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94180 94180 | SAG90I0375 | 185.23 |
| DEL101 | 371062 | 08/10/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 94237 94237 | SAG90I0375 | 370.46 |
| DEL101 | 371157 | 08/11/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 94335 94335 | SAG90I0375 | 370.46 |
| DEL101 | 371229 | 08/14/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94399 94399 | SAG90I0375 | 185.23 |
| DEL101 | 371312 | 08/15/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 94461 94461 | SAG90I0375 | 370.46 |
| DEL101 | 371466 | 08/17/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94622 94622 | SAG90I0375 | 185.23 |
| DEL101 | 371546 | 08/18/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94718 94718 | SAG90I0375 | 185.23 |
| DEL101 | 371632 | 08/21/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 94837 94837 | SAG90I0375 | 185.23 |
| DEL101 | 371884 | 08/24/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 95050 95050 | SAG90I0375 | 185.23 |
| DEL101 | 371978 | 08/25/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 95108 95108 | SAG90I0375 | 185.23 |
| DEL101 | 372056 | 08/28/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 95216 95216 | SAG90I0375 | 555.70 |
| DEL101 | 372127 | 08/29/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 95315 95315 | SAG90I0375 | 185.23 |
| DEL101 | 373271 | 09/18/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96437 96437 | SAG90I0375 | 185.23 |
| DEL101 | 373423 | 09/20/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96599 96599 | SAG90I0375 | 185.23 |
| DEL101 | 373515 | 09/21/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96693 96693 | SAG90I0375 | 185.23 |
| DEL101 | 373675 | 09/25/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96811 96811 | SAG90I0375 | 185.23 |
| DEL101 | 373755 | 09/26/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96892 96892 | SAG90I0375 | 185.23 |
| DEL101 | 373832 | 09/27/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 96982 96982 | SAG90I0375 | 185.23 |
| DEL101 | 373990 | 09/29/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97118 97118 | SAG90I0375 | 185.23 |
| DEL101 | 374071 | 10/02/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97247 97247 | SAG90I0375 | 185.23 |
| DEL101 | 374153 | 10/03/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97339 97339 | SAG90I0375 | 185.23 |
| DEL101 | 374237 | 10/04/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 97400 97400 | SAG90I0375 | 370.46 |
| DEL101 | 374482 | 10/09/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97643 97643 | SAG90I0375 | 185.23 |
| DEL101 | 374574 | 10/10/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 97715 97715 | SAG90I0375 | 370.46 |
| DEL101 | 374731 | 10/12/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97888 97888 | SAG90I0375 | 185.23 |
| DEL101 | 374805 | 10/13/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 97945 97945 | SAG90I0375 | 185.23 |
| DEL101 | 374987 | 10/17/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98112 98112 | SAG90I0375 | 185.23 |
| DEL101 | 375161 | 10/19/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98297 98297 | SAG90I0375 | 185.23 |
| DEL101 | 375333 | 10/23/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98469 98469 | SAG90I0375 | 185.23 |
| DEL101 | 375423 | 10/24/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98555 98555 | SAG90I0375 | 185.23 |
| DEL101 | 375582 | 10/26/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98720 98720 | SAG90I0375 | 185.23 |
| DEL101 | 375658 | 10/27/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 98795 98795 | SAG90I0375 | 185.23 |
| DEL101 | 375927 | 11/01/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 99078 99078 | SAG90I0375 | 555.70 |
| DEL101 | 376005 | 11/02/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 99151 99151 | SAG90I0375 | 185.23 |
| DEL101 | 376156 | 11/06/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 99292 99292 | SAG90I0375 | 370.46 |
| DEL101 | 376299 | 11/08/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 99428 99428 | SAG90I0375 | 185.23 |
| DEL101 | 376373 | 11/09/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 99511 99511 | SAG90I0375 | 185.23 |
| DEL101 | 376600 | 11/14/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 99712 99712 | SAG90I0375 | 370.46 |
| DEL101 | 376690 | 11/15/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 99788 99788 | SAG90I0375 | 185.23 |
| DEL101 | 376771 | 11/16/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 99886 99886 | SAG90I0375 | 370.46 |
| DEL101 | 376835 | 11/17/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 99954 99954 | SAG90I0375 | 185.23 |
| DEL101 | 376921 | 11/20/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | ***** ***** | SAG90I0375 | 185.23 |
