# EXHIBIT C

CLE - 1050203.1

Exhibit C

Estimated Inventory on Hand

Delphi Inventory as of January 30, 2008
Saginaw

| Part # | Description | 2008 Forecasted Customer Qty | FG Pieces | WIP Pieces | Size Code | Raw Lbs. @ S & Z | Supplier | Raw Committed to Date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 07804529 | | 0 | 0 | 0 | 1160850000100 | 3,100 | PS204 | None | |
| 07811995 | | 3,348 | 0 | 0 | 1190387550100 | 0 | N/A | None | |
| 07832311 | | 0 | 0 | 0 | '0760375501100 | 0 | N/A | None | |
| 26028682 | | 586 | 0 | 0 | 0770554000200 | 0 | N/A | None | |
| 26031427 | | 601,833 | 2,900 | 0 | 0660576000200 | 4,025 | PD530 | May 2008 | |
| 26038320 | | 338,936 | 12,000 | 8,800 | 1300937101100 | 0 | N/A | May 2008 | |
| 26045677 | | 595,862 | 7,200 | 0 | 1330937500100 | 21,710 | PM510 | May 2008 | Shared Material |
| 26049476 | | 12,386 | 0 | 0 | 1310304101100 | 600 | PS204 | Feb. 2008 | Service |
| 26052377 | | 0 | 0 | 0 | 1300712500100 | 0 | N/A | None | |
| 26059928 | | 0 | 1,060 | 0 | 2250205001100 | 0 | N/A | None | |
| 26061681 | | 30,382 | 0 | 0 | 1330937500100 | 21,710 | PM510 | May 2008 | Shared Material |

1/31/2008