**THALER GERTLER**
LLP

ATTORNEYS AT LAW

ANDREW M. THALER
RICHARD G. GERTLER

MICHAEL A. FARINA
JEFFREY L. SOLOMON
MARC A. WASSERMAN

*Of Counsel*
FREDRIC H. AARON
ROBERT H. SOLOMON
STANLEY THALER

February 1, 2008

**Via Facsimile and Regular Mail**

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Attention: Adlai S. Hardin, III, Esq.

Re:   **In Re Delphi Corporation**
      **Case No.: 05-44481-rdd**

Dear Mr. Hardin:

Please allow this letter to confirm our previous conversation whereby you agreed to adjourn the hearing of the application of Jimmy Mueller, David Gargis and Keith Livingston to vacate the automatic stay for the purpose of commencing an action against Delphi Corporation and the Delphi Hourly-Rate Employee Pension Plan (Docket No.: 11611) which was scheduled for January 25, 2008, to the next available date on the court's calendar, to wit: February 21, 2008 at 10:00 a.m.

Thank you for your attention to this matter.

Very truly yours,

Andrew M. Thaler

AMT/kw
cc:   Chambers of Judge Robert D. Drain
      US Bankruptcy Court, S.D.N.Y.

W:\Clients A-Z\Clients K-N\Martin.David\Correspondence\Hardin 001kw.wpd

*Innovative Thinking ~ Optimized Results*
90 Merrick Avenue, Suite 400  •  East Meadow NY 11554  •  **P** 516-228-3553  **F** 516-228-3396  •  www.thalergertler.com