UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                    Case No. 05-44481
                                             Chapter 11 proceeding

                Debtor.                      [Jointly Administered]
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN      )
                       ) ss.
COUNTY OF GENESEE   )

        I hereby certify that on February 1, 2008, I electronically filed MacArthur Corporation's Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract to be Assumed and Assigned Under Plan of Reorganization with the Clerk of the Court using the ECF system.

        I hereby certify that on January 31, 2008, I have mailed by U.S. Postal Service, First Class with Certificate of Mailing, the above pleadings to the following pursuant to the Notice:

                Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

                Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: General Counsel

                Skadden Arps Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John K. Lyons and Ron E. Meisler

                Davis Polk & Wardwell, 450 Lexington Avenue, New York NY 10017, Attn: Donald Bernstein and Brian Resnick

                Latham & Watkins, LLP, 885 Third Avenue, New York NY 10022, Attn: Robert J. Rosenberg and Mark A. Broude

Fried Frank Harris Shriver & Jacobson, LLP, One New York Plaza, New York NY 10004, Attn: Bonnie Steingart

Appaloosa Management, L.P., White & Case, LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Ste 4900, Miami FL 33131, Attn: Thomas E. Lauria

White & Case, LLP, 1144 Avenue of the Americas, New York NY 10036, Attn: Glenn M. Kurtz and Gregory Pryor

White & Case, LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Ste 4900, Miami FL 33131, Attn: Thomas E. Lauria

White & Case, LLP, 1155 Avenue of the Americas, New York NY 10036, Attn: John M. Reiss and Gregory Pryor

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Ste 2100, New York NY 10004, Attn: Alicia M. Leonhard

/s/ Gina M. Herron
Gina M. Herron
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone: (810) 579-3600
Email:   ecf@winegarden-law.com


PREPARED BY: Dennis M. Haley (P14538), WINEGARDEN, HALEY, LINDHOLM & ROBERTSON, P.L.C., G-9460 S. Saginaw Street, Suite A, Grand Blanc, MI 48439; (810) 579-3600
F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\2-1-08 Proof.ser2.wpd