UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al          Case No. 05-44481
                                   Chapter 11 proceeding

       Debtor.                     [Jointly Administered]
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF GENESEE    )

    I hereby certify that on February 1, 2008, I electronically filed MacArthur Corporation's Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract of unexpired Lease to be Assumed and Assigned in Connection with the Sale of Steering and Halfshaft Business with the Clerk of the Court using the ECF system.

    I hereby certify that on January 31, 2008, I have mailed by Federal Express (next business afternoon) the above pleadings to the following pursuant to the Notice:

    Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

    Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098 Attn: Legal Staff

    Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: Deputy General Counsel, Transactional & Restructuring

    Skadden Arps Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John K. Lyons, Ron E. Meisler and Brian M. Fern

    Davis Polk & Wardwell, 450 Lexington Avenue, New York NY 10017, Attn: Donald Bernstein and Brian Resnick

Latham & Watkins, LLP, 885 Third Avenue, New York NY 10022, Attn: Robert J. Rosenberg and Mark A. Broude

Fried Frank Harris Shriver & Jacobson, LLP, One New York Plaza, New York NY 10004, Attn: Bonnie Steingart

Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, CA 90017, Attn: Richard L. Wynne

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Ste 2100, New York NY 10004, Attn: Alicia M. Leonhard

/s/ Gina M. Herron
Gina M. Herron
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone: (810) 579-3600
Email:  ecf@winegarden-law.com

PREPARED BY: Dennis M. Haley (P14538), WINEGARDEN, HALEY, LINDHOLM & ROBERTSON, P.L.C., G-9460 S. Saginaw Street, Suite A, Grand Blanc, MI 48439; (810) 579-3600
F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\2-1-08 Proof.ser.wpd