CALINOFF & KATZ, LLP
Dorothy H. De Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)
        --and--
MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, Maryland 21202
(410) 385-3406
(410) 385-3700 (fax)


UNITED STATES BANKRUPTCY COURT    Hearing Date and Time:
SOUTHERN DISTRICT OF NEW YORK     Objection Deadline: 02/02/2008
----------------------------------------x
In re:                              :
                                    :
                                    :  **Chapter 11**
**DELPHI CORPORATION, et al.,**     :  **Case No.: 05-44481 (RDD)**
                                    :  **(Jointly Administered)**
                                    :
      Debtors.                      :
----------------------------------------x

### OBJECTION OF HYDRO ALUMINUM NORTH AMERICA, INC. TO THE DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

Hydro Aluminum North America, Inc. ("Hydro"), by its undersigned attorneys, Miles & Stockbridge P.C. and Calinoff & Katz, LLP, hereby files this response to the *Debtors' Notice of Cure Amount With Respect to Executory Contracts or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* filed on January 23, 2008 [Docket No. 12324] (the "Cure Notice"). In support hereof, Hydro states as follows:

1. By transfer agreement dated March 9, 2006, Hydro transferred its scheduled entire claim against Delphi Automotive Systems, LLC (the "Debtor") to Contrarian Funds, LLC ("Contrarian"). Because Hydro's claim was scheduled by the Debtor in a lesser amount than that $603,421.56 which Hydro believes it is owed, Contrarian funded the transfer based on the lower, scheduled amount of Hydro's claim. Pursuant to the transfer agreement, Hydro and Contrarian agreed that Contrarian would file a proof of claim on behalf of Hydro for the full $603,421.56, and that Hydro would retain the right to pursue and defend any amounts of the proof of claim over and above the scheduled and funded amount.

2. On July 10, 2006, Contrarian, as assignee of Hydro, filed a timely proof of claim in the Debtor's bankruptcy case asserting an unsecured, non-priority claim in the amount of $603,421.56 (the "Claim").[1] The Claim is based upon aluminum products supplied by Hydro to the Debtor between January and October 2005. Contrarian attached an accounts receivable statement to the Claim, which included invoice numbers, invoice dates and due dates.

3. On December 10, 2007, the Debtor served a notice of cure amount with respect to executory contracts to be assumed under the plan. That notice pertained to the assumption of the following purchase orders: SAG9015217 and SAG9015216 (the "Purchase Orders"), and proposed cure amounts of $2,760.00 and $531,000.05, respectively. Pursuant to the directions contained in the notice, Hydro stated that it disagreed with the proposed cure amounts.

4. On December 21, 2007, the Debtor filed a *Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely*

---

[1] The Claim is listed as Claim No. 9111 in the Debtor's bankruptcy case.

*Claim, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to*

*Modification that is Subject to Prior Order* [Docket No. 11588], pursuant to which the Debtor objected to the prepetition amounts outstanding under the Purchase Orders, as set forth in the Claim. On January 18, 2008, Hydro filed a response to that claim objection, and attached supporting documentation [Docket No. 12280].

5. In the Cure Notice, the Debtor again proposes that under the Purchase Orders, Hydro is owed only $2,760.00 and $531,000.05, respectively.

6. Hydro has reviewed its books and records, and disagrees with the Debtor's proposed cure amount. According to Hydro's records, the total amount outstanding under the Purchase Orders is $603,421.56. A summary of the outstanding invoices evidencing amounts due under the Purchase Orders is attached hereto as <u>Exhibit A</u>.

7. Because Hydro disputes the cure amounts proposed in the Cure Notice, Hydro requests that the assumption and assignment of the Purchase Orders be conditioned upon a total cure payment in the amount of $603,421.56.

WHEREFORE, Hydro Aluminum North America, Inc. respectfully requests that this Court enter an Order (i) requiring a cure payment under the Purchase Orders in the full amount of $603,421.56; (ii) conditioning the assumption and assignment of the Purchase Orders upon payment in full of $603,421.56; and (iii) granting such other and further relief that the Court deems just and necessary.

