# EXHIBIT A

CLE - 1050261.1

# S&Z Metalworks Ltd

## INVOICE

PLEASE--> S&Z METALWORKS LTD
REMIT--> P.O. BOX 74544   CLEVELAND, OH 44194-4544
TO--> DUNS NO.79-189-8062

3180 BEREA RD.
CLEVELAND, OH 44111-1595
PHONE: 216-252-4250  FAX: 216-251-4245

| NUMBER | DATE | PG |
|---|---|---|
| 394856 | 01/22/08 | 1 |

SHIP DATE SAME AS INVOICE DATE

BILL TO:
DELPHI SAGINAW STEERING SYSTEM
DELPHI CORPORATION
P.O. BOX 1550
FLINT, MI 48501-1550

SHIP TO:
DELPHI SAGINAW STEERING GEAR
PLANT NO. 6
TOWERLINE ROAD OFF HOLLAND
SAGINAW, MI. 48601

| CUSTOMER PURCHASE ORDER # | TERMS | F.O.B. POINT | CUSTOMER ID | OUR ORDER # | ORDER DATE | PKS/BOL# |
|---|---|---|---|---|---|---|
| SAG90I5449 | N/30 DAYS | CLEVELAND,OH | DEL100 - 09 | 250627 | 01/21/08 | 16963 |

| WK | DAY | ORDERED | SHIPPED | PART NUMBER | DESCRIPTION/COMMENTS | UM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| 04 | 03 | 1,250 | 1,250 | 07804529 | LEVER | EA | $4.20000 | $5,250.00 |

COMMENTS:   FRT CO: Sabreline
TOTAL PCS. SHIPPED: 1250
VENDOR ID: 485376

| | |
|---|---|
| LINE ITEM TOTALS | $5,250.00 |
| FREIGHT | $0.00 |
| CONTAINER/MISC | $0.00 |
| INVOICE GRAND TOTAL | $5,250.00 |