**MILLER JOHNSON**
250 Parkview Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
Thomas P. Sarb (TS 8282)
Robert D. Wolford (RW 1314)
(Each admitted *Pro Hac Vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br>DELPHI CORPORATION, et al.,<br><br>        Debtors. | Case No. 05-44481-RDD<br>Chapter 11<br>(Jointly Administered) |

---------------------------------------------------------------x

## PROOF OF SERVICE

      I do hereby swear that on the 1st day of February, 2008, I served copies of the **Limited, Protective Objection of Rosler Metal Finishing USA, L.L.C. to Debtors' Notice of Assumption and/or Assignment of Executory Contract or unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business** upon the following:

Honorable Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

John K. Lyons
Ron E. Meisler
Brian M. Fern
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Automotive Systems, LLC
Attn: Deputy General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart
Fried, Frank, Harris, Shiver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Richard L. Wynne
Buyers, Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

Office of the United States Trustee
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

Service was made via Federal Express, Saturday Delivery.

*[signature]*
Cindy M. Sherwood, Secretary to Robert D. Wolford
Miller Johnson
Attorneys for Rosler Metal Finishing USA, L.L.C.
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700g