UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                   :

In re:                                         :        Chapter 11

                                           :

DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)

                                           :

                       Debtors.       :        (Jointly Administered)

                                           :
-----------------------------------------------------------------x

### ORDER UNDER 11 U.S.C. § 107(b) AND
### FED. R. BANKR. P. 9018 FOR ORDER AUTHORIZING DEBTORS
### TO FILE PATENT LICENSE SETTLEMENT AGREEMENT UNDER SEAL

("DENSO PATENT LICENSE SETTLEMENT AGREEMENT UNDER SEAL ORDER")

Upon the ex parte application, dated January 31, 2008 (the "Application"),

of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors

and debtors- in-possession in the above-captioned cases (collectively, the "Debtors"), for

an Order (the "Order") Under 11 U.S.C. §107(b) And Fed. R. Bankr. P. 9018 Authorizing

Debtors To File Patent License Settlement Agreement Under Seal;  and it appearing that

pursuant to Fed. R. Bankr. P. 9018 no notice of the relief requested in the Application

need be provided;  and this Court having determined that the relief requested in the

Application is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest; and after due deliberation thereon;  and good and sufficient cause

appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Application is GRANTED.

2.      Pursuant to 11 U.S.C. §107(b) and Fed. R. Bankr. P. 9018, Delphi is

authorized to file the Patent License Settlement Agreement [1] under seal.

       3.     The Patent License Settlement Agreement shall remain confidential, be filed under seal, and shall be served on and made available only to:  (a) the United States Trustee;  (b) counsel to the Statutory Committees;  and (c) such other parties as ordered by this Court.

       4.     Except as otherwise agreed to by the Debtors and DENSO, any pleadings filed by a third party in these cases that reference or disclose any of the information contained in the Patent License Settlement Agreement shall be filed under seal and served only on those parties authorized to receive the Patent License Settlement Agreement as provided for in paragraph 3 of this Order.

       5.     The requirement pursuant to Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that the Debtors file a memorandum of law in support of the Application is hereby waived.

       6.     This Court retains jurisdiction to enforce this Order and the confidentiality of the Patent License Settlement Agreement and the sensitive information contained therein, including the authority to impose sanctions on any person or entity which violates this Order.

Dated:  New York, New York
       February 1, 2008

                    /s/ Robert D. Drain
                    THE HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE

---

[1]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.