# EXHIBIT A



# E. I. du Pont de Nemours and Company
WILMINGTON, DE 19898 U.S.A.

PAGE 1 OF 3

## STATEMENT

SEND PAYMENT REMITTANCE TO:

E. I. du Pont de Nemours and Co.
PO Box 2285
Carol Stream IL 60132-2285

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
WORLD HEADQUARTERS
3900 HOLLAND ROAD
SAGINAW MI 48601-9494
USA

FOR QUESTIONS TO:

Name : James A Blewett
Tel No : 302-992-4841
Fax No : 302-351-8674
Email : James.A.Blewett@usa.dupont.com

| DOCUMENT DATE | | | DUE DATE | | | DOCUMENT NO | REFERENCE NO. | REASON CODE | DAYS DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 22 | 07 | 01 | 25 | 07 | 1401012657 | EDI 02/22/2007 | 018 | 372 | 108.01- |
| 03 | 30 | 07 | 04 | 25 | 07 | 90924242 | 82092192 | DP1 | 282 | 14,443.52 |
| 04 | 19 | 07 | 04 | 19 | 07 | 1800350264 | CODEBACK | 018 | 288 | 108.01- |
| 04 | 25 | 07 | 04 | 25 | 07 | 1401045133 | | 011 | 282 | 2,067.62 |
| 06 | 07 | 07 | 06 | 25 | 07 | 1401065575 | EDI 06/07/2007 | 021 | 221 | 652.08- |
| 07 | 16 | 07 | 08 | 25 | 07 | 91014573 | 82227128 | | 160 | 13,556.86 |
| 07 | 18 | 07 | 08 | 25 | 07 | 91015937 | 82236270 | | 160 | 5,331.76 |
| 07 | 24 | 07 | 08 | 25 | 07 | 91018723 | 82246502 | | 160 | 3,491.84 |
| 08 | 30 | 07 | 08 | 30 | 07 | 1401110916 | EDI 08/30/2007 | 021 | 155 | 2,191.06- |
| 08 | 31 | 07 | 08 | 25 | 07 | 1800372628 | CODEBACK | 011 | 160 | 793.44 |
| 10 | 09 | 07 | 10 | 25 | 07 | 1800382754 | AS PER CUSTOMER | 011 | 99 | 4,082.91 |
| 10 | 09 | 07 | 10 | 25 | 07 | 1800382754 | AS PER CUSTOMER | 021 | 99 | 6,923.60- |
| 10 | 17 | 07 | 10 | 17 | 07 | 1800379478 | CODEBACK | 018 | 107 | 4,382.12- |
| 11 | 27 | 07 | 11 | 25 | 07 | 1401158763 | AS PER CUSTOMER | 021 | 68 | 3,782.90- |
| 11 | 27 | 07 | 12 | 15 | 06 | 1401158763 | AS PER CUSTOMER | 021 | 413 | 216.02- |
| 11 | 27 | 07 | 08 | 25 | 07 | 1401158763 | AS PER CUSTOMER | 011 | 160 | 3,491.84 |
| 12 | 03 | 07 | 01 | 25 | 08 | 91089953 | 32696404 | | 7 | 17,950.48 |
| 12 | 04 | 07 | 01 | 25 | 08 | 91090706 | 32699080 | | 7 | 13,036.66 |
| 12 | 07 | 07 | 01 | 25 | 08 | 91092238 | 32703360 | | 7 | 4,082.91 |
| 12 | 07 | 07 | 01 | 25 | 08 | 91092239 | 32705075 | | 7 | 10,065.02 |
| 12 | 07 | 07 | 01 | 25 | 08 | 91092240 | 32705143 | | 7 | 19,956.12 |
| 12 | 12 | 07 | 01 | 25 | 08 | 91094019 | 32708478 | | 7 | 12,033.84 |
| 12 | 13 | 07 | 01 | 25 | 08 | 91094499 | 32705150 | | 7 | 22,262.60 |
| 12 | 16 | 07 | 01 | 25 | 08 | 91095139 | 32711300 | | 7 | 61,243.65 |
| 12 | 17 | 07 | 01 | 25 | 08 | 91095744 | 32714445 | | 7 | 11,014.66 |
| 12 | 18 | 07 | 01 | 25 | 08 | 91096437 | 32716020 | | 7 | 4,382.12 |

| ACCOUNT NO. | STATEMENT BALANCE AT | |
|---|---|---|
| 55082359 | 02/01/2008 | |

E. I. du Pont de Nemours and Company
WILMINGTON, DE 19898 U.S.A



# STATEMENT

E. I. du Pont de Nemours and Co.
PO Box 2285
Carol Stream IL 60132-2285

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
WORLD HEADQUARTERS
3900 HOLLAND ROAD
SAGINAW MI 48601-9494
USA

Name : James A Blewett
Tel No : 302-992-4841
Fax No : 302-351-8674
Email : James.A.Blewett@usa.dupont.com

| INVOICE DATE | | | DUE DATE | | | DOCUMENT NO | REFERENCE NO | REASON CODE | DAYS LATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 18 | 07 | 01 | 25 | 08 | 91096438 | 32716359 | | 7 | 3,140.70 |
| 01 | 09 | 08 | 02 | 25 | 08 | 91103884 | 32729570 | | | 17,047.94 |
| 01 | 14 | 08 | 02 | 25 | 08 | 91105391 | 32738035 | | | 10,680.03 |
| 01 | 14 | 08 | 02 | 25 | 08 | 91107350 | 32739647 | | | 4,347.39 |
| 01 | 16 | 08 | 02 | 25 | 08 | 91106328 | 32742678 | | | 7,452.69 |
| 01 | 22 | 08 | 02 | 25 | 08 | 91108495 | 32749565 | | | 6,983.68 |
| 01 | 24 | 08 | 02 | 25 | 08 | 91109523 | 32752101 | | | 7,452.69 |
| 01 | 31 | 08 | 02 | 25 | 08 | 91112330 | 32758021 | | | 83,641.80 |

| ACCOUNT NO. | STATEMENT BALANCE AT | TOTAL | |
|---|---|---|---|
| 55082359 | 02/01/2008 | AMOUNT ---> USD | 345,670.97 |

E. I. du Pont de Nemours and Company
WILMINGTON, DE 19898 U.S.A



# STATEMENT

SEND PAYMENT WITH REMITTANCE TO

E. I. du Pont de Nemours and Co.
PO Box 2285
Carol Stream IL 60132-2285

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
WORLD HEADQUARTERS
3900 HOLLAND ROAD
SAGINAW MI 48601-9494
USA

QUESTIONS

Name : James A Blewett
Tel No : 302-992-4841
Fax No : 302-351-8674
Email : James.A.Blewett@usa.dupont.com

LEGEND - REARK COMMENTS

| Code | Description | Code | Description | Code | Description |
|------|-------------|------|-------------|------|-------------|
| 011 DP1 | Underpayment Due Disputed Invoice | 018 | Overpayment Collecti | 021 | Overpayment Sales |

If you do not wish to receive a Month End Statement from DuPont, please contact your Credit Manager. For your convenience, contact information has been provided above. Thank you for your business.