Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Counsel for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             )
   In re:                                                    )       Chapter 11
                                                             )
   DELPHI CORPORATION, et al.,                               )       Case No. 05-44481 (RDD)
                                                             )
                         Debtors.                            )       (Jointly Administered)
                                                             )
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

       I, Jayne A. Hahn, certify that on February 1, 2008, I served a true and correct copy of the Objection of E.I. du Pont de Nemours and Company to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection With Sale of Steering and Halfshaft Business on the below named parties in the manner specified for such party:

- 2 -

|   | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | U.S. Mail and<br>Overnight Courier |
| 2. | Delphi Corporation<br>Attention:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | U.S. Mail and<br>Overnight Courier |
| 3. | Delphi Corporation<br>Attention:  Deputy General Counsel, Transactional<br>      & Restructuring<br>5725 Delphi Drive<br>Troy, MI  48098 | U.S. Mail and<br>Overnight Courier |
| 4. | Delphi Automotive Systems LLC<br>Attention:  Legal Staff<br>5725 Delphi Drive<br>Troy, MI  48098 | U.S. Mail and Overnight Courier |
| 5. | Ron E. Meisler, Esq.<br>John K. Lyons, Esq.<br>Brian M. Fern, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | U.S. Mail and Overnight Courier |
| 6. | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | U.S. Mail and Overnight Courier |
| 7. | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | U.S. Mail and Overnight Courier |

- 3 -

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 8. | Bonnie Steingart<br>Fried, Frank, Harris, Shriver and Jacobsen LLP<br>One New York Plaza<br>New York, NY 10004 | U.S. Mail and Overnight Courier |
| 9. | Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY   10004 | U.S. Mail and Overnight Courier |
| 10. | Richard L. Wynne, Esq.<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA   90017 | U.S. Mail and Overnight Courier |

Dated:  February 1, 2008

                 /s/ Jayne A. Hahn
                   Jayne A. Hahn

Doc # 01-1718581.1