# EXHIBIT A

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02721141 | | 35611 |

K24I  1         783570         Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 8/27/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02911587 | 12/12/07 | 1697841 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9014765 | 783573 | 800 | 33 | 00/00/00 | 12/12/07 | UPS2721141 | 1 | 21 | P | 12/12/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3550 | 550.25 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02721141 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE**  550.25

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



**BILL TO:**
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI       48501-1550

**SHIP TO:**
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL       35611
02733663

K22Z  1       783570       Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 10/01/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02923527 | 1/04/08 | 1700114 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9014765 | 783573 | 800 | 33 | 00/00/00 | 01/04/08 | UPS2733663 | 1 | 21 | P | 1/04/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3550 | 550.25 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02733663 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1936, As Amended.

**TOTAL AMOUNT DUE ▶ 550.25**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02751053 | | 35611 |

K21T 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 11/19/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02940324 | 1/23/08 | 1703067 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783573 | 800 | 33 | 00/00/00 | 01/23/08 | UPS2751053 | 1 | 23 | P | 1/23/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3550 | 550.25 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02751053 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 550.25