| DELPHI CORPORATION, CASE NO. 05-44481 ||||
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 ||||
| EXHIBIT B PART I    PRE-PETITION INVOICES ||||
| Date of Shipping | Invoice No. | Purchase Order No. | Net Invoice Amount |
| 09/14/05 | 1558249 | SAG9012726 | 462.4256 |
| 09/20/05 | 1559292 | SAG9012726 | 163.7625 |
| 09/26/05 | 1560258 | SAG9012726 | 4825.87245 |
| 09/26/05 | 1560259 | SAG9012726 | 1420.2675 |
| 09/27/05 | 1560391 | SAG9012726 | 149.023875 |
| 09/27/05 | 1560409 | SAG9012726 | 230.26 |
| 09/27/05 | 1560445 | SAG9012726 | 462.4256 |
| 09/27/05 | 1560446 | SAG9012726 | 703.9604 |
| 09/27/05 | 1560449 | SAG9012726 | 1270.4 |
| 09/27/05 | 1560451 | SAG9012726 | 710.13375 |
| 09/27/05 | 1560452 | SAG9012726 | 529.81635 |
| 09/27/05 | 1560453 | SAG9012726 | 307.37725 |
| 09/27/05 | 1560458 | SAG9012726 | 3890.997 |
| 09/27/05 | 1560459 | SAG9012726 | 4238.5308 |
| 09/27/05 | 1560460 | SAG9012726 | 1420.2675 |
| 09/27/05 | 1560485 | SAG9012726 | 394.8165 |
| 09/27/05 | 1560486 | SAG9012726 | 429.951 |
| 09/27/05 | 1560567 | SAG9012726 | 133.88825 |
| 09/27/05 | 1560572 | SAG9012726 | 74.4375 |
| 09/28/05 | 1560729 | SAG9012726 | 1349.8 |
| 09/28/05 | 1560783 | SAG9012726 | 529.81635 |
| 09/28/05 | 1560784 | SAG9012726 | 1059.6327 |
| 09/28/05 | 1560786 | SAG9012726 | 4825.87245 |
| 09/28/05 | 1560858 | SAG9012726 | 327.525 |
| 09/29/05 | 1560896 | SAG9012726 | 11357.376 |
| 09/29/05 | 1560897 | SAG9012726 | 3890.997 |
| 09/29/05 | 1560898 | SAG9012726 | 529.81635 |
| 09/29/05 | 1560899 | SAG9012726 | 1420.2675 |
| 09/29/05 | 1560903 | SAG9012726 | 1591.324875 |
| 09/29/05 | 1560923 | SAG9012726 | 644.9265 |
| 09/29/05 | 1561055 | SAG9012726 | 327.525 |
| 09/30/05 | 1561125 | SAG9012726 | 7098.36 |
| 09/30/05 | 1561127 | SAG9012726 | 4825.87245 |
| 09/30/05 | 1561128 | SAG9012726 | 2840.535 |
| 09/30/05 | 1561231 | SAG9012726 | 175.33505 |
| 10/03/05 | 1561470 | SAG9012726 | 394.8165 |
| 10/03/05 | 1561474 | SAG9012726 | 1183.55625 |
| 10/03/05 | 1561477 | SAG9012726 | 12422.13 |
| 10/04/05 | 1561723 | SAG9012726 | 644.9265 |
| 10/04/05 | 1561787 | SAG9012726 | 2000.88 |
| 10/04/05 | 1561865 | SAG9012726 | 655.05 |
| 10/04/05 | 1561906 | SAG9012726 | 152.18995 |
| 10/05/05 | 1562073 | SAG9012726 | 425.187 |
| 10/05/05 | 1562077 | SAG9012726 | 327.525 |
| 10/06/05 | 1562353 | SAG9012726 | 327.525 |
| TOTAL AMOUNT OF CLAIM FOR PRE-PETITION INVOICES RELATED TO PURCHASE ORDER NO. SAG9012726: ||| 83147.38225 |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | |
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 | | | |
| EXHIBIT B PART 2 POST-PETITION INVOICES | | | |
| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| 08/28/07 | 1681087 | SAG9012726 | 715.50 |
| 11/19/07 | 1694276 | SAG9012726 | 5,155.20 |
| 11/21/07 | 1694760 | SAG9012726 | 5,155.20 |
| 11/26/07 | 1695089 | SAG9012726 | 198.40 |
| 11/26/07 | 1695033 | SAG9012726 | 10,310.40 |
| 11/27/07 | 1695322 | SAG9012726 | 559.86 |
| 11/27/07 | 1695454 | SAG9012726 | 50.05 |
| 11/27/07 | 1695306 | SAG9012726 | 5,155.20 |
| 11/28/07 | 1695555 | SAG9012726 | 5,155.20 |
| 11/28/07 | 1695568 | SAG9012726 | 1,288.00 |
| 11/29/07 | 1695780 | SAG9012726 | 5,155.20 |
| 11/29/07 | 1695789 | SAG9012726 | 1,288.00 |
| 11/29/07 | 1695790 | SAG9012726 | 486.00 |
| 11/29/07 | 1695792 | SAG9012726 | 155.75 |
| 11/30/07 | 1695963 | SAG9012726 | 644.00 |
| 11/30/07 | 1695965 | SAG9012726 | 559.86 |
| 11/30/07 | 1695966 | SAG9012726 | 486.00 |
| 11/30/07 | 1696024 | SAG9012726 | 165.00 |
| 12/03/07 | 1696310 | SAG9012726 | 10,310.40 |
| 12/03/07 | 1696321 | SAG9012726 | 1,288.00 |
| 12/03/07 | 1696322 | SAG9012726 | 486.00 |
| 12/03/07 | 1696327 | SAG9012726 | 559.86 |
| 12/04/07 | 1696594 | SAG9012726 | 1,431.00 |
| 12/04/07 | 1696600 | SAG9012726 | 568.97 |
| 12/04/07 | 1696650 | SAG9012726 | 150.15 |
| 12/04/07 | 1696564 | SAG9012726 | 5,155.20 |
| 12/04/07 | 1696580 | SAG9012726 | 1,288.00 |
| 12/04/07 | 1696584 | SAG9012726 | 1,119.72 |
| 12/04/07 | 1696585 | SAG9012726 | 486.00 |
| 12/04/07 | 1696587 | SAG9012726 | 142.00 |
| 12/04/07 | 1696599 | SAG9012726 | 934.50 |
| 12/04/07 | 1696647 | SAG9012726 | 165.00 |
| 12/05/07 | 1696720 | SAG9012726 | 330.00 |
| 12/05/07 | 1696756 | SAG9012726 | 559.86 |
| 12/05/07 | 1696766 | SAG9012726 | 1,288.00 |
| 12/05/07 | 1696770 | SAG9012726 | 1,701.00 |
| 12/05/07 | 1696776 | SAG9012726 | 10,310.40 |
| 12/06/07 | 1696968 | SAG9012726 | 1,288.00 |
| 12/06/07 | 1696989 | SAG9012726 | 243.00 |
| 12/07/07 | 1697127 | SAG9012726 | 165.00 |
| 12/07/07 | 1697146 | SAG9012726 | 559.86 |
| 12/07/07 | 1697163 | SAG9012726 | 1,288.00 |
| 12/10/07 | 1697350 | SAG9012726 | 243.00 |
| 12/10/07 | 1697362 | SAG9012726 | 5,155.20 |
| 12/10/07 | 1697393 | SAG9012726 | 1,288.00 |
| 12/10/07 | 1697397 | SAG9012726 | 284.00 |

| DELPHI CORPORATION, CASE NO. 05-44481 ||||
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 ||||
| EXHIBIT B PART 2 POST-PETITION INVOICES ||||
| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| 12/10/07 | 1697402 | SAG9012726 | 623.00 |
| 12/11/07 | 1697690 | SAG9012726 | 100.10 |
| 12/11/07 | 1697691 | SAG9012726 | 165.00 |
| 12/12/07 | 1697881 | SAG9012726 | 715.50 |
| 12/12/07 | 1697882 | SAG9012726 | 559.86 |
