# EXHIBIT C Part 1
# Pre-Petition Invoices



**CHICAGO RAWHIDE**

**/SKF Company**

*d's Leading Producer Of Oil Seals*

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                     48501-1550

SHIP TO

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                    35611
02447241

783580

**Please Refer To Invoice Number On All Inquiries**

| K24B  1 | | | | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | 02644320 | 9/14/05 | 1558249 |
| /13/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | | | | |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/14/05 | 78456 | 1 | 19 | P | 9/14/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 538006-39 | 26009257 | | 1600 | .2912 | 465.92 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02447241 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶   465.92

ORIGINAL

**R**

**ICAGO**
**WHIDE**

**SKF Company**

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | | S | | |
|---|---|---|---|---|
| ACG SAGINAW DIV | | H | DELPHI SAGINAW | |
| ACCTS PAYABLE | | I | LIMESTONE CTY PLT 21 | |
| PO BOX 1550 | | P | 6275 US HWY 31 S | |
| FLINT MI | 48501-1550 | T | ATHENS AL | 35611 |
| | | O | 02447243 | |

**Please Refer To Invoice Number On All Inquiries**

| K201  1 | | 783580 | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | Terms | | 02644322 | 9/20/05 | 1559292 |
| /13/05 | COLLECT | | BNAF | 2ND DAY 2ND MO | | | | |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 09/14/05 | 87109592 | 1 | 14 | P | 9/20/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 500 | 454039-75 | 26087879 | | 1500 | .1100 | 165.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02447243 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶   165.00**

ORIGINAL



**CHICAGO RAWHIDE**

**ICAGO**
**AWHIDE**

▸ SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ld's Leading Producer Of Oil Seals

| | | S H I P T O | | |
|---|---|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02451097 | 35611 |

| K22U 1 | | 783580 | Please Refer To Invoice Number On All Inquiries | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | | 1560258 |
| /23/05 COLLECT | | CTII | 2ND DAY 2ND MO | 02648034 | 9/26/05 | | |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 39OI2726 | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78529 | 1 | 508 | P | 9/26/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0200 | 538213-60 | 26019288 | | 10200 | .4767 | 4,862.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02451097 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▸ 4,862.34



**ICAGO**
**WHIDE**
*KF Company*

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

*d's Leading Producer Of Oil Seals*

```
ACG SAGINAW DIV                          S   DELPHI SAGINAW
ACCTS PAYABLE                            H   LIMESTONE CTY PLT 21
PO BOX 1550                              I   6275 US HWY 31 S
FLINT MI              48501-1550         P   ATHENS AL              35611
                                         T
                                         O   02451099
```

**Please Refer To Invoice Number On All Inquiries**

| K22U  1 | | 783580 | | | | | | INVOICE NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **F.O.B.** | **Via** | **Terms** | | **Our Order No.** | **Invoice Date** | | **1560259** |
| 23/05 | COLLECT | CTII | 2ND DAY 2ND MO | | 02648036 | 9/26/05 | | |

| omer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9OI2726 | | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78529 | 1 | 150 | P | 9/26/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451099 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,431.00

# CR
**CHICAGO RAWHIDE**

An SKF Company

World's Leading Producer Of Oil Seals

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| | | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494 | S<br>H<br>I<br>P<br>T<br>O | DELPHI SAGINAW      CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK       SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX        78217<br>USA |

**Please Refer To Invoice Number On All Inquiries**

| | | | | | | |
|---|---|---|---|---|---|---|
| K237   5 | | 220478 | | | | **INVOICE NO.**<br>1560391 |

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | |
|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02621529 | 9/27/05 | |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 400 | I3 | 00/00/00 | 09/27/05 | UPS2425478 | 1 | 13 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1365 | 454039-75 | 26087879 | | 1365 | .1100 | 150.15 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]<br>SHIPPER NUMBER: 02425478 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   150.15
USD

ORIGINAL

# CR
## CHICAGO RAWHIDE
n SKF Company

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*rld's Leading Producer Of Oil Seals*

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI            48601-9494

S H I P T O

DELPHI SAGINAW     CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK     SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX           78217
USA

