## DELPHI CORPORATION, CASE NO. 05-44481

### SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008

### EXHIBIT D  INVOICES RELATED TO PURCHASE ORDERS SAG9016236, SAG9016280, SAG9016383, SAG9015996, SAG9016242 AND SAG9016243

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| | N/A | SAG9016236 | |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| | N/A | SAG9016280 | |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| | N/A | SAG9016383 | |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 11/28/07 | 1695566 | SAG9015996 | 536.20 |
| 11/29/07 | 1695781 | SAG9015996 | 4,136.40 |
| 11/29/07 | 1695819 | SAG9015996 | 536.20 |
| 11/30/07 | 1695973 | SAG9015996 | 536.20 |
| 12/03/07 | 1696323 | SAG9015996 | 268.10 |
| 12/04/07 | 1696582 | SAG9015996 | 536.20 |
| 12/05/07 | 1696765 | SAG9015996 | 268.10 |
| 12/06/07 | 1696926 | SAG9015996 | 8,272.80 |
| 12/06/07 | 1696980 | SAG9015996 | 536.20 |
| 12/07/07 | 1697099 | SAG9015996 | 4,136.40 |
| 12/07/07 | 1697164 | SAG9015996 | 268.10 |
| 12/10/07 | 1697347 | SAG9015996 | 536.20 |
| 12/10/07 | 1697361 | SAG9015996 | 4,136.40 |
| 12/12/07 | 1697818 | SAG9015996 | 536.20 |
| 12/12/07 | 1697877 | SAG9015996 | 955.20 |
| 12/12/07 | 1697887 | SAG9015996 | 268.10 |
| 12/13/07 | 1698057 | SAG9015996 | 536.20 |
| 12/13/07 | 1698061 | SAG9015996 | 1,432.80 |
| 12/14/07 | 1698242 | SAG9015996 | 268.10 |
| 12/14/07 | 1698254 | SAG9015996 | 1,634.10 |
| 12/18/07 | 1698670 | SAG9015996 | 4,136.40 |
| 01/03/08 | 1699922 | SAG9015996 | 4,136.40 |
| 01/03/08 | 1699945 | SAG9015996 | 536.20 |
| 01/04/08 | 1700118 | SAG9015996 | 268.10 |
| 01/04/08 | 1700123 | SAG9015996 | 4,136.40 |
| 01/07/08 | 1700290 | SAG9015996 | 4,136.40 |
| 01/07/08 | 1700306 | SAG9015996 | 536.20 |
| 01/08/08 | 1700628 | SAG9015996 | 268.10 |
| 01/09/08 | 1700808 | SAG9015996 | 4,298.40 |
| 01/09/08 | 1700857 | SAG9015996 | 536.20 |
| 01/10/08 | 1701043 | SAG9015996 | 1,634.10 |
| 01/10/08 | 1701044 | SAG9015996 | 268.10 |
| 01/11/08 | 1701221 | SAG9015996 | 536.20 |
| 01/14/08 | 1701471 | SAG9015996 | 536.20 |

## DELPHI CORPORATION, CASE NO. 05-44481

### SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008

### EXHIBIT D  INVOICES RELATED TO PURCHASE ORDERS SAG9016236, SAG9016280, SAG9016383, SAG9015996, SAG9016242 AND SAG9016243

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 01/14/08 | 1701476 | SAG9015996 | 1,072.40 |
| 01/15/08 | 1701703 | SAG9015996 | 268.10 |
| 01/15/08 | 1701733 | SAG9015996 | 4,298.40 |
| 01/16/08 | 1701940 | SAG9015996 | 3,217.20 |
| 01/17/08 | 1702192 | SAG9015996 | 804.30 |
| 01/18/08 | 1702330 | SAG9015996 | 4,136.40 |
| 01/18/08 | 1702335 | SAG9015996 | 804.30 |
| 01/21/08 | 1702530 | SAG9015996 | 4,298.40 |
| 01/22/08 | 1702840 | SAG9015996 | 1,072.40 |
| 01/23/08 | 1703074 | SAG9015996 | 1,072.40 |
| 01/24/08 | 1703270 | SAG9015996 | 4,136.40 |
| 01/24/08 | 1703279 | SAG9015996 | 1,340.50 |
| 01/25/08 | 1703456 | SAG9015996 | 1,340.50 |
| 01/28/08 | 1703736 | SAG9015996 | 1,340.50 |
| **TOTAL AMOUNT OF CLAIM RELATED TO PURCHASE ORDER NO. SAG9015996:** | | | **85,499.80** |
| 11/28/07 | 1695569 | SAG9016242 | 643.20 |
| 11/29/07 | 1695791 | SAG9016242 | 580.50 |
| 11/29/07 | 1695821 | SAG9016242 | 321.60 |
| 11/30/07 | 1695964 | SAG9016242 | 321.60 |
| 11/30/07 | 1695974 | SAG9016242 | 580.50 |
| 12/03/07 | 1696325 | SAG9016242 | 321.60 |
| 12/03/07 | 1696326 | SAG9016242 | 580.50 |
| 12/03/07 | 1696390 | SAG9016242 | 190.80 |
| 12/04/07 | 1696583 | SAG9016242 | 580.50 |
| 12/04/07 | 1696586 | SAG9016242 | 321.60 |
| 12/05/07 | 1696758 | SAG9016242 | 321.60 |
| 12/05/07 | 1696759 | SAG9016242 | 580.50 |
| 12/06/07 | 1696970 | SAG9016242 | 643.20 |
| 12/06/07 | 1696971 | SAG9016242 | 580.50 |
| 12/06/07 | 1697041 | SAG9016242 | 190.80 |
| 12/07/07 | 1697151 | SAG9016242 | 321.60 |
| 12/07/07 | 1697162 | SAG9016242 | 580.50 |
| 12/10/07 | 1697376 | SAG9016242 | 580.50 |
| 12/10/07 | 1697395 | SAG9016242 | 643.20 |
| 12/10/07 | 1697564 | SAG9016242 | 190.80 |
| 12/12/07 | 1697819 | SAG9016242 | 580.50 |
| 12/12/07 | 1697844 | SAG9016242 | 643.20 |
| 12/12/07 | 1697892 | SAG9016242 | 321.60 |
| 12/12/07 | 1697893 | SAG9016242 | 580.50 |
| 12/12/07 | 1697935 | SAG9016242 | 190.80 |
| 12/13/07 | 1698059 | SAG9016242 | 643.20 |
| 12/13/07 | 1698060 | SAG9016242 | 580.50 |

