# EXHIBIT A

CLE - 1050219.2

Exhibit A
Unpaid Pre-Petition Obligations

| Invoice | Product | Units | Description | Price | Amount | Date | Cust. PO# | Order No. | Part No. |
|---|---|---|---|---|---|---|---|---|---|
| 23886 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 10/7/2004 | SAG90I2523 | 70161 | 26051734 |
| 24195 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 1/11/2005 | SAG90I2524 | 70161 | 26051734 |
| 25037 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 8/30/2005 | SAG90I2525 | 70161 | 26051734 |
| 25147 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 10/4/2005 | SAG90I2526 | 70161 | 26051734 |
|  |  |  |  |  | **12,820.00** |  |  |  |  |