# EXHIBIT B

CLE - 1050219.2

Exhibit B
Unpaid Post-Petition Obligations

| Invoice | Product | Units | Description | Price | Amount | Date | Cust. PO# | Order No. | Part No. |
|---|---|---|---|---|---|---|---|---|---|
| 26494 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 11/13/2006 | SAG9012527 | 70161 | 26051734 |
| 27352 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 11/6/2007 | SAG9012528 | 70161 | 26051734 |
| 27444 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 12/19/2007 | SAG9012529 | 70161 | 26051734 |
| 27468 | 9505 | 5,000 | Mounting Assy. | 0.641 | 3,205.00 | 1/8/2008 | SAG9012530 | 70161 | 26051734 |
| | | | | | **12,820.00** | | | | |