**MORITT HOCK HAMROFF & HOROWITZ LLP**
400 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK  11530
PHONE:  (516) 873-2000
LESLIE A. BERKOFF (LB-4584)
lberkoff@moritthock.com

AND

**HAHN LOESER + PARKS LLP**
200 PUBLIC SQUARE, SUITE 3300
CLEVELAND, OHIO 44114-2301
PHONE: (216) 621-0150
DANIEL A. DEMARCO (OH # 0038920)
ROCCO I. DEBITETTO (OH # 0073878)
dademarco@hahnlaw.com
ridebitetto@hahnlaw.com

*Counsel for Robin Industries, Inc.*

**HEARING DATE AND TIME: FEBRUARY 21, 2008, AT 10:00 A.M. E.T.**

**RESPONSE DATE AND TIME: FEBRUARY 4, 2008, AT 4:00 P.M. E.T.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                               )SS:
COUNTY OF NASSAU          )

Dina Marlow, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside in Farmingville, New York.

On the 1st day of February 2008, in addition to the parties receiving service via the Court's ECF system, I served a true copy of the Objection and Response of Robin Industries, Inc. to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business, and (2) Notice of Cure

Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business via overnight mail, in a sealed envelope, with postage paid, addressed to the last known addresses as indicated below:

Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Attn: Legal Staff

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: Deputy General Counsel, Transactional & Restructuring

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John K. Lyons, Ron E. Meisler, and Brian M. Fern

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017
Attn: Richard L. Wynne

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard

**With a Copy To:**

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court  for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**With a Copy To:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, CT 06830
Attn: Brian Jarmain

_/s/ Dina Marlow_

Sworn to before me this 1st day
of February, 2008.

_/s/ Brandi P. Klineberg_
Notary Public for the State of New York
No. 02KL6112003
Qualified in Suffolk County
Commission Expires June 28, 2008