# EXHIBIT 1

**Cintas**
**4715 Hayes Ave**
**Sandusky OH 44870**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) BO460011003 |

# EXHIBIT 1

**General Motors Africa & Middle East-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 3200000431, 3200002393, and 3200000431 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) T8F00000,  84G00-016 |

# EXHIBIT 1

**General Motors Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-37492, GM-37492, GM-55273, and GM-55276 |

# EXHIBIT 1

**General Motors do Brazil-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) VKP0000L, VKP0000K |

# EXHIBIT 1

**General Motors Mexico-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84D00-01V-000, and 84D00-01H |

# EXHIBIT 1

**General Motors of Canada Ltd. Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-37492, and CN-51502 |

# EXHIBIT 1

**General Motors Powertrain-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84G00023 |

# EXHIBIT 1

**GM of Canada Ltd.**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-37492, CN-51501, CN-51502 |

# EXHIBIT 1

**GM Saturn Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 103272, 117469, 108898, 117469 |

# EXHIBIT 1

**StarSource Management Services**
**24301 Catherine Industrial Dr.**
**Novi MI 48375**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450627371 |