PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |
| _____ : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2008, copies of the *SKF USA Inc.'s Objection To (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with the Sale of Steering and Halfshaft Business Relating to (A) Purchase Order Numbers 9016236, 9016280, 9016383, (B) Purchase Order Numbers SAG9014765, SAG9012726; and (C) Purchase Order Numbers 9015996, 9016242, 9016243; (II) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Relating to (A) Purchase Order Number SAG9014765; and (B) Purchase Order Number SAG9012726; and*

#9282024 v1

*(III) the "Steering Sale Motion"* were served in the manner indicated on the entities on the attached service list.

                                          Respectfully submitted,

                                          /s/ Linda J. Casey
                                          Linda J. Casey (LC 1891)
                                          PEPPER HAMILTON LLP
                                          3000 Two Logan Square,
                                          18th and Arch Streets
                                          Philadelphia, PA  19103-2799
                                          (215) 981-4000

                                                    -and-

                                          Henry J. Jaffe
                                          James C. Carignan
                                          PEPPER HAMILTON LLP
                                          Hercules Plaza, Suite 5100
                                          1313 N. Market Street
                                          Wilmington, DE 19801
                                          (302) 777-6500
                                          Counsel for SKF USA Inc.

DATED:  February 1, 2008

#9282024 v1

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*
Email: Sean.p.corcoran@delphi.com
　　　　Karen.j.craft@delphi.com

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*

John K. Lyons, Esquire
Ron E. Meisler, Esquire
Brian M. Fern, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
Email: john.lyons@skadden.com;
　　　　Ron.meisler@skadden.com;
　　　　brian.fern@skadden.com;

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Overnight Courier*
Email: donald.bernstein@dpw.com
　　　　brian.resnick@dpw.com;

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022
*Overnight Courier*
Email: robert.rosenberg@lw.com
　　　　mark.broude@lw.com

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
*Overnight Courier*
Email: bonnie.steingart@friedfrank.com

Richard L. Wayne, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*Overnight Courier*
Email: rwynne@kirkland.com

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
　for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
*Overnight Courier*

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
Email: jack.butler@skadden.com

PHLEGAL: #1827044 v1 (135R801!.DOC)

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*
Email: Sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*

John K. Lyons, Esquire
Ron E. Meisler, Esquire
Brian M. Fern, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
Email: john.lyons@skadden.com
Ron.meisler@skadden.com
brian.fern@skadden.com

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Overnight Courier*
Email: donald.bernstein@dpw.com
brian.resnick@dpw.com

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022
*Overnight Courier*
Email: robert.rosenberg@lw.com
mark.broude@lw.com

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
*Overnight Courier*
Email: bonnie.steingart@friedfrank.com

Richard L. Wayne, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*Overnight Courier*
Email: rwynne@kirkland.com

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
*Overnight Courier*

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
Email: jack.butler@skadden.com

PHLEGAL: #1827044 v1 (135R801!.DOC)

Hon. Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, NY 10004-1408
  *Overnight Courier*