UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                           :         Chapter 11
:
DELPHI CORPORATION, et al.,         :         Case No. 05-44481 (RDD)
:
                      Debtors.    :         (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER TO FURTHER EXTEND TIME PERIOD WITHIN
WHICH DEBTORS MAY REMOVE ACTIONS UNDER
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006 AND 9027

("FIFTH REMOVAL DEADLINE EXTENSION ORDER")

       Upon the motion, dated February 1, 2008 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006 and 9027 further extending the period within which the Debtors may remove a claim or cause of action in a civil action; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

       ORDERED, ADJUDGED, AND DECREED THAT:

       1.       The Motion is GRANTED.

       2.       Pursuant to Bankruptcy Rule 9006(b), the period within which the Debtors may seek to remove a claim or cause of action pending on the date of the commencement of their

chapter 11 cases, pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027(a)(2), is enlarged and extended to and including the earlier of (a) 30 days after the effective date of a plan of reorganization and (ii) 30 days after entry of an order terminating the automatic stay with respect to the claim or cause of action.

   3. This order is without prejudice to the Debtors' right to seek further extensions of the period during which the Debtors may remove claims or causes of action.

   4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

   5. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
   February ___, 2008

               _____
               UNITED STATES BANKRUPTCY JUDGE