Douglas E. Spelfogel (DS 7097)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
*Counsel to Stoneridge, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD) |
| | : |
| Debtor | : Jointly Administered |

**OBJECTION OF CREDITOR STONERIDGE, INC. TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS DATED JANUARY 23, 2008**

Stoneridge, Inc. ("Stoneridge"), by and through undersigned counsel, hereby objects to the cure amount of $436,312.36 listed in the Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned In Connection with Sale of Steering and Halfshaft Business, dated January 23, 2008 (the "Cure Notice"),[1] for the following reasons:

1. Pursuant to the Cure Notice, the Debtors seek to assume and assign to the Buyers Stoneridge's Pre-Petition Contract number SAG90I4428 (the "Stoneridge Contract"). The Debtors incorrectly state that the Cure Amount under the Stoneridge Contract is $436,312.36. As set forth on the attached **Exhibit A**, there is, in fact,

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the Cure Notice.

$527,323.92 due and owing Stoneridge for pre-petition invoices under the Stoneridge Contract.

2. In addition, the Cure Notice incorrectly represents that all postpetition amounts owing under the Stoneridge Contract have been paid and that, other than the Cure Amount, there are no other defaults under the Stoneridge Contract. As set forth on the attached Exhibit A, there is a post-petition amount of $37,672.44 owing on the Stoneridge Contract.

3. Accordingly, the total amount of pre-petition and post-petition defaults under the Stoneridge Contract, which must be paid in order for the Debtors to assume and assign the Stoneridge Contract to the Buyers, is **$564,996.36,** plus applicable interest.

WHEREFORE, Stoneridge objects to the Debtors' proposed Cure Amount and respectfully requests that the Court order that the correct Cure Amount for the Stoneridge Contract is $564,996.36.

Dated: February 4, 2008   Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Douglas E. Spelfogel
   Douglas E. Spelfogel (DS 7097)
   Elyssa S. Kates (EK 8439)
   45 Rockefeller Plaza
   New York, New York 10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201
         and
   Kelly S. Burgan (Ohio 0073649)
   BAKER & HOSTETLER LLP
   3200 National City Center
   1900 East Ninth Street
   Cleveland, OH 44114-3485
   Telephone: (216) 621-0200
   Facsimile: (216) 696-0740
   *Counsel for Stoneridge, Inc.*

# EXHIBIT A

05-44481-rdd    Doc 12481    Filed 02/04/08    Entered 02/04/08 15:11:56    Main Document
Pg 4 of 10


# Exhibit A

**DELPHI SAGINAW STEERING SYSTEM 2094194**

**SAG90I4428**

| Ship To Location | Inv# | Ship Date | Amount Due |
|---|---|---|---|
| **Pre-petition Invoices:** | | | |
| GENERAL MOTORS CORP / SAGINAW | 30172029 | 07/27/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30172030 | 07/27/05 | 1,512.00 |
| GENERAL MOTORS CORP / SAGINAW | 30172031 | 07/27/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30172032 | 07/27/05 | 3,441.60 |
| 665 NORTH LAPEER / OXFORD | 30173738 | 07/29/05 | 1,764.00 |
| 665 NORTH LAPEER / OXFORD | 30173740 | 07/29/05 | 2,280.00 |
| 665 NORTH LAPEER / OXFORD | 30174846 | 08/01/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30174924 | 08/02/05 | 1,854.00 |
| 665 NORTH LAPEER / OXFORD | 30174968 | 08/02/05 | 588.00 |
| GENERAL MOTORS CORP / SAGINAW | 30176767 | 08/04/05 | 363.60 |
| 665 NORTH LAPEER / OXFORD | 30178737 | 08/04/05 | 1,176.00 |
| GENERAL MOTORS CORP / SAGINAW | 30178753 | 08/05/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30178754 | 08/05/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30178755 | 08/05/05 | 378.00 |
| 665 NORTH LAPEER / OXFORD | 30180683 | 08/05/05 | 1,824.00 |
| 665 NORTH LAPEER / OXFORD | 30180724 | 08/05/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30180740 | 08/06/05 | 1,176.00 |
| 665 NORTH LAPEER / OXFORD | 30180742 | 08/06/05 | 441.00 |
| GENERAL MOTORS CORP / SAGINAW | 30181854 | 08/10/05 | 756.00 |
| GENERAL MOTORS CORP / SAGINAW | 30181855 | 08/10/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30181856 | 08/10/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30181857 | 08/10/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30186001 | 08/15/05 | 378.00 |

