UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
   In re                          :    Chapter 11
                                            :
DELPHI CORPORATION, <u>et al.</u>,          :    Case No. 05-44481 (RDD)
                                            :
                    Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DENYING SAMSUNG ELECTRO-MECHANICS CO, LTD. MOTION
<u>TO RECONSIDER PROOF OF CLAIM 16485</u>

("SAMSUNG ELECTRO-MECHANICS CO., LTD. ORDER")

      Upon Samsung Electro-Mechanics Co., Ltd.'s ("Samsung") untitled and undated letter to the Court (Docket No. 10985), which the Court considered as a Motion To Reconsider Order Expunging Proof Of Claim Number 16585 (the "Motion") pursuant to Fed. R. Bankr. P. 3008; and Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") having objected to the Motion pursuant to the Debtors' Objection To Samsung Electro-Mechanics Co., Ltd.'s Motion To Reconsider Order Expunging Claim No. 16485 (Docket No. 11650) (the "Objection"); and the Motion having failed to state good and sufficient cause for the relief requested for the reasons stated by the Court at the January 31, 2008 hearing (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing therefor,

1

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

  A. The Court has jurisdiction over the Motion and the Objection pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of the Motion and the Objection is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Motion and the Objection is proper under 28 U.S.C. §§ 1408 and 1409.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

  1. The Motion is hereby denied for the reasons set forth more fully on the record at the Hearing.

  2. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
   February  4, 2008

                /s/Robert D. Drain
               UNITED STATES BANKRUPTCY JUDGE

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2