# Schedule 1 – All Claims

| Claimant | Claim Number | Total Claim Asserted |
|---|---|---|
| Albrecht, George | 9773 | $2,100,876.18 |
| Albrecht, Dorothy | 9764 | $149,231.72 |
| Campbell, Ray | 9784 | $3,639,179.53 |
| Campbell, Carolyn | 9763 | $260,160.05 |
| Crouse, James | 9774 | $1,739,604.04 |
| Crouse, Linda | 9759 | $93,767.44 |
| Cunningham, Charles | 9761 | $1,323,260.15 |
| Cunningham, Mary Beth | 9786 | $209,007.52 |
| Dils, Timothy | 11629 | $675,689.87 |
| Dils, Paula | 11628 | $86,802.98 |
| Ebbert, William | 14243 | $3,331,070.67 |
| Ebbert, Mary | 9767 | $201,221.25 |
| Gaffe, Karen | 9986 | $702,812.53 |
| Grosse, Richard | 9992 | $816,184.14 |
| Grosse, Carolyn | 9985 | $40,371.62 |
| Heilman, David | 9785 | $3,695,502.95 |
| Heilman, Mary Ann | 9762 | $152,148.03 |
| Kesler, Larry | 10213 | $1,756,608.71 |
| Kesler, Marlene | 10216 | $93,976.44 |
| Kralovich, George | 11163 | $1,116,328.27 |
| Kralovich, Janice | 11097 | $38,275.17 |
| Lundberg, Edward | 11096 | $831,964.51 |
| Lundberg, Denys | 11100 | $118,952.94 |
| Meier, Gerald T. | 10212 | $1,395,391.11 |
| Meier, Barbara | 10270 | $74,779.37 |
| Satterthwaite, C. Richard | 10217 | $427,348.62 |
| Satterthwaite, Karen | 10234 | $15,180.03 |
| Sloan, George | 9782 | $2,252,726.13 |
| Sloan, Kristin | 9757 | $132,646.19 |
| Tosch, Paul | 9783 | $4,810,566.48 |
| Tosch, Gay | 9765 | $1,329,479.55 |
| Zeilinger, Robert | 10195 | $1,436,921.15 |
| Zeilinger, Barbara | 10259 | $82,601.93 |