## Schedule 2 – Allowed Claims Only

| Claimant | Claim Number | Amount Allowed |
|---|---|---|
| Albrecht, George | 9773 | $1,439,976.75 |
| Campbell, Ray | 9784 | $2,659,593.37 |
| Crouse, James | 9774 | $1,101,532.79 |
| Cunningham, Charles | 9761 | $1,053,744.56 |
| Dils, Timothy | 11629 | $329,377.94 |
| Ebbert, William | 14243 | $2,529,342.03 |
| Gaffe, Karen | 9986 | $327,387.22 |
| Grosse, Richard | 9992 | $449,552.69 |
| Heilman, David | 9785 | $2,551,128.57 |
| Kesler, Larry | 10213 | $1,197,634.82 |
| Kralovich, George | 11163 | $561,185.08 |
| Lundberg, Edward | 11096 | $508,122.55 |
| Meier, Gerald T. | 10212 | $843,626.03 |
| Satterthwaite, C. Richard | 10217 | $219,197.07 |
| Sloan, George | 9782 | $1,646,483.55 |
| Tosch, Paul | 9783 | $4,118,745.54 |
| Zeilinger, Robert | 10195 | $923,589.51 |