## Schedule 3 – Disallowed And Expunged Claims Only

| Claimant | Claim Number |
|---|---|
| Albrecht, Dorothy | 9764 |
| Campbell, Carolyn | 9763 |
| Crouse, Linda | 9759 |
| Cunningham, Mary Beth | 9786 |
| Dils, Paula | 11628 |
| Ebbert, Mary | 9767 |
| Grosse, Carolyn | 9985 |
| Heilman, Mary Ann | 9762 |
| Kesler, Marlene | 10216 |
| Kralovich, Janice | 11097 |
| Lundberg, Denys | 11100 |
| Meier, Barbara | 10270 |
| Satterthwaite, Karen | 10234 |
| Sloan, Kristin | 9757 |
| Tosch, Gay | 9765 |
| Zeilinger, Barbara | 10259 |