SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

    In re                         :        Chapter 11
                                  :
DELPHI CORPORATION, et al.,   :        Case No. 05–44481 (RDD)
                                  :
                Debtors.     :        (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOFS OF CLAIM NUMBERS 7089 AND 8192
(SOLVAY FLUORIDES LLC AND SOLVAY ADVANCED POLYMERS LLC)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Solvay Fluorides LLC ("Solvay Fluorides"), and Solvay Advanced Polymers LLC ("Solvay Polymers," and together with Solvay Fluorides, "Solvay") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 7089 And 8192 (Solvay Fluorides LLC And Solvay Advanced Polymers LLC) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 30, 2006 Solvay Fluorides filed proof of claim number 7089 against Delphi, asserting an unsecured non-priority claim in the amount of $673,732.61 ("Claim 7089") arising from the sale of goods.

WHEREAS, on June 19, 2006 Solvay Polymers filed proof of claim number 8192 against DAS LLC, asserting an unsecured non-priority claim in the amount of $115,302.79 ("Claim 8192," and together with Claim 7089, the "Claims") arising from the sale of goods.

WHEREAS, on February 15, 2007, the Debtors objected to the Claims pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 14, 2007 Solvay Fluorides filed its Response To Debtors' Ninth Omnibus Claim Objection (Docket No. 7251) (the "Response").

WHEREAS, on July 12, 2007 Solvay Fluorides filed its Supplement to its Response to Debtors' Ninth Omnibus Claim Objection (Docket No. 8551) (the "Supplement").

WHEREAS, DAS LLC acknowledges and agrees that Claim 7089 shall be allowed against DAS LLC in the amount of $550,066.96.

WHEREAS, DAS LLC acknowledges and agrees that Claim 8192 shall be allowed against DAS LLC in the amount of $115,290.80.

WHEREAS, DAS LLC is authorized to settle the Claims either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Solvay stipulate and agree as follows:

1. Claim 7089 shall be allowed in the amount of $550,066.96 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. Claim 8192 shall be allowed in the amount of $115,290.80 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3. The Ninth Omnibus Claims Objection with respect to the Claims and Solvay's Response and Supplement are deemed resolved.

So Ordered in New York, New York, this 4th day of February, 2008

    /s/Robert D. Drain                      
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ David A. Rosenzweig |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606-1285<br>(312) 407-0700 | David A. Rosenzweig<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 318-3000<br><br>Attorneys for Solvay Fluorides LLC and Solvay Advanced Polymers LLC |

        - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession