**EXHIBIT A**

# DELPHI

Saginaw Steering Systems

Page   1   of   4

**Buyer:**

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI SAGINAW STEERING DIV
3900 HOLLAND RD
SAGINAW MI 48601

**Deliver to:**

Delphi S Plant 5
3900 Holland Rd
Saginaw MI 48601

CANON USA INC
1 CANON PLZ
NEW HYDE PARK NY 11042-1119

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450448560 | 08-Feb-2007 |
| Version | |
| 30-Jan-2008 10:24:49 | |

Delivery date:  31-JAN-2007

Vendor No:  1027594
DUNS No:   041530692

**Payment Terms:** ZMN2      **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10974455 00010 | 12.000 | K905 Delphi S Plant 5 |
| | SERIAL #WCP412 412 COPIER/FAX | | J. KUMAUS |
| | Monthly rental Jan-07 - Dec-07 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-JAN-2007 | 12.000 | 35.00 | 1 | EA | 420.00 |
| **Net Line Item Value** | | | | **USD** | **420.00** |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR10974455 00020 | 28,800.000 | K905 Delphi S Plant 5 |
| | Meter Usage | | J. KUMAUS |
| | Jan-07 - Dec-07 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-JAN-2007 | 28,800.000 | 17.75 | 1,000 | EA | 511.20 |

Purchasing Contact: Demiene, Sandra

Phone:  248-813-2369

Fax:   248-813-4455

Contact Address:

Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

# DELPHI

Saginaw Steering Systems

Page   2   of   4

CANON USA INC
1 CANON PLZ
NEW HYDE PARK NY 11042-1119

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450448560 | 08-Feb-2007 |
| Version | |
| 30-Jan-2008  10:24:49 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

| Net Line Item Value | | USD | 511.20 |
|---|---|---|---|

| **Total net value** | USD | 931.20 |
|---|---|---|

## Notes:

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

AN INVOICE IS REQUIRED FOR PAYMENT PROCESSING OF THIS ORDER.
Invoices should be sent directly to the person identified below for each line of the PO. As an alternative to mailing the invoice, you may email the invoice to the Requestor as a .pdf attachment.

Send Invoices for this order only to:
Delphi Steering
3900 EAST HOLLAND ROAD
SAGINAW, MI 48601-9494

Attn: Jim Kumaus
(989) 757-5446 or jim.m.kumaus@delphi.com

*************************************************GENERAL SHIPPING INSTRUCTIONS ***************************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method.  Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address.  If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport.  Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

****************************************** GENERAL PAYMENT AND DISBURSEMENTS INFORMATION ****************************************
Any questions regarding payment or disbursement related issues should be directed to:  Delphi Disbursements-Customer Center (248) 874-4636.

SALES AND USE TAX EXEMPTION
Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below.  As a result, in all of the identified states Delphi will remit directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

# DELPHI

Saginaw Steering Systems

CANON USA INC
1 CANON PLZ
NEW HYDE PARK  NY 11042-1119

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450448560 | 08-Feb-2007 |
| Version | |
| 30-Jan-2008  10:24:49 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

### Notes Continued:

| | |
|---|---|
| Mississippi | 4375 |
| New Jersey | 383-431-131/000 |
| Michigan | 38-3431131 |
| New York | dp-3487 |
| Alabama | 805 |
| Georgia | 300-45870-8 |
| Indiana | 1018702130011 |
| Kansas | 98-0003a |
| Texas | 1-38-3431131-1 |
| Ohio | 98-002667 |
| Wisc. | wdp-99-01-010037 |

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor.  You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.

*************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements areincorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction,specification and other document issued by Buyer or accepted in writing by

# DELPHI

Saginaw Steering Systems

Page 4 of 4

CANON USA INC
1 CANON PLZ
NEW HYDE PARK  NY  11042-1119

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450448560 | 08-Feb-2007 |
| Version | |
| 30-Jan-2008  10:24:49 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

**Notes Continued:**

Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract(such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website,delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in,modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************