SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

Counsel for Nu-Tech Plastics Engineering

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Schwartz Law Firm, P.C. requests that the following attorney be removed from ECF notification in the above-captioned case as Nu-Tech Plastics Engineering, Inc. no longer holds an interest in Case No. 05-44481 (RDD):

Jay A. Schwartz (jschwartz@schwartzlawfirmpc.com)

SCHWARTZ LAW FIRM, P.C.

By: s/ Jay A. Schwartz
Attorney for Nu-Tech Plastics Engineering
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400
jschwartz@schwartzlawfirmpc.com
(P45268)

Dated:   February 4, 2008

1