### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused

papers to be served as follows:

| | |
|---|---|
| Document Served: | *Objection of Millennium Industries Corporation to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* |
| *and* | *Objection of Assembly Systems Innovators, LLC to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* |

| | |
|---|---|
| Method of Service/<br>Served upon<br>to the | By electronic mail (via the ECF System) upon all parties shown on <u>Exhibit A</u> and <u>Exhibit</u> B attached, also served via Federal Express following |

| | |
|---|---|
| Chambers of the Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | Delphi Corporation<br>Attn: Deputy General Counsel, Transactional<br>& Restructuring<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| John K. Lyons<br>Ron E. Meisler<br>Brian M. Fern<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Delphi Automotive Systems LLC<br>Attn: Legal Staff<br>5725 Delphi Drive<br>Troy, Michigan 48098 |

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Richard L. Wynne
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY  10004


Date of Service:        February 4, 2008


_____
                          /s/ *Secret S. Washington*
                          Secret S. Washington

5553591.1 24841/103242

**File an Answer:**

<u>05-44481-rdd Delphi Corporation</u>

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Applebaum, Joel D. entered on 2/4/2008 at 3:37 PM and filed on 2/4/2008

**Case Name:** Delphi Corporation
**Case Number:** <u>05-44481-rdd</u>
**Document Number:** <u>12483</u>

**Docket Text:**
Objection *of Millennium Industries Corporation to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* filed by Joel D. Applebaum on behalf of Millennium Industries Corporation. (Applebaum, Joel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\My Documents\Case PDF (SW)\Millennium (delphi)\Objection to notice of cure amounts.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/4/2008] [FileNumber=6464756-0] [ 83b67cbbccceb6a38ae98518b18a3fcb8b3a3492db73217fb0eb2b135b4d9663420867 a69619041e1800bb01c7258fa366f7313faca46a5d5a9340b209246505]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson     aaronsoa@pepperlaw.com

David B. Aaronson     david.aaronson@dbr.com

Elizabeth Abdelmasieh     elizabeth@regencap.com

Franklin C. Adams     franklin.adams@bbklaw.com

Jason R. Adams     jadams@torys.com

Jennifer L. Adamy     bankruptcy@goodwin.com

David J. Adler     dadler@mccarter.com

Michael J. Alerding     malerding@binghammchale.com



Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearn

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;sci

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

James S. Carr      BankruptcyDepartment2@kelleydrye.com;BankruptcyDepartment@kelleydrye.com

Roberto Carrillo      rcarrillo@gsblaw.com

D. Christopher Carson      ccarson@burr.com

Michelle Carter      mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey      caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistl

Michael Cassell      mcassell@lefkowitzhogan.com

Ben T. Caughey      ben.caughey@icemiller.com

George B. Cauthen      george.cauthen@nelsonmullins.com

Rocco A. Cavaliere      rcavaliere@blankrome.com

Babette A. Ceccotti      bceccotti@cwsny.com

Sarah B. Chapman Carter      scarter@pselaw.com

Erik G. Chappell      egc@lydenlaw.com

Eric J. Charlton      echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark      maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu      cchiu@daypitney.com

R. John Clark      rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary      david.cleary@dl.com, mkhambat@dl.com

·Marvin E. Clements      icnewyork@state.tn.us

Tiffany Strelow Cobb      tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen      tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan      mconlan@gibbonslaw.com

Dennis J. Connolly      dconnolly@alston.com

Susan M. Cook      smcook@lambertleser.com

Patrick M. Costello      pcostello@bbslaw.com

Thomas W. Cranmer      cranmer@millercanfield.com,

rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

James J. DeCristofaro    jdecristofaro@mofo.com

Karen Veronica DeFio    kdefio@bsk.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich     ddragich@foley.com

David B. Draper     ddraper@terra-law.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker     sdrucker@hongman.com

David F. DuMouchel     dumouchd@butzel.com

David W. Dykhouse     dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton     featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi     weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich     gehrlich@sandw.com

Robert L. Eisenbach     reisenbach@cooley.com

Judith Elkin     judith.elkin@haynesboone.com

Paige Leigh Ellerman     ellerman@taftlaw.com

Bruce N. Elliott     elliott@cmplaw.com

Rex H. Elliott     loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro     bellis-monro@sgrlaw.com

Alyssa Englund     aenglund@orrick.com

Michael R. Enright     menright@rc.com

Richard L. Epling     richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich     margot.erlich@pillsburylaw.com

