———

_____

0544481061207000000000015

_____

_____


_____


_____


_____

—  —



—  —

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

—  —

—  —

_____

_____

_____

__ __

_____

_____

— —

— —

— —

_____

_____

_____

\_ \_