**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                )
In re:                                          )    Chapter 11
                                                )
DELPHI AUTOMOTIVE SYSTEMS LLC                   )    Case No. 05-44640 (RDD)
                                                )
                                                )
                                                )
            Debtor.                             )
-------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:        **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
                 60 Wall Street, 3rd Floor
                 New York, NY 10005
                 Attn: Ross Rosenfelt
                       Vikas Madan
                 Tel:  212-250-5760
                 Fax:  212-797-8770

2.    Please take notice of the transfer, in the amount of $1,308,745.25, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, as jointly administered In re: Delphi Corporation, Case No. 05-44481, as evidenced by the Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim No.10724 and Expunging Proof of Claim number 16491 dated January 31, 2008 (Exhibit A), has been transferred to:

      **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
      c/o Goldman, Sachs & Co.
      30 Hudson, 17th Floor
      Jersey City, NJ 07302
      Attn: Pedro Ramirez
      Telephone: (917) 343-8319
      Fax: (212) 428-1243

      An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

NY436522.1/153-02633

3.      No action is required _if you do not object_ to the transfer of your claim.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--              **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

               United States Bankruptcy Court
               Southern District of New York
               Attn: Clerk of Court
               Alexander Hamilton Custom House
               One Bowling Green
               New York, NY 10004-1408

--              **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--              Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                        CLERK

-----------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                                _____
                                Deputy Clerk

NY436522.1/153-02633

**EXHIBIT A**

**ORDER**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 [RDD]
                                                    :
                               Debtors.             :    Jointly Administered
                                                    :
------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 10724 AND EXPUNGING PROOF OF CLAIM NUMBER 16491 (STAHL SPECIALTY COMPANY EFT/THYSSENKRUPP STAHL CO./SPCP GROUP, L.L.C./DEUTSCHE BANK SECURITIES, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Stahl Specialty Company EFT

("Stahl Specialty"), ThyssenKrupp Stahl Co. ("Stahl Co."), SPCP Group, L.L.C.

("SPCP") and Deutsche Bank Securities, Inc. ("Deutsche Bank," and together with Stahl

Specialty and SPCP, collectively, the "Claimants") respectfully submit this Joint

Stipulation And Agreed Order Compromising and Allowing Proof Of Claim Number 10724 and Expunging Proof of Claim Number 16491 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

WHEREAS, on April 20, 2006, Stahl Co. and certain other ThyssenKrupp entities filed a Motion pursuant to Bankruptcy Code sections 362 and 553 for an Order lifting the automatic stay in order to allow a setoff (Docket No. 3312) (the "Setoff Motion"); and

WHEREAS, on July 25, 2006, Stahl Specialty filed proof of claim number 10724 (the "Proof of Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,384,396.89 (the "Claim"); and

WHEREAS, on January 22, 2007, Stahl Co. filed proof of claim 16491 (the "Amended Proof of Claim") against DAS LLC asserting an unsecured non-priority claim in the amount of $1,291,657.06 and a secured claim in the amount of $92,739.83 (the "Amended Claim"); and

WHEREAS, on March 16, 2007, the Debtors objected to the Amended Claim pursuant to the Debtors' Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B) Equity Claims (Docket No. 7300) (the "Tenth Omnibus Claims Objection"); and

2

WHEREAS, Stahl Specialty and Stahl Co. transferred their interests in certain

DAS LLC receivables associated with the Claim and the Amended Claim to SPCP as

evidenced by Notices of Transfer entered on March 29, 2007 (Docket Nos. 7459 and

7461, respectively); and

WHEREAS, on April 12, 2007, Stahl Co. and certain other ThyssenKrupp entities

filed their Response to the Tenth Omnibus Claims Objection (Docket No. 7645) (the

"Response to the Tenth Omnibus Claims Objection"); and

WHEREAS, on June 15, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b)

and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on

Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E)

Claims Subject to Modification, Tax Claims Subject to Modification, and Modified

Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims

Objection");

WHEREAS, on July 13, 2007, SPCP filed its Response to the Seventeenth

Omnibus Claims Objection (Docket No. 8599) (the "Response to the Seventeenth

Omnibus Claims Objection") and;

WHEREAS, SPCP transferred its interest in the Claim and the Amended Claim

to Deutsche Bank as evidenced by Notices of Transfer entered on August 14, 2007

(Docket No. 9080 and 9079, respectively); and

3

WHEREAS, on January 8, 2008, to resolve the Tenth Omnibus Claims Objection with respect to the Amended Claim, the Seventeenth Omnibus Claims Objection with respect to the Claim, and the Setoff Motion, DAS LLC, Stahl Specialty, Stahl Co., SPCP and Deutsche Bank entered into a Settlement Agreement (the "Settlement Agreement"); and

