HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Paul Rubin (PR-2097)

*Attorneys for Canon U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
In re:                              : Chapter 11
                                    :
DELPHI CORPORATION, et al.,         : Case No 05-44481 (RDD)
                                    :
                    Debtors,        : Jointly Administered
                                    :
------------------------------------X

## AFFIDAVIT OF SERVICE

The undersigned, being duly sworn, deposes and says:

Deponent is a legal assistant at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On February 4, 2008, Deponent served *Objection of Canon U.S.A., Inc. to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12497)* via Federal Express for receipt on the next business day and via facsimile to the parties detailed on

HF 3960599v.1 #05542/0009

the attached service list.

Dated: February 5, 2008
      New York, New York

                                             Andrew Marks

Sworn to before me this
5th day of February, 2008

_____
Notary Public, State of New York

                **SETH KORNBLUTH**
      **Notary Public, State of New York**
              **No. 02KO6047532**
        **Qualified in New York County**
  **Commission Expires September 05, 2010**

HF 3960599v.1 #05542/0009

SERVICE LIST

**Via Facsimile:**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K. Lyons, Rone E. Meisler and Brian M. Fern
312.407.0411

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Marke A. Broude
212.751.4864

Kirkland & Ellis LLP
Attn: Richard L. Wynne
213.680.8500

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
212.450.3800

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
212.859.4000

Office of the United States Trustee for the Southern District of New York
Attn: Alicia M. Leonhard
212.668.2255

**Via Federal Express:**

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K. Lyons, Ron E. Meisler, and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Kirkland & Ellis LLP
Attn: Richard L. Wayne
777 South Figueroa Street
Los Angeles, CA 90017

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Office of the United States Trustee for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street
New York, NY 10004

HF 3960599v.1 #05542/0009