COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402
Ronald S. Pretekin (#0018694)

Attorneys for GMD Industries
dba Production Screw Machine Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
                                                    :
    In re                              :        Chapter 11
                                                    :
DELPHI CORPORATION, <u>et al.</u>,                  :        Case No. 05-44481 (RDD)
                                                    :
        Debtors.                 :        (Jointly Administered)
--------------------------------------------------- :

**LIMITED OBJECTION OF GMD INDUSTRIES dba PRODUCTION SCREW
MACHINE CO. TO ASSUMPTION AND ASSIGNMENT OF PURCHASE
ORDERS NUMBERED D0550005192, D0550005995, D0550025816, D0550056136,
D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970**

This Limited Objection to the Assumption and Assignment of Purchase Orders Numbered D0550005192, D0550005995, D0550025816, D0550056136, D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970 is filed by GMD Industries dba Production Screw Machine Co. ("PSMCO") for the sole purpose of bringing to the attention of all interested parties the Surcharge Implementation agreed to by Delphi Global Supply Management – Stampings (the "Surcharge Implementation"), which relates *inter alia* to Purchase Orders Numbered D0550005192, D0550005995, D0550025816, D0550056136, D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970.

PDF created with pdfFactory trial version www.pdffactory.com

The Surcharge Implementation has been in effect between Delphi and PSMCO for PSMCO parts pricing from January 1, 2005 through the present.  The Surcharge Implementation, while not a part of Purchase Orders Numbered D0550005192, D0550005995, D0550025816, D0550056136, D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970, directly affects parts pricing thereunder and PSMCO brings this Limited Objection to ensure that the provisions thereof will be brought to the attention of and be binding upon the purchaser of the Steering and Halfshaft business.

Because the Surcharge Implementation document contains a non-disclosure provision, it is not attached as an exhibit hereto.  However, PSMCO will make a copy of the document available to any interested party authorized by the Debtor or the Bankruptcy Court to receive it.

February 5, 2008                                     Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

 */s/ Ronald S. Pretekion*
Ronald S. Pretekin  (OH 0018694)
33 West First Street, Suite 600
Dayton, OH  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
e-mail:  pretekin@coollaw.com

ATTORNEYS FOR GMD INDUSTRIES
dba PRODUCTION SCREW MACHINE CO.

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2008, a copy of the foregoing ***Limited Objection of GMD Industries dba Production Screw Machine Co. to Assumption and Assignment of Purchase Orders Numbered D0550005192, D0550005995, D0550025816, D0550056136, D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system. Copies were forwarded to those parties listed below via Federal Express.

                                                                           /s/ Ronald S. Pretekin
                                                                        Ronald S. Pretekin

***VIA FEDERAL EXPRESS:***

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
      Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
*Debtor*

Fried Frank Harris Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004
*Counsel for Official Committee of Equity Security Holders*

White & Case LLP
Wachovia Financial Center
Attn: Thomas E. Luria
200 South Biscayne Boulevard, Ste 4900
Miami, FL 33131
*Counsel for A-D Acquisition Holdings LLC*
*Counsel for Harbinger Del-Auto Investment Company Ltd.*

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

Skadden Arps Slate Meagher & Flom LLP
Attn: John K. Lyons
       Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

Davis Polk & Wardwell
Attn: Donald Bernstein
       Brian Resnick
450 Lexington Avenue
New York, NY 1001
*Counsel for Agent under Postpetition Credit Facility*

Latham & Watkins LLP
Attn: Robert J. Rosenberg
       Mark A. Broude
885 Third Avenue
New York, NY 10022
*Counsel for Official Committee of Unsecured Creditors*

White & Case LLP
Attn: Glenn M. Kurtz
       Gregory Pryor
       John M. Reiss
1155 Avenue of the Americas
New York, NY 10036
*Counsel for A-D Acquisition Holdings LLC*
*Counsel for Harbinger Del-Auto Investment Company Ltd.*

S:\Wdox\Client\008016\00231\00380251.Doc

PDF created with pdfFactory trial version www.pdffactory.com