IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
    In re                                :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                        Debtors.         :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On January 30, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight delivery:

1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12404)

On January 30, 2008, I caused to be served the document listed below upon the parties listed on Exhibit B hereto via overnight delivery:

2) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12405)

Dated: February 5, 2008

          /s/ Evan Gershbein
          Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ Vanessa R. Quiñones

Commission Expires:   3/20/11

# EXHIBIT A

Delphi Corporation
Steering Assumption Notice Service List

| Company | Contact | Address1 | City | State | Zip | PO #'s or Contract to be Assumed |
|---|---|---|---|---|---|---|
| AI SHREVEPORT LLC | Mona Cross | 7699 W. Bert Kouns, Industrial | Shreveport | LA | 71129 | Purchase Order No(s). 51230015 |
| DAKKOTA INTEGRATED SYSTEMS | Mary Leggat-Heffner Barbara Stockford Brent Younglove Doug Moran | 1875 Holloway Dr | Holt | MI | 48842 | Purchase Order No(s). 2024, 80003127 |
| DAKKOTA INTEGRATED SYSTEMS,LLC | Mary Leggat-Heffner Barbara Stockford Brent Younglove Doug Moran | 1875 Holloway Dr | Holt | MI | 48842 | Purchase Order No(s). 1019 |
| IAC GROUP NORTH AMERICA | Mary Leggat-Heffner Jean Lahr | 23750 Regency Park Dr | Warren | MI | 48090 | Purchase Order No(s). 149065 |
| IAC GROUP NORTH AMERICA | Leigh DuShane Mary Leggat-Heffner Jean Lahr | 23750 Regency Park Dr | Warren | MI | 48090 | Purchase Order No(s). 207684, 3987 |
| WOODBRIDGE SEQUENCING CENTER | Paula Edwards c/o Bill Brosch | 7601 N.W. 107th TERRACE | KANSAS CITY | MO | 64153 | Purchase Order No(s). 3 |
| WOODBRIDGE VENTURES, INC. | Paula Edwards c/o Bill Brosch | 7601 N.W. 107th TERRACE | KANSAS CITY | MO | 64153 | Purchase Order No(s). 2 |
| YOROZU AUTOMOTIVE | Mike Good | 166 McQUISTON DR. | BATTLE CREEK | MI | 49015 | Purchase Order No(s). 3-517 4-576 |

# EXHIBIT B

Delphi Corporation
Steering Cure Notice Service List

| Company | Contact | Address1 | City | State | Zip | PO #'s or Contract to be Assumed | Cure Amount |
|---|---|---|---|---|---|---|---|
| AI SHREVEPORT LLC | Mona Cross | 7699 W. Bert Kouns, Industrial Loop | Shreveport | LA | 71129 | Purchase Order No(s). 51230015 | $0.00 |
| DAKKOTA INTEGRATED SYSTEMS,LLC | Mary Leggat-Heffner Barbara Stockford Brent Younglove Doug Moran | 1875 Holloway Dr | Holt | MI | 48842 | Purchase Order No(s). 1019 | $0.00 |
| IAC GROUP NORTH AMERICA | Mary Leggat-Heffner Jean Lahr | 23750 Regency Park Dr | Warren | MI | 48090 | Purchase Order No(s). 149065 | $0.00 |
| WOODBRIDGE SEQUENCING CENTER | Paula Edwards c/o Bill Brosch | 7601 N.W. 107th TERRACE | KANSAS CITY | MO | 64153 | Purchase Order No(s). 3 | $0.00 |
| WOODBRIDGE VENTURES, INC. | Paula Edwards c/o Bill Brosch | 7601 N.W. 107th TERRACE | KANSAS CITY | MO | 64153 | Purchase Order No(s). 2 | $0.00 |
| YOROZU AUTOMOTIVE | Mike Good | 166 McQUISTON DR. | BATTLE CREEK | MI | 49015 | Purchase Order No(s). 3-517 4-576 | $0.00 |