PEPPER HAMILTON LLP
Francis J. Lawall
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Counsel for Teleflex Incorporated*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | :. | |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2008, copies of *Teleflex Incorporated's Objection To (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with the Sale of Steering and Halfshaft Business Relating to Purchase Order SAG90I0952; (II) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Relating toPurchase Order SAG90I0952* were served in the manner

#9288561 v1

indicated on the entities on the attached service list.

                                        Respectfully submitted,

                                        /s/ Anne Marie Aaronson
                                        Francis J. Lawall
                                        Anne Marie Aaronson (AA 1679)
                                        PEPPER HAMILTON LLP
                                        3000 Two Logan Square,
                                        18th and Arch Streets
                                        Philadelphia, PA  19103-2799
                                        (215) 981-4000

                                        Counsel for Teleflex Incorporated

DATED: February 5, 2008

#9288561 v1

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*
*Email: Sean.p.corcoran@delphi.com
        Karen.j.craft@delphi.com*

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098
*Overnight Courier*

John K. Lyons, Esquire
Ron E. Meisler, Esquire
Brian M. Fern, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
*Email: john.lyons@skadden.com
        Ron.meisler@skadden.com
        brian.fern@skadden.com*

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Overnight Courier*
*Email: donald.bernstein@dpw.com
        brian.resnick@dpw.com*

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022
*Overnight Courier*
*Email: robert.rosenberg@lw.com
        mark.broude@lw.com*

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
*Overnight Courier*
*Email: bonnie.steingart@friedfrank.com*

Richard L. Wayne, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*Overnight Courier*
*Email: rwynne@kirkland.com*

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
*Overnight Courier*

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Overnight Courier*
*Email: jack.butler@skadden.com*

PHLEGAL: #1827044 v1 (135R801!.DOC)

Hon. Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, NY 10004-1408
  *Overnight Courier*