# **CERTIFICATE OF SERVICE**

   Undersigned counsel hereby certifies that, on this 4th day of February, 2008, a true and accurate copy of the foregoing *Objection of Creditor Stoneridge, Inc. To Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Dated January 23, 2008* was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case, and upon the following in the manner indicated:

**By hand delivery:**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**By Facsimile and regular U.S. mail:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606
Email:  jack.butler@skadden.com
Email:  john.lyons@skadden.com
Email:  ron.meisler@skadden.com
Email:  brian.fern@skadden.com
Facsimile:  312-407-0411

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017
Email:  donald.berstein@dpw.com
Email:  brian.resnick@dpw.com
Facsimile:  212-450-3800

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Email: robert.rosenberg@lw.com
Email: mark.broude@lw.com
Facsimile: 212-751-4864

Richard L. Wynne, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Email: rwynne@kirkland.com
Facsimile: 213-680-8500

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Email: bonnie.steingart@friedfrank.com
Facsimile: 212-859-4000

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004
Facsimile: 212-668-2255

**By regular U.S. mail:**

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, Michigan 48098

/s/ Elyssa S. Kates
Elyssa S. Kates