## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, February 5, 2008, I served the accompanying Objection of Temic Automotive of North America, Inc. and Motorola, Inc. to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      February 5, 2008

                                            /s/Amelia J. Crowley
                                            Amelia J. Crowley