SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

SUPPLEMENTAL NOTICE OF NON-ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACT IN CONNECTION WITH SALE OF
<u>STEERING AND HALFSHAFT BUSINESS</u>

PLEASE TAKE NOTICE THAT:

1.    Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business ("Steering Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 20, 2007, Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement ("Agreement") with Steering Solutions Corporation and certain of its affiliates (the "Buyers") for the sale of substantially all of the assets primarily used in the steering and halfshaft Business of Delphi (the "Steering and Halfshaft Business").  In January 2008, the Selling Debtor Entities provided you (i) notice of their intent to assume and assign your prepetition contracts or assign your postpetition contracts (the "Assumption/Assignment Notice") and, if applicable, (ii) notice of the amount the Selling Debtor Entities propose to pay to cure any defaults under your prepetition contracts (the "Cure Notice").

2.    The Selling Debtor Entities hereby provide this supplemental notice (the "Supplemental Notice") to inform you that certain of the contracts listed on the prior notice(s) sent to you will not be assumed and assigned in connection with the sale of the Steering and Halfshaft Business.  This Supplemental Notice amends and supersedes the

---

[1]  Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC, Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holding), Inc. Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on <u>Schedule 1</u> to the Agreement. The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

2

Assumption/Assignment Notice and the Cure Notice with respect to the contracts listed on Exhibit 1 hereto.

3. The contracts listed on Exhibit 1 hereto have become inactive, expired, or been terminated prior to the sale of the Steering and Halfshaft Business. Thus, the Selling Debtor Entities will not seek to assume and assign such contracts to the Buyers in connection with the sale of the Steering and Halfshaft Business. Additionally, by this Supplemental Notice, the Selling Debtor Entities hereby withdraw any cure amounts previously asserted on the Cure Notice.

Dated: New York, New York
       February 5, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3

# EXHIBIT 1

WELLS MANUFACTURING
JOANNE LEAL PURCHASING BUYER
26 SOUTH BROOKE ST
FOND DU LAC, WI 54936-0070

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) F35791, F49579, F58581, F67070 | Not Applicable |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| **Withdrawn Contract** | **Withdrawn Cure Amount** |
|---|---|
| Purchase Order Number(s) SAG90I5535 | $710,604.68 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
BLISSFIELD MANUFACTURING CO
626 DEPOT ST
BLISSFIELD, MI 49228-1358

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) SAG90I5537 | $82,337.59 |

# EXHIBIT 1

COLFOR MANUFACTURING INC EFT
COLFOR MANUFACTURING INC
3255 ALLIANCE
MALVERN, OH 44644

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) SAG90I4059 | $0.00 |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC
COOPER
2650 N OPDYKE RD
AUBURN HILLS, MI 48326

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) 90I5598, 90I4888, 90I4864 | Not Applicable |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC.
FLUID HANDLING SYSTEMS DIVISION
2110 EXECUTIVE HILLS DR
AUBURN HILLS, MI 48326-2947

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) 90I0627 | Not Applicable |

# EXHIBIT 1

COOPER-STANDARD AUTOMOTIVE INC.
Micheal Desrochers
2110 EXECUTIVE HILLS DR
AUBURN HILLS, MI 48326

| Withdrawn Contract | Withdrawn Cure Amount |
|---|---|
| Purchase Order Number(s) 90I0627 | Not Applicable |