# Exhibit A

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1639581 - 10409048<br>UNITED PARCEL SERVICE<br>LOCK BOX 577<br>CORAL STREAM    IL   60132 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402178 SCHEDULED FOR $326,048.46 | | $0.00 |
| 1639579 - 10411732<br>UNITED PARCEL SERVICE<br>29855 SCHOOLCRAFT<br>LIVONIA    MI   48150 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10404768 SCHEDULED FOR $.00 | | $0.00 |
| 1639586 - 10402179<br>UNITED PLASTIC GROUP DE  MEXIC O S SE RL DE CV<br>BLVD TLC #200 PARQUE IND STIVA AEROPUERTO<br>MEXICO | ACCOUNTS PAYABLE | | $136,482.92 |
| 1639589 - 10402180<br>UNITED PLASTICS GROUP INC<br>35246 EAGLE WAY<br>CHICAGO    IL   606781352 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $325,377.43 |
| 1639587 - 10404164<br>UNITED PLASTICS GROUP INC ANAHEIM<br>36995 EAGLE WAY<br>CHICAGO    IL   606781369 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1639591 - 10402181<br>UNITED PLATING INC<br>PO BOX 2046<br>HUNTSVILLE    AL   35804 | ACCOUNTS PAYABLE | | $71,858.75 |
| 1639596 - 10402182<br>UNITED RECORD MANAGEMENT<br>2105 W GENESEE ST STE 103<br>SYRACUSE    NY   13219 | ACCOUNTS PAYABLE | | $102.01 |
| 1639600 - 10402183<br>UNITED REFRIGERATION INC<br>PO BOX 951333<br>DALLAS    TX   753951333 | ACCOUNTS PAYABLE | | $4,578.75 |
| 1561352 - 10108004<br>UNITED STATES BALLAST<br>3110 TAMARACK LANE<br>SCHOFIELD    WI   54476-1774 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |
| 1639614 - 10404163<br>UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS<br>1212 AVE OF THE AMERICAS<br>NEW YORK    NY   100361689 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1561024 - 10107304<br>UNITED STATES DEPARTMENT OF ENERGY - MOUND FACILITY<br>Attn DAVID GUALTIERI,DEPT JUS. & NR ENVIRONMENTAL DEFENSE SECTION<br>P.O. BOX 23986<br>WASHINGTON    DC   20026-3986 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent, Disputed, Unliquidated | Unknown |