FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
(212) 318-3400 (Facsimile)
Andrea B. Schwartz, Esq.

-and-

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue – Suite 2800
Dallas, Texas 75201
(214) 855-8000
(214) 855-8200 (Facsimile)
Toby L. Gerber, Esq.

*Attorneys for Castwell Products, LLC*

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

### OBJECTION OF CASTWELL PRODUCTS, LLC TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

Castwell Products, LLC ("Castwell"), a creditor and party-in-interest, files this Objection (the "Castwell Objection") to the Debtors' Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business [Docket No. 12324] (the "Cure Notice"), and respectfully states as follows:

1.    The Castwell Objection complies with requirements contained in Paragraph 3 of the Cure Notice and pursuant to the Debtors' agreed extension of time for filing. Castwell hereby requests a hearing on the Castwell Objection and specifically objects to that portion of Paragraph 4 of the Cure Notice which purports to empower the Selling Debtor Entities with the "sole discretion" to cause the hearing to take place after the Closing Date.

2.    Castwell objects to the Cure Amount with respect to the specific contracts and for the specific reasons set forth in the table below. True copies of the specific contracts and invoices are attached hereto as Exhibit "A," and incorporated herein for the purpose set forth in Paragraph 3(c) of the Cure Notice.

| Castwell Contract | Cure Required |
|---|---|
| Delphi Purchase Order D550014480 | No objection to proposed cure amount of -0-, however Castwell reserves the right to object to assumption and assignment of the underlying contract. |
| Delphi Purchase Order D550014481 | Objection to proposed cure amount of $29,089.19; correct amount is $32,228.91. In addition, Castwell reserves the right to object to assumption and assignment of the underlying contract. |
| Delphi Purchase Order D550014482 | Objection to proposed cure amount of $2,542.20; correct amount is $2,830.80. In addition, Castwell reserves the right to object to assumption and assignment of the underlying contract. |
| Delphi Purchase Order D550014483 | Objection to proposed cure amount of $18,874.50; correct amount is $21,017.24. In addition, Castwell reserves the right to object to assumption and assignment of the underlying contract. |
| Delphi Purchase Order D550056750 | Objection to proposed cure amount of $57,557.80; correct amount is $67,490.76. In addition, Castwell reserves the right to object to assumption and assignment of the underlying contract. |
| Delphi Purchase Order SAG9012001 | Objection to proposed cure amount of -0-; correct amount is $14,857.44. In addition, Castwell reserves the right to object to assumption and assignment of the underlying contract. |

WHEREFORE, Castwell respectfully requests that the Court enter an order (i) sustaining the Castwell Objection, (ii) granting a hearing on the Castwell Objection and such other relief as the Court deems just.

Dated: New York, New York
February 6, 2008

FULBRIGHT & JAWORSKI L.L.P.

By    /s/ Andrea B. Schwartz
Andrea B. Schwartz
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

-and-

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue – Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Toby L. Gerber, Esq.

*Attorneys for Castwell Products, LLC*