*Exhibit A*

## CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

## CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
**INVOICE NO.**

3632252

**SOLD TO**

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**

DELPHI - E - PL720
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier: 9263704446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS   3rd PARTY CO | 3/02/05 | 3/02/05 | 36737 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GON | 5324 | 3328 | EA | .6501 | 3462.4 |
|  |  |  |  |  | .0000 | .0 |
|  | Packing Slip# | 32323 |  |  |  |  |
|  | Bill of Lading# | 36737 |  |  |  |  |

**TOTAL ▶**    3462

3462.43

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32823 |

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | | |
| --- | --- | --- | --- | --- | --- |
| 550056750 | CENTRAL TRANS  3rd PARTY CO | 9/02/05 | 36727 | | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 15175 | 1   10469787
GEAR-HELICAL
Product Revision#: 22
Drawing Revision#: 22
10469787

CUSTOMER GON

*********BLACK FLAG**************** | 5326

1 | 3328 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

NO SW
RW

1

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO..

CARRIER:

CENTRAL TRA C

CARRIER'S NO.:    30727

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER OWN | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | RECEIVED $ |
| | **466-420530-8** | | | | TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | SHIPPER LABEL | | | | AGENT OR CASHIER |
| | | | | | PER THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| 1 Total # | | | | | C.O.D. SHIPMENT C.O.D. Amt Collection Fee Total Charges |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING ___ per ___

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.    *SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT    PER    09/02/0

Permanent postoffice address of shipper.
Citation

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 343179 |

| S O L D  T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P  T O | DELPHI - E - PLT20<br>CISCO 05120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
| --- | --- | --- | --- |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 55009567SQ | CENTRAL TRANS | 3rd PARTY PD 8/30/05 | 8/30/05 | 36461 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER BGN | 5220 | 3243 | EA | .650<br><br>.0000 | 3398.7<br><br>.0 |
| | Packing Slip#       35763<br>Bill of Lading#     35763 | | | | | |

TOTAL ▶        3398.7

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE  ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32763 |

S
O
L
D

T
O

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S
H
I
P

T
O

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | CENTRAL TRANS  3rd PARTY CO | 8/30/05 | 36661 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5228 | 3243 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO:

CARRIER:

CENTRAL TRANS

CARRIER'S NO: 30504

DATE: 8/30/05

AT **Skokie, Illinois 60077**    FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI CORP
CISCO BLDG
2630 E. 30TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| | CUSTOMER SUP | 0500 | | |
| | ******ROUTE | | | |
| | | | | |
| 1 20561 # OF | | 0500 | | |

Driver's Signature Only Acknowledges Receipt of Freight

**466-420559-7**

SHIPPER LABEL

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
(SIGNATURE OF CONSIGNOR.)
IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $_____
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER_____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)
CHARGES ADVANCED
$_____

**C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ PER _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____

AGENT _____ 08/30/05

Permanent postoffice address of shipper.
Citation
2800 North Austin Avenue, Skokie, Il 60077

## CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

## CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

363343

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days OM
Supplier:  926370446

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 550056750 | | | PREPAID | 9/09/05 | 9/09/05 | 36793 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL | 2620 | 1435 | EA | .6501 | 1703.2 |
| | 10469787 | | | | | |
| | Product#: 10469787 | | | | | |
| | Material: B11-10T2 | | | | | |
| | CUSTOMER 68N | | | | .0000 | .0 |
| 15175 | GEAR-HELICAL | 2252 | 1405 | EA | .6501 | 1444.0 |
| | 10469787 | | | | | |
| | Product#: 10469787 | | | | | |
| | Material: B11-10T2 | | | | | |
| | CUSTOMER 68N | | | | .0000 | .0 |
| | Packing Slip# | 31287 | | | | |
| | Bill of Lading# | 36293 | | | | |

TOTAL ▶    3147.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
'847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32887 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
| --- | --- | --- | --- | --- | --- |
| 550056750 | *MACI* | PREPAID | 9/09/05 | 36793 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 2620 | 1635 | EA |
| | CUSTOMER GON | 1 | | |
| | **********BLACK FLAGS************ | | | |
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 2252 | 1405 | EA |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO..

CARRIER: MAC I

CARRIER'S NO.:

DATE:

AT  Skokie, Illinois  60077          FROM  **Citation**
                                            Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:       DELPHI - E - PLTDO
                   CISCO 35120
                   2620 E. 38TH
                   ANDERSON, IN 46013

DELIVERING CARRIER: MAC I          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 1716 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | ********ROUGH IRON, CLASS  DUBS++++++ | | | | (SIGNATURE OF CONSIGNOR.) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | | | | C.O.D SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |
| | Total # of Containers | | | | |

SPECIAL
HANDLING
INSTRUCTIONS:
                   A&G FREIGHT B.L. TO
                   CITATION
                   7800 NORTH AUSTIN AVENUE
                   SKOKIE, IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.    • SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT                              PER

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
| INVOICE NO. |
|---|
| 363924 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE | | DELPHI E PLT20 | |
| DELPHI AUTOMOTIVE SYSTEMS | | CISCO 35120 | |
| P.O. BOX 1950 | | 2620 E. 38TH | |
| FLINT, MI 48501 | | ANDERSON, IN 46013 | |

Terms:  Net 20 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CTTE | PREPAID 2/12/05 | 2/12/05 | 36824 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL | 2388 | 1501 | EA | .650 | 1552.4 |
| | 10469787 | | | | | |
| | Product#: 10469787 | | | | | |
| | Material: B11-10T2 | | | | | |
| | CUSTOMER GON | | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# | 17 | | | | |
| | Bill of Lading# | | | | | |

| | TOTAL ▶ | 1552.4 |
|---|---|---|

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY | PACKING SLIP NO.
32917

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| 550056750 | CTTE | PREPAID | 9/12/05 | 36826 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 2388 | 1501 | EA |
| | CUSTOMER GON | 1 | | |
| | *********ORANGE FLAG************** | | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

**STRAIGHT BILL OF LADING — SHORT FORM**
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:

CARRIER:    CITE

DATE:

AT   **Skokie, Illinois 60077**    FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI  E · CISCO
CISCO 35120
2620 E. 36TH
ANDERSON, IN 46015

CAR OR VEHICLE INITIALS:    NO.:

DELIVERING CARRIER:    CITE

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| | CUSTOMER CON | | | |
| | ROUGH IRON, CLASS CO | | | |
| | 1 Total # of Containers | | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

RECEIVED $_____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER _____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID)

CHARGES ADVANCED $_____

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:    SEND FREIGHT BILL TO
CITATION

SKOKIE, IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION  «SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _____    PER _____

AGENT _Robert J. McClark_    PER _____

Permanent postoffice address of shipper.
Citation

## CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

## CITATION

P.O. Box 73280
Chicago, IL 60673-7280

**CUST FILE**
**INVOICE NO.**

363424

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 326370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| BS0054750 | EXPEDITE | PREPAID 2/14/05 | 2/14/05 | 36870 0 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GON | 5337 | 3357 | EA | .650 | 3469.5 |
| | | | | | .0000 | .0 |
| | Packing Slip# 32956 Bill of Lading# 36870 | | | | | |

TOTAL ▶ 3469.5

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32956 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | PREPAID | 9/14/05 | 36870 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br><br>CUSTOMER GON | 5337<br><br><br><br><br><br>1 | 3357 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: *DIAMOND*

CARRIER'S NO.:   36870

EXPEDITE

DATE:

AT **Skokie, Illinois 60077**     FROM   **Citation**     9/14/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI — E — PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: *DIAMOND*     CAR OR VEHICLE INITIALS:     NO.:

EXPEDITE

| NO. ACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON   ********ROUGH IRON,CLASS 50******** * | 3702 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | "TO BE PREPAID" RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | | | | C.O.D. SHIPMENT |
| | 1 Total # of Containers | 3702 | | | C.O.D. Amt. ___ Collection Fee ___ Total Charges ___ |

PECIAL
ANDLING
NSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

T. Eurich     SHIPPER, PER

D24021 DDSS     AGENT     PER

Permanent postoffice address of shipper.
Citation

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363431 |

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  376370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 5500567750 | DIAMOND DEL | PREPAID 8/14/05 | 8/14/05 | 36876 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER BON | 10605 | 6601 | EA | .650 | 6894.3 |
|  |  |  | 2 |  | .0000 | .0 |
|  | Packing Slip#    32962<br>Bill of Lading#    36876 |  |  |  |  |  |

**TOTAL ▶**        6894.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32962 |

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | DIAMOND DEL.   PREPAID | 9/14/05 | 36876 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br><br><br>CUSTOMER GON | 10605<br><br><br><br><br><br>2 | 6601 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:  36876

CARRIER:

DIAMOND DEL.

