January 30, 2008

United States Bankruptcy Court for the
  Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

RE:  Case 05-44481

Cure Objection – Diskette Enclosure

**CURE OBJECTION**                                      January 28, 2008
Delphi Corporation, Case No. 05-44481

Creditor:  Dawlen Corporation
           2029 Micor Dr
           P O Box 884
           Jackson, MI  49204


Cure Amount in Notice of Cure Amount:  $29282.34
                              Purchase Order Number SAG9012787

The above cure amount is <u>missing 4 invoices</u> under a different PO number.  We have filed these invoices with each filing from the initial claim made at time of bankruptcy notice.


Purchase Order Number SAG9013338    $4852.44

Invoices:
SH02226, 3/29/05, $972.43
SH02382, 04/13/05, $1940.00
SH02456, 04/20/05, $1733.88
SH02782. 05/25/05, $206.13

These were all shipped to Atmosphere Annealing that forwarded them to Mexico.  Copies of these invoices are attached.


Patricia A. Lykins
VP Finance/Controller
(517) 787-2200, Ext. 12



Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 01/08/2008

Dawlen Corporation (DAW)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000105 | Delphi Saginaw Steering System | | Contact: | | | Phone: | (517) 757-3324 | | | | |
| 3/29/2005 | SH02226-IN | 4/28/2005 | | 0.00 | 972.43 | 0.00 | 0.00 | 0.00 | 0.00 | 972.43 | 985 |
| 4/13/2005 | SH02382-IN | 5/13/2005 | | 0.00 | 1,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,940.00 | 970 |
| 4/20/2005 | SH02456-IN | 5/20/2005 | | 0.00 | 1,733.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1,733.88 | 963 |
| 5/25/2005 | SH02782-IN | 6/24/2005 | | 0.00 | 206.13 | 0.00 | 0.00 | 0.00 | 0.00 | 206.13 | 928 |
| 9/1/2005 | SH03485-IN | 10/1/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 829 |
| 9/1/2005 | SH03486-IN | 10/1/2005 | | 0.00 | 1,655.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.94 | 829 |
| 9/6/2005 | SH03516-IN | 10/6/2005 | | 0.00 | 2,302.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,302.20 | 824 |
| 9/14/2005 | SH03573-IN | 10/14/2005 | | 0.00 | 3,261.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3,261.45 | 816 |
| 9/15/2005 | SH03583-IN | 10/15/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 815 |
| 9/16/2005 | SH03598-IN | 10/16/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 814 |
| 9/22/2005 | SH03653-IN | 10/22/2005 | | 0.00 | 3,453.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3,453.30 | 808 |
| 9/26/2005 | SH03676-IN | 10/26/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 804 |
| 9/27/2005 | SH03687-IN | 10/27/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 803 |
| 9/28/2005 | SH03697-IN | 10/28/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 802 |
| 9/29/2005 | SH03704-IN | 10/29/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 801 |
| 9/30/2005 | SH03712-IN | 10/30/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 800 |
| 10/3/2005 | SH03734-IN | 11/2/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 797 |
| 10/4/2005 | SH03744-IN | 11/3/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 796 |
| 10/5/2005 | SH03754-IN | 11/4/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 795 |
| 10/6/2005 | SH03762-IN | 11/5/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 794 |
| 10/7/2005 | SH03770-IN | 11/6/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 793 |
| 10/24/2006 | AMROC-IN | 11/23/2006 | | 0.00 | 21,083.28 | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28 | 411 |
| 10/24/2006 | PP-PP | 10/24/2006 | | 0.00 | 21,083.28- | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28- | |
| 2/1/2007 | PP0107-PP | 2/1/2007 | | 0.00 | 959.25- | 0.00 | 0.00 | 0.00 | 0.00 | 959.25- | |
| 10/30/2007 | SH09096-IN | 11/29/2007 | | 0.00 | 191.85 | 0.00 | 0.00 | 191.85 | 0.00 | 0.00 | 40 |
| | | Customer 0000105 Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Report Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Number of Customers: | 1 | | | | | | | | |

Handwritten annotations: "MEXICO SHIP", "BANKRUPTCY OWNED BY DC", "7/29/82 PAID by AMPL", "CURRENT OWNED BY DC", "Current"

Run Date: 1/8/2008 12:22:30PM
A/R Date: 1/8/2008
Page: 1

nts Receivable Aged Invoice Report  05-44481-00   Doc 12527   Filed 01/31/08   Entered 02/06/08 16:11:52   Main Document
ed by Customer Number                                     Pg 4 of 8
Open Invoices - Aged as of 01/08/2008

