Reed Smith LLP
Elena Lazarou (EL-5681)
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Reed Smith LLP
Arlene N. Gelman (IL #6225631)
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for VDO Automotive AG
f/k/a Siemens VDO Automotive AG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
         In re                                                  :
                                                                :
DELPHI CORPORATION, et al.,                                     :   Chapter 11
                                                                :
                           Debtors.                             :   Case No. 05-44481 (RDD)
                                                                :
                                                                :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x

### WITHDRAWAL OF OBJECTION OF VDO AUTOMOTIVE AG f/k/a SIEMENS VDO AUTOMOTIVE AG TO THE NOTICES OF (A) CURE AMOUNT AND (B) ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION WITH THE SALE OF THE DEBTORS' INTERIORS AND CLOSURES BUSINESSES

Now comes VDO Automotive AG f/k/a Siemens VDO Automotive AG "(Siemens") and hereby withdraws its Objection to the Notices of (A) Cure Amount and (B) Assumption and/or Assignment of Executory Contracts in Connection With the Sale of the Debtors' Interiors and Closures Businesses filed by Siemens on November 26, 2007.

[Received stamp: JAN 28 2008, SD DIST OF NEW YORK]

NYLIB-470303.1

Siemens is withdrawing its objection based on the parties' agreement for cure of amounts due under the executory contract pertaining to the sale of Part No. 16876763.

| | |
|---|---|
| Dated: January 23, 2008 | RESPECTFULLY SUBMITTED |
| | Attorneys for VDO Automotive AG<br>f/k/a Siemens VDO Automotive AG |
| | By: /s/ Elena Lazarou |
| | REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212-521-5400<br>Facsimile: 212-521-5450 |
| | Of Counsel |
| | REED SMITH LLP<br>Arlene N. Gelman (IL #6225631)<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>Telephone: 312-207-1000<br>Facsimile: 312-207-6400 |