McDERMOTT WILL & EMERY LLP
Steven P. Handler, P.C. (IL# 1115847)
Monica M. Quinn (IL# 6287146)
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

McDERMOTT WILL & EMERY LLP
Gary O. Ravert (GR-3091)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel for Temic Automotive of North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
In re                                            :    **Chapter 11**
                                                 :
**DELPHI CORPORATION, et al.,**                  :    **Case No. 05-44481 (RDD)**
                                                 :
            Debtors.                             :    **(Jointly Administered)**
                                                 :
------------------------------------------------ x

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Steven P. Handler, a member in good standing of the bar in the state of Illinois and the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Temic Automotive of North America, Inc., in the above-captioned Chapter 11 cases.

My contact information is as follows:

Steven P. Handler, P.C.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 984-7721
Facsimile: (312) 984-7700
shandler@mwe.com

- 2 -

I have submitted with this motion the fee of $25 to allow my admittance to practice pro hac vice. A form of order is attached hereto as Exhibit A.

Dated: February 6, 2008    McDERMOTT WILL & EMERY LLP

By: /s/ Steven P. Handler
  Steven P. Handler, P.C. (IL# 1115847)
  Monica M. Quinn (IL# 6287146)
  227 West Monroe Street
  Chicago, Illinois 60606
  Telephone: (312) 372-2000
  Facsimile: (312) 984-7700

McDERMOTT WILL & EMERY LLP
Gary O. Ravert (GR-3091)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile (212) 547-5444

*Counsel for Temic Automotive of North America, Inc.*