UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :    Case No. 05-44481 (RDD)
                                                   :
        Debtors.                                   :    (Jointly Administered)
                                                   :
------------------------------------------------- x

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

ORDERED, that Monica M. Quinn is admitted to practice, *pro hac vice*, in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date: February ___, 2008

_____
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE