ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re: DELPHI CORPORATION, et. al.,       :   Chapter 11
                                          :
              Debtors.                    :   Case No. 05-44481 (RDD)
                                          :   Jointly Administered
-------------------------------------------------------------x
DELPHI CORPORATION, et. al.,              :
                                          :
              Debtors                     :
                                          :   Adv. Pro. No. _____ [1]
v.                                        :
                                          :
FURUKAWA ELECTRIC COMPANY, LTD.,          :
FURUKAWA ELECTRIC NORTH                   :
AMERICA APD, INC.,                        :
                                          :
-------------------------------------------------------------x
```

### FURUKAWA ELECTRIC COMPANY, LTD. AND
### FURUKAWA ELECTRIC NORTH AMERICA APD, INC.'S
### ANSWER AND AFFIRMATIVE DEFENSES TO DEBTORS' CLAIM
### FOR AFFIRMATIVE RELIEF

---

[1] Pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, once an objection to a proof of claim is joined with a claim for relief, the contested matter becomes an adversary proceeding. Furukawa notes for the record that despite asserting an affirmative claim in the Debtors' Claim for Affirmative Relief against Furukawa, the Debtors have yet to commence an adversary proceeding or serve Furukawa with a summons.

COME NOW Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc. (collectively "Furukawa") and hereby file this Answer and Affirmative Defenses to Debtors' Claim for Affirmative Relief against Furukawa (the "Claim for Affirmative Relief") and respond as follows:

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The relief requested should be denied because this Court lacks jurisdiction over the subject matter of this action.

### SECOND DEFENSE

The relief requested should be denied because venue of this action does not lie in this Court.

### THIRD AFFIRMATIVE DEFENSE

The relief requested should be denied in whole or part based upon the doctrine of recoupment arising out of Delphi Automotive Systems LLC's ("DAS LLC") breach of contract.

### FOURTH AFFIRMATIVE DEFENSE

The relief requested should be denied in whole or part based upon the doctrine of setoff arising out of DAS LLC's breach of contract.

### FIFTH AFFIRMATIVE DEFENSE

The relief requested should be denied in whole or part based upon DAS LLC's prior breach of contract.

### SIXTH AFFIRMATIVE DEFENSE

The relief requested should be denied in whole or part based upon the doctrine of unclean hands.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of failure of consideration.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of laches.

<u>NINTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of estoppel.

<u>TENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of waiver.

<u>ELEVENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon a material departure for the terms of the written contract.

<u>TWELFTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrines of res judicata, collateral estoppel, and issue preclusion or claim preclusion.

<u>THIRTEENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon DAS LLC's failure to mitigate damages.

<u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of accord and satisfaction.

- 3 -

<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of Statute of Frauds.

<u>SIXTEENTH AFFIRMATIVE DEFENSE</u>

The relief requested should be denied in whole or part based upon the doctrine of Statute of Limitations.

<u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

Furukawa is presently without sufficient knowledge and information from which to form a belief as to whether it may have additional, and as yet unstated, available affirmative defenses.  As such, Furukawa reserves the right to assert additional affirmative defenses in the event discovery reveals facts which render such defenses appropriate.

**<u>ANSWER</u>**

Subject to, and notwithstanding, the foregoing defenses, Furukawa hereby responds to the allegations contained in the Claim for Affirmative Relief as follows:

**<u>Introduction</u>**

1.    Furukawa admits that this bankruptcy case was commenced on October 8, 2005.  Except as expressly admitted herein, the remaining allegations in Paragraph 1 call for legal conclusions to which no response is required.  To the extent a response is required, Furukawa denies the allegations in Paragraph 1 of the Claim for Affirmative Relief.

LEGAL02/30673030v1

2.      Furukawa is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.  As such, Furukawa denies the allegations in Paragraph 2 of the Claim for Affirmative Relief.

### Jurisdiction

3.      The allegations in Paragraph 3 of the Claim for Affirmative Relief call for legal conclusions to which no response is required.  To the extent a response is required, Furukawa denies the allegations in Paragraph 3 of the Claim for Affirmative Relief.

