TOGUT, SEGAL & SEGAL LLP

**Hearing Date: 2/20/2008**
**at 10:00 AM**

Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                         :

In re                     :         Chapter 11
                          :

    DELPHI CORPORATION, et al.,     :         Case No. 05-44481 [RDD]
                          :

             Debtors.    :         (Jointly Administered)
                          :
------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND**
**AGREED ORDER REDUCING PROOF OF CLAIM NUMBER 2247**
**(SIEMENS VDO AUTOMOTIVE SAS)**

        PLEASE TAKE NOTICE that on December 8, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 2247 (the "Proof of Claim" or "Claim") filed by Siemens VDO Automotive SAS n/k/a Continental Automotive France SAS (the "Claimant") pursuant to the Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100) (the "Objection").

        PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to

the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Between Delphi Corporation and Siemens VDO Automotive SAS n/k/a Continental Automotive France SAS Reducing Proof of Claim Number 2247 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to reduce and allow Proof Of Claim Number 2247 as a general unsecured non-priority claim against DAS LLC in the amount of $1,000,000.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for February 20, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
February 7, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

2