SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
    In re                                 :        Chapter 11
                                               :
DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                                               :
                    Debtors.    :        (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S ASSERTED MAXIMUM CAPPED AMOUNT FOR PROOF OF CLAIM NUMBER 6878

        PLEASE TAKE NOTICE that on September 7, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), sought to estimate and set a maximum capped amount (the "Maximum Capped Amount") on proof of claim number 6878 (the "Proof of Claim") filed by Universal Tool & Engineering Company, Inc. ("Universal Tool") pursuant to the Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that on September 19, 2007, Universal Tool filed its Counterproposal (as defined in the Motion), wherein Universal Tool (a) acknowledged that the Proof of Claim asserts claims that are fully or partially unliquidated and (b) stated that the Universal Tool believes that the maximum allowable amount of the Proof of Claim upon liquidation of the Contested Unliquidated Claim is $348,481.97 (the "Claimant's Asserted Maximum Capped Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (Docket No. 9685), entered September 28, 2007 (the "Order"), the Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Maximum Capped Amount as the estimated amount of the Proof of Claim for voting purposes and setting appropriate reserves under the plan of reorganization pursuant to sections 105 and 502(c) of the Bankruptcy Code as set forth in the Motion. A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the Order is hereby cancelled.

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the Claimant's Asserted Maximum Capped Amount is without prejudice to the Debtors' right to object to, or seek to estimate, any and all Contested Unliquidated Claims at lesser amounts for purposes of allowance and distribution, on any grounds whatsoever.

Dated: New York, New York
      February 7, 2008

    SKADDEN, ARPS, SLATE, MEAGHER &
      FLOM LLP

    By: /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606
    (312) 407-0700

    By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
      Debtors and Debtors-in-Possession