W. Robinson Beard (Ky. Bar No. 03960)
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendant
AMBRAKE CORPORATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**OBJECTION TO NOTICE OF CURE AMOUNT
WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED
AND ASSIGNED UNDER PLAN OF REORGANIZATION**

Ambrake Corporation ("Ambrake"), by counsel, hereby submits this Objection (the "Objection") to the Debtor's Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization dated January 29, 2008, (Docket No. 12375) (the "Cure Notice"). In support of this Objection, Ambrake respectfully states as follows:

1. On January 29, 2008, the Debtors filed the Cure Notice, a copy of which is attached hereto as <u>Exhibit A</u>. In the Cure Notice the Debtors indicate that they wish to assume or assume and assign certain executory contracts (hereinafter referred to as the "Purchase Orders") between Ambrake and the Debtors. The Purchase Orders were identified on Exhibit 1 to the

Cure Notice along with the amounts which were alleged by the Debtors to be owing for prepetition arrearages (the "Cure Amounts") with respect to each of the Purchase Orders.

2. Ambrake hereby objects to the Cure Amounts as alleged by the Debtors on Exhibit 1 to the Cure Notice.

3. The Correct Cure Amounts with respect to the Purchase Orders, as documented in Ambrake's records, relevant portions of which are attached hereto as Exhibit B, are as follows:

| Purchase Order | Debtors' Proposed Cure Amount | Correct Cure Amount |
|---|---|---|
| D0550035641 | $38,043.36 | $140,083.20 |
| D0550053874 | $35,542.51 | $120,394.56 |
| D0550070426 | $9,804.47 | $21,661.20 |
| D0550070427 | $29,682.28 | $65,577.60 |
| D0550003833 | $0.00 | $0.00 |
| D0550061919 | $0.00 | $0.00 |

WHEREFORE, for the reasons set forth above, Ambrake respectfully requests that this Objection be sustained and that the Debtors be prohibited from assuming or assuming and assigning the Purchase Orders unless and until the Debtors cure the Debtors' defaults on the Purchase Orders by payment of the Correct Cure Amounts set forth above.

Dated: February 7, 2008

Respectfully submitted,

/s/ W. Robinson Beard
W. Robinson Beard (Ky. Bar No. 03960)
*Admitted Pro Hac Vice*
Stites & Harbison, PLLC
400 West Market Street
Louisville, Kentucky 40202
(502) 587-3400
Counsel for Akebono Corporation (North America)

## CERTIFICATE OF SERVICE

    I, W. Robinson Beard, certify that the foregoing Response was served via electronic mail or by overnight delivery to the parties listed on the following service list this the 7th day of February, 2008.

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attention: General Counsel | Skadden, Arps, Slate, Meagher and<br>Flom LLP<br>333 W. Wacker Dr. Ste. 2100<br>Chicago, ILL 60606<br>Attention: John K. Lyons<br>            Ron E. Meisler |
| Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attention: Donald Bernstein<br>           Brian Resnick | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Robert Rosenberg<br>           Mark A. Broude |
| Fried, Frank, Harris, Shriver &<br>Jaconbson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attention: Bonnie Steingart | White & Case LLP<br>Wachovia Financial Center<br>200 Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Attention: Thomas E. Lauria |
| White & Case<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Attention: Glenn M. Kurtz<br>           Gregory Pryor<br>           John M. Reiss | Office of the United States Trustee<br>For the Southern District of<br>New York<br>33 Whitehall Street Ste. 2100<br>New York, New York 10004<br>Attention: Alicia M. Leonhard |
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for<br>the Southern District of New York<br>One Bowling Green, Room 632<br>New York, New York 10004 | |

                                              /s/ W. Robinson Beard
                                              W. Robinson Beard