**EXHIBIT A**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                :
    In re                                       :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                              Debtors.          :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

            PLEASE TAKE NOTICE THAT on December 10, 2007, the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an

order (the "Solicitation Procedures Order") (Docket No. 11389) approving the disclosure

statement (the "Disclosures Statement") with respect to the First Amended Joint Plan of

1

Reorganization of Delphi Corporation and Certain Affiliates Debtors and Debtors-In-Possession
(the "Plan), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the
"Debtors").

        In accordance with the Solicitation Procedures Order and the Plan, the Debtors
hereby provide notice of their intent to cure ("Cure") and assume or assume and assign the
contracts(s) listed on Exhibit 1 attached hereto as provided in the Plan and the Disclosure
Statement. The Debtors' record reflect the amounts owing for prepetition arrearages as set forth
on Exhibit 1 (the "Cure Amount").

        Objections, if any, to the proposed Cure Amount must (a) be in writing, (b) state
with specificity the cure asserted to be required, (c) include appropriate documentation thereof,
(d) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the
Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105
and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates,
(II) Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006
(Docket No. 2883) and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and
105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates
and Certain Notice, Case Management, and Administrative Procedures, entered October 26,
2006 (Docket No. 5418), (e) be filed with the Bankruptcy Court in accordance with General
Order M-242 (as amended) registered users of the Bankruptcy Court's case filing system must
file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in
Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing
format), (f) be submitted in hard-copy form directly to the chambers of the Honorable Robert D.
Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District
of New York, One Bowling Green, Room 610, New York, New York 10004, and (g) be served

2

in hard-copy form <u>so that they are actually received</u> within ten days of service of this Notice by
(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii)
counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Ron E. Meisler), (iii) counsel for
the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,
New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the
official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New
York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the
official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One
New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D
Acquisition Holdings, LLC c/o Appalloosa Management L/P, White & Case LLP, Wachovia
Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida, 33131(Att'n:
Thomas E. Lauria), and White & Case, 1155 Avenue of the Americas, New York, New York
10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto
Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne
Boulevard, Suite 4900, Miami, Florida, 33131(Att'n: Thomas E. Lauria) and White & Case, 1155
Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor),
and (viii) the Office of the United States Trustee for the Southern District of New York, 33
Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

If there is a dispute regarding (i) the nature or amount of any Cure, (ii) the ability
of the Reorganized Debtor or any assignee to provide "adequate assurance of future
performance" (within the meaning of section 365 of the Bankruptcy Code) under the contract or
lease to be assumed, or (iii) any other matter pertaining to assumption, or assumption and
assignment, of the contract(s) or lease(s), the Bankruptcy Court will conduct a hearing before the

3

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green Room, 610, New York, New York

10004, at such date and time as the Court may schedule, and Cure will occur following the entry

of a final order of the Bankruptcy Court resolving the dispute and approving the assumption or

assumption and assignment, as the case may be; provided, however, that if there is a dispute as to

the amount of Cure that cannot be resolved consensually among the parties, the Debtors shall

have the right to reject the contract or lease for a period of five days after entry of a final order

establishing a Cure Amount in excess of that provided by the Debtors.

Dated:  New York, New York
　　　　January 29, 2008

<div style="margin-left:35%">

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:　 /s/ John Wm. Butler, Jr.
　　　John Wm. Butler, Jr. (JB 4711)
　　　John K. Lyons (JL 4951)
　　　Ron E. Meisler (RM 3026)
　　　333 West Wacker Drive, Suite 2100
　　　Chicago, Illinois 60606
　　　(312) 407-0700

　　　　　　　　- and -

By:　 /s/ Kayalyn A. Marafioti
　　　Kayalyn A. Marafioti (KM 9632)
　　　Thomas J. Matz (TM 5986)
　　　Four Times Square
　　　New York, New York 10036
　　　(212) 735-3000

Attorneys for Delphi Corporation, et al.,
　　　Debtors and Debtors-in-Possession

</div>

4

**EXHIBIT 1**

**AMBRAKE CORP
300 RING RD
ELIZABETHTOWN KY 42701**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550035641 | $38,043.36 |
| D0550053874 | $35,542.51 |
| D0550070426 | $9,804.47 |
| D0550070427 | $29,682.28 |
| D0550003833 | $0.00 |
| D0550061919 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |