# EXHIBIT A

CLE - 1052156.1

CLE 1052167.1

**Exhibit A**
**Purchase Order No. 55014422**

Delphi - Sandusky
Customer No. DEL 200

| Invoice | Invoice Date | Original Amount | # of Pcs | Price | Part # | Packing Slip | Owing | |
|---|---|---|---|---|---|---|---|---|
| 389322 | 08/15/07 | $44.23 | 30 | 1.4743 | 6607053 | 11661 11661 | $ 44.23 | |
| 389323 | 08/15/07 | $44.23 | 30 | 1.4743 | 6607053 | 11662 11662 | $ 44.23 | |
| 390333 | 09/11/07 | $10,614.96 | 7200 | 1.4743 | 6607053 | 12633 12633 | $ 10,320.10 | |
| 390384 | 09/12/07 | $5,307.48 | 3600 | 1.4743 | 6607053 | 12684 12684 | $ 1,808.96 | |
| 391378 | 10/08/07 | $10,614.96 | 7200 | 1.4743 | 6607053 | 13623 13623 | $ 1,878.26 | |
| 394098 | 12/21/07 | $5,307.48 | 3600 | 1.4743 | 6607053 | 16208 16208 | $ 5,307.48 | |
| | | | | | | Past Due: | $ 19,403.26 | |
| 394165 | 01/02/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16270 16270 | $ 5,960.52 | |
| 394208 | 01/03/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16313 16313 | $ 5,960.52 | |
| 394289 | 01/07/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16430 16430 | $ 5,960.52 | |
| 394369 | 01/08/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16464 16464 | $ 5,960.52 | |
| 394489 | 01/10/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16585 16585 | $ 5,960.52 | |
| 394555 | 01/11/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16639 16639 | $ 5,960.52 | |
| 394588 | 01/14/08 | $11,921.04 | 7200 | 1.6557 | 6607053 | 16687 16687 | $ 11,921.04 | |
| 394634 | 01/15/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16723 16723 | $ 5,960.52 | |
| 394689 | 01/16/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16779 16779 | $ 5,960.52 | |
| 394721 | 01/17/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 16811 16811 | $ 5,960.52 | |
| 394908 | 01/22/08 | $5,960.52 | 0 | 1.6557 | 6607053 | 16966 | $ 5,960.52 | |
| 394935 | 01/23/08 | $11,921.04 | 7200 | 1.6557 | 6607053 | 17013 17013 | $ 11,921.04 | |
| 394976 | 01/24/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17049 17049 | $ 5,960.52 | |
| 395025 | 01/25/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17106 17106 | $ 5,960.52 | |
| 395120 | 01/29/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17198 17198 | $ 5,960.52 | |
| 395243 | 01/31/08 | $11,921.04 | 3600 | 1.6557 | 6607053 | 17285 17285 | $ 11,921.04 | |
| 395286 | 02/01/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17330 17330 | $ 5,960.52 | |
| 395338 | 02/04/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17375 17375 | $ 5,960.52 | |
| 395390 | 02/05/08 | $5,960.52 | 3600 | 1.6557 | 6607053 | 17425 17425 | $ 5,960.52 | |
| | | | | | | Current Due: | $ 131,131.44 | |
| | | | | | | Total: | $ 150,534.70 | |

# EXHIBIT B

CLE - 1052156.1

**Exhibit B**
**Purchase Order 550162859**

Delphi - Sandusky
Customer No. DEL 200

| Invoice | Invoice Date | Original Amount | # of Pcs | Price | Part # | Packing Slip | Owing | |
|---|---|---|---|---|---|---|---|---|
| 394291 | 01/07/08 | $1,937.52 | 5400 | 0.1196 | 12424357 | 16449 16449 | $ 1,937.52 | |
| 394372 | 01/08/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16485 16485 | $ 645.84 | |
| 394558 | 01/11/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16651 16651 | $ 645.84 | |
| 394590 | 01/14/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16715 16715 | $ 645.84 | |
| 394636 | 01/15/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16766 16766 | $ 645.84 | |
| 394691 | 01/16/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16810 16810 | $ 645.84 | |
| 394724 | 01/17/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16836 16836 | $ 645.84 | |
| 394780 | 01/18/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16886 16886 | $ 645.84 | |
| 394885 | 01/22/08 | $645.84 | 5400 | 0.1196 | 12424357 | 16994 16994 | $ 645.84 | |
| 394937 | 01/23/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17048 17048 | $ 645.84 | |
| 395027 | 01/25/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17125 17125 | $ 645.84 | |
| 395075 | 01/28/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17174 17174 | $ 645.84 | |
| 395122 | 01/29/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17231 17231 | $ 645.84 | |
| 395185 | 01/30/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17266 17266 | $ 645.84 | |
| 395245 | 01/31/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17303 17303 | $ 645.84 | |
| 395289 | 02/01/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17343 17343 | $ 645.84 | |
| 395340 | 02/04/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17389 17389 | $ 645.84 | |
| 395391 | 02/05/08 | $645.84 | 5400 | 0.1196 | 12424357 | 17459 17459 | $ 645.84 | |
| | | | | | | **Current Due:** | **$ 12,916.80** | |

# EXHIBIT C

Delphi - Sandusky
Customer No. DEL 200

Exhibit C
Inventory Estimates
Purchase Orders Nos. 550154419, -54422, and -62859

| Part # | Description | 2008 Forecasted Customer Qty | FG Pieces | WIP Pieces | Raw Lbs. @ S & Z | Raw Committed to Date |
|---|---|---|---|---|---|---|
| 12424357 | SENSOR RING | 855,006 | 32,400 | 0 | 2,420 | April 2008 |
| 6607011 | CAGE ROLLER CLUTCH ASSY | 0 | 0 | 982 | 9,085 | None |
| 6607024 | CAGE ROLLER CLUTCH ASSY | 1,255 | 2,002 | 350 | 17,495 | May 2008 |
| 6607053 | CAGE ROLLER CLUTCH ASSY | 1,130,927 | 0 | 3,600 | | |
| 6607004 | CAGE ROLLER CLUTCH ASSY (Into #6607053) | | | 5,984 | | |
| 6607005 | CAGE ROLLER CLUTCH ASSY (Into #6607053) | | | 43,200 | | |
| 3211047 | CROSS BAR (Into #6607053) | 18,094,832 | | 1,000,000 | 15,310 | June 2008 |