BURR & FORMAN, LLP
420 20th Street North
Suite 3400
Birmingham, Alabama
D. Christopher Carson
Marc P. Solomon

Attorneys for Citation Corporation and Texas Foundries, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------

### OBJECTION OF CITATION CORPORATION AND TEXAS FOUNDRIES, LTD. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF <u>REORGANIZATION</u>

Citation Corporation, Texas Foundries, Ltd., and Citation Foundry Corp. (f/k/a Bohn Aluminum (collectively, "Citation"), creditors and parties-in-interest, file this Objection (the "Citation Objection") to Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned in Connection under Plan of Reorganization [Docket 12375](the "Cure Notice") and would show the Court the following:

1.    The Citation Objection complies with requirements contained in Paragraph 3 of the Cure Notice and pursuant to the Debtors' agreed extension of time for filing. Citation hereby requests a hearing on the Citation Objection.

2.    Citation objects to the cure amount with respect to the specific purchase orders and for the specific reasons set forth in the table below.

| Contract | Cure Required |
|---|---|
| Delphi Purchase Order D0550054761 | Objection to proposed cure amount of $0; correct amount is $11,988.44. Copies of the specific invoices that support the correct cure amount are attached hereto as Exhibit "A" and incorporated herein for the purpose set forth in Paragraph 3(c) of the Cure Notice. |
| Delphi Purchase Order D0550023945 | Objection to proposed cure amount of $577,482.49; correct amount is $583,692.94. Copies of the specific invoices that support the correct cure amount are attached hereto as Exhibit "B" and incorporated herein for the purpose set forth in Paragraph 3(c) of the Cure Notice. |

3.    The claims that make up the cure amount for these two purchase orders were objected to via the Debtors' Twenty-First Omnibus Objection to Claims [Docket # 9535]. Citation filed a response to that objection [ Docket # 10610]. The Debtors filed a Statement of Disputed Issues with Respect to These Claims [Docket # 11224]. Subsequently, Citation filed a Supplemental Response to the objection [Docket # 11627]. A hearing on the objection is currently set for February 20, 2008 [ Docket # 11838].

PREMISES CONSIDERED, Citation Corporation, Texas Foundries, Ltd. and Citation Foundry Corp. prays that the Citation Objection be sustained, that it be granted the relief sought herein and such other and further relief to which it may be justly entitled.

Dated: February 7, 2008

/s/ Marc P. Solomon
D. Christopher Carson
Marc P. Solomon

BURR & FORMAN, LLP
420 20th Street North
Suite 3400
Birmingham, Alabama  35203

Attorneys for Citation Corporation,
Texas Foundries, Ltd. and Citation
Foundry Corp.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing and to the parties listed below by Federal Express, priority overnight, on this the 7th day of February, 2008:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John K. Lyons and Ron E. Meisler

David Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg and Mark A.
Broude

Fried, Frank, Harris, Shriver & Jacobson
LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn: Thomas E. Lauria

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: John M. Reiss, Glenn M. Kurtz and
Gregory Pryor

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard

/s/ Marc P. Solomon
OF COUNSEL

# **EXHIBIT A**

DELPHI CXI 100805 Reclamation  PO 55005476l.xls

**Customer # 1362**

DELPHI E & C CSTS
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE         OH  45439

| Customer # | Customer Purchase Order | Invoice Number | Invoice Date | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 121 |
|---|---|---|---|---|---|---|---|---|
| 55005476l | | 901339 | 3/4/2005 | | | | | 52.12 |
| 55005476l | | 901341 | 3/4/2005 | | | | | 52.12 |
| 55005476l | | 901343 | 3/4/2005 | | | | | 54.79 |
| 55005476l | | 901345 | 3/4/2005 | | | | | 54.79 |
| 55005476l | | 904742 | 6/30/2005 | | | | 2,587.20 | |
| 55005476l | | 904743 | 6/30/2005 | | | | 2,587.20 | |
| 55005476l | | 904744 | 6/30/2005 | | | | 1,120.18 | |
| 55005476l | | 904745 | 6/30/2005 | | | | 1,120.18 | |
| 55005476l | | C 904919 | 7/3/2005 | | | | 1,120.18 | |
| 55005476l | | C 904921 | 7/3/2005 | | | | -157.93 | |
| 55005476l | | C 904923 | 7/3/2005 | | | | -157.93 | |
| 55005476l | | C 904925 | 7/3/2005 | | | | -184.81 | |
| 55005476l | | C 904927 | 7/3/2005 | | | | -184.81 | |
| 55005476l | | C 904929 | 7/3/2005 | | | | -90.40 | |
| 55005476l | | 905830 | 8/15/2005 | | | | -90.40 | |
| 55005476l | | 905831 | 8/15/2005 | | | 2,613.07 | | |
| | | | | | | 2,613.07 | | |
| Customer Total: | | | | 0.00 | 5,226.14 | 0.00 | 6,548.48 | 213.82 |

