Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100


Attorneys for XM Satellite Radio Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **DELPHI CORPORATION, et. al,** : | **Case No. 05-44481 (RDD)** |
| : | |
| **Debtors.** : | |
| : | |
| : | |
| : | |

------------------------------------------------------------------- x


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        s.s.:
COUNTY OF NEW YORK )

        Darryl Jones, being duly sworn, deposes and says, that he is employed by the law firm Hogan & Hartson LLP, resides in the State of New York, is over the age of eighteen years and is not a party to this action.

        On the 7th day of February, 2008 deponent served true copies of the CURE CLAIM WITH RESPECT TO ASSUMPTION OF OEM RECEIVER PRODUCTION, MARKETING AND LICENSE AGREEMENT PURSUANT TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION  upon:

        David M. Sherbin
        General Counsel
        Delphi Corporation
        Troy, Michigan 48098

        John Wm. Butler, Jr.
        George n. Panagakis
        Ron E. Meisler
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY   10036

Service was made by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, for Federal Express overnight delivery.

DARRYL JONES

Sworn to before me this
7th day of February, 2008

Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20 11