**DELPHI CORPORATION, CASE NO. 05-44481**
**SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008**
**EXHIBIT A**
**Seals Open Invoices**

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 01/28/08 | 1703700 | 450484970 | 188.50 |
| 01/07/08 | 1700324 | 450484978 | 177.50 |
| 01/15/08 | 1701713 | 450484979 | 391.00 |
| 01/15/08 | 1701714 | 450484979 | 362.00 |
| Subtotal: | | **Subtotal:** | **753.00** |
| 08/27/07 | 1680910 | 450489100 | 100.80 |
| 01/30/08 | 1704282 | 450506102 | 43.20 |
| 01/08/08 | 1700627 | 450528457 | 550.25 |
| 08/28/07 | 1681087 | SAG9012726 | 715.50 |
| 12/12/07 | 1697854 | SAG9012726 | 5,155.20 |
| 12/12/07 | 1697856 | SAG9012726 | 5,155.20 |
| 12/13/07 | 1698042 | SAG9012726 | 10,310.40 |
| 12/14/07 | 1698261 | SAG9012726 | 2,336.25 |
| 12/17/07 | 1698451 | SAG9012726 | 5,155.20 |
| 12/18/07 | 1698619 | SAG9012726 | 100.10 |
| 12/18/07 | 1698671 | SAG9012726 | 5,155.20 |
| 12/19/07 | 1698758 | SAG9012726 | 5,155.20 |
| 12/21/07 | 1699431 | SAG9012726 | 155.75 |
| 12/21/07 | 1699440 | SAG9012726 | 934.50 |
| 12/21/07 | 1699441 | SAG9012726 | 155.75 |
| 12/21/07 | 1699442 | SAG9012726 | 311.50 |
| 12/21/07 | 1699500 | SAG9012726 | 293.25 |
| 01/02/08 | 1699737 | SAG9012726 | 1,401.75 |
| 01/02/08 | 1699738 | SAG9012726 | 5,155.20 |
| 01/02/08 | 1699790 | SAG9012726 | 243.00 |
| 01/03/08 | 1699923 | SAG9012726 | 5,155.20 |
| 01/03/08 | 1699936 | SAG9012726 | 559.86 |
| 01/03/08 | 1699946 | SAG9012726 | 486.00 |
| 01/04/08 | 1700119 | SAG9012726 | 486.00 |
| 01/04/08 | 1700120 | SAG9012726 | 559.86 |
| 01/04/08 | 1700166 | SAG9012726 | 165.00 |
| 01/07/08 | 1700287 | SAG9012726 | 1,119.72 |
| 01/07/08 | 1700288 | SAG9012726 | 5,155.20 |
| 01/07/08 | 1700328 | SAG9012726 | 243.00 |
| 01/08/08 | 1700604 | SAG9012726 | 5,155.20 |
| 01/08/08 | 1700613 | SAG9012726 | 165.00 |
| 01/08/08 | 1700638 | SAG9012726 | 243.00 |
| 01/09/08 | 1700811 | SAG9012726 | 2,239.44 |

# DELPHI CORPORATION, CASE NO. 05-44481
## SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008
### EXHIBIT A
**Seals Open Invoices**

| Date | Invoice | Reference | Amount |
|---|---|---|---|
| 01/09/08 | 1700844 | SAG9012726 | 31.88 |
| 01/09/08 | 1700846 | SAG9012726 | 5,155.20 |
| 01/09/08 | 1700859 | SAG9012726 | 486.00 |
| 01/09/08 | 1700861 | SAG9012726 | 1,071.00 |
| 01/10/08 | 1701046 | SAG9012726 | 486.00 |
| 01/10/08 | 1701049 | SAG9012726 | 1,071.00 |
| 01/10/08 | 1701162 | SAG9012726 | 165.00 |
| 01/11/08 | 1701226 | SAG9012726 | 243.00 |
| 01/11/08 | 1701228 | SAG9012726 | 1,071.00 |
| 01/11/08 | 1701247 | SAG9012726 | 1,863.68 |
| 01/14/08 | 1701379 | SAG9012726 | 3,010.70 |
| 01/14/08 | 1701468 | SAG9012726 | 486.00 |
| 01/14/08 | 1701473 | SAG9012726 | 1,071.00 |
| 01/14/08 | 1701481 | SAG9012726 | 165.00 |
