# EXHIBIT B Part 1

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV ACCTS PAYABLE PO BOX 1550 FLINT MI 48501-1550 | SHIP TO | MILLER TOOL AND DIE ATTN: SCOTT ANDERSON 829 BELDEN ROAD JACKSON MI 49203 02708555 |
|---|---|---|---|

K20S  1                    783570          **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899566 | 1/28/08 | 1703700 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450484970 | | 783570 | 400 | 33 | 00/00/00 | 01/08/08 | UPS2708555 | 1 | 9 | P | 1/28/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1300 | 454060-75 | 26093072 | | 1300 | .1450 | 188.50 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708555 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      188.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | DELPHI AUTOMOTIVE SYSTEMS<br>3900 E. HOLLAND ROAD<br>SAGINAW MI            48601 | S H I P T O | DELPHI STEERING PLANT 21<br>CISCO 44021<br>ATTN: MILLER TOOL & DIE<br>20941 SANDY ROAD<br>TANNER AL            35671 |
|---|---|---|---|

K20F   1                783570             Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/14/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02875677 | 1/07/08 | 1700324 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450484978 | 783573 | 800 | 33 | 00/00/00 | 01/07/08 | UPS2683642 | 1 | 8 | P | 1/07/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 500 | 537500-39 | 26087235 | | 500 | .3550 | 177.50 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | SHIPPER NUMBER: 02683642 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        177.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | |
|---|---|---|
| **B I L L T O** | DELPHI AUTOMOTIVE SYSTEMS<br>3900 E. HOLLAND ROAD<br>SAGINAW MI          48601 | **S H I P T O**  DELPHI STEERING PLANT 21<br>CISCO 44021<br>ATTN: MILLER TOOL & DIE<br>20941 SANDY ROAD<br>TANNER AL          35671 |

K21N  1          783570          **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/14/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02875678 | 1/15/08 | 1701713 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450484979 | 783573 | 800 | 33 | 00/00/00 | 01/07/08 | UPS2683643 | 2 | 41 | P | 1/15/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 539166-39 | 26045840 | | 1000 | .3910 | 391.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | SHIPPER NUMBER: 02683643 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    391.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S H I P T O | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD<br>JACKSON MI<br>02708558 | 49203 |

K21N   1                783570        Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|------|--------|-----|-------|---------------|--------------|-------------|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899569 | 1/15/08 | 1701714 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|--------------------|---------------|---------|-------|-------------------|-------------|-----------------|------------|-------------|---------|--------------|
| 450484979 | 783570 | 800 | 33 | 00/00/00 | 01/08/08 | UPS2708558 | 2 | 41 | P | 1/15/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|--------------|----------------|-------------|-------------|--------------|------------|--------|
| 1000 | 539166-39 | 26045840 | | 1000 | .3620 | 362.00 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708558 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶     362.00

ORIGINAL

Telephone: (847) 742-7840

FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494<br>USA | S H I P T O | DELPHI SAGINAW SAN ANTONIO<br>DIST CTR PT43,ATTN:MILLER TOOL<br>PLANT 65 QUERETARO MEXICO<br>9440 BALL STREET-DIVISIONS DK<br>SAN ANTONIO TX          78217<br>USA |
|---|---|---|---|

| K2CL   5 | 220468 | **Please Refer To Invoice Number On All Inquiries** |
|---|---|---|

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/14/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02875689 | 8/27/07 | 1680910 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450489100 | 220468 | 400 | I3 | 00/00/00 | 08/27/07 | UPS2683654 | 1 | 5 | P | 8/27/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 454110-75 | 26113640 | | 700 | .1440 | 100.80 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UP]  MUST ATTACH PS# TEMPLATE TO EACH PLT]<br>SHIPPER NUMBER: 02683654 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          100.80
USD

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
|---|
| SKF SEALING SOLUTIONS A UNIT OF SKF USA INC P.O. BOX 536755 ATLANTA, GA 30353-6755 |



| B I L L T O | ACG SAGINAW DIV ACCTS PAYABLE PO BOX 1550 FLINT MI | | 48501-1550 | S H I P T O | MILLER TOOL AND DIE ATTN: SCOTT ANDERSON 829 BELDEN ROAD JACKSON MI 49203 02708556 |
|---|---|---|---|---|---|

K232  1          783570          **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899567 | 1/30/08 | 1704282 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450506102 | 783570 | 400 | 33 | 00/00/00 | 01/08/08 | UPS2708556 | 1 | 3 | P | 1/30/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 300 | 454110-75 | 26113640 | | 300 | .1440 | 43.20 |
| | | SUPPLIER CODE 005105598 CISCO CODE 44023 SHIPPER NUMBER: 02708556 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶  43.20

ORIGINAL



Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755

| | |
|---|---|
| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 |
| S H I P T O | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD<br>JACKSON MI          49203<br>02708559 |

K23D  1          783570          Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899570 | 1/08/08 | 1700627 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450528457 | 783570 | 800 | 33 | 00/00/00 | 01/08/08 | UPS2708559 | 1 | 23 | P | 1/08/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 537500-39 | 26087235 | | 1550 | .3550 | 550.25 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708559 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶   550.25

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | | |
|---|---|---|---|---|
| **B I L L T O** | DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494<br>USA | **S H I P T O** | DELPHI SAGINAW     CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK      SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX          78217<br>USA | |

| K24U  5 | | 220468 | **Please Refer To Invoice Number On All Inquiries** | | |

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 8/22/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02910837 | 8/28/07 | 1681087 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | | 220468 | 800 | 13 | 00/00/00 | 08/28/07 | UPS2720334 | 3 | 60 | P | 8/28/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1350 | 535555-39 | 26087878 | | 1350 | .5300 | 715.50 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3578 W/IN 30 MIN | | | | |
| | | OF PICK-UP]  MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02720334 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE▶**   715.50
USD

