# EXHIBIT B Part 6



# SKF

# SKF USA Inc.

## Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| | |
|---|---|
| **Invoice number** | 0172520 |
| **Invoice Date** | 2/04/08 |
| **SKF Order #** | 08E0019635 |

| **Terms** | **Payment Due On Or Before** | **Customer Number** | **Date of Shipment** | **Ind/Terr Code** |
|---|---|---|---|---|
| Net 30 Prox | 3/30/08 | 11859 | 2/04/08 | 595/200 |

**Supplier No:** 959662784

| S H I P T O | DELPHI ENERGY & CHASSIS<br>GRAND RAPIDS OPERATION<br>2100 BURLINGAME SW DOCK L01<br>GRAND RAPIDS MI<br>49509 |
|---|---|

| B I L L T O | DELPHI CHASSIS SAGINAW-CAR PT<br>2000 FORRER AVE<br>DAYTON OH<br>45401 |
|---|---|

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Please include Invoice Number 0172520 with your remittance**

| **Customer Order Number** | **Customer Order Date** | **Carrier** | | | **B/L Number** | **Salesperson** |
|---|---|---|---|---|---|---|
| 450588838 | 2/04/08 | SPECIAL CARRIER-PICKUP | | | | BE RACING |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001 | DELPHI P.O. # 450588838<br>DELPHI P/N: 80022996<br>SKF P/N: 3200A 2RS1 TN9 MT33<br>QTY: 6<br>UNIT PRICE: $24.56 | Sample Charge | | | 1 | 147.36 | 147.36 |

| **Customer Service Contact** | **Telephone #** | **Pro Number** | **Pay This Amount** |
|---|---|---|---|
| Tracy Hankins | 734-414-6831 | | 147.36 |

# SKF

# Invoice

**SKF USA Inc.**

**S H I P T O**
SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**B I L L T O**
DELPHI CHASSIS SAGINAW-CAR PT
2000 FORRER AVE
DAYTON OH
45401

DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**Supplier No:** 959662784

| Terms | Payment Due On Or Before | Invoice Date | Customer Number | Invoice number | Ind/Terr Code | SKF Order # |
|---|---|---|---|---|---|---|
| Net 30 Prox | 3/01/08 | 1/29/08 | 11859 | 0168250 | 595/200 | 08E001S409 |

**Date of Shipment** 1/29/08

**B/L Number** 001926004

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number 0168250 with your remittance**

**Salesperson** BE RACING

**Customer Order Number** 550076233

**Customer Order Date** 1/28/08

**Carrier** CUSTOMER PICKUP-DOMESTIC

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A 18090907 | BAR-5037 A | TRANSPORT PACKAGE NOS. 869705256 | ITA | CVL | 120 | 78.39 | 9,406.80 |

**Customer Service Contact**
Tracy Hankins

**Telephone #**
734-414-6831

**Pro Number**
NO PRO

**Pay This Amount**
9,406.80

Page: 1

# SKF

**SKF USA Inc.**

## Invoice

| | |
|---|---|
| **Invoice Date** 1/03/08 | **Invoice number** 0147969 |
| | **SKF Order #** 07E011T383 |

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Terms** Net 30 Prox

**Payment Due On Or Before** 3/01/08

**Supplier No:** 959662784

| **Customer Number** 11876 | **Date of Shipment** 1/03/08 | **Ind/Terr Code** 561/200 |
|---|---|---|

**SHIP TO**
US AEROTEAM INC
1 EDMUND ST
DAYTON OH
45404

**BILL TO**
DELPHI ENERGY & CHASSIS SYS
POST PETITION
PO BOX 1042
DAYTON OH
45404

**REMIT TO**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

Please include Invoice Number
0147969 with your remittance

| **Customer Order Number** 550168745 | **Customer Order Date** 7/31/07 | **Carrier** CUSTOMER PICKUP-DOMESTIC | **B/L Number** 00191 4204 | **Salesperson** BE NAM CC OTHER |
|---|---|---|---|---|

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0029A | 18083733 | BTD-1202 B | ESP | CVL | 552 | 52.08 | 28,748.16 |
| 2/0029B | 18083733 | BTD-1202 B | ESP | CVL | 920 | 52.08 | 47,913.60 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869624307 - 869624322 | | | | | |

| **Customer Service Contact** Judith A Kilian | **Telephone #** 734-414-6861 | **Pro Number** NO PRO | **Pay This Amount** 76,661.76 |
|---|---|---|---|

Page: 1

# SKF

# Invoice

SKF USA Inc.

