IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

In re                                  :     Chapter 11
                                           :

DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
                                           :

                     Debtors.   :     (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

    I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On January 28, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

    1)    Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection Order") (Docket No. 11169) [a copy of which is attached hereto as Exhibit C]

    On January 28, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit D hereto via postage pre-paid U.S. mail:

    2)    Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection

Order") [without exhibits] (Docket No. 11169) [a copy of which is attached hereto as <u>Exhibit C</u>]

3)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit E</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit D</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit D</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit E</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit D</u> attached hereto was incorporated into each Personalized Notice.

On January 28, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit F</u> hereto via postage pre-paid U.S. mail:

4)    Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 11169) [a copy of which is attached hereto as <u>Exhibit C</u>]

5)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit G</u>]. Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit F attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit F attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit G has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit F attached hereto was incorporated into each Personalized Notice.

On January 28, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit H hereto via postage pre-paid U.S. mail:

6)     Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 11169) [a copy of which is attached hereto as Exhibit C]

7)     Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit I]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit H attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of Exhibit H attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit I has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of Exhibit H attached hereto was incorporated into each Personalized Notice.

On January 28, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8)    Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 11169) [a copy of which is attached hereto as Exhibit C]

9)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit J attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit K has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit J attached hereto was incorporated into each Personalized Notice.

On January 28, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit L hereto via postage pre-paid U.S. mail:

10)    Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection ("Twenty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 11169) [a copy of which is attached hereto as Exhibit C]

11)  Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit M].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit L attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of Exhibit L attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit M has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of Exhibit L attached hereto was incorporated into each Personalized Notice.

Dated: February 7, 2008

_/s/ Evan Gershbein_
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 7th day of February, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  _/s/ Shannon J. Spencer_

Commission Expires:  _6/20/10_

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3002 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason A. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/6/2008 5:58 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S. A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy S. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4118 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.l. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.co m | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.co m | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone. com kenric.kattner@haynesboone.c om | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman. com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.co m | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co Counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative for the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.com | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.com | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.c | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.c om | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | 313-963-4614 | attorneystella@sszpc.com | Counsel to Motor City Electric |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

2/6/2008 5:58 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

# EXHIBIT B

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/6/2008 5:57 PM
Master Service List US Mail

Delphi Corporation, et al.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/6/2008 5:57 PM
Master Service List US Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/6/2008 5:57 PM
Master Service List US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

2/6/2008 5:59 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel @ @Road, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | 248-723-0396 | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | 678-384-7000 | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | Counsel to KPMG LLP |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

2/6/2008 5:59 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

2/6/2008 5:59 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

2/6/2008 5:59 PM
US MAIL

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
            In re                       :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS,
(B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO
MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS
ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

("TWENTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims,

(C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And

Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Orders, dated October 26, 2007 (the "Twenty-Second Omnibus Claims Objection"),[1] of

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Second Omnibus Claims Objection.

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Second Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, and F-5 hereto was properly and timely served with a copy of the Twenty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Second Omnibus Claims Objection.  No other or further notice of the Twenty-Second Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

C.       The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.       The Claims listed on Exhibit B hereto were filed by holders of Delphi common stock solely on account of their stock holdings (the "Equity Claims").

E.       The Claims listed on Exhibit C contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

F.       The Claims listed on Exhibit D-1 hereto assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.       The Claim listed on Exhibit D-2 hereto, which was filed by a taxing authority, asserts a liability and dollar amount that is not reflected on the Debtors' books and records (the "Books And Records Tax Claim").

H.       The Claim listed on Exhibit D-3 hereto asserts liabilities or dollar amounts that are not reflected on the Debtors' books and records and was also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claim").

I.       The Claims listed on Exhibit D-4 hereto were modified pursuant to prior orders and assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims That Are Subject To Prior Orders").

J.       The Claim listed on Exhibit E hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

K.       The Claims listed on Exhibit F-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)

3

were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or

priority status (the "Claims Subject To Modification").

        L.      The Tax Claims listed on <u>Exhibit F-2</u> hereto are overstated (the "Tax

Claims Subject To Modification").

        M.      The Claims listed on <u>Exhibit F-3</u> hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon

the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to

the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i)

and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

        N.      The Claims listed on <u>Exhibit F-4</u> hereto were modified pursuant to prior

orders and (a) state the incorrect amount or are overstated, including as a result of the assertion

of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors,

and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification That

Are Subject To Prior Orders").

        O.      The Claim listed on <u>Exhibit F-5</u> hereto was modified pursuant to a prior

order and (a) (i) states the incorrect amount or is overstated, including as a result of the assertion

of invalid unliquidated claims, and/or (ii) was filed and docketed against the wrong Debtor,

4

and/or (iii) incorrectly asserts secured or priority status and (b) asserts a reclamation demand and

either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the

Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the

Claimant is deemed to have consented to the Debtors' determination of the valid amount of the

reclamation demand, subject to the Debtors' right to seek, at any time and notwithstanding the

Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement,

a judicial determination that certain reserved defenses with respect to the reclamation demand

are valid (the "Modified Claim Asserting Reclamation That Is Subject To Prior Order").

       P.     The relief requested in the Twenty-Second Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

       1.     Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby

disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as

"Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to

future objection by the Debtors and other parties-in-interest.

       2.     Each Equity Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and

expunged in its entirety.

       3.     Each Insufficiently Documented Claim listed on <u>Exhibit C</u> hereto is

hereby disallowed and expunged in its entirety.

       4.     Each Books And Records Claim listed on <u>Exhibit D-1</u> hereto is hereby

disallowed and expunged in its entirety.

5.      The Books And Records Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

6.      The Untimely Books And Records Claim listed on <u>Exhibit D-3</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each of the Books And Records Claims That Are Subject To Prior Orders listed on <u>Exhibit D-4</u> hereto is hereby disallowed and expunged in its entirety.

8.      The Untimely Claim listed on <u>Exhibit E</u> hereto is hereby disallowed and expunged in its entirety.

9.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit F-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-1</u> hereto shall be entitled to (a) recover any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit F-1</u> hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.     Each "Claim As Docketed" amount and Debtor listed on <u>Exhibit F-2</u> hereto is hereby revised to reflect the amount listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-2</u> hereto shall be entitled to (a) recover for the Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

6

column on Exhibit F-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit F-2 hereto, subject to the Debtors' right

to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject To

Modification shall remain on the claims register, and shall remain subject to future objection by

the Debtors and other parties-in-interest.

        11.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit F-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit F-3 shall be entitled to (a) recover any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that

any Reserved Defense is valid and denying priority status to such Claimant's reclamation

demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit F-3 hereto, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit F-3 hereto, subject to the

Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The

Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain

subject to future objection by the Debtors and other parties-in-interest.

        12.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit F-4 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit F-4 hereto shall be entitled to (a) recover

any Claims Subject To Modification That Are Subject To Prior Orders in an amount exceeding

the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that

is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim

against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-4 hereto, subject to the Debtors' right to further object to each of such Claims Subject To Modification That Are Subject To Prior Orders.  The Claims Subject To Modification That Are Subject To Prior Orders shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

13.    The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-5 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on Exhibit F-5 shall not be entitled to (a) recover for the Modified Claim Asserting Reclamation That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F-5 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-5 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation That Is Subject To Prior Order.  The Modified Claim Asserting Reclamation That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.  For clarity, Exhibit H hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits F-1, F-2, F-3, F-4, and F-5.

14.    With respect to each Claim for which a Response to the Twenty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9,

8

G-10, and G-11 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

15.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Second Omnibus Claims Objection.

16.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

17.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

18.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, F-5, G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9, G-10, and G-11 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

19.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

20.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Second Omnibus Claims Objection.

Dated: New York, New York
       November 29, 2007

_____/s/Robert D. Drain_____ _____
UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim Number: 15225<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $366,338.17<br><br>Total: $366,338.17 | Claim Number: 15224<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $228,980.13<br><br>Total: $228,980.13 |
| Claim Number: 7417<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br><br>HENDRICKSON DAVID<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902-9551 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim Number: 16718<br>Date Filed: 10/04/2007<br>Creditor's Name and Address:<br><br>HENDRICKSON<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br><br>Total: UNL |
| Claim Number: 16626<br>Date Filed: 07/17/2007<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $5,946.75<br>Administrative:<br>Unsecured: $214,220.75<br><br>Total: $220,167.50 | Claim Number: 10218<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY<br>CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $55,995.04<br>Administrative:<br>Unsecured: $164,172.46<br><br>Total: $220,167.50 |
| Claim Number: 10847<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br><br>Total: UNL | Claim Number: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br><br>Total: $76,442.00 |

**Total Claims to be Expunged:** 4

**Total Asserted Amount to be Expunged:** $586,505.67

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                    Twenty-Second Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILL R WAGGERMAN<br>34850 MISSION BELLVIEW<br>LOUISBURG, KS 66053-7175 | 5550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| BILLY GENE ISENHOWER<br>414 WINTERBROOK<br>OLATHE, KS 66062-1805 | 5813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| DARLENE I MORRISON<br>239 LAUREL ST<br>YOUNGSTOWN, OH 44505-1923 | 7266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| DONALD J MOSES<br>1206 WILSON<br>STURGIS, MI 49091-2247 | 13516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ETTA MARIE WALTON<br>659 W 400S<br>SHELBYVILLE, IN 46176-9317 | 7715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| EUGENE J PETERSON AS<br>PETERSON UTHE MD UNIFORM<br>GIFTS TO MINORS ACT<br>229 MARSH ISLAND DR<br>CHESAPEAKE, VA 23320-9245 | 8499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HOWARD L WEBER AND SHIRLEY E<br>WEBER JT TEN<br>35652 JOHNSTOWN RD<br>FARMINGTON HILLS, MI 48335-2015 | 4131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| JAY V DAVENPORT<br>113 VENUS WAY<br>BONAIRE, GA 31005-3337 | 6512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JERRY JAGER JR<br>4545 HWY 589<br>SUMRALL, MS 39482-3978 | 4340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| MARK S WALERZAK<br>10371 ST JOHN DR<br>ALGONAC, MI 48001-4241 | 9203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SAM HOWARD JR<br>2205 LILAC CIRCLE<br>MCKINNEY, TX 75071 | 7813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| VIOLA F CHRISTOPHER<br>4795 GRAN RIVER GLEN<br>DULUTH, GA 30096 | 3682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH SR AND<br>MARLENE UNRATH TEN ENT<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| ZOFKO MARTIN<br>8978 ALTURA DR NE<br>WARREN, OH 44484 | 16084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

Total:     15                          UNL

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                      **Twenty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANET M GORDON<br>20437 ARDMORE<br>DETROIT, MI 48235-1510 | 11157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| OLD DOMINION FREIGHT LINE I<br>PO BOX 60908<br>CHARLOTTE, NC 28260 | 4424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,715.40<br>$3,715.40 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$3,715.40** | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | 7745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$300.00<br>$300.00 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| HIRSCHMANN AUTOMOTIVE GMBH<br>405 LEXINGTON AVE 42ND FL<br>NEW YORK, NY 10174 | 2280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$224,681.70<br>$224,681.70 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ITAPSA S A DE C V<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | 9512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $221,044.31<br><br><br>$51,085.79<br>$272,130.10 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF CARBY CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,340.00<br>$5,340.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SABIN METAL CORPORATION<br>300 PANTIGO PL<br>STE 102<br>EAST HAMPTON, NY 11937 | 8510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,583.35<br>$10,583.35 | 06/26/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| SEMITOOL INC<br>PO BOX 60000 FILE 72530<br>SAN FRANCISCO, CA 94160-2530 | 5208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,480.05<br>$5,480.05 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$69.63<br>$69.63 | 05/11/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TNT LOGISTICS NORTH AMERICA IN<br>10751 DEERWOOD PK BLVD STE 200<br>JACKSONVILLE, FL 32256 | 6940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,465.00<br>$14,465.00 | 05/26/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $533,049.83 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF REVENUE PO BOX 320001 MONTGOMERY, AL 36132-0001 | 1775 | Secured: Priority: Administrative: Unsecured: Total: | $157,059.64  $157,059.64 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| | **Total: 1** | | **$157,059.64** | | |

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCOTT DARRYL REESE C O 329 BASKET BRANCH OXFORD, MI 48371-6359 | 16709 | Secured: Priority: Administrative: Unsecured: Total: | $40,844.62 $40,844.62 | 09/18/2007 | DELPHI CORPORATION (05-44481) |

|  | Total: | 1 | $40,844.62 |
|---|---|---|---|

Page 1 of 1

In re Delphi Corporation, et al.                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 1139 | Secured: Priority: Administrative: Unsecured: Total: | $93,039.28 $93,039.28 | 12/13/2005 | DELPHI CORPORATION (05-44481) |
| BERKSHIRE INVESTMENTS LLC CHICAGO EXTRUDED METALS CO 1601 S 54TH AVE CICERO, IL 60804 | 9653 | Secured: Priority: Administrative: Unsecured: Total: | $177,062.67 $177,062.67 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CARLISLE PLASTICS COMPANY INC 320 S OHIO AVE PO BOX 146 NEW CARLISLE, OH 45344-0146 | 190 | Secured: Priority: Administrative: Unsecured: Total: | $3,178.68 $3,178.68 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| GORMAN JOHN M CO INC 2844 KEENAN AVE DAYTON, OH 45414-4914 | 11937 | Secured: Priority: Administrative: Unsecured: Total: | $17,280.45 $17,280.45 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HYDRA AIR INC 8208 INDY LN INDIANAPOLIS, IN 46214-2326 | 15353 | Secured: Priority: Administrative: Unsecured: Total: | $930.45 $930.45 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| VLR EMBEDDED INC 3035 W 15TH ST PLANO, TX 75075 | 285 | Secured: Priority: Administrative: Unsecured: Total: | $59,571.89 $59,571.89 | 11/02/2005 | DELPHI CORPORATION (05-44481) |

Total:   6                                    $351,063.42

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PIETRA JAMES<br>1130 SUZYLYNN<br>YOUNGSTOWN, OH 44512 | 16717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 10/05/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | UNL | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twenty-Second Omnibus Claims Objection**

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 809

Claim: 809
Date Filed: 11/22/2005
Docketed Total: $ 450,022.77
Filing Creditor Name and Address:
AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Holder Name and Address

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Docketed Total: **$450,022.77**

Modified Total: **$438,359.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $450,022.77 |
| | | | **$450,022.77** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $438,359.65 |
| | | | **$438,359.65** |

### Claim 1127

Claim: 1127
Date Filed: 12/12/2005
Docketed Total: $ 46,327.72
Filing Creditor Name and Address:
APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368

Claim Holder Name and Address

APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368

Docketed Total: **$46,327.72**

Modified Total: **$11,980.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $46,327.72 |
| | | | **$46,327.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,900.51 |
| 05-44567 | | | $5,080.24 |
| | | | **$11,980.75** |

### Claim 1504

Claim: 1504
Date Filed: 01/10/2006
Docketed Total: $ 268,362.48
Filing Creditor Name and Address:
AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$268,362.48**

Modified Total: **$268,362.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $268,362.48 |
| | | | **$268,362.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,362.48 |
| | | | **$268,362.48** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**                                                    **Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 2220
Date Filed: 03/07/2006
Docketed Total: $ 31,894.35
Filing Creditor Name and Address:
  BOC GASES
  575 MTN AVE
  MURRAY HILL, NJ 07974

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  BOC GASES
  575 MTN AVE
  MURRAY HILL, NJ 07974

Docketed Total: **$31,894.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,894.35 |
| | | | **$31,894.35** |

**CLAIM AS MODIFIED**
Modified Total: **$27,141.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $2,033.58 |
| 05-44640 | | | $25,107.66 |
| | | | **$27,141.24** |

---

**CLAIM TO BE MODIFIED**
Claim: 8726
Date Filed: 06/28/2006
Docketed Total: $ 195,108.90
Filing Creditor Name and Address:
  COMARK INC
  C O INSIGHT ENTERPRISES INC
  1305 W AUTO DR
  TEMPE, AZ 85284

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  COMARK INC
  C O INSIGHT ENTERPRISES INC
  1305 W AUTO DR
  TEMPE, AZ 85284

Docketed Total: **$195,108.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $195,108.90 |
| | | | **$195,108.90** |

**CLAIM AS MODIFIED**
Modified Total: **$57,579.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,579.00 |
| | | | **$57,579.00** |

---

**CLAIM TO BE MODIFIED**
Claim: 7742
Date Filed: 06/09/2006
Docketed Total: $ 4,275.00
Filing Creditor Name and Address:
  DANIEL F YOUNG INC
  1235 WESTLAKES DR STE 255
  BERWYN, PA 19312

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  DANIEL F YOUNG INC
  1235 WESTLAKES DR STE 255
  BERWYN, PA 19312

Docketed Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,275.00 |
| | | | **$4,275.00** |

**CLAIM AS MODIFIED**
Modified Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,275.00 |
| | | | **$4,275.00** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Second Omnibus Claims Objection**

#### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7746**
Date Filed: 06/09/2006
Docketed Total: $ 200.02
Filing Creditor Name and Address:
  DANIEL F YOUNG INC
  1235 WESTLAKES DR STE 255
  BERWYN, PA 19312

Claim Holder Name and Address
DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312    Docketed Total:    **$200.02**

Modified Total:    **$200.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $200.02 | 05-44640 | | | $200.02 |
| | | | **$200.02** | | | | **$200.02** |

**Claim: 495**
Date Filed: 11/10/2005
Docketed Total: $ 443,501.01
Filing Creditor Name and Address:
  DAYCO PRODUCTS LLC DBA
  MARK IV AUTOMOTIVE
  DAYCO PRODUCTS MARK IV
  AUTOMOTIVE
  1955 ENTERPRISE DR
  ROCHESTER HILLS, MI 48309

Claim Holder Name and Address
DAYCO PRODUCTS LLC DBA MARK
IV AUTOMOTIVE
DAYCO PRODUCTS MARK IV
AUTOMOTIVE
1955 ENTERPRISE DR
ROCHESTER HILLS, MI 48309    Docketed Total:    **$443,501.01**

Modified Total:    **$45,902.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $443,501.01 | 05-44640 | | | $45,902.00 |
| | | | **$443,501.01** | | | | **$45,902.00** |

**Claim: 9552**
Date Filed: 07/17/2006
Docketed Total: $ 15,807.88
Filing Creditor Name and Address:
  E S INVESTMENTS
  SUN MICROSTAMPING
  TECHNOLOGIES
  14055 US HIGHWAY 19 N
  CLEARWATER, FL 33764

Claim Holder Name and Address
E S INVESTMENTS
SUN MICROSTAMPING
TECHNOLOGIES
14055 US HIGHWAY 19 N
CLEARWATER, FL 33764    Docketed Total:    **$15,807.88**

Modified Total:    **$7,119.82**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,807.88 | 05-44567 | | | $7,119.82 |
| | | | **$15,807.88** | | | | **$7,119.82** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)    Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6445**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6445<br>Date Filed: 05/22/2006<br>Docketed Total: $ 369,003.36<br>Filing Creditor Name and Address:<br>EQUITY INDUSTRIAL<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181 | Claim Holder Name and Address<br><br>EQUITY INDUSTRIAL  Docketed Total: **$369,003.36**<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181 | Modified Total: **$318,036.30** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | $41,604.69 | | $327,398.67 | | 05-44481 | $0.00 | | |
| | | | | | 05-44640 | | | $318,036.30 |
| | **$41,604.69** | | **$327,398.67** | | | **$0.00** | | **$318,036.30** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15224<br>Date Filed: 07/31/2006<br>Docketed Total: $ 228,980.13<br>Filing Creditor Name and Address:<br>GIBBS DIE CASTING<br>CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Claim Holder Name and Address<br><br>GIBBS DIE CASTING CORPORATION  Docketed Total: **$228,980.13**<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Modified Total: **$112,290.32** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $228,980.13 | | 05-44640 | | | $112,290.32 |
| | | | **$228,980.13** | | | | | **$112,290.32** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9011<br>Date Filed: 07/05/2006<br>Docketed Total: $ 148,939.15<br>Filing Creditor Name and Address:<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269 | Claim Holder Name and Address<br><br>HELLA INC  Docketed Total: **$148,939.15**<br>PO BOX 2665<br>PEACHTREE, GA 30269 | Modified Total: **$131,645.84** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $148,939.15 | | 05-44640 | | | $131,645.84 |
| | | | **$148,939.15** | | | | | **$131,645.84** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9035**
Date Filed: 07/05/2006
Docketed Total: $ 66,093.81
Filing Creditor Name and Address:
HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Claim Holder Name and Address
HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Docketed Total: **$66,093.81**

Modified Total: **$49,653.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $66,093.81 |
| | | | **$66,093.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,247.00 |
| 05-44507 | | | $11,110.81 |
| 05-44640 | | | $27,380.98 |
| 05-44567 | | | $9,914.26 |
| | | | **$49,653.05** |

---

**Claim: 5111**
Date Filed: 05/08/2006
Docketed Total: $ 28,951.86
Filing Creditor Name and Address:
J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Claim Holder Name and Address
J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Docketed Total: **$28,951.86**

Modified Total: **$26,583.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $28,951.86 |
| | | | **$28,951.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $26,583.33 |
| | | | **$26,583.33** |

---

**Claim: 15565**
Date Filed: 07/31/2006
Docketed Total: $ 112,181.25
Filing Creditor Name and Address:
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Claim Holder Name and Address
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total: **$112,181.25**

Modified Total: **$102,735.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | **$112,181.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $102,735.75 |
| | | | **$102,735.75** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2149**
Date Filed: 02/28/2006
Docketed Total: $ 37,321.58
Filing Creditor Name and Address:
KOM LAMB INC
355 COMMERCE DR
AMHERST, NY 14228

Claim Holder Name and Address
KOM LAMB INC
355 COMMERCE DR
AMHERST, NY 14228

Docketed Total: **$37,321.58**

Modified Total: **$37,321.58**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,321.58 | 05-44640 | | | $37,321.58 |
| | | | **$37,321.58** | | | | **$37,321.58** |

**Claim: 9756**
Date Filed: 07/18/2006
Docketed Total: $ 1,196,741.86
Filing Creditor Name and Address:
KOYO CORPORATION OF USA
TAFT STETTINIUS & HOLLISTER
LLP
3500 BP TOWER 200 PUBLIC
SQUARE
CLEVELAND, OH 44114

Claim Holder Name and Address
KOYO CORPORATION OF USA
TAFT STETTINIUS & HOLLISTER LLP
3500 BP TOWER 200 PUBLIC SQUARE
CLEVELAND, OH 44114

Docketed Total: **$897,905.68**

Modified Total: **$1,127,950.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $897,905.68 | 05-44640 | | | $1,127,950.91 |
| | | | | 05-44481 | | $0.00 | |
| | | | **$897,905.68** | | | **$0.00** | **$1,127,950.91** |

**Claim: 9832**
Date Filed: 07/18/2006
Docketed Total: $ 268,853.90
Filing Creditor Name and Address:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Claim Holder Name and Address
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: **$268,853.90**

Modified Total: **$221,285.87**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $268,853.90 | 05-44640 | | | $221,285.87 |
| | | | **$268,853.90** | | | | **$221,285.87** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**    **Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 523￼Date Filed: 11/14/2005￼Docketed Total: $ 557,641.90￼Filing Creditor Name and Address:￼MARKETING SPECIALTIES MSI￼PACKAGING￼5010 W 81ST ST￼INDIANAPOLIS, IN 46268 | Claim Holder Name and Address￼MARKETING SPECIALTIES MSI￼PACKAGING￼5010 W 81ST ST￼INDIANAPOLIS, IN 46268 | | Docketed Total: | $557,641.90 | | | Modified Total: | $293,905.45 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$557,641.90￼$557,641.90 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$293,905.45￼$293,905.45 |
| Claim: 5986￼Date Filed: 05/16/2006￼Docketed Total: $ 523.37￼Filing Creditor Name and Address:￼MICHIANA DELIVERY SERVICES￼2220 S 11TH ST￼NILES, MI 49120-4410 | Claim Holder Name and Address￼MICHIANA DELIVERY SERVICES￼2220 S 11TH ST￼NILES, MI 49120-4410 | | Docketed Total: | $523.37 | | | Modified Total: | $523.37 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$523.37￼$523.37 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$523.37￼$523.37 |

*See Exhibit H for a listing of debtor entities by case number.

Page 7 of 15

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1746<br>Date Filed: 02/02/2006<br>Docketed Total: $ 3,821,082.86<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES<br>INVESTORS LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $620,925.96 | Modified Total: | | | $4,869.78 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$620,925.96<br>_____<br>$620,925.96 | Case Number*<br>05-44567<br>05-44624 | Secured | Priority | Unsecured<br>$4,467.78<br>$402.00<br>_____<br>$4,869.78 |
| | Claim Holder Name and Address<br><br>TPG CREDIT STRATEGIES FUND LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $3,200.156.90 | Modified Total: | | | $3,636,441.29 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,200,156.90<br>_____<br>$3,200,156.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,636,441.29<br>_____<br>$3,636,441.29 |
| Claim: 7991<br>Date Filed: 06/14/2006<br>Docketed Total: $ 207,618.66<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Docketed Total: | | $207,618.66 | Modified Total: | | | $207,485.70 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$207,618.66<br>_____<br>$207,618.66 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$207,485.70<br>_____<br>$207,485.70 |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 1887
Date Filed: 02/07/2006
Docketed Total: $ 5,115.85
Filing Creditor Name and Address:
  NATIONAL FUEL GAS
  DISTRIBUTION CORP
  6363 MAIN ST
  WILLIAMSVILLE, NY 14221

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Docketed Total:    **$5,115.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,115.85 |
| | | | **$5,115.85** |

**CLAIM AS MODIFIED**

Modified Total:    **$5,115.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,115.85 |
| | | | **$5,115.85** |

---

**CLAIM TO BE MODIFIED**

Claim: 1671
Date Filed: 01/25/2006
Docketed Total: $ 19,545.00
Filing Creditor Name and Address:
  NORFOLK SOUTHERN RAILWAY
  COMPANY
  THREE COMMERCIAL PL
  NORFOLK, VA 23510-2191

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Docketed Total:    **$19,545.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $19,545.00 |
| | | | **$19,545.00** |

**CLAIM AS MODIFIED**

Modified Total:    **$19,545.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,545.00 |
| | | | **$19,545.00** |

---

**CLAIM TO BE MODIFIED**

Claim: 13562
Date Filed: 07/31/2006
Docketed Total: $ 866,697.79
Filing Creditor Name and Address:
  OBERG INDUSTRIES INC
  2301 SILVERVILLE RD
  FREEPORT, PA 16229

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    **$866,697.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $866,697.79 |
| | | | **$866,697.79** |

**CLAIM AS MODIFIED**

Modified Total:    **$572,827.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $572,827.52 |
| | | | **$572,827.52** |

---

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14737<br>Date Filed: 07/31/2006<br>Docketed Total: $ 167,907.45<br>Filing Creditor Name and Address:<br>ONYX INDUSTRIAL SERVICES INC<br>6151 EXECUTIVE BLVD<br>HUBER HEIGHTS, OH 45424-1440 | Claim Holder Name and Address<br><br>ONYX INDUSTRIAL SERVICES INC<br>6151 EXECUTIVE BLVD<br>HUBER HEIGHTS, OH 45424-1440 | Docketed Total: | | $167,907.45 | | Modified Total: | | $138,341.97 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$167,907.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$138,341.97 |
| | | | | $167,907.45 | | | | $138,341.97 |
| Claim: 2596<br>Date Filed: 04/10/2006<br>Docketed Total: $ 50,654.52<br>Filing Creditor Name and Address:<br>OTIS ELEVATOR COMPANY<br>1 FARM SPRINGS RD<br>FARMINGTON, CT 06032 | Claim Holder Name and Address<br><br>OTIS ELEVATOR COMPANY<br>1 FARM SPRINGS RD<br>FARMINGTON, CT 06032 | Docketed Total: | | $50,654.52 | | Modified Total: | | $41,049.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,654.52 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,049.28 |
| | | | | $50,654.52 | | | | $41,049.28 |
| Claim: 138<br>Date Filed: 10/27/2005<br>Docketed Total: $ 183,710.75<br>Filing Creditor Name and Address:<br>OVERNITE TRANSPORTATION A<br>UPS COMPANY<br>PO BOX 1216<br>RICHMOND, VA 23218-1216 | Claim Holder Name and Address<br><br>OVERNITE TRANSPORTATION A<br>UPS COMPANY<br>PO BOX 1216<br>RICHMOND, VA 23218-1216 | Docketed Total: | | $183,710.75 | | Modified Total: | | $164,378.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$183,710.75 | Case Number*<br>05-44640<br>05-44612 | Secured | Priority | Unsecured<br>$164,313.24<br>$65.00 |
| | | | | $183,710.75 | | | | $164,378.24 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2312**
Date Filed: 03/16/2006
Docketed Total: $ 46,627.72
Filing Creditor Name and Address:
  PANTHER II TRANSPORTATION
  4940 PANTHER PKWY
  SEVILLE, OH 44273

Claim Holder Name and Address
  PANTHER II TRANSPORTATION
  4940 PANTHER PKWY
  SEVILLE, OH 44273          Docketed Total:    $46,627.72

Modified Total:    $46,627.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,627.72 | 05-44640 | | | $46,627.72 |
| | | | **$46,627.72** | | | | **$46,627.72** |

**Claim: 2406**
Date Filed: 03/27/2006
Docketed Total: $ 87,316.56
Filing Creditor Name and Address:
  QUALITY LOGISTICAL SERVICES
  PO BOX 12030
  3525 CAPITAL CITY BLVD
  LANSING, MI 48901-2030

Claim Holder Name and Address
  QUALITY LOGISTICAL SERVICES
  PO BOX 12030
  3525 CAPITAL CITY BLVD
  LANSING, MI 48901-2030          Docketed Total:    $87,316.56

Modified Total:    $70,681.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $87,316.56 | 05-44640 | | | $70,681.28 |
| | | | **$87,316.56** | | | | **$70,681.28** |

**Claim: 6528**
Date Filed: 05/22/2006
Docketed Total: $ 397,218.17
Filing Creditor Name and Address:
  REXEL INC
  1049 PRINCE GEORGES BLVD
  UPPER MARLBORO, MD 20774

Claim Holder Name and Address
  REXEL INC
  1049 PRINCE GEORGES BLVD
  UPPER MARLBORO, MD 20774          Docketed Total:    $397,218.17

Modified Total:    $397,218.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $397,218.17 | 05-44640 | | | $397,218.17 |
| | | | **$397,218.17** | | | | **$397,218.17** |

**Claim: 9510**
Date Filed: 07/14/2006
Docketed Total: $ 98,815.73
Filing Creditor Name and Address:
  SIMPLEX GRINNELL
  50 TECHONOLOGY DR
  WESTMINSTER, MA 01441

Claim Holder Name and Address
  SIMPLEX GRINNELL
  50 TECHONOLOGY DR
  WESTMINSTER, MA 01441          Docketed Total:    $98,815.73

Modified Total:    $98,244.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $98,815.73 | 05-44640 | | | $98,244.45 |
| | | | **$98,815.73** | | | | **$98,244.45** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**
**Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 10230<br>Date Filed: 07/21/2006<br>Docketed Total: $ 251,814.20<br>Filing Creditor Name and Address:<br>STANDARD MOTOR PRODUCTS INC<br><br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016 | Claim Holder Name and Address<br><br>STANDARD MOTOR PRODUCTS INC<br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016 | Docketed Total: | | | $251,814.20 | Modified Total: | | | $234,479.22 |
| | **Case Number\*** | **Secured** | **Priority** | | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | | $251,814.20 | 05-44612 | | | $234,479.22 |
| | | | | | **$251,814.20** | | | | **$234,479.22** |
| Claim: 211<br>Date Filed: 10/31/2005<br>Docketed Total: $ 5,697.46<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br><br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Docketed Total: | | | $5,697.46 | Modified Total: | | | $5,697.46 |
| | **Case Number\*** | **Secured** | **Priority** | | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | | $5,697.46 | 05-44640 | | | $5,697.46 |
| | | | | | **$5,697.46** | | | | **$5,697.46** |
| Claim: 213<br>Date Filed: 10/31/2005<br>Docketed Total: $ 8,496.00<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br><br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Docketed Total: | | | $8,496.00 | Modified Total: | | | $8,496.00 |
| | **Case Number\*** | **Secured** | **Priority** | | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | | $8,496.00 | 05-44640 | | | $8,496.00 |
| | | | | | **$8,496.00** | | | | **$8,496.00** |

\*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 215
Date Filed: 10/31/2005
Docketed Total: $ 9,712.11
Filing Creditor Name and Address:
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR SU COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

**CLAIM AS DOCKETED**

Claim Holder Name and Address

STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total:    $9,712.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,712.11 |
| | | | **$9,712.11** |

**CLAIM AS MODIFIED**

Modified Total:    $9,712.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,712.11 |
| | | | **$9,712.11** |

---

**CLAIM TO BE MODIFIED**

Claim: 1914
Date Filed: 02/08/2006
Docketed Total: $ 34,795.00
Filing Creditor Name and Address:
UNHOLTZ DICKIE CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

**CLAIM AS DOCKETED**

Claim Holder Name and Address

UNHOLTZ DICKIE CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Docketed Total:    $34,795.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,795.00 |
| | | | **$34,795.00** |

**CLAIM AS MODIFIED**

Modified Total:    $34,795.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,895.00 |
| 05-44640 | | | $25,800.00 |
| 05-44624 | | | $1,100.00 |
| | | | **$34,795.00** |

---

**CLAIM TO BE MODIFIED**

Claim: 9844
Date Filed: 07/18/2006
Docketed Total: $ 18,580.00
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

**CLAIM AS DOCKETED**

Claim Holder Name and Address

UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Docketed Total:    $18,580.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,580.00 |
| | | | **$18,580.00** |

**CLAIM AS MODIFIED**

Modified Total:    $945.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $945.00 |
| | | | **$945.00** |

---

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9850￼<br>Date Filed: 07/18/2006￼<br>Docketed Total: $ 89,553.73￼<br>Filing Creditor Name and Address:￼<br>UNION PACIFIC RAILROAD COMPANY￼<br>1400 DOUGLAS ST STOP 1580￼<br>OMAHA, NE 68179-1580 | Claim Holder Name and Address￼<br>UNION PACIFIC RAILROAD COMPANY￼<br>1400 DOUGLAS ST STOP 1580￼<br>OMAHA, NE 68179-1580 | Docketed Total: | | $89,553.73 | Modified Total: | | | $50,961.60 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $89,553.73 | 05-44640 | | | $50,961.60 |
| | | | | **$89,553.73** | | | | **$50,961.60** |
| Claim: 11434￼<br>Date Filed: 07/27/2006￼<br>Docketed Total: $ 46,954.68￼<br>Filing Creditor Name and Address:￼<br>UNISOURCE WORLDWIDE INC￼<br>6600 GOVERNORS LAKE PKY￼<br>NORCROSS, GA 30071-1114 | Claim Holder Name and Address￼<br>UNISOURCE WORLDWIDE INC￼<br>6600 GOVERNORS LAKE PKY￼<br>NORCROSS, GA 30071-1114 | Docketed Total: | | $46,954.68 | Modified Total: | | | $15,184.47 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $46,954.68 | 05-44640 | | | $15,184.47 |
| | | | | **$46,954.68** | | | | **$15,184.47** |
| Claim: 14999￼<br>Date Filed: 07/31/2006￼<br>Docketed Total: $ 34,816.85￼<br>Filing Creditor Name and Address:￼<br>W W GRAINGER INC￼<br>MCDERMOTT WILL & EMERY LLP￼<br>227 W MONROE ST STE 4400￼<br>CHICAGO, IL 60606-5096 | Claim Holder Name and Address￼<br>W W GRAINGER INC￼<br>MCDERMOTT WILL & EMERY LLP￼<br>227 W MONROE ST STE 4400￼<br>CHICAGO, IL 60606-5096 | Docketed Total: | | $34,816.85 | Modified Total: | | | $22,354.92 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $34,816.85 | 05-44507 | | | $159.84 |
| | | | | **$34,816.85** | 05-44640 | | | $22,195.08 |
| | | | | | | | | **$22,354.92** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 4645
Date Filed: 05/04/2006
Docketed Total: $ 31,753.59
Filing Creditor Name and Address:
  WINKLE ELECTRIC CO INC
  RMT ADD CHG 12 02 04 AM
  PO BOX 6014
  1900 HUBBARD RD
  YOUNGSTOWN, OH 44501-6014

**CLAIM AS DOCKETED**

Claim Holder Name and Address

WINKLE ELECTRIC CO INC
RMT ADD CHG 12 02 04 AM
PO BOX 6014
1900 HUBBARD RD
YOUNGSTOWN, OH 44501-6014

Docketed Total:    **$31,753.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,753.59 |
| | | | **$31,753.59** |

**CLAIM AS MODIFIED**

Modified Total:    **$28,341.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,341.62 |
| | | | **$28,341.62** |

**Total Claims to be Modified: 42**

**Total Amount as Docketed:  $10,955,216.98**

**Total Amount as Modified:  $ 9,096,645.38**

*See Exhibit H for a listing of debtor entities by case number.

Page 15 of 15

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16296
Date Filed: 09/08/2006
Docketed Total: $ 138,133.68
Filing Creditor Name and Address:
  MARION COUNTY IN
  200 E WASHINGTON ST RM 1001
  INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**

Claim Holder Name and Address

MARION COUNTY IN          Docketed Total:     $138,133.68
200 E WASHINGTON ST RM 1001
INDIANAPOLIS, IN 46204

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $138,133.68 | |
| | | $138,133.68 | |

**CLAIM AS MODIFIED**

Modified Total:     $122,297.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $122,297.70 | |
| | | $122,297.70 | |

---

**CLAIM TO BE MODIFIED**

Claim: 14201
Date Filed: 08/02/2006
Docketed Total: $ 26,967.39
Filing Creditor Name and Address:
  TOWN OF COALING ALABAMA
  3001 SECOND AVE SOUTH
  BIRMINGHAM, AL 35233

**CLAIM AS DOCKETED**

Claim Holder Name and Address

TOWN OF COALING ALABAMA     Docketed Total:     $26,967.39
3001 SECOND AVE SOUTH
BIRMINGHAM, AL 35233

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,967.39 | |
| | | $26,967.39 | |

**CLAIM AS MODIFIED**

Modified Total:     $11,978.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,978.67 | |
| | | $11,978.67 | |

---

**Total Claims to be Modified: 2**

**Total Amount as Docketed:  $165,101.07**

**Total Amount as Modified:  $ 134,276.37**

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**
**Twenty-Second Omnibus Claims Objection**

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8373<br>Date Filed: 06/22/2006<br>Docketed Total: $ 778,532.62<br>Filing Creditor Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $778,532.62 | Modified Total: | | | $298,728.34 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $778,532.62 | 05-44640 | | $3,933.20 | $294,795.14 |
| | | | | **$778,532.62** | | | **$3,933.20** | **$294,795.14** |
| Claim: 1745<br>Date Filed: 02/02/2006<br>Docketed Total: $ 2,912,902.05<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES<br>INVESTORS LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $473,346.58 | Modified Total: | | | $325,797.70 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $473,346.58 | | 05-44640 | | $325,797.70 | |
| | | | **$473,346.58** | | | | **$325,797.70** | |
| | Claim Holder Name and Address<br><br>TPG CREDIT STRATEGIES FUND LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $2,439,555.47 | Modified Total: | | | $2,582,596.89 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $2,439,555.47 | | 05-44640<br>05-44567 | | | $2,582,418.17<br>$178.72 |
| | | | **$2,439,555.47** | | | | | **$2,582,596.89** |

\*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**                                    **Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11688**
Date Filed: 07/27/2006
Docketed Total: $ 529,365.38
Filing Creditor Name and Address:
  MUBEA INC
  6800 INDUSTRIAL RD
  FLORENCE, KY 41042

Claim Holder Name and Address
  MUBEA INC
  6800 INDUSTRIAL RD
  FLORENCE, KY 41042

Docketed Total: **$80,487.44**    Modified Total: **$529,365.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $80,487.44 | 05-44640 | | $132,206.98 | $397,158.40 |
| | | | **$80,487.44** | | | **$132,206.98** | **$397,158.40** |

---

**Claim: 16557**
Date Filed: 02/28/2007
Docketed Total: $ 435,185.00
Filing Creditor Name and Address:
  PENN ALUMINUM
  INTERNATIONAL INC
  FAGELHABER LLC
  55 E MONROE ST
  40TH FLR
  CHICAGO, IL 60603

Claim Holder Name and Address
  PENN ALUMINUM INTERNATIONAL
  INC
  FAGELHABER LLC
  55 E MONROE ST
  40TH FLR
  CHICAGO, IL 60603

Docketed Total: **$435,185.00**    Modified Total: **$352,689.76**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $435,185.00 | 05-44640 | | $22,680.99 | $330,008.77 |
| | | | **$435,185.00** | | | **$22,680.99** | **$330,008.77** |

---

**Claim: 14322**
Date Filed: 07/31/2006
Docketed Total: $ 2,260,278.22
Filing Creditor Name and Address:
  PHILIPS OPTICAL STORAGE
  KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
  599 LEXINGTON AVE
  NEW YORK, NY 10022

Claim Holder Name and Address
  LATIGO MASTER FUND LTD
  590 MADISON AVE 9TH FL
  NEW YORK, NY 10022

Docketed Total: **$2,260,278.22**    Modified Total: **$2,139,229.81**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,260,278.22 | 05-44640 | | $34,369.12 | $2,104,860.69 |
| | | | **$2,260,278.22** | | | **$34,369.12** | **$2,104,860.69** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16584<br>Date Filed: 03/21/2007<br>Docketed Total: $ 45,131.93<br>Filing Creditor Name and Address:<br>  PLASTI CERT INC<br>  801 NORTH SECOND STREET<br>  HARRISBURG, PA 17102 | Claim Holder Name and Address<br><br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102 | Docketed Total: | | **$45,131.93** | | Modified Total: | | **$45,131.93** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $30,985.93 | $14,146.00 | 05-44624<br>05-44539 | | $9,978.00 | $33,727.93<br>$1,426.00 |
| | | | **$30,985.93** | **$14,146.00** | | | **$9,978.00** | **$35,153.93** |
| Claim: 987<br>Date Filed: 12/05/2005<br>Docketed Total: $ 987,308.58<br>Filing Creditor Name and Address:<br>  TESSY PLASTICS CORP<br>  488 RT S W<br>  ELBRIDGE, NY 13060 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | **$987,308.58** | | Modified Total: | | **$782,463.50** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $987,308.58 | 05-44640 | | $9,176.58 | $773,286.92 |
| | | | | **$987,308.58** | | | **$9,176.58** | **$773,286.92** |
| Claim: 11437<br>Date Filed: 07/27/2006<br>Docketed Total: $ 39,624.64<br>Filing Creditor Name and Address:<br>  UNISOURCE WORLDWIDE INC<br>  850 N ARLINGTON HEIGHTS RD<br>  ITASCA, IL 60143 | Claim Holder Name and Address<br><br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Docketed Total: | | **$39,624.64** | | Modified Total: | | **$29,956.76** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $5,500.00 | $34,124.64 | 05-44640 | | $5,543.84 | $24,412.92 |
| | | | **$5,500.00** | **$34,124.64** | | | **$5,543.84** | **$24,412.92** |

\*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $ 285,140.66<br>Filing Creditor Name and Address:<br>  VIKING PLASTICS INC<br>  1 VIKING ST<br>  CORRY, PA 16407 | Claim Holder Name and Address<br><br>  ASM CAPITAL LP<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797 | Docketed Total: | | $279,593.31 | | Modified Total: | | $250,708.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$279,593.31 | Case Number*<br>05-44640 | Secured | Priority<br>$5,547.35 | Unsecured<br>$245,161.25 |
| | | | | $279,593.31 | | | $5,547.35 | $245,161.25 |

**Total Claims to be Modified: 9**

**Total Amount as Docketed:  $8,273,469.08**

**Total Amount as Modified:  $ 7,336,668.67**

*See Exhibit H for a listing of debtor entities by case number.

Page 4 of 4

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1683**<br>Date Filed: 01/26/2006<br>Docketed Total: $ 78,385.24<br>Filing Creditor Name and Address:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $78,385.24 | Modified Total: | | | $56,928.31 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$78,385.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$56,928.31 |
| | | | | **$78,385.24** | | | | **$56,928.31** |
| **Claim: 471**<br>Date Filed: 11/10/2005<br>Docketed Total: $ 2,244,881.76<br>Filing Creditor Name and Address:<br>CORNING INCORPORATED<br>ONE RIVERFRONT PLZ<br>CORNING, NY 14831 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $2,244,881.76 | Modified Total: | | | $118,655.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,244,881.76 | Case Number*<br>05-44482<br>05-44640 | Secured | Priority | Unsecured<br>$54,551.73<br>$64,103.40 |
| | | | | **$2,244,881.76** | | | | **$118,655.13** |
| **Claim: 5404**<br>Date Filed: 05/09/2006<br>Docketed Total: $ 429,262.62<br>Filing Creditor Name and Address:<br>JADA PRECISION PLASTICS CO<br>EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Claim Holder Name and Address<br><br>JADA PRECISION PLASTICS CO EFT<br>INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Docketed Total: | | $429,262.62 | Modified Total: | | | $407,198.84 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$429,262.62 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$407,198.84 |
| | | | | **$429,262.62** | | | | **$407,198.84** |

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2032<br>Date Filed: 02/15/2006<br>Docketed Total: $ 49,782.58<br>Filing Creditor Name and Address:<br>PROGRESSIVE STAMPING CO DE INC<br>2807 SAMOSET RD<br>ROYAL OAK, MI 48073-172 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797     Docketed Total:    $49,782.58 | | | | Modified Total:    $1,658.56 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $49,782.58 | 05-44640 | | | $1,658.56 |
| | | | | **$49,782.58** | | | | **$1,658.56** |

**Total Claims to be Modified: 4**

**Total Amount as Docketed:  $2,802,312.20**

**Total Amount as Modified:  $ 584,440.84**

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

### EXHIBIT F-5 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2071<br>Date Filed: 02/21/2006<br>Docketed Total: $ 3,608,175.78<br>Filing Creditor Name and Address:<br>NGK AUTOMOTIVE CERAMICS USA INC<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN  CTR STE 2700<br>SOUTHFIELD, MI 48075-1318 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | **$3,608,175.78** | | | Modified Total: | **$693,940.36** | |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44484 | | $579,972.85 | $3,028,202.93 | 05-44482 | | $425,192.03 | $268,748.33 |
| | | | **$579,972.85** | **$3,028,202.93** | | | **$425,192.03** | **$268,748.33** |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $3,608,175.78**

**Total Amount as Modified:  $ 693,940.36**

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                              Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RADIALL JERRIK INC<br>102 W JULIE DR<br>TEMPE, AZ 85283 | 3711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,345.00<br>$6,345.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

Total:          1                          $6,345.00

Page 1 of 1

**In re Delphi Corporation, et al.**
Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIRSCHMANN CAR COMMUNICATIONS GMBH FULBRIGHT & JAWORSKI LLP 666 FIFTH AVE NEW YORK, NY 10103 | 14313 | Secured: Priority: Administrative: Unsecured: Total: | $263,963.41 $263,963.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JAMES HUTZ JR 6365 THOMPSON SHARPSVILLE RD FOWLER, OH 44418 | 3139 | Secured: Priority: Administrative: Unsecured: Total: | $2,157,683.93 $2,157,683.93 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MORGAN ADVANCED CERAMICS DIAMONEX PRODUCTS DIV KILPATRICK STOCKTON LLP 1100 PEACHTREE ST STE 2800 ATLANTA, GA 30309 | 11534 | Secured: $550,547.81 Priority: Administrative: Unsecured: Total: | $550,547.81 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS VDO AUTOMOTIVE INC SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 2773 | Secured: Priority: Administrative: Unsecured: Total: | $2,291,767.58 $2,291,767.58 | 04/26/2006 | DELPHI CORPORATION (05-44481) |

Total: **4** **$5,263,962.73**

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CTR<br>1375 E NINTH ST<br>CLEVELAND, OH 44114 | 16627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $134,297.99<br><br><br><br>$134,297.99 | 07/17/2007 | DELPHI CORPORATION (05-44481) |
| | **Total:**  **1** | | **$134,297.99** | | |

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT G-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNEMPLOYMENT INSURANCE AGENCY<br>3024 W GRAND BLVD STE 11 500<br>DETROIT, MI 48202-6024 | 16721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,651.43<br><br>$1,651.43 | 10/09/2007 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **1** | **$1,651.43** | | |

**In re Delphi Corporation, et al.**          Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT G-5 - ADJOURNED BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS*

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14133 | Secured: Priority: Administrative: Unsecured: Total: | $267,469.05 $267,469.05 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$267,469.05** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT G-6 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 16716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,076.60<br>$26,076.60 | 09/26/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>TRIAL ATTORNEY<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 3 | $26,076.60 | | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**      Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-7 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA DEPT OF TAXATION PO BOX 2156 RICHMOND, VA 23218 | 16729 | Secured: Priority: Administrative: Unsecured: Total: | $14,579.98 $14,579.98 | 10/18/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16724 | Secured: Priority: Administrative: Unsecured: Total: | $10,459,293.50 $10,459,293.50 | 10/17/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16725 | Secured: Priority: Administrative: Unsecured: Total: | $4,239.59 $4,239.59 | 10/17/2007 | DELPHI CORPORATION (05-44481) |

Total:    **3**            **$10,478,113.07**

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10589<br>Date Filed: 07/25/2006<br>Docketed Total: $ 136,561.72<br>Filing Creditor Name and Address:<br>AMD INTERNATIONAL SALES &<br>SERVICE LTD<br>915 DEGUIGNE DR<br>MS 251<br>SUNNYVALE, CA 94088-3453 | Claim Holder Name and Address<br><br>SPANSION LLC<br>915 DEGUIGNE DR M S 251<br>PO BOX 3453<br>SUNNYVALE, CA 94088-3453 | Docketed Total: | | **$136,561.72** | | Modified Total: | | **$33,973.92** |
| | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$136,561.72 | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$33,973.92 |
| | | | | **$136,561.72** | | | | **$33,973.92** |
| Claim: 1544<br>Date Filed: 01/17/2006<br>Docketed Total: $ 49,857.50<br>Filing Creditor Name and Address:<br>GREAT NORTHERN<br>TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Claim Holder Name and Address<br><br>GREAT NORTHERN<br>TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Docketed Total: | | **$49,857.50** | | Modified Total: | | **$46,497.50** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$49,857.50 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,497.50 |
| | | | **$49,857.50** | | | | | **$46,497.50** |
| Claim: 10019<br>Date Filed: 07/20/2006<br>Docketed Total: $ 63,903.24<br>Filing Creditor Name and Address:<br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Claim Holder Name and Address<br><br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Docketed Total: | | **$63,903.24** | | Modified Total: | | **$31,864.57** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$63,903.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,864.57 |
| | | | | **$63,903.24** | | | | **$31,864.57** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16497<br>Date Filed: 01/23/2007<br>Docketed Total: $ 606,089.00<br>Filing Creditor Name and Address:<br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322 | Claim Holder Name and Address<br><br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322 | | Docketed Total: | $606,089.00 | | | Modified Total: | $548,176.74 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$606,089.00<br><br>$606,089.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$548,176.74<br><br>$548,176.74 |
| Claim: 13967<br>Date Filed: 07/31/2006<br>Docketed Total: $ 283,429.97<br>Filing Creditor Name and Address:<br>HUTCHINSON FTS INC<br>C O HALPERIN BATTAGLIA<br>RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br><br>HUTCHINSON FTS INC<br>C O HALPERIN BATTAGLIA RAICHT<br>LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | | Docketed Total: | $283,429.97 | | | Modified Total: | $274,165.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$283,429.97<br><br>$283,429.97 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$274,165.53<br><br>$274,165.53 |
| Claim: 7992<br>Date Filed: 06/14/2006<br>Docketed Total: $ 881,213.67<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | | Docketed Total: | $881,213.67 | | | Modified Total: | $301,253.87 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$881,213.67<br><br>$881,213.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$301,253.87<br><br>$301,253.87 |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)                                          Twenty-Second Omnibus Claims Objection

### EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12136<br>Date Filed: 07/28/2006<br>Docketed Total: $ 933,276.00<br>Filing Creditor Name and Address:<br>PEUGEOT JAPY INDUSTRIES S A<br>APICO INC<br>30600 TELEGRAPH RD STE 2183<br>BINGHAM FARMS, MI 48025 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$933,276.00** | | Modified Total: | | **$830,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$933,276.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$830,000.00 |
| | | | | **$933,276.00** | | | | **$830,000.00** |
| Claim: 12399<br>Date Filed: 07/28/2006<br>Docketed Total: $ 435,420.73<br>Filing Creditor Name and Address:<br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br><br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Docketed Total: | | **$435,420.73** | | Modified Total: | | **$334,267.91** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$435,420.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$334,267.91 |
| | | | | **$435,420.73** | | | | **$334,267.91** |
| Claim: 2353<br>Date Filed: 03/22/2006<br>Docketed Total: $ 1,373,431.35<br>Filing Creditor Name and Address:<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS USA INC<br>7001 DEVELOPMENT DR<br>RESEARCH TRIANGLE PARK, NC<br>27709 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$1,373,431.35** | | Modified Total: | | **$1,122,356.19** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,373,431.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,122,356.19 |
| | | | | **$1,373,431.35** | | | | **$1,122,356.19** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14147**
Date Filed: 07/31/2006
Docketed Total: $ 5,430,121.66
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:    **$5,430,121.66**

Modified Total:    **$4,498,944.63**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,430,121.66 | 05-44640 | | | $4,466,512.52 |
| | | | | 05-44567 | | | $32,432.11 |
| | | | **$5,430,121.66** | | | | **$4,498,944.63** |

**Claim: 5980**
Date Filed: 05/16/2006
Docketed Total: $ 9,225,767.18
Filing Creditor Name and Address:
SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Claim Holder Name and Address

PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Docketed Total:    **$68,308.80**

Modified Total:    **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $68,308.80 | | | 05-44640 | | | $0.00 |
| | **$68,308.80** | | | | | | **$0.00** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total:    **$9,157,458.38**

Modified Total:    **$9,157,458.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $9,157,458.38 | 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** | | | | **$9,157,458.38** |

*See Exhibit H for a listing of debtor entities by case number.

Page 4 of 5

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6956￼Date Filed: 05/26/2006￼Docketed Total: $ 1,332,006.89￼Filing Creditor Name and Address:￼THE GOODYEAR TIRE & RUBBER COMPANY￼1444 E MARKET ST￼AKRON, OH 44316 | Claim Holder Name and Address￼￼JPMORGAN CHASE BANK NA￼270 PARK AVE 17TH FL￼NEW YORK, NY 10017 | Docketed Total: | | **$1,332,006.89** | | Modified Total: | | **$1,220,118.63** |
| | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$1,332,006.89 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$1,220,118.63 |
| | | | | **$1,332,006.89** | | | | **$1,220,118.63** |
| Claim: 7459￼Date Filed: 06/05/2006￼Docketed Total: $ 100,819.04￼Filing Creditor Name and Address:￼THOMAS ENGINEERING COMPANY￼7024 NORTHLAND DR￼BROOKLYN PARK, MN 55428 | Claim Holder Name and Address￼￼CONTRARIAN FUNDS LLC￼411 W PUTNAM AVE STE 225￼GREENWICH, CT 06830 | Docketed Total: | | **$100,819.04** | | Modified Total: | | **$93,373.95** |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$100,819.04 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$93,373.95 |
| | | | | **$100,819.04** | | | | **$93,373.95** |
| Claim: 13183￼Date Filed: 07/31/2006￼Docketed Total: $ 1,484,512.92￼Filing Creditor Name and Address:￼YAZAKI NORTH AMERICA INC￼6601 HAGGERTY RD￼CANTON, MI 48187 | Claim Holder Name and Address￼￼YAZAKI NORTH AMERICA INC￼6601 HAGGERTY RD￼CANTON, MI 48187 | Docketed Total: | | **$1,484,512.92** | | Modified Total: | | **$382,919.41** |
| | Case Number*￼05-44481 | Secured￼$399,727.94 | Priority | Unsecured￼$1,084,784.98 | Case Number*￼05-44640￼05-44567￼05-44481 | Secured￼￼￼$0.00 | Priority | Unsecured￼$354,055.23￼$28,864.18 |
| | | **$399,727.94** | | **$1,084,784.98** | | **$0.00** | | **$382,919.41** |
| | | | | | Total Claims to be Modified: 14￼￼Total Amount as Docketed:  $22,336,410.87￼￼Total Amount as Modified:  $ 18,875,371.23 | | | |

*See Exhibit H for a listing of debtor entities by case number.

Page 5 of 5

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Second Omnibus Claims Objection**

### EXHIBIT G-9 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 1704
Date Filed: 01/30/2006
Docketed Total: $ 874,448.21
Filing Creditor Name and Address:
CAPRO LTD
155 S LIMERICK RD
LIMERICK, PA 19468-1699

**CLAIM AS DOCKETED**

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$874,448.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 |
| | **$299,723.41** | | **$574,724.80** |

**CLAIM AS MODIFIED**

Modified Total: **$841,095.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $57,003.23 | $784,092.50 |
| | | **$57,003.23** | **$784,092.50** |

---

**CLAIM TO BE MODIFIED**

Claim: 11256
Date Filed: 07/27/2006
Docketed Total: $ 2,405,898.43
Filing Creditor Name and Address:
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

**CLAIM AS DOCKETED**

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$1,950,968.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,950,968.78 |
| | | | **$1,950,968.78** |

**CLAIM AS MODIFIED**

Modified Total: **$1,786,703.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,786,703.77 |
| | | | **$1,786,703.77** |

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: **$293,785.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $293,785.09 |
| | | | **$293,785.09** |

**CLAIM AS MODIFIED**

Modified Total: **$218,044.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $164,265.01 | $53,779.73 |
| | | **$164,265.01** | **$53,779.73** |

---

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT G-9 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 15454
Date Filed: 07/31/2006
Docketed Total: $ 631,976.95
Filing Creditor Name and Address:
NEUMAN ALUMINUM
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN
PC

100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NEUMAN ALUMINUM
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN PC
100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

Docketed Total:    **$631,976.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44632 | | | $631,976.95 |
| | | | **$631,976.95** |

**CLAIM AS MODIFIED**

Modified Total:    **$598,180.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,521.51 | $595,658.55 |
| | | **$2,521.51** | **$595,658.55** |

Total Claims to be Modified: 3

Total Amount as Docketed:  $3,912,323.59

Total Amount as Modified:  $ 3,444,024.30

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

### EXHIBIT G-10 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 11743
Date Filed: 07/27/2006
Docketed Total: $ 1,777,501.48
Filing Creditor Name and Address:
TI GROUP AUTOMOTIVE
SYSTEMS LLC
GENERAL COUNSEL & COMPANY
SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

**CLAIM AS DOCKETED**

Claim Holder Name and Address

JPMORGAN CHASE BANK NA          Docketed Total:     **$1,777,501.48**
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | **$1,777,501.48** |

**CLAIM AS MODIFIED**

Modified Total:     **$1,112,587.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,112,587.31 |
| | | | **$1,112,587.31** |

Total Claims to be Modified: 1

Total Amount as Docketed:  $1,777,501.48

Total Amount as Modified:  $ 1,112,587.31

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

### EXHIBIT G-11 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11264<br>Date Filed: 07/27/2006<br>Docketed Total: $ 673,272.82<br>Filing Creditor Name and Address:<br>REPUBLIC ENGINEERED<br>PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $673,272.82 | | | Modified Total: | $624,654.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$673,272.82 | Case Number*<br>05-44640 | Secured | Priority<br>$305,961.91 | Unsecured<br>$318,692.85 |
| | | | | $673,272.82 | | | $305,961.91 | $318,692.85 |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $673,272.82**

**Total Amount as Modified:  $ 624,654.76**

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.

Twenty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

# EXHIBIT D

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Gibbs Die Casting Corporation | Michael K McCrory<br>Barnes & Thornburg LLP<br>11 S Meridian St<br>Indianapolis, IN 46204-3535 | 7/31/06 | 15225 | $366,338.17 | Duplicate Or Amended Claims | Disallow and Expunge | 15224 |
| Gibbs Die Casting Corporation | Barnes & Thornburg LLP<br>John T Gregg<br>300 Ottawa Ave NW Ste 500<br>Grand Rapids, MI 49503 | 7/31/06 | 15225 | $366,338.17 | Duplicate Or Amended Claims | Disallow and Expunge | 15224 |
| Hendrickson David | David M Hendrickson<br>1012 Nottingham Ln<br>Kokomo, IN 46902-9551 | 6/5/06 | 7417 | $0.00 | Duplicate Or Amended Claims | Disallow and Expunge | 16718 |
| Millwood Inc dba Liberty Industries Inc | c o Sam O Simmerman Esq<br>Krugliak Wilkins Griffiths & Dougherty Co LPA<br>4775 Munson St NW PO Box 36963<br>Canton, OH 44735-6963 | 7/17/07 | 16626 | $220,167.50 | Duplicate Or Amended Claims | Disallow and Expunge | 10218 |
| Sosnowchik Thomas J | 37407 S Jade Crest Dr<br>Tucson, AZ 85739 | 7/25/06 | 10847 | $0.00 | Duplicate Or Amended Claims | Disallow and Expunge | 16715 |

2/6/2008 6:00 PM
Omni 22 Order Exhibit A Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Bill R Waggerman | 34850 Mission Bellview Louisburg, KS 66053-7175 | 5/10/06 | 5550 | $0.00 | Equity Claims | Disallow and Expunge | |
| Billy Gene Isenhower | 414 Winterbrook Olathe, KS 66062-1805 | 5/15/06 | 5813 | $0.00 | Equity Claims | Disallow and Expunge | |
| Darlene I Morrison | 239 Laurel St Youngstown, OH 44505-1923 | 6/1/06 | 7266 | $0.00 | Equity Claims | Disallow and Expunge | |
| Donald J Moses | 1206 Wilson Sturgis, MI 49091-2247 | 7/31/06 | 13516 | $0.00 | Equity Claims | Disallow and Expunge | |
| Etta Marie Walton | 659 W 400s Shelbyville, IN 46176-9317 | 6/9/06 | 7715 | $0.00 | Equity Claims | Disallow and Expunge | |
| Eugene J Peterson As | Custodian For Mark E Peterson Uthe Md Uniform Gifts To Minors Act 229 Marsh Island Dr Chesapeake, VA 23320-9245 | 6/26/06 | 8499 | $0.00 | Equity Claims | Disallow and Expunge | |
| Howard L Weber and Shirley E | Weber Jt Ten 35652 Johnstown Rd Farmington Hills, MI 48335-2015 | 5/1/06 | 4131 | $0.00 | Equity Claims | Disallow and Expunge | |
| Jay V Davenport | 113 Venus Way Bonaire, GA 31005-3337 | 5/22/06 | 6512 | $0.00 | Equity Claims | Disallow and Expunge | |
| Jerry Jager Jr | 4545 Hwy 589 Sumrall, MS 39482-3978 | 5/2/06 | 4340 | $0.00 | Equity Claims | Disallow and Expunge | |
| Mark S Walerzak | 10371 St John Dr Algonac, MI 48001-4241 | 7/10/06 | 9203 | $0.00 | Equity Claims | Disallow and Expunge | |
| Sam Howard Jr | 2205 Lilac Circle McKinney, TX 75071 | 6/12/06 | 7813 | $0.00 | Equity Claims | Disallow and Expunge | |
| Viola F Christopher | 4795 Gran River Glen Duluth, GA 30096 | 5/1/06 | 3682 | $0.00 | Equity Claims | Disallow and Expunge | |
| William P Unrath | 310 Traverse Dr Pittsburgh, PA 15236-4463 | 5/12/06 | 5673 | $0.00 | Equity Claims | Disallow and Expunge | |
| William P Unrath Sr and | Marlene Unrath Ten Ent 310 Traverse Dr Pittsburgh, PA 15236-4463 | 5/12/06 | 5674 | $0.00 | Equity Claims | Disallow and Expunge | |

2/6/2008 6:00 PM
Omni 22 Order Exhibit B Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Zofko Martin | 8978 Altura Dr Ne<br>Warren, OH 44484 | 8/9/06 | 16084 | $0.00 | Equity Claims | Disallow and Expunge | |

2/6/2008 6:00 PM
Omni 22 Order Exhibit B Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Janet M Gordon | 20437 Ardmore Detroit, MI 48235-1510 | 7/26/06 | 11157 | $0.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Old Dominion Freight Line I | PO Box 60908 Charlotte, NC 28260 | 5/2/06 | 4424 | $3,715.40 | Insufficiently Documented Claims | Disallow and Expunge | |

2/6/2008 6:00 PM
Omni 22 Order Exhibit C Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Daniel F Young Inc | 1235 Westlakes Dr Ste 255 Berwyn, PA 19312 | 6/9/06 | 7745 | $300.00 | Books And Records Claims | Disallow and Expunge | |
| Hirschmann Automotive GMBH | Stephen M Harnik Esq 405 Lexington Ave 42nd Fl New York, NY 10174 | 3/10/06 | 2280 | $224,681.70 | Books And Records Claims | Disallow and Expunge | |
| Itapsa S A DE C V | co Affinia Group Inc Attn C Mendeljian 1101 Technology Dr 100 Ann Arbor, MI 48108 | 7/14/06 | 9512 | $272,130.10 | Books And Records Claims | Disallow and Expunge | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Carby Corporation | Jeffrey L Caress One University Plaza Ste 312 Hackensack, NJ 07601 | 7/31/06 | 15491 | $5,340.00 | Books And Records Claims | Disallow and Expunge | |
| Sabin Metal Corporation | 300 Pantigo Pl Ste 102 East Hampton, NY 11937 | 6/26/06 | 8510 | $10,583.35 | Books And Records Claims | Disallow and Expunge | |
| Semitool Inc | PO Box 60000 File 72530 San Francisco, CA 94160-2530 | 5/8/06 | 5208 | $5,480.05 | Books And Records Claims | Disallow and Expunge | |
| Thyssenkrupp Elevator | 1500 S Sunkist St Ste B Anaheim, CA 92806 | 5/11/06 | 5646 | $69.63 | Books And Records Claims | Disallow and Expunge | |
| Tnt Logistics North America In | 10751 Deerwood Pk Blvd Ste 200 Jacksonville, FL 32256 | 5/26/06 | 6940 | $14,465.00 | Books And Records Claims | Disallow and Expunge | |

2/6/2008 6:00 PM
Omni 22 Order Exhibit D-1 Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit D-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of Alabama Department of Revenue | Legal Division PO Box 320001 Montgomery, AL 36132-0001 | 2/6/06 | 1775 | $157,059.64 | Books And Records Tax Claim | Disallow and Expunge | |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit D-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Scott Darryl Reese | c o 329 Basket Branch Oxford, MI 48371-6359 | 9/18/07 | 16709 | $40,844.62 | Untimely Books And Records Claims | Disallow and Expunge | |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit D-4 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 12/13/05 | 1139 | $93,039.28 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |
| Berkshire Investments Llc | Chicago Extruded Metals Co<br>1601 S 54th Ave<br>Cicero, IL 60804 | 7/17/06 | 9653 | $177,062.67 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |
| Carlisle Plastics Company Inc | Shannan Stewart<br>320 S Ohio Ave<br>PO Box 146<br>New Carlisle, OH 45344-0146 | 10/28/05 | 190 | $3,178.68 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |
| Gorman John M Co Inc | 2844 Keenan Ave<br>Dayton, OH 45414-4914 | 7/28/06 | 11937 | $17,280.45 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |
| Hydra Air Inc | 8208 Indy Ln<br>Indianapolis, IN 46214-2326 | 7/31/06 | 15353 | $930.45 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |
| Vlr Embedded Inc | Arun Vemuri President<br>3035 W 15th St<br>Plano, TX 75075 | 11/2/05 | 285 | $59,571.89 | Books And Records Claims That Are Subject To Prior Orders | Disallow and Expunge | |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit E Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Pietra James | 1130 Suzylynn Youngstown, OH 44512 | 10/5/07 | 16717 | $0.00 | Untimely Claims | Disallow and Expunge | |

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B)
EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION
THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING
RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on November 30, 2007, the United States

Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity

Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books

And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject

To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Order Identified In Twenty-Second Omnibus Claims Objection (the "Twenty-Second

Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Second

Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below,

which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was

subject to the Twenty-Second Omnibus Claims Objection Order, was listed on Exhibit ___ to the

Twenty-Second Omnibus Claims Objection Order, and was accordingly disallowed and

expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Twenty-Second Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
January 28, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT F

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| American Electric Power | PO Box 2021<br>Roanoke, VA 24022-2121 | 11/22/05 | 809 | $450,022.77 | Claims Subject To Modification | 05-44640 | $438,359.65 | General Unsecured |
| American Electric Power | Rosen Slome Marder LLP<br>Thomas R Slome Jil Mazer Marino<br>333 Earle Ovington Blvd Ninth Fl<br>Uniondale, NY 11553-3622 | 11/22/05 | 809 | $450,022.77 | Claims Subject To Modification | 05-44640 | $438,359.65 | General Unsecured |
| American Electric Power | Rosen Slome Marder LLP<br>Russell R Johnson III<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | 11/22/05 | 809 | $450,022.77 | Claims Subject To Modification | 05-44640 | $438,359.65 | General Unsecured |
| Avaya Inc | RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, MD 21094 | 1/10/06 | 1504 | $268,362.48 | Claims Subject To Modification | 05-44640 | $268,362.48 | General Unsecured |
| Comark Inc | Attn Mark N Rogers<br>c o Insight Enterprises Inc<br>1305 W Auto Dr<br>Tempe, AZ 85284 | 6/28/06 | 8726 | $195,108.90 | Claims Subject To Modification | 05-44640 | $57,579.00 | General Unsecured |
| Daniel F Young Inc | 1235 Westlakes Dr Ste 255<br>Berwyn, PA 19312 | 6/9/06 | 7742 | $4,275.00 | Claims Subject To Modification | 05-44640 | $4,275.00 | General Unsecured |
| Daniel F Young Inc | 1235 Westlakes Dr Ste 255<br>Berwyn, PA 19312 | 6/9/06 | 7746 | $200.02 | Claims Subject To Modification | 05-44640 | $200.02 | General Unsecured |
| Dayco Products LLC dba Mark IV Automotive | Attn Jan Spalding Credit Manager<br>Dayco Products Mark IV Automotive<br>1955 Enterprise Dr<br>Rochester Hills, MI 48309 | 11/10/05 | 495 | $443,501.01 | Claims Subject To Modification | 05-44640 | $45,902.00 | General Unsecured |
| E S Investments | d b a Sun Microstamping Technologies<br>Sun Microstamping Technologies<br>14055 US Highway 19 N<br>Clearwater, FL 33764 | 7/17/06 | 9552 | $15,807.88 | Claims Subject To Modification | 05-44567 | $7,119.82 | General Unsecured |
| Gibbs Die Casting Corporation | Michael K McCrory<br>Barnes & Thornburg LLP<br>11 S Meridian St<br>Indianapolis, IN 46204-3535 | 7/31/06 | 15224 | $228,980.13 | Claims Subject To Modification | 05-44640 | $112,290.32 | General Unsecured |
| Gibbs Die Casting Corporation | Barnes & Thornburg LLP<br>John T Gregg<br>300 Ottawa Ave NW Ste 500<br>Grand Rapids, MI 49503 | 7/31/06 | 15224 | $228,980.13 | Claims Subject To Modification | 05-44640 | $112,290.32 | General Unsecured |

2/6/2008 6:01 PM
Omni 22 Order Exhibit F-1 Single Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Hella Inc | PO Box 2665<br>Peachtree, GA 30269 | 7/5/06 | 9011 | $148,939.15 | Claims Subject To Modification | 05-44640 | $131,645.84 | General Unsecured |
| J V Equipment Inc | George Bottomly<br>PO Box 509<br>Edinburg, TX 78540 | 5/8/06 | 5111 | $28,951.86 | Claims Subject To Modification | 05-44567 | $26,583.33 | General Unsecured |
| KAC Holdings Inc dba Kester | Terry G Clarke<br>Kester<br>800 W Thorndale Ave<br>Itasca, IL 60143-1341 | 7/31/06 | 15565 | $112,181.25 | Claims Subject To Modification | 05-44640 | $102,735.75 | General Unsecured |
| Kom Lamb Inc | 355 Commerce Dr<br>Amherst, NY 14228 | 2/28/06 | 2149 | $37,321.58 | Claims Subject To Modification | 05-44640 | $37,321.58 | General Unsecured |
| Ldi Incorporated | 4311 Patterson<br>Grand Rapids, MI 49512 | 7/18/06 | 9832 | $268,853.90 | Claims Subject To Modification | 05-44640 | $221,285.87 | General Unsecured |
| Ldi Incorporated | Harold E Nelson<br>Nantz Litowich Smith Girard & Hamilton<br>2025 E Beltline SE Ste 60<br>Grand Rapids, MI 49546 | 7/18/06 | 9832 | $268,853.90 | Claims Subject To Modification | 05-44640 | $221,285.87 | General Unsecured |
| Marketing Specialties MSI Packaging | MSI Packaging<br>5010 W 81st St<br>Indianapolis, IN 46268 | 11/14/05 | 523 | $557,641.90 | Claims Subject To Modification | 05-44640 | $293,905.45 | General Unsecured |
| Michiana Delivery Services | 2220 S 11th St<br>Niles, MI 49120-4410 | 5/16/06 | 5986 | $523.37 | Claims Subject To Modification | 05-44640 | $523.37 | General Unsecured |
| Molex Connector Corporation | co Robert E Richards Esq<br>Sonnenschein Nath & Rosenthal LLP<br>7800 Sears Tower<br>Chicago, IL 60606 | 6/14/06 | 7991 | $207,618.66 | Claims Subject To Modification | 05-44640 | $207,485.70 | General Unsecured |
| National Fuel Gas Distribution Corp | attn Mary Jo Ben<br>6363 Main St<br>Williamsville, NY 14221 | 2/7/06 | 1887 | $5,115.85 | Claims Subject To Modification | 05-44640 | $5,115.85 | General Unsecured |
| Norfolk Southern Railway Company | William H Johnson Esq<br>Three Commercial Pl<br>Norfolk, VA 23510-2191 | 1/25/06 | 1671 | $19,545.00 | Claims Subject To Modification | 05-44640 | $19,545.00 | General Unsecured |
| Onyx Industrial Services Inc | 6151 Executive Blvd<br>Huber Heights, OH 45424-1440 | 7/31/06 | 14737 | $167,907.45 | Claims Subject To Modification | 05-44640 | $138,341.97 | General Unsecured |

2/6/2008 6:01 PM
Omni 22 Order Exhibit F-1 Single Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Otis Elevator Company | Otis Elevator Company<br>1 Farm Springs Rd<br>Farmington, CT 06032 | 4/10/06 | 2596 | $50,654.52 | Claims Subject To Modification | 05-44640 | $41,049.28 | General Unsecured |
| Panther II Transportation | 4940 Panther Pkwy<br>Seville, OH 44273 | 3/16/06 | 2312 | $46,627.72 | Claims Subject To Modification | 05-44640 | $46,627.72 | General Unsecured |
| Quality Logistical Services | PO Box 12030<br>3525 Capital City Blvd<br>Lansing, MI 48901-2030 | 3/27/06 | 2406 | $87,316.56 | Claims Subject To Modification | 05-44640 | $70,681.28 | General Unsecured |
| Rexel Inc | North Atlantic Div Credit<br>1049 Prince Georges Blvd<br>Upper Marlboro, MD 20774 | 5/22/06 | 6528 | $397,218.17 | Claims Subject To Modification | 05-44640 | $397,218.17 | General Unsecured |
| Simplex Grinnell | 50 Techonology Dr<br>Westminster, MA 01441 | 7/14/06 | 9510 | $98,815.73 | Claims Subject To Modification | 05-44640 | $98,244.45 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/31/06 | 13562 | $866,697.79 | Claims Subject To Modification | 05-44640 | $572,827.52 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP<br>Allan S Brilliant Craig P Druehl & Meagan E Costello<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 13562 | $866,697.79 | Claims Subject To Modification | 05-44640 | $572,827.52 | General Unsecured |
| Standard Motor Products Inc | Accounts Payable<br>37 18 Northern Bvd<br>Long Island City, NY 11101-1016 | 7/21/06 | 10230 | $251,814.20 | Claims Subject To Modification | 05-44612 | $234,479.22 | General Unsecured |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 211 | $5,697.46 | Claims Subject To Modification | 05-44640 | $5,697.46 | General Unsecured |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 213 | $8,496.00 | Claims Subject To Modification | 05-44640 | $8,496.00 | General Unsecured |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 215 | $9,712.11 | Claims Subject To Modification | 05-44640 | $9,712.11 | General Unsecured |
| TPG Credit Opportunities Investors LP | c o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44640 | $3,636,441.29 | General Unsecured |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| TPG Credit Opportunities Investors LP | Attn Shelley Hartman<br>c o TPG Credit Management LP<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44640 | $3,636,441.29 | General Unsecured |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44640 | $3,636,441.29 | General Unsecured |
| Union Pacific Railroad Company | Attn Mary Ann Kilgore<br>1400 Douglas St STOP 1580<br>Omaha, NE 68179-1580 | 7/18/06 | 9844 | $18,580.00 | Claims Subject To Modification | 05-44640 | $945.00 | General Unsecured |
| Union Pacific Railroad Company | Attn Mary Ann Kilgore<br>1400 Douglas St STOP 1580<br>Omaha, NE 68179-1580 | 7/18/06 | 9850 | $89,553.73 | Claims Subject To Modification | 05-44640 | $50,961.60 | General Unsecured |
| Unisource Worldwide Inc | 6600 Governors Lake Pky<br>Norcross, GA 30071-1114 | 7/27/06 | 11434 | $46,954.68 | Claims Subject To Modification | 05-44640 | $15,184.47 | General Unsecured |
| Winkle Electric Co Inc | Rmt Add Chg 12 02 04 Am<br>PO Box 6014 1900 Hubbard Rd<br>Youngstown, OH 44501-6014 | 5/4/06 | 4645 | $31,753.59 | Claims Subject To Modification | 05-44640 | $28,341.62 | General Unsecured |

2/6/2008 6:01 PM
Omni 22 Order Exhibit F-1 Single Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Marion County In | Marion County Treasurer 200 E Washington St Rm 1001 Indianapolis, IN 46204 | 9/8/06 | 16296 | $138,133.68 | Tax Claims Subject To Modification | 05-44640 | $122,297.70 | Priority |
| Town of Coaling Alabama | Alatax 3001 Second Ave South Birmingham, AL 35233 | 8/2/06 | 14201 | $26,967.39 | Tax Claims Subject To Modification | 05-44640 | $11,978.67 | Priority |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-4 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| ASM Capital II LP | ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 1/26/06 | 1683 | $78,385.24 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44640 | $56,928.31 | General Unsecured |
| ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/26/06 | 1683 | $78,385.24 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44640 | $56,928.31 | General Unsecured |
| ASM Capital LP | ASM Capital LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 2/15/06 | 2032 | $49,782.58 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44640 | $1,658.56 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/15/06 | 2032 | $49,782.58 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44640 | $1,658.56 | General Unsecured |
| Jada Precision Plastics Co Eft Inc | 1667 Emerson St<br>Rochester, NY 14606 | 5/9/06 | 5404 | $429,262.62 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44640 | $407,198.84 | General Unsecured |

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                      :
       In re                           :     Chapter 11
                                        :
DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                        :
                Debtors.    :     (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B)
EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION
THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING
RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on November 30, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Order Identified In Twenty-Second Omnibus Claims Objection (the "Twenty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proofs of claim nos. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), were subject to the Twenty-Second Omnibus Claims Objection Order, were listed on Exhibit _____ to the Twenty-Second Omnibus Claims Objection Order, and were accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Twenty-Second Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
January 28, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT H

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| ASM Capital LP | ASM Capital LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 7/26/06 | 11074 | $285,140.66 | Modified Claims Asserting Reclamation | 05-44640 | $5,547.35 | Priority | 05-44640 | $245,161.25 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/26/06 | 11074 | $285,140.66 | Modified Claims Asserting Reclamation | 05-44640 | $5,547.35 | Priority | 05-44640 | $245,161.25 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 12/5/05 | 987 | $987,308.58 | Modified Claims Asserting Reclamation | 05-44640 | $9,176.58 | Priority | 05-44640 | $773,286.92 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 12/5/05 | 987 | $987,308.58 | Modified Claims Asserting Reclamation | 05-44640 | $9,176.58 | Priority | 05-44640 | $773,286.92 | General Unsecured |
| Latigo Master Fund Ltd | Attn Paul Malek<br>590 Madison Ave 9th Fl<br>New York, NY 10022 | 7/31/06 | 14322 | $2,260,278.22 | Modified Claims Asserting Reclamation | 05-44640 | $34,369.12 | Priority | 05-44640 | $2,104,860.69 | General Unsecured |
| Mubea Inc | 6800 Industrial Rd<br>Florence, KY 41042 | 7/27/06 | 11688 | $529,365.38 | Modified Claims Asserting Reclamation | 05-44640 | $132,206.98 | Priority | 05-44640 | $397,158.40 | General Unsecured |
| Mubea Inc | Gary R Hoffman<br>11935 Mason Montgomery Rd Ste 130<br>Cincinnati, OH 45249 | 7/27/06 | 11688 | $529,365.38 | Modified Claims Asserting Reclamation | 05-44640 | $132,206.98 | Priority | 05-44640 | $397,158.40 | General Unsecured |
| Penn Aluminum International Inc | Dennis E Quaid<br>FagelHaber LLC<br>55 E Monroe St 40th Flr<br>Chicago, IL 60603 | 2/28/07 | 16557 | $435,185.00 | Modified Claims Asserting Reclamation | 05-44640 | $22,680.99 | Priority | 05-44640 | $330,008.77 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 6/22/06 | 8373 | $778,532.62 | Modified Claims Asserting Reclamation | 05-44640 | $3,933.20 | Priority | 05-44640 | $294,795.14 | General Unsecured |
| TPG Credit Opportunities Investors LP | c o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1745 | $2,912,902.05 | Modified Claims Asserting Reclamation | 05-44640 | $325,797.70 | Priority | | | |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1745 | $2,912,902.05 | Modified Claims Asserting Reclamation | 05-44640 | $325,797.70 | Priority | | | |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 2/2/06 | 1745 | $2,912,902.05 | Modified Claims Asserting Reclamation | 05-44640 | $325,797.70 | Priority | | | |

2/6/2008 6:01 PM
Omni 22 Order Exhibit F-3 Single Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Unisource Worldwide Inc | Attn Larry Durrant<br>850 N Arlington Heights Rd<br>Itasca, IL 60143 | 7/27/06 | 11437 | $39,624.64 | Modified Claims Asserting Reclamation | 05-44640 | $5,543.84 | Priority | 05-44640 | $24,412.92 | General Unsecured |

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-4 (Multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| JPMorgan Chase Bank NA | Stanley Lim<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 11/10/05 | 471 | $2,244,881.76 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44482 | $54,551.73 | General Unsecured | 05-44640 | $64,103.40 | General Unsecured |
| JPMorgan Chase Bank NA | Kirkpatrick & Lockhart<br>Nicholson Graham LLP<br>Timothy C Bennett<br>599 Lexington Ave<br>New York, NY 10022 | 11/10/05 | 471 | $2,244,881.76 | Claims Subject To Modification That Are Subject To Prior Orders | 05-44482 | $54,551.73 | General Unsecured | 05-44640 | $64,103.40 | General Unsecured |

2/6/2008 6:02 PM
Omni 22 Order Exhibit F-4 Multiple Service List

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-5 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 2/21/06 | 2071 | $3,608,175.78 | Modified Claims Asserting Reclamation That Are Subject To Prior Orders | 05-44482 | $425,192.03 | Priority | 05-44482 | $268,748.33 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/21/06 | 2071 | $3,608,175.78 | Modified Claims Asserting Reclamation That Are Subject To Prior Orders | 05-44482 | $425,192.03 | Priority | 05-44482 | $268,748.33 | General Unsecured |

2/6/2008 6:02 PM
Omni 22 Order Exhibit F-5 Single Service List

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
    In re                 :     Chapter 11
                      :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                      :
           Debtors.    :     (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B)
EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION
THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING
RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
<u>IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on November 30, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Order Identified In Twenty-Second Omnibus Claims Objection (the "Twenty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proofs of claim nos. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), were subject to the Twenty-Second Omnibus Claims Objection Order, were listed on Exhibit ____ to the Twenty-Second Omnibus Claims Objection Order, and were accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Twenty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

Dated:  New York, New York
January 28, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT J

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-3 (Multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP Attn Shelley Hartman 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 2/2/06 | 1745 | $2,912,902.05 | Modified Claims Asserting Reclamation | 05-44640 | $2,582,418.17 | General Unsecured | 05-44567 | $178.72 | General Unsecured | | | |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 3/21/07 | 16584 | $45,131.93 | Modified Claims Asserting Reclamation | 05-44624 | $9,978.00 | Priority | 05-44624 | $33,727.93 | General Unsecured | 05-44539 | $1,426.00 | General Unsecured |

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
      In re                    :    Chapter 11
                           :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                           :
           Debtors.    :    (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B)
EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION
THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING
RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
<u>IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on November 30, 2007, the United States

Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity

Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books

And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject

To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Order Identified In Twenty-Second Omnibus Claims Objection (the "Twenty-Second

Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Second

Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proofs of claim nos. listed below,

which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

were subject to the Twenty-Second Omnibus Claims Objection Order, were listed on Exhibit

____ to the Twenty-Second Omnibus Claims Objection Order, and were accordingly disallowed

and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Twenty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

3

Dated:  New York, New York
January 28, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

# EXHIBIT L

Delphi Corporation
Twenty-Second Omnibus Objection Order
Exhibit F-1 (Multiple) Service List

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 | Modified Debtor4 | Modified Amount4 | Modified Nature4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apollo Seiko Ltd | 1861 Willowcreek Rd Portage, IN 46368 | 12/12/05 | 1127 | $46,327.72 | Claims Subject To Modification | 05-44640 | $6,900.51 | General Unsecured | 05-44567 | $5,080.24 | General Unsecured | | | | | | |
| Boc Gases | 575 Mountain Ave Murray Hill, NJ 07974 | 3/7/06 | 2220 | $31,894.35 | Claims Subject To Modification | 05-44624 | $2,033.58 | General Unsecured | 05-44640 | $25,107.66 | General Unsecured | | | | | | |
| BOC Gases | Attn Ed Hyland Rev Mgt 575 Mtn Ave Murray Hill, NJ 07974 | 3/7/06 | 2220 | $31,894.35 | Claims Subject To Modification | 05-44624 | $2,033.58 | General Unsecured | 05-44640 | $25,107.66 | General Unsecured | | | | | | |
| Equity Industrial | Equity Industrial 1101 N Ellworth Ave Villa Park, IL 60181 | 5/22/06 | 6445 | $369,003.36 | Claims Subject To Modification | 05-44640 | $318,036.30 | General Unsecured | 05-44481 | $0.00 | General Unsecured | | | | | | |
| Hisco Inc | Attn Gaylord P Whiting 6650 Concord Park Dr Houston, TX 77040 | 7/5/06 | 9035 | $66,093.81 | Claims Subject To Modification | 05-44507 | $11,110.81 | General Unsecured | 05-44640 | $27,380.98 | General Unsecured | 05-44624 | $1,247.00 | General Unsecured | 05-44567 | $9,914.26 | General Unsecured |
| Koyo Corporation of USA | William J Stavole Taft Stettinius & Hollister LLP 3500 BP Tower 200 Public Square Cleveland, OH 44114 | 7/18/06 | 9756 | $1,196,741.86 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $1,127,950.91 | General Unsecured | | | | | | |
| Koyo Corporation of USA | Taft Stettinius & Hollister Llp Richard L Ferrell 425 Walnut St Ste 1800 Cincinnati, OH 45202-3957 | 7/18/06 | 9756 | $1,196,741.86 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $1,127,950.91 | General Unsecured | | | | | | |
| Overnite Transportation a UPS Company | Attn Rebecca Richardson PO Box 1216 Richmond, VA 23218-1216 | 10/27/05 | 138 | $183,710.75 | Claims Subject To Modification | 05-44640 | $164,313.24 | General Unsecured | 05-44612 | $65.00 | General Unsecured | | | | | | |
| TPG Credit Opportunities Investors LP | c o TPG Credit Management LP Attn Shelley Hartman 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44624 | $402.00 | General Unsecured | 05-44567 | $4,467.78 | General Unsecured | | | | | | |
| TPG Credit Opportunities Investors LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44624 | $402.00 | General Unsecured | 05-44567 | $4,467.78 | General Unsecured | | | | | | |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP Attn Shelley Hartman 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 2/2/06 | 1746 | $3,821,082.86 | Claims Subject To Modification | 05-44624 | $402.00 | General Unsecured | 05-44567 | $4,467.78 | General Unsecured | | | | | | |
| Unholtz Dickie Corporation | Unholtz Dickie Corp 6 Brookside Dr Wallingford, CT 06492 | 2/8/06 | 1914 | $34,795.00 | Claims Subject To Modification | 05-44640 | $25,800.00 | General Unsecured | 05-44567 | $7,895.00 | General Unsecured | 05-44624 | $1,100.00 | General Unsecured | | | |
| W W Grainger Inc | Nathan F Coco Esq McDermott Will & Emery LLP 227 W Monroe St Ste 4400 Chicago, IL 60606-5096 | 7/31/06 | 14999 | $34,816.85 | Claims Subject To Modification | 05-44640 | $22,195.08 | General Unsecured | 05-44507 | $159.84 | General Unsecured | | | | | | |

2/6/2008 6:01 PM
Omni 22 Order Exhibit F-1 Multiple Service List

# EXHIBIT M

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
     In re                                     :     Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :     Case No. 05-44481 (RDD)
                                               :
                      Debtors.                 :     (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B)
EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION
THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING
RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on November 30, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Order Identified In Twenty-Second Omnibus Claims Objection (the "Twenty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proofs of claim nos. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), were subject to the Twenty-Second Omnibus Claims Objection Order, were listed on Exhibit ____ to the Twenty-Second Omnibus Claims Objection Order, and were accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Twenty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

3

Dated:  New York, New York
January 28, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession