David G. Dragich (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Columbia LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
                    Debtors.                                )
------------------------------------------------------------x

## OBJECTION OF PBR COLUMBIA LLC TO
## CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

PBR Columbia LLC ("PBR Columbia")[1], by its attorneys Foley & Lardner LLP, hereby submits this Objection (the "Objection") to the Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization (the "Cure Notices"). In support of its Objection, PBR Columbia respectfully represents as follows:

### BACKGROUND

1.    On October 8 and 14, 2005 (the "Petition Dates"), Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned case (collectively, the "Debtors"), filed voluntary petitions in this Court for

---

[1] PBR Columbia notes that it received two Cure Notices at the address 201 Metropolitan Dr., West Columbia SC 29170. One Cure Notice was addressed to "PBR Columbia LLC PBR Automotive South Carolina" and the other Cure Notice was addressed to "Pacific Group LTD." All Purchase Orders identified in the Cure Notices however, are between the Debtors and PBR Columbia, and therefore, PBR Columbia is the entity filing this Objection and the counter-party to the Purchase Orders.

reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2. On December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization (the "Plan"). On January 25, 2008, the Court entered an order confirming the Plan (the "Confirmation Order").

3. On January 29, 2008, the Debtors filed the Cure Notices with the Court. According to the Cure Notices, parties have 10 days to respond, or February 8, 2008. Accordingly, this Objection is timely filed.

4. Prior to the Petition Dates, Delphi issued and PBR Columbia accepted various purchase orders that form the contractual obligations of the parties (collectively, the "Purchase Orders").

5. The Cure Notices identified the following eleven (11) purchase orders proposed to be assumed and assigned as part of the Plan with the following proposed cure amounts:

| Purchase Order to be assumed and/or assigned | Cure Amount |
|---|---|
| D0550069751 | $0.00 |
| D0550023910 | $0.00 |
| D0550037760 | $0.00 |
| D0550056755 | $0.00 |
| D0550038469 | $0.00 |
| D0550075273 | $0.00 |
| D0550069109 | $0.00 |
| D0550075154 | $0.00 |
| D0550069113 | $0.00 |

2

| | |
|---|---|
| D0550009978 | $0.00 |
| D0550004296 | $0.00 |

## OBJECTION

6. PBR Columbia submits that with respect to Purchase Order D0550069751, the correct cure amount is $161,494.92. Documents supporting this corrected cure amount: (a) are in the possession of the Debtors, and (b) contain confidential information that if disclosed as part of this Objection would damage PBR Columbia and the Debtors. Therefore, such materials will be provided to the Debtors as the parties attempt to resolve their differences concerning the cure amounts.

7. In addition, as set forth in the proofs of claim filed by PBR Columbia against Delphi Corporation and Delphi Automotive Systems LLC (See **Exhibit A** attached hereto), PBR Columbia has the following setoff claims against the Debtors which must be paid as part of the proposed cure amounts:

| Purchase Order | Setoff Amount |
|---|---|
| D0550056755 | $393.12 |
| D0550038469 | $17,764.92 |
| D0550069113 | $15,733.44 |
| D0550004296 | $83.52 |

8. Finally, PBR Columbia hereby requests that all cure amounts be paid in Cash (as defined in the Plan) pursuant to Article 8.2(a) of the Plan.

3

## **CONCLUSION**

WHEREFORE, PBR Columbia respectfully requests that the Court enter an order (a) denying assumption in the manner proposed in the Cure Notices, and (b) scheduling a hearing on the matter.

 

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David G. Dragich*
David G. Dragich (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Columbia LLC

February 8, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Objection of PBR Columbia LLC to the Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization has been served upon the following parties by hand delivery this 8th day of February, 2008:

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  Deputy General Counsel, Transactions
& Restructuring

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John K. Lyons
       Ron E. Meisler

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Attn:  Thomas E. Lauria

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn:  Donald Bernstein
       Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:  Robert J. Rosenberg
       Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn:  Glenn M. Kurtz
       Gregory Pryor

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 3100
New York, NY  10004
Attn:  Alicia M. Leonhard

*/s/ Kathleen Rose*_____
Kathleen Rose
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI  48226
Telephone:  (313) 234-7100