UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :        Case No. 05-44481 (RDD)
                                                :
                                    Debtors.    :        (Jointly Administered)
-------------------------------------------------------------x

### OBJECTION OF TINNERMAN PALNUT ENGINEERED PRODUCTS INC TO NOTICE
### OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE
### ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

Tinnerman Palnut Engineered Products Inc, for its Objection to Notice of Cure
Amount With Respect to Executory Contract to Be Assumed or Assumed and Assigned Under
Plan of Reorganization (the "Cure Notice"),[1] respectfully states as follows:

## BACKGROUND

1.      On October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of
Delphi's U.S. subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions for
relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the
United States Bankruptcy Court for the Southern District of New York (the "Court").

2.      On or about December 10, 2007, the Court entered an Order Approving (I)
Disclosure Statement, (II) Record Date, Voting Deadline and Procedures for Temporary
Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV)
Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI)
Cure Claim Procedures, (VII) Procedures for Resolving Disputes Relating to Postpetition

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Cure
Notice.

Interest, and (VIII) Reclamation Procedures Order (the "Solicitation Procedures Order") [Docket

No. 11389]. Among other things, the Solicitation Procedures Order established procedures for

filing objections to assumption (or assumption and assignment) of executory contracts under the

Plan of Reorganization filed in the Debtors' cases on September 6, 2007, as amended and filed

on December 10, 2007 (as may be further amended or supplemented, the "Plan") and/or for

objecting to the Debtors' proposed Cure Amounts in connection therewith.

3.      Tinnerman Palnut Engineered Products Inc has received a Cure Notice

purportedly issued to it by the Debtors in accordance with the Solicitation Procedures Order,

seeking to establish an aggregate Cure Amount of $ related to the following contracts:

| Cure Amount. | Contract numbers |
|---|---|
| $0.00 | D0550005345 |
| $465.60 | D0550027492 |
| $0.00 | D0550027570 |
| $0.00 | D0550034106 |
| $0.00 | D0550036366 |
| $0.00 | D0550036559 |
| $0.00 | D0550037549 |
| $0.00 | D0550053586 |
| $0.00 | D0550053589 |
| $0.00 | D0550071861 |
| $0.00 | D0550071862 |
| $1,323.00 | D0550072421 |
| $25.83 | D0550076631 |
| $654.67 | D0550078145 |
| $3,619.91 | 52674 |
| $1,140.00 | 52675 |

4.      Tinnerman Palnut Engineered Products Inc previously transferred and

assigned to Liquidity Solutions, Inc. d/b/a/ Revenue Management ("LSI") all right, title and

interest in and to certain claims it held against the Debtors (collectively, the "Claim") and any

distributions thereon to LSI, which contractually includes, but is not limited to, (i) claim numbers

2638, 2627, 2630, 2636, 2631, 2628, 2629, 2626, 2625, 2637, 2635, 2634, 2632, 2633 in the

amount of $271,401.80 and (ii) "cure" amounts within the meaning of section 365 of the

Bankruptcy Code that may be related to contracts giving rise to the foregoing claims, and the

2

right to receive any and all distributions on account of such cures. In connection therewith,

Tinnerman Palnut Engineered Products Inc authorized and appointed LSI as its true and lawful

attorney with respect to all matters concerning the Claim. Notwithstanding the transfer of its

rights to LSI, the Solicitation Procedures Order appears to suggest that only Tinnerman Palnut

Engineered Products Inc may file an objection to the Cure Amount listed in the Cure Notice.

       5.      It is not clear to Tinnerman Palnut Engineered Products Inc whether the

proposed Cure Amount relates in whole or in part to the Claim now held by LSI. Accordingly,

Tinnerman Palnut Engineered Products Inc files this objection requesting (i) that the Debtors

identify whether the proposed assumption relates to a contract or lease underlying the Claim

assigned to LSI and, if so, (ii) establishment of a proper Cure Amount in the amount of

$271,401.80. To the extent that the proposed Cure Amount relates to assumption of contracts or

leases wholly separate and distinct from those contracts or leases giving rise to any part of the

Claim held by LSI, Tinnerman Palnut Engineered Products Inc requests additional time to

consult its records and reconcile whether the proposed Cure Amount is correct or incorrect.

### CONCLUSION

      WHEREFORE, Tinnerman Palnut Engineered Products Inc respectfully requests

that the Court enter an order modifying the Cure Amount as more fully set forth herein, and

granting such other and further relief as is just and proper under the circumstances.

Dated: January 11, 2008

                 Respectfully submitted,
                 Tinnerman Palnut Engineered Products Inc

                 By:  _____
                 Mike Clipper
                 PO Box 10
                 Brunswick, OH 44212
                 (330) 220-5179