SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

     PLEASE TAKE NOTICE THAT on December 10, 2007, the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an

order (the "Solicitation Procedures Order") (Docket No. 11389) approving the disclosure

statement (the "Disclosures Statement") with respect to the First Amended Joint Plan of

Reorganization of Delphi Corporation and Certain Affiliates Debtors and Debtors-In-Possession

(the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the

"Debtors").

       In accordance with the Solicitation Procedures Order and the Plan, the Debtors

hereby provide notice of their intent to cure ("Cure") and assume or assume and assign the

contracts(s) listed on <u>Exhibit 1</u> attached hereto as provided in the Plan and the Disclosure

Statement. The Debtors' record reflect the amounts owing for prepetition arrearages as set forth

on <u>Exhibit 1</u> (the "Cure Amount").

       Objections, if any, to the proposed Cure Amount must (a) be in writing, (b) state

with specificity the cure asserted to be required, (c) include appropriate documentation thereof,

(d) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105

and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates,

(II) Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006

(Docket No. 2883) and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates

and Certain Notice, Case Management, and Administrative Procedures, entered October 26,

2006 (Docket No. 5418), (e) be filed with the Bankruptcy Court in accordance with General

Order M-242 (as amended) registered users of the Bankruptcy Court's case filing system must

file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing

format), (f) be submitted in hard-copy form directly to the chambers of the Honorable Robert D.

Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Room 610, New York, New York 10004, and (g) be served

in hard-copy form <u>so that they are actually received</u> within ten days of service of this Notice by

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii)

counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,

Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Ron E. Meisler), (iii) counsel for

the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the

official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One

New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D

Acquisition Holdings, LLC c/o Appalloosa Management L/P, White & Case LLP, Wachovia

Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida, 33131(Att'n:

Thomas E. Lauria), and White & Case, 1155 Avenue of the Americas, New York, New York

10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto

Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne

Boulevard, Suite 4900, Miami, Florida, 33131(Att'n: Thomas E. Lauria) and White & Case, 1155

Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor),

and (viii) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

If there is a dispute regarding (i) the nature or amount of any Cure, (ii) the ability

of the Reorganized Debtor or any assignee to provide "adequate assurance of future

performance" (within the meaning of section 365 of the Bankruptcy Code) under the contract or

lease to be assumed, or (iii) any other matter pertaining to assumption, or assumption and

assignment, of the contract(s) or lease(s), the Bankruptcy Court will conduct a hearing before the

3

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green Room, 610, New York, New York

10004, at such date and time as the Court may schedule, and Cure will occur following the entry

of a final order of the Bankruptcy Court resolving the dispute and approving the assumption or

assumption and assignment, as the case may be; provided, however, that if there is a dispute as to

the amount of Cure that cannot be resolved consensually among the parties, the Debtors shall

have the right to reject the contract or lease for a period of five days after entry of a final order

establishing a Cure Amount in excess of that provided by the Debtors.

Dated:  New York, New York
        January 29, 2008

                             SKADDEN, ARPS, SLATE, MEAGHER
                             & FLOM LLP

                     By:    /s/ John Wm. Butler, Jr.
                             John Wm. Butler, Jr. (JB 4711)
                             John K. Lyons (JL 4951)
                             Ron E. Meisler (RM 3026)
                     333 West Wacker Drive, Suite 2100
                     Chicago, Illinois 60606
                     (312) 407-0700

                             - and -

                     By:    /s/ Kayalyn A. Marafioti
                             Kayalyn A. Marafioti (KM 9632)
                             Thomas J. Matz (TM 5986)
                     Four Times Square
                     New York, New York 10036
                     (212) 735-3000

                     Attorneys for Delphi Corporation, et al.,
                     Debtors and Debtors-in-Possession

# EXHIBIT 1

**FREUDENBERG NOK EFT GENERAL PARTNERSHIP**
**PO BOX 73229**
**CHICAGO IL 60673**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550016092 | $0.00 |
| D0550016181 | $0.00 |
| D0550035637 | $0.00 |
| D0550055924 | $0.00 |
| D0550056088 | $0.00 |
| D0550057659 | $0.00 |
| D0550060333 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## EXHIBIT 1

**FREUDENBERG & CO KOMMANDITGESELLSCH**
**821 SOUTH LAKE RD S**
**SCOTTSBURG IN 47170-9127**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550055923 | $0.00 |
| D0550055921 | $0.00 |
| D0550055916 | $0.00 |
| D0550055922 | $0.00 |
| D0550001210 | $0.00 |
| D0550055919 | $0.00 |
| D0550034402 | $0.00 |
| D0550010154 | $0.00 |
| D0550057655 | $0.00 |
| D0550007181 | $0.00 |
| D0550057791 | $0.00 |
| D0550010153 | $0.00 |
| D0550010188 | $0.00 |
| D0550055917 | $0.00 |
| D0550055920 | $0.00 |
| D0550055918 | $0.00 |
| D0550057672 | $0.00 |
| | |
| | |
| | |

# EXHIBIT 1

**FREUDENBERG & CO KOMMANDITGESELLSCH -
1700 MILLER AVE
SHELBYVILLE IN 46176**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550024027 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBIT 1

**FREUDENBERG & CO KOMMANDITGESELLSCH --**
**47690 E ANCHOR CT**
**PLYMOUTH MI 48170**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550071683 | $0.00 |
| D0550071684 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## EXHIBIT 1

**FREUDENBERG & CO KOMMANDITGESELLSCH ---**
**51 GROWTH RD**
**LACONIA NH 03246-1318**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550061383 | $0.00 |
| D0550061384 | $0.00 |
| D0550061381 | $0.00 |
| D0550061382 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBIT 1

**FREUDENBERG & CO KOMMANDITGESELLSCH -----**
**1275 ARCHER DR**
**TROY OH 45373**

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550055795 | $0.00 |
| D0550055793 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |