UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | |
|     Debtors. | ) | Judge Arthur J. Gonzalez |
| | ) | |

## APPEARANCE

      Gordon Toering of Warner Norcross & Judd LLP was admitted to practice *pro hac vice* in this case on October 12, 2005. He hereby enters his appearance for and on behalf of Daewoo International Corp. and Daewoo International (America) Corp., creditors and parties in interest in the above-captioned case.

Dated: February 8, 2008

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Attorneys for Daewoo International Corp.
and Daewoo International (America) Corp.

1506378