UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served:   *Objection of Master Automatic, Inc. to Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned under Plan of Reorganization*

Method of Service:   Via Federal Express

Served Upon:

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn: Deputy General Counsel, Transactional
& Restructuring
5725 Delphi Drive
Troy, Michigan 48098

John K. Lyons
Ron E. Meisler
Brian M. Fern
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

5553221.2 02213/103399

Bonnie Steingart  
Fried, Frank, Harris, Shriver & Jacobson LLP  
One New York Plaza  
New York, NY  10004  

Richard L. Wynne  
Kirkland & Ellis LLP  
777 South Figueroa Street  
Los Angeles, CA  90017  

Office of the U.S. Trustee  
Attn:  Alicia M. Leonhard  
33 Whitehall Street  
Suite 2100  
New York, NY  10004  

Date of Service:    February 8, 2008

/s/ *Lauralyn E. Bell-Guzzo*  
Lauralyn E. Bell-Guzzo  
Legal Secretary

Dated:  February 8, 2008

5553221.2 02213/103399