PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 7, 2008, copies of the *SKF USA Inc.'s*

*(I) Objection To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or*

*Assumed And Assigned Under Plan Of Reorganization; (II) Preliminary Statement Of Cure*

*Amounts With Respect To All Executory Contracts That Have Not Been Previously Assumed;*

*And (III) Preliminary Request For Administrative Expense Claim [Docket No. 12547]* were

#9301453 v1

served via overnight courier on the entities on the attached service list.

Respectfully submitted,

/s/ Linda J. Casey
Linda J. Casey (LC-4891)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

-and-

Henry J. Jaffe
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
Counsel for SKF USA Inc.

DATED: February 8, 2008

#9301453 v1

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | John K. Lyons, Esquire<br>Ron E. Meisler, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Donald Bernstein, Esquire<br>Brian Resnick, Esquire<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | Robert J. Rosenberg, Esquire<br>Mark A. Broude, Esquire<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Bonnie Steingart, Esquire<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Alicia M. Leonhard, Esquire<br>Office of the U. S. Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 |
| A-D Acquisition Holdings, LLC<br>c/o Appalloosa Management LP<br>Attn: Thomas E. Lauria, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131 | A-D Acquisition Holdings, LLC<br>c/o Appalloosa Management LP<br>Attn: Glenn M. Kurtz, Esq.<br>Gregory Pryor, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| #9290182 v1 | Harbinger Del-Auto Investment Company, Ltd.<br>Attn: Thomas E. Lauria, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131 |

Harbinger Del-Auto Investment Company, Ltd.
Attn:  John M. Reiss, Esq.
         Gregory Pryor, Esq.
White & Case
1155 Avenue of the Americas
New York, NY  10036