Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY  10020
212.262.6700
*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

Lisa Marie Sowinski, being duly sworn on her oath according to law, deposes and says:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, Inc., SBC Long Distance, SBC Yellow Pages, SBC Advanced Solutions, Inc., SBC Datacomm, Cingular Wireless n/k/a AT&T Mobility LLC, BellSouth Telecommunication, Inc. and their related entities (collectively, the "AT&T Entities"), in the above captioned matter.

2. I certify that on February 7, 2008, I served the following document upon the parties indicated on the attached service list via federal express:

   a. *Objection of AT&T and its Related Entities to Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned under Plan of Reorganization*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  February 8, 2008              /s/  Lisa Marie Sowinski
                                      Lisa Marie Sowinski

12459/1249
02/08/2008 4945551.01

Pg 2 of 3

-2-

Sworn to before me this
<u>8th</u> day of February, 2008

<u>  /s/ Elizabeth Lawler        </u>
Notary Public
State of New Jersey, Bergen County
My commission expires 04/21/2001

**SERVICE LIST**

*Via Federal Express:*

Alicia Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Bonnie Steingart, Esq.
Fried, Frank Haris, Shriver, Jacobson LLP
One New York Plaza
New York, NY  10004

Glenn M. Kurtz, Esq.
Gregory Pryor, Esq.
White & Case
1155 Avenue of the Americas
New York, NY  10036

Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131

John M. Reiss, Esq.
Gregory Pryor, Esq.
White & Case
1155 Avenue of the Americas
New York, NY  10036

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022