G. Christopher Meyer (GM-9058)(Ohio No. 0016268)
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
*Counsel for Furukawa Electric Company Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) ) ) | **Bankruptcy Case No. 05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** | ) ) ) | **Chapter 11** |
| **Debtor(s).** | ) ) ) ) | **(Jointly Administered)** |

**OBJECTION OF FURUKAWA ELECTRIC COMPANY LTD. TO DEBTORS' NOTICES OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION**

For its Objection to the Debtors' Notices of Cure Amount with Respect to Executory Contract and Unexpired Lease to be Assumed or Assumed and Assigned Under Plan of Reorganization (the "Notices"), Furukawa Electric Company Ltd. ("Furukawa") states as follows:

1. Debtors have provided to Furukawa several Notices, each dated January 23, 2008, identifying the following executory contracts (the "Contracts") proposed to be assumed and/or

assigned under Debtor's Plan of Reorganization (the "Sale Notices") and containing the following proposed cure amounts for such Contracts:

| Contract Number | Debtors' Proposed Cure Amount |
|---|---|
| FEC01 | $66,424.73 |
| PEDP5170038 | $0.00 |
| SAG9015496 | $31,308.87 |
| SAG9015497 | $0.00 |

2.  Initially, Furukawa was unable to identify what agreements or contracts are intended to be described by any of the identifying numbers used by the Debtors in the Sale Notices. Accordingly, Furukawa filed its initial response objecting based on that lack of information. However, Furukawa has determined that certain the Contracts identified are agreements that may have been initially executed by Furukawa but which are actually being performed by Furukawa's affiliate Furukawa Electric North America APD, Inc. ("FENA APD").

3.  Based on information supplied by FENA APD, Furukawa no longer disputes the cure amount proposed in the Notices for the contract identified as SAG9015496.

4.  Based on information supplied by FENA APD with respect to the contract identified as SAG9015497, Furukawa objects to the cure amount proposed by Debtors. Furukawa and FENA APD believe that the correct cure amount is $58,992.75. Attached to this Objection as Exhibit A is a summary of outstanding amounts due with respect to the GMT 900

sensors supplied pursuant to SAG9015497, together with copies of supporting FENA APD invoices for such charges.

5.   Based on the foregoing, Furukawa requests that the cure amount for contract SAG9015497 be determined to be $58,992.75.

6.   With respect to the Contracts identified in the Notices as FEC01 and PEDP5170038, Furukawa remains unable to identify what agreements or contracts are intended to be described by the identifying numbers used by the Debtors in the Notices.  The Notices do not provide the date of the identified contracts, the title or subject matter of such contracts or any other information beyond what Furukawa believes is an identifying number meaningful principally to Debtors.  Accordingly, Furukawa objects to the proposed cure amounts set forth in the Notices with respect to the contracts identified as FEC01 and PEDP5170038 because Furukawa is unable to ascertain whether the cure amounts supplied are correct..

7.   Furukawa asks that the Debtors be required, in connection with their proposed assumption and/or assignment of executory contracts or unexpired leases, to provide to Furukawa sufficient additional information to permit Furukawa to identify the agreements that the Debtors proposed to assume and/or assign, in order to ascertain whether the various cure amounts proposed in the Notices are appropriate.

WHEREFORE, Furukawa respectfully requests that the Court enter and Order (1) increasing the cure amount for the contract identified as SAG9015497 $58,992.75, and

(2) requiring the Debtors to provide Furukawa with additional identifying information with

respect to the contracts identified as FEC01 and PEDP5170038.

                                                Respectfully submitted,

Dated: Cleveland, Ohio                   */s/ G. Christopher Meyer*
February 11, 2008                       G. Christopher Meyer (GM-9058)
                                                (Ohio No. 0016268)
                                                Squire, Sanders & Dempsey L.L.P.
                                                4900 Key Tower
                                                127 Public Square
                                                Cleveland, Ohio 44114-1304
                                                (216) 479-8500
                                                cmeyer@ssd.com

                                                ***Counsel for Furukawa Electric Company Ltd.***

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing **Amended Response of Furukawa Electric Company Ltd. to Notice Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers In Connection With Sale Of Steering And Halfshaft Business and to Proposed Cure Amounts in Connect Therewith** was, in addition to electronic service, sent by regular U.S mail, on February 11, 2008, to the persons set forth below.

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional and Restructuring
5725 Delphi Drive
Troy, MI 48098

John K. Lyons
Ron E. Meisler
Brian M. Fern
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

*Counsel to the Debtors*

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Counsel for the Agent under the Post-Petition Credit Facility*

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

*Counsel for the Official Committee of Unsecured Creditors*

Bonnie Steingart
Fried, Frank, Harris Shriver & Jackson LLP
One New York Plaza
New York, NY 10004

*Counsel for the Official Committee of Equity Security Holders*

Richard L. Wynne
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

*Counsel for the Buyers*

The Office of the United States Trustee for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitewall Street, Suite 2100
New York, NY 10004

                                                  */s/ G. Christopher Meyer*