BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
rmcdowell@bodmanllp.com
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Freudenberg-NOK General Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

    Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**OBJECTION BY FREUDENBERG-NOK GENERAL PARTNERSHIP TO DEBTORS' (I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF DEBTORS BEARING BUSINESS AND (II) MOTION FOR SALE OF BEARING BUSINESS**

Freudenberg-NOK General Partnership (collectively, "FNGP") objects to the Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Debtors' Bearing Business ("Assumption Notice") [Docket #12403] and (II) Motion for Sale of its Bearing Business ("Motion") [Docket #12104]. In support of its objection FNGP states as follows:

**Introduction**

1.     FNGP files this objection because:

(a)     Debtors do not propose a cure amount for the Contracts (defined below) and some of the contracts may not be executory; and

    (b)    no proposed purchaser under the Motion has given FNGP adequate assurance that it would be able to perform its duties under the Contracts.

## Background

2.    On January 15, 2008, Debtors filed the Motion, which requests an order approving, *inter alia*, the assumption and assignment of certain executory contracts and unexpired leases related to Delphi's Bearing Business.

3.    In the Motion, Debtors seek authority under Section 365 of the Bankruptcy Code to assume and assign certain contracts to ND Acquisition Corp. ("ND Acquisition") or any other successful bidder.

4.    On January 30, 2008, Debtors filed the Assumption Notice.

5.    The Assumption Notice (attached as Exhibit A) identifies the purchase orders that Debtors seek to assume and assign (collectively, "Contracts") and does not propose a cure amount.

## Argument

6.    Section 365(b)(1) of the Bankruptcy Code provides that "if there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of the assumption … the trustee (A) cures … such default." FNGP has not yet identified the status of the Contracts and has not determined whether any cure amounts are due and owing. Debtors do not list a proposed cure amount for the Contracts. FNGP reserves all rights with respect to the existence of cure amounts owing under the Contracts.

7. Under Section 365(f)(2)(B) of the Bankruptcy Code, Debtors may assign an executory contract only if "adequate assurance of future performance by the assignee of such contract … is provided." Neither ND Acquisition nor any other prospective purchaser has provided FNGP with adequate assurance of future performance of the Contracts.

8. Because FNGP has not yet completed its review of the Contracts, it does not concede that all of the Contracts are executory. Until FNGP is able to determine that the Contracts are executory contracts, it objects to the proposed assumption and assignment.

9. Because the legal points and authorities upon which this objection relies are incorporated and do not represent novel theories of law, FNGP requests that the requirement of the filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

## RELIEF REQUESTED

FNGP requests that the Court condition the assumption and assignment of the Contracts to Steering Solutions, or any other prospective purchaser, upon payment of the correct cure amount, if any, and upon any proposed purchaser's proof of adequate assurance of future performance of the Contracts.

BODMAN LLP

By: /s/ Ralph E. McDowell
Ralph E. McDowell (P39235)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 259-7777

-4-

        Facsimile: (313) 393-7579
        *rmcdowell@bodmanllp.com*

        Attorneys for Freudenberg-NOK General Partnership

February 11, 2008

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing ***Objection by Freudenberg-NOK General Partnership to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection With Sale of Debtors Bearing Business and (II) Motion for Sale of Bearing Business*** was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Automotive Systems LLC
5725 Delphi Drive
(Attn: Legal Staff)
Troy, Michigan 48098

Delphi Corporation
5725 Delphi Drive
(Attn: Deputy General Counsel, Transactional & Restructuring)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John K. Lyons, Ron E. Meisler, Brian M. Fern)
Chicago, Illinois 60606

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

Jones Day
77 West Wacker Drive
(Attn: Walter S. Helzer)
Chicago, Illinois 60601

-6-

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard)

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004


                                                   /s/ Ralph E. McDowell

Dated: February 11, 2008                                                        Ralph E. McDowell