UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, et al. ) | Case No: 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that pursuant to Rules 2002 and 9010(b) if the Federal Rules of Bankruptcy Procedure, the undersigned, Dennis Quaid of Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber, hereby appears on behalf of Penn Aluminum International, Inc. (collectively, the "Creditor"), and requests that all notices given or required to be given and all papers served or required to be served in the above captioned case be served upon the parties named above and their undersigned counsel at the addresses provided below and that they and their undersigned counsel be added to the general mailing matrix, any shortened mailing matrix or service list.

The full address for such service and notice is as follow:

Dennis E. Quaid, Esq. (dquaid@tcfhlaw.com)
THOMPSON COBURN LLP d/b/a THOMPSON COBURN FAGEL HABER
55 East Monroe, 40th Floor
Chicago, Illinois 60603
Phone: (312) 580-2226
Fax: (312) 580-2201
efiledocketgroup@fagelhaber.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall waive (1) the right of the Creditor to have final orders in non-core matters entered only after *de novo* by the District Court, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to

this case, (3) the right of the Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor are or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments the Creditor expressly reserve.

Nothing herein or in any other pleading from the Creditor shall be construed to be a waiver of any of their rights or remedies.

DATED:   Chicago, Illinois
         February 11, 2008

                                                By:___/s/ Dennis E. Quaid_____
                                                        One of its Attorneys

Dennis E. Quaid, Esq.. (#02267012)
THOMPSON COBURN LLP, d/b/a THOMPSON COBURN FAGEL HABER
55 East Monroe, 40th Floor
Chicago, Illinois 60603
Phone: (312) 346-7500
Fax: (312) 580-2201

## CERTIFICATE OF SERVICE

Dennis E. Quaid, an attorney, certifies that he caused to be served a copy of the foregoing **Notice of Appearance** by electronic filing on the persons listed on the attached Service List on February 11, 2008.

                                              /s/ Dennis E. Quaid
                                              Dennis E. Quaid, Esq.

4672479_1