Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY  10020
212.262.6700
*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

Elizabeth B. Lawler, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, Inc., SBC Long Distance, SBC Yellow Pages, SBC Advanced Solutions, Inc., SBC Datacomm, Cingular Wireless n/k/a AT&T Mobility LLC, BellSouth Telecommunication, Inc. and their related entities (collectively, the "AT&T Entities"), in the above captioned matter.

2. I certify that on February 8, 2008, pursuant to the service requirements set forth in the *Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned under Plan of Reorganization*, I served the following document upon the parties indicated on the attached service list, in the manner listed therein:

> a. *Objection of AT&T and its Related Entities to Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned under Plan of Reorganization*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

12459/1249
02/11/2008 4945551.01

-2-

Dated: February 11, 2008      /s/ Elizabeth B. Lawler
                                                             Elizabeth B. Lawler

Sworn to before me this
<u>11th</u> day of February, 2008

 <u>/s/ Mary Knodel</u>
Notary Public
State of New Jersey
My commission expires 8/29/2008

-2-

**SERVICE LIST**

*Via Federal Express:*

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn: General Counsel
Fax: 248-813-2673

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.8532
E-mail: john.lyons@skadden.com

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.8501
E-mail: ron.meisler@skadden.com

Donald Bernstein
Davis, Polk & Wardell
450 Lexington Ave.
New York, NY  10017
Fax: 212-450-3092
E-mail: donald.bernstein@dpw.com

Brian Resnick
Davis, Polk & Wardell
450 Lexington Ave.
New York, NY  10017
Fax: 212-450-3213
E-mail: brian.resnick@dpw.com

*Via Hand-Delivery*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, NY  10004