# Exhibit D

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| AK Steel Corporation | N/A | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice |
| Alcotec Wire Corp | Alcotec Wire Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ALFMEIER CZ S R O | N/A | N/A | Schedule 6 - Untimely Notices |
| Alliance Plastics Eft | ASM Capital II LP assignee of Alliance Plastics | N/A | Schedule 2 - Improperly Executed Notices |
| Alps Automotive Inc | Alps Automotive Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| American & Efird Inc Eft | American & Efird c/o Amroc Investments, LLC | Amroc Investments | Schedule 2 - Improperly Executed Notices |
| American Electronic Components Inc | American Electronic Components Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| American Products Co Inc Eft | ASM Capital LP assignee of American Products Co | N/A | Schedule 2 - Improperly Executed Notices |
| Argent Automotive Systems Eftinc | ASM Capital LP Assignee of Argent Automotive Systems | N/A | Schedule 2 - Improperly Executed Notices |
| Argent Automotive Systems Inc | ASM Capital LP assignee of Argent Automotive Systems | N/A | Schedule 2 - Improperly Executed Notices |
| Argo Parnters as assignee of Mendiguren Y Zarraua | Argo Parnters as assignee of Mendiguren Y Zarraua | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Ampex Metal Products | Argo Partners as assignee of Ampex Metal Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Barry Industries Inc | Argo Partners as assignee of Barry Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Computer Optical Products | Argo Partners as assignee of Computer Optical Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Eagle Fasteners Incorporated | Argo Partners as assignee of Eagle Fasteners Incorporated | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Fulton Industries Inc | Argo Partners as assignee of Fulton Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Hyland Machine Co | Argo Partners as assignee of Hyland Machine Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Jamak Fabrication Inc EFT | Argo Partners as assignee of Jamak Fabrication Inc EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Lyon Manufacturing Inc | Argo Partners as assignee of Lyon Manufacturing Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Metalbages SA | Argo Partners as assignee of Metalbages SA | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Pridgeon & Clay Inc | Argo Partners as assignee of Pridgeon & Clay Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of R&F Products | Argo Partners as assignee of R&F Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Soc Claudem | Argo Partners as assignee of Soc Claudem | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of UFE Inc | Argo Partners as assignee of UFE Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Aromat Corp Eft Attn Accts Receivable | Panasonic Electric Works Corporation of America f k a Aromat Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| ASM Capital II LP assignee of Alliance Plastics | ASM Capital II LP assignee of Alliance Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| ASM Capital II LP assignee of Fairchild Semiconductor | ASM Capital II LP assignee of Fairchild Semiconductor | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Fuji Bank / Fukoku South | ASM Capital II LP assignee of Fuji Bank / Fukoku South | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of JAE Electronics | ASM Capital II LP assignee of JAE Electronics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| ASM Capital II LP assignee of Penn Metal Stamping | ASM Capital II LP assignee of Penn Metal Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital II LP assignee of Plastic Components | ASM Capital II LP assignee of Plastic Components | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Poltron Corp | ASM Capital II LP assignee of Poltron Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of RF Monolithics Inc | ASM Capital II LP assignee of RF Monolithics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Sigmund Cohn Corp | ASM Capital II LP assignee of Sigmund Cohn Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Vogelsang Corp | ASM Capital II LP assignee of Vogelsang Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Wet Automotive Canada | ASM Capital II LP assignee of Wet Automotive Canada | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Alfmeier CZ SRO | ASM Capital LP assignee of Alfmeier CZ SRO | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Alphi Manufacturing Inc | ASM Capital LP assignee of Alphi Manufacturing Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of American Products Co Inc | ASM Capital LP assignee of American Products Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Amkor Electronics Inc | ASM Capital LP assignee of Amkor Electronics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Armada Rubber MFG Co | ASM Capital LP assignee of Armada Rubber MFG Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Automatic Spring Products | ASM Capital LP assignee of Automatic Spring Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Burnex Corp | ASM Capital LP assignee of Burnex Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Caldwell Industries Inc | ASM Capital LP assignee of Caldwell Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Canada Metal Pacific Ltd | ASM Capital LP assignee of Canada Metal Pacific Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of C-Plastics | ASM Capital LP assignee of C-Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of DAA Draexlamier Automotive | ASM Capital LP assignee of DAA Draexlamier Automotive | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of DE Amertek Corp | ASM Capital LP assignee of DE Amertek Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Derby Fabricating Inc | ASM Capital LP assignee of Derby Fabricating Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Elliott Tape Inc | ASM Capital LP assignee of Elliott Tape Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Fansteel Intercast | ASM Capital LP assignee of Fansteel Intercast | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Flexible Products | ASM Capital LP assignee of Flexible Products | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of GDC Inc | ASM Capital LP assignee of GDC Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Goshen Die Cutting Inc | ASM Capital LP assignee of Goshen Die Cutting Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of GRM Corp | ASM Capital LP assignee of GRM Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Industrial Dielectrics | ASM Capital LP assignee of Industrial Dielectrics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Industrial Electric Wire | ASM Capital LP assignee of Industrial Electric Wire | N/A | Schedule 3 - Non-Original Cure Amount Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kavlico Corp | ASM Capital LP assignee of Kavlico Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kendale Industries | ASM Capital LP assignee of Kendale Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kickhaefer MFG Co | ASM Capital LP assignee of Kickhaefer MFG Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Mastex Industries | ASM Capital LP assignee of Mastex Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Micro Commercial Components | ASM Capital LP assignee of Micro Commercial Components | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Miller Plating & Metal Finishing | ASM Capital LP assignee of Miller Plating & Metal Finishing | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of MRA Industries | ASM Capital LP assignee of MRA Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Myers Spring Co Inc | ASM Capital LP assignee of Myers Spring Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Norgren | ASM Capial LP assignee of Norgren | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Rino Mechanical | ASM Capital LP assignee of Rino Mechanical | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Rubber Enterprises Inc | ASM Capital LP assignee of Rubber Enterprises Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Syn Tech Ltd | ASM Capital LP assignee of Syn Tech Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Tella Tool & MFG | ASM Capital LP assignee of Tella Tool & MFG | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Viking Plastics Inc | ASM Capital LP assignee of Viking Plastics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Westbrook MFG Inc | ASM Capital LP assignee of Westbrook MFG Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Windsor Machine & Stamping | ASM Capital LP assignee of Windsor Machine & Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of World Products | ASM Capital LP assignee of World Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc / Werner Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Austriamicrosystems | Austriamicrosystems | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Automatic Spring Products Eft Corp | ASM Capital LP assignee of Automatic Spring Products | N/A | Schedule 2 - Improperly Executed Notices |
| Automodular Assemblies Inc Eft 1 | N/A | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bailey Manufacturing Co LLC | Bailey Manufacturing Co LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bradford Industries Not Company | N/A | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bremen Bearings Inc Eft | RBC Precision Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Buell Automatics Inc | Buell Automatics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Camoplast Inc EFT | Camoplast | N/A | Schedule 6 - Untimely Notices |
| Capstan Atlantic Eftcapstan Industries Inc | Capstan Atlantic | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Carius Tool Co Inc | Carius Tool Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Cataler North America Corp Eft | Cataler North America Corp | N/A | Schedule 2 - Improperly Executed Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| Century Mold & Tool Co | Century Mold & Tool Co | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| CERAMTEC N A EFT | Ceramtec North America | Sierra Liquidity Fund | Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| Certified Tool & MFG of KY | Certified Tool & MFG of KY | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Clarion Corporation of America | Clarion Corporation of America | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Component Plastics | Component Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of AMI Industries Inc | Contrarian Funds LLC as assignee of AMI Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Dickey Grabler Inc | Contrarian Funds LLC as assignee of Dickey Grabler Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Ferro Corporation | Contrarian Funds LLC as assignee of Ferro Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of FHBC America | Contrarian Funds LLC as assignee of FHBC America | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Contrarian Funds LLC as assignee of GCI Technologies Inc | Contrarian Funds LLC as assignee of GCI Technologies Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Intel Americas Inc | Contrarian Funds LLC as assignee of Intel Americas Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Magnesium Products of America | Contrarian Funds LLC as assignee of Magnesium Products of America | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Millennium Industries Corp | Contrarian Funds LLC as assignee of Millennium Industries Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Monroe Inc | Contrarian Funds LLC as assignee of Monroe Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Novelis Corporation | Contrarian Funds LLC as assignee of Novelis Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Okmetic Inc | Contrarian Funds LLC as assignee of Okmetic Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Photocircuits Corporation | Contrarian Funds LLC as assignee of Photocircuits Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Plastic Decorators Inc | Contrarian Funds LLC as assignee of Plastic Decorators Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Premier Products Inc | Contrarian Funds LLC as assignee of Premier Products Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Contrarian Funds LLC as assignee of Schaeffler Canada Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Thomas Engineering Co | Contrarian Funds LLC as assignee of Thomas Engineering Co | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Triumph LLC | Contrarian Funds LLC as assignee of Triumph LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Twoson Tool Co Inc | Contrarian Funds LLC as assignee of Twoson Tool Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Wacker Chemical Corp | Contrarian Funds LLC as assignee of Wacker Chemical Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Coorstek Inc | Coorstek Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| CWA Manufacturing Co Eft | CWA Mfg. c/o Amroc Investments, LLC | Amroc Investments | Schedule 2 - Improperly Executed Notices |
| Cyro Industries Eft | Cyro Industries EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Daishinku America Corp | Daishinku America Corp d/b/a KDS America | N/A | Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| DGC-Plastic Molding Inc | N/A | N/A | Schedule 5 - Improper Objection |
| Diacom Corp | Diacom Corporation | Sierra Liquidity Fund | Schedule 1 - Unauthorized Instructions |
| Dupont E I De Nemours Inc | DuPont | N/A | Schedule 2 - Improperly Executed Notices |
| Eaton Industries S De Rl De Cv | Eaton Corporation S DE RL DE CV | N/A | Schedule 2 - Improperly Executed Notices |
| Ecs Magnet Engineering Gmbh | ECS Magnet Engineering GMBH | N/A | Schedule 2 - Improperly Executed Notices |
| Elektrisola Sa De Cv Eft | Elektrisola S.A. de C.V. | N/A | Schedule 6 - Untimely Notices |
| Elliott Tape Inc Eft | ASM Capital LP as assignee of Elliott Tape Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Elrae Industries Inc Eft | Elrae Industries Inc EFT | Sierra Liquidity Fund | Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| Energy Conversion Systems Holdings LLC | Energy Conversion Systems Holdings LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Engineered Plastic Components | Engineered Plastic Components | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Epcos Inc Eft | EPCOS Inc | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| FAHRZEUGELEKTRIK PIRNA GMBH | FEP Fahrzeugelektrik Pirna Gmbh | N/A | Schedule 6 - Untimely Notices |
| Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Cool Zone | Fair Harbor Capital LLC as Assignee of Cool Zone | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Davis Express | Fair Harbor Capital LLC as Assignee of Davis Express | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of GDC Inc | Fair Harbor Capital LLC as Assignee of GDC Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Grading Services | Fair Harbor Capital LLC as Assignee of Grading Services | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Ice Miller | Fair Harbor Capital LLC as Assignee of Ice Miller | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Inframat Corp | Fair Harbor Capital LLC as Assignee of Inframat Corp | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Lego Education | Fair Harbor Capital LLC as Assignee of Lego Education | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |

**In re: Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Non-Conforming Cure Notice Motion

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Power Drives Inc | Fair Harbor Capital LLC as Assignee of Power Drives Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Project Management Solutions | Fair Harbor Capital LLC as Assignee of Project Management Solutions | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of QHG of Gadsen | Fair Harbor Capital LLC as Assignee of QHG of Gadsen | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of RayConnect Inc | Fair Harbor Capital LLC as Assignee of RayConnect Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Resin Services Inc | Fair Harbor Capital LLC as Assignee of Resin Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice |
| Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sava Industries Inc | Fair Harbor Capital LLC as Assignee of Sava Industries Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Stericycle Inc | Fair Harbor Capital LLC as Assignee of Stericycle Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of The George Whalley Company | Fair Harbor Capital LLC as Assignee of The George Whalley Company | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fairchild Semiconductor Eft | ASM Capital II LP assignee of Fairchild Semiconductor | N/A | Schedule 2 - Improperly Executed Notices |
| Federal Screw Works | Federal Screw Works | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Floform Ltd | FloForm Ltd | N/A | Schedule 6 - Untimely Notices |
| Fuji Bank/Fukoku South | ASM Capital II LP Assignee of Fuji Bank/Fukoku South | N/A | Schedule 2 - Improperly Executed Notices |
| Fujikoki America Inc | Fujikoki America Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Gdc Inc Eft | ASM Capital LP Assignee of GDC Inc | N/A | Schedule 2 - Improperly Executed Notices |
| GE Thermometrics | GE Thermometrics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Gemini Plastics Inc | Gemini Plastics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| GKN Sinter Metals Inc | GKN Sinter Metals Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Goodyear Tire & Rubber Co Eft | The Goodyear Tire & Rubber Company | JP Morgan Chase Bank NA | Schedule 1 - Unauthorized Instructions |
| Grand Traverse Stamping | Grand Traverse Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| GRM Corp Eft | GRM Corp Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| Hangzhou Transailing Eft | Hangzhou Transailing Industrial, Ltd. | N/A | Schedule 6 - Untimely Notices |
| Heraeus Inc Eft Cermalloy Div | Heraeus Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Hitachi Automotive Eft Products Usa Inc | Hitachi Automotive Products USA Inc | Goldman Sachs Credit Partners LP | Schedule 1 - Unauthorized Instructions |
| Hitchiner Manufacturing Co Eftinc | Hitchiner Manufacturing Co Inc | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Ideal Products LLC | Ideal Products LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Industrial Dielectrics Inc | ASM Capital LP assignee of Industrial Dielectrics Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Intermet Corporate Eft | Intermet Jackson | SPCP | Schedule 2 - Improperly Executed Notices |
| Intermet Jackson Eft | Intermet Jackson EFT | SPCP | Schedule 2 - Improperly Executed Notices |
| JAE Electronics | ASM capital II LP Assignee of JAE Electronics | ASM Capital | Schedule 2 - Improperly Executed Notices |
| John Guest Usa Inc John Guest Automotive | ASM Capital LP Assignee of John Guest USA/John Guest Automotive | N/A | Schedule 2 - Improperly Executed Notices |
| Johnson Electric North Eft America Inc | Johnson Electric North America Inc | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Key Plastics Llc Eft | Key Plastics LLC | SPCP | Schedule 2 - Improperly Executed Notices |
| Kickhaefer Mfg Co Eft | ASM Capital LP assignee of Kickaefer Manufacturing Company | N/A | Schedule 2 - Improperly Executed Notices |
| Kimball Electronics Mexico Inc | Midtown Claims LLC as Assignee of Kimball Electronics Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Lewis Spring & Mfg Company Eft | Lewis Spring & Mfg Company | Sierra Liquidity Fund | Schedule 1 - Unauthorized Instructions |
| Lifteime Industries Inc | Lifteime Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Linear Technology Corp | Linear Technology Corporation | N/A | Schedule 6 - Untimely Notices |
| M & R Industrial Services Ltd | M & R Industrial Services Ltd | N/A | Schedule 6 - Untimely Notices |
| MAC ARTHUR CORP  EFT | MacArthur Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Memc Electronic Materials Eftinc | MEMC Electronic Materials | N/A | Schedule 2 - Improperly Executed Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| Mendiguren Y Zarraua S A | Mendiguren Y Zarraua S A | N/A | Schedule 6 - Untimely Notices |
| Metal Flow Corp | Metal Flow Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Metal Matic Inc | Metal-Matic, Inc. | N/A | Schedule 6 - Untimely Notices |
| Methode Electronics Inc Eft | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | N/A | Schedule 2 - Improperly Executed Notices |
| Methode Electronics Inc Eft Attn A/R | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | N/A | Schedule 2 - Improperly Executed Notices |
| Micron Semiconductor Prod Inc | Micron Semiconductor Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| Midwest Stamping & Mfg Co Eft | Midwest Stamping | Amroc Investments | Schedule 6 - Untimely Notices |
| MNP Corporation | MNP Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| MOLEX INC EFT | Molex Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| MUBEA Inc | MUBEA Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Multex Flexible Circuits Eftinc/Sheldahl | Multex Flexible Circuits Eft Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| National Molding Corp | National Molding Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nec Electronics Inc Eftattn Credit Mssc1401 | NEC Electronics America, Inc. & NEC Electronics, Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Nichia America Corporation | Nichia America Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nichicon America Corp Eft | Nichicon America Corp | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Nichicon Corp | Nichicon America Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| Norgren | Norgren | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nypro Inc | DJ NYPRO | N/A | Schedule 2 - Improperly Executed Notices |
| Okmetic Inc | Okmetic Inc | Contrarian Funds | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| ON SEMICONDUCTOR | On Semiconductor | N/A | Schedule 6 - Untimely Notices |
| Palma Tool & Die Co Inc Eft | Midtown Claims LLC as Assignee of Palma Tool & Die | N/A | Schedule 2 - Improperly Executed Notices |
| Panasonic Automotive Eft 1 | Panasonic Automotive EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Parlex Corporation | Parlex Corp | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Parlex Corporation Eft | Parlex Corporation | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Philips Semiconductors Eft | Philips Semiconductors EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Phillips Plastics Corp | Phillips Plastic Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| Plating Technology Inc Efl | Plating Technology Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Poltron Corporation Eft | ASM Capital II LP assignee of Poltron Corp | N/A | Schedule 2 - Improperly Executed Notices |
| Promotech Kunststoff - V Metallverarbeitungsges MBH | Promotech Kunststoff - V Metallverarbeitungsges MBH | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| R & L Spring Company Eft | R & L Spring Co | N/A | Schedule 6 - Untimely Notices |
| Rayconnect Inc | Rayconnect Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Regency Plastics Ubly | Regency Plastics Ubly | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| RF Micro Devices Inc | RF Micro Devices Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Rf Monolithics Inc Eft | ASM Capital LP assignee of RF Monolithics | N/A | Schedule 2 - Improperly Executed Notices |
| Riko Co Ltd | Riko Co Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Robin Industries Inc | Robin Industries Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| SABIC Innovative Plastics US LLC | SABIC Innovative Plastics US LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Sagami America Ltd Eft | Sagami America Ltd | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Semblex Corporation | Semblex Corporation | N/A | Schedule 6 - Untimely Notices |
| Semblex Corporation Eft | Semblex Corporation | N/A | Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Shively Bros Inc Eft | Shively Bros Inc | N/A | Schedule 6 - Untimely Notices |
| Sierra Liquidity Fund as Assignee of Black River Manufacturing EFT | Black River Manufacturing EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Elrae Industries Inc EFT | Elrae Industries Inc Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Endura Plastics Inc EFT | Endura Plastics Inc EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Mocap Inc EFT | Mocap Inc Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Sofanou Inc of Texas | Sofanou Inc of Texas | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Springco Metal Coatings Inc | Springco Metal Coatings Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sinclair & Rush Inc | Sinclair & Rush Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| SKF USA Inc | SKF USA Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| SP DIV NMC LLC EFT | SP Div NMC LLC | N/A | Schedule 6 - Untimely Notices |
| Spartech Polycon | Spartech Polycon | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| Stahl Specialty Company Efl | Stahl Specialty Company | SPCP | Schedule 2 - Improperly Executed Notices |
| Stanhope Products Co | Stanhope Products Co. | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Summerhill Technology Corp | N/A | SPCP | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Tella Tool & Mfg | ASM Capital LP Assignee of Tella Tool & Mfg | N/A | Schedule 2 - Improperly Executed Notices |
| TI Group Automotive Systems LLC | TI Group Automotive Systems LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Tokico Inc Usa | Tokico USA Inc | Goldman Sachs Credit Partners LP | Schedule 1 - Unauthorized Instructions |
| Toko America Inc Eft | Toko America Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Tollman Spring Co Inc | Tollman Spring Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Unifrax Corp | Unifax Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| United States Steel Corporation | United States Steel Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Vogelsang Corp | ASM Capital II LP assignee of Vogelsang Corp | N/A | Schedule 2 - Improperly Executed Notices |
| Wamco Inc Eft | Wamco c/o Amroc Investments LLC | N/A | Schedule 2 - Improperly Executed Notices |
| Waupaca Foundry Inc Eft | Waupaca Foundry Inc | N/A | Schedule 2 - Improperly Executed Notices |
| West dba Intercall | West dba Intercall | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Wet Automotive Canada Eft | ASM Capital II LP assignee of Wet Automotive Canada | N/A | Schedule 2 - Improperly Executed Notices |
| Wiegel Tool Works Inc | Wiegel Tool Works Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Windsor Machine & Stamping Eftltd | ASM Capital LP assignee of Windsor Machine & Stamping | N/A | Schedule 2 - Improperly Executed Notices |
| Winzeler Stamping Co Eft | Winzeler Stamping Co | N/A | Schedule 6 - Untimely Notices |
| WXP Inc Eft | ASM Captial LP assignee of WXP Inc | N/A | Schedule 2 - Improperly Executed Notices |