SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING
CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO
SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF
REORGANIZATION, 11 U.S.C. § 105(a), AND FED. R. BANKR. P. 9010

PLEASE TAKE NOTICE that on February 11, 2008, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed an Expedited Motion To Strike (i) Non-Conforming Cure Amount Notices And (ii) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. § 105(a), And Fed. R. Bankr. P. 9010 (the "Motion").

PLEASE TAKE FURTHER NOTICE that Exhibit D to the Motion, which is attached hereto as Exhibit A, contains a list, alphabetized by the name of each contract counterparty. This list identifies the schedule(s) to the Motion on which a party's non-conforming cure notice or improper objection is listed. Parties can use this list to quickly identify which Schedule of the Motion they are listed on and the basis on which the Debtors are objecting to their non-conforming cure notice or improper objection.

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of the Motion will be held on February 21, 2008, at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and

the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered February 4, 2008 (Docket No. 12487) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (prevailing Eastern time) on February 19, 2008** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
February 11, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:   /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr. (JB 4711)
            John K. Lyons (JL 4951)
            Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

                - and -

        By:   /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti (KM 9632)
            Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
         Debtors and Debtors-in-Possession

# Exhibit A

05-44481-rdd    Doc 12615-6    Filed 02/11/08    Entered 02/11/08 20:19:58    Notice
Pg 6 of 15

| | | | |
|---|---|---|---|
| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| AK Steel Corporation | N/A | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice |
| Alcotec Wire Corp | Alcotec Wire Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ALFMEIER CZ S R O | N/A | N/A | Schedule 6 - Untimely Notices |
| Alliance Plastics Eft | ASM Capital II LP assignee of Alliance Plastics | N/A | Schedule 2 - Improperly Executed Notices |
| Alps Automotive Inc | Alps Automotive Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| American & Efird Inc Eft | American & Efird c/o Amroc Investments, LLC | Amroc Investments | Schedule 2 - Improperly Executed Notices |
| American Electronic Components Inc | American Electronic Components Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| American Products Co Inc Eft | ASM Capital LP assignee of American Products Co | N/A | Schedule 2 - Improperly Executed Notices |
| Argent Automotive Systems Eftinc | ASM Capital LP Assignee of Argent Automotive Systems | N/A | Schedule 2 - Improperly Executed Notices |
| Argent Automotive Systems Inc | ASM Capital LP assignee of Argent Automotive Systems | N/A | Schedule 2 - Improperly Executed Notices |
| Argo Parnters as assignee of Mendiguren Y Zarraua | Argo Parnters as assignee of Mendiguren Y Zarraua | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Ampex Metal Products | Argo Partners as assignee of Ampex Metal Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Barry Industries Inc | Argo Partners as assignee of Barry Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Computer Optical Products | Argo Partners as assignee of Computer Optical Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Eagle Fasteners Incorporated | Argo Partners as assignee of Eagle Fasteners Incorporated | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Fulton Industries Inc | Argo Partners as assignee of Fulton Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Hyland Machine Co | Argo Partners as assignee of Hyland Machine Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Jamak Fabrication Inc EFT | Argo Partners as assignee of Jamak Fabrication Inc EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Lyon Manufacturing Inc | Argo Partners as assignee of Lyon Manufacturing Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Metalbages SA | Argo Partners as assignee of Metalbages SA | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Pridgeon & Clay Inc | Argo Partners as assignee of Pridgeon & Clay Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of R&F Products | Argo Partners as assignee of R&F Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of Soc Claudem | Argo Partners as assignee of Soc Claudem | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Argo Partners as assignee of UFE Inc | Argo Partners as assignee of UFE Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Aromat Corp Eft Attn Accts Receivable | Panasonic Electric Works Corporation of America f k a Aromat Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| ASM Capital II LP assignee of Alliance Plastics | ASM Capital II LP assignee of Alliance Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| ASM Capital II LP assignee of Fairchild Semiconductor | ASM Capital II LP assignee of Fairchild Semiconductor | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Fuji Bank / Fukoku South | ASM Capital II LP assignee of Fuji Bank / Fukoku South | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of JAE Electronics | ASM Capital II LP assignee of JAE Electronics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| ASM Capital II LP assignee of Penn Metal Stamping | ASM Capital II LP assignee of Penn Metal Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital II LP assignee of Plastic Components | ASM Capital II LP assignee of Plastic Components | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Poltron Corp | ASM Capital II LP assignee of Poltron Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of RF Monolithics Inc | ASM Capital II LP assignee of RF Monolithics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Sigmund Cohn Corp | ASM Capital II LP assignee of Sigmund Cohn Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Vogelsang Corp | ASM Capital II LP assignee of Vogelsang Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital II LP assignee of Wet Automotive Canada | ASM Capital II LP assignee of Wet Automotive Canada | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Alfmeier CZ SRO | ASM Capital LP assignee of Alfmeier CZ SRO | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Alphi Manufacturing Inc | ASM Capital LP assignee of Alphi Manufacturing Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of American Products Co Inc | ASM Capital LP assignee of American Products Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Amkor Electronics Inc | ASM Capital LP assignee of Amkor Electronics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Armada Rubber MFG Co | ASM Capital LP assignee of Armada Rubber MFG Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Automatic Spring Products | ASM Capital LP assignee of Automatic Spring Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Burnex Corp | ASM Capital LP assignee of Burnex Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Caldwell Industries Inc | ASM Capital LP assignee of Caldwell Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Canada Metal Pacific Ltd | ASM Capital LP assignee of Canada Metal Pacific Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of C-Plastics | ASM Capital LP assignee of C-Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of DAA Draexlamier Automotive | ASM Capital LP assignee of DAA Draexlamier Automotive | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of DE Amertek Corp | ASM Capital LP assignee of DE Amertek Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Derby Fabricating Inc | ASM Capital LP assignee of Derby Fabricating Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Elliott Tape Inc | ASM Capital LP assignee of Elliott Tape Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Fansteel Intercast | ASM Capital LP assignee of Fansteel Intercast | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Flexible Products | ASM Capital LP assignee of Flexible Products | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of GDC Inc | ASM Capital LP assignee of GDC Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Goshen Die Cutting Inc | ASM Capital LP assignee of Goshen Die Cutting Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of GRM Corp | ASM Capital LP assignee of GRM Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Industrial Dielectrics | ASM Capital LP assignee of Industrial Dielectrics | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Industrial Electric Wire | ASM Capital LP assignee of Industrial Electric Wire | N/A | Schedule 3 - Non-Original Cure Amount Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kavlico Corp | ASM Capital LP assignee of Kavlico Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kendale Industries | ASM Capital LP assignee of Kendale Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Kickhaefer MFG Co | ASM Capital LP assignee of Kickhaefer MFG Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Mastex Industries | ASM Capital LP assignee of Mastex Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Micro Commercial Components | ASM Capital LP assignee of Micro Commercial Components | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Miller Plating & Metal Finishing | ASM Capital LP assignee of Miller Plating & Metal Finishing | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of MRA Industries | ASM Capital LP assignee of MRA Industries | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Myers Spring Co Inc | ASM Capital LP assignee of Myers Spring Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Norgren | ASM Capial LP assignee of Norgren | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Rino Mechanical | ASM Capital LP assignee of Rino Mechanical | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Rubber Enterprises Inc | ASM Capital LP assignee of Rubber Enterprises Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| ASM Capital LP assignee of Syn Tech Ltd | ASM Capital LP assignee of Syn Tech Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Tella Tool & MFG | ASM Capital LP assignee of Tella Tool & MFG | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Viking Plastics Inc | ASM Capital LP assignee of Viking Plastics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Westbrook MFG Inc | ASM Capital LP assignee of Westbrook MFG Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of Windsor Machine & Stamping | ASM Capital LP assignee of Windsor Machine & Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of World Products | ASM Capital LP assignee of World Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc / Werner Co | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Austriamicrosystems | Austriamicrosystems | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Automatic Spring Products Eft Corp | ASM Capital LP assignee of Automatic Spring Products | N/A | Schedule 2 - Improperly Executed Notices |
| Automodular Assemblies Inc Eft 1 | N/A | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bailey Manufacturing Co LLC | Bailey Manufacturing Co LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bradford Industries Not Company | N/A | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Bremen Bearings Inc Eft | RBC Precision Products | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Buell Automatics Inc | Buell Automatics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Camoplast Inc EFT | Camoplast | N/A | Schedule 6 - Untimely Notices |
| Capstan Atlantic Eftcapstan Industries Inc | Capstan Atlantic | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Carius Tool Co Inc | Carius Tool Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Cataler North America Corp Eft | Cataler North America Corp | N/A | Schedule 2 - Improperly Executed Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| Century Mold & Tool Co | Century Mold & Tool Co | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| CERAMTEC N A EFT | Ceramtec North America | Sierra Liquidity Fund | Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| Certified Tool & MFG of KY | Certified Tool & MFG of KY | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Clarion Corporation of America | Clarion Corporation of America | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Component Plastics | Component Plastics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of AMI Industries Inc | Contrarian Funds LLC as assignee of AMI Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Dickey Grabler Inc | Contrarian Funds LLC as assignee of Dickey Grabler Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Ferro Corporation | Contrarian Funds LLC as assignee of Ferro Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of FHBC America | Contrarian Funds LLC as assignee of FHBC America | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Contrarian Funds LLC as assignee of GCI Technologies Inc | Contrarian Funds LLC as assignee of GCI Technologies Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Intel Americas Inc | Contrarian Funds LLC as assignee of Intel Americas Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Magnesium Products of America | Contrarian Funds LLC as assignee of Magnesium Products of America | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Millennium Industries Corp | Contrarian Funds LLC as assignee of Millennium Industries Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Monroe Inc | Contrarian Funds LLC as assignee of Monroe Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Novelis Corporation | Contrarian Funds LLC as assignee of Novelis Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Okmetic Inc | Contrarian Funds LLC as assignee of Okmetic Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Photocircuits Corporation | Contrarian Funds LLC as assignee of Photocircuits Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Plastic Decorators Inc | Contrarian Funds LLC as assignee of Plastic Decorators Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Premier Products Inc | Contrarian Funds LLC as assignee of Premier Products Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 6 - Untimely Notices |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Contrarian Funds LLC as assignee of Schaeffler Canada Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Thomas Engineering Co | Contrarian Funds LLC as assignee of Thomas Engineering Co | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Triumph LLC | Contrarian Funds LLC as assignee of Triumph LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Twoson Tool Co Inc | Contrarian Funds LLC as assignee of Twoson Tool Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Contrarian Funds LLC as assignee of Wacker Chemical Corp | Contrarian Funds LLC as assignee of Wacker Chemical Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Coorstek Inc | Coorstek Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| CWA Manufacturing Co Eft | CWA Mfg. c/o Amroc Investments, LLC | Amroc Investments | Schedule 2 - Improperly Executed Notices |
| Cyro Industries Eft | Cyro Industries EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Daishinku America Corp | Daishinku America Corp d/b/a KDS America | N/A | Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |

**Index Of Parties Subject To Non-Conforming Cure Notice Motion**

| Party Names | Signatory | Unauthorized Payment Party | Exhibit |
|---|---|---|---|
| DGC-Plastic Molding Inc | N/A | N/A | Schedule 5 - Improper Objection |
| Diacom Corp | Diacom Corporation | Sierra Liquidity Fund | Schedule 1 - Unauthorized Instructions |
| Dupont E I De Nemours Inc | DuPont | N/A | Schedule 2 - Improperly Executed Notices |
| Eaton Industries S De Rl De Cv | Eaton Corporation S DE RL DE CV | N/A | Schedule 2 - Improperly Executed Notices |
| Ecs Magnet Engineering Gmbh | ECS Magnet Engineering GMBH | N/A | Schedule 2 - Improperly Executed Notices |
| Elektrisola Sa De Cv Eft | Elektrisola S.A. de C.V. | N/A | Schedule 6 - Untimely Notices |
| Elliott Tape Inc Eft | ASM Capital LP as assignee of Elliott Tape Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Elrae Industries Inc Eft | Elrae Industries Inc EFT | Sierra Liquidity Fund | Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| Energy Conversion Systems Holdings LLC | Energy Conversion Systems Holdings LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Engineered Plastic Components | Engineered Plastic Components | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Epcos Inc Eft | EPCOS Inc | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| FAHRZEUGELEKTRIK PIRNA GMBH | FEP Fahrzeugelektrik Pirna Gmbh | N/A | Schedule 6 - Untimely Notices |
| Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Cool Zone | Fair Harbor Capital LLC as Assignee of Cool Zone | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Davis Express | Fair Harbor Capital LLC as Assignee of Davis Express | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of GDC Inc | Fair Harbor Capital LLC as Assignee of GDC Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Grading Services | Fair Harbor Capital LLC as Assignee of Grading Services | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Ice Miller | Fair Harbor Capital LLC as Assignee of Ice Miller | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Inframat Corp | Fair Harbor Capital LLC as Assignee of Inframat Corp | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Lego Education | Fair Harbor Capital LLC as Assignee of Lego Education | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Power Drives Inc | Fair Harbor Capital LLC as Assignee of Power Drives Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Project Management Solutions | Fair Harbor Capital LLC as Assignee of Project Management Solutions | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of QHG of Gadsen | Fair Harbor Capital LLC as Assignee of QHG of Gadsen | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of RayConnect Inc | Fair Harbor Capital LLC as Assignee of RayConnect Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Resin Services Inc | Fair Harbor Capital LLC as Assignee of Resin Services Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice |
| Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sava Industries Inc | Fair Harbor Capital LLC as Assignee of Sava Industries Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Stericycle Inc | Fair Harbor Capital LLC as Assignee of Stericycle Inc | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of The George Whalley Company | Fair Harbor Capital LLC as Assignee of The George Whalley Company | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | N/A | Schedule 4 - Self-Made Non-Original Cure Amount Notice, Schedule 1 - Unauthorized Instructions |
| Fairchild Semiconductor Eft | ASM Capital II LP assignee of Fairchild Semiconductor | N/A | Schedule 2 - Improperly Executed Notices |
| Federal Screw Works | Federal Screw Works | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Floform Ltd | FloForm Ltd | N/A | Schedule 6 - Untimely Notices |
| Fuji Bank/Fukoku South | ASM Capital II LP Assignee of Fuji Bank/Fukoku South | N/A | Schedule 2 - Improperly Executed Notices |
| Fujikoki America Inc | Fujikoki America Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Gdc Inc Eft | ASM Capital LP Assignee of GDC Inc | N/A | Schedule 2 - Improperly Executed Notices |
| GE Thermometrics | GE Thermometrics | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Gemini Plastics Inc | Gemini Plastics Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| GKN Sinter Metals Inc | GKN Sinter Metals Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Goodyear Tire & Rubber Co Eft | The Goodyear Tire & Rubber Company | JP Morgan Chase Bank NA | Schedule 1 - Unauthorized Instructions |
| Grand Traverse Stamping | Grand Traverse Stamping | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| GRM Corp Eft | GRM Corp Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| Hangzhou Transailing Eft | Hangzhou Transailing Industrial, Ltd. | N/A | Schedule 6 - Untimely Notices |
| Heraeus Inc Eft Cermalloy Div | Heraeus Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Hitachi Automotive Eft Products Usa Inc | Hitachi Automotive Products USA Inc | Goldman Sachs Credit Partners LP | Schedule 1 - Unauthorized Instructions |
| Hitchiner Manufacturing Co Eftinc | Hitchiner Manufacturing Co Inc | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Ideal Products LLC | Ideal Products LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Industrial Dielectrics Inc | ASM Capital LP assignee of Industrial Dielectrics Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Intermet Corporate Eft | Intermet Jackson | SPCP | Schedule 2 - Improperly Executed Notices |
| Intermet Jackson Eft | Intermet Jackson EFT | SPCP | Schedule 2 - Improperly Executed Notices |
| JAE Electronics | ASM capital II LP Assignee of JAE Electronics | ASM Capital | Schedule 2 - Improperly Executed Notices |
| John Guest Usa Inc John Guest Automotive | ASM Capital LP Assignee of John Guest USA/John Guest Automotive | N/A | Schedule 2 - Improperly Executed Notices |
| Johnson Electric North Eft America Inc | Johnson Electric North America Inc | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Key Plastics Llc Eft | Key Plastics LLC | SPCP | Schedule 2 - Improperly Executed Notices |
| Kickhaefer Mfg Co Eft | ASM Capital LP assignee of Kickaefer Manufacturing Company | N/A | Schedule 2 - Improperly Executed Notices |
| Kimball Electronics Mexico Inc | Midtown Claims LLC as Assignee of Kimball Electronics Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Lewis Spring & Mfg Company Eft | Lewis Spring & Mfg Company | Sierra Liquidity Fund | Schedule 1 - Unauthorized Instructions |
| Lifteime Industries Inc | Lifteime Industries Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Linear Technology Corp | Linear Technology Corporation | N/A | Schedule 6 - Untimely Notices |
| M & R Industrial Services Ltd | M & R Industrial Services Ltd | N/A | Schedule 6 - Untimely Notices |
| MAC ARTHUR CORP  EFT | MacArthur Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Memc Electronic Materials Eftinc | MEMC Electronic Materials | N/A | Schedule 2 - Improperly Executed Notices |

| | | | |
|---|---|---|---|
| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Mendiguren Y Zarraua S A | Mendiguren Y Zarraua S A | N/A | Schedule 6 - Untimely Notices |
| Metal Flow Corp | Metal Flow Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Metal Matic Inc | Metal-Matic, Inc. | N/A | Schedule 6 - Untimely Notices |
| Methode Electronics Inc Eft | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | N/A | Schedule 2 - Improperly Executed Notices |
| Methode Electronics Inc Eft Attn A/R | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | N/A | Schedule 2 - Improperly Executed Notices |
| Micron Semiconductor Prod Inc | Micron Semiconductor Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| Midwest Stamping & Mfg Co Eft | Midwest Stamping | Amroc Investments | Schedule 6 - Untimely Notices |
| MNP Corporation | MNP Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| MOLEX INC EFT | Molex Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| MUBEA Inc | MUBEA Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Multex Flexible Circuits Eftinc/Sheldahl | Multex Flexible Circuits Eft Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| National Molding Corp | National Molding Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nec Electronics Inc Eftattn Credit Mssc1401 | NEC Electronics America, Inc. & NEC Electronics, Inc. | N/A | Schedule 2 - Improperly Executed Notices |
| Nichia America Corporation | Nichia America Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nichicon America Corp Eft | Nichicon America Corp | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Nichicon Corp | Nichicon America Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| Norgren | Norgren | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Nypro Inc | DJ NYPRO | N/A | Schedule 2 - Improperly Executed Notices |
| Okmetic Inc | Okmetic Inc | Contrarian Funds | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices, Schedule 1 - Unauthorized Instructions |
| ON SEMICONDUCTOR | On Semiconductor | N/A | Schedule 6 - Untimely Notices |
| Palma Tool & Die Co Inc Eft | Midtown Claims LLC as Assignee of Palma Tool & Die | N/A | Schedule 2 - Improperly Executed Notices |
| Panasonic Automotive Eft 1 | Panasonic Automotive EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Parlex Corporation | Parlex Corp | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Parlex Corporation Eft | Parlex Corporation | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Philips Semiconductors Eft | Philips Semiconductors EFT | N/A | Schedule 2 - Improperly Executed Notices |
| Phillips Plastics Corp | Phillips Plastic Corporation | N/A | Schedule 2 - Improperly Executed Notices |
| Plating Technology Inc Efl | Plating Technology Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Poltron Corporation Eft | ASM Capital II LP assignee of Poltron Corp | N/A | Schedule 2 - Improperly Executed Notices |
| Promotech Kunststoff - V Metallverarbeitungsges MBH | Promotech Kunststoff - V Metallverarbeitungsges MBH | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| R & L Spring Company Eft | R & L Spring Co | N/A | Schedule 6 - Untimely Notices |
| Rayconnect Inc | Rayconnect Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Regency Plastics Ubly | Regency Plastics Ubly | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| RF Micro Devices Inc | RF Micro Devices Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Rf Monolithics Inc Eft | ASM Capital LP assignee of RF Monolithics | N/A | Schedule 2 - Improperly Executed Notices |
| Riko Co Ltd | Riko Co Ltd | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Robin Industries Inc | Robin Industries Inc | SPCP | Schedule 2 - Improperly Executed Notices |
| SABIC Innovative Plastics US LLC | SABIC Innovative Plastics US LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Sagami America Ltd Eft | Sagami America Ltd | N/A | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Semblex Corporation | Semblex Corporation | N/A | Schedule 6 - Untimely Notices |
| Semblex Corporation Eft | Semblex Corporation | N/A | Schedule 6 - Untimely Notices |

| In re: Delphi Corporation, et al. | Non-Conforming Cure Notice Motion | | |
|---|---|---|---|
| Case No. 05-44481 (RDD) | | | |
| | | | |
| **Index Of Parties Subject To Non-Conforming Cure Notice Motion** | | | |
| | | | |
| **Party Names** | **Signatory** | **Unauthorized Payment Party** | **Exhibit** |
| Shively Bros Inc Eft | Shively Bros Inc | N/A | Schedule 6 - Untimely Notices |
| Sierra Liquidity Fund as Assignee of Black River Manufacturing EFT | Black River Manufacturing EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Elrae Industries Inc EFT | Elrae Industries Inc Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Endura Plastics Inc EFT | Endura Plastics Inc EFT | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Mocap Inc EFT | Mocap Inc Eft | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Sofanou Inc of Texas | Sofanou Inc of Texas | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sierra Liquidity Fund as Assignee of Springco Metal Coatings Inc | Springco Metal Coatings Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 1 - Unauthorized Instructions |
| Sinclair & Rush Inc | Sinclair & Rush Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| SKF USA Inc | SKF USA Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| SP DIV NMC LLC EFT | SP Div NMC LLC | N/A | Schedule 6 - Untimely Notices |
| Spartech Polycon | Spartech Polycon | N/A | Schedule 3 - Non-Original Cure Amount Notices, Schedule 2 - Improperly Executed Notices |
| Stahl Specialty Company Efl | Stahl Specialty Company | SPCP | Schedule 2 - Improperly Executed Notices |
| Stanhope Products Co | Stanhope Products Co. | Contrarian Capital Management | Schedule 1 - Unauthorized Instructions |
| Summerhill Technology Corp | N/A | SPCP | Schedule 2 - Improperly Executed Notices, Schedule 6 - Untimely Notices |
| Tella Tool & Mfg | ASM Capital LP Assignee of Tella Tool & Mfg | N/A | Schedule 2 - Improperly Executed Notices |
| TI Group Automotive Systems LLC | TI Group Automotive Systems LLC | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Tokico Inc Usa | Tokico USA Inc | Goldman Sachs Credit Partners LP | Schedule 1 - Unauthorized Instructions |
| Toko America Inc Eft | Toko America Inc | N/A | Schedule 2 - Improperly Executed Notices |
| Tollman Spring Co Inc | Tollman Spring Co Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Unifrax Corp | Unifax Corp | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| United States Steel Corporation | United States Steel Corporation | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Vogelsang Corp | ASM Capital II LP assignee of Vogelsang Corp | N/A | Schedule 2 - Improperly Executed Notices |
| Wamco Inc Eft | Wamco c/o Amroc Investments LLC | N/A | Schedule 2 - Improperly Executed Notices |
| Waupaca Foundry Inc Eft | Waupaca Foundry Inc | N/A | Schedule 2 - Improperly Executed Notices |
| West dba Intercall | West dba Intercall | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Wet Automotive Canada Eft | ASM Capital II LP assignee of Wet Automotive Canada | N/A | Schedule 2 - Improperly Executed Notices |
| Wiegel Tool Works Inc | Wiegel Tool Works Inc | N/A | Schedule 3 - Non-Original Cure Amount Notices |
| Windsor Machine & Stamping Eftltd | ASM Capital LP assignee of Windsor Machine & Stamping | N/A | Schedule 2 - Improperly Executed Notices |
| Winzeler Stamping Co Eft | Winzeler Stamping Co | N/A | Schedule 6 - Untimely Notices |
| WXP Inc Eft | ASM Captial LP assignee of WXP Inc | N/A | Schedule 2 - Improperly Executed Notices |