Elena Lazarou
REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Telephone:  212-521-5400
Facsimile:   212-521-5450

and

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:   312-207-6400

Attorneys for York International Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
    In re                                         :
                                                                 :
DELPHI CORPORATION, et al.,                  :         Chapter 11
                                                                 :
                     Debtors.                :         Case No. 05-44481 (RDD)
                                                                 :
                                                                 :         (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## RESPONSE OF YORK INTERNATIONAL CORP. CONCERNING NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO OBJECTION OF DEBTORS TO CLAIM NO. 15530

York International Corp. ("York") responds to the Notice of Sufficiency Hearing concerning the objection of Delphi Corporation and its debtor affiliates (collectively, the "Debtors") to claim number 15530 that York filed against the Delphi Automotive Systems as a general unsecured claim in the amount of $88,202.55.

York filed claim number 15530 based on the amount scheduled as owed to York. The Debtors' objection contends that the proof of claim should be disallowed as "duplicate and amended." York is in the midst of discussions with Delphi's counsel to attempt to resolve the objections to claim number 15530. York has recently furnished copies of the invoices supporting its claim to Delphi counsel and believes the claim can be resolved on the basis of those invoices.

Under the circumstances, the objection to York's claim number 15530 should be overruled and that claim should be allowed as submitted. The person authorized to reconcile and resolve this claim on behalf of York is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, (312) 207-6480.

Dated: February 12, 2008                RESPECTFULLY SUBMITTED

                                        YORK INTERNATIONAL CORP.


                                        By:    /s/ Elena Lazarou

                                        REED SMITH LLP
                                        599 Lexington Avenue
                                        New York, NY  10022
                                        Telephone:  212-521-5400
                                        Facsimile:  212-521-5450

                                        Of Counsel

                                        Stephen T. Bobo
                                        REED SMITH LLP
                                        10 South Wacker Drive
                                        40th Floor
                                        Chicago, IL  60606
                                        Telephone:  312-207-1000
                                        Facsimile:  312-207-6400