UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :

    In re                                      :

DELPHI CORPORATION, <u>et al.</u>,          :        Chapter 11
                                          :
                      Debtors.     :        Case No. 05-44481 (RDD)
                                          :
                                          :        (Jointly Administered)
                                          :
---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 12th day of February 2008, I caused to be served a true and correct copy of the Response of York International Corp. Concerning Notice of Sufficiency Hearing with Respect to Objection of Debtors to Claim No. 15530 *via* US Mail to the following counsel of record:

| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher &Flom LLP<br>333  West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr. |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein,  Brian Resnick | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg, Mark A. Broude |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Stingart | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard |
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Attn: **Andy Winchell** | |

Date:  February 12, 2008
        New York, NY

                                                                 */s/ Marianne Adams*
                                                                 Marianne Adams