# EXHIBIT A

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Sumida America Inc. | ☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Jason Metnick<br>Masuda, Funai, Eifert & Mitchell, Ltd.<br>203 N. LaSalle St., Suite 2500<br>Chicago, IL 60601<br>Telephone number: (312) 245-7500 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>Delphi Energy & Chassis Systems | Check here ☐ replaces ☐ amends   a previously filed claim, dated: _____ | |

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)           (date)

2. Date debt was incurred: 2/28/05 - 10/05/05
   (see attached summary)

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:   $ __2,613__   __77,000__   _____   __79,613__
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   - ☐ Real Estate  ☐ Motor Vehicle
   - ☒ Other _____

   Value of Collateral: $ 77,000

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____

   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim

   Amount entitled to priority $ _____
   Specify the priority of the claim:
   - ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   - ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   - ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>7/17/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _/s/ Jason M. Metnick_<br>Jason M. Metnick - Attorney in fact |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Sumida America Inc.
Pre October 8, 2005 Accounts Receivable
Due from Delphi
April 27, 2006

| Code | Name | Customer Order | Type | Document | Doc Date | Ccy | Invoice HC | Balance HC |
|---|---|---|---|---|---|---|---|---|
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | DCS06583 | SAR | 25001146 | 2/28/2005 | USD | 3,750.00 | 3,750.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25005524 | 8/29/2005 | USD | 372.00 | 372.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25005525 | 8/29/2005 | USD | 1,302.00 | 1,302.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | SAR | 25005694 | 9/7/2005 | USD | 1,302.00 | 1,302.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25005695 | 9/7/2005 | USD | 1,860.00 | 1,860.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | SAR | 25005851 | 9/12/2005 | USD | 372.00 | 372.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25005999 | 9/16/2005 | USD | 9,095.00 | 9,095.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | DSC10015 | SAR | 25006000 | 9/16/2005 | USD | 10,000.00 | 10,000.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450124467 | SAR | 25006001 | 9/16/2005 | USD | 10,000.00 | 10,000.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450124468 | SAR | 25006043 | 9/18/2005 | USD | 1,500.00 | 1,500.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450125859 | SAR | 25006089 | 9/20/2005 | USD | 930.00 | 930.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25006200 | 9/25/2005 | USD | 372.00 | 372.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25006201 | 9/25/2005 | USD | 1,674.00 | 1,674.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | SAR | 25006233 | 9/26/2005 | USD | 1,302.00 | 1,302.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | SAR | 25006234 | 9/26/2005 | USD | 1,116.00 | 1,116.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | SAR | 25006504 | 10/5/2005 | USD | 1,116.00 | 1,116.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | SAR | 25006505 | 10/5/2005 | USD | 2,790.00 | 2,790.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | SAR | 25007837 | 11/17/2005 | USD | 7,626.00 | 2,214.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | SAR | 25007838 | 11/17/2005 | USD | 9,348.00 | 9,348.00 |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | SAR | 25007839 | 11/17/2005 | USD | 17,220.00 | 3,198.00 |
| 33394 | DELPHI AUTOMOTIVE SYSTEMS | JMS40712 | SAR | 25003746 | 6/16/2005 | USD | 16,000.00 | 16,000.00 |
| | TOTAL | | | | | | | 79,613.00 |

July 17, 2006

Re: **Statement of related claims in Case Numbers 05-44481 and 05-44640**

Sumida America Inc. has filed proofs of claim for $79,613.00 in both Case Numbers 05-44481 (Delphi Corporation) and 05-44640 (Delphi Automotive Systems LLC). $63,613.00 of this amount is attributable to an entity known as Delphi Energy & Chassis Systems, which is presumably a division of either Delphi Corporation or Delphi Automotive Systems LLC. The remaining $16,000 is attributable to an entity known as Delphi Automotive Systems, which is presumably related to either Delphi Corporation or Delphi Automotive Systems LLC.

After considerable time spent in trying to determine which case is proper for these claims, Sumida America Inc. is unable to make this determination. Therefore, to preserve its rights to its claims, Sumida America Inc. has submitted claims in both Case Numbers 05-44481 and 05-44640.

Sumida America Inc. has submitted the attached proof of claim on information and belief, and if Delphi Energy & Chassis or Delphi Automotive Systems are in fact related to Delphi entities other than those named in Case Numbers 05-44481 or 05-44640, then Sumida America Inc. reserves its rights to assert its claims against such other Delphi entities.