**EXHIBIT B**

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Mechatronic Systems, Inc. | Case Number<br>05-44567 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Sumida America Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Jason Metnick<br>Masuda, Funai, Eifert & Mitchell, Ltd.<br>203 N. LaSalle St., Suite 2500<br>Chicago, IL 60601<br>Telephone number: (312) 245-7500 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>Delphi Mechatronic System | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated:____ | |

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other ____

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: ____
     Unpaid compensation for services performed
     from _____ to _____
            (date)            (date)

2. Date debt was incurred: 9/12/05, 9/20/05, 9/25/05, 9/28/05, 9/29/05

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ __2,000.00__ _____ _____ __2,000.00__
   (unsecured)  (secured)  (priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other ____
   Value of Collateral: $____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

6. **Unsecured Nonpriority Claim** $ 2,000.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>7/17/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _[signature]_<br>Jason M. Metnick - attorney in fact | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SUMIDA AMERICA INC.                                                                                        Sales Invoice

1701 GOLF ROAD, TOWER 1, SUITE 1108
ROLLING MEADOWS, IL 60008-4227 USA       Remit to: SUMIDA AMERICA INC., DEPT 5234
Tel: 847 545-6700  Fax: 847 545-6720               135 S.LASALLE ST.
                                                   CHICAGO, IL 60674-5234, USA
                                         Wires to: LASALLE BANK NA, CHICAGO, IL
                                                   ACCT 5800360348, ABA 071000505
                                                   INT'L SWIFT #LASLUS44

Bill To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A          Ship To: DELPHI MECHATRONIC SYSTEM       | Invoice No.      | 25005837        |
         ATTN: ACCOUNTS PAYABLE                   615 ELCA LANE, SUITE A          | Date             | 09/12/2005      |
         BROWNSVILLE, TX 78521                    ATTN: ACCOUNTS PAYABLE          | Packing List No  | Page 1          |
         USA                                      BROWNSVILLE, TX 78521           | Purchase Order No| 020050912003-1  |
                                                  USA                             | Customer No      | 9571-047063     |
                                                                                  | Sales Order No   | 31264           |
                                                                                  | Location         | S03000122       |
                                                                                  | FOB              | 08              |

| Payment Terms              | Salesperson         | Carrier          | Tracking AWB#        | Ship Date  |
|----------------------------|---------------------|------------------|----------------------|------------|
| 30 DAYS AFTER INVOICE DATE | MID AMERICA DIRECT  | UPS GRD FRT COLLECT | 1Z39826E0360760843 | 09/12/2005 |

| Line | Part Number / Description                                          | Customer Part Number         | Quantity Ordered | Quantity Shipped | Tax | Unit Price | Extended Amount |
|------|--------------------------------------------------------------------|------------------------------|------------------|------------------|-----|------------|-----------------|
| 280  | CD75-221KC                                                         | 12766-4                      | 87000            | 500              |     | 0.50000    | 250.00          |
|      | CD75 S-074-0397 4720-0202                                          |                              |                  |                  |     |            |                 |
|      | Country of Origin: China                                           | HCode: 8504.50.8000          |                  |                  |     |            |                 |

Special Instructions
UPS GRD A/C #773-808

                                              TAX         Shipping/Handling    Total
                                                              0.00             250.00
                                                                               USD

End of Sales Invoice

**SUMIDA AMERICA INC.**
1701 GOLF ROAD, TOWER 1, SUITE 1108
ROLLING MEADOWS, IL 60008-4227 USA
Tel: 847 545-6700   Fax: 847 545-6720

Remit to: SUMIDA AMERICA INC.
135 S.LASALLE ST.,DEPT 5234
CHICAGO, IL 60674-5234, USA
Wires to: LASALLE BANK NA, CHICAGO IL
ACCT 5800360348, ABA 071000505
INT'L SWIFT #LASLUS44

Bill To: DELPHI MECHATRONIC SYSTEM
615 BLCA LANE, SUITE A
ATTN: ACCOUNTS PAYABLE
BROWNSVILLE, TX 78521
USA

Ship To: DELPHI MECHATRONIC SYSTEM
615 BLCA LANE, SUITE A
ATTN: ACCOUNTS PAYABLE
BROWNSVILLE, TX 78521
USA

**Sales Invoice**

Invoice No.    25006185
Date 09/25/2005    Page 1
Packing List No    O2005092300-1
Purchase Order No    9571-047063
Customer No    31264
Sales Order No    S03000122
Location    08
FOB

| Payment Terms | Salesperson | Carrier | Tracking AWB# | Ship Date |
|---|---|---|---|---|
| 30 DAYS AFTER INVOICE DATE | MID AMERICA DIRECT | UPS GRD FRT COLLECT | 1Z398Z6E0360770480 | 09/23/2005 |

| Line | Part Number / Description | Customer Part Number | Quantity Ordered | Quantity Shipped | Tax | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 280 | CD75-221KC<br>CD75 S-074-0397 4720-0202<br>Country of Origin: China | 12766-4<br>HCode: 8504.50.8000 | 87000 | 500 | | 0.50000 | 250.00 |

TAX    Shipping/Handling 0.00    Total 250.00 USD

Special Instructions
UPS GRD A/C #773-808

End of Sales Invoice

SUMIDA AMERICA INC.                                                                                         Sales Invoice

1701 GOLF ROAD, TOWER 1, SUITE 1108
ROLLING MEADOWS, IL 60008-4227 USA
Tel: 847 545-6700  Fax: 847 545-6720

Remit to: SUMIDA AMERICA INC.
          135 S.LASALLE ST., DEPT 5234
          CHICAGO, IL 60674-5234, USA
Wires to: LASALLE BANK NA, CHICAGO, IL
          ACCT 5800360348, ABA 071000505
          INT'L SWIFT #LASLUS44

Bill To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A
         ATTN: ACCOUNTS PAYABLE
         BROWNSVILLE, TX 78521
         USA

Ship To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A
         ATTN: ACCOUNTS PAYABLE
         BROWNSVILLE, TX 78521
         USA

Invoice No.        25006304
Date               09/28/2005    Page 1
Packing List No    02005092800-1
Purchase Order No  9571-0470053
Customer No        31264
Sales Order No     S03000122
Location           08
FOB
Ship Date          09/28/2005

| Payment Terms | Salesperson | Carrier | Tracking AWB# |
|---|---|---|---|
| 30 DAYS AFTER INVOICE DATE | MID AMERICA DIRECT | SEE SPEC INSTRUCT | 1Z39826E0362338668 |

| Line | Part Number / Description | Customer Part Number | Quantity Ordered | Quantity Shipped | Tax | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 280 | CD75-223KC<br>CD75 S-074-0397 4720-0202<br>Country of Origin: China | 12766-4<br>HCode: 8504.50.8000 | 87000 | 1000 | | 0.50000 | 500.00 |

Special Instructions
UPS GRD A/C #773-808

                                                          TAX    Shipping/Handling    Total
                                                                       0.00          500.00
                                                                                      USD

End of Sales Invoice

SUMIDA AMERICA INC.                                                                                      Sales Invoice

1701 GOLF ROAD, TOWER 1, SUITE 1108
ROLLING MEADOWS, IL 60008-4227 USA
Tel: 847 545-6700   Fax: 847 545-6720

Remit to:   SUMIDA AMERICA INC.
            135 S.LASALLE ST., DEPT 5234
            CHICAGO, IL 60674-5234, USA
Wires to:   LASALLE BANK NA, CHICAGO, IL
            ACCT 5800360348, ABA 071000505
            INT'L SWIFT #LASLUS44

Bill To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A
         ATTN: ACCOUNTS PAYABLE
         BROWNSVILLE, TX 78521
         USA

Ship To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A
         ATTN: ACCOUNTS PAYABLE
         BROWNSVILLE, TX 78521
         USA

| Invoice No.       | 25066050          |
|-------------------|-------------------|
| Date              | 09/20/2005   Page 1 |
| Packing List No   | 0200550919001-3   |
| Purchase Order No | 9571-047063       |
| Customer No       | 31264             |
| Sales Order No    | S03000122         |
| Location          | 08                |
|                   | FOB               |

| Payment Terms              | Salesperson       | Carrier             |
|----------------------------|-------------------|---------------------|
| 30 DAYS AFTER INVOICE DATE | MID AMERICA DIRECT| UPS GRD FRT COLLECT |

| Line | Part Number / Description | Customer Part Number | Quantity Ordered | Quantity Shipped | Tracking AWB# 1Z39826E0360069159 | Unit Price | Extended Amount | Ship Date 09/19/2005 |
|------|---------------------------|----------------------|------------------|------------------|----------------------------------|------------|-----------------|----------------------|
| 280  | CD75-221KC
CD75 S-074-0397 4720-0202
Country of Origin: China | 12766-4
HCode: 8504.50.8000 | 87000 | 1000 | | 0.50000 | 500.00 | |

Special Instructions
UPS GRD A/C #773-808

                                                  TAX         Shipping/Handling        Total
                                                                     0.00             500.00
                                                                                       USD

End of Sales Invoice

SUMIDA AMERICA INC.                                                                                  Sales Invoice

1701 GOLF ROAD, TOWER 1, SUITE 1108           Remit to: SUMIDA AMERICA INC.
ROLLING MEADOWS, IL 60008-4227 USA                      135 S.LASALLE ST., DEPT 5234
Tel: 847 545-6700  Fax: 847 545-6720                    CHICAGO, IL 60674-5234, USA
                                              Wires to: LASALLE BANK NA, CHICAGO,IL
                                                        ACCT 5800360348, ABA 071000505
                                                        INT'L SWIFT #LASLUS44

Bill To: DELPHI MECHATRONIC SYSTEM            Ship To: DELPHI MECHATRONIC SYSTEM
         615 ELCA LANE, SUITE A                        615 ELCA LANE, SUITE A
         ATTN: ACCOUNTS PAYABLE                        ATTN: ACCOUNTS PAYABLE
         BROWNSVILLE, TX 78521                         BROWNSVILLE, TX 78521
         USA                                           USA

                                                                        Invoice No.       25006349
                                                                        Date   09/29/2005  Page  1
                                                                        Packing List No   O2005092900-1
                                                                        Purchase Order No 9571-0470063
                                                                        Customer No       31264
                                                                        Sales Order No    S03000122
                                                                        Location  FOB     08

| Payment Terms               | Salesperson        | Carrier             | Tracking AWB#        | Ship Date  |
| 30 DAYS AFTER INVOICE DATE  | MID AMERICA DIRECT | UPS GRD FRT COLLECT | 1Z39826E0362295786   | 09/29/2005 |

| Line | Part Number / Description                                              | Customer Part Number     | Quantity Ordered | Quantity Shipped | Tax | Unit Price | Extended Amount |
|------|------------------------------------------------------------------------|--------------------------|------------------|------------------|-----|------------|-----------------|
| 280  | CD75-221KC                                                             | 12766-4                  | 87000            | 1000             |     | 0.50000    | 500.00          |
|      | CD75 S-074-0397 4720-0202                                              |                          |                  |                  |     |            |                 |
|      | Country of Origin: China                                               | HCode: 8504.50.8000      |                  |                  |     |            |                 |

Special Instructions                                                     TAX        Shipping/Handling       Total
UPS GRD A/C #773-808                                                                        0.00          500.00
                                                                                                             USD

End of Sales Invoice

Sumida America Inc.
Pre October 8, 2005 Accounts Receivable
Due from Delphi
April 27, 2006

| Code | Name | Customer Order | Type | Document | Doc Date | Ccy | Invoice HC | Balance HC |
|---|---|---|---|---|---|---|---|---|
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SAR | 25005837 | 9/12/2005 | USD | 250.00 | 250.00 |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SAR | 25006050 | 9/20/2005 | USD | 500.00 | 500.00 |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SAR | 25006185 | 9/25/2005 | USD | 250.00 | 250.00 |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SAR | 25006304 | 9/28/2005 | USD | 500.00 | 500.00 |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SAR | 25006349 | 9/29/2005 | USD | 500.00 | 500.00 |
| TOTAL | | | | | | | | 2,000.00 |