# EXHIBIT D

| Code | Name | Customer Order | Carrier | AWB | Pack Slip | Type | Document | Doc Date | Due Date | Other Reference | Invoice HC | Balance HC | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | UPS GRD FRT COLLECT | 1Z59R26ED3607760843 | O20050912303 | SAR | 25005837 | 09/12/05 | 11/11/05 | S03000122/280 | $ 250.00 | $ 250.00 | |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | UPS GRD FRT COLLECT | 1Z59R26ED3606009159 | O20050919001 | SAR | 25006050 | 09/20/05 | 11/19/05 | S03000122/280 | $ 500.00 | $ 500.00 | |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | UPS GRD FRT COLLECT | 1Z59R26ED3600069159 | O20050919001 | SAR | 25006185 | 09/25/05 | 11/24/05 | S03000122/280 | $ 250.00 | $ 250.00 | |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | SEE SPEC INSTRUCT | 1Z59R26ED3607704480 | O20050923000 | SAR | 25006304 | 09/28/05 | 11/27/05 | S03000122/280 | $ 500.00 | $ 500.00 | |
| 31264 | DELPHI MECHATRONIC SYSTEM | 9571-047063 | UPS GRD FRT COLLECT | 1Z59R26ED3562538668 | O20050928000 | SAR | 25006349 | 09/29/05 | 11/28/05 | S03000122/280 | $ 500.00 | $ 500.00 | |
| 31264 | DELPHI MECHATRONIC SYSTEM | DCS06583 | DHL | JRD #2199719432 | O20050922000 | SAR | 25011146 | 02/28/05 | 04/29/05 | S04003786/30 | $ 3,750.00 | $ 3,750.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05082924 #34790305 | O20050228001 | SAR | 25035524 | 08/29/05 | 10/28/05 | S05001008/50 | $ 372.00 | $ 372.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05082924 #34790305 | O20050829008 | SAR | 25035525 | 08/29/05 | 10/28/05 | S05001009/90 | $ 1,302.00 | $ 1,302.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05090525 #34778044 | O20050907001 | SAR | 25025694 | 09/07/05 | 11/06/05 | S05001008/90 | $ 1,302.00 | $ 1,302.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071883 | EAGLE | DSMX05090525 #34778044 | O20050907001 | SAR | 25025695 | 09/07/05 | 11/06/05 | S05001095/50 | $ 500.00 | $ 500.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05091226 #34790327 | O20050907010 | SAR | 25058851 | 09/12/05 | 11/11/05 | S05001008/90 | $ 372.00 | $ 372.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | DCS10015 | DHL | GRJ6519-16-087 #22388723/70 | O20050916000D | SAR | 25025999 | 09/16/05 | 11/15/05 | S05002162/10 | $ 9,095.00 | $ 9,095.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450124467 | | | O20050916001 | SAR | 25026000 | 09/16/05 | 11/15/05 | S05002169/10 | $ 10,000.00 | $ 10,000.00 | tooling |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450124468 | | | O20050916001 | SAR | 25026001 | 09/16/05 | 11/15/05 | S05002170/10 | $ 1,500.00 | $ 1,500.00 | tooling |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 450125859 | DHL | SAG-20050902 #22128644102 | O20050918000 | SAR | 25026043 | 09/18/05 | 11/17/05 | S05001497/10 | $ 1,500.00 | $ 1,500.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05091927 #34778048 | O20050920008 | SAR | 25026089 | 09/20/05 | 11/19/05 | S05001008/90 | $ 930.00 | $ 930.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05092229 #34790680 | O20050925000 | SAR | 25026200 | 09/25/05 | 11/24/05 | S05001008/1110/10 | $ 372.00 | $ 372.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05092229 #34790680 | O20050925000 | SAR | 25026201 | 09/25/05 | 11/24/05 | S05001009/1120 | $ 1,674.00 | $ 1,674.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | DANZAS LTD | | O20050925000 | SAR | 25026201 | 09/25/05 | 11/24/05 | S05001008/1110 | $ 1,302.00 | $ 1,302.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05092630 #34790686 | O20050926005 | SAR | 25026233 | 09/26/05 | 11/25/05 | S05001008/1110 | $ 1,116.00 | $ 1,116.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05092630 #34790686 | O20050926005 | SAR | 25026234 | 09/26/05 | 11/25/05 | S05001009/120 | $ 1,116.00 | $ 1,116.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05100332 #34790789 | O20051003002 | SAR | 25026504 | 10/05/05 | 12/04/05 | S05001008/60 | $ 1,116.00 | $ 1,116.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071881 | EAGLE | DSMX05100332 #34790789 | O20051005002 | SAR | 25026505 | 10/05/05 | 12/04/05 | S05001009/70 | $ 2,790.00 | $ 2,790.00 | |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | EAGLE | REPLACEMENT INV-AUG '05 | O20051117000 | SAR | 25007837 | 11/17/05 | 01/16/06 | S05002716/20/30/40/50 | $ 7,626.00 | $ 2,214.00 | Aug shipment not settled yet. 540 pc * retroactively from $4.15 each to $4.10 each |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | EAGLE | REPLACEMENT INV-SEP '05 | O20051117000 | SAR | 25007838 | 11/17/05 | 01/16/06 | S05002716/20/30/40/50 | $ 9,348.00 | $ 9,348.00 | Sep shipments not settled yet. 2280 pc * retroactively from $4.15 each to $4.10 each ($4.10=$9,348.00) (After credits and rebills issued in November 2005 because price was changed retroactively, invoice was issued 8/28/05 for 540 pc @ $4.15 each) Original invoice was issued 8/28/05 for 540 pc @ $4.15 each |
| 33229 | DELPHI ENERGY & CHASSIS SYSTEMS | 550071880-REPLACE INV | EAGLE | REPLACEMENT INV-OCT '05 | O20051117000 | SAR | 25007839 | 11/17/05 | 01/16/06 | S05002716/20/30/40/50 | $ 17,220.00 | $ 3,198.00 | Oct shipments not settled yet. 780 pc * $4.10=$3,198.00 (After credits and rebills issued in November 2005 because price was changed retroactively, 4 invoices were issued in August for 2,280 pc @ $4.15 each, but should have been $4.10 each) Original invoice was issued 10/5/05 for 780 pc @ $4.15 each, but should have been $4.10 each |
| 33334 | DELPHI AUTOMOTIVE SYSTEMS | JM540712 | | | | SAR | 25003746 | 06/16/05 | 08/15/05 | S05007777/20 | $ 16,000.00 | $ 16,000.00 | tooling |
| | Grand Total | | | | | | | | | | | $ 81,613.00 | |
| | | | | | | | | | | | | $ 45,613.00 | |
| | | | | | | | | | | | | $ 36,000.00 | |
| | | | | | | | | | | | | $ 81,613.00 | |

tooling invoices before bankruptcy filed
F/G shipped/sold before bankruptcy filed

There is also $77000 on the Advances Received account relating to tooling payment NOT reflected in these amounts above.