Pg 1 of 2

| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | Hearing Date: 2/21/2008<br>at 10:00 AM |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                            :
In re                                       :     Chapter 11
                                            :
    DELPHI CORPORATION, et al.,             :     Case No. 05-44481 [RDD]
                                            :
                        Debtors.            :     (Jointly Administered)
                                            :
-------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 10589 (SPANSION LLC AS ASSIGNEE OF SUCH PROOF OF CLAIM FROM AMD <u>INTERNATIONAL SALES & SERVICES, LTD.)</u>

   PLEASE TAKE NOTICE that on October 26, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 10589 (the "Proof of Claim" or "Claim") filed by AMD International Sales & Services, Ltd. and subsequently transferred to Spansion LLC (collectively the "Claimants") pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification, Tax Claims

Subject to Modification, and Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738). (the "Objections")

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objections with respect to the Proofs of Claims and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Between Delphi Corporation and Spansion LLC Compromising And Allowing Proof of Claim Number 10589 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to allow Claim No. 10589 against Delco Electronics Overseas Corporation in the amount of $33,974.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for February 21, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        February 13, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

2