Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                     )
In re:                    )        Chapter 11
                     )
DELPHI CORPORATION, et al.,   )        Case No. 05-44481 (RDD)
                     )
         Debtors.      )        (Jointly Administered)
                     )
---------------------------------------------------------------x

## DECLARATION OF JAMES BLEWETT
### IN SUPPORT OBJECTION OF E.I. DUPONT DE NEMOURS AND COMPANY TO DEBTORS NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALF-SHAFT BUSINESS

        I, JAMES BLEWETT, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.      I am a Credit Account Manager for E.I. DuPont de Nemours and Company ("DuPont") and as such have knowledge of Purchase Order SA690I0737 (the "Purchase Order") pursuant to which DuPont sells certain products to Delphi Corporation and/or certain of its affiliates ("Delphi").

2.      I have reviewed and am familiar with DuPont's records concerning the Purchase Order and about amounts owed to DuPont by Delphi as a result of sales by DuPont to Delphi pursuant to the Purchase Order.

3.      As of October 8, 2005 Delphi owed DuPont $106,531.44 for sales by DuPont to Delphi pursuant to the Purchase Order for which DuPont remains unpaid.

4.      As of today Delphi owes DuPont $372,470.12 for sales by DuPont to Delphi pursuant to the Purchase Order for the period from October 9, 2005 through today for which DuPont remains unpaid.

5.      The total amount due to DuPont by Delphi for sales pursuant to the Purchase Order totals $479,001.56.

Dated: February 13, 2008

                                        s/ James A. Blewett
                                        James Blewett

Doc # 01-1720883.1