**EXHIBIT A**

Official Form 1 A
6/90

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re DELPHI CORPORATION ET AL
        Debtor

Case No. 05-44481 (RDD)

Chapter 11

## GENERAL POWER OF ATTORNEY

To LIQUIDITY SOLUTIONS, INC. of * ONE UNIVERSITY PL, SUITE 312, HACKENSACK, NJ 07601, and
ORE HILL HUB FUND LTD. of * 650 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NY 10019.

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [if appropriate] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: FEBRUARY 13, 2008

Signed: METAL-MATIC, INC.

By THOMAS A. JACKSON

as CHIEF FINANCIAL OFFICER/TREASURER

Address: 629 SECOND STREET SOUTHEAST

MINNEAPOLIS, MN 55414

[If executed by an individual] Acknowledged before me on _____.

[If executed on behalf of a partnership] Acknowledged before me on _____,
by _____, who says that he [or she] is a member of the partnership named above and is authorized to execute this power of attorney in its behalf.

[If executed on behalf of a corporation] Acknowledged before me on FEBRUARY 13, 2008,
by THOMAS JACKSON, who says that he [or she] is CHIEF FINANCIAL OFFICER/TREASURER of the corporation named above and is authorized to execute this power of attorney in its behalf.

[Official character.]

* State mailing address.


LETHA D. HUFFMAN
Notary Public
Minnesota
My Commission Expires January 31, 2010