UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                             :
In re:                                                       :     Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :     Case No. 05-44481 (RDD)
                                                             :
                                          Debtors.           :     (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Dayanna Martinez, do hereby certify hereby under penalty of perjury that on February 14, 2008, I caused the following pleading:

**Response of Metal-Matic, Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010**

to be served via Federal Express overnight delivery on the persons and at the addresses listed on Exhibit A hereto.

Dated: Hackensack, New Jersey
       February 14, 2008

                                           _____
                                           Dayanna Martinez

## EXHIBIT A

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
   Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48908

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Davis Polk & Wardwell
Attn: Donald Bernstein, Esq.
   Brian Resnick, Esq.
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg, Esq.
   Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart, Esq.
One New York Plaza
New York, New York 10004

Office of the United States Trustee
   for the Southern District of New York
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2011
New York, New York 10004