UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Bankr. Case No. 05-44481 RDD |
|---|---|
| DELPHI CORPORATION, et al., | Jointly Administered<br>Chapter 11 |
| Debtors. | STIPULATION FOR TRANSFER OF<br>DISTRIBUTIONS TO CLAIM ASSIGNEE |

On 1/23/08, Simard Michel Ltd. ("Assignor") assigned its Claim No. 6395 ("Claim"), in the amount of $9,957.00 to Fair Liquidity Partners, LLC ("Assignee"). Fair Liquidity Partners, LLC will forward the Assignor a cash payment as agreed to in the purchase agreement in consideration for assignment of the claim.

The assignment of the Claim was docketed after the Claims Record Date of 1/17/2008. Assignor wishes to ensure that Assignee rightfully receives all Plan distributions on account of the Claim. Therefore, Assignor hereby stipulates that all distributions pursuant to the Plan on account of the Claim shall be made to or transferred to the Assignee, Fair Liquidity Partners, LLC, 19487 Roble Ct., Saratoga, CA 95070. Assignor hereby waives all its rights under FRBP Rule 3001.

Assignor warrants and represents that all funds, stocks, securities, or other distributions it receives on account of the Claim shall immediately be transferred to the Assignee at the above address, in no case later than 3 days after receipt of such distribution, funds, stocks, or securities. Assignor further warrants and represents that it shall do all things and execute all documents reasonably necessary to effectuate the provisions of this Stipulation.

In any action to enforce this Stipulation, Assignee shall be awarded its attorneys' fees and costs.

This Stipulation may be executed in any number of counterparts all of which, when so executed, shall constitute a single instrument. A facsimile signature shall have the same force and effect as an original.

| Assignor: MICHEL SIMARD LTD. | Assignee: Fair Liquidity Partners, LLC |
|---|---|
| Date: 1/29/08 | Date: 1/28/08 |
| Signature: [signature] | Signature: [signature] |
| Name: DAN MORRISON | Name: MAYA KRISH |
| Title: SALES MANAGER | Title: Claims Manager |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Bankr. Case No. 05-44481 RDD |
|---|---|
| DELPHI CORPORATION, et al., | Jointly Administered<br>Chapter 11 |
| Debtors. | **STIPULATION FOR TRANSFER OF DISTRIBUTIONS TO CLAIM ASSIGNEE CLAIM # 6395** |

## **ORDER**

Upon the Stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Date: _____

_____
US Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green, New York, New York 10004-1408

In re: Delphi Automotive Systems, LLC.  
(Jointly administered under Delphi Corp-Case No. 05-44481)  
Case No. 05-44640

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**FAIR LIQUIDITY PARTNERS, LLC**  
Name of Transferee

**SIMARD MICHEL LTD.**  
Name of Transferor

Name and Address where notices and payments to transferee should be sent:  
**FAIR LIQUIDITY PARTNERS, LLC**  
19487 ROBLE CT.  
Saratoga, CA. 95070  
Phone: (408) 868-1507

Court Record Address of Transferor  
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:  
**SIMARD MICHEL LTD.**  
Attn: Mr. Michel Simard  
170 Sheldon Drive  
Cambridge, Ontario, Canada N1R7K1  
Last Four Digits of Acct#: _____

Court Claim (if known): 6395  
Claim Amount: $9,997.00  
Date Claim Filed: 05/19/06

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maya Krish  
Maya Krish  
Transferee/Transferee's Agent

Date: 01/23/08

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor. | Bankr. Case No. 05-44481 RDD<br>Jointly Administered<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Maya Krish, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 19487 Roble Ct. Saratoga, CA 95070.

On January 30, 2008, I served the foregoing document described as:

- **STIPULATION FOR DISTRIBUTION TO CLAIM ASSIGNEE – CLAIM # 6395**

_____ (BY MAIL) I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.
_____ (BY CERTIFIED MAIL – R.R.R.) By placing a true copy thereof enclosed in a sealed envelope with first class postage and certified mail charges stamped thereon and fully prepaid, for collection and mailing in the U.S. Postal Service following ordinary business practice.
__X__ (BY FACSIMILE) By personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.
_____ (BY UPS NEXT DAY AIR) I deposited such envelope in a UPS drop-box at San Jose, California with payment arranged for.
_____ (BY MESSENGER SERVICE)

I declare that I am employed in the office at whose direction the service was made.

On all interested parties as on **"Exhibit A"** attached herewith.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 30, 2008.

*/s/ Maya Krish*

# EXHIBIT A

**The following parties were served our Stipulation for Distribution to Claim Assignee form:**

<u>Counsel for the Debtors</u>
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
T: 800-718-5305
F: 312-407-0411
http://www.skadden.com

<u>Counsel for the Debtors</u>
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
T: 800-718-5305
F: 212-735-2000
http://www.skadden.com

<u>Counsel to Creditors' Committee</u>
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
T: 212-906-1200
F: 212-751-4864
http://www.lw.com

<u>United States Trustee</u>
Diana G. Adams, Acting United States Trustee
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
T: 212-510-0500
F: 212-668-2255
http://www.usdoj.gov/ust/r02/