SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

    In re                           :        Chapter 11
                                             :
DELPHI CORPORATION, et al.,     :        Case No. 05–44481 (RDD)
                                           :
                    Debtors.     :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 3139
(JAMES HUTZ, JR.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and James Hutz, Jr. ("Hutz") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3139 (James Hutz, Jr.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on April 28, 2006, Hutz filed proof of claim number 3139 against Delphi, asserting an unsecured nonpriority claim in the amount of $2,157,683.93 (the "Claim") arising from personal injuries.

WHEREAS, on October 26, 2007, the Debtors filed the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject to Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 20, 2007, Hutz filed his Creditor, James Hutz, Jr.'s, Response To Debtors' Twenty-Second Omnibus Claims Objection Regarding Claim No. 3139 (Docket No. 11001) (the "Response").

2

WHEREAS, on February 6, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, Delphi and Hutz entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, Delphi acknowledges and agrees that the Claim shall be allowed against Delphi in the amount of $52,500.00.

WHEREAS, Delphi is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Hutz stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $52,500.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi.

2. Hutz shall withdraw his Response to the Twenty-Second Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>14th</u> day of February, 2008

    /s/Robert D. Drain
    UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Jesse L. Snyder |
|---|---|
| John Wm. Butler, Jr. | Jesse L. Snyder |
| John K. Lyons | THACHER PROFFITT & WOOD LLP] |
| Ron E. Meisler | Two World Financial Center |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | New York, New York 10281 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | |
| (312) 407-0700 | |

- and –

| | /s/ Gregg A. Rossi |
|---|---|
| Kayalyn A. Marafioti | Gregg A. Rossi |
| Thomas J. Matz | ROSSI & ROSSI |
| Four Times Square | 26 Market Street, 8th Floor |
| New York, New York 10036 | P.O. Box 6045 |
| (212) 735-3000 | Youngstown, Ohio 44501 |
| | |
| Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession | Attorneys for James Hutz, Jr. |