SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
                                   :
    In re                          :        Chapter 11
                                   :
DELPHI CORPORATION, et al.,   :        Case No. 05–44481 (RDD)
                                   :
                   Debtors.    :        (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 12136
(PEUGEOT JAPY INDUSTRIES S.A.)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Peugeot Japy Industries S.A. ("Peugeot"), and Longacre Master Fund respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12136 (Peugeot Japy Industries S.A.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, Peugeot filed proof of claim number 12136 (the "Proof of Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $933,276.00 arising from the sale of goods (the "Claim").

WHEREAS, On May 24, 2007, Peugeot transferred the Proof of Claim to Longacre pursuant to a Notice of Transfer (Docket No. 8021).

WHEREAS, on October 26, 2007, the Debtors objected to the Proof of Claim pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 20, 2007, Peugeot filed its Response Of Peugeot Japy Industries S.A. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10993) (the "Response").

WHEREAS, on January 31, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, DAS LLC, Peugeot, and Longacre entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $830,000.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the DAS LLC, Peugeot and Longacre stipulate and agree as follows:

1.  The Claim shall be and hereby is allowed in the amount of $830,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS

LLC.

        2.      The Twenty-Second Omnibus Claims Objection and the Response with respect to the Claim are hereby deemed resolved.

So Ordered in New York, New York, this 14th day of February, 2008

            /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ David G. Dragich |
|---|---|
| John Wm. Butler, Jr. | David G. Dragich |
| John K. Lyons | FOLEY & LARDNER LLP |
| Ron E. Meisler | One Detroit Center |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 500 Woodward Ave., Suite 2700 |
| 333 West Wacker Drive, Suite 2100 | Detroit, Michigan  48226-3489 |
| Chicago, Illinois  60606-1285 | (313) 234-7100 |
| (312) 407-0700 | |
| | Attorney for Peugeot Japy Industries S.A. |
| - and – | |
| | /s/ Vladimir Jelisavic |
| Kayalyn A. Marafioti | Vladimir Jelisavic |
| Thomas J. Matz | Director |
| Four Times Square | Longacre Master Fund, Ltd. |
| New York, New York  10036 | 810 Seventh avenue, 22nd Floor |
| (212) 735-3000 | New York, New York 10019 |
| | |
| Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession | Attorney for Longacre Master Fund, Ltd. |