Exhbit A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing a Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 1003 | 12/5/2005 | CONSOLIDATED MACHINERY MOVERS SIERRA LIQUIDITY FUND | CONSOLIDATED MACHINERY MOVERS SIERRA LIQUIDITY FUND | 16,575.00 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $16,575.00 |
| 1213 | 12/19/2005 | SLICK ENGINEERING INDUSTRIES | SLICK ENGINEERING INDUSTRIES | 950.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $950.00 |
| 1246 | 12/21/2005 | SIERRA LIQUIDITY FUND ALEXANDRIA EXTRUSION CO | SIERRA LIQUIDITY FUND ALEXANDRIA EXTRUSION CO | $11,497.74 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $11,076.37 |
| 1408 | 12/30/2005 | FOCUS BUSINESS SOLUTIONS SIERRA LIQUIDITY FUND | FOCUS BUSINESS SOLUTIONS SIERRA LIQUIDITY FUND | 12,416.25 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $12,416.25 |
| 2438 | 3/28/2006 | SENECA CERAMICS CORP & SIERRA LIQUIDITY FUND | SENECA CERAMICS CORP & SIERRA LIQUIDITY FUND | 811.12 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim | $811.12 |
| 2439 | 3/28/2006 | PRESS AUTOMATION INC & SIERRA LIQUIDITY FUND | PRESS AUTOMATION INC & SIERRA LIQUIDITY FUND | 3,744.80 | Ninth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $2,677.40 |
| 2441 | 3/28/2006 | HOIST & CRANE SERVICE CORP & SIERRA LIQUIDITY FUND | HOIST & CRANE SERVICE CORP & SIERRA LIQUIDITY FUND | 13,144.76 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $12,339.52 |
| 2442 | 3/28/2006 | PRECISION WIRE TECHNOLOGIES SIERRA LIQUIDITY FUND | PRECISION WIRE TECHNOLOGIES SIERRA LIQUIDITY FUND | 1,229.76 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $1,051.03 |
| 2443 | 3/28/2006 | IMPERIAL COFFEE SERVICES & SIERRA LIQUIDITY FUND | IMPERIAL COFFEE SERVICES & SIERRA LIQUIDITY FUND | 2,937.70 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim | $2,846.56 |
| 2588 | 4/10/2006 | CHEMPLATE INDUSTRIES & SIERRA LIQUIDITY FUND | CHEMPLATE INDUSTRIES & SIERRA LIQUIDITY FUND | 4,930.36 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $4,068.46 |
| 2590 | 4/10/2006 | WARNER SUPPLY INC & SIERRA LIQUIDITY FUND | WARNER SUPPLY INC & SIERRA LIQUIDITY FUND | 5,926.96 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $3,437.82 |
| 2640 | 4/13/2006 | JEVIC TRANSPORTATION & SIERRA LIQUIDITY FUND | JEVIC TRANSPORTATION & SIERRA LIQUIDITY FUND | 10,101.15 | Fifteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $9,543.06 |
| 2641 | 4/13/2006 | EL PASO HEATER & SUPPLY & SIERRA LIQUIDITY FUND | EL PASO HEATER & SUPPLY & SIERRA LIQUIDITY FUND | 4,944.50 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $4,299.50 |
| 2642 | 4/13/2006 | IMAGE LABS INTERNATIONAL & SIERRA LIQUIDITY FUND | IMAGE LABS INTERNATIONAL & SIERRA LIQUIDITY FUND | 5,395.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim | $5,395.00 |
| 2643 | 4/13/2006 | NAGEL & SHIPPERS PRODUCTS & SIERRA LIQUIDITY FUND | NAGEL & SHIPPERS PRODUCTS & SIERRA LIQUIDITY FUND | 12,800.00 | Seventeenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $12,800.00 |
| 2644 | 4/13/2006 | SALION INC & SIERRA LIQUIDITY FUND | SALION INC & SIERRA LIQUIDITY FUND | 55,050.00 | Thirteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $55,050.00 |
| 2645 | 4/13/2006 | TESTING SERVICES GROUP & SIERRA LIQUIDITY FUND | TESTING SERVICES GROUP & SIERRA LIQUIDITY FUND | 16,960.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $16,960.00 |
| 2647 | 4/13/2006 | ABCO FIRE PROTECTION INC & SIERRA LIQUIDITY FUND | ABCO FIRE PROTECTION INC & SIERRA LIQUIDITY FUND | 4,284.04 | Ninth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $3,841.47 |
| 2687 | 4/19/2006 | ORIGIN LAB CORP & SIERRA LIQUIDITY FUND | ORIGIN LAB CORP & SIERRA LIQUIDITY FUND | 347.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $338.00 |
| 2688 | 4/19/2006 | SOUTHERN HOSE & INDUSTRIAL SUPPLY SIERRA LIQUIDITY FUND | SOUTHERN HOSE & INDUSTRIAL SUPPLY SIERRA LIQUIDITY FUND | 272.36 | Ninth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $207.28 |
| 2691 | 4/19/2006 | THREE 60 PRODUCTIONS & SIERRA LIQUIDITY FUND | THREE 60 PRODUCTIONS & SIERRA LIQUIDITY FUND | 10,701.40 | Thirteenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $7,487.90 |
| 2693 | 4/19/2006 | CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | 245,952.74 | Twenty-Fourth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $239,146.91 |
| 2695 | 4/19/2006 | ENDURA PLASTICS & SIERRA LIQUIDITY FUND | ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 11,921.75 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC/DELPHI CONNECTION SYSTEMS | General Unsecured Claim | $11,528.15 |

Exhbit A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing a Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 2696 | 4/19/2006 | SCHAEFER SYSTEMS INTERNATIONAL & SIERRA LIQUIDITY FUND | SCHAEFER SYSTEMS INTERNATIONAL & SIERRA LIQUIDITY FUND | 15,234.88 | Thirteenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $8,204.44 |
| 2701 | 4/21/2006 | BIRD ELECTRONIC CORP & SIERRA LIQUIDITY FUND | BIRD ELECTRONIC CORP & SIERRA LIQUIDITY FUND | 985.00 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $985.00 |
| 2733 | 4/24/2006 | ALLIED FIRE PROTECTION & SIERRA LIQUIDITY FUND | ALLIED FIRE PROTECTION & SIERRA LIQUIDITY FUND | 5,081.80 | Thirteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $5,081.80 |
| 2735 | 4/24/2006 | NEW ENGLAND ELECTRIC WIRE & SIERRA LIQUIDITY FUND | NEW ENGLAND ELECTRIC WIRE & SIERRA LIQUIDITY FUND | 3,702.30 | Seventeenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $3,259.39 |
| 2736 | 4/24/2006 | BUILDERS OVERHEAD CRANES & SIERRA LIQUIDITY FUND | BUILDERS OVERHEAD CRANES & SIERRA LIQUIDITY FUND | 650.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim | $650.00 |
| 2738 | 4/24/2006 | AR-BEE TRANSPARENT PROD SIERRA LIQUIDITY FUND | AR-BEE TRANSPARENT PROD SIERRA LIQUIDITY FUND | 4,750.20 | Twenty-First Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $4,750.20 |
| 2739 | 4/24/2006 | QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 102,734.69 | Fifteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $94,513.07 |
| 2740 | 4/24/2006 | COLD JET LLC & SIERRA LIQUIDITY FUND | COLD JET LLC & SIERRA LIQUIDITY FUND | 568.39 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $568.39 |
| 2741 | 4/24/2006 | DEXPORT TOOL MFG & SIERRA LIQUIDITY FUND | DEXPORT TOOL MFG & SIERRA LIQUIDITY FUND | 550.00 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $550.00 |
| 2742 | 4/24/2006 | RANKIN & HOUSER & SIERRA LIQUIDITY FUND | RANKIN & HOUSER & SIERRA LIQUIDITY FUND | 910.40 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $910.40 |
| 2743 | 4/24/2006 | TONER SALES INC & SIERRA LIQUIDITY FUND | TONER SALES INC & SIERRA LIQUIDITY FUND | 95.04 | Eleventh Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $95.04 |
| 4211 | 5/1/2006 | SHOWERS GROUP INC & SHEPARD MFG CO INC | SIERRA LIQUIDITY FUND | $7,528.00 | Ninteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $3,764.00 |
| 11615 | 7/27/2006 | SMK ELECTRONICS CORP USA | SIERRA LIQUIDITY FUND | $12,665.01 | Ninteenth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $6,910.01 |
| 14669 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR | $216,301.71 | Ninteenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $210,532.25 |
| 14670 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE EISSMANN GROUP AUTOMOTIVE ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE EISSMANN GROUP AUTOMOTIVE ASSIGNOR | $16,977.50 | Seventeenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $14,301.16 |
| 14681 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE ATLAS PRESSED METALS ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE ATLAS PRESSED METALS ASSIGNOR | $110,033.10 | Eleventh Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $107,978.92 |
| 14682 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE NEW ENGLAND INTERCONNECT SYSTEMS INC ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE NEW ENGLAND INTERCONNECT SYSTEMS INC ASSIGNOR | $150,601.20 | Fifteenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $146,750.60 |
| 14687 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE K A TECHNOLOGIES ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE K A TECHNOLOGIES ASSIGNOR | $15,273.82 | Seventeenth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $14,625.44 |
| 14692 | 7/31/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE PVI INDUSTRIAL WASHING ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE PVI INDUSTRIAL WASHING ASSIGNOR | $75,027.43 | Ninth Omnibus Claims Objection | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $72,199.99 |
| 15978 | 8/9/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE SKYWORLD INTERACTIVE INC ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE SKYWORLD INTERACTIVE INC ASSIGNOR | $16,709.43 | Ninth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI DIESEL SYSTEMS CORP | General Unsecured Claim | $16,479.72 |
| 15983 | 8/9/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE MAYVILLE ENGINEERING CO INC ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE MAYVILLE ENGINEERING CO INC ASSIGNOR | $31,187.22 | Ninth Omnibus Claims Objection | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | General Unsecured Claim | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | General Unsecured Claim | $30,587.34 |
| 15984 | 8/9/2006 | SIERRA LIQUIDITY FUND LLC ASSIGNEE HTT INC ASSIGNOR | SIERRA LIQUIDITY FUND LLC ASSIGNEE HTT INC ASSIGNOR | $28,239.07 | Ninth Omnibus Claims Objection | DELPHI MECHATRONIC SYSTEMS, INC. | General Unsecured Claim | DELPHI MECHATRONIC SYSTEMS, INC. | General Unsecured Claim | $27,312.18 |

Exhbit A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing a Proof of Claim** | **Owner of Claim** | **Asserted Amount** | **Omnibus Claims Objection** | **Debtor Named on Proof of Claim** | **Asserted Classification** | **Debtor** | **Classification** | **Allowed Amount** |
| 16716 | 9/26/2007 | SIERRA LIQUIDITY FUND | SIERRA LIQUIDITY FUND | $26,076.60 | Twenty-Second Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $23,073.06 |