# EXHIBIT 1

**Acument Global Technologies Inc**
**Decorah Operations**
**1302 Kerr Dr**
**Decorah IA 52101-2406**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129179 |

# EXHIBIT 1

**Adams Oil Enterprises Inc**
**7030 East St**
**Saginaw MI 48601-9724**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550033947 |

# EXHIBIT 1

**American Axle & Manufacturing Inc**
**Tonawanda Forge Facility**
**PO Box 1210**
**Buffalo NY 14240-1210**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550119465 |

# EXHIBIT 1

**American Axle & Manufacturing Inc**
**Tonawanda Forge Facility**
**PO Box 1210**
**Buffalo NY 14240-1210**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550193997 |

# EXHIBIT 1

**American Axle & Manufacturing Inc**
**One Dauch Drive**
**Detroit MI 48211-1198**

| Contract to be assumed and/or assigned: |
|:---:|
| Long Term Contract and Revised Price Schedule Agreement between American Axle and Mfg and DASLLC executed 04/28/03 |

# EXHIBIT 1

**American Axle & Mfg Holdings Inc**
**One Dauch Drive**
**M/C 4E-3-25 Jim Kibler**
**Detroit MI 48211**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550054946, 550054947, 550055905 |

# EXHIBIT 1

**American Axle & Mfg Holdings Inc**
**One Dauch Drive**
**M/C 4E-3-25 Jim Kibler**
**Detroit MI 48211**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079422, 550079423 |

# EXHIBIT 1

**Ames Reese Inc**
**PO Box 413**
**Bird In Hand PA 17505**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550057004 |

# EXHIBIT 1

**Barnes Group Inc**
**Associated Spring Division**
**18 Main St**
**Bristol CT 06010-6527**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550001320, |

# EXHIBIT 1

**Barnes Group Inc**
**Associated Spring Division**
**18 Main St**
**Bristol CT 06010-6527**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550061890 |

# EXHIBIT 1

**Barnes Group Inc**
**Associated Spring Division**
**18 Main St**
**Bristol CT 06010-6527**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550128249 |

# EXHIBIT 1

**Camcar LLC**
**Wytheville Operations**
**345 E Marshall St**
**Wytheville VA 24382-3917**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129222 |

# EXHIBIT 1

**Carolina Forge Co**
**PO Box 370**
**Wilson NC 27894-0370**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025513 |

# EXHIBIT 1

**Carolina Forge Co**
**PO Box 370**
**Wilson NC 27894-0370**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550065141 |

# EXHIBIT 1

**Carolina Forge Co**
**PO Box 370**
**Wilson NC 27894-0370**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550077225 |

# EXHIBIT 1

**Carolina Forge Co**
**PO Box 370**
**Wilson NC 27894-0370**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550119466 |

# EXHIBIT 1

**Carolina Forge Co**
**PO Box 370**
**Wilson NC 27894-0370**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550200995, 550147947 |

# EXHIBIT 1

**Chassis Corp**
**435 Polymoore DriveNo 3**
**Corunna Ontario N0N 1G0**
**Canada**



| **Contract to be assumed and/or assigned:** |
| --- |
| PO#6428 between Chassis Corp. and Delphi E&C dated 6/7/07 GM Directed Buy - Blanket PO valid: 6/1/2007 - 7/30/2011 |

# EXHIBIT 1

**Chassis Corp of Michigan**
**2223 Dove Street**
**Port Huron MI 48060**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 6340 |

# EXHIBIT 1

**Chassis Corp of Michigan**
**2223 Dove Street**
**Port Huron MI 48060**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 6728 |

# EXHIBIT 1

**Chevron USA Inc**
**Chevron USA Products Co**
**9401 Williamsburg Plaza Ste 201**
**Louisville KY 40222-5092**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550137958, 550137956 |

# EXHIBIT 1

**Cintas**
**4715 Hayes Ave**
**Sandusky OH 44870**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) BO460011003 |

# EXHIBIT 1

**Cleveland Die & Manufacturing Co**
**20303 First St**
**Middleburg Heights OH 44130-2433**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550000780, 550002902, 550003750 |

# EXHIBIT 1

**Clyde Tool & Die Inc**
**Clyde Foam**
**524 S Church St**
**Clyde OH 43410-2100**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080334 |

# EXHIBIT 1

**Cold Heading Co The**
**21777 Hoover Rd**
**Warren MI 48089**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037909 |

# EXHIBIT 1

**Cold Heading Co The**
**21777 Hoover Rd**
**Warren MI 48089**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135905 |

# EXHIBIT 1

**Crown Packaging Corp**
**1885 Woodman Center Drive**
**Dayton OH 45420**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550085698 |

# EXHIBIT 1

**D&M Custom Injection Moldings**
**D&M Plastics**
**PO Box 158**
**Burlington IL 60109**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000794 |

# EXHIBIT 1

**D&M Custom Injection Moldings**
**D&M Plastics**
**PO Box 158**
**Burlington IL 60109**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550002990 |

# EXHIBIT 1

**D&M Custom Injection Moldings**
**D&M Plastics**
**PO Box 158**
**Burlington IL 60109**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000794 |

# EXHIBIT 1

**Decoletaje y Tornilleria SA**
**DYTSA**
**Apartado 24**
**Banyoles Gerona - 17820**
**Spain**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550004355 |

# EXHIBIT 1

**Delphi Shanghai Dynamics & Propulsion System Co Ltd**
**328 Huajing Road WGQ**
**Free Trade Zone**
**Shanghai - -**
**China**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SCD00754 |

# EXHIBIT 1

**Delta Rubber Co The**
**PO Box 300**
**Danielson CT 06239-0300**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550000739 |

# EXHIBIT 1

**Dynametal Technologies Inc**
**400 Dupree St**
**Brownsville TN 38012**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057776 |

# EXHIBIT 1

**Elgin Die Mold Co**
**14N002 Prairie St**
**Pingree Grove IL 60140-6314**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550002989, 550059678, 550060541, 550075893 |

# EXHIBIT 1

**Elgin Die Mold Co**
**14N002 Prairie St**
**Pingree Grove IL 60140-6314**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550189398 |

# EXHIBIT 1

**Elgin Die Mold Co**
**14N002 Prairie St**
**Pingree Grove IL 60140-6314**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550132492, 550128053, 550125762 |

# EXHIBIT 1

**Federal Mogul Corp**
**Sealing Systems**
**9104 Alex Harvin Hwy**
**Summerton SC 29148**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000742 |

# EXHIBIT 1

**Federal Mogul Corporation**
**Federal Mogul**
**PO Box 1966**
**Southfield MI 48235**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550151583 |

# EXHIBIT 1

**Federal Screw Works**
**20229 E 9 Mile**
**Saint Clair Shores MI 48080-1775**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000743, 550025438 |

# EXHIBIT 1

**FHBC America Inc**
**1750 E Big Beaver Rd**
**Troy MI 48083**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550038588 |

# EXHIBIT 1

**Formtech Industries LLC**
**2727 W 14 Mile Rd**
**Royal Oak MI 48073-1712**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550128266, 550128267, 550128268 |

# EXHIBIT 1

**Freudenberg-Nok General Partnership**
**Seals Division**
**PO Box 2001**
**Bristol NH 03222-2001**



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550123616, 550123617, 550123618 |

# EXHIBIT 1

**Freudenberg-Nok General Partnership**
**Seals Division**
**PO Box 2001**
**Bristol NH 03222-2001**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125853 |

# EXHIBIT 1

**General Motors Africa & Middle East-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 3200000431 |

# EXHIBIT 1

**General Motors Africa & Middle East-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 3200002393 |

# EXHIBIT 1

**General Motors Africa & Middle East-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 3200000431 |

# EXHIBIT 1

**General Motors Africa & Middle East-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 3200002393  between General Motors Middle East & Africa and Delphi Product & Service Solutions dated 9/27/2007; Valid 09/27/2007 through 12/21/2010 |

# EXHIBIT 1

**General Motors Corporation**
**Attn Legal Staff**
**300 Renaissance Center**
**Detroit MI 48265-3000**

| **Contract to be assumed and/or assigned:** |
| :---: |
| License Assignment, Assumption and Consent between General  Motors Corporation, Delphi Automotive Systems LLC and The Alabama Great Southern Railroad Company and Norfolk Southern Railway Company dated 12/10/98 for Agreement dated 12/31/45 between The Pennsylvania Railroad Company (Norfolk Southern Railway Company, last successor) and General Motors Corporation |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| New GM Programs Family 2; Blanket Contract Number 84G00024, Issue Date 03/06/07; Amendment No. 2, Part No. 13502216 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**



| Contract to be assumed and/or assigned: |
|:---:|
| New GM Programs Family 3; Blanket Contract Number 84G00027, Issue Date 03/08/07; Amendment No. 3, Part No. 13500571 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**



| **Contract to be assumed and/or assigned:** |
| --- |
| Directed buy letter from GM to Delphi for Contingency - GM-211 (7467732 and 7467581 for PBR) dated 09/12/07 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 9D3001FC |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) T8F00000 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 84G00-016 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Directed buy letter from GM to Delphi for Contingency - GMX 380/381/384/386, GMX001, GMT001, GMX211, GMX222/272, GMT360, GMT265, GMX365 dated 02/1/08 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**



| Contract to be assumed and/or assigned: |
| :---: |
| PO#6428 between Chassis Corp. and Delphi E&C dated 6/7/07 GM Directed Buy - Blanket PO valid: 6/1/2007 - 7/30/2011 |

# EXHIBIT 1

**General Motors Corporation**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| GM-37493 between GMC and Delphi Product & Service Solutions dated 1/1/2008; effective 9/1/2001 through 12/31/2010 |

# EXHIBIT 1

**General Motors Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-37492 |

# EXHIBIT 1

**General Motors Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-37492 |

# EXHIBIT 1

**General Motors Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-55273 |

# EXHIBIT 1

**General Motors Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) GM-55276 |

# EXHIBIT 1

**General Motors do Brazil-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) VKP0000L |

# EXHIBIT 1

**General Motors do Brazil-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) VKP0000K |

# EXHIBIT 1

**General Motors Mexico-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84D00-01V-000 |

# EXHIBIT 1

**General Motors Mexico-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84D00-01H |

# EXHIBIT 1

**General Motors of Canada Ltd Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-37492 |

# EXHIBIT 1

**General Motors of Canada Ltd Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-51502 |

# EXHIBIT 1

**General Motors Powertrain-Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 84G00023 |

# EXHIBIT 1

**General Motors Strasbourg**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) T8F00000 |

# EXHIBIT 1

**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|:---:|
| Directed buy letter from GM for Programs Contingency - GMX 380/381/384/386. GMX001, GMT001,GMX211,GMX222/272, GMT 360 dated 02/23/07 |

# EXHIBIT 1

**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Directed buy letter from GM for Programs GMX295 Contingency dated 02/23/07 |

# EXHIBIT 1

**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84G00008 |

# EXHIBIT 1

**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 84G00000, 84G0001G, 84G0001W, 84G00003, 84G00006 |

# EXHIBIT 1

**GM Global Tooling Company Inc**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| 1XTT0000 between GM Global Tooling Company, Inc. and Delphi E&C, Part #13502886 Issue Date: 7/27/2007 Effective 07/18/2007 |

# EXHIBIT 1

**GM of Canada Ltd**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 84F00017, 84F0000W |

# EXHIBIT 1

**GM of Canada Ltd**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 84F00016, 84F00019 |

# EXHIBIT 1

**GM of Canada Ltd**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-37492 |

# EXHIBIT 1

**GM of Canada Ltd**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-51501 |

# EXHIBIT 1

**GM of Canada Ltd**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-51502 |

# EXHIBIT 1

**GM Saturn Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 103272 |

# EXHIBIT 1

**GM Saturn Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 117469 |

# EXHIBIT 1

**GM Saturn Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 108898 |

# EXHIBIT 1

**GM Saturn Corporation Service Parts Organization**
**GM Global Purchasing**
**c/o Leigh DuShane**
**30009 Van Dyke**
**Warren MI 48090**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 117469 |

# EXHIBIT 1

**Illinois Tool Works Inc**
**Highland Manufacturing**
**PO Box 1858**
**Waterbury CT 6705**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550008783 |

# EXHIBIT 1

**Illinois Tool Works Inc**
**Highland Manufacturing**
**PO Box 1858**
**Waterbury CT 6705**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056751 |

# EXHIBIT 1

**Illinois Tool Works Inc**
**ITW Shakerproof/Anchor/Medalist Div**
**850 Stephenson Hwy Ste 500**
**Troy Mi 48083**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037032 |

# EXHIBIT 1

**Industrial Molding Corp**
**616 E Slaton Rd**
**Lubbock TX 79404-5820**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000760, 550002988, 550002991 |

# EXHIBIT 1

**Integrated Logistic Solutions Inc**
**6675 Homestretch Drive**
**Dayton OH 45414**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000486 |

# EXHIBIT 1

**Linamar Holdings Inc**
**Transgear Manufacturing**
**287 Speedvale Ave W**
**Guelph-Ontario ON N1H 1C5**
**Canada**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059816 |

# EXHIBIT 1

**Magna Powertrain de Mexico SA de CV**
**MPT Ramos Arizpe**
**Calle 1 No 104 P Ind Sta Maria**
**RFC MPM0606059TA**
**Ramos Arizpe - 25903**
**Mexico**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5400000293 |

# EXHIBIT 1

**Magna Powertrain de Mexico SA de CV**
**MPT Ramos Arizpe**
**Calle 1 No 104 P Ind Sta Maria**
**RFC MPM0606059TA**
**Ramos Arizpe - 25903**
**Mexico**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5400000294 |

# EXHIBIT 1

**Magna Powertrain de Mexico SA de CV**
**MPT Ramos Arizpe**
**Calle 1 No 104 P Ind Sta Maria**
**RFC MPM0606059TA**
**Ramos Arizpe - 25903**
**Mexico**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5400000404 |

# EXHIBIT 1

**March Coatings Inc**
**1279 Rickett Rd**
**Brighton MI 48116**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550006040 |

# EXHIBIT 1

**Meadville Forging Co**
**15309 Baldwin St**
**Meadville PA 16335**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550065943 |

# EXHIBIT 1

**Meadville Forging Co**
**15309 Baldwin St**
**Meadville PA 16335**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550119463 |

# EXHIBIT 1

**Meadville Forging Co**
**15309 Baldwin St**
**Meadville PA 16335**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550197618 |

# EXHIBIT 1

**Meadville Forging Co**
**15309 Baldwin St**
**Meadville PA 16335**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550147143, 550147944, 550147945, 550147946 |

# EXHIBIT 1

**Meadville Forging Co - MFC Forge Group**
**15309 Baldwin St**
**Meadville PA 16335**

| Contract to be assumed and/or assigned: |
|:---:|
| Long Term Contract between MFC Forge Group  and DASLLC executed 01-16-07 |

# EXHIBIT 1

**Metalbages SA**
**Metalbages**
**Camino Les Arenes 1**
**Pg Ind Santa Ana II**
**Santpedor – 08251**
**Spain**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550004130 |

# EXHIBIT 1

**Metaldyne Sintered Components Inc**
**Metaldyne**
**197 W Creek Rd**
**Saint Marys PA 15857**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550005689 |

# EXHIBIT 1

**Metaldyne Sintered Components Inc**
**Metaldyne**
**197 W Creek Rd**
**Saint Marys PA 15857**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550048846 |

# EXHIBIT 1

**Metaldyne Sintered Components Inc**
**Metaldyne**
**197 W Creek Rd**
**Saint Marys PA 15857**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057784 |

# EXHIBIT 1

**Metalsa S de RL**
**CARR MIGUEL ALEMAM KM 165**
**No100**
**Apodaca NL 66600**
**Mexico**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CC1228A3 |

# EXHIBIT 1

**Metalsa S de RL**
**CARR MIGUEL ALEMAM KM 165**
**No100**
**Apodaca NL 66600**
**Mexico**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM1228A |

# EXHIBIT 1

**MNP Corp**
**MNP Fastener Division**
**PO Box 189002**
**Utica MI 48318**

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550000745 |

# EXHIBIT 1

**MNP Corp**
**MNP Fastener Division**
**PO Box 189002**
**Utica MI 48318**



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550003163, 550003380, 550003661, 550004138, 550004210 |

# EXHIBIT 1

**MNP Corp**
**MNP Fastener Division**
**PO Box 189002**
**Utica MI 48318**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550064068 |

# EXHIBIT 1

**MNP Corp**
**MNP Fastener Division**
**PO Box 189002**
**Utica MI 48318**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550075323 |

# EXHIBIT 1

**Modatek Systems**
**400 Chrisholm Drive**
**Milton Ontario L9T 5V6**
**Canada**

| Contract to be assumed and/or assigned: |
| --- |
| Scheduling Agreement #300373 between Modetek Systems and Delphi E&C |

# EXHIBIT 1

**NN Inc**
**Attention VP Sales**
**2000 Waters Edge Drive**
**Building C Suite 12**
**Johnson City TN 37604**



| **Contract to be assumed and/or assigned:** |
| --- |
| Long Term Contract between NN, Inc - Ball and Roller Division and DASLLC executed 10-17-07 |

# EXHIBIT 1

**NN Inc**
**NN Ball & Roller**
**378 Industrial Park**
**Mountain City TN 37683**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550172067 |

# EXHIBIT 1

**NN Inc**
**378 Industrial Park**
**Mountain City TN 37683**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125733 |

# EXHIBIT 1

**NN Inc**
**378 Industrial Park**
**Mountain City TN 37683**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550185339 |

# EXHIBIT 1

**Norfolk Southern Corporation**
**Three Commercial Place**
**Norfolk VA 23510-9241**

| Contract to be assumed and/or assigned: |
|---|
| License Assignment, Assumption and Consent between General Motors Corporation, Delphi Automotive Systems LLC and The Alabama Great Southern Railroad Company and Norfolk Southern Railway Company dated 12/10/98 for Agreement dated 12/31/45 between The Pennsylvania Railroad Company (Norfolk Southern Railway Company, last successor) and General Motors Corporation |

# EXHIBIT 1

**OGS Industries**
**Ohio Gasket & Shim Co**
**976 Evans Ave**
**Akron OH 44305-1019**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000768 |

# EXHIBIT 1

**Ohio Edison Company**
**76 South Main St**
**Akron OH 44308**

| Contract to be assumed and/or assigned: |
|:---:|
| Assignment and Assumption from General Motors Corporation to Delphi Automotive Systems LLC dated 12/10/98 effective 01/01/99 for License dated 05/15/52 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

**Ohio Edison Company**
**76 South Main St**
**Akron OH 44308**

| Contract to be assumed and/or assigned: |
|:---:|
| Assignment and Assumption from General Motors Corporation to Delphi Automotive Systems LLC dated 12/10/98 effective 01/01/99 for License dated 07/17/90 between Ohio Edison Company, as Licensor, and General Motors Corporation as Licensee |

# EXHIBIT 1

**Ohio Edison Company**
**76 South Main St**
**Akron OH 44308**

| Contract to be assumed and/or assigned: |
| :---: |
| Assignment and Assumption from General Motors Corporation (Assignor) to Delphi Automotive Systems LLC (Assignee) dated 12/10/98 effective 01/01/99 for License dated 10/13/80 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

**Ohio Edison Company**
**76 South Main St**
**Akron OH 44308**

| Contract to be assumed and/or assigned: |
|---|
| Assignment and Assumption from General Motors Corporation (Assignor) to Delphi Automotive Systems LLC (Assignee) dated 12/10/98 effective 01/01/99 for License dated 10/05/61 between General Motors Corporation as Licensor and Ohio Edison Company as Licensee |

# EXHIBIT 1

**Parker Hannifin Corp**
**Parker Seals Div**
**104 Hartman Dr**
**Lebanon TN 37087**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550004445 |

# EXHIBIT 1

**Paulstra Snc**
**Z I D'Etriche**
**Segre – 49504**
**France**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550187018 |

# EXHIBIT 1

**Pax Machine Works Inc**
**PO Box 338**
**Celina OH 45822-0338**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550086994 |

# EXHIBIT 1

**Pax Machine Works Inc**
**PO Box 338**
**Celina OH 45822-0338**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550000750 |

# EXHIBIT 1

**PBR Columbia LLC**
**201 Metropolitan Drive**
**West Columbia SC 29170**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) P001924-00 |

# EXHIBIT 1

**PBR Columbia LLC**
**201 Metropolitan Drive**
**West Columbia SC 29170**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) P001921-01 |

# EXHIBIT 1

**PBR Columbia LLC**
**201 Metropolitan Drive**
**West Columbia SC 29170**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) P001918-00 |

# EXHIBIT 1

**PBR Columbia LLC**
**201 Metropolitan Drive**
**West Columbia SC 29170**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) P001920-00 |

# EXHIBIT 1

**PBR Columbia LLC**
**201 Metropolitan Drive**
**West Columbia SC 29170**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) P001567-03 |

# EXHIBIT 1

**Piston Modules LLC**
**4015 Michigan Ave**
**Detroit MI 48210**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CT0338A |

# EXHIBIT 1

**Plasco Inc**
**3075 Plainfield Rd**
**Kettering OH 45432**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550003103 |

# EXHIBIT 1

**Precision Products Group Inc**
**Michigan Spring & Stamping Division**
**PO Box 720**
**Muskegon MI 49443**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074953 |

# EXHIBIT 1

**Robert Tata**
**307 Tiffin Avenue**
**Huron OH 44839-1737**

| Contract to be assumed and/or assigned: |
| :---: |
| Letter of permission from Delphi Technologies, Inc to Robert Tata dated 01/31/05 regarding Anti-friction Bearing Classroom Manual |

# EXHIBIT 1

**Robin Industries Inc**
**Fredericksburg Facility**
**PO Box 242**
**Fredericksburg OH 44627**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037277 |

# EXHIBIT 1

**S & Z Metalworks Ltd**
**S & Z Tool & Die Co**
**PO Box 74544**
**Cleveland OH 44194-4544**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550154419, 550154422, 550162859 |

# EXHIBIT 1

**Select Industries Corp**
**PO Box 887**
**Dayton OH 45401-0887**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000783 |

# EXHIBIT 1

**Setech Inc**
**903 Industrial Dr**
**Murfreesboro TN 37129**

| Contract to be assumed and/or assigned: |
|---|
| General Terms & Conditions of Master Procurement Agreement between Setech Inc and DASLLC executed 07/20/07 |

# EXHIBIT 1

**Setech Inc**
**903 Industrial Dr**
**Murfreesboro TN 37129**

| Contract to be assumed and/or assigned: |
| --- |
| Transaction Agreement between Setech Inc and DASLLC executed 09/04/07 |

# EXHIBIT 1

**Shively Bros Inc**
**2919 South Grand Traverse**
**Flint Michigan 48501-1520**



| Contract to be assumed and/or assigned: |
| :---: |
| Lease Agreement between Delphi Autommotive Systems, LLC and Shively Bros., Inc. dated 03/29/06 |

# EXHIBIT 1

**Siemens VDO Automotive Corporation**
**Sensors Division**
**23590 County Rd 6**
**Elkhart IN 46514**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550137261 |

# EXHIBIT 1

**Siemens VDO SA de CV**
**Planta II**
**Luis Bleriot 6720**
**Cuidad Juarez - 32695**
**Mexico**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550166735, 550168429 |

# EXHIBIT 1

**Solution Recovery Services Inc**
**7455 Newman Blvd**
**Dexter MI 48130-1558**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450308561 |

# EXHIBIT 1

**StarSource Management Services**
**24301 Catherine Industrial Dr**
**Novi MI 48375**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450627371 |

# EXHIBIT 1

**Steyr de Mexico SA de CV**
**Calle 1 No 104**
**Parque Industrial Santa Maria**
**Ramos Arizpe Coahuila C.P. 25947,**
**Mexico**

| Contract to be assumed and/or assigned: |
|:---:|
| Project GMT001 Long Term Agreement between  Steyer de Mexico S.A. de C.V. and Delphi Automotive - Chassis System; Part # 22715555 and 22723647 executed 10/13/04 |

# EXHIBIT 1

**Stoneridge Inc**
**Hi Stat Manufacturing**
**28001 Cabot Dr Ste 100**
**Novi MI 48377**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550082730 |

# EXHIBIT 1

**Stoneridge Inc**
**Hi Stat Manufacturing**
**28001 Cabot Dr Ste 100**
**Novi MI 48377**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550168826 |

# EXHIBIT 1

**Stoneridge Inc**
**Hi Stat Manufacturing**
**7290 26th Ct E**
**Sarasota FL 34243**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550001551 |

# EXHIBIT 1

**Tecmoplas SA**
**Avenida Goya S/N**
**Torres de Berrellen - 50693**
**Spain**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550004246 |

# EXHIBIT 1

**Tegrant Alloyd Brands Inc**
**PO Box 627**
**Dekalb IL 60115-0627**

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550136762 |

# EXHIBIT 1

**Timken Corporation The**
**PO Box 3047**
**Birmingham MI 48012-3047**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550190077 |

# EXHIBIT 1

**Toyota Tsusho America Inc**
**7300 Turfway Rd Ste 500**
**Florence KY 41042-1375**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550003128 |

# EXHIBIT 1

**Triad Services Group Inc**
**1750 E Lincoln Ave**
**Madison Heights MI 48071**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 4176 |

# EXHIBIT 1

**Trosel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147**



| **Contract to be assumed and/or assigned:** |
| --- |
| Indemnification Agreement between Trostel and Delphi Energy & Chassis Systems dated 05/22/06 |

# EXHIBIT 1

**Trosel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147**

| Contract to be assumed and/or assigned: |
|---|
| Indemnification Agreement between Trostel and Delphi dated 10/02/07 |

# EXHIBIT 1

**Trostel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147**

| Contract to be assumed and/or assigned: |
|---|
| Supply Agreement between Trostel Ltd and DASLLC executed 12/15/06 |

# EXHIBIT 1

**Trostel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550123567 |

# EXHIBIT 1

**Trostel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147-1003**



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550006224, 550004338, 550004330, 550004167, 550004031, 550000753, 550059662 |

# EXHIBIT 1

**Trostel Ltd**
**901 Maxwell St**
**Lake Geneva WI 53147-1003**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550192888 |

# EXHIBIT 1

**Twist Inc**
**PO Box 177**
**Jamestown OH 45335**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550034260 |

# EXHIBIT 1

**Twist Inc**
**PO Box 177**
**Jamestown OH 45335**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550048897 |

# EXHIBIT 1

**Twist Inc**
**PO Box 177**
**Jamestown OH 45335**

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550187801 |

# EXHIBIT 1

**Universal Bearings Inc**
**PO Box 38**
**Bremen IN 46506-0038**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000762 |

# EXHIBIT 1

**Victory Packaging Inc**
**6441 Davis Industrial Pky**
**Solon OH 44139**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080320 |

# EXHIBIT 1

**Wainwright Industries Inc**
**17 Cermak Blvd**
**Saint Peters MO 63376-1019**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550000781 |

# EXHIBIT 1

**WanXiang America Corporation**
**88 Airport Rd**
**Elgin IL 60123**

| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between WanXiang America Corporation and Delphi Automotive Systems LLC dated 03/04/04 |

# EXHIBIT 1

**WanXiang America Corporation**
**88 Airport Rd**
**Elgin IL 60123**

| Contract to be assumed and/or assigned: |
|---|
| Technical Assistance Agreement between WanXiang America Corporation and Delphi Energy & Chassis Systems dated 05/16/04 |

# EXHIBIT 1

**WanXiang America Corporation**
**88 Airport Rd**
**Elgin IL 60123**

| Contract to be assumed and/or assigned: |
| :---: |
| Amended Proprietary Information Agreement between Delphi Automotive Systems LLC and WanXiang America Corporation dated 10/30/00 |

# EXHIBIT 1

**WanXiang America Corporation**
**88 Airport Rd**
**Elgin IL 60123**

| Contract to be assumed and/or assigned: |
|---|
| Technical Assistance and Training  Agreement between Delphi Automotive Systems LLC and  WanXiang America Corporation dated 02/25/00 and Amended Technical Assistance and Training Agreement between Delphi Automotive Systems LLC and WanXiang America Corporation dated 10/30/00 |

# EXHIBIT 1

**Wanxiang America Corporation**
**88 Airport Rd**
**Elgin IL 60123**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) WAC-02633-RC |

# EXHIBIT 1

**Whip City Tool & Die Corp**
**PO Box 99**
**Southwick MA 1077**

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550003174 |

# EXHIBIT 1

**Zatkoff Roger Co**
**Zatkoff Seals & Packings**
**8929 Airport Hwy**
**Holland OH 43528-9604**

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550000752 |