SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 7992
(MOLEX CONNECTOR CORPORATION)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Molex Connector Corporation ("Molex") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7992 (Molex Connector Corporation) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 14, 2006, Molex filed proof of claim number 7992 against DAS LLC, asserting an unsecured non-priority claim in the amount of $881,213.67 (the "Claim") arising from the sale of goods.

WHEREAS, on October 26, 2007, the Debtors objected to the Proof of Claim pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject to Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 21, 2007, Molex filed its Response Of Molex Connector Corporation To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity

2

Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims, And (F) Claims Subject to Modification, Tax Claims
Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To
Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation
That Are Subject To Prior Orders (Docket No. 11023) (the "Response").

WHEREAS, on February 5, 2008, to resolve the Twenty-Second Omnibus Claims
Objection with respect to the Claim, DAS LLC and Molex entered into a settlement agreement
(the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and
agrees that the Claim shall be allowed against DAS LLC in the amount of $400,000.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement
either because the Claim involves ordinary course controversies or pursuant to that certain
Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.
9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And
Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June
26, 2007.

THEREFORE, the Debtors and Molex stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $400,000.00 and shall be
treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Molex's Response to the Twenty-Second Omnibus Claims Objection shall
be deemed fully resolved by the claim allowance set forth in paragraph 1, above.

So Ordered in New York, New York, this <u>15th</u> day of February, 2008.


　　　　　　　　　　　　　　　　　　　<u>/s/Robert D. Drain</u>
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE



AGREED TO AND
APPROVED FOR ENTRY:

<u>/s/ John K. Lyons</u>　　　　　　　　　　　　<u>/s/ Matthew B. Stein</u>
John Wm. Butler, Jr.　　　　　　　　　　　Matthew B. Stein
John K. Lyons　　　　　　　　　　　　　　SONNENSCHEIN NATH & ROSENTHAL LLP
Ron E. Meisler　　　　　　　　　　　　　1221 Avenue of the Americas
SKADDEN, ARPS, SLATE, MEAGHER　　New York, New York 10020
　& FLOM LLP　　　　　　　　　　　　(212) 768-6700
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285　　　　　　Attorney for Molex Connector Corporation
(312) 407-0700


　　　　　　　- and –


　Kayalyn A. Marafioti
　Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000


Attorneys for Delphi Corporation, et al.,
　Debtors and Debtors-in-Possession


4