TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

HEARING DATE: February 21, 2008
AT: 10:00 AM

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------- x
                              :
     In re                    :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                    Debtors.  :    (Jointly Administered)
                              :
----------------------------- x

## NOTICE OF PRESENTMENT
## OF JOINT STIPULATION AND AGREED ORDER
## COMPROMISING AND DISALLOWING PROOF OF CLAIM NUMBER 11531
## (PREFERRED SOURCING LLC)

PLEASE TAKE NOTICE that on November 19, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 11531 (the "Claim"), filed by Preferred Sourcing LLC ("Claimant"), pursuant to the Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order,

And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim, and, either because the Claim involve an ordinary course controversy or pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have (i) entered into a Settlement Agreement, dated as of January 29, 2008 (the "Settlement Agreement"), and (ii) executed a Joint Stipulation and Agreed Order Compromising and Disallowing Proof of Claim Number 11531 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to disallow the Claim in its entirety and expunged.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for February 21, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York          DELPHI CORPORATION, *et al.*
        February 15, 2008            By their attorneys,
                                     TOGUT, SEGAL & SEGAL LLP
                                     By:

                                     /s/ Neil Berger
                                     NEIL BERGER (NB-3599)
                                     A Member of the Firm
                                     One Penn Plaza
                                     New York, New York 10119
                                     (212) 594-5000