Andrew M. Thaler, Esq.
Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, New York 11554
(516) 228-3553
(516) 228-3396 (Fax)

-and-

David P. Martin
519 Energy Center Boulevard
Suite 1104
Northport, Alabama 35401
(205) 343-1771
(205) 343-1781 (Fax)

Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| **DELPHI CORPORATION,** | ) Case No. 05-44481 (RDD) |
| Debtors, | ) (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

1.    I, David P. Martin, a member in good standing of the bar of the United States Bankruptcy and District Court for the Northern District of Alabama, request admission, pro hac vice, before this Court, to represent

David Gargis, Jimmy Mueller, and D. Keith Livingston in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which David Gargis, Jimmy Mueller, and/or D. Keith Livingston is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2. My address is David P. Martin, 519 Energy Center Boulevard, Suite 1104, Northport, Alabama 35401.

3. My telephone number is (205) 343-1771.

4. My email addresses are davidpmartin@erisacase.com and davidpmartin@bellsouth.net.

5. I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.


Dated: Northport, Alabama
       February 15, 2008


                                          By:   /s/ David P. Martin
                                                David P. Martin
                                                519 Energy Center Blvd.
                                                Suite 1104
                                                Northport, AL 35473
                                                (205) 343-1771
                                                (205) 343-1781 (Fax)

                                                -and-

Andrew M. Thaler, Esq.
Thaler & Gertler, LLP
90 Merrick Avenue,
Suite 400
East Meadow, New York 11554
(516) 228-3553
(516) 228-3396 (Fax)


Co-Counsel for David Gargis, Jimmy
Mueller, and D. Keith Livingston