**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors, | ) (Jointly Administered) |
| | ) |

### ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

David P. Martin, Esq., having represented that he is a member in good standing of the bar of the United States Bankruptcy and District Court for the Northern District of Alabama, having requested admission, pro hac vice, to represent David Gargis, Jimmy Mueller, and D. Keith Livingston in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which David Gargis, Jimmy Mueller, and D. Keith Livingston is or may become a party, it is hereby,

**ORDERED**, that David P. Martin, Esq. is admitted to practice, pro hac vice in the above-referenced Chapter 11 case and any and all adversary proceeding and contested matters in which David Gargis, Jimmy Mueller, and D. Keith Livingston is or may become a party, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: February ___, 2008

_____
United States Bankruptcy Judge