**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| DELPHI CORPORATION, | ) Case No. 05-44481 (RDD) |
| Debtors, | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew M. Thaler, hereby certify that on this 15th day of February 2008, I caused a true and correct copy of the Motion of David P. Martin for Admission To Practice, Pro Hac Vice, to be sent via first class mail, postage prepaid, on the parties listed below.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    -and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

/s/ Andrew M. Thaler
Andrew M. Thaler