McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
Eduardo J. Glas (EG-7027)
Attorneys for Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc.,
and Automodular Assemblies (Ohio) Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| DELPHI CORPORATION | : | |
| INC., et al. | : | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Eduardo J. Glas, do hereby certify as follows:

1.   On  February 15, 2008, I caused to be filed: (i) Opposition of Automodular Corporation f/k/a

Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio)

Inc. (collectively, "Automodular") to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure

Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation

Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed.R.Bankr.P. 9010 ("Automodular's Oppostiion

to Debtor's Non-Conforming Cure Motion") (**ECF Doc. #12680**).

2.    On February 15, 2008, I caused a copy of Automodular's Oppostiion to Debtor's Non-Conforming Cure Motion to be served via electronic transmission through the ECF System on all parties who have filed a notice of appearance or request for documents as follows:

Anne Marie Aaronson    aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan
@shearman.com,henry.nguyen@shearman.com,gabriella.illyes@shearman.com;cherie.spraggs
@shearman;yuichi.haraguchi@shearman.com

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink     tbrink@lordbissell.com

Peter D. Broitman     broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude     mark.broude@lw.com

Dewitt Brown     dewitt.brown@bipc.com

J. Michael Brown     mbrown@gwblawfirm.com

Lee B. Brumitt     lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant     tab@h2law.com

Deborah M. Buell     maofiling@cgsh.com

Kevin J. Burke     kburke@cahill.com

Noel C. Burnham     nburnham@mmwr.com

Michael G. Busenkell     mbusenkell@eckertseamans.com

John Wm. Butler     jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn     cahn@clm.com

Judy B. Calton     jcalton@honigman.com

Scott Cargill     scargill@lowenstein.com

Roberto Carrillo     rcarrillo@gsblaw.com

D. Christopher Carson     ccarson@burr.com

Michelle Carter     mcarter@kslaw.com

Linda J. Casey     caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.c
om;kistlerb@pepperlaw.com

Michael Cassell     mcassell@lefkowitzhogan.com

Ben T. Caughey     ben.caughey@icemiller.com

George B. Cauthen     george.cauthen@nelsonmullins.com

Babette A. Ceccotti     bceccotti@cwsny.com

Sarah B. Chapman Carter     scarter@pselaw.com

Erik G. Chappell     egc@lydenlaw.com

Eric J. Charlton     echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark     maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu     cchiu@daypitney.com

R. John Clark     rjclark@hancocklaw.com,
jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary     david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements     icnewyork@state.tn.us

Tiffany Strelow Cobb     tscobb@vorys.com, eplitfin@vorys.com;cdfricke@vorys.com

Theodore A. Cohen     tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan     mconlan@gibbonslaw.com

Dennis J. Connolly     dconnolly@alston.com

Susan M. Cook     smcook@lambertleser.com

Patrick M. Costello     pcostello@bbslaw.com

Thomas W. Cranmer     cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo     dcrapo@gibbonslaw.com

Tyson A. Crist     tcrist@szd.com

Michael G. Cruse     mcruse@wnj.com

Gary H. Cunningham     gcunningham@gmhlaw.com

Louis A. Curcio     lcurcio@tpwlaw.com

Vincent D'Agostino     vdagostino@lowenstein.com

Jeannine D'Amico     jeannine.damico@cwt.com

Douglas R. Davis     ddavis@paulweiss.com

Jeffry A. Davis     jadavis@mintz.com

Michael S. Davis     mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre     cdelatorre@boselaw.com

James J. DeCristofaro     james.decristofaro@lovells.com

Karen Veronica DeFio     kdefio@bsk.com

Robert Dehney     rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.c
om;jcincilla@mnat.com;wlamotte@mnat.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Gerard DiConza     gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza     diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman     houston_bankruptcy@publicans.com

Karen Dine     karen.dine@pillsburylaw.com

Stephen A. Donato     sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan     TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos     william.dornbos@oag.state.ny.us

David G. Dragich     ddragich@foley.com

David B. Draper     ddraper@terra-law.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker    sdrucker@hongman.com

David F. DuMouchel    dumouchd@butzel.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi    weguchi@mayerbrownrowe.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber     efarber747@aol.com

Kathleen A. Farinas     kf@lgrslaw.com

Robert Michael Farquhar     mfarquhar@winstead.com

Bonnie Glantz Fatell     fatell@blankrome.com

Oscar B. Fears     bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder     ben.feder@thompsonhine.com

Robert J. Feinstein     rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre     hferre@thelenreid.com

Richard L. Ferrell     Ferrell@taftlaw.com

Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer     afischer@olshanlaw.com,
cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com;jdesrosiers@olshanlaw.com

Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler     mateofowler@quinnemanuel.com

Mateo Z. Fowler     leticiabustinduy@quinnemanuel.com

Edward M. Fox     efox@klng.com

Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel     mfrankel@couzens.com

Thomas M. Franklin     tmflaw@swbell.net

David H. Freedman     dfreedman@ermanteicher.com

Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman     sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@pricheneveld.com

Will Guerrant    wbg@ctw.com

Peter J. Gurfein    pgurfein@akingump.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinl
aw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Brian S. Hermann    bhermann@paulweiss.com

William Heuer    wheuer@dl.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    stephanie.hoos@bingham.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson      rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com

Andrew C. Kassner      andrew.kassner@dbr.com

Jessica Kastin      jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich      wkatich@atg.state.il.us

Kristi A. Katsma      kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating      pkeating@bdblaw.com

David Kennedy      david.kennedy2@usdoj.gov

Thomas M. Kennedy      tkennedy@kjmlabor.com

Karen L. Kirshenbaum      kkirshenbaum@lynchrowin.com

Tracy L. Klestadt      tklestadt@klestadt.com, tklestadt@gmail.com

Jonathan Koevary      jkoevary@kramerlevin.com,
dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh      hkoh@meisterseelig.com

Seth F. Kornbluth      skornbluth@herrick.com

Alan M. Koschik      akoschik@brouse.com

Lawrence J. Kotler      ljkotler@duanemorris.com

Stuart A. Krause      skrause@zeklaw.com

Duane Kumagai      dkumagai@rutterhobbs.com

David R. Kuney      dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujaws
ki@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz      gkurtz@whitecase.com

Randall D. LaTour      rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin      bkrfilings@agg.com

Stuart A. Laven      slaven@bfca.com

James N. Lawlor      jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou      elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere      davidl@bolhouselaw.com

Harris Donald Leinwand      hleinwand@aol.com, hleinwand@aol.com

David E. Lemke      david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin      jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee      ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi      jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson      jml@ml-legal.com

Kenneth M. Lewis      klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis      brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein      mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel      schnabel.eric@dorsey.com

Dennis W. Loughlin      dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal      dlowenthal@thelen.com

A. Peter Lubitz      plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman      dludman@brownconnery.com

Matthew J. Lund      kovskyd@pepperlaw.com

Sara Klettke MacWilliams      skm@h2law.com

Amina Maddox      amina.maddox@law.dol.lps.state.nj.us

John S. Mairo     jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnla
w.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com

Donald W. Mallory     donald.mallory@dinslaw.com

Amy Wood Malone     amalone@colwinlaw.com

Jacob A. Manheimer     mpottle@pierceatwood.com

Nauni Manty     ecfb@felhaber.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis     amargulis@ropers.com

Dorothy H. Marinis-Riggio     demarinis@candklaw.com

Jeffrey A. Marks     jemarks@ssd.com, rlandwehr@ssd.com

Ilan Markus     imarkus@tylercooper.com

John J. Marquess     jjm@legalcost.com

Madison L. Martin     nashvillebankruptcyfilings@stites.com

Richard Gary Mason     rgmason@wlrk.com

Victor J. Mastromarco     vmastromar@aol.com

Thomas J. Matz     tmatz@skadden.com

Kristin B. Mayhew     abothwell@pepehazard.com

Daniel P. Mazo     dpm@curtinheefner.com

Aaron G. McCollough     amccollough@mcguirewoods.com

Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@kl.com

Laurie J. Michelson    michelso@butzel.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore      bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnla
w.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore      bmoore@mccarter.com

Gene T. Moore      gtmlaw@bellsouth.net

Thomas R. Morris      morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison      amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison      sarah.morrison@doj.ca.gov

Whitney L. Mosby      wmosby@binghammchale.com

Eric T. Moser      eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola      alisa@contrariancapital.com

Jill L. Murch      jmurch@foley.com, khall@foley.com

James P. Murphy      murph@berrymoorman.com

Robert D. Nachman      rnachman@scgk.com

Bruce S. Nathan      bnathan@lowenstein.com

Michael R. Nestor      bankruptcy@ycst.com

Lauren Newman      inewman@fagelhaber.com

Marie L. Nienhuis      mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton      rnorton@reedsmith.com

Gordon Z. Novod      gnovod@kramerlevin.com

Kasey C. Nye      knye@quarles.com

Michael P. O'Connor      mpolaw@aol.com

Michael O'Hayer      mkohayer@aol.com

Martin P. Ochs      martin@oglaw.net

ME1 7145857v.1

Sean A. Okeefe      sokeefe@winthropcouchot.com

Patrick J. Orr      porr@klestadt.com, rgargiulo@klestadt.com

Karen Ostad      kostad@mofo.com

Mark Russell Owens      mowens@btlaw.com, mowens@btlaw.com

Nicholas R. Pagliari      npagliari@quinnfirm.com, dalford@quinnfirm.com

Charles Palella      cpalella@kurzman.com

Ingrid S. Palermo      ipalermo@hselaw.com

Charles N. Panzer      cpanzer@sillscummis.com

Richard J. Parks      rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish      fparrish@kslaw.com

Susan P. Persichilli      persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters      gpeters@weltman.com

Lowell Peterson      lpeterson@msek.com

Ronald R. Peterson      rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips      ephillips@thurman-phillips.com

Christine A.M. Pierpont      cpierpont@ssd.com

Alex Pirogovsky      apirogovsky@uhlaw.com

Thomas A. Pitta      tpitta@lowenstein.com

Leslie A. Plaskon      leslieplaskon@paulhastings.com

David M. Posner      dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis      cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;eschnitze
r@hahnhessen.com;jzawadzki@hahnhessen.com

Susan Power-Johnston      sjohnston@cov.com

Paul A. Rachmuth      prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom      radom@butzel.com

Dennis Jay Raterink      raterinkd@michigan.gov

Eric T. Ray      eray@balch.com

Steven J. Reisman      sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com

Kenneth A. Reynolds      kar@pryormandelup.com

Geoffrey A. Richards      grichards@kirkland.com

Marc E. Richards      mrichards@blankrome.com

Tracy E. Richardson      tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders      crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer      sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins      mgr@previant.com, em@previant.com

Matthew R. Robbins      mrr@previant.com

Elizabeth A. Roberge      eroberge@robergelaw.com

Jean R. Robertson      jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen      srosen@cb-shea.com

Heath D. Rosenblat      hrosenblat@kayscholer.com

Paul M. Rosenblatt      prosenblatt@kilpatrickstockton.com

David A. Rosenzweig      DRosenzweig@Fulbright.com

David S. Rosner      ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin     irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin     brubin@burr.com

E. Todd Sable     tsable@honigman.com

Chester B. Salomon     cs@stevenslee.com

Brian D. Salwowski     bsalwowski@atg.state.in.us

Diane W. Sanders     austin.bankruptcy@publicans.com

William A. Sankbeil     was@krwlaw.com

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Robert V. Sartin     rsartin@fbtlaw.com

William F. Savino     wsavino@damonmorey.com

Thomas J. Schank     tomschank@hunterschank.com

Ilan D. Scharf     ischarf@pszyjw.com

Michael L. Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle     jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling     william.schorling@bipc.com

Christopher P. Schueller     christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman     cschulman@sachnoff.com

Bryan I. Schwartz     bschwartz@lplegal.com

Jay A. Schwartz     jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz     matthew.schwartz@usdoj.gov

Mark S. Scott     mscott@riemerlaw.com

Lon J. Seidman     mail@rsmllp.com, mail@rsmllp.com

Howard Seife     andrew.rosenblatt@chadbourne.com

Jay Selanders      jay.selanders@kutakrock.com

Gary I. Selinger      gselinger@hodgsonruss.com

Mark A. Shaiken      mshaiken@stinson.com,
jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro      shapiro@steinbergshapiro.com

Andrea Sheehan      sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman      asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill      mark.sherrill@sablaw.com

Joseph E. Shickich      jshickich@riddellwilliams.com

Stephen J. Shimshak      sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman      was@showmanlaw.com

Robert J. Sidman      rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Paul N. Silverstein      paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman      sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon      jsimon@foley.com

Joseph E. Simpson      jsimpson@hselaw.com

Thomas R. Slome      mail@rsmllp.com

Wendy W. Smith      wendy@bindermalter.com, jennifer@bindermalter.com

Richard G. Smolev      rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder      jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon      msolomon@burr.com

Robyn J. Spalter      notice@regencap.com

Sarah F. Sparrow      ssparrow@tuggleduggins.com, martit@tuggleduggins.com

ME1 7145857v.1

Brian D. Spector      bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel      dspelfogel@bakerlaw.com

Michael A. Spero      jspecf@sternslaw.com

Byron C. Starcher      byron.starcher@nelsonmullins.com

Robert J. Stark      claukamg@brownrudnick.com;cennis@brownrudnick.com

Catherine Steege      csteege@jenner.com

Matthew B. Stein      mstein@sonnenschein.com

Bonnie Steingart      steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein      msternstein@sheppardmullin.com

Alexander Stotland      axs@maddinhauser.com,
msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland      bstrickland@wtplaw.com

Joseph G. Strines      joseph.strines@dplinc.com

James M. Sullivan      jmsullivan@mwe.com

Michelle T. Sutter      msutter@ag.state.oh.us

Paul Sweeney      psweeney@linowes-law.com

Robert Szwajkos      rsz@curtinheefner.com

Douglas T. Tabachnik      dtabachnik@dttlaw.com, info@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton      roger.tarbutton@jocogov.org

John E. Taylor      jtaylor@binghammchale.com

Samuel Jason Teele      jteele@lowenstein.com

Zakarij O. Thomas     zothomas@klettrooney.com

Janice L. Thompson     Thompson.Janice@dol.gov

Melinda S. Thornton     cao.bkc@miamidade.gov

Douglas M. Tisdale     doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering     gtoering@wnj.com

Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue     mtrentadue@boselaw.com

Martin B. Tucker     mtucker@fbtlaw.com

Raymond J. Urbanik     rurbanik@munsch.com

Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi     rusadi@cahill.com

Shmuel Vasser     svasser@eapdlaw.com

Lori V. Vaughan     lvaughan@foley.com

Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com

Joseph J. Vitale     jvitale@cwsny.com

Arthur T. Walsh     rkirby@omclaw.com

Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner     bankruptcy@warnerstevens.com

W. Clark Watson     cwatson@balch.com

Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub     wweintraub@fklaw.com

Jay Welford    jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson
BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

3.    On February 15, 2008, I caused a copy of Automodular's Oppostiion to Debtor's Non-

Conforming Cure Motion to be sent via First Class U.S. Mail, postage prepaid to the following:

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Counsel for the Debtors*

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Counsel for the Debtors*

Pursuant to 28 U.S.C. § 1746, I hereby certify that the foregoing statements are true to the

best of my knowledge and belief.  I understand that if any of the foregoing statements are

willfully false, I am subject to punishment.

/s/ *Eduardo J. Glas*
EDUARDO J. GLAS

Dated: February 15, 2008
New York, New York

ME1 7145857v.1