**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 16796<br>Date Filed: 01/29/2008<br>Creditor's Name and Address:<br>AMERICAN AIKOKU ALPHA INC<br>C O MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $429,525.84<br>Administrative:<br>Unsecured:<br>Total: $429,525.84 | Claim Number: 16783<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>AMERICAN AIKOKU ALPHA INC<br>C O MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $5,823.94<br>Administrative:<br>Unsecured: $423,701.90<br>Total: $429,525.84 |
| Claim Number: 16781<br>Date Filed: 01/14/2008<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br><br>Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,503.21<br>Total: $55,503.21 | Claim Number: 729<br>Date Filed: 11/21/2005<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC F K A PENN ENGINEERING MOTION TECHNOLOGIES PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br><br>Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority: $55,503.21<br>Administrative:<br>Unsecured:<br>Total: $55,503.21 |
| Claim Number: 16782<br>Date Filed: 01/14/2008<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $713.80<br>Total: $713.80 | Claim Number: 1077<br>Date Filed: 12/08/2005<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC F K A PENNENGINEERING MOTION TECHNOLOGIES PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $713.80<br>Administrative:<br>Unsecured:<br>Total: $713.80 |
| Claim Number: 13926<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>APPLE COMPUTER INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: UNL<br>Priority: $5,578,615.86<br>Administrative:<br>Unsecured: UNL<br>Total: $5,578,615.86 | Claim Number: 16778<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-1    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit A
Pg 2 of 5

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 16775<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,035,552.42 | Claim Number: 16778<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 |
| Claim Number: 16770<br>Date Filed: 01/08/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,035,552.42 | Claim Number: 16778<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 |
| Claim Number: 16624<br>Date Filed: 07/10/2007<br>Creditor's Name and Address:<br>APPLE INC FORMERLY KNOWN AS APPLE<br>COMPUTER INTERNATIONAL AND HON HAI<br>PRECISION INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: UNL<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16778<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 |
| Claim Number: 16622<br>Date Filed: 07/05/2007<br>Creditor's Name and Address:<br>APPLE INC FORMERLY KNOWN AS APPLE<br>COMPUTER INTERNATIONAL AND HON HAI<br>PRECISION INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: UNL<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16778<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION<br>INDUSTRY COMPANY LTD<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-1    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit A
Pg 3 of 5

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 9221<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:<br>AUDREY AMORT CARBRERA<br>730 BOUNTY DR 3018<br>FOSTER CITY, CA 94404<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $79,362.00<br>Administrative:<br>Unsecured:<br>Total: $79,362.00 | Claim Number: 16768<br>Date Filed: 01/07/2008<br>Creditor's Name and Address:<br>AUDREY AMORT CARBRERA<br>730 BOUNTY DR 3018<br>FOSTER CITY, CA 94404<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $105,672.90<br>Administrative:<br>Unsecured:<br>Total: $105,672.90 |
| Claim Number: 12333<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR ASEC<br>MANUFACTURING RETIREMENT PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16785<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR ASEC<br>MANUFACTURING RETIREMENT PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,344,586.00<br>Administrative:<br>Unsecured:<br>Total: $1,344,586.00 |
| Claim Number: 12337<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>CORPORATION RETIREMENT PROGRAM FOR<br>SALARIED EMPLOYEES<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16789<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>CORPORATION RETIREMENT PROGRAM FOR<br>SALARIED EMPLOYEES<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim Number: 12335<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>HOURLY RATE EMPLOYEES PENSION PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16788<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>HOURLY RATE EMPLOYEES PENSION PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-1    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit A
Pg 4 of 5

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 12336<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>MECHATRONIC SYSTEMS RETIREMENT<br>PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16784<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>MECHATRONIC SYSTEMS RETIREMENT<br>PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $250,399.00<br>Administrative:<br>Unsecured:<br>Total: $250,399.00 |
| Claim Number: 12334<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR PACKARD<br>HUGHES INTERCONNECT BARGAINING<br>RETIRMENT PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16786<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR PACKARD<br>HUGHES INTERCONNECT BARGAINING<br>RETIRMENT PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,142,140.00<br>Administrative:<br>Unsecured: UNL<br>Total: $1,142,140.00 |
| Claim Number: 12338<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR PACKARD<br>HUGHES INTERCONNECT NONBARGAINING<br>RETIREMENT PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16787<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR PACKARD<br>HUGHES INTERCONNECT NON BARGAINING<br>RETIREMENT PLAN<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,977,925.00<br>Administrative:<br>Unsecured:<br>Total: $2,977,925.00 |
| Claim Number: 16760<br>Date Filed: 12/19/2007<br>Creditor's Name and Address:<br>JCR INVESTMENTS LLC<br>DANN PECAR NEWMAN & KLEIMAN PC<br>2300 ONE AMERICA TOWER<br>INDIANAPOLIS, IN 46282<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $410,332.32<br>Total: $410,332.32 | Claim Number: 16761<br>Date Filed: 12/26/2007<br>Creditor's Name and Address:<br>JCR INVESTMENTS LLC<br>DANN PECAR NEWMAN & KLEIMAN PC<br>2300 ONE AMERICA TOWER<br>INDIANAPOLIS, IN 46282<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $410,332.32<br>Total: $410,332.32 |

*UNL denotes an unliquidated claim

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim Number: 16763<br>Date Filed: 12/26/2007<br>Creditor's Name and Address:<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,521.63<br>Unsecured:<br>Total: $68,521.63 | Claim Number: 16764<br>Date Filed: 12/28/2007<br>Creditor's Name and Address:<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $68,521.63<br>Unsecured:<br>Total: $68,521.63 |
| Claim Number: 16780<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>TGI DIRECT INC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $24,459.00<br>Unsecured:<br>Total: $24,459.00 | Claim Number: 8929<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $68,364.68<br>Total: $68,364.68 |

**Total Claims to be Expunged:** 18
**Total Asserted Amount to be Expunged:** $20,718,138.50

*UNL denotes an unliquidated claim