05-44481-rdd    Doc 12686-2    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit B-1
Pg 1 of 1

In re Delphi Corporation, et al.                                      Twenty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEX A DAVIDSON<br>15212 OUTLOOK ST<br>OVERLAND PARK, KS 66223 | 16762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,000.00<br><br><br><br>$35,000.00 | 12/26/2007 | DELPHI CORPORATION (05-44481) |
| CITY OF BROOKHAVEN<br>WATKINS LUDLAM WINTER & STENNIS PA<br>PO BOX 427<br>JACKSON, MS 39205-0427 | 16743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,950.00<br>$93,950.00 | 11/13/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JCR INVESTMENTS LLC<br>DANN PECAR NEWMAN & KLEIMAN PC<br>2300 ONE AMERICA TOWER<br>INDIANAPOLIS, IN 46282 | 16761 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$410,332.32<br>$410,332.32 | 12/26/2007 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$854.51<br><br>$854.51 | 01/07/2008 | DELPHI CORPORATION (05-44481) |
| ROSALYN MOTLEY<br>WIGGINS CHILDS QUINN & PANTAZIS LLC<br>THE KRESS BLDG<br>301 19TH ST N<br>BIRMINGHAM, AL 35203 | 16794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,000.00<br>$40,000.00 | 02/07/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STANLEY N STRAUGHTER<br>PO BOX 19391<br>ROCHESTER, NY 14619 | 16754 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **7** | | **$580,136.83** | | |

*UNL denotes an unliquidated claim