05-44481-rdd    Doc 12686-3    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit B-2
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Sixth Omnibus Claims Objection

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 16792 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$52.32<br><br>$52.32 | 01/23/2008 | DELPHI CORPORATION (05-44481) |
| PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | 16764 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$68,521.63<br><br>$68,521.63 | 12/28/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRINCE GEORGES COUNTY MARYLAND<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737-1385 | 16791 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$584.27<br><br>$584.27 | 01/18/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 3    **$69,158.22**