05-44481-rdd    Doc 12686-4    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit C-1
Pg 1 of 1

In re Delphi Corporation, et al.    Twenty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC<br>C O MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 16783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5,823.94<br><br>$423,701.90<br>$429,525.84 | 01/16/2008 | DELPHI CORPORATION<br>(05-44481) |
| HANSEN BALK STEEL TREATING CO<br>1230 MONROE AVE NW<br>GRAND RAPIDS, MI 49505-4690 | 16776 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,631.52<br>$1,631.52 | 01/11/2008 | DELPHI CORPORATION<br>(05-44481) |
| LORRAINE F BARNUM<br>4810 BRIARCLIFF SQ APT NO 6<br>HONEOYE, NY 14471-9686 | 16777 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$200,000.00<br><br><br>$200,000.00 | 01/11/2008 | DELPHI CORPORATION<br>(05-44481) |
| UNIWELL WELLROHR GMBH<br>SIEGELFELDER STRASSE 1<br>EBERN, D-96106<br>GERMANY | 16793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/23/2008 | DELPHI CORPORATION<br>(05-44481) |
| WASHINGTON ANITA<br>3966 POTOMAC DR APT 3<br>MEMPHIS, TN 38128-5518 | 16765 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/04/2008 | DELPHI CORPORATION<br>(05-44481) |// 
| **Total:** | **5** | | **$631,157.36** | | |

*UNL denotes an unliquidated claim