**In re Delphi Corporation, et al.**          Twenty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON OHIO<br>ATTN TAX COLLECTIONS<br>101 W 3RD ST<br>DAYTON, OH 45402 | 16640 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$427,534.25<br><br><br>$427,534.25 | 08/13/2007 | DELPHI CORPORATION (05-44481) |
| CITY OF PHARR<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $411.48<br><br><br><br>$411.48 | 01/18/2008 | DELPHI CORPORATION (05-44481) |
| STATE OF LOUISIANA LOUISIANA<br>DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 16707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$7,436.36<br><br><br>$7,436.36 | 09/17/2007 | DELPHI CORPORATION (05-44481) |

|  | Total: | 3 | | $435,382.09 | | |