In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-6    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit D-1
Pg 1 of 2

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6606<br>Date Filed: 05/22/2006<br>Docketed Total: $191,024.66<br>Filing Creditor Name and Address:<br>HARMAN BECKER AUTOMOTIVE SYSTE<br>HARMAN KARDON<br>1201 S OHIO ST<br>MARTINSVILLE, IN 46151-2914 | Claim Holder Name and Address<br>HARMAN BECKER AUTOMOTIVE SYSTE<br>HARMAN KARDON<br>1201 S OHIO ST<br>MARTINSVILLE, IN 46151-2914 | Docketed Total: | | $191,024.66 | | Modified Total: | | $181,360.63 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$191,024.66<br>$191,024.66 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$181,360.63<br>$181,360.63 |
| Claim: 11979<br>Date Filed: 07/28/2006<br>Docketed Total: $499,401.49<br>Filing Creditor Name and Address:<br>HAYES LEMMERZ INTERNATIONAL INC<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | Claim Holder Name and Address<br>HAYES LEMMERZ INTERNATIONAL INC<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | Docketed Total: | | $499,401.49 | | Modified Total: | | $363,106.09 |
| | Case Number*<br>05-44640 | Secured<br>$379,814.40<br>$379,814.40 | Priority | Unsecured<br>$119,587.09<br>$119,587.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$363,106.09<br>$363,106.09 |
| Claim: 10824<br>Date Filed: 07/25/2006<br>Docketed Total: $79,343.84<br>Filing Creditor Name and Address:<br>OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS<br>ONE OWENS CORNING PKWY<br>TOLEDO, OH 43659 | Claim Holder Name and Address<br>OWENS CORNING FIBERGLASS INC<br>C/O OWENS CORNING WORLD HEADQUARTERS<br>ONE OWENS CORNING PKWY<br>TOLEDO, OH 43659 | Docketed Total: | | $79,343.84 | | Modified Total: | | $78,935.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$79,343.84<br>$79,343.84 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$78,935.00<br>$78,935.00 |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-6    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit D-1
Pg 2 of 2

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims to be Modified: 3** |
| | | **Total Amount as Docketed:**    $769,769.99 |
| | | **Total Amount as Modified:**    $623,401.72 |

*See Exhibit E for a listing of debtor entities by case number.

Page 2 of 2