In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12686-7    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit D-2  
Pg 1 of 1

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9263<br>Date Filed: 07/11/2006<br>Docketed Total: $2,901,601.14<br>Filing Creditor Name and Address:<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVENUE<br>NEW YORK, NY 10179    Docketed Total: $2,240,718.54<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $188,409.89   $2,052,308.65<br>                                     $188,409.89   $2,052,308.65 | Modified Total: $1,646,316.31<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                          $9,609.15   $1,636,707.16<br>                                   $9,609.15   $1,636,707.16 |
|  | Claim Holder Name and Address<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826    Docketed Total: $660,882.60<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            UNL       $660,882.60<br>                                     UNL       $660,882.60 | Modified Total: $660,882.60<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                          $0.00       $660,882.60<br>                                   $0.00       $660,882.60 |
|  |  | **Total Claims to be Modified: 1**<br>**Total Amount as Docketed:** $2,901,601.14<br>**Total Amount as Modified:** $2,307,198.91 |

*See Exhibit E for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim