**In re Delphi Corporation, et al.**   **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |