Exhibit F - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ALEX A DAVIDSON | 16762 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT C-1 - UNTIMELY CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16781 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16782 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE COMPUTER INC | 13926 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16770 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16775 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16622 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16624 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| AUDREY AMORT CARBRERA | 9221 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC/TRANS TRON LTD INC | 9263 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CITY OF BROOKHAVEN | 16743 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| CITY OF DAYTON OHIO | 16640 | EXHIBIT C-2 - UNTIMELY TAX CLAIMS |
| CITY OF PHARR | 16790 | EXHIBIT C-2 - UNTIMELY TAX CLAIMS |
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT | 16792 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR ASEC MANUFACTURING RETIREMENT PROGRAM | 12333 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI CORPORATION RETIREMENT PROGRAM FOR SALARIED EMPLOYEES | 12337 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI HOURLY RATE EMPLOYEES PENSION PLAN | 12335 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI MECHATRONIC SYSTEMS RETIREMENT PROGRAM | 12336 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT BARGAINING RETIRMENT PLAN | 12334 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT NONBARGAINING RETIREMENT PLAN | 12338 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Sixth Omnibus Claims Objection

05-44481-rdd    Doc 12686-9    Filed 02/15/08    Entered 02/15/08 19:28:26    Exhibit F
Pg 2 of 2

Exhibit F - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| HANSEN BALK STEEL TREATING CO | 16776 | EXHIBIT C-1 - UNTIMELY CLAIMS |
| HARMAN BECKER AUTOMOTIVE SYSTE | 6606 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HAYES LEMMERZ INTERNATIONAL INC | 11979 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JCR INVESTMENTS LLC | 16760 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| JCR INVESTMENTS LLC | 16761 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| LORRAINE F BARNUM | 16777 | EXHIBIT C-1 - UNTIMELY CLAIMS |
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PEYTON C COCHRANE TAX COLLECTOR | 16763 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| PEYTON C COCHRANE TAX COLLECTOR | 16764 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| PITNEY BOWES CREDIT CORPORATION | 16766 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| PRINCE GEORGES COUNTY MARYLAND | 16791 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| ROSALYN MOTLEY | 16794 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| STANLEY N STRAUGHTER | 16754 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| STATE OF LOUISIANA LOUISIANA DEPARTMENT OF REVENUE | 16707 | EXHIBIT C-2 - UNTIMELY TAX CLAIMS |
| TGI DIRECT INC | 16780 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| TRANS TRON LTD INC | 9263 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| UNIWELL WELLROHR GMBH | 16793 | EXHIBIT C-1 - UNTIMELY CLAIMS |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16753 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| WASHINGTON ANITA | 16765 | EXHIBIT C-1 - UNTIMELY CLAIMS |