05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 1 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $ 171,798.50<br>Filing Creditor Name and Address:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name and Address<br>ALMETALS CO    Docketed Total:    $171,798.50<br>51035 GRAND RIVER<br>WIXOM, MI 48393<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $171,798.50<br>                                                                              $171,798.50 | Cure Amount:    $169,414.09<br>Unsecured Amount:    $2,384.41<br>Modified Total:    $171,798.50<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $169,414.09    $2,384.41<br>                                           $169,414.09    $2,384.41 |
| Claim: 7838<br>Date Filed: 06/12/2006<br>Docketed Total: $ 1,434,038.60<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF AFX INDUSTRIES LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $1,434,038.60<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $1,434,038.60<br>                                                                              $1,434,038.60 | Cure Amount:    $1,321,418.01<br>Unsecured Amount:    $112,620.59<br>Modified Total:    $1,434,038.60<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $1,321,418.01    $112,620.59<br>                                           $1,321,418.01    $112,620.59 |
| Claim: 8722<br>Date Filed: 06/28/2006<br>Docketed Total: $ 128,098.75<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF HY LEVEL INDUSTRIES INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $128,098.75<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $128,098.75<br>                                                                              $128,098.75 | Cure Amount:    $101,811.00<br>Unsecured Amount:    $26,287.75<br>Modified Total:    $128,098.75<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $101,811.00    $26,287.75<br>                                           $101,811.00    $26,287.75 |
| Claim: 7491<br>Date Filed: 06/05/2006<br>Docketed Total: $ 1,617,353.43<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF NATIONAL SEMICONDUCTER CORP<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $1,617,353.43<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $1,617,353.43<br>                                                                              $1,617,353.43 | Cure Amount:    $1,548,203.43<br>Unsecured Amount:    $69,150.00<br>Modified Total:    $1,617,353.43<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $1,548,203.43    $69,150.00<br>                                           $1,548,203.43    $69,150.00 |

*See Exhibit B for a listing of debtor entities by case number.

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7091<br>Date Filed: 05/30/2006<br>Docketed Total: $ 61,342.54<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $61,342.54<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $61,342.54<br>                                                                $61,342.54 | Cure Amount:        $61,342.54<br>Unsecured Amount:<br>Modified Total:      $61,342.54<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $61,342.54<br>                                    $61,342.54 |
| Claim: 15781<br>Date Filed: 08/01/2006<br>Docketed Total: $ 552,858.63<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br>ASM CAPITAL    Docketed Total:    $552,858.63<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $552,858.63<br>                                                                $552,858.63 | Cure Amount:        $405,291.00<br>Unsecured Amount:    $147,567.63<br>Modified Total:      $552,858.63<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $405,291.00    $147,567.63<br>                                    $405,291.00    $147,567.63 |
| Claim: 6802<br>Date Filed: 05/24/2006<br>Docketed Total: $ 12,030.60<br>Filing Creditor Name and Address:<br>COFICAB PORTUGAL COMPANHIA<br>DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA, 06300--230<br>PORTUGAL | Claim Holder Name and Address<br>COFICAB PORTUGAL COMPANHIA    Docketed Total:    $12,030.60<br>DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA, 06300--230<br>PORTUGAL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $12,030.60<br>                                                                $12,030.60 | Cure Amount:        $7,720.36<br>Unsecured Amount:    $4,310.24<br>Modified Total:      $12,030.60<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $7,720.36    $4,310.24<br>                                    $7,720.36    $4,310.24 |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 3 of 10

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11257<br>Date Filed: 07/27/2006<br>Docketed Total: $ 7,433.25<br>Filing Creditor Name and Address:<br>CTS CORPORATION<br>171 COVINGTON DR<br>BLOOMINGDALE, IL 60108 | Claim Holder Name and Address<br>CTS CORPORATION<br>171 COVINGTON DR<br>BLOOMINGDALE, IL 60108<br>Docketed Total: $7,433.25<br><br>Case Number* 05-44612<br>Unsecured: $7,433.25<br>Total: $7,433.25 | Cure Amount: $7,433.25<br>Unsecured Amount:<br>Modified Total: $7,433.25<br><br>Case Number* 05-44612<br>Unsecured: $7,433.25<br>Total: $7,433.25 |
| Claim: 16284<br>Date Filed: 09/05/2006<br>Docketed Total: $ 34,134.78<br>Filing Creditor Name and Address:<br>DAWLEN CORP<br>2029 MICOR DR<br>PO BOX 884<br>JACKSON, MI 49203 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Docketed Total: $34,134.78<br><br>Case Number* 05-44640<br>Unsecured: $34,134.78<br>Total: $34,134.78 | Cure Amount: $29,282.34<br>Unsecured Amount: $4,852.44<br>Modified Total: $34,134.78<br><br>Case Number* 05-44640<br>Priority: $29,282.34<br>Unsecured: $4,852.44<br>Total: $29,282.34 / $4,852.44 |
| Claim: 2063<br>Date Filed: 02/21/2006<br>Docketed Total: $ 108,786.45<br>Filing Creditor Name and Address:<br>EMERSON & CUMING INC<br>46 MANNING RD<br>BILLERICA, MA 01821 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Docketed Total: $108,786.45<br><br>Case Number* 05-44640<br>Unsecured: $108,786.45<br>Total: $108,786.45 | Cure Amount: $50,281.87<br>Unsecured Amount: $58,504.58<br>Modified Total: $108,786.45<br><br>Case Number* 05-44640<br>Priority: $50,281.87<br>Unsecured: $58,504.58<br>Total: $50,281.87 / $58,504.58 |

*See Exhibit B for a listing of debtor entities by case number.

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 4 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12400<br>Date Filed: 07/28/2006<br>Docketed Total: $ 95,890.67<br>Filing Creditor Name and Address:<br>INFINEON TECHNOLOGIES AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>INFINEON TECHNOLOGIES AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Docketed Total: $95,890.67<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44610 / / / $95,890.67<br>Total: $95,890.67 | Cure Amount: $23,832.37<br>Unsecured Amount: $72,058.30<br>Modified Total: $95,890.67<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44610 / / $23,832.37 / $72,058.30<br>Total: $23,832.37 / $72,058.30 |
| Claim: 12178<br>Date Filed: 07/28/2006<br>Docketed Total: $ 177,026.50<br>Filing Creditor Name and Address:<br>INFINEON TECHNOLOGIES NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>INFINEON TECHNOLOGIES NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Docketed Total: $177,026.50<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / / $177,026.50<br>Total: $177,026.50 | Cure Amount: $175,665.05<br>Unsecured Amount: $1,361.45<br>Modified Total: $177,026.50<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / $175,665.05 / $1,361.45<br>Total: $175,665.05 / $1,361.45 |
| Claim: 15493<br>Date Filed: 07/31/2006<br>Docketed Total: $ 5,762.88<br>Filing Creditor Name and Address:<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $5,762.88<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $5,762.88<br>Total: $5,762.88 | Cure Amount: $5,762.88<br>Unsecured Amount:<br>Modified Total: $5,762.88<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $5,762.88 /<br>Total: $5,762.88 |

*See Exhibit B for a listing of debtor entities by case number.

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 5 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15469<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,501.00<br>Filing Creditor Name and Address:<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $1,501.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $1,501.00<br>$1,501.00 | Cure Amount: $1,501.00<br>Unsecured Amount:<br>Modified Total: $1,501.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $1,501.00 /<br>$1,501.00 |
| Claim: 15113<br>Date Filed: 07/31/2006<br>Docketed Total: $ 7,343,692.50<br>Filing Creditor Name and Address:<br>LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP<br>LONG ACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br>LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP<br>LONG ACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $7,343,692.50<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $7,343,692.50<br>$7,343,692.50 | Cure Amount: $4,759,783.06<br>Unsecured Amount: $2,583,909.44<br>Modified Total: $7,343,692.50<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $4,759,783.06 / $2,583,909.44<br>$4,759,783.06 / $2,583,909.44 |
| Claim: 9431<br>Date Filed: 07/13/2006<br>Docketed Total: $ 961,318.16<br>Filing Creditor Name and Address:<br>MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621 | Claim Holder Name and Address<br>MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621<br><br>Docketed Total: $961,318.16<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $961,318.16<br>$961,318.16 | Cure Amount: $961,318.16<br>Unsecured Amount:<br>Modified Total: $961,318.16<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $961,318.16 /<br>$961,318.16 |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 6 of 10

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5452<br>Date Filed: 05/10/2006<br>Docketed Total: $ 115,659.16<br>Filing Creditor Name and Address:<br>METFORM CORP<br>PO BOX 98733<br>CHICAGO, IL 60693 | Claim Holder Name and Address<br>METFORM CORP<br>PO BOX 98733<br>CHICAGO, IL 60693<br>Docketed Total: $115,659.16<br><br>Case Number* 05-44640  Secured  Priority  Unsecured $115,659.16<br>Total: $115,659.16 | Cure Amount: $115,327.17<br>Unsecured Amount: $331.99<br>Modified Total: $115,659.16<br><br>Case Number* 05-44640  Secured  Priority $115,327.17  Unsecured $331.99<br>Total: $115,327.17 / $331.99 |
| Claim: 7289<br>Date Filed: 06/01/2006<br>Docketed Total: $ 104,313.33<br>Filing Creditor Name and Address:<br>NN BALL AND ROLLER INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 7601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br>Docketed Total: $104,313.33<br><br>Case Number* 05-44640  Secured  Priority  Unsecured $104,313.33<br>Total: $104,313.33 | Cure Amount: $104,313.33<br>Unsecured Amount:<br>Modified Total: $104,313.33<br><br>Case Number* 05-44640  Secured  Priority $104,313.33  Unsecured<br>Total: $104,313.33 |
| Claim: 9025<br>Date Filed: 07/05/2006<br>Docketed Total: $ 38,277.25<br>Filing Creditor Name and Address:<br>PRECISION METAL PARTS INC<br>4725 28TH ST N<br>ST PETERSBURG, FL 33714 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br>Docketed Total: $38,277.25<br><br>Case Number* 05-44640  Secured  Priority  Unsecured $38,277.25<br>Total: $38,277.25 | Cure Amount: $38,277.25<br>Unsecured Amount:<br>Modified Total: $38,277.25<br><br>Case Number* 05-44640  Secured  Priority $38,277.25  Unsecured<br>Total: $38,277.25 |

*See Exhibit B for a listing of debtor entities by case number.

Page 6 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 7 of 10

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11854<br>Date Filed: 07/28/2006<br>Docketed Total: $ 49,788.00<br>Filing Creditor Name and Address:<br>ST MARYS CARBON CO INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 7601 | Claim Holder Name and Address<br>CAPITAL MARKETS AS ASSIGNEE OF<br>ST MARYS CARBON CO INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Docketed Total: | | $49,788.00 | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | | | $49,788.00<br><br>$49,788.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$49,788.00<br>$49,788.00 | Case Number*<br>05-44640 | Secured | Priority<br>$49,788.00<br>$49,788.00 | Unsecured |
| Claim: 8667<br>Date Filed: 06/27/2006<br>Docketed Total: $ 6,688.50<br>Filing Creditor Name and Address:<br>STEPHENSON & LAWYER INC<br>PO BOX 8834<br>GRAND RAPIDS, MI 49518-8834 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $6,688.50 | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | | | $6,688.50<br><br>$6,688.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,688.50<br>$6,688.50 | Case Number*<br>05-44640 | Secured | Priority<br>$6,688.50<br>$6,688.50 | Unsecured |
| Claim: 2215<br>Date Filed: 03/08/2006<br>Docketed Total: $ 2,499.20<br>Filing Creditor Name and Address:<br>SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | Claim Holder Name and Address<br>SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | Docketed Total: | | $2,499.20 | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | | | $2,499.20<br><br>$2,499.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,499.20<br>$2,499.20 | Case Number*<br>05-44640 | Secured | Priority<br>$2,499.20<br>$2,499.20 | Unsecured |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 8 of 10

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16422<br>Date Filed: 11/17/2006<br>Docketed Total: $ 123,994.71<br>Filing Creditor Name and Address:<br>  TEMPEL STEEL CO<br>  5500 N WOLCOTT AVE<br>  CHICAGO, IL 60640-1020 | Claim Holder Name and Address<br>  LONGACRE MASTER FUND LTD<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019<br><br>Docketed Total: $123,994.71<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $123,994.71<br>                                                        $123,994.71 | Cure Amount:          $2,230.40<br>Unsecured Amount:  $121,764.31<br>Modified Total:       $123,994.71<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                          $2,230.40   $121,764.31<br>                                          $2,230.40   $121,764.31 |
| Claim: 2144<br>Date Filed: 02/27/2006<br>Docketed Total: $ 386,835.08<br>Filing Creditor Name and Address:<br>  TOYOTA TSUSHO AMERICA INC<br>  ZEICHNER ELLMAN & KRAUSE LLP<br>  575 LEXINGTON AVE<br>  NEW YORK, NY 10022 | Claim Holder Name and Address<br>  HAIN CAPITAL HOLDINGS LLC<br>  301 RTE 17 6TH FL<br>  RUTHERFORD, NJ 07070<br><br>Docketed Total: $386,835.08<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $386,835.08<br>                                                        $386,835.08 | Cure Amount:          $232,128.65<br>Unsecured Amount:  $154,706.43<br>Modified Total:       $386,835.08<br><br>Case Number*   Secured   Priority         Unsecured<br>05-44640                          $232,128.65   $154,706.43<br>                                          $232,128.65   $154,706.43 |
| Claim: 12377<br>Date Filed: 07/28/2006<br>Docketed Total: $ 1,792.00<br>Filing Creditor Name and Address:<br>  TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING<br>  901 MAXWELL ST<br>  LAKE GENEVA, WI 53147 | Claim Holder Name and Address<br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH, CT 06830<br><br>Docketed Total: $1,792.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                    $1,792.00<br>                                                        $1,792.00 | Cure Amount:          $1,792.00<br>Unsecured Amount:<br>Modified Total:       $1,792.00<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44567                          $1,792.00<br>                                          $1,792.00 |
| Claim: 3975<br>Date Filed: 05/01/2006<br>Docketed Total: $ 37,375.63<br>Filing Creditor Name and Address:<br>  UNIVERSAL METAL SERVICE EFT<br>  16655 S CANAL ST<br>  S HOLLAND, IL 60473 | Claim Holder Name and Address<br>  UNIVERSAL METAL SERVICE EFT<br>  16655 S CANAL ST<br>  S HOLLAND, IL 60473<br><br>Docketed Total: $37,375.63<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $37,375.63<br>                                                        $37,375.63 | Cure Amount:          $35,706.85<br>Unsecured Amount:  $1,668.78<br>Modified Total:       $37,375.63<br><br>Case Number*   Secured   Priority        Unsecured<br>05-44640                          $35,706.85   $1,668.78<br>                                          $35,706.85   $1,668.78 |

*See Exhibit B for a listing of debtor entities by case number.

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 9 of 10

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8588<br>Date Filed: 06/26/2006<br>Docketed Total: $ 7,426.04<br>Filing Creditor Name and Address:<br>VIBRACOUSTIC GMBH & CO KG<br>HOHNER WEG 2 4<br>D 69465 WEINHEIM, GERMANY | Claim Holder Name and Address<br>VIBRACOUSTIC GMBH & CO KG<br>HOHNER WEG 2 4<br>D 69465 WEINHEIM, GERMANY<br>Docketed Total: $7,426.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $7,426.04<br>                                          $7,426.04 | Cure Amount:       $7,354.65<br>Unsecured Amount:   $71.39<br>Modified Total:     $7,426.04<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                $7,354.65    $71.39<br>                        $7,354.65    $71.39 |
| Claim: 9453<br>Date Filed: 07/13/2006<br>Docketed Total: $ 8,949.08<br>Filing Creditor Name and Address:<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484 | Claim Holder Name and Address<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484<br>Docketed Total: $8,949.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $8,949.08<br>                                          $8,949.08 | Cure Amount:       $8,949.08<br>Unsecured Amount:<br>Modified Total:     $8,949.08<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                $8,949.08<br>                        $8,949.08 |
| Claim: 16301<br>Date Filed: 09/12/2006<br>Docketed Total: $ 58,295.21<br>Filing Creditor Name and Address:<br>WAUCONDA TOOL AND ENGR<br>CO EFT<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br>Docketed Total: $58,295.21<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $58,295.21<br>                                          $58,295.21 | Cure Amount:       $57,024.21<br>Unsecured Amount:   $1,271.00<br>Modified Total:     $58,295.21<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                $57,024.21   $1,271.00<br>                        $57,024.21   $1,271.00 |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-1    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-1
Pg 10 of 10

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8685<br>Date Filed: 06/27/2006<br>Docketed Total: $ 36,363.34<br>Filing Creditor Name and Address:<br>WELWYN COMPONENTS LTD<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $36,363.00<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $36,363.00<br>Total: $36,363.00 | Cure Amount: $20,741.46<br>Unsecured Amount: $15,621.54<br>Modified Total: $36,363.00<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: $20,741.46<br>Unsecured: $15,621.54<br>Total: $20,741.46 / $15,621.54 |
| | Claim Holder Name and Address<br>WELWYN COMPONENTS LTD<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Docketed Total: $0.34<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $0.34<br>Total: $0.34 | Cure Amount: $0.34<br>Unsecured Amount: $0.00<br>Modified Total: $0.34<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: $0.34<br>Unsecured: $0.00<br>Total: $0.34 / $0.00 |

**Total Claims to be Modified: 30**

**Total Amount as Docketed:  $13,691,323.77**

**Total Amount as Modified:  $ 13,691,323.77**

*See Exhibit B for a listing of debtor entities by case number.