**In re Delphi Corporation, et al.,**
Case No. 05-44481 (RDD)

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1729**
Date Filed: 01/31/2006
Docketed Total: $ 154,411.76
Filing Creditor Name and Address:
ADRONICS ELROB MFG CORP
9 SAND PARK RD
CEDAR GROVE, NJ 07003

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $154,411.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $154,411.76 |
| | | | $154,411.76 |

Cure Amount: $1,400.00
Non-Cure Priority Amount:
Unsecured Amount: $153,011.76
Modified Total: $154,411.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,400.00 | $153,011.76 |
| | | $1,400.00 | $153,011.76 |

---

**Claim: 123**
Date Filed: 10/25/2005
Docketed Total: $ 127,102.34
Filing Creditor Name and Address:
ADVENT TOOL & MOLD INC
999 RIDGEWAY AVE
ROCHESTER, NY 14615

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $127,102.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $127,102.34 |
| | | | $127,102.34 |

Cure Amount: $40,693.31
Non-Cure Priority Amount:
Unsecured Amount: $80,222.67
Modified Total: $120,915.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,693.31 | $80,222.67 |
| | | $40,693.31 | $80,222.67 |

---

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $ 78,385.24
Filing Creditor Name and Address:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $78,385.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,385.24 |
| | | | $78,385.24 |

Cure Amount: $55,331.87
Non-Cure Priority Amount:
Unsecured Amount: $1,596.44
Modified Total: $56,928.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $55,331.87 | $1,596.44 |
| | | $55,331.87 | $1,596.44 |

---

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1163**
Date Filed: 12/14/2005
Docketed Total: $ 87,097.70
Filing Creditor Name and Address:
AMERICAN PRODUCTS COMPANY
610 RAHWAY AVE
UNION, NJ 07083-1943

Claim Holder Name and Address

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $87,097.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $87,097.70 |
| | | | $87,097.70 |

Cure Amount: $58,050.24
Non-Cure Priority Amount:
Unsecured Amount: $21,374.90
Modified Total: $79,425.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $58,050.24 | $21,374.90 |
| | | $58,050.24 | $21,374.90 |

---

**Claim: 3358**
Date Filed: 04/28/2006
Docketed Total: $ 11,214.73
Filing Creditor Name and Address:
AMERICAN TECHNICAL CERAMICS
1 NORDEN LN
HUNTINGTON STATION, NY 11746-2102

Claim Holder Name and Address

AMERICAN TECHNICAL CERAMICS
1 NORDEN LN
HUNTINGTON STATION, NY 11746-2102

Docketed Total: $11,214.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,214.73 |
| | | | $11,214.73 |

Cure Amount: $11,214.73
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $11,214.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,214.73 | |
| | | $11,214.73 | |

---

**Claim: 8576**
Date Filed: 06/26/2006
Docketed Total: $ 554,635.03
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $554,635.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $554,635.03 |
| | | | $554,635.03 |

Cure Amount: $63,928.08
Non-Cure Priority Amount:
Unsecured Amount: $483,042.48
Modified Total: $546,970.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $63,928.08 | $483,042.48 |
| | | $63,928.08 | $483,042.48 |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11196**
Date Filed: 07/26/2006
Docketed Total: $ 59,444.55
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT
ATTN DAIV S LEINWAND
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $59,444.55

Cure Amount: $48,178.07
Non-Cure Priority Amount:
Unsecured Amount: $5,732.00
Modified Total: $53,910.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,444.55 | 05-44640 | | $48,178.07 | $5,732.00 |
| | | | $59,444.55 | | | $48,178.07 | $5,732.00 |

**Claim: 2904**
Date Filed: 04/27/2006
Docketed Total: $ 1,944,373.96
Filing Creditor Name and Address:
ANALOG DEVICES INC
3 TECHNOLOGY WY
NORWOOD, MA 02062-9106

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $1,944,373.96

Cure Amount: $1,732,833.96
Non-Cure Priority Amount:
Unsecured Amount: $211,540.00
Modified Total: $1,944,373.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,944,373.96 | 05-44640 | | $1,732,833.96 | $211,540.00 |
| | | | $1,944,373.96 | | | $1,732,833.96 | $211,540.00 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 4 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1 — Claim 12230**

Claim: 12230
Date Filed: 07/28/2006
Docketed Total: $ 240,942.30
Filing Creditor Name and Address:
ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Claim Holder Name and Address

ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Docketed Total: $65,779.80

Cure Amount:
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $0.00

| Case Number\* | Secured | Priority | Unsecured | | Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | $65,779.80 | | | | 05-44640 | | | $0.00 |
| | $65,779.80 | | | | | | | $0.00 |

Claim Holder Name and Address

LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019

Docketed Total: $175,162.50

Cure Amount: $175,162.30
Non-Cure Priority Amount:
Unsecured Amount: $0.20
Modified Total: $175,162.50

| Case Number\* | Secured | Priority | Unsecured | | Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $175,162.50 | | 05-44640 | | $175,162.30 | $0.20 |
| | | | $175,162.50 | | | | $175,162.30 | $0.20 |

**Row 2 — Claim 2164**

Claim: 2164
Date Filed: 03/01/2006
Docketed Total: $ 369,751.60
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Claim Holder Name and Address

ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Docketed Total: $369,751.60

Cure Amount: $349,357.60
Non-Cure Priority Amount:
Unsecured Amount: $360.00
Modified Total: $349,717.60

| Case Number\* | Secured | Priority | Unsecured | | Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $369,751.60 | | 05-44640 | | $349,357.60 | $360.00 |
| | | | $369,751.60 | | | | $349,357.60 | $360.00 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 5 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2090**
Date Filed: 02/21/2006
Docketed Total: $ 467,697.04
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
WESTBROOK MFG INC
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address

ASM CAPITAL
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:    $467,697.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $467,697.04 |
| | | | $467,697.04 |

Cure Amount:    $23,355.60
Non-Cure Priority Amount:
Unsecured Amount:    $442,461.61
Modified Total:    $465,817.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $23,355.60 | $442,461.61 |
| | | $23,355.60 | $442,461.61 |

---

**Claim: 4898**
Date Filed: 05/05/2006
Docketed Total: $ 113,976.02
Filing Creditor Name and Address:
ATG PRECISION PRODUCTS LLC
7545 N HAGGERTY RD
CANTON, MI 48187

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:    $113,976.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $113,976.02 |
| | | | $113,976.02 |

Cure Amount:    $53,111.80
Non-Cure Priority Amount:
Unsecured Amount:    $60,192.36
Modified Total:    $113,304.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,111.80 | $60,192.36 |
| | | $53,111.80 | $60,192.36 |

---

**Claim: 1165**
Date Filed: 12/14/2005
Docketed Total: $ 1,280,342.50
Filing Creditor Name and Address:
ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

Claim Holder Name and Address

ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

Docketed Total:    $1,280,342.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | $1,280,342.50 |

Cure Amount:    $652,315.00
Non-Cure Priority Amount:
Unsecured Amount:    $616,512.00
Modified Total:    $1,268,827.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $570,000.00 |
| 05-44640 | | $652,315.00 | $46,512.00 |
| | | $652,315.00 | $616,512.00 |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Row 1:**

CLAIM TO BE MODIFIED:
Claim: 1081
Date Filed: 12/02/2005
Docketed Total: $ 60,182.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

CLAIM AS DOCKETED:
Claim Holder Name and Address
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA
Docketed Total: $60,182.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $60,182.00 |
| | | | $60,182.00 |

CLAIM AS MODIFIED:
Cure Amount: $60,182.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $60,182.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $60,182.00 | |
| | | $60,182.00 | |

**Row 2:**

CLAIM TO BE MODIFIED:
Claim: 8141
Date Filed: 06/19/2006
Docketed Total: $ 34,290.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

CLAIM AS DOCKETED:
Claim Holder Name and Address
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA
Docketed Total: $34,290.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,290.00 |
| | | | $34,290.00 |

CLAIM AS MODIFIED:
Cure Amount: $1,770.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $1,770.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,770.00 | |
| | | $1,770.00 | |

**Row 3:**

CLAIM TO BE MODIFIED:
Claim: 7206
Date Filed: 05/31/2006
Docketed Total: $ 31,570.05
Filing Creditor Name and Address:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

CLAIM AS DOCKETED:
Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202
Docketed Total: $31,570.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,570.05 |
| | | | $31,570.05 |

CLAIM AS MODIFIED:
Cure Amount: $25,309.20
Non-Cure Priority Amount:
Unsecured Amount: $3,026.00
Modified Total: $28,335.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,309.20 | $3,026.00 |
| | | $25,309.20 | $3,026.00 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 7 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6683<br>Date Filed: 05/23/2006<br>Docketed Total: $ 43,850.88<br>Filing Creditor Name and Address:<br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>BOURNS INC    Docketed Total:    **$43,850.88**<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Cure Amount:    **$26,969.88**<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total:    **$26,969.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,850.88 |
| | | | **$43,850.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,969.88 | |
| | | **$26,969.88** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16300<br>Date Filed: 09/12/2006<br>Docketed Total: $ 54,069.91<br>Filing Creditor Name and Address:<br>BRAININ ADVANCE INDUSTRIES INC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC    Docketed Total:    **$54,069.91**<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Cure Amount:    **$46,949.22**<br>Non-Cure Priority Amount:<br>Unsecured Amount:    **$5,628.57**<br>Modified Total:    **$52,577.79** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,069.91 |
| | | | **$54,069.91** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,949.22 | $5,628.57 |
| | | **$46,949.22** | **$5,628.57** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1898<br>Date Filed: 02/08/2006<br>Docketed Total: $ 3,086.40<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD    Docketed Total:    **$3,086.40**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Cure Amount:    **$2,994.00**<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total:    **$2,994.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,086.40 | |
| | | **$3,086.40** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,994.00 | |
| | | **$2,994.00** | |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1901**
Date Filed: 02/08/2006
Docketed Total: $ 3,190.40
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,190.40 | |
| | | **$3,190.40** | |

Cure Amount: **$3,190.40**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,190.40 | |
| | | **$3,190.40** | |

---

**Claim: 1902**
Date Filed: 02/08/2006
Docketed Total: $ 3,190.40
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,190.40 | |
| | | **$3,190.40** | |

Cure Amount: **$3,190.40**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,190.40 | |
| | | **$3,190.40** | |

---

**Claim: 1907**
Date Filed: 02/08/2006
Docketed Total: $ 6,425.10
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,425.10 | |
| | | **$6,425.10** | |

Cure Amount: **$6,425.10**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,425.10 | |
| | | **$6,425.10** | |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 9 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1908**
Date Filed: 02/08/2006
Docketed Total: $ 6,425.10
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,425.10 | |
| | | **$6,425.10** | |

Cure Amount: **$6,332.70**
Non-Cure Priority Amount: **$92.40**
Unsecured Amount:
Modified Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,425.10 | |
| | | **$6,425.10** | |

---

**Claim: 5580**
Date Filed: 05/10/2006
Docketed Total: $ 36,593.40
Filing Creditor Name and Address:
CELTIC PRODUCTS INC
KMS BEARINGS AUTOMOTIVE
1535 N HARMONY CIRCLE
ANAHEIM, CA 92807

Claim Holder Name and Address
CELTIC PRODUCTS INC
KMS BEARINGS AUTOMOTIVE
1535 N HARMONY CIRCLE
ANAHEIM, CA 92807

Docketed Total: **$36,593.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $36,593.40 |
| | | | **$36,593.40** |

Cure Amount: **$34,026.60**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$34,026.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $34,026.60 | |
| | | **$34,026.60** | |

---

**Claim: 14246**
Date Filed: 07/31/2006
Docketed Total: $ 224,664.10
Filing Creditor Name and Address:
CINCH CONNECTORS INC
MUCH SHELIST FREED
DENENBERG AMENT &
RUBENSTEIN PC
191 N WACKER DR STE 1800
CHICAGO, IL 60606

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$224,664.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $224,664.10 | | |
| | **$224,664.10** | | |

Cure Amount: **$220,052.15**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$220,052.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $220,052.15 | |
| | | **$220,052.15** | |

---

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 10 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 2550
Date Filed: 04/04/2006
Docketed Total: $ 148,987.53
Filing Creditor Name and Address:
DAA DRAEXLMAIER
AUTOMOTIVE OF AMERICA
1751 E MAIN ST
DUNCAN, SC 29334

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $148,987.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,987.53 |
| | | | $148,987.53 |

**CLAIM AS MODIFIED**
Cure Amount: $79,631.21
Non-Cure Priority Amount:
Unsecured Amount: $68,361.32
Modified Total: $147,992.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $79,631.21 | $68,361.32 |
| | | $79,631.21 | $68,361.32 |

---

**CLAIM TO BE MODIFIED**
Claim: 2747
Date Filed: 04/24/2006
Docketed Total: $ 71,255.39
Filing Creditor Name and Address:
DATWYLER I O DEVICES
AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
DATWYLER I O DEVICES AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

Docketed Total: $71,255.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $71,255.39 |
| | | | $71,255.39 |

**CLAIM AS MODIFIED**
Cure Amount: $32,602.50
Non-Cure Priority Amount:
Unsecured Amount: $36,784.51
Modified Total: $69,387.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $32,602.50 | $36,784.51 |
| | | $32,602.50 | $36,784.51 |

---

**CLAIM TO BE MODIFIED**
Claim: 13932
Date Filed: 07/31/2006
Docketed Total: $ 62,028.00
Filing Creditor Name and Address:
ENGINEERED SINTERED
COMPONENTS INC
250 OLD MURDOCK RD
TROUTMAN, NC 28166

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $62,028.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $62,028.00 |
| | | | $62,028.00 |

**CLAIM AS MODIFIED**
Cure Amount: $62,028.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $62,028.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $62,028.00 | |
| | | $62,028.00 | |

---

\*See Exhibit B for a listing of debtor entities by case number.
\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 11 of 27

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1464**
Date Filed: 01/09/2006
Docketed Total: $ 122,867.13
Filing Creditor Name and Address:
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Claim Holder Name and Address
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Docketed Total: $122,867.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $122,867.13 |
| | | | $122,867.13 |

Cure Amount: $82,960.31
Non-Cure Priority Amount:
Unsecured Amount: $18,036.90
Modified Total: $100,997.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $82,960.31 | $18,036.90 |
| | | $82,960.31 | $18,036.90 |

---

**Claim: 4741**
Date Filed: 05/04/2006
Docketed Total: $ 168,939.68
Filing Creditor Name and Address:
GAGNIER PRODUCTS RKM INC
AD CHG PERTLTR 7 9 04 AM
10161 CAPITAL AVE
REMOVE EFT 7 10
OAK PK, MI 48237

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $168,939.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $168,939.68 |
| | | | $168,939.68 |

Cure Amount: $168,939.68
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $168,939.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $168,939.68 | |
| | | $168,939.68 | |

---

**Claim: 5510**
Date Filed: 05/10/2006
Docketed Total: $ 43,178.53
Filing Creditor Name and Address:
GRINER ENGINEERING INC
2500 N CURRY PIKE
BLOOMINGTON, IN 47404-148

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $43,178.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $43,178.53 |
| | | | $43,178.53 |

Cure Amount: $35,334.17
Non-Cure Priority Amount:
Unsecured Amount: $7,843.72
Modified Total: $43,177.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $35,334.17 | $7,843.72 |
| | | $35,334.17 | $7,843.72 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 12 of 27

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Row 1**

CLAIM TO BE MODIFIED:
Claim: 2058
Date Filed: 02/17/2006
Docketed Total: $ 49,978.89
Filing Creditor Name and Address:
HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203
GERMANY

CLAIM AS DOCKETED:
Claim Holder Name and Address
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: $49,978.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,978.89 |
| | | | $49,978.89 |

CLAIM AS MODIFIED:
Cure Amount: $48,779.88
Non-Cure Priority Amount:
Unsecured Amount: $346.14
Modified Total: $49,126.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $48,779.88 | $346.14 |
| | | $48,779.88 | $346.14 |

**Row 2**

CLAIM TO BE MODIFIED:
Claim: 668
Date Filed: 11/18/2005
Docketed Total: $ 356,407.35
Filing Creditor Name and Address:
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

CLAIM AS DOCKETED:
Claim Holder Name and Address
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA
Docketed Total: $356,407.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $356,407.35 |
| | | | $356,407.35 |

CLAIM AS MODIFIED:
Cure Amount: $155,485.75
Non-Cure Priority Amount:
Unsecured Amount: $130,033.90
Modified Total: $285,519.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $155,485.75 | $130,033.90 |
| | | $155,485.75 | $130,033.90 |

**Row 3**

CLAIM TO BE MODIFIED:
Claim: 7706
Date Filed: 06/09/2006
Docketed Total: $ 50,895.80
Filing Creditor Name and Address:
HENNESSEY CAPITAL
SOLUTIONS
ASSIGNEE PLASTIC SOLUTIONS
INC
23261 WOODWARD AVE
HUNTINGTON WOODS, MI
48070-1362

CLAIM AS DOCKETED:
Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $50,895.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $50,895.80 | | |
| | $50,895.80 | | |

CLAIM AS MODIFIED:
Cure Amount: $47,443.44
Non-Cure Priority Amount:
Unsecured Amount: $3,304.04
Modified Total: $50,747.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $47,443.44 | $3,304.04 |
| | | $47,443.44 | $3,304.04 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 13 of 27

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | CLAIM AS MODIFIED |
|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16255
Date Filed: 08/24/2006
Docketed Total: $ 1,898,409.80
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW &
HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28146

**CLAIM AS DOCKETED***

Claim Holder Name and Address

INTERNATIONAL RESISTIVE
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW & HINSON
PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total:    $77,694.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 |
| | | $77,693.93 | $0.87 |

**CLAIM AS MODIFIED**

Cure Amount:                    $77,693.93
Non-Cure Priority Amount:       $0.00
Unsecured Amount:               $0.00
Modified Total:                 $77,693.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.00 |
| | | $77,693.93 | $0.00 |

---

**CLAIM AS DOCKETED***

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:    $1,820,715.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,820,715.00 |
| | | | $1,820,715.00 |

**CLAIM AS MODIFIED**

Cure Amount:                    $1,747,018.36
Non-Cure Priority Amount:
Unsecured Amount:               $66,283.61
Modified Total:                 $1,813,301.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,747,018.36 | $66,283.61 |
| | | $1,747,018.36 | $66,283.61 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 14 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 8878
Date Filed: 06/30/2006
Docketed Total: $ 170,159.62
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE
COMPANY WIRE & FILM
TECHNOLOGIES DIVISION
ROBINSON BRADSHAW &
HINSON P A
101 NORTH TRYON ST STE 1900
CHARLOTTE, NC 28246

**CLAIM AS DOCKETED***

Claim Holder Name and Address

INTERNATIONAL RESISTIVE
COMPANY WIRE & FILM
TECHNOLOGIES DIVISION
ROBINSON BRADSHAW & HINSON P
A
101 NORTH TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: $3,036.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,036.28 | UNL |
| | | $3,036.28 | UNL |

**CLAIM AS MODIFIED**

Cure Amount: $1,320.21
Non-Cure Priority Amount: $0.00
Unsecured Amount: $0.00
Modified Total: $1,320.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,320.21 | $0.00 |
| | | $1,320.21 | $0.00 |

---

**CLAIM AS DOCKETED***

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: $167,123.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $167,123.34 |
| | | | $167,123.34 |

**CLAIM AS MODIFIED**

Cure Amount: $59,733.34
Non-Cure Priority Amount:
Unsecured Amount: $99,185.10
Modified Total: $158,918.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $59,733.34 | $99,185.10 |
| | | $59,733.34 | $99,185.10 |

---

**CLAIM TO BE MODIFIED**

Claim: 14915
Date Filed: 07/31/2006
Docketed Total: $ 468,786.87
Filing Creditor Name and Address:
JAMESTOWN CONTAINER CORP
SPECIALTY PRODUCTS DIV
2345 WALDEN AVE
BUFFALO, NY 14225

**CLAIM AS DOCKETED***

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $468,786.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $468,786.87 |
| | | | $468,786.87 |

**CLAIM AS MODIFIED**

Cure Amount: $41,833.19
Non-Cure Priority Amount:
Unsecured Amount: $365,360.61
Modified Total: $407,193.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $41,833.19 | $365,360.61 |
| | | $41,833.19 | $365,360.61 |

---

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8133<br>Date Filed: 06/16/2006<br>Docketed Total: $ 1,005,284.25<br>Filing Creditor Name and Address:<br>JIFFY TITE CO INC<br>4437 WALDEN AVE<br>LANCASTER, NY 14086 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$1,005,284.25** | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | **$959,979.07**<br><br>**$36,219.80**<br>**$996,198.87** | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,005,284.25 | Case Number*<br>05-44640 | Secured | Priority<br>$959,979.07 | Unsecured<br>$36,219.80 |
| | | | | **$1,005,284.25** | | | **$959,979.07** | **$36,219.80** |
| Claim: 533<br>Date Filed: 11/14/2005<br>Docketed Total: $ 27,398.92<br>Filing Creditor Name and Address:<br>JOHN GUEST AUTOMOTIVE INC<br>10 BLOOMFIELD AVE<br>PO BOX 625<br>PINE BROOK, NJ 07058 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | **$27,398.92** | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | **$26,859.06**<br><br><br>**$26,859.06** | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,398.92 | Case Number*<br>05-44640 | Secured | Priority<br>$26,859.06 | Unsecured |
| | | | | **$27,398.92** | | | **$26,859.06** | |
| Claim: 4446<br>Date Filed: 05/02/2006<br>Docketed Total: $ 27,790.40<br>Filing Creditor Name and Address:<br>KADDIS MANUFACTURING<br>CORPORATION<br>1100 BEACHAN RD<br>PO BOX 92985<br>ROCHESTER, NY 14692 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$27,790.40** | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | **$26,411.27**<br><br><br>**$26,411.27** | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,790.40 | Case Number*<br>05-44640 | Secured | Priority<br>$26,411.27 | Unsecured |
| | | | | **$27,790.40** | | | **$26,411.27** | |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 16 of 27

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $ 1,703,785.68
Filing Creditor Name and Address:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name and Address

KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total: **$1,703,785.68**

Cure Amount: **$1,057,952.07**
Non-Cure Priority Amount:
Unsecured Amount: **$597,774.89**
Modified Total: **$1,655,726.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | **$1,703,785.68** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,057,952.07 | $597,774.89 |
| | | **$1,057,952.07** | **$597,774.89** |

**Claim: 1615**
Date Filed: 01/20/2006
Docketed Total: $ 40,069.37
Filing Creditor Name and Address:
KINETICS
10085 SW COMMERCE CIR
WILSONVILLE, OR 97070

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$40,069.37**

Cure Amount: **$3,301.62**
Non-Cure Priority Amount:
Unsecured Amount: **$35,259.90**
Modified Total: **$38,561.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,069.37 |
| | | | **$40,069.37** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,301.62 | $35,259.90 |
| | | **$3,301.62** | **$35,259.90** |

**Claim: 9832**
Date Filed: 07/18/2006
Docketed Total: $ 268,853.90
Filing Creditor Name and Address:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Claim Holder Name and Address

LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: **$268,853.90**

Cure Amount: **$89,133.08**
Non-Cure Priority Amount:
Unsecured Amount: **$132,152.79**
Modified Total: **$221,285.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,853.90 |
| | | | **$268,853.90** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $89,133.08 | $132,152.79 |
| | | **$89,133.08** | **$132,152.79** |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twenty-Seventh Omnibus Claims Objection**

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim 15926**

Claim: 15926
Date Filed: 07/26/2006
Docketed Total: $ 404,986.61
Filing Creditor Name and Address:
M A COM INC
PO BOX 3608 MS38 26
HARRISBURG, PA 17105

Claim Holder Name and Address

M A COM INC
PO BOX 3608 MS38 26
HARRISBURG, PA 17105

Docketed Total:   $404,986.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $404,986.61 |
| | | | $404,986.61 |

Cure Amount:   $145,170.00
Non-Cure Priority Amount:
Unsecured Amount:   $125,651.26
Modified Total:   $270,821.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $145,170.00 | $125,651.26 |
| | | $145,170.00 | $125,651.26 |

**Claim 523**

Claim: 523
Date Filed: 11/14/2005
Docketed Total: $ 557,641.90
Filing Creditor Name and Address:
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

Claim Holder Name and Address

MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

Docketed Total:   $557,641.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $557,641.90 |
| | | | $557,641.90 |

Cure Amount:   $37,664.66
Non-Cure Priority Amount:
Unsecured Amount:   $256,240.79
Modified Total:   $293,905.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,664.66 | $256,240.79 |
| | | $37,664.66 | $256,240.79 |

**Claim 8682**

Claim: 8682
Date Filed: 06/27/2006
Docketed Total: $ 323,679.01
Filing Creditor Name and Address:
METAL TECHNOLOGIES INC
1401 S GRANDSTAFF DR
AUBURN, IN 46706

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:   $323,679.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323,679.01 |
| | | | $323,679.01 |

Cure Amount:   $311,657.59
Non-Cure Priority Amount:
Unsecured Amount:   $8,296.48
Modified Total:   $319,954.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $311,657.59 | $8,296.48 |
| | | $311,657.59 | $8,296.48 |

*See Exhibit B for a listing of debtor entities by case number.
\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 3736
Date Filed: 05/01/2006
Docketed Total: $ 3,772.00
Filing Creditor Name and Address:
MOLDTECH INC
1900 COMMERCE PKWY
LANCASTER, NY 14086-1735

**CLAIM AS DOCKETED***
Claim Holder Name and Address
MOLDTECH INC
1900 COMMERCE PKWY
LANCASTER, NY 14086-1735
Docketed Total: **$3,772.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,772.00 |
| | | | **$3,772.00** |

**CLAIM AS MODIFIED**
Cure Amount: **$3,772.00**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,772.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,772.00 | |
| | | **$3,772.00** | |

---

**CLAIM TO BE MODIFIED**
Claim: 5390
Date Filed: 05/09/2006
Docketed Total: $ 995.20
Filing Creditor Name and Address:
NATIONAL SEMICONDUCTOR
CORP
2900 SEMICONDUCTOR DR. G2 335
SANTA CLARA, CA 95051

**CLAIM AS DOCKETED***
Claim Holder Name and Address
NATIONAL SEMICONDUCTOR CORP
2900 SEMICONDUCTOR DR. G2 335
SANTA CLARA, CA 95051
Docketed Total: **$995.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $995.20 |
| | | | **$995.20** |

**CLAIM AS MODIFIED**
Cure Amount: **$487.50**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$487.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $487.50 | |
| | | **$487.50** | |

---

**CLAIM TO BE MODIFIED**
Claim: 9961
Date Filed: 07/19/2006
Docketed Total: $ 18,090.00
Filing Creditor Name and Address:
OSRAM OPTO
SEMICONDUCTORS INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800

**CLAIM AS DOCKETED***
Claim Holder Name and Address
OSRAM OPTO SEMICONDUCTORS
INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800
Docketed Total: **$18,090.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | UNL | | $18,090.00 |
| | **UNL** | | **$18,090.00** |

**CLAIM AS MODIFIED**
Cure Amount: **$18,090.00**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$18,090.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $18,090.00 | $0.00 |
| | | **$18,090.00** | **$0.00** |

---

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 19 of 27

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16558**
Date Filed: 02/28/2007
Docketed Total: $ 389,743.52
Filing Creditor Name and Address:
OTTO BOCK POLYURETHANE
TECHNOLOGIES INC
PENN CTR WEST THREE STE 406
PITTSBURGH, PA 15276

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $144,348.23 | $245,395.29 |
| | | $144,348.23 | $245,395.29 |

Cure Amount:    $389,743.52
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:    $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $389,743.52 | |
| | | $389,743.52 | |

---

**Claim: 1640**
Date Filed: 01/23/2006
Docketed Total: $ 6,085.80
Filing Creditor Name and Address:
P J SPRING CO INC
1100 ATLANTIC DR
W CHICAGO, IL 60185

Claim Holder Name and Address

P J SPRING CO INC
1100 ATLANTIC DR
W CHICAGO, IL 60185

Docketed Total:    $6,085.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,085.80 |
| | | | $6,085.80 |

Cure Amount:    $6,085.80
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:    $6,085.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,085.80 | |
| | | $6,085.80 | |

---

**Claim: 16376**
Date Filed: 10/20/2006
Docketed Total: $ 590,769.00
Filing Creditor Name and Address:
PANASONIC ELECTRIC WORKS
CORP OF AMERICA FKA AROMAT
CORP
629 CENTRAL AVE
NEW PROVIDENCE, NJ 07974

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $590,769.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $590,769.00 |
| | | | $590,769.00 |

Cure Amount:    $268,845.00
Non-Cure Priority Amount:
Unsecured Amount:    $305,282.00
Modified Total:    $574,127.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $268,845.00 | $305,282.00 |
| | | $268,845.00 | $305,282.00 |

---

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 20 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM 1**

CLAIM TO BE MODIFIED:
Claim: 4278
Date Filed: 05/01/2006
Docketed Total: $ 3,010.00
Filing Creditor Name and Address:
PIHER INTERNATIONAL CORP
1640 NORTHWIND BLVD
LIBERTYVILLE, IL 60048

CLAIM AS DOCKETED:
Claim Holder Name and Address
PIHER INTERNATIONAL CORP
1640 NORTHWIND BLVD
LIBERTYVILLE, IL 60048
Docketed Total: **$3,010.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,010.00 |
| | | | **$3,010.00** |

CLAIM AS MODIFIED:
Cure Amount: **$3,010.00**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,010.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $3,010.00 | |
| | | **$3,010.00** | |

**CLAIM 2**

CLAIM TO BE MODIFIED:
Claim: 6054
Date Filed: 05/16/2006
Docketed Total: $ 145,734.00
Filing Creditor Name and Address:
RADIALL INCORPORATED DBA
RADIALL LARSEN ANTENNA
TECHNOLOGIES
PO BOX 823210
VANCOUVER, WA 98682-0067

CLAIM AS DOCKETED:
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$145,734.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $145,734.00 |
| | | | **$145,734.00** |

CLAIM AS MODIFIED:
Cure Amount: **$145,122.20**
Non-Cure Priority Amount:
Unsecured Amount: **$611.80**
Modified Total: **$145,734.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $145,122.20 | $611.80 |
| | | **$145,122.20** | **$611.80** |

**CLAIM 3**

CLAIM TO BE MODIFIED:
Claim: 5966
Date Filed: 05/16/2006
Docketed Total: $ 18,475.70
Filing Creditor Name and Address:
RED SPOT CORP
PO BOX 418
EVANSVILLE, IN 47703-0418

CLAIM AS DOCKETED:
Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: **$18,475.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,475.70 |
| | | | **$18,475.70** |

CLAIM AS MODIFIED:
Cure Amount: **$12,023.75**
Non-Cure Priority Amount:
Unsecured Amount: **$1,545.00**
Modified Total: **$13,568.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $12,023.75 | $1,545.00 |
| | | **$12,023.75** | **$1,545.00** |

*See Exhibit B for a listing of debtor entities by case number.
\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 21 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5967**
Date Filed: 05/16/2006
Docketed Total: $ 221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO
IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$221,190.88**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $221,190.88 |
| | | | **$221,190.88** |

Cure Amount: **$179,930.60**
Non-Cure Priority Amount:
Unsecured Amount: **$8,098.07**
Modified Total: **$188,028.67**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $179,930.60 | $8,098.07 |
| | | **$179,930.60** | **$8,098.07** |

---

**Claim: 2387**
Date Filed: 03/24/2006
Docketed Total: $ 61,578.63
Filing Creditor Name and Address:
REVENUE MANAGEMENT AS
ASSIGNEE OF DETROIT HEADING
LLC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address

REVENUE MANAGEMENT AS
ASSIGNEE OF DETROIT HEADING
LLC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: **$61,578.63**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,578.63 |
| | | | **$61,578.63** |

Cure Amount: **$49,326.96**
Non-Cure Priority Amount:
Unsecured Amount: **$11,549.98**
Modified Total: **$60,876.94**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,326.96 | $11,549.98 |
| | | **$49,326.96** | **$11,549.98** |

---

**Claim: 10494**
Date Filed: 07/24/2006
Docketed Total: $ 198,263.50
Filing Creditor Name and Address:
SAFETY COMPONENTS FABRIC
EFT
TECHNOLOGIES INC
30 EMERY ST
GREENVILLE, SC 29605

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$198,263.50**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $85,477.80 | $112,785.70 |
| | | **$85,477.80** | **$112,785.70** |

Cure Amount: **$198,263.50**
Non-Cure Priority Amount: **$0.00**
Unsecured Amount: **$0.00**
Modified Total: **$198,263.50**

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $198,263.50 | $0.00 |
| | | **$198,263.50** | **$0.00** |

---

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 22 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 112**
Date Filed: 10/25/2005
Docketed Total: $ 57,501.00
Filing Creditor Name and Address:
SANYO ELECTRONIC DEVICE
USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Claim Holder Name and Address

SANYO ELECTRONIC DEVICE USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Docketed Total: $57,501.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,501.00 |
| | | | $57,501.00 |

Cure Amount: $22,716.00
Non-Cure Priority Amount:
Unsecured Amount: $34,785.00
Modified Total: $57,501.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,716.00 | $34,785.00 |
| | | $22,716.00 | $34,785.00 |

---

**Claim: 1555**
Date Filed: 01/17/2006
Docketed Total: $ 485,490.00
Filing Creditor Name and Address:
SANYO SEMICONDUCTOR
CORPORATION
2 PARK 80 PLZ W NO 4C
SADDLE BROOK, NJ 07663-5817

Claim Holder Name and Address

BANK OF AMERICA NA
NY1 301 02 01
9 W 57TH ST
NEW YORK, NY 10019

Docketed Total: $485,490.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $485,490.00 |
| | | | $485,490.00 |

Cure Amount: $464,595.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $464,595.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $464,595.00 | |
| | | $464,595.00 | |

---

**Claim: 1735**
Date Filed: 01/31/2006
Docketed Total: $ 69,421.97
Filing Creditor Name and Address:
SCAPA TAPES N A
111 GREAT POND DR
WINDSOR, CT 06095

Claim Holder Name and Address

SCAPA TAPES N A
111 GREAT POND DR
WINDSOR, CT 06095

Docketed Total: $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $69,421.97 | |
| | | $69,421.97 | |

Cure Amount: $4,160.07
Non-Cure Priority Amount:
Unsecured Amount: $65,261.90
Modified Total: $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,160.07 | $65,261.90 |
| | | $4,160.07 | $65,261.90 |

---

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9585**
Date Filed: 07/17/2006
Docketed Total: $ 81,300.76
Filing Creditor Name and Address:
SEAL & DESIGN INC
4015 CASILIO PKY
CLARENCE, NY 14031

Claim Holder Name and Address

LONGACRE MASTER FUND LTD          Docketed Total:          $81,300.76
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $81,300.76 |
| | | | $81,300.76 |

Cure Amount:                            $64,020.00
Non-Cure Priority Amount:
Unsecured Amount:                       $12,082.26
Modified Total:                         $76,102.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $64,020.00 | $12,082.26 |
| | | $64,020.00 | $12,082.26 |

---

**Claim: 8775**
Date Filed: 06/30/2006
Docketed Total: $ 112,408.05
Filing Creditor Name and Address:
SILICON LABORATORIES INC
401 B STREET STE 1700
SAN DIEGO, CA 92101

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC          Docketed Total:          $102,681.24
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $102,681.24 |
| | | | $102,681.24 |

Cure Amount:                            $49,356.24
Non-Cure Priority Amount:
Unsecured Amount:                       $53,325.00
Modified Total:                         $102,681.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,356.24 | $53,325.00 |
| | | $49,356.24 | $53,325.00 |

Claim Holder Name and Address

SILICON LABORATORIES INC          Docketed Total:          $9,726.81
401 B STREET STE 1700
SAN DIEGO, CA 92101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,726.81 | | UNL |
| | $9,726.81 | | UNL |

Cure Amount:                            $9,726.81
Non-Cure Priority Amount:
Unsecured Amount:                       $0.00
Modified Total:                         $9,726.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,726.81 | $0.00 |
| | | $9,726.81 | $0.00 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 24 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 14136**
Date Filed: 07/31/2006
Docketed Total: $ 91,770.01
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASIGNEE OF
  KANE MAGNETICS GMBH
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address

SPCP GROUP LLC AS ASIGNEE OF
KANE MAGNETICS GMBH
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$91,770.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,214.34 | $66,555.67 |
| | | **$25,214.34** | **$66,555.67** |

Cure Amount: **$56,459.98**
Non-Cure Priority Amount:
Unsecured Amount: **$66,555.67**
Modified Total: **$123,015.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $56,459.98 | $66,555.67 |
| | | **$56,459.98** | **$66,555.67** |

---

**Claim: 4221**
Date Filed: 05/01/2006
Docketed Total: $ 6,030.64
Filing Creditor Name and Address:
  SPIRAL INDUSTRIES INC
  1572 N OLD US HWY 23
  HOWELL, MI 48843

Claim Holder Name and Address

SPIRAL INDUSTRIES INC
1572 N OLD US HWY 23
HOWELL, MI 48843

Docketed Total: **$6,030.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,030.64 |
| | | | **$6,030.64** |

Cure Amount: **$1,636.03**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$1,636.03**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,636.03 | |
| | | **$1,636.03** | |

---

**Claim: 11259**
Date Filed: 07/27/2006
Docketed Total: $ 814,710.90
Filing Creditor Name and Address:
  T & L AUTOMATICS INC
  770 EMERSON ST
  ROCHESTER, NY 14613

Claim Holder Name and Address

T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Docketed Total: **$814,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | **$814,710.90** |

Cure Amount: **$235,458.62**
Non-Cure Priority Amount:
Unsecured Amount: **$129,252.28**
Modified Total: **$364,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $235,458.62 | $129,252.28 |
| | | **$235,458.62** | **$129,252.28** |

---

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12687-2   Filed 02/15/08   Entered 02/15/08 20:02:54   Exhibit A-2
Pg 25 of 27

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9019**
Date Filed: 07/05/2006
Docketed Total: $ 15,855.76
Filing Creditor Name and Address:
TDK ELECTRONICS EUROPE GMBH
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Claim Holder Name and Address

TDK ELECTRONICS EUROPE GMBH
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Docketed Total: $15,855.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $15,855.76 |
| | | | $15,855.76 |

Cure Amount: $12,441.73
Non-Cure Priority Amount:
Unsecured Amount: $2,208.72
Modified Total: $14,650.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | $12,441.73 | $2,208.72 |
| | | $12,441.73 | $2,208.72 |

**Claim: 1920**
Date Filed: 02/08/2006
Docketed Total: $ 6,716.00
Filing Creditor Name and Address:
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Claim Holder Name and Address

TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Docketed Total: $6,716.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,716.00 |
| | | | $6,716.00 |

Cure Amount: $5,176.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $5,176.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,176.00 | |
| | | $5,176.00 | |

**Claim: 8715**
Date Filed: 06/28/2006
Docketed Total: $ 36,618.89
Filing Creditor Name and Address:
TWIST INC
PO BOX 177
JAMESTOWN, OH 45335

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $36,618.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | $36,618.89 |

Cure Amount: $582.86
Non-Cure Priority Amount:
Unsecured Amount: $33,235.47
Modified Total: $33,818.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $582.86 | $33,235.47 |
| | | $582.86 | $33,235.47 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12687-2    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit A-2
Pg 26 of 27

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

### Claim 222

Claim: 222
Date Filed: 10/31/2005
Docketed Total: $ 636,399.79
Filing Creditor Name and Address:
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $636,399.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $636,399.79 |
| | | | $636,399.79 |

Cure Amount: $390,902.29
Non-Cure Priority Amount:
Unsecured Amount: $127,342.83
Modified Total: $518,245.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $390,902.29 | $127,342.83 |
| | | $390,902.29 | $127,342.83 |

### Claim 9452

Claim: 9452
Date Filed: 07/13/2006
Docketed Total: $ 2,675,676.21
Filing Creditor Name and Address:
VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Claim Holder Name and Address

VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Docketed Total: $2,675,676.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,675,676.21 |
| | | | $2,675,676.21 |

Cure Amount: $92,156.46
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $92,156.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $92,156.46 | |
| | | $92,156.46 | |

### Claim 5427

Claim: 5427
Date Filed: 05/10/2006
Docketed Total: $ 31,350.84
Filing Creditor Name and Address:
VOGELSANG CORP
1790 SWARTHMORE AVE
LAKEWOOD, NJ 08701

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $31,350.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,350.84 |
| | | | $31,350.84 |

Cure Amount: $30,304.80
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $30,304.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $30,304.80 | |
| | | $30,304.80 | |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2047**
Date Filed: 02/16/2006
Docketed Total: $ 174,296.44
Filing Creditor Name and Address:
WINDSOR MACHINE &
STAMPING LTD
5725 OUTER DR RR 1
WINDSOR, ON W9A 6J3
CANADA

Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:    $174,296.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $174,296.44 |
| | | | $174,296.44 |

Cure Amount:    $156,672.99
Non-Cure Priority Amount:
Unsecured Amount:    $17,623.45
Modified Total:    $174,296.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $156,672.99 | $17,623.45 |
| | | $156,672.99 | $17,623.45 |

**Claim: 805**
Date Filed: 11/22/2005
Docketed Total: $ 310,941.94
Filing Creditor Name and Address:
ZYLUX ACOUSTIC CORP
100 EMERSON LN STE 1513
BRIDGEVILLE, PA 15017

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF APPLIED HANDLING
INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total:    $310,941.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $310,941.94 | | |
| | $310,941.94 | | |

Cure Amount:    $291,767.68
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:    $291,767.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $291,767.68 | |
| | | $291,767.68 | |

**Total Claims to be Modified: 74**

**Total Amount as Docketed:  $21,232,494.57**

**Total Amount as Modified:  $ 17,104,779.57**

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.