**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim: 15139<br>Date Filed: 07/31/2006<br>Docketed Total: $59,414.30<br>Filing Creditor Name and Address:<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Docketed Total: | | $59,414.30 | Cure Amount: $3,782.24<br>Reclamation Amount: $6,798.05<br>Unsecured Amount: $41,097.81<br>Modified Total: $51,678.10 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$59,414.30 | Case Number*<br>05-44640 | Secured | Priority<br>$10,580.29 | Unsecured<br>$41,097.81 |
| | | | | $59,414.30 | | | $10,580.29 | $41,097.81 |
| Claim: 12346<br>Date Filed: 07/28/2006<br>Docketed Total: $215,079.82<br>Filing Creditor Name and Address:<br>ANGELL DEMMEL NORTH AMERICA INC<br>1516 STANLEY AVE<br>DAYTON, OH 45404 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $215,079.82 | Cure Amount: $15,730.18<br>Reclamation Amount: $13,807.69<br>Unsecured Amount: $163,808.69<br>Modified Total: $193,346.56 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$46,948.73 | Unsecured<br>$168,131.09 | Case Number*<br>05-44640 | Secured | Priority<br>$29,537.87 | Unsecured<br>$163,808.69 |
| | | | $46,948.73 | $168,131.09 | | | $29,537.87 | $163,808.69 |
| Claim: 8373<br>Date Filed: 06/22/2006<br>Docketed Total: $778,532.62<br>Filing Creditor Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $778,532.62 | Cure Amount: $298,160.95<br>Reclamation Amount: $567.39<br>Unsecured Amount: $0.00<br>Modified Total: $298,728.34 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$778,532.62 | Case Number*<br>05-44640 | Secured | Priority<br>$298,728.34 | Unsecured<br>$0.00 |
| | | | | $778,532.62 | | | $298,728.34 | $0.00 |

\*See Exhibit B for a listing of debtor entities by case number.

Page 1 of 10

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7659<br>Date Filed: 06/08/2006<br>Docketed Total: $298,168.53<br>Filing Creditor Name and Address:<br>CAPSONIC GROUP LLC<br>460 S 2ND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC      Docketed Total:  $298,168.53<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                $298,168.53<br>                                                         $298,168.53 | Cure Amount:           $37,401.36<br>Reclamation Amount:    $3,118.89<br>Unsecured Amount:      $257,648.28<br>Modified Total:        $298,168.53<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44640                             $40,520.25    $257,648.28<br>                                     $40,520.25    $257,648.28 |
| Claim: 10703<br>Date Filed: 07/25/2006<br>Docketed Total: $1,380,747.26<br>Filing Creditor Name and Address:<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON, NC 27893 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA         Docketed Total:  $1,380,747.26<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number*     Secured     Priority       Unsecured<br>05-44640                             $197,519.25    $1,183,228.01<br>                                     $197,519.25    $1,183,228.01 | Cure Amount:           $270,600.49<br>Reclamation Amount:    $197,519.25<br>Unsecured Amount:      $912,627.52<br>Modified Total:        $1,380,747.26<br><br>Case Number*     Secured     Priority       Unsecured<br>05-44640                             $468,119.74    $912,627.52<br>                                     $468,119.74    $912,627.52 |
| Claim: 16592<br>Date Filed: 04/05/2007<br>Docketed Total: $147,474.32<br>Filing Creditor Name and Address:<br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC    Docketed Total:  $147,474.32<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44640                             $52,906.09     $94,568.23<br>                                     $52,906.09     $94,568.23 | Cure Amount:           $23,748.91<br>Reclamation Amount:    $52,906.09<br>Unsecured Amount:      $59,021.23<br>Modified Total:        $135,676.23<br><br>Case Number*     Secured     Priority      Unsecured<br>05-44640                             $76,655.00     $59,021.23<br>                                     $76,655.00     $59,021.23 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15226<br>Date Filed: 07/31/2006<br>Docketed Total: $87,775.20<br>Filing Creditor Name and Address:<br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT, CA 94538 | Claim Holder Name and Address<br>DELTA PRODUCTS CORPORATION　Docketed Total: $87,775.20<br>4405 CUSHING PKWY<br>FREMONT, CA 94538<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                          $87,775.20<br>                                                     $87,775.20 | Cure Amount: $5,388.80<br>Reclamation Amount: $12,986.67<br>Unsecured Amount: $64,858.48<br>Modified Total: $83,233.95<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                    $18,375.47   $64,858.48<br>                                $18,375.47   $64,858.48 |
| Claim: 273<br>Date Filed: 11/01/2005<br>Docketed Total: $953,170.47<br>Filing Creditor Name and Address:<br>ENGINEERED MATERIALS SOLUTION INC<br>39 PERRY AVE<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC   Docketed Total: $953,170.47<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*   Secured     Priority   Unsecured<br>05-44481       $311,406.63              $641,763.84<br>               $311,406.63              $641,763.84 | Cure Amount: $936,111.55<br>Reclamation Amount: $8,549.38<br>Unsecured Amount: $0.00<br>Modified Total: $944,660.93<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                  $944,660.93    $0.00<br>                              $944,660.93    $0.00 |
| Claim: 12839<br>Date Filed: 07/28/2006<br>Docketed Total: $492,938.78<br>Filing Creditor Name and Address:<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name and Address<br>FUJITSU COMPONENTS AMERICA INC   Docketed Total: $492,938.78<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $492,938.78<br>                                                   $492,938.78 | Cure Amount: $442,630.78<br>Reclamation Amount: $2,018.40<br>Unsecured Amount: $25,572.40<br>Modified Total: $470,221.58<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                  $444,649.18    $25,572.40<br>                              $444,649.18    $25,572.40 |

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13773<br>Date Filed: 07/31/2006<br>Docketed Total: $5,721,969.77<br>Filing Creditor Name and Address:<br>HITACHI AUTOMOTIVE PRODUCTS USA INC<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC<br>666 THIRD AVENUE<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC   Docketed Total: $27,569.59<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $27,569.59<br>                                              $27,569.59 | Cure Amount:           $1,493.42<br>Reclamation Amount:   $26,076.17<br>Unsecured Amount:<br>Modified Total:        $27,569.59<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $27,569.59<br>                                      $27,569.59 |
| | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP   Docketed Total: $5,694,400.18<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $5,694,400.18<br>                                              $5,694,400.18 | Cure Amount:           $308,459.68<br>Reclamation Amount:<br>Unsecured Amount:      $5,385,940.50<br>Modified Total:        $5,694,400.18<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $308,459.68    $5,385,940.50<br>                               $308,459.68    $5,385,940.50 |
| Claim: 2186<br>Date Filed: 03/03/2006<br>Docketed Total: $41,085.40<br>Filing Creditor Name and Address:<br>HOSIDEN AMERICA CORPORATION<br>MASUDA FUNAI ET AL<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC   Docketed Total: $41,085.40<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK, NY 10001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $41,085.40<br>                                              $41,085.40 | Cure Amount:           $3,101.80<br>Reclamation Amount:    $1,423.64<br>Unsecured Amount:      $36,309.96<br>Modified Total:        $40,835.40<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $4,525.44      $36,309.96<br>                               $4,525.44      $36,309.96 |

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE****

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6943<br>Date Filed: 05/26/2006<br>Docketed Total: $806,779.79<br>Filing Creditor Name and Address:<br>IRISO USA INC<br>34405 W TWELVE MILE RD STE 237<br>FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Docketed Total: $747,926.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $747,926.37<br>                                             $747,926.37 | Cure Amount: $246,683.32<br>Reclamation Amount: $58,853.42<br>Unsecured Amount: $498,003.65<br>Modified Total: $803,540.39<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                     $305,536.74  $498,003.65<br>                                $305,536.74  $498,003.65 |
| Claim: 14052<br>Date Filed: 01/06/2006<br>Docketed Total: $1,881,302.43<br>Filing Creditor Name and Address:<br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017<br>Docketed Total: $1,881,302.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $572,707.98  $1,308,594.45<br>                         $572,707.98  $1,308,594.45 | Cure Amount: $872,133.82<br>Reclamation Amount: $101,905.91<br>Unsecured Amount: $907,262.70<br>Modified Total: $1,881,302.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                     $974,039.73  $907,262.70<br>                                $974,039.73  $907,262.70 |
| Claim: 8403<br>Date Filed: 06/23/2006<br>Docketed Total: $1,254,523.02<br>Filing Creditor Name and Address:<br>JUDD WIRE INC<br>124 TURNPIKE RD<br>TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br>Docketed Total: $1,254,523.02<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $1,254,523.02<br>                                             $1,254,523.02 | Cure Amount: $1,234,631.96<br>Reclamation Amount: $19,027.57<br>Unsecured Amount:<br>Modified Total: $1,253,659.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                     $1,253,659.53<br>                                $1,253,659.53 |

*See Exhibit B for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12141<br>Date Filed: 07/28/2006<br>Docketed Total: $151,106.18<br>Filing Creditor Name and Address:<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348 | Claim Holder Name and Address<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348<br><br>Docketed Total: $151,106.18<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                      $151,106.18<br>                               $151,106.18 | Cure Amount: $147,796.71<br>Reclamation Amount: $3,309.47<br>Unsecured Amount:<br>Modified Total: $151,106.18<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $151,106.18   $0.00<br>                               $151,106.18   $0.00 |
| Claim: 13974<br>Date Filed: 07/31/2006<br>Docketed Total: $1,659,326.20<br>Filing Creditor Name and Address:<br>LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019<br><br>Docketed Total: $1,659,326.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $1,659,326.20<br>                               $1,659,326.20 | Cure Amount: $961,417.90<br>Reclamation Amount: $40,000.00<br>Unsecured Amount: $657,908.30<br>Modified Total: $1,659,326.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $1,001,417.90  $657,908.30<br>                               $1,001,417.90  $657,908.30 |
| Claim: 9989<br>Date Filed: 07/20/2006<br>Docketed Total: $203,557.41<br>Filing Creditor Name and Address:<br>MASTER MOLDED PRODUCTS CORP<br>1000 DAVIS RD<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $203,557.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $21,774.05   $181,783.36<br>                               $21,774.05   $181,783.36 | Cure Amount: $151,546.49<br>Reclamation Amount: $21,774.05<br>Unsecured Amount: $30,236.87<br>Modified Total: $203,557.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $173,320.54   $30,236.87<br>                               $173,320.54   $30,236.87 |

*See Exhibit B for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2229<br>Date Filed: 03/09/2006<br>Docketed Total: $360,413.11<br>Filing Creditor Name and Address:<br>NICHICON AMERICA CORPORATION<br>CO GARY D SANTELLA<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $360,413.11<br><br>Case Number* 05-44640  Secured  Priority  Unsecured $360,413.11<br>Total: $360,413.11 | Cure Amount: $323,881.42<br>Reclamation Amount: $5,052.44<br>Unsecured Amount: $17,039.47<br>Modified Total: $345,973.33<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567  $11,399.82  $98.06<br>05-44640  $317,534.04  $16,941.41<br>Totals: $328,933.86  $17,039.47 |
| Claim: 4531<br>Date Filed: 05/02/2006<br>Docketed Total: $201,340.46<br>Filing Creditor Name and Address:<br>NMB TECHNOLOGIES CORPORATION<br>9730 INDEPENDENCE AVE<br>CHATSWORTH, CA 91311 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $201,340.46<br><br>Case Number* 05-44481  Secured $201,340.46  Priority  Unsecured<br>Total: $201,340.46 | Cure Amount: $82,444.55<br>Reclamation Amount: $4,056.80<br>Unsecured Amount: $114,599.11<br>Modified Total: $201,100.46<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $84,231.35  $111,637.60<br>05-44507  $2,270.00  $2,961.51<br>Totals: $86,501.35  $114,599.11 |
| Claim: 9647<br>Date Filed: 07/12/2006<br>Docketed Total: $618,507.09<br>Filing Creditor Name and Address:<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614<br><br>Docketed Total: $618,507.09<br><br>Case Number* 05-44481  Secured  Priority  Unsecured $618,507.09<br>Total: $618,507.09 | Cure Amount: $3,899.32<br>Reclamation Amount: $29,174.77<br>Unsecured Amount: $585,433.00<br>Modified Total: $618,507.09<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $33,074.09  $585,433.00<br>Totals: $33,074.09  $585,433.00 |

\*See Exhibit B for a listing of debtor entities by case number.

Page 7 of 10

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2482<br>Date Filed: 04/03/2006<br>Docketed Total: $1,495,516.58<br>Filing Creditor Name and Address:<br>ROHM ELECTRONICS USA LLC<br>KLEHR HARRISON HARVEY BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA, PA 19102-5003 | Claim Holder Name and Address<br>ROHM ELECTRONICS USA LLC<br>KLEHR HARRISON HARVEY BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA, PA 19102-5003<br><br>Docketed Total: $1,495,516.58<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $1,495,516.58<br>                                         $1,495,516.58 | Cure Amount: $1,243,514.92<br>Reclamation Amount: $107,101.70<br>Unsecured Amount: $65,227.47<br>Modified Total: $1,415,844.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567            $24,180.77  $1,600.80<br>05-44640            $1,326,435.85  $63,626.67<br>                    $1,350,616.62  $65,227.47 |
| Claim: 16683<br>Date Filed: 10/14/2005<br>Docketed Total: $22,443.37<br>Filing Creditor Name and Address:<br>SAGAMI AMERICA LTD<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br>SAGAMI AMERICA LTD<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601<br><br>Docketed Total: $22,443.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481            $22,443.37<br>                    $22,443.37 | Cure Amount: $20,850.57<br>Reclamation Amount: $1,592.80<br>Unsecured Amount:<br>Modified Total: $22,443.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640            $22,443.37<br>                    $22,443.37 |
| Claim: 12258<br>Date Filed: 07/28/2006<br>Docketed Total: $1,040,216.50<br>Filing Creditor Name and Address:<br>STANLEY ELECTRIC SALES OF AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,040,216.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640            $124,235.47  $915,981.03<br>                    $124,235.47  $915,981.03 | Cure Amount: $1,021,697.13<br>Reclamation Amount: $9,446.88<br>Unsecured Amount: $0.00<br>Modified Total: $1,031,144.01<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640            $1,024,687.01  $0.00<br>05-44567            $6,457.00<br>                    $1,031,144.01  $0.00 |

*See Exhibit B for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

Case No. 05-44481 (RDD)                                  Pg 9 of 10                                  Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 987<br>Date Filed: 12/05/2005<br>Docketed Total: $987,308.58<br>Filing Creditor Name and Address:<br>  TESSY PLASTICS CORP<br>  488 RT S W<br>  ELBRIDGE, NY 13060 | Claim Holder Name and Address<br>  HAIN CAPITAL HOLDINGS LLC   Docketed Total: $987,308.58<br>  301 RTE 17 6TH FL<br>  RUTHERFORD, NJ 07070<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $987,308.58<br>                                           $987,308.58 | Cure Amount: $185,190.51<br>Reclamation Amount: $9,176.58<br>Unsecured Amount: $588,096.41<br>Modified Total: $782,463.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $194,367.09   $588,096.41<br>                          $194,367.09   $588,096.41 |
| Claim: 6671<br>Date Filed: 05/23/2006<br>Docketed Total: $130,235.05<br>Filing Creditor Name and Address:<br>  THALER MACHINE COMPANY<br>  257 HOPELAND ST<br>  DAYTON, OH 45408 | Claim Holder Name and Address<br>  LONGACRE MASTER FUND LTD   Docketed Total: $130,235.05<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $130,235.05<br>                                           $130,235.05 | Cure Amount: $25,282.40<br>Reclamation Amount: $31,412.25<br>Unsecured Amount: $73,540.40<br>Modified Total: $130,235.05<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $56,694.65    $73,540.40<br>                          $56,694.65    $73,540.40 |
| Claim: 2065<br>Date Filed: 02/21/2006<br>Docketed Total: $126,918.43<br>Filing Creditor Name and Address:<br>  TRANS MATIC MFG CO INC<br>  MILLER JOHNSON<br>  PO BOX 306<br>  GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>  REDROCK CAPITAL PARTNERS LLC   Docketed Total: $126,918.43<br>  475 17TH ST STE 544<br>  DENVER, CO 80202<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $126,918.43<br>                                           $126,918.43 | Cure Amount: $42,141.40<br>Reclamation Amount: $6,207.62<br>Unsecured Amount: $76,956.34<br>Modified Total: $125,305.36<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $48,349.02    $76,956.34<br>                          $48,349.02    $76,956.34 |

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10208<br>Date Filed: 07/21/2006<br>Docketed Total: $2,157,348.20<br>Filing Creditor Name and Address:<br>WAMCO INC<br>AKIN GUMP STRAUSS HAUER & FELD<br>2029 CENTURY PARK E 24TH FL<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $2,157,348.20 | Cure Amount:<br>Reclamation Amount:<br>Unsecured Amount:<br>Modified Total: | | | $2,019,184.94<br>$40,599.17<br>$97,564.09<br>$2,157,348.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,157,348.20<br>$2,157,348.20 | Case Number*<br>05-44640 | Secured | Priority<br>$2,059,784.11<br>$2,059,784.11 | Unsecured<br>$97,564.09<br>$97,564.09 |

**Total Claims to be Modified: 27**

**Total Amount as Docketed:**     $23,273,198.87

**Total Amount as Modified:**     $22,402,123.25

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.