In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

05-44481-rdd    Doc 12687-5    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit C
Pg 1 of 12

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ADRONICS ELROB MFG CORP | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALMETALS CO | 8455 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMERICAN PRODUCTS COMPANY | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 10208 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

05-44481-rdd    Doc 12687-5    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit C
Pg 2 of 12

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| AMROC INVESTMENTS LLC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AFX INDUSTRIES LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF HY LEVEL INDUSTRIES INC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF NATIONAL SEMICONDUCTER CORP | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANALOG DEVICES INC | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC/LONGACRE MASTER FUND LTD | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ASM CAPITAL LP | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 533 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATG PRECISION PRODUCTS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATMEL CORPORATION | 1165 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BANK OF AMERICA NA | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BELLMAN MELCOR INC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BOURNS INC | 6683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CAPITAL MARKETS AS ASSIGNEE OF ST MARYS CARBON CO INC | 11854 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

05-44481-rdd    Doc 12687-5    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit C  
Pg 4 of 12

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| CAPSONIC GROUP LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAROLINA FORGE COMPANY LLC EFT | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CELTIC PRODUCTS INC | 5580 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CINCH CONNECTORS INC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| COFICAB PORTUGAL COMPANHIA | 6802 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CTS CORPORATION | 11257 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CURTIS SCREW COMPANY LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CURTIS SCREW COMPANY LLC/MADISON NICHE OPPORTUNITIES LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DAWLEN CORP | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DEUTSCHE BANK SECURITIES INC/GOLDMAN SACHS CREDIT PARTNERS LP | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| EMERSON & CUMING INC | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ENGINEERED MATERIALS SOLUTION INC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ENGINEERED SINTERED COMPONENTS INC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ERWIN QUARDER INC | 1464 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| GAGNIER PRODUCTS RKM INC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| GRINER ENGINEERING INC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAERTER STANZTECHNIK GMBH | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC/SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| HITACHI AUTOMOTIVE PRODUCTS USA INC | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| IRISO USA INC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JIFFY TITE CO INC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JPMORGAN CHASE BANK NA | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | 14052 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JUDD WIRE INC | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KADDIS MANUFACTURING CORPORATION | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KICKHAEFER MANUFACTURING CO KMC | 12141 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

05-44481-rdd    Doc 12687-5    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit C
Pg 7 of 12

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| KINETICS | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LDI INCORPORATED | 9832 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC/ZYLUX ACOUSTIC CORP | 805 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION | 15469 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP | 15113 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | 13974 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD/SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| M A COM INC | 15926 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MACAUTO USA INC | 9431 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MASTER MOLDED PRODUCTS CORP | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| METFORM CORP | 5452 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MOLDTECH INC | 3736 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| NICHICON AMERICA CORPORATION | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NMB TECHNOLOGIES CORPORATION | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| OSRAM OPTO SEMICONDUCTORS INC | 9961 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| OTTO BOCK POLYURETHANE TECHNOLOGIES INC | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| P J SPRING CO INC | 1640 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA FKA AROMAT CORP | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PRECISION METAL PARTS INC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| RADIALL INCORPORATED DBA RADIALL LARSEN ANTENNA TECHNOLOGIES | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT CORP | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT PAINT & VARNISH CO IN | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Seventh Omnibus Claims Objection

05-44481-rdd    Doc 12687-5    Filed 02/15/08    Entered 02/15/08 20:02:54    Exhibit C
Pg 10 of 12

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC | 2387 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SAFETY COMPONENTS FABRIC EFT | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SAGAMI AMERICA LTD | 16683 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SANYO SEMICONDUCTOR CORPORATION | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SCAPA TAPES N A | 1735 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPCP GROUP LLC | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS ASIGNEE OF KANE MAGNETICS GMBH | 14136 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPIRAL INDUSTRIES INC | 4221 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ST MARYS CARBON CO INC | 11854 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| STEPHENSON & LAWYER INC | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

10

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| T & L AUTOMATICS INC | 11259 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TEMPEL STEEL CO | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TESSY PLASTICS CORP | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| THALER MACHINE COMPANY | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TOYOTA TSUSHO AMERICA INC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TPG CREDIT OPPORTUNITIES FUND LP/WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TWIST INC | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| UNIVERSAL METAL SERVICE EFT | 3975 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| US FARATHANE CORPORATION | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VIBRACOUSTIC GMBH & CO KG | 8588 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9452 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9453 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VOGELSANG CORP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| WAMCO INC | 10208 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| WAUCONDA TOOL AND ENGR CO EFT | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WINDSOR MACHINE & STAMPING LTD | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ZYLUX ACOUSTIC CORP | 805 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |