BARNES & THORNBURG LLP
Attorneys for Clarion Corporation of America
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2008, he caused a copy of Clarion Corporation of America's *Response and Objection to Debtor's Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed.R.Bankr.P. 9010* to be filed electronically via the Court's ECF system. Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 15th day of February, 2008, a copy of Clarion Corporation of America's *Response and Objection to Debtor's Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of*

*Reorganization, 11 U.S.C. § 105(a), and Fed.R.Bankr.P. 9010* was served (i) via e-mail upon the Master Service List and 2002 Service List and (ii) upon the following via Federal Express.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Bonnie Steingart
Fried, Frank, Harris, Shiver & Jacobson LLP
One New York Plaza
New York, NY 10004

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

Robert J. Resenberg
Mark A. Broud
Latham & Watkins LLP
885 3rd Avenue
New York, NY 10022

Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court
1 Bowling Green
New York, NY 10004

Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Dated: February 18, 2008

/s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mowens@btlaw.com

*Attorneys for Clarion Corporation of America*

INDS01 MOWENS 1018024v1