Hearing Date: February 21, 2008 at 10:00 a.m. (Eastern)
Response Date and Time: February 19, 2008 at 4:00 p.m. (Eastern)

Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone: (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone: (716) 847-8400
Fax: (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )
         Debtors.                                           )    (Jointly Administered)
                                                            )
------------------------------------------------------------x

### DECLARATION OF GEORGE R. DIAZ-ARRASTIA, ESQ. IN SUPPORT OF OBJECTION AND RESPONSE OF E.I. DU PONT DE NEMOURS TO DEBTORS' MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(A), AND FED. R. BANK. P. 9010

I, George R. Diaz-Arrastia, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.   I am an attorney at law and a Partner at the firm of Schirrmeister Diaz-Arrastia Brem LLP in Houston, Texas (sometimes referred to as "the firm").  Schirrmeister Diaz-Arrastia Brem

{00053068.DOC; 1}

LLP is Primary Law Firm ("PLF") that has been retained by E. I. du Pont de Nemours and Company ("DuPont") to represent it and its subsidiaries. I am the Account Manager for DuPont at the firm. As a PLF, Schirrmeister Diaz-Arrastia Brem LLP has an on-going relationship with DuPont in which the firm represents DuPont and its subsidiaries on legal matters of diverse nature throughout the United States. Included among the legal matters in which the firm represents DuPont and its subsidiaries are the representation of DuPont Mexico and other Latin American subsidiaries in the United States, and the representation of DuPont with regard to cross-border issues involving the United States, Mexico and other Latin American countries. Part of this representation is the representation of DuPont and its subsidiaries in bankruptcy cases in the United States that implicate the Latin American business of DuPont and its subsidiaries.

2.   On January 10, 2008, DuPont Mexico's office in Monterrey, Mexico received a Notification of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization. The Notification was addressed to "DuPont E I de Nemours Inc.", which is not the correct name of any DuPont subsidiary of which I am aware. The Notification stated that a form stating whether DuPont agreed or not with a proposed cure amount and whether the cure amount was to be paid in cash or in "Plan currency" must be returned to an address in El Segundo, California by 7:00 p.m. on the very next day, January 11, 2008, or all objections to assumption or assumption and assignment of the contract and all objections to the cure amount would be waived. In order to comply with the immediately impending deadline, I was instructed by my client to fill out and sign the form, and return it to the appropriate address.

Dated: February 18, 2008

George R. Diaz-Arrastia

{00053068.DOC; 1} - 2 -