LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178)
Timothy S. McFadden (TSM 9650)

-and-

LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re:                                                    Chapter 11 Case No.
                                                          05-44481 (RDD)
DELPHI CORP, et al.
                                                          (Jointly Administered)
                                    Debtors.
-------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Timothy S. McFadden, being duly sworn according to law, depose and say that I am an

attorney with the law firm Locke Lord Bissell & Liddell LLP.

    On February 18, 2008, I caused a true copy of the **Limited Objection of Methode**

**Electronics, Inc. to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices**

**and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation**

**Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010** to be served

via Federal Express, upon the following addresses listed below:

CHI1 1460254v.1

| Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | **Counsel for the Creditors Committee**<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Rosenberg and Mark Broude |
|---|---|
| **Delphi Corporation**<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | **Counsel for the Official Committee of Equity Security Holders**<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| **Counsel for the Debtors**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. | **United States Trustee**<br>Office of the U.S. Trustee for the Southern<br>District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard |
| **Counsel for the Agent**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein and Brian Resnick | **Counsel for Blue Angel Claims LLC**<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, New York 10281-1003<br>Attn: Keith Sambur and Joon Hong |

Dated: February 18, 2008

_/s/ Timothy S. McFadden_
Timothy S. McFadden

CHI1 1460254v.1