Delphi Legal Information Hotline:
Toll Free:      (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u><br><br><div align="right">Debtors.</div> | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>**Hearing Date:**    **February 26, 2008**<br>**Time:**             **10:00 a.m.**<br>**Objection Deadline: February 19, 2008**<br>                  **4:00 p.m.**<br>                  (Prevailing Eastern Time) |

**SIXTH INTERIM FEE APPLICATION OF**
**BLAKE, CASSELS & GRAYDON LLP AS CANADIAN COUNSEL FOR**
**DEBTORS FOR ALLOWANCE AND PAYMENT OF INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER**
**11 U.S.C. §§330 AND 331**

| | |
|---|---|
| Name of Applicant: | Blake, Cassels & Graydon LLP |
| Authorized to Provide Professional Services to: | Delphi Corporation and Affiliated Debtors |
| Date of Retention Order: | May 15, 2006 effective *nunc pro tunc* to January 9, 2006 |
| Period for Which Compensation and Reimbursement are Sought: | June 1, 2007 to September 30, 2007 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | Cdn$16,920.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | Cdn$1,312.37 |
| Prior Amounts Requested and/or Paid to Date: | Cdn$13,887.80 |

Delphi Legal Information Hotline:
Toll Free:      (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u><br><br>                    Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>**Hearing Date:**  **February 26, 2008**<br>**Time:**         **10:00 a.m.**<br>**Objection Deadline: February 19, 2008**<br>                       **4:00 p.m.**<br>                       (Prevailing Eastern Time) |

## SIXTH INTERIM FEE APPLICATION OF BLAKE, CASSELS & GRAYDON LLP AS CANADIAN COUNSEL FOR DEBTORS FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. §§330 AND 331

       Blake, Cassels & Graydon LLP ("Blakes"), Canadian counsel for Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submits this sixth interim fee application (the "Fee Application"), pursuant to 11 U.S.C. §§330 and 331, seeking interim allowance and payment of compensation for professional services rendered by Blakes for the period from June 1, 2007 to September 30, 2007 (the "Compensation Period"), and for reimbursement of actual and necessary expenses incurred in connection with such services during the Compensation Period.  In support of this Fee Application, Blakes represents as follows:

### Background

       1.     On October 8, 2005 (the "Petition Date"), Delphi and certain of its U.S. subsidiaries and affiliates filed voluntary petitions in this Court for reorganization relief under

chapter 11 of title 11 of the United States Code, 11 U.S.A. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. This Court entered orders directing the joint administration of the Debtors' chapter 11 cases.

2.      On October 17, 2005, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee"). No trustee or examiner has been appointed in the Debtors' cases.

3.      On May 5, 2006, the Bankruptcy Court entered its Order establishing a Fee Committee, which thereafter established its Fee Protocol.

4.      The Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.      The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**Retention of Blakes**

6.      On April 21, 2006, the Debtors applied to this Court for an order approving the retention of Blakes as Canadian counsel, effective *nunc pro tunc* to January 9, 2006 (the "Retention Application").

7.      On May 15, 2006, this Court entered an order (the "Retention Order"), authorizing the Debtors to employ Blakes as their Canadian counsel under the terms set forth in the Retention Application.

8.      In the Retention Application, the Debtors disclosed that Blakes' fees for professional services are based on its standard hourly rates, which are subject to periodic increases in the normal course of Blakes' business, and reimbursement of charges and disbursements.

**Summary of Requested Professional Compensation and Reimbursement of Expenses**

9.       This Fee Application has been prepared in accordance with (a) the
Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New
York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"); (b) the
United States Trustee Guidelines for Reviewing Applications for Compensation and
Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the
"UST Guidelines"); and (c) the Order Under 11 U.S.C. § 331 Establishing Procedures for
Interim Compensation and Reimbursement of Expenses of Professionals dated November 4,
2005, as amended, (collectively, the "Interim Compensation Order", collectively with the Local
Guidelines and the UST Guidelines, the "Guidelines").  Pursuant to the Local Guidelines, a
certification regarding compliance with same is attached hereto as **Exhibit A**.

10.       By this Fee Application, Blakes respectfully requests interim allowance
for professional services rendered to the Debtors during the Compensation Period, in the amount
of Cdn$16,920.00, and reimbursement of necessary expenses incurred in connection with the
rendering of such services, in the amount of Cdn$1,312.37.

11.       Blakes believes that the services rendered have conferred significant
benefit on the bankruptcy estates.  Further, Blakes believes that its billing rates are reasonable
and are consistent with customary rates charged by similar firms.

12.       Pursuant to the Guidelines, annexed hereto as **Exhibit B** is a schedule
setting forth all of Blakes' timekeepers who have performed services in these Chapter 11 cases
during the Compensation Period, the hourly billing rate charged for services performed by each
such timekeeper, the aggregate number of hours and the fees billed therefor, and the year of call
for each partner or associate.  Exhibit B includes certain timekeepers who have billed less than
10 hours during the Compensation Period.  These timekeepers were consulted for their particular
expertise in connection with an issue raised and the Debtors' estates benefited from that
expertise.

13.       Pursuant to the Guidelines, annexed hereto as **Exhibit C** is a schedule
specifying the categories of expenses for which Blakes is seeking reimbursement and the total

amount for each such expense category.  The rate charged for duplicating or photocopying is Cdn$.10 per page.

14.    Blakes has no agreement of any kind, express or implied, to divide with any other person or entity any portion of the compensation sought or to be received by it in these cases.

### Services Performed

15.    During the Compensation Period, Blakes has worked closely with the Debtors and their advisors in, among other things, monitoring the dispute and arbitration proceedings between a key Canadian parts supplier and the former owner of the business, responding to a notice served on Blakes to produce documents relating to the negotiation of the arrangements between Delphi and the supplier and reviewing the reorganization plan, and related agreements, of the supplier.

16.    Blakes has created separate and unique matter numbers to which its professionals assigned the time billed by them in connection with the services provided to the Debtors.  These matters are titled "Supplier Matters", "Litigation", "Promotions" and "Fee Applications".  All of Blakes' professionals keep a detailed record of the time spent rendering such services and separated tasks in billing increments of one-tenth of an hour.  All matters are billed based upon the actual hours worked and the applicable hourly rates.

17.    The services provided during the Compensation Period for Supplier Matters include monitoring arbitration proceedings between the shareholders of the supplier; reviewing reorganization plan, and related agreements, of the Supplier; and discussing timing of restructuring transaction with client.  The detailed time entries for these services are included in the invoices for Supplier Matters attached as **Exhibit D**.  For this matter, Blakes professionals expended 7.1 hours during the Compensation Period for which Blakes seeks compensation of Cdn$3,142.00.

18.    The services provided during the Compensation Period for Litigation include assembling documents requested in connection with the arbitration proceedings, reviewing them for privilege and confidentiality and redacting certain documents being

produced.  The detailed time entries for these services are included in the invoices for Litigation
attached as **Exhibit E**.  Blakes professionals expended 13.4 hours during the Compensation
Period for which Blakes seeks compensation of Cdn$6,203.50.

19.    The services provided during the Compensation Period for Promotions
include reviewing contest materials, revising terms and conditions and providing advice and
information pertaining to Canadian contests; reviewing tax requirement issues regarding rewards
programs; commenting on and preparing contest rule checklist, skill testing question, advertising
and official rules.  The detailed time entries for these services are included in the invoices for
Promotions attached as **Exhibit F**.  Blakes professionals expended 10.5 hours during the
Compensation Period for which Blakes seeks compensation of Cdn$4,337.00.

20.    Blakes is also seeking compensation for the time spent during the
Compensation Period in preparing the monthly fee statements and the fifth interim fee
application; and preparing and submitting data files.  The detailed time entries for these services
are included in the invoices for Fee Applications attached as **Exhibit G**.  Blakes professionals
expended a total of 12.1 hours during the Compensation Period for which Blakes seeks
compensation of Cdn$3,237.50.

21.    Blakes has served its monthly fee statements for each of the above-noted
matters on (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n:  General
Counsel, (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606, Att'n:  John Wm. Butler, Jr., Esq., (iii) the Office of the United States
Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New
York 10044, Att'n:  Alicia M. Leonhard, Esq., (iv) counsel for the Official Committee of
Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-
4802, Att'n:  Robert J. Rosenberg Esq., (v) counsel for the agent under the Debtors' prepetition
credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York
10017, Att'n:  Marissa Wesley, Esq., and (vi) counsel for the agent under the Debtors'
postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York
10017, Att'n:  Marlane Melican, Esq.  In addition, the fee statements were also served on the
following members of the Fee Committee not included above:  i) John D. Sheehan, Vice

President and Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy,
Michigan 48098; and ii) Valeria Venable, Credit Manager, GE Plastics, Americas, 9930 Kincey
Avenue, Huntersville, North Carolina 28078. As of the date of this Fee Application, no
objections to the monthly fee statements have been raised.

        22.     To the extent that time or disbursement charges for services rendered or
disbursements incurred relate to the Compensation Period but were not processed prior to the
preparation of this Fee Application or did not appear in the monthly statements annexed as
Exhibits D, E, F or G, Blakes reserves the right to request additional compensation for such
services and reimbursement for such expenses in future fee applications.

### Statutory Basis for Relief Sought

        23.     Blakes seeks compensation for actual, necessary professional services
rendered and reimbursement of reasonable expenses incurred on behalf of the Debtors during the
Compensation Period. Section 330(a)(1) of the Bankruptcy Code provides that the Bankruptcy
Court may award (a) reasonable compensation for actual, necessary services rendered by the
trustee, examiner, professional person, or attorney and by any paraprofessional person employed
by such person; and (b) reimbursement for actual, necessary expenses. Section 330(a)(3)(A)
provides as follows:

> In determining the amount of reasonable compensation to be
> awarded, the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including (A) the time spent on such services; (B) the rates charged
> for such services; (C) whether the services were necessary to the
> administration of, or beneficial at the time at which the service was
> rendered toward the completion of, a case under this title; (D)
> whether the services were performed within a reasonable amount
> of time commensurate with the complexity, importance, and nature
> of the problem, issue or task addressed; and (E) whether the
> compensation is reasonable based on the customary compensation
> charged by comparably skilled practitioners in cases other than
> cases under this title.

24.    Section 331 governs the allowance of interim compensation to
professionals and provides:

> ... any professional person employed under section 327 or 1103 of
> this title may apply to the court not more than once every 120 days
> after an order for relief in a case under this title, or more often if
> the court permits, for such compensation for services rendered
> before the date of such an application or reimbursement for
> expenses incurred before such date as is provided under section
> 330 of this title.  After notice and a hearing, the court may allow
> and disburse to such applicant such compensation or
> reimbursement.

25.    The services for which Blakes seeks compensation and the expenses for
which Blakes seeks reimbursement in this Fee Application were necessary for and beneficial to
the Debtors' estates and their rehabilitation and reorganization efforts.  The compensation
requested is reasonable in light of the nature, extent and value of such services to the Debtors,
their estates and all parties in interest.  As a result, approval of the compensation for professional
services and reimbursement of expenses sought herein is warranted.

WHEREFORE, Blakes respectfully requests that the Court enter an order
(a) approving and allowing Blakes' Fee Application for professional services rendered as
Canadian counsel for the Debtors during the Compensation Period in the amount of
Cdn$16,920.00, plus reimbursement of actual and necessary expenses incurred in the amount of
Cdn$1,312.37; (b) authorizing and directing the Debtors to pay to Blakes the total amount of
Cdn$18,232.37, or the difference between the amount allowed herein and the amounts
previously paid to Blakes; and (c) granting such other and further relief as is just and/or proper.

Dated:          Toronto, Ontario, Canada
                November 29, 2007

                            **BLAKE, CASSELS & GRAYDON LLP**
                            Canadian Counsel for Delphi Corporation, et al.,
                            Debtors and Debtors in Possession

                            Per: _____
                            Name: James P. Dube
                                  Box 25, Commerce Court West
                                  199 Bay Street
                                  Toronto, Ontario  M5L 1A9
                                  Telephone:     416-863-2532
                                  Facsimile:     416-863-2563
                                  Email:         jim.dube@blakes.com



**EXHIBIT A**

Delphi Legal Information Hotline:
Toll Free:      (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>**Hearing Date: February 26, 2008**<br>**Time:            10:00 a.m.**<br>**Objection Deadline: February 19, 2008**<br>**4:00 p.m.**<br>(Prevailing Eastern Time) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SIXTH**
**INTERIM FEE APPLICATION OF BLAKE, CASSELS & GRAYDON LLP**
**FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

I, James P. Dube, hereby certify that:

1.      I am a Partner of Blake, Cassels & Graydon LLP ("Blakes") and have
assisted in the chapter 11 cases of Delphi Corporation and certain of its subsidiaries and
affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the
"Debtors"), and in respect of compliance with (a) the Amended Guidelines for Fees and
Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by
the Court on April 19, 1995 (the "Local Guidelines"); (b) the United States Trustee Guidelines
for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11
U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines"); and (c) the Order Under 11
U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals dated November 4, 2005, as amended, (collectively, the "Interim Compensation Order", collectively with the Local Guidelines and the UST Guidelines, the "Guidelines").

2.      This certification is made in respect of Blakes' Sixth Interim Fee Application, dated November 29, 2007 (the "Fee Application"), for allowance of interim compensation and reimbursement of expenses for the period commencing June 1, 2007 through to and including September 30, 2007, in accordance with the Guidelines.

3.      I have read the Fee Application and have approved it for service and filing with the Court.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Fee Application fall with the Local Guidelines.

5.      The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Blakes and generally accepted by Blakes' clients.

6.      Blakes has complied with the provisions of the Local Guidelines and the Interim Compensation Order by providing monthly statements of Blakes' fees and disbursements accrued during the previous month to (i) the Debtors; (ii) Skadden, Arps, Slate, Meagher & Flom LLP; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP; (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP; (vi) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell; and (vii) members of the Fee Committee not included above.

7.      In accordance with the Local Guidelines and the Interim Compensation Order, a copy of the Fee Application is being provided to (i) the Debtors; (ii) Skadden, Arps, Slate, Meagher & Flom LLP; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP; (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson

12162748.1                                      - 2 -

Thacher & Bartlett LLP; (vi) counsel for the agent under the Debtors' postpetition credit facility,
Davis Polk & Wardell; and (vii) members of the Fee Committee not included above.  Notice of
the filing of the Fee Application is also being sent to those parties listed on the "Master Service
List" and the "2002 List" found on the Delphi legal information website
(www.delphidocket.com).


Dated:          Toronto, Ontario, Canada
                November 29, 2007

                                            James P. Dube
                                            **BLAKE, CASSELS & GRAYDON LLP**
                                            Barristers and Solicitors
                                            Box 25, Commerce Court West
                                            199 Bay Street
                                            Toronto, Ontario  M5L 1A9
                                            Telephone:      416-863-2532
                                            Facsimile:      416-863-2563
                                            Email:          jim.dube@blakes.com



**EXHIBIT B**

## SUMMARY OF TIMEKEEPERS, HOURS AND HOURLY RATES
### (June 1, 2007 to September 30, 2007)

| Timekeeper | Title | Yr. of Call | Hrly Rate (Cdn) | # of Hours | Fees Billed (Cdn) |
|---|---|---|---|---|---|
| Flynn, Marc | Associate | 2006 | $300.00 | 4.9 | $1,470.00 |
| Grundy, Susan | Partner | 1980 | $760.00 | 4.4 | $3,344.00 |
| McNaughton, Elizabeth | Partner | 1972 | $725.00 | 0.5 | $362.50 |
| Stepak, Paul | Associate | 2001 | $510.00 | 0.9 | $459.00 |
| Thompson, Nancy | Paralegal | N/A | $255.00 | 17.5 | $4,462.50 |
| Alice Tseng | Partner | 1998 | $510.00 | 0.1 | $51.00 |
| Weinrib, Laura | Associate | 2004 | $385.00 | 9.0 | $3,465.00 |
| Wong, Sharon | Partner | 1988 | $570.00 | 5.8 | $3,306.00 |
| **TOTALS:** | | | | **43.1** | **$16,920.00** |



## EXHIBIT C

### SUMMARY OF EXPENSES
### (June 1, 2007 to September 30, 2007)

| Category | Amount |
|---|---|
| Courier | $1,171.77 |
| Duplicating (Cdn$.10 per page) | 139.90 |
| Telephone/Facsimile | .70 |
| **Total** | **$1,312.37** |



# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**EXHIBIT "D"**

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

August 27, 2007

| | |
|---|---|
| Invoice: | 1305256 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

Attention:  Charles E. Brown

**Re: Supplier Matters**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2007, as follows:

| | |
|---|---|
| **Total Fees** | $ 1,752.00 |
| **Total Due in Canadian Currency** | $ 1,752.00  CAD |

## This invoice may be paid in U.S. Currency: $ 1,717.65 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1305256 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1305256 | Main Branch, Commerce Court West | , |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:  August 27, 2007
Invoice No.:  1305256

**Re: 000002. Supplier Matters**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/07 | Grundy, Susan | Telephone call from C. Brown regarding proposed restructuring of ownership of Carter business (.2). | 0.2 | 760.00 | $ 152.00 |
| 07/23/07 | Grundy, Susan | Reviewing email from Owens Wright regarding proposed reorganization of Carter Group and forwarding materials to C. Brown (.2). | 0.2 | 760.00 | 152.00 |
| 07/25/07 | Flynn, Marc | Receiving instructions from S. Grundy (.1). | 0.1 | 300.00 | 30.00 |
| 07/25/07 | Grundy, Susan | Reviewing materials regarding proposed Carter Group restructuring (.3); meeting with M. Flynn (.1). | 0.4 | 760.00 | 304.00 |
| 07/26/07 | Flynn, Marc | Review of consent materials (1.3). | 1.3 | 300.00 | 390.00 |
| 07/27/07 | Flynn, Marc | Reviewing materials (.1); discussion with S. Grundy (.2). | 0.3 | 300.00 | 90.00 |
| 07/27/07 | Grundy, Susan | Discussion with M. Flynn (.2). | 0.2 | 760.00 | 152.00 |
| 07/28/07 | Grundy, Susan | Email to C. Brown (.2). | 0.2 | 760.00 | 152.00 |
| 07/30/07 | Flynn, Marc | E-mail to client regarding revisions to draft Landlord Agreement and other matters related to the restructuring of the Carter business (.8); e-mail to counsel for 208 (.3). | 1.1 | 300.00 | 330.00 |

**Total Fees for this Matter**    $ 1,752.00

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   August 27, 2007
Invoice No.:   1305256

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Flynn, Marc | FLY | 2.8 | $ 300.00 | $ 840.00 |
| Grundy, Susan | SMG | 1.2 | 760.00 | 912.00 |
| **Total** | | 4.0 | | $ 1,752.00 |

**Total Due for this Matter in Canadian Currency**                    $ 1,752.00  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (July 2007)

**Supplier Matters:**

| Name | Title |
|------|-------|
| Flynn, Marc | Associate |
| Grundy, Susan | Partner |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI 48098
U.S.A.

September 27, 2007

| | |
|---|---|
| Invoice: | 1310384 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

Attention: Charles E. Brown

**Re: Supplier Matters**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 31, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 630.00 |

| | |
|---|---|
| **Total Due in Canadian Currency** | $ 630.00 CAD |

## This invoice may be paid in U.S. Currency: $ 649.48 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1310384 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1310384 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:  September 27, 2007
Invoice No.:  1310384

**Re: 000002. Supplier Matters**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/02/07 | Flynn, Marc | Review of reorganization plan of 208 (.2); e-mail to C. Brown (.1). | 0.3 | 300.00 | $ 90.00 |
| 08/03/07 | Flynn, Marc | E-mail to counsel to 208 regarding reorganization plans (.1). | 0.1 | 300.00 | 30.00 |
| 08/07/07 | Flynn, Marc | Review of draft Landlord Agreement (.2). | 0.2 | 300.00 | 60.00 |
| 08/09/07 | Flynn, Marc | Review of draft landlord agreement and draft consents (.3). | 0.3 | 300.00 | 90.00 |
| 08/10/07 | Flynn, Marc | Review of draft reorganization documents of 208 (.7); e-mail to client regarding same (.3). | 1.0 | 300.00 | 300.00 |
| 08/14/07 | Flynn, Marc | Mark-up of reorganization documents provided to counsel for 208 (.1). | 0.1 | 300.00 | 30.00 |
| 08/31/07 | Flynn, Marc | E-mail to counsel for 208 regarding anticipated timing of transaction (.1). | 0.1 | 300.00 | 30.00 |

**Total Fees for this Matter** $ 630.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Flynn, Marc | FLY | 2.1 | $ 300.00 | $ 630.00 |
| **Total** | | 2.1 | | $ 630.00 |

**Total Due for this Matter in Canadian Currency** $ 630.00 CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (August 2007)

**Supplier Matters:**

| Name | Title |
|---|---|
| Flynn, Marc | Associate |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

October 30, 2007

| | |
|---|---|
| Invoice: | 1316105 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

Attention:  Charles E. Brown

### Re: Supplier Matters

FOR PROFESSIONAL SERVICES RENDERED
during the period ended September 30, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 760.00 |
| **Total Disbursements** | 0.20 |
| **Total Due in Canadian Currency** | $ 760.20  CAD |

This invoice may be paid in U.S. Currency: $ 817.42 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1316105 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1316105 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt   Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:  October 30, 2007
Invoice No.:  1316105

Re: 000002. Supplier Matters

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/17/07 | Grundy, Susan | Telephone call from R. Coles (.1); reviewing correspondence and returning call to R. Coles (.1). | 0.2 | 760.00 | $ 152.00 |
| 09/20/07 | Grundy, Susan | Telephone call from R. Coles (.2). | 0.2 | 760.00 | 152.00 |
| 09/21/07 | Grundy, Susan | Telephone call to C. Brown (.1). | 0.1 | 760.00 | 76.00 |
| 09/24/07 | Grundy, Susan | Telephone call to C. Brown and reporting to R. Coles (.3). | 0.3 | 760.00 | 228.00 |
| 09/27/07 | Grundy, Susan | Email and telephone call from C. Brown to A. Dryer regarding outstanding arbitration issues (.2). | 0.2 | 760.00 | 152.00 |

Total Fees for this Matter                                        $ 760.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Grundy, Susan | SMG | 1.0 | $ 760.00 | $ 760.00 |
| **Total** | | 1.0 | | $ 760.00 |

### Disbursements

| | | |
|---|---|---|
| Telephone/Facsimile | $ 0.20 | |
| | | $ 0.20 |

Total Due for this Matter in Canadian Currency                   $ 760.20  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (September 2007)

**Supplier Matters:**

| Name | Title |
|------|-------|
| Grundy, Susan | Partner |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS          **EXHIBIT E**          **INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653                                                    Page: 1

---

Delphi Corporation                                              July 26, 2007
5825 Delphi Drive
Mail Code - 480 410 254          Invoice:        1299671
Troy, MI  48098                  Billing Lawyer:  Grundy, Susan
U.S.A.                           GST No.:         R119396778
                                 Client:          00070528
Attention:  Charles E. Brown     Matter:          000004

### Re: Litigation

FOR PROFESSIONAL SERVICES RENDERED
during the period ended June 30, 2007, as follows:

|  |  |
|---|---:|
| **Total Fees** | $ 6,203.50 |
| **Total Disbursements** | 120.99 |
| **Total Due in Canadian Currency** | $ 6,324.49 CAD |

## This invoice may be paid in U.S. Currency: $ 6,324.49 USD

---

| CAD Wiring Instructions: | USD Wiring Instructions: |  |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1299671 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: |  |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce |  |
| Reference: Invoice No. 1299671 | Main Branch, Commerce Court West |  |
|  | Toronto, Ontario M5L 1A2 |  |

| If you wish further instructions please contact Pat Carrano at 416.863.4346. |
|---|

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

Blake, Cassels & Graydon LLP

Page: 2

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   July 26, 2007
Invoice No.:   1299671

## Re: 000004. Litigation

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/11/07 | Grundy, Susan | Email from S. Goldman (.7). | 0.7 | 760.00 | $ 532.00 |
| 06/11/07 | Thompson, Nancy | Telephone call from S. Wong regarding redacted documents (.2); e-mail message to S. Wong regarding same (.1); discussion with S. Wong (.1). | 0.4 | 255.00 | 102.00 |
| 06/11/07 | Wong, Sharon | Drafting response to e-mail from S. Goldman (1.2). | 1.2 | 570.00 | 684.00 |
| 06/22/07 | Grundy, Susan | Emails with S. Wong regarding confidential materials (.1); reviewing draft undertaking and discussing it with S. Wong (.2). | 0.3 | 760.00 | 228.00 |
| 06/22/07 | Wong, Sharon | Engaged regarding production of documents (.3); drafting undertakings (1.7); e-mails with C. Brown and with M. Solmon and S. Goldman (.3); meeting with M. Solmon (.2). | 2.5 | 570.00 | 1,425.00 |
| 06/25/07 | Grundy, Susan | Discussion with N. Thompson regarding request for additional documents, locating and reviewing prior confidentiality undertakings (.7). | 0.7 | 760.00 | 532.00 |
| 06/25/07 | Thompson, Nancy | Discussion with S. Wong and preparing documents for review by S. Goldman (.5); reviewing various e-mail messages and undertaking to be provided (.2); discussion with S. Goldman (.2); reviewing documents marked and requested by S. Goldman and arranging for copies to be put on disks (.7); reviewing documents marked privileged and various discussion with S. | 2.7 | 255.00 | 688.50 |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BLAKE, CASSELS & GRAYDON LLP                                        Page: 3

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS          Invoice Date:    July 26, 2007
                                                             Invoice No.:     1299671

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Grundy and S. Wong (.8); drafting covering letter to S. Goldman (.3). | | | |
| 06/25/07 | Wong, Sharon | Dealing with production of documents to Valad (1.6). | 1.6 | 570.00 | 912.00 |
| 06/26/07 | Thompson, Nancy | Reviewing disks and ensuring correct documents included (.5); letter to S. Goldman delivering disk (.3); preparing and swearing affidavit regarding same (.6). | 1.4 | 255.00 | 357.00 |
| 06/27/07 | Grundy, Susan | Reviewing proposed undertaking from M. Solmon and discussing comments with N. Thompson (.2) | 0.2 | 760.00 | 152.00 |
| 06/27/07 | Thompson, Nancy | Reviewing voice mail message from M. Solmon and forwarding copy of same to S. Wong (.1); arranging for copy of disk of documents provided to S. Goldman (.2); discussion with S. Wong (.2); reviewing previous undertaking executed by the Valad Parties and revising same for the Carter Parties (.4); e-mail message to C. Brown regarding same (.1); discussions with S. Grundy and S. Wong (.2). | 1.2 | 255.00 | 306.00 |
| 06/27/07 | Wong, Sharon | Dealing with request for documents from M. Solmon (.2). | 0.2 | 570.00 | 114.00 |
| 06/28/07 | Wong, Sharon | Making arrangements to obtain undertaking from B. Carter and M. Solmon (.3). | 0.3 | 570.00 | 171.00 |

**Total Fees for this Matter**                                    $ 6,203.50

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

Page: 4

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   July 26, 2007
Invoice No.:    1299671

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Grundy, Susan | SMG | 1.9 | $ 760.00 | $ 1,444.00 |
| Thompson, Nancy | NAB | 5.7 | 255.00 | 1,453.50 |
| Wong, Sharon | SW | 5.8 | 570.00 | 3,306.00 |
| **Total** | | 13.4 | | $ 6,203.50 |

### Disbursements

| | | |
|---|---|---|
| Courier | $ 105.19 | |
| Duplicating | 15.30 | |
| Telephone/Facsimile | 0.50 | |
| | | $ 120.99 |

**Total Due for this Matter in Canadian Currency**          $ 6,324.49  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
## (June 2007)

**Litigation:**

| Name | Title |
|------|-------|
| Grundy, Susan | Partner |
| Thompson, Nancy | Paralegal |
| Wong, Sharon | Partner |



# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

**EXHIBIT "F"**

Page: 1

Delphi Corporation                                                    July 26, 2007
5825 Delphi Drive
Mail Code - 480-410-254          Invoice:        1299949
Troy, MI  48098                  Billing Lawyer:  Grundy, Susan
U.S.A.                           GST No.:         R119396778
                                 Client:          00070528
Attention:  James G. Derian      Matter:          000005
            Delphi Legal Staff, Litigation

**Re: Promotions**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended June 30, 2007, as follows:

|  |  |
|---|---|
| **Total Fees** | $ 2,323.00 |

| | |
|---|---|
| **Total Due in Canadian Currency** | $ 2,323.00  CAD |

## This invoice may be paid in U.S. Currency: $ 2,323.00 USD

---

| **CAD Wiring Instructions:** | **USD Wiring Instructions:** | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1299949 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1299949 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

Page: 2

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   July 26, 2007
Invoice No.:   1299949

**Re: 000005. Promotions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/07 | McNaughton, Elizabeth | Reviewing warehouse distributor material and message to L. Weinrib (.3). | 0.3 | 725.00 | $ 217.50 |
| 06/14/07 | Weinrib, Laura | Telephone call with J. Derian regarding provision of general advice and information regarding Canadian contests (.3). Reviewing proposed "Get Hooked on Delphi" Rewards Programs terms and conditions and drafting revisions and comments to same (1.5). | 0.3 | 385.00 | 115.50 |
| 06/14/07 | Weinrib, Laura | Reviewing proposed "Get Hooked on Delphi" Rewards Programs terms and conditions and drafting revisions and comments to same (1.5). | 1.5 | 385.00 | 577.50 |
| 06/15/07 | McNaughton, Elizabeth | Speaking with L. Weinrib regarding warehouse employee contest (.2). | 0.2 | 725.00 | 145.00 |
| 06/15/07 | Stepak, Paul | Conferring with L. Weinrib regarding tax question (.2); reviewing same (.2). | 0.4 | 510.00 | 204.00 |
| 06/15/07 | Weinrib, Laura | Discussing "Get Hooked" rewards program with E. McNaughton (.2); revising terms and conditions regarding same and providing same to J. Derian with explanatory e-mail (.5); speaking with P. Stepak regarding taxation issues in the "Get Hooked" rewards program (.2). | 0.9 | 385.00 | 346.50 |
| 06/20/07 | Stepak, Paul | Drafting correspondence to L. Weinrib regarding tax question | 0.5 | 510.00 | 255.00 |

# BLAKE, CASSELS & GRAYDON LLP

Page: 3

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:  July 26, 2007
Invoice No.:   1299949

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | (.3); discussion with L. Weinrib (.2). | | | |
| 06/20/07 | Weinrib, Laura | Considering reasons for skill-testing requirement in the "Get Hooked" promotion and telephone call with J. Derian providing explanation regarding same (.4); telephone call with P. Stepak regarding tax reporting requirements for prizes given to employees of third party dealers in the "Get Hooked" promotion (.2); reviewing e-mail regarding same (.1). | 0.7 | 385.00 | 269.50 |
| 06/25/07 | Weinrib, Laura | Reviewing "Hot Time in Homestead" promotion official rules (.5). | 0.5 | 385.00 | 192.50 |

**Total Fees for this Matter**     $ 2,323.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| McNaughton, Elizabeth | ELM | 0.5 | $ 725.00 | $ 362.50 |
| Stepak, Paul | PST | 0.9 | 510.00 | 459.00 |
| Weinrib, Laura | LMW | 3.9 | 385.00 | 1,501.50 |
| **Total** | | 5.3 | | $ 2,323.00 |

**Total Due for this Matter in Canadian Currency**     $ 2,323.00  CAD

## SUMMARY OF TIMEKEEPER AND TITLE
### (June 2007)

**Promotions:**

| Name | Title |
|------|-------|
| McNaughton, Elizabeth | Partner |
| Stepak, Paul | Associate |
| Weinrib, Laura | Associate |

12127303.1

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480-410-254
Troy, MI  48098
U.S.A.

August 27, 2007

| | |
|---|---|
| Invoice: | 1305259 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000005 |

Attention:  James G. Derian
            Delphi Legal Staff, Litigation

**Re: Promotions**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2007, as follows:

**Total Fees** $ 1,475.50

**Total Due in Canadian Currency** $ 1,475.50  CAD

## This invoice may be paid in U.S. Currency: $ 1,446.57 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1305259 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1305259 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   August 27, 2007
Invoice No.:    1305259

**Re: 000005. Promotions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/05/07 | Weinrib, Laura | Reviewing Hot Time in Homestead Promotion Rules and related advertising (1.0); drafting revisions and comments to rules and advertising to ensure compliance with Canadian law (1.2). | 2.2 | 385.00 | $ 847.00 |
| 07/06/07 | Tseng, Alice | Speaking to L. Weinrib regarding skill-testing question requirement and disclosure issues for promotion (.1). | 0.1 | 510.00 | 51.00 |
| 07/06/07 | Weinrib, Laura | Discussing with A. Tseng regarding skill testing question requirement (0.1); finalizing revisions and comments to the Hot Time in Homestead contest rules and related advertising (1.2); providing same to J. Derian with covering e-mail (0.2). | 1.5 | 385.00 | 577.50 |

**Total Fees for this Matter**              $ 1,475.50

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Tseng, Alice | ALT | 0.1 | $ 510.00 | $ 51.00 |
| Weinrib, Laura | LMW | 3.7 | 385.00 | 1,424.50 |
| **Total** | | 3.8 | | $ 1,475.50 |

**Total Due for this Matter in Canadian Currency**          $ 1,475.50  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (July 2007)

**Promotions:**

| Name | Title |
|------|-------|
| Tseng, Alice | Partner |
| Weinrib, Laura | Associate |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Delphi Corporation
5825 Delphi Drive
Mail Code - 480-410-254
Troy, MI 48098
U.S.A.

September 27, 2007

| | |
|---|---|
| Invoice: | 1310386 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000005 |

Attention: James G. Derian
Delphi Legal Staff, Litigation

### * * * Please remit this page with your payment * * *
### * * * Terms: Due and Payable Upon Receipt * * *

Re: Promotions

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 31, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 539.00 |
| **Total Due in Canadian Currency** | $ 539.00 CAD |

## This invoice may be paid in U.S. Currency: $ 555.67 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1310386 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1310386 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

---

Delphi Corporation
5825 Delphi Drive
Mail Code - 480-410-254
Troy, MI  48098
U.S.A.

September 27, 2007

| | |
|---|---|
| Invoice: | 1310386 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000005 |

Attention:  James G. Derian
            Delphi Legal Staff, Litigation

**Re: Promotions**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 31, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 539.00 |

| | |
|---|---|
| **Total Due in Canadian Currency** | $ 539.00 CAD |

## This invoice may be paid in U.S. Currency: $ 555.67 USD

---

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1310386 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1310386 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    September 27, 2007
Invoice No.:    1310386

**Re: 000005. Promotions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/27/07 | Weinrib, Laura | Drafting random draw contest rules checklist to be used in Canada (1.0); reviewing proposed template random draw contest rules (0.4). | 1.4 | 385.00 | $ 539.00 |

**Total Fees for this Matter**                                                    $ 539.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Weinrib, Laura | LMW | 1.4 | $ 385.00 | $ 539.00 |
| **Total** | | 1.4 | | $ 539.00 |

**Total Due for this Matter in Canadian Currency**                        $ 539.00  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (August 2007)

**Promotions:**

| Name | Title |
|------|-------|
| Weinrib, Laura | Associate |



# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**EXHIBIT "G"**

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

July 26, 2007

| | |
|---|---|
| Invoice: | 1299667 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

**Re: Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended June 30, 2007, as follows:

| | |
|---|---|
| **Total Fees** | $ 280.50 |
| **Total Disbursements** | 252.72 |
| **Total Due in Canadian Currency** | $ 533.22  CAD |

## This invoice may be paid in U.S. Currency: $ 533.22 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1299667 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1299667 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

Page: 2

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    July 26, 2007
Invoice No.:     1299667

**Re: 000003. Fee Applications**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/05/07 | Thompson, Nancy | Preparing data file for April and submitting same (.1). | 0.1 | 255.00 | $ 25.50 |
| 06/12/07 | Thompson, Nancy | Reviewing prebills for preparation of monthly fee statement (.2). | 0.2 | 255.00 | 51.00 |
| 06/27/07 | Thompson, Nancy | Reviewing e-mail message from A. Zsoldos and responding to same (.1); preparing monthly fee statement for May (.3). | 0.4 | 255.00 | 102.00 |
| 06/28/07 | Thompson, Nancy | Email messages to and from S. Grundy (.1); letter to notice parties serving monthly statement (.2); e-mail message and letter to K. Craft forwarding copy of monthly statement and original invoice, respectively (.1). | 0.4 | 255.00 | 102.00 |

**Total Fees for this Matter**                                    $ 280.50

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Thompson, Nancy | NAB | 1.1 | $ 255.00 | $ 280.50 |
| **Total** | | 1.1 | | $ 280.50 |

**Disbursements**

| Courier | $ 252.72 |
|---------|----------|
| | $ 252.72 |

**Total Due for this Matter in Canadian Currency**           $ 533.22  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (June 2007)

**Fee Applications:**

| Name | Title |
|------|-------|
| Thompson, Nancy | Paralegal |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

---

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

Attention:  Charles E. Brown

|  |  |
|---|---|
| | August 27, 2007 |
| Invoice: | 1305257 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

**Re: Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2007, as follows:

| | |
|---|---|
| **Total Fees** | $ 2,548.50 |
| **Total Disbursements** | 740.49 |
| **Total Due in Canadian Currency** | $ 3,288.99 CAD |

## This invoice may be paid in U.S. Currency: $ 3,224.50 USD

---

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1305257 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1305257 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Page: 2

Invoice Date:   August 27, 2007
Invoice No.:    1305257

Re: 000003. Fee Applications

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/10/07 | Thompson, Nancy | Preparing data file for May invoices (.2). | 0.2 | 255.00 | $ 51.00 |
| 07/17/07 | Thompson, Nancy | Reviewing prebills for monthly fee statement (.3); e-mail messages to and from Legal Cost Control regarding list of project codes and categories (.2). | 0.5 | 255.00 | 127.50 |
| 07/18/07 | Thompson, Nancy | Reviewing data file for May invoices (.1). | 0.1 | 255.00 | 25.50 |
| 07/23/07 | Thompson, Nancy | Reviewing data file for May invoices and arranging for corrected version (.3); preparing fifth interim fee application (1.7). | 2.0 | 255.00 | 510.00 |
| 07/24/07 | Grundy, Susan | Reviewing Delphi fee application (.2); discussion with N. Thompson (.1). | 0.3 | 760.00 | 228.00 |
| 07/24/07 | Thompson, Nancy | Drafting fee application (2.0); memorandum to S. Grundy forwarding application for review and comment (.1). | 2.1 | 255.00 | 535.50 |
| 07/25/07 | Thompson, Nancy | Finalizing May data file and submitting same (.2); e-mail messages to and from S. Grundy regarding draft fee application (.4); reviewing and revising draft fee application and forwarding to S. Grundy for execution (1.1). | 1.7 | 255.00 | 433.50 |
| 07/26/07 | Thompson, Nancy | Reviewing draft fee application and comments of S. Grundy (.2); reviewing and revising fee application (.7); finalizing fee application, certificate and notice and arranging for same | 2.5 | 255.00 | 637.50 |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

Page: 3

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    August 27, 2007
Invoice No.:    1305257

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to be executed (.3); letter to notice parties serving fee application (.3); reviewing notice lists and updating service lists (.4); letter to members of service list without e-mail addresses (.3); letter to Bankruptcy Court forwarding fee application, disk, etc., for filing (.2); letter to Drain J. forwarding copy of fee application (.1). | | | |

**Total Fees for this Matter**                                    $ 2,548.50

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Grundy, Susan | SMG | 0.3 | $ 760.00 | $ 228.00 |
| Thompson, Nancy | NAB | 9.1 | 255.00 | 2,320.50 |
| **Total** | | 9.4 | | $ 2,548.50 |

## Disbursements

| | | |
|---|---|---|
| Courier | $ 631.89 | |
| Duplicating | 108.60 | |
| | | $ 740.49 |

**Total Due for this Matter in Canadian Currency**                    $ 3,288.99  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (July 2007)

**Fee Applications:**

| Name | Title |
|------|-------|
| Grundy, Susan | Partner |
| Thompson, Nancy | Paralegal |

12137081.1

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

September 27, 2007

| | |
|---|---|
| Invoice: | 1310385 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

Re: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 31, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 204.00 |
| **Total Disbursements** | 8.80 |
| **Total Due in Canadian Currency** | $ 212.80  CAD |

## This invoice may be paid in U.S. Currency: $ 219.38 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA Code: 026009593 | Reference: Invoice No. 1310385 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1310385 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   September 27, 2007
Invoice No.:    1310385

**Re: 000003. Fee Applications**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/02/07 | Thompson, Nancy | Reviewing e-mail message from S. Trevjo and responding to same (.2). | 0.2 | 255.00 | $ 51.00 |
| 08/27/07 | Thompson, Nancy | E-mail message to A. Zsoldos (.1). | 0.1 | 255.00 | 25.50 |
| 08/28/07 | Thompson, Nancy | Preparing monthly fee statement for July (.3); letter to notice parties serving monthly fee statement (.2). | 0.5 | 255.00 | 127.50 |

**Total Fees for this Matter**     $ 204.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Thompson, Nancy | NAB | 0.8 | $ 255.00 | $ 204.00 |
| **Total** | | 0.8 | | $ 204.00 |

**Disbursements**

| | | |
|--|--|--|
| Duplicating | $ 8.80 | |
| | | $ 8.80 |

**Total Due for this Matter in Canadian Currency**     $ 212.80  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (August 2007)

**Fee Applications:**

| Name | Title |
|------|-------|
| Thompson, Nancy | Paralegal |

12147052.1

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Please write invoice
number(s) on cheque.

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

October 30, 2007

| | |
|---|---|
| Invoice: | 1316106 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

### Re: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED
during the period ended September 30, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 204.00 |
| **Total Disbursements** | 189.17 |
| **Total Due in Canadian Currency** | $ 393.17  CAD |

This invoice may be paid in U.S. Currency: $ 422.76 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1316106 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1316106 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   October 30, 2007
Invoice No.:   1316106

**Re: 000003. Fee Applications**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/11/07 | Thompson, Nancy | Arranging for data file and backup documentation for July invoices (.1). | 0.1 | 255.00 | $ 25.50 |
| 09/12/07 | Thompson, Nancy | Preparing data file for July and submitting same (.3). | 0.3 | 255.00 | 76.50 |
| 09/27/07 | Thompson, Nancy | Preparing monthly fee statement for August (.3); letter to notice parties serving monthly fee statement (.1). | 0.4 | 255.00 | 102.00 |

**Total Fees for this Matter** $ 204.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Thompson, Nancy | NAB | 0.8 | $ 255.00 | $ 204.00 |
| **Total** | | 0.8 | | $ 204.00 |

**Disbursements**

| | | |
|---|---|---|
| Courier | $ 181.97 | |
| Duplicating | 7.20 | |
| | | $ 189.17 |

**Total Due for this Matter in Canadian Currency** $ 393.17  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

## SUMMARY OF TIMEKEEPER AND TITLE
### (September 2007)

**Fee Applications:**

| Name | Title |
|---|---|
| Thompson, Nancy | Paralegal |