BLAKE, CASSELS & GRAYDON LLP
Box 25, Commerce Court West
199 Bay Street, 28th Floor
Toronto, Ontario M5L 1A9
Attention:    Susan M. Grundy
Telephone:   416-863-2572

Canadian Counsel for Delphi Corporation et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:      800-718-5305
International:  248-813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

DELPHI CORPORATION, et al.

                                Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

---

### CERTIFICATE OF SERVICE OF SIXTH INTERIM FEE APPLICATION OF BLAKE, CASSELS & GRAYDON LLP

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005, as amended (collectively, the "Interim Compensation Order"), I served the Sixth Interim Fee Application of Blake, Cassels & Graydon LLP as Canadian Counsel for Debtors for Allowance and Payment of Interim Compensation and Reimbursement of Expenses Under 11 U.S.C. §§ 330 and 331 (the "Fee Application") by sending copies on November 29, 2007 by United Parcel Service for overnight delivery to the Notice Parties, as defined in the Interim Compensation Order, at the addresses listed on Schedule "A" hereto.

12167068.1                              - 1 -

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of the Fee Application has been provided, via electronic mail or regular lettermail where an e-mail address was not provided, to the "Master Service List" and the "2002 List" listed in the database on the Delphi legal information website (www.delphidocket.com) as of the date hereof.

Dated:    Toronto, Ontario
November 29, 2007

> BLAKE, CASSELS & GRAYDON LLP
> Canadian Counsel for Delphi Corporation, et al.,
> Debtors and Debtors in Possession
>
> Per: *Nancy Thompson*
> Name: Nancy Thompson, Law Clerk
> Box 25, Commerce Court West
> 199 Bay Street
> Toronto, Ontario  M5L 1A9
> Telephone:    416-863-2437
> Facsimile:    416-863-2563
> Email:    nancy.thompson@blakes.com

12167068.1 — 2 —

## SCHEDULE "A"

## NOTICE PARTIES

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI, 48098<br>Attention: David M. Sherbin<br>            Vice President and General Counsel | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI, 48098<br>Attention: John D. Sheehan<br>            Vice President and Chief<br>            Restructuring Officer |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY, 10004<br>Attention: Alicia M. Leonhard, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL, 60606<br>Attention: John Wm. Butler, Jr., Esq. |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY, 10017<br>Attention: Marissa Wesley, Esq. | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY, 10022-4802<br>Attention: Robert J. Rosenberg, Esq. |
| Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attention: Marlane Melican, Esq. | GE Plastics, Americas<br>9930 Kincey Avenue<br>Huntersville, NC, 28078<br>Attention: Valeria Venable<br>            Credit Manager |