D. Bradley Young
SANYO Electronic Device (USA) Corporation
2055 Sanyo Avenue
San Diego, CA 92154
(619) 661-4134
(619) 661-4107

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 05-44481 (RDD)<br><br><br>(Jointly Administered) |

## OBJECTION OF SANYO ELECTRONIC DEVICE (USA) CORPORATION TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

SANYO Electronic Device (USA) Corporation ("SANYO") hereby submits this Objection (the "Objection") to the Debtor's Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization dated January 29, 2008, (Docket No. 12375) (the "Cure Notice"). In support of this Objection, SANYO respectfully states as follows:

1. On January 29, 2008, the Debtors filed the Cure Notice, a copy of which is attached hereto as Exhibit A. In the Cure Notice the Debtors indicate that they wish to assume or assume and assign certain executory contracts (hereinafter referred to as the "Purchase Orders") between SANYO and the Debtors. The Purchase Orders were identified on Exhibit 1 to the Cure Notice along with the amounts which were alleged by the Debtors to be owing for prepetition arrearages (the "Cure Amounts") with respect to each of the Purchase Orders.

-1-

2. SANYO hereby objects to the Cure Amounts as alleged by the Debtors on Exhibit 1 to the Cure Notice because the Cure Amount is missing twenty eight (28) invoices under a different Purchase Order.

3. SANYO hereby objects to the Cure Amounts with respect to the Purchase Orders, as documented in SANYO's records, relevant portions of which are attached hereto as Exhibit B, are as follows:

| Purchase Order Number: | 0550045102 | |
|---|---|---|
| Dated | Invoice No. | Invoice Amount |
| 07/02/05 | SD00022 | $1,350.00 |
| 07/29/05 | SD00123 | $ 900.00 |
| 08/05/05 | SD00324 | $ 450.00 |
| 08/09/05 | SD00424 | $ 450.00 |
| 08/10/05 | SD00452 | $ 2,250.00 |
| 08/12/05 | SD00555 | $ 450.00 |
| 08/16/05 | SD00586 | $ 450.00 |
| 08/17/05 | SD00664 | $ 900.00 |
| 08/19/05 | SD00757 | $ 450.00 |
| 08/23/05 | SD00848 | $1,350.00 |
| 08/24/05 | SD00878 | $ 450.00 |
| 08/25/05 | SD00889 | $ 450.00 |
| 08/26/05 | SD00941 | $ 450.00 |
| 08/30/05 | SD01046 | $ 450.00 |
| 08/31/05 | SD01062 | $ 1,800.00 |
| 09/02/05 | SD01148 | $ 1,350.00 |
| 09/06/05 | SD01230 | $ 450.00 |
| 09/07/05 | SD01291 | $ 1,350.00 |
| 09/09/05 | SD01398 | $ 450.00 |

| | | |
|---|---|---|
| 09/09/05 | SD01420 | $ 450.00 |
| 09/14/05 | SD01569 | $ 2,700.00 |
| 09/20/05 | SD01740 | $ 3,150.00 |
| 09/22/05 | SD01843 | $ 450.00 |
| 09/27/05 | SD01982 | $ 2,700.00 |
| 09/29/05 | SD02051 | $ 3,325.00 |
| 10/03/05 | SD02101 | $ 1,995.00 |
| 10/04/05 | SD02135 | $ 1,800.00 |
| 10/06/05 | SD02259 | $ 2,015.00 |

4.    On January 25, 2008, the Bankruptcy Court entered an order confirming Delphi's plan of reorganization. According to the Cure Notice, objections to the Cure amounts must be filed, on or before the 30th day following the effective date of the Plan. Accordingly, this objection is timely filed.

WHEREFORE, for the reason set forth above, SANYO respectfully requests that this Objection be sustained and that the Debtors be prohibited from assuming or assuming and assigning the Purchase Orders unless and until the Debtors cure the Debtors' defaults on the Purchase Orders by payment of the Correct Cure Amounts set forth above in Cash (as defined in the Plan) pursuant to Article 8.2(a) of the Plan.

Dated this 12th day of February 2008

Respectfully submitted,

*D. Bradley Young*

D. Bradley Young, Esq.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I served the following document upon the parties indicated on the attached service list via federal express, priority overnight mail:

*Objection of Sanyo Electronic Device (USA) Corporation to Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization*

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John K. Lyons
        Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Davis Polk & Wardell
Attn:   Donald Bernstein
        Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn:   Robert J. Rosenberg
        Mark A. Broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:   Bonnie Steingart
One New York Plaza
New York, New York 10004

White & Case LLP
Attn:   Thomas E. Lauria
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

White & Case LLP
Attn:   Glenn M. Kurtz
        Gregory Pryor
        John M. Reiss
1155 Avenue of the Americas
New York, New York  10036

Office of the United States Trustee for the Southern District of New York
Attn:   Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York  10004

_____
Maria L. Sarda, Paralegal