# EXHIBIT B

-------- INVOICE --------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047    FAX: (619) 661-1055

PAGE: 1

## PLEASE REMIT TO:
SANYO Electronic Device (U.S.A.) Corp.    NO: SD00022
P.O. Box 31001-0816
Pasadena, CA 91110-0816    DATE: 7/27/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN            46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX            78567

| TO: | FROM: |
|-----|-------|
| M. GONZALEZ | MIKI ISHII |

| YOUR ORDER NO | 0550045102 |
|---|---|
| CUSTOMER CODE NO. / OUR ACCEPTANCE NO. | 2189    SEE BELOW |
| DATE SHIPPED | 7/27/05 |

| SHIPPED VIA | AIR WAY |
|---|---|
| TERMS | COLLECT    NET 45 DAYS |

| BILL OF LADING NO. | 547 218 652 |
|---|---|
| NO. OF CTNS. | 1 |
| WEIGHT (LBS.) | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER NO |
|---|---|---|---|---|---|---|---|
| | 4,500 | 20SA33M+T    DC 20SA33M+T<br>(DMIB0195) | 1626B577 | .3000 | 1,350.00 | .00 US$ | |

FREIGHT    .00 US$
TOTAL    1,350.00 US$

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652 MFG DUNS # 691001317

SHIPPER#: 050712926

RED (0304)



SANYO

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

------- INVOICE -------

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1
NO: SD00123
DATE: 7/29/05

SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

SHIPPED TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78567

| TO: M. GONZALEZ | | | | | | | |
| FROM: MIKI ISHII | | | | | | | |

| YOUR ORDER NO. | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | DATE SHIPPED | SHIPPED VIA | BILL OF LADING NO. | |
|---|---|---|---|---|---|---|
| 05500045102 | 2189 | SEE BELOW | 7/29/05 | AIR WAY | 547238156 | |
| | | | | | COLLECT | NET 45 DAYS |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | NO. OF CTNS. | WEIGHT (LBS) | P/O BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|---|---|
| | 3,000 | 205A33M*T   DC 205A33M*T | 16268577 | .3000 | 900.00 | | | | |
| | | (DMIB0195) | | | | | | | |

FREIGHT .00  US$
TOTAL  900.00  US$

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317
SHIPPER#: 050712946

------- INVOICE -------

# SANYO

## SANYO Electronic Device
## (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO.: SD000324

DATE: 8/05/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                            46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                            78567

| TO: | YOUR ORDER NO. | | SHIPPED VIA: | | BILL OF LADING NO. |
|---|---|---|---|---|---|
| M. GONZALEZ | 0550045102 | | AIR WAY | | 5072927310 |
| FROM: | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | DATE SHIPPED | TERMS: | NO. OF CTNS. | WEIGHT (LBS.) |
| MIKI ISHII | 2189 | SEE BELOW | 8/05/05 | NET 45 DAYS | COLLECT | |

| CASE MARKS | QUANTITY | | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M+T | DC 20SA33M+T (DMIB0195) | 16268577 | .3000 | 450.00 | .00 US$ | |

| | | FREIGHT | | .00 | US$ |
|---|---|---|---|---|---|
| | | **TOTAL** | | 450.00 | US$ |

EXGL 2ND REF# T-JMA-01 VENDER ID1010652 DUNS #6910
01317                              SHIPPER#: 050813172

SED (03364)

------ INVOICE ------

# SANYO

## SANYO Electronic Device
## (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

PAGE:  1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.   NO. SD00420
P.O. Box 31001-0816
Pasadena, CA 91110-0816   DATE: 8/09/05

**SOLD TO:**

DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                    46904

**SHIP TO:**

DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                    78567

| TO | M. GONZALEZ | YOUR ORDER NO. 0550045102 | | | SHIPPED VIA AIR WAY | | BILL OF LADING NO. 507322650 | |
| FROM | MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED 8/09/05 | TERMS: NET 45 DAYS | | NO. OF CTNS: | WEIGHT (LBS) |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|
| | 1,500 | 20SA3JM*T    DC 20SA3JM*T<br>(DMI84009) | 16268577 | .3000 | 450.00 | US$ |

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652 MFG DUNS # 691001317

SHIPPER#: 050813213

| | FREIGHT | .00 | US$ |
|---|---|---|---|
| | TOTAL | 450.00 | US$ |



------- INVOICE -------

# SANYO

## SANYO Electronic Device
## (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1
NO: SD00452
DATE: 8/10/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78567

| TO: | M GONZALEZ | | YOUR ORDER NO. | 0550045102 | | | | BILL OF LADING NO. | 5427137113 |
| FROM: | | | | | | | SHIPPED VIA: AIR WAY | COLLECT | | |
| | | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | | DATE SHIPPED | | TERMS: | NO. OF CTNS. | | WEIGHT (LBS.) |
| MIKI ISHII | | 2189 | SEE BELOW | | 8/10/05 | | NET 45 DAYS | | | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CONTRACT/PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 7,500 | 20SA33M+T   DC 20SA33M+T (DMI84009) | 16268577 | .3000 | 2,250.00 | | |

SHIPPER#: 050813333

| | FREIGHT | .00 | US$ |
|---|---|---|---|
| | TOTAL | 2,250.00 | US$ |

NOTE: BXDL 2ND REF# T-JMA-01
VENDER ID10010652 DUNS N691001317

**SANYO**

------- INVOICE -------

**SANYO Electronic Device
(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: __SD00555__

DATE: ___8/12/05___

| | |
|---|---|
| **SOLD TO** | DELPHI DELCO ELECTRONICS SYSTEMS<br>P.O. BOX 9005<br>M/S PL702<br>KOKOMO<br>IN                46904 |
| **SHIP TO** | DELPHI D DELNOSA PLANT 5-6<br>DELPHI D DELNOSA PLANT 5-6<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS<br>TX                78567 |

| BILL OF LADING NO. | 547 365 652 |
|---|---|
| NO. OF CTNS. | WEIGHT (LBS.) |
| 1 | |

| TO | M. GONZALEZ | YOUR ORDER NO. | 0550045102 | SHIPPED VIA | AIR WAY | COLLECT |
|---|---|---|---|---|---|---|

| FROM | MIKI ISHII | CUSTOMER CODE NO. | 2189 | OUR ACCEPTANCE NO. | SEE BELOW | DATE SHIPPED | 8/12/05 | TERMS | NET 45 DAYS |
|---|---|---|---|---|---|---|---|---|---|

| OUR MODEL NUMBER | CUSTOMER'S PART NUMBER |
|---|---|
| | |

| OUR MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | PO BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 1,500 | 205A33M+T | DC 205A33M+T<br>(DMIB4009) | 16268577 | .3000 | 450.00 | US$ | |

| | FREIGHT | .00 | US$ |
|---|---|---|---|
| | **TOTAL** | 450.00 | US$ |

| NOTE | BAX GLOBAL 2DAY ACCT REF# T-JMA-01<br>VENDER ID # 1010652  MFG DUNS # 691001317<br>SHIPPER#: 05081J369 |
|---|---|

SED 003364J



--------- INVOICE ---------

**SANYO**

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: SD00586
DATE: 8/16/05

TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| M. GONZALEZ | | YOUR ORDER NO. 0550095102 | | | BILL OF LADING NO. 5473B6921 | |
| FROM: MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED: 8/16/05 | SHIPPED VIA: AIR WAY | NO. OF CTNS. COLLECT | WEIGHT (LBS.) |
| | | | | TERMS: NET 45 DAYS | | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 1,500 | 205A33M+T | DC 205A33M+T (DMIB40009) | .3000 | 450.00 | | |
| | | | 16268577 | | | | |

FREIGHT              .00   US$

TOTAL            450.00   US$

NOTE: BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SHIPPER#: 050813480

SED (0339X)



------ INVOICE ------

**SANYO**

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047  FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: ___ 5D00660
DATE: ___ 8/17/05

TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN            46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX            78567

| TO: M. GONZALEZ | | YOUR ORDER NO: 0550045102 | | SHIPPED VIA: AIR MAY | | BILL OF LADING NO: 5471095 |
| FROM: MIKI ISHII | CUSTOMER CODE NO: 21R9 | OUR ACCEPTANCE NO: SEE BELOW | DATE SHIPPED: 8/17/05 | TERMS: NET 45 DAYS | NO. OF CTNS: 1 | WEIGHT (LBS) |

| CASE NUMBER | QUANTITY | OUR MODEL NUMBER | | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE |
|---|---|---|---|---|---|---|---|
| | 3,000 | 20SA33M+T | DC 20SA33M+T (DMI84009) | 16268577 | .3000 | 900.00 | US$ |

FREIGHT .00 US$
TOTAL 900.00 US$

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 050813561

SED (0304)



------ INVOICE ------

# SANYO

## SANYO Electronic Device
## (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SD00757

DATE: 8/19/05

TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| TO: | YOUR ORDER NO: | | | SHIPPED VIA: | | | BILL OF LADING NO: | |
| M. GONZALEZ | 0550045102 | | | AIR WAY | | | 547417634 | |
| FROM | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | DATE SHIPPED | TERMS | | | NO. OF CTNS. | WEIGHT (LBS.) |
| MIKI ISHII | 2189 | SEE BELOW | 8/19/05 | NET 45 DAYS | | | | |

| OUR EMARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER QTY. |
|---|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M+T    OC 20SA33M+T | 16268577 | .3000 | 450.00 | | |
| | | (DMI84009) | | | | | |
| | | | | COLLECT | | | |

| | FREIGHT | .00 | US$ |
|---|---|---|---|
| | TOTAL | 450.00 | US$ |

US$

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SHIPPER#: 050813619

SED (0044)



------- INVOICE -------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047    FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.    NO: SD00828
P.O. Box 31001-0816
Pasadena, CA 91110-0816    DATE: 8/24/05

PAGE: 1

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN    46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX    78567

| | |
|---|---|
| BILL OF LADING NO. | 5474294671 |
| SHIPPED VIA: | AIR WAY |
| TERMS: | COLLECT NET 45 DAYS |

| TO: M. GONZALEZ | YOUR ORDER NO: 0550045102 | | |
|---|---|---|---|
| FROM: MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED: 8/24/05 |

| QUANTITY | OUR MODEL NAME(R) | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE |
|---|---|---|---|---|---|
| 1,500 | 20SA33M+T    0C 20SA33M+T (DMI84009) | 16268577 | .3000 | 450.00 US$ | |

| | |
|---|---|
| FREIGHT | .00 US$ |
| TOTAL | 450.00 US$ |

**NOTE:** BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 050813727

SED (63364)



--------- INVOICE ---------

## SANYO

### SANYO Electronic Device
(U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047    FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: __SD00889__

DATE: __8/25/05__

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN        46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX        78567

| TO: M. GONZALEZ | YOUR ORDER NO. 0550045102 | | BILL OF LADING NO. 547688260 |
| FROM: MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | NO. OF CTNS. | WEIGHT (LBS.) |

| SHIPPED VIA: AIR WAY | TERMS: NET 45 DAYS |
| DATE SHIPPED: 8/25/05 |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | PACKING CHARGE |
|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M*T | OC 20SA33M*T (DMI84009) | 16268577 | .3000 | 450.00 US$ |

| | FREIGHT | COLLECT | .00 US$ |
| | TOTAL | | 450.00 US$ |

NOTE: BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 050813754

SEED 203304

------ INVOICE ------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

## PLEASE REMIT TO:
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE : 1

NO. : SID00941

DATE: 8/26/05

**TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| | |
|---|---|
| BILL OF LADING NO. | 5074 97606 |

| | M. GONZALEZ | MIKI ISHII |
|---|---|---|

| YOUR ORDER NO. | 0550045102 |
|---|---|
| CUSTOMER CODE NO. | 2189 |
| OUR ACCEPTANCE NO. | SEE BELOW |
| DATE SHIPPED | 8/26/05 |
| SHIPPED VIA | AIR WAY |
| TERMS | NET 45 DAYS |

| PLACE MARKS | QUANTITY | OUR PART/DC NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE |
|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M+T    DC 20SA33M+T    (DMI84009) | 16268577 | .3000 | 450.00  US$ | US$ |

FREIGHT    .00  US$
TOTAL    450.00  US$

NO TE:
BAX GLOBAL, 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 050813772

SED (03904)

---------- INVOICE ----------

# 3ANYO

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: S001046

DATE: 8/30/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN           46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX           78567

| TO: M. GONZALEZ | YOUR ORDER NO. 0550095102 | | SHIPPED VIA: AIR WAY | | BILL OF LADING NO. 54752740 |
| FROM: MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED 8/30/05 | TERMS NET 45 DAYS | NO. OF CTNS. | WEIGHT (LBS) |

| CASE MARKS | QUANTITY | OUR ARTICLE NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M*T   OC 20SA33M*T   (DM184009) | 16268577 | .3000 | 450.00  US$ | | |
| | | | | | | .00  US$ | |
| | | | | | **FREIGHT** | | |
| | | | | | **TOTAL** 450.00  US$ | | |

NO TE: BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SHIPPER#: 050813836

SED (03/04)

# SANYO

------- INVOICE -------

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SDD1062

DATE: 8/31/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

**SHIPPED TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78567

BILL OF LADING NO: 567615661

| TO: | M. GONZALEZ | YOUR ORDER NO 0550045102 | | SHIPPED VIA AIR WAY | COLLECT | NO. OF CTNS | WEIGHT (LBS.) |
|---|---|---|---|---|---|---|---|
| FROM: | MIKI ISHII | CUSTOMER CODE NO. 2182 | OUR ACCEPTANCE NO. SEE BELOW | TERMS NET 45 DAYS | | | |

| DATE SHIPPED 8/31/05 | CUSTOMER'S PART NUMBER 16268577 | | | | |
|---|---|---|---|---|---|

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | | UNIT PRICE | AMOUNT | PO BALANCE | BACKORDER |
|---|---|---|---|---|---|---|---|
| | 6,000 | 20SA33M*T | QC 20SA33M*T (DMI84009) | .3000 | 1,800.00 | | |
| | | | | FREIGHT | .00 | US$ | |
| | | | | TOTAL | 1,800.00 | US$ | |

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317
SHIPPER#: 050813926

# SANYO

------- INVOICE -------

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO. SD01148

DATE: 9/02/05

SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                  46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                  78567

| TO: M. GONZALEZ | | | BILL OF LADING NO. 5475.6006 | |
| FROM: MIKI ISHII | | | | |

| CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | YOUR ORDER NO. 0550045102 | DATE SHIPPED | SHIPPED VIA AIR WAY |
| 2189 | SEE BELOW | | 9/02/05 | TERMS NET 45 DAYS |

| QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|
| 4,500 | 205A33M-T  OC 205A33M-T | 16268577 | .3000 | 1,350.00 US$ | .00 US$ | |
| | (DM184009) | | | | | |

NO. OF CTNS: WEIGHT (LBS):

TERMS: COLLECT

| | FREIGHT | .00 US$ |
| | TOTAL | 1,350.00 US$ |

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SHIPPER#: 050914012

SED (0304)

# SANYO

-------- INVOICE --------

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047    FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: SD01230
DATE: 9/06/05

TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

BILLED TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

BILL OF LADING NO.: 5472564Q0

| SOLD TO:            | | FROM: M. GONZALEZ | | | |
|---|---|---|---|---|---|

| YOUR ORDER NO. | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | DATE SHIPPED | SHIPPED VIA | NO. OF CTNS. | WEIGHT (LBS.) |
|---|---|---|---|---|---|---|
| 0550045102 | 2189 | SEE BELOW | 9/06/05 | AIR WAY | | |
| | | | | COLLECT | | |
| | | | | TERMS: NET 45 DAYS | | |

| CUST MARKS | QUANTITY | CUSTOMER'S PART NUMBER | OUR MODEL NUMBER | UNIT PRICE | AMOUNT | PO BALANCE | BACK ORDERED |
|---|---|---|---|---|---|---|---|
| MIKI ISHII | 1,500 | 16268577 | OC 20SA33M*T | .3000 | 450.00 | 450.00 US$ | |
| | | (DMI84009) | 20SA33M*T | | | | |

FREIGHT: .00 US$

TOTAL: 450.00 US$

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPERM: 050914107

5820 (03904)



------- INVOICE -------

# SANYO

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047  FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SD01291
DATE: 9/07/05

**TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                    46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                    78567

| TO: M. GONZALEZ | | YOUR ORDER NO. 05500095102 | | SHIPPED VIA: AIR WAY | | BILL OF LADING NO. 547588261 | |
|---|---|---|---|---|---|---|---|
| FROM: MIMI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED 9/07/05 | TERMS: NET 91 DAYS | | NO. OF CTNS. | WEIGHT & BL'ST |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | M/O BALANCE |
|---|---|---|---|---|---|---|---|
| | 4,500 | 205A33M+T | OC 205A33M+T (DMIB4009) | 16268577 | .3000 | 1,350.00 | US$ |

FREIGHT                    .00  US$

TOTAL                  1,350.00  US$

**NOTE:** BMX GLOBAL 2DAY ACCT REF# T-JNA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 050914210

SED1 (03/04)

# SANYO

-------- INVOICE --------

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047    FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1
NO: SD01398
DATE: 9/09/05

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78567

**TO:**
M. GONZALEZ

**FROM:**
MIXI ISHII

DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

| YOUR ORDER NO. | BILL OF LADING NO. |
|---|---|
| 0550045102 | 547600701 |

| CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | NO. OF CTNS. | WEIGHT (LBS.) |
|---|---|---|---|
| 2180 | SEE BELOW | | |

| DATE SHIPPED | SHIPPED VIA: |
|---|---|
| 9/08/05 | AIR WAY |

| TERMS: | |
|---|---|
| NET 45 DAYS | COLLECT |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | F.O.B. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 1,500 | 20SA33M*T    OC 20SA33M*T | 16268577 | .3000 | 450.00 US$ | US$ | |
| | | (DMI84009) | | | | | |

| | FREIGHT | .00 US$ |
|---|---|---|
| | **TOTAL** | 450.00 US$ |

**NOTE:**
BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317
SHIPPER#: 050914235

SED (03/04)



# SANYO

------ INVOICE ------

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SD01420

DATE: 9/09/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| TO: M. GONZALEZ | YOUR ORDER NO: 0550045102 | | BILL OF LADING NO 5076711016 | |
|---|---|---|---|---|
| FROM: MIKI ISHII | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | NO. OF CTNS. 1 | WEIGHT (LBS.) |
| | DATE SHIPPED 9/09/05 | SHIPPED VIA: AIR WAY | TERMS: NET 45 DAYS | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | F.O.B. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 1,500 | OC 20SA33M*T (DMI84009) | 16268577 | .3000 | 450.00 US$ | COLLECT US$ | |
| | 20SA33M*T | | | | | | |

| | | | | | FREIGHT | .00 US$ |
|---|---|---|---|---|---|---|
| | | | | | TOTAL | 450.00 US$ |

SHIPPER#: 050914278

BAX GLOBAL-2DAY ACCT REF# 1-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SED (0304)

------ INVOICE ------

# SANYO

## SANYO Electronic Device
## (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO.: SD01560

DATE: 9/14/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                    46904

**SHIP TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                    78567

| TO: | M. GONZALEZ | | | | | | BILL OF LADING NO.: 587677690 |
| FROM: | MIKI ISHII | | | | SHIPPED VIA: AIR WAY | | |
| | | YOUR ORDER NO.: 0550045102 | | | | COLLECT | NO. OF CTNS.: | WEIGHT (LBS.): |
| | | CUSTOMER CODE NO.: 2189 | OUR ACCEPTANCE NO.: SEE BELOW | DATE SHIPPED: 9/14/05 | TERMS: NET 45 DAYS | | |

| CASE MARKS | QUANTITY | | YOUR PART NUMBER | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | PTL BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|---|---|
| | 9,000 | 20SA33M*T | 0C 20SA33M*T (DM184009) | 16268577 | | .3000 | 2,700.00 | | |

FREIGHT    .00 US$

TOTAL    2,700.00 US$

**NOTE:** BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317

SHIPPER#: 050914484

5683 (03364)

------- INVOICE -------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SD01740

DATE: 9/20/05

SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                    46904

SHIPPED TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX              78567

| TO | FROM | | | | BILL OF LADING NO |
|---|---|---|---|---|---|
| M. GONZALEZ | MIKI ISHII | | | | 547736151 |

| YOUR ORDER NO | | SHIPPED VIA | | NO. OF CTNS: | WEIGHT (LBS) |
|---|---|---|---|---|---|
| 0550045102 | | AIR WAY | COLLECT | | |

| CUSTOMER CODE NO. | OUR ACCEPTANCE NO | DATE SHIPPED | TERMS: | | |
|---|---|---|---|---|---|
| 2189 | SEE BELOW | 9/20/05 | NET 45 DAYS | | |

| PACKAGE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 10,500 | 2OSA33M-T    OC 2OSA33M-T<br>(DM18400PX) | 16268577 | .3000 | 3,150.00 US$ |

| | FREIGHT | .00 US$ |
|---|---|---|
| | TOTAL | 3,150.00 US$ |

| | PO BALANCE | US$ |
|---|---|---|
| | | BACK ORDER |

NOTE:
BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652   MFG DUNS # 691001317
SHIPPER#: 050914597

BED (P2804)



---------- INVOICE ----------

## SANYO

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: 5D01843

DATE: 9/22/05

TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78567

BILL OF LADING NO: 547 768 034

| FROM | M. GONZALEZ | | YOUR ORDER NO. 0550045102 | | | SHIPPED VIA AIR WAY | | |
|---|---|---|---|---|---|---|---|---|
| | | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED: 9/22/05 | | TERMS NET 45 DAYS | COLLECT | NO. OF CTNS: |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|---|
| MINI IGHII | 1,500 | 205A33M*T | OC 205A33M*T (DMI84009) | 16268577 | .3000 | 450.00 US$ | US$ | WEIGHT (LBS.) |

| | | |
|---|---|---|
| **FREIGHT** | | .00 US$ |
| **TOTAL** | | 450.00 US$ |

BXGL 2ND REF# T-JMA-01 VENDER ID1010652 DUNS #6910
01317                    SHIPPER#: 050914730

NONE

SED (0304)



------ INVOICE ------

**SANYO Electronic Device
(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: SD01982
DATE: 9/27/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN          46904

**SHIP TO:**
DELPHI D DELNOSA PLANT S-6
DELPHI D DELNOSA PLANT S-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX          78562

| TO | M GONZALEZ | | | BILL OF LADING NO. 567811344 |
| FROM | MIXI ISHII | | | |

| YOUR ORDER NO. 0550045102 | CUSTOMER CODE NO. 2189 | OUR ACCEPTANCE NO. SEE BELOW | DATE SHIPPED 9/27/05 | SHIPPED VIA AIR WAY | TERMS NET 45 DAYS | NO. OF CTNS. | WEIGHT (LBS.) |

| CASE MARKS | QUANTITY | PART NUMBER | OUR PACKET NUMBER | CUSTOMER PART NUMBER | UNIT PRICE | AMOUNT | PCS BALANCE |
|---|---|---|---|---|---|---|---|
| | 9,000 | 205A33M*T | DC 205A33M*T (DMIB4009) | 16268577 | .3000 | 2,700.00 US$ | US$ |

FREIGHT      .00 US$
TOTAL      2,700.00 US$

BAX GLOBAL 2DAY ACCT REF# I-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317
SHIPPER#: 050914857

SED (O334H)

-------- INVOICE --------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation

2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1

NO: SD02051
DATE: 9/29/05

SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| | |
|---|---|
| BILL OF LADING NO. | 547B1B162 |
| NO OF CTNS | 1 |
| WEIGHT (LBS.) | |

| TO | YOUR ORDER NO. | |
|---|---|---|
| MR.MARCO GONZALEZ | 055004510.2 | |
| FROM | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. |
| MIKI ISHII | 2189 | SEE BELOW |

| DATE SHIPPED | SHIPPED VIA | |
|---|---|---|
| 9/29/05 | AIR WAY | COLLECT |
| | TERMS | NET 45 DAYS |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE | BACK ORDER |
|---|---|---|---|---|---|---|---|
| | 5,000 | 205N47M   QC 205N47M (DMIB5743) | 1626B5B5 | .6650 | 3,325.00 | US$ | |

| | | |
|---|---|---|
| FREIGHT | .00 | US$ |
| TOTAL | 3,325.00 | US$ |

SHIPPER#: 05091495I

NOTE:
BXGL--2ND-REFMT-3MA-01-VENDER IF 1010652
MFG DUNS# 691001317

BED (030G4)



----- INVOICE -----

**SANYO**

**SANYO Electronic Device**
**(U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

PAGE: 1

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

NO: 5D02101
DATE: 10/03/05

SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN              46904

SHIP TO:
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX              78567

BILL OF LADING NO.
626342762448

| TO | YOUR ORDER NO. | | SHIPPED VIA: | | BILL OF LADING NO. |
|---|---|---|---|---|---|
| MR MARCO GONZALEZ | 0550045102 | | AIR WAY | | COLLECT |

| FROM | CUSTOMER CODE NO. | OUR ACCEPTANCE NO. | DATE SHIPPED | TERMS: | NO. OF CTNS: | WEIGHT (LBS): |
|---|---|---|---|---|---|---|
| MIKI ISHII | 2189 | SEE BELOW | 10/03/05 | NET 45 DAYS | | |

| CASE MARKS: | QUANTITY: | OUR MODEL NUMBER: | CUSTOMER'S PART NUMBER: | UNIT PRICE: | AMOUNT: | B.O. BALANCE: |
|---|---|---|---|---|---|---|
| | 3,000 | 205N47M   OC 205N47M | 16268585 | .6650 | 1,995.00 | US$ |
| | | (DMIB5743X) | | | | |

FREIGHT       .00   US$
TOTAL    1,995.00   US$

SHIPPER#: 051015004

FEDEX P1 CL#123070186
VENDER ID # 1010652   MFG DUNS # 691001317

NOTE:

------- INVOICE -------

# SANYO

**SANYO Electronic Device (U.S.A.) Corporation**
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**PLEASE REMIT TO:**
SANYO Electronic Device (U.S.A.) Corp.
P.O. Box 31001-0816
Pasadena, CA 91110-0816

PAGE: 1
NO: SD021135
DATE: 10/04/05

RECEIVED TO:

DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                46904

RECEIVED TO:

DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                78567

| TO: M. GONZALEZ | | | | SHIPPED VIA: AIR WAY | BILL OF LADING NO: 547882182 | |
| FROM: MIKI ISHII | YOUR ORDER NO: 0550045102 | | | TERMS: NET 45 DAYS | NO. OF CTNS: | WEIGHT (LBS): |
| | CUSTOMER CODE NO: 2189 | OUR ACCEPTANCE NO: SEE BELOW | DATE SHIPPED: 10/04/05 | | | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | P.O. BALANCE |
|---|---|---|---|---|---|---|
| | 20SA33M+T | OC 20SA33M+T | 16268577 | .3000 | 1,800.00 US$ | |
| | 6,000 | (DMI84009) | | | | |

BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # I1010652  MFG DUNS # 691001317

SHIPPER#: 051015036

| | FREIGHT | .00 US$ |
|---|---|---|
| | TOTAL | 1,800.00 US$ |

SED (05/04)

------- INVOICE -------

# SANYO

## SANYO Electronic Device (U.S.A.) Corporation
2055 Sanyo Avenue
San Diego, California 92154-6229
TEL: (619) 671-5047   FAX: (619) 661-1055

**YOUR P.O.:**
DELPHI DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
M/S PL702
KOKOMO
IN                    46904

PAGE: 1

## PLEASE REMIT TO:
SANYO Electronic Device (U.S.A.) Corp.   NO: SD02259
P.O. Box 31001-0816
Pasadena, CA 91110-0816                  DATE: 10/06/05

**WITH REMIT TO:**
DELPHI D DELNOSA PLANT 5-6
DELPHI D DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX                    78567

| TO | MR. MARCO GONZALEZ | | | | BILL OF LADING NO | 547 892 071 |
|---|---|---|---|---|---|---|
| FROM | MIKI ISHII | | | SHIPPED VIA: | AIR WAY | COLLECT |

| CUSTOMER CODE NO | YOUR ORDER NO: | OUR ACCEPTANCE NO: | DATE SHIPPED: | TERMS: | NO. OF CTNS. | WEIGHT (LBS.) |
|---|---|---|---|---|---|---|
| 2189 | 0550045102 | SEE BELOW | 10/06/05 | NET 45 DAYS | 1 | |

| CASE MARKS | QUANTITY | OUR MODEL NUMBER | | CUSTOMER'S PART NUMBER | UNIT PRICE | AMOUNT | #'S UNIT/PCS | BACK ORDER |
|---|---|---|---|---|---|---|---|---|
| | 4,500 | 20SA33M+T | DC 20SA33M+T (DMIB4009) | 16268577 | .3000 | 1,350.00 US$ | US$ | |
| | 1,000 | 20SN47M | DC 20SN47M (DMI85743) | 16268585 | .6650 | 665.00 US$ | US$ | |
| | | | *** SUB TOTAL *** | | | 2,015.00 US$ | US$ | |

| | FREIGHT | .00 US$ |
|---|---|---|
| | **TOTAL** | **2,015.00 US$** |

**NOTE:**
BAX GLOBAL 2DAY ACCT REF# T-JMA-01
VENDER ID # 1010652  MFG DUNS # 691001317

SHIPPER#: 051015150

MED (03X04)