# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Laurie J. Michelson
313 983 7463
michelso@butzel.com

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

February 6, 2008

Clerk of the Court
Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York

    Re:    Bankruptcy Petition No. 05-44481 (RDD) - Chapter 11

Dear Clerk:

    This will advise you of my wish to be removed from the Court's ECF filing system relative to the above-captioned matter. Thank you.

Very truly yours,

Laurie J Michelson

/cm

This letter was also e-filed per the court clerk's direction but I have not been removed from the list.



Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Palm Beach  Washington D.C.  New York
Alliance Offices  Beijing  Shanghai  Member Lex Mundi  www.butzel.com