Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
313.965.8579
Attorneys for Cataler North America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
: Chapter 11
In re  :
: Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,  :
: (Jointly Administered)
Debtors.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WITHDRAWAL OF CATALER NORTH AMERICA'S RESPONSE AND OBJECTION TO THE DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(a), AND FED. R. BANKR. P. 9010 AND REQUEST FOR ORDER DIRECTING THE DEBTORS TO ACCEPT CURE NOTICE**

In reliance on Debtors' representation that, with respect to Cataler North America, Inc. ("Cataler"), the Debtors will withdraw their Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (the "Motion"), Cataler hereby withdraws its Response and Objection to the Motion.

Dated: February 19, 2008        **CLARK HILL PLC**

By: /s/ Joel D. Applebaum
    Joel D. Applebaum (P36774)
    500 Woodward Ave., Suite 3500
    Detroit, MI 48226
    313.965.8579
    japplebaum@clarkhill.com
    *Attorneys for Cataler North America, Inc.*

5558509.1 25777/103229