# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, <u>et</u> <u>al.</u>,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 05-44481 (RDD)**<br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I caused a copy of the Notice of Appearance and Request for Service of Papers filed on behalf of Mirick, O'Connell, DeMallie & Lougee, LLP to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or through the Court's electronic noticing system.

                    /s/ Paul W. Carey
Joseph H. Baldiga, BBO #549963
Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: February 19, 2008      Email: bankrupt@modl.com **AND**
                                                      pwcarey@modl.com

**SERVICE LIST**

**DELPHI CORPORATION, ET AL., DEBTORS**
**CHAPTER 11, CASE NO. 05-44481 (RDD)**
(JOINTLY ADMINISTERED)

| | | |
|---|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>(Debtor) | John William Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Suite 2100<br>333 West Wacker Drive<br>Chicago, IL 60606<br>(Counsel to Debtor) | Office of U.S. Trustee<br>Suite 2100<br>33 Whitehall Street<br>New York, NY 10004<br>(United States Trustee) |
| Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>(Counsel to Creditors Committee) | Michel D. Warner, Esq.<br>Warner Stevens, LLP<br>Suite 1700 BankBoston Tower<br>301 Commerce Street<br>Fort Worth, TX 76102<br>(Counsel to Creditors Committee) | |