IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re                                 :    Chapter 11
:
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
:
                        Debtors.      :    (Jointly Administered)
:
------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Toby M. Worscheck, being duly sworn according to law, depose and say that I am employed by Skadden, Arps, Slate, Meagher & Flom LLP.

On February 11, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight delivery:

- Debtors Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization , 11 U.S.C. § 105 (A), And Fed. R. Bankr. P. 9010 (Docket 12615).

Dated: February 19, 2008

/s/  Toby M. Worscheck
Toby M. Worscheck

Subscribed and sworn to (or affirmed) before
me on this 19th day of February, 2008.

Signature : /s/ William R. Fieberg

Commission Expires: July 29, 2011

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/18/2008 4:57 PM
#614041.XLS