## CERTIFICATE OF SERVICE

    I, MICHAEL A. SCHNEIDER, certify that I am over the age of eighteen years, and am not a party to this action.

    I hereby certify that, on the 19th day of February, 2008, I caused to be served a copy of the foregoing **(1)** Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(2)** Response of Midtown Claims LLC, Attorney In Fact for Palma Took & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(3)** Joinder to the Limited Objection of Methode Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Dierecting the Debtors to Accept Cure Notice by hand upon:

| | |
|---|---|
| Davis Polk & Wardwell<br>Attn: Donald Bernstein & Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017<br>*Attorneys for Agent under the Post Petition Credit Facility* | Latham & Watkins, LLP<br>Attn: Robert J. Rosenberg & Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022<br>*Attorneys for Official Committee of Unsecured Creditors* |
| Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004<br>*Attorneys Official Committee of Equity Security Holders* | United States Trustee for the<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 |

    I hereby further certify that on the 19th day of February, 2008, I caused the foregoing **(1)** Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(2)** Response of Midtown Claims LLC, Attorney In Fact for Palma Took & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(3)** Joinder to the Limited Objection of Methode

Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Dierecting the Debtors to Accept Cure Notice to be served by overnight delivery in a prepaid sealed envelope addressed to the following:

| | |
|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Attn: General Counsel | Attn: John Wm. Butler, Jr. |
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48098 | Chicago, Illinois 60606 |
| | *Attorneys for the Debtors* |

_____
Michael Schneider