# CERTIFICATE OF SERVICE

     I, MICHAEL A. SCHNEIDER, certify that I am over the age of eighteen years, and am not a party to this action.

     I hereby certify that, on the 19th day of February, 2008, I caused to be served a copy of the foregoing **(1)** Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(2)** Response of Midtown Claims LLC, Attorney In Fact for Palma Took & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(3)** Joinder to the Limited Objection of Methode Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Dierecting the Debtors to Accept Cure Notice by hand upon:

| | |
|---|---|
| Davis Polk & Wardwell<br>Attn: Donald Bernstein & Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017<br>*Attorneys for Agent under the Post Petition*<br>*Credit Facility* | Latham & Watkins, LLP<br>Attn: Robert J. Rosenberg & Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022<br>*Attorneys for Official Committee of*<br>*Unsecured Creditors* |
| Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004<br>*Attorneys Official Committee of Equity*<br>*Security Holders* | United States Trustee for the<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 |

     I hereby further certify that on the 19th day of February, 2008, I caused the foregoing **(1)** Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(2)** Response of Midtown Claims LLC, Attorney In Fact for Palma Took & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice, **(3)** Joinder to the Limited Objection of Methode

Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Dierecting the Debtors to Accept Cure Notice to be served by overnight delivery in a prepaid sealed envelope addressed to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Attorneys for the Debtors*

_____
Michael Schneider