Joon P. Hong (JH 3418)
Keith N. Sambur (KS 0416)
Richards Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Attorneys for Blue Angel Claims LLC and Midtown Claims LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
: Chapter 11
In re :
: Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*, :
: (Jointly Administered)
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**VERIFIED STATEMENT OF RICHARDS KIBBE & ORBE LLP PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Richards Kibbe & Orbe LLP ("RK&O") hereby makes the following verified statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1.     RK&O appears in these above referenced chapter 11 cases on behalf of the following creditors (the "Creditors") in connection with certain cure notices:

    A.    Blue Angel Claims LLC
          65 East 55th Street, 19th Floor
          New York, NY  10022

    B.    Midtown Claims LLC

65 East 55th Street, 19th Floor
New York, NY  10022

2.     The nature of the claims held by the Creditors against Delphi Corporation and certain of its above captioned subsidiaries and affiliates (the "Debtors") includes, but is not limited to unsecured claims, a portion of which formed the basis for the cure notices that are the subject of RK&O's representation of the Creditors.  The aggregate amount of claims held by the Creditors total approximately $9,766,000.00.

3.     The Creditors have retained RK&O to represent their interests in connection with the above captioned cases with respect to certain cure notices and responses and objections related thereto filed with the Court on February 19, 2008.

4.     RK&O has never held, nor does it now hold, any claims against or interests in the above referenced Debtors.

5.     If in the future RK&O comes to represent any other party in these bankruptcy cases it will supplement this Statement.

NY438354.1/2276-00005

6. The undersigned verifies under oath that this Statement is true and accurate to the best of the undersigned's knowledge and belief.

Dated: New York, NY
      February 19, 2008

                                        RICHARDS KIBBE & ORBE LLP
                                        /s/ Joon P. Hong
                                        Joon P. Hong (JH 3418)
                                        Keith N. Sambur (KS 0416)
                                        One World Financial Center
                                        New York, New York 10281
                                        Telephone: (212) 530-1800
                                        Facsimile: (212) 530-1801

                                        *Attorneys for Blue Angel Claims LLC*
                                        *and Midtown Claims LLC*

NY438354.1/2276-00005