# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.,                    Chapter 11

                Debtors.                    Case No. 05-44481 (RDD)
------------------------------------------------------------x

## AFFIDAVIT OF BENJAMIN TECMIRE

STATE OF NEW YORK    )
                                )
COUNTY OF NEW YORK  )

      Benjamin Tecmire, being duly sworn, deposes and says:

      1.    I am an employee of Silver Point Capital / SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Fund, Ltd. (collectively, "Silver Point"). Silver Point maintains offices at Two Greenwich Plaza, Greenwich, CT 06830.

      2.    Silver Point has purchased numerous claims in the above-referenced Debtors Chapter 11 cases, and, as a result, Silver Point received notices from the Debtors indicating that information regarding Cure Notices may have been sent to one or more of the original creditors / contract counterparties from whom Silver Point purchased claims against the Debtors (and not delivered to Silver Point), and that such Cure Notices and the elections associated therewith might affect the Debtors claims purchased by Silver Point.

      3.    In order to identify the contract counterparties who received Cure Notices so as to determine if any of Silver Point's claims against the Debtors were affected, I first contacted Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the above-referenced Debtors, on the January 4, 2008, and I requested through Romelia Edwards and

{00330198.DOC;}

Jonathan Carameros, both of whom are employees of KCC, that KCC provide Silver Point with a list of parties who were served with the Cure Notices. I was told by both Ms. Edwards and Mr. Carameros that they would investigate and reply.

4.  I followed up on January 7, 2008 with both Ms. Edwards and Mr. Carameros; and again, both individuals informed me that they would get back to me.

5.  On January 8, 2008, I once again contacted Ms. Edwards and Mr. Carameros, and, at such time, I was informed that information as to whether a Cure Notice was sent particular contract counterparty was confidential, and would only be divulged to that particular contract counterparty.

6.  Upon arriving at work on January 9, 2008, I learned that a list identifying all contract counterparties that received Cure Notices was made public the prior evening.

_____
Benjamin Tecmire

Sworn to before me this 19th day
of February 2008.

By: _Marc S. Diagonale_
Name:
Notary Public, State of Connecticut
No. 142434
Commission Expires: _____

MARC S. DIAGONALE
Notary Public
My Commission Expires 8/31/10

2
{00330198.DOC;}