# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, February 18, 2008, I served the accompanying Objection of Temic Automotive of North America, Inc. and Motorola, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed.R.Bankr.P. 9010 upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
　　　　February 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Amelia J. Crowley
　　　　　　　　　　　　　　　　　　　　　　　　　　　Amelia J. Crowley

NYK 1146738-1.064980.0022