UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

| | |
|---|---|
| In Re: | Case No. 05-44481 (RDD) |
| DELPHI CORP., | Chapter 11 |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On February 19, 2008, a true and correct copy of the *Objection Of Certain Contract Counterparties To The Debtors' Expedited Motion To Strike Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Conformation Order, Plan Of Reorganization, 11 U.S.C. § 105(A), And Fed. R. Bankr. P. 9010,* in the above captioned proceeding, has been caused to be served on the parties by the methods identified on the attached Service List.

By: _/s/ Donna Angiulo_
Donna Angiulo

Sworn to before me this
19$^h$ day of February, 2008.

_/s/ Notary_
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

{00330161.DOC;}

## SERVICE LIST

### HAND DELIVERY
Honorable Robert D. Drain, United States Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

### FAX DELIVERY
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel
Fax: (248) 813-2673

### EMAIL DELIVERY
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
Jbutler@skadden.com
Kayalyn.Marafioti@skadden.com
Thomas.J.Matz@skadden.com
Lisa.Diaz@skadden.com
George.Panagakis@skadden.com
Ron.Meisler@skadden.com
Nathan.Stuart@skadden.com
Sarah.Platt@skadden.com

Davis Polk & Wardwell
450 Lexington Avenue
New York; New York 10017
Att'n: Donald Bernstein and Brian Resnick
Donald.Bertstein@dpw.com
Brian.Resnick@dpw.com

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n Robert J. Rosenberg and Mark A. Broude
Mark.Broude@lw.com
Robert.Rosenberg@lw.com

Fried, Frank, Harris, Shriver
 & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart
Bonnie.Steingart@friedfrank.com

Togut, Segal & Segal, LLP
1 Penn Plaza
New York, NY 10119
Att'n: Neil Berger
Nberger@teamtogut.com

{00330161.DOC;}