

**Saginaw**

February 4, 1991

Dear Employe:

During October, 1990, you received information addressing the 1991 compensation, benefit and policy changes for salaried employes. As part of this package, the policy covering the transfer of employes from the hourly workforce to fill regular salaried positions has changed effective December 1, 1990. One of the provisions of this change states that salaried employes who have previously transferred from hourly and have rights to return to a bargaining unit, have the option to elect <u>all</u> future treatment as a salaried employe.

The primary purpose of this policy change is to eliminate a "non competitive and costly practice for GM". When salaried employes sourced from hourly return to the bargaining unit as a result of a reduction in force, it requires an increase in the Secured Employment Level (SEL) of one hourly employe from layoff. The resulting impact is the addition of two to the hourly rolls.

Our records indicate that you transferred to salary from the hourly workforce. Attached, for your review, is an option form on which to designate your choice of the following alternatives:

1. Elect to "assure" continued treatment only as a salaried employe, and eliminate the possibility of ever being returned to the hourly workforce

or

2. Elect to retain the "ability" to return to hourly as your salaried employment continues, so that if some future event warranted it, you could include a return to hourly as a consideration.

For your reference, also attached is information explaining these alternatives to aid you in your decision.

<u>Please remember that you are only eligible to complete the form if you currently have recall rights to the hourly workforce</u> (i.e. if you are still working at the location of the bargaining unit from where you were sourced). If you have received this information and are not eligible, please disregard this letter and form.

If you are eligible, the option form should be completed, signed and dated by you, then witnessed by your supervisor and returned in the enclosed envelope no later than February 28, 1991.

As you review this request, <u>it is important to be mindful that your status will not be affected by your decision</u>. You will remain on salary and be treated under the provisions of the former salaried policy on a "grandfathered basis", <u>only if you elect to retain your hourly return rights</u>. In other words, you would be "subject to return to hourly in the event of a reduction in force or any other event" that would result in an employe returning to hourly.

Employes transferring to salary after December 1, 1990, will make this same election at the end of 12 months if the position is retained on the salaried rolls. The significant difference is the employe <u>must</u> return to hourly if he/she elects not to relinquish the right to return to the hourly rolls.

If you have any questions, please contact the Personnel Manager or Personnel Director at your site.

| Name | Site | Phone # |
|---|---|---|
| Tom Sampson | Detroit/Detroit Forge | 8-564-2561 |
| Rick Sattler | Alabama | 8-756-5220 |
| Bill Stachura | Buffalo/Tonawanda | 8-439-7117 |
| Dan Wombold | Three Rivers | 8-364-0286 |
| Abner Tansil | Saginaw | 8-357-4368 |

*Harvey Krieger*
H. J. Krieger, Director
Salaried Personnel

/js

attachments