# DAVID P. MARTIN, LLC
LAW OFFICE

519 Energy Center Blvd.
Suite #1104
Northport, AL 35473

www.erisacase.com

Tel. 205 343-1771
Fax 205 343-1781
Davidpmartin@erisacase.com

July 24, 2007
VIA FACSIMILE & 1st Class Mail
1-248-813-1466

Jeffery M. Peterson
Delphi Legal Staff
5825 Delphi Drive
Troy, Michigan 48098

RE:   Pension Benefits for David Gargis, Jimmy Mueller, James Pate,
      Tony Berryman and Keith Livingston

Dear Mr. Peterson:

    Thank you for you letter of July 17, 2007 which I received on July 23, 2007. In connection with my clients requests to be transferred back to hourly employees as promised, please find declarations which have been provided by other Delphi employees who were allowed to transfer. My clients have been trying for approximately a year to obtain this transfer which has forced them to hire counsel. It is my understanding that the union does not have a problem with the transfer and that Delphi is the only hold up on this. They would like to transfer and then participate in the attrition program and early retirement being offered. It appears Delphi has acted arbitrarily in refusing the transfer so far. Thank you very much.

Very Sincerely,

David P. Martin

Enclosures- Declarations
DPM/am

## Declaration of Billy Broadway

My name is Billy Broadway and I receive my mail at 19895 Shady Acres, Athens, Alabama 35614. I formerly worked for Delphi Automotive Systems before I retired in 2005. From 1977 to 1980 I was an hourly employee participating in the hourly pension. After these three years, I was encouraged by management to switch to being a salary employee and participate in the salary pension. I did switch and stayed in salary for about 19 years. We were always told that we could switch back to hourly anytime we wanted to switch.

I noticed that the hourly insurance package was much better and so I determined that I needed to switch back to the hourly pension plan and so I made this request in 2000. My request was honored and I switched to being an hourly employee and participating in the hourly pension plan. I did not lose any of my years of service including the prior hourly pension years of service from 1977 to 1980 or my years of service credited with the salary pension from 1980 to 2000. I had a total of 28 ½ years of service and was credited this with the hourly pension plan when I retired in 2005.

Delphi at times would act inconsistent from what I could tell. Harry Snoddy made a request before me to switch to the hourly pension plan from the salary pension plan and I understood he was not allowed to switch. I did not deal directly with Delphi regarding Harry's problem but I was concerned that they wouldn't allow me to switch either when I made my request. However, I was allowed to switch and it turned out to be very beneficial for me to switch. I was an employee of Delphi Automotive at the time I made the switch.

This declaration is given of my own personal knowledge and is true and correct under penalty of perjury.

*Billy Broadway* (signature)
Billy Broadway

## DECLARATION OF TIM THOMAS

My name is Tim Thomas and I receive my mail at 2121 Park Place Street, Decatur, Alabama, 35601. My home telephone number is 256-350-7956. I am presently an hourly employee with Delphi.

I was hired on with Delphi's predecessor which was called Saginaw Division or a similar name back in November 1983. In approximately July 1984, I switched over to salary and all of my rights in the hourly pension plan transferred with me over to salary. I was in salary for about 9 years and then at the encouragement of management, I switched back to hourly as of January 1, 1994. I did not lose any of my salary years of service and my pension plan was treated as if I had been an hourly employee since my hire date in 1983.

I went to Harry Fuller to assist me in making the switch from the hourly pension plan to salary and then from salary back to hourly. Harry Fuller helped me make these changes. I never saw anything in writing which allowed or prohibited these changes.

The reason why I made the switch was because of personal reasons. I did not like the 2nd shift. I was working as a salary employee and I didn't like paying so much for insurance. The benefits were better for the hourly employees. Additionally, I desired to move back under union protection as the union protected the pension plan. In fact, I was given the impression that management knew I did not like the 2nd shift and management was going to leave me on 2nd shift to encourage me further to switch over as an hourly employee. This included participation in the hourly pension plan. I remained hourly and I am still working as an hourly employee. I have not had any of my pension benefits reduced including my years of service as a salary employee. Everything transferred both times.

This declaration is given under penalty of perjury and is true and correct upon my information and belief. It is further given based upon my personal knowledge and experience.

_____
Tim Thomas