| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | 11-9151997 |
| -----------------------------------------------------------------x | |
| In Re: | Chapter 11 |
| DELPHI CORPORATION, | Case No. 05-44481-rdd<br>Judge Robert D. Drain<br>(Jointly Administered) |
| Debtor. | |
| -----------------------------------------------------------------x | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NASSAU     )

DAWN MIGLIORE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on February 19, 2008, I served a true copy of the attached **REPLY TO OBJECTION OF DEBTOR TO APPLICATION OF JIMMY MUELLER, DAVID GARGIS AND KEITH LIVINGSTON TO VACATE THE AUTOMATIC STAY** dated February 19, 2008, together with *Exhibit "A"*, *Exhibit "B"*, *Exhibit "C"*, *Exhibit "D"* and *Exhibit "E"* by mailing a true copy thereof, by **FEDERAL EXPRESS PRIORITY OVERNIGHT MAIL**, to the person(s) listed below, addressed as follows:

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Michael D. Warner, Esq.
Warner Stevens, LLP
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Latham & Watkins
885 Third Avenue
New York, New York 10022
Attn:  Mark A. Broude, Esq.
       Robert J. Rosenberg, Esq.

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Attn:  Kayalyn A. Marafioti, Esq.
       Thomas J. Matz, Esq.
       Adlai Hardin, Esq.

Skadden, Arps, Slate, Meagher & Flom, LLP
333West Wacker Drive
Suite 2100
Chicago, IL 60606
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.

                                                            DAWN MIGLIORE

Sworn to before me this
19th day of February, 2008

_____
Notary Public

Marc Adam Wasserman
Notary Public, State of New York
No. 02WA5179778
Qualified in Nassau County
Commission Expires December 24, 20 11

W:\Clients A-Z\Clients K-N\Martin.David\AffofServ 003dmm.wpd