HEARING DATE: March 19, 2008 AT 10:00 A.M. (E.T.)
RESPONSE DEADLINE: March 12, 2008 BY 4:00 P.M. (E.T.)

DREIER LLP
Paul Traub (PT 3752)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

DREIER STEIN KAHAN
    BROWNE WOODS GEORGE LLP
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.*,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administrated)

### NOTICE OF MOTION AND REQUEST FOR AN ORDER OF CONTRACT COUNTERPARTIES EXTENDING THE TIME TO FILE CERTAIN NOTICES OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on February 19, 2008, Nichicon America Corp., EPCOS Inc., Sagami America Ltd., Parlex Corporation and Johnson Electric North America, Inc. (the "Contract Counterparties"), filed and served the attached motion (the "Motion") seeking entry of

{00327756.DOC;2}

an order, pursuant to Rule 9006(b)(1)(2) of the Federal Rules of Bankruptcy Procedure, extending the time to file certain Notices Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the relief requested in the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court located at Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **March 19, 2008, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be in writing and be filed with the Bankruptcy Court and served so as to be received by the undersigned counsel for the Contract Counterparties, before **4:00 p.m.(ET)** on **March 12, 2008**. Only those objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the issuance and entry of the Order, with proof of service thereof, is filed with the Court, and a courtesy copy is delivered to the Bankruptcy Judge's Chambers and to DREIER LLP, 499 Park Avenue, New

[This space intentionally left blank]

York, New York 10022, Attn: Maura I. Russell, Esq., so that same is received by **4:00 p.m. (ET)** on **March 12, 2008**, there will not be a hearing and the Order may be signed.

Dated: February 19, 2008
      New York, New York

**DREIER LLP**

/s/ Maura I. Russell
Paul Traub (PT 3752)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

-and-

**DREIER STEIN KAHAN**
    **BROWNE WOODS GEORGE LLP**
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090