# EXHIBIT B

# MAPQUEST

**Notes:**
Only text visible within note field will print.

**Start:** 1620 26th St
Santa Monica, CA 90404-4013, US

**End:** 2335 Alaska Ave
El Segundo, CA 90245-4808, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 17 minutes    **Total Est. Distance:** 14.04 miles | |
| **1:** Start out going SOUTH on 26TH ST toward PENNSYLVANIA AVE. | 0.1 miles |
| **2:** Turn RIGHT onto OLYMPIC BLVD. | 0.1 miles |
| **3:** Turn LEFT onto CLOVERFIELD BLVD. | 0.2 miles |
| **4:** Merge onto I-10 E via the ramp on the LEFT. | 1.8 miles |
| **5:** Merge onto I-405 S via EXIT 3B toward LONG BEACH. | 10.2 miles |
| **6:** Take the ROSECRANS AVE WEST exit- EXIT 43B- toward MANHATTAN BEACH. | 0.2 miles |
| **7:** Turn RIGHT onto W ROSECRANS AVE. | 0.4 miles |
| **8:** Turn RIGHT onto AVIATION BLVD / S AVIATION BLVD. | 0.3 miles |
| **9:** Turn LEFT onto ALASKA AVE. | 0.1 miles |
| **10:** End at **2335 Alaska Ave** El Segundo, CA 90245-4808, US | |
| **Total Est. Time:** 17 minutes    **Total Est. Distance:** 14.04 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.