# EXHIBIT C

# DECLARATION OF JAYSON GIANNONE

1. I, Jayson Giannone, declare that I am not a party to this action and if needed could and would competently testify to the facts stated herein. I am Operations Supervisor with First Legal Support Services located at 1511 W. Beverly Blvd, Los Angeles CA 90026. My phone number is (213)250-1111.

2. On January 11, 2008. Dreier Stein Kahan Brown Woods & George placed an order to deliver an envelope to Kurtzman Carson Consultants LLC, located at 2335 Alaska Ave, El Segundo, CA 90245. On the way to the location to deliver the package our messenger's vehicle broke down. We then dispatched another messenger to retrieve the package form the messenger's car who broke down, and continue to the location. This caused the package to arrive at the location later than requested.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of January, 2007

Jayson Giannone

Declaration of Jayson Giannone