# EXHIBIT D

DREIER LLP
Paul Traub (PT 3752)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

DREIER STEIN KAHAN
   BROWNE WOODS GEORGE LLP
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.*,

               Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administrated)

### ORDER GRANTING THE MOTION OF CERTAIN CONTRACT COUNTERPARTIES EXTENDING THE TIME TO FILE CERTAIN NOTICES OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

Upon consideration of the annexed motion (the "Motion") of Nichicon America Corp., EPCOS Inc., Sagami America Ltd., Parlex Corporation and Johnson Electric North America, Inc. (the "Contract Counterparties"), seeking the issuance and entry of an order, pursuant to rule

{00327792.DOC;2}

9006(b)(1) of the Bankruptcy Rules[1], extending the time to file certain Notices Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization; and it appearing that the Court has jurisdiction to consider this matter; and it appearing that the relief requested in the Motion is warranted; and it appearing that sufficient notice of the Motion was given; and no other or further notice need be given; and after due deliberation; and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion be, and the same hereby is granted to the extent provided herein; and it is further

ORDERED, that the Cure Notice deadline as it relates to the Subject Cure Notices is extended; and it is further

ORDERED, that the six (6) Subject Cure Notices annexed to the Motion as Exhibits "A-1" through "A-6" be and hereby are deemed timely filed; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 2008

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein are ascribed the meaning given to them in the Motion.

{00327792.DOC;2}                                    2