Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona  85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
knye@quarles.com

Attorneys for On Semiconductor Corp.

John J. Dawson (N.Y. Bar # 478197)
Kasey C. Nye, Esq. (AZ Bar # 020610) (admitted pro hac vice)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Jamie L. Archibald, in my capacity as a Secretarial Assistant to Kasey C. Nye with the law firm of Quarles & Brady LLP, hereby certify that the "Objection to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010" was filed electronically this 19th day of February, 2008.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, on February 19, 2008, the foregoing was sent via fax to the attention of the Debtor's Counsel, by overnight UPS delivery to Judge Robert D. Drain and Alicia Leonhard at the Office of the United States Trustee for the Southern District of New York, and via e-mail to the parties with e-mail addresses listed in Exhibit "A."

Dated this 19th day of February, 2008.


/s/ Jamie L. Archibald

QBACTIVE\143789.00045\6098781.1

-2-

# EXHIBIT "A"

jbutler@skadden.com
Kayalyn.marafioti@skadden.com
Thomas.j.matz@skadden.com
Lisa.diaz@skadden.com
George.panagakis@skadden.com
Ron.meisler@skadden.com
Nathan.stuart@skadden.com
Sarah.platt@skadden.com
John.lyons@skadden.com
Donald.bernstein@dpw.com
Brian.resnick@dpw.com
Mark.broude@lw.com
Robert.rosenberg@lw.com
Bonnie.steingart@friedfrank.com
nberger@teantogut.com

-2-