**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>      Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
           )ss.:
COUNTY OF NEW YORK )

  Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

  On February 14, 2008, I caused to be served a true and correct copy of the **PreCautionary Objection of United Plastics Group, as Claimant, to Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization** upon the parties listed on the service list attached hereto in the manner indicated therein.

                                /s/Daniel Pina
                                 Daniel Pina

Subscribed and sworn to before
me this 19th day of February 2008

/s/ Matthew B. Stein
Notary Public

                     **Matthew B. Stein, Notary Public
                     State of New York, #02ST6121896
                     Qualified in New York County
                     Commission Expires January 31, 2009**

## *Service List*

### *Via Federal Express and Facsimile*

Attn.:  General Counsel
**Delphi Corporation**
5725 Delphi Drive
Troy, MI  48098

### *Via Federal Express and Facsimile*

Attn.:  John Wm. Butler, Jr., Esq.
         John K. Lyons, Esq.
         Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-0411

### *By Federal Express*

Attn:  Donald Bernstein, Esq.
       Brian Resnick, Esq.
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New York 10017

### *By Federal Express*

Attn.:  Robert J. Rosenberg, Esq.
        Mark A. Broude, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022

### *By Federal Express*

Attn.:  Bonnie Steingart
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, New York 10004

*By Federal Express*

   Attn:  Thomas E. Lauria, Esq.
**White & Case LLP**
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

*By Federal Express*

   Attn:  Glenn M. Kurtz, Esq.
         Gregory Pryor, Esq.
         John M. Reiss, Esq.
         Gregory Pryor, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036

*By Federal Express*

   Attn.:  Alicia M. Leonhard, Esq.
**Office of the United States Trustee
  for the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, New York 10004

*By Federal Express*

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY  10004

17504439\V-9