**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　)ss.:
COUNTY OF NEW YORK　)

　　Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

　　On February 14, 2008, I caused to be served a true and correct copy of the **PreCautionary Objection (Second) of United Plastics Group (UPG) de Mexico, S. De R.L. de C.V., as Claimant, to Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization** upon the parties listed on the service list attached hereto in the manner indicated therein.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/Daniel Pina_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel Pina

Subscribed and sworn to before
me this 19th day of February 2008

_/s/ Matthew B. Stein_
Notary Public

**Matthew B. Stein, Notary Public**
**State of New York, #02ST6121896**
**Qualified in New York County**
**Commission Expires January 31, 2009**

## *Service List*

### *Via Federal Express and Facsimile*

Attn.:  General Counsel
**Delphi Corporation**
5725 Delphi Drive
Troy, MI  48098

### *Via Federal Express and Facsimile*

Attn.:  John Wm. Butler, Jr., Esq.
          John K. Lyons, Esq.
          Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-0411

### *By Federal Express*

  Attn:  Donald Bernstein, Esq.
         Brian Resnick, Esq.
  **Davis Polk & Wardwell**
  450 Lexington Avenue
  New York, New York 10017

### *By Federal Express*

  Attn.:  Robert J. Rosenberg, Esq.
          Mark A. Broude, Esq.
  **Latham & Watkins LLP**
  885 Third Avenue
  New York, New York 10022

### *By Federal Express*

  Attn.:  Bonnie Steingart
  **Fried, Frank, Harris, Shriver & Jacobson LLP**
  One New York Plaza
  New York, New York 10004

*<u>By Federal Express</u>*

  Attn:  Thomas E. Lauria, Esq.
**White & Case LLP**
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

*<u>By Federal Express</u>*

  Attn:  Glenn M. Kurtz, Esq.
        Gregory Pryor, Esq.
        John M. Reiss, Esq.
        Gregory Pryor, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036

*<u>By Federal Express</u>*

  Attn.:  Alicia M. Leonhard, Esq.
**Office of the United States Trustee
  for the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, New York 10004

*<u>By Federal Express</u>*

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY  10004

17504439\V-7