**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>             Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK  )

      Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

      On February 6, 2008, I caused to be served a true and correct copy of the **PreCautionary Objection of United Plastics Group (UPG) de Mexico, S. De R.L. de C.V., as Claimant, to Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization** upon the parties listed on the service list attached hereto in the manner indicated therein.

                                       */s/Daniel Pina*

                                       Daniel Pina

Subscribed and sworn to before
me this 19th day of February 2008

*/s/ Matthew B. Stein*
Notary Public

          **Matthew B. Stein, Notary Public**
          **State of New York, #02ST6121896**
          **Qualified in New York County**
          **Commission Expires January 31, 2009**

<u>*Service List*</u>

### <u>*Via Federal Express and Facsimile*</u>

Attn.:   General Counsel
**Delphi Corporation**
5725 Delphi Drive
Troy, MI  48098

### <u>*Via Federal Express and Facsimile*</u>

Attn.:   John Wm. Butler, Jr., Esq.
         John K. Lyons, Esq.
         Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-0411

### <u>*By Federal Express*</u>

Attn:  Donald Bernstein, Esq.
      Brian Resnick, Esq.
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New York 10017

### <u>*By Federal Express*</u>

Attn.:  Robert J. Rosenberg, Esq.
       Mark A. Broude, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022

### <u>*By Federal Express*</u>

Attn.:  Bonnie Steingart
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, New York 10004

17504439\V-7

*__By Federal Express__*

Attn:  Thomas E. Lauria, Esq.
**White & Case LLP**
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

*__By Federal Express__*

Attn:  Glenn M. Kurtz, Esq.
        Gregory Pryor, Esq.
        John M. Reiss, Esq.
        Gregory Pryor, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036

*__By Federal Express__*

Attn.:  Alicia M. Leonhard, Esq.
**Office of the United States Trustee
  for the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, New York 10004

*__By Federal Express__*

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY  10004

- 3 -

17504439\V-7