TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45240
Timothy J. Hurley (OH Bar #0006458)
hurley@taftlaw.com
Richard L. Ferrell (OH Bar #0063176)
ferrell@taftlaw.com
(513) 381-2838 (Telephone)
(513) 381-0205 (Fax)

Attorneys for United States Steel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, et al. | : | |
| | : | |
| Debtors. | : | |

**WITHDRAWAL OF UNITED STATES STEEL CORPORATION'S OBJECTION TO:
(1) DEBTORS' NOTICE OF ASSUMPTION AND/OR ASSIGNMENT
OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYER IN
CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS AND
(2) DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN
CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

United States Steel Corporation ("US Steel"), herby withdraws its objection filed herein on February 1, 2008 (Doc. No. 12463) to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Steering and Halfshaft Business and to the Debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business based on the Debtors' confirmation that the notices were sent in error and the US Steel contract referenced therein is expired and is not executory.

{W1208774.1}

Dated: February 19, 2008

Respectfully submitted,

/s/Richard L. Ferrell
Timothy J. Hurley (OH Bar #0006458)
hurley@taftlaw.com
Richard L. Ferrell (OH Bar #0063176)
ferrell@taftlaw.com
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Ste. 1800
Cincinnati, Ohio 45240
(513) 381-2838 (Telephone)
(513) 381-0205 (Fax)

Attorneys for United States Steel Corporation

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing was served, via ordinary U.S. Mail on this 19th[st] day of February, 2008 on the following:

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meager & Flom LLP
Attn:  John K. Lyons, Ron E. Meisler, and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago IL 60606

Davis Polk & Wardwell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn:  Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York, NY 10004

Kirkland & Ellis LLP
Attn:  Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA 90017

Office of US Trustee, SDNY
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

3

{W1208774.1}

Honorable Robert D. Drain
US Bankruptcy Judge
US Bankruptcy Court, SDNY
One Bowling Green, Room 610
New York, NY 10004

/s/Richard L. Ferrell

4

{W1208774.1}