| | |
|---|---|
| TAFT STETTINIUS & HOLLISTER LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, Ohio 45240<br>Timothy J. Hurley (OH Bar #0006458)<br>hurley@taftlaw.com<br>Richard L. Ferrell (OH Bar #0063176)<br>ferrell@taftlaw.com<br>(513) 381-2838 (Telephone)<br>(513) 381-0205 (Fax) | Hearing Date and Time: Feb. 21, 2008 at 10:00 a.m.<br>Objection Deadline: Feb. 19, 2008 at 4:00 p.m. |

Attorneys for United States Steel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, et al. | : | |
| | : | |
| Debtors. | : | |

**WITHDRAWAL OF UNITED STATES STEEL CORPORATION'S OBJECTION TO: DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF <u>REORGANIZATION, 11 U.S.C.§ 105(a), AND FED. R. BANKR. P. 9010</u>**

United States Steel Corporation ("US Steel"), hereby withdraws its objection filed on February 14, 2008 (Doc. No. 12655) to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (ii) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010, based on the Debtors' confirmation that the Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan or Reorganization was sent in error and the US Steel contract listed is expired and is not executory.

Dated: February 19, 2008

{W1208754.1}

Respectfully submitted,

/s/Richard L. Ferrell
Timothy J. Hurley (OH Bar #0006458)
hurley@taftlaw.com
Richard L. Ferrell (OH Bar #0063176)
ferrell@taftlaw.com
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Ste. 1800
Cincinnati, Ohio 45240
(513) 381-2838 (Telephone)
(513) 381-0205 (Fax)

Attorneys for United States Steel Corporation

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing was served, via ordinary U.S. Mail, on this 19th day of February, 2008 on the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meager & Flom LLP
Attn:  John  Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago IL 60606

Davis Polk & Wardwell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn:  Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York, NY 10004

Office of US Trustee, SDNY
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

Honorable Robert D. Drain
US Bankruptcy Judge
US Bankruptcy Court, SDNY
One Bowling Green, Room 610
New York, NY 10004

/s/Richard L. Ferrell

{W1208754.1}