IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

    In re                            :     Chapter 11
                                          :

DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                                          :

                 Debtors.   :     (Jointly Administered)
                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 6, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

    1)     Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection ("Twenty-Fourth Omnibus Claims Objection Order") (Docket No. 12363) [a copy of which is attached hereto as Exhibit C]

On February 6, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit D hereto via postage pre-paid U.S. mail:

    2)     Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection ("Twenty-Fourth Omnibus Claims Objection Order") [without exhibits] (Docket No. 12363) [a copy of which is attached hereto as Exhibit C]

    3)     Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And

Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit E]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit D attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of Exhibit D attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit E has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of Exhibit D attached hereto was incorporated into each Personalized Notice.

On February 6, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit F hereto via postage pre-paid U.S. mail:

4)      Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection ("Twenty-Fourth Omnibus Claims Objection Order") [without exhibits] (Docket No. 12363) [a copy of which is attached hereto as Exhibit C]

5)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit G]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit F attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit F attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit G has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit F attached hereto was incorporated into each Personalized Notice.

On February 6, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit H hereto via postage pre-paid U.S. mail:

6)      Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And

(D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection ("Twenty-Fourth Omnibus Claims Objection Order") [without exhibits] (Docket No. 12363) [a copy of which is attached hereto as Exhibit C]

7)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit I].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit H attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of Exhibit H attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit I has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of Exhibit H attached hereto was incorporated into each Personalized Notice.


        On February 6, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8)      Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection ("Twenty-Fourth Omnibus Claims Objection Order") [without exhibits] (Docket No. 12363) [a copy of which is attached hereto as Exhibit C]

9)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 24 of Exhibit J attached hereto.  The chart contained in the form of the Personalized Notice

which is attached hereto as <u>Exhibit K</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 24 of <u>Exhibit J</u> attached hereto was incorporated into each Personalized Notice.


Dated: February 18, 2008

<u>    /s/ Evan Gershbein    </u>
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of February, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: <u>    /s/ Shannon J. Spencer    </u>

Commission Expires: <u>    6/20/10    </u>

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/12/2008 6:12 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason A. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/12/2008 6:12 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/12/2008 6:12 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy S. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.L. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Counsel to Wells Manufacturing Co., Inc.; Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.co m | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.co m | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.co | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.co m | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com erilley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

2/12/2008 6:14 PM
Email

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.com | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.com | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.c | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to Le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | 313-963-4614 | attorneystella@sszpc.com | Counsel to Motor City Electric |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebono Corporation (North America) |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

2/12/2008 6:14 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

2/12/2008 6:14 PM
Email

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---------|---------|----------|----------|------|-------|-----|
| Brown Rudnick Berlack Israels LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 |
| Curtis Mallet Prevost Colt & mosle LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Davis Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Flextronics International | Carrie L Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Freescale Semiconductor Inc | Richard Lee Chambers III | 6501 William Cannon Drive West | MD OE16 | Austin | TX | 78735 |
| Fried Frank Harris Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| Hodgson Russ LLP | Stephen H Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 |
| Honigman Miller Schwartz and Cohn LLP | Frank L Gorman Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Internal Revenue Service | Attn Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Internal Revenue Service | Attn Insolvency Department Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| IUE CWA | Conference Board Chairman | 2360 W Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| Jefferies & Company Inc | William Q Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank NA | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Law Debenture Trust of New York | Daniel R Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Law Debenture Trust of New York | Patrick J Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| McDermott Will & Emery LLP | David D Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Jason J DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Mohsin N Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Peter A Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McTigue Law Firm | Cornish F Hitchcock | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| McTigue Law Firm | J Brian McTigue | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Avenue | | New York | NY | 10022 |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Northeast Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 |
| O'Melveny & Myers LLP | Tom A Jerman Rachel Janger | 1625 Eye Street NW | | Washington | DC | 20006 |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street NW | Suite 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K Street NW | Suite 340 | Washington | DC | 20005-4026 |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Rothchild Inc | David L Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust William T Russell Jr | 425 Lexington Avenue | | New York | NY | 10017 |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | PO Box 300 | New York | NY | 10036 |
| Spencer Fane Britt & Browne LLP | Daniel D Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| Tyco Electronics Corporation | MaryAnn Brereton Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 |
| United States Trustee | Alicia M Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Warner Stevens LLP | Michael D Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Weil Gotshal & Manges LLP | Harvey R Miller | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/12/2008 6:13 PM
Master Service List - US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

2/12/2008 6:15 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | 248-723-0396 | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | 678-384-7000 | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | Counsel to KPMG LLP |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

2/12/2008 6:15 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

2/12/2008 6:15 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO  David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

2/12/2008 6:15 PM
US MAIL

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO
PRIOR ORDER IDENTIFIED IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

("TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected

On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification,

Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To

Prior Order, dated December 21, 2007 (the "Twenty-Fourth Omnibus Claims Objection"),[1] of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of

the hearing held on the Twenty-Fourth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
      Twenty-Fourth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, and D-3 hereto was properly and

timely served with a copy of the Twenty-Fourth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Twenty-Fourth Omnibus Claims Objection, and notice of the deadline for

responding to the Twenty-Fourth Omnibus Claims Objection.  No other or further notice of the

Twenty-Fourth Omnibus Claims Objection is necessary.

B.        This Court has jurisdiction over the Twenty-Fourth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Fourth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Twenty-Fourth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

C.        The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.        The Claims listed on Exhibit B hereto contain liabilities or dollar amounts

that are not reflected on the Debtors' books and records (the "Books And Records Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
       of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

E.     The Claims listed on <u>Exhibit C</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

F.     The Claims listed on <u>Exhibit D-1</u> hereto (a) state the incorrect amount or are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

G.     The Claims listed on <u>Exhibit D-2</u> hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

H.     The Claim listed on <u>Exhibit D-3</u> hereto was modified pursuant to a prior order and states the incorrect amount (the "Claim Subject To Modification That Is Subject To Prior Order").

I.     The relief requested in the Twenty-Fourth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

3

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.  Each Claim identified on Exhibit A hereto as the "Surviving Claim" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each Books And Records Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

3.      Each Untimely Claim listed on Exhibit C hereto is hereby disallowed and expunged in its entirety.

4.      Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-1 hereto shall be entitled to (a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-1 hereto, subject to the Debtors' right to further object to each such Claim Subject To Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

5.      Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) recover for any

4

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation. The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.      The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified." The Claimant listed on Exhibit D-3 hereto shall not be entitled to (a) recover for the Claim Subject To Modification That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert the Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3 hereto, subject to the Debtors' right to further object to the Claim Subject To Modification That Is Subject To Prior Order. The Claim Subject To Modification That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.      For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D-1, D-2, and D-3 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B, C, D-1, D-2,

5

and D-3 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

8.      With respect to each Claim for which a Response to the Twenty-Fourth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, and E-4 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

9.      Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Fourth Omnibus Claims Objection.

10.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Fourth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.     Each of the objections by the Debtors to each Claim addressed in the Twenty-Fourth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, E-1, E-2, E-3, and E-4 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply

only to the contested matter which involves such Claim and shall not act to stay the applicability

or finality of this order with respect to the other contested matters covered hereby.

       13.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

       14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Fourth Omnibus

Claims Objection.


Dated: New York, New York
      January <u>25</u>, 2008


              ____/s/Robert D. Drain_____
                 UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

### EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16735<br>Date Filed: 10/25/2007<br>Creditor's Name and Address:<br><br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br><br>Total: $778,532.62 | Claim Number: 8373<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br><br>Total: $778,532.62 |
| Claim Number: 2187<br>Date Filed: 03/06/2006<br>Creditor's Name and Address:<br><br>TENNESSEE VALLEY AUTHORITY TVA<br>400 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902-1401<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,268,394.16<br><br>Total: $1,268,394.16 | Claim Number: 1695<br>Date Filed: 01/30/2006<br>Creditor's Name and Address:<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured: $1,268,394.16<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: $1,268,394.16 |
| Claim Number: 16695<br>Date Filed: 10/24/2005<br>Creditor's Name and Address:<br><br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br><br>Total: $13,238.61 | Claim Number: 16745<br>Date Filed: 11/13/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC AS TRANSFEREE<br>OF UNITED STARS INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br><br>Total: $13,238.61 |

Total Claims to be Expunged: 3
Total Asserted Amount to be Expunged: $2,060,165.39

In re Delphi Corporation, et al.                                    Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGFA<br>200 BALLARDVALE ST<br>WILMINGTON, MA 01887 | 8719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $90,518.74<br>$90,518.74 | 06/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| DEBRA A SMITH<br>1116 BAY HILL DR<br>GIBSONIA, PA 15044 | 16063 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,157.52<br>$1,157.52 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| FEDERAL EXPRESS CORPORATION<br>FILARDI LAW OFFICES LLC<br>65 TRUMBULL ST 2ND FL<br>NEW HAVEN, CT 06510 | 15604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,000.00<br>$1,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 72 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $107,785.70<br>$107,785.70 | 10/22/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 69 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $75,093.37<br>$75,093.37 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 70 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,364.77<br>$235,648.50<br>$276,013.27 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 68 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $58,734.92<br>$120,455.83<br>$179,190.75 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HEALTHPLUS OF MICHIGAN INC<br>2050 S LINDEN RD<br>FLINT, MI 48532 | 13453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                          **Twenty-Fourth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TRICON INDUSTRIES INC UNGARETTI & HARRIS LLP 3500 THREE FIRST NATIONAL PLZ CHICAGO, IL 60602 | 8937 | Secured: Priority: Administrative: Unsecured: Total: | $627,184.19 $17,492.82 $644,677.01 | 07/05/2006 | DELPHI CORPORATION (05-44481) |

Total:   **9**                                    **$1,375,436.36**

In re Delphi Corporation, et al.                                    Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARTHUR ANDERSEN LLP<br>PO BOX 390<br>ST CHARLES, IL 60174 | 16748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $29,559.00<br><br>$29,559.00 | 10/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>1240 E NINTH ST STE 3001<br>CLEVELAND, OH 44199 | 16747 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000.00<br><br>$30,000.00 | 11/14/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $59,559.00 | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12748   Filed 02/19/08   Entered 02/19/08 20:37:11   Main Document
Pg 48 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14280<br>Date Filed: 07/31/2006<br>Docketed Total: $13,930.66<br>Filing Creditor Name and Address:<br>AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>STE 100<br>RADNOR, PA 19087 | Claim Holder Name and Address<br><br>ARGO PARTNERS   Docketed Total: **$13,930.66**<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44640   $13,930.66<br>   **$13,930.66** | Modified Total: **$12,484.64**<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44640   $12,484.64<br>   **$12,484.64** |
| Claim: 14281<br>Date Filed: 07/31/2006<br>Docketed Total: $40,160.57<br>Filing Creditor Name and Address:<br>AIRGAS SOUTH INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>STE 100<br>RADNOR, PA 19087 | Claim Holder Name and Address<br><br>ARGO PARTNERS   Docketed Total: **$40,160.57**<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44481   $40,160.57<br>   **$40,160.57** | Modified Total: **$40,160.57**<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44640   $40,160.57<br>   **$40,160.57** |
| Claim: 8581<br>Date Filed: 06/26/2006<br>Docketed Total: $550,087.00<br>Filing Creditor Name and Address:<br>AMROC INVESTMENT LLC AS<br>ASSIGNEE OF FLEXLINK SYSTEMS<br>INC<br>AMROC INVESTMENT LLC AS<br>ASSIGNEE OF FLEXLINK SYSTEMS<br>INC<br>535 MADISON AVE 15TH PL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC   Docketed Total: **$550,087.00**<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44640   $550,087.00<br>   **$550,087.00** | Modified Total: **$470,871.00**<br><br><u>Case Number*</u> <u>Secured</u> <u>Priority</u> <u>Unsecured</u><br>05-44640   $470,871.00<br>   **$470,871.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8584**
Date Filed: 06/26/2006
Docketed Total: $76,448.98
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$76,448.98**

Modified Total: **$75,549.82**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $76,448.98 | 05-44640 | | | $75,549.82 |
| | | | **$76,448.98** | | | | **$75,549.82** |

**Claim: 206**
Date Filed: 10/31/2005
Docketed Total: $27,371.53
Filing Creditor Name and Address:
ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

Claim Holder Name and Address
ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

Docketed Total: **$27,371.53**

Modified Total: **$13,065.09**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $27,371.53 | 05-44640 | | | $13,065.09 |
| | | | **$27,371.53** | | | | **$13,065.09** |

**Claim: 16749**
Date Filed: 11/09/2007
Docketed Total: $15,197.55
Filing Creditor Name and Address:
ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

Claim Holder Name and Address
ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: **$15,197.55**

Modified Total: **$14,600.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $15,197.55 | 05-44507 | | | $14,600.67 |
| | | | **$15,197.55** | | | | **$14,600.67** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14058**
Date Filed: 07/31/2006
Docketed Total: $34,109.64
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$34,109.64**

Modified Total: **$12,336.64**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,109.64 | 05-44640 | | | $12,336.64 |
| | | | **$34,109.64** | | | | **$12,336.64** |

**Claim: 15197**
Date Filed: 07/31/2006
Docketed Total: $141,105.88
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address

BEHR HELLA THERMOCONTROL GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$141,105.88**

Modified Total: **$62,299.54**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $141,105.88 | 05-44640 | | | $62,299.54 |
| | | | **$141,105.88** | | | | **$62,299.54** |

**Claim: 2610**
Date Filed: 04/11/2006
Docketed Total: $178,955.76
Filing Creditor Name and Address:
BUCKHORN INC
55 W TECHNECENTER DR
MILFORD, OH 45150-9779

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF BUCKHORN RUBBER PRODUCTS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$178,955.76**

Modified Total: **$21,275.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $178,955.76 | 05-44640 | | | $21,275.60 |
| | | | **$178,955.76** | | | | **$21,275.60** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16247**
Date Filed:    08/18/2006
Docketed Total:    $579,130.61
Filing Creditor Name and Address:
C THORREZ INDUSTRIES INC
4909 W MICHIGAN AVE
JACKSON, MI 49201

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $579,130.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $579,130.61 |
| | | | $579,130.61 |

Modified Total:    $567,576.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $567,576.33 |
| | | | $567,576.33 |

---

**Claim: 9462**
Date Filed:    07/13/2006
Docketed Total:    $14,995.98
Filing Creditor Name and Address:
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Claim Holder Name and Address
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Docketed Total:    $14,995.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,995.98 |
| | | | $14,995.98 |

Modified Total:    $4,311.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,311.33 |
| | | | $4,311.33 |

---

**Claim: 2693**
Date Filed:    04/19/2006
Docketed Total:    $245,952.74
Filing Creditor Name and Address:
CERAMTEC NORTH AMERICA &
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total:    $245,952.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $245,952.74 |
| | | | $245,952.74 |

Modified Total:    $232,341.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $232,341.07 |
| | | | $232,341.07 |

---

**Claim: 6594**
Date Filed:    05/22/2006
Docketed Total:    $103,809.40
Filing Creditor Name and Address:
CROWN EG INC
CROWN ENVIRONMENTAL
GROUP
945 S BROWN SCHOOL RD
VANDALIA, OH 45377

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FLOOR
NEW YORK, NY 10019

Docketed Total:    $103,809.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,809.40 |
| | | | $103,809.40 |

Modified Total:    $89,177.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,177.14 |
| | | | $89,177.14 |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6593<br>Date Filed: 05/22/2006<br>Docketed Total: $10,593.33<br>Filing Creditor Name and Address:<br>CROWN SOLUTIONS INC<br>945 S BROWNSCHOOL RD<br>VANDALIA, OH 45377-963 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $10,593.33 | | Modified Total: | | $10,593.33 |
| | **Case Number\*** 05-44481 | Secured | Priority | Unsecured $10,593.33 | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $10,593.33 |
| | | | | **$10,593.33** | | | | **$10,593.33** |
| Claim: 9118<br>Date Filed: 07/07/2006<br>Docketed Total: $37,197.78<br>Filing Creditor Name and Address:<br>CSI LEASING INC FKA<br>COMPUTER SALES<br>INTERNATIONAL INC<br>9990 OLIVE STREET ROAD STE 101<br>ST LOUIS, MO 63141 | Claim Holder Name and Address<br>CSI LEASING INC FKA COMPUTER<br>SALES INTERNATIONAL INC<br>9990 OLIVE STREET ROAD STE 101<br>ST LOUIS, MO 63141 | Docketed Total: | | $37,197.78 | | Modified Total: | | $35,948.33 |
| | **Case Number\*** 05-44481 | Secured | Priority | Unsecured $37,197.78 | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $35,948.33 |
| | | | | **$37,197.78** | | | | **$35,948.33** |
| Claim: 8980<br>Date Filed: 07/05/2006<br>Docketed Total: $65,898.50<br>Filing Creditor Name and Address:<br>DAVALOR MOLD CORPORATION<br>46480 CONTINENTAL DR<br>CHESTERFIELD, MI 48047 | Claim Holder Name and Address<br>DAVALOR MOLD CORPORATION<br>46480 CONTINENTAL DR<br>CHESTERFIELD, MI 48047 | Docketed Total: | | $65,898.50 | | Modified Total: | | $61,898.50 |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $65,898.50 | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $61,898.50 |
| | | | | **$65,898.50** | | | | **$61,898.50** |
| Claim: 13612<br>Date Filed: 07/31/2006<br>Docketed Total: $31,393.49<br>Filing Creditor Name and Address:<br>DAY PAK INC EFT<br>PO BOX 363<br>DAYTON, OH 45409 | Claim Holder Name and Address<br>DAY PAK INC EFT<br>PO BOX 363<br>DAYTON, OH 45409 | Docketed Total: | | $31,393.49 | | Modified Total: | | $28,110.23 |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $31,393.49 | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $28,110.23 |
| | | | | **$31,393.49** | | | | **$28,110.23** |

\*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10685<br>Date Filed:  07/26/2006<br>Docketed Total:   $11,400.00<br>Filing Creditor Name and Address:<br>E R WAGNER MANUFACTURING<br>CO<br>LOCK BOX 53100<br>MILWAUKEE, WI 53288 | Claim Holder Name and Address<br><br>E R WAGNER MANUFACTURING CO<br>LOCK BOX 53100<br>MILWAUKEE, WI 53288 | Docketed Total: | | **$11,400.00** | | Modified Total: | | **$10,944.00** |
| | Case Number*<br>05-44640 | Secured | Priority<br>$11,400.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,944.00 |
| | | | **$11,400.00** | | | | | **$10,944.00** |
| Claim: 10969<br>Date Filed:  07/26/2006<br>Docketed Total:   $6,996.16<br>Filing Creditor Name and Address:<br>EATON POWER QUALITY<br>CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br><br>EATON POWER QUALITY<br>CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Docketed Total: | | **$6,996.16** | | Modified Total: | | **$6,996.16** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,996.16 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,996.16 |
| | | | | **$6,996.16** | | | | **$6,996.16** |
| Claim: 9924<br>Date Filed:  07/19/2006<br>Docketed Total:   $11,820.81<br>Filing Creditor Name and Address:<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM & NAGELBERG LLP<br>200 W MADISON ST STE 3900<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM & NAGELBERG LLP<br>200 W MADISON ST STE 3900<br>CHICAGO, IL 60606 | Docketed Total: | | **$11,820.81** | | Modified Total: | | **$11,820.81** |
| | Case Number*<br>05-44593 | Secured | Priority | Unsecured<br>$11,820.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,820.81 |
| | | | | **$11,820.81** | | | | **$11,820.81** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11025**
Date Filed: 07/26/2006
Docketed Total: $177,519.59
Filing Creditor Name and Address:
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Claim Holder Name and Address
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011
Docketed Total: $177,519.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $177,519.59 |
| | | | $177,519.59 |

Modified Total: $110,914.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $110,914.53 |
| | | | $110,914.53 |

---

**Claim: 6601**
Date Filed: 05/22/2006
Docketed Total: $50,414.05
Filing Creditor Name and Address:
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

Claim Holder Name and Address
FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229
Docketed Total: $50,414.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,414.05 |
| | | | $50,414.05 |

Modified Total: $48,289.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,289.85 |
| | | | $48,289.85 |

---

**Claim: 747**
Date Filed: 11/21/2005
Docketed Total: $1,941.46
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $1,941.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,941.46 |
| | | | $1,941.46 |

Modified Total: $1,941.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,941.46 |
| | | | $1,941.46 |

---

**Claim: 749**
Date Filed: 11/21/2005
Docketed Total: $67,998.47
Filing Creditor Name and Address:
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $67,998.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,998.47 |
| | | | $67,998.47 |

Modified Total: $67,998.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,998.47 |
| | | | $67,998.47 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6934**
Date Filed:   05/26/2006
Docketed Total:   $17,219.26
Filing Creditor Name and Address:
FEDEX FREIGHT
DELIVERY CODE 2259
PO BOX 840
HARRISON, AR 72602-0840

Claim Holder Name and Address
FEDEX FREIGHT
DELIVERY CODE 2259
PO BOX 840
HARRISON, AR 72602-0840

Docketed Total:   **$17,219.26**

Modified Total:   **$17,219.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,219.26 |
| | | | **$17,219.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,507.67 |
| 05-44511 | | | $1,709.19 |
| 05-44482 | | | $3,002.40 |
| | | | **$17,219.26** |

---

**Claim: 10199**
Date Filed:   07/21/2006
Docketed Total:   $341,525.93
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F
K A GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A
GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total:   **$341,525.93**

Modified Total:   **$287,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $341,525.93 |
| | | | **$341,525.93** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $287,000.00 |
| | | | **$287,000.00** |

---

**Claim: 15229**
Date Filed:   07/31/2006
Docketed Total:   $21,267.84
Filing Creditor Name and Address:
GRIFFCO QUALITY SOLUTIONS
INC
12300 OLD TESSON RD STE 200E
ST LOUIS, MO 63128

Claim Holder Name and Address
GRIFFCO QUALITY SOLUTIONS INC
12300 OLD TESSON RD STE 200E
ST LOUIS, MO 63128

Docketed Total:   **$21,267.84**

Modified Total:   **$18,798.22**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $21,267.84 |
| | | | **$21,267.84** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,798.22 |
| | | | **$18,798.22** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16746
Date Filed: 11/13/2007
Docketed Total: $41,723.84
Filing Creditor Name and Address:
  H & L TOOL COMPANY INC
  32701 DEQUINDRE RD
  MADISON HEIGHTS, MI 48071

**CLAIM AS DOCKETED**

Claim Holder Name and Address

H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

Docketed Total: **$41,723.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 |
| | | **$7,002.35** | **$34,721.49** |

**CLAIM AS MODIFIED**

Modified Total: **$34,379.19**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $34,379.19 |
| | | **$0.00** | **$34,379.19** |

---

**CLAIM TO BE MODIFIED**

Claim: 12016
Date Filed: 07/28/2006
Docketed Total: $331,469.00
Filing Creditor Name and Address:
  HTC GLOBAL SERVICES INC
  3270 W BIG BEAVER RD
  TROY, MI 48084

**CLAIM AS DOCKETED**

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$303,621.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $303,621.92 |
| | | | **$303,621.92** |

**CLAIM AS MODIFIED**

Modified Total: **$316,917.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $316,917.71 |
| | | | **$316,917.71** |

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

HTC GLOBAL SERVICES INC
3270 W BIG BEAVER RD
TROY, MI 48084

Docketed Total: **$27,847.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,847.08 |
| | | | **$27,847.08** |

**CLAIM AS MODIFIED**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 9 of 22

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 57 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 12010
Date Filed: 07/28/2006
Docketed Total: $36,850.32
Filing Creditor Name and Address:
HUCK INTERNATIONAL A
DELAWARE CORPORATION
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

**CLAIM AS DOCKETED**

Claim Holder Name and Address

HUCK INTERNATIONAL A
DELAWARE CORPORATION
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631          Docketed Total:    $36,850.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,850.32 |
| | | | $36,850.32 |

**CLAIM AS MODIFIED**

Modified Total:    $27,527.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,527.41 |
| | | | $27,527.41 |

---

Claim: 1699
Date Filed: 01/30/2006
Docketed Total: $117,572.06
Filing Creditor Name and Address:
INDUSTRIAL DIELECTRICS INC
PO BOX 357
NOBLESVILLE, IN 46060

Claim Holder Name and Address

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797          Docketed Total:    $117,572.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,572.06 |
| | | | $117,572.06 |

Modified Total:    $117,438.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,438.86 |
| | | | $117,438.86 |

---

Claim: 1042
Date Filed: 12/05/2005
Docketed Total: $41,516.60
Filing Creditor Name and Address:
INGERSOLL RAND CO AIR
SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036

Claim Holder Name and Address

INGERSOLL RAND CO AIR
SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036          Docketed Total:    $41,516.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $41,516.60 |
| | | | $41,516.60 |

Modified Total:    $25,789.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,789.42 |
| | | | $25,789.42 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1688**

Date Filed: 01/27/2006
Docketed Total: $65,530.04
Filing Creditor Name and Address:
ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Claim Holder Name and Address

ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Docketed Total: $65,530.04

Modified Total: $34,119.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $65,530.04 |
| | | | $65,530.04 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,119.63 |
| | | | $34,119.63 |

**Claim: 4466**

Date Filed: 05/02/2006
Docketed Total: $42,445.10
Filing Creditor Name and Address:
JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Claim Holder Name and Address

JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Docketed Total: $42,445.10

Modified Total: $41,835.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,445.10 |
| | | | $42,445.10 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,835.10 |
| | | | $41,835.10 |

**Claim: 9880**

Date Filed: 07/19/2006
Docketed Total: $2,897,316.33
Filing Creditor Name and Address:
JOHNSON ELECTRIC NORTH
AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $2,897,316.33

Modified Total: $2,553,527.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,897,316.33 |
| | | | $2,897,316.33 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,553,527.50 |
| | | | $2,553,527.50 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 59 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1994**
Date Filed: 02/14/2006
Docketed Total: $35,738.64
Filing Creditor Name and Address:
LIFETIME INDUSTRIES INC
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Holder Name and Address
LIFETIME INDUSTRIES INC
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103    Docketed Total: **$35,738.64**

Modified Total: **$15,358.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $35,738.64 | 05-44640 | | | $15,358.44 |
| | | | **$35,738.64** | | | | **$15,358.44** |

**Claim: 16307**
Date Filed: 09/12/2006
Docketed Total: $362,371.05
Filing Creditor Name and Address:
LORD CORPORATION
2000 W GRANDVIEW BLVD
ERIE, PA 16514

Claim Holder Name and Address
LORD CORPORATION
2000 W GRANDVIEW BLVD
ERIE, PA 16514    Docketed Total: **$362,371.05**

Modified Total: **$331,047.89**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $362,371.05 | 05-44640 | | | $331,047.89 |
| | | | **$362,371.05** | | | | **$331,047.89** |

**Claim: 9680**
Date Filed: 07/17/2006
Docketed Total: $261,479.00
Filing Creditor Name and Address:
LTX CORPORATION
825 UNIVERSITY AVE
NORWOOD, MA 02062

Claim Holder Name and Address
LTX CORPORATION
825 UNIVERSITY AVE
NORWOOD, MA 02062    Docketed Total: **$261,479.00**

Modified Total: **$231,439.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $261,479.00 | 05-44640 | | | $231,439.00 |
| | | | **$261,479.00** | | | | **$231,439.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 60 of 132

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16741**
Date Filed:    11/09/2007
Docketed Total:    $10,576.32
Filing Creditor Name and Address:
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Claim Holder Name and Address

MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    **$10,576.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,576.32 |
| | | | **$10,576.32** |

Modified Total:    **$10,576.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,576.32 |
| | | | **$10,576.32** |

---

**Claim: 16742**
Date Filed:    11/09/2007
Docketed Total:    $54,140.04
Filing Creditor Name and Address:
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Claim Holder Name and Address

MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    **$54,140.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,140.04 |
| | | | **$54,140.04** |

Modified Total:    **$48,846.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,846.35 |
| | | | **$48,846.35** |

---

**Claim: 5734**
Date Filed:    05/12/2006
Docketed Total:    $5,967.84
Filing Creditor Name and Address:
  METROCAL INC
  4700 BARDEN COURT SE
  REMIT UPDT PER LTR 8 28 04 AM
  KENTWOOD, MI 49512

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    **$5,967.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,967.84 |
| | | | **$5,967.84** |

Modified Total:    **$4,427.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,427.84 |
| | | | **$4,427.84** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12748   Filed 02/19/08   Entered 02/19/08 20:37:11   Main Document
Pg 61 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6632**
Date Filed: 05/23/2006
Docketed Total: $35,369.12
Filing Creditor Name and Address:
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201

Claim Holder Name and Address
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201      Docketed Total: **$35,369.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,369.12 |
| | | | **$35,369.12** |

Modified Total: **$28,710.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,710.20 |
| | | | **$28,710.20** |

---

**Claim: 2679**
Date Filed: 04/18/2006
Docketed Total: $128,067.32
Filing Creditor Name and Address:
MILACRON MARKETING COMPANY
4165 HALFACRE RD
BATAVIA, OH 45103

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF MILACRON
MARKETING CO
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601      Docketed Total: **$128,067.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $128,067.32 |
| | | | **$128,067.32** |

Modified Total: **$120,574.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,574.55 |
| | | | **$120,574.55** |

---

**Claim: 6637**
Date Filed: 05/23/2006
Docketed Total: $13,487.61
Filing Creditor Name and Address:
MISSOURI SEA & AIR
MSA
7900 TANNERS GATE STE 310
FLORENCE, KY 41042

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018      Docketed Total: **$13,487.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,487.61 |
| | | | **$13,487.61** |

Modified Total: **$12,967.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,967.93 |
| | | | **$12,967.93** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 62 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5778**
Date Filed:   05/12/2006
Docketed Total:   $14,196.24
Filing Creditor Name and Address:
  MITSUI AND CO USA INC
  200 PARK AVE
  NEW YORK, NY 10166

Claim Holder Name and Address

MITSUI AND CO USA INC — Docketed Total: **$14,196.24**
200 PARK AVE
NEW YORK, NY 10166

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,196.24 |
| | | | **$14,196.24** |

Modified Total: **$14,196.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,196.24 |
| | | | **$14,196.24** |

---

**Claim: 16418**
Date Filed:   11/17/2006
Docketed Total:   $107,272.55
Filing Creditor Name and Address:
  NATIONAL MOLDING
  CORPORATION
  5 DUBON COURT
  FARMINGDALE, NY 11735

Claim Holder Name and Address

LONGACRE MASTER FUND LTD — Docketed Total: **$107,272.55**
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107,272.55 |
| | | | **$107,272.55** |

Modified Total: **$45,326.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,326.40 |
| | | | **$45,326.40** |

---

**Claim: 7550**
Date Filed:   06/06/2006
Docketed Total:   $185,979.44
Filing Creditor Name and Address:
  NEWARK ELECTRONICS
  PO BOX 94151
  PALATINE, IL 60094-4151

Claim Holder Name and Address

NEWARK ELECTRONICS — Docketed Total: **$185,979.44**
PO BOX 94151
PALATINE, IL 60094-4151

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | **$185,979.44** |

Modified Total: **$106,691.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,909.44 |
| 05-44567 | | | $555.84 |
| 05-44612 | | | $6,037.59 |
| 05-44507 | | | $10,470.92 |
| 05-44624 | | | $70.97 |
| 05-44482 | | | $646.52 |
| | | | **$106,691.28** |

*See Exhibit F for a listing of debtor entities by case number.

Page 15 of 22

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 811**
Date Filed:    11/22/2005
Docketed Total:    $239,472.32
Filing Creditor Name and Address:
ORBIS CORPORATION
PO BOX 389
OCONOMOWOC, WI 53066-0389

Claim Holder Name and Address

LIQUIDITY SOLUTIONS DBA REVENUE MANAGEMENT AS ASSIGNEE OF ORBIS CORPORATION
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:    **$239,472.32**

Modified Total:    **$179,513.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $239,472.32 | 05-44640 | | | $179,513.53 |
| | | | **$239,472.32** | | | | **$179,513.53** |

**Claim: 10119**
Date Filed:    07/21/2006
Docketed Total:    $191,003.63
Filing Creditor Name and Address:
PITNEY BOWES INC FASCIMILE DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

Claim Holder Name and Address

PITNEY BOWES INC FASCIMILE DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

Docketed Total:    **$191,003.63**

Modified Total:    **$55,280.37**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $191,003.63 | 05-44640 | | | $55,280.37 |
| | | | **$191,003.63** | | | | **$55,280.37** |

**Claim: 12437**
Date Filed:    07/28/2006
Docketed Total:    $7,092.91
Filing Creditor Name and Address:
PLAINFIELD STAMPING TEXAS INC
PO BOX 265
PLAINFIELD, IL 60544

Claim Holder Name and Address

PLAINFIELD STAMPING TEXAS INC
PO BOX 265
PLAINFIELD, IL 60544

Docketed Total:    **$7,092.91**

Modified Total:    **$7,092.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $7,092.91 | 05-44640 | | | $7,092.91 |
| | | | **$7,092.91** | | | | **$7,092.91** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12441<br>Date Filed: 07/28/2006<br>Docketed Total: $48,770.59<br>Filing Creditor Name and Address:<br>PLAINFIELD TOOL & ENGINEERING<br>PLAINFIELD STAMPING ILLINOIS<br>24035 RIVERWALK CT<br>PLAINFIELD, IL 60544-8145 | Claim Holder Name and Address<br><br>PLAINFIELD TOOL & ENGINEERING<br>PLAINFIELD STAMPING ILLINOIS<br>24035 RIVERWALK CT<br>PLAINFIELD, IL 60544-8145    Docketed Total: **$48,770.59**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $48,770.59<br>       **$48,770.59** | Modified Total: **$1,727.84**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $1,727.84<br>       **$1,727.84** |
| Claim: 2639<br>Date Filed: 04/13/2006<br>Docketed Total: $1,179,772.10<br>Filing Creditor Name and Address:<br>PREMIER MANUFACTURING<br>SUPPORT SERVICES INC<br>2828 HIGHLAND AVE<br>CINCINNATI, OH 45212 | Claim Holder Name and Address<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302    Docketed Total: **$1,179,772.10**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $1,179,772.10<br>       **$1,179,772.10** | Modified Total: **$1,047,594.58**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $1,046,698.81<br>05-44482     $895.77<br>       **$1,047,594.58** |
| Claim: 16740<br>Date Filed: 11/06/2007<br>Docketed Total: $16,532.05<br>Filing Creditor Name and Address:<br>R & L SPRING CO EFT<br>1097 GENEVA PKWY<br>REMIT UPDT 7 99 LETTER<br>LAKE GENEVA, WI 53147 | Claim Holder Name and Address<br><br>R & L SPRING CO EFT<br>1097 GENEVA PKWY<br>REMIT UPDT 7 99 LETTER<br>LAKE GENEVA, WI 53147    Docketed Total: **$16,532.05**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $16,532.05<br>       **$16,532.05** | Modified Total: **$15,282.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $15,282.00<br>       **$15,282.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 65 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2612<br>Date Filed: 04/11/2006<br>Docketed Total: $504,876.99<br>Filing Creditor Name and Address:<br>ROYAL DIE STAMPING CO<br>CHUHAK & TECSON PC<br>30 S WACKER DR 2600<br>CHICAGO, IL 60604 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $504,876.99 | | Modified Total: | | $446,271.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$504,876.99<br><br>$504,876.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$446,271.20<br><br>$446,271.20 |
| Claim: 16104<br>Date Filed: 08/09/2006<br>Docketed Total: $12,730.27<br>Filing Creditor Name and Address:<br>SCOTT SPECIALTY GASES INC<br>6141 EASTON RD<br>PLUMSTEADVILLE, PA 18949 | Claim Holder Name and Address<br><br>SCOTT SPECIALTY GASES INC<br>6141 EASTON RD<br>PLUMSTEADVILLE, PA 18949 | Docketed Total: | | $12,730.27 | | Modified Total: | | $4,547.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,730.27<br><br>$12,730.27 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,547.40<br><br>$4,547.40 |
| Claim: 11272<br>Date Filed: 07/27/2006<br>Docketed Total: $64,795.10<br>Filing Creditor Name and Address:<br>SMALL PARTS DE MEXICO S DE<br>RL CV JUAREZ MX<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name and Address<br><br>SMALL PARTS DE MEXICO S DE RL<br>CV JUAREZ MX<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Docketed Total: | | $64,795.10 | | Modified Total: | | $62,213.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$64,795.10<br><br>$64,795.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$62,213.04<br><br>$62,213.04 |
| Claim: 9601<br>Date Filed: 07/17/2006<br>Docketed Total: $25,211.74<br>Filing Creditor Name and Address:<br>SPECIAL ELECTRIC<br>2121 S 116TH ST<br>WEST ALLIS, WI 53227 | Claim Holder Name and Address<br><br>SPECIAL ELECTRIC<br>2121 S 116TH ST<br>WEST ALLIS, WI 53227 | Docketed Total: | | $25,211.74 | | Modified Total: | | $25,211.74 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$25,211.74<br><br>$25,211.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,211.74<br><br>$25,211.74 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 66 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 474**
Date Filed: 11/10/2005
Docketed Total: $319,224.11
Filing Creditor Name and Address:
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408

Claim Holder Name and Address
SPRINT NEXTEL CORP
NEXTEL COMMUNICATIONS INC
PO BOX 172408
DENVER, CO 80217-2408    Docketed Total: $319,224.11

Modified Total: $182,628.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $319,224.11 |
| | | | **$319,224.11** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $182,628.93 |
| | | | **$182,628.93** |

**Claim: 5069**
Date Filed: 05/08/2006
Docketed Total: $3,890.28
Filing Creditor Name and Address:
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926

Claim Holder Name and Address
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926    Docketed Total: $3,890.28

Modified Total: $2,990.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,890.28 |
| | | | **$3,890.28** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $610.00 |
| 05-44567 | | | $2,380.24 |
| | | | **$2,990.24** |

**Claim: 12350**
Date Filed: 07/28/2006
Docketed Total: $65,511.81
Filing Creditor Name and Address:
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083

Claim Holder Name and Address
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083    Docketed Total: $65,511.81

Modified Total: $62,986.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,511.81 |
| | | | **$65,511.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,986.06 |
| | | | **$62,986.06** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2426**
Date Filed: 03/27/2006
Docketed Total: $103,832.09
Filing Creditor Name and Address:
SUPPLIER INSPECTION SERVICES INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418

Claim Holder Name and Address
SUPPLIER INSPECTION SERVICES INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418
Docketed Total: $103,832.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,832.09 |
| | | | **$103,832.09** |

Modified Total: $98,138.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,138.09 |
| | | | **$98,138.09** |

---

**Claim: 1695**
Date Filed: 01/30/2006
Docketed Total: $1,268,394.16
Filing Creditor Name and Address:
TENNESSEE VALLEY AUTHORITY
400 W SUMMIT HILL DR
KNOXVILLE, TN 37902-1401

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: $1,268,394.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,268,394.16 | | |
| | **$1,268,394.16** | | |

Modified Total: $1,264,485.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,264,485.98 | | |
| | **$1,264,485.98** | | |

---

**Claim: 8929**
Date Filed: 07/05/2006
Docketed Total: $68,364.68
Filing Creditor Name and Address:
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507

Claim Holder Name and Address
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507
Docketed Total: $68,364.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $68,364.68 |
| | | | **$68,364.68** |

Modified Total: $45,159.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,159.62 |
| | | | **$45,159.62** |

---

**Claim: 8927**
Date Filed: 07/05/2006
Docketed Total: $10,119.17
Filing Creditor Name and Address:
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507-390

Claim Holder Name and Address
TGI DIRECT INC
5365 HILL 23 DR
FLINT, MI 48507-390
Docketed Total: $10,119.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,119.17 |
| | | | **$10,119.17** |

Modified Total: $6,227.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,227.10 |
| | | | **$6,227.10** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8935<br>Date Filed: 07/05/2006<br>Docketed Total: $71,548.68<br>Filing Creditor Name and Address:<br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | Claim Holder Name and Address<br><br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602<br><br>Docketed Total: **$71,548.68** | Modified Total: **$18,166.21** |
| | Case Number* 05-44640    Secured    Priority    Unsecured $71,548.68    **$71,548.68** | Case Number* 05-44640    Secured    Priority    Unsecured $18,166.21    **$18,166.21** |
| Claim: 11229<br>Date Filed: 07/26/2006<br>Docketed Total: $78,757.21<br>Filing Creditor Name and Address:<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Claim Holder Name and Address<br><br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651<br><br>Docketed Total: **$78,757.21** | Modified Total: **$46,587.40** |
| | Case Number* 05-44640    Secured    Priority    Unsecured $78,757.21    **$78,757.21** | Case Number* 05-44640    Secured    Priority    Unsecured $46,587.40    **$46,587.40** |
| Claim: 2174<br>Date Filed: 03/03/2006<br>Docketed Total: $234,500.00<br>Filing Creditor Name and Address:<br>UNIVERSAL TOOL AND<br>ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>UNIVERSAL TOOL AND<br>ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$234,500.00** | Modified Total: **$234,499.00** |
| | Case Number* 05-44640    Secured    Priority    Unsecured $234,500.00    **$234,500.00** | Case Number* 05-44640    Secured    Priority    Unsecured $234,499.00    **$234,499.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14660<br>Date Filed: 07/31/2006<br>Docketed Total: $52,448.27<br>Filing Creditor Name and Address:<br>VOLLAND ELECTRIC<br>75 INNSBRUCK DR<br>CHEEKTOWAGA, NY 14227 | Claim Holder Name and Address<br><br>VOLLAND ELECTRIC     Docketed Total: **$52,448.27**<br>75 INNSBRUCK DR<br>CHEEKTOWAGA, NY 14227<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $52,448.27<br>**$52,448.27** | Modified Total: **$25,901.84**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $25,901.84<br>**$25,901.84** |
| Claim: 2906<br>Date Filed: 04/27/2006<br>Docketed Total: $126,323.97<br>Filing Creditor Name and Address:<br>WRIGHT STATE UNIVERSITY<br>356 UNIVERSITY HALL<br>DAYTON, OH 45435 | Claim Holder Name and Address<br><br>WRIGHT STATE UNIVERSITY     Docketed Total: **$126,323.97**<br>356 UNIVERSITY HALL<br>DAYTON, OH 45435<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $126,323.97<br>**$126,323.97** | Modified Total: **$82,394.31**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $82,394.31<br>**$82,394.31** |
| Claim: 10882<br>Date Filed: 07/25/2006<br>Docketed Total: $76,784.27<br>Filing Creditor Name and Address:<br>ZEISS CARL IMT CORP<br>6250 SYCAMORE LN N<br>MAPLE GROVE, MN 55369 | Claim Holder Name and Address<br><br>ARGO PARTNERS     Docketed Total: **$76,784.27**<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $76,784.27<br>**$76,784.27** | Modified Total: **$76,784.27**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $76,784.27<br>**$76,784.27** |
| | | **Total Claims to be Modified: 70**<br><br>**Total Amount as Docketed:** $12,433,467.83<br><br>**Total Amount as Modified:** $10,447,903.51 |

*See Exhibit F for a listing of debtor entities by case number.

Page 22 of 22

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11413**
Date Filed: 07/27/2006
Docketed Total: $617,679.20
Filing Creditor Name and Address:
ACCURATE THREADED
FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Claim Holder Name and Address

ACCURATE THREADED FASTENERS
INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Docketed Total: **$617,679.20**

Modified Total: **$550,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $617,679.20 |
| | | | **$617,679.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $71,376.60 | $478,623.40 |
| | | **$71,376.60** | **$478,623.40** |

---

**Claim: 11099**
Date Filed: 07/26/2006
Docketed Total: $173,734.07
Filing Creditor Name and Address:
AFFINIA CANADA CORP EFT
ATTN C MENDELTIAN
C O AFFINIA GROUP INC
1101 TECHNOLOGY DR NO 100
ANN ARBOR, MI 48108

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$173,734.07**

Modified Total: **$44,511.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $173,734.07 |
| | | | **$173,734.07** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,000.00 | $34,511.79 |
| | | **$10,000.00** | **$34,511.79** |

---

**Claim: 12193**
Date Filed: 07/28/2006
Docketed Total: $2,382,040.18
Filing Creditor Name and Address:
ALEGRE INC
3103 W TECH RD
MIAMISBURG, OH 45342

Claim Holder Name and Address

ALEGRE INC
3103 W TECH RD
MIAMISBURG, OH 45342

Docketed Total: **$2,382,040.18**

Modified Total: **$351,963.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $190,941.72 | $2,191,098.46 |
| | | **$190,941.72** | **$2,191,098.46** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,154.39 | $331,809.23 |
| | | **$20,154.39** | **$331,809.23** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7995**
Date Filed: 06/14/2006
Docketed Total: $896,187.82
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$896,187.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,216.71 | $809,971.11 |
| | | **$86,216.71** | **$809,971.11** |

Modified Total: **$853,290.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,216.72 | $767,073.90 |
| | | **$86,216.72** | **$767,073.90** |

---

**Claim: 10558**
Date Filed: 07/24/2006
Docketed Total: $620,518.73
Filing Creditor Name and Address:
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$620,518.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $620,518.73 |
| | | | **$620,518.73** |

Modified Total: **$604,039.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,647.07 | $583,392.77 |
| | | **$20,647.07** | **$583,392.77** |

---

**Claim: 14174**
Date Filed: 07/31/2006
Docketed Total: $11,505.71
Filing Creditor Name and Address:
BREEN COLOR CONCENTRATES INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

Claim Holder Name and Address
BREEN COLOR CONCENTRATES INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

Docketed Total: **$11,505.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,505.71 |
| | | | **$11,505.71** |

Modified Total: **$11,505.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,107.39 | $6,398.32 |
| | | **$5,107.39** | **$6,398.32** |

---

**Claim: 675**
Date Filed: 11/18/2005
Docketed Total: $544,824.79
Filing Creditor Name and Address:
DIEMOLDING CORPORATION
125 RASBACH ST
CANASTOTA, NY 13032

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$544,824.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $544,824.79 |
| | | | **$544,824.79** |

Modified Total: **$486,027.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $941.46 | $485,086.49 |
| | | **$941.46** | **$485,086.49** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim 10734**

Claim: 10734
Date Filed: 07/25/2006
Docketed Total: $755,003.52
Filing Creditor Name and Address:
GE INFRASTRUCTURE SENSING
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address:
GE INFRASTRUCTURE SENSING
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078
Docketed Total: $755,003.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $755,003.52 |
| | | | $755,003.52 |

Modified Total: $746,745.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $42,903.31 | $703,841.80 |
| | | $42,903.31 | $703,841.80 |

**Claim 15540**

Claim: 15540
Date Filed: 07/31/2006
Docketed Total: $651,800.43
Filing Creditor Name and Address:
GE SILICONES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address:
GE SILICONES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078
Docketed Total: $651,800.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $651,800.43 |
| | | | $651,800.43 |

Modified Total: $525,026.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,338.82 | $487,687.47 |
| | | $37,338.82 | $487,687.47 |

**Claim 9569**

Claim: 9569
Date Filed: 07/17/2006
Docketed Total: $72,359.10
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423

Claim Holder Name and Address:
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423
Docketed Total: $72,359.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $44,411.35 | $27,947.75 |
| | | $44,411.35 | $27,947.75 |

Modified Total: $62,612.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,319.21 | $53,293.56 |
| | | $9,319.21 | $53,293.56 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11453<br>Date Filed:   07/27/2006<br>Docketed Total:   $236,298.73<br>Filing Creditor Name and Address:<br>MARIAN INC FKA MARIAN<br>RUBBER PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202 | Claim Holder Name and Address<br><br>MARIAN INC FKA MARIAN RUBBER<br>PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202 | Docketed Total: | | $236,298.73 | Modified Total: | | | $233,484.89 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | $25,605.91 | | $210,692.82 | 05-44640 | | $25,605.91 | $207,878.98 |
| | | **$25,605.91** | | **$210,692.82** | | | **$25,605.91** | **$207,878.98** |
| Claim: 9576<br>Date Filed:   07/17/2006<br>Docketed Total:   $64,897.96<br>Filing Creditor Name and Address:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br><br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Docketed Total: | | $64,897.96 | Modified Total: | | | $47,948.54 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $53,088.55 | $11,809.41 | 05-44640 | | $33,896.44 | $14,052.10 |
| | | | **$53,088.55** | **$11,809.41** | | | **$33,896.44** | **$14,052.10** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14200**
Date Filed:  07/24/2006
Docketed Total:    $1,444,823.68
Filing Creditor Name and Address:
N D K AMERICA INC
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Claim Holder Name and Address

LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total:    **$1,403,132.21**

Modified Total:    **$1,297,786.54**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,403,132.21 | 05-44640 | | | $1,297,786.54 |
| | | | **$1,403,132.21** | | | | **$1,297,786.54** |

Claim Holder Name and Address

N D K AMERICA INC
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Docketed Total:    **$41,691.47**

Modified Total:    **$145,267.57**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $41,691.47 | 05-44640 | | $145,267.57 | |
| | | | **$41,691.47** | | | **$145,267.57** | |

**Claim: 15134**
Date Filed:  07/31/2006
Docketed Total:    $355,290.19
Filing Creditor Name and Address:
PARK OHIO PRODUCTS INC
7000 DENISON AVE
CLEVELAND, OH 44102

Claim Holder Name and Address

PARK OHIO PRODUCTS INC
7000 DENISON AVE
CLEVELAND, OH 44102

Docketed Total:    **$355,290.19**

Modified Total:    **$199,402.98**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $355,290.19 | 05-44640 | | $45,060.80 | $154,342.18 |
| | | | **$355,290.19** | | | **$45,060.80** | **$154,342.18** |

**Claim: 16460**
Date Filed:  12/19/2006
Docketed Total:    $83,839.32
Filing Creditor Name and Address:
VJ TECHNOLOGIES INC
89 CARLOUGH RD
BOHEMIA, NY 11716

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$83,839.32**

Modified Total:    **$60,880.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $60,000.00 | $23,839.32 | 05-44640 | | $60,000.00 | $880.00 |
| | | **$60,000.00** | **$23,839.32** | | | **$60,000.00** | **$880.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twenty-Fourth Omnibus Claims Objection**

EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
|  |  | **Total Claims to be Modified: 15** |
|  |  | **Total Amount as Docketed:**    $8,910,803.43 |
|  |  | **Total Amount as Modified:**    $6,220,494.22 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 1916
Date Filed: 02/08/2006
Docketed Total: $ 48,784.11
Filing Creditor Name and Address:
   UNISEAL INC
   PO BOX 6288
   EVANSVILLE, IN 47719

Claim Holder Name and Address

UNISEAL INC            Docketed Total:    **$48,784.11**
PO BOX 6288
EVANSVILLE, IN 47719

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,784.11 |
| | | | **$48,784.11** |

Modified Total:    **$540.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $540.00 |
| | | | **$540.00** |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $48,784.11**

**Total Amount as Modified:  $ 540.00**

\*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim Number: 1672 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16739 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/26/2006 | | Date Filed: 11/06/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| FIRST TECHNOLOGY HOLDINGS INC AND | Priority: $175,000.00 | FIRST TECHNOLOGY HOLDINGS INC AND | Priority: |
| AFFILIATES AND SUBSIDIARIES | Administrative: | AFFILIATES AND SUBSIDIARIES AND | Administrative |
| 30150 TELEGRAPH RD STE 444 | Unsecured: $458,258.00 | CONTROL DEVICES INC AND FIRST INERTIA | Unsecured: $633,258.00 |
| BINGHAM FARMS, MI 48025 | | SWITCH LIMITED | |
| | Total: $633,258.00 | CONTROL DEVICES INC AND FIRST INERTIA | Total: $633,258.00 |
| | | SWITCH | |
| | | C O SENSATA TECHNOLOGIES INC | |
| | | 529 PLEASANT ST MS B 1 | |
| | | ATTLEBORO, MA 02703 | |

**Total Claims to be Expunged:** 1

**Total Asserted Amount to be Expunged:** $633,258.00

In re Delphi Corporation, et al.                                    Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 2088343 ONTARIO LIMITED<br>2125 WYECROFT RD<br>OAKVILLE, ON L6L 5L7<br>CANADA | 4769 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $297,095.72<br>$297,095.72 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| ALCOA EXTRUSIONS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | 12009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $77,872.57<br>$77,872.57 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EATON YALE LTD<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,019.41<br>$14,019.41 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MOTOR CITY ELECTRIC CO<br>9440 GRINNELL ST<br>DETROIT, MI 48213-1151 | 13591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,487.41<br><br><br>$10,487.41 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

Total:    4                          $399,475.11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 12007**
Date Filed:   07/28/2006
Docketed Total:   $752,684.74
Filing Creditor Name and Address:
   ALCOA AUTOMOTIVE CASTINGS
   A MICHIGAN PARTNERSHIP
   ALCOA
   8550 W BRYN MAWR AVE 10TH FL
   CHICAGO, IL 60631

**Claim Holder Name and Address**

ALCOA AUTOMOTIVE CASTINGS A
MICHIGAN PARTNERSHIP
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Docketed Total:   **$484,338.38**

Modified Total:   **$8,967.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $484,338.38 |
| | | | **$484,338.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,967.88 |
| | | | **$8,967.88** |

**Claim Holder Name and Address**

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   **$268,346.36**

Modified Total:   **$268,346.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,346.36 |
| | | | **$268,346.36** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,346.36 |
| | | | **$268,346.36** |

---

**Claim: 1741**
Date Filed:   02/01/2006
Docketed Total:   $1,669,714.54
Filing Creditor Name and Address:
   ALLEGRO MICRO SYSTEMS INC
   115 NORTHEAST CUTOFF
   WORCESTER, MA 01615

**Claim Holder Name and Address**

ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

Docketed Total:   **$1,669,714.54**

Modified Total:   **$1,410,167.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,669,714.54 |
| | | | **$1,669,714.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,410,167.30 |
| | | | **$1,410,167.30** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12006**
Date Filed: 07/28/2006
Docketed Total: $713,498.23
Filing Creditor Name and Address:
ALUMAX MILL PRODUCTS INC
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Claim Holder Name and Address

ALUMAX MILL PRODUCTS INC
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Docketed Total: $384,260.21

Modified Total: $17,288.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $384,260.21 |
| | | | **$384,260.21** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,288.98 |
| | | | **$17,288.98** |

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $329,238.02

Modified Total: $329,238.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $329,238.02 |
| | | | **$329,238.02** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $329,238.02 |
| | | | **$329,238.02** |

**Claim: 2760**
Date Filed: 04/25/2006
Docketed Total: $262,636.04
Filing Creditor Name and Address:
ASHLAND INCORPORATED
PO BOX 2219
COLUMBUS, OH 43216

Claim Holder Name and Address

ASHLAND INCORPORATED
PO BOX 2219
COLUMBUS, OH 43216

Docketed Total: $262,636.04

Modified Total: $211,679.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $262,636.04 |
| | | | **$262,636.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $208,922.21 |
| 05-44624 | | | $1,084.86 |
| 05-44615 | | | $1,672.00 |
| | | | **$211,679.07** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document  
Pg 81 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11777<br>Date Filed:  07/27/2006<br>Docketed Total:  $516,441.65<br>Filing Creditor Name and Address:<br>CF SPECIAL SITUATION FUND I LP<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378 | Claim Holder Name and Address<br><br>CF SPECIAL SITUATION FUND I LP<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378<br><br>Docketed Total: **$516,441.65** | Modified Total: **$194,475.66** |

Case Number* 05-44640 — Secured — Priority — Unsecured $516,441.65 — Total **$516,441.65** (Docketed)
Case Number* 05-44640 — Secured — Priority — Unsecured $194,475.66 — Total **$194,475.66** (Modified)

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10390<br>Date Filed:  07/24/2006<br>Docketed Total:  $367,359.35<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$367,359.35** | Modified Total: **$246,837.18** |

Case Number* 05-44640 — Secured — Priority — Unsecured $367,359.35 — Total **$367,359.35** (Docketed)
Case Number* 05-44640 — Secured — Priority — Unsecured $246,837.18 — Total **$246,837.18** (Modified)

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9111<br>Date Filed:  07/07/2006<br>Docketed Total:  $603,421.56<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$603,421.56** | Modified Total: **$533,760.05** |

Case Number* 05-44640 — Secured — Priority — Unsecured $603,421.56 — Total **$603,421.56** (Docketed)
Case Number* 05-44640 — Secured — Priority — Unsecured $533,760.05 — Total **$533,760.05** (Modified)

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12748    Filed 02/19/08    Entered 02/19/08 20:37:11    Main Document
Pg 82 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br><br>BANK OF AMERICA N A<br>40 W 57TH ST<br>NEW YORK, NY 10019    Docketed Total: $645,056.53 | Modified Total: $412,536.60 |

**Claim 5423 — Case detail**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $645,056.53 | 05-44640 | | | $412,536.60 |
| | | | **$645,056.53** | | | | **$412,536.60** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9470<br>Date Filed: 07/13/2006<br>Docketed Total: $1,347,828.94<br>Filing Creditor Name and Address:<br>D & R TECHNOLOGY LLC<br>400 FULLERTON<br>CAROL STREAM, IL 60188 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402    Docketed Total: $1,347,828.94 | Modified Total: $1,244,861.71 |

**Claim 9470 — Case detail**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,347,828.94 | 05-44640 | | | $1,244,861.71 |
| | | | **$1,347,828.94** | | | | **$1,244,861.71** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14260<br>Date Filed: 07/31/2006<br>Docketed Total: $660,698.51<br>Filing Creditor Name and Address:<br>DIRECT SOURCING SOLUTIONS INC<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | Claim Holder Name and Address<br><br>DIRECT SOURCING SOLUTIONS INC<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222    Docketed Total: $660,698.51 | Modified Total: $150,913.15 |

**Claim 14260 — Case detail**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $660,698.51 | 05-44624 | | | $25,888.15 |
| | | | **$660,698.51** | 05-44640 | | | $125,025.00 |
| | | | | | | | **$150,913.15** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10983**
Date Filed: 07/26/2006
Docketed Total: $702,263.09
Filing Creditor Name and Address:
KUSS CORPORATION
FOLEY & LARDNER LLP
321 N CLARK ST STE 2800
CHICAGO, IL 60610

Claim Holder Name and Address
KUSS CORPORATION
FOLEY & LARDNER LLP
321 N CLARK ST STE 2800
CHICAGO, IL 60610

Docketed Total: **$702,263.09**

Modified Total: **$302,218.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $702,263.09 | 05-44640 | | | $302,218.95 |
| | | | **$702,263.09** | | | | **$302,218.95** |

**Claim: 13590**
Date Filed: 07/31/2006
Docketed Total: $62,435.12
Filing Creditor Name and Address:
MOTOR CITY ELECTRIC
9440 GRINNELL
DETROIT, MI 48213-1151

Claim Holder Name and Address
MOTOR CITY ELECTRIC
9440 GRINNELL
DETROIT, MI 48213-1151

Docketed Total: **$62,435.12**

Modified Total: **$12,842.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $62,435.12 | | | 05-44640 | | | $12,842.07 |
| | **$62,435.12** | | | | | | **$12,842.07** |

**Claim: 13592**
Date Filed: 07/31/2006
Docketed Total: $1,901.51
Filing Creditor Name and Address:
MOTOR CITY ELECTRIC
9440 GRINNELL
DETROIT, MI 48213-1151

Claim Holder Name and Address
MOTOR CITY ELECTRIC
9440 GRINNELL
DETROIT, MI 48213-1151

Docketed Total: **$1,901.51**

Modified Total: **$993.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44612 | $1,901.51 | | | 05-44640 | | | $993.92 |
| | **$1,901.51** | | | | | | **$993.92** |

**Claim: 15447**
Date Filed: 07/31/2006
Docketed Total: $104,135.00
Filing Creditor Name and Address:
PHOTOCIRCUITS CORPORATION
45 SEACLIFF AVE
GLEN COVE, NY 11542

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$104,135.00**

Modified Total: **$87,932.64**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $104,135.00 | 05-44640 | | | $87,932.64 |
| | | | **$104,135.00** | | | | **$87,932.64** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11284**
Date Filed:   07/27/2006
Docketed Total:   $114,112.12
Filing Creditor Name and Address:
SCHRADER BRIDGEPORT INTL
INC
ALTAVISTA EPD
PO BOX 102133
ATLANTA, GA 30368-2133

Claim Holder Name and Address

SCHRADER BRIDGEPORT INTL INC
ALTAVISTA EPD
PO BOX 102133
ATLANTA, GA 30368-2133

Docketed Total:   **$114,112.12**

Modified Total:   **$3,886.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $114,112.12 |
| | | | **$114,112.12** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,886.35 |
| | | | **$3,886.35** |

**Claim: 14140**
Date Filed:   07/31/2006
Docketed Total:   $1,641,742.91
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF JABIL CIRCUIT INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLAZA 1ST FL
GREENWICH, CT 06830

Docketed Total:   **$1,641,742.91**

Modified Total:   **$1,608,841.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,641,742.91 |
| | | | **$1,641,742.91** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $201,199.88 |
| 05-44612 | | | $1,407,641.55 |
| | | | **$1,608,841.43** |

**Total Claims to be Modified: 16**

**Total Amount as Docketed:**     $10,165,929.84

**Total Amount as Modified:**     $7,045,787.32

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12840**
Date Filed: 07/28/2006
Docketed Total: $662,721.49
Filing Creditor Name and Address:
BARNES GROUP INC
TYLER COOPER & ALCORN LLP
185 ASYLUM ST
CITY PLACE I 35TH FL
HARTFORD, CT 06103-3488

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $662,721.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $662,721.49 |
| | | | $662,721.49 |

Modified Total: $545,615.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,650.77 | $507,964.76 |
| | | $37,650.77 | $507,964.76 |

**Claim: 10155**
Date Filed: 07/21/2006
Docketed Total: $266,081.47
Filing Creditor Name and Address:
COMMODITY MGMT SVCS GBS
PRINTED PRODS & SYS
PO BOX 2340
NORTH CANTON, OH 44720-0340

Claim Holder Name and Address
COMMODITY MGMT SVCS GBS
PRINTED PRODS & SYS
PO BOX 2340
NORTH CANTON, OH 44720-0340

Docketed Total: $266,081.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $266,081.47 |
| | | | $266,081.47 |

Modified Total: $94,880.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $511.95 | $94,368.15 |
| | | $511.95 | $94,368.15 |

**Claim: 12672**
Date Filed: 07/28/2006
Docketed Total: $1,613,757.04
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STONERIDGE INC
FOR ITSELF AND ET AL
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STONERIDGE INC FOR
ITSELF AND ET AL
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $1,613,757.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $693,774.59 | $919,982.45 |
| | | $693,774.59 | $919,982.45 |

Modified Total: $1,509,409.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,103.66 | $1,497,306.18 |
| | | $12,103.66 | $1,497,306.18 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.,

Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16745**
Date Filed:  11/13/2007
Docketed Total:   $13,238.61
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 TRANSFEREE OF UNITED STARS
 INDUSTRIES INC
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
TRANSFEREE OF UNITED STARS
INDUSTRIES INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:        **$13,238.61**

Modified Total:        **$11,853.70**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $13,238.61 | | 05-44640 | | $11,853.70 | |
| | | **$13,238.61** | | | | **$11,853.70** | |

**Claim: 10971**
Date Filed:   07/26/2006
Docketed Total:    $332,442.44
Filing Creditor Name and Address:
 EATON AEROQUIP DE MEXICO
 SA DE CV
 1111 SUPERIOR AVE
 CLEVELAND, OH 44114-2584

Claim Holder Name and Address

EATON AEROQUIP DE MEXICO SA
DE CV
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Docketed Total:        **$332,442.44**

Modified Total:        **$130,456.87**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $332,442.44 | 05-44481 | | | $124,643.55 |
| | | | **$332,442.44** | 05-44640 | | $5,813.32 | |
| | | | | | | **$5,813.32** | **$124,643.55** |

**Claim: 6809**
Date Filed:   05/25/2006
Docketed Total:   $740,224.29
Filing Creditor Name and Address:
 EATON CORPORATION
 DBA REVENUE MANAGEMENT
 1 UNIVERSITY PLAZA NO 312
 HACKENSACK, NJ 07601

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF EATON
CORPORATION
DBA REVENUE MANAGEMENT
1 UNIVERSITY PLAZA NO 312
HACKENSACK, NJ 07601

Docketed Total:        **$740,224.29**

Modified Total:        **$522,778.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $740,224.29 | 05-44640 | | $107,257.28 | $415,520.72 |
| | | | **$740,224.29** | | | **$107,257.28** | **$415,520.72** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

## EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 15141<br>Date Filed: 07/31/2006<br>Docketed Total: $438,605.19<br>Filing Creditor Name and Address:<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Claim Holder Name and Address<br><br>EIKENBERRY & ASSOCIATES INC   Docketed Total: $438,605.19<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Modified Total: $45,245.33 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $204,708.80 | | $233,896.39 | | 05-44640 | | $1,530.60 | $43,714.73 |
| | **$204,708.80** | | **$233,896.39** | | | | **$1,530.60** | **$43,714.73** |

| | | |
|---|---|---|
| Claim: 16739<br>Date Filed: 11/06/2007<br>Docketed Total: $633,258.00<br>Filing Creditor Name and Address:<br>FIRST TECHNOLOGY HOLDINGS<br>INC AND AFFILIATES AND<br>SUBSIDIARIES AND CONTROL<br>DEVICES INC AND FIRST INERTIA<br>SWITCH LIMITED<br>CONTROL DEVICES INC AND<br>FIRST INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES<br>INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br><br>FIRST TECHNOLOGY HOLDINGS INC   Docketed Total: $633,258.00<br>AND AFFILIATES AND SUBSIDIARIES<br>AND CONTROL DEVICES INC AND<br>FIRST INERTIA SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST<br>INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | Modified Total: $566,254.64 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $633,258.00 | | 05-44640 | | $23,525.65 | $542,728.99 |
| | | | **$633,258.00** | | | | **$23,525.65** | **$542,728.99** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9261**
Date Filed: 07/11/2006
Docketed Total: $4,251,232.51
Filing Creditor Name and Address:
FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
383 MADISON AVENUE
NEW YORK, NY 10179

Docketed Total: $4,145,064.91

Modified Total: $4,030,495.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 | 05-44640 | | $197,369.77 | $3,833,125.96 |
| | | $856,790.09 | $3,288,274.82 | | | $197,369.77 | $3,833,125.96 |

Claim Holder Name and Address

FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Docketed Total: $106,167.60

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 | 05-44640 | | $0.00 | $0.00 |
| | | UNL | $106,167.60 | | | $0.00 | $0.00 |

**Claim: 11310**
Date Filed: 07/27/2006
Docketed Total: $1,206,987.71
Filing Creditor Name and Address:
GE COMMERCIAL MATERIALS SA
DE CV
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address

SABIC INNOVATIVE PLASTICS US
LLC
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: $1,206,987.71

Modified Total: $730,233.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,206,987.71 | 05-44640 | | $43,573.28 | $686,659.92 |
| | | | $1,206,987.71 | | | $43,573.28 | $686,659.92 |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 12748   Filed 02/19/08   Entered 02/19/08 20:37:11   Main Document
Pg 89 of 132

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11473**
Date Filed: 07/27/2006
Docketed Total: $5,256,752.18
Filing Creditor Name and Address:
GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

*CLAIM AS DOCKETED:*

Claim Holder Name and Address

GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: **$1,162,115.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,162,115.70 |
| | | | **$1,162,115.70** |

Claim Holder Name and Address

SABIC INNOVATIVE PLASTICS US LLC
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: **$4,094,636.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,094,636.48 |
| | | | **$4,094,636.48** |

*CLAIM AS MODIFIED:*

Modified Total: **$3,524,425.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,361,492.94 |
| 05-44567 | | $9,728.00 | $89,119.40 |
| 05-44624 | | | $3,805.45 |
| 05-44539 | | | $60,280.00 |
| | | **$9,728.00** | **$3,514,697.79** |

Modified Total: **$199,218.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $199,218.25 | |
| | | **$199,218.25** | |

---

**Claim: 2036**
Date Filed: 02/15/2006
Docketed Total: $1,288,259.67
Filing Creditor Name and Address:
S & Z TOOL & DIE CO INC
3180 BEREA RD
CLEVELAND, OH 44111-1595

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA
STE 312
HACKENSACK, NJ 07601

Docketed Total: **$1,288,259.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,288,259.67 | | |
| | **$1,288,259.67** | | |

Modified Total: **$925,384.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $111,882.90 | $813,501.76 |
| | | **$111,882.90** | **$813,501.76** |

*See Exhibit F for a listing of debtor entities by case number.

Page 5 of 6

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 11274
Date Filed:   07/27/2006
Docketed Total:   $176,158.38
Filing Creditor Name and Address:
SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SMALL PARTS INC     Docketed Total:     $176,158.38
PO BOX 7002
LOGANSPORT, IN 46947

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $176,158.38 |
| | | | **$176,158.38** |

**CLAIM AS MODIFIED**

Modified Total:     $58,876.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $32,169.54 | $26,707.43 |
| | | **$32,169.54** | **$26,707.43** |

---

**CLAIM TO BE MODIFIED**

Claim: 2028
Date Filed:   02/15/2006
Docketed Total:   $41,742.27
Filing Creditor Name and Address:
SYZ ROLMEX S DE RL DE CV
ATTN DAVID N RUTILA
PRESIDENT
3180 BEREA RD
CLEVELAND, OH 44111-1595

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC     Docketed Total:     $41,742.27
ONE UNIVERSITY PLAZA
STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $41,742.27 | | |
| | **$41,742.27** | | |

**CLAIM AS MODIFIED**

Modified Total:     $33,441.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,000.00 | $29,441.59 |
| | | **$4,000.00** | **$29,441.59** |

---

**CLAIM TO BE MODIFIED**

Claim: 13546
Date Filed:   07/31/2006
Docketed Total:   $42,827.19
Filing Creditor Name and Address:
UPG DE MEXICO S DE RL DE CV
UNITED PLASTICS GROUP INC
1420 KENSINGTON RD STE 209
OAK BROOK, IL 60523

**CLAIM AS DOCKETED**

Claim Holder Name and Address

UPG DE MEXICO S DE RL DE CV     Docketed Total:     $42,827.19
UNITED PLASTICS GROUP INC
1420 KENSINGTON RD STE 209
OAK BROOK, IL 60523

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $42,827.19 | | |
| | **$42,827.19** | | |

**CLAIM AS MODIFIED**

Modified Total:     $42,827.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,226.10 | $33,601.09 |
| | | **$9,226.10** | **$33,601.09** |

---

**Total Claims to be Modified: 15**

**Total Amount as Docketed:**     $16,964,288.44

**Total Amount as Modified:**     $12,971,397.39

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 6 of 6

In re Delphi Corporation, <u>et al.</u>                                    Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44615 | DELPHI LLC |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re: Delphi Corporation, et al.           Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD) 05-44481-rdd  Doc 12748 Filed 02/19/08 Entered 02/19/08 20:37:11 Main Document
Pg 92 of 132
Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1599963 ONTARIO LIMITED | 4769 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AFFINIA CANADA CORP EFT | 11099 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AGFA | 8719 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| AIRGAS EAST INC | 14280 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS SOUTH INC | 14281 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALCOA EXTRUSIONS INC | 12009 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| ALEGRE INC | 12193 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ALUMAX MILL PRODUCTS INC | 12006 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENT LLC AS ASSIGNEE OF FLEXLINK SYSTEMS INC | 8581 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION | 8584 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC | 7995 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ARBON EQUIP CORP RITE HITE CORP | 206 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS | 16749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARTHUR ANDERSEN LLP | 16748 | EXHIBIT C - UNTIMELY CLAIMS |
| ASHLAND INCORPORATED | 2760 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| BARNES GROUP INC | 12840 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BEHR HELLA THERMOCONTROL GMBH | 14058 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BEHR HELLA THERMOCONTROL GMBH | 15197 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BREEN COLOR CONCENTRATES INC | 14174 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BUCKHORN INC | 2610 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CAPSONIC AUTOMOTIVE INC | 16735 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| CARRIER CORP | 9462 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | 2693 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | 10155 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S | 10390 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC | 9111 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | 12672 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CORUS LP | 5423 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CROWN EG INC | 6594 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CROWN SOLUTIONS INC | 6593 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CSI LEASING INC FKA COMPUTER SALES INTERNATIONAL INC | 9118 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| DAVALOR MOLD CORPORATION | 8980 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DAY PAK INC EFT | 13612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DEBRA A SMITH | 16063 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DIEMOLDING CORPORATION | 675 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| DIRECT SOURCING SOLUTIONS INC | 14260 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| E R WAGNER MANUFACTURING CO | 10685 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON CORPORATION | 6809 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON POWER QUALITY CORPORATION | 10969 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| EIS INC | 9924 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAISON OFFICE PRODUCTS LLC | 11025 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAST TEK GROUP LLC | 6601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDERAL EXPRESS CORPORATION | 15604 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FEDEX CUSTOM CRITICAL | 747 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX CUSTOM CRITICAL | 749 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX FREIGHT | 6934 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE COMMERCIAL MATERIALS SA DE CV | 11310 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GE INFRASTRUCTURE SENSING | 10734 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE PLASTICS | 11473 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE SILICONES | 15540 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GRIFFCO QUALITY SOLUTIONS INC | 15229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GW PLASTICS INC | 68 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 69 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 70 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 72 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HEALTHPLUS OF MICHIGAN INC | 13453 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HTC GLOBAL SERVICES INC | 12016 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HUCK INTERNATIONAL A DELAWARE CORPORATION | 12010 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| INGERSOLL RAND CO AIR SOLUTIONS | 1042 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JDC LOGISTICS INC | 4466 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JOHNSON ELECTRIC NORTH AMERICA INC | 9880 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| KUSS CORPORATION | 10983 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LORD CORPORATION | 16307 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LTX CORPORATION | 9680 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16741 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16742 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| METROCAL INC | 5734 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MEUNIER ELECTRONIC SUPPLY INC | 6632 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MILACRON MARKETING COMPANY | 2679 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MISSOURI SEA & AIR | 6637 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MITSUI AND CO USA INC | 5778 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13590 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13592 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC CO | 13591 | EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| N D K AMERICA INC | 14200 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| NEWARK ELECTRONICS | 7550 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ORBIS CORPORATION | 811 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| PHOTOCIRCUITS CORPORATION | 15447 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PITNEY BOWES INC FASCIMILE DIV | 10119 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD STAMPING TEXAS INC | 12437 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD TOOL & ENGINEERING | 12441 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER MANUFACTURING SUPPORT SERVICES INC | 2639 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| R & L SPRING CO EFT | 16740 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ROYAL DIE STAMPING CO | 2612 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| S & Z TOOL & DIE CO INC | 2036 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SCHRADER BRIDGEPORT INTL INC | 11284 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SCOTT SPECIALTY GASES INC | 16104 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS DE MEXICO S DE RL CV JUAREZ MX | 11272 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS INC | 11274 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| SPCP GROUP LLC AS ASSIGNEE OF JABIL CIRCUIT INC | 14140 | EXHIBIT E-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL ELECTRIC | 9601 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPRINT NEXTEL CORP | 474 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| STAGECOACH CARTAGE | 5069 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPERIOR PLASTIC INC | 12350 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPPLIER INSPECTION SERVICES INC | 2426 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SYZ ROLMEX S DE RL DE CV | 2028 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| TENNESSEE VALLEY AUTHORITY | 1695 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY TVA | 2187 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| TGI DIRECT INC | 8927 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TGI DIRECT INC | 8929 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRICON INDUSTRIES INC | 8937 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| TRICON INDUSTRIES INC | 8935 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UNISEAL INC | 1916 | EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS |
| UNITED STARS INDUSTRIES INC | 16695 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT E-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16747 | EXHIBIT C - UNTIMELY CLAIMS |
| VJ TECHNOLOGIES INC | 16460 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| VOLLAND ELECTRIC | 14660 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| WRIGHT STATE UNIVERSITY | 2906 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ZEISS CARL IMT CORP | 10882 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |

# EXHIBIT D

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Treatment of Claim** | **Surviving Claim Number** |
| Capsonic Automotive Inc | 460 S Second St<br>Elgin, IL 60123 | 10/25/07 | 16735 | $778,532.62 | Duplicate Or Amended Claims | Disallow and Expunge | 8373 |
| Tennessee Valley Authority TVA | Harriet A Cooper Assistant General Counsel<br>400 W Summit Hill Dr<br>Knoxville, TN 37902-1401 | 3/6/06 | 2187 | $1,268,394.16 | Duplicate Or Amended Claims | Disallow and Expunge | 1695 |
| United Stars Industries Inc | Sean T Scott<br>Mayer Brown Rowe & Maw<br>190 S LaSalle St<br>Chicago, IL 60603-3441 | 10/24/05 | 16695 | $13,238.61 | Duplicate Or Amended Claims | Disallow and Expunge | 16745 |

2/12/2008 6:15 PM
Omni 24 Order Exhibit A Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| AGFA | AGFA Gevaurt Gmbh<br>200 Ballardvale St<br>Wilmington, MA 01887 | 6/28/06 | 8719 | $90,518.74 | Books And Records Claims | Disallow and Expunge | |
| Debra A Smith | 1116 Bay Hill Dr<br>Gibsonia, PA 15044 | 8/9/06 | 16063 | $1,157.52 | Books And Records Claims | Disallow and Expunge | |
| Federal Express Corporation | Charles J Filardi Jr Esq<br>Filardi Law Offices LLC<br>65 Trumbull St 2nd Fl<br>New Haven, CT 06510 | 7/31/06 | 15604 | $1,000.00 | Books And Records Claims | Disallow and Expunge | |
| GW Plastics Inc | J Eric Charlton<br>Hiscock & Barclay LLP<br>Financial Plaza 221 S Warren St<br>Syracuse, NY 13202 | 10/21/05 | 68 | $179,190.75 | Books And Records Claims | Disallow and Expunge | |
| GW Plastics Inc | J Eric Charlton<br>Hiscock & Barclay LLP<br>Financial Plaza 221 S Warren St<br>Syracuse, NY 13202 | 10/21/05 | 69 | $75,093.37 | Books And Records Claims | Disallow and Expunge | |
| GW Plastics Inc | J Eric Charlton<br>Hiscock & Barclay LLP<br>Financial Plaza 221 S Warren St<br>Syracuse, NY 13202 | 10/21/05 | 70 | $276,013.27 | Books And Records Claims | Disallow and Expunge | |
| GW Plastics Inc | J Eric Charlton<br>Hiscock & Barclay LLP<br>Financial Plaza 221 S Warren St<br>Syracuse, NY 13202 | 10/22/05 | 72 | $107,785.70 | Books And Records Claims | Disallow and Expunge | |
| HealthPlus of Michigan Inc | Attn Dan Champney Esq<br>2050 S Linden Rd<br>Flint, MI 48532 | 7/31/06 | 13453 | $0.00 | Books And Records Claims | Disallow and Expunge | |

2/12/2008 6:15 PM
Omni 24 Order Exhibit B Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Tricon Industries Inc | c o Alex Pirogovsky<br>Ungaretti & Harris LLP<br>3500 Three First National Plz<br>Chicago, IL 60602 | 7/5/06 | 8937 | $644,677.01 | Books And Records Claims | Disallow and Expunge | |

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Arthur Andersen Llp | PO Box 390<br>St Charles, IL 60174 | 10/15/07 | 16748 | $29,559.00 | Untimely Claims | Disallow and Expunge | |
| US Equal Employment Opportunity Commission | Anthony J Celebrezze Building<br>1240 E Ninth St Ste 3001<br>Cleveland, OH 44199 | 11/14/07 | 16747 | $30,000.00 | Untimely Claims | Disallow and Expunge | |
| US Equal Employment Opportunity Commission | Donna L Williams Alexander<br>Anthony J Celebrezze Office Bldg<br>1240 E Ninth St Ste 3001<br>Cleveland, OH 44199 | 11/14/07 | 16747 | $30,000.00 | Untimely Claims | Disallow and Expunge | |

2/12/2008 6:15 PM
Omni 24 Order Exhibit C Service List

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER IDENTIFIED
IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on January 25, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Twenty-Fourth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Fourth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Twenty-Fourth Omnibus Claims Objection Order, was listed on Exhibit ___ to the Twenty-Fourth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Twenty-Fourth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
February 6, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT F

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name | | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Amroc Investments LLC | | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/26/06 | 8581 | $550,087.00 | Claims Subject To Modification | 05-44640 | $470,871.00 | General Unsecured |
| | Amroc Investments LLC | | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/26/06 | 8584 | $76,448.98 | Claims Subject To Modification | 05-44640 | $75,549.82 | General Unsecured |
| | Arbon Equip Corp Rite Hite Corp | | 8900 N Arbor Dr Milwaukee, WI 53223 | 10/31/05 | 206 | $27,371.53 | Claims Subject To Modification | 05-44640 | $13,065.09 | General Unsecured |
| | Argo Partners | | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 5/23/06 | 6637 | $13,487.61 | Claims Subject To Modification | 05-44640 | $12,967.93 | General Unsecured |
| | Argo Partners | | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/23/06 | 6637 | $13,487.61 | Claims Subject To Modification | 05-44640 | $12,967.93 | General Unsecured |
| | Argo Partners | | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/25/06 | 10882 | $76,784.27 | Claims Subject To Modification | 05-44640 | $76,784.27 | General Unsecured |
| | Argo Partners | | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10882 | $76,784.27 | Claims Subject To Modification | 05-44640 | $76,784.27 | General Unsecured |
| | Argo Partners | | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/31/06 | 14280 | $13,930.66 | Claims Subject To Modification | 05-44640 | $12,484.64 | General Unsecured |
| | Argo Partners | | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14280 | $13,930.66 | Claims Subject To Modification | 05-44640 | $12,484.64 | General Unsecured |
| | Argo Partners | | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/31/06 | 14281 | $40,160.57 | Claims Subject To Modification | 05-44640 | $40,160.57 | General Unsecured |
| | Argo Partners | | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14281 | $40,160.57 | Claims Subject To Modification | 05-44640 | $40,160.57 | General Unsecured |
| | Argo Partners as assignee of Kemper Products | | Argo Partners 12 West 37th St 9th fl New York, NY 10018 | 11/9/07 | 16749 | $15,197.55 | Claims Subject To Modification | 05-44507 | $14,600.67 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-1 Single Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| ASM Capital LP | ASM Capital LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 1/30/06 | 1699 | $117,572.06 | Claims Subject To Modification | 05-44640 | $117,438.86 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/30/06 | 1699 | $117,572.06 | Claims Subject To Modification | 05-44640 | $117,438.86 | General Unsecured |
| Behr Hella Thermocontrol Gmbh | Behr Hella<br>Hansastr 40<br>Lippstadt,  59557 Germany | 7/31/06 | 14058 | $34,109.64 | Claims Subject To Modification | 05-44640 | $12,336.64 | General Unsecured |
| Behr Hella Thermocontrol Gmbh | Hansastrabe 40<br>Lippstadt,  59557 Germany | 7/31/06 | 15197 | $141,105.88 | Claims Subject To Modification | 05-44640 | $62,299.54 | General Unsecured |
| Carrier Corp | Attn Joyce Kuppel<br>PO Box 4808 Bldg TR S<br>Syracuse, NY 13221 | 7/13/06 | 9462 | $14,995.98 | Claims Subject To Modification | 05-44640 | $4,311.33 | General Unsecured |
| CSI Leasing Inc fka Computer Sales International Inc | Attn Jeffrey L Rousseau<br>9990 Olive Street Road Ste 101<br>St Louis, MO 63141 | 7/7/06 | 9118 | $37,197.78 | Claims Subject To Modification | 05-44640 | $35,948.33 | General Unsecured |
| Davalor Mold Corporation | 46480 Continental Dr<br>Chesterfield, MI 48047 | 7/5/06 | 8980 | $65,898.50 | Claims Subject To Modification | 05-44640 | $61,898.50 | General Unsecured |
| Day Pak Inc Eft | PO Box 363<br>Dayton, OH 45409 | 7/31/06 | 13612 | $31,393.49 | Claims Subject To Modification | 05-44640 | $28,110.23 | General Unsecured |
| E R Wagner Manufacturing Co | Lock Box 53100<br>Milwaukee, WI 53288 | 7/26/06 | 10685 | $11,400.00 | Claims Subject To Modification | 05-44640 | $10,944.00 | General Unsecured |
| E R Wagner Manufacturing Co | E R Wagner Manufacturing Co<br>4611 N 32nd St<br>Milwaukee, Wi 53209 | 7/26/06 | 10685 | $11,400.00 | Claims Subject To Modification | 05-44640 | $10,944.00 | General Unsecured |
| E R Wagner Manufacturing Co | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 7/26/06 | 10685 | $11,400.00 | Claims Subject To Modification | 05-44640 | $10,944.00 | General Unsecured |
| E R Wagner Manufacturing Co | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 7/26/06 | 10685 | $11,400.00 | Claims Subject To Modification | 05-44640 | $10,944.00 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-1 Single Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Modified Debtor** | **Modified Amount** | **Modified Nature** |
| Eaton Power Quality Corporation | Eaton Corporation<br>1111 Superior Ave<br>Cleveland, OH 44114-2584 | 7/26/06 | 10969 | $6,996.16 | Claims Subject To Modification | 05-44640 | $6,996.16 | General Unsecured |
| EIS Inc | Kimberly J Robinson<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 | 7/19/06 | 9924 | $11,820.81 | Claims Subject To Modification | 05-44640 | $11,820.81 | General Unsecured |
| Faison Office Products LLC | Attn Dan Morton<br>3251 Revere St Ste 200<br>Aurora, CO 80011 | 7/26/06 | 11025 | $177,519.59 | Claims Subject To Modification | 05-44640 | $110,914.53 | General Unsecured |
| Fast Tek Group Llc | 9850 E 30th St<br>Indianapolis, IN 46229 | 5/22/06 | 6601 | $50,414.05 | Claims Subject To Modification | 05-44640 | $48,289.85 | General Unsecured |
| FedEx Custom Critical | c o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | 11/21/05 | 747 | $1,941.46 | Claims Subject To Modification | 05-44640 | $1,941.46 | General Unsecured |
| FedEx Custom Critical | c o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | 11/21/05 | 749 | $67,998.47 | Claims Subject To Modification | 05-44640 | $67,998.47 | General Unsecured |
| GE Consumer & Industrial f k a GE Supply | Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/06 | 10199 | $341,525.93 | Claims Subject To Modification | 05-44640 | $287,000.00 | General Unsecured |
| Griffco Quality Solutions Inc | 12300 Old Tesson Rd Ste 200E<br>St Louis, MO 63128 | 7/31/06 | 15229 | $21,267.84 | Claims Subject To Modification | 05-44640 | $18,798.22 | General Unsecured |
| H & L Tool Company Inc | 32701 Dequindre Rd<br>Madison Heights, MI 48071 | 11/13/07 | 16746 | $41,723.84 | Claims Subject To Modification | 05-44640 | $34,379.19 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 7/28/06 | 12016 | $331,469.00 | Claims Subject To Modification | 05-44640 | $316,917.71 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12016 | $331,469.00 | Claims Subject To Modification | 05-44640 | $316,917.71 | General Unsecured |
| Htc Global Services Inc | 3270 W Big Beaver Rd<br>Troy, MI 48084 | 7/28/06 | 12016 | $331,469.00 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-1 Single Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Modified Debtor** | **Modified Amount** | **Modified Nature** |
| Huck International A Delaware Corporation | Paul Kopatich<br>Alcoa<br>8550 W Bryn Mawr Ave 10th Fl<br>Chicago, IL 60631 | 7/28/06 | 12010 | $36,850.32 | Claims Subject To Modification | 05-44640 | $27,527.41 | General Unsecured |
| Ingersoll Rand Co Air Solutions | Ingersoll Rand Air Solutions<br>800 D Beaty St<br>Davidson, NC 28036 | 12/5/05 | 1042 | $41,516.60 | Claims Subject To Modification | 05-44640 | $25,789.42 | General Unsecured |
| ITW Shakeproof Industrial Products | ITW Shakeproof<br>2550 S 27th Ave<br>Broadview, IL 60155 | 1/27/06 | 1688 | $65,530.04 | Claims Subject To Modification | 05-44640 | $34,119.63 | General Unsecured |
| Jdc Logistics Inc | 9809 S Franklin Dr<br>Franklin, WI 53132 | 5/2/06 | 4466 | $42,445.10 | Claims Subject To Modification | 05-44640 | $41,835.10 | General Unsecured |
| Lifetime Industries Inc | David J Harris<br>Burch Porter & Johnson PLLC<br>130 N Court Ave<br>Memphis, TN 38103 | 2/14/06 | 1994 | $35,738.64 | Claims Subject To Modification | 05-44640 | $15,358.44 | General Unsecured |
| Liquidity Solutions dba Revenue Management as assignee of Orbis Corporation | Liquidity Solutions dba Revenue Management as Assignee of Orbis Corporation<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 11/22/05 | 811 | $239,472.32 | Claims Subject To Modification | 05-44640 | $179,513.53 | General Unsecured |
| Liquidity Solutions Inc as Assignee of Buckhorn Rubber Products | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/11/06 | 2610 | $178,955.76 | Claims Subject To Modification | 05-44640 | $21,275.60 | General Unsecured |
| Liquidity Solutions Inc as Assignee of Milacron Marketing Co | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/18/06 | 2679 | $128,067.32 | Claims Subject To Modification | 05-44640 | $120,574.55 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 1/30/06 | 1695 | $1,268,394.16 | Claims Subject To Modification | 05-44640 | $1,264,485.98 | Secured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 4/11/06 | 2612 | $504,876.99 | Claims Subject To Modification | 05-44640 | $446,271.20 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 5/22/06 | 6593 | $10,593.33 | Claims Subject To Modification | 05-44640 | $10,593.33 | General Unsecured |
| Longacre Master Fund Ltd | Attn Vladimir Jelisavcic<br>810 Seventh Ave 22nd Floor<br>New York, NY 10019 | 5/22/06 | 6594 | $103,809.40 | Claims Subject To Modification | 05-44640 | $89,177.14 | General Unsecured |

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 8/18/06 | 16247 | $579,130.61 | Claims Subject To Modification | 05-44640 | $567,576.33 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 11/17/06 | 16418 | $107,272.55 | Claims Subject To Modification | 05-44640 | $45,326.40 | General Unsecured |
| Lord Corporation | Lisa Watt<br>2000 W Grandview Blvd<br>Erie, PA 16514 | 9/12/06 | 16307 | $362,371.05 | Claims Subject To Modification | 05-44640 | $331,047.89 | General Unsecured |
| LTX Corporation | Attn Legal Counsel<br>825 University Ave<br>Norwood, MA 02062 | 7/17/06 | 9680 | $261,479.00 | Claims Subject To Modification | 05-44640 | $231,439.00 | General Unsecured |
| Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 11/9/07 | 16741 | $10,576.32 | Claims Subject To Modification | 05-44640 | $10,576.32 | General Unsecured |
| Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 11/9/07 | 16742 | $54,140.04 | Claims Subject To Modification | 05-44640 | $48,846.35 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 5/12/06 | 5734 | $5,967.84 | Claims Subject To Modification | 05-44640 | $4,427.84 | General Unsecured |
| Meunier Electronic Supply Inc | 3409 E Washington St<br>Indianapolis, IN 46201 | 5/23/06 | 6632 | $35,369.12 | Claims Subject To Modification | 05-44640 | $28,710.20 | General Unsecured |
| Mitsui and Co Usa Inc | Attn Sam Danzis Esq<br>200 Park Ave<br>New York, NY 10166 | 5/12/06 | 5778 | $14,196.24 | Claims Subject To Modification | 05-44640 | $14,196.24 | General Unsecured |
| Pitney Bowes Inc Fascimile Div | PO Box 856037<br>Louisville, KY 40285-6037 | 7/21/06 | 10119 | $191,003.63 | Claims Subject To Modification | 05-44640 | $55,280.37 | General Unsecured |
| Plainfield Stamping Texas Inc | PO Box 265<br>Plainfield, IL 60544 | 7/28/06 | 12437 | $7,092.91 | Claims Subject To Modification | 05-44640 | $7,092.91 | General Unsecured |
| Plainfield Tool & Engineering | Plainfield Stamping Illinois<br>24035 Riverwalk Ct<br>Plainfield, IL 60544-8145 | 7/28/06 | 12441 | $48,770.59 | Claims Subject To Modification | 05-44640 | $1,727.84 | General Unsecured |
| R & L Spring Co Eft | 1097 Geneva Pkwy<br>Remit Updt 7 99 Letter<br>Lake Geneva, WI 53147 | 11/6/07 | 16740 | $16,532.05 | Claims Subject To Modification | 05-44640 | $15,282.00 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-1 Single Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Scott Specialty Gases Inc | 6141 Easton Rd Plumsteadville, PA 18949 | 8/9/06 | 16104 | $12,730.27 | Claims Subject To Modification | 05-44640 | $4,547.40 | General Unsecured |
| Sierra Liquidity Fund | Sierra Liquidity Fund as assignee of Ceramtec North America 2699 White Rd Ste 255 Irvine, CA 92614 | 4/19/06 | 2693 | $245,952.74 | Claims Subject To Modification | 05-44640 | $232,341.07 | General Unsecured |
| Small Parts De Mexico S De RL CV Juarez MX | PO Box 7002 Logansport, IN 46947 | 7/27/06 | 11272 | $64,795.10 | Claims Subject To Modification | 05-44640 | $62,213.04 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/19/06 | 9880 | $2,897,316.33 | Claims Subject To Modification | 05-44640 | $2,553,527.50 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/19/06 | 9880 | $2,897,316.33 | Claims Subject To Modification | 05-44640 | $2,553,527.50 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/19/06 | 9880 | $2,897,316.33 | Claims Subject To Modification | 05-44640 | $2,553,527.50 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/19/06 | 9880 | $2,897,316.33 | Claims Subject To Modification | 05-44640 | $2,553,527.50 | General Unsecured |
| Special Electric | Special Electric 2121 S 116th St West Allis, WI 53227 | 7/17/06 | 9601 | $25,211.74 | Claims Subject To Modification | 05-44640 | $25,211.74 | General Unsecured |
| Sprint Nextel Corp | Attn Bankruptcy Nextel Communications Inc PO Box 172408 Denver, CO 80217-2408 | 11/10/05 | 474 | $319,224.11 | Claims Subject To Modification | 05-44481 | $182,628.93 | General Unsecured |
| Superior Plastic Inc | Superior Plastic inc 200 E Big Beaver Rd Suite 112 Troy, MI 48083 | 7/28/06 | 12350 | $65,511.81 | Claims Subject To Modification | 05-44640 | $62,986.06 | General Unsecured |
| Supplier Inspection Services Inc | 2941 S Gettysburg Ave Dayton, OH 45418 | 3/27/06 | 2426 | $103,832.09 | Claims Subject To Modification | 05-44640 | $98,138.09 | General Unsecured |

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Tgi Direct Inc | 5365 Hill 23 Dr<br>Flint, MI 48507-390 | 7/5/06 | 8927 | $10,119.17 | Claims Subject To Modification | 05-44481 | $6,227.10 | General Unsecured |
| Tgi Direct Inc | 5365 Hill 23 Dr<br>Flint, MI 48507 | 7/5/06 | 8929 | $68,364.68 | Claims Subject To Modification | 05-44640 | $45,159.62 | General Unsecured |
| Tricon Industries Inc | c o Alex Pirogovsky<br>Ungaretti & Harris LLP<br>3500 Three First National Plz<br>Chicago, IL 60602 | 7/5/06 | 8935 | $71,548.68 | Claims Subject To Modification | 05-44640 | $18,166.21 | General Unsecured |
| Triton Industries Inc | 1020 N Kolmar Ave<br>Chicago, IL 60651 | 7/26/06 | 11229 | $78,757.21 | Claims Subject To Modification | 05-44640 | $46,587.40 | General Unsecured |
| Universal Tool and Engineering Company Inc | Michael K McCrory<br>Barnes & Thornburg LLP<br>11 S Meridian St<br>Indianapolis, IN 46204 | 3/3/06 | 2174 | $234,500.00 | Claims Subject To Modification | 05-44640 | $234,499.00 | General Unsecured |
| Volland Electric | 75 Innsbruck Dr<br>Cheektowaga, NY 14227 | 7/31/06 | 14660 | $52,448.27 | Claims Subject To Modification | 05-44640 | $25,901.84 | General Unsecured |
| Wright State University | Attn Gwen M Mattison General Counsel<br>356 University Hall<br>Dayton, OH 45435 | 4/27/06 | 2906 | $126,323.97 | Claims Subject To Modification | 05-44640 | $82,394.31 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-1 Single Service List

Delphi Corporation

Twenty-Fourth Omnibus Objection Order

Exhibit D-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Uniseal Inc | Attn Stacy Baumberger PO Box 6288 Evansville, IN 47719 | 2/8/06 | 1916 | $48,784.11 | Claim Subject To Modification That Is Subject To Prior Order | 05-44640 | $540.00 | General Unsecured |

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
            In re                         :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER IDENTIFIED
IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on January 25, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Twenty-Fourth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Fourth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Twenty-Fourth Omnibus Claims Objection Order, was listed on Exhibit ___ to the Twenty-Fourth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Twenty-Fourth Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated: New York, New York
February 6, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-2 (Single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| | Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson Sachnoff & Weaver Ltd 10 S Wacker Dr Chicago, IL 60606-7507 | 7/27/06 | 11413 | $617,679.20 | Modified Claims Asserting Reclamation | 05-44640 | $71,376.60 | Priority | 05-44640 | $478,623.40 | General Unsecured |
| | Alegre Inc | Lilly Phillips President 3103 W Tech Rd Miamisburg, OH 45342 | 7/28/06 | 12193 | $2,382,040.18 | Modified Claims Asserting Reclamation | 05-44640 | $20,154.39 | Priority | 05-44640 | $331,809.23 | General Unsecured |
| | Alegre Inc | Walter Reynolds Esq Porter Wright Morris & Arthur Ste 1600 Dayton, OH 45402 | 7/28/06 | 12193 | $2,382,040.18 | Modified Claims Asserting Reclamation | 05-44640 | $20,154.39 | Priority | 05-44640 | $331,809.23 | General Unsecured |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/14/06 | 7995 | $896,187.82 | Modified Claims Asserting Reclamation | 05-44640 | $86,216.72 | Priority | 05-44640 | $767,073.90 | General Unsecured |
| | Breen Color Concentrates Inc | Mark Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | 7/31/06 | 14174 | $11,505.71 | Modified Claims Asserting Reclamation | 05-44640 | $5,107.39 | Priority | 05-44640 | $6,398.32 | General Unsecured |
| | GE Infrastructure Sensing | Attn Val Venable c o GE Plastics 9930 Kincey Ave Huntersville, NC 28078 | 7/25/06 | 10734 | $755,003.52 | Modified Claims Asserting Reclamation | 05-44640 | $42,903.31 | Priority | 05-44640 | $703,841.80 | General Unsecured |
| | GE Silicones | Attn Val Venable c o GE Plastics 9930 Kincey Ave Huntersville, NC 28078 | 7/31/06 | 15540 | $651,800.43 | Modified Claims Asserting Reclamation | 05-44640 | $37,338.82 | Priority | 05-44640 | $487,687.47 | General Unsecured |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 11/18/05 | 675 | $544,824.79 | Modified Claims Asserting Reclamation | 05-44640 | $941.46 | Priority | 05-44640 | $485,086.49 | General Unsecured |
| | Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/18/05 | 675 | $544,824.79 | Modified Claims Asserting Reclamation | 05-44640 | $941.46 | Priority | 05-44640 | $485,086.49 | General Unsecured |
| | Illinois Tool Works Inc | Itw Deltar Tekfast 21555 S Harlem Ave Frankfort, IL 60423 | 7/17/06 | 9569 | $72,359.10 | Modified Claims Asserting Reclamation | 05-44640 | $9,319.21 | Priority | 05-44640 | $53,293.56 | General Unsecured |
| | Latigo Master Fund Ltd | Attn Paul Malek 590 Madison Ave 9th Fl New York, NY 10022 | 7/24/06 | 14200 | $1,444,823.68 | Modified Claims Asserting Reclamation | 05-44640 | $1,297,786.54 | General Unsecured | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/24/06 | 10558 | $620,518.73 | Modified Claims Asserting Reclamation | 05-44640 | $20,647.07 | Priority | 05-44640 | $583,392.77 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-2 Single Service List

Delphi Corporation
Twenty-Fourth Omnibus Objection Order
Exhibit D-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 12/19/06 | 16460 | $83,839.32 | Modified Claims Asserting Reclamation | 05-44640 | $60,000.00 | Priority | 05-44640 | $880.00 | General Unsecured |
| Marian Inc fka Marian Rubber Products | Wayne Rinker<br>Marian Inc<br>1011 E St Clair St<br>Indianapolis, IN 46202 | 7/27/06 | 11453 | $236,298.73 | Modified Claims Asserting Reclamation | 05-44640 | $25,605.91 | Priority | 05-44640 | $207,878.98 | General Unsecured |
| Medalist Industries Inc | Medalist Indl Fastener Div<br>2700 York Rd<br>Elk Grove Village, IL 60007 | 7/17/06 | 9576 | $64,897.96 | Modified Claims Asserting Reclamation | 05-44640 | $33,896.44 | Priority | 05-44640 | $14,052.10 | General Unsecured |
| N D K America Inc | c o Masuda Funai Eifert & Mitchell Ltd<br>203 N LaSalle St Ste 2500<br>Chicago, IL 60601-1262 | 7/24/06 | 14200 | $1,444,823.68 | Modified Claims Asserting Reclamation | 05-44640 | $145,267.57 | Priority | | | |
| Park Ohio Products Inc | 7000 Denison Ave<br>Cleveland, OH 44102 | 7/31/06 | 15134 | $355,290.19 | Modified Claims Asserting Reclamation | 05-44640 | $45,060.80 | Priority | 05-44640 | $154,342.18 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/26/06 | 11099 | $173,734.07 | Modified Claims Asserting Reclamation | 05-44640 | $10,000.00 | Priority | 05-44640 | $34,511.79 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP<br>Allan S Brilliant Craig P Druehl & Meagan E Costello<br>599 Lexington Ave<br>New York, NY 10022 | 7/26/06 | 11099 | $173,734.07 | Modified Claims Asserting Reclamation | 05-44640 | $10,000.00 | Priority | 05-44640 | $34,511.79 | General Unsecured |

2/12/2008 6:16 PM
Omni 24 Order Exhibit D-2 Single Service List

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
      In re                                  :   Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :   Case No. 05-44481 (RDD)
                                             :
                          Debtors.           :   (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER IDENTIFIED
IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on January 25, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Twenty-Fourth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Fourth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Twenty-Fourth Omnibus Claims Objection Order, was listed on Exhibit ___ to the Twenty-Fourth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Twenty-Fourth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
February 6, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

  - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

3

# EXHIBIT J

Delphi Corporation

Twenty-Fourth Omnibus Objection Order

Exhibit D-1 (Multiple) Service List

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 | Modified Debtor4 | Modified Amount4 | Modified Nature4 | Modified Debtor5 | Modified Amount5 | Modified Nature5 | Modified Debtor6 | Modified Amount6 | Modified Nature6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FedEx Freight | FedEx Freight Delivery Code 2259 PO Box 840 Harrison, AR 72602-0840 | 5/26/06 | 6934 | $17,219.26 | Claims Subject To Modification | 05-44640 | $12,507.67 | General Unsecured | 05-44511 | $1,709.19 | General Unsecured | 05-44482 | $3,002.40 | General Unsecured | | | | | | | | | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 4/13/06 | 2639 | $1,179,772.10 | Claims Subject To Modification | 05-44640 | $1,046,698.81 | General Unsecured | 05-44482 | $895.77 | General Unsecured | | | | | | | | | | | | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 4/13/06 | 2639 | $1,179,772.10 | Claims Subject To Modification | 05-44640 | $1,046,698.81 | General Unsecured | 05-44482 | $895.77 | General Unsecured | | | | | | | | | | | | |
| Newark Electronics | PO Box 94151 Palatine, IL 60094-4151 | 6/6/06 | 7550 | $185,979.44 | Claims Subject To Modification | 05-44640 | $88,909.44 | General Unsecured | 05-44624 | $70.97 | General Unsecured | 05-44612 | $6,037.59 | General Unsecured | 05-44567 | $555.84 | General Unsecured | 05-44507 | $10,470.92 | General Unsecured | 05-44482 | $646.52 | General Unsecured |
| Newark Electronics | Newark Electronics Corp 4801 N Ravenswood Ave Chicago, IL 60640 | 6/6/06 | 7550 | $185,979.44 | Claims Subject To Modification | 05-44640 | $88,909.44 | General Unsecured | 05-44624 | $70.97 | General Unsecured | 05-44612 | $6,037.59 | General Unsecured | 05-44567 | $555.84 | General Unsecured | 05-44507 | $10,470.92 | General Unsecured | 05-44482 | $646.52 | General Unsecured |
| Stagecoach Cartage | PO Box 26517 El Paso, TX 79926 | 5/8/06 | 5069 | $3,890.28 | Claims Subject To Modification | 05-44567 | $2,380.24 | General Unsecured | 05-44640 | $610.00 | General Unsecured | | | | | | | | | | | | |

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

    In re                    :    Chapter 11
                             :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                           :

             Debtors.   :    (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER IDENTIFIED
<u>IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on January 25, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus Claims Objection (the "Twenty-Fourth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Twenty-Fourth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Twenty-Fourth Omnibus Claims Objection Order, was listed on Exhibit ___ to the Twenty-Fourth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |
| | | | | ⓳ | ⓴ | ㉑ |
| | | | | ㉒ | ㉓ | ㉔ |

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Twenty-Fourth Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
February 6, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

  - and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession