SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                            :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                                    :
                    Debtors.   :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NUMBERS
808, 2448, 2449, 2450, 2451, 2452, 2453, 2454, 2455, 2456, 10967,
11260, 11575, 13740, 14878, 16515, 16541, 16601, AND 16606
<u>(DUPLICATE CLAIMS)</u>

PLEASE TAKE NOTICE that on the dates listed in column D on <u>Exhibit A</u> (titled "Date Filed"), Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to the proofs of claim listed in column A on <u>Exhibit A</u> (titled "Proof of Claim Number") (the "Proofs of Claim") filed by the claimants listed in column B on <u>Exhibit A</u> (titled "Claimant Name") (the "Claimants") pursuant to the Debtors' omnibus claims objections identified in column C on <u>Exhibit A</u> (titled "Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on January 22, 2008, the Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 808, 10571, 10968, 11575, 13740, 14878, 16515, 16541, 16601, And 16606 (Duplicate Claims) (Docket No. 12295) (the "February 20 Sufficiency Hearing") scheduling a sufficiency hearing to address the legal sufficiency of proofs of claim numbers 808, 10571, 10968, 11575, 13740, 14878, 16515, 16541, 16601, and 16606, and whether any of those proofs of claim state a colorable claim against the asserted Debtor, as applicable, for February 20, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that on January 31, 2008, the Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 2054, 2448, 2449, 2450, 2451, 2452, 2453, 2454, 2455, 2456, 10967, And 11260 (Duplicate Claims) (Docket No. 12436) (the "February 29 Sufficiency Hearing") scheduling a sufficiency hearing to address the legal sufficiency of proofs of claim numbers 2054, 2448, 2449, 2450, 2451, 2452, 2453, 2454, 2455, 2456, 10967, and 11260, and whether any of those proofs

2

of claim state a colorable claim against the asserted Debtor, as applicable, for February 29, 2008, at 10:00 a.m. (prevailing Eastern time) in the Court.

PLEASE TAKE FURTHER NOTICE that on February 8, 2008, the Debtors filed the Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 808, 10571, 10968, 11575, 13740, 14878, 16515, 16541, 16601, And 16606 (Duplicate Claims) (Docket No. 12580) adjourning the February 20 Sufficiency Hearing to February 29, 2008, in the Court (collectively with claims already scheduled for the February 29 Sufficiency Hearing, the "Sufficiency Hearing").

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") the Sufficiency Hearing is hereby adjourned to a future date to be noticed by the Debtors.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date or the notice date shall be calculated based on the future hearing date to be further noticed by the Debtors or the future notice date, as applicable, rather than the original February 29, 2008 hearing date or the original January 22, 2008 or February 8, 2008 notice dates.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified

pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.  Copies of the Orders are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:  New York, New York
        February 19, 2008

                SKADDEN, ARPS, SLATE, MEAGHER &
                  FLOM LLP

                By:  /s/ John Wm. Butler, Jr.
                   John Wm. Butler, Jr. (JB 4711)
                   John K. Lyons (JL 4951)
                   Ron E. Meisler (RM 3026)
                333 West Wacker Drive, Suite 2100
                Chicago, Illinois  60606
                (312) 407-0700

                By: /s/ Kayalyn A. Marafioti
                   Kayalyn A. Marafioti (KM 9632)
                   Thomas J. Matz (TM 5986)
                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for Delphi Corporation, et al.,
                   Debtors and Debtors-in-Possession

# EXHIBIT A

Exhibit A

| A | B | C | D |
|---|---|---|---|
| **Proof of Claim Number** | **Claimant Name** | **Omnibus Claims Objection** | **Date Filed** |
| 808 | SUPPLIER LINK SERVICES INC. | 12 | 4/27/2007 |
| 2448 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2449 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2450 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2451 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2452 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2453 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2454 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2455 | TECNOMEC SRL | 11 | 3/16/2007 |
| 2456 | TECNOMEC SRL | 11 | 3/16/2007 |
| 10967 | HIGHLAND INDUSTRIES, INC. | 3 | 11/22/2006 |
| 11260 | A SCULMAN, INC. | 17 | 6/15/2007 |
| 11575 | ALLIANCE PRECISION PLASTICS CO. | 8 | 2/15/2007 |
| 13740 | BREEN COLOR CONCENTRATES INC. | 6 | 1/12/2007 |
| 14878 | WRIGHT PLASTIC PRODUCS CO. LLC | 8 | 2/15/2007 |
| 16515 | WASHINGTON LABORATORIES, LTD. | 10 | 3/16/2007 |
| 16541 | SSOE INC. | 14 | 5/22/2007 |
| 16601 | 1ST CHOICE HEATING & COOLING INC. | 16 | 6/15/2007 |
| 16606 | 1ST CHOICE HEATING & COOLING INC. | 16 | 6/15/2007 |