# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served:   Objection of Millennium Industries Corporation To Debtors' Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. § 105(A) And Fed. R. Bankr. P. 9010

Method of Service:   By electronic mail (via the ECF System) upon all parties shown on Exhibit A attached hereto also via Federal Express to those listed below:

Served Upon:

| | |
|---|---|
| Chambers of the Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| John Wm. Butler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 |
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |

5559606.1 24841/103242

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY  10004

Date of Service:        February 18, 2008

                                          /s/ *Secret S. Washington*
                                              Secret S. Washington
                                                  Legal Secretary

-2-