## File an Answer:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Applebaum, Joel D. entered on 2/18/2008 at 3:00 PM and filed on 2/18/2008

**Case Name:**          Delphi Corporation
**Case Number:**        05-44481-rdd
**Document Number:** 12692

**Docket Text:**
Objection *of Millennium Industries Corporation to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order Plan of Reorganization 11 U.S.C. Section 105(a) and Federal R. Bankr. P. 9010* (related document(s)[12615]) filed by Joel D. Applebaum on behalf of Millennium Industries Corporation. (Attachments: # (1) Exhibit A) (Applebaum, Joel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\My Documents\Case PDF (SW)\Millennium (delphi)\Millennium obj_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/18/2008] [FileNumber=6492520-0]
[0f7f71caf28a5f6aea853d07c6c4f1ae96a472784bafb0067bb461c5817ede99c92f2
8d431584a961e06afe4e0c4be30e7944bcbf58afcac9d20181a871e3d61]]
**Document description:** Exhibit A
**Original filename:**F:\My Documents\Case PDF (SW)\Millennium (delphi)\Millennium obj ex a_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/18/2008] [FileNumber=6492520-1]
[319b8539af61bd0f300f769b7ba9fa3dd238494945e26ea8e743b0008277211a1ccbd
9581884282186fd14559c47e4d337dd1b13459bdfa3da45adec27b06f42]]

## 05-44481-rdd Notice will be electronically mailed to:

Anne Marie Aaronson     aaronsoa@pepperlaw.com

David B. Aaronson     david.aaronson@dbr.com

Elizabeth Abdelmasieh     elizabeth@regencap.com

Franklin C. Adams     franklin.adams@bbklaw.com

EXHIBIT
A
tabbies

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearr

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger   neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;sc

Leslie Ann Berkoff   lberkoff@moritthock.com

Jeffrey Bernstein   jbernstein@mdmc-law.com

Brendan G. Best   Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona   bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker   monicablacker@akllp.com

Charles E. Boulbol   rtrack@msn.com

Eliza K. Bradley   ebradley@robergelaw.com

William M. Braman   wmbraman@binghammchale.com

Wendy D. Brewer   wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant   abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink   tbrink@lordbissell.com

Peter D. Broitman   broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley   maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude   mark.broude@lw.com

Dewitt Brown   dewitt.brown@bipc.com

J. Michael Brown   mbrown@gwblawfirm.com

Lee B. Brumitt   lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso   dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant   tab@h2law.com

Deborah M. Buell   maofiling@cgsh.com

Kevin J. Burke   kburke@cahill.com

Michael G. Busenkell   mbusenkell@eckertseamans.com

John Wm. Butler   jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    BankruptcyDepartment2@kelleydrye.com;BankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistl

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

J Eric Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu    cchiu@daypitney.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

James J. DeCristofaro    jdecristofaro@mofo.com

Karen Veronica DeFio    kdefio@bsk.com

J. Michael Debbeler    mdebbeler@graydon.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich    ddragich@foley.com

David B. Draper    ddraper@terra-law.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,rreice@seyfarth.com,

Seth A. Drucker    sdrucker@honigman.com

David F. DuMouchel    dumouchd@butzel.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman     eerman@ermanteicher.com

Scott L. Esbin     bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber     efarber747@aol.com

Kathleen A. Farinas     kf@lgrslaw.com

Robert Michael Farquhar     mfarquhar@winstead.com

Bonnie Glantz Fatell     fatell@blankrome.com

Oscar B. Fears     bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder     ben.feder@thompsonhine.com

Robert J. Feinstein     rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre     hferre@thelenreid.com

Richard L. Ferrell     Ferrell@taftlaw.com

Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer     afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer     jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler     mateofowler@quinnemanuel.com

Mateo Z. Fowler     leticiabustinduy@quinnemanuel.com

Edward M. Fox     efox@klgates.com

Shawn Randall Fox     sfox@mcguirewoods.com

Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel     mfrankel@couzens.com

Thomas M. Franklin     tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Ronald L. Glick    rlg@stevenslee.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham    jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@priceheneveld.com

Peter J. Gurfein    pgurfein@akingump.com

Elizabeth A. Haas    info@thehaaslawfirm.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;jmoore@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey      bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel      lah@groom.com

William M. Hawkins      whawkins@loeb.com

Nava Hazan      nhazan@mwe.com

Ryan D. Heilman      rheilman@schaferandweiner.com

Ira L. Herman      ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman      Nherman@morganlewis.com

Brian S. Hermann      bhermann@paulweiss.com

William Heuer      wheuer@dl.com

David M. Hillman      david.hillman@srz.com

Jeannette Eisan Hinshaw      jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh      hirsh.robert@arentfox.com

Shannon E. Hoff      Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl      mholl@mayerbrownrowe.com

Stephanie K. Hoos      stephanie.hoos@bingham.com

Bruce W. Hoover      bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey      jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter      jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst      jay.hurst@oag.state.tx.us

Donald J. Hutchinson      hutchinson@millercanfield.com

Roland Hwang      hwangr@michigan.gov

Michael G. Insalaco      minsalaco@zeklaw.com

Peter Janovsky      PJanovsky@ZEKlaw.com

Susan Jennik      sjennik@kjmlabor.com

Hilary Jewett      hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidle

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@wnj.com, sfraser@wnj.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,

jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;j

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@klgates.com

Laurie J. Michelson    michelso@butzel.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;n

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Bruce S. Nathan    bnathan@lowenstein.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com,
mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    susan.persichilli@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhe

Susan Power-Johnston    sjohnston@cov.com

Dennis E. Quaid    dquaid@fagelhaber.com

Paul A. Rachmuth    prachmuth@reedsmith.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-
p.com;sbeyer@cm-p.com;jthomison@curtis.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

Maura I. Russell    jguerrier@dreierllp.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszjlaw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    arosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver    asilver@honigman.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Wendy W. Smith    wendy@bindermalter.com

Richard G. Smolev    rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder    jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon    msolomon@burr.com

Sean C. Southard    ssouthard@klestadt.com, sfurst@klestadt.com

Paul H. Spaeth    spaethlaw@phslaw.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher    byron.starcher@nelsonmullins.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Matthew B. Stein    mstein@sonnenschein.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella    attorneystella@sszpc.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Michelle T. Sutter    msutter@ag.state.oh.us

Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton    roger.tarbutton@jocogov.org

John E. Taylor    jtaylor@binghammchale.com

Samuel Jason Teele    jteele@lowenstein.com

Andrew M. Thaler    thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas    zothomas@klettrooney.com

Janice L. Thompson    Thompson.Janice@dol.gov

Melinda S. Thornton    cao.bkc@miamidade.gov

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue    mtrentadue@boselaw.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist    gvist@masudafunai.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com

Jay Welford    jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

975 Opdyke LP, et al.
,

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Actoras Partners LTD
,

Affinia Group Inc.
,

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.
,