HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York  10016
Telephone:  (212) 592-1400
Facsimile:  (212) 592-1500
Paul Rubin (PR-2097)
*Attorneys for Canon U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
| In re: | : | Chapter  11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CANON U.S.A., INC. TO DEBTORS'
NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND
HALFSHAFT BUSINESS**

PLEASE TAKE NOTICE, that Canon U.S.A., Inc., by its undersigned counsel, hereby withdraws its Objection to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business, dated February 4, 2008 (*Docket No. 12,497*) based upon the representations of Debtors' counsel that it will withdraw the Debtors' request to assume and assign Purchase Order No. 450448560.

Dated:   New York, New York
            February 20, 2008

                                                   HERRICK, FEINSTEIN LLP

                                                   By     /s/ Paul Rubin
                                                        Paul Rubin (PR-2097)
                                                        Two Park Avenue
                                                        New York, New York  10016
                                                        Telephone:   (212) 592-1400
                                                        Facsimile:    (212) 592-1500
                                                        Email: prubin@herrick.com
                                                        *Attorneys for Canon U.S.A., Inc.*