Columbia Engineered Rubber, (aka Columbia Industrial Sales Corp.)
2501 Thunderhawk Ct.
Dayton, Ohio 45414
(937) 890-7464
Bryan Bueltel, Co-President

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors, | (Jointly Administered) |

**OBJECTION OF COLUMBIA INDUSTRIAL SALES, INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND <u>HALFSHAFT BUSINESS</u>**

Columbia Industrial Sales, Inc. ("Columbia"), by and through its undersigned counsel, hereby objects to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (the "Cure Notice"), as it pertains to executory contracts between Columbia and the above-captioned debtors (the "Debtors") and respectfully states as follows:

1. Notwithstanding the fact that Columbia has filed a Proof of Claim in the above-captioned bankruptcy cases asserting in amount(s) due and owing Columbia, the Cure Notice does not appear to set forth a cure amount with respect to contract pertaining to Columbia.

2. Columbia is currently in the process of ascertaining the correct cure amount(s), but objects to the Cute Notice on the basis that the cure amount(s) may be understated with respect to the executory contracts pertaining to Columbia.

Dated February 1, 2008.

                Respectfully submitted,

                _____
                Bryan Bueltel, Co-President
                Columbia Engineered Rubber, Inc (a.k.a Columbia Industrial Sales Corp.)
                2501 Thunderhawk Ct.
                Dayton, Ohio 45414
                Telephone: (937) 890-7464

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Columbia Industrial Sales, Inc. to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business Dated February 1, 2008 was served by ordinary UPS service this 4th day of February, 2008 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Rom 610
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: Deputy General Counsel, Transactional & Restructuring
    5725 Delphi Drive
    Troy, Michigan 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Braude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Richard L. Wynne, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004