**Hearing Date: February 21, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
      In re                             :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                            :
                  Debtors.    :    (Jointly Administered)
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED TWENTY-EIGHTH OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New York,
                               Alexander Hamilton Custom House, Room 610, 6th Floor, One
                               Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (1 Matter)

    C.      Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.      Contested Matters (5 Matters)

    E.      Sixth Interim Fee Applications (40 Matters)

**B.**    **Continued Or Adjourned Matters**[*]

    1.    **"Bearings Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C.
Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And
9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid
Protections, (III) Approving Form And Manner Of Sale Notices, And (IV)
Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of
Debtors' Assets Primarily Used In Debtors' Bearings Business Free And
Clear Of Liens, Claims, And Encumbrances, (II) Assumption And
Assignment Of Certain Executory Contracts And Unexpired Leases, And
(III) Assumption Of Certain Liabilities (Docket No. 12104)

    *Responses filed:*    *Objection of Barnes Group Inc. to Debtors' Notice of
Assumption and Assignment of Executory Contract
or Unexpired Lease to Buyer in Connection with
Sale of Debtors' Bearing Business (Docket No.
12540)*

---

[*]    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been
voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be
reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive
Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under
Seal, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion,
Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc.
To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow
Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the
agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer
Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering
Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket
No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435,
which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL
settlement.

*Objection and Response of S&Z Tool & Die Co., Inc. n/k/a S&Z Metalworks Ltd. to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Debtors' Bearing Business, and (2) any Corresponding Cure Amount Proposed by Delphi or Otherwise (Docket No. 12543)*

*Objection by Freudenberg-NOK General Partnership to the Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Debtors' Bearing Business and (II) Motion for Sale of its Bearing Business (Docket No. 12607)*

*Objection of The Timken Company and Timken U.S. Corp. to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Debtors' Bearings Business (Docket No. 12611)*

*Limited Objection of the Timken Company and Timken U.S. Corp. to Debtors' Expedited Motion for Order Under 11 U.S.C. §§ 363, 365, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 Authorizing and Approving (I) Sale of Certain of Debtors' Assets Comprising Substantially All Assets Primarily Used in Debtors' Bearings Business Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Assumption of Certain Liabilities (Docket No. 12649)*

*Reply filed:*        *None.*

*Related filings:*        *Notice Of Filing Of Revised Proposed Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 202 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Debtors' Bearings Business (Docket No. 12302)*

3

*Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Debtors' Bearings Business (Docket No. 12355)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Debtors' Bearings Business (Docket No. 12403)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Debtors' Bearings Business (Docket No. 12469)*

*Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection to Sale of Debtors' Bearings Business (Docket No. 12675)*

Status:   *This matter is being adjourned to the March 19, 2008 omnibus hearing.*

## C.   Uncontested, Agreed, Or Settled Matters

2.   **"Fifth Removal Deadline Extension Motion"** – Motion To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. Section 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 12471)

*Responses filed:*   *None.*

*Reply filed:*   *None.*

*Related filings:*   *None.*

*Status:*   *The hearing with respect to this matter will be proceeding.*

4

3.     **"Fourth 365(d)(4) Deadline Extension Motion"** – Motion To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. Section 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 12472)

|  |  |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.     Contested Matters**

4.     **"Automodular Motion To Compel Assumption Or Rejection Of Executory Contracts And To Allow Payment Of Administrative Expense Claim"** – Notice Of Motion Of Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11180)

|  |  |
|---|---|
| *Responses filed:* | *Debtors' Objection To Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11447)* |
|  | *Debtors' Objection to Supplemental Motion of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc. to Compel Assumption or Rejection of Executory Contracts and Allow and Direct Payment of Administrative Expense Claim (Docket No. 12661)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Proposed Order Granting Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11196)* |

*Notice Of Adjournment Of Hearing On The Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11482)*

*Automodular's Notice Of Service of Discovery Requests (Docket No. 11587)*

*Supplement In Support Of Motion Of Automodular Assemblies Corporation f/k/a Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 12453)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

5.     **"Employees' Motion To Vacate Automatic Stay"** – Motion To Vacate Automatic Stay For Cause To Commence Action In N.D. Alabama Filed By Jimmy Mueller, David Gargis and Keith Livingston (Docket Nos. 11350, 11631)

*Responses filed:*          *Debtors' Objection to Motion by Jimmy Mueller, David Gargis, and Keith Livingston for Relief from Automatic Stay (Docket No. 12660)*

*Reply filed:*          *Reply to Objection of Debtor to Application of Jimmy Mueller, David Gargis and Keith Livingston to Vacate the Automatic Stay (Docket No. 12733)*

*Related filings:*          *Memorandum Of Law In Support Of Motion To Vacate Stay (Docket No. 11351)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

6

6.      **"Steering Sale Motion"** – Motion to Approve Expedited Motion For Orders Under 11 U.S.C. Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)

    *Responses filed:*      *Limited Response Of Steering Holding, LLC To Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365 And 1146 And Fed R. Bankr. P. 2002, 6004, 6006 And 9014(A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (IIIi) Approving Form And Manner Of Sale Notices And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11480)*

          *Objection re: Maricopa County Treasurer's Notice of Perfected Lien and Objection Filed by Maricopa County Treasurer's (Docket No. 11813)*

          *Objection Of Creditor F&G Multi-Slide Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Dated January 23, 2008 (Docket No. 12368)*

          *Objection of American Aikoku Alpha, Inc. to Notices of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12369)*

7

*Limited Objection Of American Aikoku Alpha, Inc.
To Notices Of Assumption And/Or Assignment Of
Executory Contract Or Unexpired Lease To Buyers
In Connection With Sale Of Steering And Halfshaft
Business (Docket No. 12376)*

*Objection Of Henkel Corporation To Debtors'
Notice Of Cure Amount With Respect To Notice Of
Assumption And/Or Assignment Of Executory
Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft
Business (Docket No. 12381)*

*Response To Debtors' Notices Of Assumption
And/Or Assignment Of Executory Contract And
Unexpired Lease To Buyers In Connection With Sale
Of Steering And Halfshaft Business And Notices Of
Cure Amount With Respect To Executory Contract
And Unexpired Lease To Buyers In Connection With
Sale Of Steering And Halfshaft Business (Docket No.
12391)*

*Limited Objection Of GMD Industries dba
Production Screw Machine Co. To Assumption And
Assignment Of Purchase Order Number
SAG90I4738 (Docket No. 12401)*

*Objection By Small Parts, Inc. To Notice Of Cure
Amount With Respect To Executory Contract On
Unexpired Lease To Be Assumed And Assigned In
Connection With Sale Of Steering And Halfshaft
Business (Docket No. 12408)*

*Objection Of Metal-Matic, Inc. To (I) Notice Of Cure
Amount With Respect To Executory Contract Or
Unexpired Lease To Be Assumed And Assigned In
Connection With Sale Of Steering And Halfshaft
Business, (II) Notice Of Assumption And/Or
Assignment Of Executory Contract Or Unexpired
Lease To Buyers In Connection With Sale Of
Steering And Halfshaft Business And (III) Notice Of
Cure Amount With Respect To Executory Contract
To Be Assumed Or Assumed And Assigned Under
Plan Of Reorganization (Docket No. 12418)*

8

*Objection Of Liquidity Solutions, Inc., As Agent For Ore Hill Hub Fund Ltd., To (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (II) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12419)*

*Objection To Motion Of Intermet Corporation To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12422)*

*Amended Response Of Furukawa Electric Company Ltd. To Notice Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connect Therewith (Docket No. 12424)*

*Objection Of Creditor Zf Boge Elastmetall, LLC To Debtor's "Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connetion With Sale Of Steering And Halfshaft Business (Docket No. 12425)*

*Objection Of Furukawa Electric North America APD, Inc. To (I) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (II) Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (Docket No. 12426)*

*Objection Of Alps Automotive, Inc. To Debtors' Assumption And/Or Assignment Of Executory Contracts To Buyers In Connection With Sale Of Sterring And Halfshaft Business filed by Merle C. Meyers on behalf of Alps Automotive, Inc. (Docket No. 12428)*

9

*Macarthur Corporation's Objection To Debtor's Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (Docket No. 12443)*

*Objection And Response Of S&Z Tool & Die., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Corresponding Cure Amount Proposed By Delphi Or Otherwise (Docket No. 12447)*

*Objection Of Hydro Aluminum Adrian, Inc. to the Debtors' Notice of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned In Connection With Sale Of Sterring And Halfshaft Business (Docket No. 12452)*

*Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12454)*

*Limited, Protective Objection Of Rosler Metal Finishing USA, L.L.C. To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12455)*

*Objection Of Master Automatic, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12459)*

*United States Steel Corporation's Objection To: (1) Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Steering And Halfshaft Business And (2) Debtor's Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12463)*

*Objection Of E.I. Du Pont De Nemours And Company To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12464)*

*Objection Of SKF USA Inc. To (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of Steering And Halfshaft Business Relating To (A) Purchase Order Numbers 9016236, 9016280, 9016383, (B) Purchase Order Numbers SAG9014765, SAG9012726; And (C) Purchase Order Numbers 9015996, 9016242, 9016243; (Ii) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Relating To (A) Purchase Order Number SAG9014765; And (B) Purchase Order Number SAG9012726 (Docket No. 12465)*

*Objection And Response Of Robin Industries, Inc. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12466)*

*Objection By Means Industries To Debtors' (1) Notice Of Cure Amount And (2) Notice Of Assumption With Respect To Executory Contracts In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12467)*

11

*Response Of Nissan North America, Inc. To Debtor's Notice Of Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connection Thereto (Docket No. 12468)*

*Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Conneciton With The Sale Of Steering And Halfshalf Business, (II) Notice Of Assumption And/Or Assignment Of Executory Conctract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshalf Business And (III) Motion For Sale Of Steering And Halfshaft Business (Docket No. 12475)*

*Response And Objection Of BI Technologies Corporation To (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business; And (II) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12477)*

*Objection By Freudenberg-NOK General Partnership (On Behalf Of Itself And Its Affiliates Freudenberg Telas Sin Tejer SA And Freudenberg Iberica SA En Comandita) To Debtors' (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (II) Motion For Sale Of Steering And Halfshaft Business (Docket No. 12479)*

*Objection Of Creditor Stoneridge, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Dated January 23, 2008 (Docket No. 12481)*

12

*Objection Of Millennium Industries Corporation To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12483)*

*Objection Of Assembly Systems Innovators, LLC To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12484)*

*Objection Of Canon U.S.A., Inc. To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12497)*

*Objection Of Universal Bearings, LLC To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12501)*

*Teleflex Incorporated's Objection to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with the Sale of Steering and Halfshaft Business Relating to Purchase Order SAG90I0952; and (II) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halshaft Business Relation to Purchase Order SAG90I0952 (Docket No. 12515)*

*Objection of Temic Automotive of North America, Inc. and Motorola, Inc. to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12519)*

13

*Objection of Castwell Products, LLC to Debtors'
Notice of Cure Amount with Respect to Executory
Contract or Unexpired Lease to be Assumed and
Assigned in Connection with Sale of Steering and
Halfshaft Business (Docket No. 12524)*

*Objection of Patricia A. Lykins to Cure Amount
(Docket No. 12527)*

*Objection of The Timken Company and Timken U.S.
Corp. to the Debtors' Notice of Assumption and/or
Assignment of Executory Contract or Unexpired
Lease to Buyers in Connection with Sale of Steering
and Halfshaft Business (Docket No. 12532)*

*Limited Objection of the Timken Company and
Timken U.S.C Corp. to Debtors' Expedited Motion
for Order Under 11 U.S.C. §§ 363, 365, and 1146
and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A)
Authorizing and Approving (I) Sale of Certain of
Debtors' Assets Comprising Substantially All of
Assets of Steering and Halfshaft Business Free and
Clear of Liens, Claims, and Encumbrances, (II)
Assumption and Assignment of Certain Executory
Contracts and Unexpired Leases, and (III)
Assumption of Certain Liabilities and (B)
Authorizing and Approving Transaction Facilitation
Agreement (Docket No. 12652)*

*Objection of Alps Automotive, Inc. to Debtors' (A)
Notice of Assumption and/or Assignment of
Executory Contract or Unexpired Lease to Buyers in
Connection with Sale of Steering and Halfshaft
Business; and (B) Notice of Cure Amount with
Respect to Executory Contract or Unexpired Lease
to be Assumed and Assigned in Connection with Sale
of Steering and Halfshaft Business (Docket No.
12689)*

*Withdrawal of United States Steel Corporation's Objection to: (1) Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Steering and Halfshaft Business and (2) Debtors' Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12741)*

*Reply filed:*    *An omnibus reply will be filed.*

*Related filings:*    *Notice Of Filing Of Revised Proposed Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 202 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business (Docket No. 11546)*

*Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business (Docket No. 11578)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323)*

*Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12324)*

*Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12404)*

> *Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12405)*
>
> *Supplemental Notice of Non-Assumption and Assignment of Executory Contract in Connection with Sale of Steering and Halfshaft Business (Docket No. 12520)*

Status:    *The hearing with respect to this matter will be proceeding.  Objections that have not been resolved will be adjourned to the March 19, 2008 omnibus hearing.*

7.    **"Twenty-Fifth Omnibus Claims Objection"** – Debtors' Twenty-Fifth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Claims Not Reflected On Debtors' Books And Records, And (D) Claims Subject To Modification And Lift Stay Procedures Claim Subject To Modification (Docket No. 12288)

Responses filed:    *Response of Sumida America Inc. to the Debtors' Twenty-Fifth Omnibus Claims Objection (Docket No. 12628)*

Reply filed:    *A reply will be filed.*

Related filings:    *None.*

Status:    *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to the claim for which a response has been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8.    **"Non-Conforming Cure Notice Motion"** – Debtors' Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order,

Plan Of Reorganization, 11 U.S.C. Section 105(A), And Fed. R. Bankr. P. 9010 (Docket No. 12615)

*Responses filed:*          *Response of Metal-Matic, Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12643)*

*United States Steel Corporation's Objection to: Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12655)*

*Response and Objection to Debtor's Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12679)*

*Opposition of Automodular Corporation f/k/a Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. 105 §(a), and Fed. R. Bankr. P. 9010 (Docket No. 12680)*

*Objection and Response of Robin Industries, Inc. to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12684)*

*Objection of Alps Automotive, Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order,*

17

*Confirmation Order, Plan of Reorganization, 11
U.S.C. 105(a), and Fed R. Bankr. P. 9010 (Docket
No. 12688)*

*Objection of Millennium Industries Corporation to
Debtors' Expedited Motion to Strike (I)
Non-Conforming Cure Amount Notices and (II)
Improper Objections Pursuant to Solicitation
Procedures Order, Confirmation Order Plan of
Reorganization 11 U.S.C. Section 105(a) and
Federal R. Bankr. P. 9010 (Docket No. 12692)*

*Response of Cataler North America to the Debtors'
Expedited Motion to Strike (I) Non-Conforming
Cure Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11
U.S.C. Section 105(a) and Fed R. Bankr P. 9010 and
Request for Order Directing the Debtors to Accept
Cure Notice (Docket No. 12693)*

*Objection of TI Group Automotive Systems, LLC to
Debtors's Expedited Motion to Strike (i)
Non-Conforming Cure Amount Notices and (II)
Improper Objections Pursuant to Soliciation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C. Section 105(A) and Fed R.
Bank P. 9010 (Docket No. 12694)*

*Objection to Motion Objection and Response of E.I.
du Pont de Nemours and Company to Debtors'
Motion to Strike (I) Non-Conforming Cure Amount
Notices and (II) Improper Objections Pursuant to
Solicitation Procedures Order, Confirmation Order,
Plan of Reorganization, 11 U.S.C. Section 105(A),
and Fed. R. Bankr. P. 9010 (Docket No. 12695)*

*Objection to Motion of Debtors to Strike (I)
Non-Conforming Cure Amount Notices And (II)
Improper Objections Pursuant to Solicitation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C. Sec. 105(a), and Fed. R.
Bankr. P. 9010 (Docket No. 12696)*

18

*Withdrawal of Catalers North America's Response and Objection to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C § 105(a), and Fed. R. Bankr. P 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12740)*

*MacArthur Corp's Objection to Debtor's Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12705)*

*Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12708)*

*Response of Midtown Claims LLC, Attorney in Fact for Palma Tool & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12709)*

*Joinder to the Limited Objection of Methode Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12710)*

*Objection of Spartech Corporation and Spartech Polycom to Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12711)*

*Objection of Schaeffler Canada, Inc. to Debtors' Expedited Motion to Strike (1) Non-Confirming Cure Amount Notices and (2) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12712)*

*Objection of Molex, Inc. to Debtors' Expedited Motion to Strike (1) Non-Confirming Cure Amount Notices and (2) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12713)*

*Objection and Response of Mubea, Inc. to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12714)*

*Objection of Semiconductor Components Industries, LLC to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12715)*

*Response of Bailey Manufacturing Company, LLC to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12717)*

20

*Objection of Argo Partners, Inc. to Debtors'
Expedited Motion to Strike (I) Non-Conforming
Cure Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11
U.S.C. § 105(A), and Fed. R. Bank. Proc. 9010
(Docket No. 12719)*

*Response of Unifrax I, LLC to Debtors' Motion to
Strike (I) Non-Conforming Cure Amount Notices and
(II) Improper Objections Pursuant to Solicitation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C. § 105(A), and Fed. R.
Bank. Proc. 9010 (Docket No. 12720)*

*Objection of Certain Contract Counterparties to the
Debtors' Expedited Motion to Strike (I)
Non-Conforming Cure Amount Notices and (II)
Improper Objection Pursuant to Solicitation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C. § 105(A), and Fed. R.
Bankr. P. 9010 (Docket No. 12721)*

*Objection of Temic Automotive of North America,
Inc. and Motorola, Inc. to the Debtors' Expedited
Motion to Strike (I) Non-Conforming Cure Amount
Notices and (II) Improper Objections Pursuant to
Solicitation Procedures Order, Confirmation Order,
Plan of Reorganization, 11 U.S.C. 105(A), and Fed.
R. Bankr. P. 9010 (Docket No. 12722)*

*Objection of ASM Capital L.P. and ASM Capital II
L.P. to Debtors' Expedited Motion to Strike (I)
Non-Conforming Cure Amount Notices and (II)
Improper Objections Pursuant to Solicitation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C 105(A), and Fed. R. Bankr.
P. 9010 (Docket No. 12723)*

*Objection of Contrarian Funds, LLC to Debtors'
Expedited Motion to Strike (I) Non-Conforming
Cure Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11
U.S.C 105(A), and Fed. R. Bankr. P. 9010 (Docket
No. 12724)*

21

*Federal Screw Work's Objection to Debtors's "Non-Conforming Cure Notice Motion" (Docket No. 12725)*

*Objection of Linear Technology Corporation to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. 105(a), and Fed.R.Bankr.P. 9010 (Docket No. 12729)*

*Withdrawal of United States Steel Corporation's Objection to: Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12741)*

*Reply filed:*          *An omnibus reply will be filed.*

*Related filings:*      *Notice Of Filing Of Exhibit C To Debtors' Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. Section 105(a), And Fed. R. Bankr. P. 9010 (Docket No. 12616)*

*Errata Exhibit B to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Section 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12618)*

*Status:*               *The hearing with respect to this matter will be proceeding.*

**E.      Fee Matters**

9.     **"Quinn Emanuel Urquhart Oliver & Hedges LLP"** – Sixth Application
       Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation
       Counsel To The Debtors-In-Possession, For Compensation And
       Reimbursement Of Expenses (Docket No. 10705)

|  |  |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

10.    **"Thompson Hine LLP"** – Sixth Interim Application Of Thompson Hine
       LLP As Special Counsel For Debtors For Interim Court Approval,
       Allowance And Payment Of Compensation For Services Rendered And
       Expenses Advanced From June 1, 2007 Through September 30, 2007
       (Docket No. 10926)

|  |  |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

11.    **"Dickinson Wright PLLC"** – Sixth Interim Application Of Dickinson
       Wright PLLC For Order Authorizing And Approving Compensation For
       Services Rendered From June 1, 2007 Through August 15, 2007 (Docket
       No. 10929)

|  |  |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

12. **"Latham & Watkins LLP"** – Sixth Application For Interim Professional Compensation As Counsel To The Official Committee Of Unsecured Creditors For Latham & Watkins LLP (Docket No. 11149)

> *Responses Filed:*    *None.*
>
> *Related Filings:*    *None.*
>
> *Status:*    *An order will be submitted for consideration by the Court.*

13. **"Mesirow Financial Consulting, LLC"** – Sixth Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From June 1, 2007 Through September 30, 2007 (Docket No. 11150)

> *Responses Filed:*    *None.*
>
> *Related Filings:*    *None.*
>
> *Status:*    *An order will be submitted for consideration by the Court.*

14. **"Steven Hall & Partners, LLC"** – Sixth Fee And Expense Application Of Steven Hall & Partners, Llc As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 11151)

> *Responses Filed:*    *None.*
>
> *Related Filings:*    *None.*
>
> *Status:*    *An order will be submitted for consideration by the Court.*

15. **"Buck Consultants, LLC"** – Sixth Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2007 Through September 30, 2007 (Docket No. 11152)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

16. **"Howard & Howard Attorneys, P.C."** – Sixth Interim Fee Application Of Howard & Howard Attorneys, P.C., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 11153)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

17. **"Covington & Burling LLP"** – Sixth Interim Application Of Covington And Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From June 1, 2007 Through September 30, 2007 (Docket No. 11155)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

18.   **"Price, Heneveld, Cooper, DeWitt & Litton, LLP"** – Sixth Interim
      Application For Approval Of Compensation And Reimbursement Of
      Expenses Of Price, Heneveld, Cooper, DeWitt & Litton, LLP, Intellectual
      Property Counsel To Debtors, Under 11 U.S.C. §§ 330 And 331 For
      Services Rendered From February 1, 2007 Through May 31, 2007 (Docket
      No. 11159)

        *Responses Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*                 *An order will be submitted for consideration by the
                                  Court.*

19.   **"Shearman & Sterling LLP"** – Sixth Interim Application of Shearman &
      Sterling LLP, as Special Counsel to the Debtors, For Allowance of Interim
      Compensation for Professional Services Rendered and for Reimbursement
      of Actual and Necessary Expenses Incurred From June 1, 2007 Through
      September 30, 2007 (Docket No. 11160)

        *Responses Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*                 *An order will be submitted for consideration by the
                                  Court.*

20.   **"W.Y. Campbell & Company"** – Second Interim Application Of W.Y.
      Campbell & Company For Compensation And Reimbursement Of
      Expenses (Docket No. 11166)

        *Responses Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*                 *An order will be submitted for consideration by the
                                  Court.*

21.   **"Fried, Frank, Harris, Shriver & Jacobson LLP"** – Fifth Interim Fee
Application Of Fried, Frank, Harris, Shriver & Jacobson Llp, Counsel For
The Official Committee Of Equity Security Holders, For Compensation For
Professional Services Rendered And Reimbursement Of Expenses Incurred
And Posted During The Period From June 1, 2007 Through September 30,
2007 (Docket No. 11168)

   *Responses Filed:*        *None.*

   *Related Filings:*        *None.*

   *Status:*                 *An order will be submitted for consideration by the
                             Court.*

22.   **"Groom Law Group"** – Sixth Interim Application Of Groom Law Group,
Chartered, As Special Employee Benefits Counsel For The Debtors,
Seeking Allowance Of Compensation For Professional Services Rendered
And For Reimbursement Of Actual And Necessary Expenses Incurred
From June 1, 2007 Through September 30, 2007 (Docket No. 11171)

   *Responses Filed:*        *None.*

   *Related Filings:*        *None.*

   *Status:*                 *An order will be submitted for consideration by the
                             Court.*

23.   **"Togut, Segal & Segal LLP"** – Sixth Application Of Togut, Segal & Segal
LLP For An Allowance Of Interim Compensation For Services Rendered
As Conflicts Counsel For The Debtors For The Period June 1, 2007
Through September 30, 2007 And For Reimbursement Of Expenses
(Docket No. 11175)

   *Responses Filed:*        *None.*

   *Related Filings:*        *None.*

   *Status:*                 *An order will be submitted for consideration by the
                             Court.*

24. **"O'Melveny & Myers LLP"** – O'Melveny & Myers LLP's Sixth Interim Application For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 11176)

*Responses Filed:*      *None.*

*Related Filings:*      *None.*

*Status:*      *An order will be submitted for consideration by the Court.*

25. **"Jaeckle Fleischmann & Mugel, LLP"** – Sixth Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 11179)

*Responses Filed:*      *None.*

*Related Filings:*      *None.*

*Status:*      *An order will be submitted for consideration by the Court.*

26. **"FTI Consulting, Inc."** – Sixth Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By Fti Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period June 1, 2007 Through September 30, 2007 (Docket No. 11181)

*Responses Filed:*      *None.*

*Related Filings:*      *None.*

*Status:*      *An order will be submitted for consideration by the Court.*

27.    **"Skadden, Arps, Slate, Meagher & Flom LLP"** – Sixth Interim
Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To
Debtors-In-Possession, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections
330 And 331 (Docket No. 11182)

*Responses Filed:*        *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the
                          Court.*

28.    **"Cadwalader, Wickersham & Taft LLP"** – Sixth Application Of
Cadwalader, Wickersham, And Taft LLP As Attorneys For The Debtors
For Interim Allowance Of Compensation For Professional Services
Rendered And For Reimbursement Of Actual And Necessary Expenses
Incurred From June 1, 2007 Through September 30, 2007 (Docket No.
11185)

*Responses Filed:*        *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the
                          Court.*

29.    **"Jefferies & Company, Inc."** – Sixth Interim Application Of Jefferies &
Company, Inc., As Investment Banker To The Official Committee Of
Unsecured Creditors For Interim Allowance Of Compensation For
Professional Services Rendered And Reimbursement Of Actual And
Necessary Expenses Incurred For The Period June 1, 2007 to September 30,
2007 (Docket No. 11186)

*Responses Filed:*        *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the
                          Court.*

30.   **"Ernst & Young LLP"** – Sixth Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 11189)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

31.   **"KPMG LLP"** – Sixth Application Of KPMG LLP, As Tax And Transaction Services Advisors And Advisory And Valuation Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2007 Through September 30, 2007 (Docket No. 11190)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

32.   **"Rothschild Inc."** – Sixth Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 11191))

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

33. **"Warner Stevens, L.L.P."** – Sixth Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of June 1, 2007 Through September 30, 2007 (Docket No. 11193)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

34. **"Houlihan Lokey Howard & Zukin Capital"** – Fourth Interim Application Of Houlihan Lokey Howard & Zukin Capital For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 11201)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

35. **"Jones Lang LaSalle Americas, Inc."** – Jones Lang LaSalle Americas, Inc.'s Sixth Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 11204)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

36.    **"Wilmer Cutler Pickering Hale And Dorr LLP"** – Sixth Interim
Application Of Wilmer Cutler Pickering Hale And Dorr LLP For
Allowance Of Compensation For Services Rendered And Expenses
Incurred From June 1, 2007 Through September 301, 2007 (Docket No.
11205)

Responses Filed:         None.

Related Filings:         None.

Status:                  An order will be submitted for consideration by the
                         Court.

37.    **"Butzel Long, P.C."** – Sixth Interim Application Of Butzel Long, P.C.,
Commercial And Litigation Counsel To Debtors And
Debtors-In-Possession, For Allowance And Payment Of Compensation
And Reimbursement Of Expenses For The Period From June 1, 2007
Through September 30, 2007 Under 11 U.S.C. §§ 330 And 331 (Docket No.
11210)

Responses Filed:         None.

Related Filings:         None.

Status:                  An order will be submitted for consideration by the
                         Court.

38.    **"Rader, Fishman & Grauer PLLC"** – Sixth Interim Application For
Approval Of Compensation And Reimbursement Of Expenses Of Rader,
Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For
Services Rendered From June 1, 2007 Through September 30, 2007
(Docket No. 11230)

Responses Filed:         None.

Related Filings:         None.

Status:                  An order will be submitted for consideration by the
                         Court.

39. **"Ivins, Phillips, & Barker Chartered"** – Third Interim Application Of Ivins, Phillips, & Barker Chartered, As Special Pension Benefits Tax Counsel To The Debtors And Debtors-In-Possession, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred For The Fifth Interim Period From June 1, 2007 Through September 30, 2007 (Docket No. 11234)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

40. **"Banner & Witcoff, Ltd."** – Sixth Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections 300 And 331, (Docket No. 11360)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

41. **"Cantor Colburn LLP"** – Sixth Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 11396)

   *Responses Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *An order will be submitted for consideration by the Court.*

33

42.    **"Mayer Brown LLP"** – Fifth Application Of Mayer Brown LLP, Special Outsourcing Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2007 Through September 30, 2007 (Docket No. 11438)

> *Responses Filed:*      *None.*
>
> *Related Filings:*      *None.*
>
> *Status:*      *An order will be submitted for consideration by the Court.*

43.    **"Dykema Gossett PLLC"** – Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses for First Interim Fee Application of Dykema Gossett PLLC for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Debtors Nunc Pro Tunc to April 1, 2007 for the Period from April 1, 2007 Through and Including September 30, 2007 (Docket No. 11472)

> *Responses Filed:*      *None.*
>
> *Related Filings:*      *None.*
>
> *Status:*      *An order will be submitted for consideration by the Court.*

44.    **"Deloitte & Touche LLP"** – Sixth Interim Application For Allowance Of Fees Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From June 1, 2007 Through September 30, 2007 (Docket No. 11493)

> *Responses Filed:*      *None.*
>
> *Related Filings:*      *None.*
>
> *Status:*      *An order will be submitted for consideration by the Court.*

45.  **"PricewaterhouseCoopers LLP"** – Fifth Interim Fee Application For
     Compensation Of Services Rendered And Reimbursement Of Actual And
     Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide
     Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And
     Other General Tax Consulting Services To Delphi Corporation, Et Al., For
     The Period June 1, 2007 Through September 30, 2007 (Docket No. 11605)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

46.  **"Legal Cost Control, Inc."** – Fourth Interim Fee Application Of Legal
     Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And
     Expense Review Committee, For Allowance Of Interim Compensation For
     Services Rendered For The Fifth Fee Application Period, June 1, 2007
     Through And Including September 30, 2007 (Docket No. 11643)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

47.  **"DLA Piper US LLP"** – DLA Piper US LLP, Corporate, Employment,
     And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Fifth
     Interim Application For Allowance And Payment Of Compensation And
     Reimbursement Of Expenses For The Fifth Interim Period From June 1,
     2007 Through September 30, 2007 Under 11 U.S.C. §§ 330 And 331
     (Docket No. 11985)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

48.    **"Blake, Cassels & Graydon LLP"** – Sixth Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 12700)

*Responses Filed:*        *None.*

*Related Filings:*        *None.*

*Status:*            *An order will be submitted for consideration by the Court.*

Dated:  New York, New York
        February 20, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/    John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (312) 407-0700

            - and -

By: /s/    Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession