Hearing Date: February 21, 2008 at 10:00 a.m. (Eastern)
Response Date and Time: February 19, 2008 at 4:00 p.m. (Eastern)

Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )    Chapter 11
                                                               )
DELPHI CORPORATION, et al.,                                    )    Case No. 05-44481 (RDD)
                                                               )
                Debtors.                                       )    (Jointly Administered)
                                                               )
---------------------------------------------------------------x

**CONDITIONAL WITHDRAWAL OF
OBJECTION AND RESPONSE OF E.I. DU PONT DE NEMOURS AND COMPANY
TO DEBTORS' MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT
NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION
PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION,
<u>11 U.S.C. § 105(A), AND FED. R. BANKR. P. 9010</u>**

E.I. du Pont de Nemours and Company ("DuPont") by its undersigned counsel,

withdraws its Objection and Response of E.I. du Pont de Nemours and Company to Debtors'

Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections

Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization,

11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 dated February 18, 2008 (Docket No. 12695)

("Objection") upon the condition that the Debtors withdraw Debtors' Motion to Strike (I) Non-

Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation

Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R.

Bankr. P. 9010 (Docket No. 12615) (the "Motion") with respect to DuPont's filed cure Notice

(as defined in the Objection) as set forth in the e-mail from Melissa T. Kahn to Angela Z. Miller

dated February 19, 2008, attached as Exhibit A.

Dated: February 20, 2008
       Buffalo, New York

                         PHILLIPS LYTLE LLP


                         By _____/s/ Angela Z. Miller_____
                              William J. Brown (WB9631)
                              Angela Z. Miller (AM4473)
                         Attorneys for E.I. du Pont de Nemours and Company
                         437 Madison Avenue, 34th Floor
                         New York, NY  10022
                         Telephone No. (212) 759-4888
                           and
                         3400 HSBC Center
                         Buffalo, New York  14203
                         Telephone No. (716) 847-8400
                         Fax (716) 852-6100


Doc # 01-1722625.1