# EXHIBIT A

## Angela Z. Miller

**From:** Kahn, Melissa T [Melissa.Kahn@skadden.com]
**Sent:** Tuesday, February 19, 2008 11:39 AM
**To:** Angela Z. Miller
**Cc:** nberger@teamtogut.com
**Subject:** duPont's objection to Motion to Strike

Angela, thank you for your time this morning to discuss duPont's objection to the Debtors' Motion to Strike. As we discussed, the Debtors will withdraw their Motion with respect to duPont's cure notice. However, we do need duPont to actually file a withdrawal of its objection with the court prior to the Debtors' Response deadline on Wednesday.

Please do not hesitate to contact me with any questions or concerns. Thank you.

Melissa T. Kahn | Skadden, Arps, Slate, Meagher & Flom LLP | 300 South Grand Avenue | Los Angeles, CA 90071 | Tel: 213.687.5147 | Fax: 213.621.5147 | mkahn@skadden.com

------------------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. **************************************************
*************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. **************************************************
=============================================================================

2/20/2008