Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Counsel for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                                               )
    In re:                                                     )    Chapter 11
                                                               )
    DELPHI CORPORATION, et al.,                                )    Case No. 05-44481 (RDD)
                                                               )
                        Debtors.                               )    (Jointly Administered)
                                                               )
---------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

   I, Jayne A. Hahn, certify that on February 20, 2008, I served a true and correct copy of the Conditional Withdrawal of Objection and Response of E.I. du Pont de Nemours and Company to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010 on the below named parties in the manner specified for such party:

- 2 -

|   | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | U.S. Mail |
| 2. | Delphi Corporation<br>Attention:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | U.S. Mail |
| 3. | John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | U.S. Mail |
| 4. | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | U.S. Mail |
| 5. | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | U.S. Mail |
| 6. | Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver and Jacobsen LLP<br>One New York Plaza<br>New York, NY 10004 | U.S. Mail |
| 7. | Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY   10004 | U.S. Mail |

Dated:  February 20, 2008

      /s/ Jayne A. Hahn     
Jayne A. Hahn

Doc # 01-1722633.1