UNITED STATES BANKRUPTCY COURT                    11-9151997
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In Re:                                                          Chapter 11

DELPHI CORPORATION,                               Case No. 05-44481-rdd
                                                  Judge Robert D. Drain
                                                  (Jointly Administered)

                          Debtor.

---------------------------------------------------------------x

**AMENDED AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NASSAU       )

       DAWN MIGLIORE, being duly sworn, deposes and says that deponent is not a
party to the action, is over 18 years of age, and that on December 31, 2007, I served a
true copy of the attached **NOTICE OF MOTION and APPLICATION together with
Exhibit "A", and MEMORANDUM OF LAW** by mailing a true copy thereof, by
**FEDERAL EXPRESS STANDARD OVERNIGHT MAIL**, to the person(s) as appears
on the annexed list.


                                        DAWN MIGLIORE

Sworn to before me this
20th day of February, 2008


Notary Public

Marc Adam Wasserman
Notary Public, State of New York
No. 02WA6179778
Qualified in Nassau County
Commission Expires December 24, 20 11

W:\Clients A-Z\Clients K-N\Martin.David\AffofServ 004Amendeddmm.wpd

| | | |
|---|---|---|
| Brown Rudnick Berlack Israels LLP | Cohen, Weiss & Simon | Curtis, Mallet-Prevost, Colt & mosle LLP |
| Robert J. Stark | Bruce Simon | Steven J. Reisman |
| Seven Times Square | 330 W. 42nd Street | 101 Park Avenue |
| New YorkNY10036 | New YorkNY10036 | New YorkNY10178-0061 |
| Davis, Polk & Wardwell | Delphi Corporation | Electronic Data Systems Corp. |
| Donald Bernstein & Brian Resnick | Sean Corcoran, Karen Craft | Michael Nefkens |
| 450 Lexington Avenue | 5725 Delphi Drive | 5505 Corporate Drive MSIA |
| New YorkNY10017 | TroyMI48098 | TroyMI48098 |
| Flextronics International | Flextronics International USA, Inc. | Freescale Semiconductor, Inc. |
| Carrie L. Schiff | Paul W. Anderson | Richard Lee Chambers, III |
| 305 Interlocken Parkway | 2090 Fortune Drive | 6501 William Cannon Drive |
| BroomfieldCO80021 | San JoseCA95131 | WestMD: OE16 |
| Fried, Frank, Harris, Shriver & Jacobson | FTI Consulting, Inc. | General Electric Company |
| Brad Eric Sheler & Bonnie Steingart & Vivek Melwani & Jennifer L Rodburg & Richard J Slivinski & | Randall S. Eisenberg | Valerie Venable |
| One New York Plaza | 3 Times Square11th Floor | 9930 Kincey Avenue |
| New YorkNY10004 | New YorkNY10036 | HuntersvilleNC28078 |
| Groom Law Group | Hodgson Russ LLP | Honigman Miller Schwartz and Cohn LLP |
| Lonie A. Hassel | Stephen H. Gross | Frank L. Gorman, Esq. |
| 1701 Pennsylvania Avenue, NW | 1540 Broadway24th Fl | 2290 First National Building 660 Woodward Avenue |
| WashingtonDC20006 | New YorkNY10036 | DetroitMI48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Internal Revenue Service | Internal Revenue Service |
| Robert B. Weiss, Esq. | Attn: Insolvency Department | Attn: Insolvency Dept, Maria Valerio |
| 2290 First National Building; 660 Woodward Avenue | 477 Michigan AveMail Stop 15 | 290 Broadway5th Floor |
| DetroitMI48226-3583 | DetroitMI48226 | New YorkNY10007 |
| IUE-CWA | Jefferies & Company, Inc, | JPMorgan Chase Bank, N.A. |
| Conference Board Chairman | William Q. Derrough | Richard Duker |
| 2360 W. Dorothy LaneSuite 201 | 520 Madison Avenue12th Floor | 270 Park Avenue |
| DaytonOH45439 | New YorkNY10022 | New YorkNY10017 |
| JPMorgan Chase Bank, N.A. | Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP |
| Susan Atkins, Gianni Russello | Gordon Z. Novod | Thomas Moers Mayer |
| 277 Park Ave 8th Fl | 1177 Avenue of the Americas | 1177 Avenue of the Americas |
| New YorkNY10172 | New YorkNY10036 | New YorkNY10036 |
| Kurtzman Carson Consultants | Latham & Watkins LLP | Law Debenture Trust of New York |
| Sheryl Betance | Robert J. Rosenberg | Daniel R. Fisher |
| 2335 Alaska Ave | 885 Third Avenue | 400 Madison AveFourth Floor |
| El SegundoCA90245 | New YorkNY10022 | New YorkNY10017 |
| Law Debenture Trust of New York | McDermott Will & Emery LLP | McDermott Will & Emery LLP |
| Patrick J. Healy | David D. Cleary | Jason J. DeJonker |
| 400 Madison AveFourth Floor | 227 West Monroe StreetSuite 5400 | 227 West Monroe StreetSuite 5400 |
| New YorkNY10017 | ChicagoIL60606 | ChicagoIL60606 |

McDermott Will & Emery LLP
Mohsin N. Khambati
227 West Monroe StreetSuite 5400
ChicagoIL60606

McTigue Law Firm
J. Brian McTigue
5301 Wisconsin Ave. N.W.Suite 350
WashingtonDC20015

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New YorkNY10022

O'Melveny & Myers LLP
Robert Siegel
400 South Hope Street
Los AngelesCA90071

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K Street, N.W.Suite 340
WashingtonDC20005-4026

Seyfarth Shaw LLP
Robert W. Dremluk
620 Eighth Ave
New YorkNY10018-1405

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, John K. Lyons, Ron E. Meisler
333 W. Wacker Dr.Suite 2100
ChicagoIL60606

Spencer Fane Britt & Browne LLP
Nicholas Franke
1 North Brentwood BoulevardTenth Floor
St. LouisMO63105

Tyco Electronics Corporation
MaryAnn Brereton, Assistant General Counsel
60 Columbia Road
MorristownNJ7960

Weil, Gotshal & Manges LLP
Harvey R. Miller
767 Fifth Avenue
New YorkNY10153

McDermott Will & Emery LLP
Peter A. Clark
227 West Monroe StreetSuite 5400
ChicagoIL60606

Mesirow Financial
Leon Szlezinger
666 Third Ave21st Floor
New YorkNY10017

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial CenterRoom 4300
New YorkNY10281

O'Melveny & Myers LLP
Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
WashingtonDC20006

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New YorkNY10103

Shearman & Sterling LLP
Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New YorkNY10022

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti, Thomas J. Matz
4 Times SquareP.O. Box 300
New YorkNY10036

Stevens & Lee, P.C.
Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue20th Floor
New YorkNY10022

United States Trustee
Alicia M. Leonhard
33 Whitehall Street21st Floor
New YorkNY10004-2112

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New YorkNY10153

McTigue Law Firm
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W.Suite 350
WashingtonDC20015

Milbank Tweed Hadley & McCloy LLP
Gregory A Bray Esq & Thomas R Kreller Esq & James E Till Esq
601 South Figueroa Street30th Floor
Los AngelesCA90017

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York CityNY10271

Pension Benefit Guaranty Corporation
Jeffrey Cohen
1200 K Street, N.W.Suite 340
WashingtonDC20005

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New YorkNY10020

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
425 Lexington Avenue
New YorkNY10017

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood BoulevardTenth Floor
St. LouisMO63105

Togut, Segal & Segal LLP
Albert Togut
One Penn PlazaSuite 3335
New YorkNY10119

Warner Stevens, L.L.P.
Michael D. Warner
1700 City Center Tower II301 Commerce Street
Fort WorthTX76102

Weil, Gotshal & Manges LLP
Martin J. Bienenstock, Esq.
767 Fifth Avenue
New YorkNY10153

Weil, Gotshal & Manges LLP

Michael P. Kessler, Esq.

767 Fifth Avenue

New YorkNY10153

Wilmington Trust Company

Steven M. Cimalore

Rodney Square North; 1100 North Market Street

WilmingtonDE19890