**HODGSON RUSS LLP**
*Counsel for Mubea, Inc.,*
*Bailey Manufacturing Company, LLC,*
*and Unifrax I, LLC*
Julia S. Kreher, Esq. (JK 7501)
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202-4040
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349
jkreher@hodgsonruss.com
         -and-
Gary I. Selinger, Esq. (GS 3555)
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
gselinger@hodgsonruss.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julia S. Kreher, by her signature below, hereby certifies that on February 19, 2008, she caused to be served a true and correct copy of  (1) the **Objection and Response of Mubea, Inc. to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010** [Docket No. 12714] (the "Mubea Objection"); (2) the **Response of Bailey Manufacturing Company, LLC to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Plan of Reorganization, 11 U.S.C. § 105(A), and**

**Fed. R. Bankr. P. 9010** [Docket No. 12717] (the "Bailey Response"), and (3) the **Response of Unifrax I, LLC to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010** [Docket No. 12720] (the "Unifrax Response") (1) by filing the Mubea Objection, the Bailey Response and the Unifrax Response with exhibits using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; (2) by hand-delivery of the Mubea Objection, the Bailey Response and the Unifrax Response in their entirety with exhibits, upon the Honorable Robert D. Drain, United States Bankruptcy Judge, directly to his chambers, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004; and (3) by email transmission of the Mubea Objection, the Bailey Response and the Unifrax Response in their entirety with exhibits to (a) Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 to (i) John Wm. Butler, Jr., Esq. at jack.butler@skadden.com, (ii) John K. Lyons, Esq. at john.h.lyons@skadden.com, (iii) Ron E. Meisler, Esq. at ron.meisler@skadden.com, and Four Times Square, New York, New York 10036 to (iv) Kayalyn A. Marafioti, Esq. at kayalyn@skadden.com, and (v) Thomas J. Matz, Esq. at thomas.j.matz@skadden.com; (b) Counsel for Debtors' Post Petition Lenders' Administrative Agent, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, to Donald Bernstein, Esq. at Donald.Bernstein@dpw.com and Brian Resnick, Esq. at Brian.Resnick@dpw.com; (c) Counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, LLP, 885 Third Avenue, New York, New York 10022, to Robert J. Rosenberg, Esq. at Robert.Rosenberg@lw.com and Mark A. Broude, Esq., at

Mark.Broude@lw.com; (d) Counsel for the Equity Security Holders Committee, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York 10004, to Bonnie Steingart, Esq. at Bonnie.Steingart@friedfrank.com; and (e) the Office of the U. S. Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10004, to Alicia M. Leonhard, Esq. at Alicia.Leonhard@usdoj.gov.

Dated:  February 20, 2008
        Buffalo, New York

     /s/ Julia S. Kreher
Julia S. Kreher, Esq. (JK 7501)
**HODGSON RUSS LLP**
*Counsel for Mubea, Inc.,*
*Bailey Manufacturing Company, LLC,*
*and Unifrax I, LLC*

000160/00623 GBDOCS 953723v1