CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) ) | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | ) ) | |

**WITHDRAWAL OF OBJECTION OF TI GROUP AUTOMOTIVE SYSTEMS, LLC TO DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(A) AND FED. R. BANKR. P. 9010**

In reliance upon Debtors' representation that, with respect to TI Group Automotive Systems, LLC ("TI Automotive"), the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (the "Motion") moved to strike the "copy" of cure notice submitted by TI Automotive and that the Debtors did not move to strike the Original Cure Notice submitted by TI Automotive, TI Automotive hereby withdraws its Objection to the Motion.

Dated: February 20, 2008            **CLARK HILL PLC**

                By:    /s/ Robert D. Gordon
                Robert D. Gordon (Mich. Bar No. P48627)
                 500 Woodward Ave., Suite 3500
                 Detroit, MI 48226
                 313.965.8572
                 rgordon@clarkhill.com
                 *Counsel to TI Group Automotive Systems LLC*

5559498.1 27900/120076

5559498.1 27900/120076

5558509.1 25777/103229