CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION OF MILLENNIUM INDUSTRIES CORPORATION
TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT
OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

In reliance upon Debtors' representation that, with respect to Millennium Industries Corporation ("Millennium"): (i) the Debtors will assign the post-petition purchase orders identified in the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business; (ii) that post-petition obligations owed on purchase orders assigned shall be paid in the ordinary course of business of the Debtors and/or Steering Solutions Corporation pursuant to the terms of the Purchase Agreement and Sale Approval Order; and, (iii) that purchase order number SAG90I3442 shall be assumed and assigned and that the cure amount shall be $585,170.32, Millennium withdraws its Objection to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business.

Dated: February 20, 2008                    **CLARK HILL PLC**

By:_____/s/ Joel D. Applebaum_____
Joel D. Applebaum (Mich. Bar No. P36774)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
313.965.8572
japplebaum@clarkhill.com
*Counsel to Millennium Industries Corporation*