CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION OF ASSEMBLY SYSTEMS INNOVATORS, LLC
TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT
OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

In reliance upon Debtors' representation that, with respect to Assembly Systems Innovators, LLC ("ASI"): (i) purchase order number SAG 90I5253 is a post-petition purchase order that will be assigned, (ii) that the Debtors will withdraw its proposed cure amount with respect to purchase order number SAG 90I5253; and, (iii) that the Debtors will assign all of the post-petition purchase orders identified in the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business; and, (iv) that post-petition obligations owed on the purchase orders assigned shall be paid in the ordinary course of business of the Debtors and/or Steering Solutions Corporation pursuant to the terms of the Purchase Agreement and Sale Approval Order, ASI withdraws its Objection to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business.

5559680.1 24841/103242

Dated: February 20, 2008        **CLARK HILL PLC**

By:   /s/ Joel D. Applebaum
Joel D. Applebaum (Mich. Bar No. P36774)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
313.965.8572
japplebaum@clarkhill.com
*Counsel to Assembly Systems Innovators, LLC*

5559680.1 24841/103242