HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Paul Rubin (PR-2097)

*Attorneys for Canon U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
In re:                              : Chapter 11
                                    :
DELPHI CORPORATION, et al.,         : Case No. 05-44481 (RDD)
                                    :
                    Debtors,        : Jointly Administered
                                    :
------------------------------------X

## AFFIDAVIT OF SERVICE

The undersigned, being duly sworn, deposes and says:

Deponent is a legal assistant at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On February 20, 2008, Deponent served *Notice of Withdrawl of Objection of Canon U.S.A., Inc. to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12755)* via facsimile upon the parties detailed on the attached service list.

Dated: February 20, 2008
       New York, New York

                                    Andrew Marks

Sworn to before me this
20th day of February, 2008

_____
Notary Public, State of New York

SETH KORNBLUTH
Notary Public, State of New York
No. 02KO6047532
Qualified in New York County
Commission Expires September 05, 2010

HF 3982741v.1 #05542/0009

SERVICE LIST

**Via Facsimile:**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K. Lyons, Rone E. Meisler and Brian M. Fern
312.407.0411

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Marke A. Broude
212.751.4864

Kirkland & Ellis LLP
Attn: Richard L. Wynne
213.680.8500

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
212.450.3800

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
212.859.4000

Office of the United States Trustee for the Southern District of New York
Attn: Alicia M. Leonhard
212.668.2255

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Allison K. Verderber Herriott
312.827.9332

HF 3982741v.1 #05542/0009