Honorable Robert D. Drain                February 19, 2008

United States Bankruptcy Judge

Court for the Southern Division of New York

One Bowling Green, Room 610

New York, New York 10004



Dear Sir:

I object to the cancellation of an agreement between Celphi and myself regarding the use of Delphi catalog material for an educational book that I have written. The book has been completed and is at a publisher. Another edition is in the process of being added to the curriculum of an educational institution. Please let the agreement stand as it is too late to reopen negotiations with another entity.

Sincerely,

*Robert P. Tata*
Robert P. Tata, 307 Tiffin Avenue, Huron, Ohio 44839, 419-433-2727