A

**Exhibit 3**

**In re Delphi Corporation, et al.,**
**Case No. 05-44481 (RDD)**

*Objections To The Debtors' Non-Conforming Cure Notice Motion*
*Organized By Objection Type[1]*

| Objection Type | Objecting Party | Objection Docket No. | Delphi Response |
|---|---|---|---|
| 1. Instructions Were Valid [Schedule 1] | Argo Partners, Inc. | 12719 | • The Solicitation Procedures Order authorized the Debtors to 'remit resolved, uncontested, or adjudicated distributions on account of cure directly to the contract party whose contract is being assumed or assumed and assigned." |
| 2. Validly Executed Power Of Attorney Available Upon Request [Schedule 2] | • Robin Industries, Inc. (claim was transferred to SilverPoint)<br>• Automodular Assemblies Inc.<br>• Methode Electronics<br>• Blue Angel Claims LLC<br>• Contrarian Funds LLC<br>• ASM Capital L.P. and ASM Capital II L.P. | 12684, 12680, 12696, 12710, 12724, 12723 | • The Debtors will not deviate from the procedures approved by this Court. Given the Debtors' duty to comply with the Solicitation Procedures Order and the importance of maintaining the integrity of the entire cure process, the Debtors moved to strike this subset of Cure Amount Notices because it is not for the Debtors to grant unilateral exception to the Solicitation Procedures Order.<br>• At the hearing held on January 10, 2008 in connection with the ad hoc trade committee's motion (the "Ad Hoc Motion Hearing"), the Court stated that "this is not an instance where the debtor is just being difficult . . . ; but rather would have the debtor change the relationship with its contract parties and get in the middle of [the claims trader's] relationship with them."<br>• The Cure Notice executed by a claims trader will not be recognized and the Debtors maintain their motion to strike. As this Court recognized at the January 10, 2008 hearing, ownership of a claim does not entitle a claims trader to interfere with the Debtors' relationship with its supplier. Accordingly and consistent with, this Court's January 10, 2008 ruling, the Debtors will not recognize this improperly executed notice.<br>• The Debtors need not take any position with respect to the applicability of |

---

[1] This chart reflects all Responses entered on the docket as of Wednesday, February 20, 2008 at 12:00 a.m. (prevailing Eastern time). Objections filed after the deadline are reflected in bold.

| Objection Type | Objecting Party | Objection Docket No. | Delphi Response |
|---|---|---|---|
| | | | Bankruptcy Rule 9010(a) given that none of the Objectors complied with the requirements of the Rule within the timeframe mandated in the Solicitation Procedures Order. |
| 3. Validly Executed (by attorney) [Schedule 2] | • EI Du Pont De Nemours<br>• Cataler North America<br>• SPCP Group, LLC<br>• Midtown Claims LLC & Kimball Eledctronics<br>• Midtown Claims LLC & Palma Tool & Die, Inc. | 12695, 12693, 12721, 12708, 12709 | • The Debtors will not deviate from the procedures approved by this Court. Given the Debtors' duty to comply with the Solicitation Procedures Order and the importance of maintaining the integrity of the entire cure process, the Debtors moved to strike this subset of Cure Amount Notices because it is not for the Debtors to grant unilateral exception to the Solicitation Procedures Order.<br>• The Debtors need not take any position with respect to the applicability of Bankruptcy Rule 9010(a) given that none of the Objectors complied with the requirements of the Rule within the timeframe mandated in the Solicitation Procedures Order. |
| 4. Validly Executed (without signature page) [Schedule 2] | • Spartech Corporation & Spartech Polycom | 12711 | • The Debtors will not deviate from the procedures approved by this Court. Given the Debtors' duty to comply with the Solicitation Procedures Order and the importance of maintaining the integrity of the entire cure process, the Debtors moved to strike this subset of Cure Amount Notices because it is not for the Debtors to grant unilateral exception to the Solicitation Procedures Order. |
| 5. Copies Count As Originals [Schedule 3] | • Clarion Corporation of America<br>• U.S. Steel Corp.<br>• Millenium Industries<br>• MacArthur Corporation<br>• Schaeffler Canada, Inc.<br>• SPCP Group, LLC<br>• Mubea, Inc.<br>• Unifrax I, LLC | 12679, 12655, 12692, 12705, 12712, 12721, 12714, 12720, 12711, 12713, 12719, 12725, 12688, 12680 | • The Court-approved Duplicate Notice clearly stated in bold and prominent text that "the <u>original</u> Cure [Amount] Notice must be completed, executed, and returned" and "only <u>original</u> forms will be accepted for purposes of exercising your right to contest the cure amount or make a cure election."<br>• The Court approved Duplicate Notice also stated that a Duplicate original Cure Notice could be obtained by contacting KCC and that the Cure Notice sent to the original address would be subsequently voided. |

2

| Objection Type | Objecting Party | Objection Docket No. | Delphi Response |
|---|---|---|---|
| | - Spartech Corporation & Spartech Polycom<br>- Molex, Inc.<br>- Argo Partners, Inc.<br>- Federal Screw Works<br>- Alps Automotive, Inc.<br>- Automodular Assemblies Inc. | | |
| 6. Copies Do Not Disqualify Valid Originals [Schedule 3] | - Bailey Manufacturing Company, LLC<br>- TI Group Automotive Systems | 12717, 12694 | - The Court-approved Duplicate Notice clearly stated in bold and prominent text that "the original Cure [Amount] Notice must be completed, executed, and returned" and "only original forms will be accepted for purposes of exercising your right to contest the cure amount or make a cure election."<br>- The Court-approved Duplicate Notice also stated that a Duplicate original Cure Notice could be obtained by contacting KCC and that the Cure Notice sent to the original address would be subsequently voided. |
| 7. Excusable Neglect [Schedule 6 – Untimely] | - Metal-Matic, Inc. ("MMI") (by and through Liquidity Solutions)<br>- SPCP Group, LLC<br>- ASM Capital<br>- Linear Technology Corp. | 12643, 12721, 12723, 12729 | - It is not up to the Debtors to deviate from the Court's procedures.<br>- The deadline to submit conforming cure notices was January 11, 2008 at 4:00 p.m. EST. Late notices will not be accepted and will receive default treatment. |
| 8. Cure Notices Not Scheduled on the Motion to Strike | - Temic Automotive of North America & Motorola, Inc.<br>- Semiconductor Components Industries LLC | 12722, 12715 | - These claims were not objected to in the Motion to Strike. |

3