**Exhibit 5**

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Overview Of Requirements For A Valid Power Of Attorney — Organized By Party

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counter-party Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alliance Plastics EFT (ASM Capital) | NO | NO | NO | NO | NO | YES | YES | $55,331.87 |
| 2. | American & Efird Inc. EFT (Annoc Investments) | NO | YES | NO | NO | NO | NO | YES | $81,030.09 |
| 3. | American Products Co Inc. EFT (Annoc Investments LLC) | NO | NO | NO | NO | NO | NO | YES | $58,050.24 |
| 4. | Argent Automotive Systems EFT Inc. (ASM Capital LP) | NO | NO | NO | NO | NO | YES | YES | $20,216.76 |
| 5. | Argent Automotive Systems Inc. (ASM Capital LP) | NO | NO | NO | NO | NO | NO | YES | $2,629.07 |
| 6. | Argo Partners as assignee of Ampex Metal Products | NO | NO | NO | NO | NO | NO | YES | $231,668.44 |

[1] No party submitted a Cure Amount Notice with a validly executed power of attorney prior to the 7:00 p.m. (Eastern Prevailing Time) deadline on January 11, 2008. Certain claims traders, however, did submit powers of attorney substantially conforming to Bankruptcy Rule 9010 with duplicative Cure Amount Notices submitted after the deadline.

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7. | Argo Partners as assignee of Barry Industries Inc | NO | NO | NO | NO | NO | NO | YES | $18,375.00 |
| 8. | Argo Partners as assignee of Computer Optical Products | NO | NO | NO | NO | NO | NO | YES | $32,901.92 |
| 9. | Argo Partners as assignee of Eagle Fasteners Incorporated | NO | NO | NO | NO | NO | NO | YES | $11,080.20 |
| 10. | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | NO | NO | NO | NO | NO | NO | YES | $29,834.20 |
| 11. | Argo Partners as assignee of Fulton Industries Inc | NO | NO | NO | NO | NO | NO | YES | $48,839.82 |
| 12. | Argo Partners as assignee of Hyland Machine Co | NO | NO | NO | NO | NO | NO | YES | $22,560.00 |
| 13. | Argo Partners as assignee of Jamak Fabrication Inc EFT | NO | NO | NO | NO | NO | NO | YES | $2,522.59 |
| 14. | Argo Partners as assignee of Lyon Manufacturing Inc | NO | NO | NO | NO | NO | NO | YES | $6,398.00 |
| 15. | Argo Partners as assignee of Mendiguren Y Zarraua | NO | NO | NO | NO | NO | NO | YES | $9,640.96 |

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By, Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely? | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 16. | Argo Partners as assignee of Metalbags SA | NO | NO | NO | NO | NO | NO | YES | $22,262.96 |
| 17. | Argo Partners as assignee of Pridgeon & Clay Inc | NO | NO | NO | NO | NO | NO | YES | $122,201.19 |
| 18. | Argo Partners as assignee of R&F Products | NO | NO | NO | NO | NO | NO | YES | $143,806.43 |
| 19. | Argo Partners as assignee of Soc Claudem | NO | NO | NO | NO | NO | NO | YES | $5,510.97 |
| 20. | Argo Partners as assignee of UFE Inc | NO | NO | NO | NO | NO | NO | YES | $17,077.94 |
| 21. | ASM Capital II LP assignee of Alliance Plastics | NO | NO | NO | NO | NO | YES | YES | $55,331.87 |
| 22. | ASM Capital II LP assignee of Alliance Plastics | YES | YES | YES | YES | YES | YES | NO | $55,331.87 |
| 23. | ASM Capital II LP assignee of Fairchild Semiconductor | NO | NO | NO | NO | NO | NO | YES | $204,358.83 |
| 24. | ASM Capital II LP assignee of Fairchild Semiconductor | YES | YES | YES | YES | YES | YES | NO | $204,358.83 |
| 25. | ASM Capital II LP assignee of Fuji Bank / Fukoku South | YES | YES | YES | YES | YES | YES | NO | $211,507.25 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 26. ASM Capital II LP assignee of IAE Electronics | NO | NO | NO | NO | NO | NO | YES | $30,180.22 |
| 27. ASM Capital II LP assignee of IAE Electronics | YES | YES | YES | YES | NO | NO | NO | $30,180.22 |
| 28. ASM Capital II LP assignee of Penn Metal Stamping | NO | NO | NO | NO | NO | NO | YES | $111.92 |
| 29. ASM Capital II LP assignee of Plastic Components | NO | NO | NO | NO | NO | NO | YES | $1,753.20 |
| 30. ASM Capital II LP assignee of Plastic Components | YES | YES | YES | YES | YES | YES | NO | $1,753.20 |
| 31. ASM Capital II LP assignee of Poltron Corp | NO | NO | NO | NO | NO | NO | YES | $349,357.60 |
| 32. ASM Capital II LP assignee of Poltron Corp | YES | YES | YES | YES | NO | YES | YES | $349,357.60 |
| 33. ASM Capital II LP assignee of RF Monolithics Inc | NO | NO | NO | NO | NO | NO | YES | $42,745.21 |
| 34. ASM Capital II LP assignee of RF Monolithics Inc | NO | NO | NO | NO | NO | NO | NO | $42,745.21 |
| 35. ASM Capital II LP assignee of Sigmund Cohn Corp | NO | NO | NO | NO | NO | NO | YES | $33,979.39 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By, Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?¹ | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 36. ASM Capital II LP assignee of Sigmund Cohn Corp | YES | YES | YES | YES | NO | NO | NO | $33,979.39 |
| 37. ASM Capital II LP assignee of Vogelsang Corp | NO | NO | NO | NO | NO | NO | YES | $30,304.80 |
| 38. ASM Capital II LP assignee of Vogelsang Corp | YES | YES | YES | YES | NO | NO | NO | $30,304.80 |
| 39. ASM Capital II LP assignee of Vogelsang Corp | YES | YES | YES | YES | NO | YES | NO | $34,843.64 |
| 40. ASM Capital II LP assignee of Wet Automotive Canada | NO | NO | NO | NO | NO | NO | YES | $34,843.64 |
| 41. ASM Capital LP as assignee of Fuji Bank/Fukoku South | NO | NO | NO | NO | NO | NO | YES | $211,507.25 |
| 42. ASM Capital LP assignee of Alfmeier CZ SRO | NO | NO | NO | NO | NO | NO | YES | $1,204.25 |
| 43. ASM Capital LP assignee of Alphi Manufacturing Inc | NO | NO | NO | NO | NO | NO | YES | $146,006.22 |
| 44. ASM Capital LP assignee of Alphi Manufacturing Inc | YES | YES | YES | YES | NO | YES | NO | $146,006.22 |
| 45. ASM Capital LP assignee of American Products Co Inc | NO | NO | NO | NO | NO | NO | YES | $58,050.24 |

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counter-party Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 46. | ASM Capital LP assignee of American Products Co Inc | YES | YES | YES | YES | YES | YES | NO | $58,050.24 |
| 47. | ASM Capital LP assignee of Amkor Electronics Inc | NO | NO | NO | NO | NO | NO | YES | $84,856.88 |
| 48. | ASM Capital LP assignee of Amkor Electronics Inc | YES | YES | YES | YES | YES | YES | NO | $84,856.88 |
| 49. | ASM Capital LP assignee of Argent Automotive System | NO | NO | NO | NO | NO | NO | YES | $2,629.07 |
| 50. | ASM Capital LP assignee of Argent Automotive System | YES | YES | YES | YES | YES | YES | NO | $20,216.76 |
| 51. | ASM Capital LP assignee of Armada Rubber MFG Co | NO | NO | NO | NO | NO | NO | YES | $1,900.00 |
| 52. | ASM Capital LP assignee of Armada Rubber MFG Co | YES | YES | YES | YES | YES | YES | NO | $1,900.00 |
| 53. | ASM Capital LP assignee of Automatic Spring Products | NO | NO | NO | NO | NO | NO | YES | $31,524.98 |
| 54. | ASM Capital LP assignee of Automatic Spring Products | YES | YES | YES | YES | YES | YES | NO | $31,524.98 |

6

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 55. ASM Capital LP assignee of Burnex Corp | NO | NO | NO | NO | NO | NO | YES | $13,603.89 |
| 56. ASM Capital LP assignee of Caldwell Industries Inc | NO | NO | NO | NO | NO | NO | YES | $1,711.00 |
| 57. ASM Capital LP assignee of Caldwell Industries Inc | YES | YES | YES | YES | YES | YES | NO | $1,711.00 |
| 58. ASM Capital LP assignee of Canada Metal Pacific Ltd | NO | NO | NO | NO | NO | NO | YES | $7,392.00 |
| 59. ASM Capital LP assignee of C-Plastics | NO | NO | NO | NO | NO | NO | YES | $56,260.67 |
| 60. ASM Capital LP assignee of DAA Draexlamier Automotive | NO | NO | NO | NO | NO | NO | YES | $79,631.21 |
| 61. ASM Capital LP assignee of DAA Draexlamier Automotive | YES | YES | YES | YES | NO | YES | NO | $79,631.21 |
| 62. ASM Capital LP assignee of DE Ametek Corp | NO | NO | NO | NO | NO | NO | YES | $2,872.00 |
| 63. ASM Capital LP assignee of Derby Fabricating Inc | NO | NO | NO | NO | NO | NO | YES | $1,587.66 |
| 64. ASM Capital LP assignee of Elliot Tape Inc | NO | NO | NO | NO | NO | NO | YES | $38,127.50 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 65. ASM Capital LP assignee of Elliott Tape Inc | YES | YES | YES | YES | NO | YES | NO | $38,127.50 |
| 66. ASM Capital LP assignee of Fansteel Intercast | YES | YES | YES | YES | NO | NO | NO | $4,658.56 |
| 67. ASM Capital LP assignee of Fansteel Intercast | NO | NO | NO | NO | NO | NO | YES | $4,658.56 |
| 68. ASM Capital LP assignee of Flexible Products | NO | NO | NO | NO | NO | NO | YES | $22,081.54 |
| 69. ASM Capital LP assignee of GDC Inc | NO | NO | NO | NO | NO | NO | YES | $8,417.84 |
| 70. ASM Capital LP assignee of Goshen Die Cutting Inc | NO | NO | NO | NO | NO | NO | YES | $5,040.00 |
| 71. ASM Capital LP assignee of Goshen Die Cutting Inc | YES | YES | YES | YES | NO | YES | NO | $8,417.84 |
| 72. ASM Capital LP assignee of GRM Corp | NO | NO | NO | NO | NO | NO | YES | $5,214.25 |
| 73. ASM Capital LP assignee of Industrial Dielectrics | NO | NO | NO | NO | NO | NO | YES | $41,988.00 |
| 74. ASM Capital LP assignee of Industrial Dielectrics | YES | YES | YES | YES | NO | YES | NO | $41,988.00 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[3] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 75. ASM Capital LP assignee of Industrial Electric Wire | NO | NO | NO | NO | NO | NO | YES | $230.00 |
| 76. ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | NO | NO | NO | NO | NO | NO | YES | $26,859.06 |
| 77. ASM Capital LP assignee of Kavlico Corp | NO | NO | NO | NO | NO | NO | YES | $174,841.60 |
| 78. ASM Capital LP assignee of Kendale Industries | NO | NO | NO | NO | NO | NO | YES | $14,937.47 |
| 79. ASM Capital LP assignee of Kickhaefer MFG Co | NO | NO | NO | NO | NO | NO | YES | $553,087.71 |
| 80. ASM Capital LP assignee of Kickhaefer MFG Co | YES | YES | YES | YES | YES | YES | NO | $553,087.71 |
| 81. ASM Capital LP assignee of Mastex Industries | NO | NO | NO | NO | NO | NO | YES | $112,370.72 |
| 82. ASM Capital LP assignee of Mastex Industries | YES | YES | YES | YES | NO | YES | NO | $112,370.72 |
| 83. ASM Capital LP assignee of Micro Commercial Components | NO | NO | NO | NO | NO | NO | YES | $595.20 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 84. ASM Capital LP assignee of Miller Plating & Metal Finishing | NO | NO | NO | NO | NO | NO | YES | $9,559.91 |
| 85. ASM Capital LP assignee of MRA Industries | NO | NO | NO | NO | NO | NO | YES | $7375.60 |
| 86. ASM Capital LP assignee of MRA Industries | YES | YES | YES | YES | NO | YES | NO | $7,375.60 |
| 87. ASM Capital LP assignee of Myers Spring Co Inc | NO | NO | NO | NO | NO | NO | YES | $2,506.67 |
| 88. ASM Capital LP assignee of Myers Spring Co Inc | YES | YES | YES | YES | NO | YES | NO | $2,506.67 |
| 89. ASM Capital LP assignee of Norgren | NO | NO | NO | NO | NO | NO | YES | $2,050.00 |
| 90. ASM Capital LP assignee of Rino Mechanical | NO | NO | NO | NO | NO | NO | YES | $1,990.32 |
| 91. ASM Capital LP assignee of Rubber Enterprises Inc | NO | NO | NO | NO | NO | NO | YES | $46,250.53 |
| 92. ASM Capital LP assignee of Syn Tech Ltd | NO | NO | NO | NO | NO | NO | YES | $15,299.90 |
| 93. ASM Capital LP assignee of Syn Tech Ltd | YES | YES | YES | YES | NO | YES | NO | $5,600.00 |
| 94. ASM Capital LP assignee of Tella Tool & MFG | NO | NO | NO | NO | NO | NO | YES | $2,850.00 |

10

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 95. ASM Capital LP assignee of Tella Tool & MFG | YES | YES | YES | YES | YES | YES | NO | $2,850.00 |
| 96. ASM Capital LP assignee of Viking Plastics Inc | NO | NO | NO | NO | NO | NO | YES | $11,768.47 |
| 97. ASM Capital LP assignee of Viking Plastics Inc | YES | YES | YES | YES | NO | YES | NO | $4,446.90 |
| 98. ASM Capital LP assignee of Westbrook MFG Inc | NO | NO | NO | NO | NO | NO | YES | $23,355.60 |
| 99. ASM Capital LP assignee of Westbrook MFG Inc | YES | YES | YES | YES | NO | YES | NO | $23,355.60 |
| 100. ASM Capital LP assignee of Windsor Machine Inc | NO | NO | NO | NO | NO | NO | 1 LATE, 1 TIMELY | $156,672.99 |
| 101. ASM Capital LP assignee of Windsor Machine & Stamping | YES | YES | YES | YES | NO | YES | NO | $156,672.99 |
| 102. ASM Capital LP assignee of Windsor Machine & Stamping | NO | NO | NO | NO | NO | NO | YES | $117,772.30 |
| 103. ASM Capital LP assignee of World Products | YES | YES | YES | YES | NO | YES | NO | $117,772.30 |
| 104. ASM Capital LP assignee of World Products Inc / ASM Capital LP assignee of WXP Inc | NO | NO | NO | NO | NO | NO | 1 LATE, 1 TIMELY | $542,626.96 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 105. ASM Capital LP assignee of WXP Inc | NO | NO | NO | NO | NO | NO | YES | $542,626.96 |
| 106. ASM Capital LP assignee of WXP Inc | YES | YES | YES | YES | YES | YES | NO | $542,626.96 |
| 107. Automatic Spring Products EFT Corp. (ASM Capital LP) | NO | NO | NO | NO | NO | NO | YES | $31,524.98 |
| 108. Capstan Atlantic (Contrarian) | NO | NO | NO | NO | NO | YES | YES | $480,324.75 |
| 109. Ceramtec (Sierra Liquidity) | YES | YES | YES | YES | NO | YES | YES | $178,198.56 |
| 110. Contrarian Funds LLC as assignee of AMI Industries Inc | NO | NO | NO | NO | NO | NO | YES | $101,722.70 |
| 111. Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | NO | NO | NO | NO | NO | NO | YES | $10,618.34 |
| 112. Contrarian Funds LLC as assignee of Dickey Grabler Inc | NO | NO | NO | NO | NO | NO | YES | $3,639.82 |
| 113. Contrarian Funds LLC as assignee of Ferro Corporation | NO | NO | NO | NO | NO | NO | NO | $6,906.00 |
| 114. Contrarian Funds LLC as assignee of GCI Technologies Inc | NO | NO | NO | NO | NO | NO | YES | $0.00 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely? | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 115. Contrarian Funds LLC as assignee of Intel Americas Inc | NO | NO | NO | NO | NO | NO | NO | $61,861.00 |
| 116. Contrarian Funds LLC as assignee of Magnesium Products of America | NO | NO | NO | NO | NO | NO | NO | $34,836.00 |
| 117. Contrarian Funds LLC as assignee of Millennium Industries Corp | NO | NO | NO | NO | NO | NO | YES | $585,170.32 |
| 118. Contrarian Funds LLC as assignee of Monroe Inc | NO | NO | NO | NO | NO | NO | YES | $0.00 |
| 119. Contrarian Funds LLC as assignee of Novelis Corporation | NO | NO | NO | NO | NO | NO | YES | $88,051.24 |
| 120. Contrarian Funds LLC as assignee of Oknetic Inc | NO | NO | NO | NO | NO | NO | YES | $125,426.36 |
| 121. Contrarian Funds LLC as assignee of Oknetic Inc | NO | NO | NO | NO | NO | NO | YES | $235,679.69 |
| 122. Contrarian Funds LLC as assignee of Photocircuits Corporation | NO | NO | NO | NO | NO | NO | YES | $0.00 |
| 123. Contrarian Funds LLC as assignee of Plastic Decorators Inc | NO | NO | NO | NO | NO | NO | YES | $9,252.30 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely? | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 124. Contrarian Funds LLC as assignee of Premier Products Inc | NO | NO | NO | NO | NO | NO | NO | $62,862.80 |
| 125. Contrarian Funds LLC as assignee of Schaeffler Canada Inc | NO | NO | NO | NO | NO | NO | YES | $118,659.84 |
| 126. Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | NO | NO | NO | NO | NO | NO | YES | $10,896.13 |
| 127. Contrarian Funds LLC as assignee of Thomas Engineering Co | NO | NO | NO | NO | NO | NO | YES | $0.00 |
| 128. Contrarian Funds LLC as assignee of Triumph LLC | NO | NO | NO | NO | NO | NO | YES | $23,852.15 |
| 129. Contrarian Funds LLC as assignee of Twoson Tool Co Inc | NO | NO | NO | NO | NO | NO | YES | $41,730.92 |
| 130. Contrarian Funds LLC as assignee of Wacker Chemical Corp | NO | NO | NO | NO | NO | NO | YES | $0.00 |
| 131. CWA Manufacturing Co. EFT (Amroc Investments) | NO (attached Notice Of Transfer) | YES | NO | YES | NO | NO | YES | $71,648.20 |
| 132. Cyro Industries EFT | NO | NO | NO | NO | NO | NO | YES | $579,162.10 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Property Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 133. Diacom Corp (Sierra Liquidity) | YES | YES | YES | YES | NO | YES | YES | $7,504.29 |
| 134. Elrac Industries Inc EFT (Sierra Liquidity) | YES | YES | YES | YES | NO | YES | YES | $2,398.08 |
| 135. Fair Harbor C N/A Capital LLC as Assignee of D.A. Stuart Co | NO | NO | NO | NO | NO | NO | YES | N/A |
| 136. Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | NO | NO | NO | NO | NO | NO | YES | N/A |
| 137. Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 138. Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 139. Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 140. Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely? | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 141. Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | NO | NO | NO | NO | NO | NO | YES | N/A |
| 142. Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | NO | NO | NO | NO | NO | NO | YES | N/A |
| 143. Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 144. Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 145. Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | NO | NO | NO | NO | NO | NO | YES | N/A |
| 146. Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 147. Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | NO | NO | NO | NO | NO | NO | YES | N/A |
| 148. Fair Harbor Capital LLC as Assignee of Cool Zone | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 149. Fair Harbor Capital LLC as Assignee of Davis Express | NO | NO | NO | NO | NO | NO | YES | N/A |
| 150. Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 151. Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | NO | NO | NO | NO | NO | NO | YES | N/A |
| 152. Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | NO | NO | NO | NO | NO | NO | YES | $296.38 |
| 153. Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 154. Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 155. Fair Harbor Capital LLC as Assignee of GDC Inc | NO | NO | NO | NO | NO | NO | YES | $8,417.84 |
| 156. Fair Harbor Capital LLC as Assignee of Grading Services | NO | NO | NO | NO | NO | NO | YES | N/A |

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?¹ | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 157. | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | NO | NO | NO | | | NO | YES | N/A |
| 158. | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | NO | NO | NO | | | NO | YES | N/A |
| 159. | Fair Harbor Capital LLC as Assignee of Ice Miller | NO | NO | NO | NO | NO | NO | YES | N/A |
| 160. | Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | NO | NO | NO | NO | NO | NO | YES | N/A |
| 161. | Fair Harbor Capital LLC as Assignee of Inframat Corp | NO | NO | NO | NO | NO | NO | YES | N/A |
| 162. | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | NO | NO | NO | NO | NO | NO | YES | N/A |
| 163. | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | NO | NO | NO | NO | NO | NO | YES | $12,731.07 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 164. Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | NO | NO | NO | NO | NO | NO | YES | N/A |
| 165. Fair Harbor Capital LLC as Assignee of Lego Education | NO | NO | NO | NO | NO | NO | YES | N/A |
| 166. Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 167. Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 168. Fair Harbor Capital LLC as Assignee of McNamee McNamee Industrial / Services Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 169. Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 170. Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?¹ | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 171. Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 172. Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | NO | NO | NO | NO | NO | NO | YES | N/A |
| 173. Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | NO | NO | NO | NO | NO | NO | YES | N/A |
| 174. Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 175. Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | NO | NO | NO | NO | NO | NO | YES | N/A |
| 176. Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | NO | NO | NO | NO | NO | NO | YES | $102.90 |
| 177. Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counterparty Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?¹ | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 178. Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 179. Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 180. Fair Harbor Capital LLC as Assignee of Power Drives Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 181. Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | NO | NO | NO | NO | NO | NO | YES | N/A |
| 182. Fair Harbor Capital LLC as Assignee of Project Management Solutions | NO | NO | NO | NO | NO | NO | YES | N/A |
| 183. Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 184. Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 185. Fair Harbor Capital LLC as Assignee of QHG of Gadsen | NO | NO | NO | NO | NO | NO | YES | N/A |
| 186. Fair Harbor Capital LLC as Assignee of RayConnect Inc | NO | NO | NO | NO | NO | NO | YES | $1,706.00 |
| 187. Fair Harbor Capital LLC as Assignee of Resin Services Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 188. Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | NO | NO | NO | NO | NO | NO | YES | N/A |
| 189. Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | NO | NO | NO | NO | NO | NO | YES | $18,809.65 |
| 190. Fair Harbor Capital LLC as Assignee of Runion Engineering Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 191. Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | NO | NO | NO | NO | NO | NO | YES | N/A |
| 192. Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | NO | NO | NO | NO | NO | NO | YES | N/A |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 193. Fair Harbor Capital LLC as Assignee of Sava Industries Inc | NO | NO | NO | | NO | NO | YES | N/A |
| 194. Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | NO | NO | NO | NO | NO | NO | YES | N/A |
| 195. Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 196. Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 197. Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 198. Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 199. Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv (2) | NO | NO | NO | NO | NO | NO | YES | N/A |

23

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Property Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?¹ | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 200. | Fair Harbor Capital LLC as Assignee of Stericycle Inc | NO | NO | NO | NO | NO | NO | YES | N/A |
| 201. | Fair Harbor Capital LLC as Assignee of The George Whalley Company | NO | NO | NO | NO | NO | NO | YES | N/A |
| 202. | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | NO | NO | NO | NO | NO | NO | YES | N/A |
| 203. | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | NO | NO | NO | NO | NO | NO | YES | N/A |
| 204. | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | NO | NO | NO | NO | NO | NO | YES | N/A |
| 205. | Fairchild Semiconductor (ASM Capital II LP) | YES | YES | YES | YES | YES | YES | NO | $204,358.83 |
| 206. | Fujikoki America Inc. | YES | YES | YES | YES | NO | NO | YES | $211,507.25 |
| 207. | GRM Corp. EFT | NO | NO | NO | NO | NO | NOT SIGNED | YES | $5,214.25 |
| 208. | Heraeus Inc. EFT Cermalloy Div. | NO | NO | NO | NO | NO | NO | YES | $363,674.18 |

24

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 209. Hitchiner Manufacturing Co EFT Inc. (Contrarian) | NO | NO | NO | NO | NO | YES | YES | $566,557.41 |
| 210. Industrial Dialectics (ASM Capital) | YES | YES | YES | YES | NO | YES | NO | $41,988.00 |
| 211. Internet Corporate EFT (SPCP) | NO | NO | NO | NO | NO | NO | YES | $148,737.73 |
| 212. Internet Jackson EFT (SPCP) | NO | NO | NO | NO | NO | NO | YES | $65,531.43 |
| 213. JAE Electronics (ASM Capital | NO | NO | NO | NO | NO | NO | YES | $30,180.22 |
| 214. Johnson Electric North Eft America Inc | YES | YES | YES | YES | NO | NO | YES | $2,518,431.00 |
| 215. Key Plastics LLC EFT (SPCP) | NO | NO | NO | NO | NO | NO | YES | $48,239.02 |
| 216. Kimball Electronics Mexico Inc. (Midtown Claims,LLC) | NO | NO | NO | NO | NO | NO | YES | $0.00 |
| 217. Lewis Spring & Mfg Company EFT | YES | YES | YES | YES | NO | YES | YES | $31,316.52 |
| 218. MEMC Electric Materials EFT Inc. | NO | NO | NO | NO | NO | NO | YES | $72,576.00 |
| 219. Methode Electronics Inc EFT (Blue Angel Claims LLC) | NO | NO | NO | NO | NO | NO | YES | $103,541.04 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary/Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 220. Methode Electronics Inc EFT Attn A/R (Blue Angel Claims LLC) | NO | NO | NO | NO | NO | NO | YES | $4,178,900.61 |
| 221. Micron Semiconductor Prod Inc (SPCP) | NO | NO | NO | NO | NO | NO | YES | $768,120.00 |
| 222. Multex Flexible Circuits Eftine/Sedahl (SPCP) | NO | NO | NO | NO | NO | NO | YES | $39,816.00 |
| 223. Nichicon America Corp EFT | YES | YES | YES | YES | NO | NO | YES | $312,481.60 |
| 224. Nichicon Corp | NO | NO | NO | NO | NO | NO | YES | $11,399.82 |
| 225. Okmetic Inc. (Contrarian) | NO | NO | NO | NO | NO | NOT SIGNED | YES | $125,426.36 |
| 226. Palma Tool & Die Co. Inc. EFT (Midtown Claims LLC) | NO | NO | NO | NO | NO | NO | YES | $39,351.49 |
| 227. Panasonic Automotive EFT 1 | YES | YES | YES | YES | NO | NO | YES | $1,310,803.93 |
| 228. Parlex Corporation | YES | YES | YES | YES | NO | NO | NO | $30,616.68 |
| 229. Parlex Corporation EFT | YES | YES | YES | YES | NO | NO | NO | $57,207.37 |
| 230. Phillips Semiconductors EFT | YES | YES | YES | YES | NO | NO | YES | $4,864,152.69 |
| 231. Robin Industries Inc (SPCP) | NO | NO | NO | NO | NO | NO | YES | $9,615.00 |

| | Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[4] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 232. | Sagami America Ltd. EFT | YES | YES | YES | YES | NO | NO | NO | $188,638.86 |
| 233. | Sierra Liquidity Fund as Assignee of Black River Manufacturing EFT | YES | YES | YES | YES | NO | YES | YES | $4,985.50 |
| 234. | Sierra Liquidity Fund as Assignee of Elrae Industries Inc EFT | YES | YES | YES | YES | NO | YES | YES | $2,398.08 |
| 235. | Sierra Liquidity Fund as Assignee of Endura Plastics Inc EFT | YES | YES | YES | YES | NO | YES | YES | $5,850.75 |
| 236. | Sierra Liquidity Fund as Assignee of Mocap Inc EFT | YES | YES | YES | YES | NO | YES | YES | $271.25 |
| 237. | Sierra Liquidity Fund as Assignee of Sofamou Inc of Texas | YES | YES | YES | YES | NO | YES | YES | $1,383.60 |
| 238. | Sierra Liquidity Fund as Assignee of Springco Metal Coatings Inc | YES | YES | YES | YES | NO | YES | YES | $5,965.17 |
| 239. | Spartech Polycon | NO | NO | NO | NO | NO | NOT SIGNED | YES | $0.00 |
| 240. | Stahl Specialty Company EFT (SPCP) | NO | NO | NO | NO | NO | NO | YES | $231,706.80 |
| 241. | Stanhope Products Co (Contrarian) | NO | NO | NO | NO | NO | YES | YES | $0.00 |
| 242. | Summerhill Technology Corp | NO | NO | NO | NO | NO | NOT SIGNED | NO | $1,375.00 |

| Objecting Party | Power Of Attorney Attached To Cure Amount Notice | Identifies Agent To Whom Counter-party Is Delegating Authority | Sufficient Authority Granted To Agent | Power Of Attorney Signed By Counterparty Delegating Authority | Properly Acknowledged Before A Rule 9010(c) Party (e.g., Notary Public) | Proper Signatory On Cure Amount Notice? | Timely?[1] | Aggregate Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 243. Toko America Inc. | YES | YES | YES | YES | NO | NO | YES | $182,873.60 |
| 244. Wamco Inc. (Amroc Investments LLC) | NO | YES | NO | NO | NO | NO | YES | $2,019,184.94 |
| 245. Waupaca Foundry Inc. EFT (SPCP) | NO | NO | NO | NO | NO | NO | YES | $418,310.79 |
| Aggregate Cure Amount | | | | | | | | $29,515,090.30 |