**Exhibit 6**

**Sample Of Multiple Cure Amount Notices Submitted On Account Of The Same Purchase Orders Subject To Cure**

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

| Cure Amount Notice | Claims Trader | Contract Counterparty | Original Or Original Duplicate Submitted? | Power Of Attorney Attached To Cure Amount Notice? | Valid Power Of Attorney? | Proper Signatory On Cure Amount Notice? | Date And Time Received By KCC (Pacific Standard Time) | Timely? | Purchase Order(s) Subject To Cure | Aggregate Cure Amount | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Example 1** | | | | | | | | | | | |
| 1. | ASM Capital LP | Elliott Tape Inc. | YES | NO | NO | NO | January 10, 2008 at 12:22 p.m. (PST) | YES | D0550043978 | $38,127.50 | 2 |
| 2. | ASM Capital LP | Elliott Tape Inc. | NO | NO | NO | NO | January 10, 2008 at 2:11 p.m. (PST) | YES | D0550043978 | $38,127.50 | 2 and 3 |
| 3. | ASM Capital LP | Elliott Tape Inc. | YES (Copy of Original Already Submitted) | YES | NO (Not Acknowledged Before A Rule 9010(c) Party) | YES (Cosigned By Counterparty) | January 14, 2008 at 9:33 a.m. (PST) | NO | D0550043978 | $38,127.50 | 6 |
| **Example 2** | | | | | | | | | | | |
| 4. | ASM Capital LP | WXP Inc. EFT | YES | NO | NO | NO | January 11, 2008 at 11:17 a.m. (PST) | YES | SAG9013328 | $542,626.96 | Not Yet Objected To |
| 5. | ASM Capital LP | WXP Inc. EFT | Yes (Copy of Original Already Submitted) | NO | NO | YES (Cosigned By Counterparty) | January 14, 2008 at 9:32 a.m. (PST) | NO | SAG9013328 | $542,626.96 | 6 |

| Cure Amount Notice | Claims Trader | Contract Counterparty | Original Or Original Duplicate Submitted? | Power Of Attorney Attached To Cure Amount Notice? | Valid Power Of Attorney? | Proper Signatory On Cure Amount Notice? | Date And Time Received By KCC (Pacific Standard Time) | Timely? | Purchase Order(s) Subject To Cure | Aggregate Cure Amount | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6. | ASM Capital LP | WXP Inc. EFT | NO | NO | NO | NO | January 10, 2008 at 2:04 p.m. (PST) | YES | SAG9013328 | $542,626.96 | 3 |

**Example 3**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. | ASM Capital LP | Caldwell Industries Inc. | YES | NO | NO | YES | January 2, 2008 at 1:44 p.m. (PST) | YES | DO55042083, DO55004411 2, DO55004411 7 | $1,711.00 | No Objected To |
| 8. | ASM Capital LP | Caldwell Industries Inc. | NO | NO | NO | NO | January 10, 2008 at 2:12 p.m. (PST) | YES | DO55042083, DO55004411 2, DO55004411 7 | $1,711.00 | 3 |