# EXHIBIT A

05-44481-rdd    Doc 12774-1    Filed 02/20/08    Entered 02/20/08 16:05:26    Exhibit
Pg 1 of 4



Lordstown Scope Changes
Line Rate



Lordstown Scope Changes Line Speed

