# EXHIBIT B



Car #1
Jobs Per Hour



Original
Changed







