COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402
Ronald S. Pretekin (#0018694)

Attorneys for GMD Industries
dba Production Screw Machine Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
    In re                        :    Chapter 11
                                                  :
DELPHI CORPORATION, <u>et al.</u>,                :    Case No. 05-44481 (RDD)
                                                  :
                  Debtors.    :    (Jointly Administered)
------------------------------------------------- :

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF GMD INDUSTRIES
dba PRODUCTION SCREW MACHINE CO. TO ASSUMPTION AND ASSIGNMENT
OF PURCHASE ORDER NUMBER SAG90I4738**

      PLEASE TAKE NOTICE, that GMD Industries dba Production Screw Machine Co., by its undersigned counsel, hereby withdraws its Limited Objection to Assumption and Assignment of Purchase Order Number SAG90I4738, dated January 30, 2008 (*Docket No. 12401)*.

Dayton, Ohio
Dated: February 20, 2008

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin  (OH 0018694)
33 West First Street, Suite 600
Dayton, OH  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
e-mail:  pretekin@coollaw.com

ATTORNEYS FOR GMD INDUSTRIES
dba PRODUCTION SCREW MACHINE CO.

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, a copy of the foregoing ***Notice of Withdrawal of Limited Objection of GMD Industries dba Production Screw Machine Co. to Assumption and Assignment of Purchase Order Number SAG90I4738*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system. Copies were forwarded to those parties listed below via regular U.S. Mail.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
        Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

Delphi Corporation
Attn:  Deputy General Counsel
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098

Davis Polk & Wardwell
Attn:  Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY  10017

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom LLP
Attn:  John K. Lyons
Ron E. Meisler
Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Latham & Watkins LLP
Attn:  Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

2

PDF created with pdfFactory trial version www.pdffactory.com

Fried Frank Harris Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Kirkland & Ellis LLP
Attn: Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA 90017

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

S:\Wdox\Client\008016\00231\00382486.Doc

3

PDF created with pdfFactory trial version www.pdffactory.com