UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

| | |
|---|---|
| In Re: | Case No. 05-44481 (RDD) |
| DELPHI CORP., | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On February 19 and 20, 2008, a true and correct copy of the *Notice Of Motion and Motion And Request For An Order Of Contract Counterparties Extending The Time To File Certain Notices Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization*, in the above captioned proceeding, has been caused to be served on the parties on the dates and by the methods identified on the attached Service List.

3. On February 20, 2008, a true and correct copy of the *Notice of Motion* of the above referenced motion was electronically mailed to those parties on the 2002 Service List. Those 2002 Service List parties without email addresses were served with true and correct copies of the *Notice of Motion* by First Class Mail as identified on the attached Service List.

By:   */s/ Donna Angiulo*
      Donna Angiulo

Sworn to before me this
20th day of February, 2008.

*/s/ Anthony B. Stumbo*
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

1

327569.DOC;}

# SERVICE LIST

### NOTICE AND MOTION BY
### FEDERAL EXPRESS
### ON FEBRUARY 19, 2008

Honorable Robert D. Drain, United States
Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

### NOTICE AND MOTION BY
### FEDERAL EXPRESS
### ON FEBRUARY 20, 2008

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons
and Ron E. Meisler

### NOTICE AND MOTION BY
### FIRST CLASS MAIL
### ON FEBRAURY 20, 2008

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Appaloosa Management L.P.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Att'n: Thomas E. Laurie

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: John M Reiss and Gregory Pryor

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein and Brian Resnick

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: Glenn M Kurtz and Gregory Pryor

Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Att'n: Neil Berger

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n Robert J. Rosenberg and Mark A. Broude

White & Case LLP,
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Att'n: Thomas E. Laurie

Fried, Frank, Harris, Shriver
& Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart

2

327569.DOC;}

**NOTICE ONLY BY
FIRST CLASS MAIL ON
FEBRUARY 20, 2008
2002 SERVICE LIST PARTIES
WITHOUT EMAIL ADDRESSES**

Dykema Gossett PLLC
10 Wacker, Suite 2300
Chicago, IL 60606
Att'n: Gregory J. Jordan

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130

Pickrel Shaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423
Att'n: Sarah B. Carter Esq.

Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734
Att'n: John V. Gorman

**NOTICE ONLY BY
ELECTRONIC MAIL ON
FEBRUARY 20, 2008
REMAINDER OF 2002
SERVICE LIST PARTIES**

327569.DOC;}