

One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Tel 520.770.8700
Fax 520.623.2418
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples, Florida*
*Chicago, Illinois*
*Milwaukee and Madison, Wisconsin*

Writer's Direct Dial: 520-770-8717
E-Mail: knye@quarles.com

February 20, 2008

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

    RE:   **Delphi Corporation**
           **Case No. 05-44481 (RDD)**

Dear Judge Drain:

    Attached please find a "Request for Judicial Notice", filed herewith on behalf of our client, Semiconductor Components Industries LLC, a subsidiary of On Semiconductor Corp.

                                                 Respectfully,

                                                 Kasey C. Nye

KCN/jf

QBACTIVE\6100812.1

Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
knye@quarles.com

Attorneys for On Semiconductor Corp.

John J. Dawson, Esq. (New York Bar No. 478197)
Kasey C. Nye, Esq. (AZ Bar # 020610) (admitted
pro hac vice)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | (Chapter 11) |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | Jointly Administered |

## REQUEST FOR JUDICIAL NOTICE

Semiconductor Components Industries LLC, a subsidiary of On Semiconductor Corp. ("SCI"), a creditor holding allowed proofs of claim and party in interest in the above captioned bankruptcy cases of Delphi Corporation ("Debtor") by and through his undersigned attorneys, hereby respectfully requests that this Court take judicial notice pursuant to Rule 201 Fed. R. Evid. of the following:

1.  On October 19, 2005, at Docket No. 365, Scott Goldberg of Quarles and Brady LLP (counsel undersigned) filed a "Notice of Appearance and Request for Notice" requesting therein that it "receive notice of all proceedings in these matters, including, but not limited to, any notices in the above-referenced administrative matters and any related adversary proceedings", on behalf of its client SCI at its Phoenix Office.

2.  On January 8, 2008, at Docket No. 11773, an "Affidavit of Service of Evan Gershbein for 1) Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization (the "Personalized Notice"); 2) Notice To Contract Counterparty With Multiple Addresses Of Transmittal Of Cure Amount Notice; 3) Notice To Holders, Assignees, Transferees, And Purchasers Of Claims Of Cure Procedures

QBACTIVE\6100389.1

Established Under Solicitation Procedures Order" was filed by Kurtzman Carson Consultants LLC.

3. According to this affidavit of service no Personalized Notice or copy of a Personalized Notice containing cure information pertaining to SCI or On Semiconductor Corp was served on Quarles & Brady, SCI's counsel. According to the affidavit of service Quarles & Brady was served with a cure notice related to another entity which it represents, Flambeau Inc. (see page 413 out of 436).

DATED:    Tucson, Arizona
          February 20, 2008

**QUARLES & BRADY LLP**

/s/ Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 770-2203 (facsimile)
knye@quarles.com

Attorneys for Semiconductor Components Industries, Inc., a subsidiary of ON Semiconductor Corporation