DYKEMA GOSSETT PLLC
Attorneys for Federal Screw Works
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 840-0523
Facsimile: (248) 850-0763
Brendan G. Best (MI 66370)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**DELPHI CORPORATION,** *et. al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 05-44481-RDD**<br><br>**(Jointly Administered)** |

**NOTICE OF APPEARANCE OF AND REPRESENTATION BY
COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned is counsel for Federal Screw Works in the above-captioned case, and pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

> Brendan G. Best, Esq. (P66370)
> Dykema Gossett PLLC
> 39577 Woodward Avenue, Suite 300
> Bloomfield Hills, Michigan 48304
> Telephone: (248) 203-0523
> Facsimile: (248) 203-0763

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects Federal Screw Works.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

        By: /s/ Brendan G. Best
        Brendan G. Best (MI 66370)
        Attorneys for Federal Screw Works
        Suite 300, 39577 Woodward Avenue

Dated: February 21, 2008        Bloomfield Hills, Michigan 48304
        (248) 203-0523

BH01\851097.1
ID\BGB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243