**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused

papers to be served as follows:

Document Served:    Withdrawal of Objection of Assembly Systems Innovators, LLC to
Notice of Cure Amount with Respect to Executory Contract or Unexpired
Lease to be Assumed and Assigned in Connection with Sale of Steering
and Halfshaft Business.

Method of Service:    By electronic mail on (via the ECF System) upon all parties shown on
Exhibit A attached hereto also,

Served upon those listed below Via Federal Express Overnight.

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY  10004

Date of Service:          February 20, 2008


                                        /s/ *Secret S. Washington*
                            _____
                                      Secret S. Washington
                                       Legal Secretary

## File a Notice:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Applebaum, Joel D. entered on 2/20/2008 at 2:04 PM and filed on 2/20/2008

**Case Name:**      Delphi Corporation
**Case Number:**    05-44481-rdd
**Document Number:** 12765

**Docket Text:**
Notice of Withdrawal *of Objection of Assembly Systems Innovations, LLC to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business* (related document(s)[12484]) filed by Joel D. Applebaum on behalf of Assembly Systems Innovators, LLC. (Applebaum, Joel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\My Documents\Case PDF (SW)\Millennium (delphi)\withdrawal of ASI Objection to Notice of Cure Amount.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/20/2008] [FileNumber=6497945-0] [a1a46f0a28c51a542c55fdbe2e6cb4e744ec60dc779b60fbf6ee56761d27a90551351 02d4211c436f9293d4a0ed5422dabbbdc43b62b42822c6c1117523cab55]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com



Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearm

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;sc

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best     Bbest@dykema.com, ssalinas@dykema.com

Brendan G. Best     bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona     bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker     monicablacker@akllp.com

Charles E. Boulbol     rtrack@msn.com

Eliza K. Bradley     ebradley@robergelaw.com

William M. Braman     wmbraman@binghammchale.com

Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink     tbrink@lordbissell.com

Peter D. Broitman     broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude     mark.broude@lw.com

Dewitt Brown     dewitt.brown@bipc.com

J. Michael Brown     mbrown@gwblawfirm.com

Lee B. Brumitt     lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant     tab@h2law.com

Deborah M. Buell     maofiling@cgsh.com

Kevin J. Burke     kburke@cahill.com

Michael G. Busenkell     mbusenkell@eckertseamans.com

John Wm. Butler     jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn     cahn@clm.com

Robert A. Calinoff     rcalinoff@candklaw.com

Judy B. Calton     jcalton@honigman.com

Paul W. Carey    bankrupt@modl.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    BankruptcyDepartment2@kelleydrye.com;BankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistl

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

J Eric Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu    cchiu@daypitney.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

James J. DeCristofaro    jdecristofaro@mofo.com

Karen Veronica DeFio    kdefio@bsk.com

J. Michael Debbeler    mdebbeler@graydon.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich    ddragich@foley.com

David B. Draper    ddraper@terra-law.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,rreice@seyfarth.com,

Seth A. Drucker    sdrucker@honigman.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber     efarber747@aol.com

Kathleen A. Farinas     kf@lgrslaw.com

Robert Michael Farquhar     mfarquhar@winstead.com

Bonnie Glantz Fatell     fatell@blankrome.com

Oscar B. Fears     bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder     ben.feder@thompsonhine.com

Robert J. Feinstein     rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre     hferre@thelenreid.com

Richard L. Ferrell     Ferrell@taftlaw.com

Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer     afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer     jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler     mateofowler@quinnemanuel.com

Mateo Z. Fowler     leticiabustinduy@quinnemanuel.com

Edward M. Fox     efox@klgates.com

Shawn Randall Fox     sfox@mcguirewoods.com

Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel     mfrankel@couzens.com

Thomas M. Franklin     tmflaw@swbell.net

David H. Freedman     dfreedman@ermanteicher.com

Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman     sjfriedman@jonesday.com,

sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Ronald L. Glick    rlg@stevenslee.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham    jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@priceheneveld.com

Peter J. Gurfein    pgurfein@akingump.com

Elizabeth A. Haas    info@thehaaslawfirm.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;jmoore@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Brian S. Hermann    bhermann@paulweiss.com

William Heuer    wheuer@dl.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    stephanie.hoos@bingham.com

Bruce W. Hoover    bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey    jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Donald J. Hutchinson    hutchinson@millercanfield.com

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Julia S. Kreher    jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidle

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@wnj.com, sfraser@wnj.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jc

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@klgates.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;n

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Bruce S. Nathan    bnathan@lowenstein.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com,
mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    susan.persichilli@bipc.com

Geoffrey J. Peters    colnyecf@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhe

Susan Power-Johnston    sjohnston@cov.com

Dennis E. Quaid    dquaid@fagelhaber.com

Paul A. Rachmuth    prachmuth@reedsmith.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-
p.com;sbeyer@cm-p.com;jthomison@curtis.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

Maura I. Russell    jguerrier@dreierllp.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszjlaw.com

Michael L. Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    arosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver    asilver@honigman.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon     jsimon@foley.com

Joseph E. Simpson     jsimpson@hselaw.com

Thomas R. Slome     mail@rsmllp.com

Wendy W. Smith     wendy@bindermalter.com

Richard G. Smolev     rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder     jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon     msolomon@burr.com

Sean C. Southard     ssouthard@klestadt.com, sfurst@klestadt.com

Paul H. Spaeth     spaethlaw@phslaw.com

Robyn J. Spalter     notice@regencap.com

Sarah F. Sparrow     ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel     dspelfogel@bakerlaw.com

Michael A. Spero     jspecf@sternslaw.com

Byron C. Starcher     byron.starcher@nelsonmullins.com

Robert J. Stark     claukamg@brownrudnick.com

Catherine Steege     csteege@jenner.com

Matthew B. Stein     mstein@sonnenschein.com

Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella     attorneystella@sszpc.com

Malani Sternstein     msternstein@sheppardmullin.com

Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland     bstrickland@wtplaw.com

Joseph G. Strines     joseph.strines@dplinc.com

James M. Sullivan     jmsullivan@mwe.com

Michelle T. Sutter    msutter@ag.state.oh.us

Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton    roger.tarbutton@jocogov.org

John E. Taylor    jtaylor@binghammchale.com

Samuel Jason Teele    jteele@lowenstein.com

Andrew M. Thaler    thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas    zothomas@klettrooney.com

Janice L. Thompson    Thompson.Janice@dol.gov

Melinda S. Thornton    cao.bkc@miamidade.gov

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue    mtrentadue@boselaw.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist    gvist@masudafunai.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com

Jay Welford    jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

975 Opdyke LP, et al.
,

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Actoras Partners LTD
,

Affinia Group Inc.
,

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.
,

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.