HODGSON RUSS LLP
Julia S. Kreher (JK 7501)
140 Pearl Street
Buffalo, New York  14202
Tel:  (716) 848-1330
Fax:  (716) 819-4645
      -and-
HODGSON RUSS LLP
Gary I. Selinger
60 East 43nd Street, 37th Floor
New York, NY 10165-0150
Tel:  (212) 661-3535

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

In re:

DEPLPHI CORPORATION, et al.,                                         Chapter 11
                                                                                                Case No. 05-44481 (RDD)
                                 Debtors.               (Jointly Administered)
_____

**WITHDRAWAL OF RESPONSE OF BAILEY MANUFACTURING COMPANY, LLC TO DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(A), AND FED. R. BANKR. P. 9010**

In reliance upon Debtors' representation that, with respect to Bailey Manufacturing Company, LLC, ("Bailey"), the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed R. Bankr. P. 9010 (the "Motion") moved to strike the "copy" of cure notice submitted by Bailey and that the Debtors did not move to strike the Original Cure Notice submitted by Bailey, Bailey hereby withdraws its Response to the Motion.

Dated: February 21, 2008

**HODGSON RUSS LLP**

By: ___/s/ Julia S. Kreher_____
      Julia S. Kreher
140 Pearl Street
Buffalo, New York 14202
Tel: (716) 848-1330
Fax: (716) 819-4645
    -and-
Gary I. Selinger
60 East 43nd Street, 37th Floor
New York, NY 10165-0150
Tel: (212) 661-3535

*Attorneys for Bailey Manufacturing Company, LLC*