IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
    In re                              :    Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :    Case No. 05-44481 (RDD)
                                           :
                  Debtors.     :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

       I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

       On February 6, 2008, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Order Denying Intermet Corporation's Motion for Payment of Administrative Expense Claim ("Intermet Order") (Docket No. 11232) [a copy of which is attached hereto as Exhibit C]

2) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Expunging with Prejudice Proof of Claim Number 15630 ("Azimuth North America Order") (Docket No. 11359) [a copy of which is attached hereto as Exhibit D]

3) Joint Stipulation and Agreed Order Resolving Robert Bosch GMBH Motion to Amend Proof of Claim (Docket No. 11412) [a copy of which is attached hereto as Exhibit E]

4) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 2023, 6321, 8341, 8787, 9794, 9952, and 12698 (Contrarian Funds LLC) (Docket No. 11413) [a copy of which is attached hereto as Exhibit F]

5) Joint Stipulation and Agreed Order Disallowing and Expunging Proofs of Claim Numbers 16610 and 16611 (State of New Jersey Division of Taxation) (Docket No. 11431) [a copy of which is attached hereto as Exhibit G]

6) Joint Stipulation and Agreed Order (I) Compromising Proofs of Claim Number 16396 and (II) Disallowing and Expunging Proof of Claim Number 7219 (City of Vandalia, Ohio) (Docket No. 11432) [a copy of which is attached hereto as Exhibit H]

7) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 11566, 11567, and 11568 (On Semiconductor Components Industries LLC and SPCP Group LLC) (Docket No. 11433) [a copy of which is attached hereto as Exhibit I]

8) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16470 (Illinois Department of Revenue) (Docket No. 11434) [a copy of which is attached hereto as Exhibit J]

9) Joint Stipulation and Agreed Order to Withdrawal Without Prejudice of Proof of Claim 11198 (Donald R. and Sarah E. Sweetson) (Docket No. 11435) [a copy of which is attached hereto as Exhibit K]

10) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16506 (Howard County, Indiana) (Docket No. 11436) [a copy of which is attached hereto as Exhibit L]

11) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 11026 and 11027 (Recticel Interiors North America, LLC and Amroc Investments, LLC) (Docket No. 11464) [a copy of which is attached hereto as Exhibit M]

12) Joint Stipulation and Agreed Order in Respect of Debtors' Claims Estimation Motion and Third Omnibus Objection to Claims of Cadence Innovation LLC (Docket No. 11465) [a copy of which is attached hereto as Exhibit N]

13) Joint Stipulation and Agreed Order (I) Disallowing and Expunging Proof of Claim Number 15611 and (II) Compromising and Allowing Proof of Claim Number 12221 (Samtech Corporation and Mtronics.com, Inc.) (Docket No. 11466) [a copy of which is attached hereto as Exhibit O]

14) Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with Certain Proofs of Claim Filed by Technology Properties Ltd. (Docket No. 11467) [a copy of which is attached hereto as Exhibit P]

15) Order Denying Scott Darryl Reese's Amended Motion for Rehearing (Docket No. 11478) [a copy of which is attached hereto as Exhibit Q]

16) Joint Stipulation and Order Regarding Discovery Regarding Objection to Proof of Claim No. 12347 and Related Counterclaim (Docket No. 11510) [a copy of which is attached hereto as Exhibit R]

17) Order Under New Bankruptcy Rule 3007 and 11 U.S.C. § 105(a) Authorizing Debtors to Continue Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for

Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Order Authorizing Continued Claims Objection Procedures") (Docket No. 11561) [a copy of which is attached hereto as <u>Exhibit S</u>]

18) Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with Proof of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 11648) [a copy of which is attached hereto as <u>Exhibit T</u>]

19) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 444, 9110, 9114, 9115, 9116, 9790, 9954, 12697, and 15446 (Contrarian Funds LLC) (Docket No. 11752) [a copy of which is attached hereto as <u>Exhibit U</u>]

20) Joint Stipulation and Agreed Order Compromising and Estimating Proof of Claim Numbers 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (American International Group, Inc.) (Docket No. 12011) [a copy of which is attached hereto as <u>Exhibit V</u>]

21) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2468 (3M Company) (Docket No. 12018) [a copy of which is attached hereto as <u>Exhibit W</u>]

22) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 12813 (Celestica Inc. and its Subsidiaries) (Docket No. 12021) [a copy of which is attached hereto as <u>Exhibit X</u>]

23) Joint Stipulation and Agree Order Between Delphi Automotive Systems LLC and Federal-Mogul Corporation to, Among Other things, Permit Setoff of Mutual Pre-Petition Obligations Under Section 553 of the Bankruptcy Code and to Disallow and Expunge Claim Number 1111 (Docket No. 12022) [a copy of which is attached hereto as <u>Exhibit Y</u>]

On February 6, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit Z</u> hereto via postage pre-paid U.S. mail:

24) Order Denying Internet Corporation's Motion for Payment of Administrative Expense Claim ("Intermet Order") (Docket No. 11232) [a copy of which is attached hereto as <u>Exhibit C</u>]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit AA</u> hereto via postage pre-paid U.S. mail:

25) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Expunging with Prejudice Proof of Claim Number 15630 ("Azimuth North America Order") (Docket No. 11359) [a copy of which is attached hereto as Exhibit D]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit BB hereto via postage pre-paid U.S. mail:

26) Joint Stipulation and Agreed Order Resolving Robert Bosch GMBH Motion to Amend Proof of Claim (Docket No. 11412) [a copy of which is attached hereto as Exhibit E]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit CC hereto via postage pre-paid U.S. mail:

27) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 2023, 6321, 8341, 8787, 9794, 9952, and 12698 (Contrarian Funds LLC) (Docket No. 11413) [a copy of which is attached hereto as Exhibit F]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit DD hereto via postage pre-paid U.S. mail:

28) Joint Stipulation and Agreed Order Disallowing and Expunging Proofs of Claim Numbers 16610 and 16611 (State of New Jersey Division of Taxation) (Docket No. 11431) [a copy of which is attached hereto as Exhibit G]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit EE hereto via postage pre-paid U.S. mail:

29) Joint Stipulation and Agreed Order (I) Compromising Proofs of Claim Number 16396 and (II) Disallowing and Expunging Proof of Claim Number 7219 (City of Vandalia, Ohio) (Docket No. 11432) [a copy of which is attached hereto as Exhibit H]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit FF hereto via postage pre-paid U.S. mail:

30) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 11566, 11567, and 11568 (On Semiconductor Components Industries LLC and SPCP Group LLC) (Docket No. 11433) [a copy of which is attached hereto as Exhibit I]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit GG</u> hereto via postage pre-paid U.S. mail:

31) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16470 (Illinois Department of Revenue) (Docket No. 11434) [a copy of which is attached hereto as <u>Exhibit J</u>]

On February 6, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit HH</u> hereto via postage pre-paid U.S. mail:

32) Joint Stipulation and Agreed Order to Withdrawal Without Prejudice of Proof of Claim 11198 (Donald R. and Sarah E. Sweetson) (Docket No. 11435) [a copy of which is attached hereto as <u>Exhibit K</u>]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit II</u> hereto via postage pre-paid U.S. mail:

33) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16506 (Howard County, Indiana) (Docket No. 11436) [a copy of which is attached hereto as <u>Exhibit L</u>]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit JJ</u> hereto via postage pre-paid U.S. mail:

34) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 11026 and 11027 (Recticel Interiors North America, LLC and Amroc Investments, LLC) (Docket No. 11464) [a copy of which is attached hereto as <u>Exhibit M</u>]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit KK</u> hereto via postage pre-paid U.S. mail:

35) Joint Stipulation and Agreed Order in Respect of Debtors' Claims Estimation Motion and Third Omnibus Objection to Claims of Cadence Innovation LLC (Docket No. 11465) [a copy of which is attached hereto as <u>Exhibit N</u>]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit LL</u> hereto via postage pre-paid U.S. mail:

36) Joint Stipulation and Agreed Order (I) Disallowing and Expunging Proof of Claim Number 15611 and (II) Compromising and Allowing Proof of Claim

Number 12221 (Samtech Corporation and Mtronics.com, Inc.) (Docket No. 11466) [a copy of which is attached hereto as Exhibit O]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit MM hereto via postage pre-paid U.S. mail:

37) Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with Certain Proofs of Claim Filed by Technology Properties Ltd. (Docket No. 11467) [a copy of which is attached hereto as Exhibit P]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit NN hereto via postage pre-paid U.S. mail:

38) Order Denying Scott Darryl Reese's Amended Motion for Rehearing (Docket No. 11478) [a copy of which is attached hereto as Exhibit Q]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit OO hereto via postage pre-paid U.S. mail:

39) Joint Stipulation and Order Regarding Discovery Regarding Objection to Proof of Claim No. 12347 and Related Counterclaim (Docket No. 11510) [a copy of which is attached hereto as Exhibit R]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit PP hereto via postage pre-paid U.S. mail:

40) Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with Proof of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 11648) [a copy of which is attached hereto as Exhibit T]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit QQ hereto via postage pre-paid U.S. mail:

41) Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 444, 9110, 9114, 9115, 9116, 9790, 9954, 12697, and 15446 (Contrarian Funds LLC) (Docket No. 11752) [a copy of which is attached hereto as Exhibit U]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit RR hereto via postage pre-paid U.S. mail:

42) Joint Stipulation and Agreed Order Compromising and Estimating Proof of Claim Numbers 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (American International Group, Inc.) (Docket No. 12011) [a copy of which is attached hereto as Exhibit V]

On February 6, 2008, I caused to be served the document listed below upon the parties listed on Exhibit SS hereto via postage pre-paid U.S. mail:

43) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2468 (3M Company) (Docket No. 12018) [a copy of which is attached hereto as Exhibit W]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit TT hereto via postage pre-paid U.S. mail:

44) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 12813 (Celestica Inc. and its Subsidiaries) (Docket No. 12021) [a copy of which is attached hereto as Exhibit X]

On February 6, 2008, I caused to be served the document listed below upon the party listed on Exhibit UU hereto via postage pre-paid U.S. mail:

45) Joint Stipulation and Agree Order Between Delphi Automotive Systems LLC and Federal-Mogul Corporation to, Among Other things, Permit Setoff of Mutual Pre-Petition Obligations Under Section 553 of the Bankruptcy Code and to Disallow and Expunge Claim Number 1111 (Docket No. 12022) [a copy of which is attached hereto as Exhibit Y]

Dated: February 21, 2008

_/s/ Elizabeth Adam_
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of February, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Leanne V. Rehder_

Commission Expires: _3/2/08_

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/19/2008 4:21 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason A. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/19/2008 4:21 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/19/2008 4:21 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S. A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy S. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-990-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.l. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Counsel to Wells Manufacturing Co., Inc.; Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko<br>Cari Campen Laufenberg<br>Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr.<br>Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative for the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.com | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.com | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.c | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.c om | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@morritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com<br>mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | 313-963-4614 | attorneystella@sszpc.com | Counsel to Motor City Electric |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebono Corporation (North America) |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC -08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

2/19/2008 4:20 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

# EXHIBIT B

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---------|---------|----------|----------|------|-------|-----|
| Brown Rudnick Berlack Israels LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 |
| Curtis Mallet Prevost Colt & mosle LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Davis Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Flextronics International | Carrie L Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Freescale Semiconductor Inc | Richard Lee Chambers III | 6501 William Cannon Drive West | MD OE16 | Austin | TX | 78735 |
| Fried Frank Harris Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| Hodgson Russ LLP | Stephen H Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 |
| Honigman Miller Schwartz and Cohn LLP | Frank L Gorman Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Internal Revenue Service | Attn Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Internal Revenue Service | Attn Insolvency Department Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| IUE CWA | Conference Board Chairman | 2360 W Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| Jefferies & Company Inc | William Q Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank NA | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Law Debenture Trust of New York | Daniel R Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Law Debenture Trust of New York | Patrick J Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| McDermott Will & Emery LLP | David D Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Jason J DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Mohsin N Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Peter A Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McTigue Law Firm | Cornish F Hitchcock | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| McTigue Law Firm | J Brian McTigue | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Avenue | | New York | NY | 10022 |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Northeast Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 |
| O'Melveny & Myers LLP | Tom A Jerman Rachel Janger | 1625 Eye Street NW | | Washington | DC | 20006 |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street NW | Suite 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K Street NW | Suite 340 | Washington | DC | 20005-4026 |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Rothchild Inc | David L Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust William T Russell Jr | 425 Lexington Avenue | | New York | NY | 10017 |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | PO Box 300 | New York | NY | 10036 |
| Spencer Fane Britt & Browne LLP | Daniel D Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| Tyco Electronics Corporation | MaryAnn Brereton Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 |
| United States Trustee | Alicia M Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Warner Stevens LLP | Michael D Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Weil Gotshal & Manges LLP | Harvey R Miller | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

2/19/2008 4:20 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | 248-723-0396 | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | 678-384-7000 | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | Counsel to KPMG LLP |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

2/19/2008 4:20 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

2/19/2008 4:20 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

2/19/2008 4:20 PM
US MAIL

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
       In re                          :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
              Debtors.        :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER DENYING INTERMET CORPORATION'S MOTION
FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
("INTERMET ORDER")

      Upon Intermet Corporation's Motion For Payment Of Administrative Expense

Claim Pursuant To 11 U.S.C. §§ 503(a), 503(b), And 507(a)(2) (Docket No. 10874) (the

"Motion"); and Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors") having objected

to the Motion (Docket No. 11075) (the "Objection"); and this Court having considered the

documents and exhibits filed by Intermet Corporation ("Intermet") and the Debtors; and after due

deliberation thereon; and good and sufficient cause appearing therefor for the reasons stated by

the Court at the November 29, 2007 hearing (the "Hearing"),

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The Motion is core proceedings under 28 U.S.C. § 157.  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.      Pursuant to the settlement agreement between Intermet and the Debtors, submitted as Exhibit B to the Objection, Intermet released, among other claims, all claims and rights related to the December 12, 2003, prepetition rebate agreement between Intermet and Delphi Automotive Systems LLC, thereby releasing the right to recover the administration expenses sought to be paid in the Motion for the alleged failure to comply with the rebate agreement.

C.      For the reasons stated by the Court at the Hearing, Intermet has failed, in any event, to establish that it is entitled to administrative expense priority under the Bankruptcy Code.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is denied.

2.      Kurtzman Carson Consultants, LLC is hereby directed to serve this order on the Master Service List (as defined in the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20,

---

[1]   Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Third Omnibus Claims Objection.

2006 (Docket No. 2883)), each party who filed a notice of appearance or request for documents

in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure, and Intermet.

        3.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied.


Dated: New York, New York
       December 4, 2007

                        ____/s/Robert D. Drain_____
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                    :        Chapter 11
:
DELPHI CORPORATION, et al.,              :        Case No. 05-44481 (RDD)
:
Debtors.               :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOF OF CLAIM NUMBER 15630

("AZIMUTH NORTH AMERICA ORDER")

Upon the Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims

Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject

To Modification (Claim No. 16474) (Docket No. 7301) (the "Eleventh Omnibus Claims

Objection,") together with the Debtors' Supplemental Reply To The Response Of Azimuth North

America LLC & Related Entities To The Debtors' Eleventh Omnibus Objection (Substantive)

Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely

Claims, And (D) Claims Subject To Modification (Docket No. 10853) (the "Supplemental

Reply") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the Creditor's

Request To Hold Matter In Abeyance, In Response To Debtors' Eleventh Omnibus Claims

Objection (Docket No. 7665) and other documents filed by Claimant Azimuth North America

LLC & Related Entities (the "Claimant"); and the Court having considered the arguments of both

parties at the hearing on this matter conducted on November 16, 2007 (the "Hearing"); and after

due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    The Claimant was properly served with the Eleventh Omnibus Claims

Objection and the Debtors' Supplemental Reply.

B.    The Court has jurisdiction over the Eleventh Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Eleventh Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Eleventh Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    For the reasons more fully stated on the record at the Hearing, which are

herein incorporated by reference, proof of claim number 15630 filed by the Claimant fails to

state a claim as a matter of law.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.    Proof of claim number 15630 filed by the Claimant is hereby disallowed

and expunged with prejudice.

2.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied.

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Eleventh Omnibus Claims Objections.

Dated: New York, New York
       December 7, 2007

                                   /s/Robert D. Drain
                                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
        In re                           :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05–44481 (RDD)
                                        :
                Debtors.                :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER RESOLVING ROBERT BOSCH GMBH
MOTION TO AMEND PROOF OF CLAIM

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Robert Bosch GmbH ("Bosch") respectfully submit this Joint Stipulation And Agreed Order Resolving Bosch GmbH Motion To Amend Proof Of Claim (the "Joint Stipulation And Agreed Order") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, Robert Bosch GmbH filed proof of claim number 13623 against DAS LLC, which asserted an unsecured non-priority claim in excess of $15 million ("Proof of Claim Number 13623") stemming from the alleged infringement of certain patents.

WHEREAS, on August 16, 2006, Robert Bosch GmbH filed proof of claim number 16220 ("Proof of Claim Number 16220") against DAS LLC, which amended Proof of Claim Number 13623, and asserts an unsecured non-priority claim in excess of $15 million (the "Claim") also stemming from the alleged infringement of certain patents.

WHEREAS, on October 31, 2006, the Debtors objected to Proof of Claim Number Claim 13623 pursuant to the Debtors' Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicated And Amended Claims (Docket No. 5451) and to Proof of Claim Number 16220 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2

3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By

Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To

Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.

5452).

WHEREAS, on December 7, 2006, the Court entered an Order Pursuant to 11

U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014

Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and

Procedures Governing Objections to Claims (the "Claim Objection Procedures Order") (Docket

No. 6088), which specifically stated that the procedures approved by that order did not apply to

Robert Bosch GmbH.

WHEREAS, on January 17, 2007, the Court entered a Stipulation And Agreed

Order Resolving Debtors' Second Omnibus Objection To Claims As To Robert Bosch GmbH

(Docket No. 6637), which among other things disallowed and expunged Proof Of Claim Number

13623.

WHEREAS, on June 27, 2007, Robert Bosch GmbH filed its Motion To Amend

Proof Of Claim (Docket No. 8412) (the "Motion To Amend"), and the hearing on the Motion To

Amend was set for July 20, 2007 at 10:00 a.m. (prevailing Eastern time).

WHEREAS, on July 13, 2007, the Debtors filed their Objection To Bosch

GmbH's Motion To Amend Proof Of Claim, and supporting Declaration Of William Cosnowski,

Jr. (Docket Nos. 8618 & 8619).

WHEREAS, on July 20, 2007, the Court entered the Joint Stipulation And Agreed

Order Adjourning Hearing, Administratively Consolidating Claims, Disallowing And Expunging

Proof Of Claim Number 16467 For Administrative Purposes, And Capping Proof Of Claim

3

16220 (Robert Bosch GMBH & Robert Bosch LLC) (Docket No. 8710), which adjourned the

hearing on the Motion To Amend and set a maximum liability in the amount of $15 million for

Proof of Claim Number 16220.

WHEREAS, to resolve the Motion To Amend, the Debtors and Bosch

acknowledge and agree that (i) patent number US 6,272,411 shall not be included in or form any

basis for the Claim, and (ii) the Debtors will not object to the Claim on grounds relating to the

proper ownership between Robert Bosch LLC and Robert Bosch GmbH as to the remaining

patents specified in the Claim.

THEREFORE, the Debtors and Bosch stipulate and agree as follows:

1.    The Motion to Amend is resolved in accordance with this Joint Stipulation

And Agreed Order.

2.    Patent number US 6,272,411 shall not be included in or form any basis for

the Claim.

3.    The Debtors will not object to the Claim on grounds relating to the proper

ownership between Robert Bosch LLC and Robert Bosch GmbH as to the remaining patents

specified in the Claim.

4.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors.


So Ordered in New York, New York, this <u>12th</u> day of November, 2007


_____<u>/s/Robert D. Drain</u>_____
UNITED STATES BANKRUPTCY JUDGE


4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Gordon J. Toering

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
(616)752-2000

Attorneys for Robert Bosch GmbH

5

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                              | :  |                              |
|------------------------------|----|------------------------------|
|                              | :  |                              |
| In re                        | :  | Chapter 11                   |
|                              | :  |                              |
| DELPHI CORPORATION, et al.,  | :  | Case No. 05–44481 (RDD)      |
|                              | :  |                              |
|                 Debtors.     | :  | (Jointly Administered)       |
|                              | :  |                              |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING
PROOFS OF CLAIM NUMBERS 2023, 6321, 8341, 8787, 9794, 9952, AND 12698
(CONTRARIAN FUNDS LLC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC") and Delphi Mechatronic Systems, Inc.

("Mechatronic"), debtors and debtors-in-possession in the above-captioned cases (collectively,

the "Debtors"), and Contrarian Funds LLC ("Contrarian") respectfully submit this Joint

Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 2023,

6321, 8341, 8787, 9794, 9952, And 12698 (Contrarian Funds LLC) and agree and state as

follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the

United States Bankruptcy Court for the Southern District of New York.

WHEREAS on February 14, 2006, Wisconsin Oven Corporation ("Wisconsin

Oven") filed proof of claim number 2023 against Delphi, asserting an unsecured non-priority

claim in the amount of $57,085.20 ("Claim 2023") arising from the sale of goods.

WHEREAS on May 19, 2006, SSOE, Inc. ("SSOE") filed proof of claim number

6321 against Delphi, asserting an unsecured non-priority claim in the amount of $31,991.00

("Claim 6321") arising from the sale of goods.

WHEREAS on June 16, 2006, Triumph LLC ("Triumph")  assigned its interest to

Contrarian pursuant to a Notice of Transfer (Docket No. 4247).

WHEREAS on June 22, 2006, Twoson Tool Company ("Twoson") filed proof of

claim number 8341 against Mechatronic, asserting an unsecured non-priority claim in the

amount of  $15,840.26 ("Claim 8341") arising from the sale of goods and services.

WHEREAS on June 30, 2006, Master Tool And Die, Inc. ("Master Tool") filed

2

proof of claim number 8787 against DAS LLC, asserting an unsecured non-priority claim in the amount of $99,659.90 ("Claim 8787") arising from the sale of goods.

WHEREAS on July 18, 2006, Contrarian, as assignee of Triumph LLC filed proof of claim number 9794 against DAS LLC, asserting an unsecured non-priority claim in the amount of $84,265.84 ("Claim 9794") arising from the sale of goods to DAS LLC.

WHEREAS on July 19, 2006, Ferro Electronic Materials ("Ferro") filed proof of claim number 9952 against Delphi, asserting an unsecured non-priority claim in the amount of $70,551.74 ("Claim 9952") arising from the sale of goods.

WHEREAS on July 28, 2006, Contrarian, as assignee of Trelleborg Prodyn, Inc. filed proof of claim number 12698 against DAS LLC, asserting an unsecured non-priority claim in the amount of $181,840.88 ("Claim 12698," and together with Claims 2023, 8341, 8787, and 9952, 9794, the "Claims") arising from the sale of goods.

WHEREAS on January 12, 2007, Wisconsin Oven assigned its interest in Claim 2023 to Contrarian pursuant to a Notice of Transfer (Docket No. 6586).

WHEREAS on January 12, 2007, Ferro assigned its interest in Claim 9952 to Contrarian pursuant to a Notice of Transfer (Docket No. 6587).

WHEREAS on January 17, 2007, Master Tool assigned its interest in Claim 8787 to Contrarian pursuant to a Notice of Transfer (Docket No. 6627).

WHEREAS on February 15, 2007, the Debtors objected to Claims 8341 and 9794 pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 9698) (the "Ninth Omnibus Claims Objection"), and on

3

March 16, 2007, the Debtors objected to Claims 2023, 6321, 8787, 9952, and 12698 pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS on March 15, 2007, Twoson assigned its interest in Claim 8341 to Contrarian pursuant to a Notice of Transfer (Docket No. 7268).

WHEREAS on March 15, 2007 Contrarian filed its Response To Debtors' Eighth And Ninth Omnibus Claims Objections (Docket No. 7276), and on April 13, 2007 Contrarian filed its Response To Debtors' Tenth and Eleventh Omnibus Claims Objections (Docket No. 7672) (together, the "Responses").

WHEREAS on March 20, 2007, SSOE assigned its interest in Claim 6321 to Contrarian pursuant to a Notice of Transfer (Docket No. 7353).

WHEREAS on December 4, 2007, to resolve the Ninth and Eleventh Omnibus Claims Objections with respect to the Claims, DAS LLC, Mechatronic, and Contrarian entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 2023 shall be allowed against DAS LLC in the amount of $39,690.90.

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 6321 shall be allowed against DAS LLC in the amount of $25,416.00.

WHEREAS pursuant to the Settlement Agreement, Mechatronic acknowledges and agrees that Claim 8341 shall be allowed against Mechatronic in the amount of $14,280.26.

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and

4

agrees that Claim 8787 shall be allowed against DAS LLC in the amount of $98,184.90.

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9794 shall be allowed against DAS LLC in the amount of $84,265.84.

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9952 shall be allowed against DAS LLC in the amount of $70,551.73.

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 12698 shall be allowed against DAS LLC in the amount of $173,462.90.

WHEREAS, nothing in this Stipulation and Order, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Stipulation and Order to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS DAS LLC and Mechatronic are authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by the Delphi Bankruptcy Court on June 26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1.    Claim 2023 shall be allowed in the amount of $39,690.90 and shall be

5

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 6321 shall be allowed in the amount of $25,416.00 and shall be

treated as an allowed general unsecured non-priority claim against the estate of  DAS LLC.

3.      Claim 8341 shall be allowed in the amount of $14,280.26 and shall be

treated as an allowed general unsecured non-priority claim against the estate of Mechatronic.

4.      Claim 8787 shall be allowed in the amount of $98,184.90 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

5.      Claim 9794 shall be allowed in the amount of $84,265.84 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

6.      Claim 9952 shall be allowed in the amount of $70,551.73 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

7.      Claim 12698 shall be allowed in the amount of $173,462.90 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

8.      The Ninth and Eleventh Omnibus Claims Objections and the Responses to

the Ninth and Eleventh Omnibus Claims Objections are deemed resolved with respect to the

Claims.


So Ordered in New York, New York, this 12th day of December, 2007


            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


       - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Daniel A. Fliman

David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
            In re                       :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
                    Debtors.            :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND
EXPUNGING PROOFS OF CLAIM NUMBERS 16610 AND 16611
(STATE OF NEW JERSEY DIVISION OF TAXATION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and State Of New Jersey, Division Of Taxation ("New Jersey") respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proofs Of Claim Numbers 16610 And 16611 (State Of New Jersey Division Of Taxation) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 4, 2007, New Jersey filed proof of claim number 16610 against Delphi, which asserts an administrative claim in the amount of $171,000.00 ("Claim No. 16610") for certain taxes allegedly owed by Delphi and certain affiliated Debtors to New Jersey.

WHEREAS, on June 4, 2007, New Jersey filed proof of claim number 16611 against Delphi, which asserts an unsecured priority claim in the amount of $448,527.31 ("Claim No. 16611") for certain taxes allegedly owed by Delphi and certain affiliated Debtors to New Jersey.

WHEREAS, on July 13, 2007, the Debtors objected to the Claim No. 16610 and Claim No. 16611 pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

2

WHEREAS, on August 9, 2007, New Jersey filed its Response The State Of New Jersey, Division Of Taxation's Opposition To Debtors' Nineteenth Omnibus Objection (Substantive) To Claims (Docket No. 8956) (the "First Response").

WHEREAS, on September 4, 2007, New Jersey filed proof of claim number 16649 against Delphi, which asserts an administrative claim in the amount of $36,000.00 (Claim No. 16649) for certain taxes allegedly owed by Delphi and certain affiliated Debtors to New Jersey.

WHEREAS, on September 4, 2007, New Jersey filed proof of claim number 16650 against Delphi, which asserts an unsecured priority claim in the amount of $133,911.40 (Claim No. 16650) for certain taxes allegedly owed by Delphi and certain affiliated Debtors to New Jersey.

WHEREAS, on September 21, 2007, the Debtors objected to Claim No. 16649 and Claim No. 16650 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

WHEREAS, on October 18, 2007, New Jersey filed its Response The State Of New Jersey, Division Of Taxation's Opposition To Debtors' Twenty-First Omnibus Objection To Claims (Docket No. 10633).

WHEREAS, Claim No. 16649 amends and supersedes Claim No. 16610 and Claim No. 16650 amends and supersedes Claim No. 16611.

WHEREAS, Delphi and New Jersey acknowledge and agree that Claim No. 16610 and Claim No. 16611 shall be disallowed and expunged in their entirety.

THEREFORE, the Debtors and New Jersey stipulate and agree as follows:

1.      Claim No. 16610 shall be disallowed and expunged in its entirety.

2.      Claim No. 16611 shall be disallowed and expunged in its entirety.

3.      Upon entry of this Stipulation and Agreed Order, New Jersey's First Response to the Nineteenth Omnibus Claims Objection with respect to Claim No. 16610 and Claim No. 16611 shall be deemed withdrawn with prejudice.

4.      The Debtors' pending objection to Claim No. 16650 on the Twenty-First Omnibus Claims Objection is deemed to include an objection on the basis that Claim No. 16650 is not supported by the Debtors' books and records.

5.      The Debtors fully reserve their rights (a) to object to any claim filed by, New Jersey on any basis whatsoever and (b) to seek disallowance and/or reduction of any claim filed by, New Jersey, in whole or in part, on any basis whatsoever.

So Ordered in New York, New York, this 12th day of December, 2007

_____/s/Robert D. Drain_____
      UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


                - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Tracy E. Richardson

Tracy E. Richardson
Deputy Attorney General
ANNE MILGRAM, ATTORNEY GENERAL
OF NEW JERSEY
Richard J. Hughes Complex
Post Office Box 106
Trenton, New Jersey 08625-0106
(609) 292-1537

Attorneys for State Of New Jersey Division Of
Taxation

5

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
                                :
      In re                     :      Chapter 11
                                :
DELPHI CORPORATION, et al.,      :      Case No. 05–44481 (RDD)
                                :
              Debtors.    :      (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER (I) COMPROMISING
PROOF OF CLAIM NUMBER 16396 AND (II) DISALLOWING AND
EXPUNGING PROOF OF CLAIM NUMBER 7219
(CITY OF VANDALIA, OHIO)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases, including Delphi Automotive

Systems LLC ("DAS LLC," and collectively, the "Debtors"), and City of Vandalia, Ohio

("Vandalia") respectfully submit this Joint Stipulation And Agreed Order (I) Compromising

Proof Of Claim Number 16396 And (II) Disallowing And Expunging Proof Of Claim Number

7219 (City Of Vandalia, Ohio) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the

United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 31, 2006, Vandalia filed proof of claim number 7219 against

DAS LLC, asserting an unsecured non-priority claim in the amount of $46,961.95 ("Claim

Number 7219") arising from the prepetition withholding of taxes from the wages of the

employees at DAS LLC's plant in Vandalia.[1]

WHEREAS, on July 13, 2007, the Debtors objected to Claim Number 7219

---

[1] On June 8, 2006, Vandalia filed proof of claim number 7624 against Delphi, asserting an unsecured non-priority claim in the amount of $22,307.18 ("Claim Number 7624") arising from the cost of utilities at the DAS LLC plant in Vandalia. Claim Number 7624 supersedes the prior scheduled amount of $21,284.63. On June 15, 2007, the Debtors objected to Claim Number 7624 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) ("Seventeenth Omnibus Claims Objection"). Vandalia did not file a response to the Seventeenth Omnibus Objection. On July 26, 2007, this Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737), reclassifying Claim Number 7624 so that the claim is now asserted against DAS LLC, but preserving the right of the Debtors and other parties-in-interest to later object to Claim Number 7624 on other grounds.

2

pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims

Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting

Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the

"Nineteenth Omnibus Claims Objection").

   WHEREAS, on August 9, 2007, Vandalia filed its Response Of City of Vandalia,

Ohio To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject to

Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation,

And Consensually Modified And Reduced Claims (Docket No. 8987) (the "Response") pursuant

to which Vandalia alleged that Claim Number 7219 asserts claims against DAS LLC on account

of withholding taxes for 2004.

   WHEREAS, on October 31, 2006, Vandalia filed proof of claim number 16396

against DAS LLC, to amend Claim Number 7623[2] and pursuant to which Vandalia asserts a

priority claim in the amount of $44,356.98 ("Claim Number 16396"), arising from withholding

taxes related to the DAS LLC plant in Vandalia prior to the Petition Date.

---

[2] On June 8, 2006, Vandalia filed proof of claim number 7623 against DAS LLC, asserting a priority claim in the
amount of $20,603.98 ("Claim Number 7623") arising from withholding taxes related to the DAS LLC plant in
Vandalia prior to the Petition Date.  On March 16, 2007, the Debtors objected to Claim Number 7623 pursuant
to the Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300)
("Tenth Omnibus Claims Objection").  Vandalia did not file a response to the Tenth Omnibus Objection.  On
April 23, 2007, this Court entered the Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007
Disallowing And Expunging (A) Duplicate And Amended Claims and (B) Equity Claims Identified in Tenth
Omnibus Claims Objection (Docket No. 7772), disallowing and expunging Claim Number 7623 in its entirety,
identifying Claim Number 16396 as the surviving claim, and preserving the right of the Debtors and other
parties-in-interest to later object to Claim Number 16396 on other grounds.

WHEREAS, on May 22, 2007, the Debtors objected to Claim Number 16396 pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) ("Fifteenth Omnibus Claims Objection"), reclassifying Claim Number 16396 as a general unsecured claim.  Vandalia did not file a response to the Fifteenth Omnibus Claims Objection.

WHEREAS, on June 29, 2007, this Court entered the Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443), providing that Claim Number 16396 shall be reclassified to a general unsecured claim that shall not be entitled to a recovery in an amount exceeding $23,753.00 against DAS LLC and shall be subject to future objection by the Debtors and other parties-in-interest.

WHEREAS, on November 27, 2007, DAS LLC and Vandalia entered into a settlement agreement among other things, to resolve the Nineteenth Omnibus Claims Objection with respect to Claim Number 7219 and to reclassify Claim Number 16396 (the "Settlement Agreement").

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503

4

And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

WHEREAS, in connection with certain environmental claims asserted against DAS LLC, Delphi and Vandalia have jointly drafted a groundwater ordinance (the "Groundwater Ordinance").  Once the Groundwater Ordinance becomes effective, Delphi will indemnify Vandalia solely for certain claims related to the Groundwater Ordinance, as specified in an indemnification agreement between the two parties dated November 27, 2007 which agreement limits Delphi's liability to a maximum of $1 million.

THEREFORE, the Debtors and Vandalia stipulate and agree as follows:

1.    Proof of Claim Number 16396 shall be reclassified as a priority claim and shall be entitled to a recovery in an amount no greater than $23,753.00.

2.    Proof of Claim Number 7219 shall be disallowed with prejudice and expunged in its entirety.

3.    Vandalia shall withdraw its Response to the Nineteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 12th day of November, 2007

        /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE

5

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Sarah B. Carter

Sarah B. Carter
PICKREL, SCHAEFFER AND EBELING
2700 Kettering Tower
Dayton, Ohio 45423-2700
(937) 223-1130

Attorneys for City of Vandalia, Ohio

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
          In re                         :     Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :     Case No. 05–44481 (RDD)
                                        :
               Debtors.                 :     (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOFS OF CLAIM NUMBERS 11566, 11567, AND 11568
(ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC AND SPCP GROUP LLC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), Delphi Mechatronic Systems, Inc. ("Delphi Mechatronic"), and Delco Electronics Overseas Corporation ("DEOC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), On Semiconductor Components Industries LLC ("ON"), and SPCP Group LLC ("SPCP," and together with ON, the "Claimants"), respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 11566, 11567, 11568 (On Semiconductor Components Industries LLC And SPCP Group LLC) and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS on October 17, 2005, ON submitted a demand to the Debtors asserting a reclamation claim in the amount of $1,648,599.77 (the "Reclamation Demand").

WHEREAS on July 27, 2006, ON filed proof of claim number 11566 against DAS LLC, asserting an unsecured non-priority claim in the amount of $5,764,040.00 and reserving the right to assert any or all of the claim as a reclamation claim ("Claim 11566"), proof of claim number 11567 against DEOC, asserting an unsecured non-priority claim in the amount of $24,141.71 ("Claim 11567"), and proof of claim number 11568 against Delphi Mechatronic, asserting an unsecured non-priority claim in the amount of $30,102.47 ("Claim 11568," together with Claim 11566 and Claim 11567, the "Claims"), all of which arise from the sale of goods.

WHEREAS the Debtors agree with the amounts asserted in Claim 11567 and

2

Claim 11568 as filed.

WHEREAS on January 18, 2007, ON transferred Claim 11566 to SPCP Group LLC pursuant to a notice of transfer (Docket No. 6641) and on February 7, 2007, ON transferred Claims 11567 and 11568 to SPCP Group LLC pursuant to notices of transfer (Docket Nos. 6865 and 6866).

WHEREAS, on June 15, 2007, the Debtors objected to Claim 11566 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) ("Seventeenth Omnibus Claims Objection").

WHEREAS, on July 10, 2007, ON filed its Response Of ON Semiconductor Industries LLC To Debtors Seventeenth Omnibus Objection To Claims (Docket No. 8513) (the "Response").

WHEREAS on November 27, 2007, DAS LLC, DEOC, Delphi Mechatronic, ON, and SPCP entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 11566 shall be allowed against DAS LLC in the amount of $5,764,040.00.

WHEREAS pursuant to the Settlement Agreement, DEOC acknowledges and agrees that Claim 11567 shall be allowed against DEOC in the amount of $24,141.71.

WHEREAS pursuant to the Settlement Agreement, Delphi Mechatronic acknowledges and agrees that Claim 11568 shall be allowed against Delphi Mechatronic in the

3

amount of $30,102.47.

WHEREAS pursuant to the Settlement Agreement, SPCP acknowledges and agrees that it shall withdraw the Reclamation Demand.

WHEREAS DAS LLC, DEOC, and Delphi Mechatronic are authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and the Claimants stipulate and agree as follows:

1.      Claim No. 11566 shall be allowed in the amount of $5,764,040.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim No. 11567 shall be allowed in the amount of $24,141.71 and shall be treated as an allowed general unsecured non-priority claim against the estate of DEOC.

3.      Claim No. 11568 shall be allowed in the amount of $30,102.47 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Mechatronic.

4.      SPCP agrees that it shall and does hereby withdraw its Reclamation Demand with prejudice.

4

5.      ON agrees that it shall withdraw its Response to the Seventeenth Omnibus

Claims Objection with prejudice.

So Ordered in New York, New York, this <u>12th</u> day of August, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr._____        /s/ Scott R. Goldberg_____
John Wm. Butler, Jr.                             Scott R. Goldberg
John K. Lyons                                    QUARLES & BRADY LLP
Ron E. Meisler                                   One Renaissance Square
SKADDEN, ARPS, SLATE, MEAGHER                    Two North Central Avenue
   & FLOM LLP                                     Phoenix, Arizona 85004-2391
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                    Attorneys for On Semiconductor Components
(312) 407-0700                                   Industries LLC

            - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

5

# EXHIBIT J

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
                                      :
        In re                         :     Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :     Case No. 05–44481 (RDD)
                                      :
                Debtors.              :     (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 16470
(ILLINOIS DEPARTMENT OF REVENUE)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Illinois Department of Revenue ("Illinois") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16470 (Illinois Department of Revenue) and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on January 3, 2007, Illinois filed proof of claim number 16470 against Delphi which asserts a claim in the total amount of $257,658.77, consisting of (i) an unsecured priority claim in the amount of $222,477.02 (corresponding to $206,847.00 for allegedly unpaid taxes and $15,630.02 for prepetition interest), and (ii) a general unsecured claim in the amount of $35,181.75 for prepetition penalties (collectively, the "Claim") arising from certain taxes allegedly owed by Delphi to Illinois.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

2

WHEREAS, on May 29, 2007, Illinois filed its Creditor Illinois Department Of Revenue's Response To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8141) (the "First Response"), and, on June 18, 2007, Illinois filed its Creditor Illinois Department Of Revenue's Supplemental Response To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8283) (together with the First Response, the "Responses").

WHEREAS, on November 30, 2007, to resolve the Thirteenth Omnibus Claims Objection with respect to the Claim, Delphi and Illinois entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, Delphi acknowledges and agrees that the Claim shall be allowed against Delphi in the amount of $222,477.02 (corresponding to $206,847.00 in taxes and $15,630.02 in prepetition interest).

WHEREAS, Delphi is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Illinois stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $222,477.02 (corresponding to $206,847.00 in taxes and $15,630.02 in prepetition interest) and shall be treated as an allowed unsecured priority tax claim against the estate of Delphi.

2.      Illinois shall withdraw its Responses to the Thirteenth Omnibus Claims Objection with prejudice.

3

So Ordered in New York, New York, this 12<u>th</u> day of December, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr._____          William M. Katich_____

John Wm. Butler, Jr.                               William M. Katich
John K. Lyons                                      Assistant Attorney General
Ron E. Meisler                                     Revenue Litigation Bureau
SKADDEN, ARPS, SLATE, MEAGHER                      OFFICE OF THE ATTORNEY GENERAL,
    & FLOM LLP                                     LISA MADIGAN
333 West Wacker Drive, Suite 2100                  500 South Second Street
Chicago, Illinois  60606-1285                      Springfield, Illinois 62706
(312) 407-0700                                     (217) 782-9095

                                                   Attorney for Illinois Department of Revenue

            - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05–44481 (RDD)
                                          :
                Debtors.     :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER TO WITHDRAWAL WITHOUT
PREJUDICE OF PROOF OF CLAIM 11198
(DONALD R. AND SARAH E. SWEETON)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Donald R. Sweeton and Sarah E. Sweeton (the "Sweetons") respectfully submit this Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proof Of Claim 11198 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, the Sweetons filed proof of claim number 11198 (the "Proof of Claim") on July 25, 2006. The Proof of Claim asserts an unsecured claim in the amount of $326,713.00 against DAS LLC.

WHEREAS, the Proof of Claim arises out of an on-going real property lease (the "Lease") entered into between the Sweetons and DAS LLC, which has not yet been assumed or rejected by the Debtors, and is protective in nature.

WHEREAS, on February 15, 2007, the Debtors objected to Proof of Claim Number 11198 pursuant to the Debtors' Eighth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Claims Duplicative of Consolidated Trustee Claim, (C) Equity Claims, and (D) Protective Claims (Docket No. 6962) (the "Eighth Omnibus Claims Objection").

WHEREAS, on March 6, 2007, the Sweetons filed their Response to Motion Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And

2

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative

Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No.

7130) (the "Response").

WHEREAS, the Debtors have neither assumed nor rejected the Lease that forms

the bases of the Proof of Claim.

WHEREAS, in the event the Debtors reject the Lease under 11 U.S.C. § 365, the

Debtors acknowledge and agree that the Proof of Claim will be deemed to be reinstated without

further action or notice from the Sweetons.

Whereas, the Debtors and other parties in interests reserve the right to object to

the Proof of Claim.

THEREFORE, the Debtors and the Sweetons stipulate and agree and the Court

orders as follows:

1.    The Proof of Claim is hereby withdrawn by the Sweetons without

prejudice.

2.    In the event that the Debtors reject the Lease, the Proof of Claim shall be

automatically reinstated without further notice or action from the Sweetons.

3.    The Sweetons shall withdraw their Response to the Eighth Omnibus

Claims Objection.


So Ordered in New York, New York, this 12th day of December, 2007


    /s/Robert D. Drain                       
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Austin L. McMullen

Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY,
PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
(615) 252-2307

Attorney for Donald R. and Sarah. E. Sweeton

# EXHIBIT L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :
        In re                               :       Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :       Case No. 05–44481 (RDD)
                                            :
                Debtors.                    :       (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 16506
(HOWARD COUNTY, INDIANA)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Howard County, Indiana ("Howard County") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16506 (Howard County, Indiana) and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Delphi Bankruptcy Court").

WHEREAS, on February 2, 2007, Howard County filed an amended proof of claim number 16506 against DAS LLC, which asserts (i) a secured claim in the amount of $2,069,991.66 and (ii) an unsecured priority tax claim in the amount of $5,076,914.92 (collectively, the "Claim") stemming from certain taxes allegedly owed by DAS LLC to Howard County.

WHEREAS, on July 13, 2007, the Debtors objected to the Claim pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

2

WHEREAS, on September 4, 2007, the Delphi Bankruptcy Court entered the Joint Stipulation And Agreed Order (I) Adjourning Hearing On Debtors' Nineteenth Omnibus Claims Objection With Respect To Proof Of Claim Number 16506 And (II) Capping Proof Of Claim Number 16506 (Howard County, Indiana) (Docket No. 9250).

WHEREAS, on September 6, 2007, Howard County filed its Response Of Howard County, Indiana To The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject to Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims [Docket No. 8617] (Docket No. 9260) (the "Response").

WHEREAS, on November 19, 2007, to resolve the Nineteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Howard County entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $6,497,209.88, with such amount corresponding to (a) a secured claim in the amount of $1,881,810.60 and (b) an unsecured priority tax claim in the amount of $4,615,399.28.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June

3

26, 2007.

THEREFORE, the Debtors and Howard County stipulate and agree as follows:

1.    The Claim shall be and hereby is allowed in the amount of $6,497,209.88,

with such amount corresponding to (a) a secured claim in the amount of $1,881,810.60 and (b)

an unsecured priority tax claim in the amount of $4,615,399.28.

2.    Howard County shall withdraw its Response to the Nineteenth Omnibus

Claims Objection with prejudice.


So Ordered in New York, New York, this 12th day of December, 2007


_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE



AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.                              /s/ Michael K. McCrory
John Wm. Butler, Jr.                                 Michael K. McCrory
John K. Lyons                                        Mark R. Owens (MO9742)
Ron E. Meisler                                       BARNES & THORNBURG LLP
SKADDEN, ARPS, SLATE, MEAGHER                        11 South Meridian Street
  & FLOM LLP                                         Indianapolis, Indiana  46204-3535
333 West Wacker Drive, Suite 2100                    (317) 231-7267
Chicago, Illinois  60606-1285
(312) 407-0700                                       Attorneys for Howard County, Indiana

            - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

# EXHIBIT M

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
        In re                       :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05–44481 (RDD)
                                    :
            Debtors.                :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBERS 11026 AND 11027
(RECTICEL INTERIORS NORTH AMERICA, LLC AND AMROC INVESTMENTS, LLC)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Recticel Interiors North America, LLC f/k/a Recticel North America, Inc. ("Recticel"), and Amroc Investments, LLC ("Amroc") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Numbers 11026 And 11027 (Recticel Interiors North America, LLC And Amroc Investments, LLC) (this "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 26, 2006, Recticel filed proof of claim number 11026 against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,605,444.08 plus unliquidated amounts ("Claim 11026") arising from the delivery of goods prior to the Petition Date.

WHEREAS, on July 26, 2006, Recticel filed proof of claim number 11027 against DAS LLC, asserting a secured claim, an unsecured priority claim, and/or an unsecured non-priority claim in the total amount of $744,823.79 plus unliquidated amounts (collectively, "Claim 11027," and together with Claim 11026, the "Claims") arising from the delivery of goods prior to the Petition Date.

WHEREAS, on August 3, 2006, Recticel assigned a portion of its interest in Claim 11026 to Amroc pursuant to a Notice of Transfer (Docket No. 4882).

WHEREAS, on October 31, 2006, the Debtors objected to the Claims pursuant to

2

the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims

Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And

(ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)

(Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on November 21, 2006, Recticel filed its Response Of Recticel

Interiors North America, LLC f/k/a Recticel North America, Inc. To The Debtors' Third

Omnibus Objection To Claims (Docket No. 5647) (the "Response").

WHEREAS, on September 28, 2007, this Court entered the Order Pursuant To 11

U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent

Or Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (Docket

No. 9685), pursuant to which, among other things, Claim 11026 was estimated and set at a

maximum cap amount of $1,605,444.08 and Claim 11027 was estimated and set at a maximum

cap amount of $61,330.16, both solely for the purposes of tabulating votes on and setting

appropriate reserves under any plan of reorganization of the Debtors.

WHEREAS, on November 19, 2007, to resolve the Third Omnibus Claims

Objection with respect to the Claims, DAS LLC, Recticel, and Amroc entered into a settlement

agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, among other things, DAS

LLC acknowledges and agrees that (i) Claim 11026 shall be allowed against DAS LLC in the

amount of $1,034,454.35 and (ii) Claim 11027 shall be allowed against DAS LLC in the amount

of $61,330.16.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement

3

either because the Claims involve ordinary course controversies or pursuant to that certain

Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.

9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June

26, 2007.

THEREFORE, the Debtors, Recticel, and Amroc stipulate and agree as follows:

1.      As expressly set forth in the Settlement Agreement, Claim 11026 shall be

allowed in the amount of $1,034,454.35 and shall be treated as an allowed general unsecured

non-priority claim against the estate of DAS LLC.

2.      As expressly set forth in the Settlement Agreement, Claim 11027 shall be

allowed in the amount of $61,330.16 and shall be treated as an allowed general unsecured non-

priority claim against the estate of DAS LLC.

3.      Recticel shall withdraw its Response to the Third Omnibus Claims

Objection with prejudice.

4.      This Joint Stipulation does not impact, alter or affect any other proofs of

claim or reclamation demands that Amroc may file or otherwise assert against the Debtors, and it

pertains solely to the Claims.

5.      With respect to any conflict between this Joint Stipulation and the

Settlement Agreement, the terms of the Settlement Agreement shall apply.

So Ordered in New York, New York, this 12th day of December, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Nava Hazan
Nava Hazan
Abigail M. Beal
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York  10017-4613
(212) 547-5400

-and-

    Peter A. Clark
    Jason J. DeJonker
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000

Attorneys for Recticel Interiors North America,
    LLC f/k/a Recticel North America, Inc.

# EXHIBIT N

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                    :
In re:                              :    **Chapter 11**
                                    :
   **DELPHI CORPORATION,** *et. al.*, :    **Case No. 05-44481 (RDD)**
                                    :
                        **Debtors.** :    **Jointly Administered**
-------------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER IN RESPECT OF DEBTORS' CLAIMS ESTIMATION MOTION AND THIRD OMNIBUS OBJECTION TO CLAIMS OF CADENCE INNOVATION LLC

On or about July 20, 2006, Cadence Innovation LLC ("Cadence") filed Proof of

Claim Nos. 10074, 10077, 10078, 10079, 10080, 10081, 10082, 10083, 10084, 10085,

10086, 10087, 10088, 10089, 10090, 10091, 10092, 10093, 10094, 10095, 10096, 10097,

10098, 10099, 10100, 10101, 10102, 10103, 10104, 10105, 10106, 10107, 10108, 10109,

10110, 10111, 10112, 10113, 10114, 10115, 10116, and 10117 against Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), styled "Cadence, as

successor in interest to Patent Holding Company" in respect of the claims asserted by

Cadence against the Debtors[1] on account of their alleged direct and willful infringement

---

[1]    The Debtors include: Delphi NY Holding Corporation; Delphi Corporation; ASEC Manufacturing General Partnership; Delphi Medical Systems Colorado Corporation; Delphi China LLC, ASEC Sales General Partnership; Delphi Medical Systems Texas Corporation; Delphi Automotive Systems Overseas Corporation; Delphi Automotive Systems Korea, Inc.; Delphi Automotive Systems International, Inc.; Delphi International Holdings Corp.; Aspire, Inc.; Delphi Connection Systems; Delphi International Services, Inc.; Environmental Catalysts, LLC; Specialty Electronics International, LTD; Delphi Automotive Systems Thailand, Inc.; Delco Electronic Overseas Corporation; Delphi Technologies, Inc.; Delphi Automotive Systems (Holding), Inc.; Exhaust Systems Corporation; Delphi Medical Systems Corporation; Delphi Diesel Systems Corp.; Delphi Integrated Service Solutions, Inc.; Packard Hughes Interconnect Company; Delphi Electronics (Holding) LLC; Delphi Mechatronic Systems, Inc.; Specialty Electronics, Inc.; Delphi Automotive Systems Tennessee, Inc.; Delphi LLC; Dreal, Inc.; Delphi Automotive Systems Risk Management Corp.; Delphi Automotive Systems Services LLC; Delphi Liquidation Holding Company; Delphi Foreign Sales Corporation; Delphi Services Holding Corporation; Delphi Automotive Systems Human Resources LLC; Delphi

of three patents in the District Court for the Eastern District of Michigan, Southern Division (Case No. 99-76013) (the "Action").

On October 31, 2006, the Debtors filed their Second Omnibus Objection to Claims (the "Second Omnibus Objection") (Docket No. 5451).  In the Second Omnibus Objection, the Debtors sought to disallow and expunge Proof of Claim Nos. 10074, 10077, 10078, 10079, 10080, 10081, 10082, 10083, 10084, 10085, 10086, 10087, 10088, 10089, 10090, 10091, 10092, 10093, 10094, 10095, 10096, 10097, 10098, 10099, 10101, 10102, 10103, 10104, 10105, 10106, 10107, 10108, 10109, 10110, 10112, 10113, 10114, 10115, 10116, 10117 (the so-called, "Duplicative Claims") as duplicative of Cadence Proof of Claim 10100 (the "Delphi Corporation Claim"); with the Delphi Corporation Claim remaining on the Debtors' claims register.[2]

On October 31, 2006, the Debtors filed their Third Omnibus Objection to Claims (the "Third Omnibus Objection") (Docket No. 5452).  In the Third Omnibus Objection, the Debtors sought to disallow and expunge the Delphi Corporation Claim (Claim No. 10100) and Proof of Claim No. 10111 (the "Delphi Automotive Systems LLC Claim", collectively, the "Surviving Claims") because "the Debtors determined that [the Surviving Claims] assert liabilities or dollar amounts not owing pursuant to the Debtors' books and records[.]"

On November 13, 2006, Cadence submitted its Response to the Second Omnibus Objection (Docket No. 5767) and its Response to the Third Omnibus Objection (Docket No. 5769) where it contended respectively that (i) the Duplicative Claims are not duplicative of the Delphi Corporation Claim, but rather reflect the fact that the Debtors

---

Automotive Systems Global (Holding) Inc.; Delphi Automotive Systems LLC ("DAS LLC"); Furukawa Wiring Systems LLC; Delphi-Receivables LLC; and MobileAria, Inc.

[2]    The Second Omnibus Objection did not assert an objection to Proof of Claim No. 10111.

operate numerous subsidiaries and affiliates and those affiliates may have separate and independent liability for infringing Cadence's patents and (ii) the Third Omnibus Objection did not rebut the presumption of allowability of the Surviving Claims.

On January 17, 2007, after Cadence and the Debtors agreed to terms resolving the Second Omnibus Objection, the Court entered its order (the "Second Omnibus Order") (Docket No. 6634) providing, in pertinent part, that (i) the Duplicative Claims were disallowed and expunged in their entirety, (ii) the Delphi Corporation Claim shall remain on the Debtors' claims register,[3] and (iii) to the extent the Duplicative Claims were filed against the correct Debtor or Debtors, entry of the Second Omnibus Order would not prejudice Cadence's right to reassert the relevant Duplicative Claim against the appropriate Debtor or Debtors.

On February 26, 2007, after Cadence and the Debtors agreed to terms resolving the Third Omnibus Objection in part, the Court entered its order (the "Third Omnibus Order") (Docket No. 7046) providing, in pertinent part, that (i) the Surviving Claims – Proofs of Claim Nos. 10100 and 10111 – shall remain on the Debtors' claims register and (ii) the Surviving Claims shall remain on the Debtors' claims register.

On September 7, 2007, the Debtors filed their Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (the "Claims Estimation Motion") (Docket No. 9297).

---

[3]    As noted in Footnote 2 above, the Second Omnibus Objection did not assert an objection to the Delphi Automotive Systems Claim.   Accordingly, the Second Omnibus Order did not affect the Delphi Automotive Systems Claim; the Delphi Automotive Systems Claim remained on the Debtors' claims register.

On October 8, 2007, Cadence filed with the United States District Court for the Southern District of New York its Motion Seeking Mandatory Withdrawal of the Reference of Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Estimating and Setting Maximum Cap on Cadence Innovation LLC's Unliquidated Claim and (B) Approving Expedited Claims Estimation Procedures (the "Withdrawal Motion") (Docket No. 10493).

On November 26, 2007 to resolve the Third Omnibus Objection and the Claims Estimation Motion, Delphi and Cadence entered into a settlement agreement (the "Settlement Agreement"), pursuant to which they seek entry of this Stipulation And Agreed Order.

Pursuant to the Settlement Agreement, Delphi acknowledges and agrees that Delphi shall provide Cadence with an allowed claim in the amount of $3,750,000.00 (the "Allowed Claim") against the estate of DAS LLC and will not seek to reduce, offset, challenge, object, or make any other modifications or reductions to the Allowed Claim that would interfere with timely and full payment of the Allowed Claim.

DAS LLC is the only Debtor entity that manufactured and/or sold the allegedly infringing products at issue in the Action.

Delphi is authorized to enter into the Settlement Agreement pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by the Court on June 26, 2007.

- 4 -

ORDERED, ADJUDGED, AND DECREED THAT:

1.      For administrative convenience only, and without prejudice to Cadence's rights against any of the Debtors, Proofs of Claim Numbers 10100 and 10111 are deemed consolidated into Proof of Claim Number 10100.

2.      Subject to Paragraph 1 of this Stipulation and Agreed Order, Proof of Claim Number 10111 shall be and is hereby expunged

3.      Proof of Claim Number 10100 shall be allowed in the amount of $3,750,000.00 (the "Allowed Claim") and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.  The Allowed Claim will not be subject to reduction, offset, challenge, objection, or other modifications or reductions by the Debtors or their estates, successors, or assigns and will make timely payment (through a distribution or otherwise) of the Allowed Claim in accordance with any subsequently confirmed plan of reorganization ("Plan").

4.      In the event that the Court confirms a Plan that does not provide for a recovery for holders of general unsecured claims that amounts, in the aggregate, to the principal amount of such holders' claims plus accrued postpetition interest at negotiated Plan value, a "par plus accrued recovery at Plan value," then Cadence may reassert the Claim against Debtors other than DAS LLC by filing such a reasserted claim with the Court and serve such reasserted claim on the claims agent in these chapter 11 cases and counsel for the Debtors.  Cadence shall have not less than 90 days after notice of such to reassert the Claim.  The rights of the Debtors to object to the same are reserved and nothing in this Stipulation and Agreed Order constitutes or should be construed to waive

those or any other rights.  Notwithstanding the foregoing, Cadence reserves its right to object to any proposed Plan and/or the substantive consolidation of the Debtors.

5.     The Debtors and Cadence each reserve the right to request, or to object to any request, that this Court modify the Debtor or Debtors against which Proof of Claim Number 10100 is asserted.

6.     Cadence shall withdraw the Withdrawal Motion with prejudice and its Response to the Third Omnibus Objection with prejudice.

7.     Except as expressly provided herein, nothing contained in this Stipulation shall be construed as an allowance of any of the Claims.

8.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Stipulation and Agreed Order.

Date:  New York, New York
        December 12, 2007

                        /s/Robert D. Drain_____
                        UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:


SKADDEN, ARPS, SLATE, MEAGHER            ALSTON & BIRD LLP
& FLOM LLP

/s/ John K. Lyons_____    /s/ Dennis J. Connolly_____
John Wm. Butler, Jr. (JB-4711)            Dennis J. Connolly (DC-9932)
John K. Lyons (JL-4951)                   One Atlantic Center
Ron E. Meisler (RM-3026)                  1201 West Peachtree Street
333 West Wacker Drive, Suite 2100         Atlanta, Georgia 30309-3424
Chicago, Illinois 60606-1285             Telephone (404) 881-7000
(312) 407-0700                            Facsimile (404) 881-7777

*Attorneys for Delphi Corporation, et al.,*   *Attorneys for Cadence Innovation LLC*
*  Debtors and Debtors-in-Possession*

- 6 -

# EXHIBIT O

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, <u>et al.</u>,
Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER (I) DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 15611
AND (II) COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 12221
<u>(SAMTECH CORPORATION AND MTRONICS.COM, INC.)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Samtech Corporation ("Samtech"), and Mtronics.com, Inc., successor by merger to Multitronics, Inc. ("Mtronics"), respectfully submit this Joint Stipulation And Agreed Order (i) Disallowing And Expunging Proof Of Claim Number 15611 And (ii) Compromising And Allowing Proof Of Claim Number 12221 (Samtech Corporation And Mtronics.com, Inc.) and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Mtronics filed proof of claim number 12221 against Delphi Automotive Systems LLC ("DAS LLC") on July 28, 2006, which asserts an unsecured non-priority claim in the amount of $377,283.79 (the "Mtronics Claim") stemming from alleged unpaid invoices for goods sold.

WHEREAS Samtech filed proof of claim number 15611 against Delphi on July 31, 2006, which asserts a secured claim in the amount of $375,386.80 (the "Samtech Claim") stemming from alleged unpaid invoices for goods sold.

WHEREAS the Debtors objected to the Samtech Claim pursuant to the Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On The Debtors' Books And Records (Docket No. 6100) (the "Fifth Omnibus Claims Objection"), which was filed on December 8, 2006.

WHEREAS on January 3, 2007, Samtech filed its Response To Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On The Debtors' Books And Records (Docket No. 6400) (the "Fifth Omnibus Response").

WHEREAS the Debtors objected to the Mtronics Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Not Reflected On The Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection"), which was filed on February 15, 2007.

WHEREAS on March 14, 2007, Samtech filed Samtech Corporation's Response To Debtors' Request To Modify Claim No. 12221 Filed By Mtronics As Set Forth In Debtors' Ninth Omnibus Objection (Docket No. 7248) (the "Ninth Omnibus Response"), in which it opposed the relief requested by the Debtors in the Ninth Omnibus Claims Objection with respect to the Mtronics Claim.

WHEREAS Samtech has agreed not to seek payment from the Debtors for the Samtech Claim and has agreed that the Samtech Claim should be disallowed and expunged.

WHEREAS Mtronics does not oppose the relief requested in the Ninth Omnibus Claims Objection with respect to the Mtronics Claim.

WHEREAS on December, 2007, to resolve the Ninth Omnibus Claims Objection with respect to the Mtronics Claim, DAS LLC and Mtronics entered into a settlement agreement (the "Settlement Agreement").

3

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Mtronics Claim shall be allowed against DAS LLC in the amount of $372,934.72.

WHEREAS DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors, Samtech, and Mtronics stipulate and agree as follows:

1.      The Samtech Claim shall be disallowed and expunged in its entirety.

2.      The Mtronics Claim shall be reduced and allowed as a general unsecured claim in the amount of  $372,934.72 against DAS LLC.

3.      Samtech hereby withdraws both its Fifth Omnibus Response and its Ninth Omnibus Response.

4.      Nothing herein shall prejudice the parties' respective positions, including but not limited to the parties' respective claims, defenses and/or counterclaims in any future litigation or pending litigation styled, *Dephi Automotive Systems LLC f/k/a Delphi Delco Electronics Systems v. Shinwa International Holdings Ltd. f/k/a Shinwa Co. Ltd.; Samtech Corporation; Multitronics, Inc.; and Mtronics.com, Inc.*, pending in the United States District Court, Southern District of Indiana, Indianapolis Division; Cause No. 1:07-CV-0811-SEB-JMS. So Ordered in New York, New York, this 12th day of December, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession


/s/ Maria DiConza
Maria DiConza
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, New York  10166
(212) 801-9200

- and -

Shari L. Heyen
1000 Louisiana Street, Suite 1800
Houston, Texas  77002
(713) 374-3500

Attorneys for Samtech Corporation


/s/ M. Leesa Booth
M. Leesa Booth
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203
(205) 521-8180

Attorneys for Mtronics.com, Inc., successor
    by merger to Multitronics, Inc.

5

# EXHIBIT P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
           In re                        :         Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :         Case No. 05-44481 (RDD)
                                        :
                      Debtors.          :         (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND AGREED PROTECTIVE ORDER GOVERNING
PRODUCTION AND USE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL
INFORMATION IN CONNECTION WITH CERTAIN PROOFS OF CLAIM FILED BY
TECHNOLOGY PROPERTIES LTD.

This stipulation and agreed protective order is entered into and submitted to the

Court in accordance with the agreement of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), on the one hand, and Technology Properties, Ltd. ("Technology

Properties"), on the other hand (the Debtors, and Technology Properties being collectively the

"Parties"), that discovery requested and other information provided in connection with all claims

asserted against Delphi and/or Debtors by Technology Properties regarding any patent of the

Moore Microprocessor Patent Portfolio ("MMP Portfolio") allegedly owned by Technology

Properties, including but not limited to certain proofs of claims filed by Technology Properties

and objections filed thereto (the "Claims") and claims of infringement of any patent of the MMP

Portfolio, may involve the production of information considered sensitive, confidential, personal,

proprietary, and/or protected by statutory or other legal privilege; and it appearing to the Court

that there is good and sufficient cause that the relief should be granted,

IT IS THEREFORE ORDERED:

1.      The terms of this stipulation and agreed protective order (the "Stipulation and Protective Order") shall take full force and effect upon execution by the Parties.

2.      Pursuant to Federal Rules of Civil Procedure 26(c), made applicable here through Federal Rules of Bankruptcy Procedure 7026 and Local Rule 7026-1, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and sections 105 and 107 of the Bankruptcy Code, 11 U.S.C. §§ 101–1330, as amended (the "Bankruptcy Code"), this Stipulation and Protective Order shall govern all discovery by the Parties relating to the Claim.

## INFORMATION SUBJECT TO THIS ORDER

3.      For purposes of this Order, "**CONFIDENTIAL INFORMATION**" shall mean all information or material which is produced for or disclosed to a receiving party; which a producing party, including any party to this action and any non-party producing information or material voluntarily or pursuant to a subpoena or a court order, considers to constitute or to contain non-public confidential information, whether it is research, development, or commercial information or otherwise, and whether embodied in physical objects, documents, electronic data or the factual knowledge of persons or otherwise (and which has been so designated by the producing party). Any **CONFIDENTIAL INFORMATION** obtained by any party from any person pursuant to discovery in this litigation may be used only for purposes of preparation and litigation of the claims asserted against Delphi and/or Debtors by Technology Properties regarding any patent of the MMP Portfolio and for no other purpose.

4.      Any document or tangible thing containing or including any **CONFIDENTIAL INFORMATION** may be designated as such by the producing party by marking it "**CONFIDENTIAL**" (or "**CONFIDENTIAL INFORMATION**") prior to or at the time copies are furnished to the receiving party. **CONFIDENTIAL INFORMATION** meeting

2

the criteria in Paragraph 19 for **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** may likewise be so marked.

5.    At the request of any party, the original and all copies of any deposition transcript, in whole or in part, shall be marked "**CONFIDENTIAL**" (or "**CONFIDENTIAL INFORMATION**") or "**COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**" by the reporter.  Any portions so designated shall thereafter be separated and treated in accordance with the terms of this Order.

6.    All **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** not reduced to documentary, tangible or physical form or which cannot be conveniently designated as set forth in Paragraph 4, shall be designated by the producing party by informing the receiving party of the designation in writing.

7.    Any documents (including physical objects) made available for initial inspection by outside counsel for the receiving party prior to producing copies of selected items shall initially be considered, as a whole, to constitute **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** and shall be subject to this Order.  Thereafter, the producing party shall have a reasonable time to review and designate the appropriate documents as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**, if warranted, prior to furnishing copies to the receiving party.

8.    The following information is not **CONFIDENTIAL INFORMATION**:

(a)    any information which at the time of disclosure to a receiving party is in the public domain;

(b)    any information which after disclosure to a receiving party becomes part of the public domain as a result of publication not involving a violation of this Order;

3

(c)      any information which a receiving party can show was received by it,

whether before or after the disclosure, from a source who obtained the information

lawfully and under no obligation of confidentiality to the producing party; and

(d)      any information which a receiving party can show was independently

developed by it after the time of disclosure by personnel who have not had access to the

producing party's **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION**.

## <u>NO WAIVER OF PRIVILEGE</u>

9.      Inspection or production of documents (including physical objects) shall

not constitute a waiver of the attorney-client privilege or work product immunity or any other

applicable privilege or immunity from discovery if, as soon as reasonably possible after the

producing party becomes aware of any inadvertent or unintentional disclosure, the producing

party designates any such documents as within the attorney-client privilege or work product

immunity or any other applicable privilege or immunity and requests return of such documents to

the producing party.  Upon request by the producing party, the receiving party shall immediately

return all copies of such inadvertently produced document(s).  Nothing herein shall prevent the

receiving party from challenging the propriety of the attorney-client privilege or work product

immunity or other applicable privilege or immunity designation by submitting a written

challenge to the Court, provided however that, submitting such written challenge to the Court

does not exempt the receiving party from the foregoing obligation to immediately return all

copies of such inadvertently produced document(s), except as needed for the challenge and for so

long as the challenge be in process, and that unless and until the Court denies the propriety of the

4

attorney-client privilege or work product immunity or other applicable privilege or immunity

designation, the receiving party shall comply with that obligation.

## <u>NO WAIVER OF CONFIDENTIALITY</u>

10.    Any document containing **CONFIDENTIAL INFORMATION**, but

inadvertently not marked as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES**

**ONLY CONFIDENTIAL INFORMATION**, shall not constitute a waiver as to the

confidentiality of that document, if, as soon as reasonably possible after the producing party

becomes aware of any inadvertent or unintentional disclosure, the producing party designates

any such documents as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION**.  Nothing herein shall prevent the receiving party from

challenging the propriety of the confidentiality designation by submitting a written challenge to

the Court according to Paragraphs 21 and 22.

## <u>DISCOVERY RULES REMAIN UNCHANGED</u>

11.    Nothing herein shall alter or change in any way the discovery provisions

of the Federal Rules of Civil Procedure.  Identification of any individual pursuant to this

Protective Order does not make that individual available for deposition or any other form of

discovery outside of the restrictions and procedures of the Federal Rules of Civil Procedure.

## <u>OUTSIDE COUNSEL AUTHORIZED TO RECEIVE CONFIDENTIAL INFORMATION</u>

12.    Outside counsel for a receiving party shall have access to the producing

party's **CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION**.  The term "outside counsel" shall mean outside counsel

attorneys for the parties working on this litigation, including supporting personnel employed by

the attorneys, such as technical advisers, paralegals, legal translators, legal secretary, legal clerk

5

and shorthand reporter, or independent legal translators retained to translate in connection with

this action, or independent shorthand and/or video reporters retained to record and transcribe

testimony in connection with this action. Receipt of the producing party's **CONFIDENTIAL**

**INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** by

outside counsel for the receiving party pursuant to this protective order shall not be grounds for

seeking disqualification of said counsel in any future or other legal proceedings involving the

parties or third parties.

### TECHNICAL ADVISERS, EMPLOYEES AND CONSULTANTS AUTHORIZED TO RECEIVE CONFIDENTIAL INFORMATION

13.      **CONFIDENTIAL INFORMATION** of a producing party, and such

copies as are reasonably necessary for maintaining, defending or evaluating this litigation, may

be furnished and disclosed to technical advisers, subject to the requirements of Paragraphs 14-16.

**COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** of a producing party, and such

copies as are reasonably necessary for maintaining, defending or evaluating this litigation, may

be furnished and disclosed to technical advisers, subject to the requirements of Paragraphs 14-16.

14.      Should counsel for a receiving party find it necessary for maintaining,

defending or evaluating this litigation to disclose a producing party's **CONFIDENTIAL**

**INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to a

technical adviser or a member of the technical adviser's staff, who function to provide

engineering, technical, accounting or financial expertise in support of the technical advisers, the

receiving party shall first give written notice of the identification of the technical advisor by hand

delivery, e-mail transmission and/or facsimile transmission to the producing party, who shall

have two (2) business days after such notice is given to object in writing. The party desiring to

disclose **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION** to a technical adviser shall provide the curriculum vitae

of such individual and shall include the following information about such individual in the

foregoing written notice:

   (a)  business address;

   (b)  business title;

   (c)  business or profession;

   (d)  any previous or current consultancy or employment relationship with any

of the parties; and

   (e)  a listing of other cases in which the individual has testified (at trial or

deposition), and all companies with which the individual has consulted or by which the

individual has been employed, within the last four years.

   15.  No **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION** shall be disclosed to such technical adviser until after the

expiration of the foregoing notice period.  The notice requirements of paragraph 14 regarding the

provision of information about technical advisers shall apply to all professionals working at the

direction of counsel, whether testifying experts or consulting experts only, as well  employees of

such technical advisers who provide technical, engineering, accounting or financial support

services.  The notice requirement set forth in paragraph 14 shall not apply to outside counsel.

   16.  If, however, during the notice period the producing party serves an

objection upon the receiving party desiring to disclose **CONFIDENTIAL INFORMATION** or

**COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to the technical adviser, there

shall be no disclosure of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION** to such individual pending resolution of the objection.

The objection of the producing party objecting to disclosure of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to the individual shall include an explanation of the basis of its objection, and consent to the disclosure of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to the individual shall not be unreasonably withheld.  If a producing party objects to the disclosure of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to a technical adviser, the receiving party shall then have two (2) business days after such objection is served to respond to the objection.  If the objection cannot be resolved in good faith on an informal basis within two (2) business days after the producing party is served with the response to the objection, either party may bring the matter to the Court for resolution or other appropriate relief.  If neither party raises the objection within the prescribed period to the Court, then any objection to the technical adviser is waived, and any **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** may be thereafter disclosed to such individual.  No document designated by a producing party as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** shall be disclosed by a receiving party to a technical adviser until after the individual has signed the Confidentiality Agreement appended hereto as Attachment A stating that he or she has read and understands this Order and agrees to be bound by its terms.  Such written agreement shall be retained by counsel for the receiving party, and will be provided to the producing party at any time upon request.

17.    Subject to the requirements set forth in this Order, including those of Paragraphs 12-13 and 19-20, **CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** of a producing party, and such copies as are

reasonably necessary for maintaining, defending or evaluating this litigation, may be furnished

and disclosed to data processing vendors; copy service vendors, graphics or design services

retained by counsel for purposes of preparing demonstrative or other exhibits for deposition, trial,

or other court proceedings in this action; non-technical jury or trial consulting services, including

mock jurors; and to one (1) in-house attorney or one (1) business representative responsible for

maintaining, defending or evaluating this litigation from each party, including staff members

supporting the one (1) designated party individual.  The term "data processing vendor" means

any person (and supporting personnel) who is a member or staff of an outside data entry or data

processing entity employed or retained by a receiving party or its counsel and who is assisting in

the development or use of data retrieval systems in connection with this action.  This paragraph

does not permit any information to be shown to a party employee who is subject to the

**PROSECUTION BAR** of Paragraph 20, nor does it alter or waive the **PROSECUTION BAR**

of Paragraph 20.

       18.     Should counsel for a receiving party find it necessary for maintaining,

defending or evaluating this litigation to disclose a producing party's **CONFIDENTIAL**

**INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** to any

of the persons or services described in Paragraph 17, counsel for the receiving party shall first

obtain from such person or service a written Confidentiality Agreement, in the form attached

hereto as Attachment A.  Such written agreement shall be retained by counsel for the receiving

party, and will be provided to the producing party at any time upon request.

## INFORMATION DESIGNATED COUNSEL EYES ONLY CONFIDENTIAL
## INFORMATION

19.    **CONFIDENTIAL INFORMATION** may be additionally designated **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** (by labeling it **COUNSEL ONLY** or **ATTORNEY'S EYES ONLY** or **OUTSIDE ATTORNEY'S EYES ONLY** or similar designation clearly transmitted in writing to the other parties). The **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** designation is reserved for **CONFIDENTIAL INFORMATION** that constitutes proprietary financial or technical or commercially sensitive competitive information that the producing  party maintains as highly confidential in its business, including information obtained from a nonparty pursuant to a current Nondisclosure Agreement ("NDA"), information relating to future products not yet commercially released, strategic plans, trade secrets, technical documents that would reveal trade secrets, and license or settlement agreements or related communications, the disclosure of which is likely to cause harm to the competitive position of the producing party.  Documents designated **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** and contents thereof shall be available only to outside counsel for the parties, the technical advisers who are assisting them, data processing vendors, copy service vendors, graphics and trial consultants, and the one individual (either an in-house attorney or business representative) from either party, including supporting staff members, who have responsibility for maintaining, defending or evaluating this litigation as set forth in Paragraph 17, subject to the requirements for disclosure to such persons provided for in this Order.

## **PROSECUTION BAR**

20.    Any person who receives any document designated as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** shall not prosecute or prepare any patent application or otherwise pursue patent rights in the fields of

microprocessor or microcontroller technology on behalf of a party to this action from the time of

receipt of such information through and including one (1) year following the first to occur of (a)

entry of a final non-appealable judgment or order in this action as to such party; or (b) the

complete settlement of all claims against such party in this action ("the **PROSECUTION**

**BAR**").

## CHALLENGES TO CONFIDENTIALITY DESIGNATIONS

21.    The parties will use reasonable care when designating documents or

information as CONFIDENTIAL INFORMATION or COUNSEL EYES ONLY

CONFIDENTIAL INFORMATION (whether marked ATTORNEYS' EYES ONLY, HIGHLY

CONFIDENTIAL, or RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY).

Nothing in this Order shall prevent a receiving party from contending that any or all documents

or information designated as CONFIDENTIAL INFORMATION or COUNSEL EYES ONLY

CONFIDENTIAL INFORMATION have been improperly designated.  A receiving party may at

any time request that the producing party cancel or modify the confidentiality designation with

respect to any document or information contained therein.

22.    A party shall not be obligated to challenge the propriety of a

CONFIDENTIAL INFORMATION or COUNSEL EYES ONLY CONFIDENTIAL

INFORMATION designation at the time made, and a failure to do so shall not preclude a

subsequent challenge thereto.  Such a challenge shall be written, shall be served on counsel for

the producing party, and shall particularly identify the documents or information that the

receiving party contends should be differently designated.  The parties shall use their best efforts

to resolve promptly and informally such disputes.  If agreement cannot be reached, the receiving

party shall request that the Court cancel or modify a CONFIDENTIAL INFORMATION or

11

COUNSEL EYES ONLY CONFIDENTIAL INFORMATION designation.  Unless and until the

Court cancels or modifies any such designation, the receiving party shall treat the subject

documents or information according to such designation pursuant to the terms of this Order.

## LIMITATIONS ON THE USE OF CONFIDENTIAL INFORMATION AND COUNSEL

## ONLY CONFIDENTIAL INFORMATION

23.    **CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION** shall be held in confidence by each person to whom it is

disclosed, shall be used only in connection with the claims asserted against Delphi and/or

Debtors by Technology Properties regarding any patent of the MMP Portfolio, shall not be used

for any other purpose, and shall not be disclosed to any person who is not entitled to receive such

information as herein provided.  All produced **CONFIDENTIAL INFORMATION** and

**COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** shall be carefully maintained

so as to preclude access by persons who are not entitled to receive such information.  However,

nothing in this Order shall prevent any court reporter, videographer, mediator, or their employees,

or the Court, any employee of the Court or any juror from reviewing any evidence in this case

for the purpose of these proceedings.  Further, nothing in this Order shall impact one way or

another on the admissibility of any document or other evidence at any hearing or at trial. Court

reporters and videographers not employed by the Court must execute a written Confidentiality

Agreement, in the form attached hereto as Attachment A.

24.    Except as may be otherwise ordered by the Court, any person may be

examined as a witness at depositions and trial and may testify concerning all **CONFIDENTIAL**

**INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** of

12

which such person has prior knowledge.  Without in any way limiting the generality of the foregoing:

(a)     A present director, officer, and/or employee of a producing party may be examined and may testify concerning all **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** which has been produced by that party;

(b)     A former director, officer, agent and/or employee of a producing party may be interviewed, examined and may testify concerning all **CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** of which he or she has prior knowledge, including any **CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** that refers to matters of which the witness has personal knowledge, which has been produced by that party and which pertains to the period or periods of his or her employment; and

(c)     Non-parties may be examined or testify concerning any document containing **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** of a producing party which appears on its face or from other documents or testimony to have been received from or communicated to the non-party as a result of any contact or relationship with the producing party, or a representative of such producing party.  Any person other than the witness, his or her attorney(s), and any person qualified to receive **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** under this Order shall be excluded from the portion of the examination concerning such information, unless the

13

producing party consents to persons other than qualified recipients being present at the examination.  If the witness is represented by an attorney who is not qualified under this Order to receive such information, then prior to the examination, the attorney shall be requested to provide a Confidentiality Agreement, in the form of Attachment A hereto, that he or she will comply with the terms of this Order and maintain the confidentiality of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** disclosed during the course of the examination.  In the event that such attorney declines to sign such a Confidentiality Agreement, prior to the examination, the parties, by their attorneys, shall jointly seek a protective Order from the Court prohibiting such attorney from disclosing such **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**.

(d)    In addition to the restrictions on the uses of all types of **CONFIDENTIAL INFORMATION** set forth in this Order, including those of Paragraphs 12-13 and 19-20, the following shall apply to use of documents a party has designated **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** (whether **RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY** or **CONFIDENTIAL-ATTORNEYS' EYES ONLY** or other like label) at a deposition:

(i)    A witness who previously had access to a document designated **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**, but who is now under a present non-disclosure agreement with the producing party that covers that document, may be shown the document if a copy of this protective order is attached to any subpoena or notice or request served on the witness for the deposition; and the witness is advised on the record of the existence of the protective order and that the protective order requires

14

the parties to keep confidential any questions, testimony or documents that are designated

as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION**.

25.    All portions of transcripts of depositions, exhibits, answers to

interrogatories, pleadings, briefs, and other documents submitted to the Court which have been

designated as **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY**

**CONFIDENTIAL INFORMATION** or which contain information so designated, shall be filed

in sealed envelopes or other appropriate sealed containers on which shall be endorsed the title of

this matter, an indication of the nature of the contents of such sealed envelope or other container,

the words "**CONFIDENTIAL** [OR **COUNSEL EYES ONLY**] **INFORMATION - UNDER**

**PROTECTIVE ORDER**" and a statement substantially in the following form:

"This envelope contains confidential information filed in this case by (name of party) and

is not to be opened nor the contents thereof to be displayed or revealed except by order of the

Court presiding over this matter."

26.    Nothing in this Order shall prohibit the transmission or communication of

**CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL**

**INFORMATION** between or among qualified recipients

(a)    by hand-delivery;

(b)    in sealed envelopes or containers via the mails or an established freight,

delivery or messenger service; or

(c)    by telephone, telegraph, facsimile or other electronic transmission system;

where, under the circumstances, there is no reasonable likelihood that the transmission

will be intercepted or misused by any person who is not a qualified recipient.

27.    **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** shall not be copied or otherwise reproduced by a receiving party, except for transmission to qualified recipients, without the written permission of the producing party, or, in the alternative, by further order of the Court. Nothing herein shall, however, restrict a qualified recipient from making working copies, abstracts, digests and analyses of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** for use in connection with this litigation and such working copies, abstracts, digests and analyses shall be deemed to be the same level of **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** under the terms of this Order as the original documents upon which such work product was based. Further, nothing herein shall restrict a qualified recipient from converting or translating **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** into machine readable form for incorporation into a data retrieval system used in connection with this action, provided that access to **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**, in whatever form stored or reproduced, shall be limited to qualified recipients.

## NONPARTY USE OF THIS PROTECTIVE ORDER

28.    A nonparty producing information or material voluntarily or pursuant to a subpoena or a court order may designate such material or information in the same manner and shall receive the same level of protection under this Protective Order as any party to this lawsuit.

29.    A nonparty's use of this Protective Order to protect its **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** does not

16

entitle that nonparty access to **CONFIDENTIAL INFORMATION** or **COUNSEL EYES**

**ONLY CONFIDENTIAL INFORMATION** produced by any party in this case.

### DISCOVERY FROM EXPERTS

30.    Testifying experts used for any purpose other than an advice of counsel

defense shall not be subject to discovery on any draft of his or her report in this case and such

draft reports, notes or outlines for draft reports developed and drafted are also exempt from

discovery.

31.    Discovery of materials provided to testifying experts used for any purpose

other than an advice of counsel defense shall be limited to those materials, facts, consulting

expert opinions, and other matters actually relied upon by the testifying expert in forming his

final report, trial or deposition testimony or any opinion in this case.  No discovery can be taken

from any consulting expert except to the extent that consulting expert has provided information,

opinions or other materials to a testifying expert not used for an advice of counsel defense, who

then relies upon such information, opinions or other materials in forming his final report, trial or

deposition testimony or any opinion in this case.

32.    No conversations or communications between counsel and any testifying

or consulting expert used for any purpose other than an advice of counsel defense will be subject

to discovery unless the conversations or communications are relied upon by such experts in

formulating opinions that are presented in reports or trial or deposition testimony in this case.

33.    Materials, communications and other information exempt from discovery

under the foregoing Paragraphs shall be treated as attorney-work product for the purposes of this

litigation and protective order.

17

## MISCELLANEOUS PROVISIONS

34.    Any of the notice requirements herein may be waived, in whole or in part, but only by a writing signed by the attorney of record for the party against whom such waiver will be effective.

35.    Within sixty (60) days after the entry of a final non-appealable judgment or the complete settlement of all claims asserted against Delphi and/or Debtors by Technology Properties regarding any patent of the MMP Portfolio, whichever later, each party shall, at its option, either return to the producing party or destroy all physical objects and documents which embody **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION** which were received from the producing party, and shall destroy in whatever form stored or reproduced, all other physical objects and documents, including but not limited to, correspondence, memoranda, notes and other work product materials, which contain or refer to **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**; provided, that all **CONFIDENTIAL INFORMATION** or **COUNSEL EYES ONLY CONFIDENTIAL INFORMATION**, not embodied in physical objects and documents, shall remain subject to this Order. Notwithstanding the foregoing, counsel shall be entitled to maintain copies of all pleadings, motions and trial briefs (including all supporting and opposing papers and exhibits thereto), written discovery requests and responses (and exhibits thereto), deposition transcripts (and exhibits thereto), trial transcripts, and exhibits offered or introduced into evidence at trial.

36.    This Order is entered without prejudice to the right of any party to apply to the Court at any time for additional protection, or to relax or rescind the restrictions of this Order, when convenience or necessity requires.  The Court shall take appropriate measures to protect

18

**CONFIDENTIAL INFORMATION** and **COUNSEL EYES ONLY CONFIDENTIAL**

**INFORMATION** at trial and any hearing in this case.

       37.    This Court retains exclusive jurisdiction to enforce, modify, or vacate all

or any portion of this Stipulation and Protective Order upon appropriate motion by a party in

interest.

       So Ordered in New York, New York, this <u>14</u><sup>th</sup> day of <u>December</u>, 2007

                 <u>/s/Robert D. Drain</u>
                 Honorable Robert D. Drain
                 United States Bankruptcy Judge


AGREED TO AND
APPROVED FOR ENTRY:

 <u>/s/ John K. Lyons</u>
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan III (AH 8807)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

Attorneys for Delphi Corporation, et al.,
and Debtors and Debtors-in-Possession

- and -


 <u>/s/ Wendy W. Smith</u>
Wendy W. Smith
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA  95050

Attorney for Technology Properties Ltd.

**ATTACHMENT A**

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I, _____ [full name], of

_____ [address]

declare under penalty of perjury as follows:

I have read in its entirety the Stipulated Protective Order that was issued by the United

States Bankruptcy Court Southern District Of New York in the case of *In re Delphi Corporation,

et. al.,* Case No. 05-44481 (RDD).  I agree to comply with and to be bound by all the terms of

this Stipulated Protective Order and I understand and acknowledge that failure to so comply

could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that

I will not disclose in any manner any information or item that is subject to this Stipulated

Protective Order to any person or entity except in strict compliance with the provisions of this

Order.

I further agree to submit to the jurisdiction of the United States Bankruptcy Court

Southern District Of New York for the purpose of enforcing the terms of this Stipulated

Protective Order, even if such enforcement proceedings occur after termination of this action.


_____
Date

_____
Name (printed)

_____
Signature

_____
Position/Title and Company

_____
City / State where sworn and signed

20

# EXHIBIT Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :
         In re                         :       Chapter 11
                                    :
DELPHI CORPORATION, et al.,      :       Case No. 05-44481 (RDD)
                                    :
                   Debtors.    :       (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DENYING SCOTT DARRYL REESE'S AMENDED MOTION FOR REHEARING

On November 16, 2007, the Court entered an order (the "Order") (Docket No. 10956) denying Scott Darryl Reese's ("Reese") Motion for Rehearing De-Novo in Delphi Bankruptcy Proceedings – Reese (the "First Motion") (Docket No. 10915), filed November 8, 2007.  On December 3, 2007,[1] Mr. Reese filed an Amended Motion for Rehearing De-novo and Amended Brief In Support (the "Amended Motion") (Docket No. 11328), in which Mr. Reese requests the Court to reconsider the same underlying Order, dated November 5, 2007, that was previously addressed by the First Motion, pursuant to certain Federal Rules of Bankruptcy Procedure, as well as certain statutes, referred to in the Amended Motion, and the United States Constitution.  The Court has also considered the Amended Motion under Fed. R. Bankr. P. 9024, incorporating Fed. R. Civ. P. 60.  Having reviewed the Amended Motion, and for the same reasons stated in the Order, it is hereby

ORDERED that the Amended Motion is DENIED.

---

[1] Although the Amended Motion is dated November 28, 2007, it was not filed on the docket until December 3, 2007.

1

Dated:  December 17, 2007
         New York, New York

                                    /s/Robert D. Drain
                                    **UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT R

TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
                                       :
In re:                                :
                                       :        Chapter 11
DELPHI CORPORATION, *et al.*,      :        Case No. 05-44481 [RDD]
                                     :
                   Debtors.      :        Jointly Administered
                                     :
--------------------------------------------------------------------------x

## JOINT STIPULATION AND ORDER
## REGARDING DISCOVERY REGARDING OBJECTION
## <u>TO PROOF OF CLAIM NO. 12347 AND RELATED COUNTERCLAIM</u>

Delphi Corporation and certain of its subsidiaries and affiliates, including

Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors in possession

(collectively, the "Debtors") in the above-captioned cases (the "Cases"), by their

undersigned counsel, and Furukawa Electric North America APD and Furukawa

Electric Co., Ltd. (jointly, "Furukawa") by their undersigned counsel, proceeding under

Rules 3004 and 7001, *et seq.*, of the Federal Rules of Bankruptcy Procedure, having

conferred and agreed to the deadlines set forth herein, respectfully submit this Joint

Stipulation and Order and state that:

**WHEREAS** Furukawa filed proof of claim number 12347 (the "Proof of

Claim") against DAS LLC in this Court on or about July 28, 2006, and asserted an

unsecured nonpriority claim in the amount of $2,589,684.56 for alleged breach of

contract damages (the "Furukawa Claim");  and

**WHEREAS,** the Debtors objected to the Furukawa Claim pursuant to the

Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and

Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)

Claims Unsubstantiated By Debtors' Books And Records, and (C) Claims Subject To

Modification and (II) Motion to Estimate Contingent And Unliquidated Claims

Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Objection"), which was filed on

October 31, 2006;  and

**WHEREAS,** the Debtors joined with the Objection a demand for

affirmative relief dated September 26, 2007 (the "Claim for Affirmative Relief");  and

**WHEREAS,** the Debtors moved for a default judgment on October 24,

2007 on their Claim for Affirmative Relief (the "Default Motion"), with a hearing date of

November 29, 2007;  and

**WHEREAS,** Furukawa moved to dismiss the Claim for Affirmative Relief

(the "Motion to Dismiss the Claim for Affirmative Relief") and filed its opposition to the

Default Motion on October 25, 2007; and

2

**WHEREAS**, on November 21, 2007, Furukawa requested that Debtors produce additional documents, and served a subpoena upon General Motors Corporation, a third party likely having documents pertinent to this matter; and

**WHEREAS,** Debtor agreed to identify Furukawa witnesses for deposition in December of 2007.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Furukawa stipulate and agree:

1.      Adjudication of the Debtors' Objection and the Claim for Affirmative Relief shall proceed in this Court and be treated as an adversary proceeding (the "Adversary Proceeding") and be governed by the Bankruptcy Rules.

2.      As recognized by the Court in its Modified Bench Ruling, the resolution of the Furukawa Claim, the Debtors' objection, and the Claim for Affirmative Relief shall be governed by Rule 7001, *et seq.*, of the Federal Rules of Bankruptcy Procedure (the "Adversary Proceeding Rules"), not the Case Management Orders [Docket Nos. 245, 2883, 2995, 3293, 35893629, 3730, 3824, 5401, 5418, and 10661] or the Debtors' Claims Objection Procedures Order [Docket No. 6089].

3.      Notwithstanding the foregoing, Furukawa reserves the right to file a motion to withdraw the reference of the Adversary Proceeding to the United States District Court for the Southern District of New York on or before the close of discovery and the Debtors reserve their right to oppose such motion.

4.      All document requests other than those set forth deposition notices to parties shall be served no later than <u>November 30, 2007</u>.

3

5.      All documents required to be produced in response to document requests shall be produced no later than <u>January 14, 2008.</u>

6.      All depositions of potential witnesses, other than experts, shall be completed no later than <u>February 15, 2008</u>.

7.      All expert discovery in these proceedings shall be completed no later than <u>March 28, 2008</u>, as follows:

      a.      The parties shall confer on topics for expert testimony no later than <u>February 1, 2008</u>;

      b.      The parties shall disclose their experts on or before <u>February 22, 2008;</u>

      c.      The parties shall exchange expert opening reports no later than <u>February  29, 2008</u>;

      d.      The parties shall exchange expert rebuttal reports no later than March 14, 2008; and

      e.      Expert depositions shall be completed on or before <u>March 28, 2008.</u>

8.      A final pretrial conference shall be conducted before the Bankruptcy Court on April 4, 2008.

9.      Absent further Order of this Court, the parties, by their counsel, will appear at a status conference before this Court on December 20, 2007.

10.      Notwithstanding the foregoing, either party may obtain an extension of the preceding discovery deadlines from the Bankruptcy Court upon a

4

showing of good cause, such as either party's inability to obtain timely discovery from

third party subpoenas served in accordance with this Order.

      11.    The hearing to consider the Debtors' Default Motion is adjourned

until the December 20, 2007 status conference.

Dated:    New York, New York
           December 11, 2007

                      DELPHI CORPORATION, et al.,
                      Debtors and Debtors-in-Possession,
                      By their Bankruptcy Conflicts Counsel,
                      TOGUT, SEGAL & SEGAL LLP,
                      By:

                      /s/ Neil Berger_____
                      NEIL BERGER (NB-3599)
                      A Member of the Firm
                      One Penn Plaza, Suite 3335
                      New York, New York 10119
                      (212) 594-5000

Dated:    New York, New York
           December 11, 2007

                      FURUKAWA ELECTRIC NORTH
                      AMERICA APD, et al.,
                      By their Counsel,
                      ALSTON & BIRD, LLP
                      By:

                      /s/ Dennis J. Connolly_____
                      DENNIS J. CONNOLLY (DC-9932)
                      1201 West Peachtree Street
                      Atlanta, Georgia 30309-3424
                      (404) 881-7000

**SO ORDERED**

This <u>18th</u> day of <u>December</u>, 2007
in New York, New York


_/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT S

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER UNDER NEW BANKRUPTCY RULE 3007 AND 11 U.S.C. § 105(a) AUTHORIZING
DEBTORS TO CONTINUE CLAIMS OBJECTION PROCEDURES UNDER ORDER DATED
DECEMBER 7, 2006 PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS
REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES
GOVERNING OBJECTIONS TO CLAIMS

("ORDER AUTHORIZING CONTINUED CLAIMS OBJECTION PROCEDURES")

            Upon the unopposed Motion Under New Bankruptcy Rule 3007(c) And 11 U.S.C.

§ 105(a) Authorizing Debtors To Continue Claims Objection Procedures Under Order Dated

December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To

Claims And (II) Certain Notices And Procedures Governing Objections To Claims, dated

November 30, 2007 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"; and this Court having entered the Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims on December

6, 2006 (the "Claim Objection Procedures Order") (Docket No. 6089), a supplemental order on

October 23, 2007 (the "Supplemental Order") (Docket No. 10701), and a second supplemental

order on November 20, 2007 (the "Second Supplemental Order") (Docket No. 10994); and upon

the record of the December 20, 2007 hearing held on the Motion; and after due deliberation

thereon, and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      Proper, timely, adequate, and sufficient notice of the Motion has been

provided, such notice was good, sufficient and appropriate under the particular circumstances,

and no other or further notice of the Motion is or shall be required.

B.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157

and 1334.  The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases

and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The relief requested in the Motion and granted herein is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      The Motion is GRANTED.

2.      The Debtors are hereby authorized to continue their current practice of

combining objections to multiple Claims, as such term is defined in 11 U.S.C. § 101(5) (each, a

"Claim"), in a single omnibus Claims objection, including objections to more than 100 claims.

3.      To the extent that rule 3007 of the Federal Rules of Bankruptcy

Procedures, as amended as of December 1, 2007 ("Amended Rule 3007"), provides otherwise,

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

this Court hereby authorizes the Debtors, pursuant to Amended Rule 3007(c), to continue their

practice of filing omnibus Claims objections objecting to Claims because such Claims (a) assert

liabilities not on the Debtors' books and records or state the incorrect amounts or (b) incorrectly

assert secured or priority status.

        4.     This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

        5.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      December 20, 2007

                                    _____/s/Robert D. Drain_____
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT T

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                           :        Chapter 11
:
DELPHI CORPORATION, et al.,                     :        Case No. 05-44481 (RDD)
:
Debtors.                         :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND AGREED PROTECTIVE ORDER GOVERNING PRODUCTION AND USE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION IN CONNECTION WITH PROOF OF CLAIM NO. 1279 (NU-TECH PLASTICS ENGINEERING, INC.)

This stipulation and agreed protective order is entered into and submitted to the

Court in accordance with the agreement of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), on the one hand, and Nu-Tech Plastics Engineering, Inc. ("Nu-

Tech"), on the other hand (the Debtors and Nu-Tech being collectively the "Parties"), that

discovery requested and other information provided in connection with proof of claim number

1279, dated November 22, 2005, filed by Nu-Tech and the Debtors' objection thereto (the

"Claim") may involve the production of information considered sensitive, confidential, personal,

proprietary, and/or protected by statutory or other legal privilege; and it appearing to the Court

that there is good and sufficient cause that the relief should be granted,

IT IS THEREFORE ORDERED:

1.      The terms of this stipulation and agreed protective order (the "Stipulation

and Protective Order") shall take full force and effect upon execution by the Parties.

2.      Pursuant to Federal Rules of Civil Procedure 26(c), made applicable here

through Federal Rules of Bankruptcy Procedure 7026 and Local Rule 7026-1, Rule 9018 of the

Federal Rules of Bankruptcy Procedure, and sections 105 and 107 of the Bankruptcy Code, 11

U.S.C. §§ 101–1330, as amended (the "Bankruptcy Code"), this Stipulation and Protective Order

shall govern all discovery by the Parties relating to the Claim.

        3.      Any signatory to this Stipulation and Protective Order may designate as

"Highly Confidential" any document, deposition testimony, or other information given by or on

behalf of the Parties, and all information derived therefrom that a Party reasonably believes

reflects non-public trade secrets, competitively sensitive business or development plans, forward-

looking financial information, or personal information (the "Highly Confidential Information").

In addition, any signatory may designate as "Confidential" any other non-public information in

any document, deposition testimony, or other information given by or on behalf of the Parties

(the "Confidential Information") that the Party reasonably believes contains confidential

information the distribution and use of which should be restricted in accordance with the terms

of this Stipulation and Protective Order.  Documents shall be designated as Confidential or

Highly Confidential (a) by placing or affixing the words "Confidential" or "Highly Confidential"

on each such document, (b) by written notice to other Parties, or (c) by virtue of the fact that any

such document is otherwise already labeled as Confidential or Highly Confidential.  Deposition

testimony or deposition exhibits may be designated as Confidential or Highly Confidential either

on the record during the deposition itself or by written notice (which may be by email) delivered

within two (2) business days following receipt of the transcript by the Party who seeks to

designate such deposition testimony as Confidential or Highly Confidential.  Where deposition

testimony or exhibits are designated as Confidential or Highly Confidential, the deposition

transcript or deposition exhibits shall be so marked as Confidential or Highly Confidential, as

appropriate.

4.      Inadvertent failure to designate materials as Confidential or Highly Confidential at the time of production or at the time of a deposition may be remedied at any time thereafter by supplemental written notice (which may be by email) delivered within two (2) business days after the production of such materials.  Upon the service of such notice, the identified materials shall be fully subject to this Stipulation and Protective Order as if the materials had been initially designated as Confidential or Highly Confidential.

5.      Material designated as Confidential pursuant to this Stipulation and Protective Order shall be inspected by and disseminated only to the following persons:

a.      the Court and its staff;

b.      the Parties and counsel of record to the Parties, and clerical, secretarial, and paralegal staff employed by such counsel;

c.      the Parties' retained professional advisors in the above-captioned cases;

d.      any deponent, counsel for the deponent, and clerical, secretarial, and paralegal staff employed by such counsel; and

e.      court reporters and videographers engaged for recording testimony of a deposition relating to the Claim.

6.      Material designated as Highly Confidential pursuant to this Stipulation and Protective Order shall be inspected by and disseminated only to the following persons:

a.      the Court and its staff;

b.      those counsel of record to the Parties, and clerical, secretarial, and paralegal staff employed by such counsel, who are involved in the litigation or negotiation of the Claim;

3

        c.      the Parties' retained professional advisors in the above-captioned cases, to the extent they are involved in the litigation or negotiation of the Claim;

        d.      any deponent, counsel for the deponent, and clerical, secretarial, and paralegal staff employed by such counsel, to the extent such deponent is actually shown Highly Confidential Information in connection with a deposition taken in connection with the Claim; and

        e.      court reporters and videographers engaged for recording testimony of a deposition relating to the Claim.

        7.      Confidential Information and Highly Confidential Information, or any information derived therefrom, shall be used or disclosed by a receiving Party solely for the purpose of the Claim, including litigation or negotiation of any objections thereto, and not for any other purpose whatsoever.  Any person receiving Confidential Information or Highly Confidential Information shall not reveal or discuss such information to or with any person who is not entitled to receive such information.

        8.      The inadvertent production of any Confidential or Highly Confidential document, material, or other information subject to a claim of attorney-client privilege, attorney work product, or any other privilege or discovery exemption shall not be deemed to be a waiver of any claim of privilege, confidentiality, or other protection with respect to that or any other document, material, or information.  In the event that any document or material that is subject to a claim that it is confidential, privileged, or protected from discovery on any other ground is inadvertently produced, the Party who received the inadvertently produced document or material shall return it and all copies of it to the producing Party within three (3) business days after it receives written notice (by letter or email) from the producing Party that the document or

material was inadvertently produced.  In the case of Confidential or Highly Confidential documents or materials that were inadvertently produced without the appropriate designation but that were otherwise intended to be produced, the producing Party shall return to the Party to whom the documents or materials were inadvertently produced copies of the documents and materials containing the appropriate designation within three (3) business days of receipt of the returned documents or materials.

9.    If at any time a Party objects to the designation of documents or information produced or testimony given as Confidential or Highly Confidential under this Stipulation and Protective Order, the objecting Party shall notify the designating Party in writing (which may be by email).  The objecting Party shall identify the documents or information in question and shall specify in reasonable detail the reasons for the objection.  Within two (2) business days of the receipt of such notice, the disclosing and objecting Parties shall meet and confer in an effort to resolve their differences.  If the Parties cannot resolve their differences, the disclosing Party may apply within two (2) days thereafter, or such longer time as the Parties may agree, for a ruling from the Court on the propriety of the designation.  While any such application is pending, the documents or information that are subject to the application shall remain Confidential or Highly Confidential, as the case may be, until the Court rules.  If the disclosing Party does not apply to the Court for a ruling on the propriety of the designation within two (2) days after the conclusion of the meet and confer, or within such time as the Parties may agree, the documents or information that are subject of the dispute will no longer be deemed Confidential or Highly Confidential.  The disclosing Party shall have the burden of proving, to the Court's satisfaction and by a preponderance of the evidence, that the document or information qualifies as sufficiently confidential, under Rule 26(c) of the Federal Rules of Civil Procedure

and/or Rule 9018 of the Federal Rules of Bankruptcy Procedure, that its dissemination and use should be restricted in accordance with the terms of this Stipulation and Protective Order.

10.    Nothing in this Stipulation and Protective Order shall be construed as preventing any Party from objecting to the designation of any document or information as Confidential or Highly Confidential or preventing any Party from seeking further protection from the Court for any materials or information it produces in discovery.

11.    Within thirty (30) days after the entry of an order by this Court confirming a plan of reorganization or dismissing the cases, whichever first occurs, all documents and other material designated as Confidential or Highly Confidential pursuant to this Stipulation and Protective Order, and all copies thereof, including but not limited to any notes or other transcriptions made therefrom, shall either be (a) returned to the producing Party or Party creating such information, or (b) destroyed.  If the receiving Party chooses to destroy any such documents or materials, then that Party shall deliver a certificate attesting to that destruction to the Party who produced the Confidential or Highly Confidential documents or materials within thirty (30) days after the entry of an order by this Court confirming a plan of reorganization or dismissal of the cases, as the case may be.

12.    If documents, materials, or information (including portions of deposition transcripts) designated as Confidential or Highly Confidential are to be included in any papers to be filed in this Court or any other court, counsel intending to file such documents shall first seek a protective order under 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and General Order #M-242 of this Court, or other applicable authority with respect to filing under seal those portions of the proposed filing containing information subject to this Stipulation and Protective Order, identifying this Stipulation and Protective Order by date.

13.     This Stipulation and Protective Order shall not be construed to affect in any way the admissibility of any document, testimony, or other evidence at a hearing on the Claim.

14.     Nothing in this Stipulation and Protective Order shall be construed to limit any disclosing Party's use or disclosure of its own documents, materials, or information.  In addition, nothing in this Stipulation and Protective Order shall prevent or in any way limit disclosure, use, or dissemination of any information or documents that are in the public domain. This Stipulation and Order shall not prejudice in any way the rights of any Party to introduce into evidence or use at a hearing on the Claim any document, testimony, or other information that is subject to this Stipulation and Protective Order.

15.     Any non-party producing discovery materials in connection with the Claim may be included in this Stipulation and Protective Order by endorsing a copy of this Stipulation and Protective Order and delivering it to the requesting Party who, in turn, will serve it upon counsel for the other Parties and file it with the Court.  The Parties to the Claim may designate discovery materials produced by a non-Party to the Claim as Confidential or Highly Confidential in accordance and consistent with the terms and provisions of this Stipulation and Protective Order.

16.     This Stipulation and Protective Order shall not prevent any Party from applying to the Court for further or additional protective orders, for the modification of this Stipulation and Protective Order, or from agreeing with other Parties to modify this Stipulation and Protective Order, subject to the approval of the Court.

17.    This Court retains exclusive jurisdiction to enforce, modify, or vacate all

or any portion of this Stipulation and Protective Order upon appropriate motion by a party in

interest.

So Ordered in New York, New York, this 3rd day of January, 2008

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge

AGREED TO AND
APPROVED FOR ENTRY:

s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  and Debtors and Debtors-in-Possession

s/ Jay A Schwartz
Jay A. Schwartz (P45268)
SCHWARTZ LAW FIRM, P.C.
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

Attorneys for Nu-Tech Plastics Engineering,
  Inc.

# EXHIBIT U

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
                In re               :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05–44481 (RDD)
                                    :
                Debtors.            :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOFS OF CLAIM
NUMBERS 444, 9110, 9114, 9115, 9116, 9790, 9954, 12697, AND 15446
(CONTRARIAN FUNDS LLC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Contrarian Funds LLC ("Contrarian") respectfully submit this Joint Stipulation And Agreed

Order Compromising And Allowing Proofs Of Claim Numbers 444, 9110, 9114, 9115, 9116,

9790, 9954, 12697, And 15446 (Contrarian Funds LLC) and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on November 8, 2005, General Pallet, LLC ("General Pallet") filed

proof of claim number 444 against Delphi, asserting an unsecured non-priority claim in the

amount of $46,469.32 ("Claim 444") stemming from goods delivered prior to the Petition Date.

WHEREAS, on or about March 5, 2007, General Pallet transferred its interest in

Claim 444 to Contrarian.

WHEREAS, on July 7, 2006, Contrarian, as assignee of Okmetic, Inc., filed

proofs of claim numbers 9114 ("Proof of Claim No. 9114") and 9115 ("Proof of Claim No.

9115") against Delphi Automotive Systems LLC ("DAS LLC").  Proof of Claim No. 9114

asserts an unsecured non-priority claim in the amount of $134,050.00 ("Claim 9114") and Proof

of Claim No. 9115 asserts an unsecured non-priority claim in the amount of $259,872.00 ("Claim

9115"), both arising from the sale of goods to DAS LLC.

WHEREAS, also on July 7, 2006, Contrarian, as assignee of Wacker Chemical

Corporation, filed proof of claim number 9116 against DAS LLC, asserting an unsecured non-

priority claim in the amount of $291,859.33 ("Claim 9116") arising from the sale of goods to

DAS LLC.

WHEREAS, also on July 7, 2006, Contrarian, as assignee of ENA America Inc., filed proof of claim number 9110 against DAS LLC, asserting an unsecured non-priority claim in the amount of $112,891.80 ("Claim 9110") arising from the sale of goods to DAS LLC.

WHEREAS, on July 18, 2006, Contrarian, as assignee of AG Machining & Industries, Inc., filed proof of claim number 9790 against Delphi Medical Systems Colorado Corporation ("Delphi Medical"), asserting an unsecured non-priority claim in the amount of $222,063.43 ("Claim 9790") arising from the sale of goods to Delphi Medical.

WHEREAS, on July 19, 2006, Contrarian, as assignee of Ferro Corporation, filed proof of claim number 9954 against Delphi, asserting an unsecured non-priority claim in the amount of $4,600.00 ("Claim 9954") arising from the sale of goods to Delphi.

WHEREAS, on July 28, 2006, Contrarian, as assignee of Omron Dualtec Automotive Electronics, Inc., filed proof of claim number 12697 against Delphi Mechatronic Systems, Inc. ("Mechatronic"), asserting an unsecured non-priority claim in the amount of $51,720.76 ("Claim 12697") arising from the sale of goods to Mechatronic.

WHEREAS, on July 31, 2006, Photocircuits Corp. ("Photocircuits") filed proof of claim number 15446 against Mechatronic, asserting an unsecured non-priority claim in the amount of $13,221.00 ("Claim 15446," and together with Claim 444, Claim 9110, Claim 9114, Claim 9115, Claim 9116, Claim 9790, Claim 9954, and Claim 12697, the "Claims") arising from the sale of goods to Mechatronic.

WHEREAS, the Debtors objected to Claim 9954 pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'

Books And Records, And (C) Untimely Claims (Docket No. 6585) (the "Seventh Omnibus

Claims Objection"), which was filed on January 12, 2007, and the Debtors objected to Claims

444, 9110, 9114, 9115, 9116, 9790, 12697, and 15446 pursuant to the Debtors' Ninth Omnibus

Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To

Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books

And Records, (C) Untimely Claims, And (D) Claims Subject to Modification (Docket No. 6968)

(the "Ninth Omnibus Claims Objection"), which was filed on February 15, 2007.

       WHEREAS, on February 7, 2007, Contrarian filed its Response Of Contrarian

Funds LLC, As Assignee To Ferro Corporation, To Debtor's Seventh Omnibus Claims Objection

(Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed.R.Bankr.P. 3007 To Certain (A)

Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,

And (C) Untimely Claims (Docket No. 6876), and on March 15, 2007, Contrarian filed its

Response To Debtors' Eighth And Ninth Omnibus Claims Objections (Docket No. 7276)

(together, the "Responses").

       WHEREAS, on December  3, 2007, to resolve the Seventh and Ninth Omnibus

Claims Objections with respect to the Claims, DAS LLC, Mechatronic, Delphi Medical, and

Contrarian entered into a settlement agreement (the "Settlement Agreement").

       WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 444 shall be allowed as a prepetition general unsecured non-priority claim

against DAS LLC in the amount of $46,469.32.

       WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9110 shall be allowed as a prepetition general unsecured non-priority claim

against DAS LLC in the amount of $112,891.80.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9114 shall be allowed as a prepetition general unsecured non-priority claim against DAS LLC in the amount of $126,674.00.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9115 shall be allowed as a prepetition general unsecured non-priority claim against DAS LLC in the amount of $235,679.69.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9116 shall be allowed as a prepetition general unsecured non-priority claim against DAS LLC in the amount of $290,509.23.

WHEREAS, pursuant to the Settlement Agreement, Delphi Medical agrees that Claim 9790 shall be allowed as a prepetition general unsecured non-priority claim against Delphi Medical in the amount of $222,063.43.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 9954 shall be allowed as a prepetition general unsecured non-priority claim against DAS LLC in the amount of $4,600.00.

WHEREAS, pursuant to the Settlement Agreement, Mechatronic acknowledges and agrees that Claim 12697 shall be allowed against Mechatronic in the amount of $51,720.76.

WHEREAS, pursuant to the Settlement Agreement, Mechatronic acknowledges and agrees that Claim 15446 shall be allowed against Mechatronic in the amount of $13,221.00.

WHEREAS, nothing in this Stipulation and Order, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Stipulation and Order to the contrary including, without

limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize

any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of

the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest

the same.

WHEREAS, DAS LLC, Mechatronic, and Delphi Medical are authorized to enter

into the Settlement Agreement either because the Claims involve ordinary course controversies

or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503

And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes

Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered

by the Delphi Bankruptcy Court on June 26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1.      Claim 444 shall be allowed in the amount of $46,469.32 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 9110 shall be allowed in the amount of $112,891.80 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Claim 9114 shall be allowed in the amount of $126,674.00 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4.      Claim 9115 shall be allowed in the amount of $235,679.69 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

5.      Claim 9116 shall be allowed in the amount of $290,509.23 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

6.      Claim 9790 shall be allowed in the amount of $222,063.43 and shall be

treated as an allowed general unsecured non-priority claim against the estate of Delphi Medical.

7.      Claim 9954 shall be allowed in the amount of $4,600.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

8.      Claim 12697 shall be allowed in the amount of $51,720.76 and shall be treated as an allowed general unsecured non-priority claim against the estate of Mechatronic.

9.      Claim 15446 shall be allowed in the amount of $13,221.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of Mechatronic.

10.     The Seventh and Ninth Omnibus Claims Objections and the Responses to the Seventh and Ninth Omnibus Claims Objections are deemed resolved with respect to the Claims.

So Ordered in New York, New York, this <u>7th</u> day of January, 2008

_____ /s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Daniel A. Fliman
David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC

# EXHIBIT V

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                            :
In re:                                      :
                                            :        Chapter 11
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 [RDD]
                                            :
                        Debtors.            :        Jointly Administered
                                            :
----------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER
## COMPROMISING AND ESTIMATING PROOF OF CLAIM NUMBERS 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 AND 1387
## (AMERICAN INTERNATIONAL GROUP, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

American International Group, Inc. and its related entities (collectively, "Claimants")

respectfully submit this Joint Stipulation And Agreed Order Compromising And

Estimating Proof Of Claim Number 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,

1383, 1384, 1385, 1386 and 1387 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), Delphi Corporation,

together with certain of its U.S. affiliates including DAS LLC (collectively, the

"Debtors"), filed voluntary petitions under chapter 11 of the United States Code, 11

U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code") in the United States

Bankruptcy Court for the Southern District of New York.

WHEREAS, the Claimants have provided insurance coverage to various

Debtors pursuant to certain insurance policies (the "Policies").

WHEREAS on or about December 29, 2005, the Claimants filed proofs of

claim numbers 1374 through and including 1387 arising from the Policies (collectively,

the "Claims") against certain of the Debtors.

WHEREAS, on or about June 15, 2007, the Debtors filed the Sixteenth

Omnibus Claims Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims And (B) Protective Claims

(the "Claim Objection") (Docket No. 8271), which included the Claims.

WHEREAS, on or about July 3, 2007, the Claimant filed its response to the

Claim Objection (the "Response") (Docket No. 8595).

WHEREAS, on or about September 7, 2007 the Debtors filed their Motion

for Order Pursuant to 11 U.S.C. Sections 105(a) And 502(c): (A) Estimating And Setting

Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving

Expedited Claims Estimation Procedures  (the "Estimation Motion") (Docket No. 9297)

seeking to estimate the Claims at $0.

WHEREAS, on September 6, 2007, the Debtors filed a proposed plan of

reorganization (the "Proposed Plan") and disclosure statement and the Proposed Plan

2

provides that all executory contracts not explicitly rejected shall be assumed pursuant to

section 365(a) of the Bankruptcy Code.

WHEREAS, on or about September 24, 2007, the Claimant filed its

response to the Estimation Motion.

WHEREAS, hearings on the Claim Objection and Estimation Motion were

continued with respect to the Claims pending the Parties reaching the resolution

contained in this Settlement Agreement.

WHEREAS, to resolve the Claim Objection and the Estimation Motion and

to reduce the claims against the Settling Debtors, the Parties entered into a Settlement

Agreement (the "Settlement Agreement").

**WHEREAS,** the Debtors are authorized to enter into the Settlement

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and

the Claimants stipulate and agree as follows:

1.    The Estimation Motion shall be granted with respect to the Claims.

2.    The Claims shall be estimated at $0 without prejudice to the

Claimants' rights to reassert such Claims if the Debtors reject the Policies pursuant to

section 365(a) of the Bankruptcy Code.

3

3.        The Response is hereby withdrawn.


**[signatures concluded on following page]**

Dated:    New York, New York
          January 4, 2008

DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,
TOGUT, SEGAL & SEGAL LLP,
By:

_/s/ Neil Berger_____
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:    New York, New York
          January 3, 2008

The Member Companies of
AMERICAN INTERNATIONAL GROUP,
INC.,
By their Counsel,

/s/ Michael S. Davis_____
ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400

**SO ORDERED**

This 11th day of January, 2008
in New York, New York

_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT W

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re:                                        :
                                              :        Chapter 11
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 [RDD]
                                              :
                          Debtors.            :        Jointly Administered
                                              :
------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING
## AND ALLOWING PROOF OF CLAIM NUMBER 2468
## <u>(3M COMPANY)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors") and 3M Company ("3M")

respectfully submit this Joint Stipulation And Agreed Order Compromising And

Allowing Proof Of Claim Number 2468 (the "Stipulation") and agree and state as

follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

      **WHEREAS,** on April 3, 2006, 3M filed proof of claim number 2468 (the

"Proof of Claim") against Delphi, asserting an unsecured non-priority claim in the

amount of  $517,747.63 (the "Claim");  and

      **WHEREAS**, on September 21, 2007, the Debtors objected to Proof of Claim

No. 2468 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11

U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended

Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims

Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims

Subject To Modification, Tax Claim Subject To Modification, And Modified Claims

Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims

Objection");  and

      **WHEREAS,** on October 17, 2007, 3M filed its Response To Debtors'

Twenty-First Omnibus Objection (Docket No. 10628) (the "Response");  and

      **WHEREAS,** on January 2, 2008 to resolve the Twenty-First Omnibus

Claims Objection with respect to the Claim, Delphi, DAS LLC and 3M entered into a

settlement agreement (the "Settlement Agreement");  and

      **WHEREAS,** pursuant to the Settlement Agreement, Delphi and DAS LLC

acknowledge and agree that the Claim shall be allowed against DAS LLC in the amount

of $502,777.20 as:  (i) a general unsecured non-priority claim in the amount of

$468,439.26 and; (ii) a reclamation claim in the amount of $34,337.94, subject to the

Reserved Defenses (as defined by the Twenty-First Omnibus Claims Objection);  and

**WHEREAS,** Delphi and DAS LLC are authorized to enter into the

Settlement Agreement either because the Claim involves ordinary course controversies

or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R.

Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of

Controversy And Allow Claims Without Further Court Approval (Docket No. 4414)

entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and

3M stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $502,777.20 and shall

be treated:  (i) as an allowed general unsecured non-priority claim in the amount of

$468,439.26; and (ii) as a reclamation claim in the amount of $34,337.94 against DAS

LLC.

2.      Notwithstanding anything set forth herein to the contrary,

although a portion of the Claim shall be allowed as a reclamation claim in the amount

of $34,337.94, the Debtors reserve the right to seek a judicial determination that certain

Reserved Defenses (as defined by the Twenty-First Omnibus Claims Objection) to such

reclamation claim are valid and that such reclamation claim is not entitled to priority

status.

3.      The Response is hereby withdrawn.

4.      The Settlement Agreement does not impact, alter or affect any other

proofs of claim that 3M has filed against the Debtors and relates solely to those matters

arising out of or related to the Claim.

**(Signatures Continued on Following Page)**

4

Dated:   New York, New York
         January 4, 2008

                                      DELPHI CORPORATION, et al.,
                                      Debtors and Debtors-in-Possession,
                                      By their Bankruptcy Conflicts Counsel,
                                      TOGUT, SEGAL & SEGAL LLP,
                                      By:

                                      _/s/ Neil Berger_____
                                      NEIL BERGER (NB-3599)
                                      A Member of the Firm
                                      One Penn Plaza, Suite 3335
                                      New York, New York 10119
                                      (212) 594-5000

Dated:   New York, New York
         January 3, 2008

                                      3M COMPANY
                                      By its Counsel,
                                      KLESTADT & WINTERS, LLP
                                      By:

                                      /s/ Patrick J. Orr_____
                                      PATRICK J. ORR
                                      292 Madison Avenue, 17th Floor
                                      New York, New York 10017-6314
                                      (212) 972-3000


**SO ORDERED**

This 11th day of January, 2008
in New York, New York


     /s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

5

# EXHIBIT X

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                          :
In re:                                    :
                                          :        Chapter 11
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 [RDD]
                                          :
                        Debtors.          :        Jointly Administered
                                          :
----------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 12813 (CELESTICA INC. AND ITS SUBSIDIARIES)

Delphi Corporation ("Delphi") and certain of its subsidiaries and

affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and

debtors-in-possession in the above-captioned cases (the "Debtors") and Celestica Inc.

and its subsidiaries ("Celestica") respectfully submit this Joint Stipulation And Agreed

Order Compromising And Allowing Proof of Claim Number 12813 (the "Stipulation")

and agree and state as follows:

**WHEREAS,** on October 8 and 14, 2005 (the "Petition Date"), the Debtors,

filed voluntary petitions under chapter 11 of title 11 the United States Code, 11 U.S.C. §§

101 *et seq.*, as then amended, (the "Bankruptcy Code"), in the United States Bankruptcy

Court for the Southern District of New York (the "Bankruptcy Court");  and

**WHEREAS,** on July 28, 2006, Celestica filed proof of claim number 12813

(the "Proof of Claim") against "In re Delphi Corp. et al." asserting an unsecured non-

priority claim in the amount of $1,799,626.39 (the "Claim");  and

**WHEREAS,** on October 31, 2006, the Debtors objected to the Claim and

sought modification and reduction of the Claim to the Debtors' scheduled amount of

$36,370.02 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant

To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C)

Claims Subject To Modification And (ii) Motion To Estimate Contingent And

Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third

Omnibus Claims Objection");  and

**WHEREAS,** on November 22, 2006, Celestica filed its Response to the

Third Omnibus Claims Objection (Docket No. 5744) (the "Response");  and

**WHEREAS,** on September 4, 2007, the Debtors filed their Notice Of

Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No.

12813 (Docket No. 9245);  and

2

WHEREAS, on September 6, 2007, the Debtors filed the *Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession* (the "Plan") (Docket No. 9263);  and

WHEREAS, on September 7, 2007, the Debtors filed their Motion For Order Pursuant to 11 U.S.C. §§ 105(a) And 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures (Docket No. 9297) (the "Claims Estimation Motion"); and

WHEREAS, on September 14, 2007, the Debtors filed the Debtors' Statement of Disputed Issues Regarding Debtors' Objection to Proof of Claim No. 12813 (Docket No. 9357);  and

WHEREAS, on September 28, 2007, the Bankruptcy Court entered an order (the "Claims Estimation Order") (Docket No. 9685) approving the Claims Estimation Motion;  and

WHEREAS, pursuant to the Claims Estimation Order, the Claim was capped in the maximum amount of $1,799,626.39;  and

WHEREAS, on December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (the "First Amended Plan") (Docket No. 11386);  and

WHEREAS, on December 21, 2007, to resolve issues presented by the Third Omnibus Claims Objection and the Response with respect to the Claim, the Debtors and Celestica (each a "Party" and, collectively, the "Parties") entered into a Settlement Agreement (the "Settlement Agreement");  and

3

WHEREAS, pursuant to the Settlement Agreement, the Debtors acknowledge that the Claim shall be allowed against DAS LLC in the amount of $159,999 as a general unsecured non-priority claim;  and

WHEREAS, the Debtors represents that they are authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain *Order Under 11 U.S.C. §§ 363, 502, and 503 and Fed. R. Bankr. P. 9019(b) Authorizing Debtors to Compromise or Settle Certain Classes of Controversy and Allow Claims Without Further Court Approval* (Docket No. 4414) entered by the Bankruptcy Court on June 29, 2006;  and

NOW, THEREFORE, in consideration of the foregoing, the Parties respectfully agree as follows:

1.      The Claim shall be allowed in the amount of $159,999 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

4

2.       Celestica reserves its right to request that the Bankruptcy Court modify the Debtor or Debtors against which the Allowed Claim Amount is asserted at any time prior to the Effective Date (as defined in the First Amended Plan) of the First Amended Plan or any superceding plans.

3.       The Debtors reserve their rights with respect to any such request for modification.

4.       The Third Omnibus Claims Objection is hereby withdrawn with respect to the Claim.

5.       The Response is hereby withdrawn.

6.       The Debtors agree that the Claim shall not be subject to any further objections by the Debtors, and hereby waive any right to seek reconsideration of the allowance of the Claim pursuant to 11 U.S.C. § 502(j), Federal Rule of Bankruptcy Procedure 3008 or otherwise.

7.       This Stipulation does not impact, alter or affect any other proofs of claim that Celestica has on file against the Debtors and relates solely to those matters arising out of or related to the Claim.

**[Concluded on the following page]**

Dated:  New York, New York
December 21, 2007

DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,

TOGUT, SEGAL & SEGAL LLP,

By:

/s/ Neil Berger _____ _____

NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000


Dated:  New York, New York
December 21, 2007


CELESTICA INC. AND ITS SUBSIDIARIES
By their Counsel,
KAYE SCHOLER LLP

By:

/s/ Heath D. Rosenblat _____

HEATH D. ROSENBLAT (HR-6430)
425 Park Avenue
New York, New York 10022
(212) 836-8000



**SO ORDERED**

This <u>11th</u> day of <u>January</u>, 2008
in New York, New York


____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT Y

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                    :
In re                                               :         Chapter 11
                                                    :
      DELPHI CORPORATION, et al.,                   :         Case No. 05-44481 [RDD]
                                                    :
                              Debtors.              :         (Jointly Administered)
                                                    :
------------------------------------------------------------------X


**JOINT STIPULATION AND AGREED ORDER BETWEEN
DELPHI AUTOMOTIVE SYSTEMS LLC AND FEDERAL-MOGUL
CORPORATION TO, AMONG OTHER THINGS, PERMIT SETOFF OF MUTUAL
PRE-PETITION OBLIGATIONS UNDER SECTION 553 OF THE BANKRUPTCY
CODE AND TO DISALLOW AND EXPUNGE CLAIM NUMBER 1111**


**WHEREAS,** on October 8, 2005 (the "Delphi Petition Date"), Delphi

Corporation ("Delphi") and certain of its U.S. subsidiaries, including Delphi

Automotive Systems LLC ("DAS"), (collectively, the "Initial Filers") filed voluntary

petitions for reorganization relief under chapter 11 of title 11 of the United States Code,

11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");  and

**WHEREAS**, on October 14, 2005, three additional U.S. subsidiaries of

Delphi (together with the Initial Filers, collectively, the "Debtors") filed voluntary

petitions in the Bankruptcy Court for reorganization relief under the Bankruptcy Code;

and

**WHEREAS,** the Debtors continue to operate their businesses and manage

their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code;  and

**WHEREAS,** the Bankruptcy Court entered orders directing the joint

administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404);  and

**WHEREAS**, on October 17, 2005, the Office of the United States Trustee

appointed an official committee of unsecured creditors;  and

**WHEREAS**, no trustee or examiner has been appointed in the Debtors'

cases;  and

**WHEREAS**, the Bankruptcy Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper pursuant to 28 U.S.C. §§ 1408

and 1409, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2);  and

**WHEREAS,** on October 28, 2005, the Bankruptcy Court entered a final

order authorizing the Debtors to, among other things, obtain postpetition financing,

utilize cash collateral, and grant adequate protection to prepetition secured parties (the

"Final DIP Order");  and

2

WHEREAS, on January 5, 2007, the Bankruptcy Court entered an order authorizing the Debtors to, among other things, refinance their post-petition financing and pre-petition secured debt (the "Refinancing Order"); and

WHEREAS, paragraph 18 of the Final DIP Order and paragraph 16 of the Refinancing Order establish, among other things, procedures for creditors to assert setoff and/or recoupment rights; and

WHEREAS, on or about December 13, 2005, Federal-Mogul Corporation (the "Claimant") timely filed proof of claim number 1111 against DAS, asserting a claim in the amount of $1,952,349.57 (the "Claim") and asserting that the Claim was secured by a right of setoff; and

WHEREAS, pursuant to the Final DIP Order, by letter dated February 21, 2006 (the "Federal-Mogul Setoff Demand"), Claimant sought authority to exercise a setoff of pre-petition claims and debts between DAS and the Claimant; and

WHEREAS, in the Federal-Mogul Setoff Demand, Claimant asserted that it owed DAS the amount of $2,252,554.05 for pre-petition services and/or goods provided by DAS to the Claimant (the "Payable"); and

WHEREAS, in the Federal-Mogul Setoff Demand, Claimant alleged that DAS owes Claimant the amount of $1,760,265.81 for pre-petition services and/or goods provided by Claimant to DAS (the "Receivable"); and

WHEREAS, Claimant is also a debtor and debtor-in-possession as a result of the filing of voluntary petitions for relief under chapter 11 of the Bankruptcy Code on October 1, 2001 by Claimant and 156 of its affiliated entities (the "Federal-Mogul

3

Debtors") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court");  and

  **WHEREAS**, in Claimant's bankruptcy case, Claimant scheduled the following unsecured non-priority liabilities with respect to the Debtors (collectively, the "Scheduled Liabilities"):  (i) an unsecured claim in the amount of $89,403.23 held by Delphi Packard;  (ii) an unsecured claim in the amount of $810,279.66 held by Delphi Energy & Engine Management;  and (iii) an unsecured claim in the amount of $13,759.20 held by Delphi Packard - El Paso;  and

  **WHEREAS**, on October 26, 2005, the Delaware Bankruptcy Court in the bankruptcy cases of the Federal-Mogul Debtors entered an Order permitting the Federal-Mogul Debtors to effect the settlement of claims asserted against their respective bankruptcy estates pursuant to certain procedures and without the need for further Delaware Bankruptcy Court approval (the "Federal-Mogul Order");  and

  **WHEREAS,** on or about November 8, 2007, the Delaware Bankruptcy Court entered an Order confirming the Fourth Amended Joint Plan of Reorganization (As Modified) (the "Federal-Mogul Plan"), which confirmation was subsequently affirmed by the United States District Court for the District of Delaware on November 14, 2007;  and

  **WHEREAS,** after Claimant became a chapter 11 debtor, but before the Debtors filed for chapter 11 relief, the Debtors asserted in the Claimant's chapter 11 cases a setoff demand of $958,704.86 (the "Delphi Setoff Demand") to which Claimant

4

responded that the Debtors were only entitled to a setoff in the amount of $899,682.89; and

**WHEREAS,** on June 30, 2006, DAS and Claimant (together, the "Parties") entered into that certain Interim Settlement Agreement Between the Debtors and Federal-Mogul Corporation Authorizing Payment of Minimum Payable (the "Interim Settlement Agreement"), pursuant to which Claimant paid the Debtors $484,812.18 pending the Parties' full reconciliation of the Receivable and the Payable; and

**WHEREAS,** on August 24, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected on Debtors' Books and Records, (D) Untimely Claim, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject to Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection"); and

**WHEREAS,** on September 20, 2007, Claimant filed its Response to the Twentieth Omnibus Claims Objection (Docket No. 9453) (the "Response"); and

**WHEREAS**, after arm's length negotiations, DAS and Claimant (together, the "Parties") have reconciled the amounts of the Receivable and the Payable (the "Reconciliation"), as set forth in the summary attached hereto as Exhibit "1"; and

**WHEREAS**, in connection with the Reconciliation, the Parties have entered into this Joint Stipulation and a settlement agreement to settle and resolve: the

5

Twentieth Omnibus Claims Objection as it pertains to the Claim; the Federal-Mogul

Setoff Demand;  and the Delphi Setoff Demand (together with the Federal-Mogul Setoff

Demand, the "Demands") upon the terms set forth herein and in the Settlement

Agreement (the "Settlement Agreement").

   **NOW, THEREFORE,** in consideration of the foregoing, the Parties hereby

stipulate and agree as follows:

   1.  The Joint Stipulation, including the Interim Settlement Agreement

and the Settlement Agreement, each of which are hereby incorporated herein by

reference, constitute an agreement between the Parties hereto and shall become

effective immediately upon the date that is the later of (such later date, the "Effective

Date") (A) entry of an Order of the Bankruptcy Court approving the Settlement

Agreement in the Debtors' chapter 11 cases in accordance with the procedures provided

in the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims,

entered December 7, 2006 (Docket No. 6089) and (B) the Federal-Mogul Allowance Date

(as defined below).

   2.  Exhibit "1" sets forth a summary of the reconciled amounts of the

Receivable and Payable that are the subject of the Demands.

   3.  Consistent with and in accordance with the Federal-Mogul Order,

Claimant will provide thirty (30) days written notice (the "Objection Period") of this

6

proposed Joint Stipulation to the parties designated by the Federal-Mogul Order, and

the Joint Stipulation and the Settlement Agreement shall become effective on the later of

(i) the expiration of the Objection Period and (ii) the entry of an order overruling any

objection becoming final (the "Federal-Mogul Allowance Date").

4.      Upon the Effective Date, Claimant shall be authorized to set off the

amount of the Receivable, as reconciled in Exhibit "1", against the amount of the

Payable, as reconciled in Exhibit "1", pursuant to section 553 of the Bankruptcy Code

(the "Setoff") and paragraph 18 of the Final DIP Order.

5.      Upon the Effective Date, the Claim is hereby disallowed and

expunged in its entirety.

6.      The exercise of the Setoff results in a balance of $112,665.16 that

Claimant owes DAS.   As a result, DAS shall be granted an allowed administrative

expense claim against Claimant in the amount of $112,665.16, which claim shall be

afforded the same treatment under the Federal-Mogul Plan (including, without

limitation, with respect to the timing of payment of such claims) as all other allowed

Chapter 11 administrative expense priority claims in Claimant's bankruptcy case and it

will be paid not later than 10 business days after the date that is the later of (i) Federal-

Mogul Allowance Date and (ii) the effective date of the Federal-Mogul Plan.

7.      The Response is hereby deemed withdrawn.

8.      Upon the Effective Date, this Joint Stipulation shall supersede and

amend (i) any and all proofs of claim filed by the Debtors in the Federal-Mogul Debtors'

bankruptcy cases or that have been filed on its behalf and (ii) any and all claims as listed

in the Federal-Mogul Debtors' Schedules of Assets and Liabilities, including, without

limitation, the Scheduled Liabilities.

9.      This Joint Stipulation may not be modified, amended, or

terminated, nor any of its provisions waived, except by an agreement in writing signed

by all of the Parties.

10.     The agreements, terms, and provisions contained in this Joint

Stipulation shall be binding upon, and inure to the benefit of, the Parties and their

respective legal representatives, predecessors, successors, and assigns, including any

trustee appointed in these chapter 11 cases.

11.     It is expressly understood and agreed that the terms hereof,

including the recital paragraphs, are contractual; that the agreement herein contained

and the consideration transferred hereunder is to compromise the Demands and Claim

and to avoid litigation; and that no statement made herein, payment, release, or other

consideration given shall be construed as an admission by the Parties of any kind or

nature whatsoever.

12.     The Joint Stipulation, including the Interim Settlement Agreement

and the Settlement Agreement each of which are hereby incorporated herein by

reference, constitute the entire agreement between the Parties regarding the resolution

of the Setoff and supersede all other prior agreements and understandings, both written

and oral, between the Parties regarding the Setoff.

8

13.     The signatories below represent that they are authorized to enter into this Joint Stipulation.

14.     This Joint Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

15.     The Bankruptcy Court shall retain original and exclusive jurisdiction over the Parties to interpret and enforce the terms of this Joint Stipulation and to resolve any disputes in connection herewith;  provided, however, in the event a timely objection to this Joint Stipulation is filed with the Delaware Bankruptcy Court

**[Concluded on Following Page]**

pursuant to the Federal-Mogul Order, the Delaware Bankruptcy Court shall have

exclusive jurisdiction to resolve any disputes in connection therewith.

Dated:   New York, New York
         December 21, 2007

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    /s/ Neil Berger
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000

Dated:   Los Angeles, California
         December 21, 2007

                                    FEDERAL-MOGUL CORPORATION and its
                                    affiliates,
                                    By its Attorneys,
                                    SIDLEY AUSTIN LLP
                                    By:

                                    /s/ Jonathan D. Gordon
                                    JONATHAN D. GORDON
                                    555 West Fifth Street, Suite 4000
                                    Los Angeles, California 90013
                                    (213) 896-6000

**SO ORDERED**

This 11th day of January, 2008
in New York, New York


        /s/ Robert D. Drain
    HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE


10

# EXHIBIT Z

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Foley & Lardner LLP | David G. Dragich | 500 Woodward Ave., Suite 2700 | Detroit | MI | 48226 |

# EXHIBIT AA

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Azimuth North America LLC & Related Entities | Robert A. Mothershead, Director & Individual | 18530 Mack Avenue | | Crosse Pointe Farms | MI | 48236 |
| Azimuth North America LLC & Related Entities | Robert A. Mothershead, Director & Individual | 18530 Mack Avenue | Suite 364 | Crosse Pointe Farms | MI | 48236 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2008 5:04 PM
Azimuth special parties

# EXHIBIT BB

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Robert Bosch LLC | c/o Gordon J. Toering | Warner Norcross & Judd LLP | 900 Fifth Third Ctr 111 Lyon St NW | Grand Rapids | MI | 49503-2487 |
| Robert Bosch Corporation | Attn Judith Lowitz Adler | Robert Bosch Corporation | 38000 Hills Tech Dr | Farmington Hills | MI | 48331 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2008 5:14 PM
Robert Bosch Special Parties

# EXHIBIT CC

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Contrarian Funds LLC | Dan Fliman | Kasowitz, Benson, Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:51 AM
12-4 Contrarian SP (Docket No. 11752 and 11413)

# EXHIBIT DD

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State Of New Jersey Division Of Taxation | Tracy E. Richardson, Deputy Attorney General | Anne Milgram, Attorney General Of New Jersey | Richard J. Hughes Complex | Post Office Box 106 | Trenton | NJ | 08625-0106 |
| State Of New Jersey Division Of Taxation | Anne Milgram | Attorney General of New Jersey | Richard J. Hughes Complex | Post Office Box 107 | Trenton | NJ | 08625-0106 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:46 AM
State of NJ

# EXHIBIT EE

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| City of Vandalia | Sarah B. Carter | Pickrel, Schaeffer And Ebeling | 2700 Kettering Tower | 40 North Main Street | Dayton | OH | 45423-2700 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:52 AM
City of Vandalia

# EXHIBIT FF

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| DREIER LLP | Anthony B. Stumbo, Esq. | 499 Park Avenue | | New York | NY | 10022 |
| Quarles & Brady LLP | Scott R. Goldberg | One Renaissance Square | Two North Central Avenue | Phoenix | AZ | 85004-2391 |

# EXHIBIT GG

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Illinois Department of Revenue | William M. Katich,  Assistant Attorney General | Revenue Litigation Bureau -- OFFICE OF THE ATTORNEY GENERAL, LISA MADIGAN | 500 South Second Street | Springfield | IL | 62706 |
| Illinois Department of Revenue | Illinois Department of Revenue | Bankruptcy Administration Unit | 100 W Randolph St #7-410 | Chicago | IL | 60601 |
| Illinois Department of Revenue | Kevin Harlowe | Illinois Department of Revenue Bankruptcy Administration Unit | 100 W Randolph St #7-425 | Chicago | IL | 60601 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:53 AM
IL Dept of Rev

# EXHIBIT HH

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Donald R. and Sarah E. Sweeton | Autin L. McMullen | Boult, Cummings, Conners & Berry, PLC | 1600 Division Street, Suite 700 | P. O. Box 340025 | Nashville | TN | 37203 |

# EXHIBIT II

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Howard County, Indiana | Michael K. McCrory | BARNES & THORNBURG LLP | 11 South Meridian Street | Indianapolis | IN | 46204-3535 |
| Howard County, Indiana | Mark R. Owens | BARNES & THORNBURG LLP | 11 South Meridian Street | Indianapolis | IN | 46204-3535 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:52 AM
Howard Co

# EXHIBIT JJ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Recticel Interiors North America | Jason DeJonker | McDermott Will & Emery LLP | 227 West Monroe Street | | Chicago | IL | 60606 |
| Recticel Interiors North America | David Leinwand | Amroc Investments, LLC | 535 Madison Avenue | 15th Floor | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 1:53 AM
Recticel SP

# EXHIBIT KK

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Cadence Innovation, LLC | Craig E. Freeman | Alston & Bird, LLP | 90 Park Avenue | New York | NY | 10016 |
| Cadence Innovation, LLC | Dennis J. Connolly David A. Wender | Alston & Bird, LLP | 1201 West Peachtree Street | Atlanta | GA | 30309 |

# EXHIBIT LL

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Samtech Corporation and Mtronics.com, Inc. | Maria DiConza | Greenberg Taurig LLP | Metlife Buidling | 200 Park Avenue | New York | NY | 10166 |
| Samtech Corporation and Mtronics.com, Inc. | Shari L. Heyen | | 1000 Luisiana Street | Suite 1800 | Houston | TX | 77002 |
| Samtech Corporation and Mtronics.com, Inc. | M. Leesa Booth | Bradley Arant Rose & White LLP | 1819 Fifth Avenue North | | Birmingham | AL | 35203 |

# EXHIBIT MM

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Binder & Malter | Heinz Binder Wendy W Smith | 2775 Park Ave | Santa Clara | CA | 95050 |
| Ropers Majwski Kohn & Bentley | Andrew L Margulis | 17 State St Ste 2400 | New York | NY | 10004 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 1                    2/6/2008 5:02 PM
17 - Tech Properties special parties

# EXHIBIT NN

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Scott Darryl Reese | c/o 329 Basket Branch | Oxford | MI | 48371-6359 |

# EXHIBIT OO

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Alston & Bird LLP | Attention:  Dennis J. Connolly, Esq. David A. Wender, Esq. | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 |
| Varnum, Riddering, Schmidt & Howlett LLP | Attention: Michael S. McElwee, Esq. | 333 Bridge Street, N.W.  Suite 1700 | Grand Rapids | MI | 49504 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2008 5:03 PM
19 - Furukawa special parties

# EXHIBIT PP

Delphi Corporation
Special Parties

| Claimant | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NuTech Plastics | Douglas M. Tisdale Steven A. Klenda | Tisdale and Associates LLC | 1600 Broadway | Suite 2600 | Denver | CO | 80202 |
| NuTech Plastics | Jay A. Schwartz | Schwartz Law Firm, P.C. | 37887 W 12 Mile Road | Suite A | Farmington Hills | MI | 48331 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2008 5:04 PM
20 - NuTech Special Parties

# EXHIBIT QQ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Contrarian Funds LLC | Dan Fliman | Kasowitz, Benson, Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 |

# EXHIBIT RR

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | City | State | Zip |
|------|-------------------|----------|------|-------|-----|
| Zeichner Ellman & Krause LLP | Attention: Michael Davis, Esq. | 575 Lexington Avenue | New York | NY | 10022 |

# EXHIBIT SS

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | City | State | Zip |
|------|-------------------|----------|------|-------|-----|
| 3M Company, 220-9E-02 | Attention:   Alpha B. Khaldi, Esq. | P.O. Box 33428 | St. Paul | MN | 55133 |
| Klestadt & Winters, LLP | Attention:  Patrick J. Orr, Esq. | 292 Madison Avenue, 17TH Floor | New York | NY | 10017-6314 |

# EXHIBIT TT

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Kaye Scholer LLP | Attn Heath D Rosenblat | Celestica | 425 Park Ave | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2008 5:05 PM
Celestica special parties

# EXHIBIT UU

Delphi Corporation
Special Parties

| Company | Contact | Address | City | State | Zip |
|---------|---------|---------|------|-------|-----|
| SIDLEY AUSTIN LLP | Attention: JONATHAN D. GORDON, Esq. | 555 West Fifth Street, Suite 4000 | Los Angeles | CA | 90013 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 1

2/6/2008 5:08 PM
Federal Mogul Special Parties