IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                                     :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                            Debtors.          :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 8, 2008, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2344 (Onyx Environmental Services Electronics Recycling Div) (Docket No. 12059) [a copy of which is attached hereto as Exhibit C]

2) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 742 (Optical Cable Corporation Inc) (Docket No. 12060) [a copy of which is attached hereto as Exhibit D]

3) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 8676 (Ore Hill Hub Fund Ltd) (Docket No. 12061) [a copy of which is attached hereto as Exhibit E]

4) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14065 (Vector Cantech Inc) (Docket No. 12062) [a copy of which is attached hereto as Exhibit F]

5) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 4263 (Bishop Co) (Docket No. 12063) [a copy of which is attached hereto as Exhibit G]

6) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2938 (Devco Corporation) (Docket No. 12064) [a copy of which is attached hereto as Exhibit H]

7) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 5115 (Machined Products Co) (Docket No. 12065) [a copy of which is attached hereto as <u>Exhibit I</u>]

8) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 10381, 12668, 12670, and 12671, and Disallowing and Expunging Proof of Claim Number 16374 (Contrarian Funds LLC) (Docket No. 12066) [a copy of which is attached hereto as <u>Exhibit J</u>]

9) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10811 (Itautec America, Inc.) (Docket No. 12067) [a copy of which is attached hereto as <u>Exhibit K</u>]

10) Joint Stipulation and Agreed Order Disallowing and Expunging Proof of Claim Number 12183 (MJ Celco) (Docket No. 12068) [a copy of which is attached hereto as <u>Exhibit L</u>]

11) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 813 (Contrarian Funds, LLC as Transferee of Entergy Mississippi Inc.) (Docket No. 12069) [a copy of which is attached hereto as <u>Exhibit M</u>]

12) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 8535, 8537, 8540-8555, and 8557-8563 (Montgomery County Treasurer) (Docket No. 12070) [a copy of which is attached hereto as <u>Exhibit N</u>]

13) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 9080 and 9081 (Benecke-Kaliko AG)) (Docket No. 12071) [a copy of which is attached hereto as <u>Exhibit O</u>]

14) Joint Stipulation and Agreed Order (I) Compromising and Allowing Proof of Claim Number 16573 and (II) Disallowing and Expunging Proof of Claim Number 15221 (Tower Automotive, Inc.) (Docket No. 12072) [a copy of which is attached hereto as <u>Exhibit P</u>]

15) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10203 (Pillarhouse USA Inc) (Docket No. 12084) [a copy of which is attached hereto as <u>Exhibit Q</u>]

16) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16220 and Setting the Maximum Allowed Amount of Proof of Claim Number 16771 (Robert Bosch GMBH) (Docket No. 12249) [a copy of which is attached hereto as <u>Exhibit R</u>]

17) Joint Stipulation and Agreed Order Disallowing and Expunging Proof of Claim Number 11534 (Morgan Advanced Ceramics/Diamonex Products

Division) (Docket No. 12306) [a copy of which is attached hereto as Exhibit S]

18) Stipulation and Order Withdrawing (i) Debtors' Default Application Regarding Furukawa Electric North America APD and Furukawa Electric Co., Ltd. and (ii) Motion to Dismiss by Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 12333) [a copy of which is attached hereto as Exhibit T]

19) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 12336) [a copy of which is attached hereto as Exhibit U]

20) Joint Stipulation and Agreed Order Resolving (A) Objection of Audio MPEG and S.I.S.V.E.L., S.P.A. to (I) Confirmation of First Amended Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession and (II) Assumption of License Agreement and (B) Motion of Audio MPEG, Inc. and SISVEL to Modify Automatic Stay to Perform Audit Under License Agreement (Docket No. 12354) [a copy of which is attached hereto as Exhibit V]

21) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Expunging with Prejudice of Claim Numbers 14070 and 14245 ("Lightsourse Parent Corporation and Guide Corporation Order") (Docket No. 12365) [a copy of which is attached hereto as Exhibit W]

22) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 11244 in the Amount of $0 and Disallowing Claims 11241, 11242, 11243, 11244, 11245, 10590, and 15026 (Denso International America, Inc., Denso Manufacturing Michigan, Inc., Denso Sales California, TBDN Tennessee Company, Associated Fuel Pump Systems Corporation, Denso Manufacturing Athens Tennessee, Inc., and Denso Manufacturing Tennessee, Inc.) (Docket No. 12384) [a copy of which is attached hereto as Exhibit X]

23) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14015 in the Amount of $0 and Disallowing Claim 14016 (Lear Corporation) (Docket No. 12385) [a copy of which is attached hereto as Exhibit Y]

24) Stipulation and Agreed Order Allowing Payment of Certain Fees and Expenses of Heller Ehrman LLP as Ordinary Course Professional (Docket No. 12393) [a copy of which is attached hereto as Exhibit Z]

25) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10724 and Expunging Proof of Claim Number 16491 (Stahl Specialty Company EFT/Thyssenkrupp Stahl Co./SPCP Group,

L.L.C./Deutsche Bank Securities, Inc.) (Docket No. 12412) [a copy of which is attached hereto as <u>Exhibit AA</u>]

26) Joint Stipulation and Agreed Order Allowing Proof of Claim Number 9940 and Expunging Proof of Claim Number 16490 (Waupaca Foundry Inc. n/k/a Thyssenkrupp Waupaca, Inc./SPCP Group, L.L.C./Deutsche Bank Securities Inc.) (Docket No. 12413) [a copy of which is attached hereto as <u>Exhibit BB</u>]

27) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14139 (Serigraph Inc./SPCP Group, LLC/Deutsche Bank Securities, Inc.) (Docket No. 12414) [a copy of which is attached hereto as <u>Exhibit CC</u>]

28) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 9993 (Osram Sylvania, Inc./SPCP Group, LLC/Deutsche Bank Securities Inc.) (Docket No. 12415) [a copy of which is attached hereto as <u>Exhibit DD</u>]

29) Joint Stipulation and Agreed Order Compromising and Reducing Proof of Claim Number 10490 (Donaldson Company, Inc.) (Docket No. 12416) [a copy of which is attached hereto as <u>Exhibit EE</u>]

30) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 12181 (Ohio Edison Company) (Docket No. 12417) [a copy of which is attached hereto as <u>Exhibit FF</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit GG</u> hereto via postage pre-paid U.S. mail:

31) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2344 (Onyx Environmental Services Electronics Recycling Div) (Docket No. 12059) [a copy of which is attached hereto as <u>Exhibit C</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit HH</u> hereto via postage pre-paid U.S. mail:

32) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 742 (Optical Cable Corporation Inc) (Docket No. 12060) [a copy of which is attached hereto as <u>Exhibit D</u>]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit II</u> hereto via postage pre-paid U.S. mail:

33) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 8676 (Ore Hill Hub Fund Ltd) (Docket No. 12061) [a copy of which is attached hereto as <u>Exhibit E</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit JJ</u> hereto via postage pre-paid U.S. mail:

34) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14065 (Vector Cantech Inc) (Docket No. 12062) [a copy of which is attached hereto as <u>Exhibit F</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit KK</u> hereto via postage pre-paid U.S. mail:

35) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 4263 (Bishop Co) (Docket No. 12063) [a copy of which is attached hereto as <u>Exhibit G</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit LL</u> hereto via postage pre-paid U.S. mail:

36) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 2938 (Devco Corporation) (Docket No. 12064) [a copy of which is attached hereto as <u>Exhibit H</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit MM</u> hereto via postage pre-paid U.S. mail:

37) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 5115 (Machined Products Co) (Docket No. 12065) [a copy of which is attached hereto as <u>Exhibit I</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit NN</u> hereto via postage pre-paid U.S. mail:

38) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 10381, 12668, 12670, and 12671, and Disallowing and Expunging Proof of Claim Number 16374 (Contrarian Funds LLC) (Docket No. 12066) [a copy of which is attached hereto as <u>Exhibit J</u>]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit OO</u> hereto via postage pre-paid U.S. mail:

39) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10811 (Itautec America, Inc.) (Docket No. 12067) [a copy of which is attached hereto as Exhibit K]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit PP hereto via postage pre-paid U.S. mail:

40) Joint Stipulation and Agreed Order Disallowing and Expunging Proof of Claim Number 12183 (MJ Celco) (Docket No. 12068) [a copy of which is attached hereto as Exhibit L]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit QQ hereto via postage pre-paid U.S. mail:

41) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 813 (Contrarian Funds, LLC as Transferee of Entergy Mississippi Inc.) (Docket No. 12069) [a copy of which is attached hereto as Exhibit M]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit RR hereto via postage pre-paid U.S. mail:

42) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 8535, 8537, 8540-8555, and 8557-8563 (Montgomery County Treasurer) (Docket No. 12070) [a copy of which is attached hereto as Exhibit N]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit SS hereto via postage pre-paid U.S. mail:

43) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Numbers 9080 and 9081 (Benecke-Kaliko AG)) (Docket No. 12071) [a copy of which is attached hereto as Exhibit O]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit TT hereto via postage pre-paid U.S. mail:

44) Joint Stipulation and Agreed Order (I) Compromising and Allowing Proof of Claim Number 16573 and (II) Disallowing and Expunging Proof of Claim Number 15221 (Tower Automotive, Inc.) (Docket No. 12072) [a copy of which is attached hereto as Exhibit P]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit UU</u> hereto via postage pre-paid U.S. mail:

45) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10203 (Pillarhouse USA Inc) (Docket No. 12084) [a copy of which is attached hereto as <u>Exhibit Q</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit VV</u> hereto via postage pre-paid U.S. mail:

46) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16220 and Setting the Maximum Allowed Amount of Proof of Claim Number 16771 (Robert Bosch GMBH) (Docket No. 12249) [a copy of which is attached hereto as <u>Exhibit R</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit WW</u> hereto via postage pre-paid U.S. mail:

47) Joint Stipulation and Agreed Order Disallowing and Expunging Proof of Claim Number 11534 (Morgan Advanced Ceramics/Diamonex Products Division) (Docket No. 12306) [a copy of which is attached hereto as <u>Exhibit S</u>]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit XX</u> hereto via postage pre-paid U.S. mail:

48) Stipulation and Order Withdrawing (i) Debtors' Default Application Regarding Furukawa Electric North America APD and Furukawa Electric Co., Ltd. and (ii) Motion to Dismiss by Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 12333) [a copy of which is attached hereto as <u>Exhibit T</u>]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit YY</u> hereto via postage pre-paid U.S. mail:

49) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 12336) [a copy of which is attached hereto as <u>Exhibit U</u>]

On February 8, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit ZZ</u> hereto via postage pre-paid U.S. mail:

50) Joint Stipulation and Agreed Order Resolving (A) Objection of Audio MPEG and S.I.S.V.E.L., S.P.A. to (I) Confirmation of First Amended Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession and (II) Assumption of License Agreement and (B) Motion of Audio MPEG, Inc. and SISVEL to Modify Automatic Stay to Perform Audit Under License Agreement (Docket No. 12354) [a copy of which is attached hereto as Exhibit V]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit AAA hereto via postage pre-paid U.S. mail:

51) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Expunging with Prejudice of Claim Numbers 14070 and 14245 ("Lightsourse Parent Corporation and Guide Corporation Order") (Docket No. 12365) [a copy of which is attached hereto as Exhibit W]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit BBB hereto via postage pre-paid U.S. mail:

52) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 11244 in the Amount of $0 and Disallowing Claims 11241, 11242, 11243, 11244, 11245, 10590, and 15026 (Denso International America, Inc., Denso Manufacturing Michigan, Inc., Denso Sales California, TBDN Tennessee Company, Associated Fuel Pump Systems Corporation, Denso Manufacturing Athens Tennessee, Inc., and Denso Manufacturing Tennessee, Inc.) (Docket No. 12384) [a copy of which is attached hereto as Exhibit X]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit CCC hereto via postage pre-paid U.S. mail:

53) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14015 in the Amount of $0 and Disallowing Claim 14016 (Lear Corporation) (Docket No. 12385) [a copy of which is attached hereto as Exhibit Y]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit DDD hereto via postage pre-paid U.S. mail:

54) Stipulation and Agreed Order Allowing Payment of Certain Fees and Expenses of Heller Ehrman LLP as Ordinary Course Professional (Docket No. 12393) [a copy of which is attached hereto as Exhibit Z]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit EEE hereto via postage pre-paid U.S. mail:

55) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10724 and Expunging Proof of Claim Number 16491 (Stahl Specialty Company EFT/Thyssenkrupp Stahl Co./SPCP Group, L.L.C./Deutsche Bank Securities, Inc.) (Docket No. 12412) [a copy of which is attached hereto as Exhibit AA]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit FFF hereto via postage pre-paid U.S. mail:

56) Joint Stipulation and Agreed Order Allowing Proof of Claim Number 9940 and Expunging Proof of Claim Number 16490 (Waupaca Foundry Inc. n/k/a Thyssenkrupp Waupaca, Inc./SPCP Group, L.L.C./Deutsche Bank Securities Inc.) (Docket No. 12413) [a copy of which is attached hereto as Exhibit BB]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit GGG hereto via postage pre-paid U.S. mail:

57) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 14139 (Serigraph Inc./SPCP Group, LLC/Deutsche Bank Securities, Inc.) (Docket No. 12414) [a copy of which is attached hereto as Exhibit CC]

On February 8, 2008, I caused to be served the document listed below upon the parties listed on Exhibit HHH hereto via postage pre-paid U.S. mail:

58) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 9993 (Osram Sylvania, Inc./SPCP Group, LLC/Deutsche Bank Securities Inc.) (Docket No. 12415) [a copy of which is attached hereto as Exhibit DD]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit III hereto via postage pre-paid U.S. mail:

59) Joint Stipulation and Agreed Order Compromising and Reducing Proof of Claim Number 10490 (Donaldson Company, Inc.) (Docket No. 12416) [a copy of which is attached hereto as Exhibit EE]

On February 8, 2008, I caused to be served the document listed below upon the party listed on Exhibit JJJ hereto via postage pre-paid U.S. mail:

60) Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 12181 (Ohio Edison Company) (Docket No. 12417) [a copy of which is attached hereto as Exhibit FF]

Dated: February 21, 2008

_____/s/ Elizabeth Adam_____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of February, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____/s/ Leanne V. Rehder_____

Commission Expires: ___3/2/08_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/19/2008 3:32 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason C. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/19/2008 3:32 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/19/2008 3:32 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 00039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy S. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.L. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Counsel to Wells Manufacturing Co., Inc.; Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Unions Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com erily@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.com | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.com | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarb@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrangegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | 313-963-4614 | attorneystella@sszpc.com | Counsel to Motor City Electric |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

2/19/2008 3:31 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC -08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

2/19/2008 3:31 PM
Email

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 |
| Curtis Mallet Prevost Colt & mosle LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Davis Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Flextronics International | Carrie L Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Freescale Semiconductor Inc | Richard Lee Chambers III | 6501 William Cannon Drive West | MD OE16 | Austin | TX | 78735 |
| Fried Frank Harris Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| Hodgson Russ LLP | Stephen H Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 |
| Honigman Miller Schwartz and Cohn LLP | Frank L Gorman Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Internal Revenue Service | Attn Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Internal Revenue Service | Attn Insolvency Department Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| IUE CWA | Conference Board Chairman | 2360 W Dorothy Lane | Suite 201 | Dayton | OH | 45439 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

2/19/2008 3:06 PM
Master Service List - US MAIL

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Jefferies & Company Inc | William Q Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank NA | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Law Debenture Trust of New York | Daniel R Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Law Debenture Trust of New York | Patrick J Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| McDermott Will & Emery LLP | David D Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Jason J DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Mohsin N Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Peter A Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McTigue Law Firm | Cornish F Hitchcock | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| McTigue Law Firm | J Brian McTigue | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Avenue | | New York | NY | 10022 |
| Northeast Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 |
| O'Melveny & Myers LLP | Tom A Jerman Rachel Janger | 1625 Eye Street NW | | Washington | DC | 20006 |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street NW | Suite 340 | Washington | DC | 20005 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

2/19/2008 3:06 PM
Master Service List - US MAIL

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K Street NW | Suite 340 | Washington | DC | 20005-4026 |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Rothchild Inc | David L Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust William T Russell Jr | 425 Lexington Avenue | | New York | NY | 10017 |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | PO Box 300 | New York | NY | 10036 |
| Spencer Fane Britt & Browne LLP | Daniel D Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| Tyco Electronics Corporation | MaryAnn Brereton Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 |
| United States Trustee | Alicia M Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Warner Stevens LLP | Michael D Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Weil Gotshal & Manges LLP | Harvey R Miller | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

2/19/2008 3:06 PM
Master Service List - US MAIL

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---------|---------|----------|----------|------|-------|-----|
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Airgas Inc | David Boyle | 259 Radnor-Chester Road Suite 100 | PO Box 6675 | Radnor | PA | 19087-8675 |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 |
| Angelo Gordon & Co | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 |
| APS Clearing Inc | Andy Leinhoff  Matthew Hamilton | 1301 S Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 |
| Berry Moorman PC | James P Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 |
| Cage Williams & Abelman PC | Steven E Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 |
| Calinoff & Katz LLp | Dorothy H Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 |
| Colbert & Winstead PC | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 |
| Coolidge Wall Womsley & Lombard Co LPA | Steven M Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 |
| Coolidge Wall Womsley & Lombard Co LPA | Sylvie J Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 |
| Curtis Mallet-Prevost Colt & Mosle LLP | Andrew M Thau | 101 Park Avenue | | New York | NY | 10178-0061 |
| Curtis Mallet-Prevost Colt & Mosle LLP | David S Karp | 101 Park Avenue | | New York | NY | 10178-0061 |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 |
| DiConza Law PC | Gerard DiConza Esq | 630 Third Avenue 7th Floor | | New York | NY | 10017 |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 |
| Dykema Gossett PLLC | Gregory J Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 |
| Fagel Haber LLC | Gary E Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 |
| Genovese Joblove & Battista PA | Craig P Rieders Esq | 100 SE 2nd Street | Suite 4400 | Miami | FL | 33131 |
| Grant & Eisenhofer PA | Geoffrey C Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 |
| Howick Westfall McBryan & Kaplan LLP | Louis G McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 |
| Hunter & Schank Co LPA | John J Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 |
| Hunter & Schank Co LPA | Thomas J Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 |
| Jason Inc | Beth Klimczak General Counsel | 411 E Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 |
| Johnston Harris Gerde & Komarek PA | Jerry W Gerde Esq | 239 E 4th St | | Panama City | FL | 32401 |
| Kelley Drye & Warren LLP | Mark I Bane | 101 Park Avenue | | New York | NY | 10178 |
| Kelley Drye & Warren LLP | Mark R Somerstein | 101 Park Avenue | | New York | NY | 10178 |
| King & Spalding LLP | H Slayton Dabney Jr Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street Suite 1410 | Wilmington | DE | 19801 |
| Klett Rooney Lieber & Schorling | Eric L Schnabel | The Brandywine Building | 1000 West Street Suite 1410 | Wilmington | DE | 19801 |
| Latham & Watkins | John W Weiss | 885 Third Avenue | | New York | NY | 10022 |
| Lord Bissel & Brook LLP | Rocco N Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 |
| McGuirewoods LLP | Elizabeth L Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 |
| Miles & Stockbridge PC | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 |
| Norris McLaughlin & Marcus | Elizabeth L Abdelmasieh Esq | 721 Route 202-206 | PO Box 1018 | Somerville | NJ | 08876 |
| North Point | Michelle M Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 |
| O'Rourke Katten & Moody | Michael C Moody | 161 N Clark Street | Suite 2230 | Chicago | IL | 60601 |
| Paul Weiss Rifkind Wharton & Garrison | Curtis J Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 |
| Pickrel Shaeffer & Ebeling | Sarah B Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 |
| Professional Technologies Services | John V Gorman | PO Box #304 | | Frankenmuth | MI | 48734 |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---------|---------|----------|----------|------|-------|-----|
| Reed Smith | Richard P Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 |
| Republic Engineered Products Inc | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 |
| Ropers Majeski Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 |
| Sachnoff & Weaver Ltd | Charles S Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave | Suite 100 | Bloomfield Hills | MI | 48304 |
| Schiff Hardin LLP | William I Kohn | 6600 Sears Tower | | Chicago | IL | 60066 |
| Shipman & Goodwin LLP | Jennifer L Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 |
| Sony Electronics Inc | Lloyd B Sarakin - Chief Counsel Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 |
| Squire Sanders & Dempsey LLP | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 |
| Steinberg Shapiro & Clark | Mark H Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 |
| Stroock & Stroock & Lavan LLP | Joseph G Minias | 180 Maiden Lane | | New York | NY | 10038 |
| Swidler Berlin LLP | Robert N Steinwurtzel | The Washington Harbour | 3000 K Street NW Suite 300 | Washington | DC | 20007 |
| Togut Segal & Segal LLP | Albert Togut Esq | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| United Steel Paper and Forestry Rubber Manufacturing Energy | Allied Industrial and Service Workers Intl Union USW AFL-CIO | David Jury Esq | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 |
| Vorys Sater Seymour and Pease LLP | Robert J Sidman Esq | 52 East Gay Street | PO Box 1008 | Columbus | OH | 43216-1008 |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 |
| Warner Stevens LLP | Michael D Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 |
| Winstead Sechrest & Minick PC | Berry D Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 |
| WL Ross & Co LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 |

# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 2344
(Onyx Environmental Services Electronics Recycling Div)

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Onyx Environmental Services Electronics Recycling Div ("Onyx Environmental Services Electronics Recycling Div") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2344 (Onyx Environmental Services Electronics Recycling Div) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on March 21, 2006, Onyx Environmental Services Electronics Recycling Div filed proof of claim number 2344 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $1,213.39 (the "Claim").

WHEREAS, on January 12, 2007, the Debtors objected to the Claim pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, and (C) Untimely Claims (Docket No. 6585) (the "Objection").

WHEREAS, the Onyx Environmental Services Electronics Recycling Div served the Debtors with its undocketed response to the Objection (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Onyx Environmental Services Electronics Recycling Div have agreed to enter into this Stipulation.

2

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $1,213.39.

WHEREAS, Onyx Environmental Services Electronics Recycling Div acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Onyx Environmental Services Electronics Recycling Div stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $1,213.39 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2.      The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008

_____<u>/s/Robert D. Drain</u>_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| <u>/s/ John K. Lyons</u>             | <u>/s/ Kim Gelinski</u>           |
| John Wm. Butler, Jr. | Onyx Environmental Services Electronics |
| John K. Lyons | Recycling Div |
| Ron E. Meisler | |
| SKADDEN, ARPS, SLATE, MEAGHER | By:  <u>Kim Gelinski</u>           |
|     & FLOM LLP | Address: <u>1275 Mineral Springs Dr.</u>    |
| 333 West Wacker Drive, Suite 2100 |        <u>Port Washington, Wisconsin 53074</u> |
| Chicago, Illinois  60606-1285 | Phone:<u> (262) 243-8910</u>        |
| (312) 407-0700 | Email:<u> kim.gelinsky@veoliaes.com</u>    |

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :
          In re                             :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05–44481 (RDD)
                                            :
                         Debtors.           :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 742
(Optical Cable Corporation Inc)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Optical Cable Corporation Inc ("Optical Cable Corporation Inc") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 742 (Optical Cable Corporation Inc) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on November 21, 2005, Optical Cable Corporation Inc filed proof of claim number 742 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $4,376.98 (the "Claim").

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Ninth Omnibus Claims Objection") (Docket No. 6968) (the "Objection").

WHEREAS, on March 12, 2007, Optical Cable Corporation Inc filed its response to the Objection (Docket No. 7227) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Connection Systems and Optical Cable Corporation Inc have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Connection Systems acknowledges and agrees that the Claim shall be allowed against Delphi Connection Systems in

2

the amount of $2,579.97.

WHEREAS, Optical Cable Corporation Inc acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Connection Systems is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Optical Cable Corporation Inc stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $2,579.97 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Connection Systems.

2.      The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008


_____<u>/s/Robert D. Drain</u>_____
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

<u>/s/ John K. Lyons</u>_____                <u>/s/ Judith W. Price</u>_____
John Wm. Butler, Jr.                                    Optical Cable Corporation Inc
John K. Lyons
Ron E. Meisler                                         By: <u>Judith W. Price</u>_____
SKADDEN, ARPS, SLATE, MEAGHER                          Address: <u>5290 Concourse Drive</u>
   & FLOM LLP                                                    <u>Roanake, VA 24019</u>
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                          _____
(312) 407-0700                                         Phone: <u>540-777-0564</u>
                                                       Email: <u>jprice@occfiber.com</u>


                    - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, _____, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response::    _____
By:         _____
Name:       _____
Title:      _____

Date:       _____

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 8676
(Ore Hill Hub Fund Ltd)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Ore Hill Hub Fund Ltd ("Ore Hill Hub Fund Ltd") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8676 (Ore Hill Hub Fund Ltd) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 27, 2006, Liquidity Solutions dba Revenue Management filed proof of claim number 8676 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $330,095.92 (the "Claim").

WHEREAS, on March 16, 2007, the Debtors objected to the Claim pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Eleventh Omnibus Claims Objection") (Docket No. 7301) (the "Objection").

WHEREAS, on April 13, 2007 Castrol Industrial North America filed its response to the Objection (Docket No. 7668) (the "Response").

WHEREAS, on October 31, 2006, Liquidity Solutions dba Revenue Management assigned its interest in the Claim to Ore Hill Hub Fund Ltd pursuant to a Notice of Transfer (Docket No. 5445).

WHEREAS, to resolve the Objection with respect to the Claim, Delphi

2

Automotive Systems LLC and Ore Hill Hub Fund Ltd have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $245,023.06.

WHEREAS, Ore Hill Hub Fund Ltd acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Ore Hill Hub Fund Ltd stipulate and agree as follows:

1.    The Claim shall be allowed in the amount of $245,023.06 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2.    The Response to the Objection shall be deemed withdrawn with prejudice.

3

So Ordered in New York, New York, this <u>11th</u> day of January 2008

<u>      /s/Robert D. Drain                              </u>
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

<u>/s/ John K. Lyons                                   </u>        <u>/s/ Claude Baum                                    </u>
John Wm. Butler, Jr.                        Ore Hill Hub Fund Ltd
John K. Lyons
Ron E. Meisler                               By: <u>Claude Baum, Esq.              </u>
SKADDEN, ARPS, SLATE, MEAGHER        Address: <u> 650 Fifth Avenue           </u>
   & FLOM LLP                                       <u>   Ninth Floor               </u>
333 West Wacker Drive, Suite 2100                 <u>   New York, New York        </u>
Chicago, Illinois  60606-1285           Phone: <u> (212) 389-2356              </u>
(312) 407-0700                          Email: <u> cbaum@orehill.com           </u>

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, <u>Castrol Industrial North America</u>, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response::    <u>Castrol Industrial North America</u>
By:    <u>/s/ James Carr</u>
Name:    <u>James Carr, Esq.</u>
Title:    <u>Kelley Drye & Warren LLP</u>

Date:    <u>December 20, 2007</u>

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
        In re                           :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05–44481 (RDD)
                                        :
               Debtors.                 :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 14065
(Vector Cantech Inc)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Vector Cantech Inc(the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14065 (Vector Cantech Inc) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, in October 2005, Vector Cantech Inc submitted a reclamation demand (the "Reclamation Demand") to the Debtors.

WHEREAS, on July 31, 2006, Vector Cantech Inc filed proof of claim number 14065 against Delphi Automotive Systems LLC asserting a claim in the amount of $267,735.70 (the "Claim").

WHEREAS, on July 13, 2007, the Debtors objected to the Claim pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims ("Nineteenth Omnibus Claims Objection") (Docket No. 8617) (the "Objection").

WHEREAS, on August 09, 2007, Vector Cantech Inc filed its response to the Objection (Docket No. 8991) (the "Response").

2

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Vector Cantech Inc have agreed to enter into this Stipulation.

WHEREAS, pursuant to this Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $249,253.70.

WHEREAS, Vector Cantech Inc further acknowledges that it will waive the right to seek administrative priority status for any portion of the Claim on the grounds that it has a reclamation claim against the Debtors.

WHEREAS, Vector Cantech Inc acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Vector Cantech Inc stipulate and agree as follows:

1.    The Claim shall be allowed in the amount of $249,253.70 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

3

2.       Vector Cantech Inc waives its right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for any portion of the Claim on the grounds that it has a reclamation claim against the Debtors on account of the Reclamation Demand.

3.       The Reclamation Demand shall be deemed withdrawn with prejudice.

4.       The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this 11th day of January 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Bruce D. Emaus

Vector Cantech Inc

| | |
|---|---|
| By: | Bruce D. Emaus, President |
| Address: | 39500 Orchard Hill Place |
| | Suite 550 |
| | Novi, Michigan 48375 |
| Phone: | (248) 449-9290 |
| Email: | bruce.emaus@vector-cantech.com |

5

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, Jonathan Green , who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response::          Jonathan Green, Miller Canfield
                          Paddock & Stone PLC

By:       /s/ Jonathan Green
Name:     Jonathan Green
Title:    Counsel

Date:     December 18, 2007

6

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 4263
<u>(Bishop Co)</u>

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Bishop Co ("Bishop Co") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 4263 (Bishop Co) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 01, 2006, Bishop Co filed proof of claim number 4263 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $7,210.00 (the "Claim").

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Ninth Omnibus Claims Objection") (Docket No. 6968) (the "Objection").

WHEREAS, the Bishop Co served the Debtors with its undocketed response to the Objection (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Bishop Co have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems

LLC in the amount of $5,890.00.

WHEREAS, Bishop Co acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Bishop Co stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $5,890.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2.      The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008

_____/s/Robert D. Drain_____

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____

John Wm. Butler, Jr.

John K. Lyons

Ron E. Meisler

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

333 West Wacker Drive, Suite 2100

Chicago, Illinois  60606-1285

(312) 407-0700

- and –

Kayalyn A. Marafioti

Thomas J. Matz

Four Times Square

New York, New York  10036

(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

/s/ Kimberly A. Williamson
_____

Bishop Co

By:  __Kimberly A. Williamson_____

Address:  _1125 E. Milham Rd._____

_Kalamazoo, Michigan  49002__

Phone: _(269) 381-9416_____

Email:  __kwilliamson@explainers.com

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 2938
(Devco Corporation)

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Devco Corporation ("Devco Corporation") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2938 (Devco Corporation) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on April 27, 2006, Devco Corporation filed proof of claim number 2938 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $3,445.73 (the "Claim").

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Ninth Omnibus Claims Objection") (Docket No. 6968) (the "Objection").

WHEREAS, on March 08, 2007,Devco Corporation filed its response to the Objection (Docket No. 7219) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Devco Corporation have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems

2

LLC in the amount of $3,445.73.

WHEREAS, Devco Corporation acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Devco Corporation stipulate and agree as follows:

1.     The Claim shall be allowed in the amount of $3,445.73 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2.     The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008


<u>    /s/Robert D. Drain    </u>
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| <u>/s/ John K. Lyons</u> | <u>/s/ Bill Durnan</u> |
|---|---|
| John Wm. Butler, Jr. | Devco Corporation |
| John K. Lyons | |
| Ron E. Meisler | By: <u>Bill Durnan</u> |
| SKADDEN, ARPS, SLATE, MEAGHER | Address: <u>300 Lanidex Plaza</u> |
| & FLOM LLP | <u>        Parsippany, NJ 07054</u> |
| 333 West Wacker Drive, Suite 2100 | Phone: <u>973-781-0200</u> |
| Chicago, Illinois  60606-1285 | Email: <u>bdurnan@aol.com</u> |
| (312) 407-0700 | |

- and –

  Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, _____, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response:: _____
By: _____
Name: _____
Title: _____

Date: _____

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
                               :
In re                     :         Chapter 11
                               :
DELPHI CORPORATION, et al.,     :         Case No. 05–44481 (RDD)
                               :
            Debtors.     :         (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 5115
(Machined Products Co)

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Machined Products Co ("Machined Products Co") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 5115 (Machined Products Co) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 08, 2006, Machined Products Co filed proof of claim number 5115 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $210,634.01 (the "Claim").

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement ("Thirteenth Omnibus Claims Objection") (Docket No. 7825) (the "Objection").

WHEREAS, on May 30, 2007,Machined Products Co filed its response to the Objection (Docket No. 8181) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi

2

Automotive Systems LLC and Machined Products Co have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $164,214.16.

WHEREAS, Machined Products Co acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Machined Products Co stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $164,214.16 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2.      The Response to the Objection shall be deemed withdrawn with prejudice.

3

So Ordered in New York, New York, this <u>11th</u> day of January, 2008

    /s/Robert D. Drain

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Mohammed Quershi |
| John Wm. Butler, Jr. | Machined Products Co |
| John K. Lyons | |
| Ron E. Meisler | By: <u>Mohammed Quershi</u> |
| SKADDEN, ARPS, SLATE, MEAGHER | Address: <u>2121 Landmeier Road</u> |
|   & FLOM LLP | <u>Elk Grove Village, IL 60007</u> |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Phone: <u>847-718-1300</u> |
| (312) 407-0700 | Email: <u>mo@machinedproducts.com</u> |

- and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, _____, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response::    _____
By:        _____
Name:      _____
Title:     _____

Date:      _____

# EXHIBIT J

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                 Debtors.                 :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING
PROOFS OF CLAIM NUMBERS 10381, 12668, 12670, AND 12671, AND
DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 16374
(CONTRARIAN FUNDS LLC)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), Delphi Connections Systems ("Delphi Connections"), and Delphi Mechatronic Systems, Inc. ("Mechatronic"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Contrarian Funds LLC ("Contrarian") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 10381, 12668, 12670, And 16271, And Disallowing And Expunging Proof Of Claim Number 16374 (Contrarian Funds LLC) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS on October 13, 2005, ETCO Automotive Products ("ETCO") submitted a demand to the Debtors asserting a reclamation claim in the amount of $25,306.20 (the "Reclamation Demand").

WHEREAS on March 27, 2006, the Debtors and Contrarian entered into a letter agreement (the "Reclamation Letter Agreement") with respect to the Reclamation Demand, whereby the Debtors and Contrarian acknowledge and agree that the valid amount of the Reclamation Demand is $1,072.80 (the "Reclamation Claim"), the priority of which remains subject to the Debtors' right to seek, at any time and notwithstanding Contrarian's agreement to the amount set forth in the Reclamation Letter Agreement, a judicial determination that certain Reserved Defenses (as defined in the Reclamation Letter Agreement) are valid.

WHEREAS, on July 24, 2006, Contrarian, as assignee of ETCO, filed proof of claim number 10381 ("Proof of Claim No. 10381"), asserting a general unsecured non-priority

2

claim in the amount of $166,195.72 against DAS LLC based on the sale of goods.

WHEREAS, on July 28, 2006, Contrarian, as assignee of Plastic Decorators Inc., filed proof of claim number 12668 ("Proof of Claim No. 12668"), proof of claim number 12670 ("Proof of Claim No. 12670"), and proof of claim number 12671 ("Proof of Claim No. 12671"), each asserting a general unsecured non-priority claim in the amount of $184,138.31 based on the sale of goods. Proof of Claim No. 12668 was asserted against DAS LLC. Proof of Claim No. 12670 was asserted against Delphi Connections. Proof of Claim No. 12671 was asserted against Mechatronic.

WHEREAS, on October 18, 2006, Contrarian, as assignee of ETCO, filed proof of claim number 16374 ("Proof of Claim No. 16374," and together with Proofs of Claim Nos. 10381, 12668, 12670, and 12671, the "Claims"), asserting a general unsecured non-priority claim in the amount of $170,899.32 against DAS LLC based on the sale of goods.

WHEREAS, on February 15, 2007, the Debtors objected to Proofs of Claim Numbers 12668 and 16374 pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 15, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Eighth And Ninth Omnibus Claims Objections (Docket No. 7276) (the "Ninth Response").

WHEREAS, on March 16, 2007, the Debtors objected to Proofs of Claim Numbers 12670 and 12671 pursuant to the Debtors' Eleventh Omnibus Objection (Substantive)

3

Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely

Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus

Claims Objection").

WHEREAS, on April 13, 2007, Contrarian filed its Response Of Contrarian

Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objections (Docket No. 7672)

(the "Eleventh Response").

WHEREAS, on April 27, 2007, the Debtors objected to Proof of Claim Number

10381 pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11

U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance

Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely

Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject

To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket

No. 7825) (together with the Ninth Omnibus Claims Objection and the Eleventh Omnibus

Claims Objection, the "Claims Objections").

WHEREAS, on May 23, 2007, Contrarian filed its Omnibus Response Of

Contrarian Funds, LLC To Debtors' Twelfth And Thirteenth Omnibus Claims Objections

(Docket No. 8001) (together with the Ninth and Eleventh Responses, the "Responses").

WHEREAS, on January 3, 2008, to resolve the Claims Objections with respect to

the Claims, DAS LLC, Delphi Connections, Mechatronic, and Contrarian entered into a

settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

4

agrees that Proof of Claim No. 10381 shall be allowed against DAS LLC in the amount of

$166,195.72.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Proof of Claim No. 12668 shall be allowed against DAS LLC in the amount of

$9,252.30.

WHEREAS, pursuant to the Settlement Agreement, Delphi Connections

acknowledges and agrees that Proof of Claim No. 12670 shall be allowed against Delphi

Connections in the amount of $60,734.68.

WHEREAS, pursuant to the Settlement Agreement, Mechatronic acknowledges

and agrees that Proof of Claim No. 12671 shall be allowed against Mechatronic in the amount of

$23,207.52.

WHEREAS, pursuant to the Settlement Agreement, Contrarian agrees that Proof

of Claim No. 16374 shall be disallowed and expunged in its entirety.

WHEREAS, nothing in this Joint Stipulation and Agreed Order, including without

limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any

transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to

Contrarian.  Notwithstanding anything in this Joint Stipulation and Agreed Order to the contrary

including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the

right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize

any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly

reserve the right to contest the same.

WHEREAS, DAS LLC, Delphi Connections, and Mechatronic are authorized to

enter into the Settlement Agreement either because the Claims involve ordinary course

controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1.      Proof of Claim No. 10381 shall be allowed in the amount of $166,195.72 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC, provided, however, that Contrarian reserves the right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for $1,072.80 of Proof of Claim No. 10381 on the grounds that Contrarian has a valid reclamation claim in the amount of $1,072.80 and the Debtors reserve the right to seek, at any time and notwithstanding Contrarian's agreement to the amount set forth in the Reclamation Letter Agreement, a judicial determination that the Reserved Defenses are valid.

2.      Proof of Claim No. 12668 shall be allowed in the amount of $9,252.30 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Proof of Claim No. 12670 shall be allowed in the amount of $60,734.68 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Connections.

4.      Proof of Claim No. 12671 shall be allowed in the amount of $23,207.52 and shall be treated as an allowed general unsecured non-priority claim against the estate of Mechatronic.

5.      Proof of Claim No. 16374 shall be disallowed and expunged in its entirety.

6.    The Claims Objections and the Responses are deemed resolved with

respect to the Claims.


So Ordered in New York, New York, this <u>11th</u> day of January, 2008


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

*/s/ John K. Lyons*
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

              - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

*/s/ Daniel A. Fliman*
David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 10811
(ITAUTEC AMERICA, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Itautec America, Inc. ("Itautec") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10811 (Itautec America, Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 25, 2006, Ituatec filed proof of claim number 10811 against DAS LLC, asserting an unsecured non-priority claim in the amount of $233,753.69 (the "Claim") arising from goods delivered prior to the Petition Date and cancellation claims.

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 14, 2007, Itautec filed Itautec America, Inc.'s Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7241) (the "Response").

WHEREAS, on December 18, 2007, to resolve the Ninth Omnibus Claims Objection with respect to the Claim, DAS LLC and Itautec entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

2

agrees that the Claim shall be allowed against DAS LLC in the amount of $233,753.69.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Itautec stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $233,753.69 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Itautec's Response to the Ninth Omnibus Claims Objection is deemed resolved.

So Ordered in New York, New York, this <u>11th</u> day of January, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

*/s/ John K. Lyons*
_____
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

           - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

*/s/ Joanne Gelfand*
_____
Joanne Gelfand
AKERMAN SENTERFITT
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL  33301
(954) 463-2700

Attorneys for Itautec America, Inc.

# EXHIBIT L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 12183
(MJ CELCO)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and MJ Celco ("MJ Celco"), respectfully submit this Joint Stipulation Disallowing And Expunging Proof Of Claim Number 12183 (MJ Celco), and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, MJ Celco filed proof of claim number 12183 against Delphi, which asserts an unsecured non-priority claim in the amount of $800,000.00 (the "Claim") stemming from unpaid invoices for labor and materials provided by MJ Celco for the sale of goods to Delphi.

WHEREAS, on May 22, 2007, the Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject to Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

WHEREAS, on June 18, 2007, MJ Celco filed its Response Of MJ Celco In Support Of Claim No. 12183, Which Is Subject To An Objection Raised In Debtors' Fifteenth Omnibus Objection (Claim No. 12183) (Docket No. 8290) (the "Response").

WHEREAS, the Debtors acknowledge that they have no claims arising prior to the Petition Date against MJ Celco for payment for goods sold and/or related adjustments and reserve their right to assert a claim against MJ Celco for any defective goods sold prior to the

2

Petition Date.

THEREFORE, the Debtors and MJ Celco stipulate and agree as follows:

1.     Proof of claim number 12183 shall be disallowed and expunged in its

entirety.

2.     MJ Celco shall withdraw its Response to the Fifteenth Omnibus Claims

Objection with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

*/s/ John K. Lyons*
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

*/s/ Robert D. Nachman*
Robert D. Nachman
Schwartz Cooper Chartered
180 N. LaSalle Street
Chicago, Illinois 60601

Attorneys for MJ Celco

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

3

# EXHIBIT M

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 813
<u>(CONTRARIAN FUNDS, LLC AS TRANSFEREE OF ENTERGY MISSISSIPPI INC.)</u>

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Contrarian Funds, LLC ("Contrarian") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 813 (Contrarian Funds LLC As Transferee Of Entergy Mississippi Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on November 22, 2005, Entergy Mississippi Inc. ("Entergy Mississippi") filed proof of claim number 813 against DAS LLC, asserting an unsecured non-priority claim in the amount of $963,099.68 (the "Claim") arising from services provided.

WHEREAS, on February 15, 2007, Entergy Mississippi transferred its interest in the Claim to Contrarian pursuant to a Notice of Transfer (Docket No. 6972).

WHEREAS, on May 22, 2007, the Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation  (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

WHEREAS, on June 19, 2007, Contrarian filed its Omnibus Response Of Contrarian Funds, LLC To Debtors' Fourteenth And Fifteenth Omnibus Claims Objections (Docket No. 8320) (the "Response").

WHEREAS, on January 3, 2008, to resolve the Fifteenth Omnibus Claims

2

Objection with respect to the Claim, DAS LLC and Contrarian entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $363,099.68.

WHEREAS, nothing in this Joint Stipulation and Agreed Order, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that the transfer of the Claim constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation and Agreed Order to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize the transfer of the Claim as a sale to Contrarian or to characterize the transfer of the Claim as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $363,099.68 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3

2.        The Fifteenth Omnibus Claims Objection and the Response, with respect

to the Claim, are deemed resolved by the terms of the Settlement Agreement.

So Ordered in New York, New York, this <u>11th</u> day of January, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

*/s/ John Wm. Butler, Jr.*                          */s/ Daniel A. Fliman*
John Wm. Butler, Jr.                               David S. Rosner
John K. Lyons                                      Adam L. Shiff
Ron E. Meisler                                     Jeffrey R. Gleit
SKADDEN, ARPS, SLATE, MEAGHER                      Daniel A. Fliman
   & FLOM LLP                                       KASOWITZ, BENSON, TORRES &
333 West Wacker Drive, Suite 2100                  FRIEDMAN LLP
Chicago, Illinois  60606-1285                      1633 Broadway
(312) 407-0700                                     New York, New York 10019
                                                   (212) 506-1700

                                                   Attorneys for Contrarian Funds, LLC

                    - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT N

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
            In re                       :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05–44481 (RDD)
                                        :
                    Debtors.            :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND
ALLOWING PROOFS OF CLAIM NUMBERS 8535, 8537, 8540, 8541, 8542,
8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555,
8557, 8558, 8559, 8560, 8561, 8562, AND 8563
(MONTGOMERY COUNTY TREASURER)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Montgomery County Treasurer ("Montgomery County") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 8535, 8537, 8540, 8541, 8542, 8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559, 8560, 8561, 8562, and 8563 (Montgomery County Treasurer) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 26, 2006 Montgomery County filed proofs of claim numbers 8535, 8537, 8540, 8541, 8542, 8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559, 8560, 8561, 8562, 8563 against Delphi, which assert secured claims in the aggregate amount of $3,227,517.57 (collectively, the "Claims") arising from taxes allegedly owed by Delphi to Montgomery County, in the amounts set forth below:

| Proof of Claim | Claim Amount As Docketed |
|----------------|--------------------------|
| 8535 | $9,984.48 |
| 8537 | $13,321.05 |
| 8540 | $55.96 |
| 8541 | $583,848.54 |
| 8542 | $4,329.83 |
| 8543 | $9,370.62 |
| 8544 | $132,479.24 |
| 8545 | $182,850.01 |
| 8546 | $2,628.90 |
| 8547 | $578,440.64 |
| 8548 | $35,659.30 |
| 8549 | $1,179,183.93 |

2

| 8550 | $78,139.90 |
| 8551 | $1,089.88 |
| 8552 | $938.16 |
| 8553 | $72,963.37 |
| 8554 | $32,104.56 |
| 8555 | $237.40 |
| 8557 | $1,516.63 |
| 8558 | $882.12 |
| 8559 | $1,165.11 |
| 8560 | $492.69 |
| 8561 | $26,607.06 |
| 8562 | $97.46 |
| 8563 | $279,130.73 |

WHEREAS, on June 15, 2007, the Debtors objected to proof of claim number 8537 (Claim No. 8537) and proofs of claim numbers 8535, 8540, 8541, 8542, 8543, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559, 8560, 8561, and 8562, 8563 (collectively, the "Additional Claims") pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation  (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on August 9, 2007, Montgomery County filed its Response Of Montgomery County, Ohio To Debtors' Seventeenth Omnibus Objection  (Docket No. 9010) (the "Response").

WHEREAS, on September 4, 2007, Claim No. 8537 was modified to the amount of $4,787.82 and the hearing regarding the Seventeenth Omnibus Claims Objection to the Additional Claims was adjourned to a future hearing date pursuant to the Order Pursuant To 11

3

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Modifying Certain Claims Identified In Seventeenth

Omnibus Claims Objection On Exhibit E-2 (Docket No. 9223).

WHEREAS, on July 13, 2007, the Debtors objected to proof of claim number

8544 (Claim No. 8544) pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive)

Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely

Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No.

8617).

WHEREAS, on August 4, 2007, Claim No. 8544 was modified to the amount of

$32,423.82 pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007

Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To

Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation,

And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims

Objection (Docket No. 9225).

WHEREAS, on December 14, 2007, to resolve the Seventeenth Omnibus Claims

Objection with respect to the Claims, DAS LLC and Montgomery County entered into a

settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that the Claims shall be allowed against DAS LLC in the aggregate amount of

$1,177,095.94 .

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement

4

either because the Claims involve ordinary course controversies or pursuant to that certain

Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.

9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June

26, 2007.

THEREFORE, the Debtors and Montgomery County stipulate and agree as

follows:

1.      The Claims shall be allowed in the amounts set forth below and shall be

treated as allowed secured claims against the estate of DAS LLC:

| Proof of Claim | Claim Amount As Modified And Allowed |
|---|---|
| 8535 | $3,600.61 |
| 8537 | $4,787.82 |
| 8540 | $13.71 |
| 8541 | $209,844.35 |
| 8542 | $1,059.72 |
| 8543 | $3,367.94 |
| 8544 | $32,423.82 |
| 8545 | $65,719.34 |
| 8546 | $944.88 |
| 8547 | $207,900.92 |
| 8548 | $12,816.60 |
| 8549 | $444,646.98 |
| 8550 | $28,084.71 |
| 8551 | $391.74 |
| 8552 | $337.21 |
| 8553 | $26,224.18 |
| 8554 | $23,129.72 |
| 8555 | $85.35 |
| 8557 | $549.17 |
| 8558 | $319.10 |
| 8559 | $285.63 |
| 8560 | $343.59 |
| 8561 | $9,820.72 |
| 8562 | $35.13 |
| 8563 | $100,363.00 |

2.      Montgomery County shall withdraw its Response to the Seventeenth

Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Douglas M. Trout |
| John Wm. Butler, Jr. | Douglas M. Trout |
| John K. Lyons | Assistant Prosecuting Attorney |
| Ron E. Meisler | Montgomery County, Ohio |
| SKADDEN, ARPS, SLATE, MEAGHER | MATHIAS H. HECK, JR. PROSECUTING |
| & FLOM LLP | ATTORNEY |
| 333 West Wacker Drive, Suite 2100 | 301 West Third Street |
| Chicago, Illinois  60606-1285 | P.O. Box 972 |
| (312) 407-0700 | Dayton Ohio 45422 |
| | (937) 225-5607 |

Attorneys for Montgomery County Treasurer

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

# EXHIBIT O

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
                                      :
        In re                         :        Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :        Case No. 05–44481 (RDD)
                                      :
                Debtors.              :        (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBERS 9080 AND 9081
(BENECKE-KALIKO AG)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Benecke-Kaliko AG ("Benecke"), and Longacre Master Fund, Ltd. ("Longacre") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Numbers 9080 And 9081 (Benecke-Kaliko AG) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 6, 2006, Benecke filed proof of claim number 9080 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $66,748.15 ("Claim Number 9080") stemming from the sale of goods to DAS LLC.

WHEREAS, on July 6, 2006, Benecke filed proof of claim number 9081 against DAS LLC, asserting an unsecured non-priority claim in the amount of $72,359.49 ("Claim Number 9081," and together with Claim Number 9080, the "Claims") arising from the sale of goods to DAS LLC.

WHEREAS, on April 2, 2007, Benecke assigned its interests in Claim Numbers 9080 and 9081 to Longacre pursuant to Notice of Transfers (Docket No. 7543 and Docket No. 7544, respectively).

WHEREAS, on June 15, 2007, the Debtors objected to Claim Number 9080 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims,

2

(B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected

On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E)

Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims

Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

      WHEREAS, on July 13, 2007, the Debtors objected to Claim Number 9081

pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims

Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting

Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the

"Nineteenth Omnibus Claims Objection").

      WHEREAS, on July 12, 2007, Benecke filed its Response of Benecke-Kaliko AG

To Debtors' Seventeenth Omnibus Objection To Claim No. 9080 (Docket No. 8578) (the

"Response To Seventeenth Omnibus Claims Objection").

      WHEREAS, on August 9, 2007, Benecke filed its Response of Benecke-Kaliko

AG To Debtors' Nineteenth Omnibus Objection To Claim No. 9081 (Docket No. 8959) (the

"Response To Nineteenth Omnibus Claims Objection," and together with the Response To

Seventeenth Omnibus Claims Objection, the "Responses").

      WHEREAS, on December 21, 2007, to resolve the Seventeenth and Nineteenth

Omnibus Claims Objections with respect to the Claims, DAS LLC, Benecke, and Longacre

entered into a settlement agreement (the "Settlement Agreement").

      WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim Number 9080 shall be allowed against DAS LLC in the amount of $66,748.15.

3

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim Number 9081 shall be allowed against DAS LLC in the amount of $58,011.13.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors, Benecke, and Longacre stipulate and agree as follows:

1.    Claim Number 9080 shall be allowed in the amount of $66,748.15 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.    Claim Number 9081 shall be allowed in the amount of $58,011.13 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.    The Seventeenth Omnibus Objection with respect to Claim Number 9080 and Benecke's Response To Seventeenth Omnibus Claims Objection are deemed resolved by the terms of the Settlement Agreement.

4.      The Nineteenth Omnibus Objection with respect to Claim Number 9081

and Benecke's Response To Nineteenth Omnibus Claims Objection are deemed resolved by the

terms of the Settlement Agreement.


So Ordered in New York, New York, this <u>11th</u> day of January, 2008


                                    _____/s/Robert D. Drain_____
                                      UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| */s/ John K. Lyons* | */s/ Nathan Wheatley* |
| John Wm. Butler, Jr. | Nathan Wheatley |
| John K. Lyons | CALFEE, HALTER & GRISWOLD LLP |
| Ron E. Meisler | 1400 KeyBank Center |
| SKADDEN, ARPS, SLATE, MEAGHER | 800 Superior Avenue |
| & FLOM LLP | Cleveland, Ohio 44114-2688 |
| 333 West Wacker Drive, Suite 2100 | (216) 622-8573 |
| Chicago, Illinois  60606-1285 | |
| (312) 407-0700 | Attorneys for Benecke-Kaliko AG |

- and –

<table>
<tr><td>Kayalyn A. Marafioti</td><td><em>/s/ Vladimir Jelisavcic</em></td></tr>
<tr><td>Thomas J. Matz</td><td>Vladimir Jelisavcic</td></tr>
<tr><td>Four Times Square</td><td>Director</td></tr>
<tr><td>New York, New York  10036</td><td>Longacre Master Fund, Ltd.</td></tr>
<tr><td>(212) 735-3000</td><td>810 Seventh Avenue, 22nd Floor</td></tr>
</table>

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

*/s/ Vladimir Jelisavcic*
Vladimir Jelisavcic
Director
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, New York 10019

Attorney for Longacre Master Fund Ltd.

# EXHIBIT P

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

           - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
           In re                          :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER (I) COMPROMISING AND
ALLOWING PROOF OF CLAIM NUMBER 16573 AND (II) DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 15221
(TOWER AUTOMOTIVE, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and the TAI Unsecured Creditors Liquidating Trust (the "Trust") respectfully submit this Joint Stipulation And Agreed Order (i) Compromising And Allowing Proof Of Claim Number 16573 And (ii) Disallowing And Expunging Proof Of Claim Number 15221 (Tower Automotive, Inc.) and agree and state as follows:

WHEREAS, on February 2, 2005 (the "Tower Petition Date"), R.J. Tower Corporation and the other above-captioned reorganized debtors (collectively, the "Tower") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Tower Bankruptcy Court").

WHEREAS, on October 8, 2005, Delphi Corporation, together with certain of its U.S. affiliates, including DAS LLC (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of the Bankruptcy Code, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Delphi Bankruptcy Court").

WHEREAS, on July 31, 2006, Tower filed proof of claim number 15221 ("Proof of Claim 15221") against DAS LLC, which asserts an unsecured non-priority claim in an unliquidated amount stemming from allegedly avoidable transfers under section 547 and 548 of the Bankruptcy Code ("Claim 15221").

WHEREAS, on October 31, 2006, the Debtors objected to Claim 15221 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims

2

Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on November 22, 2006, Tower filed the Response Of Tower Automotive Inc. To Debtors' Third Omnibus Objection (Docket No. 5794).

WHEREAS, on March 14, 2007, Tower filed proof of claim number 16573 ("Proof of Claim 16573") against DAS LLC, which amends Claim 15221.  Tower asserts an unsecured non-priority claim of $14,540,878.50 and an unliquidated secured claim stemming from allegedly avoidable transfers under section 547 and 548 of the Bankruptcy Code ("Claim 16573" and, together with Claim 15221, the "Claims").

WHEREAS, on July 11, 2007, the First Amended Plan Of Tower Automotive, Inc., And Its Debtor Subsidiaries Under Chapter 11 Of The Bankruptcy Code With Technical Modifications (the "Tower Plan") was confirmed.

WHEREAS, on July 12, 2007 the Tower Bankruptcy Court entered an order confirming the First Amended Joint Plan of Tower Automotive, Inc. and its Debtor Subsidiaries Under Chapter 11 of the Bankruptcy Code with Technical Modifications (as it may be amended in accordance with the provisions thereof, the "Plan").

WHEREAS, on July 31, 2007 (the "Effective Date"), the Tower Debtors entered the Notice of Occurrence of Effective Date of the Plan.

WHEREAS, pursuant to the Tower Plan, on the Effective Date the TAI Unsecured Creditors Liquidating Trust (the "Trust" or the "UCT") was established and the right to prosecute and settle the Claims as the representative of the applicable Tower Debtor estates was transferred to the UCT.

3

WHEREAS, pursuant to that certain Unsecured Creditors Trust Agreement (the "UCT Agreement"), executed on or about July 25, 2007 by the Tower Debtors, on the one hand, and Eugene I. Davis (the "Trustee") in his capacity as the trustee of the UCT, on the other hand, the form of which was approved by the Tower Bankruptcy Court, the UCT is authorized to execute and consummate this Settlement Agreement without (i) a further order of the Bankruptcy Court, or (ii) notice to any third party.

WHEREAS, the UCT Agreement is deemed a part hereof and incorporated by reference herein.

WHEREAS, on August 24, 2007, the Debtors objected to Claim 16573 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection").

WHEREAS, on September 24, 2007, the Trust filed the Response Of The TAI Unsecured Creditors Liquidating Trust To The Debtors' Twentieth Omnibus Claims Objection (Docket No. 9559) (the "Response").

WHEREAS, on December 12, 2007, to resolve the Third and Twentieth Omnibus Claims Objections with respect to the Claims, DAS LLC and the Trust entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

4

agrees that (i) Claim 16573 shall be allowed against DAS LLC in the amount of $1,150,000.00 and (ii) Claim 15221 shall be disallowed and expunged in its entirety.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and the Trust stipulate and agree as follows:

1.      Claim 16573 shall be allowed in the amount of $1,150,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 15221 shall be disallowed and expunged in its entirety.

3.      The Trust's Response to the Twentieth Omnibus Claims Objection shall be deemed withdrawn with prejudice upon the entry of this Stipulation.

So Ordered in New York, New York, this 11th day of January, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

*/s/ John K. Lyons*                              */s/ Ira S. Dizengoff*
John Wm. Butler, Jr.                            Ira S. Dizengoff
John K. Lyons                                   AKIN GUMP STRAUSS HAUER & FELD LLP
Ron E. Meisler                                  590 Madison Avenue
SKADDEN, ARPS, SLATE, MEAGHER                   New York, New York  10022-2524
  & FLOM LLP                                     (212) 872-1000
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

          - and –                                        - and -

  Kayalyn A. Marafioti                            David M. Dunn
    Thomas J. Matz                               1333 New Hampshire Avenue, N.W.
Four Times Square                               Washington, D.C. 20036
New York, New York  10036                       (202) 887-4000
(212) 735-3000

Attorneys for Delphi Corporation, et al.,       Attorneys for the TAI Unsecured Creditors
  Debtors and Debtors-in-Possession               Liquidating Trust

6

# EXHIBIT Q

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
                                      :
        In re                         :        Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :        Case No. 05–44481 (RDD)
                                      :
                Debtors.              :        (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 10203
(Pillarhouse USA Inc)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Pillarhouse USA Inc ("Pillarhouse USA Inc") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10203 (Pillarhouse USA Inc) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 21, 2006, Pillarhouse USA Inc filed proof of claim number 10203 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $17,193.64 (the "Claim").

WHEREAS, on March 16, 2007, the Debtors objected to the Claim pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Eleventh Omnibus Claims Objection") (Docket No. 7301) (the "Objection").

WHEREAS, on April 13, 2007,Pillarhouse USA Inc filed its response to the Objection (Docket No. 7664) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Pillarhouse USA Inc have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems

2

LLC in the amount of $14,086.44.

WHEREAS, Pillarhouse USA Inc acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Pillarhouse USA Inc stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $14,086.44 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

1.      The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008

_____/s/Robert D. Drain_____

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons _____          /s/ J. Ted Donovan. _____

John Wm. Butler, Jr.                                            Pillarhouse USA Inc

John K. Lyons

Ron E. Meisler                                                    By: <u>J Ted Donovan, Esq._____</u>

SKADDEN, ARPS, SLATE, MEAGHER          Address: <u>Finkel Goldstein_____</u>

  & FLOM LLP                                                        <u>26 Broadway Suite 26_____</u>

333 West Wacker Drive, Suite 2100                        <u>New York, New York 10004___</u>

Chicago, Illinois  60606-1285                        Phone: <u>(212) 344-2929_____</u>

(312) 407-0700                                                Email:  <u>tdonovan@finkgold.com_____</u>


       - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, _____, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response::    _____
By:    _____
Name:    _____
Title:    _____

Date:    _____

# EXHIBIT R

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 16220 AND SETTING THE MAXIMUM
ALLOWED AMOUNT OF PROOF OF CLAIM NUMBER 16771
<u>(ROBERT BOSCH GMBH)</u>

1

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") debtors and debtors-in-possession in the above-captioned cases (the "Debtors") (collectively, "Delphi"), and Robert Bosch GmbH ("Bosch GmbH") and Robert Bosch LLC (together with Bosch GmbH, "Bosch") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16220 And Setting The Maximum Allowed Amount of Proof Of Claim Number 16771 (Robert Bosch GmbH) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on August 16, 2006, Bosch filed proof of claim number 16220 ("Proof of Claim No. 16220") against DAS LLC, which asserts an unsecured non-priority claim in excess of $15,000,000.00 (the "Claim") also stemming from the alleged infringement of certain patents.

WHEREAS, on October 31, 2006, the Debtors objected to Claim 16220 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on, November 22, 2006 Bosch filed its Response Of Robert Bosch GmbH To Debtors' Third Omnibus Objection To Claims (Docket No. 5786) (the "Response").

WHEREAS, on December 27, 2006, Robert Bosch LLC filed proof of claim

2

number 16467 against DAS LLC, which amended Proof of Claim Number 13620 and asserted an

unsecured non-priority claim in excess of $15,000,000.00 stemming from the alleged

infringement of certain patents.

WHEREAS, on July 20, 2007, the Court entered the Joint Stipulation And Agreed

Order Adjourning Hearing, Administratively Consolidating Claims, Disallowing And Expunging

Proof Of Claim Number 16467 For Administrative Purposes, And Capping Proof Of Claim

16220 (Robert Bosch GMBH & Robert Bosch LLC) (Docket No. 8710), which set a maximum

liability in the amount of $15,000,000.00 for Proof of Claim Number 16220.

WHEREAS, in order to implement the settlement contemplated by the Settlement

Agreement (as defined below), on January 9, 2008, proof of claim number 16771 ("Proof of

Claim No. 16771") was filed against DAS LLC as an unsecured non-priority claim in the amount

of $1,900,000.00 asserting the same liabilities as Claim 16220 (the " Capped Claim").

WHEREAS, on January 9, 2008, to resolve the Third Omnibus Claims Objection

with respect to Claim 16220, Delphi and Bosch entered into a settlement agreement, a copy of

which is attached as **Exhibit A** (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 16220 shall be allowed against DAS LLC in the amount of $475,000.00.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC also acknowledges

and agrees that Proof of Claim No. 16771 shall be asserted against DAS LLC in the amount not

to exceed $1,900,000.00 pending further adjudication in a non-bankruptcy forum (the "Capped

Claim"), and that Delphi will not assert any defenses against the Capped Claim contending that it

is discharged or extinguished by the Debtors' bankruptcy or plan of reorganization until such

time as the Capped Claim is liquidated and paid in accordance with the Debtors' plan of

3

reorganization.

WHEREAS, Delphi is authorized to enter into the Settlement Agreement either because Claim 16220 involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, Delphi and Bosch stipulate and agree as follows:

1.      Claim 16220 shall be allowed in the amount of $475,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      The Capped Claim shall be asserted in an amount not to exceed $1,900,000.00.  If liquidated either by a non-bankruptcy forum or by settlement, the Capped Claim will be treated as a general unsecured non-priority claim against the estate of DAS LLC and shall be paid in accordance with the Debtors' plan of reorganization.

3.      Bosch's prosecution of the Capped Claim will be limited to the specific patents and patent claims set forth in Robert Bosch LLC's and Robert Bosch GmbH's Statement Identifying Patents and Patent Claims at Issue [Claim No. 16220], filed with the Court on December 19, 2007 (Docket No. 11533).

4.      Any administrative expense priority claim of Bosch alleging any acts of patent infringement will not be subject to the administrative claims bar date in the Debtors' plan of reorganization and Bosch need not file any administrative expense claim with this Court.

5.      The terms of the Settlement Agreement, including the allowance of the Allowed Claim and the agreement with respect to the Capped Claim, shall not be probative in

4

and/or used as an admission of liability against or in favor of any party in any future adjudication

of the Capped Claim, any administrative expense priority claim of Bosch, any post-effective date

claim of Bosch against Delphi or any of their successors and assigns or any claim of Delphi

against Bosch or its successors and assigns.

6.      The Settlement Agreement and all of the terms thereof are approved and

are binding upon Delphi and Bosch and their respective successors and assigns (including

without limitation the reorganized Delphi).  In the event of a conflict between the terms of the

Settlement Agreement and the Debtors' plan of reorganization (including any order approving

the plan), the terms of the Settlement Agreement shall control.

7.      Bosch shall withdraw its Response to the Third Omnibus Claims

Objection with prejudice.

So Ordered in New York, New York, this 18th day of January, 2008

_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ Gordon J. Toering

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
(616)752-2000

Attorneys for Robert Bosch GmbH and Robert
Bosch LLC

6

# **Exhibit A**

# SETTLEMENT AGREEMENT

THIS AGREEMENT, dated as of January 9, 2008 (this "Settlement Agreement"), is entered into by and between Delphi Corporation and its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") and the debtors in In re Delphi Corporation, et al., No. 05-44481 (Bankr. S.D.N.Y.) (RDD) (collectively, "Delphi") and Robert Bosch GmbH and its subsidiaries and affiliates, including Robert Bosch LLC (collectively, "Bosch"),

# RECITALS:

WHEREAS, on October 8, 2005 and subsequently October 14, 2005 (collectively, the "Petition Date"), Delphi Corporation and certain of its subsidiaries and affiliates, including DAS LLC (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Delphi Bankruptcy Cases" and the "Delphi Bankruptcy Court," respectively).

WHEREAS, on August 16, 2006, Bosch filed proof of claim number 16220 ("Proof of Claim No 16220") against DAS LLC, which asserts an unsecured non-priority claim in excess of $15,000,000.00 ("Claim 16220") stemming from the alleged infringement of certain patents.

WHEREAS, on October 31, 2006, the Debtors objected to Claim 16220 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on, November 22, 2006 Bosch filed its Response Of Robert Bosch GmbH To Debtors' Third Omnibus Objection To Claims (Docket No. 5786) (the "Response").

WHEREAS, on December 27, 2006, Robert Bosch LLC filed proof of claim number 16467 against DAS LLC, which amended Proof of Claim Number 13620 and asserted an unsecured non-priority claim in excess of $15,000,000.00 stemming from the alleged infringement of certain patents.

WHEREAS, on July 20, 2007, the Delphi Bankruptcy Court entered the Joint Stipulation And Agreed Order Adjourning Hearing, Administratively Consolidating Claims, Disallowing And Expunging Proof Of Claim Number 16467 For Administrative Purposes, And Capping Proof Of Claim 16220 (Robert Bosch GmbH & Robert Bosch LLC) (Docket No. 8710), which set a maximum liability in the amount of $15,000,000.00 for Proof of Claim Number 16220.

WHEREAS, to resolve the Third Omnibus Claims Objection with respect to Claim 16220, Delphi and Bosch have agreed to enter into this Settlement Agreement.

1

WHEREAS, in order to implement the terms of the settlement contemplated by this Settlement Agreement, on January 9, 2008, proof of claim number 16771 ("Proof of Claim No. 16771") was filed against DAS LLC as an unsecured non-priority claim in the amount of $1,900,000.00 asserting the same liabilities as Claim 16220 (the "Capped Claim").

WHEREAS, Delphi represents and warrants to Bosch that Delphi is authorized to enter into this Settlement Agreement without further Court approval or further notice, including without limitation that of the Delphi Bankruptcy Court, pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by the Delphi Bankruptcy Court on June 26, 2007. Further, Delphi Corporation represents and warrants to Bosch that Delphi Corporation is authorized to enter into this Settlement Agreement on behalf of Delphi (which by definition includes the Debtors).

WHEREAS, Bosch represents and warrants that it is authorized to enter into this Settlement Agreement on behalf of itself and the Bosch Releasing Parties, as described in Paragraph 1 below.

NOW THEREFORE, in consideration of the premises set forth above and by execution of this Settlement Agreement, Delphi and Bosch agree as follows:

1.  Allowed General Unsecured Non-Priority Claim And Waiver Of Rights. DAS LLC acknowledges and agrees that Claim 16220 shall be allowed against DAS LLC in the amount of Four Hundred Seventy-Five Thousand Dollars And Zero Cents ($475,000.00). Claim 16220 shall be treated as a prepetition general unsecured non-priority claim. Bosch, on its behalf and on behalf of each of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of their former, current, and future officers, directors, owners, employees, and other agents (the "Bosch Releasing Parties"), hereby acknowledges that the allowance of Claim 16220 and the other rights and benefits provided to Bosch herein are in full satisfaction of Claim 16220 and hereby waives any and all rights to assert, against any and all of the Debtors, that Claim 16220 is anything but a prepetition general unsecured non-priority claim against DAS LLC. Except as provided in this Agreement with respect to the Capped Claim and subject to the terms of Paragraph 7 below, the Bosch Releasing Parties further release and waive any right to assert any other pre-petition claim, pre-petition cause of action, pre-petition demand, or pre-petition liability of any kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to Claim 16220, provided, however that the Capped Claim shall be adjudicated in a non-bankruptcy forum along with any administrative expense priority claim of Bosch alleging any acts of patent infringement or any claim of Bosch arising after the effective date of the Debtors' plan of reorganization also alleging any acts of patent infringement.

2.  Administrative Expense Claim. Any administrative expense priority claim of Bosch alleging any acts of patent infringement will not be subject to the administrative claims bar date in the Debtors' plan of reorganization and Bosch need not file an administrative

2

expense priority claim with the Delphi Bankruptcy Court. The Debtors waive any obligation of Bosch to file an administrative expense priority claim. It is the intention of the parties that any administrative expense claim that Bosch may have will be later settled or adjudicated by a non-bankruptcy forum in connection with the Capped Claim, and upon such settlement or adjudication the administrative expense claim, if any, will be paid in full as required by the Debtor's plan of reorganization. The Debtors hereby acknowledge and agree that the reorganized Delphi will be liable for payment of any administrative expense priority claim of Bosch alleging any acts of patent infringement, subject to final settlement or adjudication in accordance with paragraphs 4 and 5 herein.

3. <u>Capped Claim</u>. DAS LLC and Bosch acknowledge and agree that the Capped Claim, Claim 16771, shall not exceed a maximum amount of One Million, Nine Hundred Thousand Dollars And Zero Cents ($1,900,000.00). The Capped Claim shall be deemed as a timely-filed claim and, if liquidated by the non-bankruptcy forum or by settlement, shall be treated as a prepetition general unsecured non-priority claim. Delphi further acknowledges and agrees that it will not assert any defenses against the Capped Claim contending that it was or is discharged or extinguished by or as a result of the Delphi Bankruptcy Cases, the Debtors' plan of reorganization, any Order confirming Delphi's plan of reorganization or otherwise. Delphi and Bosch each acknowledge and agree that each will maintain all rights and defenses with respect to the Capped Claim that they could have asserted if the Capped Claim were to be adjudicated in the Delphi Bankruptcy Court, and neither Delphi nor Bosch will be prejudiced in any litigation of the Capped Claim in a non-bankruptcy forum by the terms of this settlement. By way of example, the statute of limitations will not bar Bosch's claims in the non-bankruptcy forum unless the statute of limitations would have barred Bosch's claims in the Delphi Bankruptcy Cases. Accordingly, Delphi hereby waives the statute of limitations defense in the non-bankruptcy forum as to the Capped Claim except insofar as the statute of limitations would be a valid defense in the Delphi Bankruptcy Cases. The Bosch Releasing Parties acknowledge and agree that Bosch's prosecution of the Capped Claim will be limited to the specific patents and patent claims set forth in Robert Bosch LLC's and Robert Bosch GmbH's Statement Identifying Patents and Patent Claims at Issue [Claim No. 16220], filed with the Delphi Bankruptcy Court on December 19, 2007 (Docket No. 11533), and attached hereto as **Exhibit 1**.

4. <u>No Admission In Favor Of Any Party</u>. The terms of this Settlement Agreement, including the allowance of the Allowed Claim and the agreement with respect to the Capped Claim, shall not be probative in and/or used as an admission of liability against or in favor of any party in any future adjudication of the Capped Claim, any administrative expense priority claim of Bosch, any claim of Bosch against Delphi or any of their successors and assigns arising after the effective date of the Debtors' plan of reorganization, or any claim of Delphi against Bosch or its successors and assigns.

5. <u>European Court Actions</u>. Bosch agrees that the maximum liability of $1,900,000.00 with respect to the Capped Claim shall also apply to any litigation of Bosch's prepetition patent infringement claims against Delphi in any European court. Any allowance or resolution of the Capped Claim in any amount in either a U.S. non-bankruptcy forum or a European court will correspondingly decrease the amount of the Capped Claim in the

other court.  Any allowance or resolution of the Capped Claim from a European court in any amount shall be converted into U.S. Dollars at the prevailing currency conversion rate at that time, for the purposes of determining the impact on the Capped Claim. Delphi's ultimate liability, if any, for any adjudicated award(s) received by Bosch covering the Capped Claim, regardless of the forum(s), shall collectively not exceed $1,900,000.00 in U.S. dollars plus any applicable post-petition interest that may be applicable as set forth in the Debtors' plan of reorganization.

6.  <u>Withdrawal Of Response</u>. Bosch agrees that it shall withdraw its Response to the Third Omnibus Claims Objection with prejudice.

7.  <u>Post-Petition and Post-Emergence Claims.</u>  Notwithstanding anything to the contrary herein, nothing in this Settlement Agreement, the Debtors' plan of reorganization, any Order confirming the plan of reorganization or any other Order shall in any way bar or otherwise impair Bosch's post-petition administrative claim, any claim of Bosch against Delphi or any of their successors and assigns, arising after the effective date of the Debtors' plan of reorganization or any defenses possessed by Delphi relating to such claims.  For purposes of clarification and avoidance of doubt, any claim of Bosch for patent infringement of Delphi, or any of their successors and assigns (including without limitation the reorganized Delphi), occurring on or after the Petition Date (a) shall not be considered a pre-petition claim and shall not be subject to the Capped Claim, even if the same or similar infringement occurred prior to the Petition Date; and (b) shall not be barred or otherwise impaired by this Settlement Agreement, the Debtors' plan of reorganization or any Order confirming the plan of reorganization.  By way of example, any claims arising from infringement of patent number US 6,272,411 or the other patents listed in Exhibit 1 occurring on or after the Petition Date (a) shall not be considered pre-petition claims, (b) are excluded from the Capped Claim and (c) remain unimpaired.

8.  <u>Conflict with Plan of Reorganization</u>.  In the event of any conflict between this Settlement Agreement and the Debtors' plan of reorganization or any Order confirming the plan of reorganization, the terms of this Settlement Agreement shall control.

9.  <u>Governing Law</u>.  This Settlement Agreement shall be governed by, and construed and enforced in accordance with, as appropriate, federal bankruptcy law and the laws of the State of Michigan, without regard to conflicts of law principles.

10. <u>Representations And Warranties</u>.  The parties hereto acknowledge that they are executing this Settlement Agreement without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments expressly set forth in this Settlement Agreement.

11. <u>Entire Understanding</u>.  This Settlement Agreement (including Exhibit 1) constitutes the entire understanding of the parties in connection with the subject matter hereof.  This Settlement Agreement may not be modified, altered, or amended except by an agreement in writing signed by Delphi and Bosch.

4

12. <u>No Party Deemed Drafter</u>. This Settlement Agreement is being entered into among competent persons who are experienced in business and represented by counsel, and has been reviewed by Bosch and its counsel.  Therefore, any ambiguous language in this Settlement Agreement shall not be construed against any particular party as the drafter of such language.

13. <u>Counterparts</u>.  This Settlement Agreement may be executed in any number of counterparts and by the different parties hereto in separate counterparts, each of which shall be deemed to be an original, but all of which taken together shall constitute one and the same agreement.  Delivery of an executed counterpart of this Settlement Agreement by facsimile or electronic mail shall be equally as effective as delivery of an original executed counterpart of this Settlement Agreement.

14. <u>Successors and Assigns</u>.  This Settlement Agreement shall be binding upon Bosch and Delphi and their respective successors and assigns (including without limitation the reorganized Delphi).

**Accepted and agreed to by:**

| | |
|---|---|
| **Delphi Corporation, on behalf of itself and its subsidiaries and affiliates** | **Robert Bosch GmbH, on behalf of itself and its subsidiaries and affiliates** |
| By: /s/ Karen J. Craft_____<br>Name: Karen J. Craft<br>Title: Managing Restructuring Counsel<br>Dated:  January 9, 2008 | By: /s/ Bertram Huber_____<br>Name: Bertram Huber<br>Title: Senior Vice President, Head of Corporate Intellectual Property<br>Dated:  January 9, 2008 |
| | And by: /s/ Heinz Thier_____<br>Name: Heinz Thier<br>Title: Vice President, Corporate Patent Marketing<br>Dated:  January 9, 2008 |
| **Delphi Automotive Systems LLC** | **Robert Bosch LLC** |
| By: /s/ Karen J. Craft_____<br>Name: Karen J. Craft<br>Title: Managing Restructuring Counsel<br>Dated:  January 9, 2008 | By: /s/Ulrich Kirschner_____<br>Name: Ulrich Kirschner<br>Title: Executive VP - Finance<br>Dated:  January 9, 2008 |
| | And by: /s/ Luke Baer_____<br>Name: Luke Baer<br>Title: SVP General Counsel & Secretary<br>Dated:  January 9, 2008 |

5

# EXHIBIT 1

**Robert Bosch LLC and Robert Bosch GmbH's Statement**

**Identifying Patents and Patent Claims at Issue**

**(See attached)**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4085 phone
(202) 408-4400 fax

Thomas W. Winland

Attorneys for Robert Bosch LLC
and Robert Bosch GmbH

**Hearing Date: February 7, 2008**
**Hearing Time: TBD**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ROBERT BOSCH LLC'S AND ROBERT BOSCH GmbH'S STATEMENT
IDENTIFYING PATENTS AND PATENT CLAIMS AT ISSUE
(Claim No. 16220)**

---

Robert Bosch LLC and Robert Bosch GmbH (collectively "Bosch") hereby

submit this Statement Identifying Patents and Patent Claims at Issue (the "Statement") in regards

1

to the patent infringement claims asserted by Bosch in Proof of Claim No. 16220[1] and in connection with Debtors Third Omnibus Objection to Claims dated October 31, 2006.  Debtors and Bosch have reached an understanding as to the procedures for resolving the Debtors' objections to Bosch's patent infringement claims.  The Statement is being submitted pursuant to the parties' agreed upon procedures.

Bosch's pre-petition patent infringement claims are based on Debtors' infringement of the following United States, German and European patents:

| | |
|---|---|
| US 5,482,314 | AUTOMOTIVE OCCUPANT SENSOR SYSTEM AND METHOD OF OPERATION BY SENSOR FUSION<br>Claim 1 and Claim 65 |
| EP 0 757 635 | AUTOMOTIVE OCCUPANT SENSOR SYSTEM AND METHOD OF OPERATION BY SENSOR FUSION<br>Claim 1 and Claim 65 |
| EP 0 434 679 | APPARATUS FOR TRIPPING A SYSTEM FOR THE PROTECTION OF OCCUPANTS OF A VEHICLE<br>Claim 1 |
| EP 0 458 796 | PROCESS FOR RELEASING RESTRAINING MEANS<br>Claims 1, 2, 3, 4 |
| DE 40 40 927 | VERFAHREN UND VORRICHTUNG ZUR FEHLERSPEICHERUNG IN EINER STEUEREINRICHTUNG EINES KRAFTFAHRZEUGS<br>Claims 1, 9, 10, 11, 13, 17, 18, 19 |
| DE 19 651 452 | AIRBAGSYSTEM<br>Claim 1 |
| DE 3 729 785 | VERFAHREN ZUM BETRIEB EINER SICHERHEITSEINRICHTUNG FÜR FAHRZEUGINSASSEN<br>Claim 1 |

---

[1] On July 20, 2007, the Court entered the Joint Stipulation And Agreed Order Adjourning Hearing, Administratively Consolidating Claims, Disallowing And Expunging Proof Of Claim Number 16467 For Administrative Purposes, And Capping Proof Of Claim 16220 (Docket No. 8710), which administratively consolidated the patent infringement claims of Robert Bosch GmbH and Robert Bosch LLC, among other things.  Claim Number 16220 was the resulting claim.

The patents and infringement listed above refer only to pre-petition claims.  Bosch reserves all of

its rights as to post-petition infringement claims and post-emergence infringement claims against

the Debtors.


Dated:  December 19, 2007                    WARNER NORCROSS & JUDD LLP

                                             By_____/s/ Gordon J. Toering_____
                                             Gordon J. Toering (GT-3738)
                                             (Admitted *Pro Hac Vice*)
                                             Warner Norcross & Judd LLP
                                             900 Fifth Third Center
                                             111 Lyon Street, NW
                                             Grand Rapids, MI  49503-2487
                                             Ph:  (616) 752-2185
                                             Fax:  (616) 222-2185
                                             gtoering@wnj.com
                                             Attorneys for Robert Bosch LLC f/k/a
                                             Robert Bosch Corporation and Robert Bosch
                                             GmbH

                                             and

                                             Thomas W. Winland
                                             Finnegan, Henderson, Farabow, Garrett &
                                             Dunner, LLP
                                             901 New York Avenue, NW
                                             Washington, DC 20001-4413
                                             Ph:  (202) 408-4085
                                             Fax:  (202) 408-4400

# EXHIBIT S

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                          | :  |                          |
|--------------------------|----|--------------------------|
|                          | :  |                          |
| In re                    | :  | Chapter 11               |
|                          | :  |                          |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|                          | :  |                          |
|              Debtors.    | :  | (Jointly Administered)   |
|                          | :  |                          |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
PROOF OF CLAIM NUMBER 11534
(MORGAN ADVANCED CERAMICS/DIAMONEX PRODUCTS DIVISION)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Morgan Advanced Ceramics/Diamonex Products Division ("Morgan Advanced") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11534 (Morgan Advanced Ceramics/Diamonex Products Division) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 27, 2006, Morgan Advanced filed proof of claim number 11534 against Delphi Corporation, asserting a secured claim in the amount of $550,547.81 (the "Claim") arising from the sale of goods.

WHEREAS, on October 26, 2007, the Debtors objected to the Proof of Claim pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 20, 2007, Morgan Advanced filed its Morgan

2

Advanced Ceramics/Diamonex Response To Twenty-Second Omnibus Objection (Docket No. 10991) (the "Response").

WHEREAS, on January __, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, DAS LLC and Morgan Advanced entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC and Morgan Advanced acknowledge and agree that Proof of Claim Number 11534 shall be disallowed and expunged in its entirety.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Morgan Advanced stipulate and agree as follows:

1.     Proof of Claim Number 11534 shall be disallowed and expunged in its entirety.

2.     Morgan Advanced's Response to the Twenty-Second Omnibus Claims Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this 23rd day of January, 2008

____/s/Robert D. Drain_____
     UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                      /s/ Paul M. Rosenblatt
John Wm. Butler, Jr.                                  Paul M. Rosenblatt
John K. Lyons                                         Kilpatrick Stockton LLP
Ron E. Meisler                                        1100 Peachtree Street
SKADDEN, ARPS, SLATE, MEAGHER                         Atlanta, Georgia  30309-4530
  & FLOM LLP                                 (404) 815-6321
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                         Attorney for Morgan Advanced
(312) 407-0700                                        Ceramics/Diamonex Products Division

     - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT T

TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------x
                                                                                    :
In re:                                                                              :
                                                                                    :        Chapter 11
DELPHI CORPORATION, *et al.*,                                                       :        Case No. 05-44481 [RDD]
                                                                                    :
                                                  Debtors.                          :        Jointly Administered
                                                                                    :
----------------------------------------------------------------------------------x

## STIPULATION AND ORDER WITHDRAWING (i) DEBTORS' DEFAULT APPLICATION REGARDING FURUKAWA ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD. AND (ii) MOTION TO DISMISS BY FURUKAWA ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

hereto that the following Motions be, and they hereby are, withdrawn:

(A)    Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 10711);  and

(B)    Motion by Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc. to dismiss Debtors' claim for affirmative relief (Docket No. 10722); and

**IT IS HEREBY FURTHER STIPULATED AND AGREED t**hat

FURUKAWA Electric North America APD and Furukawa Electric Co., Ltd. shall have until the fourteenth (14th) day after the entry of this Order to submit its answer and counterclaims to Debtors' Claim for Affirmative Relief Against FURUKAWA Electric North America APD and Furukawa Electric Co., Ltd. Pursuant to Federal Rule of Bankruptcy Procedure 3007; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED t**hat nothing herein shall modify the terms of the Joint Stipulation and Order Regarding Discovery Regarding Objection to Proof of Claim No. 12347 and Related Counterclaim, entered December 18, 2007 (Docket No. 11510).


Dated:    New York, New York
          January 21, 2008

                    DELPHI CORPORATION, et al.,
                    Debtors and Debtors-in-Possession,
                    By their Bankruptcy Conflicts Counsel,
                    TOGUT, SEGAL & SEGAL LLP,
                    By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:    New York, New York
          January 18, 2008

FURUKAWA ELECTRIC NORTH
AMERICA APD, et al.,
By their Counsel,
ALSTON & BIRD, LLP
By:

/s/Dennis J. Connolly
DENNIS J. CONNOLLY (DC-9932)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

**SO ORDERED**

This 23rd day of January, 2008
in New York, New York

____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT U

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
              In re                           :         Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :         Case No. 05–44481 (RDD)
                                              :
                          Debtors.            :         (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 1279
(NU-TECH PLASTICS ENGINEERING, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Nu-Tech Plastics Engineering, Inc. ("Nu-Tech") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1279 (Nu-Tech Plastics Engineering, Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, Nu-Tech filed proof of claim number 1279 dated November 22, 2005 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $13,957,130.00 (the "Claim") stemming from Nu-Tech's civil action against DAS LLC and General Motors Corporation in Michigan state court, in which Nu-Tech asserted causes of action for breach of contract and promissory estoppel.

WHEREAS, on October 31, 2006, the Debtors objected to the Claim pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on November 24, 2006, Nu-Tech filed its Response Of NuTech Plastics Engineering, Inc. To Debtors' Third Omnibus Claims Objection And To Debtors' Claim Objection And Estimation Procedures Motion (Docket No. 5811) (the "Response").

WHEREAS, on January 16, 2008, to resolve the Third Omnibus Claims Objection

2

with respect to the Claim, DAS LLC and Nu-Tech entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $487,500.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Nu-Tech stipulate and agree as follows:

1.    The Claim shall be allowed in the amount of $487,500.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.    Nu-Tech shall withdraw its Response to the Third Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 23rd day of January, 2008

\_\_\_\_\_/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

s/ John Wm. Butler, Jr.                                   s/ Jay A. Schwartz

John Wm. Butler, Jr. (JB 4711)                    Jay A. Schwartz (P45268)
John K. Lyons (JL 4951)                               SCHWARTZ LAW FIRM, P.C.
Ron E. Meisler (RM 3026)                            37887 West Twelve Mile Road, Suite A
SKADDEN, ARPS, SLATE, MEAGHER          Farmington Hills, Michigan 48331
  & FLOM LLP                                              (248) 553-9400
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285                         Attorneys for Nu-Tech Plastics Engineering, Inc.
(312) 407-0700

                    - and –

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

4

# EXHIBIT V

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :
          In re                             :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05–44481 (RDD)
                                            :
                    Debtors.                :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER RESOLVING (A) OBJECTION OF AUDIO
MPEG AND S.I.SV.EL., S.P.A. TO (I) CONFIRMATION OF FIRST AMENDED PLAN OF
REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES,
DEBTORS AND DEBTORS-IN-POSSESSION AND (II) ASSUMPTION OF LICENSE
AGREEMENT AND (B) MOTION OF AUDIO MPEG, INC. AND SISVEL TO MODIFY
AUTOMATIC STAY TO PERFORM AUDIT UNDER LICENSE AGREEMENT

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Audio MPEG, Inc. ("Audio MPEG") and Societa' Italiana per lo Sviluppo dell'Elettronica, S.I.SV.EL., S.p.A. ("Sisvel" and, together with Audio MPEG, the "Licensors") respectfully submit this joint stipulation and agreed order (this "Joint Stipulation"), on the terms set forth in this Joint Stipulation, (a) resolving the objection of the Licensors to the Plan (as defined below) and the assumption of License Agreement (as defined below) (Docket No. 11883) (the "Plan Objection") and (b) granting the motion of the Licensors for relief from the automatic stay under section 362 of the Bankruptcy Code to perform an audit under the License Agreement (Docket No. 11820) (the "Motion") and agree and state as follows:

WHEREAS, on August 7, 2003, the Licensors and Delco Electronics Corporation ("Delco") executed a License Agreement the ("2003 License Agreement"), whereby the Licensors granted Delco and its controlled companies non-exclusive licenses under certain U.S. and non-U.S. patents (the "Licenses").

WHEREAS, on April 4, 2005, the Licensors and Delco executed a 2005 Addendum to the 2003 License Agreement (the "2005 Addendum" and, together with the 2003 License Agreement, the "License Agreement").

WHEREAS, on September 30, 2005, Delco merged into Delphi Automotive Systems LLC.

WHEREAS, on December 10, 2007, the Debtors filed the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (the "Plan") (Docket No. 11386).

WHEREAS, on January 9, 2008, the Licensors filed the Motion.

2

WHEREAS, on January 10, 2008, the Licensors filed the Plan Objection.

WHEREAS, the Debtors and the Licensors have agreed to resolve the Motion and the Plan Objection.

THEREFORE, the Debtors and the Licensors stipulate and agree as follows:

1.    On the terms set forth in this Joint Stipulation, the Plan Objection has been resolved and the Motion is hereby granted.

2.    The automatic stay under section 362 of the Bankruptcy Code shall be lifted for the limited purpose of performing an audit under the License Agreement as set forth under Article 6 of the License Agreement.

3.    The Debtors and the Licensors shall work together to resolve the cure amount due under the License Agreement.  The Debtors shall use reasonable efforts to fulfill the Licensors' request for information regarding the use of the "Licensed Products" by the "Controlled Companies" as defined in the License Agreement.

4.    The Debtors shall use reasonable best efforts to provide to the Licensors any reports that are not timely, as required by the License Agreement.

5.    To the extent the License Agreement is assumed, the exclusive jurisdiction provision of the License Agreement shall apply with respect to post-emergence obligations.

6.    Any allowed cure amount due as a result of the assumption of the License Agreement shall be paid in cash, provided that no cure election form was mailed to Licensors.

7.    If the License Agreement is rejected and the Licensors are entitled to an administrative claim under Second Circuit law, then such administrative claim shall be paid in cash.

8.    Claims of the Licensors against non-Debtors that are independent of the

3

commercial relationship between the Licensors and the Debtors are not covered under the third-party release set forth under Article 11.5 of the Plan.

        9.    Nothing in this Joint Stipulation is intended to or shall amend the License Agreement.

So Ordered in New York, New York, this <u>25th</u> day of January, 2008

                         /s/Robert D. Drain
                         UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Ron E. Meisler

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

         - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ Mary Joanne Dowd

Mary Joanne Dowd
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
(202) 857-6000

        - and -

1675 Broadway
New York, New York  10019
(212) 484-3900

Attorneys for Audio MPEG, Inc. and Societa'
  Italiana per lo Sviluppo dell'Elettronica,
  S.I.SV.EL., S.p.A.

# EXHIBIT W

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

       In re                      :     Chapter 11

                            :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)

                            :

             Debtors.     :     (Jointly Administered)

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOFS OF CLAIM NUMBERS 14070 AND 14245

("LIGHTSOURCE PARENT CORPORATION AND GUIDE CORPORATION ORDER")

           Upon the Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims

Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And

(ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)

(Docket No. 5452) (the "Third Omnibus Claims Objection") and the Twentieth Omnibus

Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate

And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On

Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification,

Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually

Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification

(Docket No. 9151) (together with the Third Omnibus Claims Objection, the "Omnibus Claims

Objections"), together with the Supplemental Reply To The Responses Of Lightsource Parent

Corporation And Guide Corporation To The Debtors' Objections To Proofs Of Claim Nos.

14070 And 14245 (Docket No. 11636) (the "Supplemental Reply") of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"); and the documents in response to the Omnibus Claims

Objections and the Supplemental Reply filed by Lightsource Parent Corporation and Guide

Corporation (collectively, the "Claimants"); and the Court having considered the arguments of

both parties at the hearing on this matter conducted on January 11, 2008 (the "Hearing"); and

after due deliberation thereon; and good and sufficient cause appearing therefor for the reasons

set forth in the ruling attached as Exhibit A hereto, which modifies and supersedes the Court's

bench ruling given at the Hearing,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    The Claimants were properly served with the Omnibus Claims Objections

and the Debtors' Supplemental Reply.

B.    The Court has jurisdiction over the Omnibus Claims Objections pursuant

to 28 U.S.C. §§ 157 and 1334.  The Omnibus Claims Objections are core proceedings under 28

U.S.C. § 157 (b)(2).  Venue of these cases and the Omnibus Claims Objections in this district is

proper under 28 U.S.C. §§ 1408 and 1409.

C.    For the reasons more fully stated in Exhibit A hereto, which is

incorporated by reference herein, proofs of claim numbers 14070 and 14245 filed by the

Claimants fail to state a claim upon which relief may be granted.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Omnibus Claims Objections.

1.        Proof of claim number 14070 filed by Guide Corporation is hereby disallowed and expunged in its entirety, with prejudice.

2.        Proof of claim number 14245 filed by Lightsource Parent Corporation is hereby disallowed and expunged in its entirety with prejudice.

3.        The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
         January 28, 2008

                          _____/s/ Robert D. Drain_____
                          UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"

THE COURT:  I have before me the Debtors'
objection to the claims asserted against them by two
related entities, Lightsource Parent Corporation and Guide
Corporation.  It's clear from the parties' pleadings and
remarks at oral argument that the two claims together
constitute one claim.  If the claims were to be allowed, in
other words, Delphi Corporation would make one payment that
would cover the amount asserted in only one of the claims
without duplication, and the two claimants would divide up
that amount between themselves.

The claim is asserted in both liquidated and
unliquidated amounts as set forth in the proof of claim,
and then in the supplemental pleadings, filed by
Lightsource, and when I refer to Lightsource throughout I
mean both Lightsource and Guide.

In the proof of claim, Lightsource contends that
it entered into an agreement in September of 1998 called
the Lightsource Formation Agreement, or LFA, pursuant to
which the parties, that is, GM (General Motors Corporation)
and Lightsource, agreed to form Lightsource Parent
Corporation, to which GM transferred certain assets
described in the LFA essentially comprising GM's vehicle
lighting business.

As set forth in the proof of claim, pursuant to
Section 6.7.1(D) of the LFA, Lightsource agreed to provide
certain of its employees with GM-comparable post-
employment, that is, retiree, health care and life
insurance benefits ("OPEB obligations").  And then pursuant
to Section 6.7.1(E) of the LFA, GM agreed to reimburse
Lightsource for a portion of the cost of those OPEB
obligations which, again, Lightsource had agreed to
undertake.

In December of 1998, GM entered into another
agreement, the Master Separation Agreement, or MSA, with
Delphi Corporation and other subsidiaries and affiliates of
Delphi, including Delphi Automotive Systems, LLC, pursuant
to which GM spun off Delphi, which had operated as a
division of GM, and related business units.  That
agreement, as I said before, was between GM and the Delphi
parties.  Lightsource and Guide were not a party to that
agreement.

Pursuant to Section 2.02(b) of the Master
Separation Agreement, Delphi agreed with GM to assume all
"Liabilities" of GM related to the business and operations
divested by the Delphi Automotive Systems business.
"Liabilities" is defined in the MSA as "any and all debts,

2

liabilities, guarantees, assurances, commitments and obligations, whether fixed, contingent or absolute, asserted or unasserted, matured or unmatured, liquidated or unliquidated, accrued or not accrued, known or unknown, due or to become due, whenever or however arising, including without limitation whether arising out of any contract or tort based on negligence or strict liability, and whether or not the same would be required by generally accepted accounting principles to be reflected in financial statements or disclosed in the notes thereto."

These assumed liabilities, for purposes of this hearing, which is, as the parties have noted, a so-called "sufficiency" hearing on the legal sufficiency on its face of Lightsource's claim, would include the reimbursement liability that GM undertook under Section 6.7.1(E) of the LFA to Lightsource to reimburse Lightsource's payment of OPEB obligations.

Section 2.02(b) of the MSA had some exceptions to the liabilities of divested operations that were to be assumed by Delphi but it stated in its concluding clause, "provided further, however, that notwithstanding the foregoing or any other provision of this agreement or any ancillary agreement, responsibility for certain obligations

3

related to certain divestitures shall be allocated between the parties as set forth in Schedule I hereto."

Schedule I to the MSA provides specifically in paragraph 2 that Delphi shall assume "any subsidies and supplements relating to the businesses divested to Lightsource Parent Corporation."

Lightsource therefore contends that, pursuant to Section 2.02(b) of the MSA, it may assert its claim in respect of unpaid OPEB obligations not only against GM but also against the Debtors.  It bolsters its argument in two ways.  First, it contends that, pursuant to Section 14.3 of the Lightsource Formation Agreement, it agreed that "GM may assign without the prior written consent of [Lightsource] this agreement and any or all of its rights, interests and obligations hereunder to a corporation or other business entity to which all or substantially all of the assets of Delphi Automotive is sold or otherwise transferred, provided such transferee agrees in writing to be bound by Section 11.8 herein," which was a noncompete provision.  It contends that, by Delphi's assumption of "Liabilities" under Section 2.02(b) of the MSA, which includes "obligations," Delphi agreed in writing to be bound by the non-compete provision in Section 11.8 of the LFA, although

4

it didn't specifically do so, i.e., specifically refer to
that section, and, therefore, that the MSA in general and
Section 2.02 in particular constitute an assignment of the
LFA to Delphi.

Secondly, Lightsource contends that, pursuant to
a related agreement that was entered into in connection
with the Master Separation Agreement, Delphi and GM agreed
that Delphi "shall pay the liabilities and expenses under
the Delphi Benefit Plans with respect to Delphi Employees"
and, further, that "the Delphi Benefit Plans shall also
cover the provision of benefits for employees of divested
units which were formerly Delphi operations to the extent
that the GM Benefit Plans cover the provision of benefits
for such 'divested employees' as of the Effective Time."
That, Lightsource contends, would mean that Delphi has an
obligation to Lightsource to provide for the payment of
benefits to the Lightsource employees in respect of their
OPEB.

Again, that agreement, which is set forth in an
agreement entitled U.S. Employee Matters Agreement, was not
one to which Lightsource or Guide was a party but, rather,
was between GM and Delphi Automotive Systems Corporation.
The paragraph in that agreement that I quoted above is

5

paragraph 10(a).

The Debtors, for purposes of this sufficiency
hearing, do not dispute that Delphi assumed the OPEB
liability.  They contend, however, that the only party who
can enforce that assumption agreement, and consequently the
only party with a claim against Delphi, is the party to
that agreement, whether it's found in the Master Separation
Agreement or the U.S. Employee Matters Agreement: GM.  The
Debtors rely for that proposition primarily upon Section
9.05 of the Master Separation Agreement, which provides
"This Agreement shall be binding upon and inure solely to
the benefit of each party hereto and their legal
representatives and successors, and each Subsidiary and
each Affiliate of the parties hereto, and nothing in this
Agreement, express or implied, is intended to confer upon
any other Person any rights or remedies of any nature
whatsoever under or by reason of this Agreement, except for
Article 5 (which is intended to be for the benefit of the
Persons provided for therein and may be enforced by such
Persons)."  (GM in fact has asserted an enormous claim in
these chapter 11 cases against Delphi under the MSA.)

When one turns to Article 5 of the MSA, which is
referred to in Section 9.05, one can see from its plain

6

terms that, in addition to the parties to the MSA, their legal representatives and successors-in-interest, the additional parties referred to therein would not include Lightsource or Guide but, rather, a limited group of indemnities -- "Representatives," of the parties and the successors to this agreement.  Thus, Lightsource would not be covered by the express exception to the "no third party beneficiaries" provision of Section 9.05 of the MSA.

In addition, in respect of Lightsource's argument that it has a claim against Delphi because of the assumed obligations under the U.S. Employee Matters Agreement, the Debtors rely upon Section 14 of that agreement, headed "No Third Party Beneficiaries," which states, "No provision in this EM Agreement or in any Schedule, including any Attachment thereto, shall confer upon any person, other than the signatories hereto, any rights or remedies with respect to the employment, compensation, benefits, or other terms and conditions of employment of any persons, provided that any rights to be provided under the Delphi Employee Benefit Plans or their successors pursuant to this EM Agreement and the attached Schedules shall be enforceable by the participants thereunder."

The parties generally agree upon the applicable

7

law, which is, by choice of the parties under the Master

Separation Agreement, the law of Delaware.  They also

generally agree on what the law of Delaware says.

Moreover, it is the Court's view that on the

applicable issues the law of Delaware is consistent with

the general common law, including as set forth in decisions

by courts from other jurisdictions cited by the parties.

The issue as framed by the parties, again, is

whether, pursuant to the plain and unambiguous terms of the

relevant contracts, the provisions of those contracts

relied upon by Delphi, namely Section 9.05 of the MSA and

Section 14 of the U.S. Employee Matters Agreement, limit or

preclude Lightsource's ability to assert a claim directly

against Delphi based upon Delphi's assumption of

liabilities under those respective agreements.

Lightsource contends that because it is

specifically referred to in the MSA and inferentially

specifically referred to in the U.S. Employee Matters

Agreement, those references, pursuant to which Delphi

assumed liability for OPEB obligations of Lightsource

(under the MSA) and agreed to "cover" the provision of

benefits for employers of divested units (under the U.S.

Employee Matters Agreement), trump the provisions of

8

Sections 9.05 and 14.  Sometimes this is referred to by
Lightsource as a more specific provision modifying and
defeating a more general provision.  Sometimes it is
referred to as an argument based on the proposition that
the more specific provision must lead one to interpret the
"no third party beneficiary" language in the two agreements
to apply to others who are not specifically dealt with in
those contracts.

In addition, Lightsource contends that GM
assigned the LFA contract to Delphi and that, as an
assignee who has specifically assumed liability, Delphi is,
under the common law of Delaware as well as the general
common law elsewhere, responsible directly to Lightsource.

Let me address that latter point first, because I
believe it is a red herring.  Under the MSA, GM agreed with
Delphi that Delphi would assume liabilities to Lightsource,
or, in the words of the proviso to Section 2.02(b), the
"responsibility" for such obligations would be allocated,
as between the parties (i.e., between GM and Delphi), to
Delphi, as set forth on Schedule I to the MSA.

It does not appear to me from reading the MSA
that GM assigned the entire Lightsource Formation
Agreement, both its benefits and its burdens, to Delphi.

9

It was permitted to do either of those two things, in my view, under paragraph 14.3 of the LFA, which says, "In addition, after the Closing, GM may assign without the prior written consent of [Lightsource] this Agreement and any or all of its rights, interests and obligations hereunder."  I believe that what occurred here, as made clear from reading the documents, is that GM assigned only some of its obligations under the LFA agreement to Delphi and none of its rights.

In addition, paragraph 14.3 of the LFA makes it clear that "Notwithstanding any such assignment permitted by this Section 14.3, GM, Guide and [Lightsource] shall in each case remain liable for all of its respective obligations hereunder."  That is important because it has been suggested by Lightsource that Delphi's interpretation of the MSA and the U.S. Employee Matters Agreement would render Lightsource remedyless, i.e., that it would not have a claim against GM anymore for breach of the OPEB reimbursement obligation in 6.7.1(D) of the LFA, and, therefore, that it would be irrational to construe the MSA as not giving it a direct right against Delphi under MSA Section 2.02(b).

To the contrary, it seems to me that GM and

10

Lightsource in paragraph 14.3 of the LFA made it clear that

GM's reimbursement obligation to Lightsource would survive,

notwithstanding even a full assignment, let alone an

agreement like the MSA that Delphi would assume certain

liabilities of GM under the LFA.

Consequently, it is perfectly rational to

interpret the MSA as providing that GM would have a claim

against Delphi for breach of its assumption agreement under

the MSA, which would be triggered by Delphi's nonpayment of

the obligations that GM owes Lightsource under Section

6.7.1(D) of the LFA in respect of OPEB.

But the key element of textual analysis here

involves reading, in the case of the MSA, paragraphs

2.02(b) and 9.05, to determine, in fact, which paragraph

limits the other.  That is because the case law is clear

that, where two parties agree that one party will assume or

pay the liability of the other, the party holding the

original liability may have standing to bring a direct

claim against the assuming party, provided that the

parties' agreement -- that is, the agreement between the

original obligor and the assuming party -- makes it clear

that the third party would have that right.

Generally speaking, under the law of Delaware,

reference to the specific assumption of a liability in an agreement between two parties would give the party who has that claim standing to sue the assuming party directly. But that proposition is qualified.  Thus, where there is limiting language in the agreement, it would preclude such a direct right.  That limiting language controls.  This general proposition is set forth in Royal Indem. Co. v. Alexander Indus., Inc., 211 A.2d 919, 921 (Del. 1965), in which the Delaware Supreme Court said "standing alone without limiting language" words of assumption show "an intent to benefit those who have supplied materials and labor and that the promise thus confers upon such parties a right of action as third party beneficiaries."

The Court made the distinction perfectly clear in the next sentence of Royal Indem. when it said "We see no injustice in this result, especially since the parties, had they in fact intended the contrary, could easily have avoided the result by inserting a few words in the bond itself" to limit third party beneficiary standing.  Id.

The cases relied upon by Lightsource all stand for that general proposition, and indeed Lightsource acknowledges as much in its Supplemental Response, dated January 8, 2008.  In discussing the Debtors'

12

reliance on Corbin on Contracts, Section 777 at 25, which
states that if two contracting parties expressly provide
that some parties that will be benefited by performance
shall have no legally enforceable right, the Court should
effectuate the express intent by denying the third party
any direct remedy, Lightsource's Supplemental Response
states that Corbin "is merely restating, in context, the
principle that the specific should govern the general: if a
contract by its general terms confers rights on third
parties but such third parties are specifically excluded,
then no rights should attach." Lightsource Supplemental
Reply at 9. This is clearly a correct statement of the law
and is borne out by the various cases relied upon by
Lightsource, as well as by the Debtors.

For example, Lightsource's primary case, <u>Caldwell</u>
<u>Trucking PRP v. Rexon Tech. Corp.</u>, 421 F.3d 234 (3d Cir.
2005), involved a similar issue where there was a
successor-and-assigns provision that stated, "The terms and
conditions of this agreement shall inure to the benefit of
and be binding upon the respective successors and assigns
of the parties hereto, provided that no person, firm or
entity, other than the parties hereto, their respective
successors and assigns shall be deemed a beneficiary of any

13

of the representations, warranties or covenants contained

here." Id. at 245.

The Caldwell Trucking Court noted, however, that

the foregoing general language must yield to the specific

direction of paragraph 1.05 of the parties' agreement,

which was an assumption of liabilities provision that

stated "Anything contained herein to the contrary

notwithstanding, Pullman agrees to assume [certain

liabilities including the third party liability at issue]."

Id.

Obviously, that introductory clause, "Anything

contained herein to the contrary notwithstanding," would in

respect of the assumption vitiate or narrow the scope of

the general successor-and-assign provision of the agreement

so that it would not apply to that specific assumption of

liability.  Id.

Similarly, in Ladish Co., Inc. v. Armco Inc., 514

N.W.2d 724 (Wis. Ct. App. 1993), the Court found a general

"no third party beneficiaries" provision was trumped by a

provision that stated that the specific obligations under

the acquisition agreement "to defend and indemnify the

'surviving companies' make the surviving companies, and,

under the express terms of the acquisition agreement,

14

'their respective successors and assigns' intended third party beneficiaries of the obligations," since the specific indemnification rights went to the "surviving companies," one of whom was the plaintiff.

Again, I want to make it clear that I'm dealing with cases here that, as I believe is appropriate, analyze the interplay of <u>assumption</u> language in an agreement between two other parties that also contains "no third party beneficiary" language to determine the parties' intent. I do not believe cases pertaining to <u>assignments</u> of contracts apply here since the entire LFA contract was not assigned.  But even where an entire contract is assigned, limiting language would appear to preclude the conferral of direct liability to a third party, or, more appropriately, the assignee's assumption of pre-closing liabilities would have to be clearly set forth, without more specific limitations, for the third party to be able to make a claim therefor against the assignee.  <u>See</u> Corbin on Contracts §906.

Turning to the specific language at issue, I conclude that Section 9.05 of the MSA is not trumped by the assumption of liability provision of 2.02(b) of the MSA. First and perhaps most important, Section 2.02(b) does not

contain the clause, or a similar clause, that appeared in
the agreement in Caldwell Trucking that I just quoted, to
the effect that "notwithstanding any other provision of
this agreement," Delphi assumes the OPEB liability.
Secondly, to the contrary, Section 9.05 clearly applies, on
its face, to all the provisions of the MSA, with one
specifically articulated exception that is inapplicable to
Lightsource.

In other words, it's carefully drafted.  First,
it excludes from those third parties who may benefit from
the agreement "assigns."  Second, its scope is worded very
broadly.  Section 9.05 states that "nothing in this
agreement" -- literally the flip side of the
"notwithstanding" language that I quoted from Caldwell
Trucking earlier -- "nothing in this agreement, express or
implied" -- that is, it refers to the express provisions of
the agreement as well as any sort of implied right that one
might otherwise want to assert -- "is intended to confer
upon any other person any rights or remedies of any nature
whatsoever under or by reason of this agreement."

Almost the same language was found by the Sixth
Circuit in Nationwide Mut. Ins. Co. v. Home Ins. Co., 150
F.3d 545 (6th Cir. 1998), to deprive a specifically

16

identified potential third party beneficiary of the ability
to bring a direct claim under or in connection with an
assumption agreement.  In that case, the assumption
agreement provided, "Nothing in this Assumption Agreement,
express or implied, is intended, or shall be construed, to
confer upon or give to any person, firm or corporation
(other than the parties hereto) any rights or remedies
under or by reason of this Assumption Agreement, or any
term, provision, condition, undertaking, warranty,
representation, indemnity, covenant or agreement contained
herein," id. at 547-48, language quite similar to Section
9.05 of the MSA.

Finally, going one step further, the last clause
in Section 9.05 of the MSA makes it even more clear that
the Lightsource OPEB was not excepted from the parties "no
third party beneficiaries" agreement.  That is, the last
clause of Section 9.05 lists a specific exception to the
foregoing prohibition on third party reliance on the
express or implied terms of the agreement.  And, as I noted
earlier, that exception by its plain terms does not apply
to Lightsource.   In construing the
agreement as a whole, one would expect that if the parties
intended by their plain language to include any other

17

exception, i.e., for example, parties with liabilities that
would be assumed under Section 2.02(b), they would have
included it in this clause in Section 9.05, and obviously
they did not.

The Delaware courts, as well as the courts in
every other jurisdiction that the parties have discussed,
hold that the plain meaning of a contract establishes the
parties' intentions.  Rhone-Poulenc Basic Chemicals Co. v.
Am. Motorists Ins. Co., 616 A.2d 1192, 1195 (Del. 1992).
As I noted before, the Delaware courts also hold that the
parties' expressed intentions will govern whether a third
party to an agreement has direct rights under the
agreement.  Royal Indem., 211 A.2d at 921.

Given the unambiguous language that I just
quoted, therefore in the absence of any clear rationale why
that language is contrary to logic or reason, and indeed,
recognizing that the language is consistent with an
agreement between GM and Delphi that leaves Lightsource
with its original direct source of recovery as well as,
now, an indirect source of recovery against Delphi through
GM's enforcement of the Master Separation Agreement, I
conclude that, as a matter of law, Lightsource cannot
assert a claim against Delphi under the Master Separation

18

Agreement for the OPEB.

A similar legal analysis pertains to the interplay of paragraphs 10(a) and 14 of the U.S. Employee Matters Agreement.  Paragraph 14, the "no third party beneficiary provision" of the U.S. Employee Matters Agreement, is also broadly worded, to make it clear that "no provision in this EM Agreement or in any Schedule, including any Attachment thereto, shall confer upon any person, other than the signatories hereto, any rights or remedies with respect to...benefits...of any persons."

Similarly with the last clause of Section 9.05 of the MSA, paragraph 14 also has a proviso, giving certain specified third parties rights against Delphi notwithstanding the foregoing language, which, however, do not include either Lightsource or its employees.  This exception states "provided that any rights to be provided under the Delphi Employee Benefit Plans or their successors, pursuant to this EM Agreement and the attached Schedules, shall be enforceable by the participants thereunder."  Again, if GM and Delphi intended to exempt Lightsource or its employees from the reach of paragraph 14, they knew how to do it since they did it in the last clause of that paragraph for participants in the Delphi

19

Employee Benefit Plans.  (Lightsource itself is clearly not

a participant in a Delphi Benefit Plan and therefore would

not be exempt from the reach of paragraph 14.)

It was suggested at oral argument that

conceivably Lightsource's employees who are owed by it OPEB

guaranteed by GM under the LFA might nevertheless fit

within the proviso to paragraph 14, and if, in fact,

Lightsource paid the claims of those participants or those

employees, it might be subrogated to them.  To determine

whether the plain language of the U.S. Employee Matters

Agreement would support such an argument one has to turn to

paragraph 10(a) of the U.S. Employee Matters Agreement.

Having read that paragraph, however, I conclude, to the

contrary, that its plain terms actually confirm that the

only logical reading of the exception to paragraph 14

excludes Lightsource and its present and former employees

or those pursuant to whom Lightsource in the LFA agreed to

pay OPEB obligations.

Paragraph 10(a) states, "Delphi shall pay the

liabilities and expenses under the Delphi Benefit Plans

with respect to Delphi Employees."  Then it goes on to

state, "the Delphi Benefit Plans shall also cover the

provision of benefits for employees of divested units which

20

were formerly Delphi operations to the extent that the GM

Benefit Plans cover the provision of benefits for such

'divested employees' as of the Effective Time."  It then

states some exceptions to that agreement, which I believe

are, for purposes of this matter, irrelevant.  Then

paragraph 10(a) states, "To the extent the parties [i.e.,

GM and Delphi] are unable to arrange with an applicable

third party (such as a buyer of a divested unit) for direct

payment of benefits or transfer of obligations, Delphi

agrees to reimburse GM for any such amounts."

        Reading that language pursuant to its plain

terms, it is clear that Delphi undertook not to include

employees of divested units in the Delphi Benefit Plans as

"participants" in such plans but, rather, to "cover" the

provision of benefits to them, that is, to cover the

payment of their benefits, including OPEB, and that if the

parties could not arrange to do so with an applicable third

party, such as a buyer of a divested unit for direct

payment, it would reimburse GM for any such amounts.

        It appears clear to me, therefore, that under

paragraph 14's proviso, the Lightsource employees who were

owed OPEB, or the GM former employees owed OPED, would not

be "participants" "in the Delphi Employee Benefit Plans,"

21

and, therefore, those former employees of the Delphi

division before the spin-off would be exempted from the

reach of the "no third party beneficiaries" language of

paragraph 14.  And under the case law that I have

previously discussed, it's therefore clear the parties

intended, pursuant to paragraph 14, with no countervailing

intention set forth in the agreement, that, while Delphi

would be responsible to GM for making the payments under

paragraph 10(a), it would not be directly responsible

therefor to any third party, including Lightsource or

Lightsource's employees.  And, consequently, the only party

who can, under these circumstances, assert a claim against

Delphi under the U.S. Employee Matters Agreement is GM.

Lightsource and/or Guide may not do so.

         For those reasons, I'll grant Delphi's objection

to the claims filed by Lightsource and Guide.  So, Mr.

Lyons, you can submit an order to that effect.

# EXHIBIT X

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                          :
In re:                                    :
                                          :      Chapter 11
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 [RDD]
                                          :
                    Debtors.              :      Jointly Administered
                                          :
--------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOF OF
CLAIM NUMBER 11244 IN THE AMOUNT OF $0 AND DISALLOWING CLAIMS
11241, 11242. 11243, 11244. 11245. 10590, AND 15026
(DENSO INTERNATIONAL AMERICA, INC.,
DENSO MANUFACTURING MICHIGAN, INC., DENSO
SALES CALIFORNIA, TBDN TENNESSEE COMPANY, ASSOCIATED FUEL
PUMP SYSTEMS CORPORATION, DENSO MANUFACTURING ATHENS
TENNESSEE, INC., AND DENSO MANUFACTURING TENNESSEE, INC.)**

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates

including ASEC Manufacturing General Partnership ("ASEC") and Delphi Automotive

Systems, LLC ("DAS LLC,"), debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), DENSO International America, Inc. ("DIAM"),

DENSO Manufacturing Michigan, Inc. ("DMMI"), DENSO Sales California, Inc.

("DSCA"), TBDN Tennessee Company ("TBDN"), Associated Fuel Pump Systems

Corporation ("AFCO"), DENSO Manufacturing Athens Tennessee, Inc. ("DMAT"), and

DENSO Manufacturing Tennessee, Inc. ("DMTN", together with DMAT, AFCO, TBDN,

DSCA, DMMI and DIAM collectively, "DENSO Claimants") respectfully submit this

Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim

Number 11244 In The Amount of $0 And Disallowing Proofs Of Claim Numbers 11241,

11242, 11243, 11244, 11245, 10590, and 15026 (the "Stipulation") and agree and state as

follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions

under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York;

and

WHEREAS on or about July 26, 2006, certain DENSO Claimants filed

proofs of claim numbers 11241, 11242, 11243, 11244, 11245, 10590 and 15026 (the

"DENSO Claims") arising from the sale of DENSO products;  and

WHEREAS, on October 31, 2006, the Debtors objected to certain of the

DENSO Claims pursuant to the Debtors' Third Omnibus Objection (Substantive)

Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With

Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And

Records, And (C) Claims Subject To Modification (Docket No. 5452) (the "Third

Omnibus Claims Objection");  and

2

**WHEREAS,** on November 22, 2006, Claimant filed a Response to the Third Omnibus Claims Objection (Docket No. 5699) (the "Response");  and

**WHEREAS,** on January 15, 2008, to resolve the Third Omnibus Claims Objection with respect to the DENSO Claims and other related matters, the Debtors and DENSO Claimants entered into a settlement agreement (the "Settlement Agreement"); and

**WHEREAS,** the Debtors are authorized to enter into the Settlement Agreement either because the Denso Claims involve ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and DENSO Claimants stipulate and agree as follows:

1.      Claim 11244 (the "Remaining Claim") shall be allowed in the amount of zero dollars and all of the DENSO Claims other than the Remaining Claim shall be disallowed and expunged in their entirety

2.      If the Debtors fail to confirm a plan by July 1, 2008 that provides for treatment of unsecured claims that is substantially similar to the amounts provided in the Debtors' First Amended Joint Plan of Reorganization, the DENSO Claimants may reassert the Remaining Claim in an amount not to exceed $3,391,804.81

3.      The Response is hereby withdrawn.

3

4.    The Settlement Agreement does not impact, alter or affect any other proofs of claim that DENSO Claimant has filed against the Debtors and relates solely to those matters arising out of or related to the DENSO Claims.

**[signatures concluded on following page]**

Dated:   New York, New York
         January 28, 2008

DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,
TOGUT, SEGAL & SEGAL LLP,
By:

_/s/ Neil Berger_____
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000


Dated:   New York, New York
         January 28, 2008

DENSO INTERNATIONAL AMERICA, INC.,
DENSO MANUFACTURING MICHIGAN,
INC.,
DENSO SALES CALIFORNIA,
TBDN TENNESSEE COMPANY,
ASSOCIATED FUEL PUMP SYSTEMS
CORPORATION,
DENSO MANUFACTURING ATHENS
TENNESSEE, INC.,
DENSO MANUFACTURING TENNESSEE,
INC.


By their Counsel,
BLANK ROME LLP


/s/ Marc E. Richards_____
MARC E. RICHARDS
A Member of the Firm
The Chrysler Building

405 Lexington Avenue
New York, New York 10174
212-885-5000


**SO ORDERED**


This 29th day of January, 2008
in New York, New York


_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT Y

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :        Chapter 11
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 [RDD]
                                                    :
                        Debtors.                    :        Jointly Administered
                                                    :
----------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14015 IN THE AMOUNT OF $0 AND DISALLOWING CLAIM 14016 (LEAR CORPORATION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates including Delphi Automotive Systems, LLC ("DAS LLC,"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and Lear Corporation on behalf of itself and certain of its affiliates (collectively, "Lear Claimants") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14015 In The Amount of $0 And Disallowing Proof Of Claim Number 14016 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS,** on July 31, 2006, Claimants timely filed: (1) proof of claim #14015 against DAS in the total amount of $1,750,068.82; (2) proof of claim #14016 against Delphi for the same amount; and (3) proof of claim #14017 against Debtor Delphi Mechatronic Systems, Inc. for the same amount (collectively, the "Lear Claims"); and

**WHEREAS,** on December 10, 2007, Claimant filed an objection to certain cure amounts proposed by the Debtors (the "Cure Amount Objection") which objection contained an objection with respect to adequate assurance of future performance pursuant to section 365 of the Bankruptcy Code (the "Adequate Assurance Issue"); and

**WHEREAS,** on or about January 10, 2008, Claimant filed an objection to the Debtors' motion estimating the amount of the Lear Claims for the administration of

2

discount rights offering (the "Discount Rights Objection") and an objection to the

Proposed Plan (the "Plan Objection");  and

**WHEREAS,** on January 16, 2008, to resolve the Cure Amount Objection,

the Discount Right Objection, and the Plan Objection with respect to the Lear Claims

and other related matters, the Debtors and Lear Claimants entered into a settlement

agreement (the "Settlement Agreement");  and

**WHEREAS,** the Debtors are authorized to enter into the Settlement

Agreement either because the Lear Claims involve ordinary course controversies or

pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr.

P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of

Controversy And Allow Claims Without Further Court Approval (Docket No. 4414)

entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and

Lear Claimants stipulate and agree as follows:

1.      Claim 14015 (the "Remaining Claim") shall be allowed in the

amount of zero dollars and Claim 14016 shall be disallowed and expunged in its

entirety.

2.      If the Debtors fail to confirm a plan by July 1, 2008 that provides for

treatment of unsecured claims that is substantially similar to the amounts provided in

the Debtors' First Amended Joint Plan of Reorganization, the Lear Claimants may

reassert the Remaining Claim in an amount not to exceed $2,711,110

3.      The Discount Rights Objection, Plan Objection, and Cure Amount

Objections are hereby withdrawn except with respect to the Adequate Assurance issue

contained in the Cure Objection.

**[signatures concluded on following page]**

Dated:   New York, New York
         January 28, 2008

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    /s/ Neil Berger_____
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000

Dated:   New York, New York
         January 17, 2008

                                    LEAR CORPORATION

                                    By their Counsel,
                                    BODMAN LLP

                                    /s/ Ralph McDowell
                                    RALPH MCDOWELL
                                    Sixth Floor at Ford Field
                                    1901 Saint Antoine Street
                                    Detroit, Michigan 48226
                                    313-259-7777

**SO ORDERED**

This 29th day of January, 2008
in New York, New York


_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT Z

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND AGREED ORDER ALLOWING PAYMENT OF CERTAIN FEES AND
EXPENSES OF HELLER EHRMAN LLP AS ORDINARY COURSE PROFESSIONAL

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and Heller Ehrman LLP ("Heller Ehrman") respectfully submit this Stipulation And Agreed Order Allowing Payment Of Certain Fees And Expenses To Heller Ehrman LLP As Ordinary Course Professional and agree and state as follows:

WHEREAS, on October 8, 2005 and October 14, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business (Docket No. 0883) (the "Ordinary Course Professionals Order"), the Debtors are authorized to make monthly payments for compensation and reimbursement of fees and expenses to each of the ordinary course professionals in the manner customarily made by the Debtors in the full amount billed by any such ordinary course professional; provided, however, that fees paid to an ordinary course professional, excluding expenses and disbursements, shall not exceed either (a) $50,000.00 per month per ordinary course professional or (b) $500,000.00 in the aggregate per ordinary course professional over the course of these chapter 11 cases (together, the "Ordinary Course Professional Cap").

WHEREAS, on August 10, 2007, Heller Ehrman filed a Notice Of Filing Of Affidavit Of Legal Ordinary Course Of Timothy Burns (Docket No. 9013) pursuant to which Heller Ehrman agreed to continue to represent and advise the Debtors on insurance matters.

2

Specifically, Heller Ehrman agreed to (a) represent the Debtors in pending litigation against National Union Fire Insurance Company of Pittsburgh, PA, regarding the recovery of insurance proceeds pursuant to a director and officer liability policy; (b) provide the Debtors with general legal advice regarding director, officer, and fiduciary liability insurance; and (c) provide the Debtors with other general insurance legal advice.

WHEREAS, it now appears that for the months of July and August, 2007, Heller Ehrman exceeded the Ordinary Course Professional Cap because it incurred fees on the Debtors' behalf in the amounts of $55,775.50 and $123,381.50, respectively.  From and including the month of September 2007 to the present, Heller Ehrman's fees are again less than the Ordinary Course Professional Cap and both Heller Ehrman and the Debtors expect Heller Ehrman's fees to remain below the Ordinary Course Professional Cap for the remainder of the chapter 11 cases.

WHEREAS, in light of the temporary nature of the fees of Heller Ehrman being in excess of the monthly Ordinary Course Professional Cap for the two month period during which Heller Ehrman assisted the Debtors with the proposed resolution of their multidistrict securities litigation and to avoid the additional and unnecessary expense of seeking court approval of Heller Ehman's retention as a retained professional under section 327(e) of the Bankruptcy Code, the parties hereto have agreed to continue the retention of Heller Ehman as an ordinary course professional in the chapter 11 cases and to continue to pay their fees as an Ordinary Course Professional under the Ordinary Course Professionals Order, including their fees and expenses for the months of July and August of 2007.

WHEREAS, the United States Trustee and the official committee of unsecured creditors have agreed with the terms and provisions of this stipulation and agreed order.

NOW THEREFORE, the Debtors and Heller Ehrman agree and stipulate that

3

Heller Ehrman shall continue to be paid its fees and expenses as an ordinary course professional

in accordance with the Ordinary Course Professionals Order, including its fees and expenses for

the months of July and August of 2007  notwithstanding that such fees and expenses exceed the

Ordinary Course Professional Cap.


So Ordered in New York, New York, this 30th day of January, 2008


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ Kayalyn A. Marafioti                              /s/ Timothy W. Burns
 John Wm. Butler, Jr.                               Timothy W. Burns and Caren Shulman
 John K. Lyons                                      HELLER EHRMAN LLP
 Ron E. Meisler                                     7 Times Square
 SKADDEN, ARPS, SLATE, MEAGHER            New York, New York 10036
  & FLOM LLP
 333 West Wacker Drive, Suite 2100            Attorneys for Heller Ehrman LLP
 Chicago, Illinois  60606-1285
 (312) 407-0700

      - and –

  Kayalyn A. Marafioti
   Thomas J. Matz
 Four Times Square
 New York, New York  10036
 (212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT AA

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                    :
In re:                           :
                                    :      Chapter 11
DELPHI CORPORATION, et al.,     :      Case No. 05-44481 [RDD]
                                    :
                   Debtors.     :      Jointly Administered
                                    :
-------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOF OF CLAIM
NUMBER 10724 AND EXPUNGING PROOF OF CLAIM NUMBER 16491
(STAHL SPECIALTY COMPANY EFT/THYSSENKRUPP STAHL
CO./SPCP GROUP, L.L.C./DEUTSCHE BANK SECURITIES, INC.)**

        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Stahl Specialty Company EFT

("Stahl Specialty"), ThyssenKrupp Stahl Co. ("Stahl Co."), SPCP Group, L.L.C.

("SPCP") and Deutsche Bank Securities, Inc. ("Deutsche Bank," and together with Stahl

Specialty and SPCP, collectively, the "Claimants") respectfully submit this Joint

Stipulation And Agreed Order Compromising and Allowing Proof Of Claim Number 10724 and Expunging Proof of Claim Number 16491 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS,** on April 20, 2006, Stahl Co. and certain other ThyssenKrupp entities filed a Motion pursuant to Bankruptcy Code sections 362 and 553 for an Order lifting the automatic stay in order to allow a setoff (Docket No. 3312) (the "Setoff Motion"); and

**WHEREAS,** on July 25, 2006, Stahl Specialty filed proof of claim number 10724 (the "Proof of Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,384,396.89 (the "Claim"); and

**WHEREAS,** on January 22, 2007, Stahl Co. filed proof of claim 16491 (the "Amended Proof of Claim") against DAS LLC asserting an unsecured non-priority claim in the amount of $1,291,657.06 and a secured claim in the amount of $92,739.83 (the "Amended Claim"); and

**WHEREAS,** on March 16, 2007, the Debtors objected to the Amended Claim pursuant to the Debtors' Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B) Equity Claims (Docket No. 7300) (the "Tenth Omnibus Claims Objection"); and

2

**WHEREAS,** Stahl Specialty and Stahl Co. transferred their interests in certain

DAS LLC receivables associated with the Claim and the Amended Claim to SPCP as

evidenced by Notices of Transfer entered on March 29, 2007 (Docket Nos. 7459 and

7461, respectively);  and

**WHEREAS,** on April 12, 2007, Stahl Co. and certain other ThyssenKrupp entities

filed their Response to the Tenth Omnibus Claims Objection (Docket No. 7645) (the

"Response to the Tenth Omnibus Claims Objection"); and

**WHEREAS,** on June 15, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b)

and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on

Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E)

Claims Subject to Modification, Tax Claims Subject to Modification, and Modified

Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims

Objection");

**WHEREAS,** on July 13, 2007, SPCP filed its Response to the Seventeenth

Omnibus Claims Objection (Docket No. 8599) (the "Response to the Seventeenth

Omnibus Claims Objection") and;

**WHEREAS,** SPCP transferred its interest in the Claim and the Amended Claim

to Deutsche Bank as evidenced by Notices of Transfer entered on August 14, 2007

(Docket No. 9080 and 9079, respectively);  and

3

**WHEREAS,** on January 8, 2008, to resolve the Tenth Omnibus Claims Objection with respect to the Amended Claim, the Seventeenth Omnibus Claims Objection with respect to the Claim, and the Setoff Motion, DAS LLC, Stahl Specialty, Stahl Co., SPCP and Deutsche Bank entered into a Settlement Agreement (the "Settlement Agreement"); and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $1,342,252 as a general unsecured non-priority claim; and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors, Stahl Specialty, Stahl Co., SPCP and Deutsche Bank stipulate and agree as follows:

1.     The Claim is hereby allowed in the amount of $1,342,252 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC not subject to any defense, counterclaim, right of setoff, reduction, avoidance, disallowance or subordination.  Deutsche Bank shall hold the entire Claim, and the Debtors' claims register shall be amended to reflect this without the need for any further actions by the Claimants.

4

2.      The Amended Claim is hereby disallowed and expunged in its

entirety.

3.      The Tenth Omnibus Claims Objection and the Seventeenth

Omnibus Claims Objection, solely as they relate to the Claim and the Amended Claim,

the Responses to the Tenth Omnibus Claims Objection and the Seventeenth Omnibus

Claims Objection, and the Setoff Motion are hereby withdrawn with prejudice.

4.      The Stipulation does not impact, alter or affect any other claims that

Stahl Specialty, Stahl Co., SPCP or Deutsche Bank may against the Debtors and relates

solely to those matters arising out of or related to the Claim and the Amended Claim.

Dated:   New York, New York
        January 29, 2008

                      DELPHI CORPORATION, et al.,
                      Debtors and Debtors-in-Possession,
                      By their Bankruptcy Conflicts Counsel,
                      TOGUT, SEGAL & SEGAL LLP,
                      By:

                      /s/ Neil Berger
                      NEIL BERGER (NB-3599)
                      A Member of the Firm
                      One Penn Plaza, Suite 3335
                      New York, New York 10119
                      (212) 594-5000

Dated:   Kansas City, Missouri
        January 2008

                     STAHL SPECIALTY COMPANY EFT
                     THYSSENKRUPP STAHL CO.
                     By their Counsel,
                     STINSON MORRISON HECKER LLP

                     /s/ Mark A. Shaiken
                     MARK A. SHAIKEN
                     1201 Walnut Street, Suite 2700
                     Kansas City, Missouri
                     (816) 842-8600

Dated:  New York, New York
        January 23, 2008

                     SPCP GROUP, LLC

                     /s/ Rich Petrilli
                     Rich Petrilli
                     SILVER POINT CAPITAL
                     Two Greenwich Plaza
                     Greenwich, CT 06830
                     Tel: 203-542-4032

**[Signatures concluded on the following page]**

7

Dated:  New York, New York
       January 2008

DEUTSCHE BANK SECURITIES, INC.


/s/ Scott G. Martin
Scott G. Martin
Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 1005
212-250-5760


/s/ Ray Costa
Ray Costa
Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 1005
212-250-5760

**SO ORDERED**

This 31st day of January, 2008
in New York, New York



_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT BB

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                  :

In re:                           :

                                  :       Chapter 11

DELPHI CORPORATION, et al.,      :       Case No. 05-44481 [RDD]

                                  :

                 Debtors.       :       Jointly Administered

                                  :
-------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER
## ALLOWING PROOF OF CLAIM NUMBER 9940
## AND EXPUNGING PROOF OF CLAIM NUMBER 16490
## (WAUPACA FOUNDRY INC. N/K/A THYSSENKRUPP WAUPACA,
## INC./SPCP GROUP, L.L.C./DEUTSCHE BANK SECURITIES INC.)

        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Waupaca Foundry Inc. n/k/a

ThyssenKrupp Waupaca, Inc. ("ThyssenKrupp"), SPCP Group, L.L.C. ("SPCP") and

Deutsche Bank Securities Inc. ("Deutsche Bank," and together with ThyssenKrupp and

SPCP, collectively, the "Claimants") respectfully submit this Joint Stipulation And

Agreed Order Allowing Proof Of Claim Number 9940 and Expunging Proof of Claim Number 16490 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS,** on July 19, 2006, ThyssenKrupp filed proof of claim number 9940 (the "Proof of Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $6,678,072.11 (the "Claim");  and

**WHEREAS,** on April 20, 2006, ThyssenKrupp and certain other ThyssenKrupp entities filed a Motion pursuant to Bankruptcy Code sections 362 and 553 for an Order lifting the automatic stay in order to allow a setoff (Docket No. 3312) (the "Setoff Motion");  and

**WHEREAS**, on January 22, 2007, ThyssenKrupp filed proof of claim 16490 (the "Amended Proof of Claim") against DAS LLC asserting an unsecured non-priority claim in the amount of $6,563,719.48 and a secured claim in the amount of $114,352.63 (the "Amended Claim");  and

**WHEREAS,** on March 16, 2007, the Debtors objected to the Amended Claim pursuant to the Debtors' Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B) Equity Claims (Docket No. 7300) (the "Tenth Omnibus Claims Objection"); and

2

**WHEREAS,** ThyssenKrupp transferred its interest in certain DAS LLC

receivables associated with the Claim and the Amended Claim to SPCP as evidenced by

Notices of Transfer entered on March 29, 2007 (Docket Nos. 7458 and 7460,

respectively);  and

**WHEREAS,** on April 12, 2007, ThyssenKrupp and certain other ThyssenKrupp

entities filed their Response to the Tenth Omnibus Claims Objection (Docket No. 7645)

(the "Response"); and

**WHEREAS,** on June 15, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b)

and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on

Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E)

Claims Subject to Modification, Tax Claims Subject to Modification, and Modified

Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims

Objection");  and

**WHEREAS,** on July 26, 2007, the Court entered the Order Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C)

Insurance Claim Not Reflected on Debtors' Books and Records, (D) Untimely Claims

and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to

Modification, and Modified Claims Asserting Reclamation Identified in Seventeenth

Omnibus Claims Objection (Docket No. 8737) (the "Seventeenth Omnibus Claims

Objection Order"); and

**WHEREAS,** pursuant to the Seventeenth Omnibus Claims Objection Order, the

Claim was classified as an unsecured non-priority claim in the amount of $6,595,973.44

against DAS LLC and a priority claim in the amount of $79,710.92 against DAS LLC

pursuant to the Seventeenth Omnibus Claims Objection Order (Docket No. 8599);  and

**WHEREAS,** SPCP transferred $6,678,072.11 of its interest in the Claim and the

Amended Claim to Deutsche Bank as evidenced by Notices of Transfer entered on

August 14, 2007 (Docket No. 9077 and 9078, respectively);  and

**WHEREAS,** on January 8, 2008, to resolve the Tenth Omnibus Claims Objection

with respect to the Amended Claim, the Seventeenth Omnibus Claims Objection with

respect to the Claim, and the Setoff Motion, DAS LLC, ThyssenKrupp, SPCP and

Deutsche Bank entered into a Settlement Agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC

acknowledges and agrees that the Claim shall be allowed against DAS LLC in the

amount of $6,678,072 as a general unsecured non-priority claim;  and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

4

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors, Thyssen Krupp, SPCP and Deutsche Bank stipulate and agree as follows:

1.      The Claim is hereby allowed in the amount of $6,678,072 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC. Deutsche Bank shall hold the entire Claim, and the Debtors' claims register shall be amended to reflect this without the need for any further actions by the Claimants.

2.      The Amended Claim is hereby disallowed and expunged in its entirety.

3.      The Seventeenth Omnibus Claims Objection, solely as it relates to the Claim and the Amended Claim, the Response and the Setoff Motion are hereby withdrawn with prejudice.

4.      The Seventeenth Omnibus Claims Objection Order is hereby amended and superceded solely with respect to the Claim to reflect the allowance of the Claim pursuant to the terms set forth herein.

5.      The Stipulation does not impact, alter or affect any other claims that ThyssenKrupp SPCP or Deutsche Bank may against the Debtors and relates solely to those matters arising out of or related to the Claim and the Amended Claim.

Dated:   New York, New York
         January 29, 2008

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:

                              /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:   Kansas City, Missouri
         January 2008

                              WAUPACA FOUNDRY INC. N/K/A
                                THYSSENKRUPP WAUPACA, INC.
                              By its Counsel,
                              STINSON MORRISON HECKER LLP

                              /s/ Mark A. Shaiken
                              MARK A. SHAIKEN
                              1201 Walnut Street, Suite 2700
                              Kansas City, Missouri
                              (816) 842-8600

**[Signatures concluded on the following page]**

Dated:  New York, New York
        January 2008

                        SPCP GROUP, LLC


                        /s/ Michael Gatto
                        Michael Gatto
                        SILVER POINT CAPITAL
                        Two Greenwich Plaza
                        Greenwich, CT 06830
                        Tel: 203-542-4032


Dated:  New York, New York
        January 2008

                        DEUTSCHE BANK SECURITIES, INC.


                        /s/ Scott G. Martin
                        Deutsche Bank Securities Inc.
                        60 Wall Street, 3rd Floor
                        New York, NY 1005
                        212-250-5760

                        /s/ Ray Costa
                        Ray Costa
                        Deutsche Bank Securities Inc.
                        60 Wall Street, 3rd Floor
                        New York, NY 1005
                        212-250-5760


                        **SO ORDERED**

                This 31st day of January, 2008
                    in New York, New York


                _____/s/Robert D. Drain_____
                HONORABLE ROBERT D. DRAIN
                UNITED STATES BANKRUPTCY JUDGE


                        7

# EXHIBIT CC

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                              :
In re:                                        :
                                              :        Chapter 11
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 [RDD]
                                              :
                        Debtors.              :        Jointly Administered
                                              :
-------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14139 (SERIGRAPH INC./ SPCP GROUP, LLC/ <u>DEUTSCHE BANK SECURITIES, INC.)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Serigraph Inc. ("Serigraph"),

SPCP Group, LLC ("SPCP") and Deutsche Bank Securities, Inc. ("Deutsche Bank," and

together with Serigraph and SPCP, collectively, the "Claimants") respectfully submit

this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim

Number 14139 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

**WHEREAS,** on August 9, 2006, SPCP as assignee of Serigraph filed proof

of claim number 14139 (the "Claim") against DAS LLC, asserting an unsecured non-

priority claim in the amount of $1,206,143.24 (the "Claim");  and

**WHEREAS,** on February 21, 2007, SPCP assigned $1,000,000 of the Claim

to Deutsche Bank, as evidenced by that certain Notice of Transfer filed on June 13, 2007

(DAS LLC Docket No. 67);  and

**WHEREAS,** on September 21, 2007, the Debtors objected to the Claim

pursuant to the Debtors' Twentieth-First Omnibus Objection Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B)

Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not

Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject

to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting

Reclamation (the "Twenty-First Omnibus Claims Objection");  and

**WHEREAS,** on October 18, 2007, Deutsche Bank and SPCP filed a

Response to the Twentieth-First Omnibus Claims Objection (Docket No. 10638) (the

"Response");  and

**WHEREAS,** on January 8, 2008, to resolve the Twentieth-First Omnibus

2

Claims Objection with respect to the Claim, Serigraph, SPCP, Deutsche Bank and DAS

LLC entered into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC

acknowledges and agrees that the Claim shall be allowed against DAS LLC in the

amount of $1,036,570 as a general unsecured non-priority claim;  and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors,

Serigraph, SPCP and Deutsche Bank stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $1,036,570 and shall be

treated as an allowed general unsecured non-priority claim against DAS LLC.  The

Claim shall be allocated as follows:  (i) Deutsche Bank shall hold a $1,000,000.00 portion

of the Claim; and (ii) SPCP shall hold a $36,570 portion of the Claim, and the Debtors'

claims register shall be amended to reflect this allocation without the need for any

further actions by the Claimants.

2.      The Response and the Twenty First Omnibus Claims Objection,

solely as it relates to the Claim, are hereby withdrawn with prejudice.

3.      The Stipulation does not impact, alter or affect any other proofs of

3

claim that Serigraph, SPCP or Deutsche Bank have on file against the Debtors and

relates solely to those matters arising out of or related to the Claim.

Dated:   New York, New York
         January 29, 2007

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:
                              /s/ Neil Berger_____
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000


Dated:   West Bend, WI
         January 2008


                              SERIGRAPH INC.
                              By its Counsel,

                              /s/ Kellen S. Baird_____
                              Serigraph, Inc.
                              Kelleen S. Baird
                              3801 E. Decorah Road
                              West Bend, WI 53095
                              262-335-7460

Dated:    Greenwich, Connecticut
          January 2008

                                    SPCP GROUP, LLC
                                    By its Counsel,

                                    /s/ Michael Gatto
                                    Michael Gatto
                                    SILVER POINT CAPITAL
                                    Two Greenwich Plaza
                                    Greenwich, CT 06830
                                    Tel: 203-542-4032

Dated:    New York, NY
          January 8, 2008

                                    DEUTSCHE BANK SECURITIES, INC.

                                    /s/ Scott G. Martin
                                    Scott G. Martin
                                    Deutsche Bank Securities Inc.
                                    60 Wall Street, 3rd Floor
                                    New York, NY 1005
                                    212-250-5760

                                    /s/ Ray Costa
                                    Deutsche Bank Securities Inc.
                                    60 Wall Street, 3rd Floor
                                    New York, NY 1005
                                    212-250-5760

**SO ORDERED**

This <u>31st</u> day of <u>January</u>, 2008
in New York, New York

      /s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT DD

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :    Chapter 11
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 [RDD]
                                                             :
                              Debtors.                       :    Jointly Administered
                                                             :
-------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 9993
(OSRAM SYLVANIA, INC./ SPCP GROUP, LLC/
<u>DEUTSCHE BANK SECURITIES INC.</u>)**

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), Osram Sylvania, Inc. ("Osram"), SPCP Group, LLC ("SPCP") and Deutsche Bank Securities Inc. ("Deutsche Bank," and together with Osram and SPCP, collectively, the "Claimants") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9993 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS,** on July 20, 2006, Osram filed proof of claim number 9993 against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,094,656.41 (the "Claim"); and

**WHEREAS,** Osram assigned $1,000,000 of the Claim to SPCP, as evidenced by that certain Notice of Transfer filed on July 25, 2006 (Docket No. 4670); and

**WHEREAS,** on February 21, 2007, SPCP assigned $928,226.61 of the Claim to Deutsche Bank, as evidenced by that certain Notice of Transfer filed on June 13, 2007 (DAS LLC Docket No. 66); and

**WHEREAS,** on August 24, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b)

2

and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B)

Insufficiently Documented Claims, (C) Claims Not Reflected on Debtors' Books and

Records, (D) Untimely Claim, and (E) Claims Subject to Modification, Tax Claims

Subject to Modification, Modified Claims Asserting Reclamation, Consensually

Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject to

Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection");  and

    **WHEREAS,** on September 10, 2007, Deutsche Bank filed a Response to the

Twentieth Omnibus Claims Objection (Docket No. 9424) (the "Response");  and

    **WHEREAS,** on January 8, 2008, to resolve the Twentieth Omnibus Claims

Objection with respect to the Claim, Osram, SPCP, Deutsche Bank and DAS LLC

entered into a settlement agreement (the "Settlement Agreement");  and

    **WHEREAS,** pursuant to the Settlement Agreement, DAS LLC

acknowledges and agrees that the Claim shall be allowed against DAS LLC in the

amount of $1,065,225 as a general unsecured non-priority claim;  and

    **WHEREAS,** DAS LLC is authorized to enter into the Settlement

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

    **NOW, THEREFORE**, in consideration of the foregoing, the Debtors,

Osram, SPCP and Deutsche Bank stipulate and agree as follows:

3

1.      The Claim shall be allowed in the amount of $1,065,225.00 and shall

be treated as an allowed general unsecured non-priority claim against DAS LLC.  The

Claim shall be allocated as follows:  (i) Deutsche Bank shall hold a $928,226.61 portion

of the Claim; (ii) SPCP shall hold a $71,773.39 portion of the Claim; and (iii) Osram shall

hold a $65,225.00 portion of the Claim, and the Debtors' claims register shall be

amended to reflect this allocation without the need for any further actions by the

Claimants.

2.      The Response and the Twentieth Omnibus Claims Objection, solely

as it relates to the Claim, are hereby withdrawn with prejudice.


[concluded on the following page]


3.      The Stipulation does not impact, alter or affect any other claims that

Osram, SPCP or Deutsche Bank may against the Debtors and relates solely to those

matters arising out of or related to the Claim.


Dated:   New York, New York
         January 8, 2008

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,

4

TOGUT, SEGAL & SEGAL LLP,
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:   Danvers, Massachusetts
         January 8, 2008

OSRAM SYLVANIA, INC.
By:

/s/ John E. Anderson
John E. Anderson
Osram Sylvania
100 Endicott Street
Danvers, Massachusetts 01923
(978) 750-5540

Dated:   Greenwich, Connecticut
         January 8, 2008

SPCP GROUP, LLC
By:

/s/ Michael Gratto
Michael Gratto
Silver Point Capital
Two Greenwich Plaza
Greenwich, Connecticut 06830
(203) 542-4032

Dated:   New York, New York
         January 8, 2008

DEUTSCHE BANK SECURITIES, INC.
By:

/s/ Scott G. Martin
Scott G. Martin
Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005

/s/ Ray Costa
Ray Costa
Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005

**SO ORDERED**

This 31st day of January, 2008
in New York, New York

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT EE

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                           :
In re:                                     :
                                           :        Chapter 11
DELPHI CORPORATION, et al.,                :        Case No. 05-44481 [RDD]
                                           :
                    Debtors.               :        Jointly Administered
                                           :
---------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER
## COMPROMISING AND REDUCING PROOF OF
## CLAIM NUMBER 10490 (DONALDSON COMPANY, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors") and Donaldson Company, Inc.

("Claimant") respectfully submit this Joint Stipulation And Agreed Order

Compromising And Reducing Proof Of Claim Number 10490 (the "Stipulation") and

agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS**, before the petition date, Claimant incurred debt owing to DAS LLC in the amount of $222,098 for services and/or goods provided (the "Payable");  and

**WHEREAS**, before the petition date, DAS LLC incurred debt owing to Claimant in the amount of $577,853 for services and/or goods provided by Claimant to DAS LLC (the "Receivable");  and

**WHEREAS,** on July 24, 2006, Claimant filed proof of claim number 10490, (the "Claim") against DAS LLC;  and

**WHEREAS**, the Claim asserts an unsecured nonpriority claim in the amount of $561,223.87 secured by a right of setoff;  and

**WHEREAS**, on September 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject to Modification, And Modified Claims Asserting Reclamation (Docket No.  9535) (the "Twenty-First Omnibus Claims Objection");  and

2

WHEREAS, the Debtors and Claimant have reconciled all applicable prepetition invoices and determined that the Receivable owing to Claimant is greater than the payable owing to DAS LLC.

WHEREAS, Claimant anticipates receiving a cure payment in the amount of $24,822.28 (the "Cure Payment") for the assumption of contract D0550075010.

WHEREAS, to resolve the Twenty-Third Omnibus Claims Objection with respect to the Claim, Claimant and DAS LLC have agreed to enter into a settlement agreement (the "Settlement Agreement").

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

WHEREAS, after arm's length negotiations, DAS LLC and Claimant have reconciled the amounts of the Receivable and the Payable, and determined that this reconciliation results in a balance due by DAS LLC.

WHEREAS, pursuant to the Settlement Agreement, Claimant acknowledges and agrees that the Claim shall be reduced and allowed, resulting in a balance owing to Claimant of $310,932.58.

NOW, THEREFORE, in consideration of the foregoing, the Debtors and Claimant stipulate and agree as follows:

3

The Claimant shall have an allowed general unsecured nonpriority claim against DAS LLC in the amount of $310,932.58.


**[signatures concluded on following page]**

4

Dated:  New York, New York
        January 29, 2008

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:


                              /s/ Neil Berger                    _
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:  Minneapolis, Minnesota
        January 29, 2008


                              DONALDSON COMPANY, INC.
                              By:


                              /s/ James M. Infanger
                              JAMES M. INFANGER, Esq.
                              1400 W. 94th Street
                              Minneapolis, Minnesota 55431
                              (952) 887-3081


                         **SO ORDERED**

                This 31st day of January, 2008
                    in New York, New York


            _____/s/Robert D. Drain_____
                HONORABLE ROBERT D. DRAIN
                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT FF

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                       :
In re:                            :
                             :     Chapter 11
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 [RDD]
                             :
               Debtors.     :     Jointly Administered
                             :
----------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 12181 (OHIO EDISON COMPANY)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors") and Ohio Edison Company

("Ohio Edison") respectfully submit this Joint Stipulation And Agreed Order

Compromising And Allowing Proof Of Claim Number 12181 (the "Stipulation") and

agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

**WHEREAS,** on July 28, 2006, Ohio Edison filed proof of claim number

12181 against Delphi, asserting an unsecured non-priority claim in the amount of

$774,413.31  (the "Claim");  and

**WHEREAS**, on June 15, 2007, the Debtors objected to Proof of Claim No.

12181 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant

To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)

Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims

And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject

To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the

"Seventeenth Omnibus Claims Objection");  and

**WHEREAS,** on July 16, 2007, Claimant filed its Response To Debtors'

Seventeenth Omnibus Objection (Docket No. 8631) (the "Response");  and

**WHEREAS,** on January 24, 2008, to resolve the Seventeenth Omnibus

Claims Objection with respect to the Claim, Delphi, DAS LLC and Ohio Edison entered

into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, Delphi and DAS LLC

acknowledge and agree that the Claim shall be allowed against DAS LLC in the amount

of $589,907.30 as a general unsecured non-priority claim;  and

2

**WHEREAS,** Delphi and DAS LLC are authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Ohio Edison stipulate and agree as follows:

1.     The Claim shall be allowed in the amount of $589,907.30 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

2.     The Response is hereby withdrawn.

3.     The Settlement Agreement does not impact, alter or affect any other proofs of claim that Ohio Edison has filed against the Debtors and relates solely to those matters arising out of or related to the Claim.

Dated:  New York, New York
        January 29, 2008

                         DELPHI CORPORATION, et al.,
                         Debtors and Debtors-in-Possession,
                         By their Bankruptcy Conflicts Counsel,
                         TOGUT, SEGAL & SEGAL LLP,
                         By:
                         _/s/ Neil Berger_____
                         NEIL BERGER (NB-3599)
                         A Member of the Firm
                         One Penn Plaza, Suite 3335
                         New York, New York 10119
                         (212) 594-5000

**[signatures concluded on following page]**

3

Dated:   Cleveland, Ohio
            January 29, 2008

                                OHIO EDISON COMPANY
                                By its Counsel,
                                BROUSE MCDOWELL LPA
                                By:

                                /s/ Kate Bradley
                                KATE BRADLEY
                                1001 Lakeside Ave., Suite 1600
                                Cleveland, Ohio 44114-1151
                                (216) 830-6830


                       **SO ORDERED**

               This <u>31st</u> day of <u>January</u>, 2008
                    in New York, New York

               _____/s/Robert D. Drain_____
                  HONORABLE ROBERT D. DRAIN
               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT GG

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Onyx Environmental Services Electronics Recycling Div | Onyx Environmental Services ERD | 1275 Mineral Springs Dr | Port Washington | WI | 53074 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:38 AM
Onyx Enviro Special Parties

# EXHIBIT HH

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Optical Cable Corporation Inc | Optical Cable Corporation Inc | 5290 Concourse Dr | Roanoke | VA | 24019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:39 AM
Optical Cable Special Parties

# EXHIBIT II

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Ore Hill Hub Fund Ltd | Kelly Drye + Warren | Kelly Drye + Warren | 101 Park Ave | New York | NY | 10178 |
| Ore Hill Hub Fund Ltd | Ore Hill Hub Fund Ltd | 650 Fifth Ave 9th Fl | | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:40 AM
Ore Hill Special Parties

# EXHIBIT JJ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Vector Cantech Inc | Lindsey Stetson | 150 W Jefferson Ste 2500 | Detroit | MI | 48226-4415 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:41 AM
Vector Cantech Special Parties

# EXHIBIT KK

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---------|----------|------|-------|-----|
| Bishop Co | 1125 E Milham Rd | Kalamazoo | MI | 49002 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:42 AM
Bishop Special Parties

# EXHIBIT LL

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Devco Corporation | Bill Durnan | 300 Lanidex Plaza | 2nd Fl | Parsippany | NJ | 07054 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:42 AM
Devco Corp Special Parties

# EXHIBIT MM

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Machined Products Co | 2121 Landmeier Rd | Elk Grove Village | IL | 60007 |

# EXHIBIT NN

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Contrarian Funds/ETCO & Plastic Decorators | Dan Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 |

# EXHIBIT OO

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Itautec America Inc | Eduardo Archer de Castilho | Itautec America Inc | 1935 NW 87th Avenue | Doral | FL | 33172 |
| Itautec America Inc | Joanne Gelfand | Akerman Senterfitt | 350 East Las Olas Blvd Suite 1600 | Fort Lauderdale | FL | 33301 |

# EXHIBIT PP

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| MJ Celco | Robert D Nachman | Schwartz Cooper Chartered | 180 N LaSalle Street | Chicago | IL | 60601 |

# EXHIBIT QQ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Contrarian Funds/Entergy | Dan Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:46 AM
Contrarian, Entergy Special Parties

# EXHIBIT RR

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Montgomery County | Douglas M Trout | Assistant Prosecuting Attorney Montgomery County Ohio | 301 West Third Street PO Box 972 | Dayton | OH | 45422 |
| Montgomery County Treasurer | | PO Box 817600 | | Dayton | OH | 45481 |
| Montgomery County Treasurer | | 451 W Third Street | | Dayton | OH | 45422-0476 |
| Montgomery County Treasurer | | PO Box 972 | | Dayton | OH | 45422-0475 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:47 AM
Montgomery Co Special Parties

# EXHIBIT SS

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Benecke-Kaliko AG | Nathan Wheatley | CALFEE HALTER & GRISWOLD LLP | 1400 KeyBank Center 800 Superior Avenue | Cleveland | OH | 44114-2688 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:48 AM
Beneck Kaliko Special Parties

# EXHIBIT TT

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Tower Automotive Inc | David M Dunn | Akin Gump Strauss Hauer & Feld LLP | 1333 New Hampshire Avenue NW | Washington | DC | 20036 |
| Tower Automotive Inc | Ira S Dizengoff | Akin Gump Strauss Hauer & Feld LLP | 590 Madison Avenue | New York | NY | 10022-2524 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:48 AM
Tower Auto Special Parties

# EXHIBIT UU

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Pillarhouse USA Inc | J Ted Donovan | Finkel Goldstein | 26 Broadway Ste 26 | New York | NY | 10004 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 1

2/20/2008 3:49 AM
Pillarhouse Special Parties

# EXHIBIT VV

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Robert Bosch GmbH and Robert Bosch LLC | Gordon J Toering | Warner Norcorss & Judd LLP | 900 Fifth Third Center | 111 Lyon St NW | Grand Rapids | MI | 49503-2487 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:50 AM
Robert Bosch Special Parties

# EXHIBIT WW

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Morgan Advanced Ceramics/Diamonex | Paul M Rosenblatt | Kilpatrick Stockton LLP | 1100 Peachtree Street | Suite 2800 | Atlanta | GA | 30309 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:50 AM
Morgan Diamonex Special Parties

# EXHIBIT XX

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Furukawa | Alston & Bird LLP | Attention Dennis J Connolly Esq David A Wender Esq | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 |
| Furukawa | Varnum Riddering Schmidt & Howlett | Attention Michael S McElwee Esq | PO Box 352 | Grand Rapids | MI | 49502-0352 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:51 AM
Furukawa Special Parties

# EXHIBIT YY

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | | City | State | Zip |
|---------|---------|----------|----------|---|------|-------|-----|
| NuTech Plastics | Douglas M Tisdale Steven A Klenda | Tisdale and Associates LLC | 1600 Broadway | Suite 2600 | Denver | CO | 80202 |
| NuTech Plastics | Jay A Schwartz | Schwartz Law Firm PC | 37887 W 12 Mile Road | Suite A | Farmington Hills | MI | 48331 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:52 AM
NuTech Plastics Special Parties

# EXHIBIT ZZ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Audio Mpeg | Arent Fox LLP | Mary Joanne Dowd | Audio Mpeg | 1050 Connecticut Avenue NW | Washington | DC | 20036 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:52 AM
Audio MPeg Special Parties

# EXHIBIT AAA

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Lightsource Parent Corporation | Honigman Miller Schwartz And Cohn Llp | Lawrence J Murphy Esq | 2290 First National Building | Detroit | MI | 48226 |

# EXHIBIT BBB

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Blank Rome LLP | Marc E Richards | The Chrysler Bldg | 405 Lexington Ave | New York | NY | 10174 |

# EXHIBIT CCC

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Lear Corporation | Ralph McDowell | Bodman LLP | Sixth Floor at Floor Field | 1901 St Antoine St | Detroit | MI | 48226 |

# EXHIBIT DDD

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Attorneys for Heller Ehrman LLP | Timoth W Burns and Caren Shulman | 7 Times Square | New York | NY | 10036 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:56 AM
Heller Erhman Special Parties

# EXHIBIT EEE

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Deutsche Bank Securities Inc | Ross Rosenfelt Esq | Distressed Products Group | 60 Wall St 3rd Fl | New York | NY | 10005 |
| Drier LLP | Attn Anthony B Stumbo Esq | Attorneys for SPCP Group LLC | 499 Park Avenue 14th Floor | New York | NY | 10022 |
| Paul Weiss Rifkind Wharton & Garrison LLP | Attn Brian S Hermann Esq | Attorneys for Deutsche Bank Securities Inc | 1285 Avenue of the Americas | New York | NY | 10019-6064 |
| Stinson Morrison Hecker LLP | Attn Mark A Shaiken Esq | 1201 Walnut Street | | Kansas City | MO | 64106 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:56 AM
Stahl Co, Thyssenkrupp Special Parties

# EXHIBIT FFF

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Deutsche Bank Securities Inc | Ross Rosenfelt Esq | Distressed Products Group | 60 Wall St 3rd Fl | New York | NY | 10005 |
| Drier LLP | Attn Anthony B Stumbo Esq | Attorneys for SPCP Group LLC | 499 Park Avenue 14th Floor | New York | NY | 10022 |
| Paul Weiss Rifkind Wharton & Garrison LLP | Attn Brian S Hermann Esq | Attorneys for Deutsche Bank Securities Inc | 1285 Avenue of the Americas | New York | NY | 10019-6064 |
| Stinson Morrison Hecker LLP | Attn Mark A Shaiken Esq | 1201 Walnut Street | | Kansas City | MO | 64106 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:58 AM
Waupaca,, Thyssenkrupp Special Parties

# EXHIBIT GGG

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Deutsche Bank Securities Inc | Ross Rosenfelt Esq | Distressed Products Group | 60 Wall St 3rd Fl | New York | NY | 10005 |
| Drier LLP | Attn Anthony B Stumbo Esq | Attorneys for SPCP Group LLC | 499 Park Avenue 14th Floor | New York | NY | 10022 |
| Paul Weiss Rifkind Wharton & Garrison LLP | Attn Brian S Hermann Esq | Attorneys for Deutsche Bank Securities Inc | 1285 Avenue of the Americas | New York | NY | 10019-6064 |
| Serigraph Inc | Kelleen S Baird | 3801 E Decorah Road | | West Bend | WI | 53095 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:58 AM
Serigraph, SPCP Special Parties

# EXHIBIT HHH

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Deutsche Bank Securities Inc | Ross Rosenfelt Esq | Distressed Products Group | 60 Wall St 3rd Fl | New York | NY | 10005 |
| Drier LLP | Attn Anthony B Stumbo Esq | Attorneys for SPCP Group LLC | 499 Park Avenue 14th Floor | New York | NY | 10022 |
| Osram Sylvania | John E Anderson | 100 Endicott Street | | Danvers | MA | 01923-0000 |
| Paul Weiss Rifkind Wharton & Garrison LLP | Attn Brian S Hermann Esq | Attorneys for Deutsche Bank Securities Inc | 1285 Avenue of the Americas | New York | NY | 10019-6064 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 3:59 AM
Osram Sylvania, SPCP Special Parties

# EXHIBIT III

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| James M Infanger Esq | Donaldson Company Inc | 1400 W 94th Street | Minneapolis | MN | 55431 |

# EXHIBIT JJJ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Brouse McDowell | Attention Jessica E Price Esq | 1001 Lakeside Avenue Suite 1600 | Cleveland | OH | 44114-1151 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 4:00 AM
Ohio Edison Special Parties