COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
    In re                                       :    Chapter 11
                                                     :
DELPHI CORPORATION, <u>et al.</u>,                   :    Case No. 05-44481 (RDD)
                                                     :
        Debtors.                         :    (Jointly Administered)
---------------------------------------------------- :

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceeding assuming the representation of Columbia Industrial.  ("Columbia"), and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtor to be served upon:

Ronald S. Pretekin, Esq.
**Coolidge Wall Co., LPA**
33 West First Street, Suite 600
Dayton, Ohio  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
pretekin@coollaw.com

PDF created with pdfFactory trial version www.pdffactory.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Columbia, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Dayton Polymeric is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: February 22, 2008            Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin  (OH 0018694)
33 West First Street, Suite 600
Dayton, OH  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
e-mail:  pretekin@coollaw.com

ATTORNEYS FOR COLUMBIA INDUSTRIAL.

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, a copy of the foregoing *Notice of Appearance and Request for Notices* was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system.  Copies were forwarded to those parties listed below via regular U.S. Mail.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin

2

PDF created with pdfFactory trial version www.pdffactory.com

Delphi Corporation
Attn:  Deputy General Counsel
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098
(*Debtor*)

Skadden Arps Slate Meagher & Flom LLP
Attn:  John William Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
*(Counsel to Debtor)*

Michael D. Warner
Warner Stevens, LLP
Bank Boston Tower, Suite 1700
301 Commerce Street
Fort Worth, TX  76102
*(Counsel to Creditors Committee)*

Latham & Watkins LLP
Attn:  Mark A. Broude
Robert J. Rosenberg
885 Third Avenue
New York, NY  10022
*(Counsel to Creditors Committee)*

Office of the United States Trustee
for the Southern District of New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004
*(United States Trustee)*

S:\Wdox\Client\008134\00151\00382841.Doc
2/22/08

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com