UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
In re                                            : Chapter 11
                                                 :
DELPHI CORPORATION, et al.,                      : Case No. 05-44481 (RDD)
                                                 :
            Debtors.                             : (Jointly Administered)
                                                 :
------------------------------------------------ X

Robert J. Patton hereby declares as follows:

1.      I am the General Counsel, Commercial Legal Affairs, for Temic Automotive of North America, Inc. ("Temic").  I make this declaration in support of the Motion[1] of Temic and Motorola, Inc. for an Order Extending Time to Elect Cash Payment for Cure Amount.  I have personal knowledge of the matters set forth herein.

Plan Cure Notice

2.      On February 14, 2008, Temic learned that a cure notice in connection with certain contracts being assumed under the Debtors' plan of reorganization (the "Plan Cure Notice") had purportedly been served by the Debtors upon Temic.  However, Temic has not received any such notice.

3.      The Plan Cure Notice was purportedly sent to (i) Temic Automotive of North EFT, 4000 Commercial Avenue, Northbrook, Illinois, 60062, USA ("Address 1") and (ii) Temic Automotive of North EFT 1, Patricio Lote 6, Parq Ind San Carlo, Nogales, SON, 84090, Mexico ("Address 2").

4.      Address 1 is the address of one of Temic's small laboratories where there is no office personnel.  Address 2 is the address of Temic's manufacturing plant in Mexico.

---

[1] All terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

5.  The actual address for Temic's headquarters is 21440 West Lake Cook Rd., Deer Park, Illinois 60010.

6.  Both copies of the Plan Cure Notice were addressed solely to a company name and not directed to any particular person such as the President or General Counsel for Temic.

### Steering Notice

7.  The Debtors also sent their Notice of Cure Amount With Respect To Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection With Sale of Steering and Halfshaft Business (the "Steering Notice") to 37101 Corporate Dr., Farmington Hills, Michigan 48331, which is the old address of one of Temic's offices. A true and correct copy of the Steering Notice is attached hereto as Exhibit 1. This office was closed months ago and a new tenant is now renting the space.

8.  The Steering Notice was also addressed solely to a company name and not directed to any particular person such as the President or General Counsel for Temic.

9.  The Steering Notice was ultimately delivered to me in Deer Park, Illinois at Temic's corporate headquarters.

10. The Debtors are well aware that Temic's primary place of business is 21440 West Lake Cook Rd., Deer Park, Illinois 60010. They are further aware that I am involved in this case as I have corresponded with the Debtors on reclamation concerning the very purchase order that is being assumed as noted in the Steering Notice. A true and correct copy of the Reclamation Letter is attached hereto as Exhibit 2. Moreover, several Temic business people that reside in the Deer Park office transact business with Delphi's business people on a regular basis regarding existing contracts and various claims in this case. Finally, all billing invoices and payment inquiries are managed and originated through the Deer Park office. A true and correct copy of

- 3 -

the Billing Invoices is attached hereto as <u>Exhibit 3</u>. The contact address for Temic in the billing invoices on the purchase order that is being assumed as noted in the Steering Notice and another purchase order for Delphi parts is clearly set forth at the bottom of the invoices utilizing the 21440 West Lake Cook Road, Deer Park address and the Billing Contact sits in Deer Park.

11.   I have made inquiries at the two addresses where the Plan Cure Notice was purportedly sent. Nobody has seen the Plan Cure Notice at either location.

12.   For all the foregoing reasons, the Motion should be granted.

22nd Day of February, 2008

*/s/ Robert J. Patton*

Robert J. Patton, Esq.
General Counsel, Commercial Legal Affairs
Temic Automotive of North America, Inc.