```
PLEASE MAIL PAYMENT TO:                                           PAGE   NO.:        1

                                                        INVOICE/SN NO.: 458187    -
TEMIC AUTOMOTIVE OF NORTH AMERICA                       INVOICE DATE   : 02/11/08
75 REMITTANCE DRIVE SUITE 6487                          SHIP DATE      : 02/11/08
CHICAGO, IL 60675-6487                                  VENDOR NUMBER  :

   INVOICE TO:                                     DELIVERED TO:

000  DELPHI AUTOMOTIVE SYSTEMS                 001  DELPHI SAGINAW STEERING SYSTEMS
     PROTOTYPE OPERATIONS                           3900 HOLLAND ROAD
     3900 HOLLAND RD                                PLANT #1
     DEPT. 14                                       SAGINAW, MI  48601
     SAGINAW, MI  48601

CUSTOMER NO: 104426   GASR CUST NO.:              PAYMENT TERMS: CASH IN ADVANCE

  B OF L NBR : 129260                CUSTOMER PO NUMBER: 9OI4704
  CARRIER    : DVCG - DAVIS CARTIDGE  O/E CONTROL PO NBR: 9OI4704
  FOB POINT  : ORIGIN                 BILLING CONTACT: SHAPIRO, MA PHONE: 847 862-2524
  INCOTERMS  : FOB ORIG  FRGHT COLLECT SHIP FROM      : ELMA

INVOICE NOTES
  EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS
  SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.

   TEMIC      |BUS PD|   CUSTOMER PART NO.                 | QTY    |  UNIT   | EXTENDED
   MODEL NO.  |CTR CD|   LINE ITEM RELATED INFORMATION     |SHIPPED |  PRICE  | UNIT PRICE

GM3302A15    |B3 0FP|EPS,EPSILSO                           |   1408 |  42.5250|  59875.20
             |      |CUST PART: 26095424                   |        |         |
             |      |DK:01        RL:          LF:01       |        |         |

  SEQUENCE NO: 555610                   TOTAL INVOICE AMOUNT (U.S. DOLLARS) :   59,875.20

  CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
  21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609
```

```
  PLEASE MAIL PAYMENT TO:                                              PAGE  NO.:      1

                                                         INVOICE/SN NO.: 458196   -
  TEMIC AUTOMOTIVE OF NORTH AMERICA                      INVOICE DATE   : 02/12/08
  75 REMITTANCE DRIVE SUITE 6487                         SHIP DATE      : 02/12/08
  CHICAGO, IL 60675-6487                                 VENDOR NUMBER  :


      INVOICE TO:                              DELIVERED TO:

  000  DELPHI AUTOMOTIVE SYSTEMS          001  DELPHI SAGINAW STEERING SYSTEMS
       PROTOTYPE OPERATIONS                    3900 HOLLAND ROAD
       3900 HOLLAND RD                         PLANT #1
       DEPT. 14                                SAGINAW, MI  48601
       SAGINAW, MI  48601

  CUSTOMER NO: 104426  GASR CUST NO.:          PAYMENT TERMS: CASH IN ADVANCE

    B OF L NBR : 129266                  CUSTOMER PO NUMBER: 90I4704
    CARRIER    : DVCG - DAVIS CARTIDGE    O/E CONTROL PO NBR: 90I4704
    FOB POINT  : ORIGIN                   BILLING CONTACT: SHAPIRO, MA PHONE: 847 862-2524
    INCOTERMS  : FOB ORIG  FRGHT COLLECT  SHIP FROM       : ELMA


  INVOICE NOTES
    EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS
    SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.

     TEMIC      |BUS PD|  CUSTOMER PART NO.                  |  QTY   | UNIT    | EXTENDED
    MODEL NO.   |CTR CD|  LINE ITEM RELATED INFORMATION      |SHIPPED | PRICE   | UNIT PRICE

   GM3302A15    |B3 0FP|EPS,EPSILSO                          |  1408  | 42.5250 |  59875.20
                |      |CUST PART: 26095424                  |        |         |
                |      |DK:01       RL:         LF:01        |        |         |


   SEQUENCE NO:  555657                 TOTAL INVOICE AMOUNT (U.S. DOLLARS) :       59,875.20

   CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
   21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609
```

```
| PLEASE MAIL PAYMENT TO:                                                              PAGE  NO.:       1   |
|                                                                                                           |
|                                                       INVOICE/SN NO.: 458197      -                       |
| TEMIC AUTOMOTIVE OF NORTH AMERICA                     INVOICE DATE   : 02/13/08                           |
| 75 REMITTANCE DRIVE SUITE 6487                        SHIP DATE      : 02/13/08                           |
| CHICAGO, IL 60675-6487                                VENDOR NUMBER  :                                    |
|                                                                                                           |
|_____|
|     INVOICE TO:                                         DELIVERED TO:                                     |
|                                                                                                           |
| 000   DELPHI AUTOMOTIVE SYSTEMS                   001   DELPHI SAGINAW STEERING SYSTEMS                   |
|       PROTOTYPE OPERATIONS                              3900 HOLLAND ROAD                                 |
|       3900 HOLLAND RD                                   PLANT #1                                          |
|       DEPT. 14                                          SAGINAW, MI  48601                                |
|       SAGINAW, MI  48601                                                                                  |
|                                                                                                           |
| CUSTOMER NO: 104426  GASR CUST NO.:                PAYMENT TERMS: CASH IN ADVANCE                         |
|_____|
|   B OF L NBR : 129270                      CUSTOMER PO NUMBER: 9014704                                    |
|   CARRIER    : DVCG - DAVIS CARTIDGE       O/E CONTROL PO NBR: 9014704                                    |
|   FOB POINT  : ORIGIN                      BILLING CONTACT: SHAPIRO, MA  PHONE:  847  862-2524            |
|   INCOTERMS  : FOB ORIG  FRGHT COLLECT     SHIP FROM       : ELMA                                         |
|                                                                                                           |
|_____|
| INVOICE NOTES                                                                                             |
|   EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS                       |
|   SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.                         |
|_____|
|    TEMIC       |BUS PD|   CUSTOMER PART NO.                        |  QTY    |   UNIT   |   EXTENDED     |
|    MODEL NO.   |CTR CD|   LINE ITEM RELATED INFORMATION            | SHIPPED |   PRICE  |   UNIT PRICE   |
|_____|_____|_____|_____|_____|_____|
|                |      |                                            |         |          |                |
| GM3302A15      |B3 0FP|EPS,EPSILSO                                 |    1408 |  42.5250 |      59875.20  |
|                |      |CUST PART: 26095424                         |         |          |                |
|                |      |DK:01      RL:         LF:01                |         |          |                |
|                                                                                                           |
|   SEQUENCE NO:  555757                       TOTAL INVOICE AMOUNT (U.S. DOLLARS) :           59,875.20    |
|_____|
| CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA                                                             |
| 21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609                                                        |
```

```
PLEASE MAIL PAYMENT TO:                                              PAGE NO.:        1

                                                   INVOICE/SN NO.: 458223    -
TEMIC AUTOMOTIVE OF NORTH AMERICA                  INVOICE DATE   : 02/14/08
75 REMITTANCE DRIVE SUITE 6487                     SHIP DATE      : 02/14/08
CHICAGO, IL 60675-6487                             VENDOR NUMBER  :
```

| INVOICE TO: | DELIVERED TO: |
|---|---|
| 000  DELPHI AUTOMOTIVE SYSTEMS<br>      PROTOTYPE OPERATIONS<br>      3900 HOLLAND RD<br>      DEPT. 14<br>      SAGINAW, MI  48601 | 001  DELPHI SAGINAW STEERING SYSTEMS<br>      3900 HOLLAND ROAD<br>      PLANT #1<br>      SAGINAW, MI  48601 |
| CUSTOMER NO: 104426   GASR CUST NO.: | PAYMENT TERMS: CASH IN ADVANCE |

```
 B OF L NBR  : 129276                  CUSTOMER PO NUMBER: 9OI4704
 CARRIER     : DVCG - DAVIS CARTIDGE   O/E CONTROL PO NBR: 9OI4704
 FOB POINT   : ORIGIN                  BILLING CONTACT: SHAPIRO, MA PHONE: 847 862-2524
 INCOTERMS   : FOB ORIG  FRGHT COLLECT SHIP FROM       : ELMA
```

INVOICE NOTES
  EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS
  SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.

| TEMIC MODEL NO. | BUS PD CTR CD | CUSTOMER PART NO. / LINE ITEM RELATED INFORMATION | QTY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A15 | B3 OFP | EPS,EPSILSO<br>CUST PART: 26095424<br>DK:01       RL:        LF:01 | 1408 | 42.5250 | 59875.20 |

SEQUENCE NO: 555836              TOTAL INVOICE AMOUNT (U.S. DOLLARS) :         59,875.20

CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

```
  PLEASE MAIL PAYMENT TO:                                              PAGE   NO.:       1

                                                           INVOICE/SN NO.: 458225   -
  TEMIC AUTOMOTIVE OF NORTH AMERICA                        INVOICE DATE  : 02/11/08
  75 REMITTANCE DRIVE SUITE 6487                           SHIP DATE     : 02/11/08
  CHICAGO, IL 60675-6487                                   VENDOR NUMBER :
```

| INVOICE TO: | DELIVERED TO: |
|---|---|
| 000  DELPHI SAFETY & INTERIOR SYS.<br>     1401 CROOKS ROAD<br>     TROY, MI   48084-7106 | 002  DELPHI S & I ORION<br>     ORION COCKPIT ASSEMBLY<br>     4872 S. LAPEER RD<br>     ORION, MI  48360 |

```
  ATN: ACCOUNTS PAYABLE

  CUSTOMER NO: 104427  GASR CUST NO.:              PAYMENT TERMS: CASH IN ADVANCE

  B OF L NBR : 056070                     CUSTOMER PO NUMBER: 550147940
  CARRIER    : CTII - CENTRAL TRANSPORTAT O/E CONTROL PO NBR: 550147940
  FOB POINT  : ORIGIN                     BILLING CONTACT: CHAN, ALEX   PHONE: 847  862-2524
  INCOTERMS  : FOB ORIG  FRGHT COLLECT    SHIP FROM      : EXCEL AZ

  INVOICE NOTES
    EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS
    SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.
```

| TEMIC<br>MODEL NO. | BUS PD<br>CTR CD | CUSTOMER PART NO.<br>LINE ITEM RELATED INFORMATION | QTY<br>SHIPPED | UNIT<br>PRICE | EXTENDED<br>UNIT PRICE |
|---|---|---|---|---|---|
| G70412FGDF | T3 0GQ | GEN7.046 11 BIT MODEL<br>CUST PART: 16918283<br>DK:R501NTH   RL:          LF:0001 | 1080 | 122.0000 | 131760.00 |

```
  SEQUENCE NO:  555612                   TOTAL INVOICE AMOUNT (U.S. DOLLARS) :      131,760.00

  CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
  21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609
```

```
PLEASE MAIL PAYMENT TO:                                              PAGE  NO.:        1

                                                   INVOICE/SN NO.: 458226   -
TEMIC AUTOMOTIVE OF NORTH AMERICA                  INVOICE DATE   : 02/12/08
75 REMITTANCE DRIVE SUITE 6487                     SHIP DATE      : 02/12/08
CHICAGO, IL 60675-6487                             VENDOR NUMBER  :


    INVOICE TO:                              DELIVERED TO:

000  DELPHI SAFETY & INTERIOR SYS.       002  DELPHI S & I ORION
     1401 CROOKS ROAD                         ORION COCKPIT ASSEMBLY
     TROY, MI  48084-7106                     4872 S. LAPEER RD
                                              ORION, MI  48360
ATN: ACCOUNTS PAYABLE

CUSTOMER NO: 104427   GASR CUST NO.:           PAYMENT TERMS: CASH IN ADVANCE

   B OF L NBR : 056071                  CUSTOMER PO NUMBER: 550147940
   CARRIER    : CTII - CENTRAL TRANSPORTAT   O/E CONTROL PO NBR: 550147940
   FOB POINT  : ORIGIN                  BILLING CONTACT: CHAN, ALEX   PHONE: 847 862-2524
   INCOTERMS  : FOB ORIG  FRGHT COLLECT  SHIP FROM     : EXCEL AZ

 INVOICE NOTES
   EXCEPT AS SUPERSEDED BY A WRITTEN AGREEM ENT, THE SALE COVERED BY THIS INVOICE IS
   SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.

    TEMIC      |BUS PD|  CUSTOMER PART NO.                    |  QTY   |   UNIT    | EXTENDED
  MODEL NO.    |CTR CD|  LINE ITEM RELATED INFORMATION        |SHIPPED |   PRICE   | UNIT PRICE

G70412FGDF     |T3 0GQ|GEN7.046 11 BIT MODEL                   |  1080  | 122.0000  | 131760.00
               |      |CUST PART: 16918283
               |      |DK:R501NTH    RL:           LF:0001

 SEQUENCE NO:  555659                    TOTAL INVOICE AMOUNT (U.S. DOLLARS) :    131,760.00

 CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
 21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609
```

```
  PLEASE MAIL PAYMENT TO:                                              PAGE  NO.:       1

                                                             INVOICE/SN NO.: 458356
  TEMIC AUTOMOTIVE OF NORTH AMERICA                          INVOICE DATE   : 02/13/08
  75 REMITTANCE DRIVE SUITE 6487                             SHIP DATE      : 02/13/08
  CHICAGO, IL 60675-6487                                     VENDOR NUMBER  :


     INVOICE TO:                                    DELIVERED TO:

  000  DELPHI SAFETY & INTERIOR SYS.            001  DELPHI S & I MISSOURI
       1401 CROOKS ROAD                              NORTH KANSAS CITY COCKPIT PLANT
       TROY, MI  48084-7106                          144 WEST 23RD AVE
                                                     NORTH KANSAS CITY, MO  64116
  ATN: ACCOUNTS PAYABLE

  CUSTOMER NO: 104427   GASR CUST NO.:             PAYMENT TERMS: CASH IN ADVANCE

    B OF L NBR : 056099                     CUSTOMER PO NUMBER: 550148883
    CARRIER    : CTII - CENTRAL TRANSPORTAT  O/E CONTROL PO NBR: 550148883
    FOB POINT  : ORIGIN                      BILLING CONTACT: CHAN, ALEX  PHONE: 847  862-2524
    INCOTERMS  : FOB ORIG  FRGHT COLLECT     SHIP FROM      : EXCEL AZ


  INVOICE NOTES
    PLEASE ADD ON THE BILL OF LADING THE 3RD PARTY BILLING INFORMATION:
    DATA 2 LOGISTICS / PO BOX 6040          GRAND BLANC, MI 48480-6040
    EXCEPT AS SUPERSEDED BY A WRITTEN AGREEMENT, THE SALE COVERED BY THIS INVOICE IS
    SUBJECT TO THE SELLERS TERMS, WHICH ARE  ATTACHED IN OUR ORDER ACKNOWLEDGEMENT.

    TEMIC        |BUS PD|  CUSTOMER PART NO.              |  QTY   |   UNIT    |  EXTENDED
    MODEL NO.    |CTR CD|  LINE ITEM RELATED  INFORMATION |SHIPPED |   PRICE   |  UNIT PRICE

  G70412FGDF     |T3 0GQ|GEN7.046 11 BIT MODEL            |    900 |  122.0000 |   109800.00
                 |      |CUST PART: 16918283              |        |           |
                 |      |DK:R301              LF:0001     |        |           |


  SEQUENCE NO:  555758                  TOTAL INVOICE AMOUNT (U.S. DOLLARS) :      109,800.00

  CONTINENTAL TEMIC AUTOMOTIVE OF NORTH AMERICA
  21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609
```