## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Friday, February 22, 2008, I served the accompanying Notice of Motion of Temic Automotive of North America, Inc. and Motorola, Inc. for Order Extending time to Elect Cash Payment for Cure Amount upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
       February 22, 2008

/s/Amelia J. Crowley
Amelia J. Crowley