# Exhibit 2

# Exhibit 2

| Proof Of Claim Number | Claimant |
|---|---|
| 199 | Liquidity Solutions Inc as assignee of Integris Metals Inc |
| 897 | Seagate Office Products, Inc |
| 1113 | Hain Capital Holdings, LLC as assignee of Schleuniger Corporation |
| 1162 | Liquidity Solutions Inc as assignee of Maul Electric Inc |
| 1303 | Hain Capital Holdings, LLC as assignee of Interstate Connection Components, Inc. |
| 1731 | KT Trust as Assignee at Thompson Emergency Freight EFT Systems |
| 2037 | Hain Capital Holdings, LLC as assignee of Zygo Corporation |
| 2039 | Liquidity Solutions Inc as assignee of Duncan Equipment Co |
| 2437 | KT Trust as assignee of Roessel & Co Inc |
| 2549 | Revenue Management as assignee of Cornerstone Design Ltd |
| 4954 | Liquidity Solutions Inc as assignee of Goyette Mechanical Co Inc |
| 6075 | Revenue Management as Assignee of Shaltz Fluid Power Inc |
| 6076 | Revenue Management as Assignee of Schwind Robert M DBA CNC |
| 6115 | Liquidity Solutions Inc as assignee of Sortman Crane & Hoist Inc |
| 7287 | Liquidity Solutions Inc as assignee of Nu Cut Grinding |
| 7466 | Liquidity Solutions Inc as assignee of Northway Trucking Inc |
| 7945 | Hain Capital Holdings, LLC as assignee of Oak Creek Water and Sewer Utility |
| 8857 | Riverside Claims LLC as assignee for Force Control Industries Inc |
| 8867 | Riverside Claims LLC as assignee for Fort Wayne Anodizing |
| 8872 | Riverside Claims LLC as Assignee for RDP Corporation |
| 8875 | Riverside Claims LLC as assignee for Product Action International LLC* |
| 10396 | Hain Capital Holdings, LLC as assignee of Gleason |
| 14246 | Hain Capital Holdings, LLC as assignee of Cinch Connectors, Inc. |
| 16701 | Hain Capital Investors LLC as asignee of Ken-Mac Materials (division of Thyssenkrupp Materials, N.A.) |
|  | Hain Capital Holdings, LLC as assignee of Grede Foundries, Inc. |

* Riverside Claims LLC as assignee for Product Action International LLC submitted two separate responses. Both asserted the same claim.