# Exhibit 3

# **Exhibit 3**

| Proof Of Claim Number | Claimant |
|---|---|
| 3917 | Danny Berens |
| 5572 | Beltline Electric Motor Repair |
| 6468 | Barbara P. Burger |
| 6706 | Frank X Budelewski |
| 8100 | Henix Mary S McMillon |
| 8894 | WWG Inc. |