# Exhibit 4

# Exhibit 4

| Proof Of Claim Number | Claimant |
|---|---|
| 545 | Riverside Claims LLC as assignee for Colorado Fluid Power |
| 790 | Riverside Claims LLC as assignee for Land Instrument |
| 2243 | Riverside Claims LLC as assignee for Lowry Holding Co Inc |
| 4045 | Riverside Claims LLC as assignee for Jan Pak Hunstville |
| 8853 | Riverside Claims LLC as assignee for Alcor Supply Fixture Company |
| 8854 | Riverside Claims LLC as assignee for Applied Scintillation Technologies |
| 8855 | Riverside Claims LLC as assignee for Dickinson Wright PLLC |
| 8856 | Riverside Claims LLC as assignee for Faulkner Ind Maintenance |
| 8858 | Riverside Claims LLC as assignee for Vanex Fire Systems |
| 8859 | Riverside Claims LLC as assignee for Trienda A Wilbert Company |
| 8860 | Riverside Claims LLC as assignee for SA Technologies Inc |
| 8861 | Riverside Claims LLC as assignee for Prospect Mold Inc |
| 8862 | Riverside Claims LLC as assignee for MPS Group |
| 8863 | Riverside Claims LLC as assignee for Lauren Manufacturing |
| 8864 | Riverside Claims LLC as assignee for Arnold Engineering Pastiform |
| 8865 | Riverside Claims LLC as assignee for Standard Scale & Supply Co |
| 8866 | Riverside Claims LLC as assignee for Metprotech |
| 8868 | Riverside Claims LLC as assignee for Dynalab Corporation |
| 8869 | Riverside Claims LLC as assignee for DSM Engineering Plastics Inc |
| 8870 | Riverside Claims LLC as assignee for Brillcast Inc |
| 8871 | Riverside Claims LLC as assignee for Thermal Innovations Corporation |
| 8873 | Riverside Claims LLC as assignee for Scott Electronics Inc |
| 8874 | Riverside Claims LLC as assignee for Whyco Finishing |