IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

---

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 20, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Debtors' Omnibus Reply to Objections to (A) Notices of Assumption and/or Assignment and (B) Cure Notices in Connection with Sale of Steering and Halfshaft Business (Docket No. 12772)

Dated: February 22, 2008

*/s/ Elizabeth Adam*
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of February, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Leanne V. Rehder*

Commission Expires:    *3/2/08*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/20/2008 8:10 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|
| Alston & Bird LLP | Dennis J. Connolly & David A Wender | One Atlantic Ctr | 1201 W Peachtree St | Atlanta | GA | 30309-3424 | Counsel for Furukawa Electric North America APD, Inc. |
| Baker & Hostetler LLP | Douglas E Spelfogel & Elyssa S Kates | 45 Rockefellar Plaza | | New York | NY | 10111 | Counsel to Stoneridge Inc |
| Bodman LLP | Ralph E McDowell | 6th Floor at Ford Field | 1901 St. Antoine St | Detriot | MI | 48226 | Attorneys for Lear Corporation |
| Bodman LLP | Ralph E McDowell | 6th Floor at Ford Field | 1901 St. Antoine St | Detriot | MI | 48226 | Attorneys for Freudenberg-NOK General Partnership |
| Calinoff & Katz, LLP | Dorothy H. De Marinis-Riggio | 140 E 45th St 17th Fl | | New York | NY | 10017 | Hydro Aluminum North America, Inc. |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Ave, Ste 3500 | | Detroit | MI | 48226-3435 | Counsel to Millenium Industries Corporation |
| Clark Hill PLC | Joel D. Applebaum | 501 Woodward Ave, Ste 3500 | | Detroit | MI | 48226-3436 | Counsel to Assembly Systmes Innovators, LLC |
| Clark Hill PLC | Robert D. Gordon | 500 Woodward Ave Ste 3500 | | Detroit | MI | 48226-3435 | Master Automatic, Inc. |
| Coolidge Wall Co., L.P.A. | Ronald S. Pretekin | 33 W First St Ste 600 | | Dayton | OH | 45402 | Attorneys for GMD Industries dba Production Screw Machine Co. |
| Drinker Biddle & Reath LLP | David B. Aaronson | One Logan Sq | 18th & Cherry Streets | Philadelphia | PA | 19103 | Attorneys for Henkel Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad St 12th Fl | | Newark | NJ | 07102 | Attorneys for American Aikoku Alpha, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad St 12th Fl | | Newark | NJ | 07102 | Attorneys for American Aikoku Alpha, Inc. |
| Foley & Lardner LLP | David G. Dragich | 500 Woodward Ave Ste 2700 | | Detroit | MI | 48226 | Attorneys for Intermet Corporation |
| Frank L. Gorman | | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3506 | |
| Fullbright & Jaworski LLP | Andrea B Scwartz | 666 5th Ave | | New York | NY | 10103 | Attorneys for Castwell Products LLC |
| Fullbright & Jaworski LLP | Toby L Gerber | 2200 Ross Ave, Ste 2800 | | Dallas | TX | 75201 | Attorneys for Castwell Products LLC |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathon A. Flaxer | 437 Madison Ave | | New York | NY | 10022 | Attorneys for Universal Bearings LLC |
| Hahn Loeser & Parks LLP | Daniel A. Demarco & Rocco I. Debitetto | 200 Public Sq Ste 3300 | | Cleveland | OH | 44114-2301 | Counsel for Robin Industries, Inc. |
| Hahn Loeser & Parks LLP | Michael P. Shuster & Rocco I. Debitetto | 200 Public Sq Ste 3300 | | Cleveland | OH | 44114-2301 | Counsel to S & Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. |
| Hahn Loeser & Parks LLP | Michael P. Shuster & Rocco I. Debitetto | 200 Public Sq Ste 3300 | | Cleveland | OH | 44114-2301 | Counsel to S&Z Tool & Die Co. n/k/a S&Z Metalworks, Ltd. |
| Hebert Schenk, P.C. | Barbara Lee Caldwell | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 | Attorneys for Maricopa County Treasurer |
| Herrick, Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | Attorneys for Canon USA Inc |
| Hunter & Schank Co., LPA | John J. Hunter, Jr. | One Canton Sq | 1700 Canton Ave | Toledo | OH | 43604 | Zf Boge Elastmetall, LLC |
| Kutak Rock LLP | Jay Selanders | 1010 Grand, Suite 500 | | Kansas City | MO | 64106 | |
| Liquidity Solutions, Inc. | Dana P. Kane, Esq. | One University Plaza Ste 312 | | Hackensack | NJ | 07601 | Liquidity Solutions, Inc., as Agent for Ore Hill Hub Fund Ltd. |
| Masuda Funai Eifert & Mitchell, LTD. | Gary Vist | 203 N LaSalle St Ste 2500 | | Chicago | IL | 60601 | Attorneys for American Aikoku Alpha, Inc. |
| Masuda Funai Eifert & Mitchell, LTD. | Gary Vist | 203 N LaSalle St Ste 2500 | | Chicago | IL | 60601 | Attorneys for American Aikoku Alpha, Inc. |
| McDermott Will & Emery LLP | Gary O Ravert | 340 Madison Ave | | New York | NY | 10173-1922 | Counsel for Temic Automotive of North America & Motorola Inc |
| McDermott Will & Emery LLP | James M Sullivan & Gary O Ravert | 340 Madison Ave | | New York | NY | 10173-1922 | Counsel for The Timken Company & Timken US Corp |
| McDermott Will & Emery LLP | James M Sullivan & Gary O Ravert | 341 Madison Ave | | New York | NY | 10173-1923 | Counsel for The Timken Company & Timken US Corp |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/21/2008 9:34 PM
Steering Sale Objectors

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A Clark & Jason J DeJonker | 227 W Monroe St | | Chicago | IL | 60606 | Counsel for Temic Automotive of North America & Motorola Inc |
| Meyers Law Group, P.C. | Merle C. Meyers, Esq. | 44 Montgomery St. Ste 1010 | | San Francisco | CA | 94104 | Attorneys for Alps Automotive, Inc. |
| Meyers Law Group, PC | Merle C Meyers | 44 Montgomery St, Ste 1010 | | San Francisco | CA | 94104 | Attorneys for Alps Automotive, Inc |
| Miles & Stockbridge P.C. | Thomas D. Renda & Patricia A. Borenstein | 10 Light St | | Baltimore | MD | 21202 | Hydro Aluminum North America, Inc. |
| Miller Johnson | Thomas P. Sarb & Robert D. Wolford | 250 Monroe Ave NW Ste 800 | PO Box 306 | Grand Rapids | MI | 49501-0306 | Rosler Metal Finishing USA, L.L.C. |
| Morgan, Lewis & Bockius, LLP | Neil E. Herman | 101 Park Ave | | New York | NY | 10178 | Attorneys for Steering Holding, LLC |
| Moritt Hock Hamroff & Horowitz LLP | Leslie A. Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | Counsel to S & Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. |
| Moritt Hock Hamroff & Horowitz LLP | Leslie A. Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | Counsel to S&Z Tool & Die Co. n/k/a S&Z Metalworks, Ltd. |
| Moritt Hock Hamroff & Horowitz LLP | Leslie A. Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | Counsel for Robin Industries, Inc. |
| Pepper Hamilton LLP | Francis J Lawall & Anne Marie Aaronson | 3000 Two Logan Sqr | 18th & Arch Streets | Philadephia | PA | 19103-2799 | Counsel for Teleflex Inc |
| Pepper Hamilton LLP | Henry J. Jaffe & James C. Carignan | Hercules Plaza Ste 5100 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | Counsel for SKF USA Inc. |
| Pepper Hamilton LLP | Linda J. Casey & Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Streets | Philadelphia | PA | 19103-2799 | Counsel for SKF USA Inc. |
| Phillips Lytle LLP | William J. Brown & Angela Z. Miller | 437 Madison Ave 34th Fl | | New York | NY | 10022 | Attorneys for E.I. du Pont de Nemours and Company |
| Phillips Lytle LLP | William J. Brown & Angela Z. Miller | 3400 HSBC Ctr | | Buffalo | NY | 14203 | Attorneys for E.I. du Pont de Nemours and Company |
| Robinson, Bradshaw, & Hinson, PA | David M. Schilli | 101 N Tyron St, Ste 1900 | | Charlotte | NC | 28246 | Attorneys for BI Techonolgies Corp |
| Schiff Hardin LLP | Eugune J. Geekie, Jr. & Jonathan Friedland & Zhiyuan Mike Xu | 6600 Sears Tower | | Chicago | IL | 60606 | Attorneys for Means Industries |
| Sommer Barnard PC | Jeffrey J. Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | Attorney for Small Parts, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | Counsel for Furukawa Electric Company Ltd. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | Counsel for Furukawa Electric Company Ltd. |
| Taft Stettinius & Hollister LLP | Timothy J Hurley & Richard L Ferell | 425 Walnut St, Ste 1800 | | Cincinnati | OH | 42540 | Attorneys for United States Steel Corporation |
| Taft Stettinius & Hollister LLP | Timothy J. Hurley & Richard L. Ferrell | 425 Walnut St Ste 1800 | | Cincinnati | OH | 45240 | Attorneys for United States Steel Corporation |
| Thatcher Proffitt & Wood LLP | Jonathon D. Forstot, Louis A. Cucio | Two World Financial Center | | New York | NY | 10281 | Attorneys for BI Techonolgies Corp |
| Waller Lansdenn Dortch & Davis, LLP | David E. Lemke & Robert J. Welhoelter | 511 Union Street, Ste 2700 | | Nashiville | TN | 37219 | Attorneys for Nissan North America Inc. |
| | Patricis A Lykins | 2029 Micor Dr | PO Box 884 | Jackson | MI | 49204 | Dawlen Corporation |
| | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | F&G Multi-Slide Inc. |
| | Thomas A. Jackson | 629 Second St SE | | Minneapolis | MN | 55414 | Metal-Matic Inc. |
| | Thomas Barrett | 3190 Tri-Park Dr | | Grand Blanc | MI | 48439 | MacArthur Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/21/2008 9:34 PM
Steering Sale Objectors