Hearing Date: February 26, 2008
Hearing Time: 10:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                            Debtors.          :    (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROPOSED NON-OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
                            Bowling Green, New York, New York 10004-1408

1

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    C.    Contested Matters (2 Matters)

**B.    Uncontested, Agreed, Or Settled Matters**

    1.    **"IRS Pension Funding Waiver Extension Motion"** – Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Order Authorizing Debtors' Performance Under Modified Pension Funding Waivers Issued By United States Internal Revenue Service And Related Letters Of Credit Issued By Delphi Corporation To Pension Benefit Guaranty Corporation (Docket No. ***To Be Determined***)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Order Scheduling Hearing (Docket No. **To Be Determined**)* |
| *Status:* | *Hearing with respect to this matter remains subject to Court approval.* |

**C.    Contested Matter**

    2.    **"Non-Conforming Cure Notice Motion"** – Debtors' Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. Section 105(A), And Fed. R. Bankr. P. 9010 (Docket No. 12615)

| | |
|---|---|
| *Responses filed:* | *Response of Metal-Matic, Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12643)* |
| | *United States Steel Corporation's Objection to: Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12655)* |

*Response and Objection to Debtor's Expedited Motion
to Strike (I) Non-Conforming Cure Amount Notices
and (II) Improper Objections Pursuant to Solicitation
Procedures Order, Confirmation Order, Plan of
Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr.
P. 9010 (Docket No. 12679)*

*Opposition of Automodular Corporation f/k/a
Automodular Assemblies Inc., Tec-Mar Distribution
Services, Inc., and Automodular Assemblies (Ohio) Inc.
to Debtors' Expedited Motion to Strike (I) Non-
Conforming Cure Amount Notices and (II) Improper
Objections Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11 U.S.C.
105 §(a), and Fed. R. Bankr. P. 9010 (Docket No.
12680)*

*Objection and Response of Robin Industries, Inc. to
Debtors' Motion to Strike (I) Non-Conforming Cure
Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11 U.S.C.
§ 105(A), and Fed. R. Bankr. P. 9010 (Docket No.
12684)*

*Objection of Alps Automotive, Inc. to Debtors'
Expedited Motion to Strike (I) Non-Conforming Cure
Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11 U.S.C.
105(a), and Fed R. Bankr. P. 9010 (Docket No. 12688)*

*Objection of Millennium Industries Corporation to
Debtors' Expedited Motion to Strike (I) Non-
Conforming Cure Amount Notices and (II) Improper
Objections Pursuant to Solicitation Procedures Order,
Confirmation Order Plan of Reorganization 11 U.S.C.
Section 105(a) and Federal R. Bankr. P. 9010 (Docket
No. 12692)*

*Response of Cataler North America to the Debtors'
Expedited Motion to Strike (I) Non-Conforming Cure
Amount Notices and (II) Improper Objections
Pursuant to Solicitation Procedures Order,
Confirmation Order, Plan of Reorganization, 11 U.S.C.
Section 105(a) and Fed R. Bankr P. 9010 and Request
for Order Directing the Debtors to Accept Cure Notice
(Docket No. 12693)*

3

*Objection of TI Group Automotive Systems, LLC to Debtors' Expedited Motion to Strike (i) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Section 105(A) and Fed R. Bank P. 9010 (Docket No. 12694)*

*Objection to Motion Objection and Response of E.I. du Pont de Nemours and Company to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Section 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12695)*

*Objection to Motion of Debtors to Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Sec. 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12696)*

*Withdrawal of Catalers North America's Response and Objection to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C § 105(a), and Fed. R. Bankr. P 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12740)*

*MacArthur Corp's Objection to Debtor's Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12705)*

*Joint Response of Midtown Claims LLC and Kimball Electronics to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12708)*

*Response of Midtown Claims LLC, Attorney in Fact for Palma Tool & Die, Inc., to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12709)*

*Joinder to the Limited Objection of Methode Electronics, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 and Request for Order Directing the Debtors to Accept Cure Notice (Docket No. 12710)*

*Objection of Spartech Corporation and Spartech Polycom to Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12711)*

*Objection of Schaeffler Canada, Inc. to Debtors' Expedited Motion to Strike (1) Non-Confirming Cure Amount Notices and (2) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12712)*

*Objection of Molex, Inc. to Debtors' Expedited Motion to Strike (1) Non-Confirming Cure Amount Notices and (2) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12713)*

*Objection and Response of Mubea, Inc. to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12714)*

5

*Objection of Semiconductor Components Industries, LLC to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12715)*

*Response of Bailey Manufacturing Company, LLC to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (Docket No. 12717)*

*Objection of Argo Partners, Inc. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bank. Proc. 9010 (Docket No. 12719)*

*Response of Unifrax I, LLC to Debtors' Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bank. Proc. 9010 (Docket No. 12720)*

*Objection of Certain Contract Counterparties to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objection Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12721)*

*Objection of Temic Automotive of North America, Inc. and Motorola, Inc. to the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12722)*

*Objection of ASM Capital L.P. and ASM Capital II L.P. to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12723)*

*Objection of Contrarian Funds, LLC to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C 105(A), and Fed. R. Bankr. P. 9010 (Docket No. 12724)*

*Federal Screw Work's Objection to Debtors's "Non-Conforming Cure Notice Motion" (Docket No. 12725)*

*Objection of Linear Technology Corporation to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. 105(a), and Fed.R.Bankr.P. 9010 (Docket No. 12729)*

*Withdrawal of United States Steel Corporation's Objection to: Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12741)*

*Withdrawal of United States Steel Corporation's Objection to: Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12742)*

7

*Notice of Withdrawal of Objection of Canon U.S.A., Inc. to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12755)*

*Objection of Columbia Industrial Sales, Inc. to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 12752)*

*Conditional Withdrawal of Objection and Response of E.I. du Pont Nemours and Company to Debtors' Motion to Strike (I) Non-Confirming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order Plan of Reorganization, 11 U.S.C. § 105(A) and Fed. R. Bankr. P. 9010 (Docket No. 12758)*

*Withdrawal of Objection of TI Group Automotive Systems, LLC to Debtors' Expedited Motion to Strike (I) Non-Confirming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Section 105 (A) and Fed. R. Bankr. P. 9010 (Docket No. 12762)*

*Withdrawal of Objection of Millennium Industries Corporation to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12764)*

*Withdrawal of Objection of Assembly Systems Innovations, LLC to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 12765)*

*Withdrawal of Response of Bailey Manufacturing Company, LLC to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12791)*

*Reply filed:*    *Debtors' Omnibus Reply in Support of Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12773)*

*Related filings:*    *Notice Of Filing Of Exhibit C To Debtors' Expedited Motion To Strike (I) Non-Conforming Cure Amount Notices And (II) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. Section 105(a), And Fed. R. Bankr. P. 9010 (Docket No. 12616)*

*Errata Exhibit B to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. Section 105(a), and Fed. R. Bankr. P. 9010 (Docket No. 12618)*

*Status:*    *The hearing with respect to this matter will be proceeding.*

9

3.     **"Temic Automotive Motion For Order Extending Time To Elect "** – Motion Of Temic Automotive Of North America, Inc. And Motorola, Inc. For Order Extending Time To Elect Cash Payment For Cure Amount (Docket No. 12827)

|  |  |
|---|---|
| *Responses Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated:  New York, New York
       February 25, 2008

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession