**Quarles & Brady LLP**
One South Church Avenue, Suite 1700
Tucson, Arizona  85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
knye@quarles.com

Attorneys for On Semiconductor Corp.

John J. Dawson, Esq. (New York Bar No. 478197)
Kasey C. Nye, Esq. (AZ Bar # 020610) (admitted
pro hac vice)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : (Chapter 11) |
| DELPHI CORPORATION, et al., | : Case No. 05-44481(RDD) |
| Debtors. | : Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(a), AND FED. R. BANKR. P. 9010**

Semiconductor Components Industries LLC, a subsidiary of On Semiconductor Corp. (collectively "SCI"), a creditor holding allowed proofs of claim and party in interest in the above captioned bankruptcy cases of Delphi Corporation ("Debtors") hereby withdraws its "Objection to Debtors' Expedited Motion To Strike (i) Non-Conforming Cure Amount Notices And (ii) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. § 105(A), And Fed. R. Bankr. P. 9010", (Docket No. 12715) because the Debtors have agreed to withdraw their request to strike SCI's allegedly Non-Conforming Cure Amount Notices under "Debtors' Expedited Motion To Strike (i) Non-Conforming Cure Amount Notices And (ii) Improper Objections Pursuant To Solicitation Procedures Order, Confirmation Order, Plan Of Reorganization, 11 U.S.C. § 105(A), And Fed. R. Bankr. P. 9010," (Docket No. 12615).

QBACTIVE\6104696.1

-2-

DATED:    Tucson, Arizona
February 25, 2008

**QUARLES & BRADY LLP**

/s/  Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 770-2203 (facsimile)
knye@quarles.com

Attorneys for Semiconductor Components
Industries, Inc., a subsidiary of ON Semiconductor
Corporation