WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT3738)
(Admitted *Pro Hac Vice*)

Attorneys for Daewoo International Corp.
and Daewoo International (America) Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                               :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                                        :    (Jointly Administered)
                                        :
            Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 8, 2008**, Objection by Daewoo International Corp. and Daewoo International (America) Corp. to Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization** was hand delivered as follows:

**Manhattan Express:**

| | |
|---|---|
| Honorable Robert D. Drain<br>U.S. Bankruptcy Court for the Southern<br>District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |

Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Alicia M. Leonhard
Office of the United States Trustee, Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Bonnie Steingart
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Glenn M. Kurtz
White & Case
1155 Avenue of the Americas
New York, NY  10036

Gregory Pryor
White & Case
1155 Avenue of the Americas
New York, NY  10036

John M. Reiss
White & Case
1155 Avenue of the Americas
New York, NY  10036

**Best Courier:**

John K. Lyons
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il  60606

Ron E. Meisler
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il  60606

**Direct Rush:**

Thomas E. Lauria
A-D Acquisition Holdings, LLC
c/o Appalloosa Management, L/P
White & Case
Wachovia Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, FL  33131

Thomas E. Lauria
Harbinger Del-Auto Investment Company, Ltd.
White & Case
Wachovia Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, FL  33131

**Dart Legal Support**

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

and by electronic delivery upon the following:

Anne Marie Aaronson     aaronsoa@pepperlaw.com
David B. Aaronson     david.aaronson@dbr.com
Elizabeth Abdelmasieh     elizabeth@regencap.com
Franklin C. Adams     franklin.adams@bbklaw.com
Jason R. Adams     jadams@torys.com
Jennifer L. Adamy     bankruptcy@goodwin.com
David J. Adler     dadler@mccarter.com
Michael J. Alerding     malerding@binghammchale.com
Joseph W. Allen     jallen@jaeckle.com
Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker     philip.anker@wilmerhale.com
Joel D. Applebaum     japplebaum@clarkhill.com
Allison R. Bach     abach@dickinsonwright.com
Stephen M. Bales     sbales@zieglermetzger.com
C. David Bargamian     dbargamian@bsdd.com
Courtney Engelbrecht Barr     cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com
William J. Barrett     william.barrett@bfkn.com
David S. Barritt     barritt@chapman.com
Joseph M. Barry     jbarry@ycst.com
Douglas P. Bartner     dbartner@shearman.com, bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,henry.nguyen@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.com,justin.hewitt@shearman.com,gloria.huang@shearman.com
Donald F. Baty     dbaty@honigman.com
Douglas P. Baumstein     dbaumstein@whitecase.com
Peter Nils Baylor     pnb@nutter.com, pacton@nutter.com
Ronald Scott Beacher     rbeacher@daypitney.com
W. Robinson Beard     jkirk@stites.com
Thomas M. Beeman     tom@beemanlawoffice.com
Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett     rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com
Timothy C. Bennett     tbennett@klng.com
Neil Matthew Berger     neilberger@teamtogut.com, dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com
Leslie Ann Berkoff     lberkoff@moritthock.com
Jeffrey Bernstein     jbernstein@mdmc-law.com
Brendan G. Best     Bbest@dykema.com, ssalinas@dykema.com
Beth Ann Bivona     bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
Monica Susan Blacker     monicablacker@akllp.com
Charles E. Boulbol     rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com
William M. Braman    wmbraman@binghammchale.com
Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink    tbrink@lordbissell.com
Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov
James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com
Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dewitt.brown@bipc.com
J. Michael Brown    mbrown@gwblawfirm.com
Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com, achavali@skadden.com
Aaron R. Cahn    cahn@clm.com
Robert A. Calinoff    rcalinoff@candklaw.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
James S. Carr    BankruptcyDepartment2@kelleydrye.com;BankruptcyDepartment@kelleydrye.com
Roberto Carrillo    rcarrillo@gsblaw.com
D. Christopher Carson    ccarson@burr.com
Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com
Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Rocco A. Cavaliere    rcavaliere@blankrome.com
Babette A. Ceccotti    bceccotti@cwsny.com
Sarah B. Chapman Carter    scarter@pselaw.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
Conrad Chiu    cchiu@daypitney.com
R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@dl.com, mkhambat@dl.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@gmhlaw.com
Louis A. Curcio    lcurcio@tpwlaw.com
Vincent D'Agostino    vdagostino@lowenstein.com
Jeannine D'Amico    jeannine.damico@cwt.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com
Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
Carina M. De La Torre    cdelatorre@boselaw.com
James J. DeCristofaro    james.decristofaro@lovells.com
James J. DeCristofaro    jdecristofaro@mofo.com
Karen Veronica DeFio    kdefio@bsk.com
J. Michael Debbeler    mdebbeler@graydon.com
Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com
Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
David G. Dragich    ddragich@foley.com
David B. Draper    ddraper@terra-law.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,rreice@seyfarth.com,
Seth A. Drucker    sdrucker@hongman.com
David F. DuMouchel    dumouchd@butzel.com
David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com
Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
Paige Leigh Ellerman    ellerman@taftlaw.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Margot Erlich    margot.erlich@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Kathleen A. Farinas    kf@lgrslaw.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com
Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov
Benjamin D. Feder    ben.feder@thompsonhine.com
Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
Hermann Ferre    hferre@thelenreid.com
Richard L. Ferrell    Ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com
Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com
Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler    mateofowler@quinnemanuel.com
Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com
Edward M. Fox    efox@klgates.com
Shawn Randall Fox    sfox@mcguirewoods.com
Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Mark S. Frankel    mfrankel@couzens.com
Thomas M. Franklin    tmflaw@swbell.net
David H. Freedman    dfreedman@ermanteicher.com
Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller    lfuller@rothgerber.com
Timothy A. Fusco    fusco@millercanfield.com
Thomas M. Gaa    tgaa@bbslaw.com
James Gadsden    bankruptcy@clm.com
James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry     vgarry@ag.state.oh.us
Joanne Gelfand     joanne.gelfand@akerman.com
Yann Geron     ygeron@foxrothschild.com
Philip J. Giacinti     pjg@procopio.com, caw@procopio.com
Karen Giannelli     kgiannelli@gibbonslaw.com
Leo J. Gibson     lgibson@bsdd.com
Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com
Joseph M. Gitto     jgitto@nixonpeabody.com
Eduardo J. Glas     eglas@mccarter.com
Jeffrey R. Gleit     jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
Larry Ivan Glick     larryglick@erols.com
Ronald L. Glick     rlg@stevenslee.com
Matthew Alexander Gold     courts@argopartners.net
Scott R. Goldberg     sgoldber@quarles.com
Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich     nashvillebankruptcyfilings@stites.com
Robert D. Gordon     rgordon@clarkhill.com
Gary A. Gotto     ggotto@krplc.com
Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Jeffrey J. Graham     jgraham@sommerbarnard.com, ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com
Warren R. Graham     wrg@dmlegal.com
Gary E. Green     ggreen@fagelhaber.com
Jonathan S. Green     greenj@millercanfield.com
Wendy B. Green     wgreen@formanlaw.com
John T. Gregg     jgregg@btlaw.com
Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross     sgross@hodgsonruss.com
Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com
Janice Beth Grubin     janice.grubin@dbr.com, daniel.northrop@dbr.com
Kevin Grzelak     phcdelphi@priceheneveld.com
Peter J. Gurfein     pgurfein@akingump.com
Elizabeth A. Haas     info@thehaaslawfirm.com
Dennis M. Haley     dhaley@winegarden-law.com
Michael Leo Hall     mhall@burr.com
Timothy C. Hall     tch@previant.com
Alan D. Halperin     ahalperin@halperinlaw.net, eganc@halperinlaw.net;cmitchell@halperinlaw.net
Matthew W. Hamilton     electronicnotice@fulcruminv.com
William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley     jh@previant.com
Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
Lonie A. Hassel     lah@groom.com
William M. Hawkins     whawkins@loeb.com

Nava Hazan     nhazan@mwe.com
Ryan D. Heilman     rheilman@schaferandweiner.com
Ira L. Herman     ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com
Neil E. Herman     Nherman@morganlewis.com
Brian S. Hermann     bhermann@paulweiss.com
William Heuer     wheuer@dl.com
David M. Hillman     david.hillman@srz.com
Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com
Robert M. Hirsh     hirsh.robert@arentfox.com
Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl     mholl@mayerbrownrowe.com
Stephanie K. Hoos     stephanie.hoos@bingham.com
Bruce W. Hoover     bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com
John R. Humphrey     jhumphrey@sbalawyers.com, jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com
John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst     jay.hurst@oag.state.tx.us
Donald J. Hutchinson     hutchinson@millercanfield.com
Roland Hwang     hwangr@michigan.gov
Michael G. Insalaco     minsalaco@zeklaw.com
Peter Janovsky     PJanovsky@ZEKlaw.com
Susan Jennik     sjennik@kjmlabor.com
Hilary Jewett     hjewett@foley.com
Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
Roger G. Jones     rjones@bccb.com
Gregory J. Jordan     gjordan@dykema.com
Richard Josephson     rcjosephson@stoel.com, basargent@stoel.com
John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com
Dana P. Kane     lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com
Andrew C. Kassner     andrew.kassner@dbr.com
Jessica Kastin     jkastin@omm.com, #nymanagingattorney@omm.com
William M. Katich     wkatich@atg.state.il.us
Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
Patrick J. Keating     pkeating@bdblaw.com
David Kennedy     david.kennedy2@usdoj.gov
Thomas M. Kennedy     tkennedy@kjmlabor.com
Jocelyn Keynes     jk@stevenslee.com
Ron Kilgard     BankruptcyECF@krplc.com, BankruptcyECF@krplc.com
Karen L. Kirshenbaum     kkirshenbaum@lynchrowin.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com
Brandi P. Klineberg     bklineberg@moritthock.com
Jonathan Koevary     jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com
Howard Koh     hkoh@meisterseelig.com
Seth F. Kornbluth     skornbluth@herrick.com
Alan M. Koschik     akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com
Stuart A. Krause    skrause@zeklaw.com
Duane Kumagai    dkumagai@rutterhobbs.com
David R. Kuney    dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdonnell@sidley.com
Glenn M. Kurtz    gkurtz@whitecase.com
Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com
Darryl S. Laddin    bkrfilings@agg.com
Stuart A. Laven    slaven@bfca.com
James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere    davidl@bolhouselaw.com
Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com
David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com
Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson    jml@ml-legal.com
Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com
Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com
Eric Lopez Schnabel    schnabel.eric@dorsey.com
Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com
A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com
Donald K. Ludman    dludman@brownconnery.com
Matthew J. Lund    kovskyd@pepperlaw.com
Sara Klettke MacWilliams    skm@h2law.com
Amina Maddox    amina.maddox@law.dol.lps.state.nj.us
John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com
Donald W. Mallory    donald.mallory@dinslaw.com
Amy Wood Malone    amalone@colwinlaw.com
Jacob A. Manheimer    mpottle@pierceatwood.com
Nauni Manty    ecfb@felhaber.com
Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis    amargulis@ropers.com
Dorothy H. Marinis-Riggio    demarinis@candklaw.com
Ilan Markus    imarkus@tylercooper.com
John J. Marquess    jjm@legalcost.com
Madison L. Martin    nashvillebankruptcyfilings@stites.com
Richard Gary Mason    rgmason@wlrk.com
Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Daniel P. Mazo     dpm@curtinheefner.com
Aaron G. McCollough     amccollough@mcguirewoods.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com
Richard M. Meth     msteen@daypitney.com
G. Christopher Meyer     cmeyer@ssd.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@mlg-pc.com
Robert N. Michaelson     rmichaelson@klgates.com
Laurie J. Michelson     michelso@butzel.com
Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brett S. Moore     bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Whitney L. Mosby     wmosby@binghammchale.com
Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com
Robert D. Nachman    rnachman@scgk.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael R. Nestor    bankruptcy@ycst.com
Lauren Newman    lnewman@fagelhaber.com
Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton    rnorton@hunton.com
Gordon Z. Novod    gnovod@kramerlevin.com
Kasey C. Nye    knye@quarles.com
Michael P. O'Connor    mpolaw@aol.com
Michael O'Hayer    mkohayer@aol.com
Martin P. Ochs    martin@oglaw.net
Sean A. Okeefe    sokeefe@winthropcouchot.com
Patrick J. Orr    porr@klestadt.com
Karen Ostad    kostad@mofo.com
Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com
Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
Charles Palella    cpalella@kurzman.com
Ingrid S. Palermo    ipalermo@hselaw.com
Charles N. Panzer    cpanzer@sillscummis.com
Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com
Felton E. Parrish    fparrish@kslaw.com
Susan P. Persichilli    susan.persichilli@bipc.com
Geoffrey J. Peters    gpeters@weltman.com
Lowell Peterson    lpeterson@msek.com
Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips    ephillips@thurman-phillips.com
Christine A.M. Pierpont    cpierpont@ssd.com
Alex Pirogovsky    apirogovsky@uhlaw.com
Thomas A. Pitta    tpitta@lowenstein.com
Leslie A. Plaskon    leslieplaskon@paulhastings.com
David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Constantine Pourakis    cp@stevenslee.com
Mark T. Power    MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;mmarhyan@hahnhessen.com
Susan Power-Johnston    sjohnston@cov.com
Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom    radom@butzel.com
Dennis Jay Raterink    raterinkd@michigan.gov
Gary Ravert    gravert@mwe.com
Eric T. Ray    eray@balch.com

Ira A. Reid ira.a.reid@bakernet.com
Steven J. Reisman sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com
Kenneth A. Reynolds kar@pryormandelup.com
Geoffrey A. Richards grichards@kirkland.com
Marc E. Richards mrichards@blankrome.com
Tracy E. Richardson tracy.richardson@dol.lps.state.nj.us
Craig Philip Rieders crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer sriemer@phillipsnizer.com, ddore@phillipsnizer.com
Marianne Goldstein Robbins mgr@previant.com, em@previant.com
Matthew R. Robbins mrr@previant.com
Elizabeth A. Roberge eroberge@robergelaw.com
Jean R. Robertson jrobertson@calfee.com, jrobertson@calfee.com
Scott D. Rosen srosen@cb-shea.com
Heath D. Rosenblat hrosenblat@kayscholer.com
Paul M. Rosenblatt prosenblatt@kilpatrickstockton.com
David A. Rosenzweig DRosenzweig@Fulbright.com
David S. Rosner ffigueroa@kasowitz.com;dfliman@kasowitz.com
Ira Rubin irarubin265@aol.com, norma@bizwoh.rr.com
Robert B. Rubin brubin@burr.com
E. Todd Sable tsable@honigman.com
Chester B. Salomon cs@stevenslee.com
Brian D. Salwowski bsalwowski@atg.state.in.us
Diane W. Sanders austin.bankruptcy@publicans.com
William A. Sankbeil was@krwlaw.com
Thomas P. Sarb ecfsarbt@millerjohnson.com
Robert V. Sartin rsartin@fbtlaw.com
William F. Savino wsavino@damonmorey.com
Thomas J. Schank tomschank@hunterschank.com
Ilan D. Scharf ischarf@pszyjw.com
Michael L. Schein mschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle jrs@parmenterlaw.com, lms@parmenterlaw.com
William H. Schorling william.schorling@bipc.com
Christopher P. Schueller christopher.schueller@bipc.com, darcy.drons@bipc.com
Charles P. Schulman cschulman@sachnoff.com
Sheila R. Schwager srs@hteh.com
Bryan I. Schwartz bschwartz@lplegal.com
Jay A. Schwartz jschwartz@schwartzlawfirmpc.com
Matthew L. Schwartz matthew.schwartz@usdoj.gov
Mark S. Scott mscott@riemerlaw.com
Lon J. Seidman mail@rsmllp.com, mail@rsmllp.com
Howard Seife arosenblatt@chadbourne.com
Jay Selanders jay.selanders@kutakrock.com
Gary I. Selinger gselinger@hodgsonruss.com

Mark A. Shaiken     mshaiken@stinson.com, gant@stinson.com;amurdock@stinsonmoheck.com
Mark H. Shapiro     shapiro@steinbergshapiro.com
Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com
Mark Sherrill     mark.sherrill@sablaw.com
Joseph E. Shickich     jshickich@riddellwilliams.com
Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman     was@showmanlaw.com
Robert J. Sidman     rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com
Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com
Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon     jsimon@foley.com
Joseph E. Simpson     jsimpson@hselaw.com
Thomas R. Slome     mail@rsmllp.com
Wendy W. Smith     wendy@bindermalter.com
Richard G. Smolev     rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com
Jesse L. Snyder     jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com
Marc P. Solomon     msolomon@burr.com
Sean C. Southard     ssouthard@klestadt.com, smegna@klestadt.com;sfurst@klestadt.com
Paul H. Spaeth     spaethlaw@phslaw.com
Robyn J. Spalter     notice@regencap.com
Sarah F. Sparrow     ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel     dspelfogel@bakerlaw.com
Michael A. Spero     jspecf@sternslaw.com
Byron C. Starcher     byron.starcher@nelsonmullins.com
Robert J. Stark     claukamg@brownrudnick.com
Catherine Steege     csteege@jenner.com
Matthew B. Stein     mstein@sonnenschein.com
Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Stephen P. Stella     attorneystella@sszpc.com
Malani Sternstein     msternstein@sheppardmullin.com
Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
Brent C. Strickland     bstrickland@wtplaw.com
Joseph G. Strines     joseph.strines@dplinc.com
James M. Sullivan     jmsullivan@mwe.com
Michelle T. Sutter     msutter@ag.state.oh.us
Paul Sweeney     psweeney@linowes-law.com
Dona Szak     dszak@ajamie.com
Robert Szwajkos     rsz@curtinheefner.com
Douglas T. Tabachnik     dtabachnik@dttlaw.com, info@dttlaw.com
Jeffrey L. Tanenbaum     garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.co

m
Roger L. Tarbutton     roger.tarbutton@jocogov.org
John E. Taylor     jtaylor@binghammchale.com
Samuel Jason Teele     jteele@lowenstein.com
Andrew M. Thaler     thaler@tglawfirm.com, thaler@tglawfirm.com
Zakarij O. Thomas     zothomas@klettrooney.com
Janice L. Thompson     Thompson.Janice@dol.gov
Melinda S. Thornton     cao.bkc@miamidade.gov
Gordon J. Toering     gtoering@wnj.com
Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll     lawtoll@comcast.net
Laura L. Torrado     ltorrado@bear.com, msussman@bear.com
Michael A. Trentadue     mtrentadue@boselaw.com
Martin B. Tucker     mtucker@fbtlaw.com
Raymond J. Urbanik     rurbanik@munsch.com
Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi     rusadi@cahill.com
Shmuel Vasser     svasser@eapdlaw.com
Lori V. Vaughan     lvaughan@foley.com
Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com
Gary Vist     gvist@masudafunai.com
Joseph J. Vitale     jvitale@cwsny.com
Arthur T. Walsh     rkirby@omclaw.com
Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
Michael D. Warner     bankruptcy@warnerstevens.com
W. Clark Watson     cwatson@balch.com
Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub     wweintraub@fklaw.com
Jay Welford     jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
Robert J. Welhoelter     robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller     dallas.bankruptcy@publicans.com
David A. Wender     david.wender@alston.com
Michael R. Wernette     mwernette@schaferandweiner.com
Robert A White     rwhite@murthalaw.com
Amy Williams-Derry     awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
Stephen F. Willig     swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
Eric R. Wilson     BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
W. Joe Wilson     jwilson@tylercooper.com
Jeffrey C. Wisler     jcw@cblhlaw.com
Douglas Wolfe     dwolfe@asmcapital.com
Robert D. Wolford     ecfwolfordr@millerjohnson.com
Richard L. Wynne     richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu     mxu@schiffhardin.com
David Farrington Yates     fyates@sonnenschein.com
Stephen L. Yonaty     syonaty@chwattys.com
German Yusufov     pcaocvbk@pcao.pima.gov
Helen A. Zamboni     hzamboni@underbergkessler.com
Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
Peter Alan Zisser     nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

| | | |
|---|---|---|
| Date: February 25, 2008 | Signature: | /s/ Gordon J. Toering |
| | Print Name: | Gordon J. Toering |
| | Business Address: | Warner Norcross & Judd LLP |
| | | 111 Lyon, NW |
| | | 900 Fifth Third Center |
| | | Grand Rapids, MI  49503 |