DREIER LLP
Paul Traub (PT 3752)
Ira S. Sacks (IS 2861)
Maura I. Russell (MR 1178)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

DREIER STEIN KAHAN
    BROWNE WOODS GEORGE LLP
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                    :

**In re:**                    :             **Chapter 11**
                    :

**DELPHI CORPORATION, *et al.*, Debtors.**   :      **Case No. 05-44481 (RDD)**
                    :      **(Jointly Administrated)**
-------------------------------------------------------------x

**VERIFIED STATEMENT OF DREIER LLP PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

    The undersigned, Maura I. Russell, Esq., a member of Dreier LLP, a law firm with a

business address of 499 Park Avenue, New York, New York 10022, is authorized to make the

following verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure:

    1.     Dreier LLP ("Dreier NY") and Dreier NY's affiliate, Dreier Stein Kahan Browne

Woods George LLP ("Dreier Santa Monica, and together with Dreier NY, "Dreier") are the law

firms representing the following parties in interest (collectively, the "Parties in Interest") in the

chapter 11 cases of the above-captioned debtors (the "Debtors"):

- SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Fund, Ltd. ("Silver Point"). Each of the Objecting Contract Counterparties (defined below) has transferred its respective underlying pre-petition claims against the Debtors to Silver Point pursuant to a duly executed assignment of claims.

- Cyro Industries, Energy Conversion Systems Holdings LLC, EPCOS Inc., Fujikoki America Inc., Heraeus, Inc., Intermet Corporate, Intermet Jackson, Johnson Electric North America, Inc, Key Plastics LLC, MEMC Electronic Materials Inc., Micron Semiconductor Products Inc., Multek Flexible Circuits Inc., Nichicon America Corp., Panasonic Automotive Systems Company, Parlex Corporation, Phillips Semiconductors, Sagami America Ltd., Stahl Specialty Company, Toko America Inc., and Waupaca Foundry Inc. (collectively, the "Objecting Contract Counterparties"). Attached hereto as Exhibit A is a list of the amount of each of the Cure Notices attributable to the respective Objecting Contract Counterparties that were the subject of the Debtors' Motion (defined below).

2.    In connection with the Debtors' cases, Dreier NY acts as counsel to Silver Point in protecting and pursuing certain, but not all, of Silver Point's interests as a creditor of the Debtors. In many instances, Dreier NY represented Silver Point in connection with the underlying assignment of claims agreements between Silver Point and the Objecting Contract Counterparties.

3.    Dreier's representation of the Objecting Contract Counterparties arose solely in connection with the Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. of Bankr. P. 9010 (the "Debtors' Motion") and the prosecution of the Objecting Contract Counterparties' objection to the Debtors' Motion.

4.    Neither Dreier nor Dreier Santa Monica holds any claim against, or interest in, the Debtors.

5.    This Statement shall not be deemed a waiver of the rights of the Parties in Interest (1) to have final orders in noncore matters entered only after *de novo* review by a District Court

Judge, (2) to trial by jury in any proceeding so triable in the chapter 11 cases or any case, controversy, or proceeding related to the Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties In Interest are, or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Parties in Interest expressly reserve.

6.      This Statement does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Federal Rules of Bankruptcy Procedure, nor shall it result in the undersigned counsel being deemed to be the agent of any of the Parties in Interest for such purpose.  By filing this Statement, none of the Parties in Interest submit to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this Statement.

7.      Dreier reserves the right to supplement or amend this Statement.

I, Maura I. Russell, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       February 25 , 2008

By: _Maura I. Russell_____
    Maura I. Russell (MR 1178)
    Dreier LLP
    499 Park Avenue
    New York, New York 10022
    Tel.: (212) 328-6100
    Fax: (212) 328-6101

2/25/08

ANTHONY B. STUMBO
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

DELPHI CORP., ET AL.
DREIER LLP 2019 AFFIDAVIT
EXHIBIT "A"

| Contract Counterparty Name | Address | Aggregate Cure Amount |
|---|---|---|
| Cyro Industries | Evonik Degussa Corp., 379 Interpace Pkwy. Parsippany, NJ 07054 | $579,162.10 |
| Energy Conversion Systems Holdings LLC | 5520 Dillard Dr., Ste. 260, Cary, NC 27518 | $81,120.65 |
| EPCOS Inc. | 186 Wood Avenue South, Iselin, NJ 08830 | $277,634.09 |
| Fujikoki America Inc. | 4040 Bronze Way, Dallas, TX 75237 | $2,752,068.75 |
| Heraeus Inc. | 540 Madison Ave., New York, NY 10022 | $363,674.18 |
| Intermet Corporate | 301 Commerce St., Ste. 2901, Fort Worth, TX 76102 | $148,737.73 |
| Intermet Jackson | 301 Commerce St., Ste. 2901, Fort Worth, TX 76102 | $65,531.43 |
| Johnson Electric North America, Inc. | 47660 Halyard, Plymouth, MI 48170 | $2,518,431.00 |
| Key Plastics LLC | 21700 Haggerty Rd., Ste. 100N, Northville, MI 48167 | $48,239.02 |
| MEMC Electronic Materials Inc. | 501 Pearl Drive, St. Peters, MO 63376 | $72,567.00 |
| Micron Semiconductor Products Inc. | 8000 S. Federal Way, Boise, ID 83716 | $768,120.00 |
| Multek Flexible Circuits Inc. | 1150 Sheldahl Road, Northfield, MN 55057 | $36,816.00 |
| Nichicon America Corp. | 927 East State Parkway, Schaumburg, IL 60173-4588 | $312,481.60 |
| Nichicon America Corp. | 927 East State Parkway, Schaumburg, IL 60173-4588 | $11,399.82 |
| Panasonic Automotive Systems Company | 776 Highway 74 South, Peachtree City, GA 30269 | $1,310,803.93 |
| Parlex Corporation | One Parlex Place, Methuen, MA 01844 | $30,616.68 |
| Parlex Corporation | One Parlex Place, Methuen, MA 01844 | $57,207.37 |
| Philips Semiconductors | 1109 McKay Drive, San Jose, CA 95131 | $4,864,152.69 |
| Sagami America Ltd | c/o Masuda, Funai, Eifert & Mitchell, Ltd. 203 North LaSalle St., Ste. 2500 Chicago, IL 60601 | $188,638.86 |
| Stahl Specialty Company | 111 E. Pacific St., Kingsville, MO 64061 | $231,706.80 |
| Toko America Inc. | 1250 Feehanville Drive, Mt. Prospect, IL 60056 | $182,873.60 |
| Waupaca Foundry Inc. | 1955 Brunner Dr., Waupaca, WI 54981 | $418,310.79 |
|  |  |  |
|  |  |  |

00331984