CAROLINA FORGE COMPANY, L.L.C.
DUNS # 047377536  VENDOR # 1001203

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '9000031600049 | RD 047377536 | HC | 2 | '5203543158001 | 9/1/2005 | $23,853.40 | USD | 30668 | D0550077225 |
| '9000031600050 | RD 047377536 | HC | 2 | '5203572886001 | 9/6/2005 | $42,384.29 | USD | 30711 | D0550052632 |
| '9000031600051 | RD 047377536 | HC | 2 | '5203572887001 | 9/6/2005 | $11,961.85 | USD | 30711 | D0550077225 |
| '9000031612930 | RD 047377536 | HC | 2 | '5203573094001 | 9/6/2005 | $24,639.31 | USD | 30715 | D0550065141 |
| '9000031628512 | RD 047377536 | HC | 2 | '5203581731001 | 9/7/2005 | $25,775.13 | USD | 30726 | D0550065141 |
| '9000031647055 | RD 047377536 | HC | 2 | '5203589244001 | 9/8/2005 | $6,795.52 | USD | 30692-B | D0550065141 |
| '9000031647056 | RD 047377536 | HC | 2 | '5203598339001 | 9/9/2005 | $26,073.18 | USD | 30740 | D0550065141 |
| '9000031639209 | RD 047377536 | HC | 2 | '5203603947001 | 9/10/2005 | $25,464.54 | USD | 30756 | D0550065141 |
| '9000031639211 | RD 047377536 | HC | 4 | 'CSR5203605383001 | 9/11/2005 | $382.42 | USD | 30668 | D0550052632 |
| '9000031639220 | RD 047377536 | HC | 4 | 'CSR5203605424001 | 9/11/2005 | $772.86 | USD | 30668 | D0550052632 |
| '9000031639222 | RD 047377536 | HC | 4 | 'CSR5203605442001 | 9/11/2005 | $211.41 | USD | 30668 | D0550077225 |
| '9000031639215 | RD 047377536 | HC | 4 | 'CSR5203605443001 | 9/11/2005 | $231.12 | USD | 30668 | D0550077225 |
| '9000031639218 | RD 047377536 | HC | 4 | 'CSR5203605434003 | 9/11/2005 | $1,105.76 | USD | 30671 | D0550065141 |
| '9000031639213 | RD 047377536 | HC | 4 | 'CSR5203605435002 | 9/11/2005 | $102.30 | USD | 30671 | D0550065141 |
| '9000031639217 | RD 047377536 | HC | 4 | 'CSR5203605434001 | 9/11/2005 | $1,104.58 | USD | 30674 | D0550065141 |
| '9000031639214 | RD 047377536 | HC | 4 | 'CSR5203605435001 | 9/11/2005 | $102.30 | USD | 30674 | D0550065141 |
| '9000031639210 | RD 047377536 | HC | 4 | 'CSR5203605434002 | 9/11/2005 | $903.44 | USD | 30692 | D0550065141 |
| '9000031639212 | RD 047377536 | HC | 4 | 'CSR5203605383002 | 9/11/2005 | $97.56 | USD | 30711 | D0550052632 |
| '9000031639221 | RD 047377536 | HC | 4 | 'CSR5203605424002 | 9/11/2005 | $560.02 | USD | 30711 | D0550052632 |
| '9000031639223 | RD 047377536 | HC | 4 | 'CSR5203605442002 | 9/11/2005 | $116.74 | USD | 30711 | D0550077225 |
| '9000031639216 | RD 047377536 | HC | 4 | 'CSR5203605443002 | 9/11/2005 | $106.18 | USD | 30711 | D0550077225 |
| '9000031639219 | RD 047377536 | HC | 4 | 'CSR5203605434004 | 9/11/2005 | $900.88 | USD | 30715 | D0550065141 |
| '9000031668267 | RD 047377536 | HC | 4 | 'CSR5203605435003 | 9/11/2005 | $306.90 | USD | 30715 | D0550065141 |
| '9000031668268 | RD 047377536 | HC | 2 | '5203611540001 | 9/12/2005 | $42,669.45 | USD | 30764 | D0550077225 |
| '9000031668269 | RD 047377536 | HC | 2 | '5203611556001 | 9/12/2005 | $35,561.53 | USD | 30764 | D0550052632 |
| '9000031680962 | RD 047377536 | HC | 2 | '5203611824001 | 9/12/2005 | $25,502.04 | USD | 30780 | D0550065141 |
| '9000031680963 | RD 047377536 | HC | 2 | '5203618905001 | 9/13/2005 | $45,378.72 | USD | 30797 | D0550052632 |
| '9000031680964 | RD 047377536 | HC | 2 | '5203618906001 | 9/13/2005 | $17,741.73 | USD | 30797 | D0550077225 |
| '9000031693864 | RD 047377536 | HC | 2 | '5203619148001 | 9/13/2005 | $25,042.74 | USD | 30802 | D0550065141 |
| '9000031956856 | RD 047377536 | HC | 2 | '5203626546001 | 9/14/2005 | $25,078.36 | USD | 30817 | D0550065141 |
| '9000031739618 | RD 047377536 | HC | 2 | '5203768245001 | 9/15/2005 | $44,000.00 | USD | 9061-1 | D0450130109 |
| '9000031739619 | RD 047377536 | HC | 2 | '5203643296001 | 9/16/2005 | $50,466.67 | USD | 30861 | D0550052632 |
| '9000031739620 | RD 047377536 | HC | 2 | '5203643297001 | 9/16/2005 | $33,905.75 | USD | 30861 | D0550077225 |
| '9000031761148 | RD 047377536 | HC | 2 | '5203648442001 | 9/17/2005 | $23,359.19 | USD | 30843 | D0550065141 |
| '9000031773226 | RD 047377536 | HC | 2 | '5203655524001 | 9/19/2005 | $25,510.37 | USD | 30869 | D0550065141 |
| | RD 047377536 | HC | 2 | '5203663490001 | 9/20/2005 | $16,629.13 | USD | 30888 | D0550077225 |

EXHIBIT A

CAROLINA FORGE COMPANY, L.L.C.
DUNS # 047377536  VENDOR # 1001203

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '9000031773227 | RD 047377536 | HC | 2 | '5203663493001 | 9/20/2005 | $35,509.71 | USD | 30888 | D0550052632 |
| '9000031773228 | RD 047377536 | HC | 2 | '5203663620001 | 9/20/2005 | $25,522.87 | USD | 30889 | D0550065141 |
| '9000031788891 | RD 047377536 | HC | 2 | '5203672401001 | 9/21/2005 | $25,514.54 | USD | 30897 | D0550065141 |
| '9000031802095 | RD 047377536 | HC | 2 | '5203681287001 | 9/22/2005 | $25,872.90 | USD | 30922 | D0550052632 |
| '9000031815853 | RD 047377536 | HC | 4 | 'DMP5203689914001 | 9/23/2005 | ($52,061.55) | USD | 28998 | D0550052632 |
| '9000031824842 | RD 047377536 | HC | 2 | '5203689890001 | 9/23/2005 | $52,061.55 | USD | 28998 | D0550052632 |
| '9000031824840 | RD 047377536 | HC | 2 | '5203689850001 | 9/23/2005 | $25,502.04 | USD | 30936 | D0550065141 |
| '9000031815848 | RD 047377536 | HC | 4 | 'CSR5203696501001 | 9/25/2005 | $77.52 | USD | 28998 | D0550052632 |
| '9000031815849 | RD 047377536 | HC | 4 | 'CSR5203696502001 | 9/25/2005 | $27.35 | USD | 28998 | D0550052632 |
| '9000031815850 | RD 047377536 | HC | 4 | 'CSR5203696504001 | 9/25/2005 | $92.10 | USD | 28998 | D0550052632 |
| '9000031815851 | RD 047377536 | HC | 4 | 'CSR5203696505001 | 9/25/2005 | $41.40 | USD | 28998 | D0550052632 |
| '9000031815854 | RD 047377536 | HC | 4 | 'DSR5203696503001 | 9/25/2005 | ($318.97) | USD | 28998 | D0550052632 |
| '9000031845242 | RD 047377536 | HC | 2 | '5203703288001 | 9/26/2005 | $25,502.04 | USD | 30951 | D0550065141 |
| '9000031856538 | RD 047377536 | HC | 2 | '5203711640001 | 9/27/2005 | $41,017.73 | USD | 30935 | D0550052632 |
| '9000031856539 | RD 047377536 | HC | 2 | '5203711640002 | 9/27/2005 | $9,831.38 | USD | 30935 | D0550064182 |
| '9000031856540 | RD 047377536 | HC | 2 | '5203711640003 | 9/27/2005 | $25,370.91 | USD | 30935 | D0550077225 |
| '9000031856536 | RD 047377536 | HC | 2 | '5203711636001 | 9/27/2005 | $49,732.67 | USD | 30981 | D0550052632 |
| '9000031856537 | RD 047377536 | HC | 2 | '5203711636002 | 9/27/2005 | $27,961.57 | USD | 30981 | D0550077225 |
| '9000031869974 | RD 047377536 | HC | 2 | '5203720667001 | 9/28/2005 | $25,456.20 | USD | 31001 | D0550065141 |
| '9000031886573 | RD 047377536 | HC | 2 | '5203729658001 | 9/29/2005 | $25,435.37 | USD | 31012 | D0550052632 |
| '9000031908502 | RD 047377536 | HC | 2 | '5203738680001 | 9/30/2005 | $23,261.48 | USD | 31036 | D0550052632 |
| '9000031908503 | RD 047377536 | HC | 2 | '5203738680002 | 9/30/2005 | $20,812.79 | USD | 31036 | D0550077225 |
| '0005016193116 | RD 047377536 | HC | 4 | 'ACM5203791980002 | 10/1/2005 | $1,363.87 | USD | 31043 | D0550065141 |
| '0005016193115 | RD 047377536 | HC | 4 | 'ACM5203791980001 | 10/1/2005 | $1,364.54 | USD | 31044 | D0550065141 |
| '0005016193112 | RD 047377536 | HC | 4 | 'ACM5203791978001 | 10/1/2005 | $222.29 | USD | 31068 | D0550052632 |
| '0005016193114 | RD 047377536 | HC | 4 | 'ACM5203791979002 | 10/1/2005 | $871.48 | USD | 31068 | D0550052632 |
| '0005016193123 | RD 047377536 | HC | 4 | 'ACM5203791995001 | 10/1/2005 | $104.83 | USD | 31068 | D0550077225 |
| '0005016193124 | RD 047377536 | HC | 4 | 'ACM5203791996001 | 10/1/2005 | $272.23 | USD | 31068 | D0550077225 |
| '0005016193117 | RD 047377536 | HC | 4 | 'ACM5203791980003 | 10/1/2005 | $1,100.06 | USD | 31075 | D0550065141 |
| '0005016193120 | RD 047377536 | HC | 4 | 'ACM5203791981001 | 10/1/2005 | $252.05 | USD | 31075 | D0550065141 |
| '0005016193118 | RD 047377536 | HC | 4 | 'ACM5203791980004 | 10/1/2005 | $1,047.88 | USD | 31101 | D0550065141 |
| '0005016193121 | RD 047377536 | HC | 4 | 'ACM5203791981002 | 10/1/2005 | $258.96 | USD | 31101 | D0550065141 |
| '0005016193119 | RD 047377536 | HC | 4 | 'ACM5203791980005 | 10/1/2005 | $1,020.89 | USD | 31117 | D0550065141 |
| '0005016193122 | RD 047377536 | HC | 4 | 'ACM5203791981003 | 10/1/2005 | $314.75 | USD | 31117 | D0550065141 |
| '9000031908113 | RD 047377536 | HC | 4 | 'ACM5203791979001 | 10/1/2005 | $388.98 | USD | 30935B | D0550052632 |
| '9000031908504 | RD 047377536 | HC | 2 | '5203744619001 | 10/1/2005 | $18,724.33 | USD | 30935B | D0550052632 |

CAROLINA FORGE COMPANY, L.L.C.
DUNS # 047377536  VENDOR # 1001203

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '9000031928394 | RD 047377536 | HC | 2 | '5203751075001 | 10/3/2005 | $25,485.37 | USD | 31043 | D0550065141 |
| '9000031928391 | RD 047377536 | HC | 2 | '5203750918001 | 10/3/2005 | $25,497.87 | USD | 31044 | D0550065141 |
| '9000031928392 | RD 047377536 | HC | 2 | '5203751064001 | 10/3/2005 | $68,132.79 | USD | 31068 | D0550052632 |
| '9000031928393 | RD 047377536 | HC | 2 | '5203751064002 | 10/3/2005 | $20,450.00 | USD | 31068 | D0550077225 |
| '9000031956855 | RD 047377536 | HC | 2 | '5203768222001 | 10/5/2005 | $25,519.71 | USD | 31075 | D0550065141 |
| '9000031956857 | RD 047377536 | HC | 2 | '5203768447001 | 10/5/2005 | $24,680.45 | USD | 31101 | D0550065141 |
| '9000031973019 | RD 047377536 | HC | 2 | '5203776451001 | 10/6/2005 | $25,275.23 | USD | 31117 | D0550065141 |
| '9000032807405 | RD 047377536 | HC | 4 | 'CSR5204298767001 | 10/7/2005 | $217.86 | USD | 30668 | D0550077225 |
| '9000032807406 | RD 047377536 | HC | 4 | 'CSR5204298767002 | 10/7/2005 | $120.29 | USD | 30711 | D0550077225 |
| '9000032807407 | RD 047377536 | HC | 4 | 'CSR5204298767003 | 10/7/2005 | $333.27 | USD | 30764 | D0550077225 |
| '9000032807413 | RD 047377536 | HC | 4 | 'CSR5204298961001 | 10/7/2005 | $130.16 | USD | 30764 | D0550077225 |
| '9000032807408 | RD 047377536 | HC | 4 | 'CSR5204298767004 | 10/7/2005 | $120.65 | USD | 30797 | D0550077225 |
| '9000032807409 | RD 047377536 | HC | 4 | 'CSR5204298767005 | 10/7/2005 | $349.73 | USD | 30861 | D0550077225 |
| '9000032807410 | RD 047377536 | HC | 4 | 'CSR5204298767006 | 10/7/2005 | $211.26 | USD | 30888 | D0550077225 |
| '9000032807411 | RD 047377536 | HC | 4 | 'CSR5204298767007 | 10/7/2005 | $449.84 | USD | 30981 | D0550077225 |
| '9000032807412 | RD 047377536 | HC | 4 | 'CSR5204298767008 | 10/7/2005 | $155.04 | USD | 31036 | D0550077225 |
| '9000031988013 | RD 047377536 | HC | 2 | '5203784537001 | 10/7/2005 | $66,247.63 | USD | 31136 | D0550052632 |
| '9000031988014 | RD 047377536 | HC | 2 | '5203784537002 | 10/7/2005 | $26,113.30 | USD | 31136 | D0550077225 |
| '9000031988015 | RD 047377536 | HC | 2 | '5203784655001 | 10/7/2005 | $26,928.70 | USD | 31139 | D0550065141 |

TOTAL AMOUNT OWED TO CFC  $ 1,380,747.26

UNSECURED PRIORITY CLAIM ( RECLAIMATION CLAIM # 71 )  $ 197,519.25  (See exibit B)

UNSECURED NON-PRIORITY CLAIM  $ 1,183,228.01