MEADVILLE FORGING COMPANY PROOF OF CLAIM
VENDOR # 1001087 DUNS # 066839515

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '0005016203095 | RD 066839515 | HC | 4 | 'ADMDISCTS1005 | 10/1/2005 | (1,803.12) | USD | DISCTS1005 | | Ready To Pay | 12/31/2049 | 0 |
| '0005016207437 | RD 066839515 | HC | 4 | 'ADMDISCTS1105V | 10/1/2005 | (3,423.21) | USD | DISCTS1105 | | Ready To Pay | 12/31/2049 | 0 |
| | | | | | | (5,226.33) | | | **Total** | | | |
| '9000032312750 | RD 066839515 | H2 | 2 | '5203978428001 | 10/5/2005 | 20,549.00 | USD | | 43909 | D0450125938 Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 20,549.00 | | | **D0450125938 Total** | | | |
| '9000032312751 | RD 066839515 | H2 | 2 | '5203978429001 | 10/5/2005 | 35,807.00 | USD | | 43910 | D0450126039 Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 35,807.00 | | | **D0450126039 Total** | | | |
| '9000031957583 | RD 066839515 | HC | 2 | '5203768246001 | 8/30/2005 | 14,730.65 | USD | | 37244 | D0450130107 Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 14,730.65 | | | **D0450130107 Total** | | | |
| '9000031957584 | RD 066839515 | HC | 2 | '5203768248001 | 8/30/2005 | 26,640.55 | USD | | 37245 | D0450130108 Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 26,640.55 | | | **D0450130108 Total** | | | |
| '9000031600728 | RD 066839515 | HC | 2 | '5203573052001 | 9/6/2005 | 6,346.98 | USD | | 21259 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '9000031639504 | RD 066839515 | HC | 4 | 'CSR5203605377001 | 9/11/2005 | 109.73 | USD | | 21220 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '9000031639505 | RD 066839515 | HC | 4 | 'CSR5203605378001 | 9/11/2005 | 98.76 | USD | | 21259 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '9000031681924 | RD 066839515 | HC | 2 | '5203619185001 | 9/13/2005 | 3,397.76 | USD | | 21343 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '9000031681927 | RD 066839515 | HC | 2 | '5203619189001 | 9/13/2005 | 6,861.00 | USD | | 21356 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '0005016199280 | RD 066839515 | HC | 4 | 'ACM5203791811001 | 10/1/2005 | 61.54 | USD | | 21676 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| '9000031957588 | RD 066839515 | HC | 2 | '5203768453001 | 10/5/2005 | 3,269.29 | USD | | 21676 | D0550000747 Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 20,145.06 | | | **D0550000747 Total** | | | |
| '9000031600727 | RD 066839515 | HC | 2 | '5203572961001 | 9/6/2005 | 25,938.99 | USD | | 21248 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031615953 | RD 066839515 | HC | 2 | '5203581950001 | 9/7/2005 | 19,228.00 | USD | | 21254 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031615956 | RD 066839515 | HC | 2 | '5203582065001 | 9/7/2005 | 18,019.00 | USD | | 21269 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031615955 | RD 066839515 | HC | 2 | '5203582027001 | 9/7/2005 | 28,842.00 | USD | | 21279 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031629382 | RD 066839515 | HC | 2 | '5203589471001 | 9/8/2005 | 31,297.94 | USD | | 21286 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031648030 | RD 066839515 | HC | 2 | '5203598352001 | 9/9/2005 | 6,399.01 | USD | | 21287 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031648033 | RD 066839515 | HC | 2 | '5203598414001 | 9/9/2005 | 31,201.80 | USD | | 21313 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639506 | RD 066839515 | HC | 4 | 'CSR5203605379001 | 9/11/2005 | 647.53 | USD | | 21214 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639510 | RD 066839515 | HC | 4 | 'CSR5203605380001 | 9/11/2005 | 278.71 | USD | | 21215 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639507 | RD 066839515 | HC | 4 | 'CSR5203605379002 | 9/11/2005 | 425.30 | USD | | 21231 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639511 | RD 066839515 | HC | 4 | 'CSR5203605380002 | 9/11/2005 | 208.49 | USD | | 21231 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639509 | RD 066839515 | HC | 4 | 'CSR5203605379004 | 9/11/2005 | 144.04 | USD | | 21238 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639508 | RD 066839515 | HC | 4 | 'CSR5203605379003 | 9/11/2005 | 845.46 | USD | | 21241 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031639512 | RD 066839515 | HC | 4 | 'CSR5203605380003 | 9/11/2005 | 418.95 | USD | | 21248 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031668987 | RD 066839515 | HC | 2 | '5203611515001 | 9/12/2005 | 27,128.64 | USD | | 21304 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031668994 | RD 066839515 | HC | 2 | '5203612072001 | 9/12/2005 | 19,861.02 | USD | | 21321 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031681922 | RD 066839515 | HC | 2 | '5203619153001 | 9/13/2005 | 19,703.50 | USD | | 21346 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031696056 | RD 066839515 | HC | 2 | '5203626404001 | 9/14/2005 | 21,631.50 | USD | | 21351 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031721186 | RD 066839515 | HC | 2 | '5203635381001 | 9/15/2005 | 26,827.00 | USD | | 21364 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031721182 | RD 066839515 | HC | 2 | '5203635374001 | 9/15/2005 | 14,421.00 | USD | | 21372 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031721181 | RD 066839515 | HC | 2 | '5203635350001 | 9/15/2005 | 26,272.06 | USD | | 21382 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031721189 | RD 066839515 | HC | 2 | '5203635407001 | 9/15/2005 | 28,842.00 | USD | | 21386 | D0550005195 Ready To Pay | 12/31/2049 | 0 |
| '9000031740700 | RD 066839515 | HC | 2 | '5203643294001 | 9/16/2005 | 15,268.70 | USD | | 21393 | D0550005195 Ready To Pay | 12/31/2049 | 0 |

EXHIBIT
tabbies®
B

| ID | | | Ref | Date | Amount | Cur | Doc | Vendor | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000031761893 | RD 066839515 | HC | 2 '5203655460001 | 9/19/2005 | 19,228.00 | USD | 21407 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761896 | RD 066839515 | HC | 2 '5203655528001 | 9/19/2005 | 24,035.00 | USD | 21416 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761898 | RD 066839515 | HC | 2 '5203655530001 | 9/19/2005 | 21,846.04 | USD | 21422 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761895 | RD 066839515 | HC | 2 '5203655506001 | 9/19/2005 | 25,188.68 | USD | M09150502 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031775626 | RD 066839515 | HC | 2 '5203663690001 | 9/20/2005 | 19,228.00 | USD | 21441 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789649 | RD 066839515 | HC | 2 '5203672562001 | 9/21/2005 | 28,776.45 | USD | 21458 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789647 | RD 066839515 | HC | 2 '5203672561001 | 9/21/2005 | 19,879.66 | USD | 21464 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789645 | RD 066839515 | HC | 2 '5203672354001 | 9/21/2005 | 21,878.41 | USD | 21470 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031802941 | RD 066839515 | HC | 2 '5203681471001 | 9/22/2005 | 19,818.00 | USD | 21488 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031802945 | RD 066839515 | HC | 2 '5203681481001 | 9/22/2005 | 14,174.10 | USD | 21502 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031845922 | RD 066839515 | HC | 2 '5203703328001 | 9/26/2005 | 25,146.84 | USD | 21532 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031845925 | RD 066839515 | HC | 2 '5203703384001 | 9/26/2005 | 28,842.00 | USD | 21535 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031845923 | RD 066839515 | HC | 2 '5203703332001 | 9/26/2005 | 21,631.50 | USD | 21536 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857244 | RD 066839515 | HC | 2 '5203711766001 | 9/27/2005 | 28,046.94 | USD | 21514 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857241 | RD 066839515 | HC | 2 '5203711713001 | 9/27/2005 | 31,245.50 | USD | 21518 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857247 | RD 066839515 | HC | 2 '5203711773001 | 9/27/2005 | 19,710.10 | USD | 21558 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857249 | RD 066839515 | HC | 2 '5203711922001 | 9/27/2005 | 26,403.54 | USD | 21559 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031872162 | RD 066839515 | HC | 2 '5203720672001 | 9/28/2005 | 20,825.50 | USD | 21575 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031887398 | RD 066839515 | HC | 2 '5203729751001 | 9/29/2005 | 24,035.00 | USD | 21593 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031887396 | RD 066839515 | HC | 2 '5203729686001 | 9/29/2005 | 15,414.00 | USD | 21596 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909632 | RD 066839515 | HC | 2 '5203738740001 | 9/30/2005 | 31,142.81 | USD | 21606 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909635 | RD 066839515 | HC | 2 '5203738758001 | 9/30/2005 | 19,818.00 | USD | 21611 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199281 | RD 066839515 | HC | 4 'ACM5203791975001 | 10/1/2005 | 977.18 | USD | 21620 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199286 | RD 066839515 | HC | 4 'ACM5203791976001 | 10/1/2005 | 620.64 | USD | 21633 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199282 | RD 066839515 | HC | 4 'ACM5203791975002 | 10/1/2005 | 240.90 | USD | 21637 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199283 | RD 066839515 | HC | 4 'ACM5203791975003 | 10/1/2005 | 963.60 | USD | 21653 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199287 | RD 066839515 | HC | 4 'ACM5203791976002 | 10/1/2005 | 299.57 | USD | 21660 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199284 | RD 066839515 | HC | 4 'ACM5203791975004 | 10/1/2005 | 963.60 | USD | 21673 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199288 | RD 066839515 | HC | 4 'ACM5203791976003 | 10/1/2005 | 288.00 | USD | 21689 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199289 | RD 066839515 | HC | 4 'ACM5203791976004 | 10/1/2005 | 573.02 | USD | 21690 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199285 | RD 066839515 | HC | 4 'ACM5203791975005 | 10/1/2005 | 954.47 | USD | 21699 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031929146 | RD 066839515 | HC | 2 '5203750965001 | 10/3/2005 | 29,248.41 | USD | 21620 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031929147 | RD 066839515 | HC | 2 '5203750966001 | 10/3/2005 | 28,471.86 | USD | 21633 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942873 | RD 066839515 | HC | 2 '5203759358001 | 10/4/2005 | 7,210.50 | USD | 21637 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942880 | RD 066839515 | HC | 2 '5203759594001 | 10/4/2005 | 28,842.00 | USD | 21653 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942877 | RD 066839515 | HC | 2 '5203759544001 | 10/4/2005 | 13,742.68 | USD | 21660 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031957587 | RD 066839515 | HC | 2 '5203768450001 | 10/5/2005 | 28,842.00 | USD | 21673 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031957585 | RD 066839515 | HC | 2 '5203768356001 | 10/5/2005 | 13,212.00 | USD | 21689 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031973716 | RD 066839515 | HC | 2 '5203776503001 | 10/6/2005 | 26,287.48 | USD | 21690 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031973717 | RD 066839515 | HC | 2 '5203776525001 | 10/6/2005 | 28,568.88 | USD | 21699 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031989006 | RD 066839515 | HC | 2 '5203784535001 | 10/7/2005 | 4,967.60 | USD | 21705 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| '9000031989010 | RD 066839515 | HC | 2 '5203784705001 | 10/7/2005 | 13,500.00 | USD | 21721 | D0550005195 | Ready To Pay | 12/31/2049 | 0 |
| | | | | | 1,098,939.10 | | | **D0550005195 Total** | | | |
| '9000031615954 | RD 066839515 | HC | 2 '5203581950002 | 9/7/2005 | 10,331.38 | USD | 21254 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031615957 | RD 066839515 | HC | 2 '5203582065002 | 9/7/2005 | 10,315.67 | USD | 21269 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031648032 | RD 066839515 | HC | 2 '5203598367001 | 9/9/2005 | 17,682.72 | USD | 21287 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639513 | RD 066839515 | HC | 4 'CSR5203605381001 | 9/11/2005 | 294.03 | USD | 21215 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639514 | RD 066839515 | HC | 4 'CSR5203605381002 | 9/11/2005 | 739.80 | USD | 21238 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000031639515 | RD 066839515 | HC | 4 'CSR5203605381003 | 9/11/2005 | 851.67 | USD | 21258 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668989 | RD 066839515 | HC | 2 '5203611520001 | 9/12/2005 | 17,438.12 | USD | 21306 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668995 | RD 066839515 | HC | 2 '5203612072002 | 9/12/2005 | 9,931.94 | USD | 21321 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031681923 | RD 066839515 | HC | 2 '5203619153002 | 9/13/2005 | 7,815.85 | USD | 21346 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031696057 | RD 066839515 | HC | 2 '5203626404002 | 9/14/2005 | 7,452.32 | USD | 21351 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031721183 | RD 066839515 | HC | 2 '5203635374002 | 9/15/2005 | 14,334.67 | USD | 21372 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031740701 | RD 066839515 | HC | 2 '5203643294002 | 9/16/2005 | 12,582.11 | USD | 21393 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761894 | RD 066839515 | HC | 2 '5203655460002 | 9/19/2005 | 10,151.86 | USD | 21407 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761897 | RD 066839515 | HC | 2 '5203655528002 | 9/19/2005 | 4,981.68 | USD | 21416 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761899 | RD 066839515 | HC | 2 '5203655530002 | 9/19/2005 | 5,022.07 | USD | 21422 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031775627 | RD 066839515 | HC | 2 '5203663890002 | 9/20/2005 | 10,136.15 | USD | 21441 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789648 | RD 066839515 | HC | 2 '5203672561002 | 9/21/2005 | 7,411.93 | USD | 21464 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789646 | RD 066839515 | HC | 2 '5203672354002 | 9/21/2005 | 7,454.57 | USD | 21470 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031802942 | RD 066839515 | HC | 2 '5203681471002 | 9/22/2005 | 10,315.67 | USD | 21488 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031802946 | RD 066839515 | HC | 2 '5203681481002 | 9/22/2005 | 7,120.21 | USD | 21502 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031845924 | RD 066839515 | HC | 2 '5203703332002 | 9/26/2005 | 9,873.60 | USD | 21536 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857248 | RD 066839515 | HC | 2 '5203711773002 | 9/27/2005 | 9,873.60 | USD | 21558 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031872163 | RD 066839515 | HC | 2 '5203720672002 | 9/28/2005 | 7,369.30 | USD | 21575 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031887397 | RD 066839515 | HC | 2 '5203729686002 | 9/29/2005 | 14,810.40 | USD | 21596 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909636 | RD 066839515 | HC | 2 '5203738758002 | 9/30/2005 | 4,936.80 | USD | 21611 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909640 | RD 066839515 | HC | 2 '5203744618001 | 10/1/2005 | 19,177.22 | USD | 21624 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '0050161 99290 | RD 066839515 | HC | 4 'ACM5203791977001 | 10/1/2005 | 632.41 | USD | 21624 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '0050161 99291 | RD 066839515 | HC | 4 'ACM5203791977002 | 10/1/2005 | 162.80 | USD | 21637 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '0050161 99292 | RD 066839515 | HC | 4 'ACM5203791977003 | 10/1/2005 | 244.20 | USD | 21660 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '0050161 99293 | RD 066839515 | HC | 4 'ACM5203791977004 | 10/1/2005 | 486.03 | USD | 21689 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942874 | RD 066839515 | HC | 2 '5203759358002 | 10/4/2005 | 4,936.80 | USD | 21637 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942878 | RD 066839515 | HC | 2 '5203759544002 | 10/4/2005 | 7,405.20 | USD | 21660 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031957586 | RD 066839515 | HC | 2 '5203768356002 | 10/5/2005 | 14,738.59 | USD | 21689 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031989007 | RD 066839515 | HC | 2 '5203784535002 | 10/7/2005 | 25,746.03 | USD | 21705 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| '9000031989011 | RD 066839515 | HC | 2 '5203784705002 | 10/7/2005 | 15,472.65 | USD | 21721 | D0550005249 | Ready To Pay | 12/31/2049 | 0 |
| | | | | | 308,230.05 | | | **D0550005249 Total** | | | |
| '9000031600729 | RD 066839515 | HC | 2 '5203573052002 | 9/6/2005 | 5,643.23 | USD | 21259 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031615959 | RD 066839515 | HC | 2 '5203582101001 | 9/7/2005 | 26,154.71 | USD | 21274 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031648029 | RD 066839515 | HC | 2 '5203598346001 | 9/9/2005 | 4,246.34 | USD | 21296 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639519 | RD 066839515 | HC | 4 'CSR5203605437001 | 9/11/2005 | 0.01 | USD | 21031 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639520 | RD 066839515 | HC | 4 'CSR5203605437002 | 9/11/2005 | 0.01 | USD | 21075 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639516 | RD 066839515 | HC | 4 'CSR5203605436001 | 9/11/2005 | 909.43 | USD | 21220 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639517 | RD 066839515 | HC | 4 'CSR5203605436002 | 9/11/2005 | 1,003.07 | USD | 21223 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639518 | RD 066839515 | HC | 4 'CSR5203605436003 | 9/11/2005 | 201.76 | USD | 21259 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668990 | RD 066839515 | HC | 2 '5203611520002 | 9/12/2005 | 5,496.30 | USD | 21306 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668993 | RD 066839515 | HC | 2 '5203611690001 | 9/12/2005 | 8,285.82 | USD | 21314 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031681926 | RD 066839515 | HC | 2 '5203619188001 | 9/13/2005 | 22,718.04 | USD | 21343 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031721185 | RD 066839515 | HC | 2 '5203635377001 | 9/15/2005 | 22,715.09 | USD | 21365 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031740703 | RD 066839515 | HC | 2 '5203648520001 | 9/17/2005 | 8,613.83 | USD | 21408 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031761892 | RD 066839515 | HC | 2 '5203655456001 | 9/19/2005 | 25,764.65 | USD | 21392 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031775623 | RD 066839515 | HC | 2 '5203663489001 | 9/20/2005 | 8,696.57 | USD | 21423 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031775625 | RD 066839515 | HC | 2 '5203663619001 | 9/20/2005 | 8,572.46 | USD | 21443 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031789651 | RD 066839515 | HC | 2 '5203672575001 | 9/21/2005 | 26,450.21 | USD | 21462 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |

| Vendor No | Account | | Line | Invoice No | Date | Amount | Cur | Doc No | Reference | Status | Due Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000031802944 | RD 066839515 | HC | 2 | '5203681473001 | 9/22/2005 | 22,440.27 | USD | 21484 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857243 | RD 066839515 | HC | 2 | '5203711765001 | 9/27/2005 | 8,259.23 | USD | 21519 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857239 | RD 066839515 | HC | 2 | '5203711320001 | 9/27/2005 | 25,436.64 | USD | 21550 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031857246 | RD 066839515 | HC | 2 | '5203711768001 | 9/27/2005 | 8,232.63 | USD | 21563 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031872165 | RD 066839515 | HC | 2 | '5203720759001 | 9/28/2005 | 11,288.10 | USD | 21584 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031887400 | RD 066839515 | HC | 2 | '5203729821001 | 9/29/2005 | 11,302.88 | USD | 21603 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909634 | RD 066839515 | HC | 2 | '5203738743001 | 9/30/2005 | 8,288.78 | USD | 21612 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909638 | RD 066839515 | HC | 2 | '5203744599001 | 10/1/2005 | 5,824.31 | USD | 21627 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199294 | RD 066839515 | HC | 4 | 'ACM5203791982001 | 10/1/2005 | 226.66 | USD | 21627 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031909642 | RD 066839515 | HC | 2 | '5203744633001 | 10/1/2005 | 23,368.14 | USD | 21636 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199295 | RD 066839515 | HC | 4 | 'ACM5203791982002 | 10/1/2005 | 909.42 | USD | 21636 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199296 | RD 066839515 | HC | 4 | 'ACM5203791982003 | 10/1/2005 | 652.97 | USD | 21650 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199297 | RD 066839515 | HC | 4 | 'ACM5203791982004 | 10/1/2005 | 675.16 | USD | 21658 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199298 | RD 066839515 | HC | 4 | 'ACM5203791982005 | 10/1/2005 | 776.82 | USD | 21676 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '0005016199299 | RD 066839515 | HC | 4 | 'ACM5203791982006 | 10/1/2005 | 880.78 | USD | 21698 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942871 | RD 066839515 | HC | 2 | '5203759354001 | 10/4/2005 | 16,778.49 | USD | 21650 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031942876 | RD 066839515 | HC | 2 | '5203759514001 | 10/4/2005 | 17,348.81 | USD | 21658 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031957589 | RD 066839515 | HC | 2 | '5203768453002 | 10/5/2005 | 19,961.03 | USD | 21676 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031973713 | RD 066839515 | HC | 2 | '5203776434001 | 10/6/2005 | 22,632.35 | USD | 21698 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| '9000031989008 | RD 066839515 | HC | 2 | '5203784664001 | 10/7/2005 | 14,871.08 | USD | 21710 | D0550065943 | Ready To Pay | 12/31/2049 | 0 |
| | | | | | | 395,626.08 | | D0550065943 Total | | | | |
| '9000031553562 | RD 066839515 | HC | 2 | '5203543186001 | 9/1/2005 | 8,784.78 | USD | 21214 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031572770 | RD 066839515 | HC | 2 | '5203551295001 | 9/2/2005 | 34,970.57 | USD | 21219 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031572768 | RD 066839515 | HC | 2 | '5203551288001 | 9/2/2005 | 3,082.50 | USD | 21223 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031572776 | RD 066839515 | HC | 2 | '5203556634001 | 9/3/2005 | 35,158.43 | USD | 21255 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031600730 | RD 066839515 | HC | 2 | '5203573053001 | 9/6/2005 | 21,365.16 | USD | 21259 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031615958 | RD 066839515 | HC | 2 | '5203582066001 | 9/7/2005 | 35,990.95 | USD | 21239 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031615960 | RD 066839515 | HC | 2 | '5203582102001 | 9/7/2005 | 6,718.65 | USD | 21274 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031629381 | RD 066839515 | HC | 2 | '5203589247001 | 9/8/2005 | 36,959.73 | USD | 21280 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031648031 | RD 066839515 | HC | 2 | '5203598365001 | 9/9/2005 | 3,086.23 | USD | 21287 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031648028 | RD 066839515 | HC | 2 | '5203598344001 | 9/9/2005 | 29,147.92 | USD | 21296 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639527 | RD 066839515 | HC | 4 | 'CSR5203605440001 | 9/11/2005 | 0.01 | USD | 20948 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639528 | RD 066839515 | HC | 4 | 'CSR5203605440002 | 9/11/2005 | 0.01 | USD | 21005 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639521 | RD 066839515 | HC | 4 | 'CSR5203605438001 | 9/11/2005 | 0.01 | USD | 21067 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639522 | RD 066839515 | HC | 4 | 'CSR5203605438002 | 9/11/2005 | 0.01 | USD | 21180 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639523 | RD 066839515 | HC | 4 | 'CSR5203605439001 | 9/11/2005 | 285.69 | USD | 21214 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639529 | RD 066839515 | HC | 4 | 'CSR5203605441001 | 9/11/2005 | 1,019.55 | USD | 21219 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639524 | RD 066839515 | HC | 4 | 'CSR5203605439002 | 9/11/2005 | 100.25 | USD | 21223 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639525 | RD 066839515 | HC | 4 | 'CSR5203605439003 | 9/11/2005 | 310.08 | USD | 21255 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639530 | RD 066839515 | HC | 4 | 'CSR5203605441002 | 9/11/2005 | 747.04 | USD | 21255 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639526 | RD 066839515 | HC | 4 | 'CSR5203605439004 | 9/11/2005 | 306.67 | USD | 21259 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031639531 | RD 066839515 | HC | 4 | 'CSR5203605441003 | 9/11/2005 | 347.97 | USD | 21259 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668988 | RD 066839515 | HC | 2 | '5203611517001 | 9/12/2005 | 3,378.20 | USD | 21306 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668992 | RD 066839515 | HC | 2 | '5203611689001 | 9/12/2005 | 22,842.27 | USD | 21314 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031668991 | RD 066839515 | HC | 2 | '5203611638001 | 9/12/2005 | 37,178.67 | USD | 21331 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031681925 | RD 066839515 | HC | 2 | '5203619186001 | 9/13/2005 | 6,756.40 | USD | 21343 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031681928 | RD 066839515 | HC | 2 | '5203619191001 | 9/13/2005 | 29,474.09 | USD | 21356 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| '9000031721184 | RD 066839515 | HC | 2 | '5203635375001 | 9/15/2005 | 10,134.60 | USD | 21365 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |

| Document | | | Reference | Date | Amount | Curr | Ref No | Account | Status | Due Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031721188 | RD 066839515 | HC | 2 '5203635404001 | 9/15/2005 | 36,103.78 | USD | 21371 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031721187 | RD 066839515 | HC | 2 '5203635383001 | 9/15/2005 | 36,796.35 | USD | 21394 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031740702 | RD 066839515 | HC | 2 '5203648519001 | 9/17/2005 | 26,453.43 | USD | 21408 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031761891 | RD 066839515 | HC | 2 '5203655455001 | 9/19/2005 | 5,880.48 | USD | 21392 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031775622 | RD 066839515 | HC | 2 '5203663487001 | 9/20/2005 | 26,922.21 | USD | 21423 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031775624 | RD 066839515 | HC | 2 '5203663617001 | 9/20/2005 | 26,662.89 | USD | 21443 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031789650 | RD 066839515 | HC | 2 '5203672574001 | 9/21/2005 | 3,120.01 | USD | 21462 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031789652 | RD 066839515 | HC | 2 '5203672577001 | 9/21/2005 | 35,911.73 | USD | 21468 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031802943 | RD 066839515 | HC | 2 '5203681472001 | 9/22/2005 | 9,963.07 | USD | 21484 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031802947 | RD 066839515 | HC | 2 '5203681483001 | 9/22/2005 | 35,326.09 | USD | 21486 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031857240 | RD 066839515 | HC | 2 '5203711709001 | 9/27/2005 | 36,084.32 | USD | 21504 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031857242 | RD 066839515 | HC | 2 '5203711764001 | 9/27/2005 | 26,364.25 | USD | 21519 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031857238 | RD 066839515 | HC | 2 '5203711319001 | 9/27/2005 | 6,642.05 | USD | 21550 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031857245 | RD 066839515 | HC | 2 '5203711767001 | 9/27/2005 | 23,847.97 | USD | 21563 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031872164 | RD 066839515 | HC | 2 '5203720758001 | 9/28/2005 | 22,967.94 | USD | 21584 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031887399 | RD 066839515 | HC | 2 '5203729819001 | 9/29/2005 | 24,920.53 | USD | 21603 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031909633 | RD 066839515 | HC | 2 '5203738741001 | 9/30/2005 | 25,853.78 | USD | 21612 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031909639 | RD 066839515 | HC | 2 '5203744617001 | 10/1/2005 | 12,841.99 | USD | 21624 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199300 | RD 066839515 | HC | 4 'ACM5203791983001 | 10/1/2005 | 457.69 | USD | 21624 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031909637 | RD 066839515 | HC | 2 'ACM5203744598001 | 10/1/2005 | 29,661.88 | USD | 21627 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199305 | RD 066839515 | HC | 4 'ACM5203791994001 | 10/1/2005 | 936.32 | USD | 21627 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031909641 | RD 066839515 | HC | 2 'ACM5203744632001 | 10/1/2005 | 10,029.79 | USD | 21636 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199306 | RD 066839515 | HC | 4 'ACM5203791994002 | 10/1/2005 | 316.60 | USD | 21636 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199301 | RD 066839515 | HC | 4 'ACM5203791983002 | 10/1/2005 | 450.55 | USD | 21637 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199308 | RD 066839515 | HC | 4 'ACM5203791994004 | 10/1/2005 | 208.65 | USD | 21637 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199307 | RD 066839515 | HC | 4 'ACM5203791994003 | 10/1/2005 | 512.38 | USD | 21650 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199309 | RD 066839515 | HC | 4 'ACM5203791994005 | 10/1/2005 | 525.88 | USD | 21658 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199302 | RD 066839515 | HC | 4 'ACM5203791983003 | 10/1/2005 | 349.85 | USD | 21660 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199303 | RD 066839515 | HC | 4 'ACM5203791983004 | 10/1/2005 | 341.85 | USD | 21675 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199310 | RD 066839515 | HC | 4 'ACM5203791994006 | 10/1/2005 | 835.77 | USD | 21675 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199311 | RD 066839515 | HC | 4 'ACM5203791994007 | 10/1/2005 | 1,176.24 | USD | 21693 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 0005016199304 | RD 066839515 | HC | 4 'ACM5203791983005 | 10/1/2005 | 336.43 | USD | 21698 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031942872 | RD 066839515 | HC | 2 '5203759357001 | 10/4/2005 | 19,251.64 | USD | 21637 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031942870 | RD 066839515 | HC | 2 '5203758813001 | 10/4/2005 | 16,232.00 | USD | 21650 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031942875 | RD 066839515 | HC | 2 '5203759483001 | 10/4/2005 | 16,659.48 | USD | 21658 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031942879 | RD 066839515 | HC | 2 '5203759545001 | 10/4/2005 | 9,816.08 | USD | 21660 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031957590 | RD 066839515 | HC | 2 '5203768454001 | 10/5/2005 | 36,068.45 | USD | 21675 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031973715 | RD 066839515 | HC | 2 '5203776487001 | 10/6/2005 | 37,262.68 | USD | 21693 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031973714 | RD 066839515 | HC | 2 '5203776436001 | 10/6/2005 | 9,439.66 | USD | 21698 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| 9000031989009 | RD 066839515 | HC | 2 '5203784666001 | 10/7/2005 | 20,870.41 | USD | 21710 | D0550072439 | Ready To Pay | 12/31/2049 | 0 |
| | | | | | 962,549.59 | | | D0550072439 Total | | | |
| | | | | | 2,877,990.75 | | | Grand Total | | | |

DELPHI DACOR REPORT OWED TO MEADVILLE FORGE

BALANCE DUE ON PRICE REDUCTION OF PART 12419095    40,308.56

| TOTAL PROOF OF CLAIM AMOUNT | 2,918,299.31 |
|---|---|

2918299.31



213,681.48

2,704,617.83

UNSECURED PRIORITY CLAIM RECLAMATION (CLAIM # 72)

UNSECURED NONPRIORITY CLAIM