| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Co-Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599) | Hearing Date: 3/11/2008 at 10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                :
                                                             :    Jointly Administered
                                        Debtors.             :
                                                             :
------------------------------------------------------------x

## SECOND NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER JOINT MOTION OF JP MORGAN CHASE, N.A. AND BRAZEWAY, INC. FOR RELIEF FROM AND RECONSIDERATION OF ORDER MODIFYING CLAIMS ASSERTING RECLAMATION IDENTIFIED IN DEBTORS' <u>TWENTY-FIRST OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on November 26, 2007, JP Morgan Chase, N.A. and Brazeway, Inc. filed a Joint Motion For Relief From And Reconsideration Of Order Modifying Claims And Asserting Reclamation Identified In Debtors' Twenty-First Omnibus Claims Objection. (Docket No. 11069) (the "Joint Motion").

PLEASE TAKE FURTHER NOTICE the Hearing to consider the Joint Motion, originally scheduled for January 10, 2008 at 10:00 a.m., was adjourned upon consent to February 20, 2008 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that the Hearing to consider the Joint Motion, has been further adjourned upon consent to **March 11, 2008 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Hearing to consider the Joint Motion may be further adjourned.

Dated:  New York, New York
        February 25, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000