UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                                :        Chapter 11
:
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
:
                      Debtors.      :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER TO SHOW CAUSE WHY EXPEDITED MOTION UNDER 11 U.S.C. § 363
AND FED. R. BANKR. P. 9019 FOR ORDER AUTHORIZING DEBTORS'
PERFORMANCE UNDER MODIFIED PENSION FUNDING WAIVERS
ISSUED BY UNITED STATES INTERNAL REVENUE SERVICE AND
RELATED LETTERS OF CREDIT ISSUED BY DELPHI CORPORATION TO
<u>PENSION BENEFIT GUARANTY CORPORATION SHOULD NOT BE GRANTED</u>

        Upon the above-captioned debtors' Expedited Motion Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 For Order Authorizing Debtors' Performance Under Modified Pension Funding Waivers Issued By Internal Revenue Service And Related Letters Of Credit Issued By Delphi Corporation To Pension Benefit Guaranty Corporation (the "Motion"), dated February 25, 2008; and upon the affidavit of Kayalyn A. Marafioti, sworn to February 25, 2008, in support of the application for an expedited hearing on the Motion; and good cause having been shown, and sufficient cause appearing therefor, it is hereby

        ORDERED that parties-in-interest shall show cause before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, on February 26, 2008 at 10:00 a.m. (prevailing Eastern time), why an order should not be entered granting the Motion; and it is further

        ORDERED that service of this order to show cause and the pleadings on which it is based shall be made by hand or overnight delivery AND by electronic mail (except with

respect to the office of the United States Trustee) as soon as practicable after the entry hereof but in any event so as to be RECEIVED no later than February 25, 2008 at 5:00 p.m. (prevailing Eastern time) upon: (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (ii) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian Resnick), (iv) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart); (v) the Pension Benefit Guaranty Corporation, 1200 K Street N.W., Washington, D.C. 20005 (Att'n: Karen Morris and Joan Seagal); and it is further

ORDERED that notice of the Motion also shall be provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered February 4, 2008 (Docket No. 12487); and it is further

ORDERED that answering papers, if any, shall be served upon the above-mentioned parties and upon counsel to the above-captioned debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square,

New York, New York  10036 (Att'n: Kayalyn A. Marafioti and Thomas J. Matz) (with a hard copy to Chambers and the Office of the United States Trustee (Att'n:  Alicia M. Leonhard)) by hand delivery AND by electronic mail (except with respect to the office of the United States Trustee) so as to be RECEIVED no later that February 26, 2008 at 8:00 a.m. (prevailing Eastern time).

Dated: New York, New York
       February 25, 2008

                                       _/s/ Robert D. Drain_____
                                       UNITED STATES BANKRUPTCY JUDGE