IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :

        In re                          :    Chapter 11

                                         :

        DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)

                                       :

                        Debtors.    :    (Jointly Administered)

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

    I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On December 21, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit A</u> hereto via postage pre-paid U.S. mail:

    1) Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit B</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 through 9 of <u>Exhibit A</u> attached hereto. In addition, the schedule provided on each party's Personalized Notice contained the information listed in columns 10 and 11 of <u>Exhibit A</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit B</u> has been marked so as to demonstrate the manner in which the information listed in columns 10 and 11 of <u>Exhibit A</u> attached hereto was incorporated into each Personalized Notice.

    2) Postage pre-paid return envelope

    On December 21, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via postage pre-paid U.S. mail:

    3) Notice To Contract Counterparty With Multiple Addresses Of Transmittal Of Cure Amount Notice [a copy of which is attached hereto as <u>Exhibit D</u>]

On December 21, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit E</u> hereto via postage pre-paid U.S. mail:

4) Notice To Holders, Assignees, Transferees, And Purchasers Of Claims Of Cure Procedures Established Under Solicitation Procedures Order [a copy of which is attached hereto as <u>Exhibit F</u>]

Dated: January 8, 2008

_____ */s/ Evan Gershbein* _____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of January, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: ___ */s/ Leanne V. Rehder* _____

Commission Expires: ___ *3/2/08* _____

# EXHIBIT A

Delphi Corporation
Cure Election Notice Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | ID | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045343 | $308.17 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550048353 | $1,158.77 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046380 | $1,744.58 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046492 | $278.86 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046494 | $386.47 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045403 | $22,396.83 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045390 | $2,317.00 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046136 | $0.00 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045344 | $0.00 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045459 | $1,024.10 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046461 | $333.74 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045491 | $0.00 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550046489 | $302.24 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550052226 | $0.00 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550035512 | $576.85 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550045159 | $837.90 |
| TDK ELECTRONICS EUROPE GMBH | | WANHEIMER STR 57 | | | DUESSELDORF | | 40472 | DE | D0550072654 | $0.00 |
| TEALE MACHINE CO INC EFT | | 1435 UNIVERSITY AVE | | | ROCHESTER | NY | 14607-1617 | | SAG000418 | $0.00 |
| TECHNICAL MATERIALS INC | | DEPT #107 | | | ELGIN | IL | 60121-0027 | | D0550072765 | $0.00 |
| TECHNICAL MATERIALS INC | | DEPT 0027 | | | ELGIN | IL | 60121-0027 | | D0550054015 | $0.00 |
| TECNOLOGIA EN SOLDADURAS Y CORTE SA | | SAD CARINO 77 | | | MEXICO | DF | 8470 | MX | D0550131141 | $0.00 |
| TECO INC | | 10102 W FLAMINGO RD STE 4-204 | | | LAS VEGAS | NV | 89147-8368 | | D0550062354 | $47,675.13 |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | | | PAWTUCKET | RI | 02861-1945 | | D0550065314 | $0.00 |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | | | PAWTUCKET | RI | 02861-1945 | | D0550050833 | $0.00 |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | | | PAWTUCKET | RI | 02861-1945 | | D0550055423 | $23,062.601 |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | | | PAWTUCKET | RI | 02861-1945 | | D0550063098 | $0.00 |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | | | PAWTUCKET | RI | 02861-1945 | | D0550065199 | $62,062.89 |
| TELAMON CORPORATION EFT | | 0308 E 116TH ST | | | CARMEL | IN | 46032 | | D0550073102 | $1,837.32 |
| TELAMON CORPORATION EFT | | 0308 E 116TH ST | | | CARMEL | IN | 46032 | | D0550048206 | $7,032.41 |
| TELEFLEX INC | | 13020 INDUSTRIAL AVE | | | VAN WERT | VA | 45891-2432 | | D0550077894 | $3,274.54 |
| TELLA TOOL & MFG | | 1016 N RIDGE AVE | | | LOMBARD | IL | 60148+008 | | D0550002002 | $144,000.72 |
| TEMIC AUTOMOTIVE OF NORTH EFT | | 4000 COMMERCIAL AVE | | | NORTHBROOK | IL | 60062 | | SAG804704 | $2,850.00 |
| TEMIC AUTOMOTIVE OF NORTH EFT 1 | | PATRICIO LOTE 4, PARG IND SAN CARLO | | | NOGALES | SON | 84090 | MX | PEDP5420011 | $0.00 |
| TEMPEL STEEL CO | | 5500 N WOLCOTT AVE | | | CHICAGO | IL | 60640 | | D0550000842 | $2,235.40 |
| TEMPEL STEEL CO EFT | | 3500 CARNEGIE AVE | | | CLEVELAND | OH | 44115 | | D0550004574 | $0.00 |
| TENATRONICS LTD EFT | | 3500 CARNEGIE AVE | | | CLEVELAND | OH | 44115 | | D0550061652 | $0.00 |
| TENATRONICS LTD EFT | | 3500 CARNEGIE AVE | | | CLEVELAND | OH | 44115 | | D0550073974 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550016499 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116501 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116503 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550113973 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116978 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116980 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116987 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116505 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116509 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116543 | $0.00 |
| TENNECO AUTOMOTIVE OPERATING CO INC | | 11800 STATE RTE 424 | | | NAPOLEON | OH | 43545 | | D0550116972 | $0.00 |

# EXHIBIT C

Delphi Corporation
Complimentary Cure Notice Service List

| Name | Address1 | Address2 | Address3 | City | St | Zip | Country |
|---|---|---|---|---|---|---|---|
| TDK CORPORATION OF AMERICA EFT | TDK CORPORATION OF AMERICA | 4015 W VINCENNES RD | | INDIANAPOLIS | IN | 46268 | |
| TDK CORPORATION OF AMERICA EFT | TDK CORPORATION OF AMERICA | 4015 W VINCENNES RD | | INDIANAPOLIS | IN | 46268 | |
| TDK CORPORATION OF AMERICA EFT | TDK CORPORATION OF AMERICA | 4015 W VINCENNES RD | | INDIANAPOLIS | IN | 46268 | |
| TDK CORPORATION OF AMERICA EFT | TDK CORPORATION OF AMERICA | 4015 W VINCENNES RD | | INDIANAPOLIS | MN | 46268 | |
| TEALE MACHINE CO INC EFT | | 1425 UNIVERSITY AVE | | ROCHESTER | NY | 14607-1617 | |
| TECHNICAL MATERIALS INC | | 5 WELLINGTON RD | | LINCOLN | RI | 02865-4411 | |
| TECHNICAL MATERIALS INC EFT | BRUSH WELLMAN INC | 22 GRAF RD | | NEWBERRY PORT | MA | 01950 | |
| TECO INC | | 10102 W FLAMINGO RD STE E-204 | | LAS VEGAS | NV | 89147-8385 | |
| TEKNOR APEX CO EFT | TEKNOR APEX CO | PO Box 2290 | | PAWTUCKET | RI | 02861-0290 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TEKNOR APEX CO EFT | TEKNOR COLOR CO | 505 CENTRAL AVE | | PAWTUCKET | RI | 02861-1945 | |
| TELAMON CORPORATION EFT | TELAMON INTERNATIONAL CORP | 1000 E 116TH ST | | CARMEL | IN | 46032 | |
| TELAMON CORPORATION EFT | TELAMON INTERNATIONAL CORP | 1000 E 116TH ST | | CARMEL | IN | 46032 | |
| TELFLEX INC INT | TELEFLEX INCORPORATED | 700 STEPHENSON HWY | | TROY | MI | 48083 | |
| TEMIC AUTOMOTIVE OF NORTH EFT | TEMIC AUTOMOTIVE OF NORTH AMERICA | 37101 CORPORATE DR | | FARMINGTON HILLS | MI | 48331 | |
| TEMIC AUTOMOTIVE OF NORTH EFT 1 | TEMIC AUTOMOTIVE OF NORTH AMERICA | 611 JAMISON RD | | ELMA | NY | 14059-9566 | |
| TEMPEL STEEL CO EFT | | 5500 N WOLCOTT AVE | | CHICAGO | IL | 60640 | |
| TENATRONICS LTD EFT | STERLING MANUFACTURING CO | 3500 CARNEGIE AVE | | CLEVELAND | OH | 44115 | |
| TENATRONICS LTD EFT | STERLING MANUFACTURING CO | 3500 CARNEGIE AVE | | CLEVELAND | OH | 44115 | |
| TENATRONICS LTD EFT | STERLING MANUFACTURING CO | 3500 CARNEGIE AVE | | CLEVELAND | OH | 44115 | |
| TENATRONICS LTD EFT | STERLING MANUFACTURING CO | 3500 CARNEGIE AVE | | CLEVELAND | OH | 44115 | |
| TENMAX CORP | | 1153 ROSE TD STE A | | LAKE ZURICH | IL | 60047-1547 | |
| TESLA INTERNATIONAL | | 1775 RESEARCH DR | | TROY | MI | 48083 | |
| TESLA INTERNATIONAL | MAGNA POWERTRAIN USA INC | 23340 HAGGERTY RD STE 200 | | FARMINGTON HILLS | MI | 48335 | |
| TEXAS INSTRUMENTS INC MAC EFT | | 39555 ORCHARD HILL PL DR STE 525 | | NOVI | MI | 48375 | |
| TEXAS INSTRUMENTS INC MAC EFT | TEXAS INSTRUMENTS INC | 12500 N MERIDIAN ST STE 175 | | CARMEL | IN | 46032-4954 | |
| TEXAS INSTRUMENTS INC MAC EFT | | PO Box 650311 | | DALLAS | TX | 75265-0311 | |
| TG NORTH AMERICA CORP TG MISSOURI | TOYODA GOSEI NORTH AMERICA CORP | 1400 STEPHENSON HWY | | TROY | MI | 48083 | |
| THALER MACHINE COMPANY INC | THALER MACHINE COMPANY INC | PO Box 1383 | | DAYTON | OH | 45401-1383 | |
| THALER MACHINE COMPANY INC | THALER MACHINE COMPANY INC | PO Box 1383 | | DAYTON | OH | 45401-1383 | |
| THALER MACHINE COMPANY EFT | THALER MACHINE COMPANY INC | PO Box 1383 | | DAYTON | OH | 45401-1383 | |
| THALER MACHINE COMPANY EFT | THALER MACHINE COMPANY INC | PO Box 1383 | | DAYTON | OH | 45401-1383 | |
| THERMADYNE INC | | 1881 PORT CITY BLVD | | MUSKEGON | MI | 49442 | |
| THERMALEX INC | | 2758 GUNTER PARK DR W | | MONTGOMERY | AL | 36109-1018 | |
| THERMALEX INC | | 2758 GUNTER PARK DR W | | MONTGOMERY | AL | 36109-1018 | |
| THERMO CORP | | PO Box 219 | | CANASTOTA | NY | 13032 | |
| THERMO D CORP | | PO Box 219 | | CANASTOTA | NY | 13032 | |
| THERMO D CORP | | PO Box 219 | | CANASTOTA | NY | 13032 | |
| THERMO ELECTRON CO | | 9000 VIRGINIA MANOR RD | | MINNEAPOLIS | MN | 20903 | |
| THOMPSON MACHINE | | 7028 MONTGOMERY PL NE | | ALBUQUERQUE | NM | 87113-1071 | |
| THOMPSON MACHINE | THOMPSON MACHINE, THE, TOOL & DIE | 8400 WASHINGTON PL NE | | ALBUQUERQUE | NM | 87113-1071 | |
| THORREZ C INDUSTRIES INC EFT | THORREZ C INDUSTRIES INC | 4099 W MICHIGAN AVE | | JACKSON | MI | 49201-7909 | |
| THORREZ C INDUSTRIES INC EFT | THORREZ C INDUSTRIES INC | 4099 W MICHIGAN AVE | | JACKSON | MI | 49201-7909 | |
| THORREZ C INDUSTRIES INC EFT | THORREZ C INDUSTRIES INC | 4099 W MICHIGAN AVE | | JACKSON | MI | 49201-7909 | |
| THORREZ C INDUSTRIES INC EFT | THORREZ C INDUSTRIES INC | 4099 W MICHIGAN AVE | | JACKSON | MI | 49201-7909 | |
| TICONA LLC | RAS FASTENERS INC | PO Box 2400 | | NORTH TONAWANDA | NY | 14120-0870 | |
| TICONA LLC EFT | | 510 COUNTRY CLUB DR | | BENSENVILLE | IL | 60106 | |
| TICONA LLC EFT | | 8040 DIXIE HWY | | FLORENCE | KY | 41042-2904 | |
| TICONA LLC EFT | | 8040 DIXIE HWY | | FLORENCE | KY | 41042-2904 | |
| TIMKEN COMPANY EFT | TIMKEN US CORP | PO Box 3047 | | BIRMINGHAM | MI | 48012-3047 | |
| TIMKEN COMPANY EFT | TIMKEN US CORP | PO Box 3047 | | BIRMINGHAM | MI | 48012-3047 | |
| TIMKEN COMPANY EFT | TIMKEN US CORP | PO Box 3047 | | BIRMINGHAM | MI | 48012-3047 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TIMKEN CORPORATION | TIMKEN CORPORATION, THE | PO Box 3047 | | BIRMINGHAM | MI | 48012 | |
| TINNERMAN PALNUT EFT ENGINEERED PRODUCTS | TINNERMAN PALNUT ENGINEERED PRODUCT | PO Box 10 | | BRUNSWICK | OH | 44212-0010 | |
| TINNERMAN PALNUT EFT ENGINEERED PRODUCTS | TINNERMAN PALNUT ENGINEERED PRODUCT | PO Box 10 | | BRUNSWICK | OH | 44212-0010 | |

# EXHIBIT E

Delphi Corporation
Claimholders Cure Notice Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| KOA Spoer Electonics Inc | Scott W Rice Chairman & President | Belker Dr | PO Box 547 | | Bradford | PA | 16701 | |
| Kiss Corporation | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | | Detroit | MI | 48226 | |
| Kiss Corporation | Foley & Lardner LLP | Lori V Vaughan | 90 Park Ave | | New York | NY | 10016 | |
| Kiss Corporation | Jill L Murch | Foley & Lardner LLP | 321 N Clark St Ste 2800 | | Chicago | IL | 60610 | |
| Lake Erie Products Inc | Scott N Opincar Esq | McDonald Hopkins Co LPA | 600 Superior Ave E Ste 2100 | | Cleveland | OH | 44114 | |
| Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | | | New York | NY | 10022 | |
| Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | | | New York | NY | 10022 | |
| Ldf Incorporated | | Nantz Litowich Smith Girard & Hamilton | 2025 E Beltline SE Ste 50 | | Grand Rapids | MI | 49546 | |
| Ldf Incorporated | Harold E Nelson | 4311 Patterson | | | Grand Rapids | MI | 49512 | |
| Lear Corporation for itself and the Lear Entities listed on the Attached summary | | | | 1801 St Antoine Street | Detroit | MI | 48226 | |
| Leicester Die & Tool Inc | Ralph E McDowell | Bodman LLP | PO Box 156 | | Leicester | MA | 01524 | |
| Lifetime Industries Inc | David J Harris | Bunch Porter & Johnson PLLC | 130 N Court Ave | | Memphis | TN | 38103 | |
| Linear Technology Corporation | James M Sullivan | McDermott Will & Emery | 50 Rockefeller Plz | | New York | NY | 10020-1606 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Handling Inc | Jeffrey L Caress | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Bel Duncan Electronics | Jeffrey L Caress | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Digikey | Jeffrey L Caress | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Elektrobit SA Da CV | Jeffrey L Caress | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |

Delphi Corporation
Claimholders Cure Notice Service List

| Name | Creditor/NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marian Inc fka Marian Rubber Products | Wayne Rinker | Marian Inc | 1011 E St Clair St | | Indianapolis | IN | 46202 | |
| Marketing Specialties MSI Packaging | MSI Packaging | 5010 W 81st St | | | Indianapolis | IN | 46268 | |
| Matsco Electronics Of America | | 2134 Main St Ste 100 | | | Huntington Beach | CA | 92648 | |
| Mc Alpin Industries Inc | | 255 Hollenbeck St | | | Rochester | NY | 14621 | |
| Mc Alpin Industries Inc | | 255 Hollenbeck St | | | Rochester | NY | 14621 | |
| MeadWestvaco Corporation | Attn Alfred C Knight Assistant General Counsel | 11013 W Broad St | | | Glen Allen | VA | 23060-5937 | |
| MeadWestvaco Corporation | Pillsbury Winthrop Shaw Pittman LLP | Mark D Houle | 650 Town Ctr Dr 7th Fl | | Costa Mesa | CA | 92626-7122 | |
| MeadWestvaco Corporation | Pillsbury Winthrop Shaw Pittman LLP | Karen B Dine | 1540 Broadway | | New York | NY | 10036-4039 | |
| MeadWestvaco Corporation | Robin L Spear | Harry E Garner | Pillsbury Winthrop Shaw Pittman LLP | 1540 Broadway | New York | NY | 10036 | |
| Medalist Industries Inc | | Medalist Indl Fastener Div | 2700 York Rd | | Elk Grove Village | IL | 60007 | |
| Medion Corp | | PO Box 65733 | | | Chicago | IL | 60693 | |
| Methode Electronics Inc | c/o Timothy S McFadden Esq | Lord Bissell & Brook LLP | 111 S Wacker Dr | | Chicago | IL | 60606 | |
| Mitra Sinter Spain SA | Kavanagh Maloney & Osnato LLP | 415 Madison Ave 18th Fl | | | New York | NY | 10017 | |
| Micron Semiconductor Prod Inc | | Micron Semiconductor Prod Inc | 8000 S Federal Way | PO Box 8 | Boise | ID | 83707 | |
| Microsemi Corp | Microsemi Corp | 11861 Western Ave | | | Garden Grove | CA | 92841 | |
| Microsemi Corp | | 2381 Morse Ave | | | Irvine | CA | 92614 | |
| Mid Continent Spring Co Eft | | PO Box 649 | | | Hopkinsville | KY | 42241-0649 | |
| Mid States Rubber Products Inc | | Nte 000000953218 | 1230 S Race St | PO Box 370 | Princeton | IN | 47670 | |
| Mid States Rubber Products Inc | | PO Box 370 | | | Princeton | IN | 47670 | |
| Midwest Elastomers LLC | Attn Aileen M Watson | 65 East 55th St 19th Fl | | | New York | NY | 10022 | |
| Milliken & Company | Otterbourg Steindler Houston & Rosen PC | Scott L Hazan Stanley L Lane | 230 Park Ave | | New York | NY | 10169 | |
| Milliken & Company | | 1045 Sixth Ave | | | New York | NY | 10018 | |
| Moldech | | 1900 Commerce Pky | | | Lancaster | NY | 14086 | |
| Moldech Inc | | 1900 Commerce Pkwy | | | Lancaster | NY | 14086-1735 | |
| Moldech Inc | | 1900 Commerce Pky | | | Lancaster | NY | 14086 | |
| Molex Connector Corporation | c/o Robert E Richards Esq | Sonnenschein Nath & Rosenthal LLP | 7800 Sears Tower | | Chicago | IL | 60606 | |
| Molex Connector Corporation | c/o Robert E Richards Esq | Sonnenschein Nath & Rosenthal LLP | 7800 Sears Tower | | Chicago | IL | 60606 | |
| Moore Wallace North America | Moore Wallace North America | 3075 Highland Pkwy | | | Downers Grove | IL | 60515 | |
| Motorola Inc | Gary R Hoffman | | 11635 Mason Montgomery Rd Ste 130 | | Cincinnati | OH | 45249 | |
| Mubea Inc | | 6800 Industrial Rd | | | Florence | KY | 41042 | |
| Mubea Inc | Attn Credit Dept | 2199 Lapeer Ave | | | Port Huron | MI | 48060 | |
| Mueller Industries Inc | Curtis Mallet Prevost Colt & Mosle LLP | 101 Park Ave | | | New York | NY | 10178-0061 | |
| Multek Flexible Circuits Inc et al | c/o Steven J Reisman Esq | | | | | | | |
| Multibase Inc | Attn Tammy Grove DO1222 | c/o Dow Corning Corporation | 2200 W Salzburg Rd | | Midland | MI | 48686 | |
| N D K America Inc | c/o Masuda Funal Eifert & Mitchell Ltd | 203 N LaSalle St Ste 2500 | | | Chicago | IL | 60601-1262 | |
| National Semiconductor Corp | Mcdermott Will & Emery Llp | James M Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | |
| National Semiconductor Corp | National Semiconductor Corp | 2900 Semiconductor Dr G2 335 | | | Santa Clara | CA | 95051 | |
| Nichia America Corporation | | 3775 Hempland Rd | | | Mountville | PA | 17554 | |
| Nissan Trading Corp USA | Attn Alan Kalb | 39405 W 12 Mile Rd Ste 225 | | | Farmington Hills | MI | 48331 | |
| Oetiker Inc | | 3305 Wilson St | | | Marietta | MI | 48453-0217 | |
| OKI America Inc | Attn Anna Phan Assistant Controller | 785 N Mary Ave | | | Sunnyvale | CA | 94085 | |

1/2/2008 10:24 PM
Cure Claimholder Notice service list 071221

Delphi Corporation
Claimholders Cure Notice Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Kelley Drye & Warren LLP | | 101 Park Ave | | New York | NY | 10178 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | McDermott Will & Emery LLP | Attn James M Sullivan Esq | Attn James M Sullivan Esq | 340 Madison Ave | New York | NY | 10017 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | McDermott Will & Emery LLP | Attn James M Sullivan Esq | Attn James M Sullivan Esq | 340 Madison Ave | New York | NY | 10017 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Brian Jarmain | 2 Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as asignee of Kana Magnetics GmbH | Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as asignee of Kana Magnetics GmbH | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as assignee of Energy Conversion Systems Company | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as assignee of Energy Conversion Systems Company | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as Assignee of Internat Corporation | Brian Jarmain | Silver Point Capital | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | |
| SPCP Group LLC as Assignee of Internat Corporation | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as Assignee of Internat Corporation | Internat Corporation | Alan J Miller | 700 Tower Dr 4th Fl | Alan J Miller | Troy | MI | 48098-2808 | |
| SPCP Group LLC as assignee of Key Plastics LLC | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as assignee of Key Plastics LLC | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 591 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as Assignee of Parker Hannifin Corporation | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as Assignee of Parker Hannifin Corporation | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |
| SPCP Group LLC as Assignee of Seidgraph Inc | Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as Assignee of Seidgraph Inc | Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | |

Page 27 of 30

1/22/2008 10:24 PM
Cure Claimholder Notice service list 071221