**Subject: RE: Cure notices**
**Date:** Monday, January 7, 2008 5:44 PM
**From:** Evan J. Gershbein <EGershbein@kccllc.com>
**To:** "Howe, Eric J" <Eric.Howe@skadden.com>
**Cc:** "Gartner, Matthew (CHI)" <Matthew.Gartner@skadden.com>
**Conversation:** Cure notices

Eric:

I have emailed the original duplicates of these Cure Election Notices to
James Sullivan.

Regards,
Evan


Evan Gershbein
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
tel  310.751.1803
fax 310.751.1853
www.kccllc.com <http://www.kccllc.com/>

---

From: Howe, Eric J [mailto:Eric.Howe@skadden.com]
Sent: Saturday, January 05, 2008 12:49 PM
To: Evan J. Gershbein
Cc: Gartner, Matthew (CHI)
Subject: FW: Cure notices


Evan,

I understand from Matt Gartner that you can provide duplicate
originals of cure notices to counsel who confirm that they are counsel
of record and authorized to accept service on behalf of their clients.
With respect to the four suppliers for whom you previously provided me
cure notice copies (Timken, Torrington, National Semiconductor, and
Linear Technology, their counsel is now requesting duplicate originals
to use (he says his clients never received the originals).  See his
emails below.  Can you provide him, in pdfs in an email, duplicate
originals?  His contact info is below.

Thanks and let me know if you have any questions.

Eric


Eric J. Howe
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0542 | F: 312.827.9365
ehowe@skadden.com


Skadden

From: James M Sullivan [mailto:jmsullivan@mwe.com]
Sent: Saturday, January 05, 2008 2:43 PM
To: Howe, Eric J (CHI)
Cc: Nava Hazan
Subject: Re: Cure notices


I so certify as to Timken, Torrington (which is now part of
Timken), National Semiconductor, and Linear Technology. Please pdf and
email to me. Thanks.


James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Tel. (212) 547-5477
Fax (212) 547-5444
JMSullivan@mwe.com
jms92@bc.edu

McDermott Will & Emery LLP
www.mwe.com
Boston - Brussels - Chicago - Dusseldorf - London - Los Angeles
Miami - Munich - New York - Orange County
Rome - San Diego - Silicon Valley - Washington, D.C.
Strategic Alliance with MWE China Law Offices (Shanghai)

***********************************************************************
*************
This message is a PRIVILEGED AND CONFIDENTIAL communication.  If
you are not the intended recipient, please do not read, copy, or use it,
and do not disclose it to others.  Please notify the sender of the
delivery error by replying to this message, and then delete it from your
system.  Thank you.

***********************************************************************
*************




***********************************************************************
****************************************************
IRS Circular 230 Disclosure:  To comply with requirements
imposed by the IRS, we inform you that any U.S. federal tax advice
contained herein (including any attachments), unless specifically stated
otherwise, is not intended or written to be used, and cannot be used,
for the purposes of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any
transaction or matter herein.

------------------------------------------------------------------------
------------------------------------------------------------------------
--------
This message is a PRIVATE communication. This message and all
attachments are a private communication sent by a law firm and may be
confidential or protected by privilege. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of the information contained in or attached to this
message is strictly prohibited.  Please notify the sender of the
delivery error by replying to this message, and then delete it from your
system.  Thank you.

```
*********************************************************************
***********************************************
```

Please visit http://www.mwe.com/ for more information about our Firm.

---

----- Original Message -----
From: "Howe, Eric J" [Eric.Howe@skadden.com]
Sent: 01/05/2008 10:53 AM EST
To: James Sullivan
Cc: Nava Hazan
Subject: RE: Cure notices

James,

If you list all of your clients for which you want to receive originals of the cure notices and confirm that you are willing to accept service of duplicate originals on behalf of those clients and certify that you are the official attorney of record for these entities with the right to receive service on their behalf, then I will forward on to KCC, the claims and noticing agent, and KCC will either FedExing duplicate originals or send them by pdf in an email, whichever you prefer.

Eric


Eric J. Howe
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0542 | F: 312.827.9365
ehowe@skadden.com


Skadden

---

From: James M Sullivan [mailto:jmsullivan@mwe.com]
Sent: Friday, January 04, 2008 7:49 PM
To: Howe, Eric J (CHI)
Cc: Nava Hazan
Subject: Cure notices


I have been in touch with each of my clients and none received the notices Delphi allegedly sent. Can you get me another set of originals? Otherwise we'll have to fill out the forms you sent, which are marked as copies. Thanks.

James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Tel. (212) 547-5477
Fax (212) 547-5444
JMSullivan@mwe.com
jms92@bc.edu

McDermott Will & Emery LLP
www.mwe.com
Boston - Brussels - Chicago - Dusseldorf - London - Los Angeles
Miami - Munich - New York - Orange County
Rome - San Diego - Silicon Valley - Washington, D.C.
Strategic Alliance with MWE China Law Offices (Shanghai)

*********************************************************************
*************
   This message is a PRIVILEGED AND CONFIDENTIAL communication. If
you are not the intended recipient, please do not read, copy, or use it,
and do not disclose it to others. Please notify the sender of the
delivery error by replying to this message, and then delete it from your
system. Thank you.

*********************************************************************
************




*********************************************************************
****************************************************
   IRS Circular 230 Disclosure: To comply with requirements imposed
by the IRS, we inform you that any U.S. federal tax advice contained
herein (including any attachments), unless specifically stated
otherwise, is not intended or written to be used, and cannot be used,
for the purposes of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any
transaction or matter herein.


---------------------------------------------------------------------
---------------------------------------------------------------------
-------
   This message is a PRIVATE communication. This message and all
attachments are a private communication sent by a law firm and may be
confidential or protected by privilege. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of the information contained in or attached to this
message is strictly prohibited. Please notify the sender of the delivery
error by replying to this message, and then delete it from your system.
Thank you.

*********************************************************************
****************************************************
   Please visit http://www.mwe.com/ for more information about our
Firm.




---------------------------------------------------------------------
------- **************************************************** To ensure
compliance with Treasury Department regulations, we advise you that,
unless otherwise expressly indicated, any federal tax advice contained
in this message was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding tax-related penalties under the
Internal Revenue Code or applicable state or local tax law provisions or
(ii) promoting, marketing or recommending to another party any
tax-related matters addressed herein.
****************************************************
**************************************************** This email and any
attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential

information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==========================================================================


------------------------------------------------------------------------
_____ **************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
**************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==========================================================================