FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Automotive Systems, L.L.C.  Case Number: 05-44484 (RDD) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Claim #02402
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Motorola, Inc. a/k/a Motorola AIEG**

Name and address where notices should be sent:
Peter A. Clark and Thomas J. Augspurger
McDermott Will & Emery LLP
227 W. Monroe Street, Chicago Illinois 60606
Telephone number: (312)-372-2000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☑ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED**
MAR 29 2006
KURTZMAN CARSON
THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
☑ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:** 10/01/2004 - 10/08/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $1,787,025.08

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☑ Other See Addendum
Value of Collateral: $750,487.44

Amount of arrearage and other charges at time case filed included in secured claim, if any: $750,487.44

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $1,787,025.08   750,487.44   _____   2,537,512.52
                                                  (unsecured)    (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| March 23, 2006 | Thomas J. Augspurger, Esq. /s/ Thomas J. Augspurger |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for u

0544481060324000000000022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Delphi Automotive Systems, L.L.C., ) | Case No. 05-44484 (RDD) |
| ) | |
| Debtor. ) | |
| ) | Jointly Administered |
| ) | |

## ADDENDUM TO PROOF OF CLAIM OF MOTOROLA INC. a/k/a MOTOROLA AIEG

Motorola, Inc a/k/a AIEG ("**Motorola**"), by its attorneys, hereby submits this addendum (the "**Addendum**") to its proof of claim (the "**Proof of Claim**") against Delphi Automotive Systems, L.L.C. ("**Delphi**") and in support thereof states as follows:

### Description of Claim

1. Delphi filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on October 8, 2005 (the "**Petition Date**").

2. Delphi remains in possession of its property and continues to operate its business as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

3. On or about March 21, 2001, Delphi and Motorola executed the "Additional Purchase Order Provisions Long Term Contract" attached hereto as Exhibit 1 (the "**Agreement**") by which Delphi agreed to purchase approximately 100% of its production and service requirements for the Products (as defined in the Agreement) from Motorola.

4. From inception of the Agreement through the Petition Date, Motorola performed services and delivered goods (the "**Goods**") to Delphi pursuant to the Agreement. As of the

Petition Date, Delphi owed Motorola $2,537,751.52 (the "**Claim Amount**") pursuant to the Agreement. A statement of the due and unpaid invoices comprising the Claim Amount is attached hereto as Exhibit 2.

5.  On October 11, 2005, Motorola timely demanded return of certain Goods subject to reclamation pursuant to Section 546(c) of the Bankruptcy Code (the "**Reclamation Demand**," a copy of which is attached as Exhibit 3). Motorola has since reconciled its books and records and identified Goods which remain subject to the Reclamation Demand totaling not less than $750,487.44 (the "**Reclamation Claim**"). A statement reflecting the invoices comprising the Reclamation Claim is attached hereto as Exhibit 4. To the extent Delphi asserts any portion of the Reclamation Claim does not qualify for reclamation pursuant to Section 546(c) of the Bankruptcy Code, Motorola is entitled to an administrative expense in such amount pursuant to Section 503 of the Bankruptcy Code.

6.  Based on the foregoing, and without prejudice to its other rights and remedies, Motorola hereby demands allowance and payment of the Claim Amount as (a) a general unsecured claim totaling not less than $1,787,025.08, and (b) a (i) secured claim pursuant to Section 507(a)(1) of the Bankruptcy Code totaling not less than $750,487.44 or (ii) alternatively an administrative expense pursuant to Section 503 of the Bankruptcy Code totaling not less than $750,487.44.

## Reservation of Other Claims and Rights

7.  In addition to the foregoing, Motorola expressly reserves all other rights, remedies, interests, priorities, protections, claims, counterclaims, defenses, setoffs, and recoupments, including, without limitation, claims against Delphi under sections 503, 507, 510, 544, 545, 547, 548, 549, 550, and 553 of the Bankruptcy Code.

8. Motorola reserves the right to amend and supplement the Proof of Claim and this Addendum and to file additional claims against Delphi for any reason.

9. The filing of this Proof of Claim is not and should not be construed as (i) an election of remedy, (ii) a waiver of jury trial rights or (iii) a waiver or limitation of any right, interest, or cause of action held by Motorola, all of which are expressly reserved.

10. Motorola further reserves any and all rights against parties other than Delphi based on the foregoing facts and circumstances.

Dated: March 23, 2006
      Chicago, Illinois

                                            Respectfully submitted,

                                            McDERMOTT WILL & EMERY LLP

                                            */s/ Peter A. Clark*
                                            Peter A. Clark
                                            Thomas J. Augspurger
                                            227 West Monroe Street
                                            Chicago, Illinois 60606-5096
                                            Telephone: 312.372.2000
                                            Facsimile: 312.984.7700
                                            Email: pclark@mwe.com
                                                        taugspurger@mwe.com

                                            *Attorneys for Motorola, Inc. a/k/a Motorola AIEG*

# EXHIBIT 1

# EXHIBIT 3

CHI99 4597917-2.034764.0216

EXHIBIT 3



October 11, 2005

***VIA FEDERAL EXPRESS AND FACSIMILE TRANSMISSION***

| | |
|---|---|
| John K. Lyons, Esq. | Brad Werner |
| Allison Verderber Herriott, Esq. | Delphi Corporation |
| Skadden, Arps, Slate, Meagher & Flom LLP | Senior Buyer |
| 333 West Wacker Drive | 3900 Holland Road |
| Suite 2100 | Saginaw, MI 48601-9494 |
| Chicago, IL 60606 | |

Re:  *In re Delphi Corporation, et al.*; Jointly Administered Case No. 05-44481; Pending Before the United States Bankruptcy Court for the Southern District of New York; Demand for Reclamation

Dear Madam and Gentlemen:

I am writing on behalf of Motorola, Inc. ("Motorola") in connection with the above-referenced matter. By this letter, Motorola hereby makes demand upon Delphi Corporation and each of its affiliated and jointly administered debtors (collectively, "Delphi") for reclamation of certain deliveries of goods by Motorola to Delphi, identified in the attachment hereto. The total demand is in the amount of $2,460.482.10. The goods for which this demand is made were, upon information and belief, received by Delphi within ten (10) days prior to the October 8, 2005 petition date.

This demand is made pursuant to Section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code and applicable state law. By making this demand, Motorola does not waive its right to assert any other rights or claims against Delphi, all of which rights and claims are expressly reserved.

Delphi is hereby directed to hold all Motorola goods and materials identified in the attachment (the "Motorola Reclaimed Goods") and segregate the Motorola Reclaimed Goods from all other goods in the possession of Delphi. Motorola demands that Delphi either (i) promptly return the Motorola Reclaimed Goods or (ii) pay the amounts due as an administrative expense claim in accordance with Bankruptcy Code Section 546(c).

Please contact the undersigned immediately to arrange for return of the Motorola Reclaimed Goods. If there is any objection to the immediate return of the Motorola Reclaimed Goods, please inform the undersigned immediately in writing specifying the objection.

October 11, 2005
Page 2

| Customer | Invoice # | Date | Amount |
|---|---|---|---|
| Delphi Automotive Systems | 367115 | 1-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 367334 | 2-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 367553 | 6-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 367597 | 6-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 367725 | 7-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 367898 | 8-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 368093 | 9-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 368270 | 12-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368390 | 13-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368480 | 13-Sep-05 | $20,068.16 |
| Delphi Automotive Systems | 368627 | 14-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368722 | 15-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368814 | 16-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368927 | 18-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 369158 | 19-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 369312 | 20-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369499 | 21-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369641 | 22-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369642 | 23-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 369841 | 24-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 369844 | 25-Sep-05 | $17,756.16 |
| Delphi Automotive Systems | 370043 | 26-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370073 | 27-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370111 | 28-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370193 | 27-Sep-05 | $35,512.32 |

21440 West Lake Cook Road
Deer Park, IL  60010

October 11, 2005
Page 3

| Customer | Invoice # | Date | Amount |
|---|---|---|---|
| Delphi Automotive Systems | 370245 | 29-Sep-05 | $19,360.00 |
| Delphi Automotive Systems | 370326 | 28-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370327 | 29-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 370328 | 29-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370595 | 30-Sep-05 | $35,142.40 |
| Delphi Automotive Systems | 370596 | 30-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 370597 | 1-Oct-05 | $88,780.80 |
| Delphi Automotive Systems | 370905 | 3-Oct-05 | $92,202.56 |
| Delphi Automotive Systems | 371060 | 4-Oct-05 | $35,512.32 |
| Delphi Automotive Systems | 371255 | 5-Oct-05 | $29,732.32 |
| Delphi Automotive Systems | 371412 | 6-Oct-05 | $53,268.48 |
| Delphi Automotive Systems | 371561 | 7-Oct-05 | $71,024.64 |
| Delphi Automotive Systems | 371562 | 8-Oct-05 | $71,024.64 |
|  |  |  | $2,256,220.00 |

| Customer | Invoice # | Date | Amount |
|---|---|---|---|
| Delphi Packard | 370673 | 30-Sep-05 | $2,762.10 |
|  |  |  | $2,762.10 |

| Customer | Invoice # | Date | Amount |
|---|---|---|---|
| Delphi Safety & Interior Sys. | 370108 | 26-Sep-05 | $69,750.00 |
| Delphi Safety & Interior Sys. | 370976 | 3-Oct-05 | $131,750.00 |
|  |  |  | $201,500.00 |
| **Total - Delphi Products** |  |  | **$2,460,482.10** |

Thank you for your consideration. If you have any questions or need anything further, please do not hesitate to call me at 847-862-1254.

Very truly yours,

Robert J. Patton

21440 West Lake Cook Road
Deer Park, IL  60010

# EXHIBIT 4
CHI99 4597917-2.034764.0216

| Invoice Number | Purchase Order # | | | Invoice/ Trx Date | Outstanding Amount | Motorola Model Number | Customer Part Number | Bill of Lading Number | Date Shipped | Quantity Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| DELPHI AUTOMOTIVE | | | | 104074 SAGINAW MI | | | | | | |
| 370073 | 9014704 | 2005 | Elma | OFP | 27-Sep-05 | 35,512.32 | GM3302A13 | 26095424 | 123965 | 9/27/2005 | 768 |
| 370193 | 9014704 | 2005 | Elma | OFP | 27-Sep-05 | 35,512.32 | GM3302A13 | 26095424 | 123971 | 9/27/2005 | 768 |
| 370111 | 9014704 | 2005 | Elma | OFP | 28-Sep-05 | 35,512.32 | GM3302A13 | 26095424 | 123971 | 9/28/2005 | 768 |
| 370326 | 9014704 | 2005 | Elma | OFP | 28-Sep-05 | 35,512.32 | GM3302A13 | 26095424 | 123980 | 9/28/2005 | 768 |
| 370327 | 9014704 | 2005 | Elma | OFP | 29-Sep-05 | 53,268.48 | GM3302A13 | 26095424 | 123981 | 9/29/2005 | 1152 |
| 370328 | 9014704 | 2005 | Elma | OFP | 29-Sep-05 | 35,512.32 | GM3302A13 | 26095424 | 123986 | 9/29/2005 | 768 |
| 370595 | 9014704 | 2005 | Elma | OFP | 30-Sep-05 | 35,142.40 | GM3302A13 | 26095424 | 123987 | 8/30/2005 | 760 |
| 370596 | 9014704 | 2005 | Elma | OFP | 30-Sep-05 | 53,268.48 | GM3302A13 | 26095424 | 123995 | 9/30/2005 | 1152 |
| 370597 | 9014704 | 2005 | Elma | OFP | 1-Oct-05 | 88,780.80 | GM3302A13 | 26095424 | 123997 | 10/1/2005 | 1920 |
| 370905 | 9014704 | 2005 | Elma | OFP | 3-Oct-05 | 92,202.56 | GM3302A13 | 26095424 | 124013 | 10/3/2005 | 1994 |
| 371060 | 9014704 | 2005 | Elma | OFP | 4-Oct-05 | 35,512.32 | GM3302A13 | 26095424 | 124023 | 10/4/2005 | 768 |
| 371255 | 9014704 | 2005 | Elma | OFP | 5-Oct-05 | 29,732.32 | GM3302A13 | 26095424 | 124030 | 10/5/2005 | 643 |
| 371412 | 9014704 | 2005 | Elma | OFP | 6-Oct-05 | 53,268.48 | GM3302A13 | 26095424 | 124035 | 10/6/2005 | 1152 |
| 370976 | 550068913 | 2005 | NOGALES | OHU | 3-Oct-05 | 131,750.00 | G61112FFAF | 16908229 | 028782 | 10/3/2005 | 850 |

750,487.44

Total