

October 11, 2005

*RECEIVED BY MAIL / BY HAND ☐*
*OCT 12 2005*
*SKADDEN, ARPS, SLATE, MEAGHER & FLOM*

*VIA FEDERAL EXPRESS AND FACSIMILE TRANSMISSION*

John K. Lyons, Esq.
Allison Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Brad Werner
Delphi Corporation
Senior Buyer
3900 Holland Road
Saginaw, MI 48601-9494

Re:  *In re Delphi Corporation, et al.*; Jointly Administered Case No. 05-44481;
Pending Before the United States Bankruptcy Court for the Southern
District of New York; Demand for Reclamation

Dear Madam and Gentlemen:

I am writing on behalf of Motorola, Inc. ("Motorola") in connection with the above-referenced matter. By this letter, Motorola hereby makes demand upon Delphi Corporation and each of its affiliated and jointly administered debtors (collectively, "Delphi") for reclamation of certain deliveries of goods by Motorola to Delphi, identified in the attachment hereto. The total demand is in the amount of $2,460,482.10. The goods for which this demand is made were, upon information and belief, received by Delphi within ten (10) days prior to the October 8, 2005 petition date.

This demand is made pursuant to Section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code and applicable state law. By making this demand, Motorola does not waive its right to assert any other rights or claims against Delphi, all of which rights and claims are expressly reserved.

Delphi is hereby directed to hold all Motorola goods and materials identified in the attachment (the "Motorola Reclaimed Goods") and segregate the Motorola Reclaimed Goods from all other goods in the possession of Delphi. Motorola demands that Delphi either (i) promptly return the Motorola Reclaimed Goods or (ii) pay the amounts due as an administrative expense claim in accordance with Bankruptcy Code Section 546(c).

Please contact the undersigned immediately to arrange for return of the Motorola Reclaimed Goods. If there is any objection to the immediate return of the Motorola Reclaimed Goods, please inform the undersigned immediately in writing specifying the objection.

21440 West Lake Cook Road
Deer Park, IL  60010

October 11, 2005
Page 2

| Customer | Invoice # | Date | Amount |
|----------|-----------|------|--------|
| Delphi Automotive Systems | 367115 | 1-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 367334 | 2-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 367553 | 6-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 367597 | 6-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 367725 | 7-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 367898 | 8-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 368093 | 9-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 368270 | 12-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368390 | 13-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368480 | 13-Sep-05 | $20,068.16 |
| Delphi Automotive Systems | 368627 | 14-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368722 | 15-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368814 | 16-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 368927 | 18-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 369158 | 19-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 369312 | 20-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369499 | 21-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369641 | 22-Sep-05 | $71,024.64 |
| Delphi Automotive Systems | 369642 | 23-Sep-05 | $106,536.96 |
| Delphi Automotive Systems | 369841 | 24-Sep-05 | $88,780.80 |
| Delphi Automotive Systems | 369844 | 25-Sep-05 | $17,756.16 |
| Delphi Automotive Systems | 370043 | 26-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370073 | 27-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370111 | 28-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370193 | 27-Sep-05 | $35,512.32 |

21440 West Lake Cook Road
Deer Park, IL  60010

October 11, 2005
Page 3

| | | | |
|---|---|---|---|
| Delphi Automotive Systems | 370245 | 29-Sep-05 | $19,360.00 |
| Delphi Automotive Systems | 370326 | 28-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370327 | 29-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 370328 | 29-Sep-05 | $35,512.32 |
| Delphi Automotive Systems | 370595 | 30-Sep-05 | $35,142.40 |
| Delphi Automotive Systems | 370596 | 30-Sep-05 | $53,268.48 |
| Delphi Automotive Systems | 370597 | 1-Oct-05 | $88,780.80 |
| Delphi Automotive Systems | 370905 | 3-Oct-05 | $92,202.56 |
| Delphi Automotive Systems | 371060 | 4-Oct-05 | $35,512.32 |
| Delphi Automotive Systems | 371255 | 5-Oct-05 | $29,732.32 |
| Delphi Automotive Systems | 371412 | 6-Oct-05 | $53,268.48 |
| Delphi Automotive Systems | 371561 | 7-Oct-05 | $71,024.64 |
| Delphi Automotive Systems | 371562 | 8-Oct-05 | $71,024.64 |
| | | | $2,256,220.00 |
| Customer | Invoice | Date | Amount |
| Delphi Packard | 370673 | 30-Sep-05 | $2,762.10 |
| | | | $2,762.10 |
| Customer | Invoice | Date | Amount |
| Delphi Safety & Interior Sys. | 370108 | 26-Sep-05 | $69,750.00 |
| Delphi Safety & Interior Sys. | 370976 | 3-Oct-05 | $131,750.00 |
| | | | $201,500.00 |
| **Total - Delphi Products** | | | **$2,460,482.10** |

Thank you for your consideration.  If you have any questions or need anything further,
please do not hesitate to call me at 847-862-1254.

Very truly yours,

*Robert J. Patton*

Robert J. Patton

21440 West Lake Cook Road
Deer Park, IL  60010

**MOTOROLA**

ORIGINAL

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71116
CHICAGO, IL 60694-1116

INVOICE/SN NO.: 367115

DUE DATE: 02-NOV-05

INVOICE DATE: 01-SEP-05
SHIP DATE: 01-SEP-05
VENDOR NUMBER: 0013265463

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

CUSTOMER NUMBER: 104071

BILL OF LADING NBR: 123797
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG  FRGHT COLL

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9014704
O/E CONTROL PO NBR: 9014704  2005
BILLING CONTACT: JILL RENINGER       PHONE: 847-862-0066
SHIP FROM: ELMA

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OFP | Customer Part: 26096424<br>EPS EPSILON<br>DK:01    RL:00    LF:00 | 2304 | | |
| | | Freight | | | |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):          0.0000

SEQUENCE NO: 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

**MOTOROLA**

ORIGINAL

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

INVOICE/SN NO.: 367334

DUE DATE: 02-NOV-05

INVOICE DATE: 02-SEP-05
SHIP DATE: 02-SEP-05
VENDOR NUMBER: 0001325463

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
PLANT #1
3900 HOLLAND ROAD
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
PLANT #1
3900 HOLLAND ROAD
SAGINAW  MI 48601
ATTN: LAURIE LAMBETH

PHONE: 847-862-0066

CUSTOMER NUMBER: 104071

BILL OF LADING NBR: 123813
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG  FRGHT COLL

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9014704
O/E CONTROL PO NBR: 9014704     2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OP | Customer Part: 26095424 | 1152 | | |
| | | EFS EPSILON | | | |
| | | DK:01    RL:00    LF:00 | | | |
| | | | | | |
| | | Freight | | | |

TOTAL INVOICE AMOUNT (U.S. DOLLARS): 0.0000

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-6000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO: 0

**ⓜ MOTOROLA**

ORIGINAL

Page   1 of   1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

| INVOICE/SN NO.: | 367553 |
|---|---|
| DUE DATE: | 02-NOV-05 |

| INVOICE DATE: | 06-SEP-05 |
| SHIP DATE: | 06-SEP-05 |
| VENDOR NUMBER: | 0013254863 |

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

| CUSTOMER NUMBER: | 104071 | | PAYMENT TERMS: | DAY2 OF 2ND MTH | |
|---|---|---|---|---|---|

| BILL OF LADING NBR: | 123824 | CUSTOMER PO NUMBER: | 9014704 | |
| CARRIER: | CUSTOMER PICK UP | O/E CONTROL PO NBR: | 9014704    2005 | |
| FOB POINT: | ORIGIN | BILLING CONTACT: | JILL RENINGER | PHONE: 847-862-0066 |
| FREIGHT/INCO TERM: | FOB ORIG  FRGHT COLL. | SHIP FROM: | ELMA | |

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OPP | Customer Part: 26095424 | 768 | | |
| | | EPS EPSILON        LP: | | | |
| | | DK:01    RL: | | | |
| | | | | | |
| | | Freight | | | |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):                                0.0000

SEQUENCE NO:  0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

(M) **MOTOROLA**

ORIGINAL

Page  1 of  1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.:** 367597

**DUE DATE:** 02-NOV-05

**INVOICE DATE:** 06-SEP-05
**SHIP DATE:** 06-SEP-05
**VENDOR NUMBER:** 0013256463

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW  MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW  MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER:** 104071

**PAYMENT TERMS:** DAY2 OF 2ND MTH

BILL OF LADING NBR: 123827
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG   FRGHT COLL

CUSTOMER PO NUMBER: 9014704
O/E CONTROL PO NBR: 9014704   2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

PHONE: 847-862-0066

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OFP | Customer Part: 260095424 | 1152 | | |
| | | EPS EPSILON | | | |
| | | DK:01     RL:     LF: | | | |
| | | Freight | | | |

**TOTAL INVOICE AMOUNT (U.S. DOLLARS):** 0.0000

SEQUENCE NO:  0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 367725**

**DUE DATE:** 02-NOV-05

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

| | |
|---|---|
| INVOICE DATE: | 07-SEP-05 |
| SHIP DATE: | 07-SEP-05 |
| VENDOR NUMBER: | 0013285463 |

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW  MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER:** 104071

| | |
|---|---|
| BILL OF LADING NBR: | 123837 |
| CARRIER: | CENTRAL TRANSPORTATION |
| FOB POINT: | ORIGIN |
| FREIGHT/INCO TERM: | FOB ORIG  FRGHT COLL |

**PAYMENT TERMS:** DAY2 OF 2ND MTH

| | |
|---|---|
| CUSTOMER PO NUMBER: | 9004704 |
| O/E CONTROL PO NBR: | 9004704    2005 |
| BILLING CONTACT: | JILL RENINGER |
| SHIP FROM: | ELMA |

PHONE: 847-862-0066

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3002A13 | 0FP | Customer Part# 26095424 | 1920 | | |
| | | EPS EPSILON | | | |
| | | DKc01      RL:      LF: | | | |
| | | | | | |
| | | Freight | | | 0.0000 |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

**SEQUENCE NO:** 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3809

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:

MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 367898**

**DUE DATE:** 02-NOV-05

INVOICE DATE: 08-SEP-05
SHIP DATE: 08-SEP-05
VENDOR NUMBER: 0013325463

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

FORWARDED THROUGH:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER: 104071**

**PAYMENT TERMS:** DAY2 OF 2ND MTH

BILL OF LADING NBR: 123847
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG   FRIGHT COLL

CUSTOMER PO NUMBER: 90/4704
O/E CONTROL PO NBR: 90/4704   2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA   PHONE: 847-862-0066

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095424 | 2304 | | |
| | | EPS EPSILON | | | |
| | | DK/01    RL:    LF: | | | |
| | | Freight | | | |
| | | | | | 0.0000 |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO: 0

# (M) MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

| INVOICE/SN NO.: | 368093 |
|---|---|
| DUE DATE: | 02-NOV-05 |

| | |
|---|---|
| INVOICE DATE: | 09-SEP-05 |
| SHIP DATE: | 09-SEP-05 |
| VENDOR NUMBER: | 0013Z5463 |

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**DELIVERED TO:**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**FORWARDED THROUGH:**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

| CUSTOMER NUMBER: | 104071 | | | PAYMENT TERMS: | DAY2 OF 2ND MTH |
|---|---|---|---|---|---|

BILL OF LADING NBR: 1238B9
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG FRGHT COLL

CUSTOMER PO NUMBER: 904704
O/E CONTROL PO NBR: 904704    2005
BILLING CONTACT: JILL RENINGER    PHONE: 847-862-0066
SHIP FROM: ELMA

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095E424 | 1520 | | |
| | | EPS EPSILON | | 2005 | |
| | | DK:01    RL:    LF: | | | |
| | | Freight | | | |

TOTAL INVOICE AMOUNT (U.S. DOLLARS): 0.0000

SEQUENCE NO: 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

# (M) MOTOROLA

ORIGINAL

Page 1 of 1

PLEASE MAIL PAYMENT TO:

MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.:** 368270

**DUE DATE:** 02-NOV-05

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**INVOICE DATE:** 12-SEP-05
**SHIP DATE:** 12-SEP-05
**VENDOR NUMBER:** 0013258463

**DELIVERED TO:**

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**SOLD TO:**

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**FORWARDED THROUGH:**

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER:** 104071

**PAYMENT TERMS:** DAY2 OF 2ND MTH

**BILL OF LADING NBR:** 123872
**CARRIER:** CENTRAL TRANSPORTATION
**FOB POINT:** ORIGIN
**FREIGHT/INCO TERM:** FOB ORIG   FRGHT COLL

**CUSTOMER PO NUMBER:** 9004704
**O/E CONTROL PO NBR:** 9004704    2005
**BILLING CONTACT:** JILL RENINGER
**SHIP FROM:** ELMA

PHONE: 847-862-0066

**INVOICE NOTES:**

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OFP | Customer Part: 26095424 | 1536 | | |
| | | EPS EPSILON | | | |
| | | DX:01    RL:00    LF:00 | | | |
| | | Freight | | | |

**TOTAL INVOICE AMOUNT (U.S. DOLLARS):** 0.0000

**SEQUENCE NO:** 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3809

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 368390**

**DUE DATE: 02-NOV-05**

INVOICE DATE: 13-SEP-05
SHIP DATE: 13-SEP-05
VENDOR NUMBER: 0013Z5463

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3800 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER: 104071**

**PAYMENT TERMS: DAY2 OF 2ND MTH**

BILL OF LADING NBR: 123877
CARRIER: CONWAY NOW - EXPDTD TRUK
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG FRGHT COLL

CUSTOMER PO NUMBER: 9014704
ORIE CONTROL PO NBR: 9014704   2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA
PHONE: 847-862-0066

INVOICE NOTES:
SHIP DAY: TUES 3:30 PM   CARRIER:   DEL LOC:SNBR-16 PLANT 01 OUR EXPEDITE TO ARRIVE AT 1AM WED MORNINAT DELPHI
RICH PLEASE SET UP EXP FOR THIS SHIFMENTALSO, PLEASE SET UP RETURN OF 1596 PIECEFROM DELPHI

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER 'LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26096424 EPS EPSILON DK:01  RL:00  LF:00 | 1596 | | |
| | | Freight | | | |

**TOTAL INVOICE AMOUNT (U.S. DOLLARS): 0.0000**

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO: 0

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 368480**

**DUE DATE:** 02-NOV-05

| | |
|---|---|
| INVOICE DATE: | 13-SEP-05 |
| SHIP DATE: | 13-SEP-05 |
| VENDOR NUMBER: | 0013Z5463 |

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER: 104071**

**PAYMENT TERMS:** DAY2 OF 2ND MTH

| | |
|---|---|
| BILL OF LADING NBR: | 123878 |
| CARRIER: | CENTRAL TRANSPORTATION |
| FOB POINT: | ORIGIN |
| FREIGHT/INCO TERM: | FOB ORIG FRGHT COLL |

| | |
|---|---|
| CUSTOMER PO NUMBER: | 9004704 |
| O/E CONTROL PO NBR: | 9004704    2005 |
| BILLING CONTACT: | JILL RENNINGER |
| SHIP FROM: | ELMA    PHONE: 847-862-0066 |

INVOICE NOTES:

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GW3302A13 | OFP | Customer Part: 26095424<br>EPS EPSILON<br>DK:01    RL:    LF: | 434 | | |
| | | Freight | | | 0.0000 |

SEQUENCE NO: 0

**TOTAL INVOICE AMOUNT (U.S. DOLLARS):**

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

# (M) MOTOROLA

ORIGINAL

Page  1 of  1

**PLEASE MAIL PAYMENT TO:**
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 368627**

**DUE DATE:** 02-NOV-05

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**INVOICE DATE:** 14-SEP-05
**SHIP DATE:** 14-SEP-05
**VENDOR NUMBER:** 0013252463

**DELIVERED TO:**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**FORWARDED THROUGH:**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER:** 104071

**PAYMENT TERMS:** DAY2 OF 2ND MTH

**BILL OF LADING NBR:** 123883
**CARRIER:** CENTRAL TRANSPORTATION
**FOB PONT:** ORIGIN
**FREIGHT/INCO TERM:** FOB ORIG  FRGHT COLL

**CUSTOMER PO NUMBER:** 9004704
**O/E CONTROL PO NBR:** 9004704
**BILLING CONTACT:** JILL RENINGER
**SHIP FROM:** ELMA

2005

PHONE: 847-862-0066

**INVOICE NOTES:**

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | OFP | Customer Part: 26095424<br>EPS EPSILON<br>DK:01    RL:    LF: | 1536 | ▉ | ▉ |
| | | Freight | | | |

**TOTAL INVOICE AMOUNT (U.S. DOLLARS):** 0.0000

**SEQUENCE NO:** 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 368814**

**DUE DATE:** 02-NOV-05

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

INVOICE DATE: 16-SEP-05
SHIP DATE: 16-SEP-05
VENDOR NUMBER: 0013235463

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW  MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW  MI 48601
ATTN: LAURIE LAMBETH

CUSTOMER NUMBER: **104071**
BILL OF LADING NBR:
CARRIER: 123897
FOB POINT: PANTHER
FREIGHT/INCO TERM: ORIGIN   FOB ORIG  FRGHT PREP
INVOICE NOTES:

PAYMENT TERMS: **DAY2 OF 2ND MTH**
CUSTOMER PO NUMBER: 9014704
O/E CONTROL PO NBR: 9014704   2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

PHONE: 847-862-0066

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | | | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|---|---|
| GM33202A13 | OFP | EPS EPSILON | | | | | |
| | | Customer Part: 26095424 | | | 1636 | | |
| | | DK:01 | RL:00 | LF:00 | | | |
| | | Freight | | | | | |

SEQUENCE NO: 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

TOTAL INVOICE AMOUNT (U.S. DOLLARS): 0.0000

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:

MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

INVOICE/SN NO.: 369158

DUE DATE: 02-NOV-05

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

INVOICE DATE: 19-SEP-05
SHIP DATE: 19-SEP-05
VENDOR NUMBER: 001325463

DELIVERED TO:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

CUSTOMER NUMBER: 104071

BILL OF LADING NBR: 123917
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG  FRGHT COLL
INVOICE NOTES:

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9004704
O/E CONTROL PO NBR: 9004704   2006
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

PHONE: 847-862-0066

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GIM3302A13 | 0FP | Customer Part: 28095424 DK:01   RL:00   LF:00 EPS EPSILON | 1152 | | |
| | | Freight | | | 0.0000 |

SEQUENCE NO: 0

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

(M) **MOTOROLA**

ORIGINAL

Page   1 of   1

PLEASE MAIL PAYMENT TO:

MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.:** 369312

**DUE DATE:** 02-NOV-05

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**INVOICE DATE:**
**SHIP DATE:** 20-SEP-05
**VENDOR NUMBER:** 20-SEP-05
0013Z5463

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

**DELIVERED TO:**

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**FORWARDED THROUGH:**

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

**CUSTOMER NUMBER:** 104071

| | |
|---|---|
| BILL OF LADING NBR: | 123921 |
| CARRIER: | CENTRAL TRANSPORTATION |
| FOB POINT: | ORIGIN |
| FREIGHT/INCO TERM: | FOB ORIG FRGHT COLL |
| INVOICE NOTES: | |

**PAYMENT TERMS:** DAY2 OF 2ND MTH

| | |
|---|---|
| CUSTOMER PO NUMBER: | 9047704 |
| O/E CONTROL PO NBR: | 9047704   2005 |
| BILLING CONTACT: | JILL RENINGER |
| SHIP FROM: | ELMA |

PHONE: 847-862-0066

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095424 EPS EPSILON DK:01   RL:00   LF:00 | 768 | | |
| GM3302A13 | 0FP | Customer Part: 26095424 EPS EPSILON DK:01   RL:   LF: | 768 | | |
| | | Freight | | | |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):   0.0000

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO:   0

# (M) MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:

MOTOROLA,
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 369499**

**DUE DATE:** 02-NOV-05

INVOICE DATE: 21-SEP-05
SHIP DATE: 21-SEP-05
VENDOR NUMBER: 0013205463

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

DELIVERED TO:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT # 1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT # 1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

PHONE: 847-862-0066

CUSTOMER NUMBER: 104071

BILL OF LADING NBR: 123930
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/FNCO TERM: FOB ORIG  FRIGHT COLL
INVOICE NOTES:

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9004704
O/E CONTROL PO NBR: 9004704   2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095424<br>EPS EPSILON<br>DK:01   RL:   LP: | 1536 | | |
| | | Freight | | | 0.0000 |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO: 0

# MOTOROLA

ORIGINAL

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

INVOICE/SN NO.: 369641

DUE DATE: 02-NOV-05

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

INVOICE DATE: 22-SEP-05
SHIP DATE: 22-SEP-05
VENDOR NUMBER: 0013Z5483

DELIVERED TO:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW NM 48601
ATTN: LAURIE LAMBETH

CUSTOMER NUMBER: 104071

BILL OF LADING NBR: 123939
CARRIER: CENTRAL TRANSPORTATION
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG FRGHT COLL
INVOICE NOTES:

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9014704
O/E CONTROL PO NBR: 9014704    2005
BILLING CONTACT: JILL REININGER
SHIP FROM: ELMA

PHONE: 847-862-0066

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095424 | 1636 | | |
| | | EPS EPSILON    RL:    LF: | | | |
| | | DK:01    RL: | | | |
| | | Freight | | | 0.0000 |

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

SEQUENCE NO: 0



# MOTOROLA

ORIGINAL

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

INVOICE/SN NO.: 368927

DUE DATE: 02-NOV-05

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

INVOICE DATE:
SHIP DATE: 18-SEP-05
VENDOR NUMBER: 18-SEP-05
001325463

DELIVERED TO:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

PHONE: 847-862-0066

CUSTOMER NUMBER: 104071
BILL OF LADING NBR: 123901
CARRIER: PANTHER
FOB POINT: ORIGIN
FREIGHT/INCO TERM: FOB ORIG FRGHT PREP
INVOICE NOTES:

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9004704
O/E CONTROL PO NBR: 9004704    2005
BILLING CONTACT: JILL RENINGER
SHIP FROM: ELMA

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 28008S424 EPS EPSILON DK:01    RL:    LF: | 1162 | | |
| | | Freight | | | 0.0000 |

SEQUENCE NO: 0

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609

TOTAL INVOICE AMOUNT (U.S. DOLLARS):
MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000

# MOTOROLA

**ORIGINAL**

Page 1 of 1

PLEASE MAIL PAYMENT TO:
MOTOROLA
AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP
P.O. BOX 71115
CHICAGO, IL 60694-1115

**INVOICE/SN NO.: 369642**

DUE DATE: 02-NOV-05

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

INVOICE DATE: 23-SEP-05
SHIP DATE: 23-SEP-05
VENDOR NUMBER: 001325463

DELIVERED TO:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

SOLD TO:

DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI 48601
ATTN: ACCOUNTS PAYABLE

FORWARDED THROUGH:

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
PLANT #1
SAGINAW MI 48601
ATTN: LAURIE LAMBETH

CUSTOMER NUMBER: 104071

| | |
|---|---|
| BILL OF LADING NBR: | 123948 |
| CARRIER: | PANTHER |
| FOB POINT: | ORIGIN |
| FREIGHT/INCO TERM: | FOB ORIG  FRGHT COLL |
| INVOICE NOTES: | |

PAYMENT TERMS: DAY2 OF 2ND MTH

CUSTOMER PO NUMBER: 9004704
O/E CONTROL PO NBR: 9004704
BILLING CONTACT: JILL RENINGER    2005
SHIP FROM: ELMA

PHONE: 847-862-0066

| MOTOROLA MODEL NUMBER | PRODUCT CODE | CUSTOMER PART NUMBER / LINE ITEM RELATED INFORMATION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|---|
| GM3302A13 | 0FP | Customer Part: 26095424 | 2304 | | |
| | | EFS EPSILON | | | |
| | | DK:01    RL:    LF: | | | |
| | | Freight | | | 0.0000 |

SEQUENCE NO: 0

TOTAL INVOICE AMOUNT (U.S. DOLLARS):

MOTOROLA AUTOMOTIVE COMMUNICATIONS & ELECTRONICS SYSTEMS GROUP (847) 862-5000
21440 WEST LAKE COOK ROAD DEER PARK, IL 60010-3609