Schedule 1*

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---|
| Accurate Threaded Fasteners Inc. | SAG90I0401<br>SAG90I0576 | **$10,037.14** |
| Agape Plastics Inc. | SAG90I3602 | **$12,566.40** |
| Alcona Tool & Machine Inc. | SAG90I0996 | **$3,841.53** |
| Alemite Corporation | SAG90I1616 | **$1,340.80** |
| Alken Ziegler Inc. | SAG90I5714 | **$11,924.00** |
| Allan Tool & Machine Co Inc. | SAG90I0793<br>SAG90I4767 | **$187,932.79** |
| Alliance Plastics RWP Kinsale | SAG90I4387 | **$27,846.50** |
| American Keeper Corporation | SAG90I5160 | **$123,066.00** |
| American Products | SAG90I5247 | **$58,050.24** |
| Ames | SAG90I5385 | **$55,634.65** |
| AMG Industries Inc. Ct Charlton | SAG90I0300 | **$1,440.00** |
| AMI Industries Inc. | SAG90I5298<br>SAG90I5367 | **$101,722.70** |
| ATG Precison Products | SAG90I0283 | **$53,111.80** |
| Aubecq Sofedit | SAG90I3237 | **$6,757.46** |
| Automatic Spring Products Corp. | SAG90I0789<br>SAG90I1558 | **$22,138.42** |
| Bailey Manufacturing Company LLC | SAG90I5170<br>SAG90I5250 | **$7,874.29** |
| BEI Duncan Electronics | SAG90I2713 | **$5,762.88** |
| Bekaert Corp. (EFT) | SAG90I1205 | **$1,458.07** |
| Bill Forge Pvt Ltd | SAG90I5325 | **$505.00** |
| Black River Manufacturing | SAG90I3465 | **$4,985.50** |
| Blissfield Manufacturing (EFT) | SAG90I5535<br>SAG90I5537 | **$792,942.27** |
| Bourns | SAG90I0515 | **$26,969.88** |
| Brighton Tool & Die Co (EFT) | SAG90I0241 | **$1,353.64** |
| Buehler Motors Inc. | SAG90I4931 | **$9,374.80** |
| Camcar Division Of Textron Canada | SAG90I3982 | **$33.70** |
| Camcar LLC Belvidere Ops | SAG90I5561 | **$1,855.21** |
| Caplugs LLC | SAG90I4904 | **$4,269.05** |

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---:|
| Capsonic Automotive Inc. | SAG90I4920<br>SAG90I5042 | **$281,972.65** |
| Capstan Atlantic | SAG90I5068 | **$21,820.58** |
| Clarion Sintered Metals Inc. (EFT) | SAG90I0646 | **$6,510.00** |
| Contech Div Of Spx | SAG90I0756<br>SAG90I5588<br>SAG90I5531<br>SAG90I3778 | **$3,231,213.06** |
| D&R Technology LLC | SAG90I5545 | **$14,293.57** |
| Datwyler Rubber + Plastics Inc. | SAG90I3487 | **$608,452.65** |
| Dawlen Corp. (EFT) | SAG90I2787 | **$29,282.34** |
| De Amertek Vehicle Electronics | SAG90I3784 | **$2,872.00** |
| Detroit Heading Company | SAG90I2655 | **$49,326.96** |
| Devries International Inc. | SAG90I5288 | **$780.00** |
| Diemakers Inc. (EFT) | SAG90I0710 | **$185,927.08** |
| Dybrook Products Inc. (EFT) | SAG90I4586 | **$17,290.05** |
| Eagle Fastener | SAG90I0468 | **$11,080.20** |
| Engineered Sintered Components | SAG90I2751 | **$62,028.00** |
| Enricau SA | SAG90I5262 | **$9,500.51** |
| Faison Office Products Co | D0450163111 | **$4,807.93** |
| Federal Screw Works | SAG90I2620<br>SAG90I5541<br>SAG90I5309<br>SAG90I5089<br>SAG90I2796 | **$114,999.66** |
| Felters Corporation | SAG90I5648 | **$952.00** |
| Fukoku South Carolina Inc. | SAG90I5127 | **$211,507.25** |
| Fulton Industries Inc. | SAG90I0370 | **$48,839.82** |
| Gagnier/RKM Inc. | SAG90I0115<br>SAG90I0591<br>SAG90I3896 | **$168,939.68** |
| Gemini Plastics (EFT) | SAG90I0332 | **$151.45** |
| GKN Sinter Metals | SAG90I4826<br>SAG90I3466<br>SAG90I3467<br>SAG90I3748<br>SAG90I5080 | **$118,188.59** |
| Greendale Screw Product Co (EFT) | SAG90I3806 | **$5,840.80** |
| Greer Stop Nut | SAG90I0592 | **$28,772.36** |

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---|
| Harrington Automotive Products | SAG90I4519<br>SAG90I4741 | **$155,485.75** |
| Hi Vol Products (Metaldyne) | SAG90I3381 | **$92,709.46** |
| Hitachi Metal America Ltd | SAG90I5655 | **$119,907.84** |
| Hitchiner Mfg Co Inc. (EFT) | SAG90I0025<br>SAG90I5572 | **$566,557.41** |
| Hoover Precision Products Inc. | SAG90I1061 | **$42,396.53** |
| Hy Level Industries Inc. (EFT) | SAG90I0419<br>SAG90I4985 | **$102,148.50** |
| IER Industries Inc. | SAG90I5296 | **$6,268.08** |
| IKON Office Solutions, Inc. | D0450162522 | **$2,467.79** |
| Imco | SAG90I4141 | **$208,724.02** |
| INA USA Corporation | SAG90I4087<br>SAG90I5499<br>SAG90I5591<br>SAG90I5587<br>SAG90I5252<br>SAG90I4100<br>SAG90I4095 | **$1,557,242.68** |
| Industrial Stamping & Mfg (EFT) | SAG90I0364<br>SAG90I5444 | **$525.80** |
| Intier Automotive Interiors Of America | SAG90I5084 | **$0.30** |
| ITW Deltar Engineered Fasteners | SAG90I5018 | **$753.65** |
| ITW Deltar Tekfast | SAG90I2801<br>SAG90I5006 | **$2,981.48** |
| ITW Filtration Geneva | SAG90I5273<br>SAG90I5000 | **$12,285.14** |
| ITW Impro | SAG90I4908<br>SAG90I5207 | **$26,657.80** |
| ITW Shakeproof Assembly Components | SAG90I3497 | **$3,489.00** |
| ITW Shakeproof/Anchor/Medalist | SAG90I2637 | **$10,411.53** |
| Kendale Industries Inc. | SAG90I0246 | **$14,937.47** |
| Key Plastics Inc. | SAG90I4192 | **$247.52** |
| Keystone Powdered Metal Company | SAG90I2692<br>SAG90I4952 | **$105,881.79** |
| Kilian Manufacturing Corp. | SAG90I0443<br>SAG90I5506 | **$202,717.80** |
| Kinetics Inc. | SAG90I5614 | **$3,301.62** |
| KMC Stampings | SAG90I2411 | **$29,751.22** |
| KMS Bearings Automotive | SAG90I3193 | **$34,026.60** |
| Kokomo Spring Co Inc. | SAG90I0787 | **$32,588.62** |

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---:|
| LDI Inc. | SAG90I1660 | **$28,334.88** |
| Lewis Spring & Mfg Co | SAG90I0426 | **$29,201.01** |
| M&M Knopf Auto Parts Inc. (EFT) | SAG90I4243 | **$31,500.00** |
| M&Q Plastic Products | SAG90I5123 | **$21,814.03** |
| M&R Industrial Services Ltd | SAG90I3957 | **$234.77** |
| Machined Products Co | SAG90I5144 | **$92,356.62** |
| Magnesium Aluminum Corporation | SAG90I4892 | **$34,836.00** |
| Mendiguren Y Zarraua Sa | SAG90I4847 | **$9,640.96** |
| Metal Technologies Inc. | SAG90I0778 | **$311,657.59** |
| Metform Div Of Maclean Fogg | SAG90I2483 | **$115,327.17** |
| Michigan Spring & Stamping | SAG90I4866<br>SAG90I5398 | **$101,741.65** |
| Mid Continent Spring Mich Intl Sal | SAG90I0786<br>SAG90I3283<br>SAG90I5624 | **$196,674.92** |
| Midwest Stamping Inc. | SAG90I5410 | **$111,108.20** |
| Mifast Oldford & Associates Inc. | SAG90I3013<br>SAG90I3243 | **$20,572.65** |
| Millennium Industries Corp. | SAG90I3442 | **$585,170.32** |
| MNP Corp. | SAG90I4743 | **$223.56** |
| MOCAP Inc. | SAG90I2076 | **$271.25** |
| MRA Industries (EFT) | SAG90I0763 | **$7,375.60** |
| Mubea Inc. | SAG90I1721 | **$32,875.20** |
| Mueller Impacts Co | SAG90I4470<br>SAG90I5338 | **$93,066.03** |
| National Molding | SAG90I5549<br>SAG90I5007<br>SAG90I5590<br>SAG90I5573 | **$31,364.69** |
| Niagara Plastics Co Inc. (EFT) | SAG90I0340 | **$3,074.77** |
| NN Ball & Roller (EFT) | SAG90I5620 | **$104,313.33** |
| NRI Industries Inc. | SAG90I5382 | **$0.09** |
| NSK Corp. Bearing Div (EFT) | SAG90I4112<br>SAG90I5503 | **$211,190.80** |
| NSS Technologies Inc. | SAG90I3807<br>SAG90I4912 | **$583,733.01** |
| Oetiker Inc. | SAG90I0584 | **$154.20** |
| Parker Engineered Seals Division | SAG90I0556 | **$99,545.80** |

4

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---:|
| Parker EPS Division | SAG90I5074 | **$62,587.69** |
| Parker Hannifin Canada | SAG90I5277 | **$128.00** |
| Parker Seal De Mexico SA de CV | SAG90I4422 | **$3,943.50** |
| Peterson Manufacturing Co | SAG90I0367 | **$415.28** |
| Phillips Plastics Corporation | SAG90I4884 | **$19,840.20** |
| PJ Spring Co Inc. | SAG90I2131 | **$6,085.80** |
| Plastech Alpha Tech | SAG90I4907<br>SAG90I4991<br>SAG90I4937 | **$51,443.41** |
| Plastic Solutions Inc. | SAG90I0495<br>SAG90I4994 | **$45,990.52** |
| Pohlman Inc. | SAG90I4285 | **$179,280.00** |
| Poltron | SAG90I2871 | **$349,357.60** |
| Pridgeon & Clay Inc. | SAG90I3347<br>SAG90I5350<br>SAG90I5351 | **$33,198.81** |
| R&L Spring Co A.I. Nelson & Ass | SAG90I1704 | **$15,282.00** |
| Rb&W Corp. Of Canada | SAG90I2686 | **$7,929.76** |
| Republic Technologies International | SAG90I3915<br>SAG90I4439<br>SAG90I4437<br>SAG90I4433<br>SAG90I4432<br>SAG90I4504<br>SAG90I4624<br>SAG90I4442<br>SAG90I4441<br>SAG90I4443<br>SAG90I4626 | **$493,347.06** |
| Ring Masters LLC | SAG90I5312 | **$6,376.25** |
| Ring Screw LLC Holly Distribution C | SAG90I5566 | **$30,962.52** |
| Rotaform LLC | SAG90I5339 | **$5,920.00** |
| Rotor Clip Co (EFT) | SAG90I0397 | **$8,101.95** |
| Saint Gobain Performance Plastics | SAG90I3552<br>SAG90I5417 | **$15,173.38** |
| Security Plastics Div/NMC LLC | SAG90I4961<br>SAG90I5001<br>SAG90I5401 | **$8,243.16** |
| Select Industries | SAG90I3336 | **$11,475.37** |
| Shell Lubricants | SAG90I5595 | **$35,141.75** |
| Shively Bros Inc. | SAG90I2633 | **$1,415.20** |

5

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---:|
| Signature Aluminum Bartlemay (Werner Holdings) | SAG90I3328 | **$542,626.96** |
| Sinclair & Rush Inc. | SAG90I0475 | **$1,832.30** |
| Smalley Steel Ring Co (EFT) | SAG90I0266<br>SAG90I5430 | **$11,681.40** |
| SMC America Inc. | SAG90I4540<br>SAG90I5452 | **$117,613.81** |
| SMC Powder Metallurgy (St. Mary's Carbon) | SAG90I0645 | **$49,788.00** |
| Special Devices Inc. | SAG90I5258 | **$560.00** |
| Spiral Industries Inc. | SAG90I4003 | **$1,636.03** |
| Spring Engr & Mfg | SAG90I0161<br>SAG90I0603 | **$10,712.16** |
| SPS Technologies Waterford Co | SAG90I4764<br>SAG90I4769 | **$70,008.78** |
| Strattec Security Corporation | SAG90I0706<br>SAG90I4486<br>SAG90I1560<br>SAG90I5534<br>SAG90I3390<br>SAG90I5530 | **$3,395,393.41** |
| Sundance Die Cut LLC | SAG90I4964 | **$13,844.30** |
| Super Auto Forge Inc. | SAG90I5363 | **$4,840.50** |
| T&L Automatics | SAG90I4060<br>SAG90I5236 | **$44,686.10** |
| Tae Sung Rubber & Chemical Co Ltd | SAG90I5145 | **$35,769.72** |
| TDK Corp. Of America | SAG90I0638 | **$12,056.66** |
| Tesma International Innotherm | SAG90I4823 | **$936.36** |
| Thermal Dynamics (Fluidyne Racing Products) | SAG90I4876 | **$29,834.20** |
| Thorrez Industries, C | SAG90I4714<br>SAG90I5685<br>SAG90I5543<br>SAG90I5323<br>SAG90I4807 | **$475,147.52** |
| Thyssen Krupp Stahl (EFT) | SAG90I2546 | **$231,706.80** |
| Thyssen Krupp Waupaca Inc. | SAG90I2983 | **$418,310.79** |
| TI Automotive, formerly TI Group Automotive Sys | SAG90I4262 | **$59.45** |
| Tompkins Products Inc. | SAG90I2468 | **$48,178.07** |
| Torrington Co Ingersoll-Rand Co. | SAG90I0215<br>SAG90I2015<br>SAG90I2277<br>SAG90I5065<br>SAG90I5574<br>SAG90I5592<br>SAG90I5652 | **$537,565.98** |

6

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---:|
| Tower Automotive | SAG90I2415<br>SAG90I3226 | **$454,440.34** |
| Toyota Tsusho America Inc. | SAG90I4456 | **$232,128.65** |
| Trelleborg Automotive | SAG90I4501<br>SAG90I5654<br>SAG90I5515<br>SAG90I5514 | **$154,610.83** |
| Trelleborg Kunhwa Co Ltd | SAG90I5243 | **$37,050.00** |
| Trelleborg Sealing Solutions MCCA | SAG90I4049<br>SAG90I5626 | **$119,610.80** |
| Twin Corp. (EFT) | SAG90I0563 | **$23.90** |
| TYZ All Plastics Inc. | SAG90I4906 | **$90.30** |
| Uni-Comps Inc. | SAG90I3458 | **$546.00** |
| United Metal Prod | SAG90I3298 | **$50,098.30** |
| Universal Metal Products Inc. (EFT) | SAG90I2414<br>SAG90I2617 | **$13,826.00** |
| Universal Metal Service Corp. (EFT) | SAG90I1887<br>SAG90I1892<br>SAG90I1891<br>SAG90I1890<br>SAG90I1888<br>SAG90I1893 | **$35,706.85** |
| Universal Tube Inc. (EFT) | SAG90I0629 | **$455.99** |
| US Farathane Corp. Chemcast Group | SAG90I2867<br>SAG90I5548<br>SAG90I5407 | **$43,819.48** |
| USA Tolerance Rings Div Gen Sulliva | SAG90I5264 | **$1,200.00** |
| Vernay Laboratories Inc. (EFT) | SAG90I2318 | **$24,671.17** |
| Vibracoustic GmbH & Co Kg | SAG90I4936 | **$7,354.65** |
| Viking Plastics Inc. | SAG90I4941 | **$11,768.47** |
| Warner Electric | SAG90I5061 | **$74,592.00** |
| Wauconda Tool & Engineering Co (EFT) | SAG90I0598 | **$57,024.21** |

\*    For any contract that is being assumed by the Selling Debtor Entities under this order and not listed on this Schedule 1 (excluding contracts related to adjourned objections), the Cure Amount owed by the Selling Debtor Entities to the non-Debtor counterparty to such contracts shall be $0.00.