UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On February 25, 2008, a true and correct copy of the *Verified Statement of Dreier LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [D.I. 12853], in the above captioned proceeding, has been caused to be served on the parties, by Federal Express overnight delivery, on the attached Service List.

By:   */s/ Donna Angiulo*
     Donna Angiulo

Sworn to before me this
25th day of February, 2008.

*/s/ Anthony B. Stumbo*
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

1

{00332058.DOC;}

## SERVICE LIST

Honorable Robert D. Drain, United States
Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons
and Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Att'n: Kayalyn A. Marafioti

Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Att'n: Neil Berger

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n Robert J. Rosenberg and Mark A.
Broude

{00332058.DOC;}