In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12870-1    Filed 02/25/08    Entered 02/25/08 17:45:52    Exhibit A-G
Pg 1 of 9

Exhibit A-G
Twenty-Fifth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 2059<br>Date Filed: 02/17/2006<br>Creditor's Name and Address:<br>LIAM P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 2190<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>LIAM P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 |
| Claim Number: 2188<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>MARY P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 2189<br>Date Filed: 03/02/2006<br>Creditor's Name and Address:<br>MARY P ONEILL<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 |

**Total Claims to be Expunged:** 2
**Total Asserted Amount to be Expunged:** $100,000.00

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12870-1    Filed 02/25/08    Entered 02/25/08 17:45:52    Exhibit A-G
Pg 2 of 9

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT A-2 - DUPLICATE OR AMENDED CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 2098<br>Date Filed: 02/22/2006<br>Creditor's Name and Address:<br>F & G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 16751<br>Date Filed: 12/05/2007<br>Creditor's Name and Address:<br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $250,422.69<br>Total: $250,422.69 |

Total Claims to be Expunged: 1
Total Asserted Amount to be Expunged: $50,000.00

05-44481-rdd    Doc 12870-1    Filed 02/25/08    Entered 02/25/08 17:45:52    Exhibit A-G
Pg 3 of 9

In re Delphi Corporation, et al.  Twenty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN O MASON<br>9709 E 79TH TERR<br>RAYTOWN, MO 64138-1915 | 16752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,850.00<br>$2,850.00 | 12/14/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | 1 | | **$2,850.00** | | |

05-44481-rdd    Doc 12870-1    Filed 02/25/08    Entered 02/25/08 17:45:52    Exhibit A-G
Pg 4 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fifth Omnibus Claims Objection

### EXHIBIT C - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EUGENE TERRY MOORE ESQ FOR ARLIS ELMORE<br>1802 15TH ST<br>TUSCALOOSA, AL 35401 | 5374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| US AEROTEAM INC<br>STATMAN HARRIS & EYRICH LLC<br>110 N MAIN ST STE 1520<br>DAYTON, OH 45402 | 10711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$444,213.68<br>$444,213.68 | 07/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$444,213.68** | | |

\*UNL denotes an unliquidated claim

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16751<br>Date Filed: 12/05/2007<br>Docketed Total: $250,422.69<br>Filing Creditor Name and Address:<br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | Claim Holder Name and Address<br>F&G MULTI SLIDE INC   Docketed Total: $250,422.69<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $250,422.69<br>                                          $250,422.69 | Modified Total: $247,705.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $247,705.24<br>                                          $247,705.24 |
| Claim: 11949<br>Date Filed: 07/28/2006<br>Docketed Total: $1,792,207.26<br>Filing Creditor Name and Address:<br>HOOD CABLE COMPANY<br>PO BOX 1970<br>JACKSON, MI 39215-1970 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL   Docketed Total: $1,792,207.26<br>PARTNERS LP<br>CO STONEHILL CAPITAL<br>MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $1,792,207.26<br>                                          $1,792,207.26 | Modified Total: $1,634,127.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $1,634,127.00<br>                                          $1,634,127.00 |
|  |  | **Total Claims to be Modified:** 2<br>**Total Amount as Docketed:** $2,042,629.95<br>**Total Amount as Modified:** $1,881,832.24 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 12870-1    Filed 02/25/08    Entered 02/25/08 17:45:52    Exhibit A-G
Pg 6 of 9

Twenty-Fifth Omnibus Claims Objection

**EXHIBIT D-2 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5319<br>Date Filed: 05/08/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ELMORE JR ARLIS M<br>1802 FIFTEENTH ST<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br>ELMORE JR ARLIS M<br>1802 FIFTEENTH ST<br>TUSCALOOSA, AL 35401<br><br>Docketed Total: UNL<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         UNL<br>                                                         UNL | Modified Total: $100,000.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         $100,000.00<br>                                                         $100,000.00 |

**Total Claims to be Modified:** 1

**Total Amount as Docketed:** UNL

**Total Amount as Modified:** $100,000.00

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 1 of 1

EXHIBIT E - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUMIDA AMERICA INC<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | 10372 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $77,000.00<br><br><br>$2,613.00<br>$79,613.00 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$79,613.00** | | |

**In re Delphi Corporation, et al.**  Twenty-Fifth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit G - Claimants And Related Claims Subject To Twenty-Fifth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ELMORE JR ARLIS M | 5319 | EXHIBIT D-2 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION |
| EUGENE TERRY MOORE ESQ FOR ARLIS ELMORE | 5374 | EXHIBIT C - BOOKS AND RECORDS CLAIMS |
| F & G MULTI SLIDE INC | 2098 | EXHIBIT A-2 - DUPLICATE OR AMENDED CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HOOD CABLE COMPANY | 11949 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JOHN O MASON | 16752 | EXHIBIT B - UNTIMELY EQUITY CLAIMS |
| LIAM P ONEILL | 2059 | EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS |
| MARY P ONEILL | 2188 | EXHIBIT A-1 - DUPLICATE OR AMENDED CLAIMS |
| STONEHILL INSTITUTIONAL PARTNERS LP | 11949 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUMIDA AMERICA INC | 10372 | EXHIBIT E - ADJOURNED BOOKS AND RECORDS CLAIMS |
| US AEROTEAM INC | 10711 | EXHIBIT C - BOOKS AND RECORDS CLAIMS |