DREIER LLP
Paul Traub (PT 3752)
Ira S. Sacks (IS 2861)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

DREIER STEIN KAHAN
   BROWNE WOODS GEORGE LLP
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
DELPHI CORPORATION, *et al.*, Debtors.    :    Case No. 05-44481 (RDD)
                                              :    (Jointly Administered)
------------------------------------------------------------x

**SUPPLEMENT TO OBJECTION OF CERTAIN CONTRACT COUNTERPARTIES TO THE DEBTORS' EXPEDITED MOTION TO STRIKE (I) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OF REORGANIZATION, 11 U.S.C. § 105(A), AND FED. R. BANKR. P. 9010**

Cyro Industries, Energy Conversion Systems Holdings LLC, EPCOS Inc., Fujikoki America Inc., Heraeus, Inc., Intermet Corporate, Intermet Jackson, Johnson Electric North America, Inc, Key Plastics LLC, MEMC Electronic Materials Inc., Micron Semiconductor Products Inc., Multek Flexible Circuits Inc., Nichicon America Corp., Panasonic Automotive Systems Company, Parlex Corporation, Phillips Semiconductors, Sagami America Ltd., Stahl Specialty Company, Toko America Inc., and Waupaca Foundry Inc. (collectively, the "Objecting Contract Counterparties"), by their undersigned counsel Dreier LLP ("Dreier NY") and its affiliate Dreier Stein Kahan Browne Woods George LLP ("Dreier Santa Monica", and together with Dreier NY, "Dreier"), hereby submits its Supplement to the Objection (the

{00332102.DOC;2}

"Objection") filed by the Objecting Contract Counterparties to Debtors' Expedited Motion to Strike (I) Non-Conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9010 (the "Motion"). (*Docket No. 12721*). Attached hereto as Exhibit "A" are certain Declarations pertaining to Intermet Corporate, Intermet Jackson, Key Plastics LLC, MEMC Electronic Materials Inc., Micron Semiconductor Products Inc., Multek Flexible Circuits Inc., Stahl Specialty Company, and Waupaca Foundry Inc. (the "Supplemental Declarations"), and the Objecting Contract Counterparties hereby request that the Supplemental Declarations be included as additional exhibits to the Objection, and be incorporated by reference therein.

Dated: February 25, 2008
       New York, New York

Respectfully Submitted,

**DREIER LLP**

/s/ *Maura I. Russell*
Paul Traub (PT 3752)
Ira S. Sacks (IS 2861)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

-and-

**DREIER STEIN KAHAN
   BROWNE WOODS GEORGE LLP**
Alvin Galstian, Esq.
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA 90404
Tel. (424) 202-6090

{00332102.DOC;2}                                2