UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                             :

    In re                                   :        Chapter 11
                                             :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                           :
                       Debtors.    :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) FURTHER EXTENDING
DEADLINE TO ASSUME OR REJECT UNEXPIRED
<u>LEASES OF NONRESIDENTIAL REAL PROPERTY</u>

("FOURTH 365(d)(4) DEADLINE EXTENSION ORDER")

Upon the unopposed motion, dated February 1, 2008 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. § 365(d)(4) further extending the deadline for the Debtors to assume or reject unexpired leases of nonresidential real property; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.        The Motion is GRANTED.

        2.        The date by which the Debtors must assume or reject any and all unexpired leases of nonresidential real property (the "Real Property Leases") is extended to and

including the earlier of the effective date of the confirmed plan of reorganization in these chapter 11 cases and May 31, 2008, subject to the terms of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, dated December 10, 2007, as modified (the "Plan"), and the Findings Of Fact, Conclusion Of Law, And Order Under 11 U.S.C. § 1129(a) And (b) And Fed. R. Bankr. P. 3020 Confirming First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-In-Possession, As Modified (the "Confirmation Order").

       3.       The entry of this order is without prejudice to (a) the Debtors' right to seek from this Court further extensions of the assumption and rejection deadline with respect to any or all of their Real Property Leases and (b) the right of any party to any Real Property Lease to seek from this Court a shortening of the deadline with respect to such Real Property Lease for cause shown.

       4.       Notwithstanding anything contained in this order, provided that the Debtors file a subsequent motion to extend the section 365(d)(4) deadline before the expiration of the applicable section 365(d)(4) deadline for a particular lease and the motion is set for hearing on the next omnibus hearing date that is 20 or more days thereafter or is filed in accordance with Rule 6006-1(c) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the deadline to assume or reject that lease will be automatically extended until the later of (a) the date set forth in any subsequent order, (b) three business days after the Court enters an order ruling on the subsequent motion, and (c) May 31, 2008.

       5.       This Court retains jurisdiction to hear and determine all matters arising from the implementation of this order.

6. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
February 25, 2008

    /s/Robert D. Drain            
UNITED STATES BANKRUPTCY JUDGE