MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA State Bar #66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@mlg-pc.com

Attorneys for Alps Automotive, Inc., Creditor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

**NOTICE OF MOTION OF ALPS AUTOMOTIVE, INC. TO PERMIT LATE-FILED
OBJECTION OF ALPS AUTOMOTIVE, INC. TO DEBTORS' (A) NOTICE OF
ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING
AND HALFSHAFT BUSINESS; AND (B) NOTICE OF CURE AMOUNT
WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE
TO BE ASSUMED AND ASSIGNED IN CONNECTION
<u>WITH SALE OF STEERING AND HALFSHAFT BUSINESS</u>**

**PLEASE TAKE NOTICE** that pursuant to this notice of motion and the accompanying motion and supporting declaration, Alps Automotive, Inc. ("Alps"), by its attorneys, Merle C. Meyers, Esq. of Meyers Law Group, P.C., will move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, at Courtroom 610 of the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, at the Omnibus Hearing to be held on March 19, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, extending the time for Alps to file its objection to the notices of the above-captioned debtors (the "Debtors") of assumption and assignment of executory contracts and of cure amount with respect to executory

1

contracts (the "Notices") as if Alps had timely filed the objection, as Alps' untimeliness is by reason of "excusable neglect," together, all as more fully set forth in said motion.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, must (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; (iii) set forth the basis for the response and state with specificity the reason or reasons why the requested relief should not be granted; and (iv) be (a) electronically filed with the Bankruptcy Court at www.nysb.uscourts.gov by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, by submitting to the Clerk of the Bankruptcy Court at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, the response on a 3.5 inch disk, preferably in Portable Document Format (pdf), Microsoft Work, WordPerfect, or any other Windows-based word processing format, and served in accordance with General Order M-242 with a paper copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, together with proof of service thereof, and (b) served upon counsel for Alps, Meyers Law Group, P.C., 44 Montgomery, Suite 1010, San Francisco, CA 94104, Attn: Merle C. Meyers, so as to be received on or before March 12, 2008.

DATED:  February 26, 2008

                                                      MEYERS LAW GROUP, P.C.

                                                      By:    /s/      Merle C. Meyers
                                                           Merle C. Meyers, Esq. CA State Bar #66849
                                                           44 Montgomery Street, Suite 1010
                                                           San Francisco, CA  94104
                                                           Telephone: (415) 362-7500
                                                           Facsimile:  (415) 362-7515
                                                           Email:  mmeyers@mlg-pc.com
                                                           Attorneys for Alps Automotive, Inc., Creditor