TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
                                                                                    :
In re:                                                                              :
                                                                                    :   Chapter 11
DELPHI CORPORATION, *et al.*,                                                       :   Case No. 05-44481 [RDD]
                                                                                    :
                        Debtors.                                                    :   Jointly Administered
                                                                                    :
------------------------------------------------------------------x

### AMENDED JOINT STIPULATION AND ORDER REGARDING DISCOVERY REGARDING OBJECTION TO PROOF OF CLAIM NO. 12347 AND RELATED COUNTERCLAIM

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases"), by their undersigned counsel, and Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (jointly, "Furukawa") by their undersigned counsel, proceeding under Rules 3004 and 7001, *et seq.*, of the Federal Rules of Bankruptcy Procedure, having conferred and agreed to the deadlines set forth herein, it is hereby **ORDERED** that:

1. All depositions of potential witnesses, other than experts, shall be completed no later than April 18, 2008.

2. All expert discovery in these proceedings shall be completed no later than June 13, 2008, as follows:

    a. The parties shall confer on topics for expert testimony no later than April 21, 2008;

    b. The parties shall disclose their experts on or before April 28, 2008;

    c. The parties shall exchange expert opening reports no later than May 5 , 2008;

    d. The parties shall exchange expert rebuttal reports no later than May 19, 2008; and

    e. Expert depositions shall be completed on or before June 13, 2008.

3. A final pretrial conference shall be conducted before the Bankruptcy Court on June 19, 2008.

4.     Notwithstanding the foregoing, either party may obtain an extension of the preceding discovery deadlines from the Bankruptcy Court upon a showing of good cause, such as either party's inability to obtain timely discovery from third party subpoenas served in accordance with this Order.

Dated:     New York, New York
           February 22, 2008

         DELPHI CORPORATION, et al.,
         Debtors and Debtors-in-Possession,
         By their Bankruptcy Conflicts Counsel,
         TOGUT, SEGAL & SEGAL LLP,
         By:

         /s/ Neil Berger
         NEIL BERGER (NB-3599)
         A Member of the Firm
         One Penn Plaza, Suite 3335
         New York, New York 10119
         (212) 594-5000

Dated:     New York, New York
           February 22, 2008

         FURUKAWA ELECTRIC NORTH
         AMERICA APD, et al.,

By their Counsel,
ALSTON & BIRD, LLP
By:

/s/ Dennis J. Connolly
DENNIS J. CONNOLLY (DC-9932)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

**SO ORDERED**

This <u>26th</u> day of <u>February</u>, 2008
in New York, New York

__/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4