MILLER JOHNSON
250 Monroe Avenue, N.W.
Suite 800
PO Box 306
Grand Rapids, Michigan  49501-0306
Thomas P. Sarb (TS 8282)
ecfsarbt@millerjohnson.com
Robert D. Wolford (RW 1314)
ecfwolfordr@millerjohnson.com
(Each admitted *Pro Hac Vice*)
(616) 831-1700 (Telephone)
(616) 831-1701 (facsimile)

Attorneys for Rosler Metal Finishing USA, L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

IN RE:                                              Case No. 05-44481-RDD
DELPHI CORPORATION, et al.,                         Chapter 11
                                                    (Jointly Administered)

       Debtors.

---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### ROSLER METAL FINISHING USA, L.L.C. LIMITED, PROTECTIVE OBJECTION
### TO DEBTORS' NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF
### EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
### WITH SALE OF STEERING AND HALFSHAFT BUSINESS

       Rosler Metal Finishing USA, L.L.C. ("Rosler"), herby withdraws its objection

filed herein on February 1, 2008 (Doc. No. 12455) to the Debtors' Notice of Assumption and/or

Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of

Steering and Halfshaft Business and to the Debtors' Notice of Cure Amount With Respect to

Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of

Steering and Halfshaft Business based on the Debtors' confirmation that the notices were sent in

error and the Rosler contract referenced therein is expired and is not executory.

Dated: February 27, 2008

Respectfully submitted:

  /s/ Robert D. Wolford
Thomas P. Sarb (TS 8282)
Robert D. Wolford (RW 1314)
[Each admitted *Pro Hac Vice*]
Business Address:
     Miller Johnson
     250 Monroe Avenue, N.W., Suite 800
     Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700
ecfwolfordr@millerjohnson.com

## CERTIFICATE OF SERVICE

        I, the undersigned, do hereby certify that a copy of the foregoing was served, via
ordinary U.S. Mail on this 27th day of February, 2008 on the following:

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meager & Flom LLP
Attn: John K. Lyons, Ron E. Meisler, and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago IL 60606

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Kirkland & Ellis LLP
Attn: Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA 90017

Office of US Trustee, SDNY
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

Honorable Robert D. Drain
US Bankruptcy Judge
US Bankruptcy Court, SDNY
One Bowling Green, Room 610
New York, NY 10004

/s/Robert D. Wolford

GR_DOCS 1286793v1 78210.002