Lawrence J. Murphy, Esq. (P47129)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7488
Facsimile: (313) 465-7489
lmurphy@honigman.com

Attorneys for Guide Corporation and Lightsource Parent Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.*, | Case No. 05-44481 |
| Debtors. | (Jointly Administered) |
| | Hon. Robert D. Drain |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Attorney Lawrence J. Murphy requests to be removed from the electronic filing in reference to the above captioned bankruptcy case. Mr. Murphy no longer holds an interest in the proceedings.

Email address to be removed: lmurphy@honigman.com, effective immediately.

Respectfully Submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Guide Corporation and Lightsource Parent Corporation

Dated: February 27, 2008        By:    /s/ Lawrence J. Murphy
                                Lawrence J. Murphy, Esq. (P47129)
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI 48226
                                Telephone: (313) 465-7488
                                Facsimile: (313) 465-7489
                                Email: lmurphy@honigman.com

DETROIT.3000830.1