TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Hearing Date: 3/11/2008 at 10:00 a.m.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                               :
                                                            :    Jointly Administered
                                            Debtors.        :
                                                            :
------------------------------------------------------------x

# SECOND NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 11530 (ESSEX GROUP INC.)

PLEASE TAKE NOTICE that on August 24, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected Claim number 11530 (the "Proof of Claim") filed by Essex Group Inc. (the "Claimant") pursuant to the Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected on debtors' Books and Records, (D) Untimely Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject to Modification (Docket No. 9151).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With respect To Debtors' Objection to Proof Of Claim No. 11530 (Docket No. 11119) scheduling a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 23, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 11530 (Docket No. 12310), adjourning the Claims Objection Hearing until February 8, 2008.

PLEASE TAKE FURTHER NOTICE that on February 7, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 11530 (Docket No. 12536), adjourning the Claims Objection Hearing until February 29, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **March 11, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines

calculated based on the hearing date shall be calculated based on the March 11, 2008 Claims Objection Hearing Date rather than the original February 29, 2008 date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

        PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
        February 26, 2007

        DELPHI CORPORATION, *et al.*
        By their attorneys,
        TOGUT, SEGAL & SEGAL LLP
        By:

        /s/ Neil Berger
        ALBERT TOGUT (AT-9759)
        NEIL BERGER (NB-3599)
        Members of the Firm
        One Penn Plaza
        New York, New York 10119
        (212) 594-5000