# Exhibit A-1
# (No Objection Filed/Default Treatment)

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 1 | 4 | AK Steel Corporation | AK Steel Corporation<br>Attn Tim Wells 9227 Centre Pointe Dr<br>West Chester, OH 45069 | | N/A | N/A | N/A |
| 2 | 3 | Alcotec Wire Corp | Alcotec Wire Corp<br>PO Box 75583<br>Charlotte, NC 28275-0583 | Alcotec Wire Corp | $23,410.08 | D0550028979 | $13,763.52 |
|   |   |   |   |   |   | D0550028988 | $9,646.56 |
| 3 | 6 | ALFMEIER CZ S R O | ALFMEIER CZ S R O<br>PODNIKATELSKA 16<br>PLZEN, CZ 30100 CZ | N/A | $1,204.25 | D0550074042 | $1,204.25 |
| 4 | 2 | AMERICAN & EFIRD INC EFT | AMERICAN & EFIRD INC EFT<br>22 AMERICAN ST<br>MOUNT HOLLY, NC 28120-2150 | American & Efird c/o Amroc Investments, LLC | $81,030.09 | D0550063149 | $0.00 |
|   |   |   |   |   |   | D0550069132 | $76,271.76 |
|   |   |   |   |   |   | D0550073776 | $4,758.33 |
|   |   |   |   |   |   | D0550077840 | $0.00 |
| 5 | 3 | American Electronic Components Inc | American Electronic Components Inc<br>1101 Lafayette St<br>Elkhart, IN 46516 | American Electronic Components Inc | $0.00 | D0550081286 | $0.00 |
| 6 | 3 | BRADFORD INDUSTRIES not Company | BRADFORD INDUSTRIES not Company<br>1857 MIDDLESEX ST<br>LOWELL, MA 1851 | | $0.00 | D0550063203 | $0.00 |
|   |   |   |   |   |   | D0550063585 | $0.00 |
|   |   |   |   |   |   | D0550065229 | $0.00 |
|   |   |   |   |   |   | D0550070802 | $0.00 |
| 7, 6 |   | Bremen Bearings Inc Eft | Bremen Bearings Inc Eft<br>PO Box 43<br>South Bend, IN 46624 | RBC Precision Products | $0.00 | SAG9013386 | $0.00 |
|   |   |   |   |   |   | SAG9014075 | $0.00 |
| 8 | 3 | Buell Automatics Inc | Buell Automatics Inc<br>381 Buell Rd<br>Rochester, NY 14624-3123 | Buell Automatics Inc | $16,486.07 | D0550006768 | $246.05 |
|   |   |   |   |   |   | D0550006769 | $1,108.00 |
|   |   |   |   |   |   | D0550011678 | $0.00 |
|   |   |   |   |   |   | D0550011679 | $9,731.25 |
|   |   |   |   |   |   | D0550037245 | $5,400.77 |
| 9 | 6 | CAMOPLAST INC EFT | CAMOPLAST INC EFT<br>110 2144 RUE KING 0 STE 110<br>SHERBROOKE, PQ J1J 2E8 CA | Camoplast | $962,978.49 | D0550013761 | $0.00 |
|   |   |   |   |   |   | D0550013762 | $0.00 |
|   |   |   |   |   |   | D0550013763 | $0.00 |
|   |   |   |   |   |   | D0550013764 | $0.00 |
|   |   |   |   |   |   | D0550026575 | $0.00 |
|   |   |   |   |   |   | D0550026582 | $0.00 |
|   |   |   |   |   |   | D0550026587 | $0.00 |
|   |   |   |   |   |   | D0550035287 | $0.00 |
|   |   |   |   |   |   | D0550035325 | $0.00 |
|   |   |   |   |   |   | D0550036402 | $0.00 |
|   |   |   |   |   |   | D0550036404 | $0.00 |
|   |   |   |   |   |   | D0550036566 | $0.00 |
|   |   |   |   |   |   | D0550036568 | $0.00 |
|   |   |   |   |   |   | D0550036571 | $0.00 |
|   |   |   |   |   |   | D0550036575 | $0.00 |
|   |   |   |   |   |   | D0550036577 | $0.00 |
|   |   |   |   |   |   | D0550037172 | $0.00 |
|   |   |   |   |   |   | D0550037173 | $0.00 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit A-1 - No Objection Filed/Default Treatment**

| Original Schedule Number | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|
| | | | | | D0550037462 | $0.00 |
| | | | | | D0550037636 | $0.00 |
| | | | | | D0550037640 | $0.00 |
| | | | | | D0550037642 | $0.00 |
| | | | | | D0550037800 | $0.00 |
| | | | | | D0550038143 | $0.00 |
| | | | | | D0550038364 | $0.00 |
| | | | | | D0550038365 | $0.00 |
| | | | | | D0550048848 | $0.00 |
| | | | | | D0550048898 | $0.00 |
| | | | | | D0550049437 | $0.00 |
| | | | | | D0550049439 | $0.00 |
| | | | | | D0550049448 | $0.00 |
| | | | | | D0550051462 | $0.00 |
| | | | | | D0550055458 | $0.00 |
| | | | | | D0550060374 | $0.00 |
| | | | | | D0550060403 | $0.00 |
| | | | | | D0550072404 | $0.00 |
| | | | | | D0550037803 | $39.78 |
| | | | | | D0550058132 | $2,234.40 |
| | | | | | D0550013765 | $2,453.73 |
| | | | | | D0550059582 | $2,667.81 |
| | | | | | D0550026585 | $2,958.05 |
| | | | | | D0550058134 | $3,350.08 |
| | | | | | D0550049451 | $10,163.68 |
| | | | | | D0550056986 | $10,260.00 |
| | | | | | D0550058039 | $10,718.50 |
| | | | | | D0550026583 | $10,720.60 |
| | | | | | D0550036504 | $11,186.79 |
| | | | | | D0550049442 | $11,793.60 |
| | | | | | D0550049441 | $12,230.40 |
| | | | | | D0550059559 | $12,821.77 |
| | | | | | D0550026576 | $12,826.00 |
| | | | | | D0550056987 | $18,852.75 |
| | | | | | D0550059649 | $19,764.88 |
| | | | | | D0550049445 | $24,662.40 |
| | | | | | D0550026579 | $25,845.60 |
| | | | | | D0550049447 | $26,238.60 |
| | | | | | D0550035324 | $27,024.00 |
| | | | | | D0550049443 | $27,840.32 |
| | | | | | D0550074093 | $32,314.28 |
| | | | | | D0550037464 | $35,261.91 |
| | | | | | D0550037463 | $35,587.64 |
| | | | | | D0550026588 | $37,643.59 |
| | | | | | D0550049435 | $49,765.92 |
| | | | | | D0550056985 | $70,068.56 |
| | | | | | D0550058036 | $76,461.66 |
| | | | | | D0550060401 | $139,885.41 |
| | | | | | D0550078748 | $199,335.78 |
| 10 | CAPSTAN ATLANTIC EFTCAPSTAN INDUSTRIES INC | CAPSTAN ATLANTIC EFTCAPSTAN INDUSTRIES INC 10 CUSHING DR WRENTHAM, MA 2093 | Capstan Atlantic | $480,324.75 | D0550037665 | $23,300.37 |
| | | | | | D0550038420 | $0.00 |
| | | | | | D0550038454 | $35,335.44 |
| | | | | | D0550038485 | $0.00 |
| | | | | | D0550049578 | $153,616.96 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | D0550049579 | $0.00 |
| | | | | | | D0550054692 | $0.00 |
| | | | | | | D0550054693 | $6,363.90 |
| | | | | | | D0550057611 | $0.00 |
| | | | | | | D0550057807 | $0.00 |
| | | | | | | D0550057810 | $0.00 |
| | | | | | | D0550059940 | $4,148.77 |
| | | | | | | D0550072324 | $235,738.73 |
| | | | | | | SAG9015068 | $21,820.58 |
| 11 | 3 | Carius Tool Co Inc | Carius Tool Co Inc 3762 Ridge Rd Cleveland, OH 44144-1125 | Carius Tool Co Inc | $0.00 | D0550007109 | $0.00 |
| | | | | | | D0550007110 | $0.00 |
| 12 | 6 | Carius Tool Co Inc | Carius Tool Co Inc 3762 Ridge Rd Cleveland, OH 44144-1125 | Carius Tool Co Inc | $0.00 | D0550007109 | $0.00 |
| | | | | | | D0550007110 | $0.00 |
| 13 | 3 | Century Mold & Tool Co | Century Mold & Tool Co 855 Touhy Ave Elk Grove Village, IL 60007-4917 | Century Mold & Tool Co | $59,968.18 | 52757 | $15,879.60 |
| | | | | | | 54506 | $11,343.67 |
| | | | | | | 54536 | $9,830.19 |
| | | | | | | 53987 | $7,183.74 |
| | | | | | | 53986 | $6,738.73 |
| | | | | | | 51229 | $4,555.77 |
| | | | | | | 51163 | $1,586.21 |
| | | | | | | 55822 | $1,467.64 |
| | | | | | | 55591 | $463.45 |
| | | | | | | 51165 | $218.93 |
| | | | | | | 55589 | $198.62 |
| | | | | | | 51262 | $167.09 |
| | | | | | | 55592 | $132.42 |
| | | | | | | 51176 | $109.03 |
| | | | | | | 51248 | $93.09 |
| | | | | | | 51167 | $0.00 |
| | | | | | | 51256 | $0.00 |
| | | | | | | 51267 | $0.00 |
| | | | | | | 51275 | $0.00 |
| | | | | | | 53854 | $0.00 |
| | | | | | | 55590 | $0.00 |
| 14 | 2 | CERAMTEC N A EFT | CERAMTEC N A EFT 1 TECHNOLOGY PLACE LAURENS, SC 29360 | Ceramtec North America | $178,198.56 | D0550025651 | $43,590.06 |
| | | | | | | D0550044098 | $24,192.00 |
| | | | | | | D0550052731 | $93,600.00 |
| | | | | | | D0550059869 | $16,816.50 |
| | | | | | | D0550079777 | $0.00 |
| 15 | 3 | Certified Tool & MFG of KY | Certified Tool & MFG of KY Longacre Fund Management LLC 810 Seventh Ave 22nd Fl New York, NY 10019 | Certified Tool & MFG of KY | $30,985.40 | D0550061164 | $447.20 |
| | | | | | | D0550063615 | $20,090.60 |
| | | | | | | D0550070658 | $10,447.60 |
| 16 | 3 | Component Plastics | Component Plastics 700 Tollgate Rd Elgin, IL 60123-9369 | Component Plastics | $839.45 | 51938 | $840.00 |
| | | | | | | 51873 | $0.00 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | 51949 | $0.00 |
| | | | | | | 51939 | -$0.55 |
| 17 | 3 | Coorstek Inc | Coorstek Inc<br>PO Box 101602<br>Atlanta, GA 30392 | Coorstek Inc | $19,476.00 | D0550039049 | $0.00 |
| | | | | | | D0550039411 | $0.00 |
| | | | | | | D0550039477 | $0.00 |
| | | | | | | D0550039621 | $0.00 |
| | | | | | | D0550039860 | $0.00 |
| | | | | | | D0550040292 | $0.00 |
| | | | | | | D0550041119 | $0.00 |
| | | | | | | D0550041372 | $0.00 |
| | | | | | | D0550042504 | $0.00 |
| | | | | | | D0550044056 | $7,848.00 |
| | | | | | | D0550044082 | $0.00 |
| | | | | | | D0550044231 | $0.00 |
| | | | | | | D0550044426 | $0.00 |
| | | | | | | D0550044637 | $0.00 |
| | | | | | | D0550044768 | $0.00 |
| | | | | | | D0550045055 | $6,300.00 |
| | | | | | | D0550046333 | $5,328.00 |
| | | | | | | D0550046349 | $0.00 |
| | | | | | | D0550046385 | $0.00 |
| | | | | | | D0550046722 | $0.00 |
| | | | | | | D0550046901 | $0.00 |
| | | | | | | D0550049761 | $0.00 |
| 18 | 2 | CWA MANUFACTURING CO EFT | CWA MANUFACTURING CO EFT<br>7406 N DORT HWY<br>MOUNT MORRIS, MI 48458 | CWA Mfg. c/o Amroc Investments, LLC | $71,648.20 | D0550012012 | $0.00 |
| | | | | | | D0550012015 | $0.00 |
| | | | | | | D0550012019 | $0.00 |
| | | | | | | D0550012021 | $0.00 |
| | | | | | | D0550012022 | $1,285.50 |
| | | | | | | D0550012024 | $3,047.60 |
| | | | | | | D0550012026 | $338.60 |
| | | | | | | D0550012028 | $29,737.80 |
| | | | | | | D0550012030 | $28,857.60 |
| | | | | | | D0550012032 | $4,383.40 |
| | | | | | | D0550012034 | $0.00 |
| | | | | | | D0550012036 | $1,136.70 |
| | | | | | | D0550012038 | $0.00 |
| | | | | | | D0550012046 | $0.00 |
| | | | | | | D0550015118 | $0.00 |
| | | | | | | D0550015119 | $0.00 |
| | | | | | | D0550015222 | $1,781.00 |
| | | | | | | D0550015234 | $0.00 |
| | | | | | | D0550015235 | $0.00 |
| | | | | | | D0550015236 | $0.00 |
| | | | | | | D0550015238 | $0.00 |
| | | | | | | D0550015468 | $0.00 |
| | | | | | | D0550015780 | $1,080.00 |
| | | | | | | D0550025907 | $0.00 |
| | | | | | | D0550025908 | $0.00 |
| | | | | | | D0550075401 | $0.00 |
| | | | | | | D0550076213 | $0.00 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | D0550076968 | $0.00 |
| 19 | 6 | DAISHINKU AMERICA CORP | DAISHINKU AMERICA CORP<br>1935 DAVIS LANE<br>MARIETTA, GA 30067-9221 | Daishinku America Corp d/b/a KDS America | $0.00 | D0550014268 | $0.00 |
| 20 | 5 | DGC-Plastic Molding Inc | DGC-Plastic Molding Inc<br>19 McCreary Ridge Rd<br>East Enterprise, IN 47019 U.S.A. | N/A | $0.00 | D0550028628 | $0.00 |
| 21 | 2 | EATON INDUSTRIES S DE RL DE CV | EATON INDUSTRIES S DE RL DE CV<br>3985 W HAMLIN RD<br>ROCHESTER HILLS, MI 48309 | Eaton Corporation S DE RL DE CV | $0.00 | D0550057433 | $0.00 |
| 22 | 2 | ECS MAGNET ENGINEERING GMBH | ECS MAGNET ENGINEERING GMBH<br>HARKORTSTR 60<br>ESSEN, NW 45145 DE | ECS Magnet Engineering GMBH | $56,459.98 | D0550006651<br>D0550006652 | $41,206.31<br>$15,253.67 |
| 23 | 6 | ELEKTRISOLA SA DE CV EFT | ELEKTRISOLA SA DE CV EFT<br>PERIFERICO M GOMEZ MORIN 1800<br>CUAUHTEMOC, CHI 31500 MX | Elektrisola S.A. de C.V. | $9,670.78 | D0550069808 | $9,670.78 |
| 24 | 1, 3 | ELRAE INDUSTRIES INC EFT | ELRAE INDUSTRIES INC EFT<br>11035 WALDEN AVE<br>ALDEN, NY 14004-9616 | Elrae Industries Inc EFT | $2,398.08 | D0550027495<br>D0550027496<br>D0550027497<br>D0550027498<br>D0550027499<br>D0550027500<br>D0550027501<br>D0550027502<br>D0550027503 | $2,398.08<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| 25 | 3 | Engineered Plastic Components | Engineered Plastic Components<br>53150 N Main St<br>Mattawan, MI 49071-9324 | Engineered Plastic Components | $8,182.72 | 49833<br>49832<br>47432<br>54838 | $7,291.43<br>$917.31<br>$0.00<br>-$26.02 |
| 26 | 6 | FAHRZEUGELEKTRIK PIRNA GMBH | FAHRZEUGELEKTRIK PIRNA GMBH<br>HUGO KUTTNER STRABE 8<br>PIRNA, DE 1796 DE | FEP Fahrzeugelektrik Pirna Gmbh | $0.00 | PEDP5860099 | $0.00 |
| 27 | 1, 4 | Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of A-1 Fire Extinguisher Co | N/A | N/A | N/A |
| 28 | 1, 4 | Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Advanced Power Designs Inc | N/A | N/A | N/A |
| 29 | 1, 4 | Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Advanced Technology Services Inc | N/A | N/A | N/A |
| 30 | 1, 4 | Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Anderson City Utilities Inc | N/A | N/A | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 31 | 1, 4 | Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Bama Urgent Medicine Inc | N/A | N/A | N/A |
| 32 | 1, 4 | Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Batson Machining & Lubrication | N/A | N/A | N/A |
| 33 | 1, 4 | Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Bomar Pneumatics Inc Eft | N/A | N/A | N/A |
| 34 | 1, 4 | Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Brohl & Appell Inc | N/A | N/A | N/A |
| 35 | 1, 4 | Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Carpenter Ind Supply Co Inc | N/A | N/A | N/A |
| 36 | 1, 4 | Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | Fair Harbor Capital LLC as Assignee of CCVI Bearing Co<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of CCVI Bearing Co | N/A | N/A | N/A |
| 37 | 1, 4 | Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of CJ Reddi Serv Inc | N/A | N/A | N/A |
| 38 | 1, 4 | Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Cleveland Valve and Guage | N/A | N/A | N/A |
| 39 | 1, 4 | Fair Harbor Capital LLC as Assignee of Cool Zone | Fair Harbor Capital LLC as Assignee of Cool Zone<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Cool Zone | N/A | N/A | N/A |
| 40 | 1, 4 | Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | Fair Harbor Capital LLC as Assignee of D.A. Stuart Co<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of D.A. Stuart Co | N/A | N/A | N/A |
| 41 | 1, 4 | Fair Harbor Capital LLC as Assignee of Davis Express | Fair Harbor Capital LLC as Assignee of Davis Express<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Davis Express | N/A | N/A | N/A |
| 42 | 1, 4 | Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Dek International GMBH Inc | N/A | N/A | N/A |
| 43 | 1, 4 | Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Dispensers Optical Service Eft Corp | N/A | N/A | N/A |
| 44 | 1, 3 | Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Dynalene Heat Transfer Fluids | $296.38 | D0550071164 | $296.38 |
| 45 | 1, 4 | Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Ex Tech Plastics Inc | N/A | N/A | N/A |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 46 | 1, 4 | Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Field Rubber Products Inc | N/A | N/A | N/A |
| 47 | 1, 4 | Fair Harbor Capital LLC as Assignee of GDC Inc | Fair Harbor Capital LLC as Assignee of GDC Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of GDC Inc | $8,417.84 | D0550006843 | $5,103.00 |
|  |  |  |  |  |  | D0550011999 | $0.00 |
|  |  |  |  |  |  | D0550012001 | $0.00 |
|  |  |  |  |  |  | D0550012003 | $0.00 |
|  |  |  |  |  |  | D0550012005 | $466.56 |
|  |  |  |  |  |  | D0550012007 | $0.00 |
|  |  |  |  |  |  | D0550024311 | $2,848.28 |
| 48 | 1, 4 | Fair Harbor Capital LLC as Assignee of Grading Services | Fair Harbor Capital LLC as Assignee of Grading Services<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Grading Services | N/A | N/A | N/A |
| 49 | 1, 4 | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Grinnell Industrial Systems LLC | N/A | N/A | N/A |
| 50 | 1, 4 | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Gutierrez McMullen Inc | N/A | N/A | N/A |
| 51 | 1, 4 | Fair Harbor Capital LLC as Assignee of Ice Miller | Fair Harbor Capital LLC as Assignee of Ice Miller<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Ice Miller | N/A | N/A | N/A |
| 52 | 1, 4 | Fair Harbor Capital LLC as Assignee of Industrial Steel | Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Industrial Steel Treating Co | N/A | N/A | N/A |
| 53 | 1, 4 | Fair Harbor Capital LLC as Assignee of Inframat Corp | Fair Harbor Capital LLC as Assignee of Inframat Corp<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Inframat Corp | N/A | N/A | N/A |
| 54 | 1, 3 | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Eft | $0.00 | D0550006835 | $0.00 |
| 55 |  | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | $12,731.07 | 47364 | $3,975.00 |
|  |  |  |  |  |  | 47365 | $2,880.00 |
|  |  |  |  |  |  | 47359 | $2,219.25 |
|  |  |  |  |  |  | 53713 | $1,621.60 |
|  |  |  |  |  |  | 47403 | $1,095.00 |
|  |  |  |  |  |  | 45845 | $626.22 |
|  |  |  |  |  |  | 52423 | $314.00 |
| 56 | 1, 4 | Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | Fair Harbor Capital LLC as Assignee of Kauloosa Solutions<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Kauloosa Solutions | N/A | N/A | N/A |
| 57 | 1, 4 | Fair Harbor Capital LLC as Assignee of Lego Education | Fair Harbor Capital LLC as Assignee of Lego Education<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Lego Education | N/A | N/A | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 58 | 1, 4 | Fair Harbor Capital LLC as Assignee of Lumbee Enterprises | Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Lumbee Enterprises Inc | N/A | N/A | N/A |
| 59 | 1, 4 | Fair Harbor Capital LLC as Assignee of Mayfair Plastics | Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Mayfair Plastics Inc | N/A | N/A | N/A |
| 60 | 1, 4 | Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of McNamee Industrial / Services Inc | N/A | N/A | N/A |
| 61 | 1, 4 | Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Meier Supply Co Inc | N/A | N/A | N/A |
| 62 | 1, 4 | Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Mid South Metallurgical Inc | N/A | N/A | N/A |
| 63 | 1, 4 | Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Mid West Wire Products Inc | N/A | N/A | N/A |
| 64 | 1, 4 | Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of MITM Corp/DBA Peosta Cleaning Sys | N/A | N/A | N/A |
| 65 | 1, 4 | Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Moffatt Thomas Barrett Rock & Fields Chtd | N/A | N/A | N/A |
| 66 | 1, 4 | Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Mosey Mft Co Inc | N/A | N/A | N/A |
| 67 | 1, 4 | Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | Fair Harbor Capital LLC as Assignee of Onyx Environmental Services 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Onyx Environmental Services | N/A | N/A | N/A |
| 68 | 1, 3 | Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Pesa Labeling Systems Corp | $102.90 | 47183 | $102.90 |
| 69 | 1, 4 | Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Pex N.A. Ltd | N/A | N/A | N/A |
| 70 | 1, 4 | Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | Fair Harbor Capital LLC as Assignee of Polytec Pi Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Polytec Pi Inc | N/A | N/A | N/A |
| 72 | 1, 4 | Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Pontiac Letter Shop Inc | N/A | N/A | N/A |
| 73 | 1, 4 | Fair Harbor Capital LLC as Assignee of Power Drives Inc | Fair Harbor Capital LLC as Assignee of Power Drives Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Power Drives Inc | N/A | N/A | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 74 | 1, 4 | Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | Fair Harbor Capital LLC as Assignee of Prein & Newhof PC 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Prein & Newhof PC | N/A | N/A | N/A |
| 75 | 1, 4 | Fair Harbor Capital LLC as Assignee of Project Management Solutions | Fair Harbor Capital LLC as Assignee of Project Management Solutions 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Project Management Solutions | N/A | N/A | N/A |
| 76 | 1, 4 | Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Proven Prodcuts & Services Inc | N/A | N/A | N/A |
| 77 | 1, 4 | Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | Fair Harbor Capital LLC as Assignee of Pumping Systems Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Pumping Systems Inc | N/A | N/A | N/A |
| 78 | 1, 4 | Fair Harbor Capital LLC as Assignee of QHG of Gadsen | Fair Harbor Capital LLC as Assignee of QHG of Gadsen 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of QHG of Gadsen | N/A | N/A | N/A |
| 79 | 1, 3 | Fair Harbor Capital LLC as Assignee of RayConnect Inc | Fair Harbor Capital LLC as Assignee of RayConnect Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of RayConnect Inc | $1,706.00 | D0550069244 | $896.00 |
|  |  |  |  |  |  | D0550069245 | $810.00 |
| 80 | 1, 4 | Fair Harbor Capital LLC as Assignee of Resin Services Inc | Fair Harbor Capital LLC as Assignee of Resin Services Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Resin Services Inc | N/A | N/A | N/A |
| 81 | 1, 4 | Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | Fair Harbor Capital LLC as Assignee of Rose Exterminator Co 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Rose Exterminator Co | N/A | N/A | N/A |
| 82 | 1, 3 | Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | Fair Harbor Capital LLC as Assignee of Rowley Spring Corp 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Rowley Spring Corp | $18,809.65 | 52016 | $7,296.00 |
|  |  |  |  |  |  | 51963 | $2,552.00 |
|  |  |  |  |  |  | 52048 | $1,972.80 |
|  |  |  |  |  |  | 52032 | $1,444.00 |
|  |  |  |  |  |  | 52059 | $1,178.40 |
|  |  |  |  |  |  | 52057 | $888.50 |
|  |  |  |  |  |  | 52051 | $657.60 |
|  |  |  |  |  |  | 52053 | $589.55 |
|  |  |  |  |  |  | 52049 | $513.00 |
|  |  |  |  |  |  | 52030 | $507.00 |
|  |  |  |  |  |  | 52055 | $380.00 |
|  |  |  |  |  |  | 52050 | $344.00 |
|  |  |  |  |  |  | 52043 | $261.50 |
|  |  |  |  |  |  | 52052 | $225.30 |
|  |  |  |  |  |  | 51967 | $0.00 |
|  |  |  |  |  |  | 51978 | $0.00 |
|  |  |  |  |  |  | 51980 | $0.00 |
|  |  |  |  |  |  | 51982 | $0.00 |
|  |  |  |  |  |  | 52011 | $0.00 |
| 83 | 1, 4 | Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | Fair Harbor Capital LLC as Assignee of Runton Engineering Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Runton Engineering Inc | N/A | N/A | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 84 | 4 | Fair Harbor Capital LLC as Assignee of Saginaw Valley State University | Fair Harbor Capital LLC as Assignee of Saginaw Valley State University 875 Avenue of the Americas Ste 2305 New York, NY 10001 | | N/A | N/A | N/A |
| 85 | 1, 4 | Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Sandusky Electric Inc | N/A | N/A | N/A |
| 86 | 1, 4 | Fair Harbor Capital LLC as Assignee of Sava Industries Inc | Fair Harbor Capital LLC as Assignee of Sava Industries Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Sava Industries Inc | N/A | N/A | N/A |
| 87 | 1, 4 | Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Sealy RG Valley Building LP | N/A | N/A | N/A |
| 88 | 1, 4 | Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Sensor Scientific Inc | N/A | N/A | N/A |
| 89 | 1, 4 | Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Sonics & Materials Inc | N/A | N/A | N/A |
| 90 | 1, 4 | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc | N/A | N/A | N/A |
| 91 | 1, 4 | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Specialty Heat Treating Co Inc (2) | N/A | N/A | N/A |
| 92 | 1, 4 | Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Stemen Ronald dba G T & R Sales & Serv | N/A | N/A | N/A |
| 93 | 1, 4 | Fair Harbor Capital LLC as Assignee of Stericycle Inc | Fair Harbor Capital LLC as Assignee of Stericycle Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Stericycle Inc | N/A | N/A | N/A |
| 94 | 1, 4 | Fair Harbor Capital LLC as Assignee of The George Whalley Company | Fair Harbor Capital LLC as Assignee of The George Whalley Company 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of The George Whalley Company | N/A | N/A | N/A |
| 95 | 1, 4 | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Tift General Hospital dba Work Smart | N/A | N/A | N/A |
| 96 | 1, 4 | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Twigs Auxilliary of the Childrens | N/A | N/A | N/A |
| 97 | 1, 4 | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Vanguard Fire and Supply | N/A | N/A | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 98 | 6 | FLOFORM LTD | FLOFORM LTD<br>HENFAES LN<br>WELSHPOOL POWYS, GB SY21 7BJ GB | FloForm Ltd | $0.00 | D0550015151 | $0.00 |
| | | | | | | D0550015152 | $0.00 |
| | | | | | | D0550015153 | $0.00 |
| | | | | | | D0550015175 | $0.00 |
| | | | | | | D0550015177 | $0.00 |
| | | | | | | D0550015182 | $0.00 |
| | | | | | | D0550015189 | $0.00 |
| | | | | | | D0550015190 | $0.00 |
| | | | | | | D0550015192 | $0.00 |
| | | | | | | D0550015194 | $0.00 |
| | | | | | | D0550015195 | $0.00 |
| | | | | | | D0550015197 | $0.00 |
| | | | | | | D0550015198 | $0.00 |
| | | | | | | D0550015199 | $0.00 |
| | | | | | | D0550015200 | $0.00 |
| | | | | | | D0550015201 | $0.00 |
| | | | | | | D0550015203 | $0.00 |
| | | | | | | D0550015204 | $0.00 |
| | | | | | | D0550015205 | $0.00 |
| | | | | | | D0550053159 | $0.00 |
| | | | | | | D0550124809 | $0.00 |
| | | | | | | D0550076310 | $0.00 |
| 99 | 3 | GE Thermometrics | GE Thermometrics<br>967 Windfall Rd<br>St Marys, PA 15857-3333 | GE Thermometrics | $203,924.29 | D0550016287 | $76,800.00 |
| | | | | | | D0550057543 | $16,617.60 |
| | | | | | | D0550057544 | $12,896.00 |
| | | | | | | D0550057546 | $3,515.56 |
| | | | | | | D0550057548 | $844.00 |
| | | | | | | D0550069235 | $2,136.00 |
| | | | | | | D0550077232 | $33,465.60 |
| | | | | | | D0550077233 | $57,649.53 |
| 100 | 3 | Gemini Plastics Inc | Gemini Plastics Inc<br>4385 Garfield St<br>Ubly, MI 48475 | Gemini Plastics Inc | $20,078.17 | D0550055077 | $7,111.77 |
| | | | | | | D0550063015 | $5,845.97 |
| | | | | | | D0550063153 | $0.00 |
| | | | | | | D0550063168 | $75.09 |
| | | | | | | D0550065771 | $0.00 |
| | | | | | | D0550074385 | $6,604.63 |
| | | | | | | D0550079077 | $289.26 |
| | | | | | | SAG9010332 | $151.45 |
| 101 | 3 | GKN Sinter Metals Inc | GKN Sinter Metals Inc<br>112 Harding St<br>Worcester, MA 01604-5020 | GKN Sinter Metals Inc | $118,887.15 | D0550006645 | $530.56 |
| | | | | | | D0550052145 | $0.00 |
| | | | | | | D0550058572 | $168.00 |
| | | | | | | D0550062423 | $0.00 |
| | | | | | | SAG9013466 | $58,295.72 |
| | | | | | | SAG9013467 | $13,773.42 |
| | | | | | | SAG9013748 | $23,676.24 |
| | | | | | | SAG9014826 | $2,129.90 |
| | | | | | | SAG9015080 | $20,313.31 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | SAG9015234 | $0.00 |
| 102 | 3 | Grand Traverse Stamping | Grand Traverse Stamping<br>2707 Aero Park Dr<br>Traverse City, MI 49686 | Grand Traverse Stamping | $1,624.00 | 41267 | $1,624.00 |
| 103 | 3 | Ideal Products LLC | Ideal Products LLC<br>158 Pinesbridge Rd<br>Beacon Falls, CT 06403 | Ideal Products LLC | $24,437.18 | D0550006723 | $482.35 |
| | | | | | | D0550006724 | $332.95 |
| | | | | | | D0550006725 | $354.92 |
| | | | | | | D0550006726 | $427.70 |
| | | | | | | D0550006727 | $18,938.25 |
| | | | | | | D0550006728 | $2,231.46 |
| | | | | | | D0550006729 | $425.00 |
| | | | | | | D0550006730 | $215.15 |
| | | | | | | D0550009621 | $216.70 |
| | | | | | | D0550009625 | $0.00 |
| | | | | | | D0550074383 | $812.70 |
| 104 | 6 | M & R INDUSTRIAL SERVICES LTD | M & R INDUSTRIAL SERVICES LTD<br>6420 TOWNSEND LINE<br>FOREST, ON N0N 1J0 CA | M & R Industrial Services Ltd | $234.77 | SAG9013957 | $234.77 |
| 105 | 6 | MENDIGUREN Y ZARRAUA S A | MENDIGUREN Y ZARRAUA S A<br>POLIGONO INDUSTRIAL EITUA 38<br>BERRIZ, 48240 ES | Mendiguren Y Zarraua S A | $9,640.96 | SAG9014847 | $9,640.96 |
| 106 | 3 | Metal Flow Corp | Metal Flow Corp<br>11694 James St<br>Holland, MI 49424 | Metal Flow Corp | $262,923.52 | D0550004637 | $0.00 |
| | | | | | | D0550004849 | $0.00 |
| | | | | | | D0550005504 | $6,128.73 |
| | | | | | | D0550006213 | $1,708.97 |
| | | | | | | D0550007187 | $0.00 |
| | | | | | | D0550007188 | $0.00 |
| | | | | | | D0550007189 | $0.00 |
| | | | | | | D0550007190 | $0.00 |
| | | | | | | D0550007191 | $0.00 |
| | | | | | | D0550007192 | $0.00 |
| | | | | | | D0550007193 | $6,781.33 |
| | | | | | | D0550007195 | $8,973.21 |
| | | | | | | D0550007196 | $0.00 |
| | | | | | | D0550009985 | $0.00 |
| | | | | | | D0550013281 | $960.04 |
| | | | | | | D0550013284 | $0.00 |
| | | | | | | D0550013285 | $0.00 |
| | | | | | | D0550013286 | $0.00 |
| | | | | | | D0550015524 | $4,080.05 |
| | | | | | | D0550015569 | $20,453.03 |
| | | | | | | D0550015825 | $16,787.49 |
| | | | | | | D0550016141 | $0.00 |
| | | | | | | D0550024352 | $27,424.54 |
| | | | | | | D0550024798 | $18,998.93 |
| | | | | | | D0550025115 | $4,603.38 |
| | | | | | | D0550025592 | $0.00 |
| | | | | | | D0550037345 | $0.00 |
| | | | | | | D0550075759 | $0.00 |
| | | | | | | D0550075760 | $142.76 |
| | | | | | | PEDP4120065 | $0.00 |
| | | | | | | PEDP4120066 | $145,881.06 |

05-44481-rdd    Doc 12899-1    Filed 02/27/08    Entered 02/27/08 17:48:12    Exhibit A
Pg 14 of 17

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 107 | 6 | MIDWEST STAMPING & MFG CO EFT | MIDWEST STAMPING & MFG CO EFT<br>3455 BRIARFIELD BLVD STE A<br>MAUMEE, OH 43537 | Midwest Stamping | $185,797.88 | SAG9015440<br>D0550056547<br>D0550059123<br>D0550059205<br>SAG9015410 | $0.00<br>$74,536.50<br>$0.00<br>$153.18<br>$111,108.20 |
| 108 | 3 | MNP Corporation | MNP Corporation<br>44225 Utica Rd<br>Utica, MI 48317 | MNP Corporation | $668.75 | D0550036518<br>SAG9014743 | $445.19<br>$223.56 |
| 109 | 3 | National Molding Corp | National Molding Corp<br>5 Dubon Ct<br>Farmingdale, NY 11735-1007 | National Molding Corp | $27,783.98 | D0450164216<br>D0550042377<br>SAG9010734<br>SAG9015007<br>SAG9015549<br>SAG9015573<br>SAG9015590 | $0.00<br>$0.00<br>-$3,580.71<br>$21,466.61<br>$3,626.20<br>$5,749.88<br>$522.00 |
| 110 | 3 | Nichia America Corporation | Nichia America Corporation<br>48561 Alpha Dr<br>Wixom, MI 48393-3443 | Nichia America Corporation | $30,630.00 | D0550070537<br>D0550070642<br>D0550072700<br>D0550076556 | $10,800.00<br>$17,880.00<br>$0.00<br>$1,950.00 |
| 111 | 3 | Promotech Kunststoff - V Metallverarbeitungsges MBH | Promotech Kunststoff - V Metallverarbeitungsges MBH<br>Unterlochen 44<br>Schatchen, 5231 | Promotech Kunststoff - V Metallverarbeitungsges MBH | $14,192.34 | D0550043208<br>D0550043413<br>D0550045679<br>D0550077879<br>D0550078972 | $3,814.56<br>$6,855.57<br>$3,522.21<br>$0.00<br>$0.00 |
| 112 | 6 | R & L SPRING COMPANY EFT | R & L SPRING COMPANY EFT<br>1097 GENEVA PKY<br>LAKE GENEVA, WI 53147 | R & L Spring Co | $15,282.00 | SAG9011704 | $15,282.00 |
| 113 | 3 | Rayconnect Inc | Fair Harbor Capital LLC as Assignee of RayConnect Inc<br>875 Avenue of the Americas Ste 2305<br>New York, NY 10001 | Fair Harbor Capital LLC as Assignee of RayConnect Inc | $1,706.00 | D0550069244<br>D0550069245 | $896.00<br>$810.00 |
| 114 | 3 | Regency Plastics Ubly | Regency Plastics Ubly<br>4147 N Ubly Rd<br>Ubly, MI 48475 | Regency Plastics Ubly | $0.00 | D0550014224 | $0.00 |
| 115 | 3 | RF Micro Devices Inc | RF Micro Devices Inc<br>2715 S Albright Rd<br>Kokomo, IN 46902 | RF Micro Devices Inc | $137,156.22 | D0550044263<br>D0550045021<br>D0550045221<br>D0550071197 | $71,684.91<br>$34,017.29<br>$31,454.02<br>$0.00 |
| 116 | 3 | Riko Co Ltd | Riko Co Ltd<br>No 2 52 Higashi 2 Chome 2 2 52 Nakanochohigashi<br>Tondabayashi, Osaka 5840022 JP | Riko Co Ltd | $11,520.00 | D0550015659<br>D0550036302 | $0.00<br>$11,520.00 |
| 117 | 6 | SEMBLEX CORPORATION | SEMBLEX CORPORATION<br>199 W DIVERSEY<br>ELMHURST, IL 60126 | Semblex Corporation | $0.00 | 56311 | $0.00 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit A-1 - No Objection Filed/Default Treatment**

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 118 | 6 | SEMBLEX CORPORATION EFT | SEMBLEX CORPORATION EFT 199 W DIVERSEY ELMHURST, IL 60126-1162 | Semblex Corporation | $696.93 | D0550027620 | $0.00 |
| | | | | | | D0550027623 | $0.00 |
| | | | | | | D0550037578 | $0.00 |
| | | | | | | D0550079101 | $0.00 |
| | | | | | | SAG9015479 | $0.33 |
| | | | | | | D0550027628 | $216.60 |
| | | | | | | D0550027621 | $480.00 |
| | | | | | | D0550027627 | |
| 119 | 6 | SHIVELY BROS INC EFT | SHIVELY BROS INC EFT 2919 S GRAND TRAVERSE ST FLINT, MI 48507-2260 | Shively Bros Inc | $1,415.20 | SAG9012633 | $1,415.20 |
| 120 | 1, 3 | Sierra Liquidity Fund as Assignee of Black River Manufacturing EFT | Sierra Liquidity Fund as Assignee of Black River Manufacturing EFT Attn James S Riley 2699 White Rd Ste 255 Irvine, CA 92614 | Black River Manufacturing EFT | $4,985.50 | SAG9013465 | $4,985.50 |
| 121 | 1, 3 | Sierra Liquidity Fund as Assignee of Elrae Industries Inc EFT | ELRAE INDUSTRIES INC EFT 11035 WALDEN AVE ALDEN, NY 14004-9616 | Elrae Industries Inc EFT | $2,398.08 | D0550027495 | $2,398.08 |
| | | | | | | D0550027496 | $0.00 |
| | | | | | | D0550027497 | $0.00 |
| | | | | | | D0550027498 | $0.00 |
| | | | | | | D0550027499 | $0.00 |
| | | | | | | D0550027500 | $0.00 |
| | | | | | | D0550027501 | $0.00 |
| | | | | | | D0550027502 | $0.00 |
| | | | | | | D0550027503 | $0.00 |
| 122 | 1, 3 | Sierra Liquidity Fund as Assignee of Endura Plastics Inc EFT | Sierra Liquidity Fund as Assignee of Endura Plastics Inc EFT Attn James S Riley 2699 White Rd Ste 255 Irvine, CA 92614 | Endura Plastics Inc EFT | $5,850.75 | D0550040367 | $5,850.75 |
| 123 | 1, 3 | Sierra Liquidity Fund as Assignee of Mocap Inc EFT | Sierra Liquidity Fund as Assignee of Mocap Inc EFT Attn James S Riley 2699 White Rd Ste 255 Irvine, CA 92614 | Mocap Inc Eft | $271.25 | SAG9012076 | $271.25 |
| 124 | 1, 3 | Sierra Liquidity Fund as Assignee of Sofanou Inc of Texas | Sierra Liquidity Fund as Assignee of Sofanou Inc of Texas Attn James S Riley 2699 White Rd Ste 255 Irvine, CA 92614 | Sofanou Inc of Texas | $1,383.60 | 40643 | $956.00 |
| | | | | | | 53708 | $427.60 |
| 125 | 1, 3 | Sierra Liquidity Fund as Assignee of Springco Metal Coatings Inc | Sierra Liquidity Fund as Assignee of Springco Metal Coatings Inc Attn James S Riley 2699 White Rd Ste 255 Irvine, CA 92614 | Springco Metal Coatings Inc | $5,965.17 | D0550024501 | $2,358.77 |
| | | | | | | D0550057259 | $3,606.40 |
| 126 | 3 | Sinclair & Rush Inc | Sinclair & Rush Inc 123 Manufacturers Dr Arnold, MO 63010 | Sinclair & Rush Inc | $22,242.52 | D0550026623 | $0.00 |
| | | | | | | D0550028363 | $0.00 |
| | | | | | | D0550028364 | $0.00 |
| | | | | | | D0550028365 | $0.00 |
| | | | | | | D0550028366 | $62.60 |
| | | | | | | D0550028367 | $535.68 |
| | | | | | | D0550028368 | $89.42 |
| | | | | | | D0550028369 | $0.00 |
| | | | | | | D0550028370 | $0.00 |
| | | | | | | D0550028371 | $198.00 |

| In re: Delphi Corporation, et al. | | | Non-Conforming Cure Notice Order | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case No. 05-44481 (RDD) | | | | | | | | |
| Exhibit A-1 - No Objection Filed/Default Treatment | | | | | | | | |
| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
| | | | | | | D0550028372 | $85.18 |
| | | | | | | D0550028373 | $0.00 |
| | | | | | | D0550028374 | $0.00 |
| | | | | | | D0550028375 | $0.00 |
| | | | | | | D0550028376 | $0.00 |
| | | | | | | D0550028377 | $0.00 |
| | | | | | | D0550028477 | $3,579.52 |
| | | | | | | D0550028478 | $0.00 |
| | | | | | | D0550028479 | $0.00 |
| | | | | | | D0550028495 | $6,594.74 |
| | | | | | | D0550035271 | $838.20 |
| | | | | | | D0550074608 | $8,426.88 |
| | | | | | | SAG9010475 | $1,832.30 |
| 127 | 6 | SP DIV NMC LLC EFT | SP DIV NMC LLC EFT
14427 NW 60TH AVE
MIAMI LAKES, FL 33014 | SP Div NMC LLC | $10,896.13 | D0550072589 | $450.48 |
| | | | | | | D0550077428 | $2,202.49 |
| | | | | | | D0550078162 | $0.00 |
| | | | | | | D0550080227 | $5,786.30 |
| | | | | | | SAG9014961 | $663.46 |
| | | | | | | SAG9015001 | $1,793.40 |
| | | | | | | SAG9015401 | |
| 128 | 2 | SUMMERHILL TECHNOLOGY CORP | SUMMERHILL TECHNOLOGY CORP
10010 PIONEER BLVD STE 103
SANTA FE SPRINGS, CA 90670 | | $1,375.00 | D0550013849 | $1,375.00 |
| 129 | 6 | SUMMERHILL TECHNOLOGY CORP | SUMMERHILL TECHNOLOGY CORP
10010 PIONEER BLVD STE 103
SANTA FE SPRINGS, CA 90670 | | 0 | D0550013849 | $1,375.00 |
| 130 | 3 | Tollman Spring Co Inc | Tollman Spring Co Inc
Technology Park 91 Enterprise Dr
Bristol, CT 06010-7472 | Tollman Spring Co Inc | $7,798.34 | 52431 | $4,057.42 |
| | | | | | | 48190 | $1,111.50 |
| | | | | | | 52429 | $900.00 |
| | | | | | | 49795 | $820.00 |
| | | | | | | 50767 | $700.00 |
| | | | | | | 48191 | $209.42 |
| 131 | 2 | WAMCO INC EFT | WAMCO INC EFT
11555 COLEY RIVER CIRCLE STE A
FOUNTAIN VALLEY, CA 92708 | Wamco c/o Amroc Investments LLC | $2,019,184.94 | D0550039044 | $21,538.00 |
| | | | | | | D0550040540 | $496,575.00 |
| | | | | | | D0550041266 | $338,275.14 |
| | | | | | | D0550042566 | $8,656.00 |
| | | | | | | D0550042601 | $0.00 |
| | | | | | | D0550044289 | $1,302.00 |
| | | | | | | D0550045379 | $584,657.00 |
| | | | | | | D0550046644 | $2,120.20 |
| | | | | | | D0550046646 | $10,900.00 |
| | | | | | | D0550047073 | $4,600.00 |
| | | | | | | D0550070526 | $8,575.80 |
| | | | | | | D0550072650 | $432,737.80 |
| | | | | | | D0550074262 | $80,160.00 |
| | | | | | | D0550075308 | $0.00 |
| | | | | | | D0550077643 | $12,117.00 |
| | | | | | | D0550077978 | $4,035.00 |
| | | | | | | D0550078058 | $12,936.00 |
| | | | | | | D0550078979 | $0.00 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-1 - No Objection Filed/Default Treatment

| Number | Original Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 132 | 3 | West dba Intercall | West dba Intercall<br>11808 Miracle Hills Dr<br>Omaha, NE 68154 | West dba Intercall | $118,344.40 | DWR05691 | $44,360.77 |
| | | | | | | DWR05959 | $0.00 |
| | | | | | | FDR28182 | $14,355.72 |
| | | | | | | FDR28183 | $516.63 |
| | | | | | | FDR28195 | $138.55 |
| | | | | | | FDR28213 | $3.85 |
| | | | | | | FDR28239 | $1,301.39 |
| | | | | | | FDR28240 | $354.13 |
| | | | | | | S2S41093 | $57,313.36 |
| 133 | 3 | Wiegel Tool Works Inc | Wiegel Tool Works Inc<br>935 N Central Ave<br>Wood Dale, IL 60191 | Wiegel Tool Works Inc | $89,275.20 | 55522 | $67,240.02 |
| | | | | | | 55540 | $11,642.59 |
| | | | | | | 55524 | $4,915.92 |
| | | | | | | 55525 | $3,827.28 |
| | | | | | | 54744 | $1,358.60 |
| | | | | | | 55534 | $290.79 |
| | | | | | | 53925 | $0.00 |
| | | | | | | 54827 | $0.00 |
| | | | | | | 54828 | $0.00 |
| | | | | | | 55527 | $0.00 |