# Exhibit A-2 (No Objection Filed/Unauthorized Instructions)

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-2 - No Objection Filed/Unauthorized Instructions

| Number | Orignal Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CERAMTEC N A EFT | CERAMTEC N A EFT 1 TECHNOLOGY PLACE LAURENS, SC 29360 | Ceramtec North America | $178,198.56 | D0550025651 | $43,590.06 |
| | | | | | | D0550044098 | $24,192.00 |
| | | | | | | D0550052731 | $93,600.00 |
| | | | | | | D0550059869 | $16,816.50 |
| | | | | | | D0550079777 | $0.00 |
| 2 | 1 | DIACOM CORP | DIACOM CORP 5 HOWE DR AMHERST, NH 3031 | Diacom Corporation | $7,504.29 | D0550005518 | $7,504.29 |
| 3 | 1 | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc 875 Avenue of the Americas Ste 2305 New York, NY 10001 | Fair Harbor Capital LLC as Assignee of Jackson Spring & MFG Co Inc | $12,731.07 | 47364 | $3,975.00 |
| | | | | | | 47365 | $2,880.00 |
| | | | | | | 47359 | $2,219.25 |
| | | | | | | 53713 | $1,621.60 |
| | | | | | | 47403 | $1,095.00 |
| | | | | | | 45845 | $626.22 |
| | | | | | | 52423 | $314.00 |
| 4 | 1 | GOODYEAR TIRE & RUBBER CO EFT | GOODYEAR TIRE & RUBBER CO EFT 1144 E MARKET ST AKRON, OH 44316-0002 | The Goodyear Tire & Rubber Company | $350,572.84 | D0550057160 | $73,343.38 |
| | | | | | | D0550057162 | $11,271.50 |
| | | | | | | D0550059161 | $26.11 |
| | | | | | | D0550059915 | $208.87 |
| | | | | | | D0550059916 | $0.00 |
| | | | | | | D0550059924 | $0.00 |
| | | | | | | D0550059961 | $91.42 |
| | | | | | | D0550059963 | $0.00 |
| | | | | | | D0550059964 | $0.00 |
| | | | | | | D0550061119 | $0.00 |
| | | | | | | D0550063371 | $47,334.63 |
| | | | | | | D0550064103 | $93,800.50 |
| | | | | | | D0550066046 | $26,630.40 |
| | | | | | | D0550071550 | $69,704.75 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-2 - No Objection Filed/Unauthorized Instructions

| Number | Orignal Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | D0550071551 | $4,117.77 |
| | | | | | | D0550071704 | $24,043.51 |
| | | | | | | SAG90I0460 | $0.00 |
| 5 | 1 | HITACHI AUTOMOTIVE EFT PRODUCTS USA INC | HITACHI AUTOMOTIVE EFT PRODUCTS USA INC 2000 SIERRA POINT PKY BRISBANE, CA 94005 | Hitachi Automotive Products USA Inc | $309,953.10 | D0550015486 | $0.00 |
| | | | | | | D0550037156 | $84,485.44 |
| | | | | | | D0550044527 | $0.00 |
| | | | | | | D0550046969 | $0.00 |
| | | | | | | D0550049243 | $0.00 |
| | | | | | | D0550060515 | $225,467.66 |
| | | | | | | D0550060516 | $0.00 |
| 6 | 1 | HITCHINER MANUFACTURING CO EFTINC | HITCHINER MANUFACTURING CO EFTINC ELM ST MILFORD, NH 3055 | Hitchiner Manufacturing Co Inc | $566,557.41 | SAG90I0025 | $300,102.00 |
| | | | | | | SAG90I5572 | $266,455.41 |
| 7 | 1 | LEWIS SPRING & MFG COMPANY EFT | LEWIS SPRING & MFG COMPANY EFT 7500 N NATCHEZ NILES, IL 60714-3804 | Lewis Spring & Mfg Company | $31,316.52 | D0550004804 | $0.00 |
| | | | | | | D0550004806 | $442.50 |
| | | | | | | D0550004844 | $207.00 |
| | | | | | | D0550004866 | $280.50 |
| | | | | | | D0550005533 | $374.71 |
| | | | | | | D0550007252 | $0.00 |
| | | | | | | D0550007257 | $399.75 |
| | | | | | | D0550010103 | $0.00 |
| | | | | | | D0550010110 | $0.00 |
| | | | | | | D0550012072 | $0.00 |
| | | | | | | D0550013530 | $112.80 |
| | | | | | | D0550013531 | $48.65 |
| | | | | | | D0550013532 | $84.60 |
| | | | | | | D0550013534 | $0.00 |
| | | | | | | D0550013535 | $0.00 |
| | | | | | | D0550013538 | $165.00 |
| | | | | | | D0550023886 | $0.00 |
| | | | | | | SAG90I0426 | $29,201.01 |

Page 2 of 3

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit A-2 - No Objection Filed/Unauthorized Instructions

| Number | Orignal Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount |
|---|---|---|---|---|---|---|---|
| 8 | 1 | STANHOPE PRODUCTS CO | STANHOPE PRODUCTS CO<br>379 ALBERT RD<br>BROOKVILLE, OH 45309-9247 | Stanhope Products Co. | $0.00 | D0550028716 | $0.00 |
|   |   |   |   |   |   | D0550028720 | $0.00 |
|   |   |   |   |   |   | D0550028721 | $0.00 |
|   |   |   |   |   |   | D0550028722 | $0.00 |
|   |   |   |   |   |   | D0550028723 | $0.00 |
|   |   |   |   |   |   | D0550028724 | $0.00 |
| 9 | 1 | TOKICO INC USA | TOKICO INC USA<br>301 MAYDE DR<br>BEREA, KY 40403 | Tokico USA Inc | $99,171.49 | D0550059069 | $0.00 |
|   |   |   |   |   |   | D0550069884 | $99,171.49 |
|   |   |   |   |   |   | D0550071453 | $0.00 |