# Exhibit C
# (Disputed Notices)

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Argo Partners as assignee of Ampex Metal Products | Argo Partners as assignee of Ampex Metal Products 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Ampex Metal Products | $231,668.44 | D0550005631 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550005828 | $0.00 |  |  |
|  |  |  |  |  |  | D0550007640 | $863.61 |  |  |
|  |  |  |  |  |  | D0550007642 | $8,494.50 |  |  |
|  |  |  |  |  |  | D0550037660 | $28,589.39 |  |  |
|  |  |  |  |  |  | D0550063898 | $2,991.59 |  |  |
|  |  |  |  |  |  | D0550069301 | $33,040.09 |  |  |
|  |  |  |  |  |  | D0550069645 | $5,488.01 |  |  |
|  |  |  |  |  |  | D0550071560 | $19,722.93 |  |  |
|  |  |  |  |  |  | D0550072243 | $3,326.90 |  |  |
|  |  |  |  |  |  | D0550074441 | $25,143.85 |  |  |
|  |  |  |  |  |  | D0550075364 | $483.68 |  |  |
|  |  |  |  |  |  | D0550075365 | $420.73 |  |  |
|  |  |  |  |  |  | D0550087199 | $0.00 |  |  |
|  |  |  |  |  |  | PEDP4120045 | $14,084.62 |  |  |
|  |  |  |  |  |  | PEDP4120102 | $89,018.54 |  |  |
|  |  |  |  |  |  | PEDP6120015 | $0.00 |  |  |
| 2 | 3 | Argo Partners as assignee of Barry Industries Inc | Argo Partners as assignee of Barry Industries Inc 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Barry Industries Inc | $18,375.00 | D0550057277 | $18,375.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 3 | 3 | Argo Partners as assignee of Computer Optical Products | Argo Partners as assignee of Computer Optical Products 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Computer Optical Products | $32,901.92 | 703768 | $22,166.66 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | 704661 | $10,735.26 |  |  |
| 4 | 3 | Argo Partners as assignee of Eagle Fasteners Incorporated | Argo Partners as assignee of Eagle Fasteners Incorporated 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Eagle Fasteners Incorporated | $11,080.20 | SAG9OI0468 | $11,080.20 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 5 | 1 | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Fluidyne Racing Products THMX Holdings | $29,834.20 | SAG9OI4876 | $29,834.20 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 6 | 3 | Argo Partners as assignee of Fulton Industries Inc | Argo Partners as assignee of Fulton Industries Inc 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Fulton Industries Inc | $48,839.82 | SAG9OI0370 | $48,839.82 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 7 | 3 | Argo Partners as assignee of Hyland Machine Co | Argo Partners as assignee of Hyland Machine Co 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Hyland Machine Co | $22,560.00 | D0550012120 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550022536 | $0.00 |  |  |
|  |  |  |  |  |  | D0550063475 | $22,560.00 |  |  |
|  |  |  |  |  |  | D0550063735 | $0.00 |  |  |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 3 | Argo Partners as assignee of Jamak Fabrication Inc EFT | Argo Partners as assignee of Jamak Fabrication Inc EFT 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Jamak Fabrication Inc EFT | $2,522.59 | D0550006481 | $137.95 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  | 3 |  |  |  |  | D0550006482 | $1,232.28 |  |  |
|  | 3 |  |  |  |  | D0550009922 | $1,152.36 |  |  |
| 9 | 3 | Argo Partners as assignee of Lyon Manufacturing Inc | Argo Partners as assignee of Lyon Manufacturing Inc 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Lyon Manufacturing Inc | $6,398.00 | D0550027222 | $3,668.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550027226 | $0.00 |  |  |
|  |  |  |  |  |  | D0550027313 | $2,730.00 |  |  |
|  |  |  |  |  |  | D0550074464 | $0.00 |  |  |
| 10 | 1 | Argo Partners as assignee of Mendiguren Y Zarraua | Argo Partners as assignee of Mendiguren Y Zarraua 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Mendiguren Y Zarraua | $9,640.96 | SAG9014847 | $9,640.96 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 11 | 3 | Argo Partners as assignee of Metalbages SA | Argo Partners as assignee of Metalbages SA 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Metalbages SA | $22,262.96 | D0550004130 | $22,262.96 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 12 | 3 | Argo Partners as assignee of Pridgeon & Clay Inc | Argo Partners as assignee of Pridgeon & Clay Inc 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Pridgeon & Clay Inc | $122,201.19 | D0550012035 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550034052 | $0.00 |  |  |
|  |  |  |  |  |  | D0550034053 | $0.00 |  |  |
|  |  |  |  |  |  | D0550038604 | $0.00 |  |  |
|  |  |  |  |  |  | D0550052552 | $0.00 |  |  |
|  |  |  |  |  |  | D0550055096 | $33,722.06 |  |  |
|  |  |  |  |  |  | D0550058761 | $0.00 |  |  |
|  |  |  |  |  |  | D0550059342 | $1,319.39 |  |  |
|  |  |  |  |  |  | D0550059344 | $1,806.29 |  |  |
|  |  |  |  |  |  | D0550064662 | $5,514.76 |  |  |
|  |  |  |  |  |  | D0550069289 | $6,359.88 |  |  |
|  |  |  |  |  |  | D0550069290 | $5,543.35 |  |  |
|  |  |  |  |  |  | D0550069291 | $5,116.16 |  |  |
|  |  |  |  |  |  | D0550069476 | $15,242.58 |  |  |
|  |  |  |  |  |  | D0550069477 | $14,377.91 |  |  |
|  |  |  |  |  |  | SAG9013347 | $27,390.69 |  |  |
|  |  |  |  |  |  | SAG9015324 | $0.00 |  |  |
|  |  |  |  |  |  | SAG9015350 | $5,247.12 |  |  |
|  |  |  |  |  |  | SAG9015351 | $561.00 |  |  |
|  |  |  |  |  |  | SAG9015405 | $0.00 |  |  |
|  |  |  |  |  |  | SAG9015659 | $0.00 |  |  |
| 13 | 3 | Argo Partners as assignee of R&F Products | Argo Partners as assignee of R&F Products 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of R&F Products | $143,806.43 | D0550063982 | $53,617.38 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550072818 | $90,189.05 | | |
| | | | | | | D0550079202 | $0.00 | | |
| | | | | | | D0550079876 | $0.00 | | |
| 14 | 3 | Argo Partners as assignee of Soc Claudem | Argo Partners as assignee of Soc Claudem 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of Soc Claudem | $5,510.97 | D0550058513 | $5,097.69 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550076651 | $413.28 | | |
| 15 | 3 | Argo Partners as assignee of UFE Inc | Argo Partners as assignee of UFE Inc 12 West 37th St 9th Fl New York, NY 10018 | Argo Partners as assignee of UFE Inc | $17,077.94 | D0550006029 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550025289 | $0.00 | | |
| | | | | | | D0550055851 | $15,517.94 | | |
| | | | | | | D0550064450 | $1,560.00 | | |
| 16 | 3 | ASM Capital II LP assignee of Alliance Plastics | ASM Capital II LP assignee of Alliance Plastics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Alliance Plastics | $55,331.87 | D0550005538 | $4,474.87 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550026620 | $21,648.00 | | |
| | | | | | | D0550026621 | $384.00 | | |
| | | | | | | D0550028234 | $0.00 | | |
| | | | | | | D0550028235 | $0.00 | | |
| | | | | | | D0550028236 | $0.00 | | |
| | | | | | | D0550028237 | $318.00 | | |
| | | | | | | D0550028238 | $212.00 | | |
| | | | | | | D0550028239 | $0.00 | | |
| | | | | | | D0550028240 | $0.00 | | |
| | | | | | | D0550028241 | $0.00 | | |
| | | | | | | D0550028242 | $0.00 | | |
| | | | | | | D0550028243 | $0.00 | | |
| | | | | | | D0550028244 | $0.00 | | |
| | | | | | | D0550028245 | $0.00 | | |
| | | | | | | D0550028246 | $0.00 | | |
| | | | | | | D0550028494 | $0.00 | | |
| | | | | | | D0550072335 | $448.50 | | |
| | | | | | | SAG9014387 | $27,846.50 | | |
| | | | | | | SAG9015668 | $0.00 | | |
| 17 | 6 | ASM Capital II LP assignee of Alliance Plastics | ASM Capital II LP assignee of Alliance Plastics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Alliance Plastics | $55,331.87 | D0550028234 | $0.00 | Untimely | FAIL |
| | | | | | | D0550028235 | $0.00 | | |
| | | | | | | D0550028236 | $0.00 | | |
| | | | | | | D0550028239 | $0.00 | | |
| | | | | | | D0550028240 | $0.00 | | |
| | | | | | | D0550028241 | $0.00 | | |
| | | | | | | D0550028242 | $0.00 | | |
| | | | | | | D0550028243 | $0.00 | | |
| | | | | | | D0550028244 | $0.00 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550028245 | $0.00 | | |
| | | | | | | D0550028246 | $0.00 | | |
| | | | | | | D0550028494 | $0.00 | | |
| | | | | | | SAG9015668 | $0.00 | | |
| | | | | | | D0550028238 | $212.00 | | |
| | | | | | | D0550028237 | $318.00 | | |
| | | | | | | D0550026621 | $384.00 | | |
| | | | | | | D0550072335 | $448.50 | | |
| | | | | | | D0550005538 | $4,474.87 | | |
| | | | | | | D0550026620 | $21,648.00 | | |
| | | | | | | SAG9014387 | $27,846.50 | | |
| 18 | 3 | ASM Capital II LP assignee of Penn Metal Stamping | ASM Capital II LP assignee of Penn Metal Stamping 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Penn Metal Stamping | $111.92 | 55044 | $111.92 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | 55058 | $0.00 | | |
| 19 | 3 | ASM Capital II LP assignee of Poltron Corp | ASM Capital II LP assignee of Poltron Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Poltron Corp | $349,357.60 | SAG9012871 | $349,357.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 20 | 6 | ASM Capital II LP assignee of Poltron Corp | ASM Capital II LP assignee of Poltron Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Poltron Corp | $349,357.60 | SAG9012871 | $349,357.60 | Untimely | FAIL |
| 21 | 3 | ASM Capital II LP assignee of Sigmund Cohn Corp | ASM Capital II LP assignee of Sigmund Cohn Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Sigmund Cohn Corp | $42,432.88 | D0550015241 | $8,118.23 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550015242 | $0.00 | | |
| | | | | | | D0550015243 | $3,051.43 | | |
| | | | | | | D0550015244 | $22,809.73 | | |
| | | | | | | D0550076326 | $8,335.14 | | |
| | | | | | | D0550076407 | $118.35 | | |
| 22 | 6 | ASM Capital II LP assignee of Sigmund Cohn Corp | ASM Capital II LP assignee of Sigmund Cohn Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Sigmund Cohn Corp | $42,432.88 | D0550015241 | $8,118.23 | Untimely | FAIL |
| | | | | | | D0550015242 | $0.00 | | |
| | | | | | | D0550015243 | $3,051.43 | | |
| | | | | | | D0550015244 | $22,809.73 | | |
| | | | | | | D0550076326 | $8,335.14 | | |
| | | | | | | D0550076407 | $118.35 | | |
| 23 | 3 | ASM Capital LP assignee of Alfmeier CZ SRO | ASM Capital LP assignee of Alfmeier CZ SRO 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Alfmeier CZ SRO | $1,204.25 | D0550074042 | $1,204.25 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 24 | 3 | ASM Capital LP assignee of Alphi Manufacturing Inc | ASM Capital LP assignee of Alphi Manufacturing Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Alphi Manufacturing Inc | $146,006.22 | D0550011286 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |

In re: Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550027283 | $43,458.10 | | |
| | | | | | | D0550027284 | $0.00 | | |
| | | | | | | D0550027285 | $0.00 | | |
| | | | | | | D0550027286 | $102,548.12 | | |
| | | | | | | D0550027287 | $0.00 | | |
| | | | | | | D0550027288 | $0.00 | | |
| 25 | 6 | ASM Capital LP assignee of Alphi Manufacturing Inc | ASM Capital LP assignee of Alphi Manufacturing Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Alphi Manufacturing Inc | $146,006.22 | D0550011286 | $0.00 | Untimely | FAIL |
| | | | | | | D0550027283 | $43,458.10 | | |
| | | | | | | D0550027284 | $0.00 | | |
| | | | | | | D0550027285 | $0.00 | | |
| | | | | | | D0550027286 | $102,548.12 | | |
| | | | | | | D0550027287 | $0.00 | | |
| | | | | | | D0550027288 | $0.00 | | |
| 26 | 3 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $2,629.07 | 47208 | $2,629.07 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | 48282 | $0.00 | | |
| 27 | 3 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $20,216.76 | D0550039202 | $2,430.80 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550047212 | -$234.40 | | |
| | | | | | | D0550059721 | $212.50 | | |
| | | | | | | D0550063010 | $5,836.30 | | |
| | | | | | | D0550063142 | $8,126.00 | | |
| | | | | | | D0550063745 | $2,278.01 | | |
| | | | | | | D0550076378 | $387.23 | | |
| | | | | | | D0550076690 | $840.00 | | |
| | | | | | | D0550078800 | $340.32 | | |
| 28 | 6 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $2,629.07 | 47208 | $2,629.07 | Untimely | FAIL |
| | | | | | | 48282 | $0.00 | | |
| 29 | 6 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $20,216.76 | D0550047212 | -$234.40 | Untimely | FAIL |
| | | | | | | D0550059721 | $212.50 | | |
| | | | | | | D0550078800 | $340.32 | | |
| | | | | | | D0550076378 | $387.23 | | |
| | | | | | | D0550076690 | $840.00 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit C - Disputed Notices**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550063745 | $2,278.01 | | |
| | | | | | | D0550039202 | $2,430.80 | | |
| | | | | | | D0550063010 | $5,836.30 | | |
| | | | | | | D0550063142 | $8,126.00 | | |
| 30 | 3 | ASM Capital LP assignee of Armada Rubber MFG Co | ASM Capital LP assignee of Armada Rubber MFG Co 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Armada Rubber MFG Co | $1,900.00 | D0550039646 | $1,900.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 31 | 6 | ASM Capital LP assignee of Armada Rubber MFG Co | ASM Capital LP assignee of Armada Rubber MFG Co 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Armada Rubber MFG Co | $1,900.00 | D0550039646 | $1,900.00 | Untimely | FAIL |
| 32 | 3 | ASM Capital LP assignee of Burnex Corp | ASM Capital LP assignee of Burnex Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Burnex Corp | $13,603.89 | D0550013021 | $291.97 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550027464 | $7,015.05 | | |
| | | | | | | D0550027465 | $0.00 | | |
| | | | | | | D0550027467 | $1,201.20 | | |
| | | | | | | D0550027727 | $1,237.97 | | |
| | | | | | | D0550037115 | $0.00 | | |
| | | | | | | D0550053325 | $3,857.70 | | |
| 33 | 3 | ASM Capital LP assignee of Canada Metal Pacific Ltd | ASM Capital LP assignee of Canada Metal Pacific Ltd 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Canada Metal Pacific Ltd | $7,392.00 | PEDP4120087 | $7,392.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 34 | 3 | ASM Capital LP assignee of C-Plastics | ASM Capital LP assignee of C-Plastics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of C-Plastics | $56,260.67 | D0550042344 | $28,941.71 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550043220 | $19,699.20 | | |
| | | | | | | D0550071104 | $7,619.76 | | |
| 35 | 3 | ASM Capital LP assignee of DAA Draexlamier Automotive | ASM Capital LP assignee of DAA Draexlamier Automotive 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of DAA Draexlamier Automotive | $79,631.21 | PEDP5310037 | $79,631.21 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 36 | 6 | ASM Capital LP assignee of DAA Draexlamier Automotive | ASM Capital LP assignee of DAA Draexlamier Automotive 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of DAA Draexlamier Automotive | $79,631.21 | PEDP5310037 | $79,631.21 | Untimely | FAIL |
| 37 | 3 | ASM Capital LP assignee of DE Amertek Corp | ASM Capital LP assignee of DE Amertek Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of DE Amertek Corp | $2,872.00 | SAG9013784 | $2,872.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 38 | 3 | ASM Capital LP assignee of Derby Fabricating Inc | ASM Capital LP assignee of Derby Fabricating Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Derby Fabricating Inc | $1,587.66 | D0550050265 | $307.50 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550061767 | $914.76 | | |
| | | | | | | D0550063165 | $365.40 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550063202 | $0.00 | | |
| 39 | 3 | ASM Capital LP assignee of Fansteel Intercast | ASM Capital LP assignee of Fansteel Intercast 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Fansteel Intercast | $4,658.56 | 705859 | $4,316.91 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | 705860 | $341.65 | | |
| 40 | 6 | ASM Capital LP assignee of Fansteel Intercast | ASM Capital LP assignee of Fansteel Intercast 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Fansteel Intercast | $4,658.56 | 705859 | $4,316.91 | 6 | FAIL |
| | | | | | | 705860 | $341.65 | | |
| 41 | 3 | ASM Capital LP assignee of Flexible Products | ASM Capital LP assignee of Flexible Products 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Flexible Products | $22,081.54 | D0550070522 | $8,985.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550070523 | $13,095.94 | | |
| 42 | 3 | ASM Capital LP assignee of Goshen Die Cutting Inc | ASM Capital LP assignee of Goshen Die Cutting Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Goshen Die Cutting Inc | $5,040.00 | 44505 | $5,040.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 43 | 3 | ASM Capital LP assignee of GDC Inc | ASM Capital LP assignee of GDC Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of GDC Inc | $8,417.84 | D0550006843 | $5,103.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550011999 | $0.00 | | |
| | | | | | | D0550012001 | $0.00 | | |
| | | | | | | D0550012003 | $0.00 | | |
| | | | | | | D0550012005 | $466.56 | | |
| | | | | | | D0550012007 | $0.00 | | |
| | | | | | | D0550024311 | $2,848.28 | | |
| 44 | 6 | ASM Capital LP assignee of GDC Inc | ASM Capital LP assignee of GDC Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of GDC Inc | $8,417.84 | D0550006843 | $5,103.00 | Untimely | N/A |
| | | | | | | D0550011999 | $0.00 | | |
| | | | | | | D0550012001 | $0.00 | | |
| | | | | | | D0550012003 | $0.00 | | |
| | | | | | | D0550012005 | $466.56 | | |
| | | | | | | D0550012007 | $0.00 | | |
| | | | | | | D0550024311 | $2,848.28 | | |
| 45 | 3 | ASM Capital LP assignee of GRM Corp | ASM Capital LP assignee of GRM Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of GRM Corp | $5,214.25 | D0550039879 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550077652 | $5,214.25 | | |
| 46 | 3 | ASM Capital LP assignee of Industrial Dielectrics | ASM Capital LP assignee of Industrial Dielectrics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Industrial Dielectrics | $41,988.00 | D0550046704 | $33,852.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550042920 | $2,839.20 | | |
| | | | | | | D0550064729 | $2,733.60 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit C - Disputed Notices**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 47 | 6 | ASM Capital LP assignee of Industrial Dielectrics | ASM Capital LP assignee of Industrial Dielectrics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Industrial Dielectrics | $41,988.00 | D0550044482 | $2,563.20 | | |
|  |  |  |  |  |  | D0550077350 | $0.00 | | |
|  |  |  |  |  |  | D0550078974 | $0.00 | | |
|  |  |  |  |  |  | D0550046704 | $33,852.00 | Untimely | FAIL |
|  |  |  |  |  |  | D0550042920 | $2,839.20 | | |
|  |  |  |  |  |  | D0550064729 | $2,733.60 | | |
|  |  |  |  |  |  | D0550044482 | $2,563.20 | | |
|  |  |  |  |  |  | D0550077350 | $0.00 | | |
|  |  |  |  |  |  | D0550078974 | $0.00 | | |
| 48 | 3 | ASM Capital LP assignee of Industrial Electric Wire | ASM Capital LP assignee of Industrial Electric Wire 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Industrial Electric Wire | $230.00 | 53988 | $230.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | 53989 | $0.00 | | |
|  |  |  |  |  |  | 53990 | $0.00 | | |
|  |  |  |  |  |  | 53991 | $0.00 | | |
| 49 | 3 | ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of John Guest USA Inc / John Guest Automotive | $26,859.06 | D0550053555 | $540.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550063660 | $26,319.06 | | |
| 50 | 3 | ASM Capital LP assignee of Kavlico Corp | ASM Capital LP assignee of Kavlico Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Kavlico Corp | $174,841.60 | D0550062916 | $101,728.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550062928 | $73,113.60 | | |
| 51 | 3 | ASM Capital LP assignee of Kendale Industries | ASM Capital LP assignee of Kendale Industries 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Kendale Industries | $14,937.47 | SAG9010246 | $14,937.47 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 52 | 3 | ASM Capital LP assignee of Micro Commercial Components | ASM Capital LP assignee of Micro Commercial Components 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Micro Commercial Components | $595.20 | 55845 | $595.20 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 53 | 3 | ASM Capital LP assignee of Miller Plating & Metal Finishing | ASM Capital LP assignee of Miller Plating & Metal Finishing 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Miller Plating & Metal Finishing | $9,559.91 | D0550005632 | $9,559.91 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 54 | 3 | ASM Capital LP assignee of MRA Industries | ASM Capital LP assignee of MRA Industries 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of MRA Industries | $7,375.60 | SAG9010763 | $7,375.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 55 | 6 | ASM Capital LP assignee of MRA Industries | ASM Capital LP assignee of MRA Industries 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of MRA Industries | $7,375.60 | SAG9010763 | $7,375.60 | Untimely | FAIL |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 3 | ASM Capital LP assignee of Myers Spring Co Inc | ASM Capital LP assignee of Myers Spring Co Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Myers Spring Co Inc | $2,506.67 | D0550014487 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550014488 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014489 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014490 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014491 | $791.01 |  |  |
|  |  |  |  |  |  | D0550014493 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014494 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014496 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014497 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014498 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014500 | $0.00 |  |  |
|  |  |  |  |  |  | D0550072615 | $318.80 |  |  |
|  |  |  |  |  |  | D0550074261 | $1,300.00 |  |  |
|  |  |  |  |  |  | D0550077384 | $96.86 |  |  |
| 57 | 6 | ASM Capital LP assignee of Myers Spring Co Inc | ASM Capital LP assignee of Myers Spring Co Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Myers Spring Co Inc | $2,506.67 | D0550014487 | $0.00 | Untimely | FAIL |
|  |  |  |  |  |  | D0550014488 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014489 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014490 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014493 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014494 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014496 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014497 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014498 | $0.00 |  |  |
|  |  |  |  |  |  | D0550014500 | $0.00 |  |  |
|  |  |  |  |  |  | D0550077384 | $96.86 |  |  |
|  |  |  |  |  |  | D0550072615 | $318.80 |  |  |
|  |  |  |  |  |  | D0550014491 | $791.01 |  |  |
|  |  |  |  |  |  | D0550074261 | $1,300.00 |  |  |
| 58 | 3 | ASM Capital LP assignee of Norgren | ASM Capital LP assignee of Norgren 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Norgren | $2,050.00 | D0550064545 | $2,050.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550064546 | $0.00 |  |  |
| 59 | 3 | ASM Capital LP assignee of Rino Mechanical | ASM Capital LP assignee of Rino Mechanical 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Rino Mechanical | $1,990.32 | 705565 | $1,990.32 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 60 | 3 | ASM Capital LP assignee of Rubber Enterprises Inc | ASM Capital LP assignee of Rubber Enterprises Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Rubber Enterprises Inc | $68,852.77 | D0550004946 | $46,250.53 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
|  |  |  |  |  |  | D0550033436 | $0.00 |  |  |
|  |  |  |  |  |  | D0550033439 | $0.00 |  |  |
|  |  |  |  |  |  | D0550034084 | $22,602.24 |  |  |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 61 | 3 | ASM Capital LP assignee of Viking Plastics Inc | ASM Capital LP assignee of Viking Plastics Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Viking Plastics Inc | $11,768.47 | SAG9014941 | $10,711.85 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | SAG9014941 | $1,056.62 | | |
| | | | | | | SAG9015699 | $0.00 | | |
| | | | | | $4,446.90 | D0550069855 | $4,446.90 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550048943 | $0.00 | | |
| | | | | | | D0550069856 | $0.00 | | |
| | | | | | | D0550070359 | $0.00 | | |
| | | | | | | D0550072716 | $0.00 | | |
| | | | | | | D0550072717 | $0.00 | | |
| 62 | 3 | ASM Capital LP assignee of Westbrook MFG Inc | ASM Capital LP assignee of Westbrook MFG Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Westbrook MFG Inc | $23,355.60 | D0550055089 | $23,355.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 63 | 3 | ASM Capital LP assignee of Windsor Machine & Stamping | ASM Capital LP assignee of Windsor Machine & Stamping 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Windsor Machine & Stamping | $156,672.99 | D0550038327 | $156,672.99 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 64 | 3 | ASM Capital LP assignee of Windsor Machine & Stamping | ASM Capital LP assignee of Windsor Machine & Stamping 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Windsor Machine & Stamping | $156,672.99 | D0550038327 | $156,672.99 | Untimely | FAIL |
| 65 | 3 | ASM Capital LP assignee of World Products | ASM Capital LP assignee of World Products 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of World Products | $117,772.30 | 52593 | $57,757.50 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | 50252 | $52,930.80 | | |
| | | | | | | 50251 | $7,084.00 | | |
| | | | | | | 50253 | $0.00 | | |
| 66 | 3 | ASM Capital LP assignee of World Products | ASM Capital LP assignee of World Products 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of World Products | $117,772.30 | 52593 | $57,757.50 | Untimely | FAIL |
| | | | | | | 50252 | $52,930.80 | | |
| | | | | | | 50251 | $7,084.00 | | |
| | | | | | | 50253 | $0.00 | | |
| 67 | 3 | ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of WXP Inc | $542,626.96 | SAG9013328 | $542,626.96 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 68 | 3 | Contrarian Funds LLC as assignee of AMI Industries Inc | Contrarian Funds LLC as assignee of AMI Industries Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of AMI Industries Inc | $101,722.70 | SAG9015298 | $83,920.36 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | SAG9015367 | $17,802.34 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit C - Disputed Notices**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 69 | 3 | Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | Contrarian Funds LLC as assignee of Creative Engineered Polymer Products 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Creative Engineered Polymer Products | $10,618.34 | D0550013001 | $846.72 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550013003 | $0.00 | | |
| | | | | | | D0550027915 | $0.00 | | |
| | | | | | | D0550027916 | $2,304.00 | | |
| | | | | | | D0550027917 | $2,335.06 | | |
| | | | | | | D0550027920 | $0.00 | | |
| | | | | | | D0550035681 | $1,078.18 | | |
| | | | | | | D0550035726 | $1,139.69 | | |
| | | | | | | D0550036500 | $905.43 | | |
| | | | | | | D0550048820 | $2,009.26 | | |
| | | | | | | D0550050369 | $0.00 | | |
| | | | | | | D0550055281 | $0.00 | | |
| 70 | 3 | Contrarian Funds LLC as assignee of Dickey Grabler Inc | Contrarian Funds LLC as assignee of Dickey Grabler Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Dickey Grabler Inc | $3,639.82 | D0550063228 | $3,639.82 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 71 | 3 | Contrarian Funds LLC as assignee of Ferro Corporation | Contrarian Funds LLC as assignee of Ferro Corporation 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Ferro Corporation | $6,906.00 | D0550039054 | $2,250.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | NO |
| | | | | | | D0550039056 | $0.00 | | |
| | | | | | | D0550039259 | $0.00 | | |
| | | | | | | D0550043274 | $4,656.00 | | |
| | | | | | | D0550052861 | $0.00 | | |
| 72 | 1 | Contrarian Funds LLC as assignee of FHBC America | Contrarian Funds LLC as assignee of FHBC America 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of FHBC America | $36,510.72 | D0550038588 | $36,510.72 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 73 | 3 | Contrarian Funds LLC as assignee of GCI Technologies Inc | Contrarian Funds LLC as assignee of GCI Technologies Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of GCI Technologies Inc | $0.00 | D0550048287 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 74 | 3 | Contrarian Funds LLC as assignee of Intel Americas Inc | Contrarian Funds LLC as assignee of Intel Americas Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Intel Americas Inc | $61,861.60 | D0550040768 | $21,960.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | NO |
| | | | | | | D0550043113 | -$1,698.40 | | |
| | | | | | | D0550050278 | $41,600.00 | | |
| 75 | 3 | Contrarian Funds LLC as assignee of Magnesium Products of America | Contrarian Funds LLC as assignee of Magnesium Products of America 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Magnesium Products of America | $34,836.00 | SAG9014892 | $34,836.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | NO |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit C - Disputed Notices**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 76 | 3 | Contrarian Funds LLC as assignee of Millennium Industries Corp | Contrarian Funds LLC as assignee of Millennium Industries Corp 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Millennium Industries Corp | $585,170.32 | D0550005378 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550005379 | $0.00 | | |
| | | | | | | SAG90I3442 | $585,170.32 | | |
| | | | | | | SAG90I5356 | $0.00 | | |
| 77 | 3 | Contrarian Funds LLC as assignee of Monroe Inc | Contrarian Funds LLC as assignee of Monroe Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Monroe Inc | $0.00 | SAG90I3533 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 78 | 3 | Contrarian Funds LLC as assignee of Novelis Corporation | Contrarian Funds LLC as assignee of Novelis Corporation 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Novelis Corporation | $88,051.24 | D0550028984 | $88,051.24 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | SAG90I3967 | $0.00 | | |
| | | | | | | SAG90I5520 | $0.00 | | |
| 79 | 3 | Contrarian Funds LLC as assignee of Okmetic Inc | Contrarian Funds LLC as assignee of Okmetic Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Okmetic Inc | $125,426.36 | D0550064705 | $47,909.23 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550065166 | $77,517.13 | | |
| 80 | 3 | Contrarian Funds LLC as assignee of Okmetic Inc | Contrarian Funds LLC as assignee of Okmetic Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Okmetic Inc | $235,679.69 | D0550065165 | $223,787.20 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550069375 | $11,892.49 | | |
| 81 | 3 | Contrarian Funds LLC as assignee of Photocircuits Corporation | Contrarian Funds LLC as assignee of Photocircuits Corporation 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Photocircuits Corporation | $0.00 | D0550013520 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 82 | 3 | Contrarian Funds LLC as assignee of Plastic Decorators Inc | Contrarian Funds LLC as assignee of Plastic Decorators Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Plastic Decorators Inc | $9,252.30 | D0550043848 | $7,276.50 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550053324 | $0.00 | | |
| | | | | | | D0550058874 | $0.00 | | |
| | | | | | | D0550077338 | $1,975.80 | | |
| 83 | 3 | Contrarian Funds LLC as assignee of Premier Products Inc | Contrarian Funds LLC as assignee of Premier Products Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Premier Products Inc | $62,862.80 | D0550049488 | $62,862.80 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | NO |
| 84 | 3 | Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Contrarian Funds LLC as assignee of Schaeffler Canada Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Schaeffler Canada Inc | $118,659.84 | D0550038588 | $118,659.84 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 85 | 3 | Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Security Plastics Div NMC LLC | $10,896.13 | D0550072589 | $450.48 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550077428 | $2,202.49 | | |
| | | | | | | D0550078162 | $0.00 | | |
| | | | | | | D0550080227 | $0.00 | | |
| | | | | | | SAG90I4961 | $5,786.30 | | |
| | | | | | | SAG90I5001 | $663.46 | | |
| | | | | | | SAG90I5401 | $1,793.40 | | |
| 86 | 3 | Contrarian Funds LLC as assignee of Thomas Engineering Co | Contrarian Funds LLC as assignee of Thomas Engineering Co 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Thomas Engineering Co | $0.00 | D0550005408 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 87 | 3 | Contrarian Funds LLC as assignee of Triumph LLC | Contrarian Funds LLC as assignee of Triumph LLC 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Triumph LLC | $23,852.15 | D0550078641 | $23,852.15 | | |
| | | | | | | D0550079242 | $0.00 | | |
| 88 | 3 | Contrarian Funds LLC as assignee of Twoson Tool Co Inc | Contrarian Funds LLC as assignee of Twoson Tool Co Inc 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Twoson Tool Co Inc | $41,730.92 | D0550047143 | $13,539.79 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550077388 | $7,350.00 | | |
| | | | | | | D0550007814 | $5,299.20 | | |
| | | | | | | D0550007813 | $4,623.00 | | |
| | | | | | | D0550046581 | $2,807.25 | | |
| | | | | | | D0550041411 | $2,194.25 | | |
| | | | | | | D0550044101 | $1,634.25 | | |
| | | | | | | D0550007815 | $1,452.36 | | |
| | | | | | | D0550041068 | $1,451.31 | | |
| | | | | | | D0550072644 | $1,379.51 | | |
| | | | | | | D0550009648 | $0.00 | | |
| | | | | | | D0550014626 | $0.00 | | |
| | | | | | | D0550014627 | $0.00 | | |
| | | | | | | D0550014628 | $0.00 | | |
| | | | | | | D0550014629 | $0.00 | | |
| | | | | | | D0550014630 | $0.00 | | |
| | | | | | | D0550041402 | $0.00 | | |
| | | | | | | D0550042010 | $0.00 | | |
| | | | | | | D0550044235 | $0.00 | | |
| | | | | | | D0550055282 | $0.00 | | |
| | | | | | | SAG90I5706 | $0.00 | | |
| | | | | | $2,348.64 | 45630 | $2,348.64 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | 45631 | $0.00 | | |
| | | | | | | 45729 | $0.00 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 89 | 3 | Contrarian Funds LLC as assignee of Wacker Chemical Corp | Contrarian Funds LLC as assignee of Wacker Chemical Corp 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | Contrarian Funds LLC as assignee of Wacker Chemical Corp | $0.00 | 45730 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 90 | 2 | HERAEUS INC EFT CERMALLOY DIV | HERAEUS INC EFT CERMALLOY DIV 540 MADISON AVE NEW YORK, NY 10022 | Heraeus Inc. | $363,674.18 | D0550086455 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550040272 | $1,296.00 | | |
| | | | | | | D0550040903 | $19,521.60 | | |
| | | | | | | D0550041136 | $185,654.36 | | |
| | | | | | | D0550041561 | $64,142.40 | | |
| | | | | | | D0550041600 | $0.00 | | |
| | | | | | | D0550042766 | $78,587.52 | | |
| | | | | | | D0550044238 | $410.00 | | |
| | | | | | | D0550044777 | $373.50 | | |
| | | | | | | D0550049071 | $12,364.80 | | |
| | | | | | | D0550052582 | $1,324.00 | | |
| | | | | | | D0550058872 | $0.00 | | |
| 91 | 2 | KEY PLASTICS LLC EFT | KEY PLASTICS LLC EFT 21700 HAGGERTY RD STE 100 N NORTHVILLE, MI 48167 | Key Plastics LLC | $48,239.02 | D0550038141 | $28,963.66 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550075333 | $14,148.30 | | |
| | | | | | | D0550024986 | $1,592.45 | | |
| | | | | | | D0550062153 | $843.43 | | |
| | | | | | | D0550062161 | $774.71 | | |
| | | | | | | D0550062128 | $481.21 | | |
| | | | | | | D0550062168 | $441.17 | | |
| | | | | | | D0550062174 | $432.00 | | |
| | | | | | | D0550026592 | $314.57 | | |
| | | | | | | SAG9014192 | $247.52 | | |
| | | | | | | D0550035743 | $0.00 | | |
| | | | | | | D0550038677 | $0.00 | | |
| | | | | | | D0550052150 | $0.00 | | |
| 92 | 2 | INTERMET CORPORATE EFT | INTERMET CORPORATE EFT 301 COMMERCE ST STE 2901 FORT WORTH, TX 76102 | Intermet Jackson | $148,737.73 | D0550045712 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550050126 | $61,697.55 | | |
| | | | | | | D0550050129 | $6,076.26 | | |
| | | | | | | D0550064583 | $75,511.00 | | |
| | | | | | | D0550076371 | $2,758.88 | | |
| | | | | | | D0550078814 | $2,694.04 | | |
| 93 | 2 | INTERMET JACKSON EFT | INTERMET JACKSON EFT 825 LOWER BROWNSVILLE RD JACKSON, TN 38301 | Intermet Jackson EFT | $65,531.43 | D0550040552 | $295.52 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550042271 | $5,216.51 | | |
| | | | | | | D0550043300 | $53,112.30 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 94 | 2 | KIMBALL ELECTRONICS MEXICO INC | KIMBALL ELECTRONICS MEXICO INC 1600 ROYAL ST JASPER, IN 47546 | Midtown Claims LLC as Assignee of Kimball Electronics Inc. | $0.00 | D0550077858 | $6,907.10 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550009853 | $0.00 | | |
| | | | | | | D0550011635 | $0.00 | | |
| 95 | 2 | MEMC ELECTRONIC MATERIALS EFTINC | MEMC ELECTRONIC MATERIALS EFTINC POB 905043 CHARLOTTE, NC 28290-5043 | MEMC Electronic Materials | $72,576.00 | D0550044170 | $72,576.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 96 | 2 | MULTEX FLEXIBLE CIRCUITS EFTINC/SHELDAHL | MULTEX FLEXIBLE CIRCUITS EFTINC/SHELDAHL 1150 SHELDAHL RD NORTHFIELD, MN 55057 | Multex Flexible Circuits Eft Inc | $39,816.00 | D0550023568 | $5,388.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550040731 | $7,560.00 | | |
| | | | | | | D0550043646 | $10,271.40 | | |
| | | | | | | D0550044799 | $0.00 | | |
| | | | | | | D0550052724 | $0.00 | | |
| | | | | | | D0550052729 | $16,596.60 | | |
| 97 | 2 | METHODE ELECTRONICS INC EFT | METHODE ELECTRONICS INC EFT tbd CHICAGO, IL 60693 | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | $103,541.04 | D0550039301 | $535.04 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550039491 | $101,964.00 | | |
| | | | | | | D0550039878 | $330.00 | | |
| | | | | | | D0550046196 | $0.00 | | |
| | | | | | | D0550076871 | $712.00 | | |
| | | | | | | D0550077383 | $0.00 | | |
| 98 | 2 | METHODE ELECTRONICS INC EFT ATTN A/R | METHODE ELECTRONICS INC EFT ATTN A/R 7401 W WILSON HARWOOD HEIGHTS, IL 60706 | Blue Angel Claims LLC as Assignee of Methode Electric aka Methode Electronics | $4,178,900.61 | D0550063028 | $504,271.04 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550063036 | $528,815.17 | | |
| | | | | | | D0550063041 | $111.63 | | |
| | | | | | | D0550063050 | $152,738.72 | | |
| | | | | | | D0550063056 | $0.00 | | |
| | | | | | | D0550063061 | $0.00 | | |
| | | | | | | D0550063063 | $11,264.40 | | |
| | | | | | | D0550063064 | $21,204.80 | | |
| | | | | | | D0550063072 | $208,726.79 | | |
| | | | | | | D0550063080 | $318,015.42 | | |
| | | | | | | D0550063121 | $74,390.06 | | |
| | | | | | | D0550063126 | $0.00 | | |
| | | | | | | D0550063132 | $26,602.20 | | |
| | | | | | | D0550063133 | $98,002.38 | | |
| | | | | | | D0550063135 | $15,312.23 | | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

Exhibit C - Disputed Notices

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550063136 | $0.00 | | |
| | | | | | | D0550063137 | $116,808.08 | | |
| | | | | | | D0550063145 | $553,272.23 | | |
| | | | | | | D0550063157 | $138,479.42 | | |
| | | | | | | D0550063164 | $347,235.81 | | |
| | | | | | | D0550063175 | $544,548.35 | | |
| | | | | | | D0550064735 | $154,293.38 | | |
| | | | | | | D0550064737 | $22,954.34 | | |
| | | | | | | D0550070551 | $34,837.94 | | |
| | | | | | | D0550071064 | $189,092.52 | | |
| | | | | | | D0550074609 | $0.00 | | |
| | | | | | | D0550075369 | $0.00 | | |
| | | | | | | D0550076676 | $549.95 | | |
| | | | | | | D0550076945 | $0.00 | | |
| | | | | | | D0550076955 | $34,069.91 | | |
| | | | | | | D0550077791 | $83,303.84 | | |
| | | | | | | D0550077847 | $0.00 | | |
| | | | | | | D0550078030 | $0.00 | | |
| | | | | | | D0550078631 | $0.00 | | |
| | | | | | | D0550079076 | $0.00 | | |
| | | | | | | D0550079159 | $0.00 | | |
| | | | | | | D0550079849 | $0.00 | | |
| | | | | | | D0550079852 | $0.00 | | |
| | | | | | | D0550080064 | $0.00 | | |
| | | | | | | D0550080557 | $0.00 | | |
| | | | | | | D0550080558 | $0.00 | | |
| | | | | | | D0550080847 | $0.00 | | |
| | | | | | | D0550081880 | $0.00 | | |
| | | | | | | D0550085370 | $0.00 | | |
| 99 | 2 | MICRON SEMICONDUCTOR PROD INC | MICRON SEMICONDUCTOR PROD INC 4 SYCAMORE CREEK DR STE B SPRINGBORO, OH 45066 | Micron Semiconductor Inc | $768,120.00 | SAG90I0441 D0550045852 | $202,600.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | | $565,520.00 | | |
| 100 | 2 | PALMA TOOL & DIE CO INC EFT | PALMA TOOL & DIE CO INC EFT 40 WARD RD LANCASTER, NY 14086 | Midtown Claims LLC as Assignee of Palma Tool & Die | $39,351.49 | D0550027539 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550027540 | $0.00 | | |
| | | | | | | D0550027541 | $0.00 | | |
| | | | | | | D0550027542 | $0.00 | | |
| | | | | | | D0550027543 | $0.00 | | |
| | | | | | | D0550027544 | $0.00 | | |
| | | | | | | D0550027545 | $0.00 | | |
| | | | | | | D0550027546 | $0.00 | | |
| | | | | | | D0550027547 | $0.00 | | |
| | | | | | | D0550027548 | $0.00 | | |
| | | | | | | D0550027549 | $0.00 | | |
| | | | | | | D0550027550 | $0.00 | | |

In re: Delphi Corporation, et al,
Case No. 05-44481 (RDD)

Non-Conforming Cure Notice Order

**Exhibit C - Disputed Notices**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Striking | Failed Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D0550027551 | $0.00 | | |
| | | | | | | D0550027552 | $0.00 | | |
| | | | | | | D0550027553 | $0.00 | | |
| | | | | | | D0550027554 | $0.00 | | |
| | | | | | | D0550027555 | $0.00 | | |
| | | | | | | D0550027556 | $0.00 | | |
| | | | | | | D0550027557 | $0.00 | | |
| | | | | | | D0550027558 | $0.00 | | |
| | | | | | | D0550027559 | $0.00 | | |
| | | | | | | D0550027560 | $31,670.80 | | |
| | | | | | | D0550027561 | $1,176.00 | | |
| | | | | | | D0550027562 | $0.00 | | |
| | | | | | | D0550027563 | $0.00 | | |
| | | | | | | D0550027564 | $0.00 | | |
| | | | | | | D0550027565 | $880.82 | | |
| | | | | | | D0550027566 | $734.03 | | |
| | | | | | | D0550027567 | $0.00 | | |
| | | | | | | D0550027667 | $1,890.00 | | |
| | | | | | | D0550069111 | $0.00 | | |
| | | | | | | D0550069112 | $744.00 | | |
| | | | | | | D0550069114 | $1,023.00 | | |
| | | | | | | D0550069116 | $1,232.84 | | |
| 101 | 2 | ROBIN INDUSTRIES INC | ROBIN INDUSTRIES INC 1265 W 65TH ST CLEVELAND, OH 44102-2198 | Robin Industries Inc | $9,615.00 | D0550074030 D0550077854 | $0.00 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| | | | | | | D0550078829 | $0.00 | | |
| 102 | 2 | STAHL SPECIALTY COMPANY EFT | STAHL SPECIALTY COMPANY EFT 111 E PACIFIC ST KINGSVILLE, MO 64061-2510 | Stahl Specialty Company | $231,706.80 | SAG90I2523 | $9,615.00 | | |
| | | | | | | SAG90I2546 | $231,706.80 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |
| 103 | 2 | WAUPACA FOUNDRY INC EFT | WAUPACA FOUNDRY INC EFT 1955 BRUNNER DR WAUPACA, WI 54981-8866 | Waupaca Foundry Inc | $418,310.79 | SAG90I2983 | $418,310.79 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | N/A |