**In re: Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Second Non-Conforming Cure Notice Order

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | ASM Capital II LP assignee of Alliance Plastics | ASM Capital II LP assignee of Alliance Plastics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Alliance Plastics | $55,331.87 | D0550028234 | $0.00 | Untimely | Satisfy |
|  |  |  |  |  |  | D0550028235 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028236 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028239 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028240 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028241 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028242 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028243 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028244 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028245 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028246 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028494 | $0.00 |  |  |
|  |  |  |  |  |  | SAG90I5668 | $0.00 |  |  |
|  |  |  |  |  |  | D0550028238 | $212.00 |  |  |
|  |  |  |  |  |  | D0550028237 | $318.00 |  |  |
|  |  |  |  |  |  | D0550026621 | $384.00 |  |  |
|  |  |  |  |  |  | D0550072335 | $448.50 |  |  |
|  |  |  |  |  |  | D0550005538 | $4,474.87 |  |  |
|  |  |  |  |  |  | D0550026620 | $21,648.00 |  |  |
|  |  |  |  |  |  | SAG90I4387 | $27,846.50 |  |  |
| 2 | 6 | ASM Capital II LP assignee of Sigmund Cohn Corp | ASM Capital II LP assignee of Sigmund Cohn Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Sigmund Cohn Corp | $42,432.88 | D0550015241 | $8,118.23 | Untimely | Satisfy |
|  |  |  |  |  |  | D0550015242 | $0.00 |  |  |
|  |  |  |  |  |  | D0550015243 | $3,051.43 |  |  |
|  |  |  |  |  |  | D0550015244 | $22,809.73 |  |  |
|  |  |  |  |  |  | D0550076326 | $8,335.14 |  |  |
|  |  |  |  |  |  | D0550076407 | $118.35 |  |  |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Second Non-Conforming Cure Notice Order

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 6 | ASM Capital LP assignee of Alphi Manufacturing Inc | ASM Capital LP assignee of Alphi Manufacturing Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Alphi Manufacturing Inc | $146,006.22 | D0550011286 | $0.00 | Untimely | Satisfy |
| | | | | | | D0550027283 | $43,458.10 | | |
| | | | | | | D0550027284 | $0.00 | | |
| | | | | | | D0550027285 | $0.00 | | |
| | | | | | | D0550027286 | $102,548.12 | | |
| | | | | | | D0550027287 | $0.00 | | |
| | | | | | | D0550027288 | $0.00 | | |
| 4 | 6 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $2,629.07 | 47208 | $2,629.07 | Untimely | Satisfy |
| | | | | | | 48282 | $0.00 | | |
| 5 | 6 | ASM Capital LP assignee of Argent Automotive System | ASM Capital LP assignee of Argent Automotive System 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Argent Automotive System | $20,216.76 | D0550047212 | -$234.40 | Untimely | Satisfy |
| | | | | | | D0550059721 | $212.50 | | |
| | | | | | | D0550078800 | $340.32 | | |
| | | | | | | D0550076378 | $387.23 | | |
| | | | | | | D0550076690 | $840.00 | | |
| | | | | | | D0550063745 | $2,278.01 | | |
| | | | | | | D0550039202 | $2,430.80 | | |
| | | | | | | D0550063010 | $5,836.30 | | |
| | | | | | | D0550063142 | $8,126.00 | | |

**In re: Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Second Non-Conforming Cure Notice Order**

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | ASM Capital LP assignee of Armada Rubber MFG Co | ASM Capital LP assignee of Armada Rubber MFG Co 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Armada Rubber MFG Co | $1,900.00 | D0550039646 | $1,900.00 | Untimely | Satisfy |
| 7 | 6 | ASM Capital LP assignee of DAA Draexlamier Automotive | ASM Capital LP assignee of DAA Draexlamier Automotive 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of DAA Draexlamier Automotive | $79,631.21 | PEDP5310037 | $79,631.21 | Untimely | Satisfy |
| 8 | 6 | ASM Capital LP assignee of Fansteel Intercast | ASM Capital LP assignee of Fansteel Intercast 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Fansteel Intercast | $4,658.56 | 705859 | $4,316.91 | Untimely | Satisfy |
| | | | | | | 705860 | $341.65 | | |
| 9 | 6 | ASM Capital LP assignee of GDC Inc | ASM Capital LP assignee of GDC Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of GDC Inc | $8,417.84 | D0550006843 | $5,103.00 | Untimely | Satisfy |
| | | | | | | D0550011999 | $0.00 | | |
| | | | | | | D0550012001 | $0.00 | | |
| | | | | | | D0550012003 | $0.00 | | |
| | | | | | | D0550012005 | $466.56 | | |
| | | | | | | D0550012007 | $0.00 | | |
| | | | | | | D0550024311 | $2,848.28 | | |

**In re: Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Second Non-Conforming Cure Notice Order**

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 6 | ASM Capital LP assignee of Industrial Dielectrics | ASM Capital LP assignee of Industrial Dielectrics 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Industrial Dielectrics | $41,988.00 | D0550046704 | $33,852.00 | Untimely | Satisfy |
| | | | | | | D0550042920 | $2,839.20 | | |
| | | | | | | D0550064729 | $2,733.60 | | |
| | | | | | | D0550044482 | $2,563.20 | | |
| | | | | | | D0550077350 | $0.00 | | |
| | | | | | | D0550078974 | $0.00 | | |
| 11 | 6 | ASM Capital LP assignee of MRA Industries | ASM Capital LP assignee of MRA Industries 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of MRA Industries | $7,375.60 | SAG90I0763 | $7,375.60 | Untimely | Satisfy |
| 12 | 6 | ASM Capital LP assignee of Myers Spring Co Inc | ASM Capital LP assignee of Myers Spring Co Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Myers Spring Co Inc | $2,506.67 | D0550014487 | $0.00 | Untimely | NO |
| | | | | | | D0550014488 | $0.00 | | |
| | | | | | | D0550014489 | $0.00 | | |
| | | | | | | D0550014490 | $0.00 | | |
| | | | | | | D0550014493 | $0.00 | | |
| | | | | | | D0550014494 | $0.00 | | |
| | | | | | | D0550014496 | $0.00 | | |
| | | | | | | D0550014497 | $0.00 | | |
| | | | | | | D0550014498 | $0.00 | | |
| | | | | | | D0550014500 | $0.00 | | |
| | | | | | | D0550077384 | $96.86 | | |
| | | | | | | D0550072615 | $318.80 | | |
| | | | | | | D0550014491 | $791.01 | | |
| | | | | | | D0550074261 | $1,300.00 | | |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Second Non-Conforming Cure Notice Order

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 3 | ASM Capital LP assignee of Viking Plastics Inc | ASM Capital LP assignee of Viking Plastics Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Viking Plastics Inc | $11,768.47 | SAG90I4941 | $10,711.85 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | Satisfy |
|  |  |  |  |  |  | SAG90I4941 | $1,056.62 |  |  |
|  |  |  |  |  |  | SAG90I5699 | $0.00 |  |  |
| 14 | 3 | ASM Capital LP assignee of Viking Plastics Inc | ASM Capital LP assignee of Viking Plastics Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Viking Plastics Inc | $4,446.90 | D0550069855 | $4,446.90 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | Satisfy |
|  |  |  |  |  |  | D0550048943 | $0.00 |  |  |
|  |  |  |  |  |  | D0550069856 | $0.00 |  |  |
|  |  |  |  |  |  | D0550070359 | $0.00 |  |  |
|  |  |  |  |  |  | D0550072716 | $0.00 |  |  |
|  |  |  |  |  |  | D0550072717 | $0.00 |  |  |
| 15 | 3 | ASM Capital II LP assignee of Poltron Corp | ASM Capital II LP assignee of Poltron Corp 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital II LP assignee of Poltron Corp | $349,357.60 | SAG90I2871 | $349,357.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | Satisfy |
| 16 | 3 | ASM Capital LP assignee of Westbrook MFG Inc | ASM Capital LP assignee of Westbrook MFG Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Westbrook MFG Inc | $23,355.60 | D0550055089 | $23,355.60 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | Satisfy |

**In re: Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Second Non-Conforming Cure Notice Order**

**Appendix A - Second Non-Conforming Cure Notice Order (Motion Denied)**

| Number | Schedule | Creditor Name | Address | Signatory | Aggregate Proposed Cure Amount | Purchase Order | Cure Amount | Grounds For Moving To Strike | Satisfy/Fail Pioneer |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 3 | ASM Capital LP assignee of Windsor Machine & Stamping | ASM Capital LP assignee of Windsor Machine & Stamping 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of Windsor Machine & Stamping | $156,672.99 | D0550038327 | $156,672.99 | Untimely | Satisfy |
| 18 | 3 | ASM Capital LP assignee of World Products | ASM Capital LP assignee of World Products 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of World Products | $117,772.30 | 52593 | $57,757.50 | Untimely | Satisfy |
| | | | | | | 50252 | $52,930.80 | | |
| | | | | | | 50251 | $7,084.00 | | |
| | | | | | | 50253 | $0.00 | | |
| 19 | 3 | ASM Capital LP assignee of WXP Inc | ASM Capital LP assignee of WXP Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | ASM Capital LP assignee of WXP Inc | $542,626.96 | SAG90I3328 | $542,626.96 | Improperly Executed (no evidence of authority to act signed by the contract counterparty) | Satisfy |

6