**Hearing Date: February 29, 2008**
           **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-FIRST CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested Matters (2 Matters)

    C.    Contested Matter (1 Matters)

**B.**    **Uncontested Matter**

    1.    **"Motion Approving Patent License Settlement With Denso Corporation"** – Debtors' Motion For An Order Pursuant To Bankruptcy Code Section 363 And Bankruptcy Rule 9019 Approving Patent License Settlement Agreement With Denso Corporation (Docket No. 12525)

        *Response Filed:*    None

        *Reply Filed:*    None

        *Related Filings:*    None

        *Status:*    *The hearing with respect to this matter will be proceeding.*

    2.    **"Claims Objection Hearing Regarding Claim Of Furukawa Electric Co., Ltd."** – Claim Objection Hearing Regarding Claim Of Furukawa Electric Co., Ltd. As Objected To On The Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300)

        *Response Filed:*    *Response To Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7639)*

        *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7749)*

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate And Amended Claims And (B) Equity Claims Identified In Tenth Omnibus Claims Objection (Docket No. 7772)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2648 (Furukawa Electric Co., Ltd.) (Docket No. 12431)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

C. **Contested Matter**

3. **"Motion Of Equal Employment Opportunity Commission For Leave To File Late Proof Of Claim"** – United States Of America's Motion For Leave To File Late Claim (Docket No. 12831)

|  |  |
|---|---|
| *Response Filed:* | *Debtors' Objection To United States Of America's Motion For Leave To File Late Claim (Docket No. 12907)* |
| *Reply Filed:* | *N/A* |
| *Related Filings:* | *Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738)* |
| | *Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims* |

3

>*Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11143)*
>
>*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders Identified In Twenty-Second Omnibus Claims Objection (Docket No. 11169)*
>
>*United States Of America's Response To Debtor's Objection To The Claim Of The Equal Employment Opportunity Commission (Docket No. 11072)*
>
>*Response Of U.S. Equal Employment Opportunity Commission To Debtors' Omnibus Objection To Claims (Docket No. 12303)*
>
>*Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By United States Equal Employment Opportunity Commission (Proof Of Claim 16727) (Docket No. 12371)*
>
>*Letter Filed By The Equal Employment Opportunity Commission Requesting Adjournment (Docket No. 12406)*
>
>*Declaration Of Margaret A. Malloy In Support Of Motion To File Late Proof Of Claim (Docket No. 12832)*

*Status:*    The hearing with respect to this matter will be proceeding.

4

Dated: New York, New York
February 28, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

By:/s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 4951)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   *Debtors and Debtors-in-Possession*