**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION,** *et. al.*, | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Brendan G. Best, hereby certify that:

1. I am over 18 years of age, and reside in Oakland County, Michigan.

2. On February 19, 2008, a copy of Federal Screw Work's Objection to Debtor's "Non-Conforming Cure Notice Motion" in the above captioned proceeding, has been caused to be served upon the persons listed on Exhibit "A" attached hereto, by way of Federal Express overnight delivery.

/s/ Brendan G. Best
Brendan G. Best

Subscribed and sworn before
me this 28th day of February, 2008.

/s/ Diane Guerrero
Notary Public, Oakland County, MI
My Commission Expires: 7/20/2012

# EXHIBIT A

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attention: General Counsel

John W. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel to Debtors
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
Counsel for Agent Under the Post-Petition Credit Facility
450 Lexington Avenue
New York, New York  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, New York  10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
Counsel for Official Committee of Equity Security Holders
One New York Plaza
New York, New York  10004

Alicia M. Leonhard
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004

BH01\853210.1
ID\BGB