IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                        :    Chapter 11
:
DELPHI CORPORATION, et al.,                  :    Case No. 05-44481 (RDD)
:
Debtors.                :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 15, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1)    Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments ("Twenty-Seventh Omnibus Claims Objection") (Docket No. 12687) [a copy of which is attached hereto as Exhibit D]

On February 15, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

2)    Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments ("Twenty-Seventh Omnibus Claims Objection") (without exhibits) (Docket No. 12687) [a copy of which is attached hereto as Exhibit D]

3)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit E attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of Exhibit E attached hereto. The chart contained in the form of

the Personalized Notice which is attached hereto as Exhibit F has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of Exhibit E attached hereto was incorporated into each Personalized Notice.

4)   Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On February 15, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit H hereto via postage pre-paid U.S. mail:

5)   Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments ("Twenty-Seventh Omnibus Claims Objection") (without exhibits) (Docket No. 12687) [a copy of which is attached hereto as Exhibit D]

6)   Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit I]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit H attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit H attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit I has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit H attached hereto was incorporated into each Personalized Notice.

7)   Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On February 15, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8)   Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments ("Twenty-Seventh Omnibus Claims Objection") (without

exhibits) (Docket No. 12687) [a copy of which is attached hereto as Exhibit D]

9)     Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 21 of Exhibit J attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit K has been marked so as to demonstrate the manner in which the information listed in columns 3 through 21 of Exhibit J attached hereto was incorporated into each Personalized Notice.

10)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

Dated:  February 28, 2008

                                        /s/ Evan Gershbein
                                    Evan Gershbein

State of New York

Subscribed and sworn to (or affirmed) before
me on this 28th day of February, 2008

Signature:    /s/ Joseph Woodfield

Commission Expires:    10/23/10

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/27/2008 10:34 PM
Master Service List Overnight Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/27/2008 10:34 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/27/2008 10:35 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Commission |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/27/2008 10:35 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S. A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amccullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale  Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com  bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200  (230) 862-8231 | 203-629-1977  (203) 629-1977 | mlee@contrariancapital.com  istanton@contrariancapital.com  wraine@contrariancapital.com  solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston  Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher  Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com  cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy S. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4118 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.l. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Counsel to Wells Manufacturing Co., Inc.; Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.co m | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.co m | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone. com kenric.kattner@haynesboone.c om | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman. com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.co m | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division; Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.com | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.com | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| | Robert D. Wolford | | | | | | | | | | |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@morritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | 303-384-7449 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| | Peggy Housner | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-0552 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | 313-963-4614 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc. ,Ambrake Corporation, and Akebona Corporation (North America) |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2226 | 312-580-2201 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

2/27/2008 10:49 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

2/27/2008 10:49 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

2/27/2008 10:36 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | 248-723-0396 | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | 678-384-7000 | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | Counsel to KPMG LLP |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | 214-880-0089 | Counsel to Dallas County and Tarrant County |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0370 | Counsel to Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

2/27/2008 10:36 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-1832 | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-8304 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

2/27/2008 10:36 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

2/27/2008 10:36 PM
US MAIL

# EXHIBIT D

Hearing Date And Time: March 19, 2008 at 10:00 a.m.
Response Date And Time: March 12, 2008 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                     :
        In re                             :     Chapter 11
                                       :
DELPHI CORPORATION, et al.,        :     Case No. 05-44481 (RDD)
                                       :
                                       :     (Jointly Administered)
                  Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - - x

DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN CLAIMS
TO IMPLEMENT CURE PAYMENTS AND MODIFY GENERAL
UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS

("TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General

Unsecured Claims By Amount Of Cure Payments (the "Twenty-Seventh Omnibus Claims

Objection"), and respectfully represent as follows:

<u>Background</u>

A.      <u>The Chapter 11 Filings</u>

1.      On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  This Court has ordered joint administration of these cases.

2.      No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official

committee of equity holders.

3.      On September 6, 2007, the Debtors filed the Joint Plan Of Reorganization

Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In Possession (Docket No.

9263) and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In Possession (Docket No. 9264).

Subsequently, on December 10, 2007, the Debtors filed the First Amended Joint Plan Of

Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-

2

Possession  (Docket No. 11386) (the "Plan") and the First Amended Disclosure Statement with

respect to the Plan  (Docket No. 11388) (the "Disclosure Statement").  The Court entered an

order approving the adequacy of the Disclosure Statement and granting the related solicitation

procedures motion on December 10, 2007 (Docket No. 11389).  On January 25, 2008, the Court

entered an order confirming the Plan (as modified) (Docket No. 12359) (the "Confirmation

Order"), which became a final order on February 4, 2008.

        4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

        5.      The statutory predicates for the relief requested herein are sections 502(b)

of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.      <u>Current Business Operations Of The Debtors</u>

        6.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and have continued their business operations without supervision from the Court.[2]

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi
and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27,
2007.

[2]    On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core
automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency
proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso
*(cont'd)*

3

7.      The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

8.      Delphi was incorporated in Delaware in 1998 as a wholly owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in accordance with the terms of a Master Separation Agreement between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution from a North American-based, captive automotive supplier to a global supplier of components, integrated systems, and modules for a wide range of customers and applications.  Although GM is still the Company's single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.      Events Leading To The Chapter 11 Filing

9.      In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income.  Every year thereafter, however, with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

_____

*(cont'd from previous page)*

receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

4

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

10.     The Debtors believe that the Company's financial performance

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

11.     In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.     The Debtors' Transformation Plan

12.     On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

---

[3]     Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
valuation allowance on U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in
calendar year 2004 was $482 million.

operations.  The Debtors stated that they needed to focus on five key areas: first, modifying the

Company's labor agreements to create a competitive arena in which to conduct business; second,

concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy

and labor costs and to ascertain GM's business commitment to the Company; third, streamlining

their product portfolio to capitalize on their world-class technology and market strengths and

make the necessary manufacturing alignment with their new focus; fourth, transforming their

salaried workforce to ensure that the Company's organizational and cost structure is competitive

and aligned with its product portfolio and manufacturing footprint; and fifth, devising a workable

solution to their current pension situation.

E.    Confirmation Of The Debtors' Plan Of Reorganization

13.    The confirmed Plan is based upon a series of global settlements and

compromises that involve nearly every major constituency in the Debtors' reorganization cases.

The Global Settlement Agreement and the Master Restructuring Agreement provide for a

comprehensive settlement with GM, and both agreements were approved by this Court in the

Confirmation Order.  With the Plan confirmed, the Debtors are focusing their efforts on

satisfying the conditions for the Plan to become effective and allow them to emerge from chapter

11.  Currently, the Debtors continue to expect that they will emerge from chapter 11 during the

first quarter of 2008.

14.    Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

6

F.    Bar Date, Proofs Of Claim, And Omnibus Claims Objections

15.    On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

16.    On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the

claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date

by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and

subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and

Statements") and (b) the persons and entities included in the notice database compiled by the

Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided

Bar Date Notices to more than 500,000 persons and entities.

17.    In addition, the Debtors published the Bar Date Notice in the New York

Times (National Edition), the Wall Street Journal (National, European, and Asian Editions),

USA Today (Worldwide Edition), the Automotive News (National Edition), and in local editions

of the following publications: the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo

News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,

Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the

Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis

Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,

the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile

Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the

Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa

News, and The Vindicator, and electronically through posting on the Delphi Legal Information

Website, www.delphidocket.com, on or before April 24, 2006.

18.    Approximately 16,700 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed 25 omnibus Claims[4] objections,

pursuant to which this Court has disallowed and expunged 9,530 Claims and modified

approximately 3,400 Claims.  In addition, the hearings with respect to approximately 720 Claims

have been adjourned to future claims hearings pursuant to the Claims Objection Procedures

Order (as defined below).

19.    On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

---

[4]    The Debtors filed objections on September 19, 2006 (Docket No. 5151), October 31, 2006 (Docket Nos. 5451
and 5452), December 8, 2006 (Docket Nos. 6099 and 6100), January 12, 2007 (Docket Nos. 6571 and 6585),
February 15, 2007  (Docket Nos. 6962 and 6968), March 16, 2007 (Docket Nos. 7300 and 7301), April 27,
2007 (Docket Nos. 7824 and 7825), May 22, 2007 (Docket Nos. 7998 and 7999), June 15, 2007 (Docket Nos.
8270 and 8271), and July 13, 2007 (Docket Nos. 8616 and 8617), August 24, 2007 (Docket No. 9151),
September 21, 2007 (Docket No. 9535), October 26, 2007 (Docket No. 10738), November 19, 2007 (Docket
No. 10982), December 21, 2007 (Docket No. 11588), and January 18, 2008 (Docket No. 12288).

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

        20.     On November 30, 2007, the Debtors filed the Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

502(B) And Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187), in which the Debtors requested this Court,

among other things, to authorize the Debtors to continue the current practices and procedures for

filing and serving notice of omnibus Claims objections pursuant to the Claims Objection

Procedures Order previously entered by this Court, including omnibus Claims objections to more

than 100 Claims.  On December 20, 2007, this Court entered the Order Under New Bankruptcy

Rule 3007 And 11 U.S.C. § 105(a) Authorizing Debtors To Continue Claims Objection

Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 11561).

21.    In this Twenty-Seventh Omnibus Claims Objection, the Debtors are

objecting to 131 Proofs of Claim, all of which are set forth on Exhibit C hereto in alphabetical

order by claimant and cross-referenced by proof of claim number and basis of objection.[5]

### Relief Requested

22.    By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 revising, upon the occurrence of the

Effective Date[6] of the Plan as modified pursuant to the Confirmation Order, (a) the classification

with respect to the Claims set forth on Exhibit A-1 hereto due to cure payments that the Debtors

expect to make on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of

certain executory contracts or unexpired leases (each, a "Contract Assumption"), (b) the

classification with respect to the Claims that have been modified pursuant to prior orders set

forth on Exhibit A-2 hereto due to cure payments that the Debtors expect to make on account of

a Contract Assumption, and (c) the classification with respect to the Claims, some of which are

subject to a letter agreement pursuant to which the Debtors and the Claimant agreed upon the

valid amount of such Claimant's reclamation demand, subject to certain reserved defenses, others

---

[5]    Contemporaneously with this Twenty-Seventh Omnibus Claims Objection, the Debtors are filing the Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (the "Twenty-Sixth Omnibus Claims Objection").  In the Twenty-Sixth Omnibus Claims Objection, the Debtors object to Claims and are seeking (i) to expunge and disallow Claims that (a) are duplicative of other Claims or have been amended or superseded by later filed Claims, (b) were not timely filed pursuant to the Bar Date Order and are not reflected on the Debtors' books and records, including certain Claims filed by taxing authorities, and (c) were not timely filed pursuant to the Bar Date Order, including certain Claims filed by taxing authorities, and (ii) to modify certain Claims, including Claims in which the claimant asserted a reclamation demand and the claimant and the Debtors entered into a letter agreement regarding the valid amount of the reclamation demand, with such agreement being subject to certain reserved defenses.  The Debtors are objecting to 40 Proofs of Claim in the Twenty-Sixth Omnibus Claims Objection.

[6]    Pursuant to Article 1.69 of the Plan as modified by the Confirmation Order, "Effective Date" means "the Business Day determined by the Debtors on which all conditions to the consummation of this Plan set forth in Article 12.2 of this Plan have been either satisfied or waived as provided in Article 12.3 of this Plan and the day upon which this Plan is substantially consummated."

of which are held by Claimants who are deemed to have consented to the Debtors' determination

of the valid amount of the reclamation demand, subject to certain reserved defenses, and all of

which are subject to prior orders that modified the classification of such claims, set forth on

Exhibit A-3 hereto due to cure payments that the Debtors expect to make on account of a

Contract Assumption.

Objections To Claims

G.    Assumption And Assignment Of Contracts And Related Cure Payments

23.    The Debtors are party to thousands of contracts for the supply of goods to

the Company's manufacturing operations.  Under the confirmed Plan, all executory contracts and

unexpired leases to which any of the Debtors is a party will be deemed automatically assumed in

accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy

Code as of the effective date of the Plan, unless such executory contracts or unexpired leases (i)

have been previously rejected by Delphi pursuant to a final order of this Court, (ii) are the

subject of a motion to reject pending on or before such effective date, (iii) have expired or been

terminated on or prior to December 31, 2007 (and not otherwise extended) pursuant to their own

terms, (iv) are listed on Exhibit 8.1(a) to the Plan as executory contracts or unexpired leases to be

rejected, or (v) are otherwise rejected pursuant to the terms of the Plan.  As required under

section 365 of the Bankruptcy Code, to assume such contracts, the Debtors are proposing to cure

defaults in all such assumed executory contracts and unexpired leases (the "Material Supply

Contract Cure Payments").

24.    In addition, in furtherance of the Debtors' transformation plan, the Debtors

have been selling and winding-down certain non-core product lines and manufacturing sites.  On

December 10, 2007 and January 15, 2008, the Debtors filed motions seeking authority to sell the

global steering and halfshaft business (the "Steering Business") and the global bearings business

11

(the "Bearings Business"), respectively.  On December 20, 2007 and January 25, 2008, this

Court approved the bidding procedures authorizing the Debtors to commence auctions to sell the

Steering Business and the Bearings Business, respectively.  The final sale hearings regarding the

Steering Business and Bearings Business are both currently scheduled for the February 21, 2008

omnibus hearing.  In both the Steering Business and Bearings Business divestitures, the Debtors

have conducted due diligence and finalized a list of contracts that will be assumed by the Debtors

and assigned to the respective buyers as part of the sale transactions.  Upon assumption of the

contracts by the Debtors, or as soon thereafter as practicable, the non-Debtor contract

counterparties will receive payments to cure the defaults on the contracts (the "Divestiture Cure

Payments," and, together with the Material Supply Contract Cure Payments, the "Cure

Payments").

    25.  In some instances, certain Claims will be satisfied in whole or in part by a

cure payment that the Debtors will make to counterparties to executory contracts or unexpired

leases under which such Claim arose.  As a result, the Debtors are seeking to reclassify a portion

of each claim that pertains to certain executory contracts or unexpired leases assumed pursuant to

section 365 of the Bankruptcy Code and therefore will be satisfied by payment of cure.  In

determining the amount by which each such Claim will be satisfied and the amount by which the

classification of such Claim would be modified accordingly, the Debtors reviewed the executory

contracts and unexpired leases being assumed and also reviewed related documents to determine

the claim amount that will remain unsecured, or will be classified as priority for reasons other

than being subject to cure, after the Debtors make the Cure Payments.  To eliminate multiple

recoveries for a single liability, by this Objection, the Debtors seek to modify the Claims to

accurately reflect the classification of such Claims against a Debtor after the Debtors make the
Cure Payments.

H.    Claims Subject To Modification Due To Cure

26.    During the Debtors' review of the Proofs of Claim, the Debtors determined
that certain Proofs of Claim will be satisfied in whole or in part by the Cure Payments and as
such should be modified to reflect the Cure Payments.  Set forth on Exhibit A-1 hereto is a list of
such Claims that the Debtors believe should be modified solely to assert a properly classified
claim different from that asserted by the Claimant (the "Exhibit A-1 Claims").  For each Exhibit
A-1 Claim, Exhibit A-1 reflects the amount, classification, and Debtor asserted in the Claimant's
Proof of Claim in a column titled "Claim As Docketed"[7] and the proposed modified
classification for the Claim in a column titled "Claim As Modified."

27.    The Debtors object to the classification for each Exhibit A-1 Claim listed
on Exhibit A-1 and request that each such Claim be revised to reflect the classification listed in
the "Claim As Modified" column of Exhibit A-1.  Thus, no Claimant listed on Exhibit A-1 would
be entitled to assert a classification that is inconsistent with that listed in the "Claim As
Modified" column on Exhibit A-1, subject to the Debtors' right to further object to each such
Exhibit A-1 Claim.

28.    The inclusion of the Exhibit A-1 Claims on Exhibit A-1, however, may
not reflect the Debtors' view as to the ultimate validity of any such Claim.  The Debtors therefore
expressly reserve all of their rights to further object to any or all of the Exhibit A-1 Claims at a
later date on any basis whatsoever. For clarity, Exhibit A-1 refers to the Debtor entities by case

---

[7]    The Asserted Claim Amount on Exhibit A-1 reflects only asserted liquidated claims.

number and Exhibit B displays the formal name of seven Debtor entities and their associated

bankruptcy case numbers referenced in Exhibit A-1.

29.      Accordingly, the Debtors (a) object to the classification for each Exhibit

A-1 Claim and (b) seek an order modifying the Exhibit A-1 Claims to reflect the classification as

set forth on Exhibit A-1.

I.      Claims Subject To Prior Orders And To Modification Due To Cure

30.      In addition, the Debtors have also determined that certain Proofs of Claim

that were modified pursuant to prior orders will be satisfied in whole or in part by the Cure

Payments and that the classifications of such Proofs of Claim should be modified accordingly.

Set forth on Exhibit A-2 hereto is a list of such Claims that the Debtors believe should be

modified solely to assert a properly classified claim different from that asserted by the Claimant

(the "Exhibit A-2 Claims").  For each Exhibit A-2 Claim, Exhibit A-2 reflects the amount,

classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As

Docketed"[8] and the proposed modified classification for such Exhibit A-2 Claims, in a column

titled "Claim As Modified."

31.      The Debtors object to the classification for each Exhibit A-2 Claim listed

on Exhibit A-2 and request that such Claim be revised to reflect the classification listed in the

"Claim As Modified" column of Exhibit A-2.  Thus, no Claimant listed on Exhibit A-2 would be

entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on Exhibit A-2, subject to the Debtors' right to further object to each such Exhibit A-2

Claim.  For clarity, Exhibit A-2 refers to the Debtor entities by case number and Exhibit B

---

[8]  The Asserted Claim Amount on Exhibit A-2 reflects only asserted liquidated claims.

14

displays the formal name of seven Debtor entities and their associated bankruptcy case numbers

referenced in Exhibit A-2.

32.    Accordingly, the Debtors (a) object to the classification for each Exhibit

A-2 Claim and (b) seek an order modifying the Exhibit A-2 Claims to reflect the classification as

set forth on Exhibit A-2.

J.    Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure

33.    In addition, the Debtors have also determined that portions of certain

Proofs of Claim that are subject to prior orders that modified the classification of such Claims (a)

will be satisfied in whole or in part by the Cure Payments, (b) incorrectly assert secured or

priority status, and (c) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid

amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the

Debtors' determination of the valid amount of the reclamation demand (with respect to (c)(i) and

(ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation

Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses")

with respect to the reclamation demand are valid.

34.    Set forth on Exhibit A-3 hereto is a list of such Claims that the Debtors

believe should be modified solely to assert a properly classified claim (the "Exhibit A-3 Claims").

For each Exhibit A-3 Claim, Exhibit A-3 reflects the amount, classification, and Debtor asserted

in the Proof of Claim in a column titled "Claim As Docketed"[9] and the proposed modified

classification for the Exhibit A-3 Claims, in a column titled "Claim As Modified."  The

---

[9] The Asserted Claim Amount on Exhibit A-3 reflects only asserted liquidated claims.

classification column labeled "Priority" includes amounts both from assertions of reclamation claims, administrative claims, and Divestiture Cure Payments and/or the Material Supply Contract Cure Payments. In some instances, the dollar amount for the reclamation portion of a Claim set forth on Exhibit A-3 is being reduced in proportion to the anticipated cure payments. Thus, in those instances the total dollar amounts associated with the "Priority" classification as reflected on Exhibit A-3 are not being modified, but instead only the components of the "Priority" portion of the Claim are being modified. Such modifications are reflected in the column titled "Claims As Modified" and identified as "Cure Amount" and "Reclamation Amount".

35.    The Debtors object to the classification for each Exhibit A-3 Claim listed on Exhibit A-3 and request that each such Claim be revised to reflect the classification listed in the "Claim As Modified" column of Exhibit A-3. Thus, no Claimant listed on Exhibit A-3 would be entitled to (a) recover for any Exhibit A-3 Claims in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit A-3, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column not listed in the "Claim As Modified" column on Exhibit A-3, subject to the Debtors' right to further object to each such Exhibit A-3 Claim. For clarity, Exhibit A-3 refers to the Debtor entities by case number and Exhibit B displays the formal name of seven Debtor entities and their associated bankruptcy case numbers referenced in Exhibit A-3.

36.    Accordingly, the Debtors (a) object to the classification, for the Exhibit A-3 Claims and (b) seek an order modifying the Exhibit A-3 Claims to reflect the classification as set forth on Exhibit A-3.

16

## Separate Contested Matters

37.    Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Twenty-Seventh Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Twenty-Seventh Omnibus Claims Objection will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered by the Court with respect to an objection asserted in this Twenty-Seventh Omnibus Claims Objection will be deemed a separate order with respect to each Claim.

## Reservation Of Rights

38.    The Debtors expressly reserve the right to amend, modify, or supplement this Twenty-Seventh Omnibus Claims Objection and to file additional objections to the Proofs of Claim or any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Twenty-Seventh Omnibus Claims Objection be dismissed, the Debtors reserve their rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

## Responses To Objections

39.    Responses to the Twenty-Seventh Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that Order, but is qualified in all respects by the express terms thereof.

17

K.    Filing And Service Of Responses

40.    To contest an objection, responses (each, a "Response"), if any, to the

Twenty-Seventh Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal

Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New

York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 632, New York, New York

10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,

John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00**

**p.m. (prevailing Eastern time) on March 12, 2008.**

L.    Contents Of Responses

41.    Every Response to this Twenty-Seventh Omnibus Claims Objection must

contain at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the Claimant and a brief description of the basis for
the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases
upon which the Claimant will rely in opposing the claims objection;

18

(d)      unless already set forth in the Proof of Claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant must disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)      to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)      the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

M.      Timely Response Required

42.      If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors request that this Court conduct a final hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Twenty-Seventh Omnibus Claims Objection.

43.      Pursuant to the Claims Objection Procures Order, only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Twenty-Seventh Omnibus Claims Objection and who is served with the Twenty-Seventh Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in the Twenty-Seventh Omnibus Claims Objection without further notice to the

19

<u>Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.</u>

44.    To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), <u>pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code,</u> by providing notice as described more fully in the Claims Objection Procedures Order.

<u>Replies To Responses</u>

45.    Replies to any Responses will be governed by the Claims Objection Procedures Order.

20

Service Of Twenty-Seventh Omnibus Claims Objection Order

46.     Service of any order with regard to this Twenty-Seventh Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

47.     Questions about this Twenty-Seventh Omnibus Claims Objection or

requests for additional information about the proposed disposition of Claims hereunder should be

directed to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-

5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,

Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N.

Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed

to the Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not

contact the Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

48.     Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Tenth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered February 4, 2008 (Docket No. 12487).  In light of the

nature of the relief requested, the Debtors submit that no other or further notice is necessary.

49.     Pursuant to the Claims Objection Procedures Order, the Debtors will

provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Twenty-

21

Seventh Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A-1, A-2, and A-3 is attached hereto as Exhibit D.  Claimants will receive a copy of this Twenty-Seventh Omnibus Claims Objection without Exhibits A-1 through C hereto.  Claimants will nonetheless be able to review Exhibits A-1 through C hereto free of charge by accessing the Debtors' Legal Information Website (www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

### Memorandum Of Law

50.    Because the legal points and authorities upon which this objection relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE the Debtors respectfully request that the Court enter an order (a)

granting the relief requested herein and (b) granting the Debtors such other and further relief as is

just.

Dated:   New York, New York
         February 15, 2008

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP

                                    By:   /s/ John Wm. Butler, Jr.
                                          John Wm. Butler, Jr. (JB 4711)
                                          John K. Lyons (JL 9331)
                                          Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois 60606

                                          - and -

                                    By:   /s/ Kayalyn A. Marafioti
                                          Kayalyn A. Marafioti (KM 9632)
                                          Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York 10036

                                    Attorneys for Delphi Corporation, et al.,
                                       Debtors and Debtors-in-Possession

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $ 171,798.50<br>Filing Creditor Name and Address:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name and Address<br><br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | | Docketed Total: | **$171,798.50** | | | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | **$169,414.09**<br>**$2,384.41**<br>**$171,798.50** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$171,798.50 | Case Number*<br>05-44640 | Secured | Priority<br>$169,414.09 | Unsecured<br>$2,384.41 |
| | | | | **$171,798.50** | | | **$169,414.09** | **$2,384.41** |
| Claim: 7838<br>Date Filed: 06/12/2006<br>Docketed Total: $ 1,434,038.60<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC<br>AS ASSIGNEE OF AFX INDUSTRIES<br>LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$1,434,038.60** | | | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | **$1,321,418.01**<br>**$112,620.59**<br>**$1,434,038.60** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,434,038.60 | Case Number*<br>05-44640 | Secured | Priority<br>$1,321,418.01 | Unsecured<br>$112,620.59 |
| | | | | **$1,434,038.60** | | | **$1,321,418.01** | **$112,620.59** |
| Claim: 8722<br>Date Filed: 06/28/2006<br>Docketed Total: $ 128,098.75<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF HY LEVEL<br>INDUSTRIES INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$128,098.75** | | | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | **$101,811.00**<br>**$26,287.75**<br>**$128,098.75** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,098.75 | Case Number*<br>05-44640 | Secured | Priority<br>$101,811.00 | Unsecured<br>$26,287.75 |
| | | | | **$128,098.75** | | | **$101,811.00** | **$26,287.75** |
| Claim: 7491<br>Date Filed: 06/05/2006<br>Docketed Total: $ 1,617,353.43<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF NATIONAL<br>SEMICONDUCTER CORP<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$1,617,353.43** | | | Cure Amount:<br>Unsecured Amount:<br>Modified Total: | **$1,548,203.43**<br>**$69,150.00**<br>**$1,617,353.43** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,617,353.43 | Case Number*<br>05-44640 | Secured | Priority<br>$1,548,203.43 | Unsecured<br>$69,150.00 |
| | | | | **$1,617,353.43** | | | **$1,548,203.43** | **$69,150.00** |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7091**
Date Filed: 05/30/2006
Docketed Total: $ 61,342.54
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC
AS ASSIGNEE OF SAN STEEL
FABRICATING
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $61,342.54

Cure Amount: $61,342.54
Unsecured Amount:
Modified Total: $61,342.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $61,342.54 | 05-44640 | | $61,342.54 | |
| | | | $61,342.54 | | | $61,342.54 | |

**Claim: 15781**
Date Filed: 08/01/2006
Docketed Total: $ 552,858.63
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
KICKHAEFER MANUFACTURING
COMPANY
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total: $552,858.63

Cure Amount: $405,291.00
Unsecured Amount: $147,567.63
Modified Total: $552,858.63

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $552,858.63 | 05-44640 | | $405,291.00 | $147,567.63 |
| | | | $552,858.63 | | | $405,291.00 | $147,567.63 |

**Claim: 6802**
Date Filed: 05/24/2006
Docketed Total: $ 12,030.60
Filing Creditor Name and Address:
COFICAB PORTUGAL
COMPANHIA
DE FIOS E CABOS LDA LOTE
46 EN18 1 KM 2 5
GUARDA, 06300--230
PORTUGAL

Claim Holder Name and Address
COFICAB PORTUGAL COMPANHIA
DE FIOS E CABOS LDA LOTE
46 EN18 1 KM 2 5
GUARDA, 06300--230
PORTUGAL

Docketed Total: $12,030.60

Cure Amount: $7,720.36
Unsecured Amount: $4,310.24
Modified Total: $12,030.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $12,030.60 | 05-44640 | | $7,720.36 | $4,310.24 |
| | | | $12,030.60 | | | $7,720.36 | $4,310.24 |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11257**
Date Filed: 07/27/2006
Docketed Total: $ 7,433.25
Filing Creditor Name and Address:
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: **$7,433.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $7,433.25 |
| | | | **$7,433.25** |

Cure Amount: **$7,433.25**
Unsecured Amount:
Modified Total: **$7,433.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $7,433.25 | |
| | | **$7,433.25** | |

---

**Claim: 16284**
Date Filed: 09/05/2006
Docketed Total: $ 34,134.78
Filing Creditor Name and Address:
DAWLEN CORP
2029 MICOR DR
PO BOX 884
JACKSON, MI 49203

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$34,134.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,134.78 |
| | | | **$34,134.78** |

Cure Amount: **$29,282.34**
Unsecured Amount: **$4,852.44**
Modified Total: **$34,134.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,282.34 | $4,852.44 |
| | | **$29,282.34** | **$4,852.44** |

---

**Claim: 2063**
Date Filed: 02/21/2006
Docketed Total: $ 108,786.45
Filing Creditor Name and Address:
EMERSON & CUMING INC
46 MANNING RD
BILLERICA, MA 01821

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$108,786.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,786.45 |
| | | | **$108,786.45** |

Cure Amount: **$50,281.87**
Unsecured Amount: **$58,504.58**
Modified Total: **$108,786.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $50,281.87 | $58,504.58 |
| | | **$50,281.87** | **$58,504.58** |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12400**
Date Filed: 07/28/2006
Docketed Total: $ 95,890.67
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Claim Holder Name and Address

INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total: $95,890.67

Cure Amount: $23,832.37
Unsecured Amount: $72,058.30
Modified Total: $95,890.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $95,890.67 | 05-44610 | | $23,832.37 | $72,058.30 |
| | | | $95,890.67 | | | $23,832.37 | $72,058.30 |

**Claim: 12178**
Date Filed: 07/28/2006
Docketed Total: $ 177,026.50
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES
NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Claim Holder Name and Address

INFINEON TECHNOLOGIES NORTH
AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total: $177,026.50

Cure Amount: $175,665.05
Unsecured Amount: $1,361.45
Modified Total: $177,026.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $177,026.50 | 05-44567 | | $175,665.05 | $1,361.45 |
| | | | $177,026.50 | | | $175,665.05 | $1,361.45 |

**Claim: 15493**
Date Filed: 07/31/2006
Docketed Total: $ 5,762.88
Filing Creditor Name and Address:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF BEI DUNCAN
ELECTRONICS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF BEI DUNCAN
ELECTRONICS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $5,762.88

Cure Amount: $5,762.88
Unsecured Amount:
Modified Total: $5,762.88

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,762.88 | 05-44640 | | $5,762.88 | |
| | | | $5,762.88 | | | $5,762.88 | |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15469<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,501.00<br>Filing Creditor Name and Address:<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Docketed Total: | | $1,501.00 | Cure Amount:<br>Unsecured Amount:<br><br>Modified Total: | | $1,501.00<br><br>$1,501.00 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,501.00<br><br>**$1,501.00** | 05-44640 | | $1,501.00<br><br>**$1,501.00** | |
| Claim: 15113<br>Date Filed: 07/31/2006<br>Docketed Total: $ 7,343,692.50<br>Filing Creditor Name and Address:<br>LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP<br>LONG ACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br><br>LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP<br>LONG ACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $7,343,692.50 | Cure Amount:<br>Unsecured Amount:<br><br>Modified Total: | | $4,759,783.06<br>$2,583,909.44<br>$7,343,692.50 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $7,343,692.50<br><br>**$7,343,692.50** | 05-44640 | | $4,759,783.06<br><br>**$4,759,783.06** | $2,583,909.44<br><br>**$2,583,909.44** |
| Claim: 9431<br>Date Filed: 07/13/2006<br>Docketed Total: $ 961,318.16<br>Filing Creditor Name and Address:<br>MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621 | Claim Holder Name and Address<br><br>MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621 | Docketed Total: | | $961,318.16 | Cure Amount:<br>Unsecured Amount:<br><br>Modified Total: | | $961,318.16<br><br>$961,318.16 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $961,318.16<br><br>**$961,318.16** | 05-44640 | | $961,318.16<br><br>**$961,318.16** | |

\*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5452**
Date Filed: 05/10/2006
Docketed Total: $ 115,659.16
Filing Creditor Name and Address:
  METFORM CORP
  PO BOX 98733
  CHICAGO, IL 60693

Claim Holder Name and Address
METFORM CORP
PO BOX 98733
CHICAGO, IL 60693

Docketed Total: $115,659.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,659.16 |
| | | | **$115,659.16** |

Cure Amount: **$115,327.17**
Unsecured Amount: **$331.99**
Modified Total: **$115,659.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $115,327.17 | $331.99 |
| | | **$115,327.17** | **$331.99** |

---

**Claim: 7289**
Date Filed: 06/01/2006
Docketed Total: $ 104,313.33
Filing Creditor Name and Address:
  NN BALL AND ROLLER INC
  ONE UNIVERSITY PLAZA
  STE 312
  HACKENSACK, NJ 7601

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF NN INC US BALL AND
ROLLER DIV
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $104,313.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $104,313.33 |
| | | | **$104,313.33** |

Cure Amount: **$104,313.33**
Unsecured Amount:
Modified Total: **$104,313.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $104,313.33 | |
| | | **$104,313.33** | |

---

**Claim: 9025**
Date Filed: 07/05/2006
Docketed Total: $ 38,277.25
Filing Creditor Name and Address:
  PRECISION METAL PARTS INC
  4725 28TH ST N
  ST PETERSBURG, FL 33714

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $38,277.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,277.25 |
| | | | **$38,277.25** |

Cure Amount: **$38,277.25**
Unsecured Amount:
Modified Total: **$38,277.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $38,277.25 | |
| | | **$38,277.25** | |

*See Exhibit B for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11854**
Date Filed: 07/28/2006
Docketed Total: $ 49,788.00
Filing Creditor Name and Address:
ST MARYS CARBON CO INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 7601

Claim Holder Name and Address
CAPITAL MARKETS AS ASSIGNEE OF
ST MARYS CARBON CO INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $49,788.00

Cure Amount: $49,788.00
Unsecured Amount:
Modified Total: $49,788.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $49,788.00 | 05-44640 | | $49,788.00 | |
| | | | **$49,788.00** | | | **$49,788.00** | |

**Claim: 8667**
Date Filed: 06/27/2006
Docketed Total: $ 6,688.50
Filing Creditor Name and Address:
STEPHENSON & LAWYER INC
PO BOX 8834
GRAND RAPIDS, MI 49518-8834

Claim Holder Name and Address
GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $6,688.50

Cure Amount: $6,688.50
Unsecured Amount:
Modified Total: $6,688.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,688.50 | 05-44640 | | $6,688.50 | |
| | | | **$6,688.50** | | | **$6,688.50** | |

**Claim: 2215**
Date Filed: 03/08/2006
Docketed Total: $ 2,499.20
Filing Creditor Name and Address:
SUMIDA TRADING PTE LTD
996 BENDERMEER RD
NO 04 05 TO 06339944
SINGAPORE

Claim Holder Name and Address
SUMIDA TRADING PTE LTD
996 BENDERMEER RD
NO 04 05 TO 06339944
SINGAPORE

Docketed Total: $2,499.20

Cure Amount: $2,499.20
Unsecured Amount:
Modified Total: $2,499.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,499.20 | 05-44640 | | $2,499.20 | |
| | | | **$2,499.20** | | | **$2,499.20** | |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16422<br>Date Filed: 11/17/2006<br>Docketed Total: $ 123,994.71<br>Filing Creditor Name and Address:<br>TEMPEL STEEL CO<br>5500 N WOLCOTT AVE<br>CHICAGO, IL 60640-1020 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $123,994.71 | Cure Amount: $2,230.40<br>Unsecured Amount: $121,764.31<br>Modified Total: $123,994.71 | | | |
| | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$123,994.71<br><br>$123,994.71 | **Case Number\***<br>05-44640 | Secured | Priority<br>$2,230.40<br><br>**$2,230.40** | Unsecured<br>$121,764.31<br><br>**$121,764.31** |
| Claim: 2144<br>Date Filed: 02/27/2006<br>Docketed Total: $ 386,835.08<br>Filing Creditor Name and Address:<br>TOYOTA TSUSHO AMERICA INC<br>ZEICHNER ELLMAN & KRAUSE<br>LLP<br>575 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $386,835.08 | Cure Amount: $232,128.65<br>Unsecured Amount: $154,706.43<br>Modified Total: $386,835.08 | | | |
| | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$386,835.08<br><br>$386,835.08 | **Case Number\***<br>05-44640 | Secured | Priority<br>$232,128.65<br><br>**$232,128.65** | Unsecured<br>$154,706.43<br><br>**$154,706.43** |
| Claim: 12377<br>Date Filed: 07/28/2006<br>Docketed Total: $ 1,792.00<br>Filing Creditor Name and Address:<br>TROSTEL LIMITED FORMERLY<br>KNOWN AS TROSTEL ALBERT<br>PACKING<br>901 MAXWELL ST<br>LAKE GENEVA, WI 53147 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $1,792.00 | Cure Amount: $1,792.00<br>Unsecured Amount:<br>Modified Total: $1,792.00 | | | |
| | **Case Number\***<br>05-44567 | Secured | Priority | Unsecured<br>$1,792.00<br><br>$1,792.00 | **Case Number\***<br>05-44567 | Secured | Priority<br>$1,792.00<br><br>**$1,792.00** | Unsecured |
| Claim: 3975<br>Date Filed: 05/01/2006<br>Docketed Total: $ 37,375.63<br>Filing Creditor Name and Address:<br>UNIVERSAL METAL SERVICE EFT<br>16655 S CANAL ST<br>S HOLLAND, IL 60473 | Claim Holder Name and Address<br><br>UNIVERSAL METAL SERVICE EFT<br>16655 S CANAL ST<br>S HOLLAND, IL 60473 | Docketed Total: | | $37,375.63 | Cure Amount: $35,706.85<br>Unsecured Amount: $1,668.78<br>Modified Total: $37,375.63 | | | |
| | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$37,375.63<br><br>$37,375.63 | **Case Number\***<br>05-44640 | Secured | Priority<br>$35,706.85<br><br>**$35,706.85** | Unsecured<br>$1,668.78<br><br>**$1,668.78** |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8588 Date Filed: 06/26/2006 Docketed Total: $ 7,426.04 Filing Creditor Name and Address: VIBRACOUSTIC GMBH & CO KG HOHNER WEG 2 4 D 69465 WEINHEIM, GERMANY | Claim Holder Name and Address VIBRACOUSTIC GMBH & CO KG HOHNER WEG 2 4 D 69465 WEINHEIM, GERMANY | Docketed Total: | | $7,426.04 | Cure Amount: $7,354.65 Unsecured Amount: $71.39 Modified Total: $7,426.04 | | | |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $7,426.04 | **Case Number\*** 05-44640 | Secured | Priority $7,354.65 | Unsecured $71.39 |
| | | | | $7,426.04 | | | $7,354.65 | $71.39 |
| Claim: 9453 Date Filed: 07/13/2006 Docketed Total: $ 8,949.08 Filing Creditor Name and Address: VISHAY AMERICAS INC 1 GREENWICH PL SHELTON, CT 06484 | Claim Holder Name and Address VISHAY AMERICAS INC 1 GREENWICH PL SHELTON, CT 06484 | Docketed Total: | | $8,949.08 | Cure Amount: $8,949.08 Unsecured Amount: Modified Total: $8,949.08 | | | |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $8,949.08 | **Case Number\*** 05-44640 | Secured | Priority $8,949.08 | Unsecured |
| | | | | $8,949.08 | | | $8,949.08 | |
| Claim: 16301 Date Filed: 09/12/2006 Docketed Total: $ 58,295.21 Filing Creditor Name and Address: WAUCONDA TOOL AND ENGR CO EFT 111 S MAIN ST STE C11 PO BOX 9095 BRECKENRIDGE, CO 80424 | Claim Holder Name and Address REDROCK CAPITAL PARTNERS LLC 475 17TH ST STE 544 DENVER, CO 80202 | Docketed Total: | | $58,295.21 | Cure Amount: $57,024.21 Unsecured Amount: $1,271.00 Modified Total: $58,295.21 | | | |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $58,295.21 | **Case Number\*** 05-44640 | Secured | Priority $57,024.21 | Unsecured $1,271.00 |
| | | | | $58,295.21 | | | $57,024.21 | $1,271.00 |

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8685<br>Date Filed: 06/27/2006<br>Docketed Total: $ 36,363.34<br>Filing Creditor Name and Address:<br>WELWYN COMPONENTS LTD<br>ROBINSON BRADSHAW &<br>HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402    Docketed Total:    **$36,363.00** | Cure Amount:    **$20,741.46**<br>Unsecured Amount:    **$15,621.54**<br>Modified Total:    **$36,363.00** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $36,363.00 | 05-44640 | | $20,741.46 | $15,621.54 |
| | | | | **$36,363.00** | | | **$20,741.46** | **$15,621.54** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | Claim Holder Name and Address<br><br>WELWYN COMPONENTS LTD<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246    Docketed Total:    **$0.34** | Cure Amount:    **$0.34**<br>Unsecured Amount:    **$0.00**<br>Modified Total:    **$0.34** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $0.34 | 05-44640 | | $0.34 | $0.00 |
| | | | | **$0.34** | | | **$0.34** | **$0.00** |

**Total Claims to be Modified: 30**

**Total Amount as Docketed:  $13,691,323.77**

**Total Amount as Modified:  $ 13,691,323.77**

*See Exhibit B for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1729**
Date Filed: 01/31/2006
Docketed Total: $ 154,411.76
Filing Creditor Name and Address:
ADRONICS ELROB MFG CORP
9 SAND PARK RD
CEDAR GROVE, NJ 07003

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $154,411.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $154,411.76 |
| | | | $154,411.76 |

Cure Amount: $1,400.00
Non-Cure Priority Amount:
Unsecured Amount: $153,011.76
Modified Total: $154,411.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,400.00 | $153,011.76 |
| | | $1,400.00 | $153,011.76 |

---

**Claim: 123**
Date Filed: 10/25/2005
Docketed Total: $ 127,102.34
Filing Creditor Name and Address:
ADVENT TOOL & MOLD INC
999 RIDGEWAY AVE
ROCHESTER, NY 14615

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $127,102.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $127,102.34 |
| | | | $127,102.34 |

Cure Amount: $40,693.31
Non-Cure Priority Amount:
Unsecured Amount: $80,222.67
Modified Total: $120,915.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,693.31 | $80,222.67 |
| | | $40,693.31 | $80,222.67 |

---

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $ 78,385.24
Filing Creditor Name and Address:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name and Address
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $78,385.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,385.24 |
| | | | $78,385.24 |

Cure Amount: $55,331.87
Non-Cure Priority Amount:
Unsecured Amount: $1,596.44
Modified Total: $56,928.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $55,331.87 | $1,596.44 |
| | | $55,331.87 | $1,596.44 |

---

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1163**

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1163 | | | | | Cure Amount: | | | $58,050.24 |
| Date Filed: 12/14/2005 | ASM CAPITAL LP | | Docketed Total: | $87,097.70 | Non-Cure Priority Amount: | | | |
| Docketed Total: $ 87,097.70 | 7600 JERICHO TURNPIKE STE 302 | | | | Unsecured Amount: | | | $21,374.90 |
| Filing Creditor Name and Address: | WOODBURY, NY 11797 | | | | Modified Total: | | | $79,425.14 |
| AMERICAN PRODUCTS COMPANY | | | | | | | | |
| 610 RAHWAY AVE | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| UNION, NJ 07083-1943 | Case Number* 05-44481 | | | $87,097.70 | Case Number* 05-44640 | | $58,050.24 | $21,374.90 |
| | | | | $87,097.70 | | | $58,050.24 | $21,374.90 |

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3358 | | | | | Cure Amount: | | | $11,214.73 |
| Date Filed: 04/28/2006 | AMERICAN TECHNICAL CERAMICS | | Docketed Total: | $11,214.73 | Non-Cure Priority Amount: | | | |
| Docketed Total: $ 11,214.73 | 1 NORDEN LN | | | | Unsecured Amount: | | | |
| Filing Creditor Name and Address: | HUNTINGTON STATION, NY 11746-2102 | | | | Modified Total: | | | $11,214.73 |
| AMERICAN TECHNICAL CERAMICS | | | | | | | | |
| 1 NORDEN LN | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| HUNTINGTON STATION, NY 11746-2102 | Case Number* 05-44481 | | | $11,214.73 | Case Number* 05-44640 | | $11,214.73 | |
| | | | | $11,214.73 | | | $11,214.73 | |

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8576 | | | | | Cure Amount: | | | $63,928.08 |
| Date Filed: 06/26/2006 | AMROC INVESTMENTS LLC | | Docketed Total: | $554,635.03 | Non-Cure Priority Amount: | | | |
| Docketed Total: $ 554,635.03 | 535 MADISON AVE 15TH FL | | | | Unsecured Amount: | | | $483,042.48 |
| Filing Creditor Name and Address: | NEW YORK, NY 10022 | | | | Modified Total: | | | $546,970.56 |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | | | | | | | | |
| 535 MADISON AVE 15TH FL | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| NEW YORK, NY 10022 | Case Number* 05-44640 | | | $554,635.03 | Case Number* 05-44640 | | $63,928.08 | $483,042.48 |
| | | | | $554,635.03 | | | $63,928.08 | $483,042.48 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11196<br>Date Filed: 07/26/2006<br>Docketed Total: $ 59,444.55<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF TOMPKINS<br>PRODUCTS INC EFT<br>ATTN DAIV S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $59,444.55 | | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | $48,178.07<br><br>$5,732.00<br>$53,910.07 |
| | Case Number\*<br>05-44640 | Secured | Priority | Unsecured<br>$59,444.55 | Case Number\*<br>05-44640 | Secured | Priority<br>$48,178.07 | Unsecured<br>$5,732.00 |
| | | | | $59,444.55 | | | $48,178.07 | $5,732.00 |
| Claim: 2904<br>Date Filed: 04/27/2006<br>Docketed Total: $ 1,944,373.96<br>Filing Creditor Name and Address:<br>ANALOG DEVICES INC<br>3 TECHNOLOGY WY<br>NORWOOD, MA 02062-9106 | Claim Holder Name and Address<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $1,944,373.96 | | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | $1,732,833.96<br><br>$211,540.00<br>$1,944,373.96 |
| | Case Number\*<br>05-44481 | Secured | Priority | Unsecured<br>$1,944,373.96 | Case Number\*<br>05-44640 | Secured | Priority<br>$1,732,833.96 | Unsecured<br>$211,540.00 |
| | | | | $1,944,373.96 | | | $1,732,833.96 | $211,540.00 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 12230**
Date Filed: 07/28/2006
Docketed Total: $ 240,942.30
Filing Creditor Name and Address:
ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Claim Holder Name and Address

ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Docketed Total: $65,779.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $65,779.80 | | |
| | $65,779.80 | | |

Cure Amount:
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

Claim Holder Name and Address

LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019

Docketed Total: $175,162.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $175,162.50 |
| | | | $175,162.50 |

Cure Amount: $175,162.30
Non-Cure Priority Amount:
Unsecured Amount: $0.20
Modified Total: $175,162.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $175,162.30 | $0.20 |
| | | $175,162.30 | $0.20 |

**Claim: 2164**
Date Filed: 03/01/2006
Docketed Total: $ 369,751.60
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Claim Holder Name and Address

ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Docketed Total: $369,751.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $369,751.60 |
| | | | $369,751.60 |

Cure Amount: $349,357.60
Non-Cure Priority Amount: $360.00
Unsecured Amount:
Modified Total: $349,717.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $349,357.60 | $360.00 |
| | | $349,357.60 | $360.00 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2090<br>Date Filed: 02/21/2006<br>Docketed Total: $ 467,697.04<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $467,697.04 | Cure Amount: $23,355.60<br>Non-Cure Priority Amount:<br>Unsecured Amount: $442,461.61<br>Modified Total: $465,817.21 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$467,697.04<br><br>$467,697.04 | Case Number*<br>05-44640 | Secured | Priority<br>$23,355.60<br><br>$23,355.60 | Unsecured<br>$442,461.61<br><br>$442,461.61 |
| Claim: 4898<br>Date Filed: 05/05/2006<br>Docketed Total: $ 113,976.02<br>Filing Creditor Name and Address:<br>ATG PRECISION PRODUCTS LLC<br>7545 N HAGGERTY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | | Docketed Total: | $113,976.02 | Cure Amount: $53,111.80<br>Non-Cure Priority Amount:<br>Unsecured Amount: $60,192.36<br>Modified Total: $113,304.16 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$113,976.02<br><br>$113,976.02 | Case Number*<br>05-44640 | Secured | Priority<br>$53,111.80<br><br>$53,111.80 | Unsecured<br>$60,192.36<br><br>$60,192.36 |
| Claim: 1165<br>Date Filed: 12/14/2005<br>Docketed Total: $ 1,280,342.50<br>Filing Creditor Name and Address:<br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131 | Claim Holder Name and Address<br><br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131 | | Docketed Total: | $1,280,342.50 | Cure Amount: $652,315.00<br>Non-Cure Priority Amount:<br>Unsecured Amount: $616,512.00<br>Modified Total: $1,268,827.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,280,342.50<br><br>$1,280,342.50 | Case Number*<br>05-44539<br>05-44640 | Secured | Priority<br><br>$652,315.00<br><br>$652,315.00 | Unsecured<br>$570,000.00<br>$46,512.00<br><br>$616,512.00 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1081**
Date Filed: 12/02/2005
Docketed Total: $ 60,182.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

Claim Holder Name and Address
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

Docketed Total: $60,182.00

Cure Amount: $60,182.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $60,182.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $60,182.00 | 05-44640 | | $60,182.00 | |
| | | | $60,182.00 | | | $60,182.00 | |

**Claim: 8141**
Date Filed: 06/19/2006
Docketed Total: $ 34,290.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

Claim Holder Name and Address
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

Docketed Total: $34,290.00

Cure Amount: $1,770.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $1,770.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,290.00 | 05-44640 | | $1,770.00 | |
| | | | $34,290.00 | | | $1,770.00 | |

**Claim: 7206**
Date Filed: 05/31/2006
Docketed Total: $ 31,570.05
Filing Creditor Name and Address:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $31,570.05

Cure Amount: $25,309.20
Non-Cure Priority Amount:
Unsecured Amount: $3,026.00
Modified Total: $28,335.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,570.05 | 05-44640 | | $25,309.20 | $3,026.00 |
| | | | $31,570.05 | | | $25,309.20 | $3,026.00 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6683<br>Date Filed: 05/23/2006<br>Docketed Total: $ 43,850.88<br>Filing Creditor Name and Address:<br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | | Docketed Total: | $43,850.88 | Cure Amount:  $26,969.88<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total:  $26,969.88 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,850.88<br><br>$43,850.88 | Case Number*<br>05-44640 | Secured | Priority<br>$26,969.88<br><br>$26,969.88 | Unsecured |
| Claim: 16300<br>Date Filed: 09/12/2006<br>Docketed Total: $ 54,069.91<br>Filing Creditor Name and Address:<br>BRAININ ADVANCE INDUSTRIES INC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | | Docketed Total: | $54,069.91 | Cure Amount:  $46,949.22<br>Non-Cure Priority Amount:<br>Unsecured Amount:  $5,628.57<br>Modified Total:  $52,577.79 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,069.91<br><br>$54,069.91 | Case Number*<br>05-44640 | Secured | Priority<br>$46,949.22<br><br>$46,949.22 | Unsecured<br>$5,628.57<br><br>$5,628.57 |
| Claim: 1898<br>Date Filed: 02/08/2006<br>Docketed Total: $ 3,086.40<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $3,086.40 | Cure Amount:  $2,994.00<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total:  $2,994.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,086.40<br><br>$3,086.40 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$2,994.00<br><br>$2,994.00 | Unsecured |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 1901
Date Filed: 02/08/2006
Docketed Total: $ 3,190.40
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,190.40 | |
| | | **$3,190.40** | |

**CLAIM AS MODIFIED**
Cure Amount: **$3,190.40**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,190.40 | |
| | | **$3,190.40** | |

---

**CLAIM TO BE MODIFIED**
Claim: 1902
Date Filed: 02/08/2006
Docketed Total: $ 3,190.40
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,190.40 | |
| | | **$3,190.40** | |

**CLAIM AS MODIFIED**
Cure Amount: **$3,190.40**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$3,190.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,190.40 | |
| | | **$3,190.40** | |

---

**CLAIM TO BE MODIFIED**
Claim: 1907
Date Filed: 02/08/2006
Docketed Total: $ 6,425.10
Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

**CLAIM AS DOCKETED\*\*\***
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,425.10 | |
| | | **$6,425.10** | |

**CLAIM AS MODIFIED**
Cure Amount: **$6,425.10**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,425.10 | |
| | | **$6,425.10** | |

---

*See Exhibit B for a listing of debtor entities by case number.
\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1908**

Date Filed: 02/08/2006

Docketed Total: $ 6,425.10

Filing Creditor Name and Address:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,425.10 | |
| | | **$6,425.10** | |

Cure Amount: **$6,332.70**
Non-Cure Priority Amount: **$92.40**
Unsecured Amount:
Modified Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,425.10 | |
| | | **$6,425.10** | |

---

**Claim: 5580**

Date Filed: 05/10/2006

Docketed Total: $ 36,593.40

Filing Creditor Name and Address:
CELTIC PRODUCTS INC
KMS BEARINGS AUTOMOTIVE
1535 N HARMONY CIRCLE
ANAHEIM, CA 92807

Claim Holder Name and Address
CELTIC PRODUCTS INC
KMS BEARINGS AUTOMOTIVE
1535 N HARMONY CIRCLE
ANAHEIM, CA 92807

Docketed Total: **$36,593.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $36,593.40 |
| | | | **$36,593.40** |

Cure Amount: **$34,026.60**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$34,026.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $34,026.60 | |
| | | **$34,026.60** | |

---

**Claim: 14246**

Date Filed: 07/31/2006

Docketed Total: $ 224,664.10

Filing Creditor Name and Address:
CINCH CONNECTORS INC
MUCH SHELIST FREED
DENENBERG AMENT &
RUBENSTEIN PC
191 N WACKER DR STE 1800
CHICAGO, IL 60606

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: **$224,664.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $224,664.10 | | |
| | **$224,664.10** | | |

Cure Amount: **$220,052.15**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$220,052.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $220,052.15 | |
| | | **$220,052.15** | |

---

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2550<br>Date Filed: 04/04/2006<br>Docketed Total: $ 148,987.53<br>Filing Creditor Name and Address:<br>DAA DRAEXLMAIER<br>AUTOMOTIVE OF AMERICA<br>1751 E MAIN ST<br>DUNCAN, SC 29334 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797    Docketed Total:   $148,987.53<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640        $148,987.53<br>       $148,987.53 | Cure Amount:   $79,631.21<br>Non-Cure Priority Amount:<br>Unsecured Amount:   $68,361.32<br>Modified Total:   $147,992.53<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640    $79,631.21   $68,361.32<br>   $79,631.21   $68,361.32 |
| Claim: 2747<br>Date Filed: 04/24/2006<br>Docketed Total: $ 71,255.39<br>Filing Creditor Name and Address:<br>DATWYLER I O DEVICES<br>AMERICAS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name and Address<br><br>DATWYLER I O DEVICES AMERICAS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070    Docketed Total:   $71,255.39<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567        $71,255.39<br>       $71,255.39 | Cure Amount:   $32,602.50<br>Non-Cure Priority Amount:<br>Unsecured Amount:   $36,784.51<br>Modified Total:   $69,387.01<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567    $32,602.50   $36,784.51<br>   $32,602.50   $36,784.51 |
| Claim: 13932<br>Date Filed: 07/31/2006<br>Docketed Total: $ 62,028.00<br>Filing Creditor Name and Address:<br>ENGINEERED SINTERED<br>COMPONENTS INC<br>250 OLD MURDOCK RD<br>TROUTMAN, NC 28166 | Claim Holder Name and Address<br><br>HAIN CAPITAL INVESTORS LLC<br>301 ROUTE 17 6TH FL<br>RUTHERFORD, NJ 07070    Docketed Total:   $62,028.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481        $62,028.00<br>       $62,028.00 | Cure Amount:   $62,028.00<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total:   $62,028.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640    $62,028.00<br>   $62,028.00 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1464<br>Date Filed: 01/09/2006<br>Docketed Total: $ 122,867.13<br>Filing Creditor Name and Address:<br>ERWIN QUARDER INC<br>5101 KRAFT AVE SE<br>GRAND RAPIDS, MI 49512 | Claim Holder Name and Address<br><br>ERWIN QUARDER INC<br>5101 KRAFT AVE SE<br>GRAND RAPIDS, MI 49512 | | Docketed Total: | $122,867.13 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | $82,960.31<br><br>$18,036.90<br>$100,997.21 | |
| | **Case Number***<br>05-44567 | Secured | Priority | Unsecured<br>$122,867.13<br>$122,867.13 | **Case Number***<br>05-44567 | Secured | Priority<br>$82,960.31<br>$82,960.31 | Unsecured<br>$18,036.90<br>$18,036.90 |
| Claim: 4741<br>Date Filed: 05/04/2006<br>Docketed Total: $ 168,939.68<br>Filing Creditor Name and Address:<br>GAGNIER PRODUCTS RKM INC<br>AD CHG PERTLTR 7 9 04 AM<br>10161 CAPITAL AVE<br>REMOVE EFT 7 10<br>OAK PK, MI 48237 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $168,939.68 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | $168,939.68<br><br><br>$168,939.68 | |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$168,939.68<br>$168,939.68 | **Case Number***<br>05-44640 | Secured | Priority<br>$168,939.68<br>$168,939.68 | Unsecured |
| Claim: 5510<br>Date Filed: 05/10/2006<br>Docketed Total: $ 43,178.53<br>Filing Creditor Name and Address:<br>GRINER ENGINEERING INC<br>2500 N CURRY PIKE<br>BLOOMINGTON, IN 47404-148 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | | Docketed Total: | $43,178.53 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | $35,334.17<br><br>$7,843.72<br>$43,177.89 | |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$43,178.53<br>$43,178.53 | **Case Number***<br>05-44640 | Secured | Priority<br>$35,334.17<br>$35,334.17 | Unsecured<br>$7,843.72<br>$7,843.72 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2058**
Date Filed: 02/17/2006
Docketed Total: $ 49,978.89
Filing Creditor Name and Address:
HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203
GERMANY

Claim Holder Name and Address
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $49,978.89

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,978.89 |
| | | | $49,978.89 |

Cure Amount: $48,779.88
Non-Cure Priority Amount:
Unsecured Amount: $346.14
Modified Total: $49,126.02

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $48,779.88 | $346.14 |
| | | $48,779.88 | $346.14 |

**Claim: 668**
Date Filed: 11/18/2005
Docketed Total: $ 356,407.35
Filing Creditor Name and Address:
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Claim Holder Name and Address
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Docketed Total: $356,407.35

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $356,407.35 |
| | | | $356,407.35 |

Cure Amount: $155,485.75
Non-Cure Priority Amount:
Unsecured Amount: $130,033.90
Modified Total: $285,519.65

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $155,485.75 | $130,033.90 |
| | | $155,485.75 | $130,033.90 |

**Claim: 7706**
Date Filed: 06/09/2006
Docketed Total: $ 50,895.80
Filing Creditor Name and Address:
HENNESSEY CAPITAL
SOLUTIONS
ASSIGNEE PLASTIC SOLUTIONS
INC
23261 WOODWARD AVE
HUNTINGTON WOODS, MI
48070-1362

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $50,895.80

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $50,895.80 | | |
| | $50,895.80 | | |

Cure Amount: $47,443.44
Non-Cure Priority Amount:
Unsecured Amount: $3,304.04
Modified Total: $50,747.48

| Case Number\* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $47,443.44 | $3,304.04 |
| | | $47,443.44 | $3,304.04 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16255
Date Filed: 08/24/2006
Docketed Total: $ 1,898,409.80
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

**CLAIM AS DOCKETED***

Claim Holder Name and Address

INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: $77,694.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 |
| | | $77,693.93 | $0.87 |

**CLAIM AS MODIFIED**

| Cure Amount: | $77,693.93 |
|---|---|
| Non-Cure Priority Amount: | $0.00 |
| Unsecured Amount: | $0.00 |
| Modified Total: | $77,693.93 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.00 |
| | | $77,693.93 | $0.00 |

---

**CLAIM AS DOCKETED***

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: $1,820,715.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,820,715.00 |
| | | | $1,820,715.00 |

**CLAIM AS MODIFIED**

| Cure Amount: | $1,747,018.36 |
|---|---|
| Non-Cure Priority Amount: | |
| Unsecured Amount: | $66,283.61 |
| Modified Total: | $1,813,301.97 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,747,018.36 | $66,283.61 |
| | | $1,747,018.36 | $66,283.61 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8878<br>Date Filed: 06/30/2006<br>Docketed Total: $ 170,159.62<br>Filing Creditor Name and Address:<br>INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900 CHARLOTTE, NC 28246 | Claim Holder Name and Address<br><br>INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900 CHARLOTTE, NC 28246 | Docketed Total: | | $3,036.28 | Cure Amount: $1,320.21<br>Non-Cure Priority Amount: $0.00<br>Unsecured Amount: $0.00<br>Modified Total: $1,320.21 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $3,036.28 | UNL | 05-44640 | | $1,320.21 | $0.00 |
| | | | **$3,036.28** | **UNL** | | | **$1,320.21** | **$0.00** |
| | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $167,123.34 | Cure Amount: $59,733.34<br>Non-Cure Priority Amount:<br>Unsecured Amount: $99,185.10<br>Modified Total: $158,918.44 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $167,123.34 | 05-44640 | | $59,733.34 | $99,185.10 |
| | | | | **$167,123.34** | | | **$59,733.34** | **$99,185.10** |
| Claim: 14915<br>Date Filed: 07/31/2006<br>Docketed Total: $ 468,786.87<br>Filing Creditor Name and Address:<br>JAMESTOWN CONTAINER CORP SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $468,786.87 | Cure Amount: $41,833.19<br>Non-Cure Priority Amount:<br>Unsecured Amount: $365,360.61<br>Modified Total: $407,193.80 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $468,786.87 | 05-44640 | | $41,833.19 | $365,360.61 |
| | | | | **$468,786.87** | | | **$41,833.19** | **$365,360.61** |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED:**
Claim: 8133
Date Filed: 06/16/2006
Docketed Total: $ 1,005,284.25
Filing Creditor Name and Address:
JIFFY TITE CO INC
4437 WALDEN AVE
LANCASTER, NY 14086

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: **$1,005,284.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,005,284.25 |
| | | | **$1,005,284.25** |

**CLAIM AS MODIFIED:**
Cure Amount: **$959,979.07**
Non-Cure Priority Amount:
Unsecured Amount: **$36,219.80**
Modified Total: **$996,198.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $959,979.07 | $36,219.80 |
| | | **$959,979.07** | **$36,219.80** |

---

**CLAIM TO BE MODIFIED:**
Claim: 533
Date Filed: 11/14/2005
Docketed Total: $ 27,398.92
Filing Creditor Name and Address:
JOHN GUEST AUTOMOTIVE INC
10 BLOOMFIELD AVE
PO BOX 625
PINE BROOK, NJ 07058

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total: **$27,398.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,398.92 |
| | | | **$27,398.92** |

**CLAIM AS MODIFIED:**
Cure Amount: **$26,859.06**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$26,859.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,859.06 | |
| | | **$26,859.06** | |

---

**CLAIM TO BE MODIFIED:**
Claim: 4446
Date Filed: 05/02/2006
Docketed Total: $ 27,790.40
Filing Creditor Name and Address:
KADDIS MANUFACTURING
CORPORATION
1100 BEACHAN RD
PO BOX 92985
ROCHESTER, NY 14692

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$27,790.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,790.40 |
| | | | **$27,790.40** |

**CLAIM AS MODIFIED:**
Cure Amount: **$26,411.27**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$26,411.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,411.27 | |
| | | **$26,411.27** | |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim 642**

Claim: 642
Date Filed: 11/17/2005
Docketed Total: $ 1,703,785.68
Filing Creditor Name and Address:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name and Address

KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total: $1,703,785.68

Cure Amount: $1,057,952.07
Non-Cure Priority Amount:
Unsecured Amount: $597,774.89
Modified Total: $1,655,726.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,703,785.68 | 05-44640 | | $1,057,952.07 | $597,774.89 |
| | | | $1,703,785.68 | | | $1,057,952.07 | $597,774.89 |

**Claim 1615**

Claim: 1615
Date Filed: 01/20/2006
Docketed Total: $ 40,069.37
Filing Creditor Name and Address:
KINETICS
10085 SW COMMERCE CIR
WILSONVILLE, OR 97070

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $40,069.37

Cure Amount: $3,301.62
Non-Cure Priority Amount:
Unsecured Amount: $35,259.90
Modified Total: $38,561.52

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,069.37 | 05-44640 | | $3,301.62 | $35,259.90 |
| | | | $40,069.37 | | | $3,301.62 | $35,259.90 |

**Claim 9832**

Claim: 9832
Date Filed: 07/18/2006
Docketed Total: $ 268,853.90
Filing Creditor Name and Address:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Claim Holder Name and Address

LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: $268,853.90

Cure Amount: $89,133.08
Non-Cure Priority Amount:
Unsecured Amount: $132,152.79
Modified Total: $221,285.87

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $268,853.90 | 05-44640 | | $89,133.08 | $132,152.79 |
| | | | $268,853.90 | | | $89,133.08 | $132,152.79 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15926**
Date Filed: 07/26/2006
Docketed Total: $ 404,986.61
Filing Creditor Name and Address:
  M A COM INC
  PO BOX 3608 MS38 26
  HARRISBURG, PA 17105

Claim Holder Name and Address
M A COM INC
PO BOX 3608 MS38 26
HARRISBURG, PA 17105      Docketed Total:    $404,986.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $404,986.61 |
| | | | $404,986.61 |

Cure Amount:                    $145,170.00
Non-Cure Priority Amount:
Unsecured Amount:            $125,651.26
Modified Total:                  $270,821.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $145,170.00 | $125,651.26 |
| | | $145,170.00 | $125,651.26 |

---

**Claim: 523**
Date Filed: 11/14/2005
Docketed Total: $ 557,641.90
Filing Creditor Name and Address:
  MARKETING SPECIALTIES MSI
  PACKAGING
  5010 W 81ST ST
  INDIANAPOLIS, IN 46268

Claim Holder Name and Address
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268      Docketed Total:    $557,641.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $557,641.90 |
| | | | $557,641.90 |

Cure Amount:                    $37,664.66
Non-Cure Priority Amount:
Unsecured Amount:            $256,240.79
Modified Total:                  $293,905.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,664.66 | $256,240.79 |
| | | $37,664.66 | $256,240.79 |

---

**Claim: 8682**
Date Filed: 06/27/2006
Docketed Total: $ 323,679.01
Filing Creditor Name and Address:
  METAL TECHNOLOGIES INC
  1401 S GRANDSTAFF DR
  AUBURN, IN 46706

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019      Docketed Total:    $323,679.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323,679.01 |
| | | | $323,679.01 |

Cure Amount:                    $311,657.59
Non-Cure Priority Amount:
Unsecured Amount:            $8,296.48
Modified Total:                  $319,954.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $311,657.59 | $8,296.48 |
| | | $311,657.59 | $8,296.48 |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 3736
Date Filed: 05/01/2006
Docketed Total: $ 3,772.00
Filing Creditor Name and Address:
MOLDTECH INC
1900 COMMERCE PKWY
LANCASTER, NY 14086-1735

**CLAIM AS DOCKETED***
Claim Holder Name and Address
MOLDTECH INC
1900 COMMERCE PKWY
LANCASTER, NY 14086-1735        Docketed Total:        $3,772.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,772.00 |
| | | | $3,772.00 |

**CLAIM AS MODIFIED**
Cure Amount:        $3,772.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:        $3,772.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,772.00 | |
| | | $3,772.00 | |

---

**CLAIM TO BE MODIFIED**
Claim: 5390
Date Filed: 05/09/2006
Docketed Total: $ 995.20
Filing Creditor Name and Address:
NATIONAL SEMICONDUCTOR CORP
2900 SEMICONDUCTOR DR. G2 335
SANTA CLARA, CA 95051

**CLAIM AS DOCKETED***
Claim Holder Name and Address
NATIONAL SEMICONDUCTOR CORP
2900 SEMICONDUCTOR DR. G2 335
SANTA CLARA, CA 95051        Docketed Total:        $995.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $995.20 |
| | | | $995.20 |

**CLAIM AS MODIFIED**
Cure Amount:        $487.50
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:        $487.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $487.50 | |
| | | $487.50 | |

---

**CLAIM TO BE MODIFIED**
Claim: 9961
Date Filed: 07/19/2006
Docketed Total: $ 18,090.00
Filing Creditor Name and Address:
OSRAM OPTO SEMICONDUCTORS INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800

**CLAIM AS DOCKETED***
Claim Holder Name and Address
OSRAM OPTO SEMICONDUCTORS INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800        Docketed Total:        $18,090.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | UNL | | $18,090.00 |
| | UNL | | $18,090.00 |

**CLAIM AS MODIFIED**
Cure Amount:        $18,090.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:        $18,090.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $18,090.00 | $0.00 |
| | | $18,090.00 | $0.00 |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

Page 18 of 27

The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

### Claim 16558

Claim: 16558
Date Filed: 02/28/2007
Docketed Total: $ 389,743.52
Filing Creditor Name and Address:
OTTO BOCK POLYURETHANE
TECHNOLOGIES INC
PENN CTR WEST THREE STE 406
PITTSBURGH, PA 15276

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $144,348.23 | $245,395.29 |
| | | $144,348.23 | $245,395.29 |

Cure Amount: $389,743.52
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $389,743.52 | |
| | | $389,743.52 | |

### Claim 1640

Claim: 1640
Date Filed: 01/23/2006
Docketed Total: $ 6,085.80
Filing Creditor Name and Address:
P J SPRING CO INC
1100 ATLANTIC DR
W CHICAGO, IL 60185

Claim Holder Name and Address

P J SPRING CO INC
1100 ATLANTIC DR
W CHICAGO, IL 60185

Docketed Total: $6,085.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,085.80 |
| | | | $6,085.80 |

Cure Amount: $6,085.80
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $6,085.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,085.80 | |
| | | $6,085.80 | |

### Claim 16376

Claim: 16376
Date Filed: 10/20/2006
Docketed Total: $ 590,769.00
Filing Creditor Name and Address:
PANASONIC ELECTRIC WORKS
CORP OF AMERICA FKA AROMAT
CORP
629 CENTRAL AVE
NEW PROVIDENCE, NJ 07974

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $590,769.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $590,769.00 |
| | | | $590,769.00 |

Cure Amount: $268,845.00
Non-Cure Priority Amount:
Unsecured Amount: $305,282.00
Modified Total: $574,127.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $268,845.00 | $305,282.00 |
| | | $268,845.00 | $305,282.00 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4278<br>Date Filed: 05/01/2006<br>Docketed Total: $ 3,010.00<br>Filing Creditor Name and Address:<br>PIHER INTERNATIONAL CORP<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048 | Claim Holder Name and Address<br><br>PIHER INTERNATIONAL CORP<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048 | Docketed Total: | | $3,010.00 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $3,010.00<br><br><br>$3,010.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $3,010.00<br><br>$3,010.00 | 05-44567 | | $3,010.00<br><br>$3,010.00 | |
| Claim: 6054<br>Date Filed: 05/16/2006<br>Docketed Total: $ 145,734.00<br>Filing Creditor Name and Address:<br>RADIALL INCORPORATED DBA<br>RADIALL LARSEN ANTENNA<br>TECHNOLOGIES<br>PO BOX 823210<br>VANCOUVER, WA 98682-0067 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $145,734.00 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $145,122.20<br><br>$611.80<br>$145,734.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $145,734.00<br><br>$145,734.00 | 05-44640 | | $145,122.20<br><br>$145,122.20 | $611.80<br><br>$611.80 |
| Claim: 5966<br>Date Filed: 05/16/2006<br>Docketed Total: $ 18,475.70<br>Filing Creditor Name and Address:<br>RED SPOT CORP<br>PO BOX 418<br>EVANSVILLE, IN 47703-0418 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $18,475.70 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $12,023.75<br><br>$1,545.00<br>$13,568.75 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44567 | | | $18,475.70<br><br>$18,475.70 | 05-44567 | | $12,023.75<br><br>$12,023.75 | $1,545.00<br><br>$1,545.00 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

### Claim 1
Claim: 5967
Date Filed: 05/16/2006
Docketed Total: $ 221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: $221,190.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $221,190.88 |
| | | | $221,190.88 |

Cure Amount: $179,930.60
Non-Cure Priority Amount:
Unsecured Amount: $8,098.07
Modified Total: $188,028.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $179,930.60 | $8,098.07 |
| | | $179,930.60 | $8,098.07 |

### Claim 2
Claim: 2387
Date Filed: 03/24/2006
Docketed Total: $ 61,578.63
Filing Creditor Name and Address:
REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address
REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601
Docketed Total: $61,578.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,578.63 |
| | | | $61,578.63 |

Cure Amount: $49,326.96
Non-Cure Priority Amount:
Unsecured Amount: $11,549.98
Modified Total: $60,876.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,326.96 | $11,549.98 |
| | | $49,326.96 | $11,549.98 |

### Claim 3
Claim: 10494
Date Filed: 07/24/2006
Docketed Total: $ 198,263.50
Filing Creditor Name and Address:
SAFETY COMPONENTS FABRIC EFT TECHNOLOGIES INC
30 EMERY ST
GREENVILLE, SC 29605

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: $198,263.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $85,477.80 | $112,785.70 |
| | | $85,477.80 | $112,785.70 |

Cure Amount: $198,263.50
Non-Cure Priority Amount: $0.00
Unsecured Amount: $0.00
Modified Total: $198,263.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $198,263.50 | $0.00 |
| | | $198,263.50 | $0.00 |

*See Exhibit B for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 112**
Date Filed: 10/25/2005
Docketed Total: $ 57,501.00
Filing Creditor Name and Address:
SANYO ELECTRONIC DEVICE
USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Claim Holder Name and Address
SANYO ELECTRONIC DEVICE USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Docketed Total: $57,501.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,501.00 |
| | | | $57,501.00 |

Cure Amount: $22,716.00
Non-Cure Priority Amount:
Unsecured Amount: $34,785.00
Modified Total: $57,501.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,716.00 | $34,785.00 |
| | | $22,716.00 | $34,785.00 |

---

**Claim: 1555**
Date Filed: 01/17/2006
Docketed Total: $ 485,490.00
Filing Creditor Name and Address:
SANYO SEMICONDUCTOR
CORPORATION
2 PARK 80 PLZ W NO 4C
SADDLE BROOK, NJ 07663-5817

Claim Holder Name and Address
BANK OF AMERICA NA
NY1 301 02 01
9 W 57TH ST
NEW YORK, NY 10019

Docketed Total: $485,490.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $485,490.00 |
| | | | $485,490.00 |

Cure Amount: $464,595.00
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $464,595.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $464,595.00 | |
| | | $464,595.00 | |

---

**Claim: 1735**
Date Filed: 01/31/2006
Docketed Total: $ 69,421.97
Filing Creditor Name and Address:
SCAPA TAPES N A
111 GREAT POND DR
WINDSOR, CT 06095

Claim Holder Name and Address
SCAPA TAPES N A
111 GREAT POND DR
WINDSOR, CT 06095

Docketed Total: $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $69,421.97 | |
| | | $69,421.97 | |

Cure Amount: $4,160.07
Non-Cure Priority Amount:
Unsecured Amount: $65,261.90
Modified Total: $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,160.07 | $65,261.90 |
| | | $4,160.07 | $65,261.90 |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9585**
Date Filed: 07/17/2006
Docketed Total: $ 81,300.76
Filing Creditor Name and Address:
SEAL & DESIGN INC
4015 CASILIO PKY
CLARENCE, NY 14031

Claim Holder Name and Address

LONGACRE MASTER FUND LTD    Docketed Total:    $81,300.76
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $81,300.76 |
| | | | **$81,300.76** |

Cure Amount:    **$64,020.00**
Non-Cure Priority Amount:
Unsecured Amount:    **$12,082.26**
Modified Total:    **$76,102.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $64,020.00 | $12,082.26 |
| | | **$64,020.00** | **$12,082.26** |

---

**Claim: 8775**
Date Filed: 06/30/2006
Docketed Total: $ 112,408.05
Filing Creditor Name and Address:
SILICON LABORATORIES INC
401 B STREET STE 1700
SAN DIEGO, CA 92101

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC    Docketed Total:    $102,681.24
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $102,681.24 |
| | | | **$102,681.24** |

Cure Amount:    **$49,356.24**
Non-Cure Priority Amount:
Unsecured Amount:    **$53,325.00**
Modified Total:    **$102,681.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,356.24 | $53,325.00 |
| | | **$49,356.24** | **$53,325.00** |

Claim Holder Name and Address

SILICON LABORATORIES INC    Docketed Total:    $9,726.81
401 B STREET STE 1700
SAN DIEGO, CA 92101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,726.81 | | UNL |
| | **$9,726.81** | | **UNL** |

Cure Amount:    **$9,726.81**
Non-Cure Priority Amount:
Unsecured Amount:    **$0.00**
Modified Total:    **$9,726.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,726.81 | $0.00 |
| | | **$9,726.81** | **$0.00** |

*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14136<br>Date Filed: 07/31/2006<br>Docketed Total: $ 91,770.01<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASIGNEE OF<br>KANE MAGNETICS GMBH<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS ASIGNEE OF<br>KANE MAGNETICS GMBH<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $91,770.01 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $56,459.98<br><br>$66,555.67<br>$123,015.65 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$25,214.34<br><br>$25,214.34 | Unsecured<br>$66,555.67<br><br>$66,555.67 | Case Number*<br>05-44640 | Secured | Priority<br>$56,459.98<br><br>$56,459.98 | Unsecured<br>$66,555.67<br><br>$66,555.67 |
| Claim: 4221<br>Date Filed: 05/01/2006<br>Docketed Total: $ 6,030.64<br>Filing Creditor Name and Address:<br>SPIRAL INDUSTRIES INC<br>1572 N OLD US HWY 23<br>HOWELL, MI 48843 | Claim Holder Name and Address<br><br>SPIRAL INDUSTRIES INC<br>1572 N OLD US HWY 23<br>HOWELL, MI 48843 | Docketed Total: | | $6,030.64 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $1,636.03<br><br><br>$1,636.03 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,030.64<br><br>$6,030.64 | Case Number*<br>05-44640 | Secured | Priority<br>$1,636.03<br><br>$1,636.03 | Unsecured |
| Claim: 11259<br>Date Filed: 07/27/2006<br>Docketed Total: $ 814,710.90<br>Filing Creditor Name and Address:<br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Claim Holder Name and Address<br><br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Docketed Total: | | $814,710.90 | Cure Amount:<br>Non-Cure Priority Amount:<br>Unsecured Amount:<br>Modified Total: | | | $235,458.62<br><br>$129,252.28<br>$364,710.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$814,710.90<br><br>$814,710.90 | Case Number*<br>05-44640 | Secured | Priority<br>$235,458.62<br><br>$235,458.62 | Unsecured<br>$129,252.28<br><br>$129,252.28 |

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9019**
Date Filed: 07/05/2006
Docketed Total: $ 15,855.76
Filing Creditor Name and Address:
  TDK ELECTRONICS EUROPE
  GMBH
  WANHEIMER STR 57
  DUESSELDORF, 40472
  GERMANY

Claim Holder Name and Address

TDK ELECTRONICS EUROPE GMBH
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Docketed Total: **$15,855.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $15,855.76 |
| | | | **$15,855.76** |

Cure Amount: **$12,441.73**
Non-Cure Priority Amount:
Unsecured Amount: **$2,208.72**
Modified Total: **$14,650.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | $12,441.73 | $2,208.72 |
| | | **$12,441.73** | **$2,208.72** |

---

**Claim: 1920**
Date Filed: 02/08/2006
Docketed Total: $ 6,716.00
Filing Creditor Name and Address:
  TOLLMAN SPRING CO INC
  91 ENTERPRISE DR
  BRISTOL, CT 06010

Claim Holder Name and Address

TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Docketed Total: **$6,716.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,716.00 |
| | | | **$6,716.00** |

Cure Amount: **$5,176.00**
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: **$5,176.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,176.00 | |
| | | **$5,176.00** | |

---

**Claim: 8715**
Date Filed: 06/28/2006
Docketed Total: $ 36,618.89
Filing Creditor Name and Address:
  TWIST INC
  PO BOX 177
  JAMESTOWN, OH 45335

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$36,618.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | **$36,618.89** |

Cure Amount: **$582.86**
Non-Cure Priority Amount:
Unsecured Amount: **$33,235.47**
Modified Total: **$33,818.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $582.86 | $33,235.47 |
| | | **$582.86** | **$33,235.47** |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.                                    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 222**
Date Filed: 10/31/2005
Docketed Total: $ 636,399.79
Filing Creditor Name and Address:
US FARATHANE CORPORATION
38000 MOUND RD
STERLING HEIGHTS, MI 48310

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total:    $636,399.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $636,399.79 |
| | | | $636,399.79 |

Cure Amount:    $390,902.29
Non-Cure Priority Amount:
Unsecured Amount:    $127,342.83
Modified Total:    $518,245.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $390,902.29 | $127,342.83 |
| | | $390,902.29 | $127,342.83 |

---

**Claim: 9452**
Date Filed: 07/13/2006
Docketed Total: $ 2,675,676.21
Filing Creditor Name and Address:
VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Claim Holder Name and Address

VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Docketed Total:    $2,675,676.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,675,676.21 |
| | | | $2,675,676.21 |

Cure Amount:    $92,156.46
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:    $92,156.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $92,156.46 | |
| | | $92,156.46 | |

---

**Claim: 5427**
Date Filed: 05/10/2006
Docketed Total: $ 31,350.84
Filing Creditor Name and Address:
VOGELSANG CORP
1790 SWARTHMORE AVE
LAKEWOOD, NJ 08701

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:    $31,350.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,350.84 |
| | | | $31,350.84 |

Cure Amount:    $30,304.80
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total:    $30,304.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $30,304.80 | |
| | | $30,304.80 | |

---

*See Exhibit B for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1:**

CLAIM TO BE MODIFIED:
Claim: 2047
Date Filed: 02/16/2006
Docketed Total: $ 174,296.44
Filing Creditor Name and Address:
WINDSOR MACHINE & STAMPING LTD
5725 OUTER DR RR 1
WINDSOR, ON W9A 6J3
CANADA

CLAIM AS DOCKETED\*\*\*:
Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total: $174,296.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $174,296.44 |
| | | | $174,296.44 |

CLAIM AS MODIFIED:
Cure Amount: $156,672.99
Non-Cure Priority Amount:
Unsecured Amount: $17,623.45
Modified Total: $174,296.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $156,672.99 | $17,623.45 |
| | | $156,672.99 | $17,623.45 |

**Row 2:**

CLAIM TO BE MODIFIED:
Claim: 805
Date Filed: 11/22/2005
Docketed Total: $ 310,941.94
Filing Creditor Name and Address:
ZYLUX ACOUSTIC CORP
100 EMERSON LN STE 1513
BRIDGEVILLE, PA 15017

CLAIM AS DOCKETED\*\*\*:
Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601
Docketed Total: $310,941.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $310,941.94 | | |
| | $310,941.94 | | |

CLAIM AS MODIFIED:
Cure Amount: $291,767.68
Non-Cure Priority Amount:
Unsecured Amount:
Modified Total: $291,767.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $291,767.68 | |
| | | $291,767.68 | |

**Total Claims to be Modified: 74**

**Total Amount as Docketed: $21,232,494.57**

**Total Amount as Modified: $ 17,104,779.57**

\*See Exhibit B for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15139**
Date Filed: 07/31/2006
Docketed Total: $59,414.30
Filing Creditor Name and Address:
AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total: $59,414.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,414.30 |
| | | | $59,414.30 |

Cure Amount: $3,782.24
Reclamation Amount: $6,798.05
Unsecured Amount: $41,097.81
Modified Total: $51,678.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,580.29 | $41,097.81 |
| | | $10,580.29 | $41,097.81 |

**Claim: 12346**
Date Filed: 07/28/2006
Docketed Total: $215,079.82
Filing Creditor Name and Address:
ANGELL DEMMEL NORTH AMERICA INC
1516 STANLEY AVE
DAYTON, OH 45404

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $215,079.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 |
| | | $46,948.73 | $168,131.09 |

Cure Amount: $15,730.18
Reclamation Amount: $13,807.69
Unsecured Amount: $163,808.69
Modified Total: $193,346.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,537.87 | $163,808.69 |
| | | $29,537.87 | $163,808.69 |

**Claim: 8373**
Date Filed: 06/22/2006
Docketed Total: $778,532.62
Filing Creditor Name and Address:
CAPSONIC AUTOMOTIVE INC
460 S SECOND ST
ELGIN, IL 60123

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $778,532.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $778,532.62 |
| | | | $778,532.62 |

Cure Amount: $298,160.95
Reclamation Amount: $567.39
Unsecured Amount: $0.00
Modified Total: $298,728.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $298,728.34 | $0.00 |
| | | $298,728.34 | $0.00 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7659**
Date Filed: 06/08/2006
Docketed Total: $298,168.53
Filing Creditor Name and Address:
CAPSONIC GROUP LLC
460 S 2ND ST
ELGIN, IL 60123

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202
Docketed Total: $298,168.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $298,168.53 |
| | | | **$298,168.53** |

Cure Amount: **$37,401.36**
Reclamation Amount: **$3,118.89**
Unsecured Amount: **$257,648.28**
Modified Total: **$298,168.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,520.25 | $257,648.28 |
| | | **$40,520.25** | **$257,648.28** |

**Claim: 10703**
Date Filed: 07/25/2006
Docketed Total: $1,380,747.26
Filing Creditor Name and Address:
CAROLINA FORGE COMPANY LLC EFT
PO BOX 370
WILSON, NC 27893

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $1,380,747.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $197,519.25 | $1,183,228.01 |
| | | **$197,519.25** | **$1,183,228.01** |

Cure Amount: **$270,600.49**
Reclamation Amount: **$197,519.25**
Unsecured Amount: **$912,627.52**
Modified Total: **$1,380,747.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $468,119.74 | $912,627.52 |
| | | **$468,119.74** | **$912,627.52** |

**Claim: 16592**
Date Filed: 04/05/2007
Docketed Total: $147,474.32
Filing Creditor Name and Address:
CURTIS SCREW COMPANY LLC
HODGSON RUSS LLP
ONE M&T PLZ STE 2000
BUFFALO, NY 14203

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202
Docketed Total: $147,474.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $52,906.09 | $94,568.23 |
| | | **$52,906.09** | **$94,568.23** |

Cure Amount: **$23,748.91**
Reclamation Amount: **$52,906.09**
Unsecured Amount: **$59,021.23**
Modified Total: **$135,676.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $76,655.00 | $59,021.23 |
| | | **$76,655.00** | **$59,021.23** |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15226**
Date Filed: 07/31/2006
Docketed Total: $87,775.20
Filing Creditor Name and Address:
DELTA PRODUCTS
CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538

Claim Holder Name and Address

DELTA PRODUCTS CORPORATION    Docketed Total:    $87,775.20
4405 CUSHING PKWY
FREMONT, CA 94538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,775.20 |
| | | | $87,775.20 |

Cure Amount:    $5,388.80
Reclamation Amount:    $12,986.67
Unsecured Amount:    $64,858.48
Modified Total:    $83,233.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $18,375.47 | $64,858.48 |
| | | $18,375.47 | $64,858.48 |

**Claim: 273**
Date Filed: 11/01/2005
Docketed Total: $953,170.47
Filing Creditor Name and Address:
ENGINEERED MATERIALS
SOLUTION INC
39 PERRY AVE
ATTLEBORO, MA 02703

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC    Docketed Total:    $953,170.47
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $311,406.63 | | $641,763.84 |
| | $311,406.63 | | $641,763.84 |

Cure Amount:    $936,111.55
Reclamation Amount:    $8,549.38
Unsecured Amount:    $0.00
Modified Total:    $944,660.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $944,660.93 | $0.00 |
| | | $944,660.93 | $0.00 |

**Claim: 12839**
Date Filed: 07/28/2006
Docketed Total: $492,938.78
Filing Creditor Name and Address:
FUJITSU COMPONENTS
AMERICA INC
250 E CARIBBEAN DR
SUNNYVALE, CA 94086

Claim Holder Name and Address

FUJITSU COMPONENTS AMERICA    Docketed Total:    $492,938.78
INC
250 E CARIBBEAN DR
SUNNYVALE, CA 94086

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $492,938.78 |
| | | | $492,938.78 |

Cure Amount:    $442,630.78
Reclamation Amount:    $2,018.40
Unsecured Amount:    $25,572.40
Modified Total:    $470,221.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $444,649.18 | $25,572.40 |
| | | $444,649.18 | $25,572.40 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13773**
Date Filed: 07/31/2006
Docketed Total: $5,721,969.77
Filing Creditor Name and Address:
HITACHI AUTOMOTIVE
PRODUCTS USA INC
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
666 THIRD AVENUE
NEW YORK, NY 10017

Claim Holder Name and Address

DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: $27,569.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,569.59 |
| | | | $27,569.59 |

Cure Amount: $1,493.42
Reclamation Amount: $26,076.17
Unsecured Amount:
Modified Total: $27,569.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,569.59 | |
| | | $27,569.59 | |

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,694,400.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,694,400.18 |
| | | | $5,694,400.18 |

Cure Amount: $308,459.68
Reclamation Amount:
Unsecured Amount: $5,385,940.50
Modified Total: $5,694,400.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $308,459.68 | $5,385,940.50 |
| | | $308,459.68 | $5,385,940.50 |

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $41,085.40
Filing Creditor Name and Address:
HOSIDEN AMERICA
CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: $41,085.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | $41,085.40 |

Cure Amount: $3,101.80
Reclamation Amount: $1,423.64
Unsecured Amount: $36,309.96
Modified Total: $40,835.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,525.44 | $36,309.96 |
| | | $4,525.44 | $36,309.96 |

*See Exhibit B for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM 6943**

Claim: 6943
Date Filed:   05/26/2006
Docketed Total:   $806,779.79
Filing Creditor Name and Address:
IRISO USA INC
34405 W TWELVE MILE RD STE 237
FARMINGTON HILLS, MI 48331

Claim Holder Name and Address:
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total:   $747,926.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $747,926.37 |
| | | | $747,926.37 |

Cure Amount:   $246,683.32
Reclamation Amount:   $58,853.42
Unsecured Amount:   $498,003.65
Modified Total:   $803,540.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $305,536.74 | $498,003.65 |
| | | $305,536.74 | $498,003.65 |

**CLAIM 14052**

Claim: 14052
Date Filed:   01/06/2006
Docketed Total:   $1,881,302.43
Filing Creditor Name and Address:
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

Claim Holder Name and Address:
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017
Docketed Total:   $1,881,302.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572,707.98 | $1,308,594.45 |
| | | $572,707.98 | $1,308,594.45 |

Cure Amount:   $872,133.82
Reclamation Amount:   $101,905.91
Unsecured Amount:   $907,262.70
Modified Total:   $1,881,302.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $974,039.73 | $907,262.70 |
| | | $974,039.73 | $907,262.70 |

**CLAIM 8403**

Claim: 8403
Date Filed:   06/23/2006
Docketed Total:   $1,254,523.02
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address:
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total:   $1,254,523.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,523.02 |
| | | | $1,254,523.02 |

Cure Amount:   $1,234,631.96
Reclamation Amount:   $19,027.57
Unsecured Amount:   
Modified Total:   $1,253,659.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,253,659.53 | |
| | | $1,253,659.53 | |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12141**
Date Filed: 07/28/2006
Docketed Total: $151,106.18
Filing Creditor Name and Address:
KICKHAEFER MANUFACTURING
CO KMC
1221 S PARK ST
PO BOX 348
PORT WASHINGTON, WI
53074-0348

Claim Holder Name and Address

KICKHAEFER MANUFACTURING
CO KMC
1221 S PARK ST
PO BOX 348
PORT WASHINGTON, WI 53074-0348

Docketed Total:    $151,106.18

Cure Amount:    $147,796.71
Reclamation Amount:    $3,309.47
Unsecured Amount:
Modified Total:    $151,106.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $151,106.18 | | 05-44640 | | $151,106.18 | $0.00 |
| | | **$151,106.18** | | | | **$151,106.18** | **$0.00** |

**Claim: 13974**
Date Filed: 07/31/2006
Docketed Total: $1,659,326.20
Filing Creditor Name and Address:
LONGACRE MASTER FUND LTD
AS ASSIGNEE/TRANSFEREE OF
SHARP ELECTRONICS CORP
810 SEVENTH AVE 22ND FLOOR
NEW YORK, NY 10019

Claim Holder Name and Address

LONGACRE MASTER FUND LTD AS
ASSIGNEE/TRANSFEREE OF SHARP
ELECTRONICS CORP
810 SEVENTH AVE 22ND FLOOR
NEW YORK, NY 10019

Docketed Total:    $1,659,326.20

Cure Amount:    $961,417.90
Reclamation Amount:    $40,000.00
Unsecured Amount:    $657,908.30
Modified Total:    $1,659,326.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $1,659,326.20 | | 05-44640 | | $1,001,417.90 | $657,908.30 |
| | | **$1,659,326.20** | | | | **$1,001,417.90** | **$657,908.30** |

**Claim: 9989**
Date Filed: 07/20/2006
Docketed Total: $203,557.41
Filing Creditor Name and Address:
MASTER MOLDED PRODUCTS
CORP
1000 DAVIS RD
ELGIN, IL 60123

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $203,557.41

Cure Amount:    $151,546.49
Reclamation Amount:    $21,774.05
Unsecured Amount:    $30,236.87
Modified Total:    $203,557.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $21,774.05 | $181,783.36 | 05-44640 | | $173,320.54 | $30,236.87 |
| | | **$21,774.05** | **$181,783.36** | | | **$173,320.54** | **$30,236.87** |

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 2229

Date Filed: 03/09/2006
Docketed Total: $360,413.11
Filing Creditor Name and Address:
NICHICON AMERICA
CORPORATION
CO GARY D SANTELLA
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address

SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $360,413.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,413.11 |
| | | | $360,413.11 |

Cure Amount: $323,881.42
Reclamation Amount: $5,052.44
Unsecured Amount: $17,039.47
Modified Total: $345,973.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $11,399.82 | $98.06 |
| 05-44640 | | $317,534.04 | $16,941.41 |
| | | $328,933.86 | $17,039.47 |

### Claim: 4531

Date Filed: 05/02/2006
Docketed Total: $201,340.46
Filing Creditor Name and Address:
NMB TECHNOLOGIES
CORPORATION
9730 INDEPENDENCE AVE
CHATSWORTH, CA 91311

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $201,340.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $201,340.46 | | |
| | $201,340.46 | | |

Cure Amount: $82,444.55
Reclamation Amount: $4,056.80
Unsecured Amount: $114,599.11
Modified Total: $201,100.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $84,231.35 | $111,637.60 |
| 05-44507 | | $2,270.00 | $2,961.51 |
| | | $86,501.35 | $114,599.11 |

### Claim: 9647

Date Filed: 07/12/2006
Docketed Total: $618,507.09
Filing Creditor Name and Address:
PARK ENTERPRISES OF
ROCHESTER INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

Claim Holder Name and Address

PARK ENTERPRISES OF ROCHESTER
INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

Docketed Total: $618,507.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $618,507.09 |
| | | | $618,507.09 |

Cure Amount: $3,899.32
Reclamation Amount: $29,174.77
Unsecured Amount: $585,433.00
Modified Total: $618,507.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $33,074.09 | $585,433.00 |
| | | $33,074.09 | $585,433.00 |

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 2482

Claim: 2482
Date Filed: 04/03/2006
Docketed Total: $1,495,516.58
Filing Creditor Name and Address:
ROHM ELECTRONICS USA LLC
KLEHR HARRISON HARVEY
BRANZBURG
260 S BROAD ST
PHILADELPHIA, PA 19102-5003

Claim Holder Name and Address
ROHM ELECTRONICS USA LLC
KLEHR HARRISON HARVEY
BRANZBURG
260 S BROAD ST
PHILADELPHIA, PA 19102-5003
Docketed Total: $1,495,516.58

Cure Amount: $1,243,514.92
Reclamation Amount: $107,101.70
Unsecured Amount: $65,227.47
Modified Total: $1,415,844.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | $1,495,516.58 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $24,180.77 | $1,600.80 |
| 05-44640 | | $1,326,435.85 | $63,626.67 |
| | | $1,350,616.62 | $65,227.47 |

### Claim 16683

Claim: 16683
Date Filed: 10/14/2005
Docketed Total: $22,443.37
Filing Creditor Name and Address:
SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address
SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601
Docketed Total: $22,443.37

Cure Amount: $20,850.57
Reclamation Amount: $1,592.80
Unsecured Amount:
Modified Total: $22,443.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $22,443.37 | |
| | | $22,443.37 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,443.37 | |
| | | $22,443.37 | |

### Claim 12258

Claim: 12258
Date Filed: 07/28/2006
Docketed Total: $1,040,216.50
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830
Docketed Total: $1,040,216.50

Cure Amount: $1,021,697.13
Reclamation Amount: $9,446.88
Unsecured Amount: $0.00
Modified Total: $1,031,144.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $124,235.47 | $915,981.03 |
| | | $124,235.47 | $915,981.03 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,024,687.01 | $0.00 |
| 05-44567 | | $6,457.00 | |
| | | $1,031,144.01 | $0.00 |

*See Exhibit B for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objection orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 987**
Date Filed:   12/05/2005
Docketed Total:    $987,308.58
Filing Creditor Name and Address:
TESSY PLASTICS CORP
488 RT S W
ELBRIDGE, NY 13060

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:    $987,308.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $987,308.58 |
| | | | $987,308.58 |

Cure Amount:    **$185,190.51**
Reclamation Amount:    **$9,176.58**
Unsecured Amount:    **$588,096.41**
Modified Total:    **$782,463.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $194,367.09 | $588,096.41 |
| | | $194,367.09 | $588,096.41 |

---

**Claim: 6671**
Date Filed:   05/23/2006
Docketed Total:    $130,235.05
Filing Creditor Name and Address:
THALER MACHINE COMPANY
257 HOPELAND ST
DAYTON, OH 45408

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $130,235.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,235.05 |
| | | | $130,235.05 |

Cure Amount:    **$25,282.40**
Reclamation Amount:    **$31,412.25**
Unsecured Amount:    **$73,540.40**
Modified Total:    **$130,235.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $56,694.65 | $73,540.40 |
| | | $56,694.65 | $73,540.40 |

---

**Claim: 2065**
Date Filed:   02/21/2006
Docketed Total:    $126,918.43
Filing Creditor Name and Address:
TRANS MATIC MFG CO INC
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total:    $126,918.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,918.43 |
| | | | $126,918.43 |

Cure Amount:    **$42,141.40**
Reclamation Amount:    **$6,207.62**
Unsecured Amount:    **$76,956.34**
Modified Total:    **$125,305.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $48,349.02 | $76,956.34 |
| | | $48,349.02 | $76,956.34 |

\*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior claims objections orders.

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 10208
Date Filed:   07/21/2006
Docketed Total:     $2,157,348.20
Filing Creditor Name and Address:
  WAMCO INC
  AKIN GUMP STRAUSS HAUER &
  FELD
  2029 CENTURY PARK E 24TH FL
  LOS ANGELES, CA 90067

**CLAIM AS DOCKETED**

Claim Holder Name and Address

AMROC INVESTMENTS LLC                    Docketed Total:          $2,157,348.20
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,157,348.20 |
| | | | $2,157,348.20 |

**CLAIM AS MODIFIED**

Cure Amount:                    $2,019,184.94
Reclamation Amount:                 $40,599.17
Unsecured Amount:                   $97,564.09
Modified Total:                  $2,157,348.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,059,784.11 | $97,564.09 |
| | | $2,059,784.11 | $97,564.09 |

**Total Claims to be Modified: 27**

**Total Amount as Docketed:**     $23,273,198.87

**Total Amount as Modified:**     $22,402,123.25

*See Exhibit B for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, <u>et al.</u>                                    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

Exhibit B - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ADRONICS ELROB MFG CORP | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALMETALS CO | 8455 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMERICAN PRODUCTS COMPANY | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 10208 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| AMROC INVESTMENTS LLC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AFX INDUSTRIES LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF HY LEVEL INDUSTRIES INC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF NATIONAL SEMICONDUCTER CORP | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANALOG DEVICES INC | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC/LONGACRE MASTER FUND LTD | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ASM CAPITAL LP | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 533 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATG PRECISION PRODUCTS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATMEL CORPORATION | 1165 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BANK OF AMERICA NA | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BELLMAN MELCOR INC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BOURNS INC | 6683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CAPITAL MARKETS AS ASSIGNEE OF ST MARYS CARBON CO INC | 11854 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| CAPSONIC GROUP LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAROLINA FORGE COMPANY LLC EFT | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CELTIC PRODUCTS INC | 5580 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CINCH CONNECTORS INC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| COFICAB PORTUGAL COMPANHIA | 6802 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CTS CORPORATION | 11257 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CURTIS SCREW COMPANY LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CURTIS SCREW COMPANY LLC/MADISON NICHE OPPORTUNITIES LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DAWLEN CORP | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DEUTSCHE BANK SECURITIES INC/GOLDMAN SACHS CREDIT PARTNERS LP | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| EMERSON & CUMING INC | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ENGINEERED MATERIALS SOLUTION INC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ENGINEERED SINTERED COMPONENTS INC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ERWIN QUARDER INC | 1464 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| GAGNIER PRODUCTS RKM INC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| GRINER ENGINEERING INC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAERTER STANZTECHNIK GMBH | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC/SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.                                    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD) 05-44481-rdd   Doc 12924   Filed 02/29/08   Entered 02/29/08 01:59:17   Main Document
Pg 114 of 191
Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| HITACHI AUTOMOTIVE PRODUCTS USA INC | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| IRISO USA INC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JIFFY TITE CO INC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JPMORGAN CHASE BANK NA | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | 14052 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JUDD WIRE INC | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KADDIS MANUFACTURING CORPORATION | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KICKHAEFER MANUFACTURING CO KMC | 12141 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| KINETICS | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LDI INCORPORATED | 9832 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC/ZYLUX ACOUSTIC CORP | 805 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION | 15469 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP | 15113 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | 13974 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD/SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| M A COM INC | 15926 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MACAUTO USA INC | 9431 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MASTER MOLDED PRODUCTS CORP | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| METFORM CORP | 5452 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MOLDTECH INC | 3736 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| NICHICON AMERICA CORPORATION | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NMB TECHNOLOGIES CORPORATION | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| OSRAM OPTO SEMICONDUCTORS INC | 9961 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| OTTO BOCK POLYURETHANE TECHNOLOGIES INC | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| P J SPRING CO INC | 1640 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA FKA AROMAT CORP | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PRECISION METAL PARTS INC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| RADIALL INCORPORATED DBA RADIALL LARSEN ANTENNA TECHNOLOGIES | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT CORP | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT PAINT & VARNISH CO IN | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC | 2387 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SAFETY COMPONENTS FABRIC EFT | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SAGAMI AMERICA LTD | 16683 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SANYO SEMICONDUCTOR CORPORATION | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SCAPA TAPES N A | 1735 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPCP GROUP LLC | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS ASIGNEE OF KANE MAGNETICS GMBH | 14136 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPIRAL INDUSTRIES INC | 4221 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ST MARYS CARBON CO INC | 11854 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| STEPHENSON & LAWYER INC | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| T & L AUTOMATICS INC | 11259 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TEMPEL STEEL CO | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TESSY PLASTICS CORP | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| THALER MACHINE COMPANY | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TOYOTA TSUSHO AMERICA INC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TPG CREDIT OPPORTUNITIES FUND LP/WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TWIST INC | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| UNIVERSAL METAL SERVICE EFT | 3975 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| US FARATHANE CORPORATION | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VIBRACOUSTIC GMBH & CO KG | 8588 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9452 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9453 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VOGELSANG CORP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| WAMCO INC | 10208 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| WAUCONDA TOOL AND ENGR CO EFT | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit C - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WINDSOR MACHINE & STAMPING LTD | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ZYLUX ACOUSTIC CORP | 805 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                            Debtors.          :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                    NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By
Amount Of Cure Payments (the "Twenty-Seventh Omnibus Claims Objection"), dated February 15, 2008,
a copy of which is enclosed (without exhibits).  The Debtors' Twenty-Seventh Omnibus Claims Objection
is set for hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert
D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green,
Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU
TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MARCH 12, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Twenty-Seventh Omnibus Claims Objection identifies three different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified in the table below as having a Basis For Objection of "Claims Subject
        to Modification Due To Cure " are those Claims that the Debtors have determined will be
        satisfied in whole or in part by the curing of defaults in executory contracts or unexpired
        leases under which such Claims arose ("Cure Payments").

        Claims identified in the table below as having a Basis For Objection of "Claims Subject
        To Prior Orders And To Modification Due To Cure" are those Claims that the Debtors

have determined were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments.

Claims identified in the table below as having a Basis For Objection of "Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure" are those Claims that the Debtors have determined were modified pursuant to prior orders, will be satisfied in whole or in part by Cure Payments, and (a) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Twenty-Seventh Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-Seventh Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Twenty-Seventh Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on March 12, 2008. Your Response, if any, to the Twenty-Seventh Omnibus Claims Objection
must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy
Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed
with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of
the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must
file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other
Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of
the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed, (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Twenty-Seventh Omnibus Claims Objection, (iv) unless already set
forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima
facie right to payment; provided, however, that you need not disclose confidential, proprietary, or
otherwise protected information in the Response; provided further, however, that you must disclose to the
Debtors all information and provide copies of all documents that you believe to be confidential,
proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the
extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be
the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as
appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if
different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the March 19, 2008 hearing date to a future date to be set
pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the
Debtors have requested that the Court conduct a final hearing on March 19, 2008 at 10:00 a.m. (prevailing
Eastern Time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE
CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

3

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM
WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE,
AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD
BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS
OBJECTION PROCEDURES ORDER.

        The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
SEVENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.

                                                            [Claimant Name]
                                                            [Address 1]
                                                            [Address 2] [Address 3]
                                                            [City], [State] [Zip]
                                                            [Country]

Dated:  New York, New York
        February 15, 2008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
      In re                           :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
               Debtors.         :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND MODIFY
GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS
IDENTIFIED IN TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION

("TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

          Upon the Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify

General Unsecured Claims By Amount Of Cure Payments, dated February 15, 2008 (the

"Twenty-Seventh Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Seventh

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A-1, A-2, and A-3 hereto was properly and timely served

with a copy of the Twenty-Seventh Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Twenty-Seventh Omnibus Claims Objection, and notice of the deadline for

responding to the Twenty-Seventh Omnibus Claims Objection.  No other or further notice of the

Twenty-Seventh Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Seventh Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Seventh Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Twenty-Seventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408

and 1409.

C.    The Claims listed on Exhibit A-1 hereto will be satisfied in whole or in

part by Cure Payments (the "Exhibit A-1 Claims").

D.    The Claims listed on Exhibit A-2 hereto were modified pursuant to prior

orders and will be satisfied in whole or in part by Cure Payments (the "Exhibit A-2 Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

E.        The Claims listed on Exhibit A-3 hereto will be satisfied in whole or in part by Cure Payments and (a) state the incorrect amount or are overstated and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Exhibit A-3 Claims").

F.        The relief requested in the Twenty-Seventh Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.        Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Conformation Order, each "Claim As Docketed" classification listed on Exhibit A-1 hereto shall be revised to reflect classification listed as the "Claim As Modified." No Claimant listed on Exhibit A-1 hereto shall be entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to further object to each such Exhibit A-1 Claim. The Exhibit A-1 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

3

2.      Upon the occurrence of the Effective Date of the Plan as modified
pursuant to the Conformation Order, each "Claim As Docketed" classification listed on Exhibit
A-2 hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No
Claimant listed on Exhibit A-2 hereto shall be entitled to assert a classification that is
inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to
further object to each such Exhibit A-2 Claim.  The Exhibit A-2 Claims shall remain on the
claims register, and shall remain subject to future objection by the Debtors and other parties-in-
interest.

3.      Upon the occurrence of the Effective Date of the Plan as modified
pursuant to the Conformation Order, each "Claim As Docketed" classification listed on Exhibit
A-3 hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No
Claimant listed on Exhibit A-3 shall be entitled to assert a classification that is inconsistent with
that listed in the "Claim As Modified" column on Exhibit A-3 hereto, subject to the Debtors'
right to further object to each such Exhibit A-3 Claim.  The Exhibit A-3 Claims shall remain on
the claims register, and shall remain subject to future objection by the Debtors and other parties-
in-interest.

4.      For clarity, Exhibit B hereto displays the formal name of each of the
Debtor entities and their associated bankruptcy case numbers referenced on Exhibits A-1, A-2,
and A-3 and Exhibit C sets forth each of the Claims referenced on Exhibits A-1, A-2, and A-3 in
alphabetical order by claimant and cross-references each such Claim by proof of claim number
and basis of objection.

4

5.       Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Seventh Omnibus Claims Objection.

6.       Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

7.       This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Seventh Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

8.       Each of the objections by the Debtors to each Claim addressed in the Twenty-Seventh Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, and A-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Seventh Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

9.       Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

10.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Seventh Omnibus Claims Objection.

Dated: New York, New York
         March ___, 2008

_____
            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Almetals Co | 51035 Grand River<br>Wixom, MI 48393 | 6/23/06 | 8455 | $171,798.50 | Claims Subject to Modification Due To Cure | 05-44640 | $2,384.41 | General Unsecured | 05-44640 | $169,414.09 | Cure Amount |
| Amroc Investments LLC | Attn David S Leinward Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 5/30/06 | 7091 | $61,342.54 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $61,342.54 | Cure Amount |
| Amroc Investments LLC | Attn David S Leinward Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/5/06 | 7491 | $1,617,353.43 | Claims Subject to Modification Due To Cure | 05-44640 | $69,150.00 | General Unsecured | 05-44640 | $1,548,203.43 | Cure Amount |
| Amroc Investments LLC | Attn David S Leinward Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/12/06 | 7838 | $1,434,038.60 | Claims Subject to Modification Due To Cure | 05-44640 | $112,620.59 | General Unsecured | 05-44640 | $1,321,418.01 | Cure Amount |
| Amroc Investments LLC | Attn David S Leinward Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/28/06 | 8722 | $128,098.75 | Claims Subject to Modification Due To Cure | 05-44640 | $26,287.75 | General Unsecured | 05-44640 | $101,811.00 | Cure Amount |
| Amroc Investments LLC | Attn David S Leinward Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 9/5/06 | 16284 | $34,134.78 | Claims Subject to Modification Due To Cure | 05-44640 | $4,852.44 | General Unsecured | 05-44640 | $29,282.34 | Cure Amount |
| ASM Capital | as assignee for Kickhaefer Manufacturing Company<br>7600 Jericho Tpke Ste 302<br>Woodbury, NY 11797 | 8/1/06 | 15781 | $552,858.63 | Claims Subject to Modification Due To Cure | 05-44640 | $147,567.63 | General Unsecured | 05-44640 | $405,291.00 | Cure Amount |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 8/1/06 | 15781 | $552,858.63 | Claims Subject to Modification Due To Cure | 05-44640 | $147,567.63 | General Unsecured | 05-44640 | $405,291.00 | Cure Amount |
| Capital Markets as Assignee of St Marys Carbon Co Inc | Capital Markets<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 7/28/06 | 11854 | $49,788.00 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $49,788.00 | Cure Amount |
| Coficab Portugal Companhia | De Fios E Cabos Lda Lote 46 En18 1 Km 2 5<br>Guarda,  06300--230 Portugal | 5/24/06 | 6802 | $12,030.60 | Claims Subject to Modification Due To Cure | 05-44640 | $4,310.24 | General Unsecured | 05-44640 | $7,720.36 | Cure Amount |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/28/06 | 12377 | $1,792.00 | Claims Subject to Modification Due To Cure | 05-44567 | $0.00 | General Unsecured | 05-44567 | $1,792.00 | Cure Amount |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12377 | $1,792.00 | Claims Subject to Modification Due To Cure | 05-44567 | $0.00 | General Unsecured | 05-44567 | $1,792.00 | Cure Amount |
| Cts Corporation | 171 Covington Dr<br>Bloomingdale, IL 60108 | 7/27/06 | 11257 | $7,433.25 | Claims Subject to Modification Due To Cure | 05-44612 | $0.00 | General Unsecured | 05-44612 | $7,433.25 | Cure Amount |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-1 (Single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| | Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 6/27/06 | 8667 | $6,688.50 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $6,688.50 | Cure Amount |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 2/27/06 | 2144 | $386,835.08 | Claims Subject to Modification Due To Cure | 05-44640 | $154,706.43 | General Unsecured | 05-44640 | $232,128.65 | Cure Amount |
| | Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/27/06 | 2144 | $386,835.08 | Claims Subject to Modification Due To Cure | 05-44640 | $154,706.43 | General Unsecured | 05-44640 | $232,128.65 | Cure Amount |
| | Infineon Technologies AG | Charles P Schulman Sachnoff & Weaver Ltd 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 7/28/06 | 12400 | $95,890.67 | Claims Subject to Modification Due To Cure | 05-44610 | $72,058.30 | General Unsecured | 05-44610 | $23,832.37 | Cure Amount |
| | Infineon Technologies North America Corp | Arlene N Gelman Sachnoff & Weaver Ltd 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 7/28/06 | 12178 | $177,026.50 | Claims Subject to Modification Due To Cure | 05-44567 | $1,361.45 | General Unsecured | 05-44567 | $175,665.05 | Cure Amount |
| | Infineon Technologies North America Corp | Reed Smith LLP Elena Lazarou 599 Lexington Ave New York, NY 10022 | 7/28/06 | 12178 | $177,026.50 | Claims Subject to Modification Due To Cure | 05-44567 | $1,361.45 | General Unsecured | 05-44567 | $175,665.05 | Cure Amount |
| | Liquidity Solutions Inc as assignee of NN Inc US Ball and Roller Div | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 6/1/06 | 7289 | $104,313.33 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $104,313.33 | Cure Amount |
| | Liquidity Solutions Inc dba Revenue Management as assignee of Bei Duncan Electronics | Jeffrey L Caress One University Plaza Ste 312 Hackensack, NJ 07601 | 7/31/06 | 15493 | $5,762.88 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $5,762.88 | Cure Amount |
| | Liquidity Solutions Inc dba Revenue Management as assignee of Freeway Corpoartion | Jeffrey L Caress One University Plz Ste 312 Hackensack, NJ 07601 | 7/31/06 | 15469 | $1,501.00 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,501.00 | Cure Amount |
| | Long Acre Master Fund Ltd as Assignee Transferee of Sharp Electronics Corp | Attn Vladimir Jelisavcic Long Acre Master Fund Ltd 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/31/06 | 15113 | $7,343,692.50 | Claims Subject to Modification Due To Cure | 05-44640 | $2,583,909.44 | General Unsecured | 05-44640 | $4,759,783.06 | Cure Amount |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/21/06 | 2063 | $108,786.45 | Claims Subject to Modification Due To Cure | 05-44640 | $58,504.58 | General Unsecured | 05-44640 | $50,281.87 | Cure Amount |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 11/17/06 | 16422 | $123,994.71 | Claims Subject to Modification Due To Cure | 05-44640 | $121,764.31 | General Unsecured | 05-44640 | $2,230.40 | Cure Amount |
| | Macauto Usa Inc | 80 Excel Dr Rochester, NY 14621 | 7/13/06 | 9431 | $961,318.16 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $961,318.16 | Cure Amount |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Metform Corp | PO Box 98733 Chicago, IL 60693 | 5/10/06 | 5452 | $115,659.16 | Claims Subject to Modification Due To Cure | 05-44640 | $331.99 | General Unsecured | 05-44640 | $115,327.17 | Cure Amount |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 7/5/06 | 9025 | $38,277.25 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $38,277.25 | Cure Amount |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 9/12/06 | 16301 | $58,295.21 | Claims Subject to Modification Due To Cure | 05-44640 | $1,271.00 | General Unsecured | 05-44640 | $57,024.21 | Cure Amount |
| Sumida Trading Pte Ltd | 996 Bendermeer Rd No 04 05 To 06 , 339944 Singapore | 3/8/06 | 2215 | $2,499.20 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $2,499.20 | Cure Amount |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 6/27/06 | 8685 | $36,363.34 | Claims Subject to Modification Due To Cure | 05-44640 | $15,621.54 | General Unsecured | 05-44640 | $20,741.46 | Cure Amount |
| Universal Metal Service Eft | 16655 S Canal St S Holland, IL 60473 | 5/1/06 | 3975 | $37,375.63 | Claims Subject to Modification Due To Cure | 05-44640 | $1,668.78 | General Unsecured | 05-44640 | $35,706.85 | Cure Amount |
| Vibracoustic Gmbh & Co Kg | Hohner Weg 2 4 D 69465 Weinheim,   Germany | 6/26/06 | 8588 | $7,426.04 | Claims Subject to Modification Due To Cure | 05-44640 | $71.39 | General Unsecured | 05-44640 | $7,354.65 | Cure Amount |
| Vibracoustic Gmbh & Co Kg | Bodman Llp Ralph E Mcdowell 100 Renaissance Ctr 34th Fl Detroit, MI 48243 | 6/26/06 | 8588 | $7,426.04 | Claims Subject to Modification Due To Cure | 05-44640 | $71.39 | General Unsecured | 05-44640 | $7,354.65 | Cure Amount |
| Vishay Americas Inc | Attn Marion R Hubbard 1 Greenwich Pl Shelton, CT 06484 | 7/13/06 | 9453 | $8,949.08 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $8,949.08 | Cure Amount |
| Welwyn Components Ltd | David M Schilli Robinson Bradshaw & Hinson P A 101 N Tryon St Ste 1900 Charlotte, NC 28246 | 6/27/06 | 8685 | $36,363.34 | Claims Subject to Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $0.34 | Cure Amount |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re                                               :      Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :      Case No. 05-44481 (RDD)
                                                    :
                                    Debtors.        :      (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By
Amount Of Cure Payments (the "Twenty-Seventh Omnibus Claims Objection"), dated February 15, 2008,
a copy of which is enclosed (without exhibits).  The Debtors' Twenty-Seventh Omnibus Claims Objection
is set for hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert
D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green,
Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU
TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MARCH 12, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Twenty-Seventh Omnibus Claims Objection identifies three different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified in the table below as having a Basis For Objection of "Claims Subject
        to Modification Due To Cure " are those Claims that the Debtors have determined will be
        satisfied in whole or in part by the curing of defaults in executory contracts or unexpired
        leases under which such Claims arose ("Cure Payments").

        Claims identified in the table below as having a Basis For Objection of "Claims Subject
        To Prior Orders And To Modification Due To Cure" are those Claims that the Debtors

have determined were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments.

Claims identified in the table below as having a Basis For Objection of "Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure" are those Claims that the Debtors have determined were modified pursuant to prior orders, will be satisfied in whole or in part by Cure Payments, and (a) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

If you wish to view the complete exhibits to the Twenty-Seventh Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-Seventh Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you disagree with the Twenty-Seventh Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on March 12, 2008. Your Response, if any, to the Twenty-Seventh Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-Seventh Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 19, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD

3

BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS
OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
SEVENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.


Dated:  New York, New York
        February 15, 2008

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
             In re                        :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

            Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

        A.      Proper, timely, adequate, and sufficient notice of the Motion has been provided, such notice was good, sufficient and appropriate under the particular circumstances, and no other or further notice of the Motion is or shall be required.

        B.      The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

        C.      The relief requested in the Motion and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

        1.      This Court shall conduct special periodic hearings on contested claims matters in these cases (the "Claims Hearing Dates"), to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified by the Court. The following dates and times have been scheduled as Claims Hearing Dates in these chapter 11 cases:

        December 13, 2006 at 10:00 a.m. (prevailing Eastern time)

        January 12, 2007 at 10:00 a.m. (prevailing Eastern time)

        February 14, 2007 at 10:00 a.m. (prevailing Eastern time)

        March 1, 2007 at 10:00 a.m. (prevailing Eastern time)

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. <u>See</u> Fed. R. Bankr. P. 7052. Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

March 21, 2007 at 10:00 a.m. (prevailing Eastern time)

April 5, 2007 at 10:00 a.m. (prevailing Eastern time)

April 27, 2007 at 10:00 a.m. (prevailing Eastern time)

May 10, 2007 at 10:00 a.m. (prevailing Eastern time)

May 24, 2007 at 10:00 a.m. (prevailing Eastern time)

June 1, 2007 at 10:00 a.m. (prevailing Eastern time)

June 14, 2007 at 10:00 a.m. (prevailing Eastern time)

June 22, 2007 at 10:00 a.m. (prevailing Eastern time)

July 12, 2007 at 10:00 a.m. (prevailing Eastern time)

July 20, 2007 at 10:00 a.m. (prevailing Eastern time)

August 2, 2007 at 10:00 a.m. (prevailing Eastern time)

August 17, 2007 at 10:00 a.m. (prevailing Eastern time)

August 30, 2007 at 10:00 a.m. (prevailing Eastern time)

September 28, 2007 at 10:00 a.m. (prevailing Eastern time)

October 11, 2007 at 10:00 a.m. (prevailing Eastern time)

October 26, 2007 at 10:00 a.m. (prevailing Eastern time)

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 30, 2007 at 10:00 a.m. (prevailing Eastern time)

December 6, 2007 at 10:00 a.m. (prevailing Eastern time)

2.      Any response to a claims objection or an omnibus claims objection (a

"Response") must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

3

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered on October 26, 2006 (the "Amended Eighth

Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy

Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest

must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format), (d) be submitted in hard copy form directly

to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese), in each case so as to be received no

later than 4:00 p.m. (prevailing Eastern time) on the seventh calendar day prior to the Omnibus

Hearing for which the relevant claims objection or omnibus claims objection is scheduled.

     3.     Every Response must contain at a minimum the following:

     (a)     the title of the claims objection to which the Response is directed;

     (b)     the name of the claimant (each holder of a proof of claim, a "Claimant") and a brief description of the basis for the amount of the claim;

     (c)     a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

     (d)     unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be

4

confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

        (e)      to the extent that the claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and

        (f)      the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

        4.      Only those Responses made in writing and timely filed and received will be considered by the Court. If a Claimant whose proof of claim is subject to a claims objection and who is served with the relevant claims objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors may present to the Court an appropriate order seeking relief with respect to such claim consistent with the relief sought in the relevant claims objection without further notice to the claimant, <u>provided</u> that, upon entry of such an order, the claimant shall receive notice of the entry of such order as provided below; <u>provided</u>, <u>however</u>, that if the claimant files a timely Response, which does not include the required minimum information provided in paragraph 3 above, the Debtors shall seek disallowance and expungement of the relevant claim or claims only in accordance with the Claims Hearing Procedures provided in paragraph 9 below.

        5.      To the extent that a Response is filed with respect to any claim listed in a claims objection (each, a "Contested Claim"), each such Claim and the objection to such Claim asserted in the claims objection shall be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

        6.      The Debtors are hereby authorized and directed to serve each Claimant whose proof of claim is listed in any omnibus claims objection with (a) a personalized Notice Of Objection To Claim which specifically identifies the Claimant's proof of claim that is subject to objection and the basis for such objection and (b) a complete copy of the relevant omnibus

claims objection without exhibits.  Service of omnibus claims objections in such manner shall

constitute good and sufficient notice and no other or further notice to claimants of an omnibus

claims objection shall be required.

7.    Kurtzman Carson Consultants, LLC (the "Claims Agent") is hereby

authorized and directed to serve all orders entered with respect to any omnibus claims objections,

including exhibits, upon only the master service list and the 2002 list.  The Claims Agent is

hereby further authorized and directed to serve all claimants whose proofs of claim are the

subject of an order entered with respect to an omnibus claims objection with a copy of such order,

without exhibits, and a personalized Notice Of Entry Of Order in the form attached hereto as

Exhibit A specifically identifying such Claimant's proof of claim that is subject to the order, the

Court's treatment of such proof of claim, and the basis for such treatment, and advising the

Claimant of its ability to view the order with exhibits free of charge on the Debtors' Legal

Information Website.  Without limiting the foregoing, the Court hereby directs the Claims Agent

to serve the First Omnibus Claims Order in the manner provided hereby.

8.    Any order entered by the Court with respect to an objection asserted in an

omnibus claims objection shall be deemed a separate order with respect to each claim covered by

such order.

9.    The following procedures shall apply with respect to the determination of

Contested Claims (the "Claims Hearing Procedures"):

(a)    Adjournment Of Claims Hearing.

(i)    All Contested Claims for which a timely Response is filed shall be
automatically adjourned to a future hearing, the date of which shall be determined by the Debtors,
in their sole discretion, by serving the Claimant with notice as provided herein.  The Debtors
may send such notice to each Claimant when they deem it appropriate to do so, subject to the
requirements of the Bankruptcy Code, the Bankruptcy Rules, and any further order of this Court.

6

The Debtors shall schedule the further hearing upon each Contested Claim to a Claims Hearing of the Debtors' election:

(A)    for a non-evidentiary hearing to address the legal sufficiency of the particular proof of claim and whether the proof of claim states a claim against the asserted Debtor under Bankruptcy Rule 7012 (a "Sufficiency Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit B</u> (a "Notice Of Sufficiency Hearing") and a copy of this Order at least 20 business days prior to the date of such Sufficiency Hearing, or

(B)    for an evidentiary hearing on the merits of such Contested Claim (a "Claims Objection Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit C</u> (a "Notice Of Claims Objection Hearing" and, collectively with the Notice of Sufficiency Hearing, the "Notices of Hearing") and a copy of this Order at least 65 calendar days prior to the date of such Claims Objection Hearing.

(ii)    The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant at least five business days prior to the date of the scheduled hearing; <u>provided</u>, <u>however</u>, that the hearing on any Contested Claim shall not be adjourned for more than a total of 180 calendar days from date of service of the initial Notice of Hearing set forth in paragraph 9(a)(i)(A) and (B) above without consent of the Claimant with respect thereto, unless otherwise ordered by the Court.

(b)    <u>Sufficiency Hearing Procedures</u>.

(i)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Debtors wish to file a supplemental pleading, they shall file and serve their pleading no later than ten calendar days before the scheduled Sufficiency Hearing. The supplemental pleading shall not exceed fifteen single-sided, double-spaced pages.

(ii)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Claimant wishes to file a supplemental response, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing. The supplemental response shall not exceed fifteen single-sided, double-spaced pages.

(iii)    To the extent that this Court determines upon conclusion of the Sufficiency Hearing that a Contested Claim cannot be disallowed in whole or in part without further proceedings, the Debtors shall provide to the Claimant a Notice Of Claims Objection Hearing pursuant to the procedures set forth above.

(c)    <u>Mandatory Meet And Confer</u>.

(i)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), (B) the Claimant (if an individual) or the Claimant's principal place of

7

business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, and (C) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant  shall hold an in-person meet and confer (an "In-Person Meet and Confer") at a neutral location in Troy, Michigan, or such other location as is reasonably acceptable to the Debtors, within ten business days of service of the Notice Of Claims Objection Hearing.

(ii)     If (A) (1) the amount in dispute for a Contested Claim is less than or equal to $1,000,000, (2) a Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, or (3) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, and (B) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold a telephonic meet and confer (a "Telephonic Meet and Confer" and, collectively with In-Person Meet and Confers, the "Meet and Confers") within ten business days of service of the Notice Of Claims Objection Hearing.

(iii)     The following representatives of each of the Debtors and the Claimant shall attend the Meet and Confer: (A) counsel for each of the parties, except for a Claimant proceeding pro se, who shall be prepared to discuss the matter described in paragraph 9 (k) below, and (B) a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of the Debtors and the Claimant, respectively; provided, however, that counsel for each of the parties may participate in the Meet and Confer telephonically.

(iv)     The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Meet and Confer in good faith.

(d)     Debtors' Statement Of Disputed Issues.  Within five business days after service of the Notice Of Claims Objection Hearing, the Debtors shall file and serve a written statement of disputed issues (the "Statement Of Disputed Issues") upon the Claimant.  The Statement Of Disputed Issues shall contain a concise statement summarily setting forth the primary reasons why the claim should be disallowed, expunged, reduced, or reclassified as set forth in the claims objection, including, but not limited to, the material factual and legal bases upon which the Debtors will rely in prosecuting the claims objection, without prejudice to the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Contested Claim.  The Statement of Disputed Issues shall also include documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim, without prejudice to the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim; provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Statement of Disputed Issues; provided further, however, that the Debtors shall disclose to the Claimant all information and

8

provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected, subject to appropriate confidentiality constraints.

        (e)      <u>Claimant's Supplemental Response</u>.  The following procedures apply to the Claimant's written supplemental response (the "Supplemental Response"), subject to modification pursuant to paragraph 9(k), filed in connection with a Claims Objection Hearing for a Contested Claim:

        (i)      The Claimant may file and serve its Supplemental Response (with a copy to chambers) no later than 30 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Response shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

        (ii)      If the Claimant relies on exhibits, the Claimant shall include such exhibits in its Supplemental Response (other than those previously included with either its Proof of Claim or its Response); <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Response; <u>provided</u> further, <u>however</u>, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Contested Claim, subject to appropriate confidentiality constraints.  The Claimant shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Response, as appropriate.

        (iii)      The Supplemental Response may include affidavits or declarations from no more than two witnesses setting forth the basis of the Contested Claim and evidence supporting the Contested Claim; <u>provided</u>, <u>however</u>, that if the Claimant intends to call a person not under such Claimant's control at the hearing, the Claimant shall, in lieu of an affidavit or declaration of such person, identify such person, the Claimant's basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, such affiant or declarant's affidavit or declaration shall be stricken.  The Claimant shall not be permitted to elicit any direct testimony at the Claims Objection Hearing; instead, the affidavit or declaration submitted with the Supplemental Response, or such witnesses' deposition transcript if the witnesses were not under the Claimant's control, shall serve as the witnesses' direct testimony and the Debtors may cross examine the witnesses at the Claims Objection Hearing, or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Claimant.

        (iv)      No later than three business days prior to commencement of the Claims Objection Hearing, if the Claimant timely filed a Supplemental Response, the Claimant may file and serve (with a copy to chambers) an amended Supplemental Response and a supplemental affidavit or declaration on behalf of each of its witnesses solely for the purpose of supplementing the Supplemental Response and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Response shall be subject to the page limitations set forth above.

(f)    <u>Debtors' Supplemental Reply</u>.  The following procedures shall apply to the Debtors' written supplemental reply, if any (the "Supplemental Reply"), subject to modification pursuant to paragraph 9(k) below, filed in connection with a Claims Objection Hearing with respect to a Contested Claim:

(i)    The Debtors may file and serve (with a copy to chambers) a Supplemental Reply no later than 20 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Reply shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

(ii)    If the Debtors rely on exhibits, the Debtors shall include such exhibits in their Supplemental Reply (other than those previously included with either their objection or reply); <u>provided</u>, <u>however</u>, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Reply; <u>provided</u> <u>further</u>, <u>however</u>, that the Debtors shall disclose to the Claimant all information and provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected and upon which the Debtors intend to rely in support of their objection, subject to appropriate confidentiality constraints.  The Debtors shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Reply.

(iii)    The Supplemental Reply may include affidavits or declarations from no more than two witnesses setting forth the Debtors' basis for objecting to the Contested Claim and evidence in support of such objection to the Contested Claim; <u>provided</u>, <u>however</u>, that if the Debtors intend to call a person not under the Debtors' control at the hearing, the Debtors shall, in lieu of an affidavit or declaration of such person, identify such person, the Debtors' basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, as appropriate, such affiant or declarant's affidavit or declaration shall be stricken.  The Debtors shall not be permitted to elicit any direct testimony at the Claims Objection Hearing, instead, the affidavit or declaration submitted with the Supplemental Reply, or such witnesses' deposition transcript if the witnesses were not under the Debtors' control, shall serve as the witnesses' direct testimony and the Claimant may cross examine the witnesses at the Claims Objection Hearing or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Debtors.

(iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Debtors timely filed a Supplemental Reply, the Debtors may file and serve (with a copy to chambers) an amended Supplemental Reply and a supplemental affidavit or declaration on behalf of each of their witnesses solely for the purpose of supplementing the Supplemental Reply and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Reply shall be subject to the page limitations set forth above.

(g)    <u>Mandatory Non-Binding Summary Mediation</u>.  Except as set forth below, at least 15 business days prior to commencement of the Claims Objection Hearing, the Debtors and the Claimant shall submit to mandatory non-binding summary mediation (each, a

10

"Mediation") in an effort to consensually resolve the Contested Claim.  The Mediation shall be
governed by General Order M-143 except as follows.  The following procedures shall apply to
each Mediation, subject to modification pursuant to paragraph 9(k) below:

(i)    Each Mediation shall be assigned to one of the mediators listed by
the Debtors on Exhibit D hereto (each, a "Mediator").  The Debtors and the Claimant shall agree
upon the Mediator at the Meet and Confer; provided that, if the Debtors and the Claimant are
unable to agree upon a Mediator, the parties shall promptly report such inability to agree to the
Court.

(ii)    The Mediator shall not have the authority to require either the
Debtors or the Claimant to provide any additional briefing with respect to the Mediation.

(iii)    If (A) (1) the amount in dispute for a Contested Claim exceeds
$1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with
respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim
shall be limited to a maximum of $1,000,000) and (B) the Claimant (if an individual) or the
Claimant's principal place of business (if a governmental unit or a person, as defined in section
101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy,
Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.

(iv)    If (A) (1) the amount in dispute for a Contested Claim exceeds
$1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with
respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim
shall be limited to a maximum of $1,000,000), and (B) the Claimant (if an individual) or the
Claimant's principal place of business (if a governmental unit or a person, as defined in section
101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from
Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the
Debtors and the Claimant; provided that, if the Debtors and the Claimant are unable to agree
upon a neutral location at the Meet and Confer, the parties shall promptly report such inability to
agree to the Court.

(v)    If (A) the amount in dispute for a Contested Claim is less than or
equal to $1,000,000 or (B) the Contested Claim asserts unliquidated claims and the Claimant
with respect thereto irrevocably agrees in writing that the allowed amount of such Contested
Claim shall be limited to a maximum of $1,000,000, participation in Mediation shall be
voluntary and any Mediation may be held telephonically at either the Debtors' or the Claimant's
request.

(vi)    A person possessing ultimate authority to reconcile, settle, or
otherwise resolve the Contested Claim on behalf of each of the Debtors and the Claimant shall
attend an in-person Mediation or participate in a telephonic Mediation, if any; provided, however,
that the Debtors' counsel will not be precluded from attending and participating in a Mediation in
the event that the claimant elects not to have its counsel attend or participate in a Mediation.

(vii)    Absent consent of each of the Claimant and the Debtors, the length
of the Mediation shall be limited to one day.

11

(viii)    The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Mediation in good faith.

(ix)    The Debtors and the Claimant shall each bear its own costs in participating in the Mediation.  The Debtors are hereby authorized to pay the Mediator's fees.

(h)    <u>Claims Objection Hearing Discovery</u>.  If a Claims Objection Hearing is scheduled for a particular Contested Claim, the Debtors and the Claimant shall be bound by the following discovery procedures, which shall otherwise be governed by the Bankruptcy Rules, subject to modification pursuant to paragraph 9(k) below:

(i)    No later than five business days after service of the Supplemental Response, the Debtors may request:

(A)    That the Claimant produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Claimant respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Claimant respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(ii)    No later than five business days after service of the Supplemental Reply, the Claimant may request:

(A)    That the Debtors produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Debtors respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Debtors respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(iii)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Debtors may, at their election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Claimant's Supplemental Response.  Each deposition shall not exceed three hours.

12

(iv)     No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Claimant may, at its election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Debtors' Supplemental Reply.  Each deposition shall not exceed three hours.

(v)     Except as provided in paragraph 9(g)(vi) above, nothing in this Order alters any obligation of opposing counsel with regard to communications with non-counsel opponents or any applicable law regarding corporations or other business entities to be represented by counsel.

(i)     <u>Conduct Of The Claims Objection Hearing</u>.  The Debtors and the Claimant shall each be permitted, subject to modification pursuant to paragraph 9(k) below, no more than one hour to present their respective cases, inclusive of time cross-examining their opponent's witnesses and making argument to the Court.  The parties shall coordinate with each other in advance of the hearing with respect to, joint exhibit binders, stipulated admission of evidence, anticipated disputes regarding the admission of particular evidence and any designated deposition testimony.

(j)     <u>Estimation Based Upon Claimant's Asserted Estimated Amount</u>.  To the extent that a Contested Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code and the Debtors have sought authority to estimate such Contested Claim pursuant to an omnibus claims objection and/or a motion to estimate claims, if the Claimant has filed a Response in accordance with the procedures outlined above which (i) acknowledges that the Contested Claim is contingent or fully or partially unliquidated and (ii) provides the amount that the Claimant believes would be the allowable amount of such Contested Claim upon liquidation of the Contested Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), the Debtors are hereby authorized, in their sole discretion, to elect to provisionally accept the Claimant's Asserted Estimated Amount as the estimated amount of such Contested Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code.  The Debtors' election shall be made by serving the Claimant with a Notice Of Election To Accept Claimant's Asserted Estimated Amount in the form attached hereto as <u>Exhibit E</u>.  The Contested Claim will otherwise remain subject in all respects to the procedures outlined herein.

(k)     <u>Ability To Modify Procedures By Agreement Or Order Of Court</u>.  At the Meet and Confer, the parties shall discuss discovery parameters, briefing, evidence to be presented, the timing outlined herein, and any modifications thereto that are necessary due to the facts and circumstances of the relevant Contested Claim.  Should the parties be unable to agree on reasonable modifications to these Claim Hearing Procedures, if any, either party may request that the Court promptly schedule a teleconference to consider such proposed modifications.  No discovery, testimony, or motion practice other than that described herein, as modified, shall be permitted, unless otherwise agreed by the parties or ordered by the Court.

13

10.    The procedures approved herein shall not apply to claims filed by Banc of America Securities LLC (as to proof of claim number 10758), Barclays Capital Inc. (as to proof of claim number 11658), Bear, Stearns & Co. Inc. (as to proof of claim number 10732), Cadence Innovation LLC, Citigroup Global Markets, Inc. (as to proof of claim number 10731), Credit Suisse Securities (USA) LLC (as to proof of claim number 10763), Merrill Lynch, Peirce, Fenner & Smith Inc. (as to proof of claim number 10761), Morgan Stanley & Co. Inc. (as to proof of claim number 10762), the Pension Benefit Guaranty Corporation, Robert Bosch GmbH, the State of California Environmental Protection Agency, the State of Michigan Environmental Protection Agency, the State of Ohio Environmental Protection Agency, Technology Properties, Ltd., UBS Securities LLC (as to proof of claim number 10759), the United States Environmental Protection Agency, and Wachovia Capital Markets, LLC (as to proof of claim number 10760) (collectively, the "Excluded Parties") for any purpose, including, but not limited to, any objections to such claims or other litigation in respect of such claims; provided, however, that nothing contained herein shall preclude any of the Excluded Parties or the Debtors, after notice and an opportunity to be heard, from seeking to establish appropriate alternative claims resolution procedures.

11.    With respect to the claim of Gary Whitney ("Mr. Whitney") (claim number 10157) and NuTech Plastics Engineering, Inc. ("NuTech") (claim number 1279 against Delphi Automotive Systems LLC), nothing in this Order shall limit Mr. Whitney's or NuTech's ability to request relief from the automatic stay provisions under section 362 of the Bankruptcy Code subject to the Debtors' right to object to such request.

12.    The Debtors shall not serve a Notice of Hearing on Orix Warren, LLC ("Orix Warren") with respect to proof of claim number 10202 until the earliest of the following

14

to occur: (a) the Debtors assume the lease between Delphi Automotive Systems LLC and Orix Warren with respect to property located at 4551 Research Parkway in Warren, Ohio (the "Orix Lease"), (b) the Debtors reject the Orix Lease, or (c) the Orix Lease terminates or is terminated pursuant to its terms.

13.    Nothing in this Order shall preclude any right to seek estimation of a claim under section 502(c) of the Bankruptcy Code, any right to seek relief from the automatic stay under section 362 of the Bankruptcy Code to liquidate a claim in a different forum, any right to seek protection of information under section 107(b) of the Bankruptcy Code or any right not specifically addressed in this Order.

14.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

15.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
        December 6, 2006


        _____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

15

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05-44481 (RDD)
                                        :
                      Debtors.          :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER WITH RESPECT
TO [_____] OMNIBUS CLAIMS OBJECTION

        PLEASE TAKE NOTICE that on _____ _, 200_, the United States Bankruptcy

Court for the Southern District of New York entered a [title of order] (the "Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Order, excluding

exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which

you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was the

subject of the Order and was listed on Exhibit __ to the Order and was accordingly disallowed

and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|------------|--------------|--------------------------|---------------------|--------------------|---------------------------------|
|            |              |                          |                     |                    |                                 |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-259-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
        _____ _, 200_

                              BY ORDER OF THE COURT

                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                - and -

                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                 Debtors and Debtors-in-Possession

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                            Debtors.          :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proof of

Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor is

hereby scheduled for _____, 200_, at 10:00 a.m. (prevailing Eastern time) in the United

States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply

with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
          _____ _, 200_

                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM LLP

                                   By:_____
                                       John Wm. Butler, Jr. (JB 4711)
                                       John K. Lyons (JL 4951)
                                       Ron E. Meisler (RM 3026)
                                   333 West Wacker Drive, Suite 2100
                                   Chicago, Illinois  60606
                                   (312) 407-0700

                                   By:_____
                                       Kayalyn A. Marafioti (KM 9632)
                                       Thomas J. Matz (TM 5986)
                                   Four Times Square
                                   New York, New York 10036
                                   (212) 735-3000

                                   Attorneys for Delphi Corporation, et al.,
                                        Debtors and Debtors-in-Possession

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

claims objection hearing (the "Claims Objection Hearing") for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for _____, 200_,

at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure

to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

2

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
         _____ _, 200_

                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM LLP

                                   By:_____
                                        John Wm. Butler, Jr. (JB 4711)
                                        John K. Lyons (JL 4951)
                                        Ron E. Meisler (RM 3026)
                                   333 West Wacker Drive, Suite 2100
                                   Chicago, Illinois  60606
                                   (312) 407-0700

                                   By:_____
                                        Kayalyn A. Marafioti (KM 9632)
                                        Thomas J. Matz (TM 5986)
                                   Four Times Square
                                   New York, New York 10036
                                   (212) 735-3000

                                   Attorneys for Delphi Corporation, et al.,
                                        Debtors and Debtors-in-Possession

3

<u>EXHIBIT D</u>

<u>LIST OF MEDIATORS</u>

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
       In re                             :     Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :     Case No. 05-44481 (RDD)
                                         :
                    Debtors.             :     (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S
ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NUMBER [_____]

              PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on _____ _, 200_, the Claimant filed

its response to the objection, wherein Claimant (i) acknowledged that the Proof of Claim asserts

claims that are contingent or fully or partially unliquidated and (ii) stated that the Claimant

believes that the allowable amount of the Proof of Claim upon liquidation of the Contested

Claim or occurrence of the contingency, as appropriate, is $_____ (the "Claimant's Asserted

Estimated Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), the

Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Estimated

Amount as the estimated amount of the Proof of Claim pursuant to section 502(c) of the

Bankruptcy Code as set forth in the Objection.  A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the

Order is hereby cancelled.

2

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated:  New York, New York
      _____ \_, 200\_

                     SKADDEN, ARPS, SLATE, MEAGHER &
                      FLOM LLP

                     By:_____
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                     333 West Wacker Drive, Suite 2100
                     Chicago, Illinois  60606
                     (312) 407-0700

                     By:_____
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                     Four Times Square
                     New York, New York 10036
                     (212) 735-3000

                     Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| Atmel Corporation | Attn Buck Chinn 2325 Orchard Pkwy San Jose, CA 95131 | 12/14/05 | 1165 | $1,280,342.50 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44539 | $570,000.00 | General Unsecured | 05-44640 | $46,512.00 | General Unsecured | 05-44640 | $652,315.00 | Cure Amount |

2/27/2008 11:16 PM
Omni 27 Objection Exhibit A-2 multiple Service List (version 1)

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| | American Technical Ceramics | 1 Norden Ln Huntington Station, NY 11746-2102 | 4/28/06 | 3358 | $11,214.73 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $11,214.73 | Cure Amount | | | | | | |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 1/20/06 | 1615 | $40,069.37 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $35,259.90 | General Unsecured | 05-44640 | $3,301.62 | Cure Amount | | | |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/9/06 | 7706 | $50,895.80 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $3,304.04 | General Unsecured | 05-44640 | $47,443.44 | Cure Amount | | | |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/16/06 | 8133 | $1,005,284.25 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $36,219.80 | General Unsecured | 05-44640 | $959,979.07 | Cure Amount | | | |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/26/06 | 8576 | $554,635.03 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $483,042.48 | General Unsecured | 05-44640 | $63,928.08 | Cure Amount | | | |
| | Amroc Investments LLC | as Assignee of Tompkins Products Inc Eft Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/26/06 | 11196 | $59,444.55 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $5,732.00 | General Unsecured | 05-44640 | $48,178.07 | Cure Amount | | | |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/31/06 | 14915 | $468,786.87 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $365,360.61 | General Unsecured | 05-44640 | $41,833.19 | Cure Amount | | | |
| | Asahi Kasei Plastics North America Inc fka Asahi Kasei Plastics America Inc | c o Donald J Hutchinson Miller Canfield Paddock and Stone PLC 150 W Jefferson Ave Ste 2500 Detroit, MI 48226 | 7/28/06 | 12230 | $240,942.30 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | | | | | | |
| | ASM Capital | as Assignee for Westbrook MFG Inc 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 2/21/06 | 2090 | $467,697.04 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $442,461.61 | General Unsecured | 05-44640 | $23,355.60 | Cure Amount | | | |
| | ASM Capital | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/21/06 | 2090 | $467,697.04 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $442,461.61 | General Unsecured | 05-44640 | $23,355.60 | Cure Amount | | | |
| | ASM Capital | as Assignee for Poltron Corporation 7600 Jericho Tpke Ste 302 Woodbury, NY 11797 | 3/1/06 | 2164 | $369,751.60 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $360.00 | General Unsecured | 05-44640 | $349,357.60 | Cure Amount | | | |
| | ASM Capital | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/1/06 | 2164 | $369,751.60 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $360.00 | General Unsecured | 05-44640 | $349,357.60 | Cure Amount | | | |
| | ASM Capital II LP | ASM Capital II LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 1/26/06 | 1683 | $78,385.24 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $1,596.44 | General Unsecured | 05-44640 | $55,331.87 | Cure Amount | | | |
| | ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 1/26/06 | 1683 | $78,385.24 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $1,596.44 | General Unsecured | 05-44640 | $55,331.87 | Cure Amount | | | |
| | ASM Capital II LP | ASM Capital II LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 5/10/06 | 5427 | $31,350.84 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $30,304.80 | Cure Amount | | | | | | |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| | ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/10/06 | 5427 | $31,350.84 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $30,304.80 | Cure Amount | | | | | | |
| | ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 11/14/05 | 533 | $27,398.92 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $26,859.06 | Cure Amount | | | | | | |
| | ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/14/05 | 533 | $27,398.92 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $26,859.06 | Cure Amount | | | | | | |
| | ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 12/14/05 | 1163 | $87,097.70 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $21,374.90 | General Unsecured | 05-44640 | $58,050.24 | Cure Amount | | | |
| | ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 12/14/05 | 1163 | $87,097.70 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $21,374.90 | General Unsecured | 05-44640 | $58,050.24 | Cure Amount | | | |
| | ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 2/16/06 | 2047 | $174,296.44 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $17,623.45 | General Unsecured | 05-44640 | $156,672.99 | Cure Amount | | | |
| | ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/16/06 | 2047 | $174,296.44 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $17,623.45 | General Unsecured | 05-44640 | $156,672.99 | Cure Amount | | | |
| | ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 4/4/06 | 2550 | $148,987.53 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $68,361.32 | General Unsecured | 05-44640 | $79,631.21 | Cure Amount | | | |
| | Austriamicrosystems AG | Mrs Maria Radovic Austiamicrosystems AG Schloss Premslaetten Unterpremstaelten,  A 8141 Austria | 12/2/05 | 1081 | $60,182.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $60,182.00 | Cure Amount | | | | | | |
| | Austriamicrosystems AG | Mrs Maria Radovic Schloss Premslaetten Unterpremstaelten,  A-8141 Austria | 6/19/06 | 8141 | $34,290.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $1,770.00 | Cure Amount | | | | | | |
| | Bank of America NA | NY1 301 02 01 9 W 57th St New York, NY 10019 | 1/17/06 | 1555 | $485,490.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $464,595.00 | Cure Amount | | | | | | |
| | Bank of America NA | Barnes & Thornburg LLP John T Gregg 300 Ottawa Ave NW Ste 500 Grand Rapids, MI 49503 | 1/17/06 | 1555 | $485,490.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $464,595.00 | Cure Amount | | | | | | |
| | Bourns Inc | Attn Mary Rodgers 1200 Columbia Ave Riverside, CA 92507 | 5/23/06 | 6683 | $43,850.88 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $26,969.88 | Cure Amount | | | | | | |
| | Celtic Products Inc | Kms Bearings Automotive 1535 N Harmony Circle Anaheim, CA 92807 | 5/10/06 | 5580 | $36,593.40 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $34,026.60 | Cure Amount | | | | | | |

2/27/2008 11:32 PM
Omni 27 Objection Exhibit A-2 single Service List

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| | | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/4/06 | 4741 | $168,939.68 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $168,939.68 | Cure Amount | | | | | | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/4/06 | 4741 | $168,939.68 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $168,939.68 | Cure Amount | | | | | | |
| Datwyler I o Devices Americas | Attn Linda K Barr Nelson Mullins Riley & Scarborough LLP PO Box 11070 Columbia, SC 29211-1070 | 4/24/06 | 2747 | $71,255.39 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $36,784.51 | General Unsecured | 05-44567 | $32,602.50 | Cure Amount | | | |
| Datwyler I o Devices Americas | Nelson Mullins Riley & Scarborough LLP George B Cauthen Jody A Bedenbaugh Meridian Bldg Seventeenth Fl 1320 Main St PO Box 11070 Columbia, SC 29201 | 4/24/06 | 2747 | $71,255.39 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $36,784.51 | General Unsecured | 05-44567 | $32,602.50 | Cure Amount | | | |
| Datwyler I o Devices Americas | Nelson Mullins Riley & Scarborough LLP Richard B Herzog 999 Peachtree St Ste 1400 Atlanta, GA 30309 | 4/24/06 | 2747 | $71,255.39 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $36,784.51 | General Unsecured | 05-44567 | $32,602.50 | Cure Amount | | | |
| Erwin Quarder Inc | Attn Jennifer Steward 5101 Kraft Ave SE Grand Rapids, MI 49512 | 1/9/06 | 1464 | $122,867.13 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $18,036.90 | General Unsecured | 05-44567 | $82,960.31 | Cure Amount | | | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 4/27/06 | 2904 | $1,944,373.96 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $211,540.00 | General Unsecured | 05-44640 | $1,732,833.96 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/5/06 | 4898 | $113,976.02 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $60,192.36 | General Unsecured | 05-44640 | $53,111.80 | Cure Amount | | | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/5/06 | 4898 | $113,976.02 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $60,192.36 | General Unsecured | 05-44640 | $53,111.80 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/16/06 | 5966 | $18,475.70 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $1,545.00 | General Unsecured | 05-44567 | $12,023.75 | Cure Amount | | | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/16/06 | 5966 | $18,475.70 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $1,545.00 | General Unsecured | 05-44567 | $12,023.75 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/16/06 | 5967 | $221,190.88 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $8,098.07 | General Unsecured | 05-44640 | $179,930.60 | Cure Amount | | | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/16/06 | 5967 | $221,190.88 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $8,098.07 | General Unsecured | 05-44640 | $179,930.60 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 6/30/06 | 8775 | $112,408.05 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $53,325.00 | General Unsecured | 05-44640 | $49,356.24 | Cure Amount | | | |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/30/06 | 8775 | $112,408.05 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $53,325.00 | General Unsecured | 05-44640 | $49,356.24 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 7/31/06 | 14246 | $224,664.10 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $220,052.15 | Cure Amount | | | | | | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14246 | $224,664.10 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $220,052.15 | Cure Amount | | | | | | |
| Hain Capital Investors LLC | Attn Ganna Liberchuk 301 Route 17 6th Fl Rutherford, NJ 07070 | 2/17/06 | 2058 | $49,978.89 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $346.14 | General Unsecured | 05-44567 | $48,779.88 | Cure Amount | | | |
| Hain Capital Investors LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/17/06 | 2058 | $49,978.89 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $346.14 | General Unsecured | 05-44567 | $48,779.88 | Cure Amount | | | |
| Hain Capital Investors LLC | Attn Ganna Liberchuk 301 Route 17 6th Fl Rutherford, NJ 07070 | 7/31/06 | 13932 | $62,028.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $62,028.00 | Cure Amount | | | | | | |
| Hain Capital Investors LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 13932 | $62,028.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $62,028.00 | Cure Amount | | | | | | |
| Harrington Tool and Die Inc | Theodore Zaharia President 2555 Matte Blvd Brossard, QC J4Y 2H1 Canada | 11/18/05 | 668 | $356,407.35 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $130,033.90 | General Unsecured | 05-44640 | $155,485.75 | Cure Amount | | | |
| International Resistive Company Advanced Film Division | David M Schilli Robinson Bradshaw & Hinson PA 101 N Tryon St Ste 1900 Charlotte, NC 28246 | 8/24/06 | 16255 | $1,898,409.80 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $77,693.93 | Cure Amount | 05-44640 | $0.00 | Reclamation Amount |
| International Resistive Company Wire & Film Technologies Division | David M Schilli Robinson Bradshaw & Hinson P A 101 North Tryon St Ste 1900 Charlotte, NC 28246 | 6/30/06 | 8878 | $170,159.62 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,320.21 | Cure Amount | 05-44640 | $0.00 | Reclamation Amount |
| Kaumagraph Flint Corporation | Attn Carrie Joseph 4705 Industrial Dr Millington, MI 48746 | 11/17/05 | 642 | $1,703,785.68 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $597,774.89 | General Unsecured | 05-44640 | $1,057,952.07 | Cure Amount | | | |
| Ldi Incorporated | 4311 Patterson Grand Rapids, MI 49512 | 7/18/06 | 9832 | $268,853.90 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $132,152.79 | General Unsecured | 05-44640 | $89,133.08 | Cure Amount | | | |
| Ldi Incorporated | Harold E Nelson Nantz Litowich Smith Girard & Hamilton 2025 E Beltline SE Ste 60 Grand Rapids, MI 49546 | 7/18/06 | 9832 | $268,853.90 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $132,152.79 | General Unsecured | 05-44640 | $89,133.08 | Cure Amount | | | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Applied Handling Inc | Jeffrey L Caress One University Plz Ste 312 Hackensack, NJ 07601 | 11/22/05 | 805 | $310,941.94 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $291,767.68 | Cure Amount | | | | | | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 10/25/05 | 123 | $127,102.34 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $80,222.67 | General Unsecured | 05-44640 | $40,693.31 | Cure Amount | | | |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/8/06 | 1898 | $3,086.40 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $2,994.00 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/8/06 | 1901 | $3,190.40 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $3,190.40 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/8/06 | 1902 | $3,190.40 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $3,190.40 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/8/06 | 1907 | $6,425.10 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $6,425.10 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/8/06 | 1908 | $6,425.10 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $92.40 | Non-Cure Priority Amount | 05-44640 | $6,332.70 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/2/06 | 4446 | $27,790.40 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $26,411.27 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/16/06 | 6054 | $145,734.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $611.80 | General Unsecured | 05-44640 | $145,122.20 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 6/27/06 | 8682 | $323,679.01 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $8,296.48 | General Unsecured | 05-44640 | $311,657.59 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 6/28/06 | 8715 | $36,618.89 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $33,235.47 | General Unsecured | 05-44640 | $582.86 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/17/06 | 9585 | $81,300.76 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $12,082.26 | General Unsecured | 05-44640 | $64,020.00 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/24/06 | 10494 | $198,263.50 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $198,263.50 | Cure Amount | | | | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/28/06 | 12230 | $240,942.30 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.20 | General Unsecured | 05-44640 | $175,162.30 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 10/20/06 | 16376 | $590,769.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $305,282.00 | General Unsecured | 05-44640 | $268,845.00 | Cure Amount | | | |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 2/28/07 | 16558 | $389,743.52 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $389,743.52 | Cure Amount | | | | | | |
| | M A Com Inc | George D Nagle Jr Credit Mgr PO Box 3608 MS38 26 Harrisburg, PA 17105 | 7/26/06 | 15926 | $404,986.61 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $125,651.26 | General Unsecured | 05-44640 | $145,170.00 | Cure Amount | | | |
| | Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 1/31/06 | 1729 | $154,411.76 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $153,011.76 | General Unsecured | 05-44640 | $1,400.00 | Cure Amount | | | |
| | Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 5/31/06 | 7206 | $31,570.05 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $3,026.00 | General Unsecured | 05-44640 | $25,309.20 | Cure Amount | | | |
| | Marketing Specialties MSI Packaging | MSI Packaging 5010 W 81st St Indianapolis, IN 46268 | 11/14/05 | 523 | $557,641.90 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $256,240.79 | General Unsecured | 05-44640 | $37,664.66 | Cure Amount | | | |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| Moldtech Inc | 1900 Commerce Pkwy Lancaster, NY 14086-1735 | 5/1/06 | 3736 | $3,772.00 | Claims Subject To Prior Orders And To Modification Due To | 05-44640 | $3,772.00 | Cure Amount | | | | | | |
| National Semiconductor Corp | National Semiconductor Corp 2900 Semiconductor Dr. G2 335 Santa Clara, CA 95051 | 5/9/06 | 5390 | $995.20 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $487.50 | Cure Amount | | | | | | |
| National Semiconductor Corp | Mcdermott Will & Emery Llp James M Sullivan 50 Rockefeller Plaza New York, NY 10020 | 5/9/06 | 5390 | $995.20 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $487.50 | Cure Amount | | | | | | |
| Osram Opto Semiconductors Inc | c o Robert L Eisenbach III Cooley Godward LLP 101 California St 5th Fl San Francisco, CA 94111-5800 | 7/19/06 | 9961 | $18,090.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $18,090.00 | Cure Amount | | | | | | |
| P J Spring Co Inc | Attn Patrick Buckley 1100 Atlantic Dr W Chicago, IL 60185 | 1/23/06 | 1640 | $6,085.80 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $6,085.80 | Cure Amount | | | | | | |
| Piher International Corp | Peter F DeMarco 1640 Northwind Blvd Libertyville, IL 60048 | 5/1/06 | 4278 | $3,010.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44567 | $3,010.00 | Cure Amount | | | | | | |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 10/31/05 | 222 | $636,399.79 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $127,342.83 | General Unsecured | 05-44640 | $390,902.29 | Cure Amount | | | |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 5/10/06 | 5510 | $43,178.53 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $7,843.72 | General Unsecured | 05-44640 | $35,334.17 | Cure Amount | | | |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 9/12/06 | 16300 | $54,069.91 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $5,628.57 | General Unsecured | 05-44640 | $46,949.22 | Cure Amount | | | |
| Revenue Management as Assignee of Detroit Heading LLC | Revenue Management as Assignee of Detroit Heading LLC One University Plz Ste 312 Hackensack, NJ 07601 | 3/24/06 | 2387 | $61,578.63 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $11,549.98 | General Unsecured | 05-44640 | $49,326.96 | Cure Amount | | | |
| Sanyo Electronic Device USA Corp | Victoria Comunale 2055 Sanyo Ave San Diego, CA 92154 | 10/25/06 | 112 | $57,501.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $34,785.00 | General Unsecured | 05-44640 | $22,716.00 | Cure Amount | | | |
| Scapa Tapes N A | attn Carmen Folkes 111 Great Pond Dr Windsor, CT 06095 | 1/31/06 | 1735 | $69,421.97 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $65,261.90 | General Unsecured | 05-44640 | $4,160.07 | Cure Amount | | | |
| Silicon Laboratories Inc | co Jeffry A Davis DLA Piper Rudnick Gray Cary 401 B Street Ste 1700 San Diego, CA 92101 | 6/30/06 | 8775 | $112,408.05 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $9,726.81 | Cure Amount | 05-44640 | $0.00 | Reclamation Amount |
| Silicon Laboratories Inc | DLA Piper Rudnick Gray Cary US LLP Timothy W Walsh 1251 Avenue of the Americas New York, NY 10020-1104 | 6/30/06 | 8775 | $112,408.05 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $9,726.81 | Cure Amount | 05-44640 | $0.00 | Reclamation Amount |
| SPCP Group LLC as asignee of Kane Magnetics GmbH | Brian Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14136 | $91,770.01 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $66,555.67 | General Unsecured | 05-44640 | $56,459.98 | Cure Amount | | | |
| SPCP Group LLC as asignee of Kane Magnetics GmbH | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14136 | $91,770.01 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $66,555.67 | General Unsecured | 05-44640 | $56,459.98 | Cure Amount | | | |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| Spiral Industries Inc | 1572 N Old US Hwy 23<br>Howell, MI 48843 | 5/1/06 | 4221 | $6,030.64 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $1,636.03 | Cure Amount | | | | | | |
| T & L Automatics Inc | 770 Emerson St<br>Rochester, NY 14613 | 7/27/06 | 11259 | $814,710.90 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $129,252.28 | General Unsecured | 05-44640 | $235,458.62 | Cure Amount | | | |
| Tdk Electronics Europe Gmbh | Wanheimer Str 57<br>Duesseldorf,  40472 Germany | 7/5/06 | 9019 | $15,855.76 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44610 | $2,208.72 | General Unsecured | 05-44610 | $12,441.73 | Cure Amount | | | |
| Tollman Spring Co Inc | 91 Enterprise Dr<br>Bristol, CT 06010 | 2/8/06 | 1920 | $6,716.00 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $5,176.00 | Cure Amount | | | | | | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman<br>c o TPG Credit Management LP<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 6/30/06 | 8878 | $170,159.62 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $99,185.10 | General Unsecured | 05-44640 | $59,733.34 | Cure Amount | | | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman<br>c o TPG Credit Management LP<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 8/24/06 | 16255 | $1,898,409.80 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $66,283.61 | General Unsecured | 05-44640 | $1,747,018.36 | Cure Amount | | | |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwhich PL<br>Shelton, CT 06484 | 7/13/06 | 9452 | $2,675,676.21 | Claims Subject To Prior Orders And To Modification Due To Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $92,156.46 | Cure Amount | | | |

2/27/2008 11:32 PM
Omni 27 Objection Exhibit A-2 single Service List

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-3 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| American Coil Spring Company | c o Robert D Wolford Miller Johnson PO Box 306 Grand Rapids, MI 49501-0306 | 7/31/06 | 15139 | $59,414.30 | Claims Asserting Reclamation Subject To Prior Orders, And Cure | 05-44640 | $41,097.81 | General Unsecured | 05-44640 | $3,782.24 | Cure Amount | 05-44640 | $6,798.05 | Reclamation Amount |
| American Coil Spring Company | Miller Johnson Thomas P Sarb 250 Monroe Ave NW Ste 800 PO Box 306 Grand Rapids, MI 49501-0306 | 7/31/06 | 15139 | $59,414.30 | Claims Asserting Reclamation Subject To Prior Orders, And Cure | 05-44640 | $41,097.81 | General Unsecured | 05-44640 | $3,782.24 | Cure Amount | 05-44640 | $6,798.05 | Reclamation Amount |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 5/26/06 | 6943 | $806,779.79 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $498,003.65 | General Unsecured | 05-44640 | $246,683.32 | Cure Amount | 05-44640 | $58,853.42 | Reclamation Amount |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/21/06 | 10208 | $2,157,348.20 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $97,564.09 | General Unsecured | 05-44640 | $2,019,184.94 | Cure Amount | 05-44640 | $40,599.17 | Reclamation Amount |
| Delta Products Corporation | 4405 Cushing Pkwy Fremont, CA 94538 | 7/31/06 | 15226 | $87,775.20 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $64,858.48 | General Unsecured | 05-44640 | $5,388.80 | Cure Amount | 05-44640 | $12,986.67 | Reclamation Amount |
| Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan 60 Wall St 3rd Fl New York, NY 10005 | 7/31/06 | 13773 | $5,721,969.77 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $1,493.42 | Cure Amount | 05-44640 | $26,076.17 | Reclamation Amount | | | |
| Deutsche Bank Securities Inc | Cleary Gottlieb Steen & Hamilton LLP James L Bromley One Liberty Plaza New York, NY 10006 | 7/31/06 | 13773 | $5,721,969.77 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $1,493.42 | Cure Amount | 05-44640 | $26,076.17 | Reclamation Amount | | | |
| Fair Harbor Capital LLC | Fair Harbor Capital LLC 875 Ave of the Americas Ste 2305 New York, NY 10001 | 3/3/06 | 2186 | $41,085.40 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $36,309.96 | General Unsecured | 05-44640 | $3,101.80 | Cure Amount | 05-44640 | $1,423.64 | Reclamation Amount |
| Fujitsu Components America Inc | Attn Accounting Manager 250 E Caribbean Dr Sunnyvale, CA 94089 | 7/28/06 | 12839 | $492,938.78 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $25,572.40 | General Unsecured | 05-44640 | $442,630.78 | Cure Amount | 05-44640 | $2,018.40 | Reclamation Amount |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 7/31/06 | 13773 | $5,721,969.77 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $5,385,940.50 | General Unsecured | 05-44640 | $308,459.68 | Cure Amount | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 11/1/05 | 273 | $953,170.47 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $936,111.55 | Cure Amount | 05-44640 | $8,549.38 | Reclamation Amount |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/1/05 | 273 | $953,170.47 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $936,111.55 | Cure Amount | 05-44640 | $8,549.38 | Reclamation Amount |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 12/5/05 | 987 | $987,308.58 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $588,096.41 | General Unsecured | 05-44640 | $185,190.51 | Cure Amount | 05-44640 | $9,176.58 | Reclamation Amount |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 12/5/05 | 987 | $987,308.58 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $588,096.41 | General Unsecured | 05-44640 | $185,190.51 | Cure Amount | 05-44640 | $9,176.58 | Reclamation Amount |
| JPMorgan Chase Bank NA | Stanley Lim 270 Park Ave 17th Fl New York, NY 10017 | 6/23/06 | 8403 | $1,254,523.02 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $1,234,631.96 | Cure Amount | 05-44640 | $19,027.57 | Reclamation Amount | | | |
| JPMorgan Chase Bank NA | Neelima Veluvolu 270 Park Ave 17th Fl New York, NY 10017 | 7/25/06 | 10703 | $1,380,747.26 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $912,627.52 | General Unsecured | 05-44640 | $270,600.49 | Cure Amount | 05-44640 | $197,519.25 | Reclamation Amount |
| JPMorgan Chase Bank NA as Assignee of Brazeway Inc | Stanley Lim 270 Park Ave New York, NY 10017 | 1/6/06 | 14052 | $1,881,302.43 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $907,262.70 | General Unsecured | 05-44640 | $872,133.82 | Cure Amount | 05-44640 | $101,905.91 | Reclamation Amount |
| Kickhaefer Manufacturing Co KMC | 1221 S Park St PO Box 348 Port Washington, WI 53074-0348 | 7/28/06 | 12141 | $151,106.18 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $147,796.71 | Cure Amount | 05-44640 | $3,309.47 | Reclamation Amount |

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-3 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| Kickhaefer Manufacturing Co KMC | Foley & Lardner LLP Judy A O Neill 500 Woodward Ave Ste 2700 Detroit, MI 48226 | 7/28/06 | 12141 | $151,106.18 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $147,796.71 | Cure Amount | 05-44640 | $3,309.47 | Reclamation Amount |
| Kickhaefer Manufacturing Co KMC | Foley & Lardner LLP Hilary Jewett 90 Park Ave New York, NY 10016 | 7/28/06 | 12141 | $151,106.18 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $147,796.71 | Cure Amount | 05-44640 | $3,309.47 | Reclamation Amount |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/23/06 | 6671 | $130,235.05 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $73,540.40 | General Unsecured | 05-44640 | $25,282.40 | Cure Amount | 05-44640 | $31,412.25 | Reclamation Amount |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/20/06 | 9989 | $203,557.41 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $30,236.87 | General Unsecured | 05-44640 | $151,546.49 | Cure Amount | 05-44640 | $21,774.05 | Reclamation Amount |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/28/06 | 12346 | $215,079.82 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $163,808.69 | General Unsecured | 05-44640 | $15,730.18 | Cure Amount | 05-44640 | $13,807.69 | Reclamation Amount |
| Longacre Master Fund Ltd as assignee/transferee of Sharp Electronics Corp | Attn Vladimir Jelisavcic 810 Seventh Ave 22nd Floor New York, NY 10019 | 7/31/06 | 13974 | $1,659,326.20 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $657,908.30 | General Unsecured | 05-44640 | $961,417.90 | Cure Amount | 05-44640 | $40,000.00 | Reclamation Amount |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 4/5/07 | 16592 | $147,474.32 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $59,021.23 | General Unsecured | 05-44640 | $23,748.91 | Cure Amount | 05-44640 | $52,906.09 | Reclamation Amount |
| Madison Niche Opportunities LLC | Curtis Screw Company LLC PO Box 2970 Buffalo, NY 14240-2970 | 4/5/07 | 16592 | $147,474.32 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $59,021.23 | General Unsecured | 05-44640 | $23,748.91 | Cure Amount | 05-44640 | $52,906.09 | Reclamation Amount |
| Park Enterprises of Rochester Inc | Chamberlain DAmanda Attn Jerry Greenfield Esq 2 State St Ste1600 Rochester, NY 14614 | 7/12/06 | 9647 | $618,507.09 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $585,433.00 | General Unsecured | 05-44640 | $3,899.32 | Cure Amount | 05-44640 | $29,174.77 | Reclamation Amount |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 2/21/06 | 2065 | $126,918.43 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $76,956.34 | General Unsecured | 05-44640 | $42,141.40 | Cure Amount | 05-44640 | $6,207.62 | Reclamation Amount |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 6/8/06 | 7659 | $298,168.53 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $257,648.28 | General Unsecured | 05-44640 | $37,401.36 | Cure Amount | 05-44640 | $3,118.89 | Reclamation Amount |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 6/22/06 | 8373 | $778,532.62 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $298,160.95 | Cure Amount | 05-44640 | $567.39 | Reclamation Amount |
| Sagami America Ltd | Gary Vist Masuda Funai Eifert & Mitchell Ltd 203 N LaSalle St Ste 2500 Chicago, IL 60601 | 10/14/05 | 16683 | $22,443.37 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $20,850.57 | Cure Amount | 05-44640 | $1,592.80 | Reclamation Amount | | | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12258 | $1,040,216.50 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,021,697.13 | Cure Amount | 05-44640 | $9,446.88 | Reclamation Amount |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plaza 1st Fl Greenwich, CT 06830 | 7/28/06 | 12258 | $1,040,216.50 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,021,697.13 | Cure Amount | 05-44640 | $9,446.88 | Reclamation Amount |

2/27/2008 11:43 PM
Omni 27 Objection Exhibit A-3 single Service List

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
In re                       :     Chapter 11
                           :
DELPHI CORPORATION, et al.,   :     Case No. 05-44481 (RDD)
                           :
             Debtors.    :     (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (the "Twenty-Seventh Omnibus Claims Objection"), dated February 15, 2008, a copy of which is enclosed (without exhibits).  The Debtors' Twenty-Seventh Omnibus Claims Objection is set for hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 12, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Twenty-Seventh Omnibus Claims Objection identifies three different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

      Claims identified in the table below as having a Basis For Objection of "Claims Subject to Modification Due To Cure " are those Claims that the Debtors have determined will be satisfied in whole or in part by the curing of defaults in executory contracts or unexpired leases under which such Claims arose ("Cure Payments").

      Claims identified in the table below as having a Basis For Objection of "Claims Subject To Prior Orders And To Modification Due To Cure" are those Claims that the Debtors

have determined were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments.

Claims identified in the table below as having a Basis For Objection of "Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure" are those Claims that the Debtors have determined were modified pursuant to prior orders, will be satisfied in whole or in part by Cure Payments, and (a) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

If you wish to view the complete exhibits to the Twenty-Seventh Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-Seventh Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you disagree with the Twenty-Seventh Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on March 12, 2008. Your Response, if any, to the Twenty-Seventh Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-Seventh Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 19, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE,

AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD
BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS
OBJECTION PROCEDURES ORDER.

   The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
SEVENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.

Dated:  New York, New York
        February 15, 2008

# EXHIBIT J

Delphi Corporation
Twenty-Seventh Omnibus Claims Objection
Exhibit A-3 (multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 | Correct Debtor4 | Modified Amount4 | Modified Nature4 | Correct Debtor5 | Modified Amount5 | Modified Nature5 |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/2/06 | 4531 | $201,340.46 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44640 | $111,637.60 | General Unsecured | 05-44640 | $82,444.55 | Cure Amount | 05-44640 | $1,786.80 | Reclamation Amount | 05-44507 | $2,961.51 | General Unsecured | 05-44507 | $2,270.00 | Reclamation Amount |
| Rohm Electronics USA LLC | Morton R Branzburg Esq Klehr Harrison Harvey Branzburg 260 S Broad St Philadelphia, PA 19102-5003 | 4/3/06 | 2482 | $1,495,516.58 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44567 | $1,600.80 | General Unsecured | 05-44567 | $24,180.77 | Cure Amount | 05-44640 | $63,626.67 | General Unsecured | 05-44640 | $1,219,334.15 | Cure Amount | 05-44640 | $107,101.70 | Reclamation Amount |
| SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 3/9/06 | 2229 | $360,413.11 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44567 | $98.06 | General Unsecured | 05-44567 | $11,399.82 | Cure Amount | 05-44640 | $16,941.41 | General Unsecured | 05-44640 | $312,481.60 | Cure Amount | 05-44640 | $5,052.44 | Reclamation Amount |
| SPCP Group LLC | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 3/9/06 | 2229 | $360,413.11 | Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure | 05-44567 | $98.06 | General Unsecured | 05-44567 | $11,399.82 | Cure Amount | 05-44640 | $16,941.41 | General Unsecured | 05-44640 | $312,481.60 | Cure Amount | 05-44640 | $5,052.44 | Reclamation Amount |

2/27/2008 11:37 PM
Omni 27 Objection Exhibit A-3 multiple Service List

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
In re                                     :        Chapter 11
                                          :
DELPHI CORPORATION, <u>et al.</u>,        :        Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


<u>NOTICE OF OBJECTION TO CLAIM</u>


[Claimant Name]:


          Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twenty-Seventh Omnibus Claims Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By
Amount Of Cure Payments (the "Twenty-Seventh Omnibus Claims Objection"), dated February 15, 2008,
a copy of which is enclosed (without exhibits).  The Debtors' Twenty-Seventh Omnibus Claims Objection
is set for hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert
D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green,
Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU
TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MARCH 12, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.


          The enclosed Twenty-Seventh Omnibus Claims Objection identifies three different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":


          Claims identified in the table below as having a Basis For Objection of "Claims Subject
          to Modification Due To Cure " are those Claims that the Debtors have determined will be
          satisfied in whole or in part by the curing of defaults in executory contracts or unexpired
          leases under which such Claims arose ("Cure Payments").


          Claims identified in the table below as having a Basis For Objection of "Claims Subject
          To Prior Orders And To Modification Due To Cure" are those Claims that the Debtors

have determined were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments.

Claims identified in the table below as having a Basis For Objection of "Claims Asserting Reclamation Subject To Prior Orders, Modification, And Cure" are those Claims that the Debtors have determined were modified pursuant to prior orders, will be satisfied in whole or in part by Cure Payments, and (a) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |
| | | | | ⓳ | ⓴ | ㉑ |

If you wish to view the complete exhibits to the Twenty-Seventh Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-Seventh Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-Seventh Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on March 12, 2008. Your Response, if any, to the Twenty-Seventh Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-Seventh Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 19, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 19, 2008 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

3

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM
WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE,
AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD
BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS
OBJECTION PROCEDURES ORDER.

        The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
SEVENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.


Dated:  New York, New York
        February 15, 2008