IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 26, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Notice Of Adjournment Of Pretrial Conference [a copy of which is attached hereto as Exhibit B]

Dated: February 28, 2008

                                                    Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th day of February, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Commission Expires: _____

# EXHIBIT A

Delphi Corporation
Adversary Proceedings Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | gianni.russello@jpmorgan.com<br>susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com<br>tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/27/2008 11:12 AM
Adversary Proceedings Service List Overnight

# EXHIBIT B

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler | BAKER & MCKENZIE LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C.  20006-4078<br> (202) 452-7080<br>Mary B. Hevener<br>Thomas M. Cryan, Jr. |

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC, Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                         :       Chapter 11
: 
DELPHI CORPORATION, et al.,            :       Case No. 05-44481 (RDD)
: 
                      Debtors.      :       (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELPHI CORPORATION,                 :
DELPHI AUTOMOTIVE SYSTEMS LLC, :
AND DELPHI AUTOMOTIVE SYSTEMS  :
SERVICES LLC,                           :       Adversary Proceeding No. 08-08-1038 (RDD)
: 
              Plaintiffs,           :
: 
       - against -              :
: 
UNITED STATES OF AMERICA,         :
: 
              Defendant.          :
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

       PLEASE TAKE NOTICE that the pretrial conference previously scheduled for March 11, 2008 at 10:00 a.m. has been adjourned to March 19, 2008 at 10:00 a.m. (prevailing Eastern time).  The pretrial conference will be held before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004-1408.

Dated:   New York, New York
             February 26, 2008

                                                SKADDEN, ARPS, SLATE, MEAGHER
                                                  & FLOM LLP

/s/ Mary B. Hevener                     By:   /s/ John Wm. Butler, Jr
Mary B. Hevener                               John Wm. Butler, Jr. (JB 4711)
Thomas M. Cryan, Jr.                       John K. Lyons (JL 4951)
BAKER & MCKENZIE LLP              Ron E. Meisler (RM 3026)
815 Connecticut Avenue, N.W.      333 West Wacker Drive, Suite 2100
Washington, D.C. 20006-4078       Chicago, Illinois 60606
(202) 452-7080                                  (312) 407-0700

                                                        - and -

                                         By:   /s/ Kayalyn A. Marafioti
                                             Kayalyn A. Marafioti (KM 9632)
                                             Thomas J. Matz (TM 5986)
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-3000

                                      Attorneys for Delphi Corporation, et al.,
                                        Debtors and Debtors-in-Possession