UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :

     In re                                        :         Chapter 11
                                                       :
DELPHI CORPORATION, et al.,        :         Case No. 05-44481 (RDD)
                                                       :
                              Debtors.     :         (Jointly Administered)
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER DENYING MOTION BY JIMMY MUELLER, DAVID GARGIS, AND KEITH LIVINGSTON FOR RELIEF FROM AUTOMATIC STAY

        Upon the motion for relief from the automatic stay by Jimmy Mueller, David Gargis, and Keith Livingston dated December 5, 2007 (Docket No. 11350) and re-noticed on December 31, 2007 (Docket Nos. 11611) (the "Motion"); and upon the Objection To Motion By Jimmy Mueller, David Gargis, And Keith Livingston For Relief From Automatic Stay (the "Objection") (Docket No. 12660), dated February 14, 2008, of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases; and upon the Reply To Objection Of Debtor To Application Of Jimmy Mueller, David Gargis And Keith Livingston To Vacate The Automatic Stay (the "Reply") (Docket No. 12733), dated February 19, 2008; and upon consideration of the arguments of both parties at the hearing on this matter conducted on February 21, 2008 (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing therefor,

        IT IS HEREBY FOUND AND DETERMINED THAT:[1]

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

    A.  The Court has jurisdiction over the Motion, the Objection and the Reply pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Motion, the Objection and the Reply is a core proceeding under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Motion, the Objection and the Reply in this district is proper under 28 U.S.C. §§ 1408 and 1409.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.  The Motion and the Reply are hereby denied for the reasons set forth more fully on the record at the Hearing.

    2.  The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
   February 29, 2008

            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE