# EXHIBIT "1"

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1623502 - 10399767<br>METOKOTE CORP<br>1340 NEUBRECHT RD<br>LIMA   OH   45801 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $7,569.77 |
| 1623505 - 10408396<br>METPROTECH INC<br>PO BOX 1311<br>DAYTON   OH   45401 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399768 SCHEDULED<br>FOR $76,612.73 | | $135,513.52 |
| 1623507 - 10408397<br>METRA TOOL CO            EFT<br>5275 COGSWELL RD<br>WAYNE   MI   48184 | ACCOUNTS PAYABLE | | $500.00 |
| 1623512 - 10399769<br>METRO BOLT & FASTENER<br>METRO BOLT<br>19339 GLENMORE<br>DETROIT   MI   48240 | ACCOUNTS PAYABLE | | $1,500.00 |
| 1623520 - 10399770<br>METRO FIBRES INC<br>1912 SHERWOOD<br>SYLVAN LAKE   MI   48320 | ACCOUNTS PAYABLE | | $3,799.04 |
| 1623521 - 10404227<br>METRO GEAR AND PUMP<br>5579 CHAMBLEE DUNNWOODY RD<br>ATLANTA   GA   30338 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1644059 - 10395333<br>METRO RDF<br>10712 S 124TH STREET<br>FRANKLIN   WI   53132 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM<br>ENVIRONMENTAL SERVICE PROVIDERS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1623533 - 10408398<br>METRO TRAILER LEASING INC<br>100 METRO PARKWAY<br>PELHAM   AL   35124 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399771 SCHEDULED<br>FOR $518.07 | | $2,753.07 |
| 1623538 - 10399772<br>METRO WASTE PAPER RECOVERY US INC<br>ATTN PAT STARK<br>384 HEE RD<br>ROCHESTER   NY   14606 | ACCOUNTS PAYABLE | | $500.00 |
| 1623543 - 10399773<br>METROLOGIC GROUP SERVICES INC<br>24148 RESEARCH DR<br>FARMINGTON HILLS   MI   48335 | ACCOUNTS PAYABLE | | $5,000.00 |
| 2158571 - 10411519<br>METROPLOITAN LIFE INSURANCE CO.<br>c/o WOODEN & MCLAUGHLIN, LLP<br>Attn DOUGLAS B. KING<br>ONE INDIANA SQUARE<br>SUITE 1800<br>INDIANAPOLIS   IN   46204-2019 | CODEFENDANT<br>DOCKET # 49D02-9801-MI-0001-322<br>JURISDICTION: MARION COUNTY SUPERIOR<br>COURT, MARION COUNTY, INDIANA | Contingent,<br>Disputed,<br>Unliquidated | Unknown |