# EXHIBIT "2"

METPROTECH, INC.
1801 HOME AVENUE
P.O. BOX 1311
DAYTON, OH 45401

Voice:  937-263-3000
Fax:    937-263-0006

# Invoice

Invoice Number:
MI052405-02

Invoice Date:
May 24, 2005

Page:
1

**Sold To:**
Delphi Chassis
PO Box 1550
Flint, MI 48501
USA

**Ship to:**
ATTN: MARGIE EDWARDS/V-02
480 N. DIXIE DRIVE
VANDALIA, OH 45377

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1064 | MIKE BELU | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 03 | Cust. Pickup | 5/24/05 | 6/23/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | EXPEDITE FEES FOR PARTS PLATED ON INVOICE 62008 P/L 59928 | 1,049.55 | 1,049.55 |

| | | |
|---|---|---|
| Subtotal | | 1,049.55 |
| Sales Tax | | |
| Total Invoice Amount | | 1,049.55 |
| Payment Received | | 1,049.55 |
| **TOTAL** | | 0.00 |

Check No:  WRITEOFF

METPROTECH, INC.
1801 HOME AVENUE
P.O. BOX 1311
DAYTON, OH   45401

Voice:   937-263-3000
Fax:     937-263-0006

# Invoice

**Invoice Number:**
MI072505-01

**Invoice Date:**
Jul 25, 2005

**Page:**
1

Sold To:
Delphi Chassis
PO Box 1550
Flint, MI   48501
USA

Ship to:
ATTN: MARGIE EDWARDS/V-02
480 N. DIXIE DRIVE
VANDALIA, OH   45377

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1064 | DCS0955W | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 03 | Cust. Pickup | 7/25/05 | 8/24/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | EXPEDITE FEES FOR PARTS PLATED ON INVOICE 62486 P/L 60438 | 926.20 | 926.20 |

| | | |
|---|---|---|
| | Subtotal | 926.20 |
| | Sales Tax | |
| | Total Invoice Amount | 926.20 |
| Check No:   WRITEOFF | Payment Received | 926.20 |
| | **TOTAL** | 0.00 |

METPROTECH, INC.
1801 HOME AVENUE
P.O. BOX 1311
DAYTON, OH  45401

Voice:    937-263-3000
Fax:      937-263-0006

# Invoice

Invoice Number:
MI072705-01

Invoice Date:
Jul 27, 2005

Page:
1

Sold To:
Delphi Chassis
PO Box 1550
Flint, MI  48501
USA

Ship to:
ATTN: MARGIE EDWARDS/V-02
480 N. DIXIE DRIVE
VANDALIA, OH  45377

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1064 | DCS0955W | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 03 | Cust. Pickup | 7/27/05 | 8/26/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | EXPEDITE FEE FOR PARTS PLATED ON INVOICE 62501 P/L 60454 | 326.61 | 326.61 |

| | |
|---|---|
| Subtotal | 326.61 |
| Sales Tax | |
| Total Invoice Amount | 326.61 |
| Payment Received | 326.61 |
| **TOTAL** | 0.00 |

Check No:   WRITEOFF

# Invoice

METPROTECH, INC.
1801 HOME AVENUE
P.O. BOX 1311
DAYTON, OH  45401

**Invoice Number:**
MI072805-01

**Invoice Date:**
Jul 28, 2005

**Voice:**   937-263-3000
**Fax:**     937-263-0006

**Page:**
1

**Sold To:**
Delphi Chassis
PO Box 1550
Flint, MI  48501
USA

**Ship to:**
ATTN: MARGIE EDWARDS/V-02
480 N. DIXIE DRIVE
VANDALIA, OH  45377

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1064 | DCS09557 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 03 | Cust. Pickup | | 8/27/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | STRIP CHARGES FOR PARTS PLATED ON INVOICE 62525 P/L 60468 | 628.63 | 628.63 |

|  |  |
|---|---|
| Subtotal | 628.63 |
| Sales Tax | |
| Total Invoice Amount | 628.63 |
| Payment Received | 628.63 |
| **TOTAL** | 0.00 |

**Check No:**   WRITEOFF

12/09/2005 12:20 FAX 9374559133        Delphi E&C Ket                    @001

# DELPHI

_____ Energy & Chassis Systems

Page 1 of 3

| Buyer: | Purchase Order |
|---|---|

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450130808 | 05-Sep-2005 |
| Version | |
| 09-Dec-2005 10:55:24 | |

**Deliver to:**
DELPHI ENERGY & CHASSIS SYSTEMS
DAYTON TECHNICAL CENTER - IDTC
DOCK 4
1515 CINCINATTI ST.
DAYTON OH 45408

Delivery date:  06-SEP-2005

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

Vendor No:  1000406
DUNS No:  944263334

**Payment Terms:** ZMN2        **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | | 28,000.000 | H201 DELPHI E & C HEADQUARTERS |
| | P/N 22163415 STRIP ONLY BRACKET | | |

P/N 22163415 STRIP ONLY BRACKET

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-SEP-2005 | 28,000.000 | 0.05 | 1 | PC | 1,400.00 |
| Net Line Item Value | | | | USD | 1,400.00 |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | | 28,000.000 | H201 DELPHI E & C HEADQUARTERS |
| | P/N 22163416 STRIP ONLY BRACKET | | |

P/N 22163416 STRIP ONLY BRACKET

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-SEP-2005 | 28,000.000 | 0.05 | 1 | PC | 1,400.00 |
| Net Line Item Value | | | | USD | 1,400.00 |

| **Total net value** | **USD** | **2,800.00** |
|---|---|---|

Purchasing Contact: DeVilbiss, Rick
Phone: 937-455-7824
Fax:  937-455-9133

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed:  09-Dec-2005 10:55:24

12/09/2005  12:20  FAX  9374559133          Delphi E&C Ket                            @002

# DELPHI _____

Energy & Chassis Systems

Page  2  of  3

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Purchase Order** |
|---|---|
|  | PO Number                Date Issued<br>450130808               05-Sep-2005<br>Version<br>09-Dec-2005  10:55:24 |

| Item No.  Material No/Item Identifier No   Total Order Quantity   Plant<br>Description                                          Requester |
|---|

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS
FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN
REQUEST TO THE BUYER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*702
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*BEST
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this
contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific
Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and
understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of
the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract
(including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by
Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference
the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract
price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's
responsibility and will not be reimbursed by Delphi.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # DCM94391.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIP TO: PLATING TECH
\*\*\*\*\*\*\*\*\*\*ATTENTION ALL SUPPLIERS\*\*\*\*\*\*\*\*\*\*
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.

12/09/2005 12:21 FAX 9374559133          Delphi E&C Ket                          ☒003

# DELPHI

Energy & Chassis Systems

Page  3  of  3

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450130808 | 05-Sep-2005 |
| Version | |
| 09-Dec-2005 10:55:24 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.
--------- RIGHT TO AUDIT----------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.
FORCED LABOR--
SELLER REPRESENTS THAT GOODS PURCHASED UNDER
THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR
(AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.
THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED
BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2),
OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL
BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

# DELPHI

Energy & Chassis Systems

Page 1 of 4

| Buyer: | Purchase Order |
|---|---|
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098 | PO Number           Date Issued<br>450130829           05-Sep-2005<br>Version<br>09-Dec-2005 10:53:19 |

**Deliver to:**
DELPHI ENERGY & CHASSIS SYSTEMS
HOME AVE OPERATIONS - IN01
DOCK S20
2701 HOME AVE.
DAYTON OH 45417

Delivery date:  06-SEP-2005

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

Vendor No: 1000406
DUNS No: 944263334

**Payment Terms:** ZMN2    **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | | 39,968.610 | H401 DELPHI E & C  HOME AVENUE |

**FOR PLATING SERVICES FOR TUBE & BLOCK**

FOR PLATING SERVICES FOR TUBE & BLOCK AN
D FITTINGS FOR ON-GOING PLATING SERVICE

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-SEP-2005 | 39,968.610 | 1.00 | 1 | PC | 39,968.61 |
| Net Line Item Value | | | | USD | 39,968.61 |

| **Total net value** | | **USD** | **39,968.61** |
|---|---|---|---|

Notes:

*+*****+***+***+*******+*******************************************+***
IMPORTANT NOTICE TO SUPPLIERS:

Purchasing Contact: DeVilbiss, Rick
Phone: 937-455-7824
Fax:  937-455-9133

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed:  09-Dec-2005 10:53:19

12/09/2005 12:21 FAX 9374559133          Delphi E&C Ket                    Ø005

# DELPHI

Energy & Chassis Systems

Page  2  of  4

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450130829<br>Version<br>09-Dec-2005  10:53:19 | Date Issued<br>05-Sep-2005 |

| Item No.  Material No/Item Identifier No  Total Order Quantity    Plant |
|---|
| Description                                                    Requester |

**Notes Continued:**

PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*==============================================================

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*==============================================================

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*==============================================================

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*==============================================================

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*==============================================================

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*==============================================================

*==============================================================
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*==============================================================

This Contract replaces previous contract # DCS07671.
*==============================================================

*==============================================================
*=============== DO NOT MAIL ==============*
*==============================================================
TO ADD MONEY TO EXISTING P.O. TO PAY
PAST DUE AND CURRENT INVOICES.
*======== ATTENTION ALL SUPPLIERS ========*

12/09/2005 12:22 FAX 9374559133          Delphi E&C Ket                    ⓧ006

# DELPHI
_____ Energy & Chassis Systems

Page  3  of  4

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450130829<br>Version<br>09-Dec-2005  10:53:19 | Date Issued<br>05-Sep-2005 |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant<br>Description                                      Requester |
|---|

**Notes Continued:**
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.
----------RIGHT TO AUDIT----------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.
FORCED LABOR---
SELLER REPRESENTS THAT GOODS PURCHASED UNDER
THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR
(AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.
THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED
BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2),
OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL
BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.
IF YOU HAVE NOT RECEIVED A ROUTING LETTER FROM
DELPHI E & C TRANSPORTATION DEPARTMENT, USE
THE FOLLOWING INSTRUCTIONS FOR LESS-THAN-TRUCKLOAD
SHIPMENTS TO DAYTON, KETTERING AND VANDALIA, OHIO:
50 LBS. OR LESS - USE UPS (GROUND SERVICE ONLY)
COLLECT CONSIGNEE BILLING. IF NOT, SET UP
CONSIGNEE BILLING - CALL UPS AT 1-800-354-7527.
51 LBS. OR MORE - USE CARRIER NOTED BELOW:
SHIPMENT FROM          CARRIER
OH,MI,IN,IL,KY,W,NY,IN,WI---USF HOLLAND EXPRESS
W.PA,WV, ST. LOUIS,MO---USF HOLLAND EXPRESS
E.NY,NJ,VT,NH,ME,CT,MA---NEW PENN C/O LEBARNOLD
RI,DE,E.PA---------------NEW PENN C/O LEBARNOLD

# DELPHI

Energy & Chassis Systems

Page 4 of 4

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450130829<br>Version<br>09-Dec-2005  10:53:19 | Date Issued<br>05-Sep-2005 |

| Item No.  Material No/Item Identifier No   Total Order Quantity   Plant |
|---|
| Description                                                Requester |

**Notes Continued:**
ALL OTHER STATES--------YELLOW FREIGHT SYSTEM
CANADA----------USF HOLLAND EXPRESS
ALL HEAVY HAULING (EQUIPMENT)--ARTISAN (313-272-9218)
WHEN AIR FREIGHT IS REQUESTED BY DELPHI ENERGY &
CHASSIS SYSTEMS--------BAX GLOBAL
FOR TRUCKLOADS OR SPECIAL EQUIPMENT, CALL DELPHI
TRANSPORTATION AT 1-800-805-9433.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550077592 | 05-Aug-2005 |
| Version | |
| 05-Aug-2005 08:06:17 | |

**Deliver to:**

DELPHI E & C - VANDALIA
480 N. DIXIE DR.
VANDALIA OH 45377

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

| | |
|---|---|
| Vendor No: 1000406 | |
| DUNS No: 944263334 | |

**Payment Terms:** ZMN2   **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18090824 | H402 DELPHI E & C   VANDALIA |
| | BRAKEHOSE COLLAR-MACHINED PLATED | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 25-Jul-2005 | 31-Dec-2006 | USD | 80.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # --.
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************

Purchasing Contact: DeVilbiss, Rick

Phone: 937-455-7824

Fax: 937-455-9133

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed: 05-Aug-2005 08:06:17

# DELPHI

Energy & Chassis Systems

Page 2 of 3

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550077592 | 05-Aug-2005 |
| Version | |
| 05-Aug-2005 08:06:17 | |

| Item No. | Material No. Description | Plant | | |
|---|---|---|---|---|

## Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F1) monthly to the designated Delphi Chassis PC&L contact by the third working day of each month for prior month.
3.
Consignee agrees to segregate Delphi Energy and Chassis' material and provide adequate protection for Delphi Energy Chassis' inventory.
4.
Consignee agrees to accept responsibility for inventory losses.
5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.
6.
Consignee agrees to allow Delphi Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.
7.
Consignee agrees to receive any materials from other suppliers used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2 : Upon receipt of material from another Delphi Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity.

# DELPHI

_____ Energy & Chassis Systems

Page  3  of 3

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550077592 | 05-Aug-2005 |
| Version | |
| 05-Aug-2005 08:06:17 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

### Notes Continued:

In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form  409F2 and the PC&L contact should be notified immediately. After completing the receiving report-off site form 409F2, the Consignee will fax a copy of form  409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report-off site form 409F2 and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form  409F2 for 2 years.
8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi  Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi  Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.
9.
Consignee agrees to provide a completed  409F1 Form as the inventory date of the respective Delphi  Energy and Chassis plant communicated in Note 1, Section 8.
10.Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.
11.Consignee agrees to ship material directly to Delphi  Energy and Chassis' Customers if the physical flow warrants. (See Plant WI on shipping ).
12.Additional terms and conditions subject to negotiations.
13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4 "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact
14. For non-conforming material from Delphi Energy and    Chassis, the processor/subcontractor will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.
*********************

# DELPHI

Energy & Chassis Systems

Page 1 of 6

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550073484 | 19-Apr-2005 |
| Version | |
| 26-Aug-2005 16:08:59 | |

**Deliver to:**

DELPHI E & C - VANDALIA
480 N. DIXIE DR.
VANDALIA OH 45377

METPROTECH INC
P.O. Box 1311
DAYTON. OH 45401-1311

Vendor No: 1000406
DUNS No: 944263334

**Payment Terms:** Z030    **Currency:** USD

NET 30 DAYS

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 17986095 | H402 DELPHI E & C  VANDALIA |
| | FTG,TUBE&SK ASM     (SEE 17987600) | |
| | BRAZING BRAKE TUBES | |
| | ***THIS AMENDMENT CHANGES ITEM*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Apr-2005 | 31-Dec-2008 | USD | 44.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| | | |
|---|---|---|
| 00020 | 17986096 | H402 DELPHI E & C  VANDALIA |
| | FTG,TUBE&SK ASM     (SEE 17987600) | |
| | BRAZING BRAKE TUBES | |
| | ***THIS AMENDMENT CHANGES ITEM*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Apr-2005 | 31-Dec-2008 | USD | 42.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| | | |
|---|---|---|
| 00030 | 17989925 | H402 DELPHI E & C  VANDALIA |
| | FTG TUBE & SK ASM (SEE 17987600) | |
| | BRAZING BRAKE TUBES | |
| | ***THIS AMENDMENT CHANGES ITEM*** | |

Purchasing Contact: DeVilbiss, Rick

Phone: 937-455-7824

Fax: 937-455-9133

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed: 26-Aug-2005 16:08:59

# DELPHI
_____  Energy & Chassis Systems

Page  2  of  6

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Requirements Contract** |  |
|---|---|---|
|  | PO Number<br>550073484<br>Version<br>26-Aug-2005  16:08:59 | Date Issued<br>19-Apr-2005 |

| Item No. | Material No.<br>Description | Plant | | | |
|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00140**  18087493  **H402 DELPHI E & C  VANDALIA**

    **BRAKE HOSE PLATED FEMALE FITTING**

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 6.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00040**  22163408  **H402 DELPHI E & C  VANDALIA**

    **FTG,TUBE/SKIRT ASM (SEE 17987600)**

    TUBE AND BLOCK

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00050**  22163898  **H402 DELPHI E & C  VANDALIA**

    **BRAKE HOSE FTG. TUBE & SKIRT ASM BRAZED**

    BRAZING BRAKE TUBES

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00060**  22163909  **H402 DELPHI E & C  VANDALIA**

    **FITTING - TUBE / SKIRT ASSEMBLY - B.H.**

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00070**  22163920  **H402 DELPHI E & C  VANDALIA**

    **FITTING - TUBE / SKIRT ASSEMBLY - B.H.**

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00080**  22164134  **H402 DELPHI E & C  VANDALIA**

    **BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED**

    ***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00110**  22164496  **H402 DELPHI E & C  VANDALIA**

    **BRAKE HOSE PLATED FEMALE FITTING**

    ***THIS AMENDMENT CHANGES ITEM***

# DELPHI
_____ Energy & Chassis Systems

Page 3 of 6

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 19-Apr-2005 |
| Version | |
| 26-Aug-2005 16:08:59 | |

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00150 | 22164723 | | H402 DELPHI E & C VANDALIA | | | |
|---|---|---|---|---|---|---|

**BRAKE HOSE PLATED FEMALE FITTING**

***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 6.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00100 | 22164726 | | H402 DELPHI E & C VANDALIA | | | |
|---|---|---|---|---|---|---|

**BRAKE HOSE PLATED FEMALE FITTING**
***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00090 | 22164727 | | H402 DELPHI E & C VANDALIA | | | |
|---|---|---|---|---|---|---|

**BRAKE HOSE PLATED FEMALE FITTING**
***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Apr-2005 | 31-Dec-2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00120 | 22164841 | | H402 DELPHI E & C VANDALIA | | | |
|---|---|---|---|---|---|---|

**BRAKE HOSE STRAIT TUBE & BLOCK ASY.PLTD**

***THIS AMENDMENT CHANGES ITEM***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 03-Mar-2005 | 31-Dec-2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00130 | 22164900 | | H402 DELPHI E & C VANDALIA | | | |
|---|---|---|---|---|---|---|

**BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED**

***THIS AMENDMENT CHANGES ITEM***
***THIS AMENDMENT RE-OPENS AND EXTENDS***

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 03-Mar-2005 | 31-Dec-2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes**

This Contract replaces previous contract # --.
*********************

# DELPHI

Energy & Chassis Systems

Page 1 of

| Buyer: |
|---|
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098 |

| Requirements Contract | |
|---|---|
| PO Number | Date Issued |
| 550073484 | 04/19/2005 |
| Version | |
| 06/20/2005 15:15:54 | |

| Deliver to: |
|---|
| DELPHI E & C - VANDALIA<br>480 N. DIXIE DR.<br>VANDALIA OH 45377 |

NO REQUEST CONTRAC

| METPROTECH INC |
|---|
| P.O. Box 1311<br>DAYTON OH 45401-1311 |

| Vendor No:  1000406 |
|---|
| DUNS No:  944263334 |

| Payment Terms  ZMN2 | Currency:  USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms:  FOB-Freight Collect |
|---|

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 17986095 | | H402 DELPHI E & C  VANDALIA | | | |
| | FTG,TUBE&SK ASM     (SEE 17987600)<br>BRAZING BRAKE TUBES | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 44.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00020 | 17986096 | | H402 DELPHI E & C  VANDALIA | | | |
| | FTG,TUBE&SK ASM     (SEE 17987600)<br>BRAZING BRAKE TUBES | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 42.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00030 | 17989925 | | H402 DELPHI E & C  VANDALIA | | | |
| | FTG TUBE & SK ASM (SEE 17987600)<br>BRAZING BRAKE TUBES | | | | | |

| Purchasing Contact: DeVilbiss, Rick | Contact Address: |
|---|---|
| Phone: 937-455-7824 | ~~DELPHI ENERGY & CHASSIS~~ SYSTEMS<br>2000 FORRER BLVD,<br>KETTERING OH 45420 |
| Fax: 937-455-9133 | |

# DELPHI_____ Energy & Chassis Systems

Page 2 of

---

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/20/2005 15:15:54 | |

---

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00140    18087493**                                    **H402 DELPHI E & C  VANDALIA**

BRAKE HOSE PLATED FEMALE FITTING
***THIS AMENDMENT ADDS ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 6.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00040    22163408**                                    **H402 DELPHI E & C  VANDALIA**

FTG,TUBE/SKIRT ASM (SEE 17987600)
TUBE AND BLOCK

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00050    22163898**                                    **H402 DELPHI E & C  VANDALIA**

BRAKE HOSE FTG. TUBE & SKIRT ASM BRAZED
BRAZING BRAKE TUBES

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00060    22163909**                                    **H402 DELPHI E & C  VANDALIA**

FITTING - TUBE / SKIRT ASSEMBLY - B.H.

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00070    22163920**                                    **H402 DELPHI E & C  VANDALIA**

FITTING - TUBE / SKIRT ASSEMBLY - B.H.

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00080    22164134**                                    **H402 DELPHI E & C  VANDALIA**

BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

# DELPHI

Energy & Chassis Systems

Page  3  of

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/20/2005 15:15:54 | |

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00110 | 22164496 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE PLATED FEMALE FITTING | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00150 | 22164723 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE PLATED FEMALE FITTING | | | | | |
| | ***THIS AMENDMENT ADDS ITEM*** | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 6.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00100 | 22164726 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE PLATED FEMALE FITTING | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00090 | 22164727 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE PLATED FEMALE FITTING | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00120 | 22164841 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE STRAIT TUBE & BLOCK ASY.PLTD | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 03/03/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00130 | 22164900 | | H402 DELPHI E & C  VANDALIA | | | |
| | BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 03/03/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes

# DELPHI
_____ Energy & Chassis Systems

Page  4  of

| METPROTECH INC | **Requirements Contract** | |
|---|---|---|
| P.O. Box 1311 | PO Number | Date Issued |
| DAYTON OH 45401-1311 | 550073484 | 04/19/2005 |
| | Version | |
| | 06/20/2005 15:15:54 | |

| Item No. | Material No. | Plant | |
|---|---|---|---|
| | Description | | |

**Notes Continued:**

This Contract replaces previous contract # --.
**********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*******************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*******************

******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
*******************

*****************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
******************

****************
1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F) monthly to the

# DELPHI

Energy & Chassis Systems

Page  5  of

| METPROTECH INC |
| P.O. Box 1311 |
| DAYTON OH 45401-1311 |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/20/2005 15:15:54 | |

| Item No.   Material No. | Plant |
|---|---|
| Description | |

**Notes Continued:**

designated Delphi Chassis PC&L contact by the third working day of each month for prior month.

3.
Consignee agrees to segregate Delphi Energy and Chassis' material and provide adequate protection for Delphi Energy Chassis' inventory.

4.
Consignee agrees to accept responsibility for inventory losses.

5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.

6.
Consignee agrees to allow Delphi Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.

7.
Consignee agrees to receive any materials from other suppliers used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2 . Upon receipt of material from another Delphi  Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity. In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form   409F2 and the PC&L contact should be notified immediately. After completing the receiving report-off site form 409F2, the Consignee will fax a copy of form  409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report-off site form 409F2 and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form 409F2 for 2 years.

8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi  Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.

9.
Consignee agrees to provide a completed 409F1 Form as the inventory date of the respective Delphi  Energy and  Chassis plant communicated in Note 1, Section 8.

10.Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.
11.Consignee agrees to ship material directly to Delphi  Energy and Chassis Customers if the physical flow warrants. (See Plant W1 on shipping ).
12.Additional terms and conditions subject to negotiations.
13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4 "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact
14. For non-conforming material from Delphi Energy and      Chassis, the processor/subcontractor  will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.
*********************

*****************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

"Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings); provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs.  In the event that Buyer agrees to any price increases (or a

 **DELPHI** _____ Energy & Chassis Systems

Page 6 of

| METPROTECH INC | **Requirements Contract** |
| --- | --- |
| P.O. Box 1311 | |
| DAYTON OH 45401-1311 | PO Number / Date Issued |
| | 550073484 / 04/19/2005 |
| | Version |
| | 06/20/2005 15:15:54 |

**Item No.   Material No.                                    Plant**
**                Description**

**Notes Continued:**

decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

"Right to Purchase from Others

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following 12 months from contract issuance date Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive. If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract."

Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until 12 months from contract issuance date.
•••••••••••••••••••••••••••

06/07/05 - Alteration to add Material 22164841 (Item 120) and 22164900 (Item 130).  dmp

06/15/05 - Alteration to change validity on Material 22164841 (Item 120) and 22164900 (Item 130).  csp

06/20/05 - Alteration to add Material 18087493 (Item 140) and 22164723 (Item 150).  dmp

# DELPHI ———————————————————— Energy & Chassis Systems

Page  1  of  6

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |

Version
06/15/2005 18:40:35

**Deliver to:**

DELPHI E & C - VANDALIA
480 N. DIXIE DR.
VANDALIA OH 45377

AMENDMENT
TO REQUIREMENTS CONTRACT

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

Vendor No:  1000406
DUNS No:  944263334

**Payment Terms:**  ZMN2        **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB Freight Collect

| Item No. | Material No. / Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 17986095 | H402 DELPHI E & C  VANDALIA | | | |

FTG,TUBE&SK ASM    (SEE 17987600)
BRAZING BRAKE TUBES

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 44.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 17986096 | H402 DELPHI E & C  VANDALIA | | | |
|---|---|---|---|---|---|

FTG,TUBE&SK ASM    (SEE 17987600)
BRAZING BRAKE TUBES

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 42.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00030 | 17989925 | H402 DELPHI E & C  VANDALIA | | | |
|---|---|---|---|---|---|

FTG TUBE & SK ASM (SEE 17987600)
BRAZING BRAKE TUBES

Purchasing Contact: DeVilbiss, Rick

Phone:  937-455-7824

Fax:  937-455-9133

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed:   06/15/2005 18:40:35

# DELPHI

Energy & Chassis Systems

Page  2  of  6

| METROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Requirements Contract** |
|---|---|

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/15/2005 18:40:35 | |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00040    22163408                                      H402 DELPHI E & C  VANDALIA**

FTG,TUBE/SKIRT ASM (SEE 17987600)
TUBE AND BLOCK

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00050    22163898                                      H402 DELPHI E & C  VANDALIA**

BRAKE HOSE FTG. TUBE & SKIRT ASM BRAZED
BRAZING BRAKE TUBES

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00060    22163909                                      H402 DELPHI E & C  VANDALIA**

FITTING - TUBE / SKIRT ASSEMBLY - B.H.

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00070    22163920                                      H402 DELPHI E & C  VANDALIA**

FITTING - TUBE / SKIRT ASSEMBLY - B.H.

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00080    22164134                                      H402 DELPHI E & C  VANDALIA**

BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00110    22164496                                      H402 DELPHI E & C  VANDALIA**

BRAKE HOSE PLATED FEMALE FITTING

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

12/09/2005 FRI 13:42  FAX 9372630006 METPROTECH INC                                        Ø036/043

# DELPHI

Energy & Chassis Systems

Page  3  of  6

| METPROTECH INC |
|---|
| P.O. Box 1311 |
| DAYTON OH 45401-1311 |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/15/2005 18:40:35 | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00100 | 22164726 | H402 DELPHI E & C  VANDALIA |
| | BRAKE HOSE PLATED FEMALE FITTING | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00090 | 22164727 | H402 DELPHI E & C  VANDALIA |
|---|---|---|
| | **BRAKE HOSE PLATED FEMALE FITTING** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00120 | 22164841 | H402 DELPHI E & C  VANDALIA |
|---|---|---|
| | **BRAKE HOSE STRAIT TUBE & BLOCK ASY.PLTD** | |
| | ***THIS AMENDMENT ADDS ITEM*** | |
| | ***THIS AMENDMENT CHANGES VALIDITY*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 03/03/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00130 | 22164900 | H402 DELPHI E & C  VANDALIA |
|---|---|---|
| | **BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED** | |
| | ***THIS AMENDMENT ADDS ITEM*** | |
| | ***THIS AMENDMENT CHANGES VALIDITY*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 03/03/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes |
|---|
| This Contract replaces previous contract # --. |
| ********************* |
| |
| ********************* |
| As a supplier to Delphi Energy & Chassis you must use a Delphi |
| approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at |
| 800-805-9433. Failure to follow these instructions could result in a charge back to your company |
| |
| ********************* |
| |
| ********************* |
| Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information |
| through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to |

# DELPHI _____

Energy & Chassis Systems

Page  4  of  6

```
METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311
```

### Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550073484 | 04/19/2005 |
| Version | |
| 06/15/2005 18:40:35 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued

become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F1) monthly to the designated Delphi Chassis PC&L contact by the third working day of each month for prior month.
3.
Consignee agrees to segregate Delphi Energy and Chassis' material and provide adequate protection for Delphi Energy Chassis' inventory.
4.
Consignee agrees to accept responsibility for inventory losses.
5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.
6.
Consignee agrees to allow Delphi Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.
7.
Consignee agrees to receive all materials used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2 . Upon receipt of material from another Delphi Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity. In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form  409F2  and the PC&L contact should be notified immediately. After completing the receiving report-off site form

**DELPHI** _____ Energy & Chassis Systems

Page  5  of  6

| METPROTECH INC<br>P.O. Box 1311<br>DAYTON OH 45401-1311 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550073484<br>Version<br>06/15/2005 18:40:35 | Date Issued<br>04/19/2005 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued**

409F2, the Consignee will fax a copy of form  409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report off site form 409F2  and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form 409F2 for 2 years.

8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi  Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi  Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.

9.
Consignee agrees to provide a completed  409F1 Form as the inventory date of the respective Delphi  Energy and  Chassis plant communicated in Note 1, Section 8.

10. Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.

11. Consignee agrees to ship material directly to Delphi  Energy and  Chassis' Customers if the physical flow warrants. (See Plant W1 on shipping ).

12. Additional terms and conditions subject to negotiations.

13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4. "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact

14. For non-conforming material from Delphi Energy and      Chassis, the processor/subcontractor will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.
**********************

**********************

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

"Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e. savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings), provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer."

"Right to Purchase from Others"

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following 12 months from contract issuance date Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive.  If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract."

# DELPHI _____ Energy & Chassis Systems

Page 6 of 6

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 06/15/2005 18:40:35 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until 12 months from contract issuance date.
*********************

06/07/05 - Alteration to add Material 22164841 (Item 120) and 22164900 (Item 130).  dmp

06/15/05 - Alteration to change validity on Material 22164841 (Item 120) and 22164900 (Item 130).  cap

# DELPHI _____ Energy & Chassis Systems

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 04/21/2005 15:06:03 | |

**Deliver to:**

DELPHI E & C - VANDALIA
480 N. DIXIE DR.
VANDALIA OH 45377

ORIGINAL
REQUIREMENT CONTRACT

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

Vendor No:  1000406
DUNS No:  944263334

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 17986095 | H402 DELPHI E & C  VANDALIA |
| | FTG, TUBE&SK ASM    (SEE 17987600) BRAZING BRAKE TUBES | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 44.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 17986096 | H402 DELPHI E & C  VANDALIA |
| | FTG, TUBE&SK ASM    (SEE 17987600) BRAZING BRAKE TUBES | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 42.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 17989925 | H402 DELPHI E & C  VANDALIA |
| | FTG TUBE & SK ASM (SEE 17987600) BRAZING BRAKE TUBES | |

---

Purchasing Contact: DeVilbiss, Rick

Phone: 937-455-9191

Fax: 937-455-9133

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed:  04/21/2005 15:06:03

# DELPHI _____

Energy & Chassis Systems

Page  2  of  4

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 04/21/2005 15:06:03 | |

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00040  22163408**                   **H402 DELPHI E & C  VANDALIA**
   **FTG,TUBE/SKIRT ASM (SEE 17987600)**
   TUBE AND BLOCK

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 47.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00050  22163898**                   **H402 DELPHI E & C  VANDALIA**
   **BRAKE HOSE FTG. TUBE & SKIRT ASM BRAZED**
   BRAZING BRAKE TUBES

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00060  22163909**                   **H402 DELPHI E & C  VANDALIA**
   **FITTING - TUBE / SKIRT ASSEMBLY - B.H.**

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 45.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00070  22163920**                   **H402 DELPHI E & C  VANDALIA**
   **FITTING - TUBE / SKIRT ASSEMBLY - B.H.**

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00080  22164134**                   **H402 DELPHI E & C  VANDALIA**
   **BRAKE HOSE STRAIGHT TUBE & BLOCK-BRAZED**

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00110  22164496**                   **H402 DELPHI E & C  VANDALIA**
   **BRAKE HOSE PLATED FEMALE FITTING**

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

# DELPHI

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550073484 | 04/19/2005 |
| Version | |
| 04/21/2005 15:06:03 | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00100 | 22164726 | H402 DELPHI E & C  VANDALIA |
| | BRAKE HOSE PLATED FEMALE FITTING | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00090 | 22164727 | H402 DELPHI E & C  VANDALIA |
| | BRAKE HOSE PLATED FEMALE FITTING | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04/01/2005 | 12/31/2008 | USD | 36.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

## Notes

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************

**********************
1.
Consignee agrees to maintain perpetual inventory records and retain records for at least 2 years.
2.
Consignee agrees to submit and reconcile an up-to-date as of the end of the month inventory status (on Delphi Energy and Chassis Form 409F1) monthly to the designated Delphi Chassis PC&L contact by the third working day of each month for prior month.
3.
Consignee agrees to segregate Delphi Energy and Chassis' material and provide adequate protection for Delphi Energy Chassis' inventory.
4.
Consignee agrees to accept responsibility for inventory losses.
5.
Consignee agrees to accept responsibility for scrap incurred by the Consignee.
6.
Consignee agrees to allow Delphi Energy and Chassis PC&L and Finance Representatives the right to audit inventories as requested.
7.
Consignee agrees to receive any materials from other suppliers used in the consignment situation. Consignee agrees to complete a receiving report-off site form 409F2. Upon receipt of material from another Delphi Energy and Chassis Supplier, the Consignee must audit all receipts for correct part numbers and quantity. In addition, the Consignee must weigh or physically count minimum of one receipt per Vendor/Consignor per month. Any quantity discrepancies must be reported on the receiving report-off site form 409F2 and the PC&L contact should be notified immediately. After completing the receiving report-off site form 409F2, the Consignee will fax a copy of form 409F2 to the PC&L contact the same day. The consignee must attach all freight bills and bills of lading to the original copy of the receiving report-off site form 409F2 and mail to the PC&L contact in the applicable plant based on PC&L requirements. The Consignee will maintain a copy of the packing slip and receiving report-off site form 409F2 for 2 years.
8.
Consignee agrees to provide a once/year certified (Notarized) inventory letter for the Delphi Energy and Chassis Physical Inventory. Type "A" Consignee inventory must be observed by Delphi Energy and Chassis personnel. Date for both inventory options to be determined by plant PC&L and communicated by Finance.

# DELPHI

Energy & Chassis Systems

Page   4   of   4

METPROTECH INC
P.O. Box 1311
DAYTON OH 45401-1311

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550073484 | 04/19/2005 |
| Version | |
| 04/21/2005 15:06:03 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

### Notes Continued

9.
Consignee agrees to provide a completed 409F1 Form as the inventory date of the respective Delphi Energy and Chassis plant communicated in Note 1, Section 8.

10.Tools provided by Delphi for performance of an operation by Consignee remain the property of Delphi Chassis unless otherwise noted.
11.Consignee agrees to ship material directly to Delphi  Energy and  Chassis' Customers if the physical flow warrants. (See Plant WI on shipping ).
12.Additional terms and conditions subject to negotiations.
13. Processor/Subcontractor returns all scrap material generated by the process to Delphi Energy and Chassis as part number originally received on Form 409F4 "Material Returned as Scrap from Outside Locations" unless otherwise instructed by plant PC&L contact
14. For non-conforming material from Delphi Energy and   Chassis; the processor/subcontractor will contact the PC&L coordinator and the material should be returned to Delphi Energy and Chassis on a shipper stating the reason for return unless directed otherwise by the PC&L contact.
*******************

*******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or, via the internet at Delphi's website: delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************

*******************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*******************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************
This Contract replaces previous contract #  —.
*******************

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #: 62151**
**CUST. NO.: 1064**

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/10/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 15,101 qty. | 15,101 | 9764137-Zinc Iron | Female Fitting | 0.045 /ea. | $679.54 |
| 0.00 | 0 B/O | | Job # 86408068 | | |
| | | Auto Barrel Plating | Shipped: 06/10/2005 | | |
| | | PO#550073484    P/L# 60095    W/O# 52584    Lot# | | | |
| 2,000 qty. | 2,000 | 22164134-ZincIron-Te | | 0.049 /ea. | $98.00 |
| 0.00 | 0 B/O | | Job # 10616 | | |
| | | Auto Barrel Plating | Shipped: 06/10/2005 | | |
| | | PO#550073484    P/L# 60095    W/O# 52231    Lot# | | | |
| 3,799 qty. | 3,799 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $170.95 |
| 0.00 | 0 B/O | | Job # 10670 | | |
| | | Auto Barrel Plating | Shipped: 06/10/2005 | | |
| | | PO#550073484    P/L# 60095    W/O# 52592    Lot# | | | |
| 2,380 qty. | 2,380 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $107.10 |
| 0.00 | 0 B/O | | Job # 10637 | | |
| | | Auto Barrel Plating | Shipped: 06/10/2005 | | |
| | | PO#550073484    P/L# 60095    W/O# 52436    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
   EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

**E.D.F.**    9.00

| | |
|---|---|
| SUBTOTAL: | $1,055.59 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $1,064.59 |

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Ref. 76

12/08/2005 THU 17:05 FAX 9372630006 METPROTECH (main)                                                     ☒002/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62180
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/14/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 8,090 qty. | 8,090 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $323.60 |
| 0.00 | 0 B/O | | Job # 10672 | | |
| | | Auto Barrel Plating | Shipped: 06/14/2005 | | |
| | | 4182, 3908 | | | |
| | | PO#550073484    P/L# 60116    W/O# 52607    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
   EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

**E.D.F.**        9.00

| | |
|---|---|
| SUBTOTAL: | $323.60 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $332.60 |

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62207
CUST. NO.: 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| , 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/15/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 11,278 *qty.* | 7,737 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $309.48 |
| 0.00 | 3,541 *B/O* | | *Job #* 10677 | | |
| | | Auto Barrel Plating | Shipped: 06/15/2005 | | |
| | | 3396, 4341, 3541 | | | |
| | | PO#550073484    P/L# 60141    W/O# 52626    Lot# | | | |
| 52,189 *qty.* | 39,069 | 9764135 ZINC IRON | 9764137--17999587 | 0.036 /ea. | $1,406.48 |
| 0.00 | 13,120 *B/O* | | *Job #* 76426517 | | |
| | | Auto Barrel Plating | Shipped: 06/15/2005 | | |
| | | 13041, 11243, 14785, 13120 | | | |
| | | PO#DCS07671    P/L# 60141    W/O# 52619    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

E.D.F.    9.00

*Metal Processing
Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Dojo Registrsino, Inc.

1603.61

| | |
|---|---|
| SUBTOTAL: | $1,715.96 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $1,724.96 |

12/08/2005 THU 17:05  FAX 9372630006  METPROTECH INC                        ☒004/030

# MetProtech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62208
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/15/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 3,541 qty. | 3,541 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $141.64 |
| 0.00 | 0 B/O | | Job # 10677 | | |
| | | Auto Barrel Plating | Shipped: 06/15/2005 | | |
| | | 3396, 4341, 3541 | | | |
| | | PO#550073484   P/L# 60145   W/O# 52626   Lot# | | | |
| 3,478 qty. | 3,478 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $156.51 |
| 0.00 | 0 B/O | | Job # 10677 | | |
| | | Auto Barrel Plating | Shipped: 06/15/2005 | | |
| | | PO#550073484   P/L# 60145   W/O# 52627   Lot# | | | |
| 4,051 qty. | 4,051 | 22164134-ZincIron | Tube&Block-22164486 | 0.040 /ea. | $162.04 |
| 0.00 | 0 B/O | | Job # 10677 | | |
| | | Auto Barrel Plating | Shipped: 06/15/2005 | | |
| | | PO#550073484   P/L# 60145   W/O# 52628   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your
business!
    EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
SSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

E.D.F.        9.00

| SUBTOTAL: | $460.19 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL | $469.19 |

# MetPdProTech, Inc.

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

| INVOICE |
| --- |

**INVOICE #:** 62213
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
| --- | --- | --- | --- | --- | --- |
| 06/16/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- | --- |
| 8,314 qty. | 8,314 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $332.56 |
| 0.00 | 0 B/O | | Job # 10684 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 4087, 4227 | | | |
| | | PO#550073484   P/L# 60150   W/O# 52648   Lot# | | | |
| 17,662 qty. | 4,105 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $184.72 |
| 0.00 | 13,557 B/O | | Job # 10682 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 4105, 6096, 3808, 3653 | | | |
| | | PO#550073484   P/L# 60150   W/O# 52641   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered


290.74

**E.D.F.**   9.00

| SUBTOTAL: | $517.28 |
| --- | --- |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $526.28 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62214
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/16/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,557 qty. | 7,461 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $335.74 |
| 0.00 | 6,096 B/O | | Job # 10682 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 4105, 6096, 3808, 3653 | | | |
| | | PO#550073484    P/L# 60157    W/O# 52641    Lot# | | | |
| 13,120 qty. | 13,120 | 9764135 ZINC IRON | 9764137--17999587 | 0.036 /ea. | $472.32 |
| 0.00 | 0 B/O | | Job # 76426517 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 13041, 11243, 14785, 13120 | | | |
| | | PO#DCS07671    P/L# 60157    W/O# 52619    Lot# | | | |
| 43,243 qty. | 43,243 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $1,556.74 |
| 0.00 | 0 B/O | | Job # 86433460 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 18726, 16541, 7976 | | | |
| | | PO#DCS07671    P/L# 60157    W/O# 52640    Lot# | | | |
| 31,657 qty. | 31,657 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $1,139.65 |
| 0.00 | 0 B/O | | Job # 86440876 | | |
| | | Auto Barrel Plating | Shipped: 06/16/2005 | | |
| | | 18502, 13155 | | | |
| | | PO#DCS07671    P/L# 60157    W/O# 52644    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**E.D.F.**    9.00

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

615.60

| | |
|---|---|
| **SUBTOTAL:** | $3,504.45 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $3,513.45 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62216
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/17/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 8,646 *qty.* | 8,646 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $345.84 |
| 0.00 | 0 *B/O* | | *Job # 10686* | | |
| | | Auto Barrel Plating | *Shipped: 06/17/2005* | | |
| | | 4315, 4331 | | | |
| | | PO#550073484   P/L# 60163   W/O# 52657   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
   EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

E.D.F.      9.00

| | |
|---|---|
| SUBTOTAL: | $345.84 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $354.84 |

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

12/08/2005 THU 17:06 FAX 9372630006 METPROTECH INC                                @008/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62241
CUST. NO.: 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| , 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/20/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 10,913 qty. | 8,625 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $345.00 |
| 0.00 | 2,288 B/O | | Job # 10689 | | |
| | | Auto Barrel Plating | Shipped: 06/20/2005 | | |
| | | 2288, 4273, 4352 | | | |
| | | PO#550073484     P/L# 60169     W/O# 52673     Lot# | | | |
| 6,096 qty. | 6,096 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $274.32 |
| 0.00 | 0 B/O | | Job # 10682 | | |
| | | Auto Barrel Plating | Shipped: 06/20/2005 | | |
| | | 4105, 6096, 3808, 3653 | | | |
| | | PO#550073484     P/L# 60169     W/O# 52641     Lot# | | | |
| 10,768 qty. | 3,916 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $176.22 |
| 0.00 | 6,852 B/O | | Job # 10686 | | |
| | | Auto Barrel Plating | Shipped: 06/20/2005 | | |
| | | 3390, 3462, 3916 | | | |
| | | PO#550073484     P/L# 60169     W/O# 52658     Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

Metal Processing
Technologies
www.metprotech.com

ISO 9002 / QS 9000
Registered

E.D.F.          9.00

| SUBTOTAL: | $795.54 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $804.54 |

12/08/2005 THU 17:06  FAX 9372630006 METPROTECH INO                    ☒009/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62245
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/21/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 6,904  qty. | 3,643 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $163.93 |
| 0.00 | 3,261  B/O | | Job # 10691 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 3643, 3261 | | | |
| | | PO#550073484     P/L# 60181     W/O# 52684     Lot# | | | |
| 4,686  qty. | 4,686 | 22164134-ZincIron | Tube&Block–22164486 | 0.040 /ea. | $187.44 |
| 0.00 | 0  B/O | | Job # 10684 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | PO#550073484     P/L# 60181     W/O# 52649     Lot# | | | |
| 6,852  qty. | 6,852 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $308.34 |
| 0.00 | 0  B/O | | Job # 10686 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 3390, 3462, 3916 | | | |
| | | PO#550073484     P/L# 60181     W/O# 52658     Lot# | | | |
| 6,567  qty. | 6,567 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $295.51 |
| 0.00 | 0  B/O | | Job # 10689 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 3513, 3054 | | | |
| | | PO#550073484     P/L# 60181     W/O# 52672     Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 6-01-06 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

E.D.F.      9.00

*Metal Processing
Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

413.26

| | |
|---|---|
| SUBTOTAL: | $955.22 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $964.22 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62246
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/21/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,328 qty. | 4,328 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $173.12 |
| 0.00 | 0 B/O | | Job # 10691 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | PO#550073484    P/L# 60183    W/O# 52683    Lot# | | | |
| 2,288 qty. | 2,288 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $91.52 |
| 0.00 | 0 B/O | | Job # 10689 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 2288, 4273, 4352 | | | |
| | | PO#550073484    P/L# 60183    W/O# 52673    Lot# | | | |
| 12,782 qty. | 8,541 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $341.64 |
| 0.00 | 4,241 B/O | | Job # 10693 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 4241, 4203, 4338 | | | |
| | | PO#550073484    P/L# 60183    W/O# 52692    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

E.D.F.    9.00

| | |
|---|---|
| SUBTOTAL: | $606.28 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $615.28 |

Page 1 of 1

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62247
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/21/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,241 qty. | 4,241 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $169.64 |
| 0.00 | 0 B/O | | Job # 10693 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 4241, 4203, 4338 | | | |
| | | PO#550073484   P/L# 60193   W/O# 52692   Lot# | | | |
| 18,664 qty. | 11,198 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $503.91 |
| 0.00 | 7,466 B/O | | Job # 10693 | | |
| | | Auto Barrel Plating | Shipped: 06/21/2005 | | |
| | | 4202, 3470, 4007, 3526, 3459 | | | |
| | | PO#550073484   P/L# 60193   W/O# 52693   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

316.58

**E.D.F.**   9.00

| | |
|---|---|
| SUBTOTAL: | $673.55 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $682.55 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62259
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/22/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 7,380 qty. | 7,380 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $295.20 |
| 0.00 | 0 B/O | | Job # 10699 | | |
| | | Auto Barrel Plating | Shipped: 06/22/2005 | | |
| | | 3106, 4274 | | | |
| | | PO#550073484    P/L# 60195    W/O# 52709    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | E.D.F. | 9.00 | | |
|---|---|---|---|---|
| | | | **SUBTOTAL:** | $295.20 |
| | | | Surcharge: | 0.00 |
| | | | Cert: | 0.00 |
| | | | Tax1: | 0.00 |
| | | | Tax2: | 0.00 |
| | | | | 0.00 |
| | | | Freight: | 0.00 |
| | | | **TOTAL** | $304.20 |

12/08/2005 THU 17:07  FAX 9372630006 MetProTech INC                                                    ☑013/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62260
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH  45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/22/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 37,679 qty | 37,679 | 22164726-ZincIron | Female Fitting--9762799 | 0.036 /ea. | $1,356.44 |
| 0.00 | 0 B/O | | Job # 86466303 | | |
| | | Auto Barrel Plating | Shipped: 06/22/2005 | | |
| | | STRIP AND REPLATE 1.5 TIMES RATE | | | |
| | | PO#DCS07671   P/L# 60204   W/O# 52705   Lot# | | | |
| 4,769 qty. | 4,769 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $190.76 |
| 0.00 | 0 B/O | | Job # 10691 | | |
| | | Auto Barrel Plating | Shipped: 06/22/2005 | | |
| | | PO#550073484   P/L# 60204   W/O# 52685   Lot# | | | |
| 2,343 qty. | 2,343 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10705 | | |
| | | Auto Barrel Plating | Shipped: 06/22/2005 | | |
| | | PO#550073484   P/L# 60204   W/O# 52731   Lot# | | | |
| 7,466 qty. | 7,466 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $335.97 |
| 0.00 | 0 B/O | | Job # 10693 | | |
| | | Auto Barrel Plating | Shipped: 06/22/2005 | | |
| | | 4202, 3470, 4007, 3526, 3459 | | | |
| | | PO#550073484   P/L# 60204   W/O# 52693   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
   EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

E.D.F.        9.00

16 75.33

| SUBTOTAL: | $2,033.17 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $2,042.17 |

12/08/2005 THU 17:07 FAX 9372630006 METPROTECH INC                                          ☒014/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62267
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/23/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 2,328 qty. | 2,328 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10700 | | |
| | | Auto Barrel Plating | Shipped: 06/23/2005 | | |
| | | PO#550073484   P/L# 60210   W/O# 52723   Lot# | | | |
| 15,910 qty. | 7,457 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $298.28 |
| 0.00 | 8,453 B/O | | Job # 10705 | | |
| | | Auto Barrel Plating | Shipped: 06/23/2005 | | |
| | | 4301, 3338, 4152, 4119 | | | |
| | | PO#550073484   P/L# 60210   W/O# 52729   Lot# | | | |
| 6,851 qty. | 6,851 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $274.04 |
| 0.00 | 0 B/O | | Job # 10700 | | |
| | | Auto Barrel Plating | Shipped: 06/23/2005 | | |
| | | 2170, 4681 | | | |
| | | PO#550073484   P/L# 60210   W/O# 52724   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your
business!
   EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

**E.D.F.**    9.00

481.77

| SUBTOTAL: | $722.32 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL | $731.32 |

## MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62276
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/24/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 2,968 qty. | 2,968 | 22164841-ZincIron | Tube & Block–22164842 | 0.040 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10711 | | Min Part Price Applied |
| | | Auto Barrel Plating | Shipped: 06/24/2005 | | |
| | | PO#550073484   P/L# 60219   W/O# 52743   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

E.D.F.   9.00

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| SUBTOTAL: | $150.00 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $159.00 |

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

### INVOICE

INVOICE #: 62278
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/24/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1,971 qty | 1,971 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10705 | | Min Process Charge Applied |
| | | Auto Barrel Plating | Shipped: 06/24/2005 | | |
| | | PO#550073484   P/L# 60216   W/O# 52730   Lot# | | | |
| 8,453 qty | 8,453 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $338.12 |
| 0.00 | 0 B/O | | Job # 10705 | | |
| | | Auto Barrel Plating | Shipped: 06/24/2005 | | |
| | | 4301, 3338, 4152, 4119 | | | |
| | | PO#550073484   P/L# 60216   W/O# 52729   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business.
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**E.D.F.**   9.00

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



34.10

| | |
|---|---|
| SUBTOTAL: | $488.12 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $497.12 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62290
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/24/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,106 qty<br>0.00 | 13,106<br>0 B/O | 22163909-ZincIron<br>Auto Barrel Plating<br>4006, 3096, 3450, 2554<br>PO#550073484   P/L# 60228   W/O# 52734   Lot# | Tube&Block- 22164485<br>Job # 10707<br>Shipped: 06/24/2005 | 0.045 /ea. | $589.77 |
| 3,261 qty<br>0.00 | 3,261<br>0 B/O | 22163909-ZincIron<br>Auto Barrel Plating<br>3643, 3261<br>PO#550073484   P/L# 60228   W/O# 52684   Lot# | Tube&Block- 22164485<br>Job # 10691<br>Shipped: 06/24/2005 | 0.045 /ea. | $146.74<br>Min Process Charge<br>Applied |
| 11,842 qty<br>0.00 | 11,842<br>0 B/O | 22163909-ZincIron<br>Auto Barrel Plating<br>3525, 4151, 4166<br>PO#550073484   P/L# 60228   W/O# 52710   Lot# | Tube&Block- 22164485<br>Job # 10699<br>Shipped: 06/24/2005 | 0.045 /ea. | $532.89 |
| 4,137 qty<br>0.00 | 4,137<br>0 B/O | 22164134-ZincIron<br>Auto Barrel Plating<br>PO#550073484   P/L# 60228   W/O# 52735   Lot# | Tube&Block--22164486<br>Job # 10707<br>Shipped: 06/24/2005 | 0.040 /ea. | $165.48 |
| 3,996 qty<br>0.00 | 3,996<br>0 B/O | 22163920-ZincIron<br>Auto Barrel Plating<br>PO#550073484   P/L# 60228   W/O# 52733   Lot# | Tube&Block-22164483<br>Job # 10707<br>Shipped: 06/24/2005 | 0.040 /ea. | $159.84 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**E.D.F.**        9.00

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered.

Eagle Registration, Inc.

| | |
|---|---|
| **SUBTOTAL:** | $1,594.72 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,603.72 |

12/08/2005 THU 17:07  FAX 9372630006 METPROTECH INC                    @018/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62293
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/27/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 8,014 qty. | 8,014 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $320.56 |
| 0.00 | 0 B/O | | Job # 10711 | | |
| | | Auto Barrel Plating | Shipped: 06/27/2005 | | |
| | | 4048, 3966 | | | |
| | | PO#550073484  P/L# 60232  W/O# 52742  Lot# | | | |
| 2,452 qty. | 2,452 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10717 | | Min Process Charge Applied |
| | | Auto Barrel Plating | Shipped: 06/27/2005 | | |
| | | PO#550073484  P/L# 60232  W/O# 52755  Lot# | | | |
| 8,220 qty. | 8,220 | 22163920-ZincIron | Tube&Block--22164483 | 0.040 /ea. | $328.80 |
| 0.00 | 0 B/O | | Job # 10711 | | |
| | | Auto Barrel Plating | Shipped: 06/27/2005 | | |
| | | 4177, 4043 | | | |
| | | PO#550073484  P/L# 60232  W/O# 52741  Lot# | | | |

All discrepancies must be reported within 6 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

**E.D.F.**   9.00

| | |
|---|---|
| SUBTOTAL: | $799.36 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $808.36 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62299
**CUST. NO.:** 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| , 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/28/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 25,337 qty. 0.00 | 25,337 0 B/O | 22164496-Zinc Iron Auto Barrel Plating 16532, 8808 PO#DCS07671   P/L# 60242   W/O# 52777   Lot# | Female Fitting--9764137 Job # 86503268 Shipped: 06/28/2005 | 0.036 /ea. | $912.13 |
| 3,829 qty. 0.00 | 3,829 0 B/O | 22164726-ZincIron Auto Barrel Plating PO#DCS07671   P/L# 60242   W/O# 52778   Lot# | Female Fitting--9762799 Job # 86503268 Shipped: 06/28/2005 | 0.036 /ea. | $150.00 Min Process Charge Applied |
| 11,606 qty. 0.00 | 11,606 0 B/O | 22164496-Zinc Iron Auto Barrel Plating PO#DCS07671   P/L# 60242   W/O# 52766   Lot# | Female Fitting--9764137 Job # 86496909 Shipped: 06/28/2005 | 0.036 /ea. | $417.81 |
| 13,713 qty. 0.00 | 13,713 0 B/O | 22164134-ZincIron Auto Barrel Plating 4593, 4565, 4555 PO#550073484   P/L# 60242   W/O# 52758   Lot# | Tube&Block--22164486 Job # 10721 Shipped: 08/28/2005 | 0.040 /ea. | $548.52 |
| 4,496 qty. 0.00 | 4,496 0 B/O | 22163920-ZincIron Auto Barrel Plating PO#550073484   P/L# 60242   W/O# 52757   Lot# | Tube&Block-22164483 Job # 10721 Shipped: 06/28/2005 | 0.040 /ea. | $179.84 |

All discrepancies must be reported within 6 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**E.D.F.**   9.00

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered


Eagle Registration, Inc.

| | |
|---|---|
| SUBTOTAL: | $2,208.30 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $2,217.30 |

12/08/2005 THU 17:08  FAX 9372630006 METPROTECH INC                                    ☑020/030

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62309
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/29/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,595 qty. | 13,595 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $543.80 |
| 0.00 | 0 B/O | | Job # 10726 | | |
| | | Auto Barrel Plating | Shipped: 06/29/2005 | | |
| | | 4693, 4242, 4660 | | | |
| | | PO#550073484   P/L# 60250   W/O# 52792   Lot# | | | |
| 4,296 qty. | 4,296 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $171.84 |
| 0.00 | 0 B/O | | Job # 10726 | | |
| | | Auto Barrel Plating | Shipped: 06/29/2005 | | |
| | | PO#550073484   P/L# 60250   W/O# 52793   Lot# | | | |
| 29,544 qty. | 29,544 | 22164496-Zinc Iron | Female Fitting-9764137 | 0.036 /ea. | $1,063.58 |
| 0.00 | 0 B/O | | Job # 86508807 | | |
| | | Auto Barrel Plating | Shipped: 06/29/2005 | | |
| | | 6450, 11631, 11463 | | | |
| | | PO#DCS07671   P/L# 60250   W/O# 52794   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

**E.D.F.**     9.00

*Metal Processing
Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

348.87

| SUBTOTAL: | $1,779.22 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $1,788.22 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62318
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 06/30/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 9,176 *qty.* 0.00 | 9,176 0 *B/O* | 22163920-ZincIron Auto Barrel Plating 4612, 4564 PO#550073484 P/L# 60258 | Tube&Block-22164483 Job # 10727 Shipped: 06/30/2005 W/O# 52799 Lot# | 0.040 /ea. | $367.04 |
| 23,421 *qty.* 0.00 | 19,456 3,965 *B/O* | 22163909-ZincIron Auto Barrel Plating 3466, 3968, 3965, 2980, 4516, 4526 PO#550073484 P/L# 60258 | Tube&Block- 22164485 Job # 10727 Shipped: 06/30/2005 W/O# 52800 Lot# | 0.045 /ea. | $875.52 |
| 11,794 *qty.* 0.00 | 11,794 0 *B/O* | 22164726-ZincIron Auto Barrel Plating PO#DCS07671 P/L# 60258 | Female Fitting--9762799 Job # 86516467 Shipped: 06/30/2005 W/O# 52801 Lot# | 0.036 /ea. | $424.58 |
| 21,529 *qty.* 0.00 | 21,529 0 *B/O* | 22164496-Zinc Iron Auto Barrel Plating 8612, 12917 PO#DCS07671 P/L# 60258 | Female Fitting--9764137 Job # 86516467 Shipped: 06/30/2005 W/O# 52802 Lot# | 0.036 /ea. | $775.04 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



**E.D.F.** 9.00

1013.19

| | |
|---|---|
| **SUBTOTAL:** | $2,442.18 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $2,451.18 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62336
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**                                    **SHIP TO:**

DELPHI CHASSIS DIV. GM                DELPHI CHASSIS DIV. GM
2701 HOME AVE.                              ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
DAYTON, OH 45417                          VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/01/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 14,988 qty | 8,469 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $381.10 |
| 0.00 | 6,519 B/O | Auto Barrel Plating<br>4261, 3947, 4208, 2572<br>PO#550073484    P/L# 60271    W/O# 52814    Lot# | Job # 10736<br>Shipped: 07/01/2005 | | |
| 16,184 qty | 8,179 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $327.16 |
| 0.00 | 8,005 B/O | Auto Barrel Plating<br>4182, 3823, 4166, 4013<br>PO#550073484    P/L# 60271    W/O# 52815    Lot# | Job # 10736<br>Shipped: 07/01/2005 | | |
| 3,897 qty | 3,897 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $155.88 |
| 0.00 | 0 B/O | Auto Barrel Plating<br>PO#550073484    P/L# 60271    W/O# 52816    Lot# | Job # 10736<br>Shipped: 07/01/2005 | | |
| 18,225 qty | 18,225 | 22164726-ZincIron | Female Fitting--9762799 | 0.036 /ea. | $656.10 |
| 0.00 | 0 B/O | Auto Barrel Plating<br>11170, 7055<br>PO#DCS07671    P/L# 60271    W/O# 52821    Lot# | Job # 86523344<br>Shipped: 07/01/2005 | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
    EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

E.D.F.        9.00

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered


1022.01

| | |
|---|---|
| **SUBTOTAL:** | $1,520.24 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,529.24 |

12/08/2005 THU 17:08  FAX 9372630006  METPROTECH INC   @023/030

# MetProTech, Inc.

### 1801 Home Avenue • Dayton, OH 45417
### 937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62337

**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM

, 2701 HOME AVE.

DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM

ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE

VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/05/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 3,965 qty. 0.00 | 3,965 0 B/O | 22163909-ZincIron<br>Auto Barrel Plating<br>3466, 3968, 3965, 2980, 4516, 4526<br>PO#550073484  P/L# 60273  W/O# 52800  Lot# | Tube&Block- 22164485<br>Job # 10727<br>Shipped: 07/05/2005 | 0.045 /ea. | $178.42 |
| 6,519 qty. 0.00 | 6,519 0 B/O | 22163909-ZincIron<br>Auto Barrel Plating<br>4261, 3947, 4208, 2572<br>PO#550073484  P/L# 60273  W/O# 52814  Lot# | Tube&Block- 22164485<br>Job # 10736<br>Shipped: 07/05/2005 | 0.045 /ea. | $293.35 |
| 8,005 qty. 0.00 | 8,005 0 B/O | 22163920-ZincIron<br>Auto Barrel Plating<br>4182, 3823, 4166, 4013<br>PO#550073484  P/L# 60273  W/O# 52815  Lot# | Tube&Block-22164483<br>Job # 10736<br>Shipped: 07/05/2005 | 0.040 /ea. | $320.20 |
| 4,698 qty. 0.00 | 4,698 0 B/O | 22164134-ZincIron<br>Auto Barrel Plating<br>PO#550073484  P/L# 60273  W/O# 52817  Lot# | Tube&Block—22164486<br>Job # 10736<br>Shipped: 07/05/2005 | 0.040 /ea. | $187.92 |
| 16,712 qty. 0.00 | 16,712 0 B/O | 22163920-ZincIron<br>Auto Barrel Plating<br>4219, 4200, 4171, 4122<br>PO#550073484  P/L# 60273  W/O# 52830  Lot# | Tube&Block-22164483<br>Job # 10740<br>Shipped: 07/05/2005 | 0.040 /ea. | $668.48 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**E.D.F.** 9.00

| | |
|---|---|
| **SUBTOTAL:** | $2,009.18 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $2,018.18 |

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



1077.40

Page 1 of 2

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62424
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM .
ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/18/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 5,475 **qty** | 5,475 | 22164726–ZincIron | Female Fitting–9762799 | 0.036 /ea. | $197.10 |
| 0.00 | 0 **B/O** | | Job # 86571366 | | |
| | | Auto Barrel Plating | Shipped: 07/18/2005 | | |
| | | PO#DCS07671    P/L# 60372    W/O# 52925    Lot# | | | |
| 6,507 **qty** | 6,507 | 22164496–Zinc Iron | Female Fitting–9764137 | 0.036 /ea. | $234.25 |
| 0.00 | 0 **B/O** | | Job # 86571366 | | |
| | | Auto Barrel Plating | Shipped: 07/18/2005 | | |
| | | PO#DCS07671    P/L# 60372    W/O# 52924    Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
  EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

E.D.F.    9.00

| | |
|---|---|
| SUBTOTAL: | $431.35 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $440.35 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  62435
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH  45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/19/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,232 qty. | 4,232 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $169.28 |
| 0.00 | 0 B/O | | Job # 10760 | | |
| | | Auto Barrel Plating | Shipped: 07/19/2005 | | |
| | | PO#550073484   P/L# 60380   W/O# 52934   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



**E.D.F.**   ⟨ 9.00 ⟩

| | |
|---|---|
| SUBTOTAL: | $169.28 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $178.28 |

Page 1 of 1

12/08/2005 THU 17:09 FAX 9372630006 METPROTECH INC    Ø026/030

# MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62436
CUST. NO.: 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| , 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/19/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 8,217 qty. | 4,170 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $166.80 |
| 0.00 | 4,047 B/O | | Job # 10760 | | |
| | | Auto Barrel Plating | Shipped: 07/19/2005 | | |
| | | 4170, 4047 | | | |
| | | PO#550073484   P/L# 60382   W/O# 52932   Lot# | | | |
| 7,926 qty. | 3,841 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $172.84 |
| 0.00 | 4,085 B/O | | Job # 10760 | | |
| | | Auto Barrel Plating | Shipped: 07/19/2005 | | |
| | | 3841, 4085 | | | |
| | | PO#550073484   P/L# 60382   W/O# 52933   Lot# | | | |
| 8,353 qty. | 8,353 | 22164496-Zinc Iron | Female Fitting-9764137 | 0.036 /ea. | $300.70 |
| 0.00 | 0 B/O | | Job # 86576656 | | |
| | | Auto Barrel Plating | Shipped: 07/19/2005 | | |
| | | PO#DCS07671   P/L# 60382   W/O# 52935   Lot# | | | |

E.D.F.    9.00

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

Metal Processing
Technologies
www.metprotech.com

ISO 9002 / QS 9000
Registered

182.47

| SUBTOTAL: | $640.34 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $649.34 |

Page 1 of 1

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62446
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/20/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,606 qty. 0.00 | 13,606 0 B/O | 22164496-Zinc Iron  Female Fitting--9764137 Auto Barrel Plating  PO#DCS07671   P/L# 60394   W/O# 52980   Lot# | Job # 86584731 Shipped: 07/20/2005 | 0.036 /ea. | $489.81 |
| 12,479 qty. 0.00 | 8,288 4,191 B/O | 22163920-ZincIron  Tube&Block-22164483 Auto Barrel Plating 4162, 4126, 4191  PO#550073484   P/L# 60394   W/O# 52955   Lot# | Job # 10761 Shipped: 07/20/2005 | 0.040 /ea. | $331.52 |
| 4,047 qty. 0.00 | 4,047 0 B/O | 22163920-ZincIron  Tube&Block-22164483 Auto Barrel Plating 4170, 4047  PO#550073484   P/L# 60394   W/O# 52932   Lot# | Job # 10760 Shipped: 07/20/2005 | 0.040 /ea. | $161.88 |
| 4,085 qty. 0.00 | 4,085 0 B/O | 22163909-ZincIron  Tube&Block- 22164485 Auto Barrel Plating 3841, 4085  PO#550073484   P/L# 60394   W/O# 52933   Lot# | Job # 10760 Shipped: 07/20/2005 | 0.045 /ea. | $183.82 |
| 9,971 qty. 0.00 | 6,393 3,578 B/O | 22163909-ZincIron  Tube&Block- 22164485 Auto Barrel Plating 2893, 3500, 3578  PO#550073484   P/L# 60394   W/O# 52956   Lot# | Job # 10761 Shipped: 07/20/2005 | 0.045 /ea. | $287.68 |

All discrepancies must be reported within 6 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES.

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registrations, Inc.

E.D.F.        9.00

| SUBTOTAL: | $1,454.71 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $1,463.71 |

12/08/2005 THU 17:09 FAX 9372630006 METPROTECH INC    @028/030

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62465
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/21/2005 | See Below | See Below | 03 | Net 30 Days | WRIGHT BROS. |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 12,033 *qty.* | 12,033 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $481.32 |
| 0.00 | 0 *B/O* | | Job # 10766 | | |
| | | Auto Barrel Plating | Shipped: 07/21/2005 | | |
| | | 3830, 4084, 4119 | | | |
| | | PO#550073484   P/L# 60402   W/O# 52970   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

E.D.F.     9.00

309.82

| SUBTOTAL: | $481.32 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $490.32 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 62466
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/21/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,699 *qty.* | 13,699 | 22164726-ZincIron | Female Fitting--9782799 | 0.036 /ea. | $493.16 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 86576658 | | |
| | | | Shipped: 07/21/2005 | | |
| | | PO#DCS07671   P/L# 60403   W/O# 52936   Lot# | | | |
| 4,191 *qty.* | 4,191 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $167.64 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 10761 | | |
| | | 4162, 4126, 4191 | Shipped: 07/21/2005 | | |
| | | PO#550073484   P/L# 60403   W/O# 52955   Lot# | | | |
| 3,578 *qty.* | 3,578 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $161.01 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 10761 | | |
| | | 2893, 3500, 3578 | Shipped: 07/21/2005 | | |
| | | PO#550073484   P/L# 60403   W/O# 52956   Lot# | | | |
| 6,809 *qty.* | 6,809 | 22164726-ZincIron | Female Fitting--9782799 | 0.036 /ea. | $245.12 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 86584731 | | |
| | | | Shipped: 07/21/2005 | | |
| | | PO#DCS07671   P/L# 60403   W/O# 52961   Lot# | | | |
| 12,497 *qty.* | 12,497 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $499.88 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 10766 | | |
| | | 4167, 4198, 4132 | Shipped: 07/21/2005 | | |
| | | PO#550073484   P/L# 60403   W/O# 52968   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-66 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

E.D.F.          9.00

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

1293.16

| | |
|---|---|
| SUBTOTAL: | $2,043.47 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $2,052.47 |

**MetProTech, Inc.**
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 62470
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/22/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 2,566 qty | 12,566 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $502.64 |
| 0.00 | 0 B/O | | Job # 10770 | | |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | 4140, 4214, 4212 | | | |
| | | PO#50073484   P/L# 60415   W/O# 52986   Lot# | | | |
| 2,347 qty | 12,347 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $493.88 |
| 0.00 | 0 B/O | | Job # 10770 | | |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | 4174, 4239, 3934 | | | |
| | | PO#550073484   P/L# 60415   W/O# 52987   Lot# | | | |

...crepancies must be reported within 5 business days. Thank you for your
...ss!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
USED TO ALL INVOICES

**E.D.F.**   9.00

| | |
|---|---|
| **SUBTOTAL:** | $996.52 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,005.52 |

*Metal Processing
Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



1 of 1

*Bal Due*   631.82

# Metrotech, Inc.

1801 Home Avenue • Dayton, OH  45417

937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:  62481**

**CUST. NO.:  1064**

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM<br>, 2701 HOME AVE.<br>DAYTON, OH  45417 | DELPHI CHASSIS DIV. GM<br>ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE<br>VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 07/22/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 3,963 qty. | 3,963 | 22164841-ZincIron | Tube & Block-22164842 | 0.040 /ea. | $158.52 |
| 0.00 | 0 B/O | | Job # 10770 | | |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | PO#550073484   P/L# 60418   W/O# 52988   Lot# | | | |
| 16,415 qty. | 16,415 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $656.60 |
| 0.00 | 0 B/O | | Job # 10774 | | |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | 4158, 3997, 4165, 4095 | | | |
| | | PO#550073484   P/L# 60418   W/O# 52995   Lot# | | | |
| 2,987 qty. | 2,987 | 22164841-ZincIron | Tube & Block--22164842 | 0.040 /ea. | $150.00 |
| 0.00 | 0 B/O | | Job # 10774 | | Min Process Charge Applied |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | PO#550073484   P/L# 60418   W/O# 52993   Lot# | | | |
| 16,808 qty. | 16,808 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $672.32 |
| 0.00 | 0 B/O | | Job # 10774 | | |
| | | Auto Barrel Plating | Shipped: 07/22/2005 | | |
| | | 4228, 4208, 4196, 4176 | | | |
| | | PO#550073484   P/L# 60418   W/O# 52994   Lot# | | | |

Discrepancies must be reported within 5 business days.  Thank you for your
ist
EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
SED TO ALL INVOICES

**E.D.F.**   9.00

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | |
|---|---|
| SUBTOTAL: | $1,637.44 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $1,646.44 |

1 of 1

Bal Due   870.09

12/08/2005 THU 17:21  FAX 9372630006 METPROTECH INC
002/030