# MetroTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63025
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/27/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 7,066 qty. | 3,479 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $156.55 |
| 0.00 | 3,587 B/O | | Job # 10929 | | |
| | | Auto Barrel Plating | Shipped: 08/27/2005 | | |
| | | 3479, 3587, 3553, 3539 | | | |
| | | PO#550073484 P/L# 60985 W/O# 53666 Lot# | | | |
| 3,356 qty. | 3,356 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $151.02 |
| 0.00 | 0 B/O | | Job # 10937 | | |
| | | Auto Barrel Plating | Shipped: 09/27/2005 | | |
| | | 3586, 3356, 3544 | | | |
| | | PO#550073484 P/L# 60985 W/O# 53696 Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | | |
|---|---|---|
| **DISCOUNT** | −3.08 | |
| **SUBTOTAL:** | | $307.57 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | $304.49 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63026
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/27/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 7,159 qty. | 7,159 | 22164727-ZincIron | Female Fitting--9762727 | 0.036 /ea. | $257.72 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 87022599 Shipped: 09/27/2005 | | |
| | | PO#450130829   P/L# 60987   W/O# 53731   Lot# | | | |
| 6,101 qty. | 6,101 | 22164726-ZincIron | Female Fitting--9762799 | 0.036 /ea. | $219.63 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 87022599 Shipped: 09/27/2005 | | |
| | | PO#450130829   P/L# 60987   W/O# 53732   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business.
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE-TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | |
|---|---|
| **DISCOUNT** | -4.77 |
| **E.D.F.** | 9.00 |

| | |
|---|---|
| **SUBTOTAL:** | $477.35 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL** | $481.58 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63027
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/27/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 10,614 qty. | 3,483 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $156.73 |
| 0.00 | 7,131 B/O | | Job # 10941 | | |
| | | Auto Barrel Plating | Shipped: 09/27/2005 | | |
| | | 3544, 3587, 3483 | | | |
| | | PO#550073484    P/L# 60989    W/O# 53715    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | | |
|---|---|---|
| **DISCOUNT** | -1.57 | |
| **SUBTOTAL:** | | $156.73 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | $155.16 |

## MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

# INVOICE

INVOICE #:  63037
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/28/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 7,131 qty. 0.00 | 3,544 3,587 B/O | 22163909-ZincIron  Auto Barrel Plating 3544, 3587, 3483 PO#550073484  P/L# 60996  W/O# 53715  Lot# | Tube&Block- 22164485 Job # 10941 Shipped: 09/28/2005 | 0.045 /ea. | $159.48 |
| 3,587 qty. 0.00 | 3,587 0 B/O | 22163909-ZincIron  Auto Barrel Plating 3479, 3587, 3553, 3539 PO#550073484  P/L# 60996  W/O# 53666  Lot# | Tube&Block- 22164485 Job # 10929 Shipped: 09/28/2005 | 0.045 /ea. | $161.41 |
| 7,102 qty. 0.00 | 7,102 0 B/O | 22163909-ZincIron  Auto Barrel Plating 3542, 3560 PO#550073484  P/L# 60996  W/O# 53741  Lot# | Tube&Block- 22164485 Job # 10950 Shipped: 09/28/2005 | 0.045 /ea. | $319.59 |
| 12,372 qty. 0.00 | 12,372 0 B/O | 22163920-ZincIron  Auto Barrel Plating 4123, 4171, 4078 PO#550073484  P/L# 60996  W/O# 53740  Lot# | Tube&Block-22164483 Job # 11950 Shipped: 09/28/2005 | 0.040 /ea. | $494.88 |
| 4,753 qty. 0.00 | 4,753 0 B/O | 22164841-ZincIron  Auto Barrel Plating  PO#550073484  P/L# 60996  W/O# 53739  Lot# | Tube & Block- 22164842 Job # 10950 Shipped: 09/28/2005 | 0.040 /ea. | $190.12 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | |
|---|---|
| DISCOUNT | -13.25 |
| E.D.F. | 9.00 |

| | |
|---|---|
| **SUBTOTAL:** | $1,325.48 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,321.23 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63038
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/28/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 3,587 qty. | 3,587 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $161.41 |
| 0.00 | 0 B/O | Auto Barrel Plating 3544, 3587, 3483 PO#550073484    P/L# 61004    W/O# 53715    Lot# | Job # 10941 Shipped: 09/28/2005 | | |
| 7,038 qty. | 7,038 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $316.71 |
| 0.00 | 0 B/O | Auto Barrel Plating 3722, 3316 PO#550073484    P/L# 61004    W/O# 53727    Lot# | Job # 10945 Shipped: 09/28/2005 | | |

All discrepancies must be reported within 3 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | |
|---|---|
| **DISCOUNT** | -4.78 |
| **SUBTOTAL:** | $478.12 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $473.34 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63049
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/29/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1,659 qty. 0.00 | 1,659 0 B/O | 22164113-ZincIron Auto Barrel Plating STRIP AND REPLATE 1.5 TIMES RATE PO#550073484 P/L# 61007 W/O# 53524 Lot# | Tube&Block Job # 86896463 Shipped: 09/29/2005 | 0.055 /ea. | $150.00 Min Process Charge Applied |
| 1,952 qty. 0.00 | 1,952 0 B/O | 22163898-ZincIron Auto Barrel Plating PO#550073484 P/L# 61007 W/O# 53742 Lot# | Tube&Block--22164482 Job # 10951 Shipped: 09/29/2005 | 0.045 /ea. | $150.00 Min Process Charge Applied |
| 4,720 qty. 0.00 | 4,720 0 B/O | 22164841-ZincIron Auto Barrel Plating PO#550073484 P/L# 61007 W/O# 53767 Lot# | Tube & Block--22164842 Job # 10951 Shipped: 09/29/2005 | 0.040 /ea. | $188.80 |
| 21,614 qty. 0.00 | 3,257 18,357 B/O | 22163909-ZincIron Auto Barrel Plating 3900, 2955, 3257 PO#550073484 P/L# 61007 W/O# 53744 Lot# | Tube&Block- 22164485 Job # 10951 Shipped: 09/29/2005 | 0.045 /ea. | $146.56 |
| 11,742 qty. 0.00 | 3,595 8,147 B/O | 22163920-ZincIron Auto Barrel Plating 4167, 3980, 3595 PO#550073484 P/L# 61007 W/O# 53743 Lot# | Tube&Block-22164483 Job # 10951 Shipped: 09/29/2005 | 0.040 /ea. | $143.80 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES.

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

| | | |
|---|---|---|
| E.D.F. | 9.00 | **SUBTOTAL:** $779.16 |
| DISCOUNT | -7.79 | Surcharge: 0.00 |
| STRIP & REPLATE | 75.00 | Cert: 0.00 |
| | | Tax1: 0.00 |
| | | Tax2: 0.00 |
| | | Freight: 0.00 |
| | | **TOTAL:** $855.37 |

05-44481-rdd   Doc 12928-5   Filed 02/29/08   Entered 02/29/08 16:52:37   Exhibit 2 -
Invoice (Part 4)   Pg 7 of 30

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  63050
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/29/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 31,514 qty. | 18,333 | 22164496-Zinc Iron   Female Fitting--9764137 | | 0.036 /ea. | $659.98 |
| 0.00 | 13,181 B/O | | Job # 86896463 | | |
| | | Auto Barrel Plating | Shipped: 09/29/2005 | | |
| | | 14361, 13181, 18333 | | | |
| | | PO#450130829   P/L# 61008   W/O# 53523   Lot# | | | |
| 13,466 qty. | 13,466 | 22164496-Zinc Iron   Female Fitting--9764137 | | 0.036 /ea. | $484.77 |
| 0.00 | 0 B/O | | Job # 86924582 | | |
| | | Auto Barrel Plating | Shipped: 09/29/2005 | | |
| | | PO#450130829   P/L# 61008   W/O# 53572   Lot# | | | |
| 18,580 qty. | 18,580 | 22164496-Zinc Iron   Female Fitting--9764137 | | 0.036 /ea. | $668.88 |
| 0.00 | 0 B/O | | Job # 87030800 | | |
| | | Auto Barrel Plating | Shipped: 09/29/2005 | | |
| | | PO#450130829   P/L# 61008   W/O# 53747   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing
Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

| | | | |
|---|---|---|---|
| E.D.F. | 9.00 | **SUBTOTAL:** | $1,813.63 |
| DISCOUNT | -18.14 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL:** | $1,804.49 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH  45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  63051
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH  45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/29/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 11,486 qty. 0.00 | 11,486  0 B/O | 22164726-ZincIron  Auto Barrel Plating  PO#450130829  P/L# 61009  W/O# 53718  Lot# | Female Fitting--9762799  Job # 87013817  Shipped: 09/29/2005 | 0.036 /ea. | $413.49 |
| 7,236 qty. 0.00 | 7,236  0 B/O | 18087493 Zinc Iron  Auto Barrel Plating  PO#DCS07671  P/L# 61009  W/O# 53432  Lot# | Female Fitting--9769988  Job # 86640493  Shipped: 09/29/2005 | 0.036 /ea. | $260.49 |
| 11,924 qty. 0.00 | 11,924  0 B/O | 22164726-ZincIron  Auto Barrel Plating  PO#450130829  P/L# 61009  W/O# 53746  Lot# | Female Fitting--9762799  Job # 87030800  Shipped: 09/29/2005 | 0.036 /ea. | $429.26 |
| 10,009 qty. 0.00 | 10,009  0 B/O | 22164727-ZincIron  Auto Barrel Plating  PO#450130829  P/L# 61009  W/O# 53745  Lot# | Female Fitting--9762727  Job # 87030800  Shipped: 09/29/2005 | 0.036 /ea. | $360.32 |

All discrepancies must be reported within 5 business days. Thank you for your business.
EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | | |
|---|---|---|
| E.D.F. | 9.00 | |
| DISCOUNT | -14.64 | |
| SUBTOTAL: | | $1,463.56 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| Freight: | | 0.00 |
| TOTAL: | | $1,457.92 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63052
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/29/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,628 qty. | 11,055 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $497.47 |
| 0.00 | 2,573 B/O | | Job # 10955 | | |
| | | Auto Barrel Plating | Shipped: 09/29/2005 | | |
| | | 3566, 3496, 2573, 3993 | | | |
| | | PO#550073484   P/L# 61015   W/O# 53760   Lot# | | | |
| 18,357 qty. | 12,183 | 22163909-ZincIron | Tube&Block- 22164485 | 0.045 /ea. | $548.23 |
| 0.00 | 6,174 B/O | | Job # 10951 | | |
| | | Auto Barrel Plating | Shipped: 09/29/2005 | | |
| | | 3900, 2955, 3257 | | | |
| | | PO#550073484   P/L# 61015   W/O# 53744   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**DISCOUNT** -10.46

| | |
|---|---|
| **SUBTOTAL:** | $1,045.70 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,035.24 |

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  63056
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 09/30/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,720 qty.<br>0.00 | 4,720<br>0 B/O | 22163920-ZincIron<br><br>Auto Barrel Plating<br><br>PO#550073484   P/L# 61020   W/O# 53773   Lot# | Tube&Block-22164483<br>Job # 10960<br>Shipped: 09/30/2005 | 0.040 /ea. | $188.80 |
| 4,200 qty.<br>0.00 | 4,200<br>0 B/O | 22164134-ZincIron<br><br>Auto Barrel Plating<br><br>PO#550073484   P/L# 61020   W/O# 53774   Lot# | Tube&Block-22164486<br>Job # 10960<br>Shipped: 09/30/2005 | 0.040 /ea. | $168.00 |
| 6,174 qty.<br>0.00 | 6,174<br>0 B/O | 22163909-ZincIron<br><br>Auto Barrel Plating<br>3900, 2955, 3257<br>PO#550073484   P/L# 61020   W/O# 53744   Lot# | Tube&Block- 22164485<br>Job # 10951<br>Shipped: 09/30/2005 | 0.045 /ea. | $277.83 |
| 8,147 qty.<br>0.00 | 8,147<br>0 B/O | 22163920-ZincIron<br><br>Auto Barrel Plating<br>4167, 3980, 3595<br>PO#550073484   P/L# 61020   W/O# 53743   Lot# | Tube&Block-22164483<br>Job # 10951<br>Shipped: 09/30/2005 | 0.040 /ea. | $325.88 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

E.D.F.      9.00
DISCOUNT    -9.61

| | |
|---|---|
| SUBTOTAL: | $960.51 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $959.90 |

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63070
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/03/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 2,997 qty. 0.00 | 2,997 0 B/O | 22163909-ZincIron Auto Barrel Plating PO#550073484   P/L# 61031   W/O# 53784   Lot# | Tube&Block- 22164485 Job # 10965 Shipped: 10/03/2005 | 0.045 /ea. | $150.00 Min Process Charge Applied |
| 980 qty. 0.00 | 980 0 B/O | 22164841-ZincIron Auto Barrel Plating PO#550073484   P/L# 61031   W/O# 53786   Lot# | Tube & Block--22164842 Job # 10965 Shipped: 10/03/2005 | 0.040 /ea. | $150.00 Min Process Charge Applied |
| 3,729 qty. 0.00 | 3,729 0 B/O | 22163898-ZincIron Auto Barrel Plating PO#550073484   P/L# 61031   W/O# 53785   Lot# | Tube&Block--22164482 Job # 10965 Shipped: 10/03/2005 | 0.045 /ea. | $167.80 |
| 8,194 qty. 0.00 | 4,177 4,017 B/O | 22163920-ZincIron Auto Barrel Plating 4017, 4177 PO#550073484   P/L# 61031   W/O# 53787   Lot# | Tube&Block-22164483 Job # 10965 Shipped: 10/03/2005 | 0.040 /ea. | $167.08 |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 6-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | |
|---|---|
| DISCOUNT | -6.35 |
| SUBTOTAL: | $634.88 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $628.53 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63071
**CUST. NO.:** 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE |
| DAYTON, OH  45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/03/2005 | See Below | See Below | 03 | Net 30 Days | | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 15,847  qty. | 15,847 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $570.49 |
| 0.00 | 0  B/O | | Job # 87038776 | | |
| | | Auto Barrel Plating | Shipped: 10/03/2005 | | |
| | | PO#450130829   P/L# 61032   W/O# 53764   Lot# | | | |
| 16,039  qty. | 16,039 | 22164726-ZincIron | Female Fitting--9762799 | 0.036 /ea. | $577.40 |
| 0.00 | 0  B/O | | Job # 87047623 | | |
| | | Auto Barrel Plating | Shipped: 10/03/2005 | | |
| | | PO#450130829   P/L# 61032   W/O# 53775   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | | |
|---|---|---|
| **E.D.F.** | 9.00 | |
| **DISCOUNT** | -11.48 | |

| | |
|---|---|
| **SUBTOTAL:** | $1,147.89 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,145.41 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63072
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/03/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 4,045 qty. | 4,045 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $161..80 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 10965 Shipped: 10/03/2005 | | |
| | | PO#550073484    P/L# 61037    W/O# 53783    Lot# | | | |
| 4,017 qty. | 4,017 | 22163920-ZincIron | Tube&Block--22164483 | 0.040 /ea. | $160.68 |
| 0.00 | 0 B/O | Auto Barrel Plating 4017, 4177 | Job # 10965 Shipped: 10/03/2005 | | |
| | | PO#550073484    P/L# 61037    W/O# 53787    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registrations, Inc.

| | | |
|---|---|---|
| DISCOUNT | -3.22 | |
| E.D.F. | 9.00 | |
| **SUBTOTAL:** | | $322.48 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | $328.26 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

| INVOICE |
|---|

INVOICE #: 63077
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/04/2005 | See Below | See Below | 02 | Net 30 Days | WRIGHT BROS |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 12,000 qty. | 12,000 | 22163416 | RIGHT BRACKET | 0.054 /ea. | $648.00 |
| 0.00 | 0 B/O | | Job # 027173 | | |
| | | PHOSPHATE | Shipped: 10/04/2005 | | |
| | | 4000 EACH | | | |
| | | PO#450130808   P/L# 61043   W/O# 53802   Lot# | | | |
| 12,000 qty. | 12,000 | 22163415 | Left Bracket | 0.054 /ea. | $648.00 |
| 0.00 | 0 B/O | | Job # 27172 | | |
| | | PHOSPHATE | Shipped: 10/04/2005 | | |
| | | 4000 EACH | | | |
| | | PO#450130808   P/L# 61043   W/O# 53803   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | | |
|---|---|---|
| **DISCOUNT** | ~12.96 | |
| **E.D.F.** | 9.00 | |

| SUBTOTAL: | $1,296.00 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| **TOTAL:** | $1,292.04 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63078
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/04/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,578 qty. | 8,180 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $327.20 |
| 0.00 | 5,398 B/O | | Job # 10969 | | |
| | | Auto Barrel Plating | Shipped: 10/04/2005 | | |
| | | 5398, 4078, 4102 | | | |
| | | PO#550073484    P/L# 61045    W/O# 53796    Lot# | | | |
| 36,907 qty. | 16,260 | 22164134-ZincIron | Tube&Block-22164486 | 0.040 /ea. | $650.40 |
| 0.00 | 20,647 B/O | | Job # 10969 | | |
| | | Auto Barrel Plating | Shipped: 10/04/2005 | | |
| | | 3936, 4072, 4116, 4054 | | | |
| | | PO#550073484    P/L# 61045    W/O# 53797    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

**DISCOUNT**    -9.78

| SUBTOTAL: | $977.60 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $967.82 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63079
CUST. NO.: 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/04/2005 | See Below | See Below | 02 | Net 30 Days | WRIGHT BROS | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1,800  qty. | 1,800 | 22112100 | | 0.054 /ea. | $97.20 |
| 0.00 | 0  B/O | | Job # W1806A | | |
| | | PHOSPHATE | Shipped: 10/04/2005 | | |
| | | | | | |
| | | PO#450130808    P/L# 61048    W/O# 53604    Lot# | | | |
| 2,250  qty. | 2,250 | 22112101 | | 0.054 /ea. | $121.50 |
| 0.00 | 0  B/O | | Job # W1806A | | |
| | | PHOSPHATE | Shipped: 10/04/2005 | | |
| | | | | | |
| | | PO#450130808    P/L# 61048    W/O# 53805    Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registrations, Inc.

| | | | |
|---|---|---|---|
| **DISCOUNT** | -2.19 | **SUBTOTAL:** | $218.70 |
| **E.D.F.** | 9.00 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | : | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL:** | $225.51 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63097
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/05/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 9,528 *qty.* | 9,528 | 22164726-ZincIron | Female Fitting--9762799 | 0.036 /ea. | $343.00 |
| 0.00 | 0 B/O | Auto Barrel Plating | Job # 87038776 | | |
| | | | Shipped: 10/05/2005 | | |
| | | PO#450130829 P/L# 61060 W/O# 53763 Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

| | | | |
|---|---|---|---|
| DISCOUNT | -3.43 | **SUBTOTAL:** | $343.00 |
| E.D.F. | 9.00 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL:** | $348.57 |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  63098
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/05/2005 | See Below | See Below | 03 | Net 30 Days | | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 20,647 qty. | 16,514 | 22164134–ZincIron | Tube&Block–22164486 | 0.040 /ea. | $660.56 |
| 0.00 | 4,133 B/O | | Job # 10969 | | |
| | | Auto Barrel Plating | Shipped: 10/05/2005 | | |
| | | 3936, 4072, 4116, 4054 | | | |
| | | PO#550073484   P/L# 61061   W/O# 53797   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your business!
   EFFECTIVE 3-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered



| DISCOUNT | −6.61 | | |
|---|---|---|---|
| | **SUBTOTAL:** | $660.56 |
| | Surcharge: | 0.00 |
| | Cert: | 0.00 |
| | Tax1: | 0.00 |
| | Tax2: | 0.00 |
| | : | 0.00 |
| | Freight: | 0.00 |
| | **TOTAL:** | $653.95 |

## MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

### INVOICE

INVOICE #: 63099
CUST. NO.: 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| , 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE |
| DAYTON, OH 45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/05/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 13,098 qty. | 13,098 | 22164496-Zinc Iron   Female Fitting—9764137 | | 0.036 /ea. | $471.52 |
| 0.00 | 0 B/O | | Job # 87058347. | | |
| | | Auto Barrel Plating | Shipped: 10/05/2005 | | |
| | | PO#450130829   P/L# 61063   W/O# 53762   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | | |
|---|---|---|
| E.D.F. | 9.00 | |
| DISCOUNT | -4.72 | |

| SUBTOTAL: | $471.52 |
|---|---|
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $475.80 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63100
**CUST. NO.:** 1064

(937) 455-7697

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI CHASSIS DIV. GM | DELPHI CHASSIS DIV. GM |
| 2701 HOME AVE. | ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE |
| DAYTON, OH  45417 | VANDALIA, OH 45377 |

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/05/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,133  qty | 4,133 | 22164134—ZincIron | Tube&Block—22164486 | 0.040 /ea. | $165.32 |
| 0.00 | 0  B/O | | Job # 10969 | | |
| | | Auto Barrel Plating | Shipped: 10/05/2005 | | |
| | | 3936, 4072, 4116, 4054 | | | |
| | | PO#550073484    P/L# 61066 | W/O# 53797    Lot# | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
    EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

**DISCOUNT**    -1.65

| | |
|---|---|
| SUBTOTAL: | $165.32 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| : | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $163.67 |

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



## MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

# INVOICE

INVOICE #: 63110
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 28,070 qty | 13,282 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $478.15 |
| 0.00 | 14,788 B/O | | Job # 87078354 | | |
| | | | Shipped: 10/06/2005 | | |
| | | Auto Barrel Plating | | | |
| | | 14788, 13282 | | | |
| | | PO#450130829  P/L# 61077  W/O# 53806  Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered


*Eagle Registration, Inc.*

| | | |
|---|---|---|
| E.D.F. | 9.00 | |
| DISCOUNT | -4.78 | |
| **SUBTOTAL:** | | $478.15 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | **$482.37** |

Page 1 of 1

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63111
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 12,475 qty. | 4,181 | 22164134–ZincIron | Tube&Block–22164486 | 0.040 /ea. | $167.24 |
| 0.00 | 8,294 B/O | | Job # 10976 | | |
| | | Auto Barrel Plating | Shipped: 10/06/2005 | | |
| | | 4117, 4177, 4181 | | | |
| | | PO#550073484  P/L# 61078  W/O# 53827  Lot# | | | |

All discrepancies must be reported within 6 business days. Thank you for your business!
  EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

| | | |
|---|---|---|
| **DISCOUNT** | −1.67 | |
| **SUBTOTAL:** | | $167.24 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | $165.57 |

Page 1 of 1

## MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

### INVOICE

INVOICE #: 63112
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 02 | Net 30 Days | WRIGHT BROS | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 12,000 qty. | 8,000 | 22163415 | Left Bracket | | 0.054 /ea. | $432.00 |
| 0.00 | 4,000 B/O | | | Job # 27304 | | |
| | | PHOSPHATE | | Shipped: 10/06/2005 | | |
| | | 4000 EACH | | | | |
| | | PO#450130806 | P/L# 61081 W/O# 53814 Lot# | | | |
| 12,000 qty. | 8,000 | 22163416 | RIGHT BRACKET | | 0.054 /ea. | $432.00 |
| 0.00 | 4,000 B/O | | | Job # 27305 | | |
| | | PHOSPHATE | | Shipped: 10/06/2005 | | |
| | | 4000 EACH | | | | |
| | | PO#450130808 | P/L# 61081 W/O# 53815 Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered

Eagle Registration, Inc.

| | | | |
|---|---|---|---|
| **DISCOUNT** | -8.64 | **SUBTOTAL:** | $864.00 |
| **E.D.F.** | 9.00 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL:** | $864.36 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63113
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 18,375 qty. | 18,375 | 22164496-Zinc Iron | Female Fitting-9764137 | 0.036 /ea. | $661.50 |
| 0.00 | 0 B/O | | Job # 87070827 | | |
| | | Auto Barrel Plating | Shipped: 10/06/2005 | | |
| | | PO#450130829    P/L# 61083    W/O# 53799    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**DISCOUNT** −6.62
**E.D.F.** 9.00

| | |
|---|---|
| SUBTOTAL: | $661.50 |
| Surcharge: | 0.00 |
| Cert: | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| | 0.00 |
| Freight: | 0.00 |
| TOTAL: | $663.88 |

*Metal Processing Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered


Eagle Registration, Inc.

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63114
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 8,294 qty. | 4,177 | 22164134–ZincIron | Tube&Block–22164486 | 0.040 /ea. | $167.08 |
| 0.00 | 4,117 B/O | Auto Barrel Plating 4117, 4177, 4181 PO#550073484    P/L# 61082    W/O# 53827    Lot# | Job # 10976 Shipped: 10/06/2005 | | |
| 8,114 qty. | 8,114 | 22163920–ZincIron | Tube&Block–22164483 | 0.040 /ea. | $324.56 |
| 0.00 | 0 B/O | Auto Barrel Plating 4108, 4006 PO#550073484    P/L# 61082    W/O# 53826    Lot# | Job # 10976 Shipped: 10/06/2005 | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered


Eagle Registrars, Inc.

| | |
|---|---|
| **DISCOUNT** -4.92 | **SUBTOTAL:** $491.64 |
| | Surcharge: 0.00 |
| | Cert: 0.00 |
| | Tax1: 0.00 |
| | Tax2: 0.00 |
| | 0.00 |
| | Freight: 0.00 |
| | **TOTAL:** $486.72 |

Page 1 of 1

## MetProTech, Inc.
1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

# INVOICE

**INVOICE #:** 63115
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | | SHIP VIA |
|---|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,117  qty. | 4,117 | 22164134-ZincIron | Tube&Block--22164486 | 0.040 /ea. | $164.68 |
| 0.00 | 0  B/O | | Job # 10976 | | |
| | | Auto Barrel Plating | Shipped: 10/06/2005 | | |
| | | 4117, 4177, 4181 | | | |
| | | PO#550073484    P/L# 81086    W/O# 53827    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | | | |
|---|---|---|---|
| **DISCOUNT** | -1.65 | **SUBTOTAL** | $164.68 |
| **E.D.F.** | 9.00 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL** | $172.03 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63116
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/06/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY | SHIPPED QTY | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 12,921 qty | 4,138 | 22163920-ZincIron | Tube&Block-22164483 | 0.040 /ea. | $165.52 |
| 0.00 | 8,783 B/O | | Job # 10983 | | |
| | | Auto Barrel Plating | Shipped: 10/06/2005 | | |
| | | 4679, 4138, 4104 | | | |
| | | PO#550073484    P/L# 61092    W/O# 53845    Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ACCESSED TO ALL INVOICES

**Metal Processing Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered



| | | |
|---|---|---|
| **DISCOUNT** | | −1.66 |
| **SUBTOTAL:** | | $165.52 |
| Surcharge: | | 0.00 |
| Cert: | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| | | 0.00 |
| Freight: | | 0.00 |
| **TOTAL:** | | $163.86 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #: 63131
CUST. NO.: 1064

(937) 455-7697

**BILL TO:**

DELPHI CHASSIS DIV. GM
2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**

DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/07/2005 | See Below | See Below | 03 | Net 30 Days | | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 14,788 qty. | 14,788 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $532.36 |
| 0.00 | 0 B/O | | Job # 87078354 | | |
| | | Auto Barrel Plating | Shipped: 10/07/2005 | | |
| | | 14788, 13282 | | | |
| | | PO#450130829   P/L# 61091   W/O# 53806   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

### Metal Processing Technologies
www.metprotech.com

ISO 9002 / QS 9000
Registered


Eagle Registration, Inc.

| | | |
|---|---|---|
| E.D.F. | 9.00 | **SUBTOTAL:** $532.36 |
| DISCOUNT | -5.32 | Surcharge: 0.00 |
| | | Cert: 0.00 |
| | | Tax1: 0.00 |
| | | Tax2: 0.00 |
| | | : 0.00 |
| | | Freight: 0.00 |
| | | **TOTAL:** $536.04 |

# MetProTech, Inc.
### 1801 Home Avenue • Dayton, OH 45417
### 937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

INVOICE #:  63132
CUST. NO.:  1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,,  480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 10/07/2005 | See Below | See Below | 03 | Net 30 Days | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 4,180  *qty.* | 4,180 | 22164496-Zinc Iron | Female Fitting--9764137 | 0.036 /ea. | $150.48 |
| 0.00 | 0  *B/O* | | Job # 87097576 | | |
| | | Auto Barrel Plating | Shipped: 10/07/2005 | | |
| | | PO#450130829   P/L# 61096   W/O# 53852   Lot# | | | |

All discrepancies must be reported within 5 business days.  Thank you for your
business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE
ASSESSED TO ALL INVOICES

**Metal Processing**
**Technologies**
www.metprotech.com

ISO 9002 / QS 9000
Registered



| DISCOUNT | -1.50 | SUBTOTAL: | $150.48 |
|---|---|---|---|
| E.D.F. | 9.00 | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | Freight: | 0.00 |
| | | TOTAL: | $157.98 |

# MetProTech, Inc.

1801 Home Avenue • Dayton, OH 45417
937-263-3000 Phone • 937-263-0006 Fax

## INVOICE

**INVOICE #:** 63133
**CUST. NO.:** 1064

(937) 455-7697

**BILL TO:**
DELPHI CHASSIS DIV. GM
, 2701 HOME AVE.
DAYTON, OH 45417

**SHIP TO:**
DELPHI CHASSIS DIV. GM
ATTN: MARGIE EDWARDS/V-02,, 480 N.DIXIE DRIVE
VANDALIA, OH 45377

| INVOICE DATE | P/O# | W/O# | SALESPERSON | TERMS | SHIP VIA | |
|---|---|---|---|---|---|---|
| 10/07/2005 | See Below | See Below | 03 | Net 30 Days | | |

| ORDER QTY. | SHIPPED QTY. | PART NUMBER | PART DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 8,783 *qty* | 4,104 | 22163920–ZincIron | Tube&Block–22164483 | 0.040 /ea. | $164.16 |
| 0.00 | 4,679 *B/O* | | Job # 10983 | | |
| | | Auto Barrel Plating | Shipped: 10/07/2005 | | |
| | | 4679, 4138, 4104 | | | |
| | | PO#550073484   P/L# 61097   W/O# 53845   Lot# | | | |
| 5,398 *qty* | 5,398 | 22163920–ZincIron | Tube&Block–22164483 | 0.040 /ea. | $215.92 |
| 0.00 | 0 *B/O* | | Job # 10969 | | |
| | | Auto Barrel Plating | Shipped: 10/07/2005 | | |
| | | 5398, 4078, 4102 | | | |
| | | PO#550073484   P/L# 61097   W/O# 53796   Lot# | | | |

All discrepancies must be reported within 5 business days. Thank you for your business!
EFFECTIVE 5-01-05 AN ENVIRONMENTAL WASTE TREATMENT FEE WILL BE ASSESSED TO ALL INVOICES

*Metal Processing*
*Technologies*
www.metprotech.com

ISO 9002 / QS 9000
Registered



| DISCOUNT | -3.80 | SUBTOTAL: | $380.08 |
|---|---|---|---|
| | | Surcharge: | 0.00 |
| | | Cert: | 0.00 |
| | | Tax1: | 0.00 |
| | | Tax2: | 0.00 |
| | | Freight: | 0.00 |
| | | **TOTAL:** | $376.28 |

Page 1 of 1