# EXHIBIT "3"

METROTECH, INC.
Aged Receivables
As of Oct 7, 2005

| Customer ID | Customer | Invoice/CM # | Current | Over 30 | Over 60 | Over 90 | Amount Due |
|---|---|---|---|---|---|---|---|
| 1064 | Delphi Chassis | MI052405-02 | | | | 1,049.55 | 1,949.55 |
| 1064 | Delphi Chassis | 62151 | | | | 867.76 | 867.76 |
| 1064 | Delphi Chassis | 62180 | | | | 332.60 | 332.60 |
| 1064 | Delphi Chassis | 62207 | | | | 1,603.61 | 1,603.61 |
| 1064 | Delphi Chassis | 62208 | | | | 469.19 | 469.19 |
| 1064 | Delphi Chassis | 62213 | | | | 290.74 | 290.74 |
| 1064 | Delphi Chassis | 62214 | | | | 615.60 | 615.60 |
| 1064 | Delphi Chassis | 62216 | | | | 354.84 | 354.84 |
| 1064 | Delphi Chassis | 62241 | | | | 804.54 | 804.54 |
| 1064 | Delphi Chassis | 62245 | | | | 433.26 | 433.26 |
| 1064 | Delphi Chassis | 62246 | | | | 615.28 | 615.28 |
| 1064 | Delphi Chassis | 62247 | | | | 316.58 | 316.58 |
| 1064 | Delphi Chassis | 62259 | | | | 304.20 | 304.20 |
| 1064 | Delphi Chassis | 62260 | | | | 1,675.33 | 1,675.33 |
| 1064 | Delphi Chassis | 62267 | | | | 481.77 | 481.77 |
| 1064 | Delphi Chassis | 62276 | | | | 40.28 | 40.28 |
| 1064 | Delphi Chassis | 62278 | | | | 317.10 | 317.10 |
| 1064 | Delphi Chassis | 62290 | | | | 1,603.72 | 1,603.72 |
| 1064 | Delphi Chassis | 62293 | | | | 466.77 | 466.77 |
| 1064 | Delphi Chassis | 62299 | | | | 614.21 | 614.21 |
| 1064 | Delphi Chassis | 62309 | | | | 348.87 | 348.87 |
| 1064 | Delphi Chassis | 62318 | | | | 1,013.19 | 1,013.19 |
| 1064 | Delphi Chassis | 62336 | | | | 1,022.01 | 1,022.01 |
| 1064 | Delphi Chassis | 62337 | | | | 1,077.40 | 1,077.40 |
| 1064 | Delphi Chassis | 62424 | | | 206.10 | | 206.10 |
| 1064 | Delphi Chassis | 62435 | | | 9.00 | | 9.00 |
| 1064 | Delphi Chassis | 62436 | | | 182.37 | | 182.37 |
| 1064 | Delphi Chassis | 62446 | | | 505.95 | | 505.95 |
| 1064 | Delphi Chassis | 62465 | | | 309.82 | | 309.82 |
| 1064 | Delphi Chassis | 62466 | | | 1,293.16 | | 1,293.16 |
| 1064 | Delphi Chassis | 62470 | | | 631.82 | | 631.82 |
| 1064 | Delphi Chassis | 62481 | | | 870.09 | | 870.09 |
| 1064 | Delphi Chassis | MI072505-01 | | | 926.20 | | 926.20 |
| 1064 | Delphi Chassis | 62486 | | | 1,288.30 | | 1,288.30 |
| 1064 | Delphi Chassis | MI072705-01 | | | 326.61 | | 326.61 |
| 1064 | Delphi Chassis | 62501 | | | 9.00 | | 9.00 |
| 1064 | Delphi Chassis | MI072805-01 | | | 628.63 | | 628.63 |
| 1064 | Delphi Chassis | 62523 | | | 210.60 | | 210.60 |
| 1064 | Delphi Chassis | 62524 | | | 712.85 | | 712.85 |
| 1064 | Delphi Chassis | 62525 | | | 603.38 | | 603.38 |

**METPROTECH, INC.**
**Aged Receivables**
As of Oct 7, 2005

| | | | | |
|---|---|---|---|---|
| 1064 | Delphi Chassis | 62526 | 159.00 | 159.00 |
| 1064 | Delphi Chassis | 62527 | 309.00 | 309.00 |
| 1064 | Delphi Chassis | 62528 | 1,623.88 | 1,623.88 |
| 1064 | Delphi Chassis | 62515 | 981.00 | 981.00 |
| 1064 | Delphi Chassis | 62536 | 459.00 | 459.00 |
| 1064 | Delphi Chassis | 62537 | -1,112.91 | -1,112.91 |
| 1064 | Delphi Chassis | 62544 | 2,446.98 | 2,446.98 |
| 1064 | Delphi Chassis | 62545 | 981.00 | 981.00 |
| 1064 | Delphi Chassis | 62546 | 8.99 | 8.99 |
| 1064 | Delphi Chassis | 62562 | 495.00 | 495.00 |
| 1064 | Delphi Chassis | 62563 | 202.62 | 202.62 |
| 1064 | Delphi Chassis | 62564 | 1,759.84 | 1,759.84 |
| 1064 | Delphi Chassis | 62580 | 1,048.22 | 1,048.22 |
| 1064 | Delphi Chassis | 62581 | 107.82 | 107.82 |
| 1064 | Delphi Chassis | 62593 | 1,109.38 | 1,109.38 |
| 1064 | Delphi Chassis | 62604 | 426.29 | 426.29 |
| 1064 | Delphi Chassis | 62612 | 252.00 | 252.00 |
| 1064 | Delphi Chassis | 62613 | 1,002.36 | 1,002.36 |
| 1064 | Delphi Chassis | 62624 | 2,370.96 | 2,370.96 |
| 1064 | Delphi Chassis | 62625 | 613.80 | 613.80 |
| 1064 | Delphi Chassis | 62626 | 1,182.43 | 1,182.43 |
| 1064 | Delphi Chassis | 62633 | 1,598.76 | 1,598.76 |
| 1064 | Delphi Chassis | 62642 | 593.52 | 593.52 |
| 1064 | Delphi Chassis | 62643 | 1,045.80 | 1,045.80 |
| 1064 | Delphi Chassis | 62644 | 2,704.68 | 2,704.68 |
| 1064 | Delphi Chassis | 62645 | 901.08 | 901.08 |
| 1064 | Delphi Chassis | 62649 | 657.00 | 657.00 |
| 1064 | Delphi Chassis | 62654 | 1,533.57 | 1,533.57 |
| 1064 | Delphi Chassis | 62655 | 738.00 | 738.00 |
| 1064 | Delphi Chassis | 62656 | 2,169.00 | 2,169.00 |
| 1064 | Delphi Chassis | 62668 | 1,052.30 | 1,052.30 |
| 1064 | Delphi Chassis | 62669 | 441.00 | 441.00 |
| 1064 | Delphi Chassis | 62673 | 512.99 | 512.99 |
| 1064 | Delphi Chassis | 62689 | 936.10 | 936.10 |
| 1064 | Delphi Chassis | 62690 | 2,162.91 | 2,162.91 |
| 1064 | Delphi Chassis | 62691 | 2,082.60 | 2,082.60 |
| 1064 | Delphi Chassis | 62692 | 3,015.72 | 3,015.72 |
| 1064 | Delphi Chassis | 62700 | 2,220.84 | 2,220.84 |
| 1064 | Delphi Chassis | 62701 | 1,305.00 | 1,305.00 |
| 1064 | Delphi Chassis | 62702 | 503.60 | 503.60 |
| 1064 | Delphi Chassis | 62703 | 1,305.00 | 1,305.00 |

12/08/2005 05-44481-rdd Doc 12928-6 Filed 02/29/08 Entered 02/29/08 16:52:37 Exhibit 3 004/006
Pg 4 of 6

12/8/2005 at 11:40 AM

**METPROTECH, INC.**
**Aged Receivables**
As of Oct 7, 2005

| | | | | |
|---|---|---|---|---|
| 1064 | Delphi Chassis | 62704 | 8.99 | 8.99 |
| 1064 | Delphi Chassis | 62705 | 701.22 | 701.22 |
| 1064 | Delphi Chassis | 62715 | 694.05 | 694.05 |
| 1064 | Delphi Chassis | 62716 | 2,393.64 | 2,393.64 |
| 1064 | Delphi Chassis | 62724 | 618.51 | 618.51 |
| 1064 | Delphi Chassis | 62723 | 2,704.68 | 2,704.68 |
| 1064 | Delphi Chassis | 62734 | 631.26 | 631.26 |
| 1064 | Delphi Chassis | 62735 | 2,570.40 | 2,570.40 |
| 1064 | Delphi Chassis | 62736 | 2,021.76 | 2,021.76 |
| 1064 | Delphi Chassis | 62745 | 65.25 | 65.25 |
| 1064 | Delphi Chassis | 62746 | 773.16 | 773.16 |
| 1064 | Delphi Chassis | 62747 | 762.04 | 762.04 |
| 1064 | Delphi Chassis | 62748 | 159.00 | 159.00 |
| 1064 | Delphi Chassis | 62759 | 470.33 | 470.33 |
| 1064 | Delphi Chassis | 62760 | 2,147.40 | 2,147.40 |
| 1064 | Delphi Chassis | 62761 | 5.36 | 5.36 |
| 1064 | Delphi Chassis | 62763 | 2,677.72 | 2,677.72 |
| 1064 | Delphi Chassis | 62777 | 2,360.79 | 2,360.79 |
| 1064 | Delphi Chassis | 62780 | 1,531.54 | 1,531.54 |
| 1064 | Delphi Chassis | 62786 | 2,677.72 | 2,677.72 |
| 1064 | Delphi Chassis | 62792 | 1,292.04 | 1,292.04 |
| 1064 | Delphi Chassis | 62793 | 572.43 | 572.43 |
| 1064 | Delphi Chassis | 62805 | 832.47 | 832.47 |
| 1064 | Delphi Chassis | 62806 | 2,551.51 | 2,551.51 |
| 1064 | Delphi Chassis | 62817 | 1,047.54 | 1,047.54 |
| 1064 | Delphi Chassis | 62818 | 2,444.10 | 2,444.10 |
| 1064 | Delphi Chassis | 62819 | 2,326.58 | 2,326.58 |
| 1064 | Delphi Chassis | 62825 | 163.28 | 163.28 |
| 1064 | Delphi Chassis | 62826 | 1,731.36 | 1,731.36 |
| 1064 | Delphi Chassis | 62827 | 455.84 | 455.84 |
| 1064 | Delphi Chassis | 62839 | 340.14 | 340.14 |
| 1064 | Delphi Chassis | 62840 | 1,611.01 | 1,611.01 |
| 1064 | Delphi Chassis | 62841 | 667.99 | 667.99 |
| 1064 | Delphi Chassis | 62842 | 347.74 | 347.74 |
| 1064 | Delphi Chassis | 62852 | 829.53 | 829.53 |
| 1064 | Delphi Chassis | 62853 | 1,237.77 | 1,237.77 |
| 1064 | Delphi Chassis | 62854 | 479.84 | 479.84 |
| 1064 | Delphi Chassis | 62865 | 161.92 | 161.92 |
| 1064 | Delphi Chassis | 62866 | 2,260.12 | 2,260.12 |
| 1064 | Delphi Chassis | 62867 | 1,494.18 | 1,494.18 |
| 1064 | Delphi Chassis | 62872 | 1,169.31 | 1,169.31 |

12/08/2005 THU 11:08  FAX 02726120006  METPROTECH INC.                @005/006

12/8/2005 at 11:40 AM

**METPROTECH, INC.**
**Aged Receivables**
As of Oct 7, 2005

| | | | |
|---|---|---|---|
| 1064 | Delph Chassis | 62873 | 760.42 |
| 1064 | Delph Chassis | 62874 | 1,086.36 |
| 1064 | Delph Chassis | 62883 | 980.77 |
| 1064 | Delph Chassis | 62906 | 245.98 |
| 1064 | Delph Chassis | 62909 | 873.00 |
| 1064 | Delph Chassis | 62910 | 1,751.28 |
| 1064 | Delph Chassis | 62919 | 873.00 |
| 1064 | Delph Chassis | 62920 | 1,406.37 |
| 1064 | Delph Chassis | 62921 | 351.99 |
| 1064 | Delph Chassis | 62934 | 1,719.72 |
| 1064 | Delph Chassis | 62935 | 177.14 |
| 1064 | Delph Chassis | 62936 | 1,048.50 |
| 1064 | Delph Chassis | 62933 | 2,502.39 |
| 1064 | Delph Chassis | 62938 | 312.54 |
| 1064 | Delph Chassis | 62943 | 1,043.91 |
| 1064 | Delph Chassis | 62954 | 329.76 |
| 1064 | Delph Chassis | 62955 | 810.14 |
| 1064 | Delph Chassis | 62956 | 187.68 |
| 1064 | Delph Chassis | 62957 | 211.35 |
| 1064 | Delph Chassis | 62968 | 2,228.92 |
| 1064 | Delph Chassis | 62969 | 1,102.26 |
| 1064 | Delph Chassis | 62970 | 315.95 |
| 1064 | Delph Chassis | 62971 | 1,427.53 |
| 1064 | Delph Chassis | 62975 | 316.04 |
| 1064 | Delph Chassis | 62976 | 1,743.44 |
| 1064 | Delph Chassis | 62991 | 864.36 |
| 1064 | Delph Chassis | 62992 | 195.12 |
| 1064 | Delph Chassis | 62993 | 466.83 |
| 1064 | Delph Chassis | 63002 | 315.28 |
| 1064 | Delph Chassis | 63003 | 1,201.71 |
| 1064 | Delph Chassis | 63004 | 153.47 |
| 1064 | Delph Chassis | 63011 | 484.20 |
| 1064 | Delph Chassis | 63024 | 649.35 |
| 1064 | Delph Chassis | 63025 | 304.49 |
| 1064 | Delph Chassis | 63026 | 481.58 |
| 1064 | Delph Chassis | 63027 | 155.16 |
| 1064 | Delph Chassis | 63037 | 1,321.23 |
| 1064 | Delph Chassis | 63038 | 473.34 |
| 1064 | Delph Chassis | 63049 | 855.37 |
| 1064 | Delph Chassis | 63050 | 1,804.49 |
| 1064 | Delph Chassis | 63051 | 1,457.92 |

12/08/2005 THU 11:33 FAX 9375688868 METPROTECH

12/8/2005 at 11:40 AM

## METPROTECH, INC.
## Aged Receivables
### As of Oct 7, 2005

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1064 | Delphi Chassis | 63052 | 1,035.24 | | | | | 1,035.24 |
| 1064 | Delphi Chassis | 63056 | 959.90 | | | | | 959.90 |
| 1064 | Delphi Chassis | 63070 | 628.53 | | | | | 628.53 |
| 1064 | Delphi Chassis | 63071 | 1,145.41 | | | | | 1,145.41 |
| 1064 | Delphi Chassis | 63072 | 328.26 | | | | | 328.26 |
| 1064 | Delphi Chassis | 63077 | 1,292.64 | | | | | 1,292.64 |
| 1064 | Delphi Chassis | 63078 | 967.82 | | | | | 967.82 |
| 1064 | Delphi Chassis | 63079 | 225.51 | | | | | 225.51 |
| 1064 | Delphi Chassis | 63097 | 348.57 | | | | | 348.57 |
| 1064 | Delphi Chassis | 63098 | 653.95 | | | | | 653.95 |
| 1064 | Delphi Chassis | 63099 | 475.80 | | | | | 475.80 |
| 1064 | Delphi Chassis | 63100 | 163.67 | | | | | 163.67 |
| 1064 | Delphi Chassis | 63110 | 482.37 | | | | | 482.37 |
| 1064 | Delphi Chassis | 63111 | 165.57 | | | | | 165.57 |
| 1064 | Delphi Chassis | 63112 | 864.36 | | | | | 864.36 |
| 1064 | Delphi Chassis | 63113 | 663.88 | | | | | 663.88 |
| 1064 | Delphi Chassis | 63114 | 486.72 | | | | | 486.72 |
| 1064 | Delphi Chassis | 63115 | 172.03 | | | | | 172.03 |
| 1064 | Delphi Chassis | 63116 | 163.86 | | | | | 163.86 |
| 1064 | Delphi Chassis | 63131 | 536.04 | | | | | 536.04 |
| 1064 | Delphi Chassis | 63132 | 157.98 | | | | | 157.98 |
| 1064 | Delphi Chassis | 63133 | 376.28 | | | | | 376.28 |
| | | | 54,796.80 | 75,695.16 | 19,292.70 | 16,718.40 | | 166,502.06 |