# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Debtors:** Delphi Corporation, et al. [1]
**Case Number:** Jointly Administered 05-44481 (RDD)

**Monthly Operating Report for the Month Ended:**
January 31, 2008

**Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Monthly Operating Loss:** $170 million

**Debtors' Attorneys:**
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

And

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge. [2]

**Date:** February 29, 2008          /s/ THOMAS S. TIMKO
                                     Thomas S. Timko
                                     Chief Accounting Officer and Controller

(1)    See next page for a listing of Debtors by case number.
(2)    All amounts herein are unaudited and subject to revision. The Debtors reserve all rights to revise this report.

# DELPHI CORPORATION, et al.
## MONTHLY OPERATING REPORT

[1] The Debtors in these jointly administered cases are as follows:

| Debtor Name | Case Number |
|---|---|
| Delphi NY Holdings Corporation | 05-44480 |
| Delphi Corporation | 05-44481 |
| ASEC Manufacturing General Partnership | 05-44482 |
| ASEC Sales General Partnership | 05-44484 |
| Environmental Catalysts, LLC | 05-44503 |
| Delphi Medical Systems Colorado Corporation | 05-44507 |
| Delphi Medical Systems Texas Corporation | 05-44511 |
| Delphi Medical Systems Corporation | 05-44529 |
| Specialty Electronics International Ltd. | 05-44536 |
| Specialty Electronics, Inc. | 05-44539 |
| Delphi Liquidation Holding Company | 05-44542 |
| Delphi Electronics (Holding) LLC | 05-44547 |
| Delphi Technologies, Inc. | 05-44554 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 |
| Delphi Mechatronic Systems, Inc. | 05-44567 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 |
| Exhaust Systems Corporation | 05-44573 |
| Delphi China LLC | 05-44577 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 |
| Delphi International Services, Inc. | 05-44583 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 |
| Delphi Automotive Systems International, Inc. | 05-44589 |
| Delphi International Holdings Corporation | 05-44591 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 |
| Delco Electronics Overseas Corporation | 05-44610 |
| Delphi Diesel Systems Corporation | 05-44612 |
| Delphi LLC | 05-44615 |
| Aspire, Inc. | 05-44618 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 |
| Delphi Connection Systems | 05-44624 |
| Packard Hughes Interconnect Company | 05-44626 |
| DREAL, Inc. | 05-44627 |
| Delphi Automotive Systems Services LLC | 05-44632 |
| Delphi Services Holding Corporation | 05-44633 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 |
| Delphi Foreign Sales Corporation | 05-44638 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 |
| Delphi Automotive Systems LLC | 05-44640 |
| Delphi Furukawa Wiring Systems LLC | 05-47452 |
| Delphi Receivables LLC | 05-47459 |
| MobileAria, Inc. | 05-47474 |

**DELPHI CORPORATION, <u>et al.</u>**
**MONTHLY OPERATING REPORT**
**INDEX**

| <u>Description</u> | <u>Page</u> |
|---|---|
| Condensed Combined Debtors-in-Possession Statement of Operations for the month ended January 31, 2008 | 4 |
| Condensed Combined Debtors-in-Possession Balance Sheet as of January 31, 2008 | 5 |
| Condensed Combined Debtors-in-Possession Statement of Cash Flows for the month ended January 31, 2008 | 6 |
| Notes to Monthly Operating Report | 7 |
| Schedule of Payroll and Payroll Taxes Withheld and Incurred | 16 |
| Schedule of Payroll Taxes Paid | 17 |
| Schedule of Other Taxes Collected, Incurred and Paid | 19 |
| Schedule of Disbursements | 23 |

**DELPHI CORPORATION, et al.**
**MONTHLY OPERATING REPORT**
**CONDENSED COMBINED DEBTORS-IN-POSSESSION STATEMENT OF OPERATIONS**
**(Non-filed entities, principally non-U.S. affiliates, excluded from Debtor group)**

|  | Month Ended January 31, 2008 (in millions) |
|---|---:|
| Net sales: | |
| General Motors and affiliates | $    419 |
| Other customers | 318 |
| Non-Debtor affiliates | 33 |
| Total net sales | 770 |
| | |
| Operating expenses: | |
| Cost of sales, excluding items listed below | 810 |
| U.S. employee workforce transition program charge | 7 |
| Depreciation and amortization | 36 |
| Selling, general and administrative | 87 |
| Total operating expenses | 940 |
| | |
| Operating loss | (170) |
| Interest expense (contractual interest expense was $40 million) | (43) |
| Other expense, net | (2) |
| Reorganization items, net | (11) |
| Equity income from non-consolidated affiliates, net of tax | 6 |
| Loss from continuing operations before discontinued operations and equity income from non-Debtor affiliates | (220) |
| Loss from discontinued operations, net of tax | (22) |
| Equity income from non-Debtor affiliates, net of tax | 79 |
| | |
| Net loss | $    (163) |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, et al.**
**MONTHLY OPERATING REPORT**
**CONDENSED COMBINED DEBTORS-IN-POSSESSION BALANCE SHEET**
**(Non-filed entities, principally non-U.S. affiliates, excluded from Debtor group)**

|  | January 31, 2008 (in millions) |
|---|---:|
| **ASSETS** | |
| Current assets: | |
| Cash and cash equivalents | $ 48 |
| Restricted cash | 125 |
| Accounts receivable, net: | |
| General Motors and affiliates | 926 |
| Other third parties | 804 |
| Non-Debtor affiliates | 243 |
| Notes receivable from non-Debtor affiliates | 280 |
| Inventories, net | 829 |
| Other current assets | 358 |
| Assets held for sale | 472 |
| Total current assets | 4,085 |
| Long-term assets: | |
| Property, net | 1,401 |
| Investments in affiliates | 337 |
| Investments in non-Debtor affiliates | 3,334 |
| Goodwill and other intangible assets, net | 176 |
| Other | 448 |
| Total long-term assets | 5,696 |
| Total assets | $ 9,781 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | |
| Current liabilities not subject to compromise: | |
| Current portion of long-term debt | $ 2,932 |
| Accounts payable | 1,131 |
| Accounts payable to non-Debtor affiliates | 666 |
| Accrued liabilities | 1,249 |
| Liabilities held for sale | 164 |
| Total current liabilities not subject to compromise | 6,142 |
| Long-term liabilities not subject to compromise: | |
| Long-term debt | 24 |
| Employee benefit plan obligations and other | 943 |
| Liabilities subject to compromise | 16,267 |
| Total liabilities | 23,376 |
| Stockholders' deficit: | |
| Total stockholders' deficit | (13,595) |
| Total liabilities and stockholders' deficit | $ 9,781 |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, et al.**
**MONTHLY OPERATING REPORT**
**CONDENSED COMBINED DEBTORS-IN-POSSESSION STATEMENT OF CASH FLOWS**
**(Non-filed entities, principally non-U.S. affiliates, excluded from Debtor group)**

|  | Month Ended January 31, 2008 (in millions) |
|---|---|
| Cash flows from operating activities: | |
| Net cash used in operating activities | (220) |
| Cash flows from investing activities: | |
| Capital expenditures | (26) |
| Proceeds from sale of property | 3 |
| Proceeds from sale of business | 38 |
| Other | (6) |
| Investing cash flows used in discontinued operations | (4) |
| Net cash provided by investing activities | 5 |
| Cash flows from financing activities: | |
| Proceeds from debtor-in-possession credit facility | 150 |
| Net cash provided by financing activities | 150 |
| Decrease in cash and cash equivalents | (65) |
| Cash and cash equivalents at beginning of period | 113 |
| Cash and cash equivalents at end of period | $ 48 |

The accompanying notes are an integral part of the financial statements.

## 1. Background and Organization

*General –* Delphi Corporation ("Delphi" or the "Company") is a world-leading supplier of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.

*Chapter 11 Reorganization Cases –* On October 8, 2005, Delphi and certain of its United States ("U.S.") subsidiaries (the "Initial Filers") filed voluntary petitions for reorganization relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), and on October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, collectively, the "Debtors") filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code (collectively the Debtors' October 8, 2005 and October 14, 2005 filings are referred to herein as the "Chapter 11 Filings"). The reorganization cases are being jointly administered under the caption "In re Delphi Corporation, et al., Case No. 05-44481 (RDD)." The Debtors continue to operate their businesses as "debtors-in-possession" under the jurisdiction of the Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Court. Delphi's non-U.S. subsidiaries were not included in the filings, continue their business operations without supervision from the U.S. Courts and are not subject to the requirements of the Bankruptcy Code.

*Equity Purchase and Commitment Agreements –* In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their execution of an equity purchase and commitment agreement with certain investors and a plan framework support agreement with those investors and General Motors Corporation ("GM"). On April 19, 2007, Delphi confirmed that it anticipated negotiating changes to the agreements, primarily as a result of addressing differences in views regarding the Company's reorganization enterprise value among the investors, GM, the statutory committees, and the Company. On July 9, 2007, Delphi confirmed that it had formally terminated the equity purchase and commitment agreement and related plan framework support agreement but that it expected to enter into new framework agreements with plan investors. Subsequently, on July 18, 2007, Delphi announced that it had accepted a new proposal for an equity purchase and commitment agreement (the "July EPCA") submitted by a group comprising a number of the original plan investors (affiliates of Appaloosa Management L.P. ("Appaloosa"), affiliates of Harbinger Capital Partners Master Fund I, Ltd., Merrill Lynch, Pierce, Fenner & Smith Inc., and UBS Securities LLC) as well as Goldman Sachs & Co. and an affiliate of Pardus Capital Management, L.P. (collectively, the "Investors"). On August 2, 2007, the Court granted the Company's motion for an order authorizing and approving the EPCA and on August 3, 2007, the Investors and the Debtors executed the July EPCA. Under the July EPCA as amended (as described below), the Investors may invest up to $2.55 billion in preferred and common equity in the reorganized Delphi to support the Company's transformation plan announced on March 31, 2006 on the terms and subject to the conditions contained in the EPCA.

During October and November 2007, the Company negotiated potential amendments to the July EPCA. On December 10, 2007, the Investors and Delphi entered into an amendment to the July EPCA to reflect events and developments since then, including those relating to Court approvals in connection with negotiated amendments to the July EPCA (the "EPCA Amendment" and together with the July EPCA, the "EPCA"),; delivery of a revised disclosure letter by the Company; delivery of a revised business plan by the Company; updates and revisions to representations and warranties; agreements with principal labor unions; the execution and amendment of certain settlement agreements with GM; and the execution of a best efforts financing letter and the filing of a plan of reorganization and disclosure statement. Further, the EPCA Amendment amends provisions relating to the discount rights offering (including the replacement of existing common stockholders with unsecured creditors). Finally, the EPCA Amendment revises the EPCA to reflect certain economic changes for recoveries provided under the plan of reorganization, and a post-emergence capital structure which includes Series C Preferred Stock to be issued to GM.

The EPCA Amendment removes or narrows the scope of certain conditions to closing in the EPCA including: the no-strike conditions, to include only strikes that occur after October 29, 2007; the capitalization condition to reduce the net debt required for the Company on the closing date; and an exclusion from the condition, relating to the approval of material investment documents and numerous documents which have already been delivered by the Company to the Investors such as the plan of reorganization, the disclosure statement, the settlement agreements with GM, and the business plan. Certain conditions to closing are added by the EPCA Amendment, however, such as those requiring: release and exculpation of each Investor as set forth in the EPCA Amendment; that the Company will have undrawn availability of $1.4 billion including a letter of credit carve out and reductions under a borrowing base formula; that the Company's pro forma interest expense during 2008 on the Company's indebtedness will not exceed $585 million; that scheduled Pension Benefit Guarantee Corporation liens after withdrawn; and that the aggregate amount of trade and unsecured claims be no more than $1.45 billion (subject to certain waivers and exclusions). Refer to Note 1. Background and Organization, Plan of Reorganization for further details.

The EPCA incorporates Delphi's earlier commitment to preserve its salaried and hourly defined benefit U.S. pension plans and to fund required contributions to the plans that were not made in full as permitted under the Bankruptcy Code. The discussion above is qualified in its entirety by the terms of the underlying proposal. In particular, as more fully outlined in the proposal, the effectiveness and consummation of the transactions contemplated by the EPCA are subject to a number of conditions precedent, including, among others, agreement on certain key documents and those conditions relating to financing of the emergence transactions.

***U.S. Labor Agreements –*** On March 31, 2006, the Debtors filed a motion with the Court under sections 1113 and 1114 of the Bankruptcy Code seeking authority to reject U.S. labor agreements and to modify retiree benefits (the "1113/1114 Motion"). As approved and confirmed by the Court, a series of settlement agreements and memoranda of understanding (each, a memorandum of understanding or "MOU") among Delphi, its unions, and GM settled the 1113/1114 Motion with respect to each of Delphi's unions

***Plan of Reorganization*** – On September 6, 2007, Delphi filed a proposed plan of reorganization (the "Plan") and related disclosure statement (the "Disclosure Statement") with the Court and subsequently filed amendments to both the Plan and Disclosure Statement. The Plan and Disclosure Statement outlined Delphi's transformation centering around five core areas, including agreements reached with each of Delphi's principal U.S. labor unions and GM. The Court entered an order approving the adequacy of the Disclosure Statement on December 10, 2007. After entry of the order approving the Disclosure Statement, Delphi began solicitation of votes on the Plan. On January 16, 2008, Delphi announced that the voting results had been filed with the Court. A hearing on confirmation of the Plan took place on January 17, 18, and 22, 2008. The Court entered the order confirming the Plan on January 25, 2008, and that order became final on February 4, 2008.

The recoveries, distributions, and investments pursuant to the confirmed Plan are as follows:

| | **Confirmed Plan (1/25/2008)** |
|---|---|
| **Net Funded Debt** | **$4.6 billion** |
| **Plan Equity Value** | Total enterprise value of **$12.8 billion**, which after deducting net debt and warrant value results in distributable equity value of **$8.0 billion** (or approximately $59.61 per share based on approximately 134.3 million shares) |
| **Plan Investors** | **Direct Investment**<br>- Purchase $400 million of preferred stock convertible at an assumed enterprise value of $10.2 billion (or 29.2% discount from Plan Equity Value)<br>- Purchase $400 million of preferred stock convertible at an assumed enterprise value of $10.3 billion (or 28.6% discount from Plan Equity Value)<br>- Purchase $175 million of New Common Stock at an assumed enterprise value of $9.7 billion (or 35.6% discount from Plan Equity Value)<br><br>**Backstop of Discount Rights Offering**<br>- Commit to purchase any unsubscribed shares of common stock in connection with an approximately $1.6 billion rights offering to be made available to unsecured creditors (the "Discount Rights Offering") |
| **GM** | **Recovery of $2.48 billion at Plan value of $12.8 billion**<br>- At least $750 million in Cash<br>- Up to $750 million in a second lien note<br>- $1.073 billion (in liquidation value) in junior convertible preferred stock |
| **Unsecured Creditors** | **Par plus accrued recovery at Plan value of $12.8 billion**<br>- 78.4% in New Common Stock at Plan Equity Value<br>- 21.6% through pro rata participation in the Discount Rights Offering at an assumed enterprise value of $9.7 billion (or 35.6% discount from Plan Equity Value) |

|  | **Confirmed Plan (1/25/2008)** |
|---|---|
| **TOPrS** | **90% of par recovery at Plan value of $12.8 billion**<br>-78.4% in New Common Stock at Plan Equity Value<br>- 21.6% through pro rata participation in the Discount Rights Offering at an assumed enterprise value of $9.7 billion (or 35.6% discount from Plan Equity Value) |
| **Existing Common Stockholders** | **Par Value Rights**<br>- Right to acquire approximately 21,680,996 shares of New Common Stock at a purchase price struck at Plan Equity Value |
|  | **Warrants**<br>- Warrants to acquire 6,908,758 shares of New Common Stock (which comprises 5% of the fully diluted New Common Stock) exercisable for seven years after emergence struck at 20.7% premium to Plan Equity Value<br>- Warrants to acquire $1.0 billion of New Common Stock exercisable for six months after emergence struck at 9.0% premium to Plan Equity Value<br>- Warrants to acquire 2,819,901 shares of New Common Stock (which comprises 2% of the fully diluted New Common Stock) exercisable for ten years after emergence struck at Plan Equity Value |
|  | **Common Stock**<br>461,552 shares of New Common Stock |

On November 6, 2007, the Debtors filed a motion requesting that the Court authorize the Debtors to enter into a "best efforts" engagement letter and fee letter with JPMorgan Securities Inc., JPMorgan Chase Bank, N.A., and Citigroup Global Markets Inc. in connection with an exit financing arrangement comprised of: (i) a senior secured first lien asset-based revolving credit facility in an aggregate principal amount of $1.6 billion; (ii) a senior secured first-lien term facility in an aggregate amount of $3.7 billion; and (iii) a senior secured second-lien term facility in the amount of $1.5 billion, of which up to $750 million will be in the form of a note issued to GM in connection with the distributions contemplated under the Plan. On November 16, 2007, the Court entered an order authorizing the Debtors to enter into and perform all obligations under the engagement and fee letters.

Primarily as a result of improved operating performance and lower capital expenditures for the 2007 fiscal year than forecast in the 2007 business plan projection, Delphi's 2007 cash position was favorable to the 2007 business plan projection. After adjusting anticipated cash flows in 2008 to reflect retiring of certain payments previously forecast for 2007 and lower projections for certain forecasted emergence cash payments in 2008, Delphi reduced its planned exit facilities from the previously announced $6.8 billion authorized by the Court to approximately $6.1 billion.

Pursuant to an order entered by the Court on December 20, 2007, the Debtors' exclusivity period under the Bankruptcy Code for filing a plan of reorganization was extended to and including March 31, 2008, and the Debtors' exclusivity period for soliciting acceptances of the Plan was extended to and including May 31, 2008.

***GM Settlement –*** On September 6, 2007, Delphi entered into a Global Settlement Agreement ("GSA") and a Master Restructuring Agreement ("MRA") with GM. On October 29, 2007, Delphi entered into amendments to both the GSA and the MRA. On November 14, 2007 and again on December 3, 2007, Delphi entered into restated amendments to both the GSA and the MRA. Together, these agreements provide for a comprehensive settlement of all outstanding issues between Delphi and GM, including: litigation commenced in March 2006 by Delphi to terminate certain supply agreements with GM; all potential claims and disputes with GM arising out of the separation of Delphi from GM in 1999; certain post-separation claims and disputes between Delphi and GM; the proofs of claim filed by GM against Delphi in Delphi's chapter 11 cases; GM's treatment under Delphi's Plan; and various other legacy and ordinary course business matters between the companies.

Most obligations set forth in the GSA are to be performed upon the occurrence of the effective date of the Plan or as soon as reasonably practicable thereafter. The GSA is intended to resolve outstanding issues among Delphi and GM that have arisen or may arise before Delphi's emergence from chapter 11 and will be implemented by Delphi and GM in the short term. The GSA addresses, among other things, commitments by Delphi and GM

regarding pensions and OPEB, and other GM contributions with respect to labor matters, releases, and claims treatment.

By contrast, resolution of most of the matters addressed in the MRA will require a significantly longer period that will extend for a number of years after the effective date of the Plan. The MRA is intended to govern certain aspects of Delphi and GM's commercial relationship following Delphi's emergence from chapter 11. The MRA addresses, among other things, the scope of GM's existing and future business awards to Delphi and related pricing agreements and sourcing arrangements, GM commitments with respect to reimbursement of specified ongoing labor costs, the disposition of certain Delphi facilities, and the treatment of existing agreements between Delphi and GM.

Delphi filed the GSA and the MRA as exhibits to the Plan. Both agreements were approved through confirmation of the Plan.

## 2. Basis of Presentation

***Condensed Combined Debtor-in-Possession Financial Statements*** – The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the condensed combined financial information for the Debtors only. Delphi's non-Debtor subsidiaries are treated as non-consolidated affiliates in the attached financial statements, and as such, their net income (loss) is included as "Equity income from non-Debtor affiliates, net of tax" in the statement of operations and their net assets are included as "Investments in non-Debtor affiliates" in the balance sheet.

American Institute of Certified Public Accountants Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code" ("SOP 90-7"), which is applicable to companies in chapter 11, generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The Debtors' financial statements contained herein have been prepared in accordance with the guidance in SOP 90-7.

The unaudited combined financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures (such as tests of asset impairment), the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments but does not include all of the adjustments that would typically be made for quarterly financial statements in accordance with U.S. GAAP. The financial statements include the impact of certain adjustments that were identified as a result of the completion of the Company's consolidated financial statements for the year ended December 31, 2007. These adjustments, totaling $681 million, impacted the January 1, 2008 beginning accumulated deficit balance and included an income tax benefit of $703 million. (Refer to Note 8. Income Tax to the consolidated financial statements on Delphi's Annual Report on Form 10-K for the year ended December 31, 2007.) In addition, certain information and footnote disclosures normally included in financial statements prepared in accordance with U.S. GAAP have been condensed or omitted. Therefore, this report should be read in conjunction with the Company's consolidated financial statements and notes thereto included in its Annual Report on Form 10-K for the year ended December 31, 2007.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and cash flows of the Debtors in the future.

***Intercompany Transactions* –** Intercompany transactions between Debtors have been eliminated in the financial statements contained herein. Intercompany transactions with the Debtors' non-Debtor affiliates have not been eliminated in the financial statements and are reflected as intercompany receivables, loans, investments, and payables.

***General Motors and Affiliates* –** Includes activity with GM and its consolidated subsidiaries. Activity with GM's non-consolidated affiliates (such as GM Shanghai) and activity with other Tier 1 suppliers which sell directly to GM is classified as other (non-GM) customer activity.

*Restricted Cash* – Primarily includes balances restricted for use for the pre-retirement portion of the special attrition program.

*Property* – Includes property, plant, and equipment and is recorded at cost net of accumulated depreciation.

*Discontinued Operations* – In accordance with SFAS 144, a business component that is disposed of or classified as held for sale is reported as discontinued operations if the cash flows of the component have been or will be eliminated from the ongoing operations of the Company and the Company will no longer have any significant continuing involvement in the business component. The results of discontinued operations are aggregated and presented separately in the condensed combined statement of operations and condensed combined statement of cash flows. Assets and liabilities held for sale are aggregated and reported separately as assets and liabilities held for sale in the condensed combined balance sheet. Refer to Note 7. Divestitures for more information.

Amounts have been derived from the consolidated financial statements and accounting records of Delphi using the historical basis of assets and liabilities to be disposed of and historical results of operations related to Delphi's global steering and halfshaft business (the "Steering Business") and its interiors and closures product line (the Interiors and Closures Business"). The sale of the U.S. operations and certain of the non-U.S. operations of the Steering Business are sales of assets and will include (i) all assets, except for cash, deferred tax assets, and intercompany accounts, and (ii) all liabilities, expect for debt, deferred tax liabilities, intercompany accounts, U.S. pension and other postretirement benefit liabilities, accrued payroll, and certain employee benefit accounts. The sale of certain non-U.S. operations of the Steering Business are stock sales and will include all assets and liabilities for the sites with purchase price adjustments for cash, debt, and certain other accounts. The majority of the sales of the Interiors and Closures Business are asset sales and the buyer assumed inventory, fixed assets, non-U.S. pension liabilities, and the investment in a joint venture in Korea.

While the historical results of operations of the Steering Business and the Interiors and Closures Business include general corporate allocations of certain functions historically provided by Delphi, such as accounting, treasury, tax, human resources, facility maintenance, and other services, for the purposes of these pro forma financial statements, no amounts for these general corporate retained functions have been allocated to discontinued operations in the pro forma adjustments. Delphi expects to retain certain employee pension and other postretirement benefit liabilities for the Steering and Interiors and Closures Businesses and these liabilities were not allocated to liabilities held for sale in the balance sheet. Expenses related to the service cost of employee pension and other postretirement benefit plans, however, were allocated to discontinued operations in the statement of operations, because Delphi will not continue to incur related service costs subsequent to the divestiture of these businesses. Allocations have been made based upon a reasonable allocation method.

*Securities and ERISA Litigation Charges* – Delphi, along with certain of its subsidiaries, certain current and former directors of the Company, and certain current and former officers and employees of the Company or its subsidiaries, and others are named as defendants in several lawsuits filed following the Company's announced intention to restate certain of its financial statements in 2005. Through mediated settlement discussions, on August 31, 2007, representatives of Delphi, Delphi's insurance carriers, certain current and former directors and officers of Delphi, and certain other defendants involved in the securities actions, ERISA actions, and shareholder derivative actions in consolidated proceedings (the "Multidistrict Litigation" or "MDL"), reached an agreement with the lead plaintiffs in the Securities Actions (the "Lead Plaintiffs") and named plaintiffs in the amended ERISA Action (the "ERISA Plaintiffs") resulting in a settlement of the Multidistrict Litigation (the "MDL Settlements"). Pursuant to the MDL Settlements, the class claimants will receive cash and allowed claims in the chapter 11 cases that, when valued at the face amount of the allowed claims, is equivalent to approximately $351 million. The MDL Settlements were approved by the U.S District Court for the Eastern District of Michigan in which the actions are pending, and by the Court on January 25, 2008. As provided in the confirmation order, the MDL Settlements are contingent upon the effective date of the Plan occurring, and if, for any reason, we cannot emerge as contemplated, the MDL Settlements will become null and void.

As a result of the MDL Settlements, as of January 31, 2008, Delphi has a liability of $351 million recorded for this matter. Delphi maintains directors and officers insurance providing coverage for indemnifiable losses of $100 million, subject to a $10 million deductible; and a further $100 million of insurance covering its directors and officers for nonindemnifiable claims, for a total of $200 million. As part of the settlement, the insurers contributed the entire $100 million of indemnifiable coverage, and a portion of the nonindemnifiable coverage. In conjunction with the MDL Settlements, Delphi expects to record recoveries of $148 million for the settlement amounts provided to the plaintiffs from insurers, underwriters, and third-party reimbursements and will record such recoveries upon Delphi's emergence from chapter 11.

*Warranty Matters* – Delphi recognizes expected warranty costs for products sold principally at the time of sale based on an estimate of the amount that will eventually be required to settle such obligations. These accruals are based on factors such as past experience, production changes, industry developments, and various other considerations. Delphi's estimates are adjusted from time to time based on facts and circumstances that impact the status of existing claims.

*Contractual Interest Expense and Interest Expense on Unsecured Claims* – Contractual interest expense represents amounts due under the contractual terms of outstanding debt, including debt subject to compromise for which interest expense is not recognized in accordance with the provisions of SOP 90-7. Delphi did not record contractual interest expense on certain unsecured prepetition debt from the bankruptcy filing date until September 2007 because the interest ceased being paid and was not determined to be probable of being an allowed claim. In September 2007, Delphi began recording prior contractual interest expense related to certain prepetition debt because it became probable that the interest would become an allowed claim based on the provisions of the plan of reorganization filed with the Court in September 2007. The plan of reorganization also provides that certain holders of allowed unsecured claims against Delphi will be paid postpetition interest on their claims, calculated at the contractual non-default rate from the petition date through January 25, 2008. Beginning in September 2007, Delphi recorded interest expense with respect to such allowed unsecured claims. For the month ended January 31, 2008, Delphi recorded total interest related to prepetition debt and allowed unsecured claims of $14 million which is included in accrued liabilities on the accompanying balance sheet. This estimate is based on numerous factual and legal assumptions. Absent developments that alter the Debtors' view of the likelihood of amounts that may be paid under the Plan to holders of allowed unsecured claims, the Debtors expect to accrue interest on such unsecured claims in future periods, to the extent required under applicable law. Such interest will be discharged at the emergence date under the provisions of plan of reorganization discussed in Note 1. Background and Organization.

*Taxes* – Delphi accounts for income taxes in accordance with FASB Statement No. 109 ("SFAS 109"), "*Accounting for Income Taxes*," and recognizes current and deferred income tax assets and liabilities based upon all events that have been recognized in the consolidated financial statements as measured by the enacted tax laws. Due to the Company's history of U.S. losses over the past years, combined with the deterioration in its current U.S. operating outlook, Delphi has a 100% valuation allowance against all of its U.S. deferred tax assets, and as a result, does not recognize income tax benefits for net operating losses for its U.S. entities.

The Debtors have received Court authorization, but not direction, to pay sales, use, trust fund, and certain other taxes in the normal course. Accordingly, the Debtors have paid the applicable taxes when due. See the schedules of payroll and other taxes paid for additional information regarding taxes paid.

*Other Postretirement Benefit (Payments) Receipts, Net of Reimbursement by GM* – As previously disclosed, as part of the special attrition program certain eligible Delphi U.S. hourly employees represented by the UAW and the IUE-CWA were eligible to retire as employees of Delphi or flow back to GM and retire. During 2006, approximately 10,000 employees elected to flow back to GM and retire. Although GM agreed to assume the postretirement healthcare and life insurance coverages for these retirees, due to the volume of retirements, GM was unable immediately to transition these retirees to GM healthcare and life insurance plans. Delphi agreed to administer health and life insurance coverage for these retirees during the transition period and GM agreed to reimburse Delphi for its actual costs for providing such coverage. As of January 31, 2008, Delphi owes GM for approximately $10 million due to overpayments made mostly during 2007.

*Pension Funding* – Delphi's discussions with the Internal Revenue Service ("IRS") and the Pension Benefit Guaranty Corporation ("PBGC") regarding the funding of the Delphi Hourly-Rate Employees Pension Plan (the "Hourly Plan") and the Delphi Retirement Program for Salaried Employees (the "Salaried Plan") upon emergence from chapter 11 culminated in a funding plan that would enable the Company to satisfy its pension funding obligations upon emergence from chapter 11 through a combination of cash contributions and a transfer of certain unfunded liabilities to a pension plan sponsored by GM.

On May 1, 2007, the IRS issued conditional waivers for the Hourly Plan and the Salaried Plan with respect to the plan year ended September 30, 2006 (the "2006 Waivers"). On May 31, 2007, the Court authorized Delphi to perform under the terms of those funding waivers. The IRS modified the 2006 Waivers by extending the dates by which Delphi is required to file its Plan and emerge from chapter 11. On September 28, 2007, the IRS issued a second conditional waiver for the Hourly Plan for the plan year ended September 30, 2007 (the "2007 Hourly Plan Waiver"). The 2007 Hourly Plan Waiver is necessary to make the transfer of hourly pension obligations to the GM plan economically efficient by avoiding redundant cash contributions that would result in a projected overfunding of

the Hourly Plan.  On October 26, 2007, the Court authorized Delphi to perform under 2007 Hourly Plan Waiver.
The conditional funding waivers will permit Delphi to defer funding contributions due under ERISA and the IRC
until March 31, 2008.  On February 27, 2008, the IRS modified the 2006 Waivers and the 2007 Hourly Plan Waiver
by extending the date by which Delphi must emerge from chapter 11 to March 31, 2008.

Pursuant to the pertinent terms of the waivers, as modified, Delphi provided to the PBGC letters of credit,
effective June 16, 2007, in favor of the Hourly and Salaried Plans in the amount of $100 million to support funding
obligations under the Hourly Plan (increased to $110 million effective February 27, 2008) and $50 million to
support funding obligations under the Salaried Plan.  Not later than five days after the effective date of the
Company's plan of reorganization, the Company must either (1) effect a transfer under IRC § 414(l) to a GM plan,
(2) make cash contributions to the Hourly Plan, or (3) make a combination thereof that reduces the net unfunded
liabilities of the Hourly Plan by $1.5 billion as determined on a basis in accordance with FASB Statement No. 87,
*Employers' Accounting for Pensions*.

Not later than five days after the effective date of the Company's plan of reorganization, the Company must
contribute approximately $1.25 billion to the Hourly and Salaried Plans with approximately $1.05 billion in plan
contributions and approximately $200 million into escrow.   These contributions include additional contributions
required by the conditional waivers as extended.

The Company has represented that it intends to meet the minimum funding standard under IRC section 412 for
the plan years ended September 30, 2006 and 2007 upon emergence from chapter 11. The foregoing description of
the pension funding plan is a summary only and is qualified in its entirety by the terms of the waivers, as modified,
and the orders of the Court.

### 3.  Debtor-in-Possession ("DIP") Financing

On January 5, 2007, the Court granted Delphi's motion to obtain replacement postpetition financing of
approximately $4.5 billion.  On January 9, 2007, Delphi refinanced its prepetition and postpetition credit facilities
obligation by entering into a Revolving Credit, Term Loan, and Guaranty Agreement (the "Refinanced DIP Credit
Facility") to borrow up to approximately $4.5 billion from a syndicate of lenders. The Refinanced DIP Credit
Facility consists of a $1.75 billion first priority revolving credit facility ("Tranche A" or the "Revolving Facility"), a
$250 million first priority term loan ("Tranche B" or the "Tranche B Term Loan" and, together with the Revolving
Facility, the "First Priority Facilities"), and an approximate $2.5 billion second priority term loan ("Tranche C" or
the "Tranche C Term Loan").

Through a series of amendments over the course of the loan, the latest of which was entered into on November
20, 2007 (the "Third Amendment"), the Refinanced DIP Credit Facility now has a maturity date of July 1, 2008,
Global EBITDAR covenants for the extension period, revised interest rates, and an amended definition of Global
EBITDAR.

The amount outstanding at any one time under the First Priority Facilities is limited by a borrowing base
computation as described in the Refinanced DIP Credit Facility. While the borrowing base computation excluded
outstanding borrowings, it was less than the Refinanced DIP Credit Facility commitment at January 31, 2008.
Borrowing base standards may be fixed and revised from time to time by the Administrative Agent in its reasonable
discretion, with any changes in such standards to be effective ten days after delivery of a written notice thereof to
Delphi (or immediately, without prior written notice, during the continuance of an event of default).

Borrowings under the Refinanced DIP Credit Facility are prepayable at Delphi's option without premium or
penalty.  As of January 31, 2008, there was $150 million outstanding under the Revolving Facility and the Company
had approximately $250 million in letters of credit outstanding under the Revolving Facility as of that date,
including $150 million related to the letters of credit provided to the PBGC discussed further in Note 2. Basis of
Presentation.

**4. Reorganization Items**

SOP 90-7 requires reorganization items such as realized gains and losses from the settlement of prepetition liabilities, provisions for losses resulting from the reorganization and restructuring of the business, as well as professional fees directly related to the process of reorganizing the Debtors under chapter 11, to be separately disclosed.  The Debtors' reorganization items consist of the following:

|  | Month Ended January 31, 2008 (in millions) |
|---|---|
| Professional fees directly related to reorganization ............ | $        (11) |
| Interest income.................................................................... | 2 |
| Other ................................................................................... | (2) |
| Total Reorganization Items.......................................... | $        (11) |

Professional fees directly related to the reorganization ("Professional Fees") include fees and reimbursable expenses associated with advisors to the Debtors, the official committee of unsecured creditors, the official committee of equity holders, the agents to the Debtors' debtor-in-possession credit facility and prepetition credit facility (for fees and expenses incurred on or prior to the effective date of the refinancing), and the unions.  Professional Fees also include $2 million for the month ended January 31, 2008 of fees for certain legal advisors to GM.  Professional Fees for the month ended January 31, 2008 were estimated by the Debtors and will be reconciled to actual invoices when received.

**5. Liabilities Subject to Compromise**

The Debtors have received approximately 16,790 proofs of claim, some of which assert, in part or in whole, unliquidated claims.  In addition, the Debtors have compared proofs of claim they have received to liabilities they have already scheduled and determined that there are certain scheduled liabilities for which no proof of claim was filed.  In the aggregate, total proofs of claim and scheduled liabilities assert approximately $34 billion in liquidated amounts, including approximately $900 million in intercompany claims, and additional unliquidated amounts.

Although the Debtors have not completed the process of reconciling these proofs of claim and thus the ultimate amount of such liabilities is not determinable at this time, as of January 31, 2007, the Debtors had objected to approximately 13,400 proofs of claim which asserted approximately $10 billion in aggregate liquidated amounts plus additional unliquidated amounts.  The Court has entered orders disallowing and/or claimants have withdrawn approximately 9,600 of those proofs of claim, which reduced the amount of asserted claims by approximately $10 billion in aggregate liquidated amounts plus additional unliquidated amounts.  In addition, the Court has entered an order modifying approximately 3,500 claims, reducing the aggregate amounts asserted on those claims from $720 million to $530 million, which amounts are subject to further objection by the Debtors at a later date on any basis.

The Debtors anticipate that additional proofs of claim will be the subject of future objections as such proofs of claim are reconciled, and that as a result of such objections, the aggregate amount of claims ultimately allowed by the Court will be further reduced.  The determination of how liabilities will ultimately be settled and treated is set forth in the Plan, which was approved by the Court on January 25, 2008. Classification for purposes of these financial statements of any prepetition liabilities on any basis other than liabilities subject to compromise is not an admission against interest or legal conclusion by the Debtors as to the manner of classification, treatment, allowance, or payment in the Debtors' chapter 11 cases, including in connection with any plan of reorganization that may be confirmed by the Court and that may become effective pursuant to an order of the Court.

SOP 90-7 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, or other events.  Liabilities subject to compromise consist of the following:

|  | January 31, 2008 (in millions) |
|---|---|
| Pension obligations | $ 3,293 |
| Postretirement obligations other than pensions, including amounts payable to GM | 8,816 |
| Debt and notes payable | 2,374 |
| Accounts payable | 819 |
| Securities and ERISA litigation liability | 351 |
| Other | 614 |
| Total Liabilities Subject to Compromise | $ 16,267 |

## 6. Postpetition Accounts Payable

To the best of the Debtors' knowledge, all undisputed postpetition accounts payable have been and are being paid under agreed-upon payment terms.

## 7. Divestitures

On September 17, 2007, Delphi and TRW Integrated Chassis Systems, LLC signed an Asset Purchase Agreement for the sale of certain assets for Delphi's North American brake components machining and assembly assets ("North American Brake Components") primarily located at its Saginaw, Michigan, Spring Hill, Tennessee, Oshawa, Ontario Canada and Saltillo, Mexico facilities.  On November 16, 2007, Delphi received approval from the Court to proceed with the sale of the assets which closed in the first quarter of 2008.  Delphi received proceeds from this sale of $38 million during January 2008.

As previously disclosed, on December 20, 2007, the Court approved the sale of Delphi's cockpits and interior systems business and integrated closures systems business (the "Interiors and Closures Business") to Inteva Products, LLC ("Inteva").  On January 25, 2008, the Court entered an order approving the assumption and assignment of certain executory contracts and also approved a compromise with Inteva, which facilitates the closing of the sale of the Interiors and Closures Business with Inteva by modifying the payment structure under the Interiors and Closures master sale and purchase agreement in consideration for the waiver of certain of Inteva's conditions to closing.

As previously disclosed, on December 20, 2007, the Court approved bidding procedures authorizing Delphi to commence an auction under section 363 of the Bankruptcy Code to dispose of its global steering and halfshaft business (the "Steering Business").  On February 25, 2008, the Court issued an order authorizing the sale of the Steering Business to Steering Solutions Corporation, a wholly-owned entity of Platinum Equity LLC.

On January 15, 2008, the Debtors filed a motion to sell Delphi's global bearings business (the "Bearings Business").  On January 25, 2008, the Court approved the bidding procedures authorizing Delphi to commence an auction under section 363 of the Bankruptcy Code.  On February 21, 2008, the Debtors announced that they had entered into a purchase agreement with Kyklos, Inc., a wholly owned subsidiary of Hephaestus Holdings, Inc. and an affiliate of KPS Special Situations Fund II, L.P. ("Kyklos"), which was the successful bidder at the auction held on February 19 and 20, 2008.  The sale of the Bearings Business to Kyklos is subject to approval by the Court at a hearing scheduled for March 19, 2008.

**DELPHI CORPORATION, et al.**
**SCHEDULE OF PAYROLL AND PAYROLL TAXES WITHHELD AND INCURRED**
**MONTH ENDED JANUARY 31, 2008**

| Gross Wages Paid | Employee Payroll Taxes Withheld | Employer Payroll Taxes Owed |
|---|---|---|
| $    224,626,740 | $        66,052,753 | $        24,756,966 |

Note:   As previously disclosed, as part of the special attrition program certain eligible Delphi U.S. hourly employees represented by the UAW and the IUE-CWA received lump sum incentive payments or buyout payments.  These payments were made by Delphi and are wholly or partially reimbursed by GM, and are included in the schedule above.

**DELPHI CORPORATION, et al.**
**SCHEDULE OF PAYROLL TAXES PAID**
**MONTH ENDED JANUARY, 31, 2008**

| Payee | Payroll Taxes Paid |
|---|---|
| Internal Revenue Service | $ 70,767,569 |
| State of Ohio | 2,578,907 |
| City of Dayton, OH | 188,089 |
| City of Vandalia, OH | 156,200 |
| City of Columbus, OH | 121,018 |
| City of Kettering, OH | 112,472 |
| City of Niles, OH | 34,266 |
| City of Rita, OH | 33,121 |
| Ohio School District | 30,927 |
| City of Warren, OH | 13,200 |
| City of Moraine, OH | 10,398 |
| City of Norwalk, OH | 9,529 |
| City of Troy, OH | 8,985 |
| City of Port Clinton, OH | 5,433 |
| City of Lorain, OH | 3,003 |
| City of Hubbard, OH | 2,320 |
| City of Huron, OH | 2,176 |
| City of Dublin, OH | 1,409 |
| City of Parma, OH | 1,295 |
| City of Newton Falls, OH | 1,085 |
| City of Trotwood, OH | 1,069 |
| City of Lordstown, OH | 979 |
| City of Hamilton, OH | 943 |
| City of Canton, OH | 907 |
| City of Toledo, OH | 635 |
| City of Springfield, OH | 571 |
| City of Xenia, OH | 471 |
| City of Akron, OH | 253 |
| City of Ontario, OH | 250 |
| City of Cincinnati, OH | 113 |
| City of Mansfield, OH | 45 |
| State of Michigan | 2,541,791 |
| City of Saginaw, MI | 95,604 |
| City of Flint, MI | 53,321 |
| City of Detroit, MI | 4,777 |
| City of Grand Rapids, MI | 2,882 |
| City of Pontiac, MI | 444 |
| City of Walker, MI | 421 |
| City of Lansing, MI | 93 |
| City of Lapeer, MI | 85 |
| State of Indiana | 1,437,688 |
| State of New York | 1,248,079 |
| State of Alabama | 401,627 |
| City of Gadsden, AL | 15,670 |
| State of Wisconsin | 387,370 |
| State of Mississippi | 115,615 |
| State of California | 50,895 |
| State of Colorado | 29,685 |
| City of Denver, CO | 1,278 |
| State of Illinois | 28,255 |
| State of Iowa | 18,191 |
| State of Pennsylvania | 15,295 |
| City of Philadelphia, PA | 140 |

**DELPHI CORPORATION, et al.**
**SCHEDULE OF PAYROLL TAXES PAID**
**MONTH ENDED JANUARY 31, 2008**

| Payee | Payroll Taxes Paid |
|-------|-------------------:|
| City of Towamencin, PA | $           35 |
| State of South Carolina | 12,137 |
| State of Georgia | 11,798 |
| State of New Mexico | 11,120 |
| State of Missouri | 7,544 |
| City of Kansas City, MO | 1,353 |
| State of Kansas | 6,952 |
| State of Oregon | 5,790 |
| State of Texas | 3,393 |
| State of North Carolina | 2,921 |
| State of Virginia | 2,686 |
| State of Arizona | 2,498 |
| State of Kentucky | 1,213 |
| City of Elizabethtown, KY | 1,052 |
| City of Bowling Green, KY | 382 |
| State of Utah | 1,102 |
| State of Minnesota | 1,027 |
| State of Maryland | 893 |
| State of Louisiana | 853 |
| State of New Jersey | 801 |
| State of Connecticut | 796 |
| State of Massachusetts | 678 |
| State of Arkansas | 605 |
| State of Oklahoma | 572 |
| State of Delaware | 273 |
| State of West Virginia | 99 |
| State of Florida | 5 |
| Inland Revenue Service (UK) | 883,738 |
| Country of Switzerland | 6,714 |
| **Total** | $      81,505,874 |

**DELPHI CORPORATION, et al.**
**SCHEDULE OF OTHER TAXES COLLECTED, INCURRED AND PAID**
**MONTH ENDED JANUARY 31, 2008**

| Taxing Jurisdiction | Tax Type | Tax Due | Tax Paid |
|---|---|---|---|
| Hinds County, Mississippi | Personal Property | $ 951,892 | $ 951,892 |
| Rogers County, Oklahoma [(1)] | Personal Property | 341,761 | 341,761 |
| Cameron County, Texas | Personal Property | 299,110 | 299,110 |
| El Paso County, Texas | Personal Property | 208,725 | 208,725 |
| Franklin County, Mississippi | Personal Property | 175,470 | 175,470 |
| United Independent School District, Texas | Personal Property | 154,828 | 154,828 |
| Lincoln County, Mississippi | Personal Property | 118,550 | 118,550 |
| Wichita County, Texas | Personal Property | 109,726 | 109,726 |
| Oak Creek, Wisconsin | Personal Property | 90,362 | 90,362 |
| Madison County, Mississippi | Personal Property | 42,844 | 42,844 |
| Lexington County, South Carolina | Personal Property | 38,027 | 38,027 |
| Fort Bend County, Texas | Personal Property | 36,119 | 36,119 |
| Hazlehurst, Mississippi | Personal Property | 35,478 | 35,478 |
| San Benito Independent School District, Texas | Personal Property | 30,517 | 30,517 |
| Marion County, South Carolina | Personal Property | 28,118 | 28,118 |
| Copiah County, Mississippi | Personal Property | 26,682 | 26,682 |
| Bexar County, Texas | Personal Property | 16,924 | 16,924 |
| Harris County, Texas | Personal Property | 9,147 | 9,147 |
| Rankin County, Mississippi | Personal Property | 7,781 | 7,781 |
| Angelina County, Texas | Personal Property | 7,602 | 7,602 |
| Hidalgo County, Texas | Personal Property | 7,219 | 7,219 |
| Newton County, Texas | Personal Property | 6,714 | 6,714 |
| Lowndes County, Mississippi | Personal Property | 5,938 | 5,938 |
| Pottawatomie County, Oklahoma | Personal Property | 5,848 | 5,848 |
| York County, South Carolina | Personal Property | 5,689 | 5,689 |
| Dallas County, Texas | Personal Property | 5,515 | 5,515 |
| Spartanburg County, South Carolina | Personal Property | 5,210 | 5,210 |
| Webb County, Texas | Personal Property | 4,680 | 4,680 |
| Laredo, Texas | Personal Property | 4,642 | 4,642 |
| Carrollton-Farmer Branch Independent School District, Texas | Personal Property | 3,501 | 3,501 |
| Pharr, Texas | Personal Property | 2,734 | 2,734 |
| Anderson County, South Carolina | Personal Property | 2,695 | 2,695 |
| Lubbock County, Texas | Personal Property | 2,419 | 2,419 |
| McAllen, Texas | Personal Property | 2,397 | 2,397 |
| Decatur, Mississippi | Personal Property | 2,344 | 2,344 |
| Greenwood County, South Carolina | Personal Property | 1,639 | 1,639 |
| Torrington, Connecticut | Personal Property | 1,612 | 1,612 |
| Bristol, Connecticut | Personal Property | 1,504 | 1,504 |
| Chestfield County, South Carolina | Personal Property | 1,263 | 1,263 |
| Laurens County, South Carolina | Personal Property | 1,039 | 1,039 |
| Salisbury, Connecticut | Personal Property | 714 | 714 |
| Yazoo County, Texas | Personal Property | 551 | 551 |
| Tarrant County, Texas | Personal Property | 467 | 467 |
| Cypress County, Texas | Personal Property | 433 | 433 |
| Pickens County, Georgia | Personal Property | 269 | 269 |
| Oconee County, South Carolina | Personal Property | 229 | 229 |
| Montgomery County, Texas | Personal Property | 218 | 218 |
| La Feria Independent School District, Texas | Personal Property | 171 | 171 |

(1) Amount due and paid is in connection with Delphi's ownership of its global original equipment and aftermarket catalyst business (the "Catalyst Business") which was sold during September 2007. The entire amount of taxes due was paid by the purchaser to the state in 2007; Delphi paid the portion of taxes attributable to the period of time in 2007 which Delphi owned the Catalyst Business to the purchaser during January 2008.

| Taxing Jurisdiction | Tax Type | Tax Due | Tax Paid |
|---|---|---:|---:|
| Irving, Texas | Personal Property | 168 | 168 |
| Los Fresnos Consolidated Independent School District, Texas | Personal Property | 150 | 150 |
| Collin County, Texas | Personal Property | 148 | 148 |
| Eagle Pass Independent School District, Texas | Personal Property | 145 | 145 |
| Laport County, Indiana | Personal Property | 142 | 142 |
| Harlingen, Texas | Personal Property | 135 | 135 |
| La Feria, Texas | Personal Property | 93 | 93 |
| Madison County, Kentucky | Personal Property | 93 | 93 |
| Nueces County, Texas | Personal Property | 71 | 71 |
| Valwood Improvement Authority, Texas | Personal Property | 57 | 57 |
| Maverick County, Texas | Personal Property | 55 | 55 |
| Denton County, Tennessee | Personal Property | 52 | 52 |
| Fairfield County, South Carolina | Personal Property | 42 | 42 |
| Lee County, South Carolina | Personal Property | 42 | 42 |
| Jasper County, Indiana | Personal Property | 38 | 38 |
| Spring Branch Independent School District, Texas | Personal Property | 31 | 31 |
| Jones County, Texas | Personal Property | 29 | 29 |
| Leake County, Mississippi | Personal Property | 28 | 28 |
| Nacogdoches County, Texas | Personal Property | 27 | 27 |
| Edgefield County, South Carolina | Personal Property | 18 | 18 |
| Montague County, Texas | Personal Property | 17 | 17 |
| Morgan County, Alabama | Personal Property | 16 | 16 |
| Greenville County, South Carolina | Personal Property | 12 | 12 |
| Lockport, New York | Real Property | 455,822 | 455,822 |
| Burkburnett Independent School District, Texas | Real Property | 444,061 | 444,061 |
| Hinds County, Mississippi | Real Property | 363,554 | 363,554 |
| Oak Creek, Wisconsin | Real Property | 132,779 | 132,779 |
| Lincoln County, Mississippi | Real Property | 99,139 | 99,139 |
| Henrietta, New York | Real Property | 79,086 | 79,086 |
| Monroe County, New York | Real Property | 48,312 | 48,312 |
| Wichita County, Texas | Real Property | 45,310 | 45,310 |
| State of Ohio | Use | 481,403 | 481,403 |
| State of Michigan | Use | 305,147 | 305,147 |
| State of New York | Use | 114,857 | 114,857 |
| State of Indiana | Use | 87,390 | 87,390 |
| Limestone County, Alabama  (Pay to: Alabama Dept. of Revenue) | Use | 43,030 | 43,030 |
| State of Texas | Use | 30,682 | 30,682 |
| State of Mississippi | Use | 30,116 | 30,116 |
| State of Wisconsin | Use | 13,503 | 13,503 |
| Gadsden City, Alabama (Payee ALATAX - Tax Trust Account) | Use | 2,714 | 2,714 |
| Colorado Dept of Revenue | Use | 1,737 | 1,737 |
| Tuscaloosa, Alabama | Use | 1,154 | 1,154 |
| Etowah County, Alabama ( Payee LGREC Inc.) | Use | 549 | 549 |
| Coaling, Alabama (Payee ALATAX - Tax Trust Account) | Use | 239 | 239 |
| State of Ohio | Kilowatt Hour | 55,709 | 55,709 |
| State of Alabama | Consumer Use | 43,348 | 43,348 |
| State of Alabama | Seller's Use | 36,519 | 36,519 |
| Ohio Treasurer of State | Income | 6,150 | 6,150 |
| State of Washington | Business and Occupation | 2,635 | 2,635 |
| Colorado Dept of Revenue | Sales | 1,591 | 1,591 |

| Taxing Jurisdiction | Tax Type | Tax Due | Tax Paid |
|---|---|---|---|
| Colorado Dept of Revenue | Utility | 162 | 162 |
| South Carolina Department of Revenue | Sales and Use | 56 | 56 |
| State of California Board of Equalization | Sales and Use | 22 | 22 |
| Total | | $ 5,735,702 | $ 5,735,702 |

## DELPHI CORPORATION, et al.
### SCHEDULE OF OTHER TAXES COLLECTED, INCURRED AND PAID
### MONTH ENDED JANUARY 31, 2008

Note 1:    The amounts listed above for tax due and tax paid include postpetition taxes and only those prepetition taxes for which the Debtors have received Court authorization to pay.  Accordingly, certain prepetition taxes (primarily on real and personal property) that the Debtors do not have authority to pay are not included in the schedule above.  Such prepetition taxes are included in the balance sheet as part of "Liabilities Subject to Compromise."

Note 2:    Certain Debtors also pay transaction taxes such as value added tax ("VAT") to certain foreign countries based upon the purchase or supply of goods or services within the country and the importation of goods into the country from outside the country.  For the purchase of goods or services in certain foreign countries, VAT may either be collected by the supplier from the Debtors or paid directly by the Debtors through self-assessment.  For the supply of goods or services in certain foreign countries, the Debtors may collect VAT from the customers and remit the tax to the foreign governments.  Upon importation in certain countries, VAT may be paid by the Debtors.  In most cases, VAT is recoverable either as an input VAT credit or as a refund.  The process of calculating VAT owed or refundable is a complex process of netting VAT paid, collected, and remitted.  To the best of the Company's knowledge, all VAT has been paid and is being paid when due.  In addition, certain Debtors incur foreign withholding taxes on certain payments from various foreign non-Debtor affiliates.  These foreign withholding taxes generally apply to interest, royalties, dividends, and service payments received from certain foreign non-Debtor affiliates.  The foreign withholding taxes are required to be withheld by the foreign non-Debtor affiliates and paid over to the foreign tax authorities on behalf of the Debtors.  To the best of the Company's knowledge, all foreign withholding taxes have been withheld by the foreign non-Debtor facilitates when required to be withheld and paid over to the appropriate foreign tax authorities when due.  These foreign tax payments have not been included in the schedule above.

## DELPHI CORPORATION, et al.
### SCHEDULE OF DISBURSEMENTS
### MONTH ENDED JANUARY 31, 2008

| Debtor Name | Case Number | Amount [1] |
|---|---|---|
| Delphi NY Holdings Corporation | 05-44480 | $ — |
| Delphi Corporation | 05-44481 | — |
| ASEC Manufacturing General Partnership | 05-44482 | — |
| ASEC Sales General Partnership | 05-44484 | — |
| Environmental Catalysts, LLC | 05-44503 | — |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 2,574,325 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 632 |
| Delphi Medical Systems Corporation | 05-44529 | 866,258 |
| Specialty Electronics International Ltd. | 05-44536 | — |
| Specialty Electronics, Inc. | 05-44539 | 491,820 |
| Delphi Liquidation Holding Company | 05-44542 | — |
| Delphi Electronics (Holding) LLC | 05-44547 | — |
| Delphi Technologies, Inc. | 05-44554 | 330,812 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | — |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11,806,394 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | — |
| Exhaust Systems Corporation | 05-44573 | 39,149 |
| Delphi China LLC | 05-44577 | — |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 92,138 |
| Delphi International Services, Inc. | 05-44583 | 8,213,404 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | — |
| Delphi Automotive Systems International, Inc. | 05-44589 | — |
| Delphi International Holdings Corporation | 05-44591 | — |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 7,704 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 2,742,515 |
| Delco Electronics Overseas Corporation | 05-44610 | 7,185,916 |
| Delphi Diesel Systems Corporation | 05-44612 | 29,389,153 |
| Delphi LLC | 05-44615 | — |
| Aspire, Inc. | 05-44618 | 197,916 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 142,010 |
| Delphi Connection Systems | 05-44624 | 5,593,128 |
| Packard Hughes Interconnect Company | 05-44626 | — |
| DREAL, Inc. | 05-44627 | — |
| Delphi Automotive Systems Services LLC | 05-44632 | 69,441,196 |
| Delphi Services Holding Corporation | 05-44633 | — |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | — |
| Delphi Foreign Sales Corporation | 05-44638 | — |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 122,972,865 |
| Delphi Automotive Systems LLC | 05-44640 | 1,168,271,170 |
| Delphi Furukawa Wiring Systems LLC | 05-47452 | 6,763,887 |
| Delphi Receivables LLC | 05-47459 | — |
| MobileAria, Inc. | 05-47474 | — |

(1) Operating expenses for the month ended January 31, 2008 were used as a proxy for disbursements.