BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CURE CLAIM

Fiduciary Counselors, Inc. ("FCI"), as independent fiduciary under the (a) Delphi Corporation Retirement Program for Salaried Employees, (b) Delphi Hourly-Rate Employees Pension Plan, (c) ASEC Manufacturing Retirement Program, (d) Delphi Mechatronic Systems Retirement Program, (e) Packard Hughes Interconnect Non-Bargaining Retirement Plan, and (f) Packard Hughes Interconnect Bargaining Retirement Plan (collectively, the "Pension Plans"), hereby submits this Cure Claim pursuant to Article 8.2 of the Debtor's plan of reorganization (the "Plan"). FCI files this Cure Claim purely as a precaution and out of an abundance of caution. FCI does not believe, and does not admit or concede, that the Pension Plans are required to file a Cure Claim. The Debtors' obligations to fund the Pension Plans are statutory and not executory; as such section 365 of the Bankruptcy Code is inapplicable. Moreover, the Plan requires the Debtors to fully fund the Pension Plans shortly after the Plan becomes effective

and expressly preserves the Debtors' liability for unpaid contributions notwithstanding any other Plan provision(s).

Each of the Pension Plans filed a proof of claim on July 28, 2006 (the "Original Claims") for legally required contributions owed to the Pension Plans. On January 16, 2008, each of the Pension Plans filed an amended claim (the "Amended Claims") to reflect additional unfunded required contributions.[1] The Amended Claims reflect amounts due to the Pension Plans through December 31, 2007 as made known to FCI by the Pension Plans' actuaries. Additional amounts will be due and owing but FCI is unable at this time to calculate those amounts. Accordingly, the cure amounts listed below are subject to change.

## CURE CLAIMS:

**Delphi Corporation Retirement Program for Salaried Employees:**

$882,694,000 (if IRS conditional funding waiver is ignored); or

$187,848,000 (if IRS conditional funding waiver is included).

**Delphi Hourly-Rate Employees Pension Plan:**

$2,602,171,000.00 (if IRS conditional funding waiver is ignored); or

$161,939,000.00 (if IRS conditional funding waiver is included).

**ASEC Manufacturing Retirement Program:**

$1,344,586.00

**Delphi Mechatronic Systems Retirement Program:**

$250,399.00

**Packard Hughes Interconnect Non-Bargaining Retirement Plan:**

$2,977,925.00

---

[1] On or about February 20, 2008, the Debtors filed an objection (the "Claim Objection") to the Original Claims on the basis that the Original Claims had been amended and superseded. By the Claim Objection, the Debtors seek the expungement of the Original Claims.

**Packard Hughes Interconnect Bargaining Retirement Plan:**

$1,142,140.00


Dated: March 3 , 2008

                                **BUCHANAN INGERSOLL & ROONEY PC**

                                /s/ William H. Schorling (WS-6322)
                                William H. Schorling, Esquire (WS-6322)
                                1 Chase Manhattan Plaza, 35th Floor
                                New York, NY 10005-1417
                                (212) 440-4400 - Telephone
                                (212) 440-4401 - Facsimile

                                *Counsel for Fiduciary Counselors, Inc.*