BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 I caused to be served the Cure Claims of various creditors filed by Fiduciary Counselors, Inc. upon the persons and entities listed on <u>Exhibit A</u> annexed hereto via overnight mail as noted thereon.

Dated: March 4, 2008
       Philadelphia, PA

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Donna S. Curcio*
Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA 19103
Tel: (215) 665-8700
Fax: (215) 665-8760