# EXHIBIT A

Via overnight mail:

Delphi Corporation
Attn: David M. Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden Arps Slate Meagher
& Flom LLP
Attn:   John Wm. Butler, Jr.
        George N. Panagakis
        Ron E. Meisler
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

Skadden Arps Slate Meagher
& Flom LLP
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz
Four Times Square
New York, NY 10036

#2060771-v1