**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                        Chapter 11

                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                           Jointly Administered

                    Debtors

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of Sheila R. Schwager, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Sheila R. Schwager, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 4, 2008
       New York, New York

                                              /s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE