UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Connection Systems

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. *15364*

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)2 \

1.  TO:   METROCALL                                              ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    1201 MONTLIMAR DR

    MOBILE, AL 36609-1704

2.  Please take notice of the transfer of $*101.08* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer *$101.08* TO:
    Madison Niche Opportunities, LLC                             ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    6310 Lamar Ave
    Suite 120
    Overland Park, KS    66202

No action is required if you do not object to the transfer of your claim.

_/s/ Doyle Clark_
Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

Metrocall - USA mobility [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Connection Systems in the New York Southern Bankruptcy Court, The case entitled In re Delphi Connection Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___May 1, 2007___

[NAME OF CLAIMANT] ___Metrocall - USA Mobility Inc___

By: _____[signature]_____
(Signature of Claimant)

Print Name: ___Metrocall - USA Mobility Inc - Robert Muehlberger___

___6677 Richmond Hwy.___
(Address)

___Alexandria, VA 22306___
(Address)

___91-1199104___
(SS#/Tax ID)

By: _____N/A_____
(Signature of Co-Claimant)

Print Name: _____

---

(Address) _____

(Address) _____

(SS#/Tax ID) _____

Transfer Agreement Number: 103839036

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: ___[signature]___
         (signature)

___Doyle Clark___
         (print name)

05-02-07A08:56 RCVD

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 5627

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: MAGSOFT CORP ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   1223 PEOPLES AVE

   TROY, NY 12180

2. Please take notice of the transfer of $5,400.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $5,400.00 to:
   Madison Niche Opportunities, LLC ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave
   Suite 120
   Overland Park, KS 66202

No action is required if you do not object to the transfer of your claim.

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

MAGSOFT CORPORATION [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 29th March, 2007

[NAME OF CLAIMANT] MAGSOFT CORPORATION

By: _____
(Signature of Claimant)

Print Name: PHILIPPE F. WENDLING

20 PROSPECT ST.
(Address)

BALLSTON SPA, NY 12020
(Address)

13-3324075
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103838845

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

DOYLE CLARK
(print name)

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 16699

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:  **DIODES INC** ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **PO BOX 2960**

    **LOS ANGELES, CA 900510960**

2.  Please take notice of the transfer of $ 1,421.23 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $ 1,421.23 to:
    **Madison Niche Opportunities, LLC** ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Doyle Clark* (signature)

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913


0544481070410000000000019

EVIDENCE OF TRANSFER OF CLAIM

TO:       New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
          6310 Lamar Ave, Suite 120
          Overland Park, KS 66202

Diodes Inc.   [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the   April 6, 2007

[NAME OF CLAIMANT]          Diodes Inc.

By: _____
(Signature of Claimant)

Print Name:   Larry Katz

3050 East Hillcrest Drive
(Address)

Westlake Village, CA 91362
(Address)

95-2039518
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103838905

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _____
              (signature)
Doyle Clark
              (print name)

04-09-07A08:24 RCVD