UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
:
In re                          :    Chapter 11
:
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
:
            Debtors.           :    (Jointly Administered)
:
-------------------------------x

## MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM/TAXES INCURRED POST-PETITION

CITY OF VANDALIA, OHIO ("Vandalia"), by counsel, SARAH B. CARTER, moves the Court for payment of administrative claims and states as follows:

1. On October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York. The Debtors continue to operate their business and manage their properties as Debtors-in-possession under the Bankruptcy Code.

2. In March of 2007, DAS LLC filed its 2006 tax reconciliation with Vandalia, which established an outstanding balance of $35,687.53 (see attached account statement) ("Administrative Claim"), which was due on or before January 31, 2007 and has not been paid.

3. The Administrative Claim is not subject to any setoff or counterclaim, and Vandalia holds no security for such Administrative Claim.

4. Vandalia is entitled to payment of this Administrative Claim under 11 U.S.C. § 503(b) plus any penalties or interest owed on said Administrative Claim.

WHEREFORE, Vandalia prays for an order of this Court directing payment of administrative expenses in the amount of Thirty Five Thousand Six Hundred Eighty-Seven and

53/100 and all other just and proper relief.

/s/ Sarah B. Carter
Sarah B. Carter (0079889, OH)
PICKREL, SCHAEFFER AND EBELING
2700 Kettering Tower
Dayton, Ohio 45423-2700
(937) 223-1130 (Phone)
(937) 223-0339 (Fax)
scarter@pselaw.com
Attorneys for City of Vandalia, Ohio

## CERTIFICATE OF SERVICE

    The undersigned certifies and affirms that on March 4, 2008, she electronically filed with the clerk of the Court a copy of the Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition on behalf of Creditor CITY OF VANDALIA, OHIO ("Motion") using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above-referenced matter. The undersigned also certifies and affirms that a copy of the Motion was also mailed by regular U.S. mail, postage pre-paid, to the following at their business address set forth below in accordance with the Court's Notice of Procedures:

1. Delphi Automotive Systems, LLC
   5725 Delphi Drive
   Troy, MI 48098
   Attn: Legal Staff

2. Delphi Corporation
   5725 Delphi Drive
   Troy, MI 48098
   Attn: General Counsel

3. Counsel to Debtors
   Skadden, Arps, Slate,
     Meagher & Flom, LLP
   333 West Wacker Drive, Suite 2100
   Chicago, IL 60606

4. Counsel for the Agent under
     the Post-Petition Credit Facility
   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, NY 10017
   Attn: Donald Bernstein
   and Brian Resnick

5. Counsel for the Official Committee
     of Unsecured Creditors
   Latham & Watkins, LLP
   885 Third Avenue
   New York, NY 10022
   Attn: Robert Rosenberg & Mark Broude

6. Counsel for the Official Committee
     of Equity Security Holders
   Fried, Frank, Harris, Shriver &
     Jacobson, LLP
   One New York Plaza
   New York, NY 10004
   Attn: Bonnie Steingart

7. Office of the U.S. Trustee
   Southern District of New York
   33 Whitehall Street, Suite 2100
   New York, NY 10004
   Attn: Alicia M. Leonhard

8. The Honorable Robert D. Drain
   U.S. Bankruptcy Judge
   U.S. Bankruptcy Court
   Southern District of New York
   One Bowling Green, Room 632
   New York, NY 10004

9. E. Todd Sable
   Seth A. Drucker
   2290 First National Building
   660 Woodward Ave., Suite 2290
   Detroit, MI 48226-3506

/s/ Sarah B. Carter
Sarah B. Carter (0079889, OH)
PICKREL, SCHAEFFER AND EBELING
2700 Kettering Tower
Dayton, Ohio 45423-2700
(937) 223-1130 (Phone)
(937) 223-0339 (Fax)
Attorneys for City of Vandalia, Ohio

