UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :       Chapter 11

DELPHI CORPORATION, et al.,                         :       Case No. 05-44481 (RDD)
                                                            Jointly Administered
               Debtors.                             :
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS OF JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, N.A. hereby requests that copies of all notices and other papers in this case be sent to:

> JPMorgan Chase Bank, N.A.
> Mail Code: NY1-A436
> Attn: Susan McNamara, Legal Dept
> 1 Chase Manhattan Plaza, 26th floor
> New York, New York 10081
> Phone 212-552-1038
> Fax 212-552-5766

Dated: New York, New York
       March 4, 2008

JPMORGAN CHASE BANK, N.A.

By: _____
Title:
       Carrie A. Parks
       Authorized Signatory

NY-560772 v2