## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, March 4, 2008, I served the accompanying Supplemental Objection of the Timken Company and Timken U.S. Corp. to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Debtors' Bearings Business upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
   March 4, 2008

/s/Amelia J. Crowley
Amelia J. Crowley

NYK 1147877-1.034764.0216