UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: )<br>DELPHI CORPORATION, ET AL. )<br>)<br>)<br>DEBTORS. )<br>)<br>) | CASE NO. 05-44481 (RDD)<br><br>CHAPTER 11 |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Florence Bonaccorso-Saenz, a member in good standing of the bar of the State of Louisiana, and if applicable, the bar of the United States District Court for the Eastern, Middle and Western District of Louisiana, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Louisiana Department of Revenue, in the above referenced case. Mailing Address is: Louisiana Department of Revenue, Legal Division, Post Office Box 4064, Baton Rouge, Louisiana 70821, email address: Florence.Saenz@la.gov; telephone number (225) 219-2080.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 02/28/2008

Florence Bonaccorso-Saenz (#25493)
Louisiana Department of Revenue
Legal Division
617 North Third Street (Zip: 70802)
Post Office Box 4064
Baton Rouge, Louisiana 70821
Telephone: (225) 219-2080
Fax: (225) 219-0861
Email: Florence.Saenz@la.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:                              ) | |
| DELPHI CORPORATION, ET AL.    ) | CASE NO. 05-44481 (RDD) |
| ) | |
| ) | CHAPTER 11 |
| DEBTORS.                        ) | |
| ) | |
| ) | |

### ORDER

**IT IS ORDERED** that Florence Bonaccorso-Saenz, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided the filing fee has been paid.

**Dated:** _____    _____
New York, New York                **UNITED STATES BANKRUPTCY JUDGE**