## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the 4th day of March, 2008, I caused a copy of the **Cure Claim of Orix Warren, LLC** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Jeffrey L. Tanenbaum, Esq.<br>Michael P. Kessler, Esq.<br>Robert J. Lemons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver & Jacobsen<br>One New York Plaza<br>New York, NY 10004 |
| Thomas E. Lauria, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131 | Glenn M Kurtz, Esq.<br>John M. Reiss, Esq.<br>Gregory Pryor, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 |

**VIA FEDERAL EXPRESS**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green, Rm. 632
New York, NY 10004-1400

**VIA FIRST CLASS MAIL**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

 

                    **/s/ Jeffrey C. Wisler**
                         Jeffrey C. Wisler

#595994