MILLER JOHNSON
250 Monroe Avenue, N.W.
Suite 800
PO Box 306
Grand Rapids, Michigan  49501-0306
Thomas P. Sarb (TS 8282)
ecfsarbt@millerjohnson.com
Robert D. Wolford (RW 1314)
ecfwolfordr@millerjohnson.com
(Each admitted *Pro Hac Vice*)
(616) 831-1700 (Telephone)
(616) 831-1701 (facsimile)

Attorneys for Rosler Metal Finishing USA, L.L.C.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | Case No. 05-44481-RDD |
| DELPHI CORPORATION, et al., | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

**CORRECTED NOTICE OF WITHDRAWAL OF
ROSLER METAL FINISHING USA, L.L.C. LIMITED, PROTECTIVE OBJECTION
TO DEBTORS' NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Rosler Metal Finishing USA, L.L.C. ("Rosler"), files this corrected notice amending the notice filed herein on February 27, 2008 (Doc. No. 12891) and hereby withdraws its objection filed herein on February 1, 2008 (Doc. No. 12455) to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Steering and Halfshaft Business and to the Debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business based on (a) the subsequent cure of

the post-petition defaults alleged in Rosler's objection and (b) the adequate assurance of future performance provided to Rosler by the Debtors and the proposed purchasers.

Dated:  March 4, 2008               Respectfully submitted:

                               /s/ Robert D. Wolford
                              Thomas P. Sarb (TS 8282)
                              Robert D. Wolford (RW 1314)
                              [Each admitted *Pro Hac Vice*]
                              Business Address:
                                  Miller Johnson
                                  250 Monroe Avenue, N.W., Suite 800
                                  Grand Rapids, Michigan  49501-0306
                              Telephone:  (616) 831-1700
                              ecfwolfordr@millerjohnson.com

## CERTIFICATE OF SERVICE

       I, the undersigned, do hereby certify that a copy of the foregoing was served, via ordinary U.S. Mail on this 5th day of March, 2008 on the following:

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meager & Flom LLP
Attn: John K. Lyons, Ron E. Meisler, and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago IL 60606

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP

2

Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Kirkland & Ellis LLP
Attn: Richard L. Wynne
777 South Figueroa Street
Los Angeles, CA 90017

Office of US Trustee, SDNY
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

Honorable Robert D. Drain
US Bankruptcy Judge
US Bankruptcy Court, SDNY
One Bowling Green, Room 610
New York, NY 10004

                                    /s/Robert D. Wolford

3