UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

PROPOSED CURE CLAIM OF CREDITOR F&G TOOL & DIE CO. INC.

    Now comes Creditor F&G Tool & Die Co. Inc. (""F&G Tool") and, pursuant to §8.2(b) of the confirmed First Amended Joint Plan of Reorganization confirmed by the Court, hereby gives notice of its proposed Cure Claim in the amount of $145,739.73 with respect to executory contracts between the parties assumed by Debtors. Documentation of the proposed Cure Amount is set forth in Exhibit "A" attached hereto and incorporated herein.

    Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com
Attorney for F&G Tool & Die Co.

CERTIFICATE OF SERVICE

    Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Proposed Cure Claim of F&G Multi-Slide Inc. was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 5th day of March, 2008 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: David M. Sherbin, General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
George N. Panagakis, Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Mitchell A. Seider, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Vivek Melwani, Esq.
Brad E. Scheler, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                                /s/Paul H. Spaeth
                                                Paul H. Spaeth