**F&G TOOL AND DIE CO.**  
3024 DRYDEN RD.  
DAYTON, OH 45439

**Outstanding Invoice Listing Owed By**

| Customer ID | Name | Type | Invoice # | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|
| DELCOE | DELPHI/DELCO ELECTRONICS SYS | | | | |
| | | INV | 32265A | 27-Jul-05 | $2,383.08 |
| | | INV | 32266A | 27-Jul-05 | $1,381.73 |
| | | INV | 32289A | 28-Jul-05 | $584.52 |
| | | INV | 32298A | 28-Jul-05 | $578.55 |
| | | INV | 32305A | 29-Jul-05 | $86.36 |
| | | INV | 32343A | 02-Aug-05 | $1,191.54 |
| | | INV | 32344A | 02-Aug-05 | $1,374.18 |
| | | INV | 32345A | 02-Aug-05 | $86.36 |
| | | INV | 32346A | 02-Aug-05 | $1,309.34 |
| | | INV | 32361A | 03-Aug-05 | $3,928.02 |
| | | INV | 32364A | 03-Aug-05 | $1,374.18 |
| | | INV | 32365A | 03-Aug-05 | $244.68 |
| | | INV | 32374A | 03-Aug-05 | $1,787.31 |
| | | INV | 32380A | 04-Aug-05 | $1,191.54 |
| | | INV | 32381A | 04-Aug-05 | $129.54 |
| | | INV | 32382A | 04-Aug-05 | $1,374.18 |
| | | INV | 32383A | 04-Aug-05 | $2,618.68 |
| | | INV | 32393A | 05-Aug-05 | $1,787.31 |
| | | INV | 32394A | 05-Aug-05 | $820.40 |
| | | INV | 32403A | 05-Aug-05 | $2,061.27 |
| | | INV | 32410A | 09-Aug-05 | $57.57 |
| | | INV | 32411A | 09-Aug-05 | $1,309.34 |
| | | INV | 32419A | 09-Aug-05 | $1,191.54 |
| | | INV | 32420A | 09-Aug-05 | $687.09 |
| | | INV | 32433A | 09-Aug-05 | $86.36 |
| | | INV | 32434A | 09-Aug-05 | $1,309.34 |
| | | INV | 32440A | 09-Aug-05 | $1,191.54 |
| | | INV | 32444A | 10-Aug-05 | $687.09 |
| | | INV | 32452A | 10-Aug-05 | $1,191.54 |
| | | INV | 32453A | 10-Aug-05 | $1,309.34 |
| | | INV | 32454A | 10-Aug-05 | $86.36 |
| | | INV | 32457A | 10-Aug-05 | $687.09 |
| | | INV | 32469A | 11-Aug-05 | $595.77 |
| | | INV | 32470A | 11-Aug-05 | $86.36 |
| | | INV | 32471A | 11-Aug-05 | $687.09 |
| | | INV | 32472A | 11-Aug-05 | $1,309.34 |
| | | INV | 32482A | 12-Aug-05 | $595.77 |
| | | INV | 32483A | 12-Aug-05 | $662.08 |
| | | INV | 32494A | 12-Aug-05 | $1,374.18 |
| | | INV | 32513A | 16-Aug-05 | $595.77 |
| | | INV | 32514A | 16-Aug-05 | $86.36 |
| | | INV | 32515A | 16-Aug-05 | $687.09 |
| | | INV | 32516A | 16-Aug-05 | $1,309.34 |

| | | | |
|---|---|---|---|
| INV | 32534A | 16-Aug-05 | $595.77 |
| INV | 32535A | 16-Aug-05 | $1,309.34 |
| INV | 32536A | 16-Aug-05 | $43.18 |
| INV | 32569A | 17-Aug-05 | $1,309.34 |
| INV | 32576A | 18-Aug-05 | $2,618.68 |
| INV | 32615A | 22-Aug-05 | $1,309.34 |
| INV | 32643A | 23-Aug-05 | $1,309.34 |
| INV | 32656A | 23-Aug-05 | $2,978.85 |
| INV | 32669A | 24-Aug-05 | $2,618.68 |
| INV | 32670A | 24-Aug-05 | $595.77 |
| INV | 32671A | 24-Aug-05 | $687.09 |
| INV | 32674A | 24-Aug-05 | $1,191.54 |
| INV | 32687A | 26-Aug-05 | $1,309.34 |
| INV | 32688A | 26-Aug-05 | $2,383.08 |
| INV | 32697A | 29-Aug-05 | $1,787.31 |
| INV | 32727A | 30-Aug-05 | $1,191.54 |
| INV | 32728A | 30-Aug-05 | $687.09 |
| INV | 32729A | 30-Aug-05 | $1,309.34 |
| INV | 32754A | 30-Aug-05 | $1,309.34 |
| INV | 32755A | 30-Aug-05 | $1,191.54 |
| INV | 32756A | 30-Aug-05 | $687.09 |
| INV | 32767A | 31-Aug-05 | $2,618.68 |
| INV | 32768A | 31-Aug-05 | $595.77 |
| INV | 32782A | 01-Sep-05 | $1,309.34 |
| INV | 32794A | 02-Sep-05 | $1,309.34 |
| INV | 32805A | 08-Sep-05 | $3,928.02 |
| INV | 32806A | 08-Sep-05 | $1,191.54 |
| INV | 32821A | 08-Sep-05 | $1,787.31 |
| INV | 32822A | 08-Sep-05 | $1,309.34 |
| INV | 32845A | 08-Sep-05 | $578.55 |
| INV | 32846A | 08-Sep-05 | $3,026.00 |
| INV | 32859A | 09-Sep-05 | $578.55 |
| INV | 32860A | 09-Sep-05 | $1,513.00 |
| INV | 32874A | 14-Sep-05 | $578.55 |
| INV | 32875A | 14-Sep-05 | $1,513.00 |
| INV | 32901A | 14-Sep-05 | $1,513.00 |
| INV | 32921A | 15-Sep-05 | $1,513.00 |
| INV | 32936A | 15-Sep-05 | $1,157.10 |
| INV | 32937A | 15-Sep-05 | $1,111.50 |
| INV | 32941A | 15-Sep-05 | $3,026.00 |
| INV | 32944A | 15-Sep-05 | $474.97 |
| INV | 32948A | 15-Sep-05 | $2,000.70 |
| INV | 32949A | 15-Sep-05 | $2,000.70 |
| INV | 32950A | 16-Sep-05 | $1,513.00 |
| INV | 32951A | 16-Sep-05 | $129.54 |
| INV | 32956A | 16-Sep-05 | $566.90 |
| INV | 32957A | 16-Sep-05 | $2,314.20 |
| INV | 32975A | 19-Sep-05 | $1,735.65 |
| INV | 32986A | 20-Sep-05 | $1,513.00 |

| | | | |
|---|---|---|---|
| INV | 32987A | 20-Sep-05 | $129.54 |
| INV | 32989A | 20-Sep-05 | $1,157.10 |
| INV | 32990A | 20-Sep-05 | $666.90 |
| INV | 32995A | 21-Sep-05 | $172.72 |
| INV | 32996A | 21-Sep-05 | $1,513.00 |
| INV | 33002A | 21-Sep-05 | $2,892.75 |
| INV | 33003A | 21-Sep-05 | $666.90 |
| INV | 33015A | 22-Sep-05 | $1,513.00 |
| INV | 33016A | 22-Sep-05 | $129.54 |
| INV | 33024A | 22-Sep-05 | $1,157.10 |
| INV | 33025A | 22-Sep-05 | $666.90 |
| INV | 33033A | 26-Sep-05 | $259.07 |
| INV | 33034A | 26-Sep-05 | $1,157.10 |
| INV | 33035A | 26-Sep-05 | $1,333.80 |
| INV | 33051A | 26-Sep-05 | $1,157.10 |
| INV | 33052A | 26-Sep-05 | $129.54 |
| INV | 33053A | 26-Sep-05 | $1,513.00 |
| INV | 33066A | 27-Sep-05 | $129.54 |
| INV | 33067A | 27-Sep-05 | $578.55 |
| INV | 33068A | 27-Sep-05 | $666.90 |
| INV | 33069A | 27-Sep-05 | $1,513.00 |
| INV | 33093A | 28-Sep-05 | $129.54 |
| INV | 33094A | 28-Sep-05 | $1,513.00 |
| INV | 33095A | 28-Sep-05 | $1,157.10 |
| INV | 33104A | 04-Oct-05 | $1,157.10 |
| INV | 33105A | 04-Oct-05 | $1,513.00 |
| INV | 33106A | 04-Oct-05 | $129.54 |
| INV | 33121A | 04-Oct-05 | $1,333.80 |
| INV | 33122A | 04-Oct-05 | $1,157.10 |
| INV | 33123A | 04-Oct-05 | $43.18 |
| INV | 33164A | 05-Oct-05 | $1,513.00 |
| INV | 33165A | 05-Oct-05 | $86.36 |
| INV | 33166A | 05-Oct-05 | $1,157.10 |
| INV | 33167A | 05-Oct-05 | $666.90 |
| INV | 33228A | 07-Oct-05 | $75.00 |
| | | Totals: | $145,739.73 |

Delphi

**Balance Due**

$2,383.08
$1,381.73
$584.52
$578.55
$86.36
$1,191.54
$1,374.18
$86.36
$1,309.34
$3,928.02
$1,374.18
$244.68
$1,787.31
$1,191.54
$129.54
$1,374.18
$2,618.68
$1,787.31
$820.40
$2,061.27
$57.57
$1,309.34
$1,191.54
$687.09
$86.36
$1,309.34
$1,191.54
$687.09
$1,191.54
$1,309.34
$86.36
$687.09
$595.77
$86.36
$687.09
$1,309.34
$595.77
$662.08
$1,374.18
$595.77
$86.36
$687.09
$1,309.34

$595.77
$1,309.34
$43.18
$1,309.34
$2,618.68
$1,309.34
$1,309.34
$2,978.85
$2,618.68
$595.77
$687.09
$1,191.54
$1,309.34
$2,383.08
$1,787.31
$1,191.54
$687.09
$1,309.34
$1,309.34
$1,191.54
$687.09
$2,618.68
$595.77
$1,309.34
$1,309.34
$3,928.02
$1,191.54
$1,787.31
$1,309.34
$578.55
$3,026.00
$578.55
$1,513.00
$578.55
$1,513.00
$1,513.00
$1,513.00
$1,157.10
$1,111.50
$3,026.00
$474.97
$2,000.70
$2,000.70
$1,513.00
$129.54
$666.90
$2,314.20
$1,735.65
$1,513.00

$129.54
$1,157.10
$666.90
$172.72
$1,513.00
$2,892.75
$666.90
$1,513.00
$129.54
$1,157.10
$666.90
$259.07
$1,157.10
$1,333.80
$1,157.10
$129.54
$1,513.00
$129.54
$578.55
$666.90
$1,513.00
$129.54
$1,513.00
$1,157.10
$1,157.10
$1,513.00
$129.54
$1,333.80
$1,157.10
$43.18
$1,513.00
$86.36
$1,157.10
$666.90
$75.00
**$145,739.73**