COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial Sales, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :
         In re                                         :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05-44481 (RDD)
                                                       :
                   Debtors.                            :    (Jointly Administered)
------------------------------------------------------ :

**WITHDRAWAL OF OBJECTION OF COLUMBIA INDUSTRIAL SALES, INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

PLEASE TAKE NOTICE, that Columbia Industrial Sales, Inc., by its undersigned counsel, hereby withdraws its Objection to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business, filed February 19, 2008 (*Docket No. 12756*).

Dated:  March 5, 2008                               Respectfully submitted,

                                                    COOLIDGE WALL CO., L.P.A.

                                                     */s/ Ronald S. Pretekin*
                                                    Ronald S. Pretekin  (OH 0018694)
                                                    33 West First Street, Suite 600
                                                    Dayton, OH  45402
                                                    Telephone:  937-223-8177

PDF created with pdfFactory trial version www.pdffactory.com

Facsimile: 937-223-6705
e-mail: pretekin@coollaw.com

ATTORNEYS FOR COLUMBIA INDUSTRIAL SALES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, a copy of the foregoing *Withdrawal of Objection* was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system. Copies were forwarded to those parties listed below via regular U.S. Mail.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green, Room 610
New York, NY  100064

Delphi Corporation
Attn: Deputy General Counsel
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098
(*Debtor*)

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY  10017

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004
(*United States Trustee*)

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom LLP
John William Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
(*Counsel to Debtor*)

Latham & Watkins LLP
Attn: Mark A. Broude
Robert J. Rosenberg
885 Third Avenue
New York, NY  10022
(*Counsel to Creditors Committee*)

Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

2

PDF created with pdfFactory trial version www.pdffactory.com

05-44481-rdd    Doc 12975    Filed 03/05/08    Entered 03/05/08 14:45:36    Main Document
Pg 3 of 3

Richard L. Wynne, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA  90017

S:\Wdox\Client\008134\00151\00384318.Doc
3/5/08

PDF created with pdfFactory trial version www.pdffactory.com