BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,
as agent for Eireann II, CAI-UBK Equipment,
CAI-ALJ Equipment, II BU de Mexico
S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :   (Jointly Administered)
                           Debtors.                          :
------------------------------------------------------------ X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    **K. Simone Knox**, being duly sworn, deposes and says:

  I am not a party to the within action, am over 18 years of age and am employed by Buchanan Ingersoll & Rooney PC, attorneys for ATEL Leasing Corporation,as agent for Eireann II, CAI-UBK Equipment, CAI-ALJ Equipment, II BU de Mexico S.A. de C.V .and Eireann III

  On March 5, 2008 I served via **U.S. Postal First Class Mail**, a true and correct copy of **CURE CLAIM OF ATEL LEASING CORPORATION, together with exhibits** upon all the parties listed on the attached Service List.

                /s/ K. Simone Knox
                 K. Simone Knox

Sworn before me this
5th day of March, 2008

/s/ Susan Persichilli
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2010

## SERVICE LIST

In re : DELPHI CORPORATION, *et al* (Debtor)
Chapter 11 -- Case No. 05-44481 (RDD)

**Alicia M. Leonhard, Esq.**
**Office of the United States Trustee**
33 Whitehall Street
21St Floor
New York, New York 10004

**John William Butler, Jr., Esq.**
**Skadden, Arps, Slate, Meagher & Flom LLP**
West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**David M. Sherbin, Esq.**
**General Counsel**
**Delphi Corporation**
5725 Delphi Drive
Troy, Michigan 48098

**Kayalyn A. Marafioti, Esq.**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, New York 10036

#376382-v1