# EXHIBIT G

**From:** Butler, Jr., John (Jack) Wm (CHI)
**Sent:** Monday, February 25, 2008 3:02 PM
**To:** 'Lauria, Thomas E.'
**Cc:** ROBERT.ROSENBERG@lw.com; Mark.Broude@lw.com; schelbr@friedfrank.com; SteinBo@friedfrank.com; melwavi@friedfrank.com; Uzzi, Gerard; Baumstein, Douglas; jeff.tanenbaum@weil.com; michael.kessler@weil.com; john.sheehan@delphi.com; david.sherbin@delphi.com; sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; david.resnick@us.rothschild.com; william.shaw@us.rothschild.com; Randall.Eisenberg@FTIConsulting.com; Cochran, Eric L (NYC); Marafioti, Kayalyn A (NYC)
**Subject:** RE: Delphi -- Response to Plan Investor Letters dated February 13 and 24, 2008

Tom,

Thank you for your email.

Delphi looks forward to the further response of the Plan Investors and sincerely hopes that ADAH and the other Investors will reconsider the earlier communications, withdraw them, and move forward cooperatively with the Company to complete the exit financing and consummate the confirmed plan of reorganization by the end of next month.

With respect to clarification of your February 24, 2008 letter, we have reviewed the email below with our client. We do not understand the import of the clarification or its practical significance. As ADAH and you must surely understand, ADAH's statement below that "it supports the Company in relaunching its efforts to raise at least $1.7 billion of first lien financing as part of the $5.2 billion of first and second lien debt funding required under the EPCA" is basically meaningless since it would not be possible to publicly relaunch the exit financing without addressing GM's increased participation including GM's agreement to purchase $2 billion of the first lien debt on the terms previously disclosed to the Plan Investors.

With respect to the matter of the scheduling of the Chambers conference, we will relay your availability to Chambers when we make the formal request shortly.

See you tomorrow.

Jack

---

**John Wm. ("Jack") Butler, Jr.**
**Partner and Co-Practice Leader, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**O: 312.407.0730 | M: 312.498.6691 | F: 312.407.8501**
**jack.butler@skadden.com**

Skadden

**From:** Lauria, Thomas E. [mailto:TLauria@miami.whitecase.com]
**Sent:** Monday, February 25, 2008 2:59 PM
**To:** Butler, Jr., John (Jack) Wm (CHI)
**Cc:** ROBERT.ROSENBERG@lw.com; Mark.Broude@lw.com; schelbr@friedfrank.com; SteinBo@friedfrank.com; melwavi@friedfrank.com; Uzzi, Gerard; Baumstein, Douglas; jeff.tanenbaum@weil.com; michael.kessler@weil.com; john.sheehan@delphi.com; david.sherbin@delphi.com; sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; david.resnick@us.rothschild.com; william.shaw@us.rothschild.com; Randall.Eisenberg@FTIConsulting.com; Cochran, Eric L (NYC); Marafioti, Kayalyn A (NYC)
**Subject:** Re: Delphi -- Response to Plan Investor Letter dated February 13, 2008

In clarification of the letter we sent last night and as an interim response to your letter of today, ADAH supports the Company in relaunching its efforts to raise at least $1.7 billion of first lien financing as part of the $5.2 billion of first and second lien debt funding required under the EPCA. ADAH does not consent to the Company's proposal that GM acquire $2 billion of the first lien debt. We have scheduled a 3:30 telephone conference with the other Plan Investors and anticipate providing a more detailed response to your letter as soon as possible thereafter.

As a matter of scheduling, I am on the west coast and will not be able to get to NY in time for a 1:30 chambers conference tomorrow. I could attend a chambers conference either later tomorrow (4:00) or any time Wednesday morning.

Thanks.

Tom

------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Butler, Jr., John (Jack) Wm <Jack.Butler@skadden.com>
To: Lauria, Thomas E.
CC: ROBERT.ROSENBERG@lw.com <ROBERT.ROSENBERG@lw.com>; Mark.Broude@lw.com <Mark.Broude@lw.com>; SchelBr@friedfrank.com <SchelBr@friedfrank.com>; Steingart, Bonnie <SteinBo@friedfrank.com>; MelwaVi@friedfrank.com <MelwaVi@friedfrank.com>; Uzzi, Gerard; Baumstein, Douglas; jeff.tanenbaum@weil.com <jeff.tanenbaum@weil.com>; michael.kessler@weil.com <michael.kessler@weil.com>; Sheehan, John (CRO) <john.sheehan@delphi.com>; Sherbin, David <david.sherbin@delphi.com>; Corcoran, Sean P <sean.p.corcoran@delphi.com>; Craft, Karen J <karen.j.craft@delphi.com>; david.resnick@us.rothschild.com <david.resnick@us.rothschild.com>; Shaw, William <william.shaw@us.rothschild.com>; Eisenberg, Randall <Randall.Eisenberg@FTIConsulting.com>; Cochran, Eric L (NYC) <Eric.Cochran@skadden.com>; Marafioti, Kayalyn A (NYC) <Kayalyn.Marafioti@skadden.com>
Sent: Mon Feb 25 12:46:01 2008
Subject: Delphi -- Response to Plan Investor Letter dated February 13, 2008

Please see the attached letter on behalf of the Debtors to White & Case on behalf of ADAH and the other Plan Investors.

Also attached is the February 24, 2008 letter received overnight from White & Case on behalf of ADAH.

Thanks,

Jack Butler

---

John Wm. ("Jack") Butler, Jr.
Partner and Co-Practice Leader, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
O: 312.407.0730 | M: 312.498.6691 | F: 312.407.8501