# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| Delphi Corporation, et al. | ) ) | Case No. 05-44481 (RDD) Jointly Administered |
| Debtors. | ) ) |  |

**ORDER AUTHORIZING A-D ACQUISITION HOLDINGS, LLC TO FILE UNDER SEAL OPPOSITION PAPERS TO THE DEBTORS' EXPEDITED MOTION UNDER 11 U.S.C. § 1142(b) AND FED. R. BANKR. P. 3020(d) FOR IMPLEMENTATION OF DEBTORS' CONFIRMED PLAN OF REORGANIZATION**

Upon the *ex parte* motion (the "Ex Parte Motion") of A-D Acquisitions Holdings, LLC ("ADAH") for an order granting ADAH leave to file under seal its opposition brief, including the declarations of Gregory Pryor and James Bolin, (collectively, the "Opposition Papers") to the Debtors' Expedited Motion under 11 U.S.C. § 1142(b) and Federal Rule of Bankruptcy Procedure 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization, which was filed with this Court on March 5, 2008; and it appearing that this Court has jurisdiction over the Ex Parte Motion pursuant to 28 U.S.C. § 1334, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and good and sufficient cause appearing therefore, it is

ORDERED that the Ex Parte Motion is GRANTED; and it is further

ORDERED that, pursuant to section 107(b)(1) of the Bankruptcy Code and Bankruptcy Rule 9018, ADAH is authorized to file the Opposition Papers under seal and the Clerk of the United States Bankruptcy Court is directed to accept the Opposition Papers for filing under seal; and it is further

ORDERED that the unredacted Opposition Papers shall remain confidential, be filed under seal, and be served upon and made publicly available only to the Court, counsel to the

Debtors, and any other parties pursuant to a protective order as ordered by the Court, and it is further

ORDERED that any and all rights of ADAH or any other party to object to the Debtors' designation of certain information referred to in the Opposition Papers as Confidential or Highly Confidential, and to seek to have the Opposition Papers unsealed, are reserved and unaffected by the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of the this Order; and it is further

ORDERED that any and all further notice of the relief granted by this Order be, and it hereby is, dispensed with and waived.

Dated: New York, New York
       March __, 2008

                              HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE