Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212.859.8000
Facsimile:  212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :    Chapter 11
                                              :
  Delphi Corporation, et al.,                 :    Case No.  05-44481 (RDD)
                                              :    (Jointly Administered)
                    Debtors.                  :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINDER OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS TO THE DEBTORS' EXPEDITED MOTION UNDER 11 U.S.C. §1142(b)
AND FED. R. BANKR. P. 3020(d) FOR IMPLEMENTATION OF DEBTORS'
<u>CONFIRMED PLAN OF REORGANIZATION</u>**

The Official Committee of Equity Security Holders (the "Equity Committee") of Delphi Corporation and the other above-captioned debtors (collectively, the "Debtors") by and through its counsel, Fried, Frank, Harris, Shriver & Jacobson LLP, hereby joins in the Debtors' Expedited Motion Under 11 U.S.C. §1142(b) And Fed. R. Bankr. P. 3020(d) For Implementation Of Debtors' Confirmed Plan of Reorganization (the "Motion").

For the reasons set forth in the Motion, the Equity Committee respectfully requests that the Court grant the relief requested in the Motion and grant such other relief as is just and proper.

Dated: March 6, 2008
      New York, New York

                FRIED, FRANK, HARRIS, SHRIVER
                    & JACOBSON LLP

                By: /s/ Bonnie Steingart_____
                    Bonnie Steingart (BS-8004)

                One New York Plaza
                New York, New York 10004
                Telephone: 212.859.8000
                Facsimile: 212.859.4000

                *Counsel for the Official Committee of Equity*
                *Security Holders*

613037