**DAY PITNEY LLP**
Amish R. Doshi (AD5996)
7 Times Square
New York, New York 10036
Telephone:     (212) 297-5800
Facsimile:     (212) 916-2940
E-Mail:     adoshi@daypitney.com

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, *et al*.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING PRECAUTIONARY**
**CURE CLAIM OBJECTION OF IBJTC BUSINESS CREDIT CORPORATION**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.    I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey.  Day Pitney is counsel for IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation in connection with the above-referenced matter.

2.    On March 6, 2008, I electronically filed the Precautionary Cure Claim Objection of IBJTC Business Credit Corporation with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon.

2

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: March 6, 2008
Florham Park, New Jersey

# SERVICE LIST

**Served via Overnight Mail on 3/6/2008:**

**Debtors**

Delphi Corporation
5725 Delphi Drive
Troy Michigan 48098
Attn:   David M. Sherbin
           General Counsel


**Counsel to the Debtors**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr.
           George N. Panagakis
           Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:   Kayalyn A. Marafioti
           Thomas J. Matz


**Counsel for Official Committee of Unsecured Creditors**

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:   Robert J. Rosenberg
           Mark A. Broude
           Mitchell A. Seider

**Counsel for Official Committee of Equity Security Holders**

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn:   Bonnie Steingart
        Vivek Melwani
        Brad E. Scheler


**Plan Investors**

A-D Acquisition Holdings, LLC
c/o Appaloosa Management L.P.
26 Main Street
Chatham, New Jersey 07928
Attn:   James E. Bolin

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
Attn:   Thomas E. Lauria
        Michael C. Shepherd


White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Attn:   Gerard H. Uzzi
        Glenn M. Kurtz
        Douglas P. Baumstein


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jeffrey L. Tanenbaum
        Michael P. Kessler
        Robert J. Lemons