## **EXHIBIT 5**

**Account 330 372-2121 032**

*330 - 373 - 2121 - 032*

SPICE - Metaframe Presentation Server Client

Main Menu   CI - Customer Account for (330) 373-2121 032  DELPHI CORP\CSC [11OH]

File   Account   Domestic Engine   LineNote   Xpth - CPE   Carrier Entry   Order Inquiry   Other

Account Number                                    Wire   Company   Service                **Wednesday**
NPA   COC   LINE   CUS   Exchange

CI - Current Payments for (330) 373-2121 032 DELPHI CORP\CSC [11OH]

| Date Paid | Payment Type | Payment Amount | Deposit/ Batch # | Group # | Type Transfer |
|---|---|---|---|---|---|
| 02/22/08 | REGULAR | -56836.01 | 890 | 22 | |
| 02/22/08 | REGULAR | -52321.95 | 890 | 22 | |

Ready

Total Payments            -109157.96                                      Close

Listing Name & Address                          Interlata Carrier   Intralata Carrier

(NP)(NC) DELPHI PACKARD ELECTRIC SYSTEMS                          Wireless Handsets
(OAD) 408 DANA N*E/COM (OAD) WARREN/LZIP 44483           Max  1   Available  1

| Credit Class | Sales Level | One Sprint Value | Primary SSN | Bill Date | Bill Due Date |
|---|---|---|---|---|---|
| B | B62 | | 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 | 02/22/08 | 03/13/08 |

Treatment History           Lifeline/LinkUp      CMCC      Suspend Date      Disconnect
000001001000                                     0200

Amount Due      Unpaid Balance   Last Payment Date
166172.88                        02/22/08                      1    Cust Bill   Retrieve   Close

Start   DA - Spice Only   DB - Spice Only   C - Spice Only   D - OUTS Only   Main Menu   OnDemand For   TW - Customer

*2-22-08 payments*

*Balance  166,172.88*

|  | Page  1 of  30 |
|---|---|
| **Monthly Statement**<br>February 22, 2008 | Account Number<br>330-373-2121-032 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 45,802.64 |
| Data - Page  24 | 2,003.55 |
| Taxes and Surcharges - Page  25 | 4,493.68 |
| Third Party Charges - Page  27 | 53.15 |
| **Total Current Charges** | **$52,353.02** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 222,977.82 | .00 | 222,977.82 | 52,353.02 | **$275,330.84** |

Current Charges Due By:      **03/13/08**

Please Recycle

**Please return this portion with payment**

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>**330-373-2121-032** |
|---|---|---|



**Please pay past due amount of
$222,977.82 immediately**

Total Amount Due:                              **$275,330.84**

Amount Enclosed:              $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP\CSC
MZ 5000
6100 WESTERN PL
FORT WORTH TX 76107

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33037321210320  00000005235302  275330842  0807708

**Monthly Statement**
January 22, 2008

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 45,795.04 |
| Data - Page  24 | 2,003.55 |
| Taxes and Surcharges - Page  25 | 4,492.93 |
| Third Party Charges - Page  27 | 15.93 |
| Total Current Charges | $52,307.45 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 170,670.37 | .00 | 170,670.37 | 52,307.45 | **$222,977.82** |

Current Charges Due By:  **02/11/08**

♻ Please Recycle



**Please return this portion with payment**

| | | |
|---|---|---|
| Customer Service | Internet Address | Account Number |
| 1-877-436-2277 | EMBARQ.com/business | 330-373-2121-032 |

**Please pay past due amount of
$170,670.37 immediately**

Total Amount Due:                    **$222,977.82**

Amount Enclosed:          $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33037321210320  00000005230745  222977829  0804406

| | |
|---|---|
| **Monthly Statement** | **Page  1 of  30** |
| December 22, 2007 | Account Number |
| | 330-373-2121-032 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 45,819.39 |
| Data - Page  24 | 2,003.55 |
| Taxes and Surcharges - Page  25 | 4,501.43 |
| Third Party Charges - Page  27 | 15.93 |
| **Total Current Charges** | **$52,340.30** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 156,375.31 | -38,045.24 | 118,330.07 | 52,340.30 | **$170,670.37** |

Current Charges Due By:   **01/11/08**

 Please Recycle

**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| 1-877-436-2277 | EMBARQ.com/business | 330-373-2121-032 |

**Please pay past due amount of**
**$118,330.07 immediately**

Total Amount Due:                      **$170,670.37**


**EMBARQ™**

Amount Enclosed:              **$** _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX        75266-0068

7  5  2  6  6  0  0  6  8  0

11  33037321210320  00000005234030  170670379  0801503

**Account 330 127-1000 758**

330-127-1000 758



SPICE - MetaFrame Presentation Server Client

Main Menu   CI - Customer Account for (330) 127-1000 758   DELPHI CORP\CSC [110H]

File   Account   Customer Inquiry   Previous   A/B   ICPB   Order Entry   Order Inquiry   Other

| | Account Number | | Wire | Company | Service | Wednesday |
|---|---|---|---|---|---|---|
| | NPA / COC   LINE   CUS | Exchange | | | |

CI - Current Payments for (330) 127-1000 758 DELPHI CORP\CSC [110H]

| Date Paid | Payment Type | Payment Amount | Deposit Batch # | Group # | Type Transfer |
|---|---|---|---|---|---|
| 02/22/08 | REGULAR | -287.55 | 890 | 22 | |
| 02/22/08 | REGULAR | -287.55 | 890 | 22 | |
| 02/22/08 | REGULAR | -287.55 | 890 | 22 | |
| 03/04/08 | REGULAR | -287.55 | 801 | 04 | |

Ready

Total Payments   -1150.20   Close

Listing Name & Address   Interlata Carrier   Intralata Carrier

(NPS) DELPHI; PACKARD

1265 NORTH RIVER RD N*E/COM WARREN/LZIP 44481-1020

Wireless Handsets   Max: 1   Available: 1

| Credit Class | Sales Level | One Sprint Value | Primary SSN | Bill Date | Bill Due Date |
|---|---|---|---|---|---|
| B | B62 | | 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 | 02/22/08 | 03/13/08 |

Treatment History   Lifeline/LinkUp   CMCC   Suspend Date   Disconnect

0 0 0 0 0 0 0 0 0 0 0 0 0 0   0000

| Amount Due | Unpaid Balance | Last Payment Date | | | |
|---|---|---|---|---|---|
| 1153.05 | | 03/04/08 | | Cust Bill   Retrieve   Close | |

Start   #0:A - Spice OnM   #0:B - Spice OnM   #0:C - Spice OnM   #0:D - CMTS O...   Main Menu   OnDemand   Ci - Custm...

2-22-08 & 3-04-08 payments

Balance 1153.05

| | | |
|---|---|---|
| **Monthly Statement** | **Page    1 of    4** | |
| February 22, 2008 | Account Number | |
| | 330-127-1000-758 | |

## Payment Options & Contact Info  | Current Charges At-A-Glance

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

| EMBARQ Services | Total |
|---|---|
| Local Services - Page   3 | 270.00 |
| Taxes and Surcharges - Page   3 | 17.55 |
| **Total Current Charges** | **$287.55** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 2,015.70 | .00 | 2,015.70 | 287.55 | **$2,303.25** |

Current Charges Due By:          **03/13/08**

Please Recycle

**Please return this portion with payment**



| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-127-1000-758** |

**Please pay past due amount of
$2,015.70 immediately**

Total Amount Due:                          **$2,303.25**

Amount Enclosed:          **$** _____

Write your 13-digit account number on check
Make checks payable to:

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

DELPHI CORP\CSC
MZ 5000
6100 WESTERN PL
FORT WORTH TX 76107

11  33012710007585  00000000028755  002303255  0807707

|  | Monthly Statement<br>January 22, 2008 | Page 1 of 4<br>Account Number<br>330-127-1000-758 |
|---|---|---|

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 270.00 |
| Taxes and Surcharges - Page 3 | 17.55 |
| Total Current Charges | $287.55 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 1,728.15 | .00 | 1,728.15 | 287.55 | **$2,015.70** |

Current Charges Due By: **02/11/08**

♲ Please Recycle



**Please return this portion with payment**

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>**330-127-1000-758** |
|---|---|---|

**Please pay past due amount of**
**$1,728.15 immediately**

Total Amount Due: **$2,015.70**

Amount Enclosed: $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX    75266-0068

7  5  2  6  6  0  0  6  8  0

11  33012710007585  00000000028755  002015709  0804405

| | Page 1 of 4 |
|---|---|
| **Monthly Statement** | **Account Number** |
| December 22, 2007 | 330-127-1000-758 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 270.00 |
| Taxes and Surcharges - Page 3 | 17.55 |
| **Total Current Charges** | **$287.55** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 1,440.60 | .00 | 1,440.60 | 287.55 | **$1,728.15** |

Current Charges Due By: **01/11/08**

Please Recycle



**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | 330-127-1000-758 |

**Please pay past due amount of $1,440.60 immediately**

Total Amount Due: $1,728.15

Amount Enclosed: $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX        75266-0068

7  5  2  6  6  0  0  6  8  0

11  33012710007585  00000000028755  001728156  0801501

| | Page 1 of 4 |
|---|---|
| Monthly Statement | Account Number |
| November 22, 2007 | 330-127-1000-758 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 270.00 |
| Taxes and Surcharges - Page 3 | 17.55 |
| Total Current Charges | $287.55 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 1,153.05 | .00 | 1,153.05 | 287.55 | **$1,440.60** |

Current Charges Due By:  **12/12/07**

⊛ Please Recycle



**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-127-1000-758** |

**Please pay past due amount of
$1,153.05 immediately**

Total Amount Due:                    **$1,440.60**

Amount Enclosed:          $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33012710007585  00000000028755  001440609  0734801

| | **Monthly Statement**<br>October 22, 2007 | **Page   1 of   5**<br>Account Number<br>330-127-1000-758 |
|---|---|---|

### Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

### Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 270.00 |
| Taxes and Surcharges - Page  4 | 17.55 |
| Total Current Charges | $287.55 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 865.50 | .00 | 865.50 | 287.55 | **$1,153.05** |

Current Charges Due By:     **11/11/07**

✴ Please Recycle



**Please return this portion with payment**

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>**330-127-1000-758** |
|---|---|---|

**Please pay past due amount of $865.50 immediately**

Total Amount Due:                     **$1,153.05**

Amount Enclosed:            $ [                    ]

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX          75266-0068

7 5 2 6 6 0 0 6 8 0

11  33012710007585  00000000028755  001153059  0731800

**Account 330 372-1481 898**

*330-372-1481 898*



*2-22-08 payments      3-5-08 Adjustment*

*Balance Due   509.34*

|  | **Page 1 of 5** |
|---|---|
| **Monthly Statement** | Account Number |
| February 6, 2008 | 330-372-1481-898 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 68.05 |
| Data - Page 3 | 34.95 |
| Taxes and Surcharges - Page 3 | 21.11 |
| **Total Current Charges** | **$124.11** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 622.85 | .00 | 622.85 | 124.11 | **$746.96** |

Current Charges Due By: **02/26/08**
If received after February 26: **$756.96**

Please Recycle

**Please return this portion with payment**



| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-372-1481-898** |

**Please pay past due amount of**
**$622.85 immediately**

Total Amount Due: **$746.96**
$756.96 if received after February 26

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX        75266-0068

7 5 2 6 6 0 0 6 8 0

11 33037214818987 00000000012411 000746960 0000003

| | |
|---|---|
| **Monthly Statement**<br>January 6, 2008 | **Page  1 of  5**<br>Account Number<br>330-372-1481-898 |

### Payment Options & Contact Info

**ℹ️ Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

### Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| 📠 Local Services - Page  3 | 49.05 |
| 💻 Data - Page  3 | 34.95 |
| Taxes and Surcharges - Page  3 | 19.76 |
| **Total Current Charges** | **$103.76** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 519.09 | .00 | 519.09 | 103.76 | **$622.85** |

| | |
|---|---|
| Current Charges Due By: | **01/26/08** |
| If received after January 26: | **$632.85** |

 Please Recycle

**Please return this portion with payment**


**EMBARQ**™

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>**330-372-1481-898** |
|---|---|---|

**Please pay past due amount of
$519.09 immediately**

Total Amount Due:                                      **$622.85**
$632.85 if received after January 26

Amount Enclosed:          **$** _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33037214818987  0000000010376  000622857  0000007

| | Page  1 of  5 |
|---|---|
| **Monthly Statement** | Account Number |
| December 6, 2007 | 330-372-1481-898 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 49.05 |
| Data - Page  3 | 34.95 |
| Taxes and Surcharges - Page  3 | 19.81 |
| Total Current Charges | $103.81 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 415.28 | .00 | 415.28 | 103.81 | **$519.09** |

| Current Charges Due By: | **12/26/07** |
|---|---|
| **If received after December 26:** | **$529.09** |

Please Recycle



**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-372-1481-898** |

**Please pay past due amount of**
**$415.28 immediately**

| Total Amount Due: | $519.09 |
|---|---|
| $529.09 if received after December 26 | |

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

Embarq
PO Box 660068
Dallas TX        75266-0068

7  5  2  6  6  0  0  6  8  0

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

11  33037214818987  00000000010381  000519092  0000001

| | Page 1 of 5 |
|---|---|
| **Monthly Statement** | Account Number |
| November 6, 2007 | 330-372-1481-898 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 49.05 |
| Data - Page 3 | 34.95 |
| Taxes and Surcharges - Page 3 | 19.81 |
| Total Current Charges | $103.81 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 311.47 | .00 | 311.47 | 103.81 | **$415.28** |

| Current Charges Due By: | **11/27/07** |
|---|---|
| If received after November 27: | **$425.28** |

Please Recycle

**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-372-1481-898** |

**Please pay past due amount of $311.47 immediately**

| Total Amount Due: | $415.28 |
|---|---|
| $425.28 if received after November 27 | |

Amount Enclosed: $ _____

Write your 13-digit account number on check
Make checks payable to:



DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX        75266-0068

7 5 2 6 6 0 0 6 8 0

11  33037214818987  00000000010381  000415288  0000005

| | | Page   1 of   5 |
|---|---|---|
| | **Monthly Statement** | Account Number |
| | October 6, 2007 | 330-372-1481-898 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 49.05 |
| Data - Page  3 | 34.95 |
| Taxes and Surcharges - Page  4 | 19.81 |
| **Total Current Charges** | **$103.81** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 311.49 | -103.83 | 207.66 | 103.81 | **$311.47** |

| | |
|---|---|
| Current Charges Due By: | **10/26/07** |
| If received after October 26: | **$321.47** |

Please Recycle

---

**Please return this portion with payment**


**EMBARQ™**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-372-1481-898** |

**Please pay past due amount of $207.66 immediately**

Total Amount Due:      **$311.47**
$321.47 If received after October 26

Amount Enclosed:    $

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX     75266-0068

7  5  2  6  6  0  0  6  8  0  *

11  33037214818987  0000000010381  000311474  0000009

**Account 330 638-5202 093**

| | |
|---|---|
| **Monthly Statement**<br>March 4, 2008 | **Page   1 of   6**<br>Account Number<br>330-638-5202-093 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 43.45 |
| Taxes and Surcharges - Page  3 | 17.90 |
| **Total Current Charges** | **$61.35** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 675.23 | -122.82 | 552.41 | 61.35 | **$613.76** |

*new Invoice*

Current Charges Due By:   **03/24/08**

Please Recycle

### Please return this portion with payment



**EMBARQ™**

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>330-638-5202-093 |
|---|---|---|

**Please pay past due amount of
$552.41 immediately**

Total Amount Due:                                    **$613.76**

Amount Enclosed:              $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP\CSC
MZ 5000
6100 WESTERN PL
FORT WORTH TX 76107-4600

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33063852020936  00000000006135  000613763  0808605

|  | Monthly Statement<br>March 4, 2008 | Customer Service<br>1-877-436-2277 | Internet Address<br>EMBARQ.com/business | Page  3 of  6<br>Account Number<br>330-638-5202-093 |
|---|---|---|---|---|

## Payments and Adjustments

**Payments and Adjustments**

| | | |
|---|---|---|
| Payment - Thank you! | Feb 22 | -61.41 |
| Payment - Thank you! | Feb 22 | -61.41 |

| Total Payments and Adjustments | -$122.82 |
|---|---|

## EMBARQ Local Services

**Detail charges for 330-638-5202:  March 4 -  April 3**

**Monthly Service Charges**

*This section contains a summary of your monthly recurring charges, including calling plans and calling features.*

| Local phone service | 43.45 |
|---|---|
| **Total Monthly Service Charges** | **$43.45** |
| **Total EMBARQ Local Services Charges** | **$43.45** |

## Taxes and Surcharges

**Local Services Taxes and Surcharges**

Government Fees and Taxes

| Federal Tax | 1.68 |
|---|---|
| Tax imposed by the federal government on telecommunications services. | |
| State Tax | 3.63 |
| Sales tax imposed by the state government. | |

| **Total Local Services Government Fees and Taxes** | **$5.31** |
|---|---|

Surcharges and Fees

| Interstate access surcharge | 5.80 |
|---|---|
| This charge recovers part of the costs of local facilities used for interstate calling. | |
| Emergency 911 Surcharge | .20 |
| This surcharge aids in supporting Emergency 911 services in your area. | |
| Intrastate Access Fee | 6.00 |
| This charge aids in compensating the local phone company for part of the cost of providing local telephone lines associated with in-state services. | |

*Taxes and Surcharges continued next page*
**§- see page 2 for explanation.**

|  | | |
|---|---|---|
| | **Monthly Statement**<br>February 4, 2008 | **Page  1 of  4**<br>Account Number<br>330-638-5202-093 |

## Payment Options & Contact Info | Current Charges At-A-Glance

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 43.45 |
| Taxes and Surcharges - Page  3 | 17.90 |
| Total Current Charges | $61.35 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 613.88 | .00 | 613.88 | 61.35 | **$675.23** |

Current Charges Due By:  **02/25/08**

Please Recycle

**Please return this portion with payment**



| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>330-638-5202-093 |
|---|---|---|

**Please pay past due amount of $613.88 immediately**

Total Amount Due:    **$675.23**

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX      75266-0068

7  5  2  6  6  0  0  6  8  0

11  33063852020936  00000000006135  000675231  0805804

**Monthly Statement**
January 4, 2008

Page 1 of 4
Account Number
330-638-5202-093

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 43.45 |
| Taxes and Surcharges - Page 3 | 17.90 |
| Total Current Charges | $61.35 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 552.53 | .00 | 552.53 | 61.35 | **$613.88** |

Current Charges Due By:    **01/24/08**

Please Recycle

**Please return this portion with payment**


**EMBARQ**

Customer Service
1-877-436-2277

Internet Address
EMBARQ.com/business

Account Number
330-638-5202-093

**Please pay past due amount of $552.53 immediately**

Total Amount Due:    **$613.88**

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX        75266-0068

7  5  2  6  6  0  0  6  8  0

11 33063852020936 00000000006135 000613888 0802801

| | | | | Page  1 of  4 |
|---|---|---|---|---|
| | | **Monthly Statement** | | Account Number |
| | | December 4, 2007 | | 330-638-5202-093 |

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 43.45 |
| Taxes and Surcharges - Page  3 | 17.96 |
| Total Current Charges | $61.41 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 491.12 | .00 | 491.12 | 61.41 | **$552.53** |

Current Charges Due By:    **12/24/07**

⊛ Please Recycle

**Please return this portion with payment**



| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-638-5202-093** |

**Please pay past due amount of $491.12 immediately**

Total Amount Due:    **$552.53**

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI CORP
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098-4442

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33063852020936  00000000006141  000552538  0736103

**Account 330 367-6000 102**

330-367-6000  102

**SPICE - MetaFrame Presentation Server Client**

Main Menu | CI - Customer Account for (330) 367-6000 102   DELPHI PACKARD\CSC [110H]

File  Account  Customer Inquiry  Analysis  A/R  CRB  Order Entry  Order Inquiry  Other

| Account Number | Wire | Company | Service |
|---|---|---|---|
| CT   NPA   COC   LINE   CUS   Exchange | | | Wednesday |

CI - Current Payments for (330) 367-6000 102 DELPHI PACKARD\CSC [110H]

| Date Paid | Payment Type | Payment Amount | Deposit/ Batch # | Group # | Type Transfer |
|---|---|---|---|---|---|
| 02/22/08 | REGULAR | -1851.29 | 890 | 22 | |
| 02/22/08 | REGULAR | -1850.53 | 890 | 22 | |
| 02/22/08 | REGULAR | -1850.53 | 890 | 22 | |
| 02/22/08 | REGULAR | -1848.12 | 890 | 22 | |

Ready

Total Payments        -7400.47        Close

Listing Name & Address                    Interlata Carrier     Intralata Carrier

(NPS) DELPHI; PACKARD ELECTRIC          Wireless Handsets

(OAD) 3400 AEROPARK DR/COM WARREN       Max  1   Available  1

| Credit Class | Sales Level | One Sprint Value | Primary SSN | Bill Date | Bill Due Date |
|---|---|---|---|---|---|
| B | B62 | | 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 | 02/22/08 | 03/13/08 |

Treatment History          Lifeline/LinkUp    CMCC    Suspend Date    Disconnect

000000010000                              0200

| Amount Due | Unpaid Balance | Last Payment Date | | | |
|---|---|---|---|---|---|
| 3698.84 | | 02/22/08 | | Cust Bill  Retrieve  Close |

Start | A - Spice Only | B - Spice Only | C - Spice Only | D - CMTS Only | Main Menu | OnDemand File | CI - Custom

2-22-08 payments

Balance Due   3,698.84

|  | Monthly Statement<br>February 22, 2008 | Page  1 of  8<br>Account Number<br>330-367-6000-102 |
|---|---|---|

## Payment Options & Contact Info

**Retail Store in Your Area**
See Embarq Website

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 1,525.10 |
| Taxes and Surcharges - Page  6 | 324.55 |
| Total Current Charges | $1,849.65 |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 9,249.66 | .00 | 9,249.66 | 1,849.65 | **$11,099.31** |

Current Charges Due By:    **03/13/08**

Please Recycle



**Please return this portion with payment**

| Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>**330-367-6000-102** |
|---|---|---|

**Please pay past due amount of**
**$9,249.66 immediately**

Total Amount Due:                                    **$11,099.31**

Amount Enclosed:                    **$** _____

Write your 13-digit account number on check
**Make checks payable to:**

DELPHI PACKARD\CSC
MZ 5000
6100 WESTERN PL
FORT WORTH TX 76107

Embarq
PO Box 660068
Dallas TX          75266-0068

7 5 2 6 6 0 0 6 8 0

11  33036760001029  0000000184965  011099310  0000007

| | | Page 1 of 8 |
|---|---|---|
| | **Monthly Statement** | **Account Number** |
| | January 22, 2008 | 330-367-6000-102 |

| **Payment Options & Contact Info** | **Current Charges At-A-Glance** | |
|---|---|---|
| **Retail Store in Your Area** See Embarq Website | **EMBARQ Services** | **Total** |
| **Pay Online** EMBARQ.com/myaccount | Local Services - Page 3 | 1,525.10 |
| **Pay by Phone** 1-877-813-7604 | Taxes and Surcharges - Page 6 | 324.59 |
| **Customer Service** 1-877-436-2277 | Total Current Charges | $1,849.69 |

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | **Total Amount Due** |
|---|---|---|---|---|
| 7,399.97 | .00 | 7,399.97 | 1,849.69 | **$9,249.66** |

Current Charges Due By: **02/11/08**

✸ Please Recycle

**Please return this portion with payment**



| Customer Service **1-877-436-2277** | Internet Address **EMBARQ.com/business** | Account Number 330-367-6000-102 |
|---|---|---|

**Please pay past due amount of
$7,399.97 immediately**

Total Amount Due:                    **$9,249.66**

Amount Enclosed:          $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI PACKARD
ATTN TIM RYCKMAN IT FINANCE
1441 W LONG LAKE RM 2-226
TROY MI 48098

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11 33036760001029 0000000184969 009249660 0000009

| | | Monthly Statement<br>December 22, 2007 | Page  1 of  8<br>Account Number<br>330-367-6000-102 |
|---|---|---|---|

## Payment Options & Contact Info

**Retail Store in Your Area**
WARREN
2023 Elm Rd. N.E.
In Warren Plaza

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 1,525.10 |
| Taxes and Surcharges - Page  6 | 325.43 |
| **Total Current Charges** | **$1,850.53** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 5,549.44 | .00 | 5,549.44 | 1,850.53 | **$7,399.97** |

Current Charges Due By:    01/11/08

⊛ Please Recycle



**Please return this portion with payment**

| Customer Service<br>1-877-436-2277 | Internet Address<br>EMBARQ.com/business | Account Number<br>330-367-6000-102 |
|---|---|---|

**Please pay past due amount of
$5,549.44 immediately**

Total Amount Due:    $7,399.97

Amount Enclosed:    $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI PACKARD
 3400 AEROPARK DR
P O BOX 431
ATTN IT VOICE MANAGER MS 13B
WARREN OH 44486-0001

Embarq
PO Box 660068
Dallas TX        75266-0068

7  5  2  6  6  0  0  6  8  0

11  33036760001029  00000000185053  007399976  0000006

**Monthly Statement**
November 22, 2007

Page  1 of  8
Account Number
330-367-6000-102

## Payment Options & Contact Info

**Retail Store in Your Area**
WARREN
2023 Elm Rd. N.E.
In Warren Plaza

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page  3 | 1,525.10 |
| Taxes and Surcharges - Page  6 | 325.43 |
| **Total Current Charges** | **$1,850.53** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 3,698.91 | .00 | 3,698.91 | 1,850.53 | **$5,549.44** |

Current Charges Due By:                    **12/12/07**

⊛ Please Recycle



**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| **1-877-436-2277** | **EMBARQ.com/business** | **330-367-6000-102** |

**Please pay past due amount of
$3,698.91 immediately**

Total Amount Due:                    **$5,549.44**

Amount Enclosed:          $  _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI PACKARD
 3400 AEROPARK DR
P O BOX 431
ATTN IT VOICE MANAGER MS 13B
WARREN OH 44486-0001

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33036760001029  00000000185053  005549447  0000000

|  |  |
|---|---|
| **Monthly Statement** | Page **1** of **9** |
| October 22, 2007 | Account Number |
|  | 330-367-6000-102 |

## Payment Options & Contact Info

**Retail Store in Your Area**
WARREN
2023 Elm Rd. N.E.
In Warren Plaza

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 1,525.80 |
| Taxes and Surcharges - Page 7 | 325.49 |
| **Total Current Charges** | **$1,851.29** |

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 1,847.62 | .00 | 1,847.62 | 1,851.29 | **$3,698.91** |

Current Charges Due By:  **11/11/07**

⊛ Please Recycle

**Please return this portion with payment**

| Customer Service | Internet Address | Account Number |
|---|---|---|
| 1-877-436-2277 | EMBARQ.com/business | 330-367-6000-102 |



**Please pay past due amount of $1,847.62 immediately**

Total Amount Due:  **$3,698.91**

Amount Enclosed:  $ _____

Write your 13-digit account number on check
Make checks payable to:

DELPHI PACKARD
3400 AEROPARK DR
P O BOX 431
ATTN IT VOICE MANAGER MS 13B
WARREN OH 44486-0001

Embarq
PO Box 660068
Dallas TX          75266-0068

7  5  2  6  6  0  0  6  8  0

11  33036760001029  0000000185129  003698918  0731803

| | Page 1 of 9 |
|---|---|
| **Monthly Statement**<br>September 22, 2007 | Account Number<br>330-367-6000-102 |

## Payment Options & Contact Info

**Retail Store in Your Area**
WARREN
2023 Elm Rd. N.E.
In Warren Plaza

**Pay Online**
EMBARQ.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
EMBARQ.com/business

## Current Charges At-A-Glance

| EMBARQ Services | Total |
|---|---|
| Local Services - Page 3 | 1,523.65 |
| Taxes and Surcharges - Page 7 | 324.47 |
| **Total Current Charges** | **$1,848.12** |

| Previous Balance | Payments & Adjustments | Credit Applied | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 1,846.30 | -1,846.80 | -.50 | 1,848.12 | **$1,847.62** |

Current Charges Due By: **10/12/07**

NNNNNNNY 5     Please Recycle

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please return this portion with payment**

**EMBARQ**

| | Customer Service<br>**1-877-436-2277** | Internet Address<br>**EMBARQ.com/business** | Account Number<br>330-367-6000-102 |
|---|---|---|---|

Due Date: **October 12, 2007**

Total Amount Due: **$1,847.62**

Amount Enclosed: $ _____

4 4 4 8 6 0 0 1 3 1 9

Write your 13-digit account number on check
Make checks payable to:

*********AUTO**SCH 3-DIGIT 444
00068141 02 AT   0.459 02   70
DELPHI PACKARD
3400 AEROPARK DR
ATTN IT VOICE MANAGER MS 13B
PO BOX 431
WARREN OH 44486-0001

Embarq
PO Box 660068
Dallas TX        75266-0068

7 5 2 6 6 0 0 6 8 0

11 33036760001029 00000000184812 001847626 0728906

**Account 24955700 NIBS**

24955700 NIBS

**EMBARQ** Embarq ℠ One Research Database
LTD

| Customer Code | 24955700 | | | | | All Invoices | 45 |
|---|---|---|---|---|---|---|---|
| Master Invoice | Trans Type | Transaction Description | Amount | ☑ | Transaction Date | Invoice Due Date | |
| G062001336 | IN | INVOICE | 66.00 | ☐ | 06/20/2006 | 07/20/2006 | |
| H062605730 | IN | INVOICE | 379.50 | ☐ | 06/26/2007 | 07/26/2007 | |
| H082101329 | IN | INVOICE | 103.50 | ☐ | 08/21/2007 | 09/20/2007 | |
| H082802262 | IN | INVOICE | 69.00 | ☐ | 08/28/2007 | 09/27/2007 | |
| H091101477 | IN | INVOICE | 138.00 | ☐ | 09/11/2007 | 10/11/2007 | |
| H091802868 | IN | INVOICE | 856.94 | ☐ | 09/18/2007 | 10/18/2007 | |
| H091805086 | IN | INVOICE | 161.00 | ☐ | 09/18/2007 | 10/18/2007 | |
| H092501769 | IN | INVOICE | 120.75 | ☐ | 09/25/2007 | 10/25/2007 | |
| H100205210 | IN | INVOICE | 69.00 | ☐ | 10/02/2007 | 11/01/2007 | |
| H101602851 | IN | INVOICE | 856.94 | ☐ | 10/16/2007 | 11/15/2007 | |
| H111302735 | IN | INVOICE | 856.94 | ☐ | 11/13/2007 | 12/13/2007 | |
| H112001232 | IN | INVOICE | 69.00 | ☐ | 11/20/2007 | 12/20/2007 | |
| H112001233 | IN | INVOICE | 69.00 | ☐ | 11/20/2007 | 12/20/2007 | |
| H112001234 | IN | INVOICE | 138.00 | ☐ | 11/20/2007 | 12/20/2007 | |
| H112001235 | IN | INVOICE | 77.63 | ☐ | 11/20/2007 | 12/20/2007 | |
| H121101139 | IN | INVOICE | 69.00 | ☐ | 12/11/2007 | 01/10/2008 | |
| H121101140 | IN | INVOICE | 69.00 | ☐ | 12/11/2007 | 01/10/2008 | |
| H121800991 | IN | INVOICE | 172.50 | ☐ | 12/18/2007 | 01/17/2008 | |
| H121902521 | IN | INVOICE | 856.94 | ☐ | 12/19/2007 | 01/18/2008 | |

**EMBARQ** Embarq ℠ One Research Database
LTD
CBI ACCOUNTS        NIBS ACCOUNTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| H122601194 | IN | INVOICE | 672.75 | ☐ | 12/26/2007 | 01/25/2008 | |
| H122601195 | IN | INVOICE | 103.50 | ☐ | 12/26/2007 | 01/25/2008 | |
| H122601196 | IN | INVOICE | 69.00 | ☐ | 12/26/2007 | 01/25/2008 | |
| H122601197 | IN | INVOICE | 86.25 | ☐ | 12/26/2007 | 01/25/2008 | |
| H122601198 | IN | INVOICE | 69.00 | ☐ | 12/26/2007 | 01/25/2008 | |
| I010304151 | IN | INVOICE | 354.00 | ☐ | 01/03/2008 | 02/02/2008 | |
| I011502786 | IN | INVOICE | 856.94 | ☐ | 01/15/2008 | 02/14/2008 | |
| I011504642 | IN | INVOICE | 241.50 | ☐ | 01/15/2008 | 02/14/2008 | |
| I011504688 | IN | INVOICE | 120.75 | ☐ | 01/15/2008 | 02/14/2008 | |
| I012201162 | IN | INVOICE | 120.75 | ☐ | 01/22/2008 | 02/21/2008 | |
| I012201163 | IN | INVOICE | 379.50 | ☐ | 01/22/2008 | 02/21/2008 | |
| I012201164 | IN | INVOICE | 155.25 | ☐ | 01/22/2008 | 02/21/2008 | |
| I012201165 | IN | INVOICE | 69.00 | ☐ | 01/22/2008 | 02/21/2008 | |
| I012800958 | IN | INVOICE | 534.75 | ☐ | 01/28/2008 | 02/27/2008 | |
| I012800959 | IN | INVOICE | 69.00 | ☐ | 01/28/2008 | 02/27/2008 | |
| I020104372 | IN | INVOICE | 276.00 | ☐ | 02/01/2008 | 03/02/2008 | |
| I020104373 | IN | INVOICE | 69.00 | ☐ | 02/01/2008 | 03/02/2008 | |
| I020104374 | IN | INVOICE | 69.00 | ☐ | 02/01/2008 | 03/02/2008 | |
| I020104375 | IN | INVOICE | 86.25 | ☐ | 02/01/2008 | 03/02/2008 | |
| I021202496 | IN | INVOICE | 856.94 | ☐ | 02/12/2008 | 03/13/2008 | |
| I021900921 | IN | INVOICE | 319.00 | ☐ | 02/19/2008 | 03/20/2008 | |
| I021900922 | IN | INVOICE | 138.00 | ☐ | 02/19/2008 | 03/20/2008 | |

**EMBARQ**  Embarq ℠ One Research Database

LTD

CRB ACCOUNTS    NIBS ACCOUNTS

Find Batch
Find Account
Find Payment
View Profile
Edit Profile
Log Out

**Find NIBS Account Search**

? Help    Feedback    View News

| Customer Code | ~ | | 24955700 |
| Business Name | Starts With | | delphi |
| Master Invoice | ~ | | |

Clear Search

● Execute Query

| 1022601325 | IN | INVOICE | | 103.50 | ☐ | 02/26/2008 | 03/27/2008 |
| 1022601326 | IN | INVOICE | | 103.50 | ☐ | 02/26/2008 | 03/27/2008 |
| 1022601327 | IN | INVOICE | | 86.25 | ☐ | 02/26/2008 | 03/27/2008 |
| 1022601380 | IN | INVOICE | | 86.25 | ☐ | 02/26/2008 | 03/27/2008 |

Total # 11,294.27