Vincent A. D'Agostino (VAD-0120)
Eric H. Horn (EH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to SBC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF CURE CLAIM OF SBC GLOBAL SERVICES INC. IN ACCORDANCE WITH THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN <u>AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION</u>

SBC Global Services Inc. ("SBC")[1], by and through its undersigned counsel, hereby submits this Notice of Cure Claims in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Cure Claims"). In support of the Cure Claims, SBC respectfully represents as follows:

---

[1]　　On or about November 19, 2005, AT&T Corp. merged into and with SBC Communications Inc. with SBC Communications Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc.

## BACKGROUND

1. On October 8 and 14, 2005 (the "Petition Dates"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Petition Dates, SBC provided -- and continues to provide -- certain telecommunications services and related services to the Debtors pursuant to certain agreements described in the "Cure Claims" section below (collectively, the "SBC Agreements").

3. SBC and certain of its affiliates (collectively, the "AT&T Entities") filed various pre-petition claims (as amended from time to time)[2] against the Debtors' estates aggregating approximately $8,255,577 arising from services provided by the AT&T Entities to the Debtors.[3]

4. On December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Plan") (Docket No. 11386).

5. Pursuant to Article 8.1(a) of the Plan, all executory contracts and unexpired leases shall be deemed automatically assumed in accordance with §§ 365 or 1123 of the Bankruptcy Code, as of the Effective Date, unless such contract (i) was previously rejected, (ii) was the subject of a motion to reject, (iii) expired or terminated on or prior to December 31, 2007 and not otherwise extended, (iv) is listed on the schedule of rejected contracts and leases --

---

[2] The full list of the pre-petition proofs of claim filed by the AT&T Entities is set forth in the AT&T Entities' Objection to the Debtors' Claims Estimation Motion (Docket No. 11915) and is incorporated herein by reference.

[3] The Debtors and the AT&T Entities recently reached a tentative deal (subject to documentation) fixing the amount of the pre-petition claims filed by the AT&T Entities.

Exhibit 8.1(a) to the Plan, or (v) is otherwise rejected pursuant to the Plan.

6. On December 28, 2007, the Debtors filed Exhibit 8.1(a) to the Plan listing those contracts to be rejected.

7. The SBC Agreements were not listed on Exhibit 8.1(a) and have not otherwise been rejected.

8. On January 10, 2008, the AT&T Entities filed a limited objection to confirmation of the Debtors' Plan (Docket No. 11894) addressing cure issues.

9. On January 25, 2008, the Bankruptcy Court entered an order confirming the Debtors' Plan.

10. On January 29, 2008, the Debtors filed a Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization (the "Cure Notice").

11. The SBC Agreements, however, were not listed in the Cure Notice, despite the fact that Article 8.1 of the Plan provides executory contracts are deemed assumed unless, among other things, expressly rejected. In that regard, on February 7, 2008, the AT&T Entities filed an Objection to the Cure Notice.

12. Additionally, pursuant to Article 8.2(b) of the Plan, parties to "Other Executory Contracts" have until 45 days after the entry of the Confirmation Order to file cure claims relative to such executory contracts. Thus, in accordance with Article 8.2(b), SBC hereby submits the Cure Claims.

## **CURE CLAIMS**

    A.    <u>Master Services Agreement</u>

    13.    SBC (successor in interest to Ameritech Information Systems) and Delphi Automotive Systems, LLC are parties to a certain Master Services Agreement ("MSA") dated as of August 17, 1999, as amended from time to time.[4]  Pursuant to the MSA, SBC provided -- and continues to provide -- certain telecommunications and related services to the Debtors.  As of the Petition Date, the amount owing under the MSA was $3,225,883.67.  Accordingly, the appropriate Cure Claim arising from the Debtors' assumption of the MSA is **$3,225,883.67**.[5]

    B.    <u>Master Agreement</u>

    14.    SBC, on behalf of certain of its affiliates, and Delphi Automotive Systems, LLC are parties to a certain Master Agreement dated as of February 2003, as amended from time to time.[6]  Pursuant to the Master Agreement, SBC provided -- and continues to provide -- certain telecommunications and related services to the Debtors.  As of the Petition Date, the amount owing under the Master Agreement was $18,649.38.  Accordingly, the appropriate Cure Claim arising from the Debtors' assumption of the Master Agreement is **$18,649.38**.[7]

---

[4]    The MSA and its terms are proprietary.  Thus, SBC is not attaching a copy of the MSA to this Cure Claim.  The MSA will, however, be provided to the Debtors upon request.

[5]    The Debtors assigned the MSA to an entity named Computer Sciences Corporation pursuant to an Assignment and Assumption Agreement dated August 2007.  The Assignment and Assumption Agreement was previously provided to Debtors' counsel.  To the extent that the Debtors need another copy of the agreement, SBC will provide upon request.  SBC reserves all rights.

[6]    The Master Agreement and its terms are proprietary.  Thus, SBC is not attaching a copy of the Master Agreement to this Cure Claim.  The Master Agreement will, however, be provided to the Debtors upon request.

[7]    The Debtors assigned the Master Agreement to an entity named Computer Sciences Corporation pursuant to an Assignment and Assumption Agreement dated August 2007.  The Assignment and Assumption Agreement was previously provided to Debtors' counsel.  To the extent that the Debtors need another copy of the agreement, SBC will provide upon request.  SBC reserves all rights.

## RESERVATION OF RIGHTS

15.     SBC expressly reserves any and all rights to supplement and modify the Cure Claims.  The Cure Claims relate only to pre-petition amounts.  As stated in a previous filing by the AT&T Entities, the Debtors currently owe the AT&T Entities approximately $2,598,263 on account of post-petition services provided by the AT&T Entities to the Debtors.[8]  Nothing contained herein shall be deemed or construed to be a waiver of SBC's or the AT&T Entities' rights.  Accordingly, SBC and the AT&T Entities reserve all rights.

*[remainder of page intentionally left blank]*

---

[8]     The AT&T Entities are reviewing their books and records to determine the precise amount of post-petition amounts owing and reserve all rights, including the right to modify such amount.

**WHEREFORE,** SBC respectfully requests that the Court (i) allow the Cure Claims, (ii) require that the Debtors pay the amount of the Cure Claims (as such amount may have been modified pursuant the agreement reached between the Debtors and the AT&T Entities), and (iii) grant such other and further relief as is just and proper.

Dated: March 6, 2008                    Respectfully submitted,

By: */s/ Eric H. Horn*
Vincent A. D'Agostino (VAD-0120)
Eric H. Horn (EH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Phone: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to SBC*