Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212.859.8000
Facsimile:  212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :    Chapter 11
                                              :
  Delphi Corporation, et al.,                 :    Case No. 05-44481 (RDD)
                                              :    (Jointly Administered)
                      Debtors.                :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

    I, Michael Birnbaum, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on March 6, 2008, I caused to be served a true and correct copy of the document(s) listed below upon the parties listed on Exhibit A hereto via Federal Express:

> ➢ Joinder of the Official Committee of Equity Security Holders to the Debtors' Expedited Motion Under 11 U.S.C. §1142(b) and Fed. R. Bankr. P. 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization

In addition, on March 6, 2008, I caused to be served a true and correct copy of the document(s) listed below upon the party listed on Exhibit B hereto via hand delivery:

- Joinder of the Official Committee of Equity Security Holders to the Debtors' Expedited Motion Under 11 U.S.C. §1142(b) and Fed. R. Bankr. P. 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization

Dated: March 6, 2008
New York, New York

/s/ Michael Birnbaum
Michael Birnbaum

613087

# Exhibit A

**Served by Federal Express**

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Att'n: John Wm. Butler, Jr. | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Att'n: Leslie N. Silverman |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Att'n: Kayalyn A. Marafioti<br>      Thomas J. Matz | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Att'n: Rachel C. Strickland<br>      Morgan D. Elwyn |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Att'n: Robert J. Rosenberg<br>      Mark A. Broude | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Att'n: Robert Reeder |
| White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Att'n: John M. Reiss<br>      Gregory Pryor | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Att'n: Jeffrey L. Tanenbaum<br>      Michael P. Kessler |
| Kaye Scholer LLP<br>425 Park Avenue<br>New York, New York 10022-3598<br>Att'n: Benjamin Mintz<br>      Lynn Toby Fisher | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Att'n: Donald S. Bernstein<br>      Brian Resnick |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Att'n: Andrew N. Rosenberg | |

## **Exhibit B**

**Served by Hand Delivery**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard