# EXHIBIT D

Adams, Marianne

**From:** Lazarou, Elena
**Sent:** Friday, February 15, 2008 9:56 AM
**To:** 'Diaz, Lisa'
**Subject:** FW: POC 15452 - General Electric Capital Corp/Delphi

Lisa-

I hope all is well.

It seems our clients may have reached an agreement.

I just want to clarify that the below is with respect to GE's "Cure Claim" for pre-petition amounts consistent with the Debtors' agreement not to reject GE's leases.

Please advise and we can wrap this up.

Regards,

Elena

---

From: Arambasich, Rob [mailto:Rob.Arambasich@delphi.com]
Sent: Thursday, February 14, 2008 5:43 PM
To: McLay, Tom (GE Comm Fin)
Subject: POC 15452 - General Electric Capital Corp

Hi Tom - Nice talking with you again.  Per our conversation Delphi has offered to settle claim 15452 with General Electric Capital Corp for $620,181.39 as a general unsecured claim.

Please reply to this message with your acceptance of this offer at your earliest convenience.  Please include the contact information for the individual we should have our attorneys communicate with in regards to finalizing this settlement.

Thanks so much for all your assistance and cooperation with this.

Regards,

Rob Arambasich

Delphi Corporation, Proof of Claim

( 248.265.4258 / 248.265.4277 FAX

* rob.arambasich@delphi.com <mailto:rob.arambasich@delphi.com>

***************************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the

1

intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your
computer. Thank you.

*******************************************************************
***************

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be
legally privileged. If you have received it in error, you are on notice of its status.
Please notify us immediately by reply e-mail and then delete this message from your
system. Please do not copy it or use it for any purposes, or disclose its contents to any
other person. Thank you for your cooperation.
\* \* \*
To ensure compliance with Treasury Department regulations, we inform you that, unless
otherwise indicated in writing, any U.S. Federal tax advice contained in this
communication  (including any attachments) is not intended or written to be used, and
cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code
or applicable state and local provisions or (2) promoting, marketing or recommending to
another party any tax-related matters addressed herein.
Disclaimer Version RS.US.1.01.03
pdc1