UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                           :
    In re                                   :
                                           :
DELPHI CORPORATION, <u>et al.</u>,    :    Chapter 11
                                           :
                Debtors.    :    Case No. 05-44481 (RDD)
                                         :
                                         :    (Jointly Administered)
                                         :
------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 6th day of March 2008, I caused to be served a true and correct copy of the *Cure Claim of General Electric Capital Corporation* via overnight delivery to the following counsel of record:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr., George N. Panagakis, Ron E. Meisler |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Att'n: Kayalyn A. Marafioti, Thomas J. Matz | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard |

Date:  March 6, 2008
        New York, NY

                                                  */s/ Marianne Adams*
                                                Marianne Adams