# EXHIBIT "A"

# ArvinMeritor

**ORIGINAL**

ArvinMeritor OE, LLC
950 W. 450 S.
Columbus, IN 47201
D - U - N - S   14-809-0090

| INVOICE NO. | 5410178 |

INVOICE

| DATE | | |
|---|---|---|
| MO | DAY | YR |
| 12 | 13 | 06 |

VENDER NO.

SHIPPED:

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT SERVICES (NB)
P.O. BOX 62530
PHOENIX, ARIZONA 85082-2530

**SHIPPED TO:**
DELPHI ENERGY
DOCK 801 BLDG 2
7929 SOUTH HOWELL AVENUE
OAK CREEK WISCONSIN 53201

**ROUTING:** FOR BILLING ONLY
**TERMS:** M2D2
**SHIPPED FROM:** COLUMBUS, IN

| CUSTOMER'S ORDER NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED | CUSTOMER PART NUMBER AND DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| Freight Bankruptcy | 1 | 1 | See Attached<br>Freight shipments from Feb. 9, 2005 thru Oct. 7, 2005<br><br>NOTE: CONVERTER FREIGHT CHARGES PREPAID FROM OAK CREEK, WI USA TO ARVIN, DEXTER MO AND CONCORD ONTARIO, CANADA. CONVERTER FREIGHT CHARGES PREPAID FROM MONTERREY, MEXICO TO QUERETARO, MEXICO<br><br>Please send payment to:<br>ARVINMERITOR OE, LLC<br>P.O. BOX 77669<br>DETROIT, MI  48278<br><br>DUNS 07-788-4708 | $58,256.61 | 58,256.61 |

US FUNDS

WE HEREBY CERTIFY THAT THESE GOOD WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE
U.S. DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| PAY THIS AMOUNT | $58,256.61 |
| INVOICE NO. | 5410178 |

*Dexter*

| Date | Master BOL | Hart Inv # | PPD | Collect | Total | Delphi | Arvin | Total |
|---|---|---|---|---|---|---|---|---|
| 02/09/05 | 2084405 | 21184 | 1 | 36 | 37 | 22.16 | 797.84 | 820.00 |
| 02/09/05 | 2086681 | 21179 | 1 | 39 | 40 | 20.50 | 799.50 | 820.00 |
| 02/28/05 | 2149100 | 21796 | 6 | 37 | 43 | 115.12 | 709.88 | 825.00 |
| 03/03/05 | 2166051 | 21930 | 1 | 42 | 43 | 19.19 | 805.81 | 825.00 |
| 03/09/05 | 2186310 | 22125 | 2 | 22 | 24 | 68.75 | 756.25 | 825.00 |
| 03/10/05 | 2192054 | 22156 | 1 | 39 | 40 | 20.63 | 804.38 | 825.00 |
| 03/11/05 | 2197031 | 22186 | 1 | 19 | 20 | 41.25 | 783.75 | 825.00 |
| 03/16/05 | 2211261 | 22332 | 1 | 31 | 32 | 26.25 | 813.75 | 840.00 |
| 03/31/05 | 2259834 | 22733 | 1 | 43 | 44 | 19.09 | 820.91 | 840.00 |
| 04/11/05 | 2295235 | 23072 | 1 | 32 | 33 | 50.91 | 1,629.09 | 1,680.00 |
| 04/13/05 | 2303153 | 23121 | 1 | 23 | 24 | 35.00 | 805.00 | 840.00 |
| 04/29/05 | 2363198 | 23622 | 4 | 25 | 29 | 113.62 | 710.12 | 823.74 |
| 05/20/05 | 2435195 | 24287 | 1 | 43 | 44 | 18.72 | 805.02 | 823.74 |
| 05/24/05 | 2444299 | 24399 | 2 | 28 | 30 | 54.59 | 764.22 | 818.81 |
| 05/31/05 | 2460536 | 24536 | 8 | 32 | 40 | 163.76 | 655.05 | 818.81 |
| 06/03/05 | 2473315 | 24661 | 5 | 29 | 34 | 120.41 | 698.40 | 818.81 |
| 06/03/05 | 2475582 | 24692 | 9 | 35 | 44 | 167.48 | 651.33 | 818.81 |
| 06/07/05 | 2486783 | 24884 | 2 | 42 | 44 | 37.22 | 781.59 | 818.81 |
| 06/14/05 | 2511337 | 25010 | 1 | 30 | 31 | 26.41 | 792.40 | 818.81 |
| 06/15/05 | 2516222 | 25062 | 1 | 37 | 38 | 21.55 | 797.26 | 818.81 |
| 06/16/05 | 2518884 | 25095 | 1 | 33 | 34 | 24.08 | 794.73 | 818.81 |
| 06/16/05 | 2520906 | 25129 | 2 | 38 | 40 | 40.94 | 777.87 | 818.81 |
| 06/17/05 | 2523371 | 25153 | 4 | 38 | 42 | 77.98 | 740.83 | 818.81 |
| 06/17/05 | 2525429 | 25176 | 7 | 8 | 15 | 248.45 | 283.95 | 532.40 |
| 06/20/05 | 2528748 | 25219 | 4 | 34 | 38 | 86.19 | 732.62 | 818.81 |
| 06/22/05 | 2538198 | 25281 | 12 | 30 | 42 | 233.95 | 584.86 | 818.81 |
| 06/23/05 | 2541177 | 25376 | 12 | 30 | 42 | 233.95 | 584.86 | 818.81 |
| 06/23/05 | 2545005 | 25342 | 8 | 30 | 38 | 172.38 | 646.43 | 818.81 |
| 06/24/05 | 2547210 | 25375 | 4 | 38 | 42 | 77.98 | 740.83 | 818.81 |
| 06/24/05 | 2549301 | 25385 | 13 | 15 | 28 | 380.16 | 438.65 | 818.81 |
| 06/27/05 | 2551944 | 25439 | 14 | 28 | 42 | 262.94 | 525.87 | 788.81 |
| 06/27/05 | 2553442 | 25474 | 17 | 13 | 30 | 927.98 | 709.64 | 1,637.62 |
| 06/28/05 | 2556277 | 25462 | 11 | 31 | 42 | 214.45 | 604.36 | 818.81 |
| 06/28/05 | 2558358 | 25489 | 10 | 19 | 29 | 282.35 | 536.46 | 818.81 |
| 06/29/05 | 2559207 | 25492 | 8 | 24 | 32 | 204.70 | 614.11 | 818.81 |
| 06/29/05 | 2560943 | 25532 | 6 | 28 | 34 | 144.50 | 674.31 | 818.81 |
| 06/30/05 | 2563915 | 25519 | 11 | 22 | 33 | 272.94 | 545.87 | 818.81 |
| 06/30/05 | 2566003 | 25561 | 19 | 25 | 44 | 353.58 | 465.23 | 818.81 |
| 07/11/05 | 2584567 | 25632 | 23 | 0 | 23 | 532.40 | 0.00 | 532.40 |
| 07/12/05 | 2587645 | 25647 | 21 | 0 | 21 | 818.81 | 0.00 | 818.81 |
| 07/13/05 | 2590334 | 25653 | 18 | 0 | 18 | 818.81 | 0.00 | 818.81 |
| 07/14/05 | 2593200 | 25661 | 2 | 22 | 24 | 68.23 | 750.58 | 818.81 |
| 07/18/05 | 2596134 | 25689 | 39 | 3 | 42 | 769.48 | 59.19 | 828.67 |
| 07/18/05 | 2601424 | 25735 | 7 | 18 | 25 | 464.06 | 1,193.28 | 1,657.34 |
| 07/19/05 | 2606486 | 25725 | 6 | 26 | 32 | 155.38 | 673.29 | 828.67 |
| 07/20/05 | 2610304 | 25758 | 25 | 19 | 44 | 470.84 | 357.83 | 828.67 |
| 07/22/05 | 2618846 | 25808 | 16 | 16 | 32 | 414.34 | 414.34 | 828.67 |
| 07/25/05 | 2622062 | 25872 | 10 | 32 | 42 | 197.30 | 631.37 | 828.67 |
| 07/25/05 | 2623691 | 25870 | 36 | 7 | 43 | 693.77 | 134.90 | 828.67 |
| 07/26/05 | 2627976 | 25901 | 26 | 6 | 32 | 673.29 | 155.38 | 828.67 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/27/05 | 2632705 | 25960 | 36 | 3 | 39 | 764.93 | 63.74 | 828.67 |
| 07/28/05 | 2637236 | 25993 | 32 | 4 | 36 | 736.60 | 92.07 | 828.67 |
| 07/29/05 | 2639558 | 26027 | 7 | 35 | 42 | 138.11 | 690.56 | 828.67 |
| 07/29/05 | 2642158 | 26049 | 38 | 6 | 44 | 1,431.34 | 226.00 | 1,657.34 |
| 08/01/05 | 2644733 | 26059 | 15 | 7 | 22 | 565.00 | 263.67 | 828.67 |
| 08/01/05 | 2646476 | 26082 | 11 | 8 | 19 | 959.51 | 697.83 | 1,657.34 |
| 08/02/05 | 2649483 | 26076 | 21 | 19 | 40 | 435.05 | 393.62 | 828.67 |
| 08/02/05 | 2651572 | 26096 | 22 | 14 | 36 | 506.41 | 322.26 | 828.67 |
| 08/03/05 | 2653391 | 26109 | 17 | 23 | 40 | 352.18 | 476.49 | 828.67 |
| 08/03/05 | 2655577 | 26119 | 28 | 8 | 36 | 644.52 | 184.15 | 828.67 |
| 08/04/05 | 2656486 | 26130 | 21 | 18 | 39 | 446.21 | 382.46 | 828.67 |
| 08/04/05 | 2658559 | 26136 | 25 | 8 | 33 | 627.78 | 200.89 | 828.67 |
| 08/05/05 | 2664359 | 26182 | 24 | 10 | 34 | 584.94 | 243.73 | 828.67 |
| 08/08/05 | 2667015 | 26251 | 22 | 18 | 40 | 455.77 | 372.90 | 828.67 |
| 08/08/05 | 2669176 | 26230 | 31 | 9 | 40 | 642.22 | 186.45 | 828.67 |
| 08/09/05 | 2673105 | 26265 | 20 | 18 | 38 | 436.14 | 392.53 | 828.67 |
| 08/09/05 | 2674631 | 26300 | 24 | 20 | 44 | 452.00 | 376.67 | 828.67 |
| 08/10/05 | 2677863 | 26313 | 12 | 18 | 30 | 331.47 | 497.20 | 828.67 |
| 08/10/05 | 2680278 | 26344 | 23 | 14 | 37 | 515.12 | 313.55 | 828.67 |
| 08/11/05 | 2682698 | 26319 | 22 | 18 | 40 | 455.77 | 372.90 | 828.67 |
| 08/11/05 | 2684448 | 26410 | 17 | 15 | 32 | 880.46 | 776.88 | 1,657.34 |
| 08/12/05 | 2687519 | 26370 | 18 | 22 | 40 | 372.90 | 455.77 | 828.67 |
| 08/12/05 | 2689107 | 26394 | 23 | 9 | 32 | 595.61 | 233.06 | 828.67 |
| 08/15/05 | 2692905 | 26426 | 15 | 20 | 35 | 355.14 | 473.53 | 828.67 |
| 08/15/05 | 2695225 | 26453 | 24 | 16 | 40 | 497.20 | 331.47 | 828.67 |
| 08/16/05 | 2697559 | 26475 | 21 | 19 | 40 | 435.05 | 393.62 | 828.67 |
| 08/16/05 | 2699278 | 26481 | 29 | 14 | 43 | 558.87 | 269.80 | 828.67 |
| 08/17/05 | 2702249 | 26510 | 16 | 24 | 40 | 331.47 | 497.20 | 828.67 |
| 08/17/05 | 2704285 | 26531 | 28 | 5 | 33 | 703.11 | 125.56 | 828.67 |
| 08/18/05 | 2707065 | 26537 | 14 | 18 | 32 | 362.54 | 466.13 | 828.67 |
| 08/18/05 | 2709727 | 26593 | 25 | 19 | 44 | 941.67 | 715.67 | 1,657.34 |
| 08/19/05 | 2711766 | 26580 | 15 | 11 | 26 | 460.94 | 338.03 | 798.97 |
| 08/19/05 | 2714286 | 26620 | 26 | 16 | 42 | 1,025.97 | 631.37 | 1,657.34 |
| 08/22/05 | 2717869 | 26633 | 8 | 29 | 37 | 179.17 | 649.50 | 828.67 |
| 08/22/05 | 2720043 | 26635 | 15 | 8 | 23 | 540.44 | 288.23 | 828.67 |
| 08/23/05 | 2722435 | 26665 | 22 | 18 | 40 | 455.77 | 372.90 | 828.67 |
| 08/24/05 | 2726880 | 26711 | 26 | 13 | 39 | 552.45 | 276.22 | 828.67 |
| 08/24/05 | 2728802 | 26707 | 23 | 16 | 39 | 488.70 | 339.97 | 828.67 |
| 08/25/05 | 2724726 | 26749 | 13 | 21 | 34 | 316.84 | 511.83 | 828.67 |
| 08/25/05 | 2731800 | 26742 | 25 | 16 | 41 | 505.29 | 323.38 | 828.67 |
| 08/25/05 | 2733440 | 26744 | 17 | 5 | 22 | 640.34 | 188.33 | 828.67 |
| 08/26/05 | 2736957 | 26783 | 14 | 26 | 40 | 290.03 | 538.64 | 828.67 |
| 08/29/05 | 2743048 | 26855 | 11 | 29 | 40 | 227.88 | 600.79 | 828.67 |
| 08/29/05 | 2745134 | 26853 | 4 | 16 | 20 | 165.73 | 662.94 | 828.67 |
| 08/30/05 | 2747831 | 26866 | 20 | 18 | 38 | 436.14 | 392.53 | 828.67 |
| 08/31/05 | 2751032 | 26905 | 16 | 24 | 40 | 331.47 | 497.20 | 828.67 |
| 08/31/05 | 2754534 | 26907 | 34 | 10 | 44 | 640.34 | 188.33 | 828.67 |
| 09/01/05 | 2756392 | 26916 | 32 | 8 | 40 | 662.94 | 165.73 | 828.67 |
| 09/01/05 | 2758511 | 26955 | 32 | 8 | 40 | 662.94 | 165.73 | 828.67 |
| 09/02/05 | 2756392 | 26975 | 32 | 8 | 40 | 662.94 | 165.73 | 828.67 |
| 09/02/05 | 2761281 | 26969 | 20 | 17 | 37 | 447.93 | 380.74 | 828.67 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/06/05 | 2766308 | 27034 | 2 | 38 | 40 | 41.43 | 787.24 | 828.67 |
| 09/07/05 | 2772831 | 27030 | 10 | 6 | 16 | 517.92 | 310.75 | 828.67 |
| 09/07/05 | 2775357 | 27025 | 11 | 4 | 15 | 607.69 | 220.98 | 828.67 |
| 09/08/05 | 2777594 | 27084 | 9 | 18 | 27 | 276.22 | 552.45 | 828.67 |
| 09/08/05 | 2779935 | 27082 | 7 | 3 | 10 | 580.07 | 248.60 | 828.67 |
| 09/09/05 | 2782962 | 27122 | 6 | 24 | 30 | 165.73 | 662.94 | 828.67 |
| 09/09/05 | 2784246 | 27172 | 15 | 10 | 25 | 497.20 | 331.47 | 828.67 |
| 09/12/05 | 2788235 | 27194 | 5 | 13 | 18 | 230.19 | 598.48 | 828.67 |
| 09/12/05 | 2790636 | 27192 | 1 | 5 | 6 | 138.11 | 690.56 | 828.67 |
| 09/13/05 | 2793115 | 27244 | 5 | 11 | 16 | 258.96 | 569.71 | 828.67 |
| 09/13/05 | 2795705 | 27259 | 14 | 16 | 30 | 386.71 | 441.96 | 828.67 |
| 09/14/05 | 2798265 | 27286 | 14 | 16 | 30 | 386.71 | 441.96 | 828.67 |
| 09/14/05 | 2800567 | 27284 | 14 | 18 | 32 | 362.54 | 466.13 | 828.67 |
| 09/15/05 | 2803109 | 27323 | 15 | 26 | 41 | 303.17 | 525.50 | 828.67 |
| 09/15/05 | 2805695 | 27327 | 13 | 16 | 29 | 371.47 | 457.20 | 828.67 |
| 09/16/05 | 2807451 | 27401 | 16 | 26 | 42 | 332.59 | 540.45 | 873.04 |
| 09/16/05 | 2810164 | 27403 | 9 | 16 | 25 | 314.29 | 558.75 | 873.04 |
| 09/19/05 | 2812692 | 27463 | 29 | 13 | 42 | 602.81 | 270.23 | 873.04 |
| 09/19/05 | 2814858 | 27432 | 22 | 22 | 44 | 436.52 | 436.52 | 873.04 |
| 09/20/05 | 2817819 | 27472 | 30 | 12 | 42 | 623.60 | 249.44 | 873.04 |
| 09/20/05 | 2820351 | 27491 | 13 | 31 | 44 | 257.94 | 615.10 | 873.04 |
| 09/20/05 | 2822767 | 27497 | 19 | 20 | 39 | 425.33 | 447.71 | 873.04 |
| 09/21/05 | 2825365 | 27539 | 13 | 19 | 32 | 335.90 | 490.94 | 826.84 |
| 09/22/05 | 2827599 | 27558 | 14 | 12 | 26 | 470.10 | 402.94 | 873.04 |
| 09/22/05 | 2830228 | 27554 | 20 | 8 | 28 | 406.61 | 162.64 | 569.25 |
| 09/23/05 | 2832890 | 27595 | 16 | 23 | 39 | 358.17 | 514.87 | 873.04 |
| 09/23/05 | 2834907 | 27598 | 15 | 18 | 33 | 396.84 | 476.20 | 873.04 |
| 09/26/05 | 2838727 | 27654 | 17 | 25 | 42 | 353.37 | 519.67 | 873.04 |
| 09/26/05 | 2840837 | 27668 | 18 | 26 | 44 | 357.15 | 515.89 | 873.04 |
| 09/27/05 | 2843762 | 27681 | 21 | 21 | 42 | 436.52 | 436.52 | 873.04 |
| 09/27/05 | 2845992 | 27706 | 12 | 27 | 39 | 268.63 | 604.41 | 873.04 |
| 09/28/05 | 2848553 | 27725 | 21 | 19 | 40 | 458.35 | 414.69 | 873.04 |
| 09/28/05 | 2850966 | 27756 | 20 | 7 | 27 | 646.70 | 226.34 | 873.04 |
| 09/29/05 | 2853262 | 27768 | 16 | 19 | 35 | 399.10 | 473.94 | 873.04 |
| 09/29/05 | 2855720 | 27792 | 22 | 14 | 36 | 533.52 | 339.52 | 873.04 |
| 09/30/05 | 2858011 | 27813 | 15 | 25 | 40 | 338.73 | 564.55 | 903.28 |
| 09/30/05 | 2859925 | 27831 | 16 | 15 | 31 | 426.76 | 400.08 | 826.84 |
| 10/03/05 | 2862781 | 27847 | 6 | 22 | 28 | 187.08 | 685.96 | 873.04 |
| 10/03/05 | 2864874 | 27881 | 11 | 14 | 25 | 384.14 | 488.90 | 873.04 |
| 10/04/05 | 2868193 | 27883 | 10 | 16 | 26 | 335.78 | 537.26 | 873.04 |
| 10/04/05 | 2870430 | 27918 | 32 | 8 | 40 | 698.43 | 174.61 | 873.04 |
| 10/05/05 | 2872786 | 27941 | 28 | 10 | 38 | 643.29 | 229.75 | 873.04 |
| 10/05/05 | 2875082 | 27965 | 26 | 14 | 40 | 567.48 | 305.56 | 873.04 |
| 10/06/05 | 2876994 | 27974 | 25 | 17 | 42 | 519.67 | 353.37 | 873.04 |
| 10/06/05 | 2879354 | 28014 | 32 | 12 | 44 | 634.94 | 238.10 | 873.04 |
| 10/07/05 | 2883614 | 28020 | 36 | 6 | 42 | 748.32 | 124.72 | 873.04 |
| 10/07/05 | 2885553 | 28034 | 25 | 15 | 40 | 545.65 | 327.39 | 873.04 |
| | | | | | | **$58,256.61**<br>**Delphi amt** | 71,152.58 | 129,409.19 |