# EXHIBIT "B"

# *ArvinMeritor*

**ORIGINAL**

ArvinMeritor OE, LLC
950 W. 450 S.
Columbus, IN 47201
D - U - N - S   14-809-0090

| INVOICE NO | 10099 |
|---|---|

SHIPPED:

| DATE | | | |
|---|---|---|---|
| MO | DAY | YR | |
| 12 | 13 | 06 | INVOICE |

| VENDER NO. |
|---|
| |

**SOLD TO:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT SERVICES (NB)
P.O. BOX 62530
PHOENIX, ARIZONA 85082-2530

**SHIPPED TO:**
DELPHI ENERGY
DOCK 801 BLDG 2
7929 SOUTH HOWELL AVENUE
OAK CREEK WISCONSIN 53201

**ROUTING:** FOR BILLING ONLY
**TERMS:** M2D2
**SHIPPED FROM:** COLUMBUS, IN

| CUSTOMER'S ORDER NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED | CUSTOMER PART NUMBER AND DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| Freight Bankruptcy | 1 | 1 | See Attached<br>Freight shipments from July 14, 2005 thru Oct. 7, 2005<br><br>NOTE: CONVERTER FREIGHT CHARGES PREPAID FROM OAK CREEK, WI USA TO ARVIN, DEXTER MO AND CONCORD ONTARIO, CANADA. CONVERTER FREIGHT CHARGES PREPAID FROM MONTERREY, MEXICO TO QUERETARO, MEXICO<br><br>Please send payment to:<br>ARVINMERITOR CANADA REG"D NAME<br>P.O. BOX 77221<br>DETROIT, MI 48277<br><br>DUNS 20-647-3936 | $104,757.60 | 104,757.60 |
| | | | | | US FUNDS |
| | | | | PAY THIS AMOUNT | $104,757.60 |
| | | | | INVOICE NO. | 10099 |

WE HEREBY CERTIFY THAT THESE GOOD WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE U S DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| Shipper Code | Terms | Consignee Code | Weight | Leg Origin | Leg Desination | OrderStartDate | Route | Event | Order Status | OrderNumber | BOLNum | PCS | Lifts | Costs | COL or PPD | 6-6-05 THRU 10-7-05 | COSTS 6-6-05 THRU 10-7-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELOA | COL | AEC | 12,576 | CXINC | AEC | 7/16/05 4:54 | 2214E | LUL | CMP | 41852 | 86513316 | 0 | 12 | $ 487.70 | COL | Y | 487.7 |
| DELOA | COL | AEC | 8,384 | CXINC | AEC | 7/16/05 3:13 | 2200F | LUL | CMP | 42548 | 86519764 | 0 | 8 | $ 353.82 | COL | Y | 353.82 |
| DELOA | COL | AEC | 9,432 | DELOA | CXINC | 7/1/05 0:13 | 2143G | LLD | CMP | 39316 | 86521567 | 0 | 9 | $ 444.71 | COL | Y | 444.71 |
| DELOA | COL | AEC | 9,432 | CXINC | AEC | 7/16/05 4:54 | 2214E | LUL | CMP | 41852 | 86526574 | 0 | 1 | $ 365.78 | COL | Y | 365.78 |
| DELOA | COL | AEC | 1,048 | DELOA | CXINC | 7/1/05 8:37 | 2151N | LLD | CMP | 39336 | 86526574 | 0 | 1 | $ 37.66 | COL | Y | 37.66 |
| DELOA | COL | AEC | 1,048 | CXINC | AEC | 7/16/05 3:13 | 2200F | LUL | CMP | 42548 | 86529099 | 0 | 1 | $ 44.23 | COL | Y | 44.23 |
| DELOA | COL | AEC | 11,528 | DELOA | CXINC | 7/13/05 0:00 | 2143G | LLD | CMP | 41277 | 86559099 | 0 | 11 | $ 262.55 | COL | Y | 262.55 |
| DELOA | COL | AEC | 11,528 | CXINC | AEC | 7/16/05 3:13 | 2200F | LUL | CMP | 42548 | 86559099 | 0 | 11 | $ 499.09 | COL | Y | 499.09 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 7/16/05 5:14 | 2143E | LUL | CMP | 41278 | 86562623 | 0 | 16 | $ 486.50 | COL | Y | 486.5 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 7/14/05 5:14 | 2143E | LUL | CMP | 41278 | 86562623 | 0 | 16 | $ 650.27 | COL | Y | 650.27 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 7/15/05 1:04 | 2143G | LLD | CMP | 41279 | 86566493 | 0 | 36 | $ 921.66 | COL | Y | 921.66 |
| DELOA | COL | AEC | 37,729 | CXINC | AEC | 7/15/05 0:49 | 2143G | LUL | CMP | 41852 | 86566493 | 0 | 36 | $ 1,275.94 | COL | Y | 1275.94 |
| DELOA | COL | AEC | 37,729 | DELOA | CXINC | 7/15/05 0:15 | 2238G | LLD | CMP | 41937 | 86570826 | 0 | 24 | $ 566.31 | COL | Y | 566.31 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 7/17/05 23:55 | 2143G | LUL | CMP | 42461 | 86570826 | 0 | 24 | $ 1,287.21 | COL | Y | 1287.21 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 7/18/05 22:18 | 2200F | LLD | CMP | 42549 | 86588704 | 0 | 24 | $ 532.04 | COL | Y | 532.04 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 7/19/05 0:17 | 2143G | LUL | CMP | 42462 | 86588704 | 0 | 24 | $ 1,167.73 | COL | Y | 1167.73 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 7/21/05 0:01 | 2143G | LLD | CMP | 42464 | 86595558 | 0 | 24 | $ 1,142.37 | COL | Y | 1142.37 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 7/22/05 2:39 | 2200F | LUL | CMP | 42552 | 86595558 | 0 | 24 | $ 1,382.20 | COL | Y | 1382.2 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 7/22/05 0:01 | 2143G | LLD | CMP | 42465 | 86595936 | 0 | 30 | $ 620.31 | COL | Y | 620.31 |
| DELOA | COL | AEC | 31,441 | CXINC | AEC | 7/22/05 21:44 | 2200F | LUL | CMP | 43662 | 86595936 | 0 | 30 | $ 1,382.2 | COL | Y | 1382.2 |
| DELOA | COL | AEC | 31,441 | DELOA | CXINC | 7/25/05 0:05 | 2143G | LLD | CMP | 43576 | 86612513 | 0 | 22 | $ 498.35 | COL | Y | 498.35 |
| DELOA | COL | AEC | 23,056 | CXINC | AEC | 7/26/05 2:10 | 2200F | LUL | CMP | 43663 | 86612513 | 0 | 22 | $ 1,168.55 | COL | Y | 1168.55 |
| DELOA | COL | AEC | 23,056 | DELOA | CXINC | 7/26/05 0:00 | 2143G | LLD | CMP | 43577 | 86618524 | 0 | 26 | $ 538.61 | COL | Y | 538.61 |
| DELOA | COL | AEC | 27,249 | CXINC | AEC | 7/27/05 0:09 | 2143G | LUL | CMP | 43664 | 86618524 | 0 | 26 | $ 1,368.18 | COL | Y | 1368.18 |
| DELOA | COL | AEC | 27,249 | DELOA | CXINC | 7/27/05 5:09 | 2200F | LLD | CMP | 43578 | 86625868 | 0 | 20 | $ 412.57 | COL | Y | 412.57 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 7/28/05 1:21 | 2214E | LUL | CMP | 43665 | 86625868 | 0 | 20 | $ 748.29 | COL | Y | 748.29 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 7/27/05 8:16 | 2151N | LLD | CMP | 43598 | 86631631 | 0 | 4 | $ 135.69 | COL | Y | 135.69 |
| DELOA | COL | AEC | 4,193 | CXINC | AEC | 7/28/05 4:34 | 2214E | LUL | CMP | 43843 | 86631631 | 0 | 4 | $ 748.29 | COL | Y | 748.29 |
| DELOA | COL | AEC | 4,193 | DELOA | CXINC | 7/28/05 4:34 | 2214E | LLD | CMP | 43579 | 86633778 | 0 | 18 | $ 367.69 | COL | Y | 367.69 |
| DELOA | COL | AEC | 18,864 | CXINC | AEC | 7/27/05 23:54 | 2143G | LUL | CMP | 43666 | 86633778 | 0 | 18 | $ 1,393.22 | COL | Y | 1393.22 |
| DELOA | COL | AEC | 18,864 | DELOA | CXINC | 7/28/05 21:42 | 2200F | LLD | CMP | 43599 | 86639939 | 0 | 6 | $ 132.15 | COL | Y | 132.15 |
| DELOA | COL | AEC | 6,289 | CXINC | AEC | 7/29/05 7:24 | 2151N | LUL | CMP | 43844 | 86639939 | 0 | 6 | $ 452.94 | COL | Y | 452.94 |
| DELOA | COL | AEC | 6,289 | DELOA | CXINC | 7/29/05 4:53 | 2214E | LLD | CMP | 43580 | 86641628 | 0 | 20 | $ 465.33 | COL | Y | 465.33 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 7/29/05 0:04 | 2143G | LUL | CMP | 43844 | 86641628 | 0 | 20 | $ 1,049.97 | COL | Y | 1049.97 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 7/30/05 5:15 | 2151N | LLD | CMP | 45266 | 86647190 | 0 | 16 | $ 395.15 | COL | Y | 395.15 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 7/30/05 8:14 | 2200G | LUL | CMP | 43600 | 86647190 | 0 | 16 | $ 907.38 | COL | Y | 907.38 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 7/29/05 4:20 | 2214F | LLD | CMP | 44595 | 86654096 | 0 | 1 | $ 15.00 | COL | Y | 15 |
| DELOA | COL | AEC | 221 | DELOA | CXINC | 8/1/05 0:00 | 2143G | LLD | CMP | 45180 | 86654096 | 0 | 1 | $ 42.78 | COL | N | 0 |
| DELOA | COL | AEC | 221 | CXINC | AEC | 8/1/05 21:44 | 2200G | LUL | CMP | 45267 | 86654096 | 0 | 1 | | COL | | |

| Shipper Code | Terms | Consignee Code | Weight | Leg Origin | Leg Desination | OrderStartDate | Route | Event | Order Status | OrderNumber | BOLNum | PCS | Lifts | Costs | COL or PPD | 6-6-05 THRU 10-7-05 | COSTS 6-6-05 THRU 10-7-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELOA | COL | AEC | 17,816 | DELOA | CXINC | 8/2/05 0:11 | 2143G | LLD | CMP | 45181 | 86659395 | 0 | 17 | $ 476.46 | COL | Y | 476.46 |
| DELOA | COL | AEC | 17,816 | CXINC | AEC | 8/3/05 0:53 | 2200G | LUL | CMP | 45268 | 86659395 | 0 | 17 | $ 930.07 | COL | Y | 930.07 |
| DELOA | COL | AEC | 15,720 | DELOA | CXINC | 8/3/05 0:02 | 2143G | LLD | CMP | 45182 | 86668445 | 0 | 15 | $ 543.44 | COL | Y | 543.44 |
| DELOA | COL | AEC | 15,720 | CXINC | AEC | 8/3/05 21:42 | 2200G | LUL | CMP | 45269 | 86668445 | 0 | 15 | $ 917.94 | COL | Y | 917.94 |
| DELOA | COL | AEC | 2,096 | CXINC | AEC | 8/4/05 4:10 | 2214F | LUL | CMP | 44598 | 86673526 | 0 | 2 | $ 230.26 | COL | Y | 230.26 |
| DELOA | COL | AEC | 2,096 | DELOA | CXINC | 8/3/05 6:55 | 2151N | LLD | CMP | 45202 | 86673526 | 0 | 2 | $ 60.36 | COL | Y | 60.36 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 8/3/05 23:59 | 2143G | LLD | CMP | 45183 | 86676268 | 0 | 16 | $ 407.96 | COL | Y | 407.96 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 8/5/05 2:19 | 2200G | LUL | CMP | 45270 | 86676268 | 0 | 16 | $ 1,020.82 | COL | Y | 1020.82 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 8/5/05 0:08 | 2143G | LLD | CMP | 45184 | 86686406 | 0 | 28 | $ 540.90 | COL | Y | 540.9 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 8/5/05 21:50 | 2200G | LUL | CMP | 45269 | 86686406 | 0 | 28 | $ 1,384.16 | COL | Y | 1384.16 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 8/8/05 0:15 | 2143G | LLD | CMP | 46026 | 86694473 | 0 | 28 | $ 636.94 | COL | Y | 636.94 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 8/9/05 1:21 | 2200G | LUL | CMP | 46112 | 86694473 | 0 | 28 | $ 1,248.54 | COL | Y | 1248.54 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 8/8/05 23:59 | 2143G | LLD | CMP | 46113 | 86705028 | 0 | 28 | $ 625.43 | COL | Y | 625.43 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 8/9/05 21:43 | 2200G | LUL | CMP | 46027 | 86705028 | 0 | 28 | $ 1,307.83 | COL | Y | 1307.83 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 8/10/05 0:25 | 2143G | LLD | CMP | 46114 | 86719986 | 0 | 28 | $ 609.15 | COL | Y | 609.15 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 8/11/05 1:20 | 2200G | LUL | CMP | 46028 | 86719986 | 0 | 28 | $ 893.91 | COL | Y | 893.91 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 8/11/05 0:06 | 2143G | LLD | CMP | 46115 | 86746711 | 0 | 28 | $ 1,011.00 | COL | Y | 1011 |
| DELOA | COL | AEC | 28,297 | CXINC | AEC | 8/11/05 21:47 | 2200G | LUL | CMP | 47647 | 86746711 | 0 | 20 | $ 471.32 | COL | Y | 471.32 |
| DELOA | COL | AEC | 28,297 | DELOA | CXINC | 8/15/05 0:01 | 2143G | LLD | CMP | 46029 | 86756839 | 0 | 27 | $ 404.85 | COL | Y | 404.85 |
| DELOA | COL | AEC | 28,297 | CXINC | AEC | 8/16/05 0:09 | 2200G | LUL | CMP | 47648 | 86756839 | 0 | 20 | $ 1,467.34 | COL | Y | 1467.34 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 8/15/05 21:47 | 2143G | LLD | CMP | 46116 | 86729885 | 0 | 27 | $ 534.95 | COL | Y | 534.95 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 8/17/05 1:01 | 2200G | LUL | CMP | 47738 | 86766839 | 0 | 20 | $ 981.69 | COL | Y | 981.69 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 8/17/05 23:58 | 2143G | LLD | CMP | 46030 | 86772186 | 0 | 20 | $ 1,245.73 | COL | Y | 1245.73 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 8/17/05 2:10 | 2200G | LUL | CMP | 47740 | 86772186 | 0 | 20 | $ 412.56 | COL | Y | 412.56 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 8/12/05 0:12 | 2143G | LLD | CMP | 47736 | 86383359 | 0 | 20 | $ 462.43 | COL | Y | 462.43 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 8/17/05 0:05 | 2200G | LUL | CMP | 47649 | 86764774 | 0 | 20 | $ 1,169.44 | COL | Y | 1169.44 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 8/13/05 4:22 | 2143G | LLD | CMP | 47737 | 86764774 | 0 | 20 | $ 772.54 | COL | Y | 772.54 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 8/17/05 21:41 | 2200G | LUL | CMP | 47739 | 86781755 | 0 | 20 | $ 528.83 | COL | Y | 528.83 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 8/8/05 23:59 | 2143G | LLD | CMP | 47651 | 86781755 | 0 | 27 | $ 1,319.80 | COL | Y | 1319.8 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 8/19/05 0:05 | 2200G | LUL | CMP | 49314 | 86784013 | 0 | 2 | $ 39.17 | COL | Y | 39.17 |
| DELOA | COL | AEC | 2,096 | DELOA | CXINC | 8/19/05 21:40 | 2143G | LLD | CMP | 47651 | 86784013 | 0 | 2 | $ 97.76 | COL | Y | 97.76 |
| DELOA | COL | AEC | 2,096 | CXINC | AEC | 8/19/05 21:40 | 2200G | LUL | CMP | 49314 | 86784013 | 0 | 2 | $ 188.60 | COL | Y | 188.6 |
| DELOA | COL | AEC | 7,336 | DELOA | CXINC | 8/19/05 8:33 | 2151N | LLD | CMP | 49353 | 86788093 | 0 | 7 | $ 500.06 | COL | Y | 500.06 |
| DELOA | COL | AEC | 7,336 | CXINC | AEC | 8/20/05 4:03 | 2214F | LUL | CMP | 49370 | 86788093 | 0 | 7 | $ 680.52 | COL | Y | 680.52 |
| DELOA | COL | AEC | 28,297 | CXINC | AEC | 8/21/05 23:50 | 2143G | LLD | CMP | 49228 | 86789127 | 0 | 27 | $ 1,291.00 | COL | Y | 1291 |
| DELOA | COL | AEC | 28,297 | DELOA | CXINC | 8/21/05 1:31 | 2200G | LUL | CMP | 49833 | 86789127 | 0 | 27 | $ 627.45 | COL | Y | 627.45 |
| DELOA | COL | AEC | 32,489 | DELOA | CXINC | 8/23/05 0:08 | 2143G | LLD | CMP | 49229 | 86800115 | 0 | 31 | $ 1,500.27 | COL | Y | 1500.27 |
| DELOA | COL | AEC | 32,489 | CXINC | AEC | 8/23/05 1:31 | 2200G | LUL | CMP | 49316 | 86800115 | 0 | 31 | $ 627.45 | COL | Y | 627.45 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 8/24/05 0:30 | 2143G | LLD | CMP | 49230 | 86808114 | 0 | 24 | $ 510.15 | COL | Y | 510.15 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 8/25/05 1:37 | 2200G | LUL | CMP | 49317 | 86808114 | 0 | 24 | $ 1,027.16 | COL | Y | 1027.16 |

| Shipper Code | Terms | Consignee Code | Weight | Leg Origin | Leg Desination | OrderStartDate | Route | Event | Order Status | OrderNumber | BOLNum | PCS | Lifts | Costs | COL or PPD | 6-6-05 THRU 10-7-05 | COSTS 6-6-05 THRU 10-7-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELOA | COL | AEC | 30,393 | DELOA | CXINC | 8/25/05 0:04 | 2143G | LLD | CMP | 49231 | 86816424 | 0 | 29 | $ 634.07 | COL | Y | 634.07 |
| DELOA | COL | AEC | 30,393 | CXINC | AEC | 8/25/05 21:41 | 2200G | LUL | CMP | 49318 | 86816424 | 0 | 29 | $ 1,485.85 | COL | Y | 1485.85 |
| DELOA | COL | AEC | 30,393 | DELOA | CXINC | 8/26/05 0:30 | 2143G | LLD | CMP | 49232 | 86824428 | 0 | 29 | $ 580.22 | COL | Y | 580.22 |
| DELOA | COL | AEC | 30,393 | CXINC | AEC | 8/27/05 5:58 | 2200G | LUL | CMP | 50585 | 86824428 | 0 | 29 | $ 1,258.24 | COL | Y | 1258.24 |
| DELOA | COL | AEC | 12,576 | DELOA | CXINC | 8/26/05 8:20 | 2151N | LLD | CMP | 49252 | 86832964 | 0 | 12 | $ 311.67 | COL | Y | 311.67 |
| DELOA | COL | AEC | 12,576 | CXINC | AEC | 8/27/05 3:48 | 2214F | LUL | CMP | 50651 | 86832964 | 0 | 12 | $ 645.46 | COL | Y | 645.46 |
| DELOA | COL | AEC | 12,576 | DELOA | CXINC | 8/29/05 4:30 | 2214F | LLD | CMP | 50653 | 86850807 | 0 | 12 | $ 1,443.43 | COL | Y | 1443.43 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 8/29/05 21:42 | 2200G | LLD | CMP | 50586 | 86833491 | 0 | 24 | $ 1,443.43 | COL | Y | 1443.43 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 8/29/05 0:13 | 2143G | LUL | CMP | 51018 | 86833491 | 0 | 24 | $ 428.49 | COL | Y | 428.49 |
| DELOA | COL | AEC | 6,288 | DELOA | CXINC | 8/29/05 8:36 | 2151N | LLD | CMP | 50523 | 86843931 | 0 | 6 | $ 190.80 | COL | Y | 190.8 |
| DELOA | COL | AEC | 6,288 | CXINC | AEC | 8/30/05 4:55 | 2214F | LUL | CMP | 50652 | 86843931 | 0 | 6 | $ 630.43 | COL | Y | 630.43 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 8/30/05 8:03 | 2151N | LLD | CMP | 50587 | 86844741 | 0 | 16 | $ 740.14 | COL | Y | 740.14 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 8/31/05 2:00 | 2200G | LUL | CMP | 51196 | 86844741 | 0 | 16 | $ 328.14 | COL | Y | 328.14 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 8/29/05 23:56 | 2143G | LLD | CMP | 50524 | 86850807 | 0 | 16 | $ 371.60 | COL | Y | 371.6 |
| DELOA | COL | AEC | 6,288 | CXINC | AEC | 8/30/05 9:15 | 2151N | LUL | CMP | 50653 | 86850807 | 0 | 6 | $ 185.16 | COL | Y | 185.16 |
| DELOA | COL | AEC | 6,288 | DELOA | CXINC | 8/31/05 0:08 | 2214F | LLD | CMP | 50588 | 86852257 | 0 | 6 | $ 629.55 | COL | Y | 629.55 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 9/1/05 2:59 | 2200G | LUL | CMP | 51248 | 86852257 | 0 | 16 | $ 398.16 | COL | Y | 398.16 |
| DELOA | COL | AEC | 1,048 | DELOA | CXINC | 8/31/05 10:59 | 2151N | LLD | CMP | 50525 | 86859023 | 0 | 1 | $ 27.91 | COL | Y | 27.91 |
| DELOA | COL | AEC | 1,048 | CXINC | AEC | 9/1/05 2:59 | 2200G | LUL | CMP | 50588 | 86859023 | 0 | 1 | $ 39.35 | COL | Y | 39.35 |
| DELOA | COL | AEC | 12,576 | DELOA | CXINC | 9/2/05 0:06 | 2143G | LLD | CMP | 51484 | 86869143 | 0 | 12 | $ 302.98 | COL | Y | 302.98 |
| DELOA | COL | AEC | 12,576 | CXINC | AEC | 9/2/05 22:13 | 2200G | LUL | CMP | 52076 | 86869143 | 0 | 12 | $ 947.11 | COL | Y | 947.11 |
| DELOA | COL | AEC | 17,816 | DELOA | CXINC | 8/30/05 23:21 | 2151N | LLD | CMP | 51915 | 86884251 | 0 | 17 | $ 470.12 | COL | Y | 470.12 |
| DELOA | COL | AEC | 17,816 | CXINC | AEC | 9/5/05 23:23 | 2200G | LUL | CMP | 52336 | 86884251 | 0 | 17 | $ - | COL | Y | 0 |
| DELOA | COL | AEC | 6,288 | DELOA | CXINC | 9/5/05 18:07 | 2200G | LLD | CMP | 51609 | 86889216 | 0 | 6 | $ 397.34 | COL | Y | 397.34 |
| DELOA | COL | AEC | 6,288 | CXINC | AEC | 9/7/05 5:50 | 2214F | LUL | CMP | 51610 | 86889216 | 0 | 6 | $ 294.75 | COL | Y | 294.75 |
| DELOA | COL | AEC | 18,864 | DELOA | CXINC | 9/6/05 23:35 | 2143H | LLD | CMP | 51916 | 86890646 | 0 | 18 | $ 570.78 | COL | Y | 570.78 |
| DELOA | COL | AEC | 18,864 | CXINC | AEC | 9/8/05 1:17 | 2200G | LUL | CMP | 52078 | 86890646 | 0 | 18 | $ 824.11 | COL | Y | 824.11 |
| DELOA | COL | AEC | 5,240 | DELOA | CXINC | 9/8/05 4:57 | 2214F | LLD | CMP | 51610 | 86899644 | 0 | 5 | $ 380.07 | COL | Y | 380.07 |
| DELOA | COL | AEC | 5,240 | CXINC | AEC | 9/7/05 11:30 | 2151N | LUL | CMP | 51941 | 86899644 | 0 | 5 | $ 203.52 | COL | Y | 203.52 |
| DELOA | COL | AEC | 7,336 | DELOA | CXINC | 9/8/05 0:06 | 2143H | LLD | CMP | 51917 | 86900984 | 0 | 7 | $ 329.32 | COL | Y | 329.32 |
| DELOA | COL | AEC | 7,336 | CXINC | AEC | 9/8/05 21:46 | 2200G | LUL | CMP | 52079 | 86900984 | 0 | 7 | $ 927.79 | COL | Y | 927.79 |
| DELOA | COL | AEC | 8,384 | DELOA | CXINC | 9/9/05 5:09 | 2214F | LLD | CMP | 51611 | 86908387 | 0 | 8 | $ 622.80 | COL | Y | 622.8 |
| DELOA | COL | AEC | 8,384 | CXINC | AEC | 9/9/05 8:18 | 2151N | LUL | CMP | 51942 | 86908387 | 0 | 8 | $ 334.48 | COL | Y | 334.48 |
| DELOA | COL | AEC | 6,288 | DELOA | CXINC | 9/8/05 0:04 | 2143H | LLD | CMP | 51918 | 86909042 | 0 | 11 | $ 330.21 | COL | Y | 330.21 |
| DELOA | COL | AEC | 11,528 | CXINC | AEC | 9/10/05 5:30 | 2200G | LUL | CMP | 53030 | 86909042 | 0 | 11 | $ 859.39 | COL | Y | 859.39 |
| DELOA | COL | AEC | 11,528 | DELOA | CXINC | 9/10/05 23:54 | 2143H | LLD | CMP | 52944 | 86918002 | 0 | 18 | $ 548.93 | COL | Y | 548.93 |
| DELOA | COL | AEC | 18,864 | CXINC | AEC | 9/11/05 23:54 | 2214F | LUL | CMP | 53711 | 86918002 | 0 | 18 | $ 1,341.25 | COL | Y | 1341.25 |
| DELOA | COL | AEC | 18,864 | DELOA | CXINC | 9/13/05 21:40 | 2200G | LLD | CMP | 52498 | 86927490 | 0 | 1 | $ 82.50 | COL | Y | 82.5 |
| DELOA | COL | AEC | 1,048 | DELOA | CXINC | 9/12/05 5:12 | 2214F | LLD | CMP | 52964 | 86927490 | 0 | 1 | $ 26.08 | COL | Y | 26.08 |
| DELOA | COL | AEC | 1,048 | DELOA | CXINC | 9/12/05 7:40 | 2151N | LLD | CMP | 52945 | 86928992 | 0 | 19 | $ 525.13 | COL | Y | 525.13 |
| DELOA | COL | AEC | 19,912 | DELOA | CXINC | 9/12/05 23:57 | 2143H | LLD | CMP | 53032 | 86928992 | 0 | 19 | $ 1,018.76 | COL | Y | 1018.76 |
| DELOA | COL | AEC | 19,912 | CXINC | AEC | 9/14/05 1:00 | 2200G | LUL | | | | | | | | | |

| Shipper Code | Terms | Consignee Code | Weight | Leg Origin | Leg Desination | OrderStartDate | Route | Event | Order Status | OrderNumber | BOLNum | PCS | Lifts | Costs | COL or PPD | 6-6-05 THRU 10-7-05 | COSTS 6-6-05 THRU 10-7-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELOA | COL | AEC | 1,048 | CXINC | AEC | 9/14/05 4:40 | 2214F | LUL | CMP | 52499 | 86935948 | 0 | 1 | $ 102.38 | COL | Y | 102.38 |
| DELOA | COL | AEC | 1,048 | DELOA | CXINC | 9/13/05 7:57 | 2151N | LLD | CMP | 52965 | 86935948 | 0 | 1 | $ 23.36 | COL | Y | 23.36 |
| DELOA | COL | AEC | 16,768 | CXINC | AEC | 9/14/05 0:02 | 2143H | LUL | CMP | 52946 | 86936595 | 0 | 16 | $ 473.26 | COL | Y | 473.26 |
| DELOA | COL | AEC | 16,768 | DELOA | CXINC | 9/14/05 21:40 | 2200G | LLD | CMP | 53033 | 86936595 | 0 | 16 | $ 1,006.63 | COL | Y | 1006.63 |
| DELOA | COL | AEC | 8,384 | CXINC | AEC | 9/14/05 23:51 | 2214F | LUL | CMP | 52947 | 86945514 | 0 | 8 | $ 269.51 | COL | Y | 269.51 |
| DELOA | COL | AEC | 8,384 | DELOA | CXINC | 9/14/05 2:38 | 2200G | LLD | CMP | 53034 | 86945514 | 0 | 8 | $ 846.27 | COL | Y | 846.27 |
| DELOA | COL | AEC | 9,432 | CXINC | AEC | 9/16/05 4:40 | 2214F | LUL | CMP | 52501 | 86953393 | 0 | 9 | $ 637.82 | COL | Y | 637.82 |
| DELOA | COL | AEC | 9,432 | DELOA | CXINC | 9/16/05 8:14 | 2151N | LLD | CMP | 52967 | 86953393 | 0 | 9 | $ 250.82 | COL | Y | 250.82 |
| DELOA | COL | AEC | 15,720 | CXINC | AEC | 9/15/05 0:08 | 2143H | LUL | CMP | 52948 | 86954625 | 0 | 15 | $ 412.09 | COL | Y | 412.09 |
| DELOA | COL | AEC | 15,720 | DELOA | CXINC | 9/16/05 21:39 | 2200G | LLD | CMP | 52968 | 86954625 | 0 | 15 | $ 1,347.26 | COL | Y | 1347.26 |
| DELOA | COL | AEC | 5,240 | CXINC | AEC | 9/16/05 8:29 | 2214H | LUL | CMP | 54661 | 86962101 | 0 | 5 | $ 223.78 | COL | Y | 223.78 |
| DELOA | COL | AEC | 5,240 | DELOA | CXINC | 9/17/05 4:32 | 2151N | LLD | CMP | 54321 | 86962101 | 0 | 5 | $ 359.86 | COL | Y | 359.86 |
| DELOA | COL | AEC | 22,008 | CXINC | AEC | 9/20/05 0:43 | 2200G | LUL | CMP | 54322 | 86962404 | 0 | 21 | $ 1,009.82 | COL | Y | 1009.82 |
| DELOA | COL | AEC | 22,008 | DELOA | CXINC | 9/18/05 23:40 | 2143H | LLD | CMP | 54661 | 86962404 | 0 | 21 | $ 446.00 | COL | Y | 446 |
| DELOA | COL | AEC | 24,105 | CXINC | AEC | 9/22/05 1:25 | 2200G | LUL | CMP | 55072 | 86980381 | 0 | 23 | $ 134.00 | COL | Y | 134 |
| DELOA | COL | AEC | 24,105 | DELOA | CXINC | 9/19/05 23:49 | 2143G | LLD | CMP | 54236 | 86980381 | 0 | 23 | $ 753.65 | COL | Y | 753.65 |
| DELOA | COL | AEC | 5,240 | CXINC | AEC | 9/21/05 21:42 | 2200G | LUL | CMP | 54237 | 86972306 | 0 | 5 | $ 518.99 | COL | Y | 518.99 |
| DELOA | COL | AEC | 5,240 | DELOA | CXINC | 9/20/05 23:49 | 2200G | LLD | CMP | 54323 | 86972306 | 0 | 5 | $ 726.09 | COL | Y | 726.09 |
| DELOA | COL | AEC | 3,144 | CXINC | AEC | 9/22/05 5:06 | 2214F | LUL | CMP | 54324 | 86988065 | 0 | 3 | $ 127.55 | COL | Y | 127.55 |
| DELOA | COL | AEC | 3,144 | DELOA | CXINC | 9/21/05 23:48 | 2151N | LLD | CMP | 54257 | 86988065 | 0 | 3 | $ 221.75 | COL | Y | 221.75 |
| DELOA | COL | AEC | 17,816 | CXINC | AEC | 9/25/05 23:48 | 2200G | LUL | CMP | 55699 | 86970995 | 0 | 17 | $ 423.31 | COL | Y | 423.31 |
| DELOA | COL | AEC | 17,816 | DELOA | CXINC | 9/24/05 6:12 | 2200G | LLD | CMP | 55787 | 86970995 | 0 | 17 | $ 1,522.24 | COL | Y | 1522.24 |
| DELOA | COL | AEC | 27,249 | CXINC | AEC | 9/23/05 0:08 | 2143h | LUL | CMP | 54239 | 86967995 | 0 | 26 | $ 1,262.73 | COL | Y | 1262.73 |
| DELOA | COL | AEC | 27,249 | DELOA | CXINC | 9/24/05 23:57 | 2143H | LLD | CMP | 54257 | 86967995 | 0 | 26 | $ 582.18 | COL | Y | 582.18 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 9/27/05 1:30 | 2200G | LUL | CMP | 55700 | 86990059 | 0 | 24 | $ 1,323.86 | COL | Y | 1323.86 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 9/26/05 21:38 | 2200G | LLD | CMP | 54238 | 86990059 | 0 | 24 | $ 457.71 | COL | Y | 457.71 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 9/27/05 0:00 | 2200G | LUL | CMP | 54664 | 86980065 | 0 | 28 | $ 625.81 | COL | Y | 625.81 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 9/28/05 21:35 | 2200G | LLD | CMP | 55788 | 86011751 | 0 | 28 | $ 1,060.23 | COL | Y | 1060.23 |
| DELOA | COL | AEC | 25,153 | CXINC | AEC | 9/28/05 23:36 | 2200G | LUL | CMP | 55789 | 87011751 | 0 | 24 | $ 473.78 | COL | Y | 473.78 |
| DELOA | COL | AEC | 25,153 | DELOA | CXINC | 9/27/05 23:57 | 2200G | LLD | CMP | 55701 | 87018652 | 0 | 24 | $ 558.38 | COL | Y | 558.38 |
| DELOA | COL | AEC | 20,960 | CXINC | AEC | 10/1/05 0:57 | 2200G | LUL | CMP | 56760 | 87026465 | 0 | 20 | $ 1,404.51 | COL | Y | 1404.51 |
| DELOA | COL | AEC | 20,960 | DELOA | CXINC | 9/29/05 23:51 | 2200G | LLD | CMP | 57460 | 87034793 | 0 | 20 | $ 523.34 | COL | Y | 523.34 |
| DELOA | COL | AEC | 14,672 | CXINC | AEC | 10/2/05 23:52 | 2200G | LUL | CMP | 57367 | 87044366 | 0 | 14 | $ 1,328.55 | COL | Y | 1328.55 |
| DELOA | COL | AEC | 14,672 | DELOA | CXINC | 9/30/05 2:36 | 2200G | LLD | CMP | 55791 | 87044366 | 0 | 14 | $ 1,285.35 | COL | Y | 1285.35 |
| DELOA | COL | AEC | 29,345 | CXINC | AEC | 10/4/05 1:37 | 2200G | LUL | CMP | 57461 | 87058446 | 0 | 28 | $ 390.72 | COL | Y | 390.72 |
| DELOA | COL | AEC | 29,345 | DELOA | CXINC | 10/4/05 0:00 | 2143H | LLD | CMP | 57368 | 87058446 | 0 | 28 | $ 1,015.64 | COL | Y | 1015.64 |
| DELOA | COL | AEC | 23,056 | CXINC | AEC | 10/4/05 16:47 | 2200G | LUL | CMP | 57462 | 87067445 | 0 | 22 | $ 660.47 | COL | Y | 660.47 |
| DELOA | COL | AEC | 23,056 | DELOA | CXINC | 10/5/05 0:14 | 2143H | LLD | CMP | 57369 | 87067445 | 0 | 22 | $ 1,501.92 | COL | Y | 1501.92 |
| DELOA | | AEC | | CXINC | AEC | 10/6/05 1:09 | 2200G | LUL | CMP | 57463 | 87075533 | 0 | 22 | $ 521.37 | COL | Y | 521.37 |
| DELOA | COL | | | | | | | | | | | | | $ 910.85 | | | 910.85 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Shipper Code |
| | | | | | Terms |
| | | | | | Consignee Code |
| | | | | | Weight |
| | | | | | Leg Origin |
| | | | | | Leg Desination |
| | | | | | OrderStartDate |
| | | | | | Route |
| | | | | | Event |
| | | | | | Order Status |
| | | | | | OrderNumber |
| | | | | | BOLNum |
| | | | | | PCS |
| | | | | | Lifts |
| | | | | | Costs |
| (Pre Filing) | Concord Plant | GMT 900 Shipments | Total Freight | | COL or PPD |
| | | | | | 6-6-05 THRU 10-7-05 |
| | | | $104,757.60 | | COSTS 6-6-05 THRU 10-7-0 |