# EXHIBIT "A"

**Outstanding Pre-Pretition Amounts**

| Delphi Process # | Delphi Doc Number | Rec'd Dt | Amount | Span Ref# | PO# | Open Balance By PO# |
|---|---|---|---|---|---|---|
| '9000037037281 | 5207122831001 | 7/1/2005 | $8,192.00 | 1188588 | 450067797 | $8,192.00 |
| 9000037022622 | 5207110424001 | 2/14/2005 | $12,480.00 | 450082781 | 450082781 | $12,480.00 |
| 9000037022621 | 5207110410001 | 2/16/2005 | $6,000.00 | 450082783 | 450082783 | $6,000.00 |
| 9000037022619 | 5207110408001 | 2/23/2005 | $6,720.00 | 450089543 | 450089543 | $6,720.00 |
| 9000037022620 | 5207110409001 | 2/24/2005 | $1,100.00 | 450090326 | 450090326 | |
| 9000037022618 | 5207110407001 | 4/7/2005 | $13,845.00 | 1161346-11 | 450090326 | |
| 9000038215699 | 5207953983001 | 6/6/2005 | $3,355.00 | 450090326 | 450090326 | $18,300.00 |
| 9000037037282 | 5207122839001 | 10/5/2005 | 4,480.00 | 450100924 | 450100924 | 4,480.00 |
| 9000037046995 | 5207129574001 | 1/7/2005 | $1,620.00 | 1916A | 550045282 | $1,620.00 |
| 90000370022614 | 5207117593001 | 4/22/2005 | $1,900.20 | 2507 | 550045609 | $1,900.20 |
| '9000031580313 | '5203560325001 | 9/1/2005 | $1,128.80 | 3097 | D0550045282 | |
| '9000031580316 | '5203560894001 | 9/1/2005 | $1,128.80 | 3100 | D0550045282 | |
| '9000031605033 | '5203569418001 | 9/5/2005 | $564.40 | 3110 | D0550045282 | |
| '9000031619451 | '5203577736001 | 9/6/2005 | $1,128.80 | 3115 | D0550045282 | |
| '9000031633844 | '5203587258001 | 9/7/2005 | $564.40 | 3126 | D0550045282 | |
| '9000031633846 | '5203588079001 | 9/7/2005 | $564.40 | 3128 | D0550045282 | |
| '9000031655480 | '5203602681001 | 9/9/2005 | $564.40 | 3135 | D0550045282 | |
| '9000031655481 | '5203602682001 | 9/9/2005 | $564.40 | 3137 | D0550045282 | |
| '9000031685702 | '5203616583001 | 9/12/2005 | $564.40 | 3143 | D0550045282 | |
| '9000031685704 | '5203616597001 | 9/12/2005 | $564.40 | 3148 | D0550045282 | |
| '9000031748479 | '5203631654001 | 9/14/2005 | $564.40 | 3156 | D0550045282 | |
| '9000031748486 | '5203640430001 | 9/15/2005 | $564.40 | 3164 | D0550045282 | |
| '9000031793637 | '5203667692001 | 9/20/2005 | $2,257.60 | 3182 | D0550045282 | |
| '9000031793641 | '5203669437001 | 9/20/2005 | $1,693.20 | 3185 | D0550045282 | |
| '9000031793642 | '5203669440001 | 9/20/2005 | $1,693.20 | 3186 | D0550045282 | |
| '9000031833686 | '5203685120001 | 9/22/2005 | $564.40 | 3197 | D0550045282 | |
| '9000031833690 | '5203686626001 | 9/22/2005 | $564.40 | 3201 | D0550045282 | |
| '9000031996650 | '5203783808001 | 10/6/2005 | $1,693.20 | 3257 | D0550045282 | |
| '9000031996651 | '5203787752001 | 10/7/2005 | $1,693.20 | 3260 | D0550045282 | $18,625.20 |
| '9000031894017 | '5203724404001 | 9/28/2005 | $2,881.80 | 3198 | D0550045283 | $2,881.80 |
| '9000031580309 | '5203559463001 | 9/1/2005 | $3,480.00 | 3094 | D0550052359 | |
| '9000031580310 | '5203559464001 | 9/1/2005 | $6,960.00 | 3093 | D0550052359 | |
| '9000031580311 | '5203559597001 | 9/1/2005 | $6,960.00 | 3095 | D0550052359 | |
| '9000031580312 | '5203560250001 | 9/1/2005 | $6,960.00 | 3096 | D0550052359 | |
| '9000031580314 | '5203560326001 | 9/1/2005 | $20,590.00 | 3098 | D0550052359 | |
| '9000031580315 | '5203560883001 | 9/1/2005 | $6,960.00 | 3101 | D0550052359 | |
| '9000031580317 | '5203560933001 | 9/2/2005 | $13,630.00 | 3102 | D0550052359 | |
| '9000031593516 | '5203561646001 | 9/2/2005 | $6,670.00 | 3104 | D0550052359 | |
| '9000031593517 | '5203561647001 | 9/2/2005 | $6,960.00 | 3103 | D0550052359 | |
| '9000031593518 | '5203561652001 | 9/2/2005 | $6,960.00 | 3105 | D0550052359 | |
| '9000031605028 | '5203568689001 | 9/3/2005 | $13,630.00 | 3106 | D0550052359 | |
| '9000031605029 | '5203568846001 | 9/3/2005 | $6,960.00 | 3109 | D0550052359 | |

**Outstanding Pre-Pretition Amounts**

| | | | | | |
|---|---|---|---|---|---|
| '9000031605030 | '5203568847001 | 9/3/2005 | $13,920.00 | 3107 | D0550052359 |
| '9000031605031 | '5203568848001 | 9/3/2005 | $20,880.00 | 3108 | D0550052359 |
| '9000031605032 | '5203569417001 | 9/5/2005 | $6,670.00 | 3111 | D0550052359 |
| '9000031605034 | '5203573074001 | 9/5/2005 | $6,960.00 | 3113 | D0550052359 |
| '9000031619450 | '5203577735001 | 9/6/2005 | $13,920.00 | 3116 | D0550052359 |
| '9000031619452 | '5203577783001 | 9/6/2005 | $6,960.00 | 3114 | D0550052359 |
| '9000031619453 | '5203582109001 | 9/6/2005 | $13,920.00 | 3117 | D0550052359 |
| '9000031619454 | '5203583316001 | 9/6/2005 | $27,260.00 | 3119 | D0550052359 |
| '9000031633839 | '5203585383001 | 9/7/2005 | $6,960.00 | 3120 | D0550052359 |
| '9000031633840 | '5203585484001 | 9/7/2005 | $6,960.00 | 3123 | D0550052359 |
| '9000031633842 | '5203585522001 | 9/7/2005 | $6,960.00 | 3121 | D0550052359 |
| '9000031633843 | '5203587255001 | 9/7/2005 | $34,800.00 | 3127 | D0550052359 |
| '9000031633845 | '5203587263001 | 9/7/2005 | $18,850.00 | 3125 | D0550052359 |
| '9000031655474 | '5203593650001 | 9/8/2005 | $13,920.00 | 3130 | D0550052359 |
| '9000031655475 | '5203593688001 | 9/8/2005 | $11,890.00 | 3129 | D0550052359 |
| '9000031655477 | '5203595608001 | 9/8/2005 | $13,630.00 | 3131 | D0550052359 |
| '9000031655478 | '5203596350001 | 9/8/2005 | $20,300.00 | 3132 | D0550052359 |
| '9000031655479 | '5203602676001 | 9/9/2005 | $13,920.00 | 3134 | D0550052359 |
| '9000031655482 | '5203602687001 | 9/9/2005 | $20,880.00 | 3138 | D0550052359 |
| '9000031655483 | '5203605558001 | 9/10/2005 | $6,960.00 | 3141 | D0550052359 |
| '9000031655484 | '5203605575001 | 9/10/2005 | $20,880.00 | 3133 | D0550052359 |
| '9000031685701 | '5203614930001 | 9/12/2005 | $13,920.00 | 3142 | D0550052359 |
| '9000031685703 | '5203616596001 | 9/12/2005 | $26,970.00 | 3147 | D0550052359 |
| '9000031685705 | '5203617158001 | 9/12/2005 | $6,090.00 | 3149 | D0550052359 |
| '9000031699833 | '5203623175001 | 9/13/2005 | $13,340.00 | 3150 | D0550052359 |
| '9000031699834 | '5203624114001 | 9/13/2005 | $6,960.00 | 3151 | D0550052359 |
| '9000031699835 | '5203624947001 | 9/13/2005 | $6,960.00 | 3154 | D0550052359 |
| '9000031748476 | '5203631241001 | 9/14/2005 | $55,100.00 | 3124 | D0550052359 |
| '9000031748477 | '5203631423001 | 9/14/2005 | $13,920.00 | 3157 | D0550052359 |
| '9000031748478 | '5203631520001 | 9/14/2005 | $13,920.00 | 3158 | D0550052359 |
| '9000031748481 | '5203631819001 | 9/14/2005 | $13,920.00 | 3155 | D0550052359 |
| '9000031748482 | '5203633182001 | 9/14/2005 | $8,714.50 | 3161 | D0550052359 |
| '9000031748483 | '5203633207001 | 9/14/2005 | $27,840.00 | 3163 | D0550052359 |
| '9000031748484 | '5203639427001 | 9/15/2005 | $6,960.00 | 3165 | D0550052359 |
| '9000031748485 | '5203639483001 | 9/15/2005 | $13,920.00 | 3166 | D0550052359 |
| '9000031748487 | '5203645961001 | 9/16/2005 | $13,920.00 | 3168 | D0550052359 |
| '9000031748488 | '5203645971001 | 9/16/2005 | $13,920.00 | 3167 | D0550052359 |
| '9000031748489 | '5203646434001 | 9/16/2005 | $6,960.00 | 3173 | D0550052359 |
| '9000031748490 | '5203646504001 | 9/16/2005 | $6,960.00 | 3171 | D0550052359 |
| '9000031748491 | '5203646513001 | 9/16/2005 | $6,960.00 | 3172 | D0550052359 |
| '9000031748492 | '5203650150001 | 9/17/2005 | $3,480.00 | 3174 | D0550052359 |
| '9000031779572 | '5203658129001 | 9/19/2005 | $6,960.00 | 3175 | D0550052359 |
| '9000031779573 | '5203658131001 | 9/19/2005 | $6,960.00 | 3176 | D0550052359 |
| '9000031779574 | '5203659508001 | 9/19/2005 | $6,960.00 | 3177 | D0550052359 |
| '9000031793635 | '5203667531001 | 9/20/2005 | $6,960.00 | 3181 | D0550052359 |
| '9000031793636 | '5203667570001 | 9/20/2005 | $12,180.00 | 3180 | D0550052359 |
| '9000031793638 | '5203667693001 | 9/20/2005 | $13,920.00 | 3183 | D0550052359 |
| '9000031793639 | '5203669369001 | 9/20/2005 | $6,960.00 | 3189 | D0550052359 |
| '9000031793640 | '5203669374001 | 9/20/2005 | $2,175.00 | 3188 | D0550052359 |
| '9000031793643 | '5203669446001 | 9/20/2005 | $6,960.00 | 3184 | D0550052359 |
| '9000031809461 | '5203675838001 | 9/21/2005 | $13,920.00 | 3190 | D0550052359 |
| '9000031809462 | '5203676244001 | 9/21/2005 | $19,720.00 | 3191 | D0550052359 |
| '9000031809463 | '5203676250001 | 9/21/2005 | $13,630.00 | 3192 | D0550052359 |
| '9000031809465 | '5203676937001 | 9/21/2005 | $20,880.00 | 3194 | D0550052359 |
| '9000031809466 | '5203679015001 | 9/21/2005 | $35,670.00 | 3160 | D0550052359 |

**Outstanding Pre-Pretition Amounts**

| | | | | | |
|---|---|---|---|---|---|
| '9000031833687 | '5203685427001 | 9/22/2005 | $13,630.00 | 3196 | D0550052359 |
| '9000031833688 | '5203685445001 | 9/22/2005 | $13,630.00 | 3195 | D0550052359 |
| '9000031833689 | '5203686624001 | 9/22/2005 | $9,570.00 | 3200 | D0550052359 |
| '9000031833691 | '5203686628001 | 9/22/2005 | $6,960.00 | 3199 | D0550052359 |
| '9000031833692 | '5203686631001 | 9/22/2005 | $24,360.00 | 3202 | D0550052359 |
| '9000031833693 | '5203692867001 | 9/23/2005 | $13,920.00 | 3204 | D0550052359 |
| '9000031833694 | '5203693247001 | 9/23/2005 | $5,510.00 | 3203 | D0550052359 |
| '9000031833695 | '5203693971001 | 9/23/2005 | $6,960.00 | 3205 | D0550052359 |
| '9000031833696 | '5203693972001 | 9/23/2005 | $6,960.00 | 3206 | D0550052359 |
| '9000031833697 | '5203693974001 | 9/23/2005 | $4,350.00 | 3207 | D0550052359 |
| '9000031833698 | '5203693978001 | 9/23/2005 | $13,630.00 | 3208 | D0550052359 |
| '9000031833699 | '5203697526001 | 9/24/2005 | $13,630.00 | 3210 | D0550052359 |
| '9000031833700 | '5203698729001 | 9/24/2005 | $6,960.00 | 3211 | D0550052359 |
| '9000031833701 | '5203698731001 | 9/24/2005 | $6,960.00 | 3212 | D0550052359 |
| '9000031833702 | '5203698733001 | 9/24/2005 | $6,960.00 | 3213 | D0550052359 |
| '9000031833703 | '5203698734001 | 9/24/2005 | $6,960.00 | 3214 | D0550052359 |
| '9000031833704 | '5203698735001 | 9/24/2005 | $13,920.00 | 3215 | D0550052359 |
| '9000031833705 | '5203698736001 | 9/24/2005 | $6,960.00 | 3216 | D0550052359 |
| '9000031876392 | '5203715386001 | 9/27/2005 | $6,670.00 | 3220 | D0550052359 |
| '9000031876393 | '5203715391001 | 9/27/2005 | $6,960.00 | 3219 | D0550052359 |
| '9000031876394 | '5203715404001 | 9/27/2005 | $13,630.00 | 3217 | D0550052359 |
| '9000031876395 | '5203716398001 | 9/27/2005 | $13,920.00 | 3221 | D0550052359 |
| '9000031876396 | '5203717244001 | 9/27/2005 | $6,670.00 | 3223 | D0550052359 |
| '9000031876397 | '5203717249001 | 9/27/2005 | $20,590.00 | 3224 | D0550052359 |
| '9000031894016 | '5203724391001 | 9/28/2005 | $20,880.00 | 3209 | D0550052359 |
| '9000031894018 | '5203724404002 | 9/28/2005 | $8,410.00 | 3198 | D0550052359 |
| '9000031894019 | '5203725367001 | 9/28/2005 | $13,920.00 | 3225 | D0550052359 |
| '9000031894020 | '5203725370001 | 9/28/2005 | $13,920.00 | 3226 | D0550052359 |
| '9000031894021 | '5203725493001 | 9/28/2005 | $6,960.00 | 3227 | D0550052359 |
| '9000031894022 | '5203726021001 | 9/28/2005 | $6,960.00 | 3228 | D0550052359 |
| '9000031894023 | '5203728864001 | 9/28/2005 | $6,960.00 | 3229 | D0550052359 |
| '9000031894024 | '5203729549001 | 9/28/2005 | $6,670.00 | 3230 | D0550052359 |
| '9000031894025 | '5203729565001 | 9/28/2005 | $27,550.00 | 3231 | D0550052359 |
| '9000031865796 | 'ESD5203718557001 | 9/28/2005 | ($116.00) | 3220 | D0550052359 |
| '9000031865797 | 'ESD5203718558001 | 9/28/2005 | ($72.50) | 3219 | D0550052359 |
| '9000031865798 | 'ESD5203718562001 | 9/28/2005 | ($101.50) | 3217 | D0550052359 |
| '9000031882348 | 'ESD5203730498001 | 9/28/2005 | ($14.50) | 3214 | D0550052359 |
| '9000031916853 | '5203735372001 | 9/29/2005 | $6,960.00 | 3233 | D0550052359 |
| '9000031916854 | '5203735409001 | 9/29/2005 | $20,880.00 | 3234 | D0550052359 |
| '9000031916856 | '5203741848001 | 9/30/2005 | $6,960.00 | 3236 | D0550052359 |
| '9000031916857 | '5203741853001 | 9/30/2005 | $13,630.00 | 3237 | D0550052359 |
| '9000031916858 | '5203742821001 | 9/30/2005 | $6,960.00 | 3238 | D0550052359 |
| '9000031916859 | '5203743445001 | 9/30/2005 | $15,370.00 | 3240 | D0550052359 |
| '9000031916860 | '5203743446001 | 9/30/2005 | $6,960.00 | 3239 | D0550052359 |
| '9000031916861 | '5203743489001 | 9/30/2005 | $46,342.00 | 3241 | D0550052359 |
| '9000031916862 | '5203745195001 | 10/1/2005 | $13,920.00 | 3243 | D0550052359 |
| '9000031916863 | '5203745196001 | 10/1/2005 | $6,960.00 | 3242 | D0550052359 |
| '9000031947358 | '5203753284001 | 10/1/2005 | $6,960.00 | 3244 | D0550052359 |
| '9000031947360 | '5203755596001 | 10/3/2005 | $6,960.00 | 3246 | D0550052359 |
| '9000031947362 | '5203756069001 | 10/3/2005 | $6,960.00 | 3246 | D0550052359 |
| '9000032144544 | 'DMP5203857442001 | 10/3/2005 | ($6,960.00) | 3246 | D0550052359 |
| '9000031963953 | '5203762224001 | 10/4/2005 | $6,960.00 | 3247 | D0550052359 |
| '9000031977487 | '5203771414001 | 10/5/2005 | $6,960.00 | 3251 | D0550052359 |
| '9000031977488 | '5203771434001 | 10/5/2005 | $20,300.00 | 3252 | D0550052359 |
| '9000031977489 | '5203771435001 | 10/5/2005 | $6,960.00 | 3253 | D0550052359 |

**Outstanding Pre-Pretition Amounts**

| | | | | | | |
|---|---|---|---|---|---|---|
| '9000031977490 | '5203771590001 | 10/5/2005 | $27,550.00 | 3250 | D0550052359 | |
| '9000031977491 | '5203773204001 | 10/5/2005 | $6,960.00 | 3254 | D0550052359 | |
| '9000031977492 | '5203773207001 | 10/5/2005 | $6,960.00 | 3255 | D0550052359 | |
| '9000031996649 | '5203779626001 | 10/6/2005 | $20,590.00 | 3256 | D0550052359 | |
| '9000031996652 | '5203787755001 | 10/7/2005 | $20,590.00 | 3261 | D0550052359 | |
| '9000031996653 | '5203787756001 | 10/7/2005 | $6,960.00 | 3259 | D0550052359 | |
| '9000031996654 | '5203789217001 | 10/7/2005 | $6,960.00 | 3262 | D0550052359 | |
| '9000031996655 | '5203789234001 | 10/7/2005 | $6,960.00 | 3264 | D0550052359 | |
| '9000031996656 | '5203789465001 | 10/7/2005 | $13,630.00 | 3265 | D0550052359 | |
| '9000031996657 | '5203789581001 | 10/7/2005 | $13,920.00 | 3266 | D0550052359 | $1,562,027.00 |
| | | | | | | |
| '9000031963955 | '5203764739001 | 10/5/2005 | $1,770.00 | 3139 | D0550056527 | $1,770.00 |
| | | | | | | |
| **Grand Total** | | | **$1,644,996.20** | | | $1,644,996.20 |