UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
            In re                                         :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                                                          :    (Jointly Administered)
                                                          :
            Debtors.                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### OBJECTION OF PHILLIPS PLASTICS CORPORATION TO DEBTORS' EXPEDITED MOTION TO STRIKE (1) NON-CONFORMING CURE AMOUNT NOTICES AND (II) IMPROPER OBJECTIONS PURSUANT TO SOLICITATION PROCEDURES ORDER, CONFIRMATION ORDER, PLAN OR REORGANIZATION, 11 U.S.C. § 105(A), AND FED. R. BANKR.P. 9010

Phillips Plastics Corporation (hereinafter, "Phillips"), a creditor in the above-captioned case, hereby submits this Objection to Debtor' Expedited Motion to Strike (1) Non-conforming Cure Amount Notices and (II) Improper Objections Pursuant to Solicitation Procedures Order, Confirmation Order, Plan of Reorganization, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9010 (hereinafter, the "Motion"), and respectfully represents as follows:

1.  Though listed on Schedule 2 to the Motion as one of the "Improperly Executed Notices", the "Cure Amount Notice" of Phillips was, as permitted by Fed. R. Bankr. P. 9010, executed by an agent of Phillips with a valid power of attorney, specifically Mr. Mark Hueg, Manager of Financial Services of Phillips. A true and correct copy of that power of attorney is attached hereto.

2.  The power of attorney referred to in Paragraph 1 above conforms substantially to Official Form 11B, and was acknowledged before a notary public authorized to administer oaths by the laws of the State of Wisconsin, where the oath was administered.

WHEREFORE, Phillips respectfully requests that the Court deny the Motion.

Dated: _Hudson_____, Wisconsin
       February _18_, 2008

                                            PHILLIPS PLASTICS CORPORATION

                                            By _____
                                            Mark Hueg, Manager of Financial Services

3553536.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
        In re                   :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                                :    (Jointly Administered)
                                :
        Debtors.                :
-------------------------------x

## SPECIAL POWER OF ATTORNEY

To Mark Hueg, Manager of Financial Services of Phillips Plastics Corporation.

The undersigned claimant hereby authorizes you, as attorney in fact for the undersigned, to execute and file on its behalf a Cure Amount Notice and any further paperwork that you deem necessary or prudent to protect the rights of the undersigned to assure that any cure of the defaults of the debtors referred to in such Cure Amount Notice is accomplished by the debtors' payment of cash to the undersigned rather than by issuance of any security of the debtors regardless of the purported "value" of said security.

Dated as of December 21, 2007.

Signed: PHILLIPS PLASTICS CORPORATION

By        _Bradley E. Wucherpfennig_
As        _President and Secretary_
Address:  _Seven Long Lake Drive_
          _Phillips, WI 54555_

Acknowledged before me on _February 18_, 2008, by _Bradley E. Wucherpfennig_ who says that he or she is _President & Secretary_ of the corporation named above and is authorized to execute this power of attorney in its behalf.

| LORI FEITEN           |
| NOTARY PUBLIC         |
| STATE OF WISCONSIN    |

Notary Public, _Pierce_ County, Wisconsin.
My commission expires _2/22/09_.

3545192.1