

# SPECTOR & EHRENWORTH, P.C.

*Attorneys at Law*

30 Columbia Turnpike, Florham Park, New Jersey 07932-2261     973.593.4800     Fax: 973.593.4848

Writer's E-mail: bspector@selawfirm.com

February 28, 2008

**FIRST CLASS MAIL**

U.S. Bankruptcy Court Clerk
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    **Delphi Corp., et al., Debtors**
       **Case No. 05-44481(RDD)**
       **Our File No. H105.0001.0001**

Dear Sir/Madam:

This office had appeared on behalf of Hitachi Automotive Products (USA), Inc. in the referenced consolidated case, but no longer represents the client, and, therefore, no longer needs or wishes to receive CM/ECF notifications in this case.

Please accept this letter as our request for the removal of my e-mail address (bspector@selawfirm.com) and the e-mail address of my paralegal (kdillon@selawfirm.com) from the CM/ECF notification list for the referenced case at your earliest convenience.

If this letter is not appropriate for removal of my e-mail address from the notification list, please advise me of the appropriate steps so that we may proceed accordingly as soon as possible.

Thank you for your attention to this matter.

Very truly yours,

Brian D. Spector

BDS/lk

K:\H105.0001\LTR\H105.0001Ltr-0004.WPD