Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Solutions Inc., SBC Global Services Inc. and Cingular Wireless n/k/a AT&T Mobility LLC, (collectively, the "AT&T Entities"), in the above captioned matter.

2. I certify that on March 6, 2008, pursuant to the service requirements set forth in the *First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession*, I served the following documents upon the parties indicated on the attached service list, in the manner listed therein:

   a. *Notice of Cure Claims of AT&T Corp. and AT&T Solutions Inc. in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession;*

      b.    *Notice of Cure Claim Of SBC Global Services in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession;*

      c.    *Notice of Cure Claim of Cingular Wireless n/k/a AT&T Mobility LLC in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 7, 2008                        */s/ Elizabeth Lawler*
                                              Elizabeth Lawler

Sworn to before me this
7th day of March, 2008

Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

## SERVICE LIST

*Via Overnight Courier*

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: David Sherbin, General Counsel

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Ron Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

George Panagakis
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004