BARNES & THORNBURG LLP
Attorneys for Clarion Corporation of America
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of March, 2008, he caused a copy of the *Notice of Cure Claim of Clarion Corporation of America With Respect to Certain Executory Contracts Between Clarion Corporation of America and Delphi Automotive Systems LLC Pursuant to Article VIII of the Confirmed First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession* to be filed electronically via the Court's ECF system. Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 6th day of March, 2008, a copy of *Notice of Cure Claim of Clarion Corporation of America With Respect to Certain Executory Contracts Between Clarion Corporation of America and Delphi Automotive Systems LLC Pursuant to Article VIII of the Confirmed First Amended Joint Plan of Reorganization of Delphi Corporation and Certain*

*Affiliates, Debtors and Debtors-in-Possession* was served upon the following via Federal Express, overnight delivery.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: David M. Sherbin, General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
       George N. Panagakis
       Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
       Thomas J. Matz

Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Att'n: Neil S. Berger

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Dated: March 7, 2008

/s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mowens@btlaw.com

*Attorneys for Clarion Corporation of America*

INDS01 MOWENS 1022444v1