**MASUDA FUNAI EIFERT & MITCHELL, LTD.**
Gary Vist (admitted *Pro Hac Vice*)
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 245-7500

**DUANE MORRIS LLP**
Joseph H. Lemkin
744 Broad Street, 12th Floor
Newark, New Jersey 07102
 (973) 424-2000

**Attorneys for American Aikoku Alpha, Inc.**


**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |


**NOTICE OF CURE CLAIMS OF AMERICAN AIKOKU ALPHA, INC.**

American Aikoku Alpha, Inc. ("American Aikoku"), by and through undersigned counsel, hereby submits this Notice of Cure Claims in accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Cure Claims"). In support of the Cure Claims, American Aikoku states as follows:

1

1. On October 8, 2005, Delphi and certain of its subsidiaries and affiliates (collectively the "Debtors") filed voluntary petitions with this Bankruptcy Court for relief under Chapter 11 of Title 11, United States Code.

2. On December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Plan").

3. On January 25, 2008, the Bankruptcy Court entered an order confirming the Plan.

4. Pursuant to Article 8.2(b) of the Plan, parties to "Other Executory Contracts" have until 45 days after the entry of the Confirmation Order to file cure claims relative to such executory contracts.

5. In accordance with Article 8.2(b) of the Plan, American Aikoku hereby submits the following Cure Claims:

| Contract | Cure Amount |
| --- | --- |
| SAG90I2815 | $275,636.94 |
| SAG90I4657 | $48,687.46 |
| SAG90I5218 | $86,310.00 |
| SAG90I5386 | $5,126.64 |
| Total | $415,761.04 |

A copy of pertinent invoices is attached hereto as Group Exhibit "A."

**WHEREFORE**, American Aikoku respectfully requests that the Court enter an order (a) allowing the Cure Claims; (b) requiring the Debtors to pay the amount of the Cure Claims; and (c) granting such other further relief as this Court deems just and proper.

Date:   March 7, 2008

                                   **AMERICAN AIKOKU ALPHA, INC.**

                                   _/s/ Gary Vist_
                                   By One of its Attorneys

                                   Gary Vist
                                   MASUDA FUNAI EIFERT & MITCHELL, LTD.
                                   203 N. LaSalle Street, Suite 2500
                                   Chicago, Illinois 60601
                                   (312) 245-7500

                                   -and-

                                   Joseph H. Lemkin
                                   DUANE MORRIS LLP
                                   744 Broad Street, 12th Floor
                                   Newark, New Jersey 07102
                                   (973) 424-2000

N:\SYS04\2920\notice_cure_claims.doc

3