



# AMERICAN AIKOKU ALPHA, INC.

**INVOICE** No: 015929

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

SALESPERSON

DATE OF INVOICE 08/22/2005

TO: DELPHI SAGINAW STEERING SYS.

SHIP TO: DELPHI SAG LAREDO DISTRIBUTION CEN
PLANT 43
13701 MINES ROAD
LAREDO, TX 78045

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00824 | 08/22/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs. | 26094170 [ P/T Nos. 1-16 ] PINION SHAFT | ¥748.7500 | ¥1,123,125.0000 |
| | | **TOTAL** | 1,123,125.0000 |

17551

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

EXHIBIT GROUP "A"

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

**INVOICE** No. 015960

SALESPERSON

DATE OF INVOICE 08/29/2005

TO:
DELPHI SAGINAW STEERING SYS.

SHIP TO:
DELPHI SAG LAREDO DISTRIBUTION CEN
PLANT 43
13701 MINES ROAD
LAREDO TX 78045

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00849 | 08/29/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG90I4657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.500pcs. | 26094170 [ P/T Nos. 147 ] PINION SHAFT | ¥748.7500 | ¥1,123,125.0000 |
| | | TOTAL | 1,123,125.0000 |

✓ 17618

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

**INVOICE** No: 015983

SALESPERSON

DATE OF INVOICE 09/02/2005

TO: DELPHI SAGINAW STEERING S...

SHIP TO: DELPHI SAG LAREDO DISTRIBUTION CEN...
PLANT 43
13701 MINES ROAD
LAREDO, TX 78045

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00876 | 09/02/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs. | 26094170 [ P/T Nos. 148 ]<br>PINION SHAFT | ¥748.7500 | ¥1,123,125.0000 |
| | | TOTAL | 1,123,125.0000 |

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

**INVOICE** No: 016041

TO: [redacted]

SHIP TO: [redacted]

SALESPERSON: [redacted]

DATE OF INVOICE: 09/20/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00933 | 09/20/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500 pcs. | 26094170 PINION SHAFT  [ P/T Nos. 150 ] | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 1,123,125.0000



# INVOICE

No: 016067

AMERICAN AIKOKU ALPHA, INC.
520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

TO: DELPHI SAGINAW STEERING

SALESPERSON

DATE OF INVOICE
09/27/2005

SHIP TO:
DELPHI SAG LAREDO DISTRIBUTION CEN
PLANT 43
13701 MINES ROAD
LAREDO, TX 78045

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00959 | 09/27/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG90I4657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs. | 26094170 PINION SHAFT [ P/T Nos 151 ] | ¥748.7500 | ¥1,123,125.0000 |
| | | TOTAL | 123,125.0000 |

/ 17784

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# INVOICE

No: 015976

AMERICAN AIKOKU ALPHA, INC.
520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

SALESPERSON

DATE OF INVOICE
09/01/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00873 | 09/01/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10,500pcs. | 26001257 [ P/T Nos. 4519 to 4523 ]<br>INNER RACE BLANK | ¥179.0000 | ¥1,879,500.0000 |
| | / 17636 | | |
| | Please remit payment to: MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | | |
| | | TOTAL | 879,500.0000 |

**INVOICE** No: 015980

AMERICAN AIKOKU ALPHA, INC.
520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

SALESPERSON

DATE OF INVOICE 09/02/2005

TO: DELPHI SAGINAW STEERING SYS.

SHIP TO: DELPHI SAGINAW PLANT 32
165 WEST MORLEY DRIVE
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00852 | 09/02/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 [ P T Nos. 4511 to 4518 ]<br>INNER RACE BLANK | ¥ 79.0000 | ¥3,007,200.0000 |
| | ✓ 17646 | | |
| | Please remit payment to: MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | | |
| | | **TOTAL** | 007,200.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No: 015981

TO: [Delphi — redacted]
Vendor Code:

SHIP TO: [Delphi — redacted]

SALESPERSON:

DATE OF INVOICE: 09/02/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00853 | 09/02/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 INNER RACE [ P/T Nos  1783 to 1789 ] | ¥ 50.0000 | ¥3,045,000.0000 |

17641

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

**INVOICE** No: 016009

SALESPERSON

DATE OF INVOICE 09/09/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00882 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 [ P/T Nos. 4524 to 4531 ]<br>INNER RACE BLANK | ¥179.0000 | ¥3,007,200.0000 |
| | ✓ 17669 | | |
| | Please remit payment to: MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | | |
| | | TOTAL | 007,200.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No: 016010

Vendor Code:

SALESPERSON

DATE OF INVOICE 09/09/2005

TO: [illegible]

SHIP TO: [illegible]
165 WEST MORLEY DRIVE
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00883 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 [ P/T Nos. 1790 to 1796 ] INNER RACE | ¥150.0000 | ¥3,045,000.0000 |
| | | TOTAL | 045,000.0000 |

✓ 17670

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

**INVOICE** No: 016038

SALESPERSON

DATE OF INVOICE 09/19/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00912 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 [ P/T Nos. 4532 to 4539 ]<br>INNER RACE BLANK | ¥179.0000 | ¥3,007,200.0000 |
| | Please remit payment to: MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | | |
| | | **TOTAL** | 007,200.0000 |

17755

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

**INVOICE** No: 016039

SALESPERSON

DATE OF INVOICE 09/19/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00913 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 [ P/T Nos. 1797 to 1803 ] INNER RACE | ¥150.0000 | ¥3,045,000.0000 |
| | | TOTAL | ¥3,045,000.0000 |

✓ 17756 (B)

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No: 016059

TO: [redacted]
Vendor Code:

SHIP TO: [redacted]

SALESPERSON:
DATE OF INVOICE: 09/23/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00938 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG901281S |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 INNER RACE BLANK [ P/T No. 4540 to 4547 ] | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 3,007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

# INVOICE

No: 016060

SALESPERSON

DATE OF INVOICE
09/23/2005

TO: DELPHI SAGINAW STEERING SYS [illegible]

SHIP TO: DELPHI SAGINAW [illegible]
[illegible] WEST MORLEY DRIVE
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00939 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 [ P/T Nos. 1804 to 1810 ] INNER RACE | ¥150.0000 | ¥3,045,000.0000 |
| | Please remit payment to: MIZUHO CORPORATE BANK, NEW YORK BRANCH, 31ST FLOOR, 1251 AVE. OF THE AMERICAS, NEW YORK, NY 10020 | | |
| | | TOTAL | 045,000.0000 |

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

**INVOICE** No: 016086

SALESPERSON

DATE OF INVOICE 09/30/2005

TO: DELPHI SAGINAW STEERING SYS

SHIP TO: DELPHI SAGINAW [illegible]
165 WEST MORLEY DRIVE
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00964 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257 [ P/T Nos. 4548 to 4555 ]<br>INNER RACE BLANK | ¥179.0000 | ¥3,007,200.0000 |
| | Please remit payment to MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | | |
| | | **TOTAL** | 007,200.0000 |

1/7814





# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

**INVOICE** No: 016087

SALESPERSON

DATE OF INVOICE 09/30/2005

TO: DELPHI SAGINAW STEERING SYS

SHIP TO: DELPHI SAGINAW PLANT 3?
1?? WEST MORLEY DRIVE
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00965 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG90I2815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 [ P/T Nos. 1811 to 1817 ]<br>INNER RACE | ¥150.0000 | ¥3,045,000.0000 |
| | | TOTAL | 045,000.0000 |

14815

Please remit payment to MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

AMERICAN AIKOKU ALPHA, INC

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

# INVOICE

No: 015332

Vendor Code: 095309860

SALESPERSON

DATE OF INVOICE
03/08/2005

TO:
DELPHI SAGINAW STEERING SYSTEM

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00258 | 03/08/2005 | ALVAN MOTOR | | | CHICAGO | NET 25 TH | SAG9015218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,250pcs | 26095986 [ P/T Nos. 148 ] PINION SHAFT | | $5.2200<br>$11,745.0000 |
| | | TOTAL | $11,745.0000 |

✓ 16430

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

# INVOICE

No: 016020

SALESPERSON

DATE OF INVOICE 09/13/2005

TO: DELPHI SAGINAW STEERING SYSTEM

SHIP TO: DELPHI SAGINAW STEERING SYSTEM
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00931 | 09/13/2005 | ALVAN MOTOR | | | CHICAGO | NET 25 TH | SAG90I5218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 11,250pcs. | 26095986 [ P/T Nos. 167 to 171 ]<br>PINION SHAFT | | $5.2200<br>$58,725.0000 |
| | | TOTAL | $58,725.0000 |

✓ 17679

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No. 016072

SALESPERSON

DATE OF INVOICE: 09/28/2005

TO: DELPHI SAGINAW STEERING SYSTEMS

SHIP TO: DELPHI SAGINAW STEERING SYSTEMS
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| | 09/15/05 | DANZAS | | | CHICAGO | | SAG90I5218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4,500 PCS | P/N 26113361 PINION SHAFT (P/T No. 1 to 2) | $3.52 | $15,840.00 |
| | PLEASE REMIT PAYMENT TO: MIZUHO CORPORATE BANK, NEW YORK BRANCH, 31ST FLOOR, 1251 AVE. OF THE AMERICAS, NEW YORK, NY 10020 | | |
| | | TOTAL | $15,840.00 |

✓ 17789 (a)

# INVOICE

No. 016061

AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

SALESPERSON

DATE OF INVOICE
09/26/2005

TO: [redacted]

SHIP TO: [redacted]

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| | 09/12/05 | TRUCK | | | LAREDO | | S2S53172 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,084 PCS | P/N 26117080 (P/T No. 1)<br>INNER RACE SAMPLES<br>✓ 17778 (Q)<br>PLEASE REMIT PAYMENT TO: MIZUHO CORPORATE BANK<br>NEW YORK BRANCH<br>31ST FLOOR<br>1251 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | $2.46 | $5,126.64 |
| | | TOTAL | $5,126.64 |