DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
|                                        | :  | Chapter 11                    |
| In re                                  | :  |                               |
|                                        | :  | Case No. 05-44481-rdd         |
| DELPHI CORPORATION, *et al.*,          | :  |                               |
|                                        | :  | (Jointly Administered)        |
|             Debtors                    | :  |                               |
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF HENKEL CORPORATION TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Henkel Corporation ("Henkel"), by and through its undersigned counsel, based upon representations made by Debtors' counsel to counsel for Henkel Corporation, hereby withdraws its Objection of Henkel Corporation to Debtors' Notice of Cure Amount With Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection With Sale of Steering and Halfshaft Business without prejudice.

Dated: March 7, 2008           By: /s/ David B. Aaronson
                                   David B. Aaronson (DA-8387)
                                   DRINKER BIDDLE & REATH LLP
                                   One Logan Square
                                   18th & Cherry Streets
                                   Philadelphia, PA 19103
                                   Telephone: (215) 988-2700
                                   Facsimile: (215) 988-2757

                                   Attorneys for Henkel Corporation

WM\8069\1