UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Gary Vist, do hereby state the foregoing **NOTICE OF CURE CLAIMS OF AMERICAN AIKOKU ALPHA, INC.** was served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via Federal Express overnight shipping, as necessary, on this 7th day of March, 2008.

/s/ Gary Vist

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\2920\Proof of Service\00420004.doc

# SERVICE LIST

**Honorable Robert D. Drain**
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**General Counsel**
Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098

**David M. Sherbin, General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

**John K. Lyons**
**Ron E. Meisler**
Skadden, Arps, Slate, Meagher & Flomm, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**Donald Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Robert J. Rosenberg**
**Mark A. Broude**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

**Bonnie Steingart**
**Vivek Melwani**
**Brad E. Scheler**
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

1

**Alicia M. Leonhard**
**Tracy Hope Davis**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**Andrew Currie**
**Caroline Rogus**
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Email: Andrew.Currie@wilmerhale.com
Email: Caroline.Rogus@wilmerhale.com

**David S. Gragg**
Langley & Banack, Incorporated
745 E. Mulberry
Suite 900
San Antonio, TX 78212
(210) 736-6600
Fax : (210) 735-6889
Email: dgragg@langleybanack.com

**Dennis J. Connolly**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7269
Fax : (404) 881-7777
Email: dconnolly@alston.com

**Douglas P. Bartner**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-8190
Fax : (212) 848-4387
Email: dbartner@shearman.com

2

**Jessica Kastin**
O'Melveny & Myers
7 Times Square
New York, NY 10036
(212) 326-2000
Fax : (212) 326-2061
Email: jkastin@omm.com

**John Wm. Butler, Jr.**
**John K. Lyons**
**George N. Panagakis**
**Ron E. Meisler**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
Fax : (312) 407-0411

**Kayalyn A. Marafioti**
**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax : (212) 735-2000

**Lowell Peterson**
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999
Fax : (212) 239-1311
Email: lpeterson@msek.com

**Mark S. Lichtenstein**
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022
212-223-4000
Fax : 212-223-4234
Email: mlichtenstein@crowell.com

3

**Mateo Fowler**
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax : (213) 443-3100
Email: mateofowler@quinnemanuel.com

**Michael O'Hayer**
22 North Walnut Street
West Chester, PA 19380
(610) 738-1230
Fax : (610) 738-1217
Email: mkohayer@aol.com

**Paul J.N. Roy**
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7370
Fax : (312) 706-8196
Email: proy@mayerbrownrowe.com

**Michael D. Warner**
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
Fax : (817) 810-5255
Email: bankruptcy@warnerstevens.com