MasudaFunai
CHICAGO CINCINNATI LOS ANGELES SCHAUMBURG

Gary Vist
Attorney at Law
gvist@masudafunai.com
tel 312.245.7532
fax 312.245.7467

October 17, 2005

*Via Federal Express Mail - Overnight Delivery*

Delphi Corporation
5725 Delphi Drive
MC 483400216
Troy, Michigan 48098

*Via Federal Express Mail - Overnight Delivery and Facsimile - 312.407.0411*

John William Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606

*Via Federal Express Mail - Overnight Delivery*

A. Bladecki
Delphi Saginaw Steering Systems
3900 E. Holland Rd.
Saginaw, MI 48601-9494

*Via Federal Express Mail - Overnight Delivery and Facsimile - 212.735.2000*

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

***Re:*** ***In re Delphi Corporation, et al. – Case No. 05-444-81 Reclamation Demand by American Aikoku Alpha Inc.***

Ladies and Gentlemen:

The undersigned represents American Aikoku Alpha Inc. ("American Aikoku"). Demand is hereby made upon you pursuant to §2-702 of the Uniform Commercial Code and §546(c) of the United States Bankruptcy Code for the return of all merchandise received during the applicable periods referred to in the above-cited sections. The merchandise to be returned shall include, but not be limited to, the merchandise contained on the invoices referenced in the invoice summary enclosed herewith.

EXHIBIT
"A"

MasudaFunai

The amount due and owing American Aikoku from the Debtors for the period September 28, 2005 to October 7, 2005 on the sale of the merchandise is ¥ 7,104,930.00, as denoted in the Reclamation Demand Summary attached, and which converted to USD is $62,642,89, plus applicable interests and costs.

Please contact the undersigned for instructions in connection with the return of the goods.

In light of the recent bankruptcy filing, you are further notified that all goods subject to the undersigned's right of reclamation should be protected and segregated by you and are not to be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

American Aikoku further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. American Aikoku also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past present or future defaults or events of default; or (3) a waiver or limitation of any rights of American Aikoku.

Very truly yours,

**Masuda, Funai, Eifert & Mitchell, Ltd.**

Gary Vist

Gary Vist

Enclosure

cc: Satoshi Mikuni (American Aikoku Alpha Inc.)

GDS:np:cmp
N:\SYS29\2920\Ltrs\Form23 - American Aikoku Alpha.doc

AMERICAN AIKOKU ALPHA INC.'S RECLAMATION DEMAND SUMMARY

| Invoice No. | Date | P/N | Qty | Unit Price | Amount | Due Date | Due Amount | Ref. No. | USD |
|---|---|---|---|---|---|---|---|---|---|
| 16086 | 09/30/05 | 26001257 | 16,800 | ¥179.00 | ¥3,007,200.00 | 11/02/05 | ¥3,007,200.00 | 500964 | $26,544.25 USD |
| 16087 | 09/30/05 | 26079278 | 20,300 | ¥150.00 | ¥3,045,000.00 | 11/02/05 | ¥3,045,000.00 | 500965 | $26,877.91 USD |
| 16089 | 10/03/05 | 26067768 | 1,890 | ¥557.00 | ¥1,052,730.00 | 12/02/05 | ¥1,052,730.00 | 500984 | $9,220.73 USD |
| | | | | | | | **TOTAL ¥:** | ¥7,104,930.00 | |
| | | | | | | | **TOTAL USD:** | $62,642.89 | |

***************** -COMM.JOURNAL- ****************** DATE OCT-17-2005 ***** TIME 15:51 *** P.01

MODE = MEMORY TRANSMISSION START=OCT-17 15:48 END=OCT-17 15:51

FILE NO.= 035

| NO. | COM | ABBR/NTWK | STATION NAME/ TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|---|---|---|---|---|---|---|
| 001 | OK | ☎ | #00294070411 | 004/004 | | |
| 002 | OK | ☎ | #002912127352000 | 004/004 | | |

-MFEM -

*************************************** -203 N LASALLE - ***** - 3122457469- *********

MasudaFunai CHICAGO CINCINNATI LOS ANGELES SCHAUMBURG

# FAX

| | Recipient 1 | Recipient 2 | Recipient 3 |
|---|---|---|---|
| To: | Skadden, Arps, Slate, Meagher & Flom LLP (Chicago Office) | Skadden, Arps, Slate, Meagher & Flom LLP (New York Office) | |
| Attn: | John William Butler, Jr. John K. Lyons Ron E. Meisler | Kayalyn A. Marafioti Thomas J. Matz | |
| Fax: | 312.407.0411 | 212.735.2000 | |
| Phone: | | | |

From: Gary Vist

Phone: (312) 245-7500

# of Pages: 4 (including cover)

Date: October 17, 2005

Re: *In re Delphi Corporation, et al. – Case No. 05-444-81 Reclamation Demand by American Aikoku Alpha Inc.*

**Comments**

[X] Original will follow by: Federal Express

[ ] Original will not follow

[ ] For your review

[ ] Please respond

The information contained in the attached transmission may be attorney-client privileged, confidential, exempt from disclosure under applicable law and intended only for the use of the person(s) or firm(s) named above. If the reader of this message is not an intended recipient, or an employee of or agent responsible for delivery to an intended recipient, you are hereby notified that any dissemination, distribution or copying of the attached transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. All postal fees so incurred will be reimbursed. Thank you.

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street Suite 2500 Chicago...