Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400


-and-

1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re*:<br><br>　　DELPHI CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1.    I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Solutions Inc., SBC Global Services Inc. and Cingular Wireless n/k/a AT&T Mobility LLC, (collectively, the "AT&T Entities"), in the above captioned matter.

2.    I certify that on March 7, 2008, I served the following documents upon the party indicated on the attached service list, in the manner listed therein:

    a.    *Notice of Cure Claims of AT&T Corp. and AT&T Solutions Inc. in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession;*

  b. *Notice of Cure Claim Of SBC Global Services in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession;*

  c. *Notice of Cure Claim of Cingular Wireless n/k/a AT&T Mobility LLC in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  March 7, 2008      */s/ Elizabeth Lawler*
                Elizabeth Lawler


Sworn to before me this
7th day of March, 2008

Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

## <u>SERVICE LIST</u>

<u>*Via Overnight Courier*</u>

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004