UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                      :

In re                        :        Chapter 11

                        :

DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)

                        :

               Debtors.     :        (Jointly Administered)

                        :

-----------------------------------------------------x

SUPPLEMENT TO DECLARATION AND DISCLOSURE OF RONALD L. ROSE IN
SUPPORT OF APPLICATION FOR ENTRY OF ORDER UNDER 11 U.S.C. §§ 327(e)
AND 1107(b) AND FED. R. BANKR. P.2014 AUTHORIZING EMPLOYMENT AND
RETENTION OF DYKEMA GOSSETT, PLLC AS SPECIAL COUNSEL TO
DEBTORS NUNC PRO TUNC TO APRIL 1, 2007 ("ROSE DECLARATION")
ATTACHED TO DEBTOR'S APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(e)
AND 1107(b) AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT AND
RETENTION OF DYKEMA GOSSETT PLLC AS SPECIAL COUNSEL TO DEBTORS
NUNC PRO TUNC TO APRIL 1, 2007 ("DYKEMA RETENTION APPLICATION")

I, RONALD L. ROSE, declare under penalty of perjury as follows:

With respect to paragraph 15 of the Rose Declaration, Dykema supplements the

disclosures therein by stating that Dykema also represents Federal Screw Works on matters

adverse or potentially adverse to the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2008

                                   Dykema Gossett, PLLC

                                   _Ronald L. Rose_

                                   Ronald L. Rose
                                   39577 Woodward Avenue, Suite 300
                                   Bloomfield Hills, MI  48304
                                   (248) 203-0519

BH01\851184.1
ID\BGB