UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Mechatronics Systems

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2702

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: Madison Niche Opportunities, LLC ("Transferor")
[TRANSFEROR NAME & ADDRESS]
6310 Lamar Avenue, Suite 120

Overland Park, KS 66202

2. Please take notice of the transfer of $ 9,390.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $9,390.00 to:
Goldman Sachs Credit Partners L.P. ("Transferee")
[TRANSFEREE NAME & ADDRESS]
30 Hudson, 17th Floor

Jersey City, NJ 07302

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Tooling Technologies, LLC [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Mechatronics Systems in the New York Southern Bankruptcy Court, The case entitled In re Delphi Mechatronics Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 4-17-06

[NAME OF CLAIMANT] Tooling Technologies, LLC

By: /s/ James Sullivan
(Signature of Claimant)

Print Name: James Sullivan

11680 Brittmoore Park Dr.
(Address)

Houston, TX 77041
(Address)

76-0631516
(SS#/Tax ID)

04-21-06A09:40 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102213203

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: /s/ Rick Newkirk
(signature)

Rick Newkirk
(print name)

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Connection Systems

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2114

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:  Madison Niche Opportunities LLC ("Transferor")
[TRANSFEROR NAME & ADDRESS]
6310 Lamar Avenue Suite 120

Overland Park, KS 66202

2. Please take notice of the transfer of $28,966.23 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $28,966.23 to:
Goldman Sachs Credit Partners L.P. ("Transferee")
[TRANSFEREE NAME & ADDRESS]
30 Hudson, 17th Floor

Jersey City, NJ 07302

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Minco Products, Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Connection Systems in the New York Southern Bankruptcy Court, The case entitled In re Delphi Connection Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the Feb 23, 2006

[NAME OF CLAIMANT] Minco Products, Inc

By: _____
(Signature of Claimant)

02-24-06 A10:28 RCVD

Print Name: MINCO PRODUCTS, INC.
7300 Commerce Lane NE
(Address) Minneapolis MN 55432

(Address)

4107838798
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 102168831

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

Rick Newkirk
(print name)

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 8244

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: __Madison Niche Opportunities, LLC__ ("Transferor")
[TRANSFEROR NAME & ADDRESS]
__6310 Lamar Avenue, Suite 120__

__Overland Park, KS 66202__

2. Please take notice of the transfer of $__5,733.01__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $5,773.01 to:
__Goldman Sachs Credit Partners L.P.__ ("Transferee")
[TRANSFEREE NAME & ADDRESS]
__30 Hudson, 17th Floor__

__Jersey City, NJ 07302__

No action is required if you do not object to the transfer of you claim.

_/s/ Rick Newkirk_
Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:  New York Southern Bankruptcy Court
AND TO:  Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

J.O. Galloup Co. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 2-13-06

[NAME OF CLAIMANT] J.O. Galloup Company

By: _____, CFO
(Signature of Claimant)  GARY M. LONGMAN

Print Name: _____

130 N Helmer Road
(Address)

Battle Creek, MI 49015
(Address)

38-0565390
(SS#/Tax ID)

By: _____, CFO
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

02-16-06 A 11:56 RCVD

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102168469

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

Rick Newkirk
(print name)