UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER AUTHORIZING A-D ACQUISITION HOLDINGS, LLC TO FILE
REDACTED VERSION OF THE OPPOSITION PAPERS TO THE DEBTORS'
EXPEDITED MOTION UNDER 11 U.S.C. § 1142(b) AND FED. R. BANKR. P. 3020(d)
FOR IMPLEMENTATION OF DEBTORS' CONFIRMED PLAN OF
REORGANIZATION**

Upon the *ex parte* motion (the "Ex Parte Motion") of A-D Acquisitions Holdings, LLC ("ADAH") for an order granting ADAH leave to file under seal its opposition brief, including the declarations of Gregory Pryor and James Bolin (collectively, the "Opposition Papers"), to the Debtors' Expedited Motion under 11 U.S.C. § 1142(b) and Federal Rule of Bankruptcy Procedure 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization, consistent with the proposed redactions submitted to the court on March 6, 2008 and to file the redacted version of the opposition papers attached to the Ex Parte Motion; and it appearing that this Court has jurisdiction over the Ex Parte Motion pursuant to 28 U.S.C. § 1334, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and good and sufficient cause appearing therefor, it is

ORDERED that the Ex Parte Motion is GRANTED to the extent provided herein; and it is further

ORDERED that, pursuant to section 107(b)(1) of the Bankruptcy Code and Bankruptcy Rule 9018, ADAH is authorized to file the redacted version of the Opposition Papers attached to

the Motion and the Clerk of the United States Bankruptcy Court is directed to accept a redacted version of the Opposition Papers for filing; and it is further

ORDERED that the unredacted Opposition Papers shall be filed under seal and remain confidential and be served upon and made publicly available only to the Court, counsel to the Debtors, and any other parties pursuant to a protective order as ordered by the Court; and it is further

ORDERED that any and all rights of ADAH or any other party to object to the Debtors' designation of certain information referred to in the Opposition Papers as Confidential or Highly Confidential are reserved and unaffected by the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of the this Order; and it is further

ORDERED that any and all further notice of the relief granted by this Order be, and it hereby is, dispensed with and waived.

Dated: New York, New York
       March 7, 2008

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE