UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. 6047 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: __Madison Investment Trust - Series 38__ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   __6310 Lamar Avenue, Suite 120__

   __Overland Park, KS 66202__

2. Please take notice of the transfer of $ __5,708.67__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $5,708.67 to:
   __Goldman Sachs Credit Partners L.P.__ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   __30 Hudson, 17th Floor__

   __Jersey City, NJ 07302__

No action is required if you do not object to the transfer of your claim.

_Doyle Clark_ (signature)

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

Lane Punch Corp [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _____

[NAME OF CLAIMANT] Lane Punch Corporation

By: _____
(Signature of Claimant)

Print Name: Denise A. Reid

281 Lane Parkway
(Address)

Salisbury NC 28146
(Address)

23-1538370
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103159185

Accepted:
MADISON LIQUIDITY INVESTORS, LLC

By: _____
          (signature)

Doyle Clark
(print name)

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Exhaust Systems Corporation<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. 8278 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **Madison Investment Trust-Series 38** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   6310 Lamar Avenue, Suite 120

   Overland Park, KS 66202

2. Please take notice of the transfer of $ 5,756.44 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $5,756.44 to:
   **Goldman Sachs Credit Partners L.P.** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   30 Hudson, 17th Floor

   Jersey City, NJ 07302

No action is required if you do not object to the transfer of your claim.

_Doyle Clark_
Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1



# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

H E Lennon Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 12/07/06

[NAME OF CLAIMANT] H.E Lennon Inc / Donna Willocker

By: Donna Willocker
(Signature of Claimant)

Print Name: Donna Willocker / Kerry Feiten

23920 Freeway Park Dr
(Address)

Farmington MI 48335
(Address)

38-1559547
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address) _____

(Address) _____

(SS#/Tax ID) _____

Transfer Agreement Number: 103190023

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: Doyle Clark
(signature)

DOYLE CLARK
(print name)

12-11-06 P12:16 IN