UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Exhaust Systems Corporation<br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. 8278 |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:   H.E. LENNON INC                                                      ("Transferor")
           [TRANSFEROR NAME & ADDRESS]
           23920 FREEWAY PARK DR

           FARMINGTON HILLS, MI 48335

2.   Please take notice of the transfer of $ 4,952.82 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $4,952.82 to:
   Madison Investment Trust - Series 38                    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Avenue, Suite 120

   Overland Park, KS       66202

No action is required if you do not object to the transfer of your claim.

_Doyle Clark_
Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1



# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

H E Lennon Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  12/07/06

[NAME OF CLAIMANT] H.E Lennon Inc / Donna Willocker

By: Donna Willocker
(Signature of Claimant)

Print Name: Donna Willocker / Kerry Feiten

23920 Freeway Park Dr
(Address)

Farmington  MI  48335
(Address)

38-1559547
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103190023

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _[signature]_
                    (signature)

DOYLE CLARK
             (print name)

12-11-06 P12:16 IN

05-44481-rdd    Doc 13023    Filed 03/07/08    Entered 03/07/08 17:05:44    Main Document
Pg 3 of 4

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Exhaust Systems Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 8278

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:   H.E. LENNON INC                              ("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          23920 FREEWAY PARK DR

          FARMINGTON HILLS, MI 48335

2.  Please take notice of the transfer of $ 159.02    of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $159.02 to:
    Madison Investment Trust - Series 38              ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    6310 Lamar Avenue, Suite 120

    Overland Park, KS    66202

No action is required if you do not object to the transfer of your claim.

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913



999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

H E Lennon Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 12/07/06

[NAME OF CLAIMANT] H.E Lennon Inc / Donna Willocker

By: Donna Willocker
(Signature of Claimant)

Print Name: Donna Willacker / Kerry Feiten

23920 Freeway Park Dr
(Address)

Farmington, MI 48335
(Address)

38-1559547
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103190023

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Doyle Clark_
(signature)

Doyle Clark
(print name)

12-11-06 P12:16 IN