ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| **In re: DELPHI CORPORATION, *et. al.*,** | **Chapter 11** |
| **Debtors.** | **Case No. 05-44481 (RDD)** |
| | **Jointly Administered** |

---------------------------------------------------------------x

**DELPHI CORPORATION, *et. al.*,**

   **Debtors**

v.

**FURUKAWA ELECTRIC COMPANY, LTD.,**
**FURUKAWA ELECTRIC NORTH**
**AMERICA APD, INC.**
---------------------------------------------------------------x

## NOTICE OF DEPOSITION

You are hereby notified that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding[1] by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, Furukawa Electric Company, Ltd. and

---

[1] Pursuant to the Joint Stipulation and Order Regarding Discovery Regarding Objection to Proof of Claim No. 12375 and Related Counterclaim, the adjudication of this action shall "be treated as an adversary proceeding."

Furukawa Electric North America APD, Inc. (collectively "Furukawa"), by and through their attorneys, will take the deposition upon oral examination of Kirk Halstead on March 17, 2008, commencing at 9:00 a.m. The deposition will take place at Horizons Conference Center, 6200 State Street, Saginaw, Michigan 48603, and will be recorded by video and stenographic means.

Dated: Atlanta, Georgia
       March 7, 2008

                                        FURUKAWA ELECTRIC NORTH
                                        AMERICA APD, et al.,
                                        By their Counsel,
                                        ALSTON & BIRD, LLP
                                        By:

                                        /s/ B. Parker Miller
                                        B. PARKER MILLER (*pro hac vice*)

                                        1201 West Peachtree Street
                                        Atlanta, Georgia 30309-3424
                                        (404) 881-7000

LEGAL02/30709862v1

ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re: DELPHI CORPORATION, *et. al.*,**                      :   **Chapter 11**
                                                               :
              **Debtors.**                                     :   **Case No. 05-44481 (RDD)**
                                                               :   **Jointly Administered**
---------------------------------------------------------------x
**DELPHI CORPORATION, *et. al.*,**                             :
                                                               :
              **Debtors**                                      :
                                                               :
**v.**                                                         :
                                                               :
**FURUKAWA ELECTRIC COMPANY, LTD.,**                           :
**FURUKAWA ELECTRIC NORTH**                                    :
**AMERICA APD, INC.**                                          :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA          )
                          )
COUNTY OF FULTON          )

B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

captioned matter, and that on March 7, 2008, he caused a copy of the attached **Notice of Deposition** to be served upon Delphi Corporation and Delphi Automotive Systems, LLC by depositing a true copy of same in the United States Mail with adequate postage affixed and addressed as follows:

| | |
|---|---|
| A.T. Lippert, Jr., Esq.<br>CURRIE KENDALL PLC<br>6024 Eastman Ave.<br>Midland, MI 48640 | Neil Berger, Esq.<br>Sean McGrath, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119 |

FURTHER AFFIANT SAYETH NOT.

/s/ Parker Miller
B. PARKER MILLER

Sworn to and subscribed before me
this ____ day of March, 2008.

_____
Notary Public
My Commission Expires:
08/30/11

[Notary seal: ANN F. WEIL, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES AUG. 30, 2011]

- 2 -

LEGAL02/30709862v1