# EXHIBIT A

# Delphi Domestic Open Liability

## Exhibit A: Bearings Invoices
### Open as of March 5, 2008

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/11/08 | 0178472 | 450658495 | 923.76 |
| | | Subtotal: | 923.76 |
| 01/29/08 | 0168250 | 550076233 | 9,406.80 |
| | | Subtotal: | 9,406.80 |
| 02/01/08 | 0172086 | 550168745 | 76,661.76 |
| 02/08/08 | 0177866 | 550168745 | 76,661.76 |
| 02/18/08 | 0184689 | 550168745 | 76,661.76 |
| 02/25/08 | 0192998 | 550168745 | 76,661.76 |
| 03/03/08 | 0201801 | 550168745 | 76,661.76 |
| | | Subtotal: | 383,308.80 |
| 02/01/08 | 0172085 | 550168748 | 77,280.00 |
| 02/04/08 | 0173045 | 550168748 | 62,790.00 |
| 02/07/08 | 0176706 | 550168748 | 77,280.00 |
| 02/11/08 | 0178922 | 550168748 | 77,280.00 |
| 02/13/08 | 0181003 | 550168748 | 77,280.00 |
| 02/14/08 | 0182141 | 550168748 | 77,280.00 |
| 02/18/08 | 0184688 | 550168748 | 77,280.00 |
| 02/21/08 | 0189504 | 550168748 | 77,280.00 |
| 02/25/08 | 0192997 | 550168748 | 77,280.00 |
| 02/27/08 | 0196706 | 550168748 | 77,280.00 |
| 02/28/08 | 0198544 | 550168748 | 77,280.00 |
| 03/03/08 | 0201800 | 550168748 | 77,280.00 |
| 03/05/08 | 0205360 | 550168748 | 77,280.00 |
| | | Subtotal: | 990,150.00 |
| 02/12/08 | 0179957 | 550168749 | 102,090.80 |
| 02/19/08 | 0186144 | 550168749 | 48,358.80 |
| 02/21/08 | 0189503 | 550168749 | 48,358.80 |
| 02/26/08 | 0194582 | 550168749 | 80,598.00 |
| 03/04/08 | 0203664 | 550168749 | 59,105.20 |
| | | Subtotal: | 338,511.60 |
| | | | 923.76 |
| | | | 9,406.80 |
| | | | 383,308.80 |
| | | | 990,150.00 |
| | | | 338,511.60 |
| **TOTAL CLAIM FOR BEARINGS OPEN INVOICES:** | | | **1,722,300.96** |

# Delphi Domestic Open Liability

## Exhibit A: Seals Invoices
## Open as of March 5, 2008

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 01/28/08 | 1703700 | 450484970 | 188.50 |
|  |  | **Subtotal:** | **188.50** |
| 01/15/08 | 1701714 | 450484979 | 362.00 |
|  |  | **Subtotal:** | **362.00** |
| 01/30/08 | 1704282 | 450506102 | 43.20 |
|  |  | **Subtotal:** | **43.20** |
| 01/08/08 | 1700627 | 450528457 | 550.25 |
|  |  | **Subtotal:** | **550.25** |
| 08/28/07 | 1681087 | SAG9012726 | 715.50 |
| 01/28/08 | 1703759 | SAG9012726 | 5,155.20 |
| 01/29/08 | 1703996 | SAG9012726 | 1,785.00 |
| 01/29/08 | 1703998 | SAG9012726 | 2,625.60 |
| 01/29/08 | 1704088 | SAG9012726 | 100.10 |
| 01/30/08 | 1704193 | SAG9012726 | 5,155.20 |
| 01/30/08 | 1704206 | SAG9012726 | 1,428.00 |
| 01/30/08 | 1704208 | SAG9012726 | 486.00 |
| 01/30/08 | 1704363 | SAG9012726 | 165.00 |
| 01/31/08 | 1704407 | SAG9012726 | 1,785.00 |
| 01/31/08 | 1704408 | SAG9012726 | 559.86 |
| 01/31/08 | 1704440 | SAG9012726 | 486.00 |
| 02/01/08 | 1704627 | SAG9012726 | 243.00 |
| 02/01/08 | 1704638 | SAG9012726 | 2,142.00 |
| 02/01/08 | 1704644 | SAG9012726 | 557.44 |
| 02/01/08 | 1704645 | SAG9012726 | 640.00 |
| 02/01/08 | 1704740 | SAG9012726 | 165.00 |
| 02/04/08 | 1704898 | SAG9012726 | 486.00 |
| 02/04/08 | 1704905 | SAG9012726 | 559.86 |
| 02/04/08 | 1704964 | SAG9012726 | 2,142.00 |
| 02/05/08 | 1705098 | SAG9012726 | 559.86 |
| 02/05/08 | 1705100 | SAG9012726 | 715.50 |
| 02/05/08 | 1705104 | SAG9012726 | 559.86 |
| 02/05/08 | 1705105 | SAG9012726 | 729.00 |
| 02/05/08 | 1705114 | SAG9012726 | 2,142.00 |
| 02/05/08 | 1705205 | SAG9012726 | 140.58 |
| 02/05/08 | 1705212 | SAG9012726 | 100.10 |
| 02/06/08 | 1705352 | SAG9012726 | 5,161.20 |
| 02/06/08 | 1705353 | SAG9012726 | 5,155.20 |
| 02/06/08 | 1705366 | SAG9012726 | 486.00 |
| 02/06/08 | 1705382 | SAG9012726 | 559.86 |
| 02/06/08 | 1705419 | SAG9012726 | 165.00 |
| 02/07/08 | 1705602 | SAG9012726 | 5,155.20 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/07/08 | 1705628 | SAG9012726 | 486.00 |
| 02/07/08 | 1705651 | SAG9012726 | 2,142.00 |
| 02/08/08 | 1705799 | SAG9012726 | 559.86 |
| 02/08/08 | 1705802 | SAG9012726 | 486.00 |
| 02/08/08 | 1705882 | SAG9012726 | 2,142.00 |
| 02/08/08 | 1705918 | SAG9012726 | 165.00 |
| 02/11/08 | 1706003 | SAG9012726 | 486.00 |
| 02/11/08 | 1706005 | SAG9012726 | 1,071.00 |
| 02/11/08 | 1706017 | SAG9012726 | 559.86 |
| 02/12/08 | 1706334 | SAG9012726 | 5,161.20 |
| 02/12/08 | 1706337 | SAG9012726 | 2,142.00 |
| 02/12/08 | 1706356 | SAG9012726 | 559.86 |
| 02/12/08 | 1706366 | SAG9012726 | 243.00 |
| 02/12/08 | 1706446 | SAG9012726 | 100.10 |
| 02/12/08 | 1706460 | SAG9012726 | 165.00 |
| 02/13/08 | 1706591 | SAG9012726 | 559.86 |
| 02/13/08 | 1076592 | SAG9012726 | 486.00 |
| 02/13/08 | 1706601 | SAG9012726 | 5,161.20 |
| 02/13/08 | 1706636 | SAG9012726 | 165.00 |
| 02/14/08 | 1706742 | SAG9012726 | 5,161.20 |
| 02/14/08 | 1706745 | SAG9012726 | 2,795.52 |
| 02/14/08 | 1706786 | SAG9012726 | 465.92 |
| 02/14/08 | 1706790 | SAG9012726 | 2,142.00 |
| 02/14/08 | 1706798 | SAG9012726 | 2,142.00 |
| 02/14/08 | 1706807 | SAG9012726 | 559.86 |
| 02/14/08 | 1706813 | SAG9012726 | 486.00 |
| 02/15/08 | 1706916 | SAG9012726 | 165.00 |
| 02/15/08 | 1706955 | SAG9012726 | 10,310.40 |
| 02/15/08 | 1706957 | SAG9012726 | 2,142.00 |
| 02/15/08 | 1706973 | SAG9012726 | 1,863.68 |
| 02/15/08 | 1706977 | SAG9012726 | 486.00 |
| 02/18/08 | 1707259 | SAG90I2726 | 1,428.00 |
| 02/18/08 | 1707260 | SAG90I2726 | 155.75 |
| 02/18/08 | 1707287 | SAG90I2726 | 486.00 |
| 02/18/08 | 1707288 | SAG90I2726 | 559.86 |
| 02/19/08 | 1707456 | SAG90I2726 | 729.00 |
| 02/19/08 | 1707460 | SAG90I2726 | 1,428.00 |
| 02/19/08 | 1707462 | SAG90I2726 | 559.86 |
| 02/19/08 | 1707463 | SAG90I2726 | 486.00 |
| 02/19/08 | 1707485 | SAG90I2726 | 5,155.20 |
| 02/19/08 | 1707527 | SAG90I2726 | 100.10 |
| 02/19/08 | 1707547 | SAG90I2726 | 165.00 |
| 02/20/08 | 1707688 | SAG90I2726 | 5,155.20 |
| 02/20/08 | 1707707 | SAG90I2726 | 2,142.00 |
| 02/20/08 | 1707715 | SAG90I2726 | 155.75 |
| 02/20/08 | 1707716 | SAG90I2726 | 486.00 |
| 02/20/08 | 1707818 | SAG90I2726 | 165.00 |
| 02/21/08 | 1707901 | SAG90I2726 | 559.86 |
| 02/21/08 | 1707902 | SAG90I2726 | 486.00 |
| 02/21/08 | 1707933 | SAG90I2726 | 5,155.20 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/22/08 | 1708058 | SAG90I2726 | 165.00 |
| 02/22/08 | 1708080 | SAG90I2726 | 559.86 |
| 02/22/08 | 1708084 | SAG90I2726 | 155.75 |
| 02/22/08 | 1708085 | SAG90I2726 | 486.00 |
| 02/22/08 | 1708119 | SAG90I2726 | 2,142.00 |
| 02/22/08 | 1708124 | SAG90I2726 | 5,155.20 |
| 02/25/08 | 1708302 | SAG90I2726 | 5,155.20 |
| 02/25/08 | 1708311 | SAG90I2726 | 311.50 |
| 02/25/08 | 1708314 | SAG90I2726 | 2,142.00 |
| 02/26/08 | 1708611 | SAG90I2726 | 729.00 |
| 02/26/08 | 1708612 | SAG90I2726 | 559.86 |
| 02/26/08 | 1708619 | SAG90I2726 | 5,155.20 |
| 02/26/08 | 1708637 | SAG90I2726 | 2,142.00 |
| 02/26/08 | 1708741 | SAG90I2726 | 100.10 |
| 02/27/08 | 1708851 | SAG90I2726 | 486.00 |
| 02/27/08 | 1708857 | SAG90I2726 | 2,499.00 |
| 02/27/08 | 1708882 | SAG90I2726 | 5,161.20 |
| 02/28/08 | 1709061 | SAG90I2726 | 5,155.20 |
| 02/28/08 | 1709087 | SAG90I2726 | 2,499.00 |
| 02/29/08 | 1709276 | SAG90I2726 | 5,155.20 |
| 02/29/08 | 1709310 | SAG90I2726 | 2,499.00 |
| 03/03/08 | 1709523 | SAG90I2726 | 155.75 |
| 03/03/08 | 1709526 | SAG90I2726 | 1,750.40 |
| 03/03/08 | 1709528 | SAG90I2726 | 155.75 |
| 03/03/08 | 1709531 | SAG90I2726 | 2,856.00 |
| 03/03/08 | 1709543 | SAG90I2726 | 243.00 |
| 03/03/08 | 1709562 | SAG90I2726 | 1,119.72 |
| 03/03/08 | 1709567 | SAG90I2726 | 5,155.20 |
| 03/03/08 | 1709568 | SAG90I2726 | 5,161.20 |
| 03/03/08 | 1709714 | SAG90I2726 | 165.00 |
| 03/04/08 | 1709775 | SAG90I2726 | 1,701.00 |
| 03/04/08 | 1709778 | SAG90I2726 | 5,155.20 |
| 03/04/08 | 1709799 | SAG90I2726 | 465.92 |
| 03/04/08 | 1709801 | SAG90I2726 | 155.75 |
| 03/04/08 | 1709802 | SAG90I2726 | 326.01 |
| 03/04/08 | 1709803 | SAG90I2726 | 729.00 |
| 03/04/08 | 1709805 | SAG90I2726 | 2,856.00 |
| 03/04/08 | 1709820 | SAG90I2726 | 559.86 |
| 03/04/08 | 1709829 | SAG90I2726 | 559.86 |
| 03/04/08 | 1709901 | SAG90I2726 | 330.00 |
| 03/04/08 | 1709946 | SAG90I2726 | 50.05 |
| 03/05/08 | 1710044 | SAG90I2726 | 2,856.00 |
| 03/05/08 | 1710048 | SAG90I2726 | 5,155.20 |
| 03/05/08 | 1710071 | SAG90I2726 | 311.50 |
| 03/05/08 | 1710075 | SAG90I2726 | 559.86 |
| 03/05/08 | 1710076 | SAG90I2726 | 486.00 |
|  |  | Subtotal: | 213,561.92 |
| 01/29/08 | 1703973 | SAG9012730 | 268.10 |
| 02/05/08 | 1705099 | SAG9012730 | 536.20 |

9424264                                                                 3                              Seals and Related Products Invoices

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| | | Subtotal: | 804.30 |
| 01/30/08 | 1704203 | SAG9014765 | 550.25 |
| 02/06/08 | 1705374 | SAG9014765 | 550.25 |
| 02/14/08 | 1706800 | SAG9014765 | 550.25 |
| 02/21/08 | 1707897 | SAG90I4765 | 550.25 |
| 02/28/08 | 1709140 | SAG90I4765 | 550.25 |
| | | Subtotal: | 2,751.25 |
| 01/29/08 | 1703974 | SAG9015996 | 1,340.50 |
| 01/30/08 | 1704192 | SAG9015996 | 4,136.40 |
| 01/30/08 | 1704194 | SAG9015996 | 4,298.40 |
| 01/30/08 | 1704200 | SAG9015996 | 3,343.20 |
| 01/30/08 | 1704205 | SAG9015996 | 1,072.40 |
| 01/31/08 | 1704406 | SAG9015996 | 1,072.40 |
| 02/01/08 | 1704613 | SAG9015996 | 1,340.50 |
| 02/01/08 | 1704615 | SAG9015996 | 340.10 |
| 02/04/08 | 1704849 | SAG9015996 | 4,136.40 |
| 02/04/08 | 1704899 | SAG9015996 | 1,340.50 |
| 02/05/08 | 1705094 | SAG9015996 | 4,298.40 |
| 02/05/08 | 1705159 | SAG9015996 | 268.10 |
| 02/06/08 | 1705383 | SAG9015996 | 1,340.50 |
| 02/06/08 | 1705385 | SAG9015996 | 1,072.40 |
| 02/07/08 | 1705629 | SAG9015996 | 1,340.50 |
| 02/08/08 | 1705805 | SAG9015996 | 1,340.50 |
| 02/08/08 | 1705822 | SAG9015996 | 7,641.60 |
| 02/08/08 | 1705823 | SAG9015996 | 4,136.40 |
| 02/11/08 | 1706024 | SAG9015996 | 268.10 |
| 02/12/08 | 1706367 | SAG9015996 | 536.20 |
| 02/13/08 | 1706594 | SAG9015996 | 268.10 |
| 02/14/08 | 1706743 | SAG9015996 | 4,136.40 |
| 02/14/08 | 1706814 | SAG9015996 | 268.10 |
| 02/15/08 | 1706979 | SAG9015996 | 268.10 |
| 02/18/08 | 1707129 | SAG90I5996 | 4,136.40 |
| 02/18/08 | 1707130 | SAG90I5996 | 5,253.60 |
| 02/19/08 | 1707455 | SAG90I5996 | 536.20 |
| 02/20/08 | 1707692 | SAG90I5996 | 8,596.80 |
| 02/20/08 | 1707728 | SAG90I5996 | 268.10 |
| 02/21/08 | 1707914 | SAG90I5996 | 268.10 |
| 02/22/08 | 1708087 | SAG90I5996 | 268.10 |
| 02/22/08 | 1708125 | SAG90I5996 | 4,136.40 |
| 02/26/08 | 1708609 | SAG90I5996 | 268.10 |
| 02/27/08 | 1708856 | SAG90I5996 | 268.10 |
| 02/28/08 | 1709060 | SAG90I5996 | 4,136.40 |
| 02/28/08 | 1709145 | SAG90I5996 | 268.10 |
| 02/29/08 | 1709309 | SAG90I5996 | 268.10 |
| 03/03/08 | 1709569 | SAG90I5996 | 4,136.40 |
| 03/03/08 | 1709570 | SAG90I5996 | 8,596.80 |
| 03/04/08 | 1709818 | SAG90I5996 | 268.10 |
| 03/05/08 | 1710047 | SAG90I5996 | 4,136.40 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| | | Subtotal: | 95,414.40 |
| 01/29/08 | 1703975 | SAG9016242 | 321.60 |
| 01/29/08 | 1704007 | SAG9016242 | 387.00 |
| 01/30/08 | 1704207 | SAG9016242 | 580.50 |
| 01/30/08 | 1704210 | SAG9016242 | 643.20 |
| 01/31/08 | 1704409 | SAG9016242 | 321.60 |
| 01/31/08 | 1704439 | SAG9016242 | 387.00 |
| 02/01/08 | 1704617 | SAG9016242 | 580.50 |
| 02/01/08 | 1704626 | SAG9016242 | 321.60 |
| 02/04/08 | 1704901 | SAG9016242 | 321.60 |
| 02/04/08 | 1704902 | SAG9016242 | 580.50 |
| 02/05/08 | 1705102 | SAG9016242 | 643.20 |
| 02/05/08 | 1705103 | SAG9016242 | 580.50 |
| 02/06/08 | 1705381 | SAG9016242 | 580.50 |
| 02/06/08 | 1705384 | SAG9016242 | 321.60 |
| 02/07/08 | 1705755 | SAG9016242 | 190.80 |
| 02/07/08 | 1705757 | SAG9016242 | 190.80 |
| 02/07/08 | 1705758 | SAG9016242 | 190.80 |
| 02/07/08 | 1705760 | SAG9016242 | 190.80 |
| 02/07/08 | 1705764 | SAG9016242 | 190.80 |
| 02/07/08 | 1705765 | SAG9016242 | 190.80 |
| 02/08/08 | 1705800 | SAG9016242 | 321.60 |
| 02/08/08 | 1705801 | SAG9016242 | 580.50 |
| 02/11/08 | 1706010 | SAG9016242 | 643.20 |
| 02/11/08 | 1706015 | SAG9016242 | 580.50 |
| 02/11/08 | 1706213 | SAG9016242 | 190.80 |
| 02/12/08 | 1706364 | SAG9016242 | 321.60 |
| 02/12/08 | 1706365 | SAG9016242 | 580.50 |
| 02/12/08 | 1706470 | SAG9016242 | 190.80 |
| 02/13/08 | 1706590 | SAG9016242 | 774.00 |
| 02/13/08 | 1706595 | SAG9016242 | 643.20 |
| 02/13/08 | 1706724 | SAG9016242 | 190.80 |
| 02/14/08 | 1706811 | SAG9016242 | 321.60 |
| 02/14/08 | 1706812 | SAG9016242 | 580.50 |
| 02/15/08 | 1706975 | SAG9016242 | 321.60 |
| 02/15/08 | 1706976 | SAG9016242 | 580.50 |
| 02/18/08 | 1707171 | SAG90I6242 | 580.50 |
| 02/18/08 | 1707261 | SAG90I6242 | 321.60 |
| 02/18/08 | 1707351 | SAG90I6242 | 190.80 |
| 02/19/08 | 1707461 | SAG90I6242 | 643.20 |
| 02/19/08 | 1707610 | SAG90I6242 | 190.80 |
| 02/20/08 | 1707714 | SAG90I6242 | 580.50 |
| 02/20/08 | 1707729 | SAG90I6242 | 321.60 |
| 02/21/08 | 1707900 | SAG90I6242 | 580.50 |
| 02/21/08 | 1707907 | SAG90I6242 | 643.20 |
| 02/21/08 | 1708008 | SAG90I6242 | 190.80 |
| 02/22/08 | 1708082 | SAG90I6242 | 321.60 |
| 02/22/08 | 1708083 | SAG90I6242 | 580.50 |
| 02/25/08 | 1708303 | SAG90I6242 | 643.20 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/25/08 | 1708304 | SAG9016242 | 580.50 |
| 02/25/08 | 1708369 | SAG9016242 | 190.80 |
| 02/26/08 | 1708608 | SAG9016242 | 321.60 |
| 02/26/08 | 1708613 | SAG9016242 | 387.00 |
| 02/27/08 | 1708855 | SAG9016242 | 580.50 |
| 02/27/08 | 1708863 | SAG9016242 | 643.20 |
| 02/28/08 | 1709122 | SAG9016242 | 321.60 |
| 02/28/08 | 1709144 | SAG9016242 | 387.00 |
| 02/29/08 | 1709321 | SAG9016242 | 387.00 |
| 02/29/08 | 1709322 | SAG9016242 | 321.60 |
| 03/03/08 | 1709555 | SAG9016242 | 387.00 |
| 03/04/08 | 1709825 | SAG9016242 | 643.20 |
| 03/04/08 | 1709826 | SAG9016242 | 580.50 |
| 03/05/08 | 1710073 | SAG9016242 | 643.20 |
| 03/05/08 | 1710074 | SAG9016242 | 580.50 |
|  |  | **Subtotal:** | **27,281.40** |
| 01/29/08 | 1703966 | SAG9016243 | 1,959.65 |
| 01/29/08 | 1704006 | SAG9016243 | 1,360.00 |
| 01/30/08 | 1704191 | SAG9016243 | 2,137.80 |
| 01/30/08 | 1704209 | SAG9016243 | 1,360.00 |
| 01/31/08 | 1704410 | SAG9016243 | 1,959.65 |
| 01/31/08 | 1704438 | SAG9016243 | 1,020.00 |
| 01/31/08 | 1704514 | SAG9016243 | 342.72 |
| 02/01/08 | 1704616 | SAG9016243 | 1,360.00 |
| 02/01/08 | 1704639 | SAG9016243 | 1,959.65 |
| 02/01/08 | 1704674 | SAG9016243 | 257.04 |
| 02/04/08 | 1704883 | SAG9016243 | 257.04 |
| 02/04/08 | 1704900 | SAG9016243 | 1,700.00 |
| 02/04/08 | 1704965 | SAG9016243 | 1,959.65 |
| 02/05/08 | 1705101 | SAG9016243 | 1,700.00 |
| 02/05/08 | 1705115 | SAG9016243 | 2,137.80 |
| 02/05/08 | 1705251 | SAG9016243 | 342.72 |
| 02/06/08 | 1705380 | SAG9016243 | 1,700.00 |
| 02/06/08 | 1705452 | SAG9016243 | 257.04 |
| 02/07/08 | 1705627 | SAG9016243 | 1,700.00 |
| 02/07/08 | 1705652 | SAG9016243 | 1,959.65 |
| 02/07/08 | 1705653 | SAG9016243 | 1,425.20 |
| 02/07/08 | 1705670 | SAG9016243 | 257.04 |
| 02/08/08 | 1705837 | SAG9016243 | 1,360.00 |
| 02/08/08 | 1705883 | SAG9016243 | 1,425.20 |
| 02/08/08 | 1705896 | SAG9016243 | 257.04 |
| 02/11/08 | 1706014 | SAG9016243 | 1,020.00 |
| 02/11/08 | 1706025 | SAG9016243 | 340.00 |
| 02/11/08 | 1706104 | SAG9016243 | 2,137.80 |
| 02/11/08 | 1706167 | SAG9016243 | 257.04 |
| 02/12/08 | 1706338 | SAG9016243 | 2,137.80 |
| 02/12/08 | 1706363 | SAG9016243 | 1,700.00 |
| 02/12/08 | 1706448 | SAG9016243 | 257.04 |
| 02/13/08 | 1706589 | SAG9016243 | 1,700.00 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---|
| 02/13/08 | 1706610 | SAG9016243 | 342.72 |
| 02/13/08 | 1706662 | SAG9016243 | 257.04 |
| 02/14/08 | 1706791 | SAG9016243 | 1,959.65 |
| 02/14/08 | 1706799 | SAG9016243 | 1,959.65 |
| 02/14/08 | 1706810 | SAG9016243 | 1,700.00 |
| 02/15/08 | 1706923 | SAG9016243 | 257.04 |
| 02/15/08 | 1706958 | SAG9016243 | 2,137.80 |
| 02/15/08 | 1706974 | SAG9016243 | 1,700.00 |
| 02/18/08 | 1707117 | SAG90I6243 | 342.72 |
| 02/18/08 | 1707258 | SAG90I6243 | 1,700.00 |
| 02/18/08 | 1707290 | SAG90I6243 | 1,959.65 |
| 02/19/08 | 1707459 | SAG90I6243 | 1,700.00 |
| 02/19/08 | 1707490 | SAG90I6243 | 1,959.65 |
| 02/19/08 | 1707552 | SAG90I6243 | 342.72 |
| 02/20/08 | 1707708 | SAG90I6243 | 2,137.80 |
| 02/20/08 | 1707821 | SAG90I6243 | 342.72 |
| 02/21/08 | 1707867 | SAG90I6243 | 1,781.50 |
| 02/21/08 | 1707899 | SAG90I6243 | 1,700.00 |
| 02/21/08 | 1707969 | SAG90I6243 | 257.04 |
| 02/22/08 | 1708069 | SAG90I6243 | 342.72 |
| 02/22/08 | 1708081 | SAG90I6243 | 1,700.00 |
| 02/22/08 | 1708120 | SAG90I6243 | 1,959.65 |
| 02/25/08 | 1708315 | SAG90I6243 | 2,137.80 |
| 02/25/08 | 1708330 | SAG90I6243 | 1,700.00 |
| 02/25/08 | 1708431 | SAG90I6243 | 257.04 |
| 02/26/08 | 1708607 | SAG90I6243 | 1,700.00 |
| 02/26/08 | 1708638 | SAG90I6243 | 2,315.95 |
| 02/26/08 | 1708753 | SAG90I6243 | 257.04 |
| 02/27/08 | 1708854 | SAG90I6243 | 1,700.00 |
| 02/27/08 | 1708858 | SAG90I6243 | 2,137.80 |
| 02/27/08 | 1709026 | SAG90I6243 | 342.72 |
| 02/28/08 | 1709086 | SAG90I6243 | 257.04 |
| 02/28/08 | 1709088 | SAG90I6243 | 1,781.50 |
| 02/28/08 | 1709158 | SAG90I6243 | 1,700.00 |
| 02/29/08 | 1709308 | SAG90I6243 | 1,700.00 |
| 02/29/08 | 1709311 | SAG90I6243 | 1,959.65 |
| 02/29/08 | 1709399 | SAG90I6243 | 342.72 |
| 03/03/08 | 1709530 | SAG90I6243 | 2,380.00 |
| 03/03/08 | 1709532 | SAG90I6243 | 3,919.30 |
| 03/03/08 | 1709727 | SAG90I6243 | 257.04 |
| 03/04/08 | 1709804 | SAG90I6243 | 2,380.00 |
| 03/04/08 | 1709806 | SAG90I6243 | 2,494.10 |
| 03/04/08 | 1709889 | SAG90I6243 | 514.08 |
| 03/05/08 | 1710043 | SAG90I6243 | 2,380.00 |
| 03/05/08 | 1710045 | SAG90I6243 | 1,959.65 |
| 03/05/08 | 1710163 | SAG90I6243 | 342.72 |
|  |  | Subtotal: | 107,160.79 |
|  |  |  | 188.50 |

| Invoice Date | Invoice Number | Purchase Order No. | Total Amt/USD |
|---|---|---|---:|
| | | | 362.00 |
| | | | 43.20 |
| | | | 550.25 |
| | | | 213,561.92 |
| | | | 804.30 |
| | | | 2,751.25 |
| | | | 95,414.40 |
| | | | 27,281.40 |
| | | | 107,160.79 |
| **TOTAL CLAIM FOR SEALS OPEN INVOICES:** | | | **448,118.01** |