# EXHIBIT B Part 1



# SKF

## Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| | |
|---|---|
| **Invoice number** | 0178472 |
| **Invoice Date** | 2/11/08 |
| **SKF Order #** | 08E0022924 |
| **Ind/Terr Code** | 561/200 |

**S H I P T O**
DELPHI SAGINAW STEERING
Plant 14 Prototype Center
2975 Nodular Drive
SAGINAW MI
48601

**B I L L T O**
DELPHI SAGINAW STEERING
PO BOX 436040
PONTIAC MI
48343-6040

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number**
**0178472 with your remittance**

| **Terms** | **Supplier No:** | **Customer Number** | **Date of Shipment** |
|---|---|---|---|
| Net 30 Prox | | 0363 | 2/09/08 |

**Payment Due On Or Before**
3/30/08

**Customer Order Number**
450658495

**Customer Order Date**
2/08/08

**Carrier**
UPS GROUND CONSIGNEE BILL

**B/L Number**
000784288

**Salesperson**
BE NAM CC OTHER

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A | 61909 | TRANSPORT PACKAGE NOS. 869745591 | SVK | CVL | 24 | 38.49 | 923.76 |

**Pay This Amount**    923.76

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
1ZXX760703766713OO

Page: 1



# SKF

## SKF USA Inc.

### Invoice

| | |
|---|---|
| **Invoice number** | 0168250 |
| **Invoice Date** | 1/29/08 |
| **SKF Order #** | 08E0015409 |

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**S H I P T O**
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**B I L L T O**
DELPHI CHASSIS SAGINAW-CAR PT
2000 FORRER AVE
DAYTON OH
45401

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Supplier No:** 9596627B4

| **Terms** | Net 30 Prox |
|---|---|
| **Payment Due On Or Before** | 3/01/08 |
| **Customer Number** | 11859 |
| **Date of Shipment** | 1/29/08 |
| **Ind/Terr Code** | 595/200 |

**Carrier**
CUSTOMER PICKUP-DOMESTIC

| **B/L Number** | 001926004 |
|---|---|
| **Salesperson** | BE RACING |

**Customer Order Number** 550076233
**Customer Order Date** 1/28/08

**Please include Invoice Number** 0168250 **with your remittance**

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0001A | 18090907 | BAR-5037 A<br>TRANSPORT PACKAGE NOS.<br>869705256 | ITA | CVL | 120 | 78.39 | 9,406.80 |

**Customer Service Contact**
Tracy Hankins

**Telephone #**
734-414-6831

**Pro Number**
NO PRO

**Pay This Amount**
9,406.80

# SKF USA Inc.

## SKF Inc.

## Invoice



SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**S H I P T O**
US AEROTEAM INC
1 EDMUND ST
DAYTON OH
45404

| Terms | Payment Due On Or Before | Supplier No. |
|---|---|---|
| Net 30 Prox | 3/30/08 | 959662784 |

| Invoice Date | Customer Number |
|---|---|
| 2/01/08 | 11876 |

| Invoice number | Date of Shipment | Ind/Terr Code | SKF Order # |
|---|---|---|---|
| 0172086 | 2/01/08 | 561/200 | 07E0117383 |

**B I L L T O**
DELPHI ENERGY & CHASSIS SYS
POST PETITION
PO BOX 1042
DAYTON OH
45404

| Customer Order Number | Customer Order Date | Carrier | B/L Number |
|---|---|---|---|
| 550168745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001928038 |

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number 0172086 with your remittance**

**Salesperson**
BE NAM CC OTHER

| Line | Customer Designation | Product Description | COM | WareB ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0040A | 18083733 | BTD-1202 B | ESP | CVL | 1.472 | 52.08 | 76,661.76 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869718705 - 869718720 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

Page: 1



# SKF USA Inc.

## Invoice

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | US AEROTEAM INC
1 EDMUND ST
DAYTON OH
45404 |

**Supplier No:** 959662784

| Terms | Payment Due On Or Before | Invoice Date | Invoice number | SKF Order # |
|---|---|---|---|---|
| Net 30 Prox | 3/30/08 | 2/08/08 | 0177866 | 07E0117383 |

| B I L L T O | DELPHI ENERGY & CHASSIS SYS
POST PETITION
PO BOX 1042
DAYTON OH
45404 |

| Customer Number | Date of Shipment | Ind/Terr Code |
|---|---|---|
| 11876 | 2/08/08 | 561/200 |

**Please include Invoice Number 0177866 with your remittance**

| R E M I T T O | SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837 |

**Salesperson** BE NAM CC OTHER

| Customer Order Number | Customer Order Date | Carrier | B/L Number |
|---|---|---|---|
| 550168745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 00193l270 |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0041A | 18083733 | BTD-1202 B | ESP | CVL | 276 | 52.08 | 14,374.08 |
| 2/0042A | | BTD-1202 D | MEX | CVL | 1,196 | 52.08 | 62,287.68 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869741857 - 869741872 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

Page: 1



**SKF**

**SKF USA Inc.**

# Invoice

| | |
|---|---|
| **S** | |
| **H** | SKF Industrial Division |
| **I** | 1510 Gehman Road |
| **P** | Kulpsville, PA |
| **T** | 19443 |
| **O** | |

| | |
|---|---|
| **S** | US AEROTEAM INC |
| **H** | 1 EDMUND ST |
| **I** | DAYTON OH |
| **P** | 45404 |
| **T** | |
| **O** | |

| | |
|---|---|
| **Invoice number** | 0184689 |
| **SKF Order #** | 07E011383 |

| Terms | Payment Due On Or Before | Supplier No. 959662784 |
|---|---|---|
| Net 30 Prox | 3/30/08 | |

| Invoice Date | Customer Number | Ind/Terr Code |
|---|---|---|
| 2/18/08 | 11876 | 561/200 |

| | |
|---|---|
| **B** | DELPHI ENERGY & CHASSIS SYS |
| **I** | POST PETITION |
| **L** | PO BOX 1042 |
| **L** | DAYTON OH |
| **T** | 45404 |
| **O** | |

| | |
|---|---|
| **R** | SKF USA Inc |
| **E** | P O Box 643837 |
| **M** | Pittsburgh, PA |
| **I** | 15264-3837 |
| **T** | |
| **O** | |

Please include Invoice Number
0184689 with your remittance

| Date of Shipment | Salesperson |
|---|---|
| 2/18/08 | BE NAM CC OTHER |

| Customer Order Number | Customer Order Date | Carrier | B/L Number |
|---|---|---|---|
| 550168745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001933562 |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0031A | | BTD-1202 D<br>TRANSPORT PACKAGE NOS.<br>869760133 - 869760148 | MEX | CVL | 1,472 | 52.08 | 76,661.76 |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |

# SKF

# Invoice

## SKF USA Inc.

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | US AEROTEAM INC<br>1 EDMUND ST<br>DAYTON OH<br>45404 |
| --- | --- |

| Terms | Payment Due On Or Before | Supplier No: 95966784 |
| --- | --- | --- |
| Net 30 Prox | 3/30/08 | |

| Invoice Date | Customer Number |
| --- | --- |
| 2/25/08 | 11876 |

| Invoice number | SKF Order # |
| --- | --- |
| 0192998 | 07E0117383 |

| Date of Shipment | Ind/Terr Code |
| --- | --- |
| 2/25/08 | 561/200 |

| B I L L T O | DELPHI ENERGY & CHASSIS SYS<br>POST PETITION<br>PO BOX 1042<br>DAYTON OH<br>45404 |
| --- | --- |

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
| --- | --- |

**Please include Invoice Number 0192998 with your remittance**

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Salesperson |
| --- | --- | --- | --- | --- |
| 550168745 | 7/31/07 | CUSTOMER PICKUP-DOMESTIC | 001937508 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/0033A | | BTD-1202 D | MEX | CVL | 1,472 | 52.08 | 76,661.76 |
| | | TRANSPORT PACKAGE NOS.<br>869792721 - 869792736 | | | | | |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
| --- | --- | --- | --- |
| Judith A Kilian | 734-414-6861 | NO PRO | 76,661.76 |





**SKF**

# Invoice

**SKF USA Inc.**

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

**Supplier No.** 959662784

**Terms**
Net 30 Prox

**Payment Due On Or Before**
4/30/08

**Invoice Date**
3/03/08

**Invoice number**
0201801

**SKF Order #**
07E0117383

| | |
|---|---|
| **B I L L T O** | US AEROTEAM INC<br>1 EDMUND ST<br>DAYTON OH<br>45404 |

**Customer Number**
11876

**Date of Shipment**
3/03/08

**Ind/Terr Code**
561/200

| | |
|---|---|
| **B I L L T O** | DELPHI ENERGY & CHASSIS SYS<br>POST PETITION<br>PO BOX 1042<br>DAYTON OH<br>45404 |

| | |
|---|---|
| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Please include Invoice Number 0201801 with your remittance**

**Customer Order Number**
550168745

**Customer Order Date**
7/31/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
00194087

**Salesperson**
BE NAM CC OTHER

| Line | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1/0034A | BTD-1202 D<br>TRANSPORT PACKAGE NOS.<br>869821074 - 869821089 | MEX | CVL | 1,472 | 52.08 | 76,661.76 |

**Customer Service Contact**
Judith A Kilian

**Customer Designation**

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
76,661.76



# SKF

# Invoice

## SKF USA Inc.

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS 2328 E GENESEE AVE SAGINAW MI 48601 |
| --- | --- |

**Customer Order Number**
550168748

**Customer Service Contact**
Judith A Kilian

| Terms | Net 30 Prox |
| --- | --- |

| Payment Due On Or Before | 3/30/08 |

**Supplier No:** 959662784

| B I L L T O | DELPHI CHASSIS SAGINAW POST PETITION DO NOT MAIL INVOICE KULPSVILLE PA 19443 |

**Customer Order Date**
1/28/08

| Invoice Date | 2/01/08 |
| --- | --- |

| Customer Number | 11874 |

| Carrier | CUSTOMER PICKUP-DOMESTIC |

**Invoice number** 0172085

**Ind/Terr Code** 561/200

**SKF Order #** 08E0015318

**Date of Shipment** 2/01/08

| R E M I T T O | SKF USA Inc P O Box 643837 Pittsburgh, PA 15264-3837 |

**Please include Invoice Number 0172085 with your remittance**

**Salesperson** BE NAM CC OTHER

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/0003A | 18083732 | BTD-1200 AD TRANSPORT PACKAGE NOS. 869714380 - 869714395 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

| B/L Number | 001927406 |
| --- | --- |

**Telephone #** 734-414-6861

**Pro Number** NO PRO

| Pay This Amount | 77,280.00 |
| --- | --- |

Page: 1



# SKF

# Invoice

**SKF USA Inc.**

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS 2328 E GENESEE AVE SAGINAW MI 48601 |
| --- | --- |

| Terms | Payment Due On Or Before | Supplier No: 959662784 |
| --- | --- | --- |
| Net 30 Prox | 3/30/08 | |

| Invoice Date | Customer Number | Invoice number | 0173045 |
| --- | --- | --- | --- |
| 2/04/08 | 11874 | | |

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

| Customer Order Number | Customer Order Date | Carrier | B/L Number |
| --- | --- | --- | --- |
| 550168748 | 1/28/08 | CUSTOMER PICKUP-DOMESTIC | 001928935 |

| B I L L T O | DELPHI CHASSIS SAGINAW POST PETITION DO NOT MAIL INVOICE KULPSVILLE PA 19443 |
| --- | --- |

**Date of Shipment**
2/04/08

| R E M I T T O | SKF USA Inc P O Box 643837 Pittsburgh, PA 15264-3837 |
| --- | --- |

**Please include Invoice Number**
0173045 **with your remittance**

**Salesperson**
BE NAM CC OTHER

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/0004A | 18083732 | BTD-1200 AD TRANSPORT PACKAGE NOS. 869726499 - 869726511 | MEX | CVL | 1,196 | 52.50 | 62,790.00 |

| | Pay This Amount |
| --- | --- |
| | 62,790.00 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

Page: 1



# SKF

## Invoice

### SKF USA Inc.

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| | |
|---|---|
| **S H I P T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

**Supplier No:** 959662784

| Terms | Payment Due On Or Before |
|---|---|
| Net 30 Prox | 3/30/08 |

| | |
|---|---|
| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| Invoice Date | Invoice number |
|---|---|
| 2/07/08 | 0176706 |

| Customer Number | Date of Shipment |
|---|---|
| 11874 | 2/07/08 |

| | SKF Order # |
|---|---|
| | 08E0015318 |

| Ind/Terr Code |
|---|
| 561/200 |

**Please include Invoice Number**
0176706 with your remittance

| | |
|---|---|
| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Salesperson**
BE NAM CC OTHER

### Customer Order Number
550168748

**Customer Order Date**
1/28/08

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
00130682

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0004D | 18083732 | BTD-1200 AD | MEX | CVL | 736 | 52.50 | 38,640.00 |
| 2/0004D | 18083732 | BTD-1200 AD | MEX | CVL | 736 | 52.50 | 38,640.00 |
| | | TRANSPORT PACKAGE NOS.<br>86973T989 - 869738004 | | | | | |

### Customer Service Contact
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1



SKF

# Invoice

SKF USA Inc.

| S H I P | T O | SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443 |
| --- | --- | --- |

| Terms | Payment Due On Or Before | Invoice Date | Invoice number | Date of Shipment | SKF Order # |
| --- | --- | --- | --- | --- | --- |
| Net 30 Prox | 3/30/08 | 2/11/08 | 0178922 | 2/11/08 | 08E0015318 |
| | | Customer Number | | Ind/Terr Code | |
| | Supplier No: 959662784 | 11874 | | 561/200 | |

| B I L L | T O | DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443 |
| --- | --- | --- |

| R E M I T | T O | SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837 |
| --- | --- | --- |

Please include Invoice Number
0178922 with your remittance

| Customer Order Number | Customer Order Date | Carrier | | | B/L Number | Salesperson |
| --- | --- | --- | --- | --- | --- | --- |
| 550168748 | 1/28/08 | CUSTOMER PICKUP-DOMESTIC | | | 001932004 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/0005A | 18083732 | BTD-1200 AD
TRANSPORT PACKAGE NOS.
869747035 - 869747050 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

| | Pay This Amount |
| --- | --- |
| | 77,280.00 |

| Customer Service Contact | Telephone # | Pro Number |
| --- | --- | --- |
| Judith A Kilian | 734-414-6861 | NO PRO |

Page:  1



SKF

# Invoice

SKF USA Inc.

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 | | | B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 | | | R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 | |

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/30/08

**Supplier No.** 959662784

**Invoice Date**
2/13/08

**Customer Number**
11874

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
0181003

**Date of Shipment**
2/13/08

**B/L Number**
001933100

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

**Salesperson**
BE NAM CC OTHER

Please include Invoice Number
0181003 with your remittance

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|------|---------------------|---------------------|-----|----------|----------|-----------|-----------|
| 1/0005Q | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869755499 - 869755514 | MEX | CVL | 1.472 | 52.50 | 77,280.00 |

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861

Page: 1



SKF

# Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| | | |
|---|---|---|
| S H I P T O | DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601 | |

**Supplier No:** 9596627/84

| Terms | Payment Due On Or Before |
|---|---|
| Net 30 Prox | 3/30/08 |

| Invoice Date | Invoice number |
|---|---|
| 2/14/08 | 0182141 |

| Customer Number | Date of Shipment |
|---|---|
| 11874 | 2/14/08 |

**Invoice number** 0182141

**SKF Order #** 08E0015318

**Ind/Terr Code** 561/200

Please include Invoice Number 0182141 with your remittance

| | |
|---|---|
| R E M I T T O | SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837 |

**Salesperson** BE NAM CC OTHER

**Customer Order Number** 5501687/48

**Customer Order Date** 1/28/08

**Carrier** CUSTOMER PICKUP-DOMESTIC

**B/L Number** 00193633

| | |
|---|---|
| B I L L T O | DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443 |

| Line | Customer Designation | Customer Order Number | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0005D | 18083732 | 1/28/08 | BTD-1200 AD
TRANSPORT PACKAGE NOS.
869760149 - 869760164 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1

# SKF

## Invoice

### SKF USA Inc.

**SHIP TO**
SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**SOLD TO**
DELPHI ENERGY & CHASSIS
2328 E GENESEE AVE
SAGINAW MI
48601

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/30/08

**Supplier No:** 959662784

**BILL TO**
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**Invoice Date**
2/18/08

**Customer Number**
11874

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
018468B

**Date of Shipment**
2/18/08

**B/L Number**
001934919

**REMIT TO**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number**
**0184688 with your remittance**

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

**Salesperson**
BE NAM CC OTHER

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|------|---------------------|--------------------|-----|----------|----------|-----------|-----------|
| 1/0006A | 18083732 | BTD-1200 AD | MEX | CVL | 1,472 | 52.50 | 77,280.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869769731 - 869769746 | | | | | |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1

# SKF

## Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

**S H I P T O**

DELPHI ENERGY & CHASSIS

2328 E GENESEE AVE
SAGINAW MI
48601

| Terms | Payment Due On Or Before | Invoice Date | Customer Number | Invoice number | Date of Shipment | SKF Order # |
|---|---|---|---|---|---|---|
| Net 30 Prox | 3/30/08 | 2/21/08 | 11874 | 0189504 | 2/21/08 | 08E0015318 |

Supplier No: 959662784

**B I L L T O**
DELPHI CHASSIS SAGINAW
POST PETITION
DO NOT MAIL INVOICE
KULPSVILLE PA
19443

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
00193643Z

**R E M I T T O**
SKF USA Inc
P O Box 643837
Pittsburgh, PA
15264-3837

**Please include Invoice Number**
0189504 with your remittance

**Ind/Terr Code** 561/200

| Customer Order Number | Customer Order Date | Salesperson |
|---|---|---|
| 550168748 | 1/28/08 | BE NAM CC OTHER |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/00060 | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869782433 - 869782448 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1



SKF

SKF USA Inc.

Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS 2328 E GENESEE AVE SAGINAW MI 48601 |
|---|---|

Supplier No: 95966Z784

| Terms | Customer Order Number | Customer Order Date |
|---|---|---|
| Net 30 Prox | 550168748 | 1/28/08 |

| Payment Due On Or Before | | Carrier |
|---|---|---|
| 3/30/08 | | CUSTOMER PICKUP-DOMESTIC |

| B I L L T O | DELPHI CHASSIS SAGINAW POST PETITION DO NOT MAIL INVOICE KULPSVILLE PA 19443 |
|---|---|

| Invoice Date | Customer Number |
|---|---|
| 2/25/08 | 11874 |

| Invoice number | Date of Shipment | SKF Order # |
|---|---|---|
| 0192997 | 2/25/08 | 08E0015318 |

Ind/Terr Code
561/200

| R E M I T T O | SKF USA Inc P O Box 643837 Pittsburgh, PA 15264-3837 |
|---|---|

B/L Number
00193Z639

Salesperson
BE NAM CC OTHER

Please include Invoice Number
0192997 with your remittance

Customer Service Contact
Judith A Killian

Telephone #
734-414-6861

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0007A | 18083732 | BTD-1200 AD TRANSPORT PACKAGE NOS. 869792947 - 869792962 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

Pro Number
NO PRO

Pay This Amount
77,280.00

Page: 1



**SKF**

**SKF USA Inc.**

# Invoice

| | |
|---|---|
| **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

| | |
|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | DELPHI ENERGY & CHASSIS<br><br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| Terms | Invoice Date | Invoice number |
|---|---|---|
| Net 30 Prox | 2/27/08 | 0196706 |

| Payment Due On Or Before | Customer Number | Date of Shipment | SKF Order # |
|---|---|---|---|
| 3/30/08 | 11874 | 2/27/08 | 08E0015318 |

**Supplier No.** 95966278A

| | |
|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Ind/Terr Code |
|---|---|---|---|---|
| 550168748 | 1/28/08 | CUSTOMER PICKUP-DOMESTIC | 001938884 | 561/200 |

Please include Invoice Number
0196706 with your remittance

| | |
|---|---|
| **R**<br>**E**<br>**M**<br>**I**<br>**T**<br>**T**<br>**O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Salesperson | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0007B | 18083732 | BTD-1200 AO<br>TRANSPORT PACKAGE NOS.<br>869803922 - 869803927<br>869803929 - 869803930<br>869803932 - 869803999 | MEX | CVL | 1,472 | 52.50 | BE NAM CC OTHER | 77,280.00 |

| Customer Service Contact | Telephone # | Pro Number | Pay This Amount |
|---|---|---|---|
| Judith A Kilian | 734-414-6861 | NO PRO | 77,280.00 |



# SKF

## Invoice

**SKF USA Inc.**

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| | |
|---|---|
| **S H I P T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

| | |
|---|---|
| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| | |
|---|---|
| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/30/08

**Supplier No.** 959662784

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

**Invoice Date**
2/28/08

**Customer Number**
11874

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice number**
0198544

**Date of Shipment**
2/28/08

**B/L Number**
001939467

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

**Salesperson**
BE NAM CC OTHER

Please include Invoice Number
0198544 with your remittance

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/00070 | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869808862 - 869808877 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

**Pay This Amount**
77,280.00

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

Page: 1

# SKF

## Invoice

## SKF USA Inc.

| | |
|---|---|
| **S H I P T O** | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

| **B I L L T O** | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

**Supplier No:** 959662784

| **B I L L T O** | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| **R E M I T T O** | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Terms**
Net 30 Prox

**Payment Due On Or Before**
4/30/08

**Customer Order Date**
1/28/08

**Invoice Date**
3/03/08

**Customer Number**
11874

**Invoice number**
0201800

**Date of Shipment**
3/03/08

Please include Invoice Number
0201800 with your remittance

**Ind/Terr Code**
561/200

**SKF Order #**
0BE0015318

**Salesperson**
BE NAM CC OTHER

**Customer Order Number**
5501.68748

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0008A | 18083732 | BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869821058 - 869821073 | MEX | CVL | 1,472 | 52.50 | 77,280.00 |

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
001940868

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1



# SKF

## SKF USA Inc.

## Invoice

| | |
|---|---|
| **S** SKF Industrial Division | |
| **H** 1510 Gehman Road | |
| **I** Kulpsville, PA | |
| **P** 19443 | |
| **T** | |
| **O** | |

| **H** DELPHI ENERGY & CHASSIS | |
| **I** | |
| **L** 2328 E GENESEE AVE | |
| **L** SAGINAW MI | |
| **T** 48601 | |
| **O** | |

**Supplier No:** 959662784

**Terms**
Net 30 Prox-

**Payment Due On Or Before**
4/30/08

| **B** DELPHI CHASSIS SAGINAW |
| **I** POST PETITION |
| **L** DO NOT MAIL INVOICE |
| **L** KULPSVILLE PA |
| **T** 19443 |
| **O** |

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**Invoice Date**
3/05/08

**Customer Number**
11874

**Invoice number**
0205360

**Date of Shipment**
3/05/08

**B/L Number**
001942074

**Please include Invoice Number 0205360 with your remittance**

| **R** SKF USA Inc |
| **E** P.O Box 643837 |
| **M** Pittsburgh, PA |
| **I** |
| **T** 15264-3837 |
| **O** |

**SKF Order #**
08E0015318

**Ind/Terr Code**
561/200

**Salesperson**
BE NAM CC OTHER

**Customer Order Number**
550168748

**Customer Order Date**
1/28/08

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/ 00080<br>2/ 00080 | 18083732<br>18083732 | BTD-1200 AD<br>BTD-1200 AD<br>TRANSPORT PACKAGE NOS.<br>869832440 - 869832455 | MEX<br>MEX | CVL<br>CVL | 736<br>736 | 52.50<br>52.50 | 38,640.00<br>38,640.00 |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
77,280.00

Page: 1



# SKF

## Invoice

**SKF USA Inc.**

| | |
|---|---|
| S H I P | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

**Terms**
Net 30 Prox

**Invoice Date**
2/12/08

**Invoice number**
0179957

**SKF Order #**
07E0169992

| | |
|---|---|
| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

**Payment Due On Or Before**
3/30/08

**Supplier No:** 959662784

**Customer Number:**
11874

**Date of Shipment**
2/12/08

**Ind/Terr Code**
561/200

**Please include Invoice Number
0179957 with your remittance**

| | |
|---|---|
| R E M I T | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |

**Customer Order Number**
0550168749

**Customer Order Date**
11/02/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
SEE BELOW

**Salesperson**
OPEN VISOVATTI

| | |
|---|---|
| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/00464 | 18083718 | BTF-1034 BC | MEX | CVL | 1,680 | 38.38 | 64,478.40 |
| 2/00474 | 18083718 | BTF-1034 BC | MEX | CVL | 980 | 38.38 | 37,612.40 |
| | | TRANSPORT PACKAGE NOS.<br>869751120 - 869751131<br>869751369 - 869751375<br>BILL OF LADING NOS.<br>001932484<br>001932496 | | | | | |

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
102,090.80

Page: 1

**SKF**

**SKF USA Inc.**

## Invoice

SKF Industrial Division
1510 Gehman Road
Kulpsville, PA
19443

| S H I P T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |
|---|---|

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

**Terms**
Net 30 Prox

**Payment Due On Or Before**
3/30/08

**Supplier No.** 959662784

**Invoice Date**
2/19/08

**Customer Number**
11874

**Invoice number**
0186144

**Date of Shipment**
2/19/08

**SKF Order #**
07E0169992

**Ind/Terr Code**
561/200

**Please include Invoice Number**
0186144 with your remittance

**Customer Order Number**
05501668749

**Customer Order Date**
11/02/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
001935342

**Salesperson**
OPEN VISOVATTI

**Customer Service Contact**
Judith A Kilian

**Telephone #**
734-414-6861

| Line | Customer Designation | Product Description | Pro Number | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 1/0017A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>869774252 - 869774260 | NO PRO | MEX | CVL | 1,260 | 38.38 | 48,358.80 |

**Pay This Amount**
48,358.80

Page: 1

# SKF

## Invoice

**SKF USA Inc.**

| | |
|---|---|
| S H I P T O | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443 |

| | |
|---|---|
| B I L L T O | DELPHI ENERGY & CHASSIS<br>2328 E GENESEE AVE<br>SAGINAW MI<br>48601 |

**Supplier No.** 959662784

| B I L L T O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 |
|---|---|

| R E M I T T O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 |
|---|---|

| Terms | Payment Due On Or Before | Invoice Date | Invoice number | SKF Order # |
|---|---|---|---|---|
| Net 30 Prox | 3/30/08 | 2/21/08 | 0189503 | 07E0169992 |

| | Customer Number | Date of Shipment | Ind/Terr Code |
|---|---|---|---|
| | 11874 | 2/21/08 | 561/200 |

**Please include Invoice Number 0189503 with your remittance**

| Customer Order Number | Customer Order Date | Carrier | B/L Number | Salesperson |
|---|---|---|---|---|
| 0550168749 | 11/02/07 | CUSTOMER PICKUP-DOMESTIC | 001938332 | OPEN VISOVATTI |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/0048A | 18083718 | BTF-1034 BC<br>TRANSPORT PACKAGE NOS.<br>869782386 - 869782394 | MEX | CVL | 1.260 | 38.38 | 48,358.80 |

| | | Pro Number | | | | Pay This Amount | |
|---|---|---|---|---|---|---|---|
| | | NO PRO | | | | | 48,358.80 |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861





# SKF

## Invoice

SKF USA Inc.

**SKF Industrial Division**
1510 Gehman Road
Kulpsville, PA
19443

| S | | B | |
|---|---|---|---|
| H | DELPHI ENERGY & CHASSIS | I | DELPHI CHASSIS SAGINAW |
| I | | L | POST PETITION |
| P | 2328 E GENESEE AVE | L | DO NOT MAIL INVOICE |
| T | SAGINAW MI | T | KULPSVILLE PA |
| O | 48601 | O | 19443 |

| Terms | Payment Due On Or Before | Supplier No: 959662784 | Invoice Date | Customer Number |
|---|---|---|---|---|
| Net 30 Prox | 3/30/08 | | 2/26/08 | 11874 |

**Customer Order Number**
0550168749

**Customer Order Date**
11/02/07

**Carrier**
CUSTOMER PICKUP-DOMESTIC

**B/L Number**
00193807J

| R | E | SKF USA Inc |
|---|---|---|
| E | M | P O Box 643837 |
| M | I | Pittsburgh, PA |
| I | T | |
| T | O | 15264-3837 |

Please include Invoice Number
0194582 with your remittance

| Invoice number | Date of Shipment | Ind/Term Code | SKF Order # |
|---|---|---|---|
| 0194582 | 2/26/08 | 561/200 | 07E0169992 |

**Salesperson**
OPEN VISOVATTI

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1/00194 | 18083718 | BTF-1034 BC | MEX | CVL | 1.400 | 38.38 | 53,732.00 |
| 2/00198 | 18083718 | BTF-1034 BC | MEX | CVL | 700 | 38.38 | 26,866.00 |
| | | TRANSPORT PACKAGE NOS. | | | | | |
| | | 869798058 - 869798072 | | | | | |

**Customer Service Contact**
Judith A Killian

**Telephone #**
734-414-6861

**Pro Number**
NO PRO

**Pay This Amount**
80,598.00

Page: 1



**SKF**

**SKF USA Inc.**

# Invoice

| S<br>H<br>I<br>P<br>T<br>O | SKF Industrial Division<br>1510 Gehman Road<br>Kulpsville, PA<br>19443<br><br>International Quality Control<br>2130 E Holland AVE<br>SAGINAW MI<br>48601 | Supplier No: 959662784 | B<br>I<br>L<br>L<br>T<br>O | DELPHI CHASSIS SAGINAW<br>POST PETITION<br>DO NOT MAIL INVOICE<br>KULPSVILLE PA<br>19443 | | | R<br>E<br>M<br>I<br>T<br>O | SKF USA Inc<br>P O Box 643837<br>Pittsburgh, PA<br>15264-3837 | |

| Terms<br>Net 30 Prox | Invoice Date<br>3/04/08 | | Invoice number<br>0203664 | | SKF Order #<br>07E0169992 |
| Payment Due On Or Before<br>4/30/08 | Customer Number<br>11874 | | Date of Shipment<br>3/04/08 | | Ind/Terr Code<br>561/200 |

Please include Invoice Number
0203664 with your remittance

| Customer Order Number<br>0550168749 | Customer Order Date<br>11/02/07 | Carrier<br>CUSTOMER PICKUP-DOMESTIC | B/L Number<br>001941412 | Salesperson<br>OPEN VISOVATTI |

| Line | Customer Designation | Product Description | COM | WareH ID | Quantity | Unit Price | Extension |
|------|---------------------|---------------------|-----|----------|----------|-----------|-----------|
| 1/0021A 18083718 | BTF-1034 BC | MEX | CVL | 1,400 | 38.38 | 53,732.00 |
| 2/00024A 18083718 | BTF-1034 BC | MEX | CVL | 140 | 38.38 | 5,373.20 |
| | | TRANSPORT PACKAGE NOS.<br>869826995 - 869827005 | | | | | |

| Customer Service Contact<br>Judith A Kilian | Telephone #<br>734-414-6861 | Pro Number<br>NO PRO | Pay This Amount<br>59,105.20 |

Page:  1

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | 48501-1550 | SHIP TO | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD<br>JACKSON MI<br>02708555 | 49203 |
|---|---|---|---|---|---|

K20S  1                          783570          Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899566 | 1/28/08 | 1703700 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450484970 | 783570 | 400 | 33 | 00/00/00 | 01/08/08 | UPS2708555 | 1 | 9 | P | 1/28/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1300 | 454060-75 | 26093072 | | 1300 | .1450 | 188.50 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708555 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1988, As Amended.

**TOTAL AMOUNT DUE** ▶    188.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mall Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | S H I P T O | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD<br>JACKSON MI | 49203 |

02708558

K21N  1            783570            **Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899569 | 1/15/08 | 1701714 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450484979 | 783570 | 800 | 53 | 00/00/00 | 01/08/08 | UPS2708558 | 2 | 41 | P | 1/15/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 539166-39 | 26045840 | | 1000 | .3620 | 362.00 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708558 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶    362.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

| Mail Checks Payable To: |
| --- |
| SKF SEALING SOLUTIONS |
| A UNIT OF SKF USA INC |
| P.O. BOX 536755 |
| ATLANTA, GA 30353-6755 |



| B I L L T O | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI | | 48501-1550 | S H I P T O | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD<br>JACKSON MI<br>02708556 | | 49203 |

| K232   1 | 783570 | Please Refer To Invoice Number On All Inquiries |

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| --- | --- | --- | --- | --- | --- | --- |
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899567 | 1/30/08 | 1704282 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 450506102 | 783570 | 400 | 33 | 00/00/00 | 01/08/08 | UPS2708556 | 1 | 3 | P | 1/30/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 300 | 454110-75 | 26113640 | | 300 | .1440 | 43.20 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708556 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    43.20

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | | | |
|---|---|---|---|---|---|
| **B I L L T O** | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | | **S H I P T O** | MILLER TOOL AND DIE<br>ATTN: SCOTT ANDERSON<br>829 BELDEN ROAD      49203<br>JACKSON MI<br>02708559 | |

| K23D | 1 | 783570 | Please Refer To Invoice Number On All Inquiries | | INVOICE NO. |
|---|---|---|---|---|---|

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/23/07 | COLLECT | UPSS | 2ND DAY 2ND MO | 02899570 | 1/08/08 | 1700627 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 450528457 | 783570 | 800 | 33 | 00/00/00 | 01/08/08 | UPS2708559 | 1 | 23 | P | 1/08/08 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 537500-39 | 26087235 | | 1550 | .3550 | 550.25 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02708559 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶    550.25**