PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2008, copies of the SKF USA, Inc.'s (A) Supplemental Statement Of Cure Amounts With Respect To All Executory Contracts That Have Not Been Previously Assumed; And (III) Supplemental Request For Administrative

#9301453 v1

Expense Claim were served via overnight courier on the entities on the attached service list.

Respectfully submitted,

/s/ Lynda J. Casey
Linda J. Casey (LC 1891)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

-and-

Henry J. Jaffe
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
Counsel for SKF USA Inc.

DATED: March 7, 2008

#9301453 v1

Delphi Corporation
Attn: David M. Sherbin
General Counsel
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
c/o John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Delphi Corporation
c/o John Wm. Butler, Jr., Esquire
George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Delphi Corporation
c/o Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004

A-D Acquisition Holdings, LLC
c/o Appalloosa Management LP
Attn: Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 Biscayne Boulevard
Suite 4900
Miami, FL 33131

A-D Acquisition Holdings, LLC
c/o Appalloosa Management LP
Attn: Glenn M. Kurtz, Esq.
    Gregory Pryor, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036

Harbinger Del-Auto Investment Company, Ltd.
Attn: John M. Reiss, Esq.
     Gregory Pryor, Esq.
White & Case
1155 Avenue of the Americas
New York, NY  10036

Harbinger Del-Auto Investment Company, Ltd.
Attn: Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131

#9290182 v1