UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      )    Chapter 11
                                                            )
DELPHI COPORATION , et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
                    Debtors.                                )
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.    I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.    On March 5, 2008 I caused to be served a true copy of the **Notice of Change of Address of JPMorgan Chase Bank, N.A.** by First Class mail postage pre-paid upon the persons and at the addresses as set forth on the attached service list.

                                                    _____
                                                            Nathanael F. Meyers

Sworn to before me this
7th day of March, 2008

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2010

NY-589579 v1

SERVICE LIST

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Gragg
Langley & Banack, Incorporated
745 E. Mulberry
Suite 900
San Antonio, TX 78212

Dennis J. Connolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Lowell Peterson
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Mark S. Lichtenstein
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380

Paul J. N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Kutrzman Carson Consultants, LLC
2335 Alaska Avenue
El Segunda, CA  90245