UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DELPHI CORPORATION,

                                                   In re: Case No. 05-44481 (RDD)
                                                   Chapter 11
                    Debtor.               (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM/TAXES INCURRED POST-PETITION

      The City of Vandalia, Ohio, by and through its counsel, hereby withdraws its *Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition* and in support thereof states the following:

      1. The claimant herein filed a Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition on March 4, 2008 (Docket No. 12952).

      2. The claimant intended to preserve said claim only and not to set such claim for hearing.

      3. Accordingly the claimant intends to file a "Request for Payment of Administrative Expenses" instead.

      WHEREFORE, Claimant hereby withdraws its Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition and for all other just and proper relief.

Dated: March 10, 2008

Respectfully Submitted,

*/s/ Sarah B. Chapman Carter*
Sarah B. Chapman Carter (0079889, OH)
Pickrel, Schaeffer & Ebeling Co., LPA
2700 Kettering Tower
Dayton, Ohio 45423
Telephone: (937) 223-1130
Email: scarter@pselaw.com
Attorney for Creditor City of Vandalia, Ohio

## CERTIFICATE OF SERVICE

The undersigned certifies and affirms that on March 10, 2008, she electronically filed with the clerk of the Court a copy of the Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition on behalf of Creditor CITY OF VANDALIA, OHIO ("Motion") using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above-referenced matter. The undersigned also certifies and affirms that a copy of the Motion was also mailed by regular U.S. mail, postage pre-paid, to the following at their business address set forth below in accordance with the Court's Notice of Procedures:

1. Delphi Automotive Systems, LLC
   5725 Delphi Drive
   Troy, MI 48098
   Attn: Legal Staff

2. Delphi Corporation
   5725 Delphi Drive
   Troy, MI 48098
   Attn: General Counsel

3. Counsel to Debtors
   Skadden, Arps, Slate,
    Meagher & Flom, LLP
   333 West Wacker Drive, Suite 2100
   Chicago, IL 60606

4. Counsel for the Agent under
    the Post-Petition Credit Facility
   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, NY 10017
   Attn: Donald Bernstein
    and Brian Resnick

5. Counsel for the Official Committee
    of Unsecured Creditors
   Latham & Watkins, LLP
   885 Third Avenue
   New York, NY 10022
   Attn: Robert Rosenberg & Mark Broude

6. Counsel for the Official Committee
    of Equity Security Holders
   Fried, Frank, Harris, Shriver &
    Jacobson, LLP
   One New York Plaza
   New York, NY 10004
   Attn: Bonnie Steingart

7. Office of the U.S. Trustee
   Southern District of New York
   33 Whitehall Street, Suite 2100
   New York, NY 10004
   Attn: Alicia M. Leonhard

8. The Honorable Robert D. Drain
   U.S. Bankruptcy Judge
   U.S. Bankruptcy Court
   Southern District of New York
   One Bowling Green, Room 632
   New York, NY 10004

9. E. Todd Sable
   Seth A. Drucker
   2290 First National Building
   660 Woodward Ave., Suite 2290
   Detroit, MI 48226-3506

/s/ Sarah B. Chapman Carter
Sarah B. Chapman Carter (0079889, OH)
PICKREL, SCHAEFFER AND EBELING
2700 Kettering Tower
Dayton, Ohio 45423-2700
(937) 223-1130 (Phone)
(937) 223-0339 (Fax)
Attorneys for City of Vandalia, Ohio