**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (Cal. Bar No. 194861)
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION.,** *et al.*, | : | **Case Nos. 05-44481 (RDD)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

―――――――――――――――――――x

### VERIFIED SUPPLEMENTAL STATEMENT OF
### MULTIPLE PARTY REPRESENTATION UNDER
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Pillsbury Winthrop Shaw Pittman LLP ("PWSP") hereby submits this verified supplemental statement pursuant to Federal Rule of Bankruptcy Procedure 2019(a) concerning its representation of multiple parties-in-interest in the above-captioned cases.

1. In connection with the above-captioned cases, PWSP represents (i) MeadWestvaco Corporation ("MeadWestvaco"), (ii) MeadWestvaco South Carolina LLC ("MSCC"), (iii) MeadWestvaco Virginia Corporation ("MVC" and, together with

MeadWestvaco and MSCC, the "MeadWestvaco Companies"), (iv) Hyundai Motor Company, (v) Hyundai Motor America (collectively with Hyundai Motor Company, "Hyundai"), and (vi) Apple Inc. ("Apple"). The MeadWestvaco Companies, Hyundai and Apple will be collectively referred to herein as the "Clients."

2. MeadWestvaco is located at One High Ridge Park, Stamford, Connecticut 06905. MeadWestvaco is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

3. MSCC is located at One High Ridge Park, Stamford, Connecticut 06905. MSCC is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

4. MVC is located at One High Ridge Park, Stamford, Connecticut 06905. MVC is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

5. Hyundai Motor America is located at 10550 Talbert Ave., P.O. Box 20850, Fountain Valley, CA 92708. Hyundai Motor Company is located at 231, Yangjae-Dong, Seocho-Gu, Seoul, 137-938 Korea. Hyundai is a creditor of certain of the Debtors and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

6.     Apple is located at 1 Infinite Loop, Cupertino California, 95014. Apple is a creditor of the certain of the debtors and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

7.     PWSP's representations are separate and concern claims and interests of different origins of different creditors or parties in interest. The claims are not under, or in connection with, PWSP's clients acting together pursuant to a group or committee arrangement. The MeadWestvaco Companies, Hyundai and Apple retained the firm separately, and several different members of, counsel to, and associates with, PWSP are working on matters pertaining to the claims and interests in these bankruptcy cases.

8.     PWSP does not own any claims against the Debtors other than in connection with its representation of certain of the Debtors in matters arising in the ordinary course of the Debtors' businesses.

9.     PWSP may also represent other clients in matters pertaining to Delphi Corporation or its affiliates, and is currently gathering additional information concerning such matters, and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If PWSP is retained on behalf of another party-in-interest in these chapter 11 cases, PWSP will supplement this Statement.

Delphi 2019 supplemental statement.DOC

10. PWSP and the Clients reserve the right to supplement or amend this statement at any time in the future and to represent additional persons who are or may be creditors of these Debtors or to withdraw from any representation now or hereafter undertaken by PWSP.

Dated: March 10, 2008

Respectfully submitted,
PILLSBURY WINTHROP SHAW PITTMAN LLP

BY: /s/ Karen B. Dine
Karen B. Dine
**Pillsbury Winthrop Shaw Pittman LLP**
1540 Broadway
New York, New York 10036-4039
Phone: (212) 858-1000
Fax: (212) 858-1500
E-Mail: karen.dine@pillsburylaw.com

-and-

Mark D. Houle (Cal. Bar No. 194861)
**Pillsbury Winthrop Shaw Pittman LLP**
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

I, Mark D. Houle, certify under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

March 10, 2008

_____
Mark D. Houle