## CERTIFICATE OF SERVICE

I hereby certify that copies of the *Cure Claim of Lord Corporation* were served on this date by Federal Express overnight service to the addresses shown below:

David M. Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq.
George N. Panagakis, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

This 7th day of March 2008.

/s/ Kiah T. Ford IV
Kiah T. Ford IV

CLT 1112947v2