David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                          :
                                                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                            :
                                                                                    :    Case No. 05-44481 (RDD)
                                                                                    :    Jointly Administered
                            Debtors                                      :
------------------------------------------------------------X

# VERIFIED SUPPLEMENT TO SECOND AMENDED VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

Drinker Biddle & Reath LLP ("Drinker Biddle") pursuant to Bankruptcy Rule 2019(a) hereby files this verified supplement to its Second Amended Verified Statement (the "Second Amended Verified Statement") filed on about February 9, 2006, and verifies that it has been retained to represent an additional creditor, Henkel Corporation ("Henkel") in the above-captioned chapter 11 bankruptcy cases (the "Bankruptcy Cases").  Pursuant to Bankruptcy Rule 2019(a), Drinker Biddle hereby provides the following data with respect to Henkel:

1. Name:        Henkel Corporation

    Address:      Various locations throughout the United States.

    Nature, Amount, and Time of Acquisition of Claim:  The aggregate amount of claims held by Henkel, which arise under certain contracts, exceeds one million dollars.  Henkel's claims arise under various pre-petition contracts with the Debtors.

    Pertinent Facts and Circumstances in Connection with the Representation of Henkel by Drinker Biddle:  After the commencement of the Bankruptcy Cases, Henkel requested that Drinker Biddle serve as counsel in representing Henkel's interests in the Bankruptcy Cases.

With the exception of certain claims which Drinker Biddle has for compensation for professional services rendered and reimbursement of actual and necessary expenses in connection with Drinker Biddle's representation of the Debtors as an ordinary course professional with respect to certain antitrust issues and also in connection with any environmental matters that may arise in New Jersey or under New Jersey law, all as more fully disclosed in the Affidavit of Douglas J. McGill filed on or about January 3, 2006, the Supplemental Affidavit of Douglas J. McGill filed on or about March 5, 2007, and the Second Supplemental Affidavit of Douglas J. McGill filed on or about July 12, 2007, Drinker Biddle holds no claims against the Debtors.  Drinker Biddle holds no ownership interest in the claims asserted by Henkel.  As more fully disclosed in the Second Amended Verified Statement, other creditors who have retained Drinker Biddle to represent them in the Bankruptcy Cases are Penske Truck Leasing Co., L.P. and Penske Logistics LLC (collectively, "Penske"), Quaker Chemical Corporation ("Quaker"), and QEK Global Solutions (U.S.), Inc. ("QEK"). Additionally Drinker Biddle is local counsel to Vanguard Corporation and represents Environ Corporation. Drinker Biddle represents Penske, Quaker, QEK, Environ and Vanguard individually and not as a committee.

The undersigned declares under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2008  /s/ David B. Aaronson
David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996

David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                                    :
                                                                              :        Chapter 11
DELPHI CORPORATION, et al.,                          :
                                                                              :        Case No. 05-44481 (RDD)
                                                                              :        Jointly Administered
                        Debtors                                     :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, David B. Aaronson, hereby certify that on this 10th day of March, 2008, I caused to be served by first class United State mail a copy of the Verified Supplement To Second Amended Verified Statement Of Drinker Biddle & Reath LLP Pursuant To Bankruptcy Rule 2019(a) upon the following:

| | |
|---|---|
| Delphi Corporation<br>Attention:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098<br><br>Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL  60606<br><br>United States Trustee<br>Attention:  Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10044 | Latham & Watkins<br>Attention:  Mark A. Broude, Esq.<br>885 Third Avenue<br>New York, NY  10022<br><br>Simpson Thacher & Bartlett LLP<br>Attention:  Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, NY  10017<br><br>Davis Polk & Wardwell<br>Attention:  Marlane Melican, Esq.<br>450 Lexington Avenue<br>New York, NY  10017 |

Dated: March 10, 2008                                              /s/ David B. Aaronson_____
                                                                                    David B. Aaronson (DA 8387)
                                                                                    DRINKER BIDDLE & REATH LLP

WM\8078\1