| Period | Audio MPEG Delphi Report Revisions 2/19/2008 | Audio MPEG Difference owed | Interest at 1% per month (1.01 ^ months overdue) | Months overdue as of January 2008 | Sisvel Delphi Report Revisions 2/19/2008 | Sisvel Difference Owed | Interest at 1% per month (1.01 ^ months overdue) | Months overdue as of January 2008 |
|---|---|---|---|---|---|---|---|---|
| 2005 Q1 | | $ 16,303.20 | $ 6,336.89 | 33 | | $ 4,072.20 | $ 1,582.82 | 33 |
| 2005 Q2 | | $ 18,906.00 | $ 6,576.43 | 30 | | $ 1,771.20 | $ 616.11 | 30 |
| 2005 Q3 | | $ 1,195.20 | $ 368.37 | 27 | | $ - | $ - | n/a |
| 2005 Q4 | | $ 102,298.07 | $ 27,593.33 | 24 | | $ 2.33 | $ 0.63 | 24 |
| Old overreporting credited in 2006 CQ3 | | $ 3,198.80 | $ - | n/a | | $ - | $ - | n/a |
| **Due from Bankruptcy** | | **$ 141,901.27** | **$ 40,875.03** | | | **$ 5,845.73** | **$ 2,199.56** | |
| **Combined Pre-Petition Owed** | | **$ 190,821.59** | | | | | | |
| 2005 post-petition | $ 44,905.20 | $ 44,905.20 | $ 12,112.49 | 24 | $ 19,395.60 | $ 19,395.60 | $ 5,231.67 | 24 |
| **Revision owed 2005** | | **$ 44,905.20** | **$ 12,112.49** | | | **$ 19,395.60** | **$ 5,231.67** | |
| 2006 Q1 | $ 186,030.60 | $ 74,777.40 | $ 17,377.67 | 21 | $ 20,883.60 | $ 20,883.60 | $ 4,853.18 | 21 |
| 2006 Q2 | $ 138,150.17 | $ 138,150.17 | $ 27,097.81 | 18 | $ 26,084.83 | $ 26,084.83 | $ 5,116.47 | 18 |
| 2006 Q3 | $ 120,970.80 | $ 76,140.58 | $ 12,256.27 | 15 | $ 12,638.00 | $ 12,638.00 | $ 2,034.33 | 15 |
| 2006 Q4 | $ 140,403.60 | $ 46,987.20 | $ 5,959.15 | 12 | $ 9,621.20 | $ 9,621.20 | $ 1,220.21 | 12 |
| 2006 Q4 DPSS | $ 12,337.20 | $ - | $ - | n/a | $ 2,880.00 | $ - | $ - | n/a |
| **Revision owed 2006** | | **$ 336,055.35** | **$ 62,690.89** | | | **$ 69,227.63** | **$ 13,224.19** | |
| 2007 Q1 | $ 274,707.86 | $ 274,707.86 | $ 25,736.08 | 9 | $ 9,986.14 | $ 9,986.14 | $ 935.55 | 9 |
| 2007 Q1 DPSS | $ 3,712.20 | $ - | $ - | n/a | | $ - | $ - | n/a |
| 2007 Q2 | $ 158,711.20 | $ 158,711.20 | $ 9,763.94 | 6 | $ 53,829.20 | $ 53,829.20 | $ 3,311.58 | 6 |
| 2007 Q2 DPSS | $ 6,156.00 | $ - | $ - | n/a | | $ - | $ - | n/a |
| 2007 Q3 | $ 143,888.00 | $ 143,888.00 | $ 4,359.95 | 3 | $ 51,094.40 | $ 51,094.40 | $ 1,548.21 | 3 |
| 2007 Q3 DPSS | $ 4,108.80 | $ - | $ 124.50 | 3 | | $ - | $ - | n/a |
| 2007 Q4 | $ 150,558.00 | $ 150,558.00 | $ - | 0 | $ 22,716.80 | $ 22,716.80 | $ - | 0 |
| 2007 Q4 DPSS | $ 1,510.20 | $ - | $ - | 0 | | $ - | $ - | n/a |
| **Revision owed 2007** | | **$ 727,865.06** | **$ 39,984.47** | | | **$ 137,626.54** | **$ 5,795.35** | |
| **Total Revision Owed** | | **$ 1,108,825.61** | **$ 114,787.85** | | | **$ 226,249.77** | **$ 24,251.20** | |
| **Combined Post-Petition Owed** | | **$ 1,474,114.43** | | | | | | |
| **Total Due** | | **$ 1,664,936.02** | | | | | | |

EXHIBIT A