
DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)(ADMITTED PRO HAC VICE)
AMISH R. DOSHI, ESQ. (AD5996)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.

ATTORNEYS FOR SPARTECH CORPORATION AND SPARTECH POLYCOM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PROPOSED CURE CLAIMS OF SPARTECH CORPORATION PURSUANT TO CONFIRMATION ORDER AND SECTION 8.2(B) OF FIRST AMENDED JOINT PLAN OF REORGANIZATION

Spartech Corporation, Spartech Polycom and their affiliates (collectively, "Spartech"), by and through undersigned counsel, hereby file this Notice of Proposed Cure Claims of Spartech Corporation pursuant to the Confirmation Order and Section 8.2(b) of the First Amended Joint Plan of Reorganization (the "Plan"). In support of their Notice, Spartech states as follows:

1. Pursuant to Section 8.1 of the Plan, the Debtors assumed all executory contracts as to which any of the Debtors was a party, unless such executory contract expired, terminated or was rejected. The material supply agreements between Spartech and the Debtors have not terminated. Nor have the Debtors rejected those agreements by Final Order or in Exhibit 8.1 of the Plan. Therefore, the Debtors assumed a number of material supply agreements with Spartech by confirmation of the Plan.

2. Upon information and belief, the Debtors did not provide to Spartech a Cure Amount Notice with respect to each such material supply agreement.

3. Therefore, Spartech files this Notice of Proposed Cure Claims in accordance with Section 8.2(b) of the Plan to require that the Debtors cure all defaults under the assumed agreements as a condition to the Debtors' assumption and in order to preserve all claims arising under the assumed agreements which arose prior to the Confirmation Date.

4. Spartech is currently owed $1,832,945.29 for products delivered to the Debtors under various material supply agreements and bills of lading, including, but not limited to the following Purchase Order Numbers:

| Purchase Order Numbers |
|---|
| DO550028680 |
| DO450329319 |
| DO550028679 |
| DO450374346 |
| DO450423767 |
| DO550151908 |
| DO450428851 |
| DO550164251 |
| DO550079834 |
| DO450311250 |
| DO45447813 |
| DO450522487 |
| DO450428851 |
| DO450551688 |

2

| |
|---|
| DO550190272 |
| DO450585585 |
| DO550190110 |
| 450622580 |
| 450635713 |
| 450651921 |
| 550164251 |
| DO550028730 |
| DO550028729 |
| DO550079930 |
| DO450232065 |
| DO550087114 |
| DO550146267 |
| DO550079834 |
| 550190109 |
| DO550138363 |
| DO550190108 |
| DO550164251 |
| DO550190273 |
| PEDP5030124 |
| PEDP5030128 |
| P5030124 |
| DO550155146 |
| 550147166 |
| PEDP7030026 |
| DO550185713 |
| 550168931 |
| DO550147166 |
| DO550185712 |
| PEDP5030125 |
| PEDP7030023 |
| PEDP6030048 |
| PEDP6030052 |
| PEDP5030126 |
| DO550057020 |
| DO550057021 |
| DO550077738 |
| DO550082772 |
| DO550143946 |
| P5030717 |

5.    The Debtors continue to purchase products from Spartech. In fact, the Debtors' outstanding indebtedness under the agreements at issue arises from Spartech's post-petition

3

delivery of product to the Debtors. The confirmed Plan of Reorganization requires the Debtors to pay this indebtedness as an administrative expense of these estates.

6. To preclude the Debtors from contesting Spartech's right to receive payment as an administrative expense creditor on the basis that it failed to timely propose cure amounts, Spartech hereby files and serves this Notice in accordance with Section 8.2(b) of the Plan. Spartech reserves the right to amend and/or supplement this Notice.

Dated: March 10, 2008
      Florham Park, NJ

By: /s/ Richard M. Meth
    RICHARD M. METH (RM7791)
    AMISH R. DOSHI (AD5996)
    DAY PITNEY LLP
    (MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
    (DELIVERY TO) 200 CAMPUS DR., FLORHAM PK., NJ 07932-0950
    (973) 966-6300
    - and -
    7 Times Square
    New York, NY 10036-7311
    (212) 297-5800

- and -

By: /s/ David L. Going
    David L. Going (MO Bar No. 33435)
    ARMSTRONG TEASDALE LLP
    One Metropolitan Square, Suite 2600
    St. Louis, Missouri 63102-2740
    (314) 621-5070
    (314) 621-5065 (facsimile)
    dgoing@armstrongteasdale.com

    ATTORNEYS FOR SPARTECH CORPORATION
    AND SPARTECH POLYCOM