ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re: DELPHI CORPORATION,** *et. al.*,                      :   Chapter 11
                                                               :
                 Debtors.                                      :   Case No. 05-44481 (RDD)
                                                               :   Jointly Administered
---------------------------------------------------------------x
**DELPHI CORPORATION,** *et. al.*,                             :
                                                               :
                 Debtors                                       :
                                                               :
**v.**                                                         :
                                                               :
**FURUKAWA ELECTRIC COMPANY, LTD.,**                           :
**FURUKAWA ELECTRIC NORTH**                                    :
**AMERICA APD, INC.**                                          :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                    )
COUNTY OF FULTON    )

      B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

LEGAL02/30709892v1

captioned matter, and that on March 10, 2008, he caused a copy of the attached **Notice of Deposition** for James Murphy to be served upon Delphi Corporation and Delphi Automotive Systems, LLC by depositing a true copy of same in the United States Mail with adequate postage affixed and addressed as follows:

| | |
|---|---|
| A.T. Lippert, Jr., Esq. | Neil Berger, Esq. |
| CURRIE KENDALL PLC | Sean McGrath, Esq. |
| 6024 Eastman Ave. | TOGUT, SEGAL & SEGAL LLP |
| Midland, MI 48640 | One Penn Plaza, Suite 3335 |
| | New York, New York 10119 |

FURTHER AFFIANT SAYETH NOT.

/s/ B. Parker Miller
B. PARKER MILLER

Sworn to and subscribed before me
this 10th day of March, 2008.

/s/ Joan D. Evans
Notary Public

My Commission Expires:
June 11, 2009

- 2 -

LEGAL02/30709892v1