ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re: DELPHI CORPORATION,** *et. al.*,  : **Chapter 11**
:
Debtors. : **Case No. 05-44481 (RDD)**
: **Jointly Administered**
---------------------------------------------------------------x
**DELPHI CORPORATION,** *et. al.*, :
:
Debtors :
:
v. :
:
**FURUKAWA ELECTRIC COMPANY, LTD.,** :
**FURUKAWA ELECTRIC NORTH** :
**AMERICA APD, INC.** :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEMBERGIA    )
                      )
COUNTY OF FULTON      )

B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

- 2 -

captioned matter, and that on March 10, 2008, he caused a copy of the attached **Notice of Deposition** for Bill Valenta to be served upon Delphi Corporation and Delphi Automotive Systems, LLC by depositing a true copy of same in the United States Mail with adequate postage affixed and addressed as follows:

| | |
|---|---|
| A.T. Lippert, Jr., Esq.<br>CURRIE KENDALL PLC<br>6024 Eastman Ave.<br>Midland, MI 48640 | Neil Berger, Esq.<br>Sean McGrath, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119 |

FURTHER AFFIANT SAYETH NOT.

/s/ B. Parker Miller
B. PARKER MILLER

Sworn to and subscribed before me
this 10th day of March, 2008.

/s/ Joan D. Evans
Notary Public

My Commission Expires:
June 11, 2009