# EXHIBIT A

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00157739
**DATE** 05/20/05
**CUSTOMER NO.** 4600
B/L 0000011337
SID NUM :0000060716
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER | | | EXWORKS | | | |
|---|---|---|---|---|---|---|---|
| 00157739 | See Below | WWAT | | 05/20/05 0% 45 NET | | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | U/M | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 192 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 P.O.# : 0550055043 PT# : 16876348 | C62 | 192 | 13.90000 | 2668.80 |
| 384 | 7-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AA | SPKR,80MM,M-CLASS,05 P.O.# : 0550055043 PT# : 16876587 | C62 | 384 | 10.30000 | 3955.20 |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6,624.00 | | | 0.00 | 0.00 | 0.00 | 6,624.00 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158442
**DATE** 07/30/05
**CUSTOMER NO.** 4600
B/L 0000012121
SID NUM :0000061571
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORD NO. | SHIP VIA | DATE | EXWORKS |
|---|---|---|---|---|
| 00158442 | 0550055043 | WWAT | 07/30/05 | 0% 45 NET |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | U/M | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 384 | 5-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AA | SPKR,80MM,EMERG,M-CLASS,05 | C62 | 384 | 13.90000 | 5337.60 |
| | | P.O.# : 0550055043 PT# : 16876348 | | | | |
| | | *****Additional Notes Pertaining to Invoice***** | | | | |
| | DELIVER TUESDAY 8-2-05 BY 6:00am | | | | | |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 5,337.60 | | | 0.00 | 0.00 | 0.00 | 5,337.60 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P.O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL  35453
United States

**BILL TO:** DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158547
**DATE** 08/08/05
**CUSTOMER NO.** 4600
B/L 0000012225
SID NUM :0000061679
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | SHIP VIA | DATE | TERMS |
|---|---|---|---|---|
| 00158547 | 0550055043 | NLMT | 08/08/05 | EXWORKS 0% 45 NET |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | UM | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 685 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 C62<br>P.O.# : 0550055043 PT# : 16876348 | | 685 | 13.90000 | 9521.50 |

| | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 9,521.50 | | 0.00 | 0.00 | 0.00 | 9,521.50 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL 35453
United States

**BILL TO:** DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158533
**DATE** 08/05/05
**CUSTOMER NO.** 4600
**B/L** 0000012211
**SID NUM:** 0000061665
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER | | | | EXWORKS | | | |
|---|---|---|---|---|---|---|---|---|
| 00158533 | See Below | | WWAT | | 08/05/05 | 0% 45 NET | | |
| QT ORDERED | ITEM NUMBER | DESCRIPTION | | | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 P.O.# : 0550055043 PT# : 16876348 | | | C62 | 960 | 13.90000 | 13344.00 |
| 192 | 7-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AA | SPKR,80MM,M-CLASS,05 P.O.# : 0550055043 PT# : 16876587 | | | C62 | 192 | 10.30000 | 1977.60 |
| | | | | | | | **INVOICE TOTAL** | |
| 15,321.60 | | | 0.00 | 0.00 | | 0.00 | | 15,321.60 |

ORIGINAL INVOICE

05-44481-rdd   Doc 13052-1   Filed 03/10/08   Entered 03/10/08 16:16:53   Exh
Invoices    Pg 6 of 16

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

**PLEASE PAY FROM THIS INVOICE**

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158561
**DATE** 08/09/05
**CUSTOMER NO.** 4600
**B/L** 0000012239
**SID NUM :** 0000061695
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER | | | | EXWORKS | | |
|---|---|---|---|---|---|---|---|
| 00158561 | 0550055043 | TSCI | | 08/09/05 | 08 45 NET | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 384 | 7-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AA | SPKR,80MM,M-CLASS,05  C62 | | 384 | 10.30000 | 3955.20 |
| | | P.O.# : 0550055043  PT# : 16876587 | | | | |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 3,955.20 | | | 0.00 | 0.00 | 0.00 | 3,955.20 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

INVOICE NO. 00158614
DATE 08/12/05
CUSTOMER NO. 4600
B/L 0000012294
SID NUM :0000061748
SALESMAN

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | | EXWORKS |
|---|---|---|---|---|---|
| 00158614 | See Below | TSCI | | 08/12/05 | 0% 45 NET |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | M.AN | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1728 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 P.O.# : 0550055043 PT# : 16876348 | C62 | 1728 | 13.90000 | 24019.20 |
| 192 | 7-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AA | SPKR,80MM,M-CLASS,05 P.O.# : 0550055043 PT# : 16876587 | C62 | 192 | 10.30000 | 1977.60 |
| | | *****Additional Notes Pertaining to Invoice***** | | | | |
| | PROTECT FOR 8/15/05 | 6:00AM | | | | |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 25,996.80 | | | 0.00 | 0.00 | 0.00 | 25,996.80 |

ORIGINAL INVOICE

# INVOICE

**HARMAN/BECKER AUTOMOTIVE SYSTEMS**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158678
**DATE** 08/18/05
**CUSTOMER NO.** 4600
**B/L** 0000012361
**SID NUM:** 0000061824
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | EXWORKS | | |
|---|---|---|---|---|---|---|
| 00158678 | See Below | WWAT | | 08/18/05 0% 45 NET | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | U/M | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 5-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AA | SPKR,80MM,EMERG,M-CLASS,05 P.O.# : 0550055043 PT# : 16876348 | C62 | 960 | 13.90000 | 13344.00 |
| 384 | 7-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AA | SPKR,80MM,M-CLASS,05 P.O.# : 0550055043 PT# : 16876587 | C62 | 384 | 10.30000 | 3955.20 |

*****Additional Notes Pertaining to Invoice*****
DELIVER ON MONDAY, AUGUST 22 ONLY

| | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 17,299.20 | | 0.00 | 0.00 | 0.00 | 17,299.20 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL 35453
United States

**BILL TO:** DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158750
**DATE** 08/25/05
**CUSTOMER NO.** 4600
B/L 0000012436
SID NUM :0000061899
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | EXWORKS | | | |
|---|---|---|---|---|---|---|---|
| 00158750 | See Below | WWAT | | 08/25/05 0% 45 NET | | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 1536 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05   C62 | | | 1536 | 13.90000 | 21350.40 |
| | | P.O.# : 0550055043 PT# : 16876348 | | | | | |
| 576 | 7-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AA | SPKR,80MM,M-CLASS,05   C62 | | | 576 | 10.30000 | 5932.80 |
| | | P.O.# : 0550055043 PT# : 16876587 | | | | | |

| | | | | | | **INVOICE TOTAL** |
|---|---|---|---|---|---|---|
| 27,283.20 | | | 0.00 | 0.00 | 0.00 | 27,283.20 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

# INVOICE

**PLEASE PAY FROM THIS INVOICE**

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158837
**DATE** 08/31/05
**CUSTOMER NO.** 4600
**B/L** 0000012526
**SID NUM :** 0000061998
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | | EXWORKS | | |
|---|---|---|---|---|---|---|---|
| 00158837 | 0550055043 | WWAT | | 08/31/05 | 0% 45 NET | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 5-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AA | SPKR,80MM,M-CLASS,05  C62 | | 960 | 10.30000 | 9888.00 |
| | | P.O.# : 0550055043 PT# : 16876587 | | | | |
| | | *****Additional Notes Pertaining to Invoice***** | | | | |
| | DELIVER ON TUESDAY SEPTEMBER 6 ONLY | | | | | |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 9,888.00 | | | 0.00 | 0.00 | 0.00 | 9,888.00 |

ORIGINAL INVOICE



# INVOICE

**PLEASE PAY FROM THIS INVOICE**

**HARMAN/BECKER AUTOMOTIVE SYSTEMS**

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE AL 35453
United States

**BILL TO:** DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00158926
**DATE** 09/08/05
**CUSTOMER NO.** 4600
**B/L** 0000012618
**SID NUM :** 0000062131
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUST... | ... | ... | EXWORKS | ... | |
|---|---|---|---|---|---|---|
| 00158926 | 0550055043 | WWAT | 09/08/05 | 0% 45 NET | | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 C62 P.O.# : 0550055043 PT# : 16876348 | | 960 | 13.90000 | 13344.00 |

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 13,344.00 | | | 0.00 | 0.00 | 0.00 | 13,344.00 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00159014
**DATE** 09/14/05
**CUSTOMER NO.** 4600
B/L 0000012708
SID NUM :0000062229
**SALESMAN**

PAGE NO. 1
SUPPLIER:

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| 00159014 | See Below | WWAT | 09/14/05 | EXWORKS 0% 45 NET | | |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 960 | 5-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AA | SPKR,80MM,M-CLASS,05<br>P.O.# : 0550055043 PT# : 16876587 | C62 | 960 | 10.30000 | 9888.00 |
| 960 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05<br>P.O.# : 0550055043 PT# : 16876348 | C62 | 960 | 13.90000 | 13344.00 |

| PRODUCT TOTAL | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 23,232.00 | | | 0.00 | 0.00 | 0.00 | 23,232.00 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00159081
**DATE** 09/19/05
**CUSTOMER NO.** 4600
**B/L** 0000012779
**SID NUM:** 0000062297
**SALESMAN**

**PAGE NO. 1**
**SUPPLIER:**

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | | EXWORKS | |
|---|---|---|---|---|---|---|
| 00159081 | 0550055043 | WWAT | | 09/19/05 | 0% 45 NET | |
| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 5-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AA | SPKR,80MM,M-CLASS,05<br>P.O.# : 0550055043 PT# : 16876587<br><br>*****Additional Notes Pertaining to Invoice*****<br>DELIVER ON WEDNESDAY SEPTEMBER 21 ONLY | C62 | 960 | 10.30000 | 9888.00 |
| 9,888.00 | | | 0.00 | 0.00 | 0.00 | **INVOICE TOTAL** 9,888.00 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

# INVOICE

**PLEASE PAY FROM THIS INVOICE**

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL 35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00159120
**DATE** 09/21/05
**CUSTOMER NO.** 4600
**B/L** 0000012818
**SID NUM:** 0000062342
**SALESMAN**

**PAGE NO.** 1
**SUPPLIER:**

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | | EXWORKS | |
|---|---|---|---|---|---|---|
| 00159120 | See Below | WWAT | | 09/21/05 | 0% 45 NET | |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 960 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05  P.O.# : 0550055043  PT# : 16876348 | C62 | 960 | 13.90000 | 13344.00 |
| 192 | 5-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AA | SPKR,80MM,M-CLASS,05  P.O.# : 0550055043  PT# : 16876587 | C62 | 192 | 10.30000 | 1977.60 |

*****Additional Notes Pertaining to Invoice*****
DELIVER ON MONDAY SEPTEMBER 26 ONLY

| | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 15,321.60 | | | 0.00 | 0.00 | 0.00 | 15,321.60 |

ORIGINAL INVOICE

# HARMAN/BECKER AUTOMOTIVE SYSTEMS

**INVOICE**

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE  AL  35453
United States

**BILL TO:** DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

INVOICE NO. 00159209
DATE 09/28/05
CUSTOMER NO. 4600
B/L 0000012909
SID NUM :0000062443
SALESMAN

PAGE NO. 1
SUPPLIER:



| OUR ORDER NO. | CUSTOMER P.O. NO. | | DESCRIPTION | | DATE | EXWORKS 0% 45 NET | |
|---|---|---|---|---|---|---|---|
| 00159209 | 0550055043 | | WWAT | | 09/28/05 | | |
| QTY ORDERED | ITEM NUMBER | | DESCRIPTION | BO CAN | QTY SHIPPED | UNIT PRICE | EXTENSION |
| 960 | 5-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AA | | SPKR,80MM,M-CLASS,05<br>P.O.# : 0550055043 PT# : 16876587 | C62 | 960 | 10.30000 | 9888.00 |

*****Additional Notes Pertaining to Invoice*****
DELIVER ON MONDAY OCTOBER 3 ONLY

| | | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 9,888.00 | | | 0.00 | 0.00 | | 0.00 | 9,888.00 |

ORIGINAL INVOICE



# HARMAN/BECKER
## AUTOMOTIVE SYSTEMS

**PLEASE REMIT TO:**
P. O. Box 88814
Chicago, IL 60695-1814

# INVOICE

**PLEASE PAY FROM THIS INVOICE**

**SHIP TO:**
DELPHI
11005 ED STEPHENS ROAD

COTTONDALE   AL  35453
United States

**BILL TO:**
DELPHI CORPORATION
DELPHI S&I HEADQUARTERS
1401 CROOKS ROAD
TROY, MI 48084

**INVOICE NO.** 00159298
**DATE** 10/05/05
**CUSTOMER NO.** 4600
**B/L** 0000013001
**SID NUM :** 0000062536
**SALESMAN**

**PAGE NO.** 1
**SUPPLIER:**

| OUR ORDER NO. | CUSTOMER PURCHASE ORDER NO. | | | EXWORKS | | | |
|---|---|---|---|---|---|---|---|
| 00159298 | See Below | WWAT | | 10/05/05 | 0% 45 NET | | |

| QTY ORDERED | ITEM NUMBER | DESCRIPTION | | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 960 | 5-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AA | SPKR,80MM,M-CLASS,05 | C62 | 960 | 10.30000 | 9888.00 |
| | | P.O.# : 0550055043  PT# : 16876587 | | | | |
| 960 | 7-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AA | SPKR,80MM,EMERG,M-CLASS,05 | C62 | 960 | 13.90000 | 13344.00 |
| | | P.O.# : 0550055043  PT# : 16876348 | | | | |

*****Additional Notes Pertaining to Invoice*****
DELIVER ON MONDAY OCTOBER 10 ONLY

| PRODUCT TOTAL | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 23,232.00 | | | 0.00 | 0.00 | 0.00 | 23,232.00 |

ORIGINAL INVOICE