BARNES & THORNBURG LLP
Attorneys for Harman Becker
 Automotive Systems, Inc.
John T. Gregg, Esq. (Admitted Pro Hac Vice)
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999
jgregg@btlaw.com

Samuel D. Hodson, Esq.
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
shodson@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATE OF SERVICE**

Document Served:  -  **RESPONSE OF HARMAN BECKER AUTOMOTIVE SYSTEMS, INC. TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) UNTIMELY CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION AS MODIFIED CLAIM ASSERTING RECLAMATION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice and overnight courier on the date indicated below.

Date of Service:  March 10, 2008          I declare that the statement above is true to the best
                                          of my information, knowledge and belief.


                                          /s/John T. Gregg
                                          John T. Gregg

# **EXHIBIT A**

Donald Bernstein
Brian Resnick
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017
donald.berstein@dpw.com
brian.reskick@dpw.com

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
rodbuje@ffhsj.com
sliviri@ffhsj.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606
jbutler@skadden.com
jlyons@skadden.com
rmeisler@skadden.com

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, NY  10004
**VIA OVERNIGHT COURIER ONLY**

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY  10036
kmarafio@skadden.com
tmatz@skadden.com