TOGUT, SEGAL & SEGAL LLP          **Hearing Date: 4/4/2008 at 10:00 a.m.**
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                      :
In re:                     :    Chapter 11
                     :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,   :
                     :    Jointly Administered
            Debtors.   :
                     :
-------------------------------------------------------------x

## SECOND NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 1854 (VISTEON CORPORATION)

        PLEASE TAKE NOTICE that on July 15, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), objected to proof of claim number 1854 (the

"Proof of Claim") filed by Visteon Corporation (the "Claimant") pursuant to the Debtors'

Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(B) and

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective

Claims (Docket No. 8271) (the "Objection").

        PLEASE TAKE FURTHER NOTICE that on January 31, 2008, the Debtors

filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof of

Claim Numbers 1854 (Docket No. 12440) scheduling a sufficiency hearing (the

"Sufficiency Hearing") for the purpose of addressing the legal sufficiency of the Proof of Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor on February 29, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on February 14, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 1854 (Docket No. 12654), adjourning the Claims Objection Hearing until March 11, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Sufficiency Hearing is hereby further adjourned to **April 4, 2008 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the April 4, 2008 hearing date rather than the original February 29, 2008 date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Sufficiency Hearing at any time at least five business days prior to the scheduled

hearing upon notice to the Court and the Claimant.

Dated:  New York, New York
        March 10, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000