**Exhibit A**

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| ACORN DISTRIBUTORS INC | $7,723.11 | 2287 |
| AMES REESE INC | $105,853.47 | 9816 & 9820 |
| APPLIED HANDLING INC | $13,966.00 | 15495 |
| ASHLAND CANADA CORP | $2,692.80 | 15496 |
| ASSOCIATED PACKAGING INC | $4,120.26 | 4853 |
| BEACH MOLD & TOOL | $3,588.72 | 15494 |
| BUCKHORN RUBBER PRODUCTS | $178,955.76 | 2610 |
| CAPITAL FIRE PROTECTION | $15,930.00 | 15488 |
| CARBY CORP | $5,340.00 | 15491 |
| CASTROL INDUSTRIAL NORTH AMERICA, INC. | $245,023.06 | 8676 |
| CEMAN INDUSTRIAL WELDING | $2,394.65 | NONE |
| CHEMCENTRAL CORP | $9,667.54 | 769 |
| CINCINNATI MACHINE, LLC | $221,982.00 | 234 |
| CINCINNATI TOOL STEEL CO | $1,353.50 | 268 |
| COAN & SON INC | $2,955.00 | NONE |
| COBAR SOLDER PRODUCTS INC | $19,476.40 | 15486 |
| COLUMBIA MACHINE WORKS | $1,081.58 | 15487 |
| CONAX BUFFALO CORP | $6,822.00 | 15490 |
| CONNOR FORMED METAL | $1,613.62 | 15489 |
| CONTACT EAST INC | $552.15 | 15485 |
| CORNERSTONE DESIGN LTD | $8,714.00 | 2549 |
| COYNE OIL CORPORATION | $1,488.03 | 1993 |
| CROWN PAPER BOX CORP | $16,539.37 | 3990 |
| CUSTOM COATING INC | $11,827.41 | 194 |
| CUSTOM LASER INC | $2,753.10 | NONE |
| CW INDUSTRIES | $2,793.00 | |
| D&L ENERGY INC | $1,717.05 | |
| DDM HOPTSCHULER | $1,834.00 | 2169 |
| DE ANZA MANUFACTURING | $662.54 | NONE |
| DECATUR PRINTING | $3,063.75 | |
| DECATUR SPORTSFIT & WELLNESS | $1,995.00 | 15484 |
| DECATUR TRUCK & TRAILER SALES | $1,130.00 | |
| DICKEY & SON MACHINE TOOL | $7,848.25 | 451-454 |
| DIGATRON FIRING CIRCUITS | $8,730.29 | 5596 |
| DUNCAN EQUIPMENT CO | $432,071.89 | 2039 |
| EKB ELEKTRO UND | $159,078.53 | 15478 |
| ELECTRODES INC | $1,590.60 | 2078 |
| ELEKTRISOLA INC | $54,165.90 | 15455 |
| ELESA USA CORP | $1,370.95 | 15481 |
| ELGIN DIE MOLD CO | $86,176.25 | 9459 |
| ELGIN DIE MOLD CO | $29,862.80 | 9460 |
| ELKHART PRODUCTS CORP | $138,545.28 | 432 |
| EMPIRE WAREHOUSE INC | $3,699.50 | 15471 |
| ENMARK TOOL & GAGE CO | $21,460.00 | 182 |
| ENVIRONMENTAL SCREEENING TESTING  SOLUTIONS INC | $161,818.99 | 1678/1750/1933 |
| ENVIRONMENTAL TECH & COMMUNICATIONS, INC. | $1,957.00 | |
| EXEC WAREHOUSE | $3,714.99 | 15482 |
| EXELDA MANUFACTURING CO | $182,105.93 | 1934 |
| FAIRHAVEN INDUSTRIES, INC. | $1,075.00 | NONE |
| FARGO ASSEMBLY OF PA INC. | $89,884.41 | 1686 |
| FLINT RIGGERS & ERECTORS INC | $11,800.00 | 15470 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| FLYNN METERING SYSTEM | $2,145.80 | |
| FREEMAN WATER TREATMENT | $2,625.42 | |
| FUTURE PRODUCTS CORP | $1,795.00 | NONE |
| GEOCORP INDUSTRIAL CONTROLS INC | $1,120.00 | 15466 |
| GOYETTE MECHANICAL CO INC | $1,023.00 | NONE |
| GRAPHITE SALES INC | $11,912.00 | 15464 |
| GRETAGMACBETH LLC | $4,286.00 | 15462 |
| GUYSON INTERNATIONAL LIMITED | $1,160.00 | 15463 |
| HAMMOND GROUP INC | $139,663.46 | 4427 |
| HASSEL MATERIAL HANDLING CO | $13,356.75 | 15457 |
| HELLA INC | $216,182.60 | 2543 & 9018 |
| HENRY COUNTY REMC | $30,449.05 | NONE |
| HEXCEL CORPORATION | $100,584.84 | 15458 |
| HYDRO ALUMINUM ADRIAN LLC | $570,535.00 | 12142 |
| HYDRO ALUMINUM PRECISION TUBING | $16,662.24 | 12143 |
| HY-GRADE DISTIBUTORS INC | $1,518.24 | 15456 |
| IET LABS INC | $58,575.00 | |
| INDAK MANUFACTURING CORP | $9,083.02 | 5563 |
| INDUSTRIAL GRINDING INC | $4,679.00 | 9286 |
| INDUSTRIAL MOLDING CORP | $102,059.47 | 4583 |
| INDUSTRIAL PAINT & STRIP INC | $19,211.45 | NONE |
| INDY EXPEDITING INC | $2,482.48 | 596 |
| INNOVATIVE DUTCH ELECTRO | $24,285.14 | 15465 |
| INTEGRIS METALS INC | $16,419.30 | 199 |
| JONES DAY | $261,562.88 | 2652 |
| JORGESEN CONVEYORS INC | $2,040.00 | 15468 |
| JUNKERWERK LINDER GMBH & CO KG | $39,084.15 | NONE |
| KEENAN WELDING & REPAIR | $11,796.92 | 15472 |
| KENWORTH TRUCK OF UPSTATE NY INC | $7,000.00 | - |
| KEY ENGINEERING INC | $6,513.60 | 15475 |
| KEY POLYMER | $7,337.66 | 439 |
| KINREI OF AMERICA INC | $22,213.00 | 15474 |
| LANDOVER COOLING TOWER SERVICE INC | $1,400.00 | 15499 |
| LASER ELECTRICAL SUPPLIES INC | $5,430.00 | 15497 |
| LAWRENCE SEMICONDUCTOR | $6,271.05 | - |
| LEONARD MECHANICAL SERVICES INC | $1,100.00 | 15498 |
| LINC MECHANICAL | $119,070.35 | 15473 |
| MAGIC VALLEY ELECTRIC COOP | $23,148.97 | 11855 |
| MAHAR TOOL SUPPLY CO INC | $11,684.67 | 2013 |
| MAHONING VALLEY CARTAGE & AIR CARGO INC | $9,778.10 | 6068 |
| MANUFACTURERS BRUSH CORP | $1,088.00 | 7294 |
| MARATHON ROOFING PRODUCTS | $2,620.00 | 397 |
| MARKETING INNOVATIONS INTL | $15,855.07 | 4387 |
| MATTESON RIDOLFI INC | $5,589.00 | 4013-4014 |
| MAUL ELECTRIC INC | $128,342.76 | 1162 |
| MEDCO | $4,379.80 | 11852 |
| MELTON MACHINE & CONTROL CO | $51,450.00 | 358 |
| MICHAEL E PISTON PC | $1,150.00 | 6080 |
| MICROMERITICS | $10,209.00 | 6081 |
| MILACRON MARKETING CO | $128,067.32 | 2679 |
| MINITAB INC | $35,618.58 | 6082 |

**EXHIBIT A**

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| MIYACHI UNITEK CORPORATION | $15,552.64 | NONE |
| MOES TRANSPORT TRUCKING | $3,690.00 | 6083 |
| MOR TECH DESIGN INC | $25,880.30 | 7829 |
| MRTZ INC DBA TEXAS INDUSTRIAL SUPPLY | $1,042.50 | 2055 |
| NEW DIMENSIONS INC | $5,553.00 | 6084 |
| NORTHWAY TRUCKING | $52,257.70 | 7466 |
| NORTON CONSTRUCTION SERVICES | $8,592.00 | 6085 |
| NU CUT GRINDING | $1,877.85 | 7287 |
| ONESOURCE FACILITY SERVICES INC | $22,224.00 | 386 |
| OPTIMAL COMPUTER AIDED ENGR INC | $2,000.00 | 3298 |
| ORBIS CORPORATION | $239,472.32 | 811 |
| ORTHODYNE ELECTRONICS CORP EFT | $47,094.44 | 7563 |
| PACE ANALYTICAL SERVICES INC | $2,378.00 | 1892 |
| PAINTING & PROCESS ASSOCIATES | $5,364.64 | 7286 |
| PARADIGM SINTERED PRODUCTS / Comerica | $95,860.80 | 8197 |
| PENN TOOL CO | $1,111.48 | 78 |
| PETERS DRY CLEANING | $2,601.00 | 2408 |
| PINNACLE FREIGHT SPECIALISTS INC | $2,225.00 | 11851 |
| PREFERRED QUALITY SERVICE EFT INC | $24,231.56 | 6086 |
| PREYCO MFG CO INC EFT | $3,530.27 | NONE |
| PRICE WATERHOUSE COOPERS LLP | $1,515.02 | 829 |
| PYRAMID TECHNOLOGIES | $119,311.05 | 2074 |
| QUALITY LABS OF OHIO | $1,457.00 | 7789 |
| R & R PRESS EQUIPMENT INC | $6,271.00 | 2349 |
| RAM METER INC EFT | $10,563.30 | 2288 |
| RAWAC PLATING COMPANY | $398,139.37 | 16334 |
| RAYSE SA DE CV | $1,909.98 | 7296 |
| RCMA AMERICAS / ATRADIUS TRADE CREDIT INSURANCE | $286,377.08 | 2099 |
| REACTEL INCORPORATED | $2,240.00 | 11850 |
| RELIABLE OIL EQUIPMENT INC | $11,553.00 | 6078 |
| REPROS INC | $10,700.00 | 7290 |
| ROBERTS DONALD INC | $15,432.00 | NONE |
| RODAK PLASTICS | $2,393.65 | 16359 |
| ROESSEL & CO INC | $12,687.09 | 2437 |
| ROOTSTOWN WATER SERVICE CO | $4,435.16 | NONE |
| S G CONSTRUCTION SERVICES EFT | $20,679.25 | 15479 |
| SAFETYTECH PROTECTION INC | $24,196.30 | 7285 |
| SAI SIMCOX ASSOCIATES INC | $9,193.54 | 7297 |
| SAISHA TECHNOLOGY AND CIRCUITS INTL | $25,950.00 | 15600 |
| SAMTEC INC | $1,068.12 | 233 |
| SANDMOLD SYSTEMS INC | $17,850.50 | NONE |
| SARGENT DOCKS & TERMINAL EFT | $35,457.92 | 1998 |
| SCHMIEDE CORP | $625.00 | NONE |
| SCHUNK INEX CORPORATION | $18,850.00 | 6077 |
| SCHWIND ROBERT M DBA CNC TECHNICAL SVCS | $10,689.00 | 6076 |
| SERVICE TECHNOLOGY CORP | $6,547.10 | NONE |
| SGF OF AMERICA CORPORATION | $9,959.89 | 726 |
| SGS CONTROLL CO MBH | $8,669.70 | 8441 |
| SHALTZ FLUID POWER | $32,191.85 | 6075 |
| SHOWTECH PRESENTATION SYSTEMS INC | $3,663.00 | 6074 |
| SILICON MOUNTAIN MEMORY INC | $2,089.97 | 15459 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| SIMPLEX INC | $3,903.44 | NONE |
| SMITH & WHITE CONSTRUCTION GROUP INC | $4,411.00 | 1648 |
| SORENSEN DIV OF ELGAR | $3,870.00 | 6073 |
| SORTMAN CRANE & HOIST INC | $22,797.72 | 6115 |
| SOUTHWEST METAL FINISHING | $114,951.80 | 5595 |
| Special Counsel (MPS Group) | $12,667.50 | 4475 |
| SPECIAL PURPOSE EQUIPMENT LIMITED | $4,228.32 | 7293 |
| SPERRY & RICE MANUFACTURING CO | $46,019.84 | multiple poc's |
| SPIREX CORP | $144,608.00 | 2470 |
| STELRON COMPONENTS CO | $3,239.27 | 3792-3793 |
| TATTILE USA | $3,000.00 | NONE |
| TEAM QUALITY SERVICES INCOPORATED | $11,292.83 | 7085 |
| TECHNASEAL MFG CORP | $43,941.56 | 7277 |
| TECHNICAL ILLUSTRATION CORPO | $17,401.25 | 8142 |
| TECHNIFOR INC | $23,910.00 | 7280 |
| TECNOMEC SRL | $24,742.00 | 2451 |
| TECNOMEC SRL | $7,291.83 | 2455 |
| TECNOMEC SRL | $4,082.43 | 2454 |
| TECNOMEC SRL | $3,788.49 | 2450 |
| TECNOMEC SRL | $1,880.39 | 2448 |
| TECNOMEC SRL | $1,635.00 | 2447 |
| TECNOMEC SRL | $1,442.59 | 2452 |
| TECNOMEC SRL | $1,076.77 | 2456 |
| TECNOMEC SRL | $642.11 | 2449 |
| TECNOMEC SRL | $360.65 | 2453 |
| TEST GMBG | $6,045.46 | 7283 |
| THOMPSON & KNIGHT LLP | $2,146.02 | NONE |
| THOMPSON EMERGENCY FREIGHT EFT SYSTEMS | $37,112.19 | 1731 |
| TIMCO RUBBER PRODUCTS INC | $10,212.00 | 7284 |
| TOTAL TOTE INC | $17,266.00 | 1124 |
| TRADEPOINT SYSTEMS LLC  (S) | $46,559.22 | 1931 |
| TRUCKS UNLIMITED INC | $1,060.80 | 5346 |
| TRUTEC INDUSTRIES INC | $22,962.89 | 7486 |
| UNIVERSAL POLYMER & RUBBER EFT LTD | $19,154.10 | 7279 |
| UNIVERSAL TEST EQUIPMENT INC | $18,846.30 | 201202203 |
| UPPER PENINSULA POWER CO MI | $1,643.70 | 5454 |
| US METAL PROCESSING / CHOICE ONE SERVICE GROUP INC | $2,713.35 | 7292 |
| US MICRO SOLUTIONS INC | $3,731.50 | NONE |
| VERFAHRENSTECHNIK HUBERS | $42,278.14 | 7276 |
| VERMONT MACHINE TOOL CORP | $10,799.50 | 7275 |
| VISUAL SOLUTIONS INCORPORATED | $25,200.00 | 7281 |
| WAGNER ROBERT G ESTATE OF | $1,146.90 | NONE |
| WALKER STAINLESS EQUIPMENT | $52,133.44 | 4449 |
| WARREN TRUMBULL URBAN LEAGUE INC | $1,200.00 | 7278 |
| WATERTECH OF AMERICA INC | $18,182.10 | 184 |
| WEST MICHIGAN TAG & LABEL | $4,990.86 | 5586 |
| WESTERN NY FLUID SYSTEMS TECH | $12,790.21 | multiple poc's |
| WOODEN & MCLAUGHLIN LLP | $18,977.40 | 4732 |
| WORKING ENVIRONMENTS INC | $5,476.32 | NONE |
| WYATT SEAL INC | $1,370.10 | 7291 |
| XAMAX INDUSTRIES | $30,474.83 | 6669 |

**EXHIBIT A**

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| XILINX INC | $44,400.00 | 7282 |
| ZIP INDUSTRIAL PRODUCTS CORP | $4,433.36 | NONE |
| ZODIAC AUTOMOTIVE US INC | $49,108.50 | 7697 |