UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
DELPHI CORPORATION, et al.,                                    :    Case No. 05-44481 (RDD)
                                                               :
                                              Debtors.         :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Dana P. Kane, do hereby certify hereby under penalty of perjury that on March 10, 2008, I caused the following pleading:

**Cure Claims of Liquidity Solutions, Inc., as Assignee, Submitted in Accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession**

to be served via Federal Express overnight delivery on the persons and at the addresses listed on Exhibit A hereto.

Dated: Hackensack, New Jersey
       March 10, 2008

_____
Dana P. Kane

## EXHIBIT A

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Jr., Esq.
        George N. Panagakis, Esq.
        Ron E. Meisler, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Delphi Corporation
Attn:  David M. Sherbin, Esq.,General Counsel
5725 Delphi Drive
Troy, Michigan  48908

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Kayalyn A. Marafioti, Esq.
        Thomas J. Matz, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606