# Filed Under Seal

no save date (document not saved) (2K)
[Document1]