**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Fax:  (212) 697-1559
Steven J. Reisman (SR 4906)
James V. Drew (JD 2344)

*Attorneys for Multek Flexible Circuits, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Case No. 05-44481 (RDD)
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :    Chapter 11
                                                                 :
                    Debtors.                                     :    Jointly Administered
                                                                 :
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

      Samba Silla, being duly sworn, deposes and says:

      1.  I am not a party to this action, am over 18 years of age, and reside in Queens, New York.

      2.  On March 10, 2008, I served a true and correct copy of the Statement of Multek Flexible Circuits, Inc. with Respect to Cure Claims [Docket No. 13060] upon the parties on the attached service list by first-class United States mail.

      /s/ Samba Silla
      Samba Silla

Sworn to before me this
11th day of March 2008

/s/ James V. Drew
  Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02-DR6079092
Qualified in Queens County
Commission Expires August 12, 2010**

4407565

# SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: David M. Sherbin<br>    General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Att'n: John Wm. Butler, Jr.<br>    George N. Panagakis<br>    Ron E. Meisler |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Att'n: Kayalyn A. Marafioti<br>    Thomas J. Matz | Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022-4834<br>Att'n: Robert J. Rosenberg<br>    Mitchell A. Seider<br>    Mark A. Broude |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Att'n: Brad E. Scheler<br>    Vivek Melwani<br>    Bonnie K. Steingart | A-D Acquisition Holdings, LLC<br>c/o Appaloosa Management L.P.<br>26 Main Street<br>Chatham, New Jersey 07928<br>Att'n: James E. Bolin |
| White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2352<br>Att'n: Thomas E. Lauria<br>    Michael C. Shepherd | White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Att'n: Gerard H. Uzzi<br>    Glenn M. Kurtz<br>    Douglas P. Baumstein |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Att'n: Jeffrey L. Tanenbaum<br>    Michael P. Kessler<br>    Robert J. Lemons | |