DREIER LLP
Paul Traub (PT 3752)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
Kristin Lamar (KL 2681)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re:                                                          :         Chapter 11
                                                                :
DELPHI CORPORATION, *et al.,* Debtors.    :         Case No. 05-44481 (RDD)
                                                                :         (Jointly Administrated)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on February 19, 2008, EPCOS Inc., Johnson Electric North America, Inc., Nichicon America Corp., Parlex Corporation and Sagami America Ltd. (the "Contract Counterparties") filed the *Motion and Request for an Order of Certain Contract Counterparties Extending the Time to File Certain Notices of Cure Amount with respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization* (the "Motion"). [Docket No. 12734].

PLEASE TAKE FURTHER NOTICE that the Contract Counterparties hereby withdraw the Motion.

Dated:  March 11, 2008
        New York, New York                  **DREIER LLP**

                                            /s/ Maura I. Russell
                                            Paul Traub (PT 3752)
                                            Maura I. Russell (MR 1178)
                                            Anthony B. Stumbo (AS 9374)
                                            Kristin Lamar (KL 2681)
                                            499 Park Avenue
                                            New York, New York 10022
                                            Tel. (212) 328-6100

{00336348.DOC;2}