UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                  :    Chapter 11

    In re                                     :    Case No. 05-44481 (RDD)
                                               :    (Jointly Administered)
DELPHI CORPORATION, <u>et</u> <u>al.</u>,         :
                                               :    <u>CERTIFICATE OF</u>
                     Debtors.         :    <u>SERVICE</u>
                                               :
------------------------------------------------------------------------ X

        I, Andrew M. Scott, an attorney admitted to practice before the courts of the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 6th day of March 2008, Co-Investors' Memorandum of Law in Opposition to Debtors' Expedited Motion Under 11 U.S.C. § 1142(b) and Fed. R. Bankr. P. 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization was served by hand, Federal Express and by email, as indicated, upon the entities listed on the attached service list.

        2. On the 6th day of March 2008, at approximately 5 p.m. we attempted to serve the Co-Investors' Memorandum of Law in Opposition to Debtors' Expedited Motion Under 11 U.S.C. § 1142(b) and Fed. R. Bankr. P. 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization by hand upon the Office of the United States Trustee for the Southern District of New York, located at 33 Whitehall St., Suite 2100, New York, NY, Attn: Alicia M. Leonhard, however, that office was closed.

        3. On the 7th day of March 2008, Co-Investors' Memorandum of Law in Opposition to Debtors' Expedited Motion Under 11 U.S.C. § 1142(b) and Fed. R. Bankr. P.

3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization was served by hand upon:

        Office of the United States Trustee for the
        Southern District of New York
        33 Whitehall St., Suite 2100
        New York, NY  10004
        Attn:   Alicia M. Leonhard

Dated: New York, New York
       March 7, 2008

          /s/Andrew M. Scott
          Andrew M. Scott

# SERVICE LIST

**BY HAND**

Skaden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Attn:   John Wm. Butler, Jr.
        Kayalyn Marafioti
        Thomas J. Matz

**BY FEDERAL EXPRESS**

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:   Alicia M. Leonhard

**BY EMAIL**

jack.butler@skadden.com, kayalyn.marafioti@skadden.com, thomas.j.matz@skadden.com,
lfisher@kayescholer.com, bmintz@kayescholer.com, gpryor@whitecase.com,
jreiss@whitecase.com, bonnie.steingart@friedfrank.com, mark.broude@lw.com,
robert.rosenberg@lw.com, arosenberg@paulweiss.com, melwyn@willkie.com,
rstrickland@willkie.com, brian.resnick@dpw.com, donald.bernstein@dpw.com,
michael.kessler@weil.com, jeff.tanenbaum@weil.com, reederr@sullcrom.com,
robert.rosenberg@lw.com