| DEL101 | 377011 | 11/21/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 1036 1036 | SAG90I0375 | 555.70 |
| DEL101 | 377084 | 11/22/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 1110 1110 | SAG90I0375 | 185.23 |
| DEL101 | 377606 | 12/04/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 1645 1645 | SAG90I0375 | 185.23 |
| DEL101 | 377845 | 12/07/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 1881 1881 | SAG90I0375 | 555.70 |
| DEL101 | 377938 | 12/08/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 1965 1965 | SAG90I0375 | 370.46 |
| DEL101 | 378131 | 12/12/06 | $ 141.65 | 1,560 | 0.4283 | 26097893 | 2158 2158 | SAG90I0375 | 141.65 |
| DEL101 | 378371 | 12/15/06 | $ 675.55 | 7,440 | 0.4283 | 26097893 | 2386 2386 | SAG90I0375 | 675.55 |
| DEL101 | 378548 | 12/19/06 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 2547 2547 | SAG90I0375 | 185.23 |
| DEL101 | 378634 | 12/20/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 2620 2620 | SAG90I0375 | 555.70 |
| DEL101 | 378699 | 12/21/06 | $ 370.46 | 4,080 | 0.4283 | 26097893 | 2684 2684 | SAG90I0375 | 370.46 |
| DEL101 | 378758 | 12/22/06 | $ 555.70 | 6,120 | 0.4283 | 26097893 | 2750 2750 | SAG90I0375 | 555.70 |
| DEL101 | 378891 | 01/02/07 | $ 185.23 | 2,040 | 0.4283 | 26097893 | 2851 2851 | SAG90I0375 | 185.23 |
| DEL101 | 379027 | 01/04/07 | $ 740.93 | 8,160 | 0.4283 | 26097893 | 3017 3017 | SAG90I0375 | 740.93 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 379091 | 01/05/07 | $ | 555.70 | 6,120 | 0.4283 | 26097893 | 3052 3052 | SAG90I0375 | 555.70 |
| DEL101 | 379153 | 01/08/07 | $ | 370.46 | 4,080 | 0.4283 | 26097893 | 3109 3109 | SAG90I0375 | 370.46 |
| DEL101 | 379217 | 01/09/07 | $ | 555.70 | 6,120 | 0.4283 | 26097893 | 3184 3184 | SAG90I0375 | 555.70 |
| DEL101 | 379273 | 01/10/07 | $ | 555.70 | 6,120 | 0.4283 | 26097893 | 3222 3222 | SAG90I0375 | 555.70 |
| DEL101 | 379312 | 01/11/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 3283 3283 | SAG90I0375 | 185.23 |
| DEL101 | 379370 | 01/12/07 | $ | 185.23 | 2,040 | 0.4283 | 26097893 | 3325 3325 | SAG90I0375 | 185.23 |
| DEL101 | 379654 | 01/18/07 | $ | 185.23 | 2,040 | 0.4283 | 26097893 | 3609 3609 | SAG90I0375 | 185.23 |
| DEL101 | 379847 | 01/22/07 | $ | 185.23 | 2,040 | 0.4283 | 26097893 | 3759 3759 | SAG90I0375 | 185.23 |
| DEL101 | 380558 | 02/02/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 4458 4458 | SAG90I0375 | 185.23 |
| DEL101 | 380750 | 02/06/07 | $ | 12,232.25 | 28,560 | 0.4283 | 26097893 | 4642 4642 | SAG90I0375 | 2,593.25 |
| DEL101 | 381848 | 02/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 5710 5710 | SAG90I0375 | 185.23 |
| DEL101 | 381932 | 02/27/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 5792 5792 | SAG90I0375 | 370.46 |
| DEL101 | 382013 | 02/27/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 5870 5870 | SAG90I0375 | 185.23 |
| DEL101 | 382099 | 03/01/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 5965 5965 | SAG90I0375 | 185.23 |
| DEL101 | 382257 | 03/05/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6122 6122 | SAG90I0375 | 185.23 |
| DEL101 | 382352 | 03/06/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6220 6220 | SAG90I0375 | 185.23 |
| DEL101 | 382412 | 03/07/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6265 6265 | SAG90I0375 | 185.23 |
| DEL101 | 382497 | 03/08/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6362 6362 | SAG90I0375 | 185.23 |
| DEL101 | 382531 | 03/09/07 | $ | 565.36 | 1,320 | 0.4283 | 26097893 | 6416 6416 | SAG90I0375 | 119.86 |
| DEL101 | 382630 | 03/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6480 6480 | SAG90I0375 | 185.23 |
| DEL101 | 382715 | 03/13/07 | $ | 2,055.84 | 4,800 | 0.4283 | 26097893 | 6574 6574 | SAG90I0375 | 435.84 |
| DEL101 | 382787 | 03/14/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6628 6628 | SAG90I0375 | 185.23 |
| DEL101 | 382864 | 03/15/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 6725 6725 | SAG90I0375 | 370.46 |
| DEL101 | 382913 | 03/16/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6792 6792 | SAG90I0375 | 185.23 |
| DEL101 | 383098 | 03/20/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 6945 6945 | SAG90I0375 | 185.23 |
| DEL101 | 383248 | 03/22/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 7086 7086 | SAG90I0375 | 185.23 |
| DEL101 | 383291 | 03/23/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 7155 7155 | SAG90I0375 | 185.23 |
| DEL101 | 383385 | 03/26/07 | $ | 513.96 | 1,200 | 0.4283 | 26097893 | 7238 7238 | SAG90I0375 | 108.96 |
| DEL101 | 383458 | 03/27/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 7293 7293 | SAG90I0375 | 370.46 |
| DEL101 | 383522 | 03/28/07 | $ | 2,107.24 | 4,920 | 0.4283 | 26097893 | 7359 7359 | SAG90I0375 | 446.74 |
| DEL101 | 383594 | 03/29/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 7444 7444 | SAG90I0375 | 185.23 |
| DEL101 | 383733 | 04/02/07 | $ | 2,621.20 | 6,120 | 0.4283 | 26097893 | 7577 7577 | SAG90I0375 | 555.70 |
| DEL101 | 383872 | 04/04/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 7700 7700 | SAG90I0375 | 370.46 |
| DEL101 | 383993 | 04/09/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 7833 7833 | SAG90I0375 | 370.46 |
| DEL101 | 384197 | 04/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8035 8035 | SAG90I0375 | 185.23 |
| DEL101 | 384240 | 04/13/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8083 8083 | SAG90I0375 | 185.23 |
| DEL101 | 384306 | 04/16/07 | $ | 2,621.20 | 6,120 | 0.4283 | 26097893 | 8151 8151 | SAG90I0375 | 555.70 |
| DEL101 | 384366 | 04/17/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8213 8213 | SAG90I0375 | 185.23 |
| DEL101 | 384437 | 04/18/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8278 8278 | SAG90I0375 | 185.23 |
| DEL101 | 384472 | 04/19/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8328 8328 | SAG90I0375 | 185.23 |
| DEL101 | 384541 | 04/20/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8400 8400 | SAG90I0375 | 185.23 |
| DEL101 | 384626 | 04/23/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8469 8469 | SAG90I0375 | 185.23 |
| DEL101 | 384679 | 04/24/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8534 8534 | SAG90I0375 | 185.23 |
| DEL101 | 384744 | 04/25/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 8581 8581 | SAG90I0375 | 370.46 |
| DEL101 | 384806 | 04/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8653 8653 | SAG90I0375 | 185.23 |
| DEL101 | 384866 | 04/27/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8737 8737 | SAG90I0375 | 185.23 |
| DEL101 | 384972 | 04/30/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 8800 8800 | SAG90I0375 | 185.23 |
| DEL101 | 385034 | 05/01/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 8890 8890 | SAG90I0375 | 370.46 |
| DEL101 | 385113 | 05/02/07 | $ | 2,621.20 | 6,120 | 0.4283 | 26097893 | 8951 8951 | SAG90I0375 | 555.70 |
| DEL101 | 385168 | 05/03/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9027 9027 | SAG90I0375 | 185.23 |
| DEL101 | 385226 | 05/04/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9083 9083 | SAG90I0375 | 185.23 |
| DEL101 | 385307 | 05/07/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9152 9152 | SAG90I0375 | 185.23 |
| DEL101 | 385529 | 05/10/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9375 9375 | SAG90I0375 | 185.23 |
| DEL101 | 385597 | 05/11/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9434 9434 | SAG90I0375 | 185.23 |
| DEL101 | 385698 | 05/14/07 | $ | 500.04 | 2,700 | 0.1852 | 26105189 | 9518 9518 | SAG90I0375 | 10.02 |
| DEL101 | 385699 | 05/14/07 | $ | 241.00 | 2,500 | 0.0964 | 26105188 | 9519 9519 | SAG90I0375 | 4.82 |
| DEL101 | 385781 | 05/16/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9627 9627 | SAG90I0375 | 185.23 |
| DEL101 | 385842 | 05/17/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9691 9691 | SAG90I0375 | 185.23 |
| DEL101 | 385903 | 05/18/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 9758 9758 | SAG90I0375 | 370.46 |
| DEL101 | 385971 | 05/21/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 9820 9820 | SAG90I0375 | 370.46 |
| DEL101 | 386042 | 05/22/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 9900 9900 | SAG90I0375 | 185.23 |
| DEL101 | 386099 | 05/23/07 | $ | 2,621.20 | 6,120 | 0.4283 | 26097893 | 9964 9964 | SAG90I0375 | 555.70 |
| DEL101 | 386164 | 05/24/07 | $ | 2,621.20 | 2,040 | 0.4283 | 26097893 | 1062 1062 | SAG90I0375 | 555.70 |
| DEL101 | 386215 | 05/25/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 1062 1062 | SAG90I0375 | 185.23 |
| DEL101 | 386281 | 05/29/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 1120 1120 | SAG90I0375 | 370.46 |
| DEL101 | 386491 | 06/01/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 1326 1326 | SAG90I0375 | 185.23 |
| DEL101 | 386566 | 06/04/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 1392 1392 | SAG90I0375 | 370.46 |
| DEL101 | 386629 | 06/05/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 1457 1457 | SAG90I0375 | 185.23 |
| DEL101 | 386688 | 06/06/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 1535 1535 | SAG90I0375 | 185.23 |
| DEL101 | 386750 | 06/07/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 1589 1589 | SAG90I0375 | 185.23 |

Exhibit B-2 | Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations | Account No. DEL 101

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 386824 | 06/08/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 1647 1647 | SAG90I0375 | 185.23 |
| DEL101 | 386894 | 06/11/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 1721 1721 | SAG90I0375 | 370.46 |
| DEL101 | 387013 | 06/13/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 1852 1852 | SAG90I0375 | 185.23 |
| DEL101 | 387068 | 06/14/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 1917 1917 | SAG90I0375 | 370.46 |
| DEL101 | 387136 | 06/15/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 1992 1992 | SAG90I0375 | 185.23 |
| DEL101 | 387212 | 06/18/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 2061 2061 | SAG90I0375 | 185.23 |
| DEL101 | 387249 | 06/18/07 | $ 166.68 | 900 | 0.1852 | 26105189 | 2062 2062 | SAG90I0375 | 3.34 |
| DEL101 | 387317 | 06/19/07 | $ 96.40 | 1,000 | 0.0964 | 26105188 | 2123 2123 | SAG90I0375 | 1.93 |
| DEL101 | 387334 | 06/20/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 2178 2178 | SAG90I0375 | 185.23 |
| DEL101 | 387381 | 06/21/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 2245 2245 | SAG90I0375 | 185.23 |
| DEL101 | 387455 | 06/22/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 2291 2291 | SAG90I0375 | 185.23 |
| DEL101 | 387526 | 06/25/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 2365 2365 | SAG90I0375 | 370.46 |
| DEL101 | 387664 | 06/27/07 | $ 144.60 | 1,500 | 0.0964 | 26105188 | 2470 2470 | SAG90I0375 | 2.89 |
| DEL101 | 387987 | 07/12/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10385 10385 | SAG90I0375 | 185.23 |
| DEL101 | 388064 | 07/15/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10504 10504 | SAG90I0375 | 185.23 |
| DEL101 | 388097 | 07/15/07 | $ 83.34 | 450 | 0.1852 | 26105189 | 10505 10505 | SAG90I0375 | 1.67 |
| DEL101 | 388112 | 07/16/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10504 10504 | SAG90I0375 | 185.23 |
| DEL101 | 388150 | 07/16/07 | $ 83.34 | 450 | 0.1852 | 26105189 | 10505 10505 | SAG90I0375 | 1.97 |
| DEL101 | 388163 | 07/17/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 10548 10548 | SAG90I0375 | 370.46 |
| DEL101 | 388218 | 07/18/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10598 10598 | SAG90I0375 | 185.23 |
| DEL101 | 388242 | 07/18/07 | $ 166.68 | 900 | 0.1852 | 26105189 | 10599 10599 | SAG90I0375 | 3.34 |
| DEL101 | 388261 | 07/19/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10646 10646 | SAG90I0375 | 185.23 |
| DEL101 | 388320 | 07/20/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10698 10698 | SAG90I0375 | 185.23 |
| DEL101 | 388378 | 07/23/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10760 10760 | SAG90I0375 | 185.23 |
| DEL101 | 388411 | 07/23/07 | $ 208.35 | 1,125 | 0.1852 | 26105189 | 10761 10761 | SAG90I0375 | 4.17 |
| DEL101 | 388427 | 07/24/07 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 10803 10803 | SAG90I0375 | 555.70 |
| DEL101 | 388458 | 07/24/07 | $ 83.34 | 450 | 0.1852 | 26105189 | 10804 10804 | SAG90I0375 | 1.67 |
| DEL101 | 388476 | 07/25/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10856 10856 | SAG90I0375 | 185.23 |
| DEL101 | 388522 | 07/26/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 10910 10910 | SAG90I0375 | 370.46 |
| DEL101 | 388585 | 07/27/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10948 10948 | SAG90I0375 | 185.23 |
| DEL101 | 388647 | 07/30/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11028 11028 | SAG90I0375 | 185.23 |
| DEL101 | 388681 | 07/30/07 | $ 83.34 | 450 | 0.1852 | 26105189 | 11029 11029 | SAG90I0375 | 1.67 |
| DEL101 | 388714 | 07/31/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11076 11076 | SAG90I0375 | 370.46 |
| DEL101 | 388780 | 08/01/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11144 11144 | SAG90I0375 | 185.23 |
| DEL101 | 388827 | 08/02/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11197 11197 | SAG90I0375 | 185.23 |
| DEL101 | 388895 | 08/03/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11246 11246 | SAG90I0375 | 370.46 |
| DEL101 | 388928 | 08/06/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11283 11283 | SAG90I0375 | 185.23 |
| DEL101 | 389129 | 08/10/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11481 11481 | SAG90I0375 | 185.23 |
| DEL101 | 389184 | 08/13/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11551 11551 | SAG90I0375 | 185.23 |
| DEL101 | 389230 | 08/14/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11589 11589 | SAG90I0375 | 370.46 |
| DEL101 | 389280 | 08/15/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11643 11643 | SAG90I0375 | 185.23 |
| DEL101 | 389333 | 08/16/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11709 11709 | SAG90I0375 | 185.23 |
| DEL101 | 389372 | 08/16/07 | $ 192.80 | 2,000 | 0.0964 | 26105188 | 11710 11710 | SAG90I0375 | 3.86 |
| DEL101 | 389382 | 08/16/07 | $ 144.60 | 1,500 | 0.0964 | 26105188 | 11713 11713 | SAG90I0375 | 2.89 |
| DEL101 | 389399 | 08/17/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11771 11771 | SAG90I0375 | 185.23 |
| DEL101 | 389449 | 08/17/07 | $ 241.00 | 2,500 | 0.0964 | 26105188 | 11772 11772 | SAG90I0375 | 4.82 |
| DEL101 | 389467 | 08/20/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11831 11831 | SAG90I0375 | 185.23 |
| DEL101 | 389501 | 08/20/07 | $ 48.20 | 500 | 0.0964 | 26105188 | 11832 11832 | SAG90I0375 | 0.96 |
| DEL101 | 389530 | 08/21/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11893 11893 | SAG90I0375 | 185.23 |
| DEL101 | 389591 | 08/22/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11933 11933 | SAG90I0375 | 185.23 |
| DEL101 | 389610 | 08/22/07 | $ 83.34 | 450 | 0.1852 | 26105189 | 11934 11934 | SAG90I0375 | 1.67 |
| DEL101 | 389611 | 08/22/07 | $ 48.20 | 500 | 0.0964 | 26105188 | 11935 11935 | SAG90I0375 | 0.96 |
| DEL101 | 389628 | 08/23/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11972 11972 | SAG90I0375 | 185.23 |
| DEL101 | 389663 | 08/23/07 | $ 41.67 | 225 | 0.1852 | 26105189 | 11973 11973 | SAG90I0375 | 0.83 |
| DEL101 | 389664 | 08/23/07 | $ 48.20 | 500 | 0.0964 | 26105188 | 11974 11974 | SAG90I0375 | 0.96 |
| DEL101 | 389690 | 08/24/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12038 12038 | SAG90I0375 | 185.23 |
| DEL101 | 389727 | 08/24/07 | $ 41.67 | 225 | 0.1852 | 26105189 | 12039 12039 | SAG90I0375 | 0.83 |
| DEL101 | 389728 | 08/24/07 | $ 48.20 | 500 | 0.0964 | 26105188 | 12040 12040 | SAG90I0375 | 0.96 |
| DEL101 | 389745 | 08/27/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 12089 12089 | SAG90I0375 | 370.46 |
| DEL101 | 389776 | 08/27/07 | $ 125.01 | 675 | 0.1852 | 26105189 | 12090 12090 | SAG90I0375 | 2.50 |
| DEL101 | 389844 | 08/29/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12193 12193 | SAG90I0375 | 185.23 |
| DEL101 | 389895 | 08/30/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12246 12246 | SAG90I0375 | 185.23 |
| DEL101 | 389928 | 08/30/07 | $ 583.38 | 3,150 | 0.1852 | 26105189 | 12247 12247 | SAG90I0375 | 11.69 |
| DEL101 | 389934 | 08/30/07 | $ 583.38 | 1,575 | 0.1852 | 26105189 | 12253 12253 | SAG90I0375 | 297.53 |
| DEL101 | 390039 | 09/04/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12381 12381 | SAG90I0375 | 185.23 |
| DEL101 | 390104 | 09/05/07 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 12431 12431 | SAG90I0375 | 555.70 |
| DEL101 | 390124 | 09/05/07 | $ 1,000.08 | 5,400 | 0.1852 | 26105189 | 12432 12432 | SAG90I0375 | 21.82 |
| DEL101 | 390210 | 09/07/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12550 12550 | SAG90I0375 | 185.23 |
| DEL101 | 390249 | 09/07/07 | $ 208.35 | 1,125 | 0.1852 | 26105189 | 12551 12551 | SAG90I0375 | 4.55 |
| DEL101 | 390265 | 09/10/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 12592 12592 | SAG90I0375 | 370.46 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Exhibit B-2 | | | Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations | | | | | | Account No. DEL 101 | |
| DEL101 | 390291 | 09/10/07 | $ | 83.34 | 450 | 0.1852 | 26105189 | 12593 12593 | SAG90I0375 | 1.81 |
| DEL101 | 390292 | 09/10/07 | $ | 48.20 | 500 | 0.0964 | 26105188 | 12594 12594 | SAG90I0375 | 1.06 |
| DEL101 | 390363 | 09/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12696 12696 | SAG90I0375 | 185.23 |
| DEL101 | 390388 | 09/12/07 | $ | 48.20 | 500 | 0.0964 | 26105188 | 12697 12697 | SAG90I0375 | 1.06 |
| DEL101 | 390409 | 09/13/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12748 12748 | SAG90I0375 | 185.23 |
| DEL101 | 390446 | 09/13/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 12749 12749 | SAG90I0375 | 2.12 |
| DEL101 | 390469 | 09/14/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12814 12814 | SAG90I0375 | 185.23 |
| DEL101 | 390513 | 09/14/07 | $ | 48.20 | 500 | 0.0964 | 26105188 | 12815 12815 | SAG90I0375 | 1.06 |
| DEL101 | 390551 | 09/17/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12876 12876 | SAG90I0375 | 185.23 |
| DEL101 | 390578 | 09/17/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 12877 12877 | SAG90I0375 | 2.12 |
| DEL101 | 390615 | 09/18/07 | $ | 2,621.20 | 6,120 | 0.4283 | 26097893 | 12940 12940 | SAG90I0375 | 555.70 |
| DEL101 | 390676 | 09/19/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12998 12998 | SAG90I0375 | 180.13 |
| DEL101 | 390722 | 09/20/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13049 13049 | SAG90I0375 | 185.23 |
| DEL101 | 390795 | 09/21/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13103 13103 | SAG90I0375 | 185.23 |
| DEL101 | 390841 | 09/24/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13153 13153 | SAG90I0375 | 185.23 |
| DEL101 | 390876 | 09/24/07 | $ | 289.20 | 3,000 | 0.0964 | 26105188 | 13154 13154 | SAG90I0375 | 11.46 |
| DEL101 | 390888 | 09/24/07 | $ | 289.20 | 1,500 | 0.0964 | 26105188 | 13159 13159 | SAG90I0375 | 6.35 |
| DEL101 | 390909 | 09/25/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13214 13214 | SAG90I0375 | 370.46 |
| DEL101 | 390930 | 09/25/07 | $ | 241.00 | 2,500 | 0.0964 | 26105188 | 13215 13215 | SAG90I0375 | 5.30 |
| DEL101 | 390950 | 09/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13263 13263 | SAG90I0375 | 185.23 |
| DEL101 | 390976 | 09/26/07 | $ | 48.20 | 500 | 0.0964 | 26105188 | 13264 13264 | SAG90I0375 | 1.07 |
| DEL101 | 391003 | 09/27/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13301 13301 | SAG90I0375 | 185.23 |
| DEL101 | 391032 | 09/27/07 | $ | 96.40 | 1,000 | 0.0964 | 26105188 | 13302 13302 | SAG90I0375 | 2.12 |
| DEL101 | 391068 | 09/28/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13357 13357 | SAG90I0375 | 185.23 |
| DEL101 | 391122 | 10/01/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13407 13407 | SAG90I0375 | 179.29 |
| DEL101 | 391204 | 10/02/07 | $ | 333.36 | 1,800 | 0.1852 | 26105189 | 13457 13457 | SAG90I0375 | 13.21 |
| DEL101 | 391245 | 10/03/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 13505 13505 | SAG90I0375 | 2.72 |
| DEL101 | 391291 | 10/04/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 13548 13548 | SAG90I0375 | 2.72 |
| DEL101 | 391344 | 10/05/07 | $ | 125.01 | 675 | 0.1852 | 26105189 | 13593 13593 | SAG90I0375 | 4.73 |
| DEL101 | 391414 | 10/09/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13699 13699 | SAG90I0375 | 370.46 |
| DEL101 | 391466 | 10/10/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13744 13744 | SAG90I0375 | 185.23 |
| DEL101 | 391487 | 10/10/07 | $ | 81.86 | 450 | 0.1819 | 26105189 | 13745 13745 | SAG90I0375 | 1.82 |
| DEL101 | RETRN000023 | 10/10/07 | $ | 35.64 | - | - | | | | (2.00) |
| DEL101 | 391542 | 10/11/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 13795 13795 | SAG90I0375 | 2.72 |
| DEL101 | 391566 | 10/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13839 13839 | SAG90I0375 | 185.23 |
| DEL101 | 391601 | 10/12/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 13840 13840 | SAG90I0375 | 2.72 |
| DEL101 | 391602 | 10/12/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 13841 13841 | SAG90I0375 | 1.06 |
| DEL101 | 391624 | 10/15/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13902 13902 | SAG90I0375 | 370.46 |
| DEL101 | 391649 | 10/15/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 13903 13903 | SAG90I0375 | 2.72 |
| DEL101 | 391650 | 10/15/07 | $ | 94.70 | 1,000 | 0.0947 | 26105188 | 13904 13904 | SAG90I0375 | 2.12 |
| DEL101 | 391710 | 10/17/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13978 13978 | SAG90I0375 | 185.23 |
| DEL101 | 391722 | 10/17/07 | $ | 81.86 | 450 | 0.1819 | 26105189 | 13979 13979 | SAG90I0375 | 1.82 |
| DEL101 | 391747 | 10/18/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14036 14036 | SAG90I0375 | 185.23 |
| DEL101 | 391784 | 10/18/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14037 14037 | SAG90I0375 | 2.72 |
| DEL101 | 391785 | 10/18/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14038 14038 | SAG90I0375 | 1.06 |
| DEL101 | 391814 | 10/19/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14073 14073 | SAG90I0375 | 185.23 |
| DEL101 | 391834 | 10/19/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14074 14074 | SAG90I0375 | 2.72 |
| DEL101 | 391835 | 10/19/07 | $ | 94.70 | 1,000 | 0.0947 | 26105188 | 14075 14075 | SAG90I0375 | 2.12 |
| DEL101 | 391859 | 10/22/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14133 14133 | SAG90I0375 | 185.23 |
| DEL101 | 391881 | 10/22/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14134 14134 | SAG90I0375 | 2.72 |
| DEL101 | 391882 | 10/22/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14135 14135 | SAG90I0375 | 1.06 |
| DEL101 | PYMNT000155 | 10/22/07 | $ | 1,377.00 | - | - | | | | (645.84) |
| DEL101 | PYMNT000155 | 10/22/07 | $ | 7,821.20 | - | - | | | | (688.50) |
| DEL101 | PYMNT000155 | 10/22/07 | $ | 4,131.00 | - | - | | | | (2,065.50) |
| DEL101 | 391918 | 10/23/07 | $ | 81.86 | 450 | 0.1819 | 26105189 | 14161 14161 | SAG90I0375 | 1.82 |
| DEL101 | 391919 | 10/23/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14162 14162 | SAG90I0375 | 1.06 |
| DEL101 | 391950 | 10/24/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14200 14200 | SAG90I0375 | 2.72 |
| DEL101 | 391951 | 10/24/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14201 14201 | SAG90I0375 | 1.06 |
| DEL101 | 391966 | 10/25/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14243 14243 | SAG90I0375 | 185.23 |
| DEL101 | 391998 | 10/25/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14244 14244 | SAG90I0375 | 2.72 |
| DEL101 | 391999 | 10/25/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14245 14245 | SAG90I0375 | 1.06 |
| DEL101 | 392022 | 10/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14304 14304 | SAG90I0375 | 185.23 |
| DEL101 | 392059 | 10/26/07 | $ | 163.71 | 900 | 0.1819 | 26105189 | 14305 14305 | SAG90I0375 | 3.64 |
| DEL101 | 392060 | 10/26/07 | $ | 94.70 | 1,000 | 0.0947 | 26105188 | 14306 14306 | SAG90I0375 | 2.12 |
| DEL101 | 392075 | 10/29/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14354 14354 | SAG90I0375 | 185.23 |
| DEL101 | 392106 | 10/29/07 | $ | 122.78 | 675 | 0.1819 | 26105189 | 14355 14355 | SAG90I0375 | 2.72 |
| DEL101 | 392107 | 10/29/07 | $ | 47.35 | 500 | 0.0947 | 26105188 | 14356 14356 | SAG90I0375 | 1.06 |
| DEL101 | 392153 | 10/30/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14407 14407 | SAG90I0375 | 185.23 |
| DEL101 | 392191 | 10/30/07 | $ | 777.62 | 4,275 | 0.1819 | 26105189 | 14408 14408 | SAG90I0375 | 17.27 |
| DEL101 | 392192 | 10/30/07 | $ | 426.15 | 4,500 | 0.0947 | 26105188 | 14409 14409 | SAG90I0375 | 9.54 |

Exhibit B-2 | Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations | Account No. DEL 101

| Account | Invoice | Date | Amount | Qty | Rate | Ref1 | Ref2 | Ref3 | Code | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 392233 | 10/31/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14472 | 14472 | SAG90I0375 | 185.23 |
| DEL101 | 392250 | 10/31/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14473 | 14473 | SAG90I0375 | 2.72 |
| DEL101 | 392251 | 10/31/07 | $ 47.35 | 500 | 0.0947 | 26105188 | 14474 | 14474 | SAG90I0375 | 1.06 |
| DEL101 | 392271 | 11/01/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14522 | 14522 | SAG90I0375 | 185.23 |
| DEL101 | 392296 | 11/01/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14523 | 14523 | SAG90I0375 | 2.72 |
| DEL101 | 392297 | 11/01/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 14524 | 14524 | SAG90I0375 | 2.12 |
| DEL101 | 392327 | 11/02/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14561 | 14561 | SAG90I0375 | 185.23 |
| DEL101 | 392361 | 11/02/07 | $ 163.71 | 900 | 0.1819 | 26105189 | 14562 | 14562 | SAG90I0375 | 3.64 |
| DEL101 | 392362 | 11/02/07 | $ 47.35 | 500 | 0.0947 | 26105188 | 14563 | 14563 | SAG90I0375 | 1.06 |
| DEL101 | 392387 | 11/05/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14627 | 14627 | SAG90I0375 | 185.23 |
| DEL101 | 392412 | 11/05/07 | $ 163.71 | 900 | 0.1819 | 26105189 | 14628 | 14628 | SAG90I0375 | 3.64 |
| DEL101 | 392413 | 11/05/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 14629 | 14629 | SAG90I0375 | 2.12 |
| DEL101 | 392470 | 11/06/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14679 | 14679 | SAG90I0375 | 2.72 |
| DEL101 | 392471 | 11/06/07 | $ 47.35 | 500 | 0.0947 | 26105188 | 14680 | 14680 | SAG90I0375 | 1.06 |
| DEL101 | 392496 | 11/07/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14727 | 14727 | SAG90I0375 | 185.23 |
| DEL101 | 392515 | 11/07/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14728 | 14728 | SAG90I0375 | 2.72 |
| DEL101 | 392516 | 11/07/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 14729 | 14729 | SAG90I0375 | 2.12 |
| DEL101 | 392536 | 11/08/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14764 | 14764 | SAG90I0375 | 185.23 |
| DEL101 | 392568 | 11/08/07 | $ 286.49 | 1,575 | 0.1819 | 26105189 | 14765 | 14765 | SAG90I0375 | 6.36 |
| DEL101 | 392569 | 11/08/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 14766 | 14766 | SAG90I0375 | 2.12 |
| DEL101 | 392597 | 11/09/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 14825 | 14825 | SAG90I0375 | 370.46 |
| DEL101 | 392635 | 11/09/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14826 | 14826 | SAG90I0375 | 2.72 |
| DEL101 | 392636 | 11/09/07 | $ 142.05 | 1,500 | 0.0947 | 26105188 | 14827 | 14827 | SAG90I0375 | 3.18 |
| DEL101 | 392657 | 11/12/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 14899 | 14899 | SAG90I0375 | 185.23 |
| DEL101 | 392683 | 11/12/07 | $ 122.78 | 675 | 0.1819 | 26105189 | 14900 | 14900 | SAG90I0375 | 2.72 |
| DEL101 | 392684 | 11/12/07 | $ 47.35 | 500 | 0.0947 | 26105188 | 14901 | 14901 | SAG90I0375 | 1.06 |
| DEL101 | 392823 | 11/15/07 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 15053 | 15053 | SAG90I0375 | 63.64 |
| DEL101 | 392951 | 11/19/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15154 | 15154 | SAG90I0375 | 21.21 |
| DEL101 | 393000 | 11/20/07 | $ 3,494.93 | 8,160 | 0.4283 | 26097893 | 15195 | 15195 | SAG90I0375 | 84.87 |
| DEL101 | 393231 | 11/28/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15431 | 15431 | SAG90I0375 | 21.21 |
| DEL101 | 393264 | 11/29/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15472 | 15472 | SAG90I0375 | 21.21 |
| DEL101 | 393343 | 11/30/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15535 | 15535 | SAG90I0375 | 21.21 |
| DEL101 | 393399 | 12/03/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 15583 | 15583 | SAG90I0375 | 42.43 |
| DEL101 | PYMNT000173 | 12/04/07 | $ 30,082.73 | - | - |  |  |  |  | (30,082.73) |
| DEL101 | 393481 | 12/05/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15668 | 15668 | SAG90I0375 | 21.21 |
| DEL101 | 393510 | 12/06/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15691 | 15691 | SAG90I0375 | 21.21 |
| DEL101 | 393568 | 12/07/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 15753 | 15753 | SAG90I0375 | 42.43 |
| DEL101 | 393615 | 12/10/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15792 | 15792 | SAG90I0375 | 21.21 |
| DEL101 | 393660 | 12/11/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15839 | 15839 | SAG90I0375 | 21.21 |
| DEL101 | 393705 | 12/12/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15881 | 15881 | SAG90I0375 | 21.21 |
| DEL101 | 393761 | 12/13/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15941 | 15941 | SAG90I0375 | 21.21 |
| DEL101 | 393819 | 12/14/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 15996 | 15996 | SAG90I0375 | 21.21 |
| DEL101 | 393870 | 12/17/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 16049 | 16049 | SAG90I0375 | 873.73 |
| DEL101 | 394068 | 12/20/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 16184 | 16184 | SAG90I0375 | 94.70 |
| DEL101 | 394079 | 12/21/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 16238 | 16238 | SAG90I0375 | 873.73 |
| DEL101 | 394116 | 12/21/07 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 16239 | 16239 | SAG90I0375 | 94.70 |
| DEL101 | 394151 | 01/02/08 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 16278 | 16278 | SAG90I0375 | 873.73 |
| DEL101 | 394169 | 01/02/08 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 16279 | 16279 | SAG90I0375 | 94.70 |
| DEL101 | 394186 | 01/03/08 | $ 4,317.26 | 10,080 | 0.4283 | 26097893 | 16340 | 16340 | SAG90I0375 | 4,317.26 |
| DEL101 | 394216 | 01/03/08 | $ 122.78 | 675 | 0.1819 | 26105189 | 16341 | 16341 | SAG90I0375 | 122.78 |
| DEL101 | 394217 | 01/03/08 | $ 142.05 | 1,500 | 0.0947 | 26105188 | 16342 | 16342 | SAG90I0375 | 142.05 |
| DEL101 | 394269 | 01/07/08 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 16448 | 16448 | SAG90I0375 | 1,747.46 |
| DEL101 | 394298 | 01/07/08 | $ 331.45 | 1,000 | 0.0947 | 26105188 | 16564 | 16564 | SAG90I0375 | 331.45 |
| DEL101 | 394380 | 01/08/08 | $ 204.64 | 1,125 | 0.1819 | 26105189 | 16497 | 16497 | SAG90I0375 | 204.64 |
| DEL101 | 394408 | 01/09/08 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 16562 | 16562 | SAG90I0375 | 1,747.46 |
| DEL101 | 394428 | 01/09/08 | $ 204.64 | 1,125 | 0.1819 | 26105189 | 16563 | 16563 | SAG90I0375 | 204.64 |
| DEL101 | 394429 | 01/09/08 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 16564 | 16564 | SAG90I0375 | 94.70 |
| DEL101 | 394498 | 01/10/08 | $ 204.64 | 1,125 | 0.1819 | 26105189 | 16609 | 16609 | SAG90I0375 | 204.64 |
| DEL101 | 394499 | 01/10/08 | $ 94.70 | 1,000 | 0.0947 | 26105188 | 16610 | 16610 | SAG90I0375 | 94.70 |
| DEL101 | 394561 | 01/11/08 | $ 409.28 | 2,250 | 0.1819 | 26105189 | 16640 | 16640 | SAG90I0375 | 409.28 |
| DEL101 | 394562 | 01/11/08 | $ 142.05 | 1,500 | 0.0947 | 26105188 | 16641 | 16641 | SAG90I0375 | 142.05 |
| DEL101 | 394592 | 01/14/08 | $ 204.64 | 1,125 | 0.1819 | 26105189 | 16703 | 16703 | SAG90I0375 | 204.64 |
| DEL101 | 394593 | 01/14/08 | $ 189.40 | 2,000 | 0.0947 | 26105188 | 16704 | 16704 | SAG90I0375 | 189.40 |
| DEL101 | 394617 | 01/15/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 16765 | 16765 | SAG90I0375 | 852.52 |
| DEL101 | 394675 | 01/16/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 16802 | 16802 | SAG90I0375 | 852.52 |
| DEL101 | 394704 | 01/17/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 16833 | 16833 | SAG90I0375 | 852.52 |
| DEL101 | 394764 | 01/18/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 16884 | 16884 | SAG90I0375 | 852.52 |
| DEL101 | 394866 | 01/22/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 16971 | 16971 | SAG90I0375 | 852.52 |
| DEL101 | 394919 | 01/23/08 | $ 852.52 | 2,040 | 0.4179 | 26097893 | 17016 | 17016 | SAG90I0375 | 852.52 |
| DEL101 | 394941 | 01/23/08 | $ 163.71 | 900 | 0.1819 | 26105189 | 17017 | 17017 | SAG90I0375 | 163.71 |

| Exhibit B-2 | | | Unpaid Post-Petition Arrearage and Unpaid Post-Petition Current Obligations | | | | | | Account No. DEL 101 |
|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 394942 | 01/23/08 $ | 94.70 | 1,000 | 0.0947 | 26105188 | 17018 17018 | SAG90I0375 | 94.70 |
| DEL101 | 394960 | 01/24/08 $ | 852.52 | 2,040 | 0.4179 | 26097893 | 17059 17059 | SAG90I0375 | 852.52 |
| DEL101 | 394985 | 01/24/08 $ | 245.57 | 1,350 | 0.1819 | 26105189 | 17060 17060 | SAG90I0375 | 245.57 |
| DEL101 | 394986 | 01/24/08 $ | 94.70 | 1,000 | 0.0947 | 26105188 | 17061 17061 | SAG90I0375 | 94.70 |
| | | | | | | | | | __45,411.82__ |

### Account Composition

| | |
|---|---:|
| Invoices partially paid | |
| 7/19/06 to 10/17/06 | 10,002.43 |
| 10/17/06 to 7/1/07 | 5,595.40 |
| 8/1/07 to 12/14/07 | 10,185.23 |
| **Unpaid Post-Petition Arrearage Past Due:** | 25,783.06 |
| **Unpaid Post-Petition Current Obligations (12/20/07 to 1/24/08)** | 19,628.76 |
| | 45,411.82 |

05-44481-rdd    Doc 12447-3    Filed 02/01/08    Entered 02/01/08 14:13:34    Exhibit B-2
Pg 7 of 7