Date:   New York, New York
        February 1, 2008

Respectfully Submitted,
CALINOFF & KATZ, LLP
By: /s/ Dorothy H. De Marinis-Riggio
Dorothy H. De Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800

--and—

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, Maryland 21202
(410) 385-3406
(410) 385-3700 (fax)

*Attorneys for Hydro Aluminum North America, Inc.*

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
|---|---|---|---|---|---|
| 20090948 | 01/31/05 | $1,800.00 | $1,800.00 | 20039269 | SAG90I5217 |
| 50009272 | 01/31/05 | $4,220.00 | $4,220.00 | 50006067 | S2S51478 |
| 20091726 | 02/22/05 | $1,980.00 | $1,980.00 | 20039522 | SAG90I5217 |
| 20093896 | 04/28/05 | $2,031.12 | $2,031.12 | 20040135 | SAG90O5217 |
| 20093951 | 04/29/05 | $1,987.44 | $1,987.44 | 20040154 | SAG90O5217 |
| 50010394 | 05/23/05 | $196.20 | $196.20 | 50006966 | SAG90I5216 |
| 50010765 | 07/11/05 | $8,829.00 | $98.10 | 50007279 | SAG90I5216 |
| 50010827 | 07/19/05 | $2,544.00 | $2,544.00 | 50007330 | SAG90I5216 |
| 50010886 | 07/27/05 | $2,977.92 | $2,977.92 | 50007385 | SAG90I5216 |
| 50010887 | 0727/05 | $6,747.84 | $6,747.84 | 50007385 | SAG90I5216 |
| 50010888 | 07/27/05 | $5,886.00 | $5,886.00 | 50007385 | SAG90I5216 |
| 50010889 | 07/27/05 | $2,856.96 | $2,856.96 | 50007385 | SAG90I5216 |
| 20097083 | 07/28/05 | $1,380.00 | $1,380.00 | 20041101 | SAG90I5217 |
| 20097084 | 07/28/05 | $1,380.00 | $1,380.00 | 20041101 | SAG90I5217 |
| 50010903 | 07/28/05 | $5,886.00 | $5,886.00 | 50007396 | SAG90I5216 |
| 50010922 | 07/29/05 | $2,977.92 | $2,977.92 | 50007409 | SAG90I5216 |
| 50010923 | 07/29/05 | $6,747.84 | $6,747.84 | 50007409 | SAG90I5216 |
| 50010924 | 07/29/05 | $8,829.00 | $8,829.00 | 50007409 | SAG90I5216 |
| 50010925 | 07/29/05 | $2,856.96 | $2,856.96 | 50007409 | SAG90I5216 |
| 50010941 | 08/01/05 | $5,886.00 | $5,886.00 | 50007421 | SAG90I5216 |
| 50010942 | 08/01/05 | $2,977.92 | $2,977.92 | 50007421 | SAG90I5216 |
| 50010949 | 08/02/05 | $5,886.00 | $5,886.00 | 50007427 | SAG90I5216 |
| 50010950 | 08/02/05 | $2,977.92 | $2,977.92 | 50007427 | SAG90I5216 |
| 50010958 | 08/03/05 | $5,886.00 | $5,886.00 | 50007435 | SAG90I5216 |
| 50010964 | 08/04/05 | $5,886.00 | $5,886.00 | 50007441 | SAG90 |
| 50010965 | 08/04/05 | $2,977.92 | $2,977.92 | 50007441 | SAG90I5216 |
| 50010977 | 08/05/05 | $2,977.92 | $2,977.92 | 50007453 | SAG90I5216 |
| 50010978 | 08/05/05 | $6,747.84 | $6,747.84 | 50007453 | SAG90I5216 |
| 50010979 | 08/05/05 | $5,886.00 | $5,886.00 | 50007453 | SAG90I5216 |
| 50010980 | 08/05/05 | $2,856.96 | $2,856.96 | 50007453 | SAG90I5216 |
| DM00000574 | 08/08/05 | $306.72 | $306.72 | | |
| 50011000 | 08/08/05 | $2,977.92 | $2,977.92 | 50007473 | SAG90I5216 |
| 50011001 | 08/08/05 | $8,829.00 | $8,829.00 | 50007473 | SAG90I5216 |
| 50011002 | 08/08/05 | $2,856.96 | $2,856.96 | 50007473 | SAG90I5216 |
| 50011003 | 08/08/05 | $2,308.50 | $2,308.50 | 50007473 | SAG90I5216 |
| 50011014 | 08/09/05 | $5,886.00 | $5,886.00 | 50007484 | SAG90I5216 |
| 50011021 | 08/10/05 | $2,977.92 | $2,977.92 | 50007490 | SAG90I5216 |
| 50011022 | 08/10/05 | $5,886.00 | $5,886.00 | 50007490 | SAG90I5216 |
| 50011037 | 08/11/05 | $5,886.00 | $5,886.00 | 50007503 | SAG90I5216 |
| 50011045 | 08/12/05 | $2,977.92 | $2,977.92 | 50007511 | SAG90I5216 |
| 50011046 | 08/12/05 | $6,747.84 | $6,747.84 | 50007511 | SAG90I5216 |
| 50011047 | 08/12/05 | $5,886.00 | $5,886.00 | 50007511 | SAG90I5216 |
| 50011048 | 08/12/05 | $2,856.96 | $2,856.96 | 50007511 | SAG90I5216 |
| 50011072 | 08/15/05 | $8,829.00 | $8,829.00 | 50007535 | SAG90I5216 |
| 50011073 | 08/15/05 | $2,308.50 | $2,308.50 | 50007535 | SAG90I5216 |
| 50011074 | 08/15/05 | $2,977.92 | $2,977.92 | 50007535 | SAG90I5216 |
| 50011083 | 08/16/05 | $5,886.00 | $5,886.00 | 50007544 | SAG90I5216 |
| 50011085 | 08/16/05 | $1,053.50 | $1,053.50 | 50007546 | DL00102 |
| 50011094 | 08/17/05 | $5,886.00 | $5,886.00 | 50007553 | SAG90I5216 |
| 50011095 | 08/17/05 | $2,977.92 | $2,977.92 | 50007553 | SAG90I5216 |
| 50011105 | 08/18/05 | $5,886.00 | $5,886.00 | 50007563 | SAG90I5216 |
| 50011115 | 08/19/05 | $2,977.92 | $2,977.92 | 50007573 | SAG90I5216 |
| 50011116 | 08/19/05 | $5,886.00 | $5,886.00 | 50007573 | SAG90I5216 |
| 50011117 | 08/19/05 | $6,747.84 | $6,747.84 | 50007573 | SAG90I5216 |
| 50011118 | 08/19/05 | $2,856.96 | $2,856.96 | 50007573 | SAG90I5216 |
| 50011121 | 08/19/05 | $602.00 | $602.00 | 50007576 | DL00102 |
| 50011145 | 08/22/05 | $5,886.00 | $5,886.00 | 50007600 | SAG90I5216 |
| 50011158 | 08/23/05 | $8,829.00 | $8,829.00 | 50007612 | SAG90I5216 |
| 50011170 | 08/24/05 | $5,886.00 | $5,886.00 | 50007624 | SAG90I5216 |
| 50011177 | 08/25/05 | $8,829.00 | $8,829.00 | 50007631 | SAG90I5216 |
| 50011191 | 08/26/05 | $5,886.00 | $5,886.00 | 50007644 | SAG90I5216 |
| 50011192 | 08/26/05 | $2,977.92 | $2,977.92 | 50007644 | SAG90I5216 |



EXHIBIT A

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
|---|---|---|---|---|---|
| 50011193 | 08/26/05 | $6,747.84 | $6,747.84 | 50007644 | SAG90I5216 |
| 50011194 | 08/26/05 | $2,856.96 | $2,856.96 | 50007644 | SAG90I5216 |
| 50011203 | 08/29/05 | $5,886.00 | $5,886.00 | 50007651 | SAG90I5216 |
| 50011215 | 08/30/05 | $8,829.00 | $8,829.00 | 50007661 | SAG90I5216 |
| 50011249 | 09/01/05 | $29,641.14 | $29,641.14 | 50007686 | SAG90I5216 |
| 50011244 | 09/02/05 | $8,829.00 | $8,829.00 | 50007681 | SAG90I5216 |
| 50011262 | 09/06/05 | $8,829.00 | $8,829.00 | 50007699 | SAG90I5216 |
| 50011266 | 09/07/05 | $1,806.00 | $1,806.00 | 50007703 | DL00102 |
| 50011267 | 09/07/05 | $2,977.92 | $2,977.92 | 50007704 | SAG90I5216 |
| 50011268 | 09/07/05 | $5,886.00 | $5,886.00 | 50007704 | SAG90I5216 |
| 50011274 | 09/08/05 | $8,829.00 | $8,829.00 | 50007710 | SAG90I5216 |
| 50011279 | 09/09/05 | $6,747.84 | $6,747.84 | 50007715 | SAG90I5216 |
| 50011280 | 09/09/05 | $2,977.92 | $2,977.92 | 50007715 | SAG90I5216 |
| 50011281 | 09/09/05 | $5,886.00 | $5,886.00 | 50007715 | SAG90I5216 |
| 50011282 | 09/09/05 | $2,856.96 | $2,856.96 | 50007715 | SAG90I5216 |
| 50011297 | 09/12/05 | $5,886.00 | $5,886.00 | 50007728 | SAG90I5216 |
| 50011304 | 09/13/05 | $5,886.00 | $5,886.00 | 50007735 | SAG90I5216 |
| 50011308 | 09/13/05 | $3,467.52 | $3,467.52 | 50007739 | DL00102 |
| 50011316 | 09/14/05 | $5,886.00 | $5,886.00 | 50007746 | SAG90I5216 |
| 50011317 | 09/14/05 | $2,977.92 | $2,977.92 | 50007747 | SAG90I5216 |
| 50011325 | 09/15/05 | $2,943.00 | $2,943.00 | 50007755 | SAG90I5216 |
| 50011326 | 09/15/05 | $2,943.00 | $2,943.00 | 50007756 | SAG90I5216 |
| 50011340 | 09/16/05 | $5,886.00 | $5,886.00 | 50007770 | SAG90I5216 |
| 50011341 | 09/16/05 | $2,977.92 | $2,977.92 | 50007770 | SAG90I5216 |
| 50011342 | 09/16/05 | $6,747.84 | $6,747.84 | 50007770 | SAG90I5216 |
| 50011343 | 09/16/05 | $2,308.50 | $2,308.50 | 50007770 | SAG90I5216 |
| 50011344 | 09/16/05 | $2,856.96 | $2,856.96 | 50007770 | SAG90I5216 |
| 50011353 | 09/19/05 | $3,467.52 | $3,467.52 | 50007779 | DL00102 |
| 50011358 | 09/19/05 | $5,886.00 | $5,886.00 | 50007784 | SAG90I5216 |
| 50011363 | 09/20/05 | $5,955.84 | $5,955.84 | 50007789 | SAG90I5216 |
| 50011364 | 09/20/05 | $5,886.00 | $5,886.00 | 50007789 | SAG90I5216 |
| 50011365 | 09/20/05 | $2,308.50 | $2,308.50 | 50007789 | SAG90I5216 |
| 50011380 | 09/21/05 | $5,886.00 | $5,886.00 | 50007800 | SAG90I5216 |
| 50011381 | 09/21/05 | $2,977.92 | $2,977.92 | 50007800 | SAG90I5216 |
| 50011382 | 09/21/05 | $6,747.84 | $6,747.84 | 50007800 | SAG90I5216 |
| 50011396 | 09/22/05 | $8,829.00 | $8,829.00 | 50007808 | SAG90I5216 |
| 50011405 | 09/23/05 | $2,977.92 | $2,977.92 | 50007817 | SAG90I5216 |
| 50011406 | 09/23/05 | $5,886.00 | $5,886.00 | 50007817 | SAG90I5216 |
| 50011407 | 09/23/05 | $2,856.96 | $2,856.96 | 50007817 | SAG90I5216 |
| 50011408 | 09/23/05 | $2,308.50 | $2,308.50 | 50007817 | SAG90I5216 |
| 50011417 | 09/26/05 | $5,886.00 | $5,886.00 | 50007824 | SAG90I5216 |
| 50011418 | 09/26/05 | $3,467.52 | $3,467.52 | 50007825 | SAG90I5216 |
| 50011430 | 09/27/05 | $8,829.00 | $8,829.00 | 50007835 | SAG90I5216 |
| 50011431 | 09/27/05 | $2,977.92 | $2,977.92 | 50007835 | SAG90I5216 |
| 50011442 | 09/28/05 | $6,747.84 | $6,747.84 | 50007845 | SAG90I5216 |
| 50011443 | 09/28/05 | $2,977.92 | $2,977.92 | 50007845 | SAG90I5216 |
| 50011444 | 09/28/05 | $2,856.96 | $2,856.96 | 50007845 | SAG90I5216 |
| 50011445 | 09/28/05 | $5,886.00 | $5,886.00 | 50007845 | SAG90I5216 |
| 50011466 | 09/30/05 | $2,977.92 | $2,977.92 | 50007863 | SAG90I5216 |
| 50011467 | 09/30/05 | $11,772.00 | $11,772.00 | 50007863 | SAG90I5216 |
| 50011468 | 09/30/05 | $2,856.96 | $2,856.96 | 50007863 | SAG90I5216 |
| 50011469 | 09/30/05 | $2,308.50 | $2,308.50 | 50007863 | SAG90I5216 |
| 50011483 | 10/03/05 | $8,829.00 | $8,829.00 | 50007875 | SAG90I5216 |
| 50011492 | 10/04/05 | $5,886.00 | $5,886.00 | 50007883 | SAG90I5216 |
| 50011493 | 10/04/05 | $2,856.96 | $2,856.96 | 50007883 | SAG90I5216 |
| 50011503 | 10/05/05 | $3,467.52 | $3,467.52 | 50007892 | SAG90I5216 |
| 50011504 | 10/05/05 | $3,467.52 | $3,467.52 | 50007892 | SAG90I5216 |
| 50011506 | 10/05/05 | $5,886.00 | $5,886.00 | 50007894 | SAG90I5216 |
| 50011514 | 10/06/05 | $3,467.52 | $3,467.52 | 50007900 | SAG90I5216 |
| 50011515 | 10/06/05 | $6,747.84 | $6,747.84 | 50007901 | SAG90I5216 |
| 50011516 | 10/06/05 | $5,886.00 | $5,886.00 | 50007901 | SAG90I5216 |
| 50011536 | 10/07/05 | $5,886.00 | $5,886.00 | 50007918 | SAG90I5216 |

| Invoice Number | Invoice Date | Invoice Amount | Balance Remaining | Bill of Lading | Purchase Order |
|---|---|---|---|---|---|
| 50011537 | 10/07/05 | $2,308.50 | $2,308.50 | 50007918 | SAG90I5216 |
| 50011538 | 10/07/05 | $2,977.92 | $2,977.92 | 50007918 | SAG90I5216 |

**TOTAL DUE:** $603,421.56

05-44481-rdd    Doc 12452    Filed 02/01/08    Entered 02/01/08 15:21:26    Main Document
Pg 7 of 9

Pg 8 of 9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of February, 2008, a copy of the foregoing OBJECTION OF HYDRO ALUMINUM NORTH AMERICA, INC. TO THE DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS was served on the following via Federal Express overnight delivery (except as where indicated):

    The Chambers of the Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court for the Southern District of New York
    One Bowling Green, Room 632
    New York, New York 10004
    *(via hand delivery)*

    Delphi Automotive Systems LLC
    5725 Delphi Drive
    Troy, Michigan 49098
    Att'n: Legal Staff

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    Att'n: Deputy General Counsel, Transactional & Restructuring

    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606
    Att'n: John K. Lyons, Ron E. Meisler and Brian M. Fern

    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, New York 10017
    Att'n: Donald Bernstein and Brian Resnick

    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Att'n: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 100004
Att'n: Bonnie Steingart


Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017
Att'n: Richard L. Wynne


Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

/s/ Patricia A. Borenstein
Patricia A. Borenstein