| 12/12/07 | 1697842 | SAG9012726 | 559.86 |
| 12/12/07 | 1697843 | SAG9012726 | 486.00 |
| 12/12/07 | 1697854 | SAG9012726 | 5,155.20 |
| 12/12/07 | 1697855 | SAG9012726 | 10,322.40 |
| 12/12/07 | 1697856 | SAG9012726 | 5,155.20 |
| 12/12/07 | 1697876 | SAG9012726 | 1,288.00 |
| 12/12/07 | 1697883 | SAG9012726 | 559.86 |
| 12/12/07 | 1697884 | SAG9012726 | 486.00 |
| 12/12/07 | 1697885 | SAG9012726 | 1,288.00 |
| 12/12/07 | 1697973 | SAG9012726 | 165.00 |
| 12/13/07 | 1698042 | SAG9012726 | 10,310.40 |
| 12/13/07 | 1698058 | SAG9012726 | 1,288.00 |
| 12/13/07 | 1698143 | SAG9012726 | 165.00 |
| 12/14/07 | 1698212 | SAG9012726 | 486.00 |
| 12/14/07 | 1698239 | SAG9012726 | 559.86 |
| 12/14/07 | 1698240 | SAG9012726 | 486.00 |
| 12/14/07 | 1698244 | SAG9012726 | 1,288.00 |
| 12/14/07 | 1698256 | SAG9012726 | 155.75 |
| 12/14/07 | 1698261 | SAG9012726 | 2,336.25 |
| 12/17/07 | 1698451 | SAG9012726 | 5,155.20 |
| 12/17/07 | 1698455 | SAG9012726 | 729.00 |
| 12/17/07 | 1698478 | SAG9012726 | 165.00 |
| 12/18/07 | 1698619 | SAG9012726 | 100.10 |
| 12/18/07 | 1698671 | SAG9012726 | 5,155.20 |
| 12/19/07 | 1698758 | SAG9012726 | 5,155.20 |
| 12/21/07 | 1699431 | SAG9012726 | 155.75 |
| 12/21/07 | 1699440 | SAG9012726 | 934.50 |
| 12/21/07 | 1699441 | SAG9012726 | 155.75 |
| 12/21/07 | 1699442 | SAG9012726 | 311.50 |
| 12/21/07 | 1699500 | SAG9012726 | 293.25 |
| 01/02/08 | 1699737 | SAG9012726 | 1,401.75 |
| 01/02/08 | 1699738 | SAG9012726 | 5,155.20 |
| 01/02/08 | 1699790 | SAG9012726 | 243.00 |
| 01/03/08 | 1699923 | SAG9012726 | 5,155.20 |
| 01/03/08 | 1699936 | SAG9012726 | 559.86 |
| 01/03/08 | 1699946 | SAG9012726 | 486.00 |
| 01/04/08 | 1700119 | SAG9012726 | 486.00 |
| 01/04/08 | 1700120 | SAG9012726 | 559.86 |
| 01/04/08 | 1700166 | SAG9012726 | 165.00 |
| 01/07/08 | 1700287 | SAG9012726 | 1,119.72 |
| 01/07/08 | 1700288 | SAG9012726 | 5,155.20 |

| DELPHI CORPORATION, CASE NO. 05-44481 ||||
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 ||||
| EXHIBIT B PART 2 POST-PETITION INVOICES ||||
| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| --- | --- | --- | --- |
| 01/07/08 | 1700328 | SAG9012726 | 243.00 |
| 01/08/08 | 1700604 | SAG9012726 | 5,155.20 |
| 01/08/08 | 1700613 | SAG9012726 | 165.00 |
| 01/08/08 | 1700638 | SAG9012726 | 243.00 |
| 01/09/08 | 1700811 | SAG9012726 | 2,239.44 |
| 01/09/08 | 1700844 | SAG9012726 | 31.88 |
| 01/09/08 | 1700846 | SAG9012726 | 5,155.20 |
| 01/09/08 | 1700859 | SAG9012726 | 486.00 |
| 01/09/08 | 1700861 | SAG9012726 | 1,071.00 |
| 01/10/08 | 1701046 | SAG9012726 | 486.00 |
| 01/10/08 | 1701049 | SAG9012726 | 1,071.00 |
| 01/10/08 | 1701162 | SAG9012726 | 165.00 |
| 01/11/08 | 1701226 | SAG9012726 | 243.00 |
| 01/11/08 | 1701228 | SAG9012726 | 1,071.00 |
| 01/11/08 | 1701247 | SAG9012726 | 1,863.68 |
| 01/14/08 | 1701379 | SAG9012726 | 3,010.70 |
| 01/14/08 | 1701468 | SAG9012726 | 486.00 |
| 01/14/08 | 1701473 | SAG9012726 | 1,071.00 |
| 01/14/08 | 1701481 | SAG9012726 | 165.00 |
| 01/14/08 | 1701489 | SAG9012726 | 3,010.70 |
| 01/15/08 | 1701815 | SAG9012726 | 100.10 |
| 01/15/08 | 1701702 | SAG9012726 | 1,071.00 |
| 01/15/08 | 1701706 | SAG9012726 | 486.00 |
| 01/15/08 | 1701724 | SAG9012726 | 3,010.70 |
| 01/16/08 | 1701922 | SAG9012726 | 5,155.20 |
| 01/16/08 | 1701958 | SAG9012726 | 165.00 |
| 01/16/08 | 1701961 | SAG9012726 | 5,161.20 |
| 01/16/08 | 1701973 | SAG9012726 | 714.00 |
| 01/16/08 | 1701974 | SAG9012726 | 486.00 |
| 01/17/08 | 1702195 | SAG9012726 | 486.00 |
| 01/17/08 | 1702216 | SAG9012726 | 5,155.20 |
| 01/17/08 | 1702217 | SAG9012726 | 5,161.20 |
| 01/18/08 | 1702331 | SAG9012726 | 5,161.20 |
| 01/18/08 | 1702337 | SAG9012726 | 243.00 |
| 01/18/08 | 1702339 | SAG9012726 | 714.00 |
| 01/18/08 | 1702491 | SAG9012726 | 165.00 |
| 01/21/08 | 1702529 | SAG9012726 | 5,161.20 |
| 01/21/08 | 1702587 | SAG9012726 | 710.00 |
| 01/22/08 | 1702793 | SAG9012726 | 559.86 |
| 01/22/08 | 1702848 | SAG9012726 | 715.50 |
| 01/22/08 | 1702935 | SAG9012726 | 100.10 |
| 01/22/08 | 1702799 | SAG9012726 | 1,071.00 |
| 01/22/08 | 1702841 | SAG9012726 | 2,128.09 |
| 01/22/08 | 1702850 | SAG9012726 | 243.00 |
| 01/23/08 | 1703068 | SAG9012726 | 559.86 |
| 01/23/08 | 1703071 | SAG9012726 | 1,071.00 |

| DELPHI CORPORATION, CASE NO. 05-44481 ||||
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 ||||
| EXHIBIT B PART 2 POST-PETITION INVOICES ||||
| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| 01/23/08 | 1703073 | SAG9012726 | 1,458.00 |
| 01/23/08 | 1703193 | SAG9012726 | 165.00 |
| 01/24/08 | 1703269 | SAG9012726 | 5,161.20 |
| 01/24/08 | 1703281 | SAG9012726 | 3,500.80 |
| 01/24/08 | 1703288 | SAG9012726 | 1,071.00 |
| 01/24/08 | 1703290 | SAG9012726 | 243.00 |
| 01/24/08 | 1703296 | SAG9012726 | 559.86 |
| 01/24/08 | 1703403 | SAG9012726 | 165.00 |
| 01/25/08 | 1703448 | SAG9012726 | 243.00 |
| 01/25/08 | 1703457 | SAG9012726 | 1,071.00 |
| 01/25/08 | 1703466 | SAG9012726 | 142.00 |
| 01/28/08 | 1703741 | SAG9012726 | 1,428.00 |
| 01/28/08 | 1703743 | SAG9012726 | 486.00 |
| 01/28/08 | 1703745 | SAG9012726 | 559.86 |
| 01/28/08 | 1703759 | SAG9012726 | 5,155.20 |
| TOTAL AMOUNT OF CLAIM FOR POST-PETITION INVOICES RELATED TO PURCHASE ORDER NO. SAG9012726: ||| 269,568.55 |