**Please Refer To Invoice Number On All Inquiries**

K20K  5              220478

| te | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02621541 | 9/27/05 | 1560409 |

| stomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 220478 | 400 | I3 | 00/00/00 | 09/27/05 | UPS2425492 | 1 | 11 | P | 9/27/05 |

| . ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | | | 1600 | .1450 | 232.00 |
| | | 26093072 | | | | |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425492

lo Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**     232.00
USD

# CR CHICAGO RAWHIDE

An SKF Company

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*World's Leading Producer Of Oil Seals*

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI              48601-9494

**SHIP TO**

DELPHI SAGINAW       CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK        SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX              78217
USA

K24I   5              220478

**Please Refer To Invoice Number On All Inquiries**

**INVOICE NO:** 1560445

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 7/22/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02621484 | 9/27/05 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 18 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 538006-39 | 26009257 | | 1600 | .2912 | 465.92 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425434

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**     465.92
USD

# CR
**CHICAGO RAWHIDE**
An SKF Company

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*World's Leading Producer Of Oil Seals*

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI          48601-9494

SHIP TO:
DELPHI SAGINAW      CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK      SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX           78217
USA

**Please Refer To Invoice Number On All Inquiries**

K24I  5            220478

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02621493 | 9/27/05 | 1560446 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 62 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1750 | 538746-39 | 26032987 | | 1750 | .4053 | 709.28 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UPJ MUST ATTACH PS# TEMPLATE TO EACH PLTJ
SHIPPER NUMBER: 02425443

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶  709.28 USD

# CR
CHICAGO RAWHIDE

An SKF Company

World's Leading Producer Of Oil Seals

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

**SHIP TO**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI        48601-9494

DELPHI SAGINAW    CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK      SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX        78217
USA

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| K24I 5 | COLLECT | 220478 CTII | 2ND DAY 2ND MO | 02621538 | 9/27/05 | 1560449 |
| 7/22/05 | | | | | | |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 46 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2000 | 536378-39 | 26091536 | | 2000 | .6400 | 1,280.00 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER 956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425489

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,280.00 USD

ORIGINAL

# CR
## CHICAGO
## RAWHIDE

h SKF Company

rld's Leading Producer Of Oil Seals

**Mail Checks Payable To:**

### CHICAGO RAWHIDE

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

```
S                DELPHI SAGINAW      CISCO: 44391
H  DELPHI SAGINAW STEERING SYSTEM   % RYDER SAN ANTONIO DDC -
I  3900 HOLLAND ROAD                DIVISIONS DOCK      SAP#: K965/K
P  SAGINAW MI        48601-9494     9440 BALL STREET
T                                   SAN ANTONIO TX          78217
O                                   USA
```

**Please Refer To Invoice Number On All Inquiries**

| K24I | 5 | | 220478 | | | | | |
|------|---|---|--------|---|---|---|---|---|

| te | F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|----|--------|---|-----|-------|---|---------------|--------------|-------------|
| /29/05 | COLLECT | | CTII | 2ND DAY 2ND MO | | 02624443 | 9/27/05 | **1560451** |

| stomer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|------------------|---------------|----------|-------|-------------------|-------------|-----------------|------------|-------------|---------|--------------|
| G9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 78537 | 1 | 59 | P | 9/27/05 |

| . ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|-----------|----------------|-------------|-------------|--------------|------------|--------|
| 1350 | 535555-39 | 26087878 | | 1350 | .5300 | 715.50 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP]  MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02428508

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          715.50
USD

**CHICAGO RAWHIDE**

A SKF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ld's Leading Producer Of Oil Seals

| SHIP TO | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI            48601-9494 | DELPHI SAGINAW        CISCO: 44391<br>% RYDER SAN ANTONIO DDC -    SAP#: K965/K<br>DIVISIONS DOCK<br>9440 BALL STREET<br>SAN ANTONIO TX            78217<br>USA |

K24I    5              220478          **Please Refer To Invoice Number On All Inquiries**

|  | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /05/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02627500 | 9/27/05 | **1560452** |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 78537 | 1 | 19 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1302 | 535556-39 | 26080511 | | 1302 | .4100 | 533.82 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02431611

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      533.82
                            USD

ORIGINAL

**CHICAGO RAWHIDE**

An SKF Company

*World's Leading Producer Of Oil Seals*

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI        48601-9494

SHIP TO:
DELPHI SAGINAW     CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK     SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX        78217
USA

Please Refer To Invoice Number On All Inquiries

K24I  5         220478

**INVOICE NO. 1560453**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 9/23/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02648246 | 9/27/05 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG9OI2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 28 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 538408-39 | 26024831 | | 1000 | .3097 | 309.70 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02451315

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶  309.70 USD**

**CR**
**ICAGO**
**AWHIDE**
SKF Company

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | | |
|---|---|---|
| ACG SAGINAW DIV | S H I P T O | DELPHI SAGINAW |
| ACCTS PAYABLE | | LIMESTONE CTY PLT 21 |
| PO BOX 1550 | | 6275 US HWY 31 S |
| FLINT MI    48501-1550 | | ATHENS AL    35611 |
| | | 02348441 |

Please Refer To Invoice Number On All Inquiries

| K24I  1 | 783580 | | | | |
|---|---|---|---|---|---|

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02547493 | 9/27/05 | 1560458 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/27/05 | 78538 | 1 | 256 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 800 | 535074-39 | 26078899 | | 10800 | .3630 | 3,920.40 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02348441 | | | | |

o Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 3,920.40

# CR

**CHICAGO RAWHIDE**

**SKF Company**

**'ld's Leading Producer Of Oil Seals**

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847) 742-7840**
Telex: **72-2412**
FAX: **(847) 742-7845**

```
ACG SAGINAW DIV                           S    DELPHI SAGINAW
ACCTS PAYABLE                             H    LIMESTONE CTY PLT 21
PO BOX 1550                               I    6275 US HWY 31 S
FLINT MI            48501-1550            P    ATHENS AL            35611
                                          T    02450820
                                          O
```

**Please Refer To Invoice Number On All Inquiries**

| K24I   1 | | 783580 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | F.O.B. | | Via | | Terms | Our Order No. | Invoice Date | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| /09/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | 02641385 | 9/27/05 | | **1560459** |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/12/05 | 78538 | 1 | 174 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9459 | 535556-39 | 26080511 | 9043 | 10416 | .4100 | 4,270.56 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450820 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
loods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ **4,270.56**

ORIGINAL

**CHICAGO RAWHIDE**

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

SKF Company

ld's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550        48501-1550
FLINT MI

SHIP TO

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL            35611
02449015

Please Refer To Invoice Number On All Inquiries

| K24I  1 | | 783580 | | | | | | INVOICE NO. 1560460 |
|---|---|---|---|---|---|---|---|---|

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| /19/05 COLLECT CTII | | 2ND DAY 2ND MO | 02645990 | 9/27/05 | 1560460 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/27/05 | 78538 | 1 | 152 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02449015 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,431.00

ORIGINAL

# **R**
## ICAGO
## WHIDE
AKF Company

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Tele✕: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S
H
I
P
T
O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                    486 07
02451739

K24I   1                    783580

**Please Refer To Invoice Number On All Inquiries**

INVOICE NO.
**1560485**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | |
|---|---|---|---|---|---|---|
| /26/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02648657 | 9/27/05 | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | **Date Shipped** |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/27/05 | UPS2451739 | 1 | 23 | P | 9/27/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 547868-39 | 26113535 | | 600 | .6630 | 397.80 |
| | | ENG PERMIT #62670    SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451739 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE**▶        397.80

# R

**ICAGO**
**WHIDE**

SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                  48607
02451744

K24I  1          783580          Please Refer To Invoice Number On All Inquiries

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| /26/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02648662 | 9/27/05 | 1560486 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/27/05 | UPS2451744 | 2 | 24 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 547914-39 | 26114739 | | 600 | .7220 | 433.20 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451744 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          433.20

ORIGINAL

**CHICAGO RAWHIDE**

A SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*ld's Leading Producer Of Oil Seals*

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI                48601-9494

S H I P   T O

DELPHI SAGINAW        CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK        SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX            78217
USA

**Please Refer To Invoice Number On All Inquiries**

| K2EV  5 | | 220478 | | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | 02630431 | 9/27/05 | 1560567 |
| /12/05 | COLLECT | | UPSS | | 2ND DAY 2ND MO | | | | |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9OI2726 | 220478 | 010 | I3 | 00/00/00 | 09/27/05 | 52681248 | 1 | 14 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1900 | 453675-00 | 26032988 | | 1900 | .0710 | 134.90 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02434655 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    134.90
USD

ORIGINAL

**CR**
**CHICAGO RAWHIDE**

► **SKF Company**

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847) 742-7840**
Telex: 72-2412
FAX: **(847) 742-7845**

*'ld's Leading Producer Of Oil Seals*

| SHIP TO | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494 | DELPHI SAGINAW       CISCO: 44391<br>% RYDER SAN ANTONIO DDC -  SAP#: K965/K<br>DIVISIONS DOCK<br>9440 BALL STREET<br>SAN ANTONIO TX          78217<br>USA |

Please Refer To Invoice Number On All Inquiries

| K2EV   5 | | 220478 | | | | | |
|---|---|---|---|---|---|---|---|

| e | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /23/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02648248 | 9/27/05 | 1560572 |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G90I2726 | 220478 | 010 | I3 | 00/00/00 | 09/27/05 | 53659440 | 1 | 6 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 453673-00 | 26024832 | | 1000 | .0750 | 75.00 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02451317 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ►**          75.00
USD

ORIGINAL



**CHICAGO RAWHIDE**

SKF Company

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*ld's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                    486 07
02432729

Please Refer To Invoice Number On All Inquiries

| K24A  1 | | 783580 | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| e | F.O.B. | Via | Terms | | | 02628579 | 9/28/05 | 1 560729 |
| /09/05 COLLECT | | UPSS | 2ND DAY 2ND MO | | | | | Date Shipped |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | |
|---|---|---|---|---|---|---|---|---|---|---|
| G9OI2726 | 783579 | 800 | 33 | 00/00/00 | 09/28/05 | UPS2432729 | 4 | 89 | P | 9/28/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 26089211 | | 3200 | .4250 | 1,360.00 |
| 3200 | 536885-39 | | | | | |

ENG PERMIT #62670    SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
BEGIN PULL # /END #
SHIPPER NUMBER: 02432729

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.

**TOTAL AMOUNT DUE** ▶ 1,360.00

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

CHICAGO RAWHIDE
SKF Company

ld's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                35611
02450277

K24B  1          783580    **Please Refer To Invoice Number On All Inquiries**   INVOICE NO. 1560783

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | |
|---|---|---|---|---|---|---|
| /21/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02647238 | 9/28/05 | |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/22/05 | 78546 | 1 | 18 | P | 9/28/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 302 | 535556-39 | 26080511 | | 1302 | .4100 | 533.82 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450277 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE**   533.82

ORIGINAL

# CR
**CHICAGO RAWHIDE**
SKF Company

*ld's Leading Producer Of Oil Seals*

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

**SHIP TO:**
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL               35611
02450633

*Please Refer To Invoice Number On All Inquiries*

| K24B 1 | 783580 | | | | | | |
|---|---|---|---|---|---|---|---|
| F.O.B. | Via | Terms | | Our Order No. | Invoice Date | | INVOICE NO. |
| /22/05 COLLECT | CTII | 2ND DAY 2ND MO | | 02647578 | 9/28/05 | | 1560784 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/23/05 | 78546 | 2 | 37 | P | 9/28/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2604 | 535556-39 | 26080511 | | 2604 | .4100 | 1,067.64 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450633 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 1,067.64**

ORIGINAL

**CHICAGO RAWHIDE**

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

BKF Company

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                  48501-1550

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                  35611
02452273

**Please Refer To Invoice Number On All Inquiries**

| K24B  1 | | 783580 | | | | | | | | **INVOICE NO.** |
|---|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | 1560786 |
| /27/05 COLLECT | | | CTII | | 2ND DAY 2ND MO | | 02649174 | 9/28/05 | | Date Shipped |

| omer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | 9/28/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | | 783583 | 800 | 33 | 00/00/00 | 09/28/05 | 58546 | 1 | 502 | P | |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | 10200 | .4767 | 4,862.34 |
| 200 | 538213-60 | 26019288 | | | | |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02452273 | | | | |

o Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 4,862.34

ORIGINAL

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

**R**
ICAGO
WHIDE
KF Company

d's Leading Producer Of Oil Seals

| | | |
|---|---|---|
| ACG SAGINAW DIV | S H I P | DELPHI SAGINAW |
| ACCTS PAYABLE | | LIMESTONE CTY PLT 21 |
| PO BOX 1550 | | 6275 US HWY 31 S |
| FLINT MI | T O | ATHENS AL           35611 |
| 48501-1550 | | 02452276 |

**Please Refer To Invoice Number On All Inquiries**

| K209 1 | 783580 | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| F.O.B. | Via | Terms | | 02649177 | 9/28/05 | **1560858** |
| /27/05 COLLECT | BAXS | 2ND DAY 2ND MO | | | | Date Shipped |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 09/28/05 | B7109883 | 2 | 28 | P | **9/28/05** |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 26087879 | | 3000 | .1100 | 330.00 |
| 000 | 454039-75 | | | | | |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02452276 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   330.00

ORIGINAL

# CR
**ICAGO**
**WHIDE**
SKF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'d's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S<br>H  DELPHI S PLANT 3 PUMPS<br>I  3900 EAST HOLLAND RD<br>P  SAGINAW MI          48607<br>T<br>O  02448984 |

K23R  1          783580          **Please Refer To Invoice Number On All Inquiries**

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| /19/05 COLLECT | CTII | 2ND DAY 2ND MO | 02645959 | 9/29/05 | **1560896** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783580 | 800 | 33 | 00/00/00 | 09/27/05 | 78564 | 1 | 878 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ,400 | 534207-39 | 26043760 | | 38400 | .2980 | 11,443.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02448984 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 11,443.20**

ORIGINAL

**CR**
**CHICAGO RAWHIDE**
SKF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

'd's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL              35611
02449010

Please Refer To Invoice Number On All Inquiries

K23T  1            783580

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645985 | 9/29/05 | 1560897 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| ;9012726 | 783583 | 800 | 33 | 00/00/00 | 09/29/05 | 78557 | 1 | 260 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0800 | 535074-39 | 26078899 | | 10800 | .3630 | 3,920.40 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02449010 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 3,920.40**

ORIGINAL

**R**

CAGO
WHIDE
KF Company

*l's Leading Producer Of Oil Seals*

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

```
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI
              48501-1550
```

```
S
H
I
P
T
O
```

```
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL          35611
02451098
```

**Please Refer To Invoice Number On All Inquiries**

| K23T 1 | 783580 | | | INVOICE NO. |
|---|---|---|---|---|
| F.O.B. | Via | Terms | Our Order No. | Invoice Date |
| 23/05 COLLECT | CTII | 2ND DAY 2ND MO | 02648035 | 9/29/05 → **1560898** |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 90I2726 | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78557 | 1 | 18 | P | 9/29/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 604 | 535556-39 | 26080511 | 1302 | 1302 | .4100 | 533.82 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451098 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   533.82

ORIGINAL

**CR**

**ICAGO**
**WHIDE**

SKF Company

| Mail Checks Payable To: |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI

48501-1550

SHIP TO

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL
02452275

35611

**Please Refer To Invoice Number On All Inquiries**

| K23T  1 | | 783580 | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | Terms | | 02649176 | 9/29/05 | 1560899 |
| /27/05 | COLLECT | | CTII | 2ND DAY 2ND MO | | | | Date Shipped |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 783583 | 800 | 33 | 00/00/00 | 09/28/05 | 78557 | 1 | 146 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02452275 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 1,431.00

ORIGINAL

**CR**

CHICAGO
RAWHIDE

, SKF Company

ld's Leading Producer Of Oil Seals

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI              48501-1550 | S<br>H<br>I<br>P<br>T<br>O   DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI              486 07<br>02432731 |

K23T  1          783580          **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /09/05 | COLLECT | YFSY | 2ND DAY 2ND MO | 02628581 | 9/29/05 | 1560903 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/29/05 | 78558 | 1 | 214 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 120 | 547895-39 | 26114309 | | 3150 | .5090 | 1,603.35 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02432731 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,603.35

ORIGINAL

**R**
**ICAGO**
**WHIDE**
KF Company

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'s Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S
H
I
P
T
O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI               48607
02453022

**Please Refer To Invoice Number On All Inquiries**

| K23T | 1 | | 783580 | | | | | | | | INVOICE NO.
1560923 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | F.O.B. | | Via | | Terms | | | Our Order No. | Invoice Date | | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 28/05 | COLLECT | | UPSS | | 2ND DAY 2ND MO | | | 02649911 | 9/29/05 | | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/29/05 | UPS2453022 | 3 | 36 | P | 9/29/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 900 | 547914-39 | 26114739 | | 900 | .7220 | 649.80 |
| | | ENG PERMIT #62670    SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453022 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶        649.80

ORIGINAL

**R**

**CAGO**
**WHIDE**

KF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*I's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI

48501-1550

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                35611
02453025

**Please Refer To Invoice Number On All Inquiries**

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|--------|-----|-------|---------------|--------------|-------------|
| K20B 1   783580 | BAXS | 2ND DAY 2ND MO | 02649914 | 9/29/05 | 1561055 |
| 28/05 COLLECT | | | | | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 0012726 | 783583 | 400 | 33 | 00/00/00 | 09/29/05 | 87109872 | 2 | 28 | P | 9/29/05 |

| dered | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453025 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶   330.00

ORIGINAL

# CR

**CHICAGO RAWHIDE**

A SKF Company

*'ld's Leading Producer Of Oil Seals*

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

SHIP TO:

DELPHI S PLANT 3 PUMPS
3900 EAST HOLLAND RD
SAGINAW MI             48607

02448985

**Please Refer To Invoice Number On All Inquiries**

| K240  1 | | 783580 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| e | F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| /19/05 | COLLECT | | CTII | 2ND DAY 2ND MO | | 02645960 | 9/30/05 | **1561125** |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9OI2726 | 783580 | 800 | 33 | 00/00/00 | 09/28/05 | 768573 | 1 | 594 | P | 9/30/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4000 | 534207-39 | 26043760 | | 24000 | .2980 | 7,152.00 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02448985 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 7,152.00

ORIGINAL

**R**

CAGO
WHIDE

KF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

's Leading Producer Of Oil Seals

```
ACG SAGINAW DIV                                      DELPHI SAGINAW
ACCTS PAYABLE                                        LIMESTONE CTY PLT 21
PO BOX 1550                                          6275 US HWY 31 S
FLINT MI              48501-1550                     ATHENS AL          35611
                                                     02453427
```

SHIP TO

Please Refer To Invoice Number On All Inquiries

| K240  1 | | 783580 | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | 1 561127 |
| 29/05 | COLLECT | | CTII | 2ND DAY 2ND MO | | 02650291 | 9/30/05 | |

| ner Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 0I2726 | 783583 | 800 | 33 | 00/00/00 | 09/30/05 | 759562 | 1 | 506 | P | 9/30/05 |

| DERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 200 | 538213-60 | 26019288 | | 10200 | .4767 | 4,862.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453427 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
t Be Reported Within 30 Days.
ls Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 4,862.34**

ORIGINAL

**R**
**ICAGO**
**WHIDE**

SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

d's Leading Producer Of Oil Seals

| | | |
|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI           48501-1550 | S<br>H<br>I<br>P<br>T<br>O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL           35611<br>02453429 |

**Please Refer To Invoice Number On All Inquiries**

INVOICE NO. **1561128**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| K240   1           783580 | /29/05 COLLECT | CTII | 2ND DAY 2ND MO | 02650293 | 9/30/05 |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/30/05 | 89562 | 1 | 268 | P | 9/30/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5400 | 535555-39 | 26087878 | | 5400 | .5300 | 2,862.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02453429 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 2,862.00**

ORIGINAL

**R**
**ICAGO**
**WHIDE**

SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Tele✗: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI      48501-1550 | S H I P T O<br>DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL      356 11<br>02453430 |

**Please Refer To Invoice Number On All Inquiries**

K209  1          783580

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | **INVOICE NO.** |
|---|---|---|---|---|---|
| /29/05 COLLECT | BAXS | 2ND DAY 2ND MO | 02650294 | 9/30/05 | **1561231** |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | **Date Shipped** |
|---|---|---|---|---|---|---|---|---|---|---|
| 90I2726 | 783583 | 400 | 33 | 00/00/00 | 09/30/05 | 67109850 | 2 | 16 | P | **9/30/05** |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | **AMOUNT** |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | 1394 | 1606 | .1100 | 176.66 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02453430 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE▶**          176.66

**R**

**ICAGO**
**WHIDE**

SKF Company

*d's Leading Producer Of Oil Seals*

ORIGINAL

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | **S**<br>**H** DELPHI S PLANT 7 R&P GEARS<br>**I** 3900 EAST HOLLAND RD<br>**P** SAGINAW MI          486 07<br>**T**<br>**O** 02453834 |

**Please Refer To Invoice Number On All Inquiries**

| K22W  1 | | | 783580 | | | | | | | | **INVOICE NO.** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **F.O.B.** | | | **Via** | **Terms** | | | **Our Order No.** | **Invoice Date** | | | **1561470** |
| '30/05 COLLECT | | | UPSS | 2ND DAY 2ND MO | | | 02650683 | 1 0/03/05 | | | |

| mer Order No. | | **Customer Code** | **Loc No.** | **Terr.** | **Acknowledged Date** | **Date Needed** | **B/L Or P.P. No.** | **Containers** | **Weight Lbs.** | **P. or F.** | **Date Shipped** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | | 783579 | 800 | 33 | 00/00/00 | 10/03/05 | UPS2453834 | 1 | 23 | P | 1 0/03/05 |

| RDERED | STOCK/PART NO. | **DESCRIPTION** | **BALANCE DUE** | **QTY. SHIPPED** | **UNIT PRICE** | **AMOUNT** |
|---|---|---|---|---|---|---|
| 600 | 547868-39 | 26113535 | | 600 | .6630 | 397.80 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508<br>1 BARCODE ON FRONT, 1 IN POUCH ON SIDE<br>CISCO CODE 44027<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02453834 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          397.80

**R**
**ICAGO**
**WHIDE**
KF Company

*d's Leading Producer Of Oil Seals*

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ORIGINAL

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S H I P T O  DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL          35611<br>02453837 |

**Please Refer To Invoice Number On All Inquiries**

K22T   1          783580

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| '30/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02650686 | 10/03/05 | 1561474 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 10/03/05 | UPS2453837 | 5 | 100 | P | 10/03/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 250 | 535555-39 | 26087878 | | 2250 | .5300 | 1,192.50 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02453837 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,192.50

ORIGINAL

**R**
**ICAGO**
**WHIDE**
KF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | | |
|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S<br>H<br>I<br>P<br>T<br>O | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI        486 07<br>02448986 |

**Please Refer To Invoice Number On All Inquiries**

K22T  1                    783580

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| 19/05 COLLECT | CTII | 2ND DAY 2ND MO | 02645961 | 10/03/05 | 1561477 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783580 | 800 | 33 | 00/00/00 | 09/29/05 | 78581 | 1 | 998 | P | 10/03/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 200 | 534207-39 | 26043760 | | 42000 | .2980 | 12,516.00 |
| | | SUPPLIER CODE 005105598<br>CISCO CODE 44023<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02448986 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 12,516.00

ORIGINAL

# R
ICAGO
WHIDE
KF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*l's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI                48501-1550 | **S**<br>**H** DELPHI S PLANT 7 R&P GEARS<br>**I** 3900 EAST HOLLAND RD<br>**P** SAGINAW MI          48607<br>**T**<br>**O** 02454555 |

K23J  1                783580          **Please Refer To Invoice Number On All Inquiries**

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| 03/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02651378 | 10/04/05 | 1561723 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 10/04/05 | UPS2454555 | 3 | 36 | P | 10/04/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 900 | 547914-39 | 26114739 | | 900 | .7220 | 649.80 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02454555 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   649.80

ORIGINAL

**R**
**ICAGO**
**WHIDE**

SKF Company

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S H I P T O   DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI          48607<br>02454546 |

**Please Refer To Invoice Number On All Inquiries**

K2AX   1          783580

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| /03/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02651369 | 10/04/05 | 1561787 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 400 | 33 | 00/00/00 | 10/04/05 | UPS2454546 | 4 | 112 | P | 10/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 800 | 536375-39 | 26092767 | | 2800 | .7200 | 2,016.00 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02454546 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 2,016.00

ORIGINAL

**CR**

ICAGO
WHIDE

SKF Company

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

'd's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

S
H  DELPHI SAGINAW
I   LIMESTONE CTY PLT 21
P  6275 US HWY 31 S
T  ATHENS AL                356 11
O  02453838

Please Refer To Invoice Number On All Inquiries

| K2AX | 1 | | | 783580 | | | | | | INVOICE NO. |
|------|---|---|---|--------|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | 1561865 |
| /30/05 | COLLECT | | BAXS | | 2ND DAY 2ND MO | | 02650687 | 1 0/04/05 | | Date Shipped |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 90I2726 | 783583 | 400 | 33 | 00/00/00 | 10/03/05 | 87109861 | 4 | 56 | P | 1 0/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | | 6000 | .1100 | 660.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453838 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶       660.00

ORIGINAL

# ICAGO RAWHIDE

**R**

ICAGO
WHIDE

jKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*1's Leading Producer Of Oil Seals*

| SOLD TO | SHIP TO |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL            356 11<br>02454069 |

**Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| K239  1 | 783580 | | | | | 1561906 |
| 29/05 | COLLECT | BNAF | 2ND DAY 2ND MO | 02650294 | 10/04/05 | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 0I2726 | 783583 | 400 | 33 | 00/00/00 | 09/30/05 | 687109861 | 1 | 12 | P | 10/04/05 |

| DERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | 1606 | 1394 | .1100 | 153.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02454069 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
t Be Reported Within 30 Days.
s Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE▶**            153.34

ORIGINAL

# R
CAGO
WHIDE
KF Company

's Leading Producer Of Oil Seals

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                 48501-1550

S
H
I
P
T
O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                 48607

02455182

K22D  1          783580        **Please Refer To Invoice Number On All Inquiries**

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| 04/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02651968 | 10/05/05 | 1562073 |

| ner Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 012726 | 783579 | 400 | 33 | 00/00/00 | 10/05/05 | UPS2455182 | 5 | 70 | P | 10/05/05 |

| DERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00 | 454105-75 | 26114310 | | 6000 | .0714 | 428.40 |
| | | ENG PERMIT #62670    SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455182 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
t Be Reported Within 30 Days.
Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**     428.40

ORIGINAL

**R**
**ICAGO**
**WHIDE**
KF Company

*d's Leading Producer Of Oil Seals*

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| SHIP TO | |
| --- | --- |
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI            48501-1550 | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL                  35611<br>02455187 |

**Please Refer To Invoice Number On All Inquiries**

| K22D  1 | 783580 | | | | | | **INVOICE NO.**<br>1562077 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **F.O.B.** | | **Via** | | **Terms** | **Our Order No.** | **Invoice Date** | |
| 04/05 COLLECT | | BAXS | | 2ND DAY 2ND MO | 02651973 | 10/05/05 | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 10/05/05 | 89502692 | 2 | 28 | P | 10/05/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455187 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
t Be Reported Within 30 Days.
s Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**            330.00

**CR**
**CHICAGO**
**RAWHIDE**
an SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

*World's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                   35611
02455812

**Please Refer To Invoice Number On All Inquiries**

| K22V 1 | | | 783580 | | | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | | 1562353 |
| 10/05/05 | COLLECT | | BAXS | | 2ND DAY 2ND MO | | 02652573 | 10/06/05 | | | |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 783583 | 400 | 33 | 00/00/00 | 10/06/05 | 67109846 | 2 | 28 | P | 10/06/05 |

| Qr. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455812 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          330.00