## DELPHI CORPORATION, CASE NO. 05-44481

### SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008

### EXHIBIT D  INVOICES RELATED TO PURCHASE ORDERS SAG9016236, SAG9016280, SAG9016383, SAG9015996, SAG9016242 AND SAG9016243

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 12/14/07 | 1698245 | SAG9016242 | 321.60 |
| 12/14/07 | 1698246 | SAG9016242 | 580.50 |
| 12/14/07 | 1698330 | SAG9016242 | 190.80 |
| 12/21/07 | 1699443 | SAG9016242 | 643.20 |
| 12/21/07 | 1699556 | SAG9016242 | 190.80 |
| 01/02/08 | 1699789 | SAG9016242 | 643.20 |
| 01/03/08 | 1699947 | SAG9016242 | 321.60 |
| 01/07/08 | 1700360 | SAG9016242 | 1,548.00 |
| 01/08/08 | 1700625 | SAG9016242 | 1,608.00 |
| 01/08/08 | 1700629 | SAG9016242 | 1,741.50 |
| 01/08/08 | 1700677 | SAG9016242 | 190.80 |
| 01/09/08 | 1700810 | SAG9016242 | 321.60 |
| 01/09/08 | 1700858 | SAG9016242 | 387.00 |
| 01/10/08 | 1701045 | SAG9016242 | 580.50 |
| 01/10/08 | 1701050 | SAG9016242 | 193.50 |
| 01/10/08 | 1701057 | SAG9016242 | 643.20 |
| 01/10/08 | 1701098 | SAG9016242 | 190.80 |
| 01/11/08 | 1701224 | SAG9016242 | 321.60 |
| 01/11/08 | 1701225 | SAG9016242 | 580.50 |
| 01/14/08 | 1701466 | SAG9016242 | 321.60 |
| 01/14/08 | 1701467 | SAG9016242 | 580.50 |
| 01/15/08 | 1701705 | SAG9016242 | 580.50 |
| 01/15/08 | 1701843 | SAG9016242 | 190.80 |
| 01/16/08 | 1701868 | SAG9016242 | 643.20 |
| 01/16/08 | 1701932 | SAG9016242 | 580.50 |
| 01/16/08 | 1702073 | SAG9016242 | 190.80 |
| 01/17/08 | 1702194 | SAG9016242 | 387.00 |
| 01/17/08 | 1702197 | SAG9016242 | 643.20 |
| 01/18/08 | 1702336 | SAG9016242 | 643.20 |
| 01/18/08 | 1702367 | SAG9016242 | 580.50 |
| 01/18/08 | 1702428 | SAG9016242 | 190.80 |
| 01/22/08 | 1702802 | SAG9016242 | 387.00 |
| 01/22/08 | 1702849 | SAG9016242 | 321.60 |
| 01/23/08 | 1703072 | SAG9016242 | 387.00 |
| 01/23/08 | 1703075 | SAG9016242 | 643.20 |
| 01/24/08 | 1703289 | SAG9016242 | 387.00 |
| 01/24/08 | 1703291 | SAG9016242 | 321.60 |
| 01/25/08 | 1703458 | SAG9016242 | 580.50 |
| 01/28/08 | 1703738 | SAG9016242 | 580.50 |
| 01/28/08 | 1703756 | SAG9016242 | 321.60 |
| 01/28/08 | 1703757 | SAG9016242 | 643.20 |
| **TOTAL AMOUNT OF CLAIM RELATED TO PURCHASE ORDER NO. SAG9016242:** | | | 33,920.40 |

| | DELPHI CORPORATION, CASE NO. 05-44481 | | |
|---|---|---|---|
| | SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 | | |
| | EXHIBIT D  INVOICES RELATED TO PURCHASE ORDERS SAG9016236, SAG9016280, SAG9016383, SAG9015996, SAG9016242 AND SAG9016243 | | |
| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| 11/28/07 | 1695567 | SAG9016243 | 680.00 |
| 11/29/07 | 1695820 | SAG9016243 | 1,360.00 |
| 11/30/07 | 1695962 | SAG9016243 | 680.00 |
| 11/30/07 | 1696110 | SAG9016243 | 257.04 |
| 12/03/07 | 1696320 | SAG9016243 | 1,360.00 |
| 12/03/07 | 1696387 | SAG9016243 | 171.36 |
| 12/04/07 | 1696579 | SAG9016243 | 1,360.00 |
| 12/04/07 | 1696662 | SAG9016243 | 257.04 |
| 12/05/07 | 1696721 | SAG9016243 | 171.36 |
| 12/05/07 | 1696757 | SAG9016243 | 1,360.00 |
| 12/06/07 | 1696969 | SAG9016243 | 1,360.00 |
| 12/06/07 | 1697071 | SAG9016243 | 171.36 |
| 12/07/07 | 1697165 | SAG9016243 | 1,360.00 |
| 12/07/07 | 1697236 | SAG9016243 | 257.04 |
| 12/10/07 | 1697348 | SAG9016243 | 1,360.00 |
| 12/10/07 | 1697513 | SAG9016243 | 257.04 |
| 12/11/07 | 1697659 | SAG9016243 | 257.04 |
| 12/12/07 | 1697864 | SAG9016243 | 1,360.00 |
| 12/12/07 | 1697888 | SAG9016243 | 1,360.00 |
| 12/12/07 | 1697981 | SAG9016243 | 257.04 |
| 12/13/07 | 1698046 | SAG9016243 | 1,020.00 |
| 12/13/07 | 1698172 | SAG9016243 | 171.36 |
| 12/14/07 | 1698243 | SAG9016243 | 1,360.00 |
| 01/09/08 | 1700860 | SAG9016243 | 1,020.00 |
| 01/10/08 | 1701047 | SAG9016243 | 712.60 |
| 01/10/08 | 1701048 | SAG9016243 | 1,020.00 |
| 01/10/08 | 1701163 | SAG9016243 | 171.36 |
| 01/11/08 | 1701227 | SAG9016243 | 1,020.00 |
| 01/14/08 | 1701470 | SAG9016243 | 1,068.90 |
| 01/14/08 | 1701472 | SAG9016243 | 1,020.00 |
| 01/14/08 | 1701630 | SAG9016243 | 171.36 |
| 01/15/08 | 1701704 | SAG9016243 | 712.60 |
| 01/15/08 | 1701709 | SAG9016243 | 1,020.00 |
| 01/15/08 | 1701825 | SAG9016243 | 171.36 |
| 01/16/08 | 1701931 | SAG9016243 | 890.75 |
| 01/16/08 | 1701968 | SAG9016243 | 171.36 |
| 01/17/08 | 1702190 | SAG9016243 | 171.36 |
| 01/17/08 | 1702193 | SAG9016243 | 1,068.90 |
| 01/18/08 | 1702340 | SAG9016243 | 1,247.05 |
| 01/18/08 | 1702466 | SAG9016243 | 171.36 |
| 01/21/08 | 1702588 | SAG9016243 | 680.00 |
| 01/22/08 | 1702803 | SAG9016243 | 680.00 |
| 01/22/08 | 1702804 | SAG9016243 | 680.00 |
| 01/22/08 | 1702842 | SAG9016243 | 1,425.20 |
| 01/22/08 | 1702939 | SAG9016243 | 85.68 |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | |
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF JANUARY 28, 2008 | | | |
| EXHIBIT D  INVOICES RELATED TO PURCHASE ORDERS SAG9016236, SAG9016280, SAG9016383, SAG9015996, SAG9016242 AND SAG9016243 | | | |
| Invoice  Date | Invoice Number | Purchase Order No. | Total Amt/USD |
| 01/23/08 | 1703076 | SAG9016243 | 1,603.35 |
| 01/23/08 | 1703170 | SAG9016243 | 257.04 |
| 01/24/08 | 1703282 | SAG9016243 | 1,425.20 |
| 01/24/08 | 1703297 | SAG9016243 | 680.00 |
| 01/24/08 | 1703402 | SAG9016243 | 257.04 |
| 01/25/08 | 1703449 | SAG9016243 | 680.00 |
| 01/25/08 | 1703460 | SAG9016243 | 1,603.35 |
| 01/25/08 | 1703615 | SAG9016243 | 257.04 |
| 01/28/08 | 1703684 | SAG9016243 | 171.36 |
| 01/28/08 | 1703753 | SAG9016243 | 1,020.00 |
| 01/28/08 | 1703758 | SAG9016243 | 1,603.35 |
| | | | |
| TOTAL AMOUNT OF CLAIM RELATED TO PURCHASE ORDER NO. SAG9016243: | | | 43,145.25 |