| | | | |
|---|---|---|---|
| GENERAL MOTORS CORP / SAGINAW | 30186078 | 08/16/05 | 727.20 |
| GENERAL MOTORS CORP / SAGINAW | 30186082 | 08/16/05 | 756.00 |
| GENERAL MOTORS CORP / SAGINAW | 30186089 | 08/16/05 | 727.20 |
| 665 NORTH LAPEER / OXFORD | 30186555 | 08/09/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30186557 | 08/12/05 | 912.00 |
| GENERAL MOTORS CORP / SAGINAW | 30186738 | 08/18/05 | 727.20 |
| GENERAL MOTORS CORP / SAGINAW | 30187285 | 08/19/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30189616 | 08/23/05 | 24,117.12 |
| 665 NORTH LAPEER / OXFORD | 30190191 | 08/17/05 | 1,764.00 |
| GENERAL MOTORS CORP / SAGINAW | 30193097 | 08/26/05 | 718.80 |
| GENERAL MOTORS CORP / SAGINAW | 30193098 | 08/26/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30193099 | 08/26/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30194300 | 08/29/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30194301 | 08/29/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30194302 | 08/29/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30194303 | 08/29/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30194304 | 08/29/05 | 3,408.00 |
| 665 NORTH LAPEER / OXFORD | 30195099 | 08/26/05 | 1,764.00 |
| 665 NORTH LAPEER / OXFORD | 30195100 | 08/26/05 | 1,824.00 |
| GENERAL MOTORS CORP / SAGINAW | 30195106 | 08/30/05 | 6,029.28 |
| GENERAL MOTORS CORP / SAGINAW | 30195107 | 08/30/05 | 2,790.00 |
| GENERAL MOTORS CORP / SAGINAW | 30195108 | 08/30/05 | 942.00 |
| GENERAL MOTORS CORP / SAGINAW | 30196019 | 08/31/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30196021 | 08/31/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30196022 | 08/31/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30196023 | 08/31/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30196164 | 09/01/05 | 30,146.40 |
| GENERAL MOTORS CORP / SAGINAW | 30196166 | 09/01/05 | 6,816.00 |

| | | | |
|---|---|---|---|
| GENERAL MOTORS CORP / SAGINAW | 30196167 | 09/01/05 | 4,747.20 |
| GENERAL MOTORS CORP / SAGINAW | 30196169 | 09/01/05 | 519.24 |
| 665 NORTH LAPEER / OXFORD | 30196182 | 09/01/05 | 441.00 |
| GENERAL MOTORS CORP / SAGINAW | 30198532 | 09/07/05 | 18,087.84 |
| GENERAL MOTORS CORP / SAGINAW | 30198533 | 09/07/05 | 2,076.96 |
| GENERAL MOTORS CORP / SAGINAW | 30198534 | 09/07/05 | 1,860.00 |
| GENERAL MOTORS CORP / SAGINAW | 30198535 | 09/07/05 | 942.00 |
| GENERAL MOTORS CORP / SAGINAW | 30198536 | 09/07/05 | 2,130.00 |
| GENERAL MOTORS CORP / SAGINAW | 30199069 | 09/08/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30199070 | 09/08/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30199071 | 09/08/05 | 1,860.00 |
| GENERAL MOTORS CORP / SAGINAW | 30199733 | 09/09/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30199735 | 09/09/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30199736 | 09/09/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30199737 | 09/09/05 | 2,325.00 |
| GENERAL MOTORS CORP / SAGINAW | 30199738 | 09/09/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30199739 | 09/09/05 | 471.00 |
| GENERAL MOTORS CORP / SAGINAW | 30201735 | 09/12/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30201736 | 09/12/05 | 2,130.00 |
| GENERAL MOTORS CORP / SAGINAW | 30201737 | 09/12/05 | 2,325.00 |
| GENERAL MOTORS CORP / SAGINAW | 30201768 | 09/13/05 | 471.00 |
| GENERAL MOTORS CORP / SAGINAW | 30201769 | 09/13/05 | 2,790.00 |
| GENERAL MOTORS CORP / SAGINAW | 30201770 | 09/13/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30201771 | 09/13/05 | 4,260.00 |
| GENERAL MOTORS CORP / SAGINAW | 30203321 | 09/14/05 | 6,029.28 |
| GENERAL MOTORS CORP / SAGINAW | 30203322 | 09/14/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30203323 | 09/14/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30203324 | 09/14/05 | 1,860.00 |

| | | | |
|---|---|---|---|
| GENERAL MOTORS CORP / SAGINAW | 30203331 | 09/14/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30203544 | 09/15/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30203545 | 09/15/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30203546 | 09/15/05 | 1,860.00 |
| GENERAL MOTORS CORP / SAGINAW | 30203547 | 09/15/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30205893 | 09/16/05 | 24,117.12 |
| GENERAL MOTORS CORP / SAGINAW | 30205895 | 09/16/05 | 1,860.00 |
| GENERAL MOTORS CORP / SAGINAW | 30205896 | 09/16/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30205898 | 09/16/05 | 6,390.00 |
| GENERAL MOTORS CORP / SAGINAW | 30207099 | 09/20/05 | 465.00 |
| GENERAL MOTORS CORP / SAGINAW | 30207132 | 09/20/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30207133 | 09/20/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30207134 | 09/20/05 | 593.40 |
| 665 NORTH LAPEER / OXFORD | 30208599 | 09/13/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30208605 | 09/21/05 | 456.00 |
| 665 NORTH LAPEER / OXFORD | 30208606 | 09/16/05 | 1,323.00 |
| 665 NORTH LAPEER / OXFORD | 30208636 | 09/12/05 | 1,176.00 |
| 665 NORTH LAPEER / OXFORD | 30208642 | 09/16/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30208643 | 09/16/05 | 456.00 |
| GENERAL MOTORS CORP / SAGINAW | 30208647 | 09/21/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30208648 | 09/21/05 | 4,260.00 |
| GENERAL MOTORS CORP / SAGINAW | 30208909 | 09/22/05 | 6,029.28 |
| GENERAL MOTORS CORP / SAGINAW | 30208910 | 09/22/05 | 1,186.80 |
| GENERAL MOTORS CORP / SAGINAW | 30208911 | 09/22/05 | 1,395.00 |
| GENERAL MOTORS CORP / SAGINAW | 30208912 | 09/22/05 | 4,260.00 |
| GENERAL MOTORS CORP / SAGINAW | 30210518 | 09/23/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30210519 | 09/23/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30210520 | 09/23/05 | 1,720.80 |

| | | | |
|---|---|---|---|
| 665 NORTH LAPEER / OXFORD | 30212109 | 09/23/05 | 1,824.00 |
| 665 NORTH LAPEER / OXFORD | 30212114 | 09/23/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30212139 | 09/22/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30212140 | 09/23/05 | 1,323.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212142 | 09/26/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30212143 | 09/26/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212144 | 09/26/05 | 852.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212145 | 09/26/05 | 1,413.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212253 | 09/27/05 | 4,673.16 |
| GENERAL MOTORS CORP / SAGINAW | 30212270 | 09/27/05 | 1,704.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212283 | 09/27/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30212284 | 09/27/05 | 638.40 |
| GENERAL MOTORS CORP / SAGINAW | 30212285 | 09/27/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30212286 | 09/27/05 | 1,395.00 |
| GENERAL MOTORS CORP / SAGINAW | 30212287 | 09/27/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30214223 | 09/28/05 | 471.00 |
| GENERAL MOTORS CORP / SAGINAW | 30214225 | 09/28/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30214226 | 09/28/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30214227 | 09/28/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30214228 | 09/28/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30214229 | 09/28/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30214306 | 09/29/05 | 12,058.56 |
| GENERAL MOTORS CORP / SAGINAW | 30214307 | 09/29/05 | 3,560.40 |
| GENERAL MOTORS CORP / SAGINAW | 30214308 | 09/29/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30214309 | 09/29/05 | 1,720.80 |
| GENERAL MOTORS CORP / SAGINAW | 30214399 | 09/29/05 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30216908 | 09/30/05 | 942.00 |
| GENERAL MOTORS CORP / SAGINAW | 30216930 | 09/30/05 | 24,117.12 |

| | | | |
|---|---|---|---|
| GENERAL MOTORS CORP / SAGINAW | 30216931 | 09/30/05 | 519.24 |
| GENERAL MOTORS CORP / SAGINAW | 30216932 | 09/30/05 | 930.00 |
| GENERAL MOTORS CORP / SAGINAW | 30216937 | 09/30/05 | 3,408.00 |
| GENERAL MOTORS CORP / SAGINAW | 30216938 | 09/30/05 | 4,153.80 |
| GENERAL MOTORS CORP / SAGINAW | 30216939 | 09/30/05 | 1,720.80 |
| 665 NORTH LAPEER / OXFORD | 30218509 | 09/28/05 | 441.00 |
| 665 NORTH LAPEER / OXFORD | 30218543 | 09/29/05 | 1,176.00 |
| 665 NORTH LAPEER / OXFORD | 30218548 | 09/26/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30218551 | 09/28/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30218558 | 09/30/05 | 1,368.00 |
| 665 NORTH LAPEER / OXFORD | 30218559 | 09/30/05 | 588.00 |
| 665 NORTH LAPEER / OXFORD | 30218563 | 10/01/05 | 456.00 |
| GENERAL MOTORS CORP / SAGINAW | 30218564 | 10/01/05 | 2,967.00 |
| GENERAL MOTORS CORP / SAGINAW | 30218565 | 10/01/05 | 465.00 |
| 1655 TECH DRIVE / BAY CITY | 30220503 | 10/06/05 | 588.00 |
| 1655 TECH DRIVE / BAY CITY | 30224879 | 10/06/05 | 588.00 |
| **Total pre-petition invoices:** | | | **527,323.92** |
| **Post-petition Invoices** | | | |
| GENERAL MOTORS CORP / SAGINAW | 30234022 | 10/21/2005 | 2,373.60 |
| GENERAL MOTORS CORP / SAGINAW | 30873600 | 12/17/2005 | 1,186.80 |
| 3900 EAST HOLLAND / SAGINAW | 30876262 | 12/15/2005 | 1,960.20 |
| GENERAL MOTORS CORP / SAGINAW | 30876784 | 12/21/2005 | 471.00 |
| GENERAL MOTORS CORP / SAGINAW | 30904718 | 1/26/2006 | 6,029.28 |
| GENERAL MOTORS CORP / SAGINAW | 31644898 | 7/18/2006 | 2,166.48 |
| GENERAL MOTORS CORP / SAGINAW | 31644901 | 7/18/2006 | 2,475.00 |
| GENERAL MOTORS CORP / SAGINAW | 31646847 | 7/19/2006 | 2,967.00 |
| GENERAL MOTORS CORP / SAGINAW | 31646901 | 7/19/2006 | 2,970.00 |
| GENERAL MOTORS CORP / SAGINAW | 31646902 | 7/19/2006 | 2,505.00 |

| | | | |
|---|---|---|---|
| GENERAL MOTORS CORP / SAGINAW | 31683734 | 8/28/2006 | 990.00 |
| 1655 TECH DRIVE / BAY CITY | 31685620 | 8/29/2006 | 441.00 |
| GENERAL MOTORS CORP / SAGINAW | 32381315 | 7/23/2007 | 1,485.00 |
| 1655 TECH DRIVE / BAY CITY | 32382566 | 7/24/2007 | 2,352.00 |
| GENERAL MOTORS CORP / SAGINAW | 32383112 | 7/25/2007 | 2,970.00 |
| GENERAL MOTORS CORP / SAGINAW | 32383442 | 7/26/2007 | 951.60 |
| GENERAL MOTORS CORP / SAGINAW | 32383611 | 7/26/2007 | 786.48 |
| 1655 TECH DRIVE / BAY CITY | 32392477 | 8/7/2007 | 2,160.00 |
| 1655 TECH DRIVE / BAY CITY | 32503824 | 10/1/2007 | 432.00 |
| **Total post-petition invoices:** | | | **37,672.44** |
| **TOTAL DUE (pre- and post-petition):** | | | **564,996.36** |