Earle I. Erman     eerman@ermanteicher.com

Scott L. Esbin     bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

Edward M. Fox    efox@klng.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa     tgaa@bbslaw.com

James Gadsden     bankruptcy@clm.com

James M. Garner     jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry     vgarry@ag.state.oh.us

Joanne Gelfand     joanne.gelfand@akerman.com

Yann Geron     ygeron@foxrothschild.com

Philip J. Giacinti     pjg@procopio.com, caw@procopio.com

Karen Giannelli     kgiannelli@gibbonslaw.com

Leo J. Gibson     lgibson@bsdd.com

Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto     jgitto@nixonpeabody.com

Eduardo J. Glas     eglas@mccarter.com

Jeffrey R. Gleit     jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick     larryglick@erols.com

Ronald L. Glick     rlg@stevenslee.com

Matthew Alexander Gold     courts@argopartners.net

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com

Robert D. Gordon     rgordon@clarkhill.com

Gary A. Gotto     ggotto@krplc.com

Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham     jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham     wrg@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@pricehenevelld.com

Peter J. Gurfein    pgurfein@akingump.com

Elizabeth A. Haas    info@thehaaslawfirm.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net, eganc@halperinlaw.net;cmitchell@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Brian S. Hermann    bhermann@paulweiss.com

William Heuer    wheuer@dl.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    stephanie.hoos@bingham.com

Bruce W. Hoover    bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey    jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Donald J. Hutchinson    hutchinson@millercanfield.com

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidle

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jo

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@kl.com

Laurie J. Michelson    michelso@butzel.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;n

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Bruce S. Nathan    bnathan@lowenstein.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com,
zraiche@gklaw.com;mroufus@gklaw.com;jherzog@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com,
mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Thomas A. Pitta    tpitta@lowenstein.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhe

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-
p.com;sbeyer@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins     mrr@previant.com

Elizabeth A. Roberge     eroberge@robergelaw.com

Jean R. Robertson     jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen     srosen@cb-shea.com

Heath D. Rosenblat     hrosenblat@kayscholer.com

Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin     irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin     brubin@burr.com

E. Todd Sable     tsable@honigman.com

Chester B. Salomon     cs@stevenslee.com

Brian D. Salwowski     bsalwowski@atg.state.in.us

Diane W. Sanders     austin.bankruptcy@publicans.com

William A. Sankbeil     was@krwlaw.com

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Robert V. Sartin     rsartin@fbtlaw.com

William F. Savino     wsavino@damonmorey.com

Thomas J. Schank     tomschank@hunterschank.com

Ilan D. Scharf     ischarf@pszyjw.com

Michael L. Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle     jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling     william.schorling@bipc.com

Christopher P. Schueller     christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman     cschulman@sachnoff.com

Sheila R. Schwager     srs@hteh.com

Bryan I. Schwartz     bschwartz@lplegal.com

Jay A. Schwartz     jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz     matthew.schwartz@usdoj.gov

Mark S. Scott     mscott@riemerlaw.com

Lon J. Seidman     mail@rsmllp.com, mail@rsmllp.com

Howard Seife     andrew.rosenblatt@chadbourne.com

Jay Selanders     jay.selanders@kutakrock.com

Gary I. Selinger     gselinger@hodgsonruss.com

Mark A. Shaiken     mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro     shapiro@steinbergshapiro.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill     mark.sherrill@sablaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman     was@showmanlaw.com

Robert J. Sidman     rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon     jsimon@foley.com

Joseph E. Simpson     jsimpson@hselaw.com

Thomas R. Slome     mail@rsmllp.com

Wendy W. Smith     wendy@bindermalter.com

Richard G. Smolev     rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder    jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon    msolomon@burr.com

Sean C. Southard    ssouthard@klestadt.com, smegna@klestadt.com;sfurst@klestadt.com

Paul H. Spaeth    spaethlaw@phslaw.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher    byron.starcher@nelsonmullins.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Matthew B. Stein    mstein@sonnenschein.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella    attorneystella@sszpc.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Michelle T. Sutter    msutter@ag.state.oh.us

Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    dtabachnik@dttlaw.com, info@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton     roger.tarbutton@jocogov.org

John E. Taylor     jtaylor@binghammchale.com

Samuel Jason Teele     jteele@lowenstein.com

Andrew M. Thaler     thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas     zothomas@klettrooney.com

Janice L. Thompson     Thompson.Janice@dol.gov

Melinda S. Thornton     cao.bkc@miamidade.gov

Gordon J. Toering     gtoering@wnj.com

Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue     mtrentadue@boselaw.com

Martin B. Tucker     mtucker@fbtlaw.com

Raymond J. Urbanik     rurbanik@munsch.com

Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi     rusadi@cahill.com

Shmuel Vasser     svasser@eapdlaw.com

Lori V. Vaughan     lvaughan@foley.com

Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist     gvist@masudafunai.com

Joseph J. Vitale     jvitale@cwsny.com

Arthur T. Walsh     rkirby@omclaw.com

Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner     bankruptcy@warnerstevens.com

W. Clark Watson   cwatson@balch.com

Robert K. Weiler   rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub   wweintraub@fklaw.com

Jay Welford   jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter   robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller   dallas.bankruptcy@publicans.com

David A. Wender   david.wender@alston.com

Michael R. Wernette   mwernette@schaferandweiner.com

Robert A White   rwhite@murthalaw.com

Amy Williams-Derry   awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig   swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson   BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson   jwilson@tylercooper.com

Jeffrey C. Wisler   jcw@cblhlaw.com

Douglas Wolfe   dwolfe@asmcapital.com

Robert D. Wolford   ecfwolfordr@millerjohnson.com

Richard L. Wynne   richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu   mxu@schiffhardin.com

David Farrington Yates   fyates@sonnenschein.com

Stephen L. Yonaty   syonaty@chwattys.com

German Yusufov   pcaocvbk@pcao.pima.gov

Helen A. Zamboni   hzamboni@underbergkessler.com

Menachem O. Zelmanovitz   mzelmanovitz@morganlewis.com

Peter Alan Zisser   nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

## File an Answer:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Applebaum, Joel D. entered on 2/4/2008 at 3:54 PM and filed on 2/4/2008

**Case Name:**          Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 12484

**Docket Text:**
Objection *of Assembly Systems Innovators, LLC to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* filed by Joel D. Applebaum on behalf of Assembly Systems Innovators, LLC. (Applebaum, Joel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\My Documents\Case PDF (SW)\Millennium (delphi)\Assembly Systems Innovator Objection - Delpi.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/4/2008] [FileNumber=6464902-0] [
43922e82ea1eacf844c09a5914f83209fb4868ca5d9b5fd62aaf1eb458f61ca1f72727
3da19b42afe33eade0086b2a311b366de5a1b46386936214b1d8e9d44e]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson      aaronsoa@pepperlaw.com

David B. Aaronson      david.aaronson@dbr.com

Elizabeth Abdelmasieh      elizabeth@regencap.com

Franklin C. Adams      franklin.adams@bbklaw.com

Jason R. Adams      jadams@torys.com

Jennifer L. Adamy      bankruptcy@goodwin.com

David J. Adler      dadler@mccarter.com

Michael J. Alerding      malerding@binghammchale.com



Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shear

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;sci

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    BankruptcyDepartment2@kelleydrye.com;BankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistl

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@blankrome.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu    cchiu@daypitney.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,

rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo     dcrapo@gibbonslaw.com

Tyson A. Crist     tcrist@szd.com

Michael G. Cruse     mcruse@wnj.com

Gary H. Cunningham     gcunningham@gmhlaw.com

Louis A. Curcio     lcurcio@tpwlaw.com

Vincent D'Agostino     vdagostino@lowenstein.com

Jeannine D'Amico     jeannine.damico@cwt.com

Douglas R. Davis     ddavis@paulweiss.com

Jeffry A. Davis     jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis     mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre     cdelatorre@boselaw.com

James J. DeCristofaro     james.decristofaro@lovells.com

James J. DeCristofaro     jdecristofaro@mofo.com

Karen Veronica DeFio     kdefio@bsk.com

Robert Dehney     rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Christopher M. Desiderio     cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza     gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza     diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman     houston_bankruptcy@publicans.com

Karen Dine     karen.dine@pillsburylaw.com

Stephen A. Donato     sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan     TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos     william.dornbos@oag.state.ny.us

Mary Joanne Dowd     dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich     ddragich@foley.com

David B. Draper     ddraper@terra-law.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker     sdrucker@hongman.com

David F. DuMouchel     dumouchd@butzel.com

David W. Dykhouse     dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton     featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi     weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich     gehrlich@sandw.com

Robert L. Eisenbach     reisenbach@cooley.com

Judith Elkin     judith.elkin@haynesboone.com

Paige Leigh Ellerman     ellerman@taftlaw.com

Bruce N. Elliott     elliott@cmplaw.com

Rex H. Elliott     loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro     bellis-monro@sgrlaw.com

Alyssa Englund     aenglund@orrick.com

Michael R. Enright     menright@rc.com

Richard L. Epling     richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich     margot.erlich@pillsburylaw.com

Earle I. Erman     eerman@ermanteicher.com

Scott L. Esbin     bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

Edward M. Fox    efox@klng.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Ronald L. Glick    rlg@stevenslee.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham    jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@pricheneveld.com

Peter J. Gurfein    pgurfein@akingump.com

Elizabeth A. Haas    info@thehaaslawfirm.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net, eganc@halperinlaw.net;cmitchell@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman      Nherman@morganlewis.com

Brian S. Hermann      bhermann@paulweiss.com

William Heuer      wheuer@dl.com

David M. Hillman      david.hillman@srz.com

Jeannette Eisan Hinshaw      jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh      hirsh.robert@arentfox.com

Shannon E. Hoff      Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl      mholl@mayerbrownrowe.com

Stephanie K. Hoos      stephanie.hoos@bingham.com

Bruce W. Hoover      bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey      jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter      jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst      jay.hurst@oag.state.tx.us

Donald J. Hutchinson      hutchinson@millercanfield.com

Roland Hwang      hwangr@michigan.gov

Michael G. Insalaco      minsalaco@zeklaw.com

Peter Janovsky      PJanovsky@ZEKlaw.com

Susan Jennik      sjennik@kjmlabor.com

Hilary Jewett      hjewett@foley.com

Mary L. Johnson      mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones      rjones@bccb.com

Gregory J. Jordan      gjordan@dykema.com

Richard Josephson      rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane      lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidle

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jc

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@kl.com

Laurie J. Michelson    michelso@butzel.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;n

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman   rnachman@scgk.com

Bruce S. Nathan   bnathan@lowenstein.com

Michael R. Nestor   bankruptcy@ycst.com

Lauren Newman   lnewman@fagelhaber.com

Marie L. Nienhuis   mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon   tnixon@gklaw.com,
zraiche@gklaw.com;mroufus@gklaw.com;jherzog@gklaw.com

Richard P. Norton   rnorton@hunton.com

Gordon Z. Novod   gnovod@kramerlevin.com

Kasey C. Nye   knye@quarles.com

Michael P. O'Connor   mpolaw@aol.com

Michael O'Hayer   mkohayer@aol.com

Martin P. Ochs   martin@oglaw.net

Sean A. Okeefe   sokeefe@winthropcouchot.com

Patrick J. Orr   porr@klestadt.com

Karen Ostad   kostad@mofo.com

Mark Russell Owens   mowens@btlaw.com, mowens@btlaw.com

Nicholas R. Pagliari   npagliari@quinnfirm.com,
mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella   cpalella@kurzman.com

Ingrid S. Palermo   ipalermo@hselaw.com

Charles N. Panzer   cpanzer@sillscummis.com

Richard J. Parks   rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish   fparrish@kslaw.com

Susan P. Persichilli   persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters   gpeters@weltman.com

Lowell Peterson   lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Thomas A. Pitta    tpitta@lowenstein.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhe

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-
p.com;sbeyer@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszyjw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    andrew.rosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Wendy W. Smith    wendy@bindermalter.com

Richard G. Smolev    rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder    jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon    msolomon@burr.com

Sean C. Southard    ssouthard@klestadt.com, smegna@klestadt.com;sfurst@klestadt.com

Paul H. Spaeth    spaethlaw@phslaw.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher    byron.starcher@nelsonmullins.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Matthew B. Stein    mstein@sonnenschein.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella    attorneystella@sszpc.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Michelle T. Sutter    msutter@ag.state.oh.us

Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    dtabachnik@dttlaw.com, info@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton     roger.tarbutton@jocogov.org

John E. Taylor     jtaylor@binghammchale.com

Samuel Jason Teele     jteele@lowenstein.com

Andrew M. Thaler     thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas     zothomas@klettrooney.com

Janice L. Thompson     Thompson.Janice@dol.gov

Melinda S. Thornton     cao.bkc@miamidade.gov

Gordon J. Toering     gtoering@wnj.com

Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue     mtrentadue@boselaw.com

Martin B. Tucker     mtucker@fbtlaw.com

Raymond J. Urbanik     rurbanik@munsch.com

Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi     rusadi@cahill.com

Shmuel Vasser     svasser@eapdlaw.com

Lori V. Vaughan     lvaughan@foley.com

Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist     gvist@masudafunai.com

Joseph J. Vitale     jvitale@cwsny.com

Arthur T. Walsh     rkirby@omclaw.com

Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner     bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com

Jay Welford    jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**