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $1,342,252 as a general unsecured non-priority claim; and

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

NOW, THEREFORE, in consideration of the foregoing, the Debtors, Stahl Specialty, Stahl Co., SPCP and Deutsche Bank stipulate and agree as follows:

1.      The Claim is hereby allowed in the amount of $1,342,252 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC not subject to any defense, counterclaim, right of setoff, reduction, avoidance, disallowance or subordination.  Deutsche Bank shall hold the entire Claim, and the Debtors' claims register shall be amended to reflect this without the need for any further actions by the Claimants.

4

2.      The Amended Claim is hereby disallowed and expunged in its

entirety.

3.      The Tenth Omnibus Claims Objection and the Seventeenth

Omnibus Claims Objection, solely as they relate to the Claim and the Amended Claim,

the Responses to the Tenth Omnibus Claims Objection and the Seventeenth Omnibus

Claims Objection, and the Setoff Motion are hereby withdrawn with prejudice.

4.      The Stipulation does not impact, alter or affect any other claims that

Stahl Specialty, Stahl Co., SPCP or Deutsche Bank may against the Debtors and relates

solely to those matters arising out of or related to the Claim and the Amended Claim.

5

Dated:    New York, New York
          January 29, 2008

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    /s/ Neil Berger
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000

6

Dated:   Kansas City, Missouri
         January 2008

                          STAHL SPECIALTY COMPANY EFT
                          THYSSENKRUPP STAHL CO.
                          By their Counsel,
                          STINSON MORRISON HECKER LLP

                          /s/ Mark A. Shaiken
                          MARK A. SHAIKEN
                          1201 Walnut Street, Suite 2700
                          Kansas City, Missouri
                          (816) 842-8600

Dated:   New York, New York
         January 23, 2008


                          SPCP GROUP, LLC


                          /s/ Rich Petrilli
                          Rich Petrilli
                          SILVER POINT CAPITAL
                          Two Greenwich Plaza
                          Greenwich, CT 06830
                          Tel: 203-542-4032



                 **[Signatures concluded on the following page]**



                                    7

Dated:  New York, New York
        January 2008

                              DEUTSCHE BANK SECURITIES, INC.


                              /s/ Scott G. Martin
                              Scott G. Martin
                              Deutsche Bank Securities Inc.
                              60 Wall Street, 3rd Floor
                              New York, NY 1005
                              212-250-5760


                              /s/ Ray Costa
                              Ray Costa
                              Deutsche Bank Securities Inc.
                              60 Wall Street, 3rd Floor
                              New York, NY 1005
                              212-250-5760


                         **SO ORDERED**

                 This 31st day of January, 2008
                    in New York, New York


                    /s/ Robert D. Drain
                 HONORABLE ROBERT D. DRAIN
                 UNITED STATES BANKRUPTCY JUDGE


8

**<u>EXHIBIT B</u>**

**EVIDENCE OF TRANSFER OF CLAIM**

### EVIDENCE OF TRANSFER OF PORTION OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of NY ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Delphi Automotive Systems LLC ("Debtor")
          Case No. 05-44481(RDD)

Claim #: 10724

**DEUTSCHE BANK SECURITIES INC. (as assignee of SPCP Group, LLC)** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **GOLDMAN SACHS CREDIT PARTNERS L.P.**
> c/o Goldman, Sachs & Co.
> 30 Hudson, 17th Floor
> Jersey City, NJ 07302
> Attention:   Pedro Ramirez
> Telephone.   (917) 343-8319
> Fax:         (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the Assigned Claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$1,308,745.25** ("Assigned Claim") of Claim # 10724 against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Portion of Claim by its duly authorized representative dated February ), 2008.

GOLDMAN SACHS CREDIT PARTNERS L.P.          DEUTSCHE BANK SECURITIES INC.

By:                                         By:
   Name:                                       Name:   Scott G. Martin
   Title:                                       Title:   Managing Director

                                                        nippee
                                                   Managing Director

## EXHIBIT C

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ  07302
Attention:       Pedro Ramirez
Telephone:      (917) 343-8319
Fax:             (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:         021000089
Acct. No.:       40717188
Acct. Name:     Goldman Sachs Credit Partners L.P.
Reference:      Delphi (Trade Claim) from Deutsche
Attention:      Bank Loan Operations – Philip F. Green