DATE:

9/14/05

AT  **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER, SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI – E – PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

DIAMOND DEL.

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 7301 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | *******ROUGH IRON,CLASS 50******** | | | | |
| | | | | | _____ (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | TO BE PREPAID |
| | | | | | RECEIVED $_____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER_____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) $_____ CHARGES ADVANCED |
| | | 7301 | | | C.O.D. SHIPMENT |
| 2 | Total # of Containers | | | | C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT"
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ∗SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT    Dan Borch    PER

Permanent postoffice address of shipper.

1

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363445 |

**S O L D   T O**

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**S H I P   T O**

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  826270446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 5500054750 | CENTRAL TRANS | 3rd PARTY CO | 2/15/05 | 2/15/05 | 36881 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15175 | GEAR-HELICAL
10469787
Product#: 10469787
Material: B11-10T2
CUSTOMER GON | 5040

1 | 3131 | EA | .650

.0000 | 3276.5

.0 |
| 15175 | GEAR-HELICAL
10469787
Product#: 10469787
Material: B11-10T2
CUSTOMER GON | 5972

1 | 3708 | EA | .650

.0000 | 3882.4

.0 |
| | Packing Slip#          32967
Bill of Lading#        36881 | | | | | |

**TOTAL ▶**          7158.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32967 |

| | |
|---|---|
| S O L D  T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |
| S H I P  T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 9/15/05 | 36881 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5040 | 3131 | EA |
| | CUSTOMER GON | 1 | | |
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5972 | 3708 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:   CENTRAL TRANS

CARRIER'S NO.:   36881

DATE:

AT **Skokie, Illinois 60077**   FROM   **Citation**   Skokie   9/15/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:   CENTRAL TRANS   CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 7525 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | *******ROUGH IRON,CLASS 50********* * | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID" |
| | | | | | 3rd PARTY COL |
| | | | | | RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| | 466-420922-7 | | | | |
| 2 Total # of Containers | | 7525 | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

Driver's Signature Only Acknowledges Receipt of Freight
CENTRAL TRANSPORT   SHIPPER LABEL

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD,MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____

AGENT _____ PER _____

Permanent postoffice address of shipper.
Citation

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363609 |

**SOLD TO**

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier: 934370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS | COLLECT | 9/22/05 | 9/22/05 | 34992 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL | 3017 | 1898 | EA | .6501 | 1961.3 |
|  | 10469787 |  |  |  |  |  |
|  | Product#: 10469787 |  |  |  |  |  |
|  | Material: B11-10T2 |  |  |  |  |  |
|  | CUSTOMER GDN |  | 1 |  | .0000 | .0 |
|  | Packing Slip#    33065 |  |  |  |  |  |
|  | Bill of Lading#  34992 |  |  |  |  |  |

**TOTAL ▶**    1961.3

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33065 |

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

S O L D T O
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S H I P T O
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | | |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS  COLLECT | 9/22/05 | 36992 | | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787
GEAR-HELICAL
Product Revision#: 22
Drawing Revision#: 22
10469787 | 3017 | 1898 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: 36992

CARRIER: Central Trans

CARRIER'S NO.:

DATE: 9/22/05

AT   **Skokie, Illinois  60077**

FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: Delphi -E- PLT20

DESTINATION: Cisco 35120
26620 E. 38th
Anderson, IN 46013

DELIVERING CARRIER: Central Trans

CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | Customer Con | 2243 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE TO BE PREPAID 3rd Party |
| | CENTRAL TRANSPORT **466-424542-9** SHIPPER LABEL | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| 1 | | 2,243 | | | C.O.D. SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS: Send Freight Bill To:
Delphi E + C
Cisco 35120 Delphi -E- PLT 20
c/o Data 2 Logistics.
P.O. Box 9115
Norwood, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT." NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER Randy Hargrove

AGENT   PER   09-22

Permanent postoffice address of shipper.
**Citation**

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363623

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1350
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370444

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 550054750 | | COLLECT | | 9/23/05 | 9/23/05 | 37007 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL | 5349 | 3365 | EA | .650 | 3477.3 |
| | 10469787 | | | | | |
| | Product#: 10469787 | | | | | |
| | Material: B11-10T2 | 1 | | | .0000 | .0 |
| | CUSTOMER GON | | | | | |
| | | | | | | |
| | Packing Slip# | 53077 | | | | |
| | Bill of Lading# | 37007 | | | | |

**TOTAL ▶**    3477.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 33077 |

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| 550056750 | COLLECT | 9/23/05 | 37007 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 15175   1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5349 | 3365 | EA |
| | CUSTOMER GON | 1 | | |

NO SW GM

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

**STRAIGHT BILL OF LADING — SHORT FORM**

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: *37007*

CARRIER: *Central Trans*

CARRIER'S NO.:

DATE: *9/23/05*

AT **Skokie, Illinois 60077**      FROM   **Citation**
                                                   Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: *Delphi - E - PLT 20*

DESTINATION: *Cisco 35120*
*2620 E. 38th*
*Anderson, IN 46013*

DELIVERING CARRIER: *Central Trans*      CAR OR VEHICLE INITIALS:      NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| *1* | *Customer Gon* | *5,958* | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE TO BE PREPAID: *3rd Party* |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED |
| | | | | | $ |
| *1* | | *5,958* | | | |

Driver's Signature Only Acknowledges Receipt of Freight

**466-424543-7**

CENTRAL TRANSPORT      SHIPPER LABEL

**C.O.D. SHIPMENT**

C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS: *Delphi E+C*
*Cisco 35120  Delphi - E - PLT 20*
*c/o Data 2 Logistics*
*P.O. Box 9115*
*Norwood, MA 02362*

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.   ★SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER *Randy Hargrove*

AGENT _____      PER *09-23-0*

Permanent postoffice address of shipper.
Citation

# CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363641

| SOLD TO | SHIP TO |
|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms: Net 30 Days 6M
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS | 3rd PARTY CO 9/27/05 | 9/27/05 | 37049 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER GON | 5409 | 3384 | EA | .650<br><br>.0000 | 3516.3<br><br>.0 |
| | Packing Slip#     33104<br>Bill of Lading#     37049 | | | | | |

**TOTAL ▶**     3516.73

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 33106 |

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| 550056750 | CENTRAL TRANS  3rd PARTY CO | 8/27/05 | 37043 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 15175   1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5409 | 3386 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | **********YELLOW FLAG************* |  |  |  |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

**STRAIGHT BILL OF LADING — SHORT FORM**

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:    37043

CARRIER:    CENTRAL TRANS

CARRIER'S NO.:

DATE:    9/27/05

AT    **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

Driver's Signature Only Acknowledges Receipt of Freight

**466-423856-4**

SHIPPER LABEL

CONSIGNED TO:    DELPHI - E - PLT20
CISCO 35120
DESTINATION:    2620 E. 38TH
ANDERSON, IN. 46013

DELIVERING CARRIER:    CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON  ********ROUGH IRON, CLASS 50******** * | 3742 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.  _____ (SIGNATURE OF CONSIGNOR)  IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."  RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.  AGENT OR CASHIER  PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)  CHARGES ADVANCED:  $ |
| | 1 Total # of Containers | 3742 | | | C.O.D. SHIPMENT  C.O.D. Amt. _____  Collection Fee _____  Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:    SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡ SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT Jemmy McIntyr    PER 9-27-05

Permanent postoffice address of shipper.
Citation

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

343286

| SOLD TO | DELPHI ENERGY & ENGINE DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1550 FLINT, MI 48501 | SHIP TO | DELPHI - E - PLT20 CISCO 35120 2620 E. 38TH ANDERSON, IN 46013 |
|---|---|---|---|

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | C |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GUN | 5516 | 3438 | EA | .650 | 3585.9 |
|  |  |  |  |  | .0000 | .0 |
|  | Packing Slip# Bill of Lading# |  |  |  |  |  |

TOTAL ▶

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.*

## CITATION
'7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
## CITATION
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

34321d

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1950
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  8246370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 5500567750 | STATON EXPRESS PREPAID | 2/01/05 | 2/01/05 | 34712 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER GON | 5498 | 3430 | EA | .550<br><br>.0000 | 3024. |
|  | Packing Slip# | 32210 |  |  |  |  |
|  | Bill of Lading# | 34712 |  |  |  |  |

**TOTAL ▶**   35'74.2

"HE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
UYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32810 |

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | STATON EXPRESS PREPAID | 9/01/05 | 36712 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5498 | 3430 | EA |
|  | CUSTOMER GON | 1 |  |  |
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 7104 | 3247 | EA |
|  | CUSTOMER GON | 1 |  |  |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

**STRAIGHT BILL OF LADING — SHORT FORM**

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: CARRIER'S NO.: 38712

STATON EXPRESS

DATE:

AT **Skokie, Illinois 60077**      FROM    **Citation**      0/01/08

Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION: DELPHI - E   PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

STATON EXPRESS

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 7365 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP-PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | ****ROUGH IRON,CLASS 60**** | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE TO BE PREPAID. |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| 2 Total # of Containers | | 7365 | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO
CITATION
7900 NORTH AUSTIN AVE
SKOKIE, IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT, PER

**Permanent postoffice address of shipper.**
Citation
7900 North Austin Avenue, Skokie, IL 60077

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
|---|
| INVOICE NO. |
| 363527 |

| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

Terms:  Net 30 Days GM
Supplier:  934370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| S5C05/750 | CENTRAL TRANS | 3rd PARTY PD 8/20/05 | 8/20/05 | 36942 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-1072<br>CUSTOMER GON | 5713<br><br>1 | 3552 | EA | .650<br><br>.0000 | 3714.0<br><br>.0 |
| | Packing Slip#          33023<br>Bill of Lading#       36942 | | | | | |

|  | TOTAL ▶ | 3714.0. |
|---|---|---|

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050 Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

33023

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/20/06 | 36942 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 7041 | 3259 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | **********YELLOW FLAGS********** |  |  |  |
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 5713 | 3552 | EA |
|  | CUSTOMER GON | 1 |  |  |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:   36942

CARRIER:

CENTRAL TRANS

DATE:

AT **Skokie, Illinois 60077**   FROM   **Citation**   9/20/05

Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI — E — PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:   CAR OR VEHICLE INITIALS:   NO.:

CENTRAL TRANS

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON<br><br>\*\*\*\*\*\*ROUGH IRON,CLASS 50\*\*\*\*\*\*\*\*\*<br>\* | 7511 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:<br>   THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.<br><br>_____<br>(SIGNATURE OF CONSIGNOR)<br><br>IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."<br><br>3rd PARTY COL<br>RECEIVED $_____<br>TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.<br><br>_____<br>AGENT OR CASHIER<br><br>PER _____<br>(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)<br>CHARGES ADVANCED.<br>$_____ |
| | Driver's Signature Only Acknowledges Receipt of Freight<br>**466-422336-8**<br>CENTRAL TRANSPORT   SHIPPER LABEL | | | | C.O.D. SHIPMENT<br>C.O.D. Amt. _____<br>Collection Fee _____<br>Total Charges _____ |
| | 2 Total # of Containers | 7511 | | | |

SPECIAL
HANDLING
INSTRUCTIONS:   SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

\* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
**NOTE** — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER PER   *Randy Hargrove*

AGENT _____ PER _____

Permanent postoffice address of shipper.
Citation

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| INVOICE NO. |
| 363560 |

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms: Net 30 Days GM
Supplier: 924370444

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS | 3rd PARTY COL | 2/21/05 | 2/21/05 | 363560 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER DON | 3107 | 1938 | EA | .6501 | 2019.8 |
| | | | 1 | | .0000 | .0 |
| | Packing Slip# | 33041 | | | | |
| | Bill of Lading# | 36963 | | | | |

TOTAL ▶    2019

REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33041 |

| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:    Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/21/05 | 36963 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292  1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 6659 | 3027 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | **********YELLOW FLAGS************** |  |  |  |
| 15175  1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 3107 | 1938 | EA |
|  | CUSTOMER GON | 1 |  |  |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CENTRAL TRANS

CARRIER'S NO.:  36963

DATE:

AT  **Skokie, Illinois 60077**    FROM  **Citation**    9/21/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:  DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:  CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 5643 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES |
| | ********ROUGH IRON,CLASS 50****** | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID" |
| | Driver's Signature Only Acknowledges Receipt of Freight **466-424529-6** SHIPPER LABEL | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID) CHARGES ADVANCED $ |
| | | | | | C.O.D. SHIPMENT C.O.D. Amt. ___ Collection Fee ___ Total Charges ___ |
| | 2 Total # of Containers | 5643 | | | |

SPECIAL
HANDLING
INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ★SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER  _Randy Hargrove_

AGENT  _Joe_  09-21 PER 05

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, Il. 60077

1

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

363677

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI   E   FL 20
CISCO 35120
2420 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 5500567750 | CENTRAL TRANS 3rd PARTY CO | 9/28/05 | 9/28/05 | 37068 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: 811-10T2 CUSTOMER GON | 5474 | 3421 | EA | .650 | 3558.6 |
| | | | | | .000 | .0 |
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: 811-10T2 CUSTOMER GON | 501 | 3140 | EA | .65 | 3281.2 |
| | | | | | .000 | .0 |
| | Packing Slip# 33177 Bill of Lading# 37064 | | | | | |

TOTAL ▶   6840.3

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33129 |

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/28/05 | 37068 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5474 | 3421 | EA |
| | | CUSTOMER GON | 1 | | |
| | | *********YELLOW FLAGS************* | | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5048 | 3140 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:    9/28/05

AT   **Skokie, Illinois 60077**      FROM   **Citation**
                                            Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:                      CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
|  |  | 9566 |  |  |
|  |  |  |  |  |
|  |  | 9566 |  |  |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID."

RECEIVED $ _____
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER _____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED

Driver's Signature Only Acknowledges Receipt of Freight

**466-409396-9**
SHIPPER LABEL

**C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
**NOTE** — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.    SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____

AGENT  Joseph Jones    PER 9-28-05

**Permanent** postoffice address of shipper
Citation



# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280



| CUST FILE |
| --- |
| INVOICE NO. |
| 363733 |

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 49501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms: Net 30 Days GM
Supplier: 82A370444

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550054750 | CENTRAL TRANS | 3rd PARTY CO | 9/29/05 | 9/29/05 | 37097 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER GON | 4623 | 2903 | EA | .650<br>.0000 | 3005.4<br>.00 |
| | Packing Slip# 3315.<br>Bill of Lading# 37097 | | | | | |

| | |
| --- | --- |
| **TOTAL ▶** | 3005.4 |

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

33158

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS | 3rd PARTY CO | 9/29/05 | 37097 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6466 | 2972 | EA |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 4623 | 2903 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:    37007

CARRIER:    CENTRAL TRANS

CARRIER'S NO.:

DATE:    9/29/05

AT  **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO SAID DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:    DELPHI - E - PLT20
CISCO 35120
DESTINATION:    2620 E. 36TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CENTRAL TRANS        CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 6550 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | 466-424593-2  01 | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ ___ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER ___ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED: |
| | | | | | $ |
| | 2 Total # of Containers | 6550 | | | **C.O.D. SHIPMENT** |
| | | | | | C.O.D. Amt _____ |
| | | | | | Collection Fee _____ |
| | | | | | Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per _____

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. «SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER  WG O'Loughnessy

AGENT  _____    PER  Central

Permanent postoffice address of shipper.
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

32836

| S O L D  T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P  T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/06/05 | 36740 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5516 | 3438 | EA |
| | | CUSTOMER GON | 1 | | |

NO SW RW

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN**
**30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.: 00740

DATE:

AT **Skokie, Illinois  60077**     FROM     **Citation**     9/06/0?

Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 3 | CUSTOMER BOX | 1000? | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |

Driver's Signature Only Acknowledges Receipt of Freight

**466-419612-7**   SHIPPER LABEL

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $ _____
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER _____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:
$ _____

### C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF _____ FREIGHT CLASSIFICATION. • SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____          04-06-05

AGENT _____          PER _____

Permanent postoffice address of shipper.
Citation

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363747

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLANT
DISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054-750 | CENTRAL TRANS 3rd PARTY | 0910/05/05 | 10/05/05 | 374 73 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15125 | GEAR-HELICAL<br>10469787<br>Product#: 104A9787<br>Material#: 011-10T2<br>CUSTOMER GDN | 4960 | 3112 | EA | .650<br><br><br><br>.0000 | 3224.5<br><br><br><br>.0 |
| 15125 | GEAR HELICAL<br>10469787<br>Product#: 104A9787<br>Material#: 011-10T2<br>CUSTOMER GDN | | 301 | EA | .650<br><br><br><br>.0000 | 3467.6<br><br><br><br>.0 |
| | Packing Slip?<br>Bill of Lading? | | | | | |

TOTAL ▶  6692.1

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**PACKING SLIP NO.**

33225

<table>
<tr><td>S<br>O<br>L<br>D<br>T<br>O</td><td>DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501</td><td>S<br>H<br>I<br>P<br>T<br>O</td><td>DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013</td></tr>
</table>

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| SEE BELOW | *Central Trans* 3rd PARTY CO | | 10/05/05 | 37173 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 4918 | 2271 | EA |
| | | CUSTOMER GON | 1 | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 6435 | 3065 | EA |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 4960 | 3112 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

# CITATION

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33225 |

· 7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SEE BELOW | *Central Trans* 3rd PARTY CO | | 10/05/05 | 37173 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| | | P.O.#:   550056750 | | | |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5334 | 3301 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: *Central Trans*

CARRIER'S NO.:

DATE: 10/05/05

AT **Skokie, Illinois  60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER: *Central Trans*   CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE: "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREIN.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED $

Driver's Signature Only Acknowledges Receipt of Freight

**466-425240-9**
CENTRAL TRANSPORT   SHIPPER LABEL

| C.O.D. SHIPMENT | |
|---|---|
| C.O.D. Amt. | |
| Collection Fee | |
| Total Charges | |

SPECIAL
HANDLING
INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPPING CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. «SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT   PER   10/05/05

Permanent postoffice address of shipper
Citation

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

**CUST FILE**

| INVOICE NO. |
|---|
| 363474 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550014481 | NLM | PREPAID 9/15/05 | 9/15/05 | 36888 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL | 7035 | 3212 | EA | .3840 | 2701.4 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: B11-10T6 | | | | | |
| | CUSTOMER GON | | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# 32932 | | | | | |
| | Bill of Lading# 36898 | | | | | |

**TOTAL ▶**    2701.4

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

32982

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
| --- | --- | --- | --- |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- | --- |
| 550014481 | NLM | PREPAID | 9/15/05 | 36898 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br><br>CUSTOMER GON | 7035<br><br><br><br><br>1 | 3212 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: ›

CARRIER'S NO.:    36898

NLM

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**    9/16/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI - E - PLT20
CISCO 35120
· 2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

NLM

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON  ******ROUGH IRON,CLASS 50*********** | 3574 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:  THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.  _____  (SIGNATURE OF CONSIGNOR.)  IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."  TO BE PREPAID  RECEIVED $ _____  TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON  AGENT OR CASHIER  PER _____  (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)  $ _____  CHARGES ADVANCED: |
| | | | | | C.O.D. SHIPMENT  C.O.D. Amt. _____  Collection Fee _____  Total Charges _____ |
| 1 | Total # of Containers | 3574 | | | |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT
CLASSIFICATION. ◆SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER    _Randy Hargrove_

AGENT    PER

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, Il. 60077

1

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363477 |

| SOLD TO | SHIP TO |
| --- | --- |
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms: Net 30 Days GM
Supplier: 326370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550014481 | M & B | COLLECT | 2/16/05 | 2/16/05 | 36904 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11-1076<br>CUSTOMER GDN | 6569<br><br>1 | 2952 | EA | .3840<br><br>.0000 | 2522.5<br><br>.0 |
| | Packing Slip# | 32904 | | | | |
| | Bill of Lading# | 36904 | | | | |

TOTAL ▶   2522.5

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32984 |

S O L D   T O

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S H I P   T O

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- | --- |
| 550014481 | M & B | COLLECT | 9/16/05 | 36904 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br><br>CUSTOMER GON | 6569<br><br><br><br><br>1 | 2952 | EA |

No ship

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.



# STRAIGHT BILL OF LADING —— SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:   36904

**CARRIER:**   M & B

DATE:

**AT**  **Skokie, Illinois 60077**   **FROM**  **Citation**
                                              Skokie                        9/16/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

**CONSIGNED TO:**

**DESTINATION:**   DELPHI - E - PLT20
                   CISCO 35120
                   2620 E. 38TH
                   ANDERSON, IN 46013

**DELIVERING CARRIER:**   M & B        CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3303 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | _____ (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | | | | | ~~COLLECT~~ RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) $ _____ CHARGES ADVANCED |
| 1 | Total # of Containers | 3303 | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

**SPECIAL HANDLING INSTRUCTIONS:**

SEND FREIGHT BILL TO:
DELPHI E&C CISCO 35120 DELPHI
C/O DATA 2 LOG.
P.O. BOX 9115
NORWOOD, MA  02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ▸SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER  _Randy Hargrove_

AGENT  _Al _____          PER  _9-16-05_

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363631 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 550014491 | CENTRAL TRANS 3rd PARTY CO | 9/24/05 | 9/24/05 | 37031 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16292 | GEAR-HELICAL | 6536 | 3071 | EA | .3840 | 2509.8 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: B11-1QT6 | | | | | |
| | CUSTOMER BON | 1 | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# 33095 | | | | | |
| | Bill of Lading# 37031 | | | | | |

TOTAL ▶  2509.8

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 33095 |

| SOLD TO | |
| --- | --- |
| | DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501 |

| SHIP TO | |
| --- | --- |
| | DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| 550014481 | CENTRAL TRANS  3rd PARTY CO | 9/26/05 | 37031 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292    1 | 10477065
GEAR-HELICAL
Product Revision#: 9
Drawing Revision#: 9
10477065

CUSTOMER GON

*********YELLOW FLAG************** | 6536


1 | 3071 | EA |

NO s/u
R/M

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: 37031

CARRIER: CENTRAL TRANS

CARRIER'S NO.:

DATE: 9/26/05

AT **Skokie, Illinois 60077**   FROM **Citation**

Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: DELPHI - E - PLT20

CISCO 35120

DESTINATION: 2620 E. 38TH

ANDERSON, IN 46013

DELIVERING CARRIER: CENTRAL TRANS   CAR OR VEHICLE INITIALS:   NO.:

| NO. ACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3423 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. |
| | ******ROUGH IRON,CLASS 50********** | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR ) |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | **466-409381-1** SHIPPER LABEL | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| | | | | | **C.O.D. SHIPMENT** |
| | 1 Total # of Containers | 3423 | | | C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:

CISCO 35120 DELPHI E-PLT 20

C/O DATA 2 LOGISTICS

P.O. BOX 9115

NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."

NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT   9-26-05   PER

Permanent postoffice address of shipper.

Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363744

*Supplier # 926370446*

| | |
|---|---|
| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1750<br>FLINT, MI 48501 |
| SHIP TO | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms:  Net 30 Days 6M
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 5560414481 | CENTRAL TRANS | 3rd PARTY | 10/03/05 | 10/03/05 | 37425 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: 811-10T6<br>CUSTOMER GDN | 6706 | 3111 | EA | .3840 | 2575.1 |
| | | 1 | | | .0000 | .0 |
| | Packing Slip#<br>Bill of Lading# | | | | | |

*Supplier Duns# 006075829354*

TOTAL ▶  2575.1

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33183 |

| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014481 | CENTRAL TRANS   3rd PARTY CO | 10/03/05 | 37125 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065 | 6706 | 3111 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ***********PINK FLAG************** | | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:  CENTRAL TRANS

CARRIER'S NO.:

DATE:

AT  **Skokie, Illinois  60077**

FROM  **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:  DELPHI    S

DESTINATION:  CISCO GUID
2620 E. MAIN
ANDERSON, IN

DELIVERING CARRIER:  CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 0420 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | *******ROUGH  IRON,CLASS  UP****** | | | | (SIGNATURE OF CONSIGNOR)
IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE TO BE PREPAID. |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.
AGENT OR CASHIER |
| | **466-426601-1**  SHIPPER LABEL | | | | PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)
CHARGES ADVANCED
$ |
| 1 | Total # of Containers | 0420 | | | **C.O.D. SHIPMENT**
C.O.D. Amt.
Collection Fee
Total Charges |

SPECIAL HANDLING INSTRUCTIONS:  SEND FREIGHT BILL
DELPHI S &
CISCO GUID
C/O DATA S
P.O. BOX
NORWOOD,MA

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT'.
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  A SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT, PER    PER

Permanent postoffice address of shipper.
Citation

# CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876



Remit to:
# CITATION
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.
342213

| SOLD TO | DELPHI ENERGY & ENGINE  DELPHI AUTOMOTIVE SYSTEMS  P.O. BOX 1550  FLINT, MI 48501 | SHIP TO | DELPHI – E – PLT20  CISCO 35120  2620 E. 38TH  ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | STATON EXPRESS    PREPAID | 2/01/05 | 2/01/05 | 342718 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL  10477065  Product#: 10477065  Material: B11-10T6  CUSTOMER GON | 7104 | 3247 | EA | .3840 | 2727.9 |
|  |  | 1 |  |  | .0000 | .0 |
|  | Packing Slip# 32810  Bill of Lading# 34712 |  |  |  |  |  |

TOTAL ▶  2727.9

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

PACKING SLIP NO.

32810

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | STATON EXPRESS PREPAID | 9/01/05 | 36712 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1  10469787  GEAR-HELICAL  Product Revision#: 22  Drawing Revision#: 22  10469787  P.O.#:   550056750 | 5498 | 3430 | EA |
| | CUSTOMER GON | 1 | | |
| 16292 | 1  10477065  GEAR-HELICAL  Product Revision#: 9  Drawing Revision#: 9  10477065  P.O.#:   550014481 | 7104 | 3247 | EA |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:    STATON EXPRESS

CARRIER'S NO.:    3C712

DATE:    9/01/05

AT **Skokie, Illinois 60077**    FROM    **Citation**    Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI · E · PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    STATON EXPRESS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER CON  *****ROUGH IRON,CLASS 50***** | 7365 | | |
| | 2 Total # of Containers | 7365 | | |

SUBJECT TO SECTION 7 CONDITIONS OF AP-PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR )

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREIN.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)
CHARGES ADVANCED

**C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7900 NORTH A TO Z
SKOKIE, 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT." NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT    PER

Permanent postoffice address of shipper.
Citation
7900 North Austin Avenue, Skokie, IL 60077

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

## CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

343287

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL 10477065 | 6800 | 3154 | EA | .3840 | 2611.2 |
| | Product#: 10477065 | | | | | |
| | Material: B11-10T6 | | | | | |
| | CUSTOMER CON | 1 | | | .0000 | .0 |
| | Packing Slip# | 37740 | | | | |
| | Bill of Lading# | 37740 | | | | |

TOTAL▶

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32836 |

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
| --- | --- | --- | --- | --- |
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/06/05 | 36740 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- | --- |
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6800 | 3154 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ***********ORANGE FLAGS************ | | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 6993 | 3346 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:   3C749

CARRIER:

CENTRAL TRAN.

DATE:   9/06/05

AT **Skokie, Illinois 60077**   FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI E . LIMID
CISCO 45150
2620 E. 35TH
ANDERSON, IN 46010

DELIVERING CARRIER:   CAR OR VEHICLE INITIALS:   NO.:

| NO. ACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | CUSTOMER GOO | 1000 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP-PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID" RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. AGENT OR CASHIER PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | | | | C.O.D. SHIPMENT |
| | | | | | C.O.D. Amt. ___ Collection Fee ___ Total Charges ___ |

466-419612-7   SHIPPER LABEL

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT

SPECIAL HANDLING NSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PER

t THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF RULE 41.
CLASSIFICATION. *SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER   04-06-05

AGENT   PER

Permanent postoffice address of shipper.
Citation

1

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

**CUST FILE**

**INVOICE NO.**

343321

| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI  E  PLTRO<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| S50014481 | CENTRAL TRANS | 3rd PARTY CO | 9/08/05 | 9/08/05 | 36771 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: 811 (0T)<br>CUSTOMER DON | 7191 | 3323 | EA | .3840<br>.0000 | 2761.3<br>.0 |
| | Packing Slip#<br>Bill of Lading# | | | | | |

| | TOTAL ► | 2761.3 |
|---|---|---|

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.*

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

32866

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/08/05 | 36771 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:  550014481 | 7191 | 3323 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ***********ORANGE FLAGS************ | | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:  550014483 | 6977 | 3318 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

| NO. ACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER USE | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: |
| | | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| 2 Total # of Packages | | | | | |

Driver's Signature Only Acknowledges Receipt of Freight

**466-420539-9**
SHIPPER LABEL

CENTRAL TRANSPORT

**C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

PECIAL
ANDLING
ISTRUCTIONS:

' IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT'
**NOTE** — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT _____ PER

Permanent postoffice address of shipper:
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

343345

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1450
FLINT, MI 48501

SHIP TO:
DELPHI E & E PL #20
CISCO 35120
520 P. 38TH
ANDERSON, TN 44015

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY CO | 9/09/05 | 9/09/05 | 36794 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR HELICAL 10477045 Product#: 10477045 Material: 811 tots CUSTOMER CON | 6977 | 3212 | EA | .3840 | 2679.1 |
| | | | | | .0000 | .0 |
| | Packing Slip# 12 58 Bill of Lading 80781 | | | | | |

TOTAL ▶ 2679.1

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE  ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32888 |

|  |  |
|---|---|
| **SOLD TO** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |
| **SHIP TO** | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS   3rd PARTY CO | 9/09/05 | 36794 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1   10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6977 | 3212 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | ********YELLOW FLAGS**************** |  |  |  |
| 16294 | 1   19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 7312 | 3475 | EA |
|  | CUSTOMER GON | 1 |  |  |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32888 |

| | |
| --- | --- |
| **S O L D   T O** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |

| | |
| --- | --- |
| **S H I P   T O** | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/09/05 | 36794 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6977 | 3212 | EA |
| | CUSTOMER GON | 1 | | |
| | ********YELLOW FLAGS************** | | | |
| 16294 | 1  19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 7312 | 3475 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: CENTRAL TRANS

CARRIER'S NO.: 96704

DATE:

AT **Skokie, Illinois  60077**       FROM  **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI
CISCO SYSTEMS
2620 E. 80TH
ANDERSON, IN 46013

DELIVERING CARRIER: CENTRAL TRANS       CAR OR VEHICLE INITIALS:       NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GDS | 700 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR ) |
| | | | | | * CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | PER THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID |
| | **466-420740-3**  SHIPPER LABEL | | | | CHARGES ADVANCED $ |
| | | | | | C.O.D. SHIPMENT |
| | | | | | C.O.D. Amt. |
| | 2 Total # of Containers | 700 | | | Collection Fee |
| | | | | | Total Charges |

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO
DELPHI E & S
CISCO SYSTEMS
C/O DATA E
P.O. BOX
NORWOOD, MA 02062

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPERS WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF FREIGHT CLASSIFICATION.  *SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT    PER    9/9/05

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363528

| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

Terms:  Net 30 Days GM
Supplier: 224370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 350014481 | CENTRAL TRANS | 3rd PARTY CO 9/30/05 | 9/30/05 | 36942 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11-10T6<br>CUSTOMER CON | 7041 | 3259 | EA | .3840<br><br>.0000 | 2703.7<br><br>.0 |
|  | Packing Slip#     33023<br>Bill of Lading#    36942 |  |  |  |  |  |

**TOTAL ▶**  2703.

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.*

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33023 |

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PA CO | 9/20/05 | 36942 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 7041 | 3259 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | ***********YELLOW FLAGS*********** |  |  |  |
| 15175 | 1  10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5713 | 3552 | EA |
|  | CUSTOMER GON | 1 |  |  |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.: 36942

CENTRAL TRANS

DATE:

AT **Skokie, Illinois 60077**   FROM   **Citation**   9/20/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:   CAR OR VEHICLE INITIALS:   NO.:

CENTRAL TRANS

| NO.<br>PACKAGES | PACKAGE DESCRIPTION | WEIGHT<br>(SUBJECT TO<br>CORRECTION) | CLASS OR<br>OR RATE | CK<br>COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 7511 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP-<br>PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO<br>BE DELIVERED TO THE CONSIGNEE WITHOUT<br>RECOURSE ON THE CONSIGNOR, THE CONSIGNOR<br>SHALL SIGN THE FOLLOWING STATEMENT:<br>THE CARRIER SHALL NOT MAKE DELIVERY OF THIS<br>SHIPMENT WITHOUT PAYMENT OF FREIGHT AND<br>ALL OTHER LAWFUL CHARGES. |
| | ******ROUGH IRON, CLASS 50********<br>* | | | | (SIGNATURE OF CONSIGNOR)<br>IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP<br>HERE "TO BE PREPAID".<br>3rd PARTY COL<br>RECEIVED $<br>TO APPLY IN PREPAYMENT OF THE CHARGES ON THE<br>PROPERTY DESCRIBED HEREON.<br>AGENT OR CASHIER |
| | **466-422336-8**<br>Driver's Signature Only Acknowledges Receipt of Freight<br>CENTRAL TRANSPORT   SHIPPER LABEL | | | | PER<br>(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE<br>AMOUNT PREPAID)<br>CHARGES ADVANCED<br>$ |
| | 2 Total # of Containers | 7511 | | | C.O.D. SHIPMENT<br>C.O.D. Amt.<br>Collection Fee<br>Total Charges |

SPECIAL
HANDLING
INSTRUCTIONS:   SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON. AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT
CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _Randy Hargrove_

AGENT _____ PER _____

Permanent postoffice address of shipper.
Citation

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363561

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370406

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 9500144481 | CENTRAL TRANS | 3rd PARTY CO. | 9/21/05 | 9/21/05 | 36963 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL 10477065 Product#: 10477065 Material: B11-10T6 CUSTOMER GON | 6659 | 3027 | EA | .3840 | 2557.0 |
| | | | | 1 | .0000 | .0 |
| | Packing Slip# 3304 Bill of Lading# 36963 | | | | | |

**TOTAL ▶**  2557

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 33041 |

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/21/05 | 36963 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292  1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:  550014481 | 6659 | 3027 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | **********YELLOW FLAGS********** |  |  |  |
| 15175  1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:  550056750 | 3107 | 1938 | EA |
|  | CUSTOMER GON | 1 |  |  |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:    CENTRAL TRANS

CARRIER'S NO.: 36963

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**    9/21/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 5643 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED |
| | ******ROUGH IRON, CLASS 50****** | | | | |
| | Driver's Signature Only Acknowledges Receipt of Freight
**466-424529-6**
SHIPPER LABEL | | | | |
| 2 Total # of Containers | | 5643 | | | C.O.D. SHIPMENT
C.O.D. Amt. ____
Collection Fee ____
Total Charges ____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO.
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. • SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _Randy Hargrove_

AGENT _____ 09-21 PER O S

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, IL 60077

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876



Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
**INVOICE NO.**



| SOLD TO | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | SHIP TO | DELPHI - E - PL120<br>CISCO 35120<br>2820 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

Terms:  Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|
| 550014481 | | CENTRAL TRANS | 3rd PARTY CO 9/28/05 | 9/28/05 | 37008 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11 10T6<br>CUSTOMER RON | 4351 | 1998 | EA | .3840<br><br>.0000 | |
| | Packing Slip6<br>Bill of Lading6 | 33122<br>37078 | | | | |

TOTAL ▶  1670.78

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

# CITATION

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 33129 |

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050 Fax: 847-966-8876**

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
| --- | --- | --- | --- |

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/28/05 | 37068 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16292 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481<br><br>CUSTOMER GON | 4351<br><br><br><br><br><br>1 | 1998 | EA |

NO SLIP  RM

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN**
**30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:                                          CARRIER'S NO.:

DATE:    9/28/05

AT    **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN) MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:                    CAR OR VEHICLE INITIALS:         NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
|  |  | 0566 |  |  | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
|  |  |  |  |  | (SIGNATURE OF CONSIGNOR ) |
|  |  |  |  |  | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE. TO BE PREPAID |
|  |  |  |  |  | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
|  |  |  |  |  | AGENT OR CASHIER |
|  |  |  |  |  | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID ) CHARGES ADVANCED. $ |
|  |  | 0566 |  |  | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

Driver's Signature Only Acknowledges Receipt of Freight

CT CENTRAL TRANSPORT    **466-409396-9**
SHIPPER LABEL

SPECIAL
HANDLING
INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT'.
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per
† THE FIBRE BOX'S USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  <SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT, PER    Josiah Jones    PER  9-28-05

Permanent post office address of shipper
**Citation**

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876



Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
|---|
| INVOICE NO. |
| 363734 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE | | DELPHI - E - PLT20 | |
| DELPHI AUTOMOTIVE SYSTEMS | | CISCO 35120 | |
| P.O. BOX 1550 | | 2620 E. 38TH | |
| FLINT, MI 48501 | | ANDERSON, IN 46013 | |

Terms:  Net 30 Days GM
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| BF00144481 | CENTRAL TRANS 3rd PARTY CO | 9/28/05 | 9/28/05 | 37097 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL | 6466 | 2972 | EA | .3840 | 2482.9 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: B11-10T6 | | | | | |
| | CUSTOMER GON | 1 | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# 33158 | | | | | |
| | Bill of Lading# 37097 | | | | | |

**TOTAL** ▶   2482.9

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33158 |

| | |
|---|---|
| **SOLD TO** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |
| **SHIP TO** | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS   3rd PARTY CO | 9/29/05 | 37097 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6466 | 2972 | EA |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 4623 | 2903 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: 37007

CARRIER: CENTRAL TRANS

CARRIER'S NO.:

DATE: 9/29/05

AT **Skokie, Illinois 60077**

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: DELPHI - E - PLT20
C1SCO 35120

DESTINATION: 2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: CENTRAL TRANS     CAR OR VEHICLE INITIALS:     NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 6550 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | 466-424593-2  01 | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED: $ |
| | Total # of Containers | 6550 | | | **C.O.D SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E & C
C1SCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT"
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _____

AGENT _____     PER _____

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876



Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363748

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT26
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days 6M

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 5500144B1 | CENTRAL TRANS 3rd PARTY | 10/05/05 | 10/05/05 | 37172 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: R1i-10T6<br>CUSTOMER GUN | 4918 | 2271 | EA | .3840<br><br>.0000 | 1888.5 |
| | Packing Slip#<br>Bill of Lading# | | | | | |

TOTAL ▶  1 888.5

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER "

# CITATION

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33225 |

· 7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| SEE BELOW | *Central Tran* 3rd PARTY CO | | 10/05/05 | 37173 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292   1 | 10477065 GEAR-HELICAL Product Revision#: 9 Drawing Revision#: 9 10477065 P.O.#:   550014481 | 4918 | 2271 | EA |
|  | CUSTOMER GON | 1 | | |
| 16294   1 | 19052846 GEAR Product Revision#: 012 Drawing Revision#: 012 19052846 P.O.#:   550014483 | 6435 | 3065 | EA |
|  | CUSTOMER GON | 1 | | |
| 15175   1 | 10469787 GEAR-HELICAL Product Revision#: 22 Drawing Revision#: 22 10469787 | 4960 | 3112 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

**CITATION**

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

PACKING SLIP NO.

33225

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | *Central Tran* 3rd PARTY CO | 10/05/05 | 37173 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| | P.O.#:   550056750 | | | |
| | CUSTOMER GON | 1 | | |
| 15175  1 | 10469787 | 5334 | 3301 | EA |
| | GEAR-HELICAL | | | |
| | Product Revision#: 22 | | | |
| | Drawing Revision#: 22 | | | |
| | 10469787 | | | |
| | P.O.#:   550056750 | | | |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: *Central Trans*

CARRIER'S NO.:

DATE: 10/05/05

AT **Skokie, Illinois 60077**

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER: *Central Trans*    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID". |
| | **Driver's Signature Only Acknowledges Receipt of Freight** | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | CENTRAL TRANSPORT **466-425240-9** SHIPPER LABEL | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED $ |
| | | | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. †SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____

AGENT _____ PER  10/05/05

Permanent postoffice address of shipper
**Citation**

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363420

| SOLD TO | SHIP TO |
|---------|---------|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014482 | CENTRAL TRANS 3rd PARTY CO | 9/14/05 | 9/14/05 | 36965 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16293 1 | GEAR<br>10493534<br>Product#: 10493534<br>Material: B11-10T2<br>CUSTOMER OON | 4044 | 2275 | EA | .7000 | 2830.8 |
|  |  | 1 |  |  | .0000 | .0 |
|  | Packing Slip# | 32952 |  |  |  |  |
|  | Bill of Lading# | 36865 |  |  |  |  |

**TOTAL ▶**  2830.8

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.*

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

32952

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550014482 | CENTRAL TRANS  3rd PARTY CO | 9/14/05 | 36865 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16293 | 1  10493534<br>GEAR<br>Product Revision#: 1<br>Drawing Revision#: 1<br>10493534<br><br>CUSTOMER GON<br><br>***********YELLOW FLAG************ | 4044<br><br><br><br><br>1 | 2275 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

343749

| | | |
|---|---|---|
| SOLD TO | DELPHI ENERGY & ENGINE DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1550 FLINT, MI 48501 | SHIP TO  DELPHI - E & E P20 CTSC0 35120 2420 E. 38TH ANDERSON, IN 47013 |

Terms:  Net 30 Days GM
Supplier: 336370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS 3rd PARTY | 10/05/05 | 10/05/05 | 371717 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR 19052846 Product#: 19052846 Material: 811-1072 CUSTOMER OWN | 6435 | 3065 | EA | .4890 | 3146.7 |
| | | | | | .0000 | |
| | Packing Slip# Bill of Lading# | 2505 3478 | | | | |

TOTAL ▶    3146

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.*

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33225 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SEE BELOW | Central Trans | 3rd PARTY CO | 10/05/05 | 37173 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292  1 | 10477065 NO S/U BN GEAR-HELICAL Product Revision#: 9 Drawing Revision#: 9 10477065 P.O.#:   550014481 | 4918 | 2271 | EA |
| | CUSTOMER GON | 1 | | |
| 16294  1 | 19052846 NO S/U BN GEAR Product Revision#: 012 Drawing Revision#: 012 19052846 P.O.#:   550014483 | 6435 | 3065 | EA |
| | CUSTOMER GON | 1 | | |
| 15175  1 | 10469787 NO S/U BN GEAR-HELICAL Product Revision#: 22 Drawing Revision#: 22 10469787 | 4960 | 3112 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

33225

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | Central Trans 3rd PARTY CO | 10/05/05 | 37173 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| | | P.O.#:   550056750 | | | |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5334 | 3301 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO:

CARRIER: *Central Trans*

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN) MARKED, CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER: *Central Trans*    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ ____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | AGENT OR CASHIER |
| | **466-425240-9** SHIPPER LABEL | | | | PER ____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | | | | **C.O.D. SHIPMENT** |
| | | | | | C.O.D. Amt. ____ |
| | | | | | Collection Fee ____ |
| | | | | | Total Charges ____ |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per ____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  ‡SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER ____

AGENT ____ PER 10/05/05

Permanent postoffice address of shipper
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363708

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLTZO
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days 6M
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 8500014483 | CENTRAL TRANS  3rd PARTY DD | 9/30/05 | 9/30/05 | 37117 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR 19052846 Product#: 19052846 Material: 811-10T6 CUSTOMER GUN | 3563 | 1700 | EA | .4890 | 1242.3 |
| | | 1 | | | .0000 | .0 |
| | Packing Slip# Bill of Ladings | | | | | |

TOTAL ▶  1742.

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

**CITATION**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33175 |

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550014483 | CENTRAL TRANS  3rd PARTY CO | 9/30/05 | 37117 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16294   1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br><br>CUSTOMER GON<br><br>***********YELLOW FLAG************* | 3563<br><br><br><br><br><br>1 | 1700 | EA |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:   CENTRAL TRANS

CARRIER'S NO.:

DATE:

AT   **Skokie, Illinois  60077**          FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER FOB | 2057 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: |
| | *******SODGE IRON, STEEL | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE: TO BE PREPAID. |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | AGENT OR CASHIER |
| | **466-421644-6** SHIPPER LABEL | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | 1 Total # of Containers | 2057 | | | **C.O.D. SHIPMENT** C.O.D. Amt _____ Collection Fee _____ Total Charges _____ |

SPECIAL
HANDLING
INSTRUCTIONS:

'IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT                                    PER   9/30

Permanent postoffice address of shipper.
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE

INVOICE NO.

363726

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

Terms: Net 30 Days GM
Supplier: 92437044A

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550014483 | TRANS LOG | PREPAID | 9/29/05 | 9/29/05 | 37080 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-10T6<br>CUSTOMER GON | 6955 | 3295 | EA | .4890 | 3401.00 |
| | | | | | .0000 | .00 |
| | Packing Slip#          3315<br>Bill of Lading#        37090 | | | | | |

TOTAL ▶         3401

*THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33151 |

| | | | |
|---|---|---|---|
| S O L D T O | DELPHI ENERGY & ENGINE DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1550 FLINT, MI 48501 | S H I P T O | DELPHI – E – PLT20 CISCO 35120 2620 E. 38TH ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| 550014483 | TRANS LOG. | PREPAID | 9/29/05 | 37090 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16294  1 | 19052846 GEAR Product Revision#: 012 Drawing Revision#: 012 19052846 | 6955 | 3295 | EA |
| | CUSTOMER GON | 1 | | |

NO SH BM

1

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

## STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:   37090

CARRIER:   TRANS LOG.

CARRIER'S NO.:

DATE:   9/29/05

AT   **Skokie, Illinois 60077**     FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:   DELPHI - E - PLT20
                CISCO 35120
DESTINATION:    2620 E. 38TH
                ANDERSON, IN 46013

DELIVERING CARRIER:   TRANS LOG.     CAR OR VEHICLE INITIALS:       NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3630 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | PREPAID |
| | | | | | RECEIVED $ ____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER ____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| 1 Total # of Containers | | 3630 | | | C.O.D. SHIPMENT |
| | | | | | C.O.D. Amt. ____ Collection Fee ____ Total Charges ____ |

SPECIAL
HANDLING     SEND FREIGHT BILL TO:
INSTRUCTIONS: CITATION
             7800 NORTH AUSTIN AVENUE
             SKOKIE, IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING ____ per ____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER   WJ O'Shaughnessy

AGENT ____     PER ____

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, IL 60077

Agent must detach and retain this Shipping
Order and must sign the Original Bill of Lading

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 363735 |

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 550014493 | ROADWAY | 3rd PARTY CO 9/29/05 | 9/29/05 | 37091 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16294 | GEAR | 4745 | 2278 | EA | .4890 | 2320.3 |
| | 19052846 | | | | | |
| | Product#: 19052846 | | | | | |
| | Material: B11-10T6 | | | | | |
| | CUSTOMER GON | 1 | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip#     33152 | | | | | |
| | Bill of Lading#   37091 | | | | | |

**TOTAL ▶**    2320.2

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.

33152

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| 550014483 | ROADWAY | 3rd PARTY CO | 9/29/05 | 37091 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846 | 4745 | 2278 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:    ROADWAY

CARRIER'S NO.:

DATE:    9/29/05

AT **Skokie, Illinois 60077**    FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:    DELPHI - E - PUT20
CISCO 35120
DESTINATION:    2820 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    ROADWAY    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 2593 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | FOR SHIPMENT STATUS. CALL 1-800-ROADWAY | | | | _____(SIGNATURE OF CONSIGNOR.) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | 316 | | | | RECEIVED $_____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREIN. |
| | ‖‖‖‖‖‖‖ 316-367993-4 | | | | AGENT OR CASHIER PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED $_____ |
| | Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff. | | | | |
| 1 | Total: # of Containers | 2593 | | | C.O.D. SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:    SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI: E-PUT 20
C/O DATA 2 LOGISTICS
P.O. BOX 3115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT'.
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____    DATE 9/29/05

AGENT _____    PER _____

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, Il. 60077

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363322

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1350
FLINT, MI 48501

SHIP TO:
DELPHI - E - PL120
CISCO 95120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS   3rd PARTY CO | 9/08/05 | 9/08/05 | 36771 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR | 6977 | 3018 | EA | .4890 | 3411.7 |
| | 19052846 | | | | | |
| | Product#: 19052846 | | | | | |
| | Material: BLL-10TA | | | | | |
| | CUSTOMER GDN | | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# | 464 | | | | |
| | Bill of Lading# | 4677 | | | | |

TOTAL ▶    3411.7

HE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
IYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.
32866

S O L D   T O

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S H I P   T O

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/08/05 | 36771 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1   10477065 <br> GEAR-HELICAL <br> Product Revision#: 9 <br> Drawing Revision#: 9 <br> 10477065 <br> P.O.#:   550014481 | 7191 | 3323 | EA |
| | CUSTOMER GON | 1 | | |
| | **********ORANGE FLAGS*********** | | | |
| 16294 | 1  19052846 <br> GEAR <br> Product Revision#: 012 <br> Drawing Revision#: 012 <br> 19052846 <br> P.O.#:   550014483 | 6977 | 3318 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:   CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER ... | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED |
| | **466-420539-9** | | | | C.O.D. SHIPMENT |
| | | | | | C.O.D. Amt. |
| | | | | | Collection Fee |
| 2 Total # of Consignee | | | | | Total Charges |

Driver's Signature Only Acknowledges Receipt of Freight
SHIPPER LABEL

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS' CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. *SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT   PER

Permanent post office address of shipper.
Citation

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

**CUST FILE**
**INVOICE NO.**
343344

| | | |
|---|---|---|
| **SOLD TO** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1450<br>FLINT, MI 48501 | **SHIP TO** DELPHI E   SI ESO<br>OSCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS  3rd PARTY DO | 9/09/05 | 9/09/05 | 36794 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052046<br>Product#: 19052046<br>Material: 811-10T4<br>CUSTOMER GON | 7312 | 3475 | EA | .4820<br><br>.0000 | 3475.5 |
| | Packing Slip#       7030<br>Bill of Lading#    70703 | | | | | |

**TOTAL ▶**  3575

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32888 |

<table>
<tr><td>S O L D<br>T O</td><td>DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501</td><td>S H I P<br>T O</td><td>DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013</td></tr>
</table>

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/09/05 | 36794 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- | --- |
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6977 | 3212 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ********YELLOW FLAGS***************** | | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 7312 | 3475 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# CITATION

**BILLING DEPT. COPY**

PACKING SLIP NO.

32888

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

S
O
L
D
T
O

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S
H
I
P
T
O

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/09/05 | 36794 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6977 | 3212 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ********YELLOW FLAGS************** | | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 7312 | 3475 | EA |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:   36704

DATE:

CENTRAL LINES

AT **Skokie, Illinois  60077**   FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI
C160 DELPHI
2626 E. 30TH
ANDERSON, IN 46013

DELIVERING CARRIER:   CENTRAL LINES

CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER OU... | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: |
| | | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | _____ (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | 3rd PARTY |
| | | | | | RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREOF. |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | AGENT OR CASHIER |
| | **466-420740-3** SHIPPER LABEL | | | | PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID) |
| | | | | | CHARGES ADVANCED: |
| | | | | | $ |
| | | | | | **C.O.D. SHIPMENT** |
| | | | | | C.O.D. Amt. _____ |
| | | | | | Collection Fee _____ |
| 2 Total # of Customer | | | | | Total Charges _____ |

SPECIAL
HANDLING
INSTRUCTIONS:

SEND FREIGHT BILL TO
DELPHI I & S
C160 DELPHI
C/O DANA L ....
P.O. BOX 911
NORWOOD, MA 02...

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF FREIGHT CLASSIFICATION.  ‡SHIPPER'S IMPRINT IN LIEU OF STAMP. NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _____

AGENT _____   PER   9/9/05

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363288

| | | |
|---|---|---|
| **SOLD TO** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | **SHIP TO** DELPHI - E - PLT20<br>CISCO 35120<br>2420 E. 38TH<br>ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS  3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-10T6<br>CUSTOMER GON | 6993 | 3344 | EA | .4890<br><br>.0000 | 3419.5<br><br>.0 |
| | Packing Slip# | 2234 | | | | |
| | Bill of Lading# | 36740 | | | | |

TOTAL ▶  3419.5

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE  ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

32836

| S O L D  T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P  T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | | |
|---|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/06/05 | 36740 | | |
| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| 16292 | 1   10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:   550014481 | 6800 | 3154 | EA |
| | CUSTOMER GON | 1 | | |
| | ***********ORANGE FLAGS************ | | | |
| 16294 | 1   19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:   550014483 | 6993 | 3346 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:    06749

DATE:

AT **Skokie, Illinois 60077**    FROM **Citation**    9/06/05
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

| NO. ACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 3 | CUSTOMER OWN | 10000 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |

Driver's Signature Only Acknowledges Receipt of Freight

**466-419612-7**
SHIPPER LABEL

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS.

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.   SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER    04-06-05

AGENT    PER

Permanent postoffice address of shipper.
Citation

1

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

359157

| S O L D T O | DELPHI SAGINAW STEERING SYST.<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI SAGINAW STEERING SYSTEM<br>PLANT 5<br>3900 E. HOLLAND RD.<br>SAGINAW, MI 48605 |

Terms:
Supplier: 924370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 9009012001 | CCX | 3rd PARTY  CO 1/07/05 | 1/07/05 | 33583 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 303 | 1 | RING-PUMP<br>07818373<br>Product#: 07818373<br>Material: B11-1<br>CUSTOMER GDN | 4725 | 3036<br><br>1 | EA | 1.8913<br><br>.0000 | 8936. |

*Short*
*pd.*
*oves*
*ST132.76*

TOTAL ▶        8936.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT COPY

| PACKING SLIP NO. |
| --- |
| 30026 |

DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**S H I P   T O**

DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- | --- |
| SAG9012001 | GCX | 3rd PARTY CO | 1/07/05 | 33553 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 303 1 | 07818373<br>RING-PUMP<br>Product Revision#: 003<br>Drawing Revision#: 003<br>07818373<br><br>CUSTOMER GON<br><br><br>**ORANGE FLAG** | 4725<br><br><br><br><br><br>1 | 3036 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:   CCX

CARRIER'S NO.:   33583

DATE:   1/07/05

AT   **Skokie, Illinois 60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

DELIVERING CARRIER:   CCX

CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3391 | | | SUBJECT TO SECTION 7 CONDITIONS OF AP PLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." 3rd PARTY COL |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED: $ |
| | | 3391 | | | C.O.D. SHIPMENT<br>C.O.D. Amt.<br>Collection Fee<br>Total Charges |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI SAGINAW STREERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

Cust Music Code 1-7-05   (1)  skid   SHIPPER, PER _Dom Flores_

4/#463-5032   1740   AGENT   PER

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| CUST FILE |
| --- |
| INVOICE NO. |
| 359573 |

SOLD TO:
DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

Terms:  Net 30  1/2%
Supplier: 234370448

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 8AR2012001 | CCX | 3rd PARTY CO 2/04/05 | 2/04/05 | 34003 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 303 | 1 | RING-PUMP | 10286 | 6585 | EA | 1.8913 | 19453. |
| | | 07818373 | | | | | |
| | | Product# 07818373 | | | | | |
| | | Material: B11-1 | | | | | |
| | | CUSTOMER GON | 2 | | | .0000 | .0 |

Short
Pd owes
9731.68

| | TOTAL ▶ | 19453. |
|---|---|---|

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050   Fax: 847-966-8876**

BILLING DEPT COPY

| PACKING SLIP NO. |
|---|
| 30405 |

| | |
|---|---|
| S O L D  T O | DELPHI SAGINAW STEERING SYST.<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |
| S H I P  T O | DELPHI SAGINAW STEERING SYSTEM<br>PLANT 5<br>3900 E. HOLLAND RD.<br>SAGINAW, MI 48605 |

TERMS:   Net 30   1/2%
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SAG80I2001 | COX | 3rd PARTY CO | 2/04/06 | 34003 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 303   1 | 07818373<br>RING-PUMP<br>Product Revision#: 003<br>Drawing Revision#: 003<br>07818373 | 10286 | 6585 | EA |
| | CUSTOMER GON | 2 | | |
| | **********BLUE FLAGS**************** | | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CCX

CARRIER'S NO.:    34003

DATE:

AT **Skokie, Illinois 60077**    FROM    **Citation**    2/04/05

Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

CCX

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 7297 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. _____ (SIGNATURE OF CONSIGNOR.) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." 3rd PARTY COL. RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. AGENT OR CASHIER PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | 7297 | | | C.O.D. SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

\* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

† IF FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

per

Cust CCX CCXE 24-05 (2) skds    SHIPPER, PER

TL # 463-5082  17⁰⁰    AGENT    PER

Permanent postoffice address of shipper.
Citation