Dawlen Corporation (DAW)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000105 | Delphi Saginaw Steering System | | Contact: | | | Phone: | (517) 757-3324 | | | | |
| 3/29/2005 | SH02226-IN | 4/28/2005 | | 0.00 | 972.43 | 0.00 | 0.00 | 0.00 | 0.00 | 972.43 | 985 |
| 4/13/2005 | SH02382-IN | 5/13/2005 | | 0.00 | 1,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,940.00 | 970 |
| 4/20/2005 | SH02456-IN | 5/20/2005 | | 0.00 | 1,733.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1,733.88 | 963 |
| 5/25/2005 | SH02782-IN | 6/24/2005 | | 0.00 | 206.13 | 0.00 | 0.00 | 0.00 | 0.00 | 206.13 | 928 |
| 9/1/2005 | SH03485-IN | 10/1/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 829 |
| 9/1/2005 | SH03486-IN | 10/1/2005 | | 0.00 | 1,655.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.94 | 829 |
| 9/6/2005 | SH03516-IN | 10/6/2005 | | 0.00 | 2,302.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,302.20 | 824 |
| 9/14/2005 | SH03573-IN | 10/14/2005 | | 0.00 | 3,261.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3,261.45 | 816 |
| 9/15/2005 | SH03583-IN | 10/15/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 815 |
| 9/16/2005 | SH03598-IN | 10/16/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 814 |
| 9/22/2005 | SH03653-IN | 10/22/2005 | | 0.00 | 3,453.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3,453.30 | 808 |
| 9/26/2005 | SH03676-IN | 10/26/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 804 |
| 9/27/2005 | SH03687-IN | 10/27/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 803 |
| 9/28/2005 | SH03697-IN | 10/28/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 802 |
| 9/29/2005 | SH03704-IN | 10/29/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 801 |
| 9/30/2005 | SH03712-IN | 10/30/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 800 |
| 10/3/2005 | SH03734-IN | 11/2/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 797 |
| 10/4/2005 | SH03744-IN | 11/3/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 796 |
| 10/5/2005 | SH03754-IN | 11/4/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 795 |
| 10/6/2005 | SH03762-IN | 11/5/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 794 |
| 10/7/2005 | SH03770-IN | 11/6/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 793 |
| 10/24/2006 | AMROC-IN | 11/23/2006 | | 0.00 | 21,083.28 | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28 | 411 |
| 10/24/2006 | PP-PP | 10/24/2006 | | 0.00 | 21,083.28- | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28- | |
| 2/1/2007 | PP0107-PP | 2/1/2007 | | 0.00 | 959.25- | 0.00 | 0.00 | 0.00 | 0.00 | 959.25- | |
| 10/30/2007 | SH09096-IN | 11/29/2007 | | 0.00 | 191.85 | 0.00 | 0.00 | 191.85 | 0.00 | 0.00 | 40 |
| | | Customer 0000105 Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Report Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Number of Customers: | 1 | | | | | | | | |

NOTE: CURE Amount HAS OMITTED 4 INVOICES

$ 4852.44

$ 29282.34

$ 34134.78

Run Date: 1/8/2008  12:22:30PM  
A/R Date: 1/8/2008

Page: 1



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI 49203
PHONE: (517) 787-2200  FAX:  (517) 787-9031

*E-Mail: dawlen@acd.net   Website: www.dawlen.com*
*DUNS #00-537-1166*

## INVOICE

Invoice Number: SH02226-IN
Invoice Date: 3/29/2005
Order Number: SH02226
Order Date: 3/29/2005

**Sold To:**     0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 2,005 | 2,005 | 0 | 0.4850 | 972.43 |
| LOT#  1175 | | | CISCO #  44034 | | | |



MEMBER OF
PRECISION
MACHINED
PRODUCTS
ASSOCIATION
PMPA

| | |
|---|---:|
| Net Invoice: | 972.43 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 972.43 |



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI  49203
PHONE: (517) 787-2200  FAX:  (517) 787-9031

*E-Mail: dawlen@acd.net   Website:  www.dawlen.com*
**DUNS #00-537-1166**

## INVOICE

Invoice Number: SH02382-IN
Invoice Date: 4/13/2005
Order Number: SH02382
Order Date 4/13/2005

**Sold To:**   0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON  MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 4,000 | 4,000 | 0 | 0.4850 | 1,940.00 |
| LOT#   1176 | | | CISCO #   44034 | | | |



|  |  |
|---|---|
| Net Invoice: | 1,940.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,940.00 |



# DAWLEN CORPORATION

Mailing Address: P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI 49203
PHONE: (517) 787-2200  FAX: (517) 787-9031

*E-Mail: dawlen@acd.net   Website: www.dawlen.com*
*DUNS #00-537-1166*

## INVOICE

Invoice Number: SH02456-IN
Invoice Date: 4/20/2005
Order Number: SH02456
Order Date  4/20/2005

**Sold To:**   0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 3,575 | 3,575 | 0 | 0.4850 | 1,733.88 |
| LOT#  1177 | | | CISCO #  44034 | | | |



MEMBER OF
PRECISION
MACHINED
PRODUCTS
ASSOCIATION

| | |
|---|---:|
| Net Invoice: | 1,733.88 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,733.88 |



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI  49203
PHONE: (517) 787-2200  FAX:  (517) 787-9031

E-Mail:  dawlen@acd.net   Website:  www.dawlen.com
DUNS #00-537-1166

## INVOICE

Invoice Number:  SH02782-IN
Invoice Date:  5/25/2005
Order Number:  SH02782
Order Date  5/25/2005

**Sold To:**   0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG90I3338 | LNBC | JACKSON  MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 425 | 425 | 0 | 0.4850 | 206.13 |
| LOT#   1178 | | | CISCO #   44034 | | | |



MEMBER OF
PRECISION
MACHINED
PRODUCTS
ASSOCIATION
PMPA

| | |
|---:|---:|
| Net Invoice: | 206.13 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 206.13 |