4.      The allegations in Paragraph 4 of the Claim for Affirmative Relief call for legal conclusions to which no response is required.  To the extent a response is required, Furukawa denies the allegations in Paragraph 4 of the Claim for Affirmative Relief.

5.      The allegations in Paragraph 5 of the Claim for Affirmative Relief call for legal conclusions to which no response is required.  To the extent a response is required, Furukawa denies the allegations in Paragraph 5 of the Claim for Affirmative Relief.

6.      The allegations in Paragraph 6 of the Claim for Affirmative Relief call for legal conclusions to which no response is required.  To the extent a response is required, Furukawa denies the allegations in Paragraph 6 of the Claim for Affirmative Relief.

### Parties

7.      Furukawa admits that Delphi Automotive Systems LLC appears to be registered under the laws of the State of Delaware.  Furukawa further admits that, upon information and belief, DAS LLC manufactures a variety of products for the automotive industry.  Furukawa is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.  Except as expressly admitted herein, the remaining allegations of Paragraph 7 stand denied.

LEGAL02/30673030v1

8.      Furukawa admits the allegations contained in Paragraph 8 of the Claim for Affirmative Relief.

9.      Furukawa admits the allegations contained in Paragraph 9 of the Claim for Affirmative Relief.

10.     Furukawa admits the allegations contained in Paragraph 10 of the Claim for Affirmative Relief.

## Statement of Facts

### A.      The Parties' Contract

11.     Furukawa admits that Furukawa and DAS LLC entered into an agreement on or about September 7, 2000, whereby Furukawa agreed to sell and DAS LLC agreed to purchase torque and position sensors.  Except as expressly admitted, the remaining allegations of Paragraph 11 stand denied.

12.     Furukawa is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.   As such, Furukawa denies the allegations in Paragraph 12 of the Claim for Affirmative Relief.

13.     Furukawa denies the allegations contained in Paragraph 13 of the Claim for Affirmative Relief.

14.     Furukawa denies the allegations contained in Paragraph 14 of the Claim for Affirmative Relief.

15.     Furukawa denies the allegations contained in Paragraph 15 of the Claim for Affirmative Relief.

16.     Furukawa denies the allegations contained in Paragraph 16 of the Claim for Affirmative Relief.

**B.**    **Furukawa's [Alleged] Breach**

17.    Furukawa denies the allegations contained in Paragraph 17 of the Claim for Affirmative Relief.

18.    Furukawa denies the allegations contained in Paragraph 18 of the Claim for Affirmative Relief.

19.    Furukawa denies the allegations contained in Paragraph 19 of the Claim for Affirmative Relief.

20.    Furukawa denies the allegations contained in Paragraph 20 of the Claim for Affirmative Relief.

21.    Furukawa denies the allegations contained in Paragraph 21 of the Claim for Affirmative Relief.

22.    Furukawa denies the allegations contained in Paragraph 22 of the Claim for Affirmative Relief.

23.    Furukawa denies the allegations contained in Paragraph 23 of the Claim for Affirmative Relief.

24.    Furukawa denies the allegations contained in Paragraph 24 of the Claim for Affirmative Relief.

25.    Furukawa denies the allegations contained in Paragraph 25 of the Claim for Affirmative Relief.

26.    Furukawa denies the allegations contained in Paragraph 26 of the Claim for Affirmative Relief.

LEGAL02/30673030v1

C.    <u>The Parties' Claims</u>

27.    Furukawa admits that DAS LLC filed a complaint against Furukawa in the Circuit Court for the County of Saginaw Michigan on or about October 12, 2004 (the "State Court Action").  Except as expressly admitted herein, the remaining allegations of Paragraph 27 stand denied.

28.    Furukawa admits the allegations contained in Paragraph 28 of the Claim for Affirmative Relief.

29.    Furukawa admits that it filed proof of claim number 12347 against DAS LLC in this Court on or about July 28, 2007.  Furukawa further admits that it did not file a counterclaim in the State Court Action.  Except as expressly admitted herein, the remaining allegations of Paragraph 29 stand denied.

30.    Furukawa admits that the Proof of Claim was filed and speaks for itself.

31.    Furukawa admits that the documents referenced were filed by Delphi and speak for themselves.

32.    Furukawa admits that the document referenced was filed and speaks for itself.

33.    Furukawa admits that the document referenced was filed and speaks for itself.

<u>**FIRST CAUSE OF ACTION**</u>

34.    Furukawa incorporates each response contained in paragraphs 1 through 33 as if fully set out herein.

35.    Furukawa denies the allegations contained in Paragraph 35 of the Claim for Affirmative Relief.

36.     Furukawa denies the allegations contained in Paragraph 36 of the Claim for Affirmative Relief.

37.     Furukawa denies the allegations contained in Paragraph 37 of the Claim for Affirmative Relief.

38.     Furukawa denies the allegations contained in Paragraph 38 of the Claim for Affirmative Relief.

39.     Furukawa denies the allegations contained in Paragraph 39 of the Claim for Affirmative Relief.

40.     The allegations in Paragraph 40 of the Claim for Affirmative Relief call for legal conclusions and demands for relief to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 40 of the Claim for Affirmative Relief.

## SECOND CAUSE OF ACTION

41.     Furukawa incorporates each response contained in paragraphs 1 through 40 as if fully set out herein, as well as all affirmative defenses.

42.     Furukawa denies the allegations contained in Paragraph 42 of the Claim for Affirmative Relief.

43.     Furukawa denies the allegations contained in Paragraph 43 of the Claim for Affirmative Relief.

44.     The allegations in Paragraph 44 of the Claim for Affirmative Relief call for legal conclusions and demands for relief to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 44 of the Claim for Affirmative Relief.

LEGAL02/30673030v1

## THIRD CAUSE OF ACTION

45.    Furukawa incorporates each response contained in paragraphs 1 through 45 as if fully set-out herein, as well as all affirmative defenses.

46.    The allegations in Paragraph 46 of the Claim for Affirmative Relief call for legal conclusions to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 46 of the Claim for Affirmative Relief.

47.    Furukawa denies the allegations contained in Paragraph 47 of the Claim for Affirmative Relief.

48.    Furukawa denies the allegations contained in Paragraph 48 of the Claim for Affirmative Relief.

49.    Furukawa denies the allegations contained in Paragraph 49 of the Claim for Affirmative Relief.

50.    Furukawa denies the allegations contained in Paragraph 50 of the Claim for Affirmative Relief.

51.    The allegations in Paragraph 51 of the Claim for Affirmative Relief call for legal conclusions and demands for relief to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 51 of the Claim for Affirmative Relief.

LEGAL02/30673030v1

## **FOURTH CAUSE OF ACTION**

52.    Furukawa incorporates each response contained in paragraphs 1 through 51 as if fully set out herein, as well as all affirmative defenses.

53.    Furukawa is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.  As such, Furukawa denies the allegations in Paragraph 53 of the Claim for Affirmative Relief.

54.    Furukawa denies the allegations contained in Paragraph 54 of the Claim for Affirmative Relief.

55.    Furukawa denies the allegations contained in Paragraph 55 of the Claim for Affirmative Relief.

56.    Furukawa denies the allegations contained in Paragraph 56 of the Claim for Affirmative Relief.

57.    Furukawa denies the allegations contained in Paragraph 57 of the Claim for Affirmative Relief.

58.    Furukawa denies the allegations contained in Paragraph 58 of the Claim for Affirmative Relief.

59.    Furukawa denies the allegations contained in Paragraph 59 of the Claim for Affirmative Relief.

60.    Furukawa denies the allegations contained in Paragraph 60 of the Claim for Affirmative Relief.

61.    Furukawa denies the allegations contained in Paragraph 61 of the Claim for Affirmative Relief.

62.     Furukawa denies the allegations contained in Paragraph 62 of the Claim for Affirmative Relief.

63.     The allegations in Paragraph 63 of the Claim for Affirmative Relief call for legal conclusions and demands for relief to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 63 of the Claim for Affirmative Relief.

## **FIFTH CAUSE OF ACTION**

64.     Furukawa incorporates each response contained in paragraphs 1 through 63 as if fully set-out herein, as well as all affirmative defenses.

65.     Furukawa denies the allegations contained in Paragraph 65 of the Claim for Affirmative Relief.

66.     Furukawa denies the allegations contained in Paragraph 66 of the Claim for Affirmative Relief.

67.     Furukawa denies the allegations contained in Paragraph 67 of the Claim for Affirmative Relief.

68.     Furukawa denies the allegations contained in Paragraph 68 of the Claim for Affirmative Relief.

69.     Furukawa denies the allegations contained in Paragraph 69 of the Claim for Affirmative Relief.

70.     Furukawa denies the allegations contained in Paragraph 70 of the Claim for Affirmative Relief.

71.     Furukawa denies the allegations contained in Paragraph 71 of the Claim for Affirmative Relief.

72.    The allegations in Paragraph 72 of the Claim for Affirmative Relief call for legal conclusions and demands for relief to which no response is required.  To the extent a response is required; Furukawa denies the allegations in Paragraph 72 of the Claim for Affirmative Relief.

Furukawa denies each and every allegation of the Claim for Affirmative Relief not specifically admitted herein.  Furukawa further denies that DAS LLC is entitled to any of the relief prayed for in the Claim for Affirmative Relief.

**WHEREFORE**, having fully answered and defended the Claim for Affirmative Relief, Furukawa respectfully requests that the Claim for Affirmative Relief be dismissed, that costs of this action be cast upon the Debtor, and that Furukawa be granted such other and further relief as may be just and proper.

Dated: February 6, 2008

**ALSTON & BIRD LLP**

/s/ David A. Wender
Dennis J. Connolly (DC-9932)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
David A. Wender (admitted *pro hac vice*)

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc.*

LEGAL02/30673030v1

ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                                     :    **Chapter 11**
                                                               :
    **DELPHI CORPORATION, *et. al.*,**         :    **Case No. 05-44481 (RDD)**
                                                               :
                      **Debtors.**    :    **Jointly Administered**
---------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF GEORGIA     )
                         )    ss:
COUNTY OF FULTON    )

      DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

      1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.      On the 6th day of February 2008, I caused true and correct copies of

**Furukawa Electric Company, Ltd. and Furukawa Electric North America APD,**

**Inc.'s Answer and Affirmative Defenses to Debtors' Claim for Affirmative Relief** to

be delivered via email on the parties listed on the Service List attached hereto as

Exhibit "A" and by depositing said copies in the United States Mail, with adequate First

Class postage affixed thereon, properly addressed to the parties listed on the Service List

attached hereto as Exhibit "B."

FURTHER AFFIANT SAYETH NOT.


/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 6th day of February 2008.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2008

# EXHIBIT "A"

## SERVICE LIST VIA EMAIL

david.boyle@airgas.com
tajamie@ajamie.com
aswiech@akebono-usa.com
pgurfein@akingump.com
mgreger@allenmatkins.com
craig.freeman@alston.com
bkessinger@akebono-usa.com
steven.keyes@aam.com
gogimalik@andrewskurth.com
mblacker@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
mhamilton@ampn.com
cohen.mitchell@arentfox.com
hirsh.robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
kim.robinson@bfkpn.com
william.barrett@bfkpn.com
alan.mills@btlaw.com
john.gregg@btlaw.com
mark.owens@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
hannah@blbglaw.com
sean@blbglaw.com
wallace@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
jhinshaw@boselaw.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com

mmoody@okmlaw.com
aenglund@orrick.com
fholden@orrick.com
jguy@orrick.com
mcheney@orrick.com
rwyron@orrick.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
sshimshak@paulweiss.com
housnerp@michigan.gov
aaronsona@pepperlaw.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
caseyl@pepperlaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com
jkp@qad.com
andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
knye@quarles.com
sgoldber@quarles.com
elazarou@reedsmith.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
marc.hirschfield@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com

mhall@burr.com
sabelman@cagewilliams.com
jonathan.greenberg@engelhard.com
rusadi@cahill.com
driggio@candklaw.com
rweisberg@carsonfischer.com
cahn@clm.com
japplebaum@clarkhill.com
sdeeby@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
bsimon@cwsny.com
jvitale@cwsny.com
bceccotti@cwsny.com
srosen@cb-shea.com
amalone@colwinlaw.com
elliott@cmplaw.com
jwisler@cblh.com
solax@contrariancapital.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
pretekin@coollaw.com
wachstein@coollaw.com
derrien@coollaw.com
nhp4@cornell.edu
sjohnston@cov.com
swalsh@chglaw.com
dpm@curtinheefner.com
rsz@curtinheefner.com
athau@cm-p.com
dkarp@cm-p.com
sreisman@cm-p.com
krk4@daimlerchrysler.com
wsavino@damonmorey.com
carol_sowa@denso-diam.com
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
janice.grubin@dbr.com
david.aaronson@dbr.com
jhlemkin@duanemorris.com
dmdelphi@duanemorris.com
wmsimkulak@duanemorris.com
mbusenkell@eckertseamans.com
ayala.hassell@eds.com
akatz@entergy.com
dfreedman@ermanteicher.com
gettelman@e-hlaw.com
ggreen@fagelhaber.com
lnewman@fagelhaber.com
charles@filardi-law.com
tdonovan@foley.com
mrichman@foley.com

pbosswick@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
rheilman@schaferandweiner.com
wkohn@schiffhardin.com
egeekie@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
james.bentley@srz.com
michael.cook@srz.com
carol.weiner.levy@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
cfortgang@silverpointcapital.com
bellis-monro@sgrlaw.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
emarcks@ssd.com
pabutler@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
jspecf@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
jminias@stroock.com
khansen@stroock.com
rnsteinwurtzel@swidlaw.com
ferrell@taftlaw.com
miller@taftlaw.com
marvin.clements@state.tn.us
ddraper@terra-law.com

ddragich@finkgold.com
jmurch@foley.com
jsimon@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
mmeyers@gsmdlaw.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
gjarvis@gelaw.com
jeisenhofer@gelaw.com
snirmul@gelaw.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
jpb@greensfelder.com
ckm@greensfelder.com
herb.reiner@guarantygroup.com
jdyas@halperinlaw.net
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
hleinwand@aol.com
timothy.mehok@hellerehrman.com
carren.shulman@hellerehrman.com
prubin@herrick.com
anne.kennelly@hp.com
glen.dumont@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
echarlton@hiscockbarclay.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
elizabeth.flaagan@hro.com
dbaty@honigman.com
tsable@honigman.com
fgorman@honigman.com
rweiss@honigman.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
ben.caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com
rpeterson@jenner.com
gerdekomarek@bellsouth.net

jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
dlowenthal@thelenreid.com
rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
ephillips@thurman-phillips.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
jwilson@tylercooper.com
hzamboni@underbergkessler.com
mkilgore@up.com
djury@steelworkers-usw.org
msmcelwee@varnumlaw.com
rjsidman@vssp.com
tscobb@vssp.com
eakleinhaus@wlrk.com
rgmason@wlrk.com
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
guzzi@whitecase.com
gkurtz@ny.whitecase.com
gpeters@weltman.com
dbaumstein@ny.whitecase.com
featon@miami.whitecase.com
tlauria@whitecase.com
barnold@whdlaw.com
bspears@winstead.com
mfarquhar@winstead.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
oiglesias@wlross.com
lpinto@wcsr.com
pjanovsky@zeklaw.com
skrause@zeklaw.com
jgtougas@mayerbrownrowe.com
rdaversa@mayerbrown.com
jsalmas@mccarthy.ca
mkhambati@mwe.com
pclark@mwe.com
dadler@mccarter.com
eglas@mccarter.com
lsalzman@mccarthy.ca
jmsullivan@mwe.com
dcleary@mwe.com
jdejonker@mwe.com
sselbst@mwe.com
amccollough@mcguirewoods.com

sjfriedman@jonesday.com
john.sieger@kattenlaw.com
kcookson@keglerbrown.com
claufenberg@kellerrohrback.com
lsarko@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
sdabney@kslaw.com
bdimos@kslaw.com
jstempel@kirkland.com
efox@klng.com
dbrown@klettrooney.com
schnabel@klettrooney.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
erika.ruiz@lw.com
henry.baer@lw.com
robert.rosenberg@lw.com
john.weiss@lw.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
gschwed@loeb.com
whawkins@loeb.com
tmcfadden@lordbissell.com
tbrink@lordbissell.com
kwalsh@lordbissell.com
rcovino@lordbissell.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com
rparks@mijb.com
jlanden@madisoncap.com
vmastromar@aol.com
donald.bernstein@dpw.com
brian.resnick@dpw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
mike.nefkens@eds.com

sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
hkolko@msek.com
lpeterson@msek.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net
miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
khopkins@milesstockbridge.com
trenda@milesstockbridge.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
skhoos@mintz.com
jeff.ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
mdallago@morrisoncohen.com
jmoldovan@morrisoncohen.com
drukavina@munsch.com
rurbanik@munsch.com
jwielebinski@munsch.com
sandy@nlsg.com
knathan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
michaelz@orbotech.com
gsantella@masudafunai.com
lmc@ml-legal.com
ggotto@kellerrohrback.com
adalberto@canadas.com
jtaylor@binghammchale.com
malerding@binghammchale.com
wmosby@binghammchale.com
jeannine.damico@cwt.com
jrobertson@calfee.com
ddeutsch@chadbourne.com
rmeth@daypitney.com
rbeacher@daypitney.com
cchiu@daypitney.com
iguerrier@dreierllp.com

- 4 -

cschiff@flextronics.com
paul.anderson@flextronics.com
trey.chambers@freescale.com
rodbuje@ffhsi.com
sliviri@ffhsj.com
randall.eisenberg@fticonsulting.com
valerie.venable@ge.com
lhassel@groom.com
mariaivalerio@irs.gov
bderrough@jefferies.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com
gnovod@kramerlevin.com
tmayer@kramerlevin.com
sbetance@kccllc.com
daniel.fisher@lawdeb.com
patrick.healy@lawdeb.com
 conh@mctiguelaw.com
bmctigue@mctiguelaw.com
lszlezinger@mesirowfinancial.com
gbray@milbank.com
tkreller@milbank.com
jtill@milbank.com
newyork@sec.gov
william.dombos@oag.state.ny.us
rsiegel@omm.com
tjerman@omm.com
garrick.sandra@pbgc.gov
efile@pbgc.gov
landy.ralph@pbgc.gov
sriemer@phillipsnizer.com
david.resnick@us.rothschild.com
dbartner@shearman.com
jfrizzley@shearman.com
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
jbutler@skadden.com
jlyonsch@skadden.com

diconzam@gtlaw.co
heyens@gtlaw.com
jdvas@halperinlaw.net
rjclark@hancocklaw.com
judith.elkin@haynesboone.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
sdrucker@honigman.com
lgretchko@howardandhoward.com
lmcbryan@hwmklaw.com
heather@inplaytechnologies.com
amiller@internet.com
jrs@parmenterlaw.com
rsmolev@kayescholer.com
jeffery.gillispie@infineon.com
jay.selanders@kutakrock.com
mkohayer@aol.com
axs@maddinhauser.com
jdonahue@miheritage.com
tracy.richardson@dol.lps.state.nj.us
mseidl@pszyjw.com
wweintraub@pszyjw.com
kmayhew@pepehazard.com
enrique.bujidos@es.pwc.com
rmeisler@skadden.com
kmarafio@skadden.com
tmatz@skadden.com
ddoyle@spencerfane.com
nfranke@spencerfane.com
harvey.miller@weil.com
jeff.tanenbaum@weil.com
martin.bienenstock@weil.com
michael.kessler@weil.com
scimalore@wilmingtontrust.com

# EXHIBIT "B"

## SERVICE LIST VIA UNITED STATES MAIL

| | |
|---|---|
| Timothy C. Hall<br>1555 N. RiverCenter Dr.<br>Suite 202<br>Milwaukee, WI 53212 | Beth Klimczak, Esq.<br>Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202 |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 Flagler Street<br>Suite 1403<br>Miami, FL  33130 | John V. Gorman<br>Professional Technologies Services<br>P. O. Box 304<br>Frankenmuth, MI  48734 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI  48226-3583 | Tyco Electronics Corporation<br>Attn: MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  007960 |
| Gregory J. Jordan, Esq.<br>Dykema Gossett PLLC<br>10 Wacker, Suite 2300<br>Chicago, IL  60606 | Stephen Toy<br>WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY  10022 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | IUE-CWA<br>Conference Board Chairman<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 |