**11,988.44**

1

# INVOICE

# CITATION
*Innovative Metal Components*

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

REMIT TO: DEPT. 77461
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

901339

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
MINDIS INTERNATIONAL INC
1400 SULSER
LUFKIN TX 75904
USA

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901339 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931493 | 1 | <S> KNUCKLE<br>18049573<br>Product#: 18079353=PNT<br>Material: D12S DUCTILE CUST BHN<br>SUrcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1584 lbs shipped @ 90/10 split | 1 | 11 | E | 52.120 | 52.12 |

**TOTAL ▶**    52.12

QD 764-012

3/8/2005

| | |
|---|---|
| Base Metal Price | $ 350.00 GT |
| Current Avg Price | $ 431.90 GT |
| Difference | $ 81.90 GT |
| Surcharge Increase | $ 0.0366 Per Lb |
| Surcharge Increase @ 90% | 0.0329 |

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History An alysis Based on Date Range
Based on Record Feb 7 thru Mar 6, 2005
Type
2005

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 900927 | 18079353=PNT | 18049573 | 550054761 | 9931493 | 11362 | 900927 | 144 | 1584 |
| | | | | | | | | 144 | 1584 |

TOTAL COUNT    1

Lbs    1,584
Price Chg    $0.0329
February Surcharge    52.12

11:15 AM

5

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

**901341**

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362     Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901341 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9931494    1 | <S> KNUCKLE<br>18049574<br>Product#: 18079354=PNT<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1584 lbs shipped @ 90/10 split | 1 | 11 | E | 52.120 | 52.12 |

**TOTAL ▶**    52.12

QD 764-012

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.90 | GT |
| Surcharge Increase | $ | 0.0366 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

3/8/2005

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History An alysis Based on Date Range
Based on Record Type
Feb 7 thru Mar 6, 2005

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 900929 | 18079354=PNT | 18049574 | 550054761 | 9931494 | 11362 | 900929 | 144 | 1584 |
| | | | | | | | TOTAL COUNT | 144 | 1584 |

1

Lbs 1,584
Price Chg $0.0329
February Surcharge 52.12

7

11:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 901343 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
MINDIS INTERNATIONAL INC
1400 SULSER
LUFKIN TX 75904
USA

Bill To: 11362    Ship To: 11362/8

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901343 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 9931495    1 | <S> KNUCKLE<br>18049575<br>Product#: 18079357=PNT<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1665 lbs shipped @ 90/10 split | 1 | 12 | E | 54.790 | 54.79 |

**TOTAL ▶**    54.79

QD 764-012

3/8/2005

| | | | Base Metal Price | $ | 350.00 | GT |
| | | | Current Avg Price | $ | 431.90 | GT |
| | | | Difference | $ | 81.90 | GT |
| | | | Surcharge Increase | $ | 0.0366 | Per Lb |
| | | | Surcharge Increase @ 90% | | 0.0329 | |

**Citation Lufkin**
Selects Records
DELPHI - Sales

**Sales History Analysis Based on Date Range**
Based on Record Type
Feb 7 thru Mar 6, 2005

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 900931 | 18079357=PNT | 18049575 | 550054761 | 9931495 | 11362 | 900931 | 144 | 1665 |
| | | | | | | | Shipped | 144 | Ship Weight 1665 |

TOTAL COUNT    1

Lbs    1,665
Price Chg    $0.0329
**February Surcharge**    54.79

9

# CITATION
*Innovative Metal Components*

Doc 12544    **INVOICE**

REMIT TO: DEPT 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 901345 |

¹611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |
|---|---|---|---|

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901345 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931496 | 1 | <S> KNUCKLE<br>18049576<br>Product#: 18079358=PNT<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1665 lbs shipped @ 90/10 split | 1 | 12 | E | 54.790 | 54.79 |

**TOTAL ▶**    54.79

QD 764-012

3/8/2005

| | |
|---|---|
| Base Metal Price | $ 350.00 GT |
| Current Avg Price | $ 431.90 GT |
| Difference | $ 81.90 GT |
| Surcharge Increase | $ 0.0366 Per Lb |
| Surcharge Increase @ 90% | 0.0329 |

Citation Lufkin    Sales History Analysis Based
Selects Records    Based on Record Type
DELPHI - Sales     Feb 7 thru Mar 6, 2005

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 900933 | 18079358=PNT | 18049576 | 550054761 | 9931496 | 11362 | 900933 | 144 | 1665 |
| TOTAL COUNT | | | | | 1 | | | 144 | 1665 |

Lbs               1,665
Price Chg       $0.0329
February Surcharge   54.79

11

11:15 AM

# CITATION
**Innovative Metal Components**

Innovative Metal Components   Corporation
REMIT TO: DEPT. 7451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**904742**

INVOICE

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

ll To: 11362   Ship To: 11362/8   Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 50054761 | COLLECT | 6/30/05 | 6/30/05 | | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 031493 | 1 | <S> KNUCKLE<br>18049573<br>Product#: 18079353=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 6/30/05 shipped<br>by Gorno- invoice tf3804 | 336 | 3669 | E | 7.700 | 2587.20 |

**TOTAL ▶**   2587.20

0-764-012

# CITATION

## INVOICE

*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

904743

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDIC

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550054761 | Gorno | COLLECT  6/30/05 | 6/30/05 | 3885 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931494 | 1 | <S> KNUCKLE<br>18049574<br>Product#: 18079354=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 6/30/05 shipped<br>by Gorno- invoice tf3805 | 336 | 3669 | E | 7.700 | 2587.20 |

**TOTAL ▶**   2587.20

ID 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

904744

TERMS
NET 30 DAYS UNLESS OTHERWISE INDIC/

D-U-N-S 00-806-6946

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**S O L D T O**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**S H I P T O**
MINDIS INTERNATIONAL INC
1400 SULSER
LUFKIN TX 75904
USA

Bill To: 11362      Ship To: 11362/8          Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 55054761 | | | | | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931497 | 1 | <S> KNUCKLE<br>18049581<br>Product#: 18079361=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 6/30/05 shipped<br>by Gorno- invoice tf3806 | 144 | 1620 | E | 7.779 | 1120.18 |

**TOTAL ▶**          1120.18

ID 764-012

# CITATION
*Innovative Metal Components*

## Citation Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**
*Innovative Metal Components* Corporation.

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**904745**

TERMS
NET 30 DAYS UNLESS OTHERWISE INDIC.

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms: NET 30 DAYS
Supplier: 009066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 55054761 | Gorno COLLECT | 6/30/05 | 6/30/05 | 3807 | 00 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931498 | 1 | &lt;S&gt; KNUCKLE<br>18049582<br>Product#: 18079362=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 6/30/05 shipped<br>by Gorno- invoice tf3807 | 144 | 1620 | E | 7.779 | 1120.18 |

TOTAL ▶  1120.18

ID 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904919

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362      Ship To: 11362/8          Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904919 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931493 | 1 | \<S> KNUCKLE<br>18049573<br>Product#: 18079353=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 4717 lbs<br>shipped | 1- | 1- | E | 157.930 | 157.93- |

**TOTAL ▶**                    157.93-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | Base Metal Price | | | | $ | 350.00 | GT |
| | | | Current Avg Price | | | | $ | 266.67 | GT |
| | | | Difference | | | | $ | (83.33) | GT |
| | | | Surcharge Increase | | | | $ | (0.0372) | Per Lb |
| | | | Surcharge Increase @ 90% | | | | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903953 | 18079353=PNT | | 18049573 | 9931493 | 11362 | 903953 | 96 | 1048 |
| 5/6/30 | 904742 | | | 550054761 | 9931493 | 11362 | 904742 | 336 | 3669 |
| TOTAL COUNT | | | | | | | | 432 | 4717 |
| 2 | | | | | | | | | |

Lbs            4,717
Price Chg      -$0.0335
**June Surcharge   -157.93**

Delphi Surcharge 6 '05.xls

1/26/2006 11:15 AM

# CITATION
Innovative Metal Components

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

# INVOICE

| INVOICE NO. |
|---|
| 904921 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D   T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P   T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/8          Terms:   NET 30 DAYS
                                              Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904921 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931494 | 1 | <S> KNUCKLE<br>18049574<br>Product#: 18079354=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 4717 lbs<br>shipped | 1- | 1- | E | 157.930 | 157.93- |

TOTAL ▶        157.93-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | Base Metal Price | | $ | 350.00 | GT |
| | | | | Current Avg Price | | $ | 266.67 | GT |
| | | | | Difference | | $ | (83.33) | GT |
| | | | | Surcharge Increase | | $ | (0.0372) | Per Lb |
| | | | | Surcharge Increase @ 90% | | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903954 | 18079354=PNT | 18049574 | | 9931494 | 11362 | 903954 | 96 | 1048 |
| 5/6/30 | 904743 | | 18049574 | 550054761 | 9931494 | 11362 | 904743 | 336 | 3669 |
| | | | TOTAL COUNT | | 2 | | | 432 | 4717 |

| | | |
|---|---|---|
| Lbs | | 4,717 |
| Price Chg | | -$0.0335 |
| June Surcharge | | -157.93 |

Delphi Surcharge 6 '05.xls

5

1/26/2006 11:15 AM

# CITATION
*Innovative Metal Components*

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE**

| INVOICE NO. |
|---|
| 904923 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| | |
|---|---|
| **S O L D T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| **S H I P T O** | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904923 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931495 | 1 | <S> KNUCKLE<br>18049575<br>Product#: 18079357=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 5520 lbs<br>shipped | 1- | 1- | E | 184.810 | 184.81- |

TOTAL ▶

184.81-

QD 764-012

7/6/05

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 266.67 GT |
| Difference | $ | (83.33) GT |
| Surcharge Increase | $ | (0.0372) Per Lb |
| Surcharge Increase @ 90% | | (0.0335) |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903973 | 18079357=PNT | | 18049575 | 9931495 | 11362 | 903973 | 144 | 1656 |
| 5/6/23 | 904489 | | | 18049575 550054761 | 9931495 | 11362 | 904489 | 336 | 3864 |
| | | | | | | | | 480 | 5520 |

TOTAL COUNT   2

| | |
|---|---|
| Lbs | 5,520 |
| Price Chg | -$0.0335 |
| **June Surcharge** | **-184.81** |

Delphi Surcharge 6 '05.xls

1/26/200611:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

INVOICE NO.

**904925**

1611 North Raguet 75904
Post Office Box 3718
.fkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/8        Terms:  NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054761 | PAM Dedicate     COLLECT | 7/03/05 | 7/03/05 | 904925 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931496 | 1 | \<S\> KNUCKLE<br>18049576<br>Product#: 18079358=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.037) per lb @ 90% x 5520 lbs<br>shipped | 1- | 1- | E | 184.810 | 184.81- |

**TOTAL ▶**

184.81-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

|  |  |  | Base Metal Price | $ | 350.00 | GT |
|--|--|--|--|--|--|--|
|  |  |  | Current Avg Price | $ | 266.67 | GT |
|  |  |  | Difference | $ | (83.33) | GT |
|  |  |  | Surcharge Increase | $ | (0.0372) | Per Lb |
|  |  |  | Surcharge Increase @ 90% |  | (0.0335) |  |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903972 | 18079358=PNT |  | 18049576 | 9931496 | 11362 | 903972 | 144 | 1656 |
| 5/6/23 | 904490 |  |  | 550054761 18049576 | 9931496 | 11362 | 904490 | 336 | 3864 |
| TOTAL COUNT |  |  |  |  | 2 |  |  | 480 | 5520 |

|  |  |  |
|---|---|---|
| Lbs | 5,520 |
| Price Chg | -$0.0335 |
| **June Surcharge** | **-184.81** |

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 904927 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/8

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904927 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931497 | 1 | <S> KNUCKLE<br>18049581<br>Product#: 18079361=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 2700 lbs<br>shipped | 1- | 1- | E | 90.400 | 90.40- |

**TOTAL ▶**

90.40-

QD 764-012

7/5/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | | Base Metal Price | $ | 350.00 GT |
| | | | | | Current Avg Price | $ | 266.67 GT |
| | | | | | Difference | $ | (83.33) GT |
| | | | | | Surcharge Increase | $ | (0.0372) Per Lb |
| | | | | | Surcharge Increase @ 90% | | (0.0335) |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903970 | 18079361=PNT | | 18049581 | 9931497 | 11362 | 903970 | 96 | 1080 |
| 5/6/30 | 904744 | | | 18049581 55054761 | 9931497 | 11362 | 904744 | 144 | 1620 |
| | | | | | | | | 240 | 2700 |

TOTAL COUNT 2

|  | Lbs | 2,700 |
|---|---|---|
| | Price Chg | -$0.0335 |
| **June Surcharge** | | **-90.40** |

1/26/2006 11:15 AM

# CITATION
## Innovative Metal Components

**INVOICE**

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

| INVOICE NO. |
|---|
| 904929 |

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

**SOLD TO:**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO:**
MINDIS INTERNATIONAL INC
1400 SULSER
LUFKIN TX 75904
USA

Bill To: 11362      Ship To: 11362/8          Terms:  NET 30 DAYS
                                              Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904929 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931498 | 1 | `<S>` KNUCKLE<br>18049582<br>Product#: 18079362=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) perlb @ 90% x 2700 lbs<br>shipped | 1- | 1- | E | 90.400 | 90.40- |

**TOTAL ▶**                90.40-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | | Base Metal Price | $ | 350.00 | GT |
| | | | | | Current Avg Price | $ | 266.67 | GT |
| | | | | | Difference | $ | (83.33) | GT |
| | | | | | Surcharge Increase | $ | (0.0372) | Per Lb |
| | | | | | Surcharge Increase @ 90% | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903971 | 18079362=PNT | | 18049582 | 9931498 | 11362 | 903971 | 96 | 1080 |
| 5/6/30 | 904745 | | | 55054761 18049582 | 9931498 | 11362 | 904745 | 144 | 1620 |
| TOTAL COUNT | | | | | 2 | | | 240 | 2700 |

| | |
|---|---|
| Lbs | 2,700 |
| Price Chg | -$0.0335 |
| **June Surcharge** | **-90.40** |

13

Delphi Surcharge 6 '05.xls

1/26/2006 11:15 AM

# CITATION

*Innovative Metal Components*

**INVOICE**

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 905830 |

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**S H I P T O**

MINDIS INTERNATIONAL INC
1400 SULSER

LUFKIN TX 75904
USA

Bill To: 11362    Ship To: 11362/8

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 50054761 | Gorno | COLLECT | 8/15/05 | 8/15/05 | 4124 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 31496    1 | <S> KNUCKLE 18049576 Product#: 18079358=PNT Material: D12S DUCTILE CUST BHN Packing slip dated 8/15/05 shipped by Gorno- invoice tf4124 | 336 | 3864 | E | 7.777 | 2613.07 |

**TOTAL ▶**    2613.07

**INVOICE**

**Citation Corporation**

| INVOICE NO. |
|---|
| 905831 |

# CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**Citation
Corporation**

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**S
H
I
P
T
O**

MINDIS INTERNATIONAL INC
1400 SULSER
LUFKIN TX 75904
USA

Bill To: 11362    Ship To: 11362/8

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | Gorno | COLLECT | 8/15/05 | 8/15/05 | 4123 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 931495 | 1 | <S> KNUCKLE<br>18049575<br>Product#: 18079357=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 8/15/05 shipped<br>by Gorno- invoice tf4123 | 336 | 3864 | E | 7.777 | 2613.07 |

**TOTAL ▶**    2613.07

34-012

# EXHIBIT B

CITATION

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39666 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO:**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO:**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0560023945 | KELLER | COLLECT | 9/21/05 | 9/21/05 | 39666 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | | RACKS,ALUMINUM CASTINGS | 33 | | | .0000 | .00 |
| | | B/L NO. 39666<br>LOT NO. 510 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

**TOTAL ►**  53500.48

F000156  Rev. 2  4/02

INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| :---: |
| 39677 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| S O L D T O | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 | S H I P T O | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |

Terms:   Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| :--- | :--- | :---: | :---: | :---: | :---: | :---: |
| 0550023945 | KELLER | COLLECT | 9/22/05 | 9/22/05 | 39677 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| :--- | :--- | :--- | :---: | :---: | :---: | :---: | :---: |
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.5706 | 19006.75 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.5706 | 19006.75 |
| | | RACKS,ALUMINUM CASTINGS | 27 | | | .0000 | .00 |
| | | B/L NO. 39677<br>LOT NO. 511 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

TOTAL ►    38013.50

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

F000156   Rev. 2   4/02

INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|-------------|
| 39688 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| S O L D T O | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 | S H I P T O | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Terms:    Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 9/23/05 | 9/23/05 | 39688 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| | | RACKS,ALUMINUM CASTINGS | 31 | | | .0000 | .00 |
| | | B/L NO. 39688<br>LOT NO. 512 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**    **TOTAL ►**    43645.12

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156   Rev. 2   4/02

INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39701 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms: Net 15
Supplier: 134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT 9/26/05 | 9/26/05 | 39701 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | | RACKS,ALUMINUM CASTINGS<br><br>B/L NO. 39701<br>LOT NO. 513 | 36 | | | .0000 | .00 |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

**TOTAL ►** 53500.48

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

F000156  Rev. 2  4/02

INVOICE

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39712 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 9/27/05 | 9/27/05 | 39712 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1365   1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365   2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | B/L NO. 39712 LOT NO. 514 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**   TOTAL ▶   53500.48

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

F000156   Rev. 2   4/02         INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39722 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| S O L D T O | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 | S H I P T O | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |

Terms:   Net 15
Supplier: 124277536

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550032945 | KELLER | COLLECT | 9/30/05 | 9/30/05 | 39722 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| | | RACKS,ALUMINUM CASTINGS | 31 | | | .0000 | .00 |
| | | B/L NO. 39722<br>LOT NO. 515 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

TOTAL ►   43645.12

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

F000156  Rev. 2  4/02                                           INVOICE

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39731 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 9/29/05 | 9/29/05 | 39731 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 1904 | 13138 | EA | 12.5706 | 23934.42 |
| 1365 | 2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 1904 | 13138 | EA | 12.5706 | 23934.42 |
| | | RACKS,ALUMINUM CASTINGS | 34 | | | .0000 | .00 |
| | | B/L NO. 39731 LOT NO. 516 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**    TOTAL ► | 47868.84

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156  Rev. 2  4/02                                                    INVOICE



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39741 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

SOLD TO:
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

SHIP TO:
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT 9/30/05 | 9/30/05 | 39741 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 1365  1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 1064 | 7342 | EA | 12.5706 | 13375.12 |
| 1365  2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 1064 | 7342 | EA | 12.5706 | 13375.12 |
|  | RACKS,ALUMINUM CASTINGS | 19 | | | .0000 | .00 |
|  | B/L NO. 39741 LOT NO. 517 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**   **TOTAL ►**   26750.24

*"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."*

INVOICE

F000156  Rev. 2  4/02



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39759 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 10/03/05 | 10/03/05 | 39759 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| | | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | | B/L NO. 39759<br>LOT NO. 518 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**    **TOTAL ►**    54736.84

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156  Rev. 2  4/02

INVOICE

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39772 |

### Please Mail Remittance To:
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:   Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT | 10/04/05 | 10/04/05 | 39772 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| | | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | | B/L NO. 39772<br>LOT NO. 519 | | | | | |

## GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION

**TOTAL ►**   54736.84

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156   Rev. 2   4/02

INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**

39781

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| | |
|---|---|
| **S O L D T O** | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 |

| | |
|---|---|
| **S H I P T O** | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 10/05/05 | 10/05/05 | 39781 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1568 | 10819 | EA | 12.8611 | 20166.20 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1568 | 10819 | EA | 12.8611 | 20166.20 |
| | | RACKS,ALUMINUM CASTINGS | 28 | | | .0000 | .00 |
| | | B/L NO. 39781<br>LOT NO. 520 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**   40332.40

F000156  Rev. 2  4/02

INVOICE

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39791 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**S O L D   T O**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**S H I P   T O**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:   Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 10/06/05 | 10/06/05 | 39791 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 1344 | 9274 | EA | 12.8611 | 17285.32 |
| 1365 | 2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 1344 | 9274 | EA | 12.8611 | 17285.32 |
| | | RACKS,ALUMINUM CASTINGS | 24 | | | .0000 | .00 |
| | | B/L NO. 39791 LOT NO. 521 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

**TOTAL ►**   34570.64

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156  Rev. 2  4/02                    INVOICE

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**
39801

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 10/07/05 | 10/07/05 | 39801 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1365  1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 1512 | 10433 | EA | 12.8611 | 19445.98 |
| 1365  2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 1512 | 10433 | EA | 12.8611 | 19445.98 |
| | RACKS,ALUMINUM CASTINGS | 27 | | | .0000 | .00 |
| | B/L NO. 39801 LOT NO. 522 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**     **TOTAL ►**   38891.96

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156  Rev. 2  4/02                    INVOICE