| 01/14/08 | 1701489 | SAG9012726 | 3,010.70 |
| 01/15/08 | 1701702 | SAG9012726 | 1,071.00 |
| 01/15/08 | 1701706 | SAG9012726 | 486.00 |
| 01/15/08 | 1701724 | SAG9012726 | 3,010.70 |
| 01/15/08 | 1701815 | SAG9012726 | 100.10 |
| 01/16/08 | 1701922 | SAG9012726 | 5,155.20 |
| 01/16/08 | 1701958 | SAG9012726 | 165.00 |
| 01/16/08 | 1701961 | SAG9012726 | 5,161.20 |
| 01/16/08 | 1701973 | SAG9012726 | 714.00 |
| 01/16/08 | 1701974 | SAG9012726 | 486.00 |
| 01/17/08 | 1702195 | SAG9012726 | 486.00 |
| 01/17/08 | 1702216 | SAG9012726 | 5,155.20 |
| 01/17/08 | 1702217 | SAG9012726 | 5,161.20 |
| 01/18/08 | 1702331 | SAG9012726 | 5,161.20 |
| 01/18/08 | 1702337 | SAG9012726 | 243.00 |
| 01/18/08 | 1702339 | SAG9012726 | 714.00 |
| 01/18/08 | 1702491 | SAG9012726 | 165.00 |
| 01/21/08 | 1702529 | SAG9012726 | 5,161.20 |
| 01/21/08 | 1702587 | SAG9012726 | 710.00 |
| 01/22/08 | 1702793 | SAG9012726 | 559.86 |
| 01/22/08 | 1702799 | SAG9012726 | 1,071.00 |
| 01/22/08 | 1702841 | SAG9012726 | 2,128.09 |
| 01/22/08 | 1702848 | SAG9012726 | 715.50 |
| 01/22/08 | 1702850 | SAG9012726 | 243.00 |
| 01/22/08 | 1702935 | SAG9012726 | 100.10 |
| 01/23/08 | 1703068 | SAG9012726 | 559.86 |
| 01/23/08 | 1703071 | SAG9012726 | 1,071.00 |
| 01/23/08 | 1703073 | SAG9012726 | 1,458.00 |
| 01/23/08 | 1703193 | SAG9012726 | 165.00 |
| 01/24/08 | 1703269 | SAG9012726 | 5,161.20 |
| 01/24/08 | 1703281 | SAG9012726 | 3,500.80 |
| 01/24/08 | 1703288 | SAG9012726 | 1,071.00 |
| 01/24/08 | 1703290 | SAG9012726 | 243.00 |

| | | | |
|---|---|---|---|
| DELPHI CORPORATION, CASE NO. 05-44481 | | | |
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008 | | | |
| EXHIBIT A | | | |
| Seals Open Invoices | | | |
| 01/24/08 | 1703296 | SAG9012726 | 559.86 |
| 01/24/08 | 1703403 | SAG9012726 | 165.00 |
| 01/25/08 | 1703448 | SAG9012726 | 243.00 |
| 01/25/08 | 1703457 | SAG9012726 | 1,071.00 |
| 01/25/08 | 1703466 | SAG9012726 | 142.00 |
| 01/28/08 | 1703741 | SAG9012726 | 1,428.00 |
| 01/28/08 | 1703743 | SAG9012726 | 486.00 |
| 01/28/08 | 1703745 | SAG9012726 | 559.86 |
| 01/28/08 | 1703759 | SAG9012726 | 5,155.20 |
| 01/29/08 | 1703924 | SAG9012726 | 165.00 |
| 01/29/08 | 1703996 | SAG9012726 | 1,785.00 |
| 01/29/08 | 1703997 | SAG9012726 | 243.00 |
| 01/29/08 | 1703998 | SAG9012726 | 2,625.60 |
| 01/29/08 | 1704008 | SAG9012726 | 559.86 |
| 01/29/08 | 1704088 | SAG9012726 | 100.10 |
| 01/30/08 | 1704193 | SAG9012726 | 5,155.20 |
| 01/30/08 | 1704206 | SAG9012726 | 1,428.00 |
| 01/30/08 | 1704208 | SAG9012726 | 486.00 |
| 01/30/08 | 1704363 | SAG9012726 | 165.00 |
| 01/31/08 | 1704407 | SAG9012726 | 1,785.00 |
| 01/31/08 | 1704408 | SAG9012726 | 559.86 |
| 01/31/08 | 1704440 | SAG9012726 | 486.00 |
| 02/01/08 | 1704627 | SAG9012726 | 243.00 |
| 02/01/08 | 1704638 | SAG9012726 | 2,142.00 |
| 02/01/08 | 1704644 | SAG9012726 | 557.44 |
| 02/01/08 | 1704645 | SAG9012726 | 640.00 |
| 02/01/08 | 1704740 | SAG9012726 | 165.00 |
| 02/04/08 | 1704898 | SAG9012726 | 486.00 |
| 02/04/08 | 1704905 | SAG9012726 | 559.86 |
| 02/04/08 | 1704964 | SAG9012726 | 2,142.00 |
| 02/05/08 | 1705098 | SAG9012726 | 559.86 |
| 02/05/08 | 1705100 | SAG9012726 | 715.50 |
| 02/05/08 | 1705104 | SAG9012726 | 559.86 |
| 02/05/08 | 1705105 | SAG9012726 | 729.00 |
| 02/05/08 | 1705114 | SAG9012726 | 2,142.00 |
| 02/05/08 | 1705205 | SAG9012726 | 140.58 |
| 02/05/08 | 1705212 | SAG9012726 | 100.10 |
| 02/06/08 | 1705352 | SAG9012726 | 5,161.20 |
| 02/06/08 | 1705353 | SAG9012726 | 5,155.20 |
| 02/06/08 | 1705366 | SAG9012726 | 486.00 |
| 02/06/08 | 1705382 | SAG9012726 | 559.86 |
| 02/06/08 | 1705419 | SAG9012726 | 165.00 |
| | | Subtotal: | 195,125.00 |
| | | | |
| 01/15/08 | 1701697 | SAG9012730 | 536.20 |
| 01/22/08 | 1702838 | SAG9012730 | 536.20 |
| 01/29/08 | 1703973 | SAG9012730 | 268.10 |
| 02/05/08 | 1705099 | SAG9012730 | 536.20 |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | |
|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008 | | | |
| EXHIBIT A | | | |
| Seals Open Invoices | | | |
| | | Subtotal: | 1,876.70 |
| 01/17/08 | 1702265 | SAG9014642 | 710.00 |
| 01/04/08 | 1700114 | SAG9014765 | 550.25 |
| 01/23/08 | 1703067 | SAG9014765 | 550.25 |
| 01/30/08 | 1704203 | SAG9014765 | 550.25 |
| 02/06/08 | 1705374 | SAG9014765 | 550.25 |
| | | Subtotal: | 2,201.00 |
| 12/18/07 | 1698670 | SAG9015996 | 4,136.40 |
| 01/03/08 | 1699922 | SAG9015996 | 4,136.40 |
| 01/03/08 | 1699945 | SAG9015996 | 536.20 |
| 01/04/08 | 1700118 | SAG9015996 | 268.10 |
| 01/04/08 | 1700123 | SAG9015996 | 4,136.40 |
| 01/07/08 | 1700290 | SAG9015996 | 4,136.40 |
| 01/07/08 | 1700306 | SAG9015996 | 536.20 |
| 01/08/08 | 1700628 | SAG9015996 | 268.10 |
| 01/09/08 | 1700808 | SAG9015996 | 4,298.40 |
| 01/09/08 | 1700857 | SAG9015996 | 536.20 |
| 01/10/08 | 1701043 | SAG9015996 | 1,634.10 |
| 01/10/08 | 1701044 | SAG9015996 | 268.10 |
| 01/11/08 | 1701221 | SAG9015996 | 536.20 |
| 01/14/08 | 1701471 | SAG9015996 | 536.20 |
| 01/14/08 | 1701476 | SAG9015996 | 1,072.40 |
| 01/15/08 | 1701703 | SAG9015996 | 268.10 |
| 01/15/08 | 1701733 | SAG9015996 | 4,298.40 |
| 01/16/08 | 1701940 | SAG9015996 | 3,217.20 |
| 01/17/08 | 1702192 | SAG9015996 | 804.30 |
| 01/18/08 | 1702330 | SAG9015996 | 4,136.40 |
| 01/18/08 | 1702335 | SAG9015996 | 804.30 |
| 01/21/08 | 1702530 | SAG9015996 | 4,298.40 |
| 01/22/08 | 1702840 | SAG9015996 | 1,072.40 |
| 01/23/08 | 1703074 | SAG9015996 | 1,072.40 |
| 01/24/08 | 1703270 | SAG9015996 | 4,136.40 |
| 01/24/08 | 1703279 | SAG9015996 | 1,340.50 |
| 01/25/08 | 1703456 | SAG9015996 | 1,340.50 |
| 01/28/08 | 1703736 | SAG9015996 | 1,340.50 |
| 01/29/08 | 1703974 | SAG9015996 | 1,340.50 |
| 01/30/08 | 1704192 | SAG9015996 | 4,136.40 |
| 01/30/08 | 1704194 | SAG9015996 | 4,298.40 |
| 01/30/08 | 1704200 | SAG9015996 | 3,343.20 |
| 01/30/08 | 1704205 | SAG9015996 | 1,072.40 |
| 01/31/08 | 1704406 | SAG9015996 | 1,072.40 |
| 02/01/08 | 1704613 | SAG9015996 | 1,340.50 |
| 02/01/08 | 1704615 | SAG9015996 | 340.10 |
| 02/04/08 | 1704849 | SAG9015996 | 4,136.40 |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | | |
|---|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008 | | | | |
| EXHIBIT A | | | | |
| Seals Open Invoices | | | | |
| 02/04/08 | 1704899 | SAG9015996 | 1,340.50 | |
| 02/05/08 | 1705094 | SAG9015996 | 4,298.40 | |
| 02/05/08 | 1705159 | SAG9015996 | 268.10 | |
| 02/06/08 | 1705383 | SAG9015996 | 1,340.50 | |
| 02/06/08 | 1705385 | SAG9015996 | 1,072.40 | |
| | | Subtotal: | 84,565.80 | |
| 12/21/07 | 1699443 | SAG9016242 | 643.20 | |
| 12/21/07 | 1699556 | SAG9016242 | 190.80 | |
| 01/02/08 | 1699789 | SAG9016242 | 643.20 | |
| 01/03/08 | 1699947 | SAG9016242 | 321.60 | |
| 01/07/08 | 1700360 | SAG9016242 | 1,548.00 | |
| 01/08/08 | 1700625 | SAG9016242 | 1,608.00 | |
| 01/08/08 | 1700629 | SAG9016242 | 1,741.50 | |
| 01/08/08 | 1700677 | SAG9016242 | 190.80 | |
| 01/09/08 | 1700810 | SAG9016242 | 321.60 | |
| 01/09/08 | 1700858 | SAG9016242 | 387.00 | |
| 01/10/08 | 1701045 | SAG9016242 | 580.50 | |
| 01/10/08 | 1701050 | SAG9016242 | 193.50 | |
| 01/10/08 | 1701057 | SAG9016242 | 643.20 | |
| 01/10/08 | 1701098 | SAG9016242 | 190.80 | |
| 01/11/08 | 1701224 | SAG9016242 | 321.60 | |
| 01/11/08 | 1701225 | SAG9016242 | 580.50 | |
| 01/14/08 | 1701466 | SAG9016242 | 321.60 | |
| 01/14/08 | 1701467 | SAG9016242 | 580.50 | |
| 01/15/08 | 1701705 | SAG9016242 | 580.50 | |
| 01/15/08 | 1701843 | SAG9016242 | 190.80 | |
| 01/16/08 | 1701868 | SAG9016242 | 643.20 | |
| 01/16/08 | 1701932 | SAG9016242 | 580.50 | |
| 01/16/08 | 1702073 | SAG9016242 | 190.80 | |
| 01/17/08 | 1702194 | SAG9016242 | 387.00 | |
| 01/17/08 | 1702197 | SAG9016242 | 643.20 | |
| 01/18/08 | 1702336 | SAG9016242 | 643.20 | |
| 01/18/08 | 1702367 | SAG9016242 | 580.50 | |
| 01/18/08 | 1702428 | SAG9016242 | 190.80 | |
| 01/22/08 | 1702802 | SAG9016242 | 387.00 | |
| 01/22/08 | 1702849 | SAG9016242 | 321.60 | |
| 01/23/08 | 1703072 | SAG9016242 | 387.00 | |
| 01/23/08 | 1703075 | SAG9016242 | 643.20 | |
| 01/24/08 | 1703289 | SAG9016242 | 387.00 | |
| 01/24/08 | 1703291 | SAG9016242 | 321.60 | |
| 01/25/08 | 1703458 | SAG9016242 | 580.50 | |
| 01/28/08 | 1703738 | SAG9016242 | 580.50 | |
| 01/28/08 | 1703756 | SAG9016242 | 321.60 | |
| 01/28/08 | 1703757 | SAG9016242 | 643.20 | |
| 01/29/08 | 1703975 | SAG9016242 | 321.60 | |
| 01/29/08 | 1704007 | SAG9016242 | 387.00 | |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | |
|---|---|---|---:|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008 | | | |
| EXHIBIT A | | | |
| Seals Open Invoices | | | |
| 01/30/08 | 1704207 | SAG9016242 | 580.50 |
| 01/30/08 | 1704210 | SAG9016242 | 643.20 |
| 01/30/08 | 1704348 | SAG9016242 | 190.80 |
| 01/31/08 | 1704409 | SAG9016242 | 321.60 |
| 01/31/08 | 1704439 | SAG9016242 | 387.00 |
| 02/01/08 | 1704617 | SAG9016242 | 580.50 |
| 02/01/08 | 1704626 | SAG9016242 | 321.60 |
| 02/04/08 | 1704901 | SAG9016242 | 321.60 |
| 02/04/08 | 1704902 | SAG9016242 | 580.50 |
| 02/05/08 | 1705102 | SAG9016242 | 643.20 |
| 02/05/08 | 1705103 | SAG9016242 | 580.50 |
| 02/06/08 | 1705381 | SAG9016242 | 580.50 |
| 02/06/08 | 1705384 | SAG9016242 | 321.60 |
| | | **Subtotal:** | **26,973.30** |
| 01/09/08 | 1700860 | SAG9016243 | 1,020.00 |
| 01/10/08 | 1701047 | SAG9016243 | 712.60 |
| 01/10/08 | 1701048 | SAG9016243 | 1,020.00 |
| 01/10/08 | 1701163 | SAG9016243 | 171.36 |
| 01/11/08 | 1701227 | SAG9016243 | 1,020.00 |
| 01/14/08 | 1701470 | SAG9016243 | 1,068.90 |
| 01/14/08 | 1701472 | SAG9016243 | 1,020.00 |
| 01/14/08 | 1701630 | SAG9016243 | 171.36 |
| 01/15/08 | 1701704 | SAG9016243 | 712.60 |
| 01/15/08 | 1701709 | SAG9016243 | 1,020.00 |
| 01/15/08 | 1701825 | SAG9016243 | 171.36 |
| 01/16/08 | 1701931 | SAG9016243 | 890.75 |
| 01/16/08 | 1701968 | SAG9016243 | 171.36 |
| 01/17/08 | 1702190 | SAG9016243 | 171.36 |
| 01/17/08 | 1702193 | SAG9016243 | 1,068.90 |
| 01/18/08 | 1702340 | SAG9016243 | 1,247.05 |
| 01/18/08 | 1702466 | SAG9016243 | 171.36 |
| 01/21/08 | 1702588 | SAG9016243 | 680.00 |
| 01/22/08 | 1702803 | SAG9016243 | 680.00 |
| 01/22/08 | 1702804 | SAG9016243 | 680.00 |
| 01/22/08 | 1702842 | SAG9016243 | 1,425.20 |
| 01/22/08 | 1702939 | SAG9016243 | 85.68 |
| 01/23/08 | 1703076 | SAG9016243 | 1,603.35 |
| 01/23/08 | 1703170 | SAG9016243 | 257.04 |
| 01/24/08 | 1703282 | SAG9016243 | 1,425.20 |
| 01/24/08 | 1703297 | SAG9016243 | 680.00 |
| 01/24/08 | 1703402 | SAG9016243 | 257.04 |
| 01/25/08 | 1703449 | SAG9016243 | 680.00 |
| 01/25/08 | 1703460 | SAG9016243 | 1,603.35 |
| 01/25/08 | 1703615 | SAG9016243 | 257.04 |
| 01/28/08 | 1703684 | SAG9016243 | 171.36 |
| 01/28/08 | 1703753 | SAG9016243 | 1,020.00 |

| DELPHI CORPORATION, CASE NO. 05-44481 | | | | |
|---|---|---|---|---|
| SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008 | | | | |
| EXHIBIT A | | | | |
| Seals Open Invoices | | | | |
| 01/28/08 | 1703758 | SAG9016243 | 1,603.35 | |
| 01/29/08 | 1703966 | SAG9016243 | 1,959.65 | |
| 01/29/08 | 1704006 | SAG9016243 | 1,360.00 | |
| 01/29/08 | 1704117 | SAG9016243 | 257.04 | |
| 01/30/08 | 1704191 | SAG9016243 | 2,137.80 | |
| 01/30/08 | 1704209 | SAG9016243 | 1,360.00 | |
| 01/30/08 | 1704362 | SAG9016243 | 171.36 | |
| 01/31/08 | 1704410 | SAG9016243 | 1,959.65 | |
| 01/31/08 | 1704438 | SAG9016243 | 1,020.00 | |
| 01/31/08 | 1704514 | SAG9016243 | 342.72 | |
| 02/01/08 | 1704616 | SAG9016243 | 1,360.00 | |
| 02/01/08 | 1704639 | SAG9016243 | 1,959.65 | |
| 02/01/08 | 1704674 | SAG9016243 | 257.04 | |
| 02/04/08 | 1704883 | SAG9016243 | 257.04 | |
| 02/04/08 | 1704900 | SAG9016243 | 1,700.00 | |
| 02/04/08 | 1704965 | SAG9016243 | 1,959.65 | |
| 02/05/08 | 1705101 | SAG9016243 | 1,700.00 | |
| 02/05/08 | 1705115 | SAG9016243 | 2,137.80 | |
| 02/05/08 | 1705251 | SAG9016243 | 342.72 | |
| 02/06/08 | 1705380 | SAG9016243 | 1,700.00 | |
| 02/06/08 | 1705452 | SAG9016243 | 257.04 | |
| | | Subtotal: | 49,136.73 | |
| | | | | |
| TOTAL CLAIM FOR SEALS OPEN INVOICES: | | | 362,401.78 | |

**DELPHI CORPORATION, CASE NO. 05-44481**
**SKF USA, INC. DOMESTIC OPEN LIABILITY AS OF FEBRUARY 6, 2008**
**EXHIBIT A**
**Bearings Open Invoices**

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/04/08 | 0172520 | 450588838 | 147.36 |
|  |  | Subtotal: | **147.36** |
|  |  |  |  |
| 01/29/08 | 0168250 | 550076233 | 9,406.80 |
|  |  | Subtotal: | **9,406.80** |
|  |  |  |  |
| 01/03/08 | 0147969 | 550168745 | 76,661.76 |
| 01/10/08 | 0153462 | 550168745 | 76,661.76 |
| 01/17/08 | 0159436 | 550168745 | 76,661.76 |
| 01/25/08 | 0166143 | 550168745 | 76,661.76 |
| 02/01/08 | 0172086 | 550168745 | 76,661.76 |
|  |  | Subtotal: | **383,308.80** |
|  |  |  |  |
| 12/27/07 | 0144100 | 550168748 | 9,660.00 |
| 12/31/07 | 0146083 | 550168748 | 43,470.00 |
| 12/31/07 | 0146084 | 550168748 | 9,844.00 |
| 01/02/08 | 0146895 | 550168748 | 77,280.00 |
| 01/03/08 | 0147967 | 550168748 | 62,790.00 |
| 01/07/08 | 0150085 | 550168748 | 77,280.00 |
| 01/09/08 | 0152341 | 550168748 | 77,280.00 |
| 01/14/08 | 0155919 | 550168748 | 48,300.00 |
| 01/15/08 | 0157107 | 550168748 | 28,980.00 |
| 01/16/08 | 0158223 | 550168748 | 24,150.00 |
| 01/16/08 | 0158224 | 550168748 | 53,130.00 |
| 01/17/08 | 0159434 | 550168748 | 19,320.00 |
| 01/17/08 | 0159435 | 550168748 | 57,960.00 |
| 01/23/08 | 0164193 | 550168748 | 77,280.00 |
| 01/24/08 | 0165241 | 550168748 | 77,280.00 |
| 01/28/08 | 0167153 | 550168748 | 77,280.00 |
| 01/30/08 | 0169429 | 550168748 | 77,280.00 |
| 02/01/08 | 0172085 | 550168748 | 77,280.00 |
| 02/04/08 | 0173045 | 550168748 | 62,790.00 |
|  |  | Subtotal: | **1,038,634.00** |
|  |  |  |  |
| 01/03/08 | 0147968 | 550168749 | 16,119.60 |
| 01/08/08 | 0151139 | 550168749 | 53,732.00 |
| 01/15/08 | 0157108 | 550168749 | 32,239.20 |
| 01/22/08 | 0163171 | 550168749 | 42,985.60 |
| 01/29/08 | 0168251 | 550168749 | 64,478.40 |
|  |  | Subtotal: | **209,554.80** |
|  |  |  |  |
| **TOTAL CLAIM FOR BEARINGS OPEN INVOICES:** |  |  | **1,641,051.76** |