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | | S H I P T O | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI<br>02757745 | | | 48607 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| K24I   1 | | | 783570 | | Please Refer To Invoice Number On All Inquiries | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/07 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02946824 | 12/12/07 | | | 1697854 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | | 783570 | 800 | 33 | 00/00/00 | 12/11/07 | 73651 | 1 | 370 | P | 12/12/07 |

| QTY. ORDERED | STOCK/PART NO. | | DESCRIPTION | | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14400 | 534207-39 | | 26043760 | | | 14400 | .3580 | 5,155.20 |
| | | | SUPPLIER CODE 005105598 | | | | | |
| | | | CISCO CODE 44023 | | | | | |
| | | | BEGIN PULL # /END # | | | | | |
| | | | SHIPPER NUMBER: 02757745 | | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
|---|
| SKF SEALING SOLUTIONS |
| A UNIT OF SKF USA INC |
| P.O. BOX 536755 |
| ATLANTA, GA 30353-6755 |



| | | | | | |
|---|---|---|---|---|---|
| **B I L L T O** | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI         48501-1550 | | **S H I P T O** | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI         48607<br>02758532 | |

K24I   1                    783570         **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/11/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02947593 | 12/12/07 | 1697856 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 33 | 00/00/00 | 12/12/07 | 773659 | 1 | 358 | P | 12/12/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02758532 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **BILL TO** | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | **SHIP TO** | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI<br>02759064 | | | 48607 |

K25W  1                    783570        **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/12/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02948111 | 12/13/07 | 1698042 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 33 | 00/00/00 | 12/13/07 | 73668 | 1 | 676 | P | 12/13/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 28800 | 534207-39 | 26043760 | | 28800 | .3580 | 10,310.40 |
| | | SUPPLIER CODE 005105598<br>CISCO CODE 44023<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02759064 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 10,310.40

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02757749 | 35611 |

K24M  1                    783570    **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/10/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02946828 | 12/14/07 | 1698261 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | | Containers | Weight Lbs | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | | 783573 | 800 | 33 | 00/00/00 | 12/11/07 | 773671 | | 1 | 274 | P | 12/14/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5950 | 538746-39 | 26032987 | 700 | 5250 | .4450 | 2,336.25 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02757749 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 2,336.25

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | BILL TO | | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI<br>02759952 | | | 48607 |

K214  1          783570     **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/07 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02948975 | 12/17/07 | 1698451 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | | 783570 | 800 | 33 | 00/00/00 | 12/17/07 | 73683 | 1 | 350 | P | 12/17/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02759952 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI       48601-9494<br>USA | SHIP TO | DELPHI SAGINAW    CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK       SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX       78217<br>USA |
|---|---|---|---|

| K210   5 | | 220468 | **Please Refer To Invoice Number On All Inquiries** | | |

| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/07 | COLLECT | | UPSS | | 2ND DAY 2ND MO | | 02932483 | 12/18/07 | 1698619 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 220468 | 400 | I3 | 00/00/00 | 12/18/07 | UPS2742954 | 1 | 8 | P | 12/18/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 910 | 454039-75 | 26087879 | | 910 | .1100 | 100.10 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]<br>SHIPPER NUMBER: 02742954 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   100.10
USD

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | SHIP TO | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI        48607<br>02760368 |
|---|---|---|---|---|---|

K2BD   1                    783570        **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/17/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02949366 | 12/18/07 | 1698671 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | 783570 | 800 | 33 | 00/00/00 | 12/18/07 | 73692 | 1 | 352 | P | 12/18/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02760368 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI                48501-1550 | | | | | S H I P T O | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI                48607<br><br>02761118 | | | |

K23V  1                   783570     **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 12/18/07 | COLLECT | CTII | 2ND DAY 2ND MO | | 02950101 | 12/19/07 | 1698758 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | | B/L Or P.P. No. | | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | | 783570 | 800 | 33 | 00/00/00 | 12/19/07 | | 73693 | | 1 | 394 | P | 12/19/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02761118 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845



| Mail Checks Payable To: |
| --- |
| SKF SEALING SOLUTIONS<br>A UNIT OF SKF USA INC<br>P.O. BOX 536755<br>ATLANTA, GA 30353-6755 |

| | | |
|---|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI        48501-1550 | **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O**   DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL         35611<br>02733634 |

K22H  1            783570      Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 10/01/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02923498 | 12/21/07 | 1699431 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 12/21/07 | UPS2733634 | 1 | 13 | P | 12/21/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 350 | 538746-39 | 26032987 | | 350 | .4450 | 155.75 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02733634 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    155.75

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
|---|
| SKF SEALING SOLUTIONS<br>A UNIT OF SKF USA INC<br>P.O. BOX 536755<br>ATLANTA, GA 30353-6755 |



| B<br>I<br>L<br>L<br>T<br>O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | | 48501-1550 | S<br>H<br>I<br>P<br>T<br>O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02757750 | | 35611 | |
|---|---|---|---|---|---|---|---|---|---|---|

K22H  1                  783570      **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 12/10/07 | COLLECT | | UPSS | 2ND DAY 2ND MO | | 02946829 | 12/21/07 | 1699440 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 12/17/07 | UPS2757750 | 6 | 78 | P | 12/21/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2254 | 538746-39 | 26032987 | 154 | 2100 | .4450 | 934.50 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | SHIPPER NUMBER: 02757750 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**     934.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755

 SKF

| | BILL TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|---|
| | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02759438 | | 35611 |

K22H  1          783570          Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/13/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02948479 | 12/21/07 | 1699441 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 12/14/07 | UPS2759438 | 1 | 13 | P | 12/21/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 350 | 538746-39 | 26032987 | | 350 | .4450 | 155.75 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02759438 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 155.75

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02760124 | | 35611 |

K22H  1              783570      **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 12/10/07 | COLLECT | UPSS | 2ND DAY | 2ND MO | 02946828 | 12/21/07 | 1699442 |

| Customer Order No. | | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | | 783573 | 800 | 33 | 00/00/00 | 12/11/07 | UPS2760124 | 2 | 26 | P | 12/21/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5950 | 538746-39 | 26032987 | 5250 | 700 | .4450 | 311.50 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02760124 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    311.50

**ORIGINAL**

**R**
**ICAGO**
**WHIDE**

ISKF Company

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550          48501-1550
FLINT MI

S
H
I
P
T
O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                35611
02447241

**Please Refer To Invoice Number On All Inquiries**

| K24B  1 | | | 783580 | | | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F.O.B. | | Via | | Terms. | | | Our Order No. | Invoice Date | | | 1558249 |
| /13/05 COLLECT | | CTII | | 2ND DAY 2ND MO | | | 02644320 | 9/14/05 | | | |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/14/05 | 78456 | 1 | 19 | P | 9/14/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 538006-39 | 26009257 | | 1600 | .2912 | 465.92 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02447241 | | | | |

o Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
lust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          465.92

ORIGINAL



**CHICAGO RAWHIDE**

SKF Company

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S<br>H DELPHI SAGINAW<br>I LIMESTONE CTY PLT 21<br>P 6275 US HWY 31 S<br>T ATHENS AL          35611<br>O 02447243 |

**Please Refer To Invoice Number On All Inquiries**

| K201 | 1 | 783580 | | | | | |
|---|---|---|---|---|---|---|---|

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /13/05 | COLLECT | BNAF | 2ND DAY 2ND MO | 02644322 | 9/20/05 | 1 559292 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 09/14/05 | 87109592 | 1 | 14 | P | 9/20/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 500 | 454039-75 | 26087879 | | 1500 | .1100 | 165.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02447243 | | | | |

s Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      165.00



**CHICAGO RAWHIDE**

**SKF Company**

ORIGINAL

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ld's Leading Producer Of Oil Seals

| ACG SAGINAW DIV | | S | DELPHI SAGINAW | |
|---|---|---|---|---|
| ACCTS PAYABLE | | H | LIMESTONE CTY PLT 21 | |
| PO BOX 1550 | | I | 6275 US HWY 31 S | |
| FLINT MI | 48501-1550 | P | ATHENS AL | 35611 |
| | | T | 02451097 | |
| | | O | | |

Please Refer To Invoice Number On All Inquiries

| K22U 1 | 783580 | | | | | |
|---|---|---|---|---|---|---|
| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| /23/05 COLLECT | CTII | 2ND DAY 2ND MO | 02648034 | 9/26/05 | 1560258 |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78529 | 1 | 508 | P | 9/26/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0200 | 538213-60 | 26019288 | | 10200 | .4767 | 4,862.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451097 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 4,862.34



ORIGINAL

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ICAGO WHIDE
KF Company

*d's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI          48501-1550

**SHIP TO:**
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL          35611
02451099

K22U  1        783580     **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 23/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02648036 | 9/26/05 | 1560259 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | BA Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78529 | 1 | 150 | P | 9/26/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451099 | | | | |

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
lust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 1,431.00



ORIGINAL

**CHICAGO RAWHIDE**

An SKF Company

World's Leading Producer Of Oil Seals

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI          48601-9494

SHIP TO:
DELPHI SAGINAW   CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK      SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX            78217
USA

**Please Refer To Invoice Number On All Inquiries**

K237   5          220478

| Date | F.O.B. | Via | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | UPSS | 2ND DAY 2ND MO | | 02621529 | 9/27/05 | 1560391 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 400 | I3 | 00/00/00 | 09/27/05 | UPS2425478 | 1 | 13 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1365 | 454039-75 | 26087879 | | 1365 | .1100 | 150.15 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425478

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      150.15
USD



ORIGINAL

**CHICAGO RAWHIDE**

n SKF Company

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

rld's Leading Producer Of Oil Seals

| SHIP TO | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494 | DELPHI SAGINAW       CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK       SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX          78217<br>USA |

K20K  5          220478          Please Refer To Invoice Number On All Inquiries

| te 7/22/05 | F.O.B. COLLECT | Via UPSS | Terms 2ND DAY 2ND MO | Our Order No. 02621541 | Invoice Date 9/27/05 | INVOICE NO. 1560409 |
|---|---|---|---|---|---|---|

| stomer Order No. G9012726 | Customer Code 220478 | Loc No. 400 | Terr. 13 | Acknowledged Date 00/00/00 | Date Needed 09/27/05 | B/L Or P.P. No. UPS2425492 | Containers 1 | Weight Lbs. 11 | P. or F. P | Date Shipped 9/27/05 |
|---|---|---|---|---|---|---|---|---|---|---|

| . ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | 26093072 | | 1600 | .1450 | 232.00 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER@956.693.3578 W/IN 30 MIN
OF PICK-UP! MUST ATTACH PS# TEMPLATE TO EACH PLT!
SHIPPER NUMBER: 02425492

o Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   232.00 USD



**CHICAGO RAWHIDE**

An SKF Company

ORIGINAL

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*World's Leading Producer Of Oil Seals*

| SHIP TO | | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM | DELPHI SAGINAW    CISCO: 44391 | |
| 3900 HOLLAND ROAD | % RYDER SAN ANTONIO DDC - | |
| SAGINAW MI          48601-9494 | DIVISIONS DOCK    SAP#: K965/K | |
| | 9440 BALL STREET | |
| | SAN ANTONIO TX          78217 | |
| | USA | |

K24I   5          220478

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02621484 | 9/27/05 | 1560445 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG90I2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 78537 | 1 | 18 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 538006-39 | 26009257 | | 1600 | .2912 | 465.92 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02425434 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   465.92
USD



**CHICAGO RAWHIDE**

An SKF Company

World's Leading Producer Of Oil Seals

ORIGINAL

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI                    48601-9494

SHIP TO

DELPHI SAGINAW      CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK           SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX              78217
USA

K24I   5              220478        Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02621493 | 9/27/05 | 1560446 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 38537 | 1 | 62 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1750 | 538746-39 | 26032987 | | 1750 | .4053 | 709.28 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER9956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425443

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    709.28
USD

ORIGINAL

# CR
## CHICAGO RAWHIDE
an SKF Company

| Mail Checks Payable To: |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*World's Leading Producer Of Oil Seals*

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI              48601-9494

S H I P T O

DELPHI SAGINAW          CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK          SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX              78217
USA

**Please Refer To Invoice Number On All Inquiries**

K24I  5          220478

| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02621538 | 9/27/05 | | 1560449 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 68537 | 1 | 46 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2000 | 536378-39 | 26091536 | | 2000 | .6400 | 1,280.00 |

CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES
SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO
FAX B/L&PKG SLIP TO RYDER2956.693.3378 W/IN 30 MIN
OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]
SHIPPER NUMBER: 02425489

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,280.00
USD

ORIGINAL

# CR

**HICAGO
AWHIDE**

**h SKF Company**

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'rld's Leading Producer Of Oil Seals*

| | SHIP TO | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494 | | DELPHI SAGINAW      CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK       SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX          78217<br>USA |

| K24I  5 | 220478 | **Please Refer To Invoice Number On All Inquiries** |

| te | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /29/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02624443 | 9/27/05 | 1560451 |

| stomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 59 | P | 9/27/05 |

| . ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1350 | 535555-39 | 26087878 | | 1350 | .5300 | 715.50 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02428508 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          715.50
USD

ORIGINAL



**CHICAGO RAWHIDE**

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

A SKF Company

*ld's Leading Producer Of Oil Seals*

| | | S | | |
|---|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM | | H | DELPHI SAGINAW     CISCO: 44391 | |
| 3900 HOLLAND ROAD | | I | % RYDER SAN ANTONIO DDC - | |
| SAGINAW MI | 48601-9494 | P | DIVISIONS DOCK     SAP#: K965/K | |
| | | T | 9440 BALL STREET | |
| | | O | SAN ANTONIO TX     78217 | |
| | | | USA | |

K24I  5        220478        Please Refer To Invoice Number On All Inquiries

| /05/05 | F.O.B. COLLECT | Via CTII | Terms 2ND DAY 2ND MO | Our Order No. 02627500 | Invoice Date 9/27/05 | INVOICE NO. 1560452 |
|---|---|---|---|---|---|---|

| tomer Order No. | Customer Code | Loc No. | Torr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9OI2726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 19 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1302 | 535556-39 | 26080511 | | 1302 | .4100 | 533.82 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER 956.693.3578 W/IN 30 MIN | | | | |
| | | OF PICK-UP]  MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02431611 | | | | |

lo Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Aust Be Reported Within 30 Days.
loods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        533.82
USD

ORIGINAL



**CHICAGO RAWHIDE**

An SKF Company

World's Leading Producer Of Oil Seals

| Mail Checks Payable To: |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI                 48601-9494

**SHIP TO**

DELPHI SAGINAW        CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK        SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX            78217
USA

K24I  5          220478            Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 9/23/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02648246 | 9/27/05 | 1560453 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG9012726 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 28 | P | 9/27/05 |

| Qr. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 538408-39 | 26024831 | | 1000 | .3097 | 309.70 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3578 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02451315 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        309.70
USD



**ORIGINAL**

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

*d's Leading Producer Of Oil Seals*

| | | |
|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI                48501-1550 | S<br>H<br>I<br>P<br>T<br>O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL                     35611<br>02348441 |

K24I   1          783580          **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| /19/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02547493 | 9/27/05 | | **1560458** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/27/05 | 78538 | 1 | 256 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 800 | 535074-39 | 26078899 | | 10800 | .3630 | 3,920.40 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02348441 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 3,920.40

# CR

**CHICAGO RAWHIDE**

**SKF Company**

ORIGINAL

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: **(847) 742-7840**
Telex: 72-2412
FAX: **(847) 742-7845**

*ld's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                    35611

02450820

K24I  1          783580     **Please Refer To Invoice Number On All Inquiries**

| /09/05 | F.O.B. COLLECT | Via CTII | Terms 2ND DAY 2ND MO | Our Order No. 02641385 | Invoice Date 9/27/05 | INVOICE NO. 1560459 |
|---|---|---|---|---|---|---|

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 39012726 | 783583 | 800 | 33 | 00/00/00 | 09/12/05 | 78538 | 1 | 174 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9459 | 535556-39 | 26080511 | 9043 | 10416 | .4100 | 4,270.56 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450820 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 4,270.56**

ORIGINAL



**CHICAGO RAWHIDE**

SKF Company

| | |
|---|---|
| Mail Checks Payable To:<br>**CHICAGO RAWHIDE**<br>P.O. BOX 96605<br>CHICAGO, IL 60693-6605 | Telephone: (847) 742-7840<br>Telex: 72-2412<br>FAX: (847) 742-7845 |

'd's Leading Producer Of Oil Seals

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI   48501-1550 | S H I P T O<br>DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL   35611<br>02449015 |

Please Refer To Invoice Number On All Inquiries

| K24I | 1 | 783580 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645990 | 9/27/05 | **1560460** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/27/05 | 78538 | 1 | 152 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02449015 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 1,431.00



ORIGINAL

**ICAGO WHIDE**
KF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                 48501-1550

S
H
I
P
T
O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI              486 07
02451739

Please Refer To Invoice Number On All Inquiries

| K24I   1 | | 783580 | | | | | |
|---|---|---|---|---|---|---|---|
| **F.O.B.** | | **Via** | **Terms** | | **Our Order No.** | **Invoice Date** | **INVOICE NO.** |
| /26/05 COLLECT | | UPSS | 2ND DAY 2ND MO | | 02648657 | 9/27/05 | 1560485 |

| mer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Data Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 90I2726 | 783579 | 800 | 33 | 00/00/00 | 09/27/05 | UPS2451739 | 1 | 23 | P | 9/27/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 547868-39 | 26113535 | | 600 | .6630 | 397.80 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451739 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          397.80

ORIGINAL

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

**ICAGO
WHIDE**

SKF Company

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI          48501-1550

783580

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI          48607
02451744

**Please Refer To Invoice Number On All Inquiries**

| K24I 1 | | | | | | | | INVOICE NO. 1560486 |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | Via | Terms | | Our Order No. | Invoice Date | | |
| /26/05 | COLLECT | UPSS | 2ND DAY 2ND MO | | 02648662 | 9/27/05 | | |

| mer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/27/05 | UPS2451744 | 2 | 24 | P | 9/27/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 547914-39 | 26114739 | | 600 | .7220 | 433.20 |

ENG PERMIT #62670   SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
BEGIN PULL # /END #
SHIPPER NUMBER: 02451744

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.

**TOTAL AMOUNT DUE ▶     433.20**

ORIGINAL

**CHICAGO RAWHIDE**

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

· SKF Company

ld's Leading Producer Of Oil Seals

| SHIP TO | | |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND ROAD
SAGINAW MI          48601-9494

DELPHI SAGINAW     CISCO: 44391
% RYDER SAN ANTONIO DDC -
DIVISIONS DOCK     SAP#: K965/K
9440 BALL STREET
SAN ANTONIO TX          78217
USA

Please Refer To Invoice Number On All Inquiries

| K2EV 5 | | 220478 | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | Via | Terms | | Our Order No. | Invoice Date | | 1560567 |
| /12/05 COLLECT | | UPSS | 2ND DAY 2ND MO | | 02630431 | 9/27/05 | | |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 220478 | 010 | I3 | 00/00/00 | 09/27/05 | 52681248 | 1 | 14 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1900 | 453675-00 | 26032988 | | 1900 | .0710 | 134.90 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RING INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER 956.693.3578 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02434655 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 134.90 USD

ORIGINAL

# CR
**CHICAGO RAWHIDE**
A **SKF** Company

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'ld's Leading Producer Of Oil Seals*

| | SHIP TO | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI          48601-9494 | | DELPHI SAGINAW       CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK        SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX        78217<br>USA |

**Please Refer To Invoice Number On All Inquiries**

| K2EV   5 | | 220478 | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | F.O.B. | Via | Terms | | | 02648248 | 9/27/05 | 1560572 |
| /23/05 COLLECT | | UPSS | 2ND DAY 2ND MO | | | | | Date Shipped |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G90I2726 | 220478 | 010 | I3 | 00/00/00 | 09/27/05 | 53659440 | 1 | 6 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 26024832 | | 1000 | .0750 | 75.00 |
| 1000 | 453673-00 | | | | | |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02451317 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶  75.00
USD

**CR**

**CHICAGO RAWHIDE**

An SKF Company

ORIGINAL

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*...ld's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 |

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                48607
02432729

**Please Refer To Invoice Number On All Inquiries**

| K24A  1 | | | 783580 | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | 02628579 | 9/28/05 | 1560729 |
| /09/05 | COLLECT | | UPSS | | 2ND DAY 2ND MO | | | | |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 783579 | 800 | 33 | 00/00/00 | 09/28/05 | UPS2432729 | 4 | 89 | P | 9/28/05 |

| ...ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3200 | 536885-39 | 26089211 | | 3200 | .4250 | 1,360.00 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02432729 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
...in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 1,360.00**

ORIGINAL



**CHICAGO RAWHIDE**

An SKF Company

ld's Leading Producer Of Oil Seals

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S
H
I
P
T
O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                    35611
02450277

**Please Refer To Invoice Number On All Inquiries**

| K24B 1 | | | 783580 | | | | | |
|---|---|---|---|---|---|---|---|---|

| | F.O.B. | | Via | | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| /21/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | 02647238 | 9/28/05 | 1560783 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| ;9012726 | 783583 | 800 | 33 | 00/00/00 | 09/22/05 | 768546 | 1 | 18 | P | 9/28/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ,302 | 535556-39 | 26080511 | | 1302 | .4100 | 533.82 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450277 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ist Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶         533.82

ORIGINAL

# CR

**CHICAGO RAWHIDE**

SKF Company

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

Id's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S
H
I
P
T
O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL              35611

02450633

**Please Refer To Invoice Number On All Inquiries**

| K24B  1 | | | 783580 | | | | | | | **INVOICE NO.** |
|---|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | | 1560784 |
| /22/05 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02647578 | 9/28/05 | | |

| omer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | | 783583 | 800 | 33 | 00/00/00 | 09/23/05 | 78546 | 2 | 37 | P | 9/28/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2604 | 535556-39 | 26080511 | | 2604 | .4100 | 1,067.64 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02450633 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,067.64

ORIGINAL



**CHICAGO RAWHIDE**

**BKF Company**

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847) 742-7840**
Telex: 72-2412
FAX: **(847) 742-7845**

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI          48501-1550

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL    35611
02452273

**Please Refer To Invoice Number On All Inquiries**

| K24B 1 | | 783580 | | | | | | | INVOICE NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **F.O.B.** | | | **Via** | **Terms** | | **Our Order No.** | **Invoice Date** | | **1560786** |
| /27/05 COLLECT | | | CTII | 2ND DAY 2ND MO | | 02649174 | 9/28/05 | | **Date Shipped** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | 9/28/05 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/28/05 | 78546 | 1 | 502 | P | |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 200 | 538213-60 | 26019288 | | 10200 | .4767 | 4,862.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02452273 | | | | |

% Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 4,862.34**



**ORIGINAL**

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

**ICAGO
WHIDE**
iKF Company

*'s Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550        48501-1550
FLINT MI

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL          35611
02452276

Please Refer To Invoice Number On All Inquiries

| K209 | 1 | 783580 | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | 1560858 |
| 27/05 COLLECT | | BAXS | 2ND DAY 2ND MO | 02649177 | 9/28/05 | Date Shipped |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P or F. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 09/28/05 | 67109883 | 2 | 28 | P | 9/28/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02452276 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶   330.00**



ORIGINAL

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

CHICAGO
RAWHIDE

SKF Company

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

'd's Leading Producer Of Oil Seals

| | SHIP TO | |
|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI        48501-1550 | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI             48607<br>02448984 | |

K23R  1              783580        **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645959 | 9/29/05 | 1560896 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 90I2726 | 783580 | 800 | 33 | 00/00/00 | 09/27/05 | 78564 | 1 | 878 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ,400 | 534207-39 | 26043760 | | 38400 | .2980 | 11,443.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02448984 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 11,443.20

ORIGINAL

**CR**
**CHICAGO RAWHIDE**
▶ SKF Company

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

'd's Leading Producer Of Oil Seals

| | | | | |
|---|---|---|---|---|
| ACG SAGINAW DIV | | S H I P T O | DELPHI SAGINAW | |
| ACCTS PAYABLE | | | LIMESTONE CTY PLT 21 | |
| PO BOX 1550 | | | 6275 US HWY 31 S | |
| FLINT MI | 48501-1550 | | ATHENS AL | 35611 |
| | | | 02449010 | |

K23T  1          783580        **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645985 | 9/29/05 | 1560897 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/29/05 | 68557 | 1 | 260 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0800 | 535074-39 | 26078899 | | 10800 | .3630 | 3,920.40 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02449010 | | | | |

o Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 3,920.40

ORIGINAL



CAGO
WHIDE
KF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

I's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                 35611
02451098

**Please Refer To Invoice Number On All Inquiries**

K23T   1              783580

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 23/05 COLLECT | | CTII | 2ND DAY 2ND MO | 02648035 | 9/29/05 | 1560898 |

| mer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/26/05 | 78557 | 1 | 18 | P | 9/29/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 604 | 535556-39 | 26080511 | 1302 | 1302 | .4100 | 533.82 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02451098 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   533.82



ORIGINAL

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ld's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL              35611
02452275

**Please Refer To Invoice Number On All Inquiries**

K23T  1        783580

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /27/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02649176 | 9/29/05 | 1560899 |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 69012726 | 783583 | 800 | 33 | 00/00/00 | 09/28/05 | 78557 | 1 | 146 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2700 | 535555-39 | 26087878 | | 2700 | .5300 | 1,431.00 |

SUPPLIER CODE 254508 (PERMIT 15103)
BEGIN PULL # /END #
SHIPPER NUMBER: 02452275

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 1,431.00

ORIGINAL



**CHICAGO RAWHIDE**

SKF Company

ld's Leading Producer Of Oil Seals

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

S H I P T O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                48607
02432731

**Please Refer To Invoice Number On All Inquiries**

| K23T 1 | | | 783580 | | | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F.O.B. | | Via | Terms | | Our Order No. | Invoice Date | | | | 1560903 |
| /09/05 | COLLECT | | YFSY | 2ND DAY 2ND MO | | 02628581 | 9/29/05 | | | | |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/29/05 | 78558 | 1 | 214 | P | 9/29/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 120 | 547895-39 | 26114309 | | 3150 | .5090 | 1,603.35 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02432731 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
s Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 1,603.35**

ORIGINAL


**CHICAGO RAWHIDE**
*An SKF Company*

*World's Leading Producer Of Oil Seals*

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI

48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI          48607

02453022

**Please Refer To Invoice Number On All Inquiries**

| K23T  1 | | | 783580 | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| F.O.B. | | Via | Terms | | | Our Order No. | Invoice Date | | 1560923 |
| 28/05 COLLECT | | UPSS | 2ND DAY 2ND MO | | | 02649911 | 9/29/05 | | |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 09/29/05 | UPS2453022 | 3 | 36 | P | 9/29/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 900 | 547914-39 | 26114739 | | 900 | .7220 | 649.80 |
| | | ENG PERMIT #62670   SUPPLIER CODE 264508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453022 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**     649.80

ORIGINAL



| | | | |

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ICAGO
WHIDE
KF Company

's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

SHIP TO

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                35611
02453025

Please Refer To Invoice Number On All Inquiries

| K20B 1 | 783580 | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| F.O.B. | Via | Terms | | 02649914 | 9/29/05 | 1561055 |
| 28/05 COLLECT | BAXS | 2ND DAY 2ND MO | | | | Date Shipped |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | 9/29/05 |
|---|---|---|---|---|---|---|---|---|---|---|
| 012726 | 783583 | 400 | 33 | 00/00/00 | 09/29/05 | 87109872 | 2 | 28 | P | |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453025 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
es Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE▶**   330.00



ORIGINAL

**Mail Checks Payable To:**
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

SKF Company

'ld's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI          48501-1550

SHIP TO:
DELPHI S PLANT 3 PUMPS
3900 EAST HOLLAND RD
SAGINAW MI          48607
02448985

Please Refer To Invoice Number On All Inquiries

K240   1          783580

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645960 | 9/30/05 | 1561125 |

| tomer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| G9012726 | 783580 | 800 | 33 | 00/00/00 | 09/28/05 | 78573 | 1 | 594 | P | 9/30/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4000 | 534207-39 | 26043760 | | 24000 | .2980 | 7,152.00 |

SUPPLIER CODE 005105598
CISCO CODE 44023
BEGIN PULL # /END #
SHIPPER NUMBER: 02448985

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
oods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 7,152.00**



ORIGINAL

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

CAGO
WHIDE
KF Company

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550          48501-1550
FLINT MI

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL          35611
02453427

Please Refer To Invoice Number On All Inquiries

K240  1      783580          INVOICE NO. 1561127

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 29/05 COLLECT | | CTII | 2ND DAY 2ND MO | 02650291 | 9/30/05 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 012726 | 783583 | 800 | 33 | 00/00/00 | 09/30/05 | 9562 | 1 | 506 | P | 9/30/05 |

| DERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 200 | 538213-60 | 26019288 | | 10200 | .4767 | 4,862.34 |

SUPPLIER CODE 254508 (PERMIT 15103)
BEGIN PULL # /END #
SHIPPER NUMBER: 02453427

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Be Reported Within 30 Days.
Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 4,862.34**

ORIGINAL

**:R**
**ICAGO**
**WHIDE**
SKF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

d's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI            48501-1550

S H I P T O

DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL            35611

02453429

**Please Refer To Invoice Number On All Inquiries**

K240  1        783580

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /29/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02650293 | 9/30/05 | 1561128 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 09/30/05 | 79562 | 1 | 268 | P | 9/30/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5400 | 535555-39 | 26087878 | | 5400 | .5300 | 2,862.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453429 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 2,862.00**

ORIGINAL



**CICAGO WHIDE**

*KF Company*

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

| | | |
|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S H I P T O   DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S    356 11<br>ATHENS AL<br>02453430 |

K209  1            783580      **Please Refer To Invoice Number On All Inquiries**

INVOICE NO. **1561231**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /29/05 | COLLECT | BAXS | 2ND DAY 2ND MO | 02650294 | 9/30/05 | 1561231 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 09/30/05 | 87109850 | 2 | 16 | P | 9/30/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | 1394 | 1606 | .1100 | 176.66 |
| | | SUPPLIER CODE 254508 (PERMIT 15103)<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02453430 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶        176.66

ORIGINAL

**R**
**ICAGO**
**WHIDE**
SKF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*d's Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI              48607
02453834

Please Refer To Invoice Number On All Inquiries

K22W  1                 783580

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|--------|-----|-------|---------------|--------------|-------------|
| '30/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02650683 | 10/03/05 | 1561470 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 800 | 33 | 00/00/00 | 10/03/05 | UPS2453834 | 1 | 23 | P | 10/03/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 547868-39 | 26113535 | | 600 | .6630 | 397.80 |

ENG PERMIT #62670   SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
BEGIN PULL # /END #
SHIPPER NUMBER: 02453834

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**         397.80

ORIGINAL



**ICAGO WHIDE**
>KF Company

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*J's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI           48501-1550 | **S H I P T O**  DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL           356 11<br>02453837 |

Please Refer To Invoice Number On All Inquiries

| K22T   1 | 783580 | | INVOICE NO. 1 561474 |
|---|---|---|---|

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| '30/05 COLLECT | UPSS | 2ND DAY 2ND MO | 02650686 | 1 0/03/05 | 1 561474 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 800 | 33 | 00/00/00 | 10/03/05 | UPS2453837 | 5 | 100 | P | 1 0/03/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 250 | 535555-39 | 26087878 | | 2250 | .5300 | 1,192.50 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453837 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
rst Be Reported Within 30 Days.
sds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,192.50



**ORIGINAL**

**Mail Checks Payable To:**

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'s Leading Producer Of Oil Seals*

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

SHIP TO

DELPHI S PLANT 3 PUMPS
3900 EAST HOLLAND RD
SAGINAW MI                  486 07

02448986

K22T  1          783580          **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 19/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02645961 | 10/03/05 | 1561477 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783580 | 800 | 33 | 00/00/00 | 09/29/05 | 78581 | 1 | 998 | P | 10/03/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 200 | 534207-39 | 26043760 | | 42000 | .2980 | 12,516.00 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02448986 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 12,516.00

ORIGINAL

# R
**ICAGO**
**WHIDE**
KF Company

Mail Checks Payable To:
**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*l's Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S H I P T O   DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI          48607<br>02454555 |

K23J   1          783580

**Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 03/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02651378 | 10/04/05 | 1561723 |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P or F | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 0012726 | 783579 | 800 | 33 | 00/00/00 | 10/04/05 | UPS2454555 | 3 | 36 | P | 10/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 900 | 547914-39 | 26114739 | | 900 | .7220 | 649.80 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508<br>1 BARCODE ON FRONT, 1 IN POUCH ON SIDE<br>CISCO CODE 44027<br>BEGIN PULL # /END #<br>SHIPPER NUMBER: 02454555 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          649.80



ORIGINAL

**CHICAGO RAWHIDE**

SKF Company

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847) 742-7840**
Telex: **72-2412**
FAX: **(847) 742-7845**

*d's Leading Producer Of Oil Seals*

```
ACG SAGINAW DIV                    S   DELPHI S PLANT 7 R&P GEARS
ACCTS PAYABLE                      H   3900 EAST HOLLAND RD
PO BOX 1550                        I   SAGINAW MI           48607
FLINT MI            48501-1550     P
                                   T   02454546
                                   O
```

| K2AX | 1 | 783580 | Please Refer To Invoice Number On All Inquiries | | | |
|---|---|---|---|---|---|---|

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /03/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02651369 | 10/04/05 | **1561787** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783579 | 400 | 33 | 00/00/00 | 10/04/05 | UPS2454546 | 4 | 112 | P | 10/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 800 | 536375-39 | 26092767 | | 2800 | .7200 | 2,016.00 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02454546 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
st Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 2,016.00**



**ORIGINAL**

**CHICAGO RAWHIDE**

An SKF Company

d's Leading Producer Of Oil Seals

Mail Checks Payable To:

**CHICAGO RAWHIDE**

P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

```
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550                48501-1550
FLINT MI
```

SHIP TO

```
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL              35611
      02453838
```

**Please Refer To Invoice Number On All Inquiries**

K2AX  1          783580

| F.O.B. | | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| /30/05 COLLECT | | BAXS | 2ND DAY 2ND MO | 02650687 | 10/04/05 | **1561865** |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| :9012726 | 783583 | 400 | 33 | 00/00/00 | 10/03/05 | 67109861 | 4 | 56 | P | 10/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| :000 | 454039-75 | 26087879 | | 6000 | .1100 | 660.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02453838 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
ust Be Reported Within 30 Days.
ods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        660.00

ORIGINAL

**R**

ICAGO
WHIDE

KF Company

| Mail Checks Payable To: |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

*'s Leading Producer Of Oil Seals*

| | |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550 48501-1550<br>FLINT MI | S H I P T O   DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL        35611<br>02454069 |

K239  1              783580

**Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 29/05 | COLLECT | BNAF | 2ND DAY 2ND MO | 02650294 | 10/04/05 | 1561906 |

| mer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 012726 | | 783583 | 400 | 33 | 00/00/00 | 09/30/05 | X687109861 | 1 | 12 | P | 10/04/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | 1606 | 1394 | .1100 | 153.34 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02454069 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Be Reported Within 30 Days.
Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      153.34



**ORIGINAL**

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

CAGO
WHIDE
F Company

's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                    48501-1550

S
H
I
P
T
O

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI                    48607
02455182

X22D  1            783580        **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| --- | --- | --- | --- | --- | --- | --- |
| 04/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02651968 | 10/05/05 | 1 562073 |

| ner Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 012726 | 783579 | 400 | 33 | 00/00/00 | 10/05/05 | UPS2455182 | 5 | 70 | P | 10/05/05 |

| RDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 00 | 454105-75 | 26114310 | | 6000 | .0714 | 428.40 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455182 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
t Be Reported Within 30 Days. Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶        428.40

ORIGINAL



**ICAGO**
**WHIDE**

*KF Company*

| Mail Checks Payable To: |
|---|
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: **(847)** 742-7840
Telex: 72-2412
FAX: **(847)** 742-7845

*d's Leading Producer Of Oil Seals*

| ACG SAGINAW DIV | S | DELPHI SAGINAW |
| ACCTS PAYABLE | H | LIMESTONE CTY PLT 21 |
| PO BOX 1550 | I | 6275 US HWY 31 S |
| FLINT MI    48501-1550 | P | ATHENS AL           35611 |
| | T | |
| | O | 02455187 |

K22D  1        783580        **Please Refer To Invoice Number On All Inquiries**

| | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 04/05 | COLLECT | BAXS | 2ND DAY 2ND MO | 02651973 | 1 0/05/05 | **1562077** |

| mer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/A. Or P.P. No. | Containers | Weight Lbs. | P.er F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9012726 | 783583 | 400 | 33 | 00/00/00 | 10/05/05 | 69502692 | 2 | 28 | P | 1 0/05/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455187 | | | | |

Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
t Be Reported Within 30 Days.
s Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        330.00

ORIGINAL

# CHICAGO RAWHIDE
An SKF Company

| Mail Checks Payable To: |
| --- |
| **CHICAGO RAWHIDE** |
| P.O. BOX 96605 |
| CHICAGO, IL 60693-6605 |

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

World's Leading Producer Of Oil Seals

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

SHIP TO:
DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL                35611
02455812

K22V   1               783580

Please Refer To Invoice Number On All Inquiries

**INVOICE NO.**
1562353

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
| --- | --- | --- | --- | --- | --- |
| 10/05/05 | COLLECT | BAXS | 2ND DAY 2ND MO | 02652573 | 10/06/05 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AG9012726 | 783583 | 400 | 33 | 00/00/00 | 10/06/05 | 687109846 | 2 | 28 | P | 10/06/05 |

| Qty. Ordered | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 3000 | 454039-75 | 26087879 | | 3000 | .1100 | 330.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02455812 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        330.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | | S H I P T O | | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02713604 | | 35611 |
|---|---|---|---|---|---|---|---|---|---|

K266  1              783570      Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 8/06/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02904413 | 12/21/07 | 1699500 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 400 | 33 | 00/00/00 | 12/17/07 | UPS2713604 | 1 | 30 | P | 12/21/07 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 750 | 539166-39 | 26045840 | | 750 | .3910 | 293.25 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02713604 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶   293.25

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL        35611<br>02763228 |
|---|---|---|---|---|

| K21D  1 | | 783570 | Please Refer To Invoice Number On All Inquiries |

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/24/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02952120 | 1/02/08 | 1699737 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | 783573 | 800 | 33 | 00/00/00 | 01/02/08 | 773723 | 1 | 144 | P | 1/02/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3150 | 538746-39 | 26032987 | | 3150 | .4450 | 1,401.75 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | SHIPPER NUMBER: 02763228 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 1,401.75

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI                48501-1550 | S H I P T O | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI                48607<br>02762754 |
|---|---|---|---|

| K21D   1 | | 783570 | Please Refer To Invoice Number On All Inquiries | | |

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/21/07 | COLLECT | CTII | 2ND DAY 2ND MO | 02951688 | 1/02/08 | 1699738 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 33 | 00/00/00 | 01/02/08 | 773728 | 1 | 348 | P | 1/02/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02762754 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶** 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | | 48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL<br>02762755 | | | 35611 |

K21D  1            783570            **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/21/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02951689 | 1/02/08 | 1699790 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/02/08 | UPS2762755 | 1 | 20 | P | 1/02/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 535555-39 | 26087878 | | 450 | .5400 | 243.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02762755 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶   243.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **B I L L T O** | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI    48501-1550 | | | | **S H I P T O** | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI    48607<br>02764271 | | |

K22R  1          783570          **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | | Via | | Terms | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 1/02/08 | COLLECT | | CTII | | 2ND DAY 2ND MO | | 02954470 | 1/03/08 | 1699923 |

| Customer Order No. | | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | | 783570 | 800 | 33 | 00/00/00 | 01/03/08 | 773732 | 1 | 350 | P | 1/03/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02764271 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | SHIP TO | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL 35611<br>02716266 |

K22R  1          783570        Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 8/13/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02906945 | 1/03/08 | 1699936 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/03/08 | UPS2716266 | 1 | 19 | P | 1/03/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1302 | 535556-39 | 26080511 | | 1302 | .4300 | 559.86 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02716266 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE ▶   559.86

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
|---|
| SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755 |



| B I L L T O | ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI          48501-1550 | S H I P T O | DELPHI SAGINAW
LIMESTONE CTY PLT 21
6275 US HWY 31 S
ATHENS AL          35611
02763240 |
|---|---|---|---|

K22R  1          783570          **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/24/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02952132 | 1/03/08 | 1699946 |

| Customer Order No. | Customer Code | Loc. No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/03/08 | UPS2763240 | 2 | 40 | P | 1/03/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 900 | 535555-39 | 26087878 | | 900 | .5400 | 486.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02763240 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          486.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL | 35611 |
|---|---|---|---|---|---|

02763241

K22Z  1          783570     **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/24/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02952133 | 1/04/08 | 1700119 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/04/08 | UPS2763241 | 2 | 40 | P | 1/04/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 900 | 535555-39 | 26087878 | | 900 | .5400 | 486.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02763241 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**      486.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI                48501-1550 | SHIP TO | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL                35611<br>02764046 |
|---|---|---|---|

K22Z  1                    783570        **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12/31/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02954250 | 1/04/08 | 1700120 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/04/08 | LPS2764046 | 1 | 19 | P | 1/04/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1302 | 535556-39 | 26080511 | | 1302 | .4300 | 559.86 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02764046 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**        559.86

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI           48501-1550 | SHIP TO | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL           35611<br>02752923 |
|---|---|---|---|

K209  1                    783570       Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 11/26/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02942145 | 1/04/08 | 1700166 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 400 | 33 | 00/00/00 | 01/04/08 | UPS2752923 | 1 | 14 | P | 1/04/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 454039-75 | 26087879 | | 1500 | .1100 | 165.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02752923 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**           165.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845



| Mail Checks Payable To: |
| --- |
| SKF SEALING SOLUTIONS<br>A UNIT OF SKF USA INC<br>P.O. BOX 536755<br>ATLANTA, GA 30353-6755 |

| B<br>I<br>L<br>L<br>T<br>O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S<br>H<br>I<br>P<br>T<br>O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL 35611<br>02741186 |

K20F  1            783570        Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 10/22/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02930760 | 1/07/08 | 1700287 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/07/08 | UPS2741186 | 2 | 38 | P | 1/07/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2604 | 535556-39 | 26080511 | | 2604 | .4300 | 1,119.72 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02741186 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 1,119.72

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | S H I P T O | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI<br>02765365 | 48607 |

K20F  1                  783570        **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 1/04/08 | COLLECT | CTII | 2ND DAY 2ND MO | 02955673 | 1/07/08 | 1700288 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs | P.ar F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 33 | 00/00/00 | 01/07/08 | 773745 | 1 | 350 | P | 1/07/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14400 | 534207-39 | 26043760 | | 14400 | .3580 | 5,155.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02765365 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 5,155.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
| --- |
| SKF SEALING SOLUTIONS |
| A UNIT OF SKF USA INC |
| P.O. BOX 536755 |
| ATLANTA, GA 30353-6755 |



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | S H I P T O | DELPHI SAGINAW<br>LIMESTONE CTY PLT 21<br>6275 US HWY 31 S<br>ATHENS AL          35611<br>02738892 |
| --- | --- | --- | --- |

K20F  1          783570        **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| --- | --- | --- | --- | --- | --- | --- |
| 10/15/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02928558 | 1/07/08 | 1700328 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SAG90I2726 | 783573 | 800 | 33 | 00/00/00 | 01/07/08 | UPS2738892 | 1 | 20 | P | 1/07/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 450 | 535555-39 | 26087878 | | 450 | .5400 | 243.00 |
| | | SUPPLIER CODE 254508 (PERMIT 15103) | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02738892 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**          243.00