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| | | |
|---|---|---|
| S | H | US AEROTEAM INC |
| H | I | |
| I | P | 1 EDMUND ST |
| T | T | DAYTON OH |
| O | O | 45404 |

| | | |
|---|---|---|
| B | I | DELPHI ENERGY & CHASSIS SYS |
| I | L | POST PETITION |
| L | L | PO BOX 1042 |
| T | T | DAYTON OH |
| O | O | 45404 |

| | | |
|---|---|---|
| R | E | SKF USA Inc |
| E | M | P O Box 643837 |
| M | I | Pittsburgh, PA |
| I | T | |
| T | T | 15264-3837 |
| O | O | |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Supplier No:** 959662784

**Invoice Date**
1/10/08

**Customer Number**
11876

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
0153462

**Date of Shipment**
1/10/08

**B/L Number**
00191/546

**SKF Order #**
07E017383

**Ind/Terr Code**
561/200

Please include Invoice Number
0153462 with your remittance

**Customer Order Number**
550168745

**Customer Order Date**
7/31/07

**Salesperson**
BE NAM CC OTHER

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0023A | 18083733 | BTD-1202 B | ESP | CVL | 92 | 52.08 | 4,791.36 |
| 2/0023B | 18083733 | BTD-1202 B | ESP | CVL | 1,380 | 52.08 | 71,870.40 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869647245 - 869647260 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

Page:  1

# SKF

## SKF USA Inc.

## Invoice

| | |
|---|---|
| **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

| | |
|---|---|
| **S**<br>**O**<br>**T**<br>**O** | US AEROTEAM INC<br><br>1 EDMUND ST<br>DAYTON OH<br>45404 |

| **Terms** | **Supplier No:** 95966Z784 |
|---|---|
| Net 30 Prox | |

**Payment Due On Or Before**  3/01/08

| **Invoice Date** | **Invoice number** | **SKF Order #** |
|---|---|---|
| 1/17/08 | 0159436 | 07E0117383 |

| **Customer Number** | **Date of Shipment** | **Ind/Terr Code** |
|---|---|---|
| 11876 | 1/17/08 | 561/200 |

| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | DELPHI ENERGY & CHASSIS SYS<br>POST PETITION<br>PO BOX 1042<br>DAYTON OH<br>45404 |
|---|---|

| **R**<br>**E**<br>**M**<br>**I**<br>**T**<br>**O** | Please include Invoice Number<br>0159436 with your remittance<br><br>SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

| **Customer Order Number** | **Customer Order Date** | **Carrier** | **B/L Number** | **Salesperson** |
|---|---|---|---|---|
| 550168745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001920922 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0024A | 18083733 | BTD-1202 B<br><br>TRANSPORT PACKAGE NOS.<br>86966852B - 86966B543 | ESP | CVL | 1,472 | 52.08 | 76,661.76 |

| **Customer Service Contact** | **Telephone #** | **Pro Number** | **Pay This Amount** |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

Page: 1

# SKF

## Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | US AEROTEAM INC<br>1 EDMUND ST<br>DAYTON OH<br>45404 |
|---|---|

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Supplier No:** 959662784

| B I L L T O | DELPHI ENERGY & CHASSIS SYS<br>POST PETITION<br>PO BOX 1042<br>DAYTON OH<br>45404 |
|---|---|

**Invoice Date**
1/25/08

**Customer Number**
11876

**Invoice number**
0166143

**Date of Shipment**
1/25/08

**SKF Order #**
07E0117383

**Ind/Terr Code**
561/200

**Please include Invoice Number 0166143 with your remittance**

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Salesperson |
|---|---|---|---|---|
| 55016B745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001924467 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0039A | 18083733 | BTD-1202 B | ESP | CVL | 1,196 | 52.08 | 62,287.68 |
| 2/0039B | 18083733 | BTD-1202 B | ESP | CVL | 276 | 52.08 | 14,374.08 |
| | | TRANSPORT PACKAGE NOS.<br>869693002 - 869693017 | | | | | |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
76,661.76

Page: 1

# SKF

# SKF USA Inc.

## Invoice

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| | |
|---|---|
| S | |
| H | US AEROTEAM INC |
| I | |
| P | 1 EDMUND ST |
| T | DAYTON OH |
| O | 45404 |

| | |
|---|---|
| B | DELPHI ENERGY & CHASSIS SYS |
| I | POST PETITION |
| L | PO BOX 1042 |
| T | DAYTON OH |
| O | 45404 |

| **Terms** | **Supplier No:** 9596662784 |
|---|---|
| Net 30 Prox | |

| **Payment Due On Or Before** | **Invoice Date** | **Invoice number** | **SKF Order #** |
|---|---|---|---|
| 3/30/08 | 2/01/08 | 0172086 | 07E0117383 |

| **Customer Number** | **Date of Shipment** | **Ind/Terr Code** |
|---|---|---|
| 11876 | 2/01/08 | 561/200 |

| **Customer Order Number** | **Customer Order Date** | **Carrier** | **B/L Number** |
|---|---|---|---|
| 5501687745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001928038 |

| | |
|---|---|
| R | SKF USA Inc |
| E | P O Box 643837 |
| M | Pittsburgh, PA |
| I | 15264-3837 |
| T | |
| O | |

**Please include Invoice Number 0172086 with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson BE NAM CC OTHER | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0040A | 18083733 | BTD-1202 B | ESP | CVL | 1,472 | 52.08 | | 76,661.76 |
| | | TRANSPORT PACKAGE NOS. | | | | | | |
| | | 869718705 - 869718720 | | | | | | |

| **Customer Service Contact** | **Telephone #** | **Pro Number** | **Pay This Amount** |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

Page: 1

# SKF

**SKF USA Inc.**

## Invoice

| | |
|---|---|
| **S H I P** | SKF Industrial Division |
| | 1510 Gehman Road |
| | Kulpsville, PA |
| | 19443 |
| **S O L D** | DELPHI ENERGY & CHASSIS |
| **T O** | 2328 E GENESEE AVE |
| | SAGINAW MI |
| | 48601 |

| **B I L L** | DELPHI CHASSIS SAGINAW |
| | POST PETITION |
| **T O** | DO NOT MAIL INVOICE |
| | KULPSVILLE PA |
| | 19443 |

| **R E M I T** | SKF USA Inc |
| | P O Box 643837 |
| **T O** | Pittsburgh, PA |
| | 15264-3837 |

**Terms**
Net 30 Prox

**Supplier No:** 959662784

**Payment Due On Or Before**
1/30/08

**Invoice Date**
12/27/07

**Customer Number**
118/4

**Carrier**
STS (Speci1 Trans SVS) Co

**Date of Shipment**
12/27/07

**Invoice number**
0144100

**SKF Order #**
07E0197197

**Ind/Terr Code**
561/200

**B/L Number**
00191175

Please include Invoice Number
0144100 with your remittance

**Customer Order Number**
550168748

**Customer Order Date**
12/27/07

**Salesperson**
BE NAM CC OTHER

| Line | Customer Designation | Customer Number | Product Description | COM | WareH ID | Quantity | Unit Price | Pay This Amount | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1/0001A | 18083732 | | BTD-1200 E | ESP | CVL | 184 | 52.50 | | 9,660.00 |
| | | | TRANSPORT PACKAGE NOS. | | | | | | |
| | | | 869606493 - 869606494 | | | | | | |
| | | | | | | | | | 9,660.00 |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6661

**Pro Number**
NO PRO

Page: 1

# Invoice

**SKF**

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

**Supplier No:** 959662784

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

**Terms**
Net 30 Prox

**Payment Due On Or Before**
1/30/08

**Customer Number**
11874

**Invoice Date**
12/31/07

**Invoice number**
0146083

**Date of Shipment**
12/27/07

**Ind/Ter Code**
561/200

**SKF Order #**
07E0195851

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Please include Invoice Number**
0146083 with your remittance

**Salesperson**
BE NAM CC OTHER

**Customer Order Number**
0550168748

**Customer Order Date**
12/21/07

**Carrier**
STS (Specl Trans SVS)

**B/L Number**
00191Z175

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A<br>2/0001B | 18083732<br>18083732 | BTD-1200 E<br>BTD-1200 E<br>TRANSPORT PACKAGE NOS.<br>869606484 - 869606492 | ESP<br>ESP | CVL<br>CVL | 736<br>92 | 52.50<br>52.50 | 38,640.00<br>4,830.00 |

**Customer Service Contact**
Judith A Killan

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
43,470.00

Page: 1

# SKF

# Invoice

SKF USA Inc.

S H I P   T O
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Supplier No:** 959662784

B I L L   T O
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

| Terms | Payment Due On Or Before | Customer Number | Invoice Date | Invoice number | SKF Order # |
|---|---|---|---|---|---|
| Net 30 Prox | 1/30/08 | 11874 | 12/31/07 | 0146084 | 07E0197926 |

| Customer Order Number | Customer Order Date | Carrier | Date of Shipment | Ind/Terr Code |
|---|---|---|---|---|
| 550168748 | 12/31/07 | COLINX CRITICAL | 12/31/07 | 561/200 |

**B/L Number**
00191336

R E M I T   T O
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

Please include Invoice Number
0146084 with your remittance

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0001A | | BTD-1200 AD | MEX | CVL | 184 | 53.50 | BE NAM CC OTHER | 9,844.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | | |
| | | 869616904 - 869616905 | | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 9,844.00 |

# SKF

## SKF USA Inc.

## Invoice

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

| **Customer Order Number**<br>0550168748 | | | **Supplier No:** 959662784 |
|---|---|---|---|

| **B I L L T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| **Terms**<br>Net 30 Prox | **Customer Order Date**<br>11/02/07 |
|---|---|

| **Payment Due On Or Before**<br>3/01/08 | |

| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| **Invoice Date**<br>1/02/08 | **Customer Number**<br>11874 |
|---|---|

| **Carrier**<br>CUSTOMER PICKUP-DOMESTIC | |

| **Invoice number**<br>0146895 | **Date of Shipment**<br>1/02/08 |
|---|---|

| **B/L Number**<br>00191377 | |

| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

| **SKF Order #**<br>07E0169991 | **Ind/Terr Code**<br>561/200 |
|---|---|

**Please include Invoice Number 0146895 with your remittance**

| **Salesperson** |
|---|
| OPEN VISOVATTI |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0044A | 18083732 | BTD-1200 E | ESP | CVL | 184 | 52.50 | 9,660.00 |
| 2/0044B | 18083732 | BTD-1200 E | ESP | CVL | 1,288 | 52.50 | 67,620.00 |
| | | TRANSPORT PACKAGE NOS.<br>869621415 - 869621430 | | | | | |

| **Customer Service Contact**<br>Judith A Kilian | **Telephone #**<br>734-414-6861 | **Pro Number**<br>NO PRO | **Pay This Amount**<br>77,280.00 |
|---|---|---|---|

# SKF

## SKF USA Inc.

## Invoice

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |
| **S O L D T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

**Supplier No:** 959662784

| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

| **Invoice Date** | **Customer Number** | **Date of Shipment** |
|---|---|---|
| 1/03/08 | 11874 | 1/03/08 |

| **Invoice number** | **Ind/Terr Code** |
|---|---|
| 0147967 | 561/200 |

**SKF Order #** 07E0169991

**B/L Number** 001914309

**Salesperson** OPEN VISOVATTI

**Please include Invoice Number 0147967 with your remittance**

| **Customer Order Number** | **Customer Order Date** | **Carrier** |
|---|---|---|
| 0550168748 | 11/02/07 | CUSTOMER PICKUP-DOMESTIC |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0045A | 18083732 | BTD-1200 E | ESP | CVL | 184 | 52.50 | 9,660.00 |
| 2/0046A | 18083732 | BTD-1200 E | ESP | CVL | 1,012 | 52.50 | 53,130.00 |
| | | TRANSPORT PACKAGE NOS.<br>869625370 - 869625382 | | | | | |

**Terms** Net 30 Prox

**Payment Due On Or Before** 3/01/08

| **Customer Service Contact** | **Telephone #** | **Pro Number** | **Pay This Amount** |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 62,790.00 |

Page: 1

# SKF

# SKF USA Inc.

## Invoice

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

|  |
|---|
| **S O L D T O**<br>DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

| **Terms** | **Invoice Date** | **Invoice number** | **SKF Order #** |
|---|---|---|---|
| Net 30 Prox | 1/07/08 | 0150085 | 07E0169991 |

| **Payment Due On Or Before** | **Supplier No:** 959662784 | **Customer Number** | **Date of Shipment** | **Ind/Terr Code** |
|---|---|---|---|---|
| 3/01/08 | | 11874 | 1/07/08 | 561/200 |

| **Customer Order Number** | **Customer Order Date** | **Carrier** | **B/L Number** | **Salesperson** |
|---|---|---|---|---|
| 055016B748 | 11/02/07 | CUSTOMER PICKUP-DOMESTIC | 00191S463 | OPEN VISOVATTI |

**Please include Invoice Number 0150085 with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0011A | 18083732 | BTD-1200 E | ESP | CVL | 1,012 | 52.50 | 53,130.00 |
| 2/0011G | 18083732 | BTD-1200 E | ESP | CVL | 460 | 52.50 | 24,150.00 |
| | | TRANSPORT PACKAGE NOS.<br>869633615 - 869633630 | | | | | |

| **Customer Service Contact** | **Telephone #** | **Pro Number** | **Pay This Amount** |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 77,280.00 |

Page: 1

# SKF

## Invoice

**SKF USA Inc.**

| | |
|---|---|
| **SKF Order #** | 07E0169991 |
| **Ind/Terr Code** | 561/200 |
| **Invoice number** | 0152341 |
| **Invoice Date** | 1/09/08 |

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Supplier No:** 959662784

```
S   DELPHI ENERGY & CHASSIS
H
I   2328 E GENESEE AVE
P   SAGINAW MI
T   48601
O
```

```
B   DELPHI CHASSIS SAGINAW
I   POST PETITION
L   DO NOT MAIL INVOICE
L   KULPSVILLE PA
T   19443
O
```

```
R   SKF USA Inc
E   P O Box 643837
M
I   Pittsburgh, PA
T
T   15264-3837
O
```

| Terms | Payment Due On Or Before | Customer Number | Date of Shipment | |
|---|---|---|---|---|
| Net 30 Prox | 3/01/08 | 11874 | 1/09/08 | |

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Salesperson |
|---|---|---|---|---|
| 0550168748 | 11/02/07 | CUSTOMER PICKUP-DOMESTIC | 001916843 | OPEN VISOVATTI |

**Please include Invoice Number 0152341 with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0011C 18083732 | BTD-1200 E | | ESP | CVL | 736 | 52.50 | 38,640.00 |
| 2/0047A 18083732 | BTD-1200 E | | ESP | CVL | 736 | 52.50 | 38,640.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869641903 | | | | | |
| | | 869641905 | | | | | |
| | | 869641907 | | | | | |
| | | 869641909 | | | | | |
| | | 869641911 - 869641922 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 77,280.00 |

Page: 1

# SKF

## Invoice

# SKF USA Inc.

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

| **Terms**<br>Net 30 Prox | **Invoice Date**<br>1/14/08 | **Invoice number**<br>0155919 |
|---|---|---|

| **Payment Due On Or Before**<br>3/01/08 | | |

**Supplier No:** 959662784

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| **Customer Number**<br>11874 | **Date of Shipment**<br>1/14/08 | **Ind/Terr Code**<br>561/200 |
|---|---|---|

| **SKF Order #**<br>07E0169991 | | |

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Please include Invoice Number 0155919 with your remittance**

| **Customer Order Number**<br>055016748 | **Customer Order Date**<br>11/02/07 | **Carrier**<br>CUSTOMER PICKUP-DOMESTIC | **B/L Number**<br>00191897 |
|---|---|---|---|

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson<br>OPEN VISOVATTI<br>Extension |
|---|---|---|---|---|---|---|---|
| 1/0012A | 18083732 | BTD-1200 E<br>TRANSPORT PACKAGE NOS.<br>869656846 - 869656855 | ESP | CVL | 920 | 52.50 | 48,300.00 |

| **Customer Service Contact**<br>Judith A Killan | **Telephone #**<br>734-414-6861 | **Pro Number**<br>NO PRO | **Pay This Amount**<br>48,300.00 |
|---|---|---|---|

Page: 1



# Invoice

**SKF USA Inc.**

**Invoice**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Supplier No: 959662784**

| S | |
|---|---|
| H | |
| I | DELPHI ENERGY & CHASSIS |
| P | |
| T | 2328 E GENESEE AVE |
| O | SAGINAW MI |
|   | 48601 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

| B | |
|---|---|
| I | DELPHI CHASSIS SAGINAW |
| L | POST PETITION |
| L | DO NOT MAIL INVOICE |
| T | KULPSVILLE PA |
| O | 19443 |

**Invoice Date**
1/15/08

**Customer Number**
11874

**Invoice number**
0157107

**Date of Shipment**
1/15/08

**SKF Order #**
07E0169991

**Ind/Terr Code**
561/200

**B/L Number**
001919595

| R | SKF USA Inc |
|---|---|
| E | P O Box 643837 |
| M | |
| I | Pittsburgh, PA |
| T | |
| T | 15264-3837 |
| O | |

**Please include Invoice Number**
0157107 **with your remittance**

**Customer Order Number**
055016B748

**Customer Order Date**
11/02/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Salesperson**
OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|------|---------------------|---------------------|-----|----------|----------|------------|-----------|
| 1/0049A | 18083732 | BTD-1200 E | ESP | CVL | 552 | 52.50 | 28,980.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869660837 - 869660842 | | | | | |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
28,980.00

Page: 1

# SKF

# SKF USA Inc.

## Invoice

| | | | |
|---|---|---|---|
| **Invoice Date** 1/16/08 | **Invoice number** 0158223 | | **SKF Order #** 07E0169991 |

S H I P T O
SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

B I L L T O
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**Terms** Net 30 Prox

**Payment Due On Or Before** 3/01/08

**Supplier No:** 959662784

B I L L T O
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**Customer Number** 11874

**Date of Shipment** 1/16/08

**Ind/Terr Code** 561/200

**Please include Invoice Number 0158223 with your remittance**

R E M I T T O
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Customer Order Number** 055016874S

**Customer Order Date** 11/02/07

**Carrier** CUSTOMER PICKUP-DOMESTIC

**B/L Number** 001920424

**Salesperson** OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0048A | 18083732 | BTD-1200 E
TRANSPORT PACKAGE NOS.
869665456 - 869665460 | ESP | CVL | 460 | 52.50 | 24,150.00 |

**Customer Service Contact** Judith A Kilian

**Telephone #** 734-414-6861

**Pro Number** NO PRO

**Pay This Amount** 24,150.00

# SKF USA Inc.

**SKF**

## Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

**Supplier No:** 959662784

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| Terms | Customer Number | Invoice Date | Invoice number |
|---|---|---|---|
| Net 30 Prox | 11874 | 1/16/08 | 015824 |

**Payment Due On Or Before** 3/01/08

**Date of Shipment** 1/16/08

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Please include Invoice Number 0158224 with your remittance**

**SKF Order #** 08E0008724

**Ind/Terr Code** 561/200

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Salesperson |
|---|---|---|---|---|
| 550168748 | 1/16/08 | CUSTOMER PICKUP-DOMESTIC | 00192D424 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A | | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869665461 - 869665471 | MEX | CVL | 1,012 | 52.50 | 53,130.00 |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 53,130.00 |

Page: 1



SKF

# Invoice

## SKF USA Inc.

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | | B I L L T O |
|---|---|---|
| DELPHI ENERGY & CHASSIS | | DELPHI CHASSIS SAGINAW |
| 2328 E GENESEE AVE | | POST PETITION |
| SAGINAW MI | | DO NOT MAIL INVOICE |
| 48601 | | KULPSVILLE PA |
| | | 19443 |

| R E M I T T O |
|---|
| SKF USA Inc |
| P O Box 643837 |
| Pittsburgh, PA |
| 15264-3837 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Supplier No:** 959662784

**Customer Order Number**
0550168748

**Customer Order Date**
11/02/07

**Carrier**
·CUSTOMER PICKUP-DOMESTIC

**Customer Number**
11874

**Invoice Date**
1/17/08

**B/L Number**
001921084

**Date of Shipment**
1/17/08

**Invoice number**
0159434

**SKF Order #**
07E0169991

**Ind/Ter Code**
561/200

**Salesperson**
OPEN VISOVATTI

Please include Invoice Number
0159434 with your remittance

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0050A | 18083732 | BTD-1200 E | ESP | CVL | 368 | 52.50 | 19,320.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869669903 - 869669906 | | | | | |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
19,320.00

Page:  1



# Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P | T O | | B I L L | T O | | R E M I T | T O |
|---|---|---|---|---|---|---|---|
| DELPHI ENERGY & CHASSIS | | | DELPHI CHASSIS SAGINAW | | | SKF USA Inc | |
| 2328 E GENESEE AVE | | | POST PETITION | | | P O Box 643837 | |
| SAGINAW MI | | | DO NOT MAIL INVOICE | | | Pittsburgh, PA | |
| 48601 | | | KULPSVILLE PA | | | 15264-3837 | |
| | | | 19443 | | | | |

| Terms | Payment Due On Or Before | Supplier No: | Customer Number | Invoice Date | Invoice number | SKF Order # | Ind/Terr Code |
|---|---|---|---|---|---|---|---|
| Net 30 Prox | 3/01/08 | 959662784 | 11874 | 1/17/08 | 015935 | 08E0009201 | 561/200 |

| Customer Order Number | Customer Order Date | Carrier | | | | Date of Shipment | |
|---|---|---|---|---|---|---|---|
| 550168748 | 1/17/08 | CUSTOMER PICKUP-DOMESTIC | | | | 1/17/08 | |

**B/L Number** 001921084

**Please include Invoice Number 015935 with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0001A | BTD-1200 AD | TRANSPORT PACKAGE NOS. 869669907 - 869669918 | MEX | CVL | 1,104 | 52.50 | BE NAM CC OTHER | 57,960.00 |

**Customer Service Contact**
Judith A Kilian

| Telephone # | Pro Number | Pay This Amount |
|---|---|---|
| 734-414-6861 | NO PRO | 57,960.00 |

Page: 1

# SKF

**SKF USA Inc.**

## Invoice

| | Invoice number | SKF Order # |
|---|---|---|
| | 0164193 | 08E001962 |

**S H I P T O**
SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| Terms | Invoice Date | Ind/Terr Code |
|---|---|---|
| Net 30 Prox | 1/23/08 | 561/200 |

**S O L D T O**
DELPHI ENERGY & CHASSIS

2328 E GENESEE AVE
SAGINAW MI
48601

| Payment Due On Or Before | Customer Number | Date of Shipment |
|---|---|---|
| 3/01/08 | 11874 | 1/23/08 |

**Supplier No:** 959662784

**B I L L T O**
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number**
0164193 with your remittance

| Customer Order Number | Customer Order Date | Carrier | | B/L Number | Salesperson |
|---|---|---|---|---|---|
| 550168748 | 1/22/08 | CUSTOMER PICKUP-DOMESTIC | | 001923903 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A | 18083732 | BTD-1200 E<br><br>TRANSPORT PACKAGE NOS.<br>869688107 - 869688122 | ESP | CVL | 1,472 | 52.50 | 77,280.00 |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 77,280.00 |

Page: 1



# SKF

# Invoice

**SKF USA Inc.**

| | |
|---|---|
| **Invoice number** 0165241 | **SKF Order #** 08E0011962 |
| **Invoice Date** 1/24/08 | |
| **Customer Number** 11874 | **Ind/Terr Code** 561/200 |
| **Date of Shipment** 1/24/08 | |
| **B/L Number** 001924434 | **Salesperson** BE NAM CC OTHER |

**SHIP TO:**
SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Terms** Net 30 Prox
**Payment Due On Or Before** 3/01/08
**Supplier No:** 959662784

**SOLD TO:**
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**BILL TO:**
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**Please include Invoice Number**
0165241 with your remittance

**REMIT TO:**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

| **Customer Order Number** 550168748 | **Customer Order Date** 1/22/08 | **Carrier** CUSTOMER PICKUP-DOMESTIC |
|---|---|---|

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0002A | 18083732 | BTD-1200 E | ESP | CVL | 644 | 52.50 | 33,810.00 |
| 2/0003A | 18083732 | BTD-1200 AD | MEX | CVL | 828 | 52.50 | 43,470.00 |
| | | TRANSPORT PACKAGE NOS. 869692520 - 869692535 | | | | | |

| **Customer Service Contact** Judith A Kilian | **Telephone #** 734-414-6861 | **Pro Number** NO PRO | **Pay This Amount** 77,280.00 |
|---|---|---|---|

# SKF

# Invoice

## SKF USA Inc.

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O |
| --- |
| DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| B I L L T O |
| --- |
| DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| R E M I T T O |
| --- |
| SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

| Terms | Supplier No: 959662784 | Invoice Date | Customer Number | Invoice number | SKF Order # |
| --- | --- | --- | --- | --- | --- |
| Net 30 Prox | | 1/28/08 | 11874 | 016T153 | 08E0015318 |

| Payment Due On Or Before | Customer Order Date | | Date of Shipment | Ind/Terr Code |
| --- | --- | --- | --- | --- |
| 3/01/08 | 1/28/08 | | 1/28/08 | 561/200 |

| Customer Order Number | | Carrier | | B/L Number |
| --- | --- | --- | --- | --- |
| 5501687 48 | | CUSTOMER PICKUP-DOMESTIC | | 001925575 |

**Please include Invoice Number 016T153 with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1/0001A | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869701936 - 869701951 | MEX | CVL | 1,472 | 52.50 | BE NAM CC OTHER | 77,280.00 |

| Customer Service Contact | Telephone # | Pro Number | | Pay This Amount |
| --- | --- | --- | --- | --- |
| Judith A Kilian | 734-414-6861 | NO PRO | | 77,280.00 |

# SKF

# Invoice

## SKF USA Inc.

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| | | |
|---|---|---|
| S | | DELPHI ENERGY & CHASSIS |
| H | | 2328 E GENESEE AVE |
| I | | SAGINAW MI |
| P | | 48601 |
| T | | |
| O | | |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Supplier No:** 959662784

| | | |
|---|---|---|
| B | | DELPHI CHASSIS SAGINAW |
| I | | POST PETITION |
| L | | DO NOT MAIL INVOICE |
| L | | KULPSVILLE PA |
| T | | 19443 |
| O | | |

**Invoice Date**
1/30/08

**Customer Number**
11874

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
0169429

**Date of Shipment**
1/30/08

**B/L Number**
00192670A

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

| | |
|---|---|
| R | SKF USA Inc |
| E | P O Box 643837 |
| M | Pittsburgh, PA |
| I | 15264-3837 |
| T | |
| O | |

**Please include Invoice Number
0169429 with your remittance**

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0002A | 18083732 | BTD-1200 AD | MEX | CVL | 1,472 | 52.50 | 77,280.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869710132 - 869710147 | | | | | |

**Salesperson**
BE NAM CC OTHER

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00



# SKF USA Inc.

## Invoice

| | |
|---|---|
| SKF Industrial Division | |
| 1510 Gehman Road | |
| Kulpsville, PA | |
| 19443 | |

| S H I P T O | DELPHI ENERGY & CHASSIS |
|---|---|
| | 2328 E GENESEE AVE |
| | SAGINAW MI |
| | 48601 |

| B I L L T O | DELPHI CHASSIS SAGINAW |
|---|---|
| | POST PETITION |
| | DO NOT MAIL INVOICE |
| | KULPSVILLE PA |
| | 19443 |

| R E M I T T O | SKF USA Inc |
|---|---|
| | P O Box 643837 |
| | Pittsburgh, PA |
| | 15264-3837 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/30/08

**Supplier No:** 95960Z784

**Invoice Date**
2/01/08

**Customer Number**
11874

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
0172085

**Date of Shipment**
2/01/08

**B/L Number**
00192Z406

**Invoice number**
0172085

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

**Salesperson**
BE  NAM CC  OTHER

Please include Invoice Number
0172085 with your remittance

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0003A | 18083732 | BTD-1200 AD | MEX | CVL | 1,472 | 52.50 | 77,280.00 |
| 1/0003A | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869714380 - 869714395 | | | | | |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00



# Invoice

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

**SKF USA Inc.**

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

| | | | |
|---|---|---|---|
| **S H I P T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 | | |

| **Terms**<br>Net 30 Prox | **Invoice Date**<br>2/04/08 | **Invoice number**<br>0173045 | |
|---|---|---|---|

| **Payment Due On Or Before**<br>3/30/08 | **Customer Number**<br>11874 | **Date of Shipment**<br>2/04/08 | |
|---|---|---|---|

**Supplier No:** 95966Z784

| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 | |
|---|---|---|

**Please include Invoice Number 0173045 with your remittance**

| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 | |
|---|---|---|

**Salesperson**
BE NAM CC OTHER

| **Customer Order Number**<br>550168748 | **Customer Order Date**<br>1/28/08 | **Carrier**<br>CUSTOMER PICKUP-DOMESTIC | **B/L Number**<br>001928935 | |
|---|---|---|---|---|

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0004A | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869726499 - 869726511 | MEX | CVL | 1,196 | 52.50 | 62,790.00 |

| **Customer Service Contact**<br>Judith A Kilian | **Telephone #**<br>734-414-6861 | **Pro Number**<br>NO PRO | | **Pay This Amount**<br>62,790.00 |
|---|---|---|---|---|



# Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Supplier No:** 959662784

**Invoice Date**
1/03/08

**Customer Number**
11874

**Invoice number**
0147968

**Date of Shipment**
1/03/08

**SKF Order #**
07E0169992

**Ind/Terr Code**
561/200

**Please include Invoice Number**
0147968 with your remittance

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**B/L Number**
00191430S

**Salesperson**
OPEN VISOVATTI

**Customer Order Number**
05501681749

**Customer Order Date**
11/02/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0033A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>869625367 - 869625369 | MEX | CVL | 420 | 38.38 | 16,119.60 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
16,119.60



SKF USA Inc.

**SKF**

**Invoice**

| | |
|---|---|
| S H I P T O | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

**Supplier No:** 959662784

| | |
|---|---|
| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| | |
|---|---|
| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| | |
|---|---|
| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/01/08

**Customer Order Number**
055016B749

**Customer Order Date**
11/02/07

**Invoice Date**
1/08/08

**Customer Number**
11874

**Invoice number**
0151139

**Date of Shipment**
1/08/08

**B/L Number**
00191G049

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**SKF Order #**
07E0169992

**Ind/Terr Code**
561/200

**Please include Invoice Number 0151139 with your remittance**

**Saleperson**
OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0034A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>869636983 - 869636992 | MEX | CVL | 1,400 | 38.38 | 53,732.00 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
53,732.00

Page: 1



**SKF USA Inc.**

# Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**S H I P T O**
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**B I L L T O**
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**Supplier No:** 959662784

| Terms | Invoice Date | Invoice number | SKF Order # |
|---|---|---|---|
| Net 30 Prox | 1/15/08 | 0157108 | 07E0169992 |

| Payment Due On Or Before | Customer Number | Date of Shipment | Ind/Terr Code |
|---|---|---|---|
| 3/01/08 | 11874 | 1/15/08 | 561/200 |

| B/L Number | Salesperson |
|---|---|
| 001919595 | OPEN VISOVATTI |

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

Please include Invoice Number
0157108 with your remittance

| Customer Order Number | Customer Order Date | Carrier |
|---|---|---|
| 055016874 9 | 11/02/07 | CUSTOMER PICKUP-DOMESTIC |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0011A | 18083718 | BTF-1034 BC | MEX | CVL | 280 | 38.38 | 10,746.40 |
| 2/0035A | 18083718 | BTF-1034 BC | MEX | CVL | 420 | 38.38 | 16,119.60 |
| 3/0036A | 18083718 | BTF-1034 BC | MEX | CVL | 140 | 38.38 | 5,373.20 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869660832 - 869660836 | | | | | |
| | | 869660843 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 32,239.20 |

Page: 1

# SKF

# Invoice

## SKF USA Inc.

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |
| **S O L D T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Terms** Net 30 Prox

**Payment Due On Or Before** 3/01/08

**Supplier No:** 959662784

**Invoice Date** 1/22/08

**Customer Number** 11874

**Carrier** CUSTOMER PICKUP-DOMESTIC

**Invoice number** 016171

**Date of Shipment** 1/22/08

**B/L Number** 001923205

**Please include Invoice Number 016171 with your remittance**

**SKF Order #** 076016992

**Ind/Terr Code** 561/200

**Customer Order Number** 055016749

**Customer Order Date** 11/02/07

**Salesperson** OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0012A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>869683993 - 869684000 | MEX | CVL | 1,120 | 38.38 | 42,985.60 |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861

**Pro Number:**
NO PRO

**Pay This Amount**
42,985.60

Page: 1



**SKF USA Inc.**

# Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Supplier No:** 95966Z784

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Please include Invoice Number 0168251 with your remittance**

**Terms** Net 30 Prox

**Payment Due On Or Before** 3/01/08

**Invoice Date** 1/29/08 0168251

**Customer Number** 11874

**Invoice number** 0168251

**Date of Shipment** 1/29/08

**SKF Order #** 07E0169992

**Ind/Terr Code** 561/200

**Customer Order Number** 0550168749

**Customer Order Date** 11/02/07

**Carrier** CUSTOMER PICKUP-DOMESTIC

**B/L Number** 001926004

**Salesperson** OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0014A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>86970Z678 - 86970Z689 | MEX | CVL | 1,680 | 38.38 | 64,478.40 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
64,478.40

Page: 1