COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial Sales, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
    In re                            :    Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :    Case No. 05-44481 (RDD)
                                                     :
        Debtors.             :    (Jointly Administered)
---------------------------------------------------- :

**OBJECTION OF COLUMBIA INDUSTRIAL SALES INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION**

    Columbia Industrial Sales, Inc. ("Columbia"), by and through its undersigned counsel, hereby objects to the Debtors' Notice of Cure Amount with respect to Executory Contracts to be Assumed or Assumed and Assigned under Plan of Reorganization as to the contracts listed on Schedule 1 attached hereto (the "Cure Notice"), and respectfully states as follows:

    1.    Notwithstanding the fact that Columbia has filed a Proof of Claim in the above-captioned bankruptcy cases asserting in amount(s) due and owing Columbia, the Cure Notice does not appear to set forth an accurate cure amount with respect to executory contracts between the Debtors and Columbia shown on Schedule 1.

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com

   2. Columbia has ascertained the correct cure amount(s), and objects to the Cure Notice on the basis that the cure amount(s) may be understated with respect to the executory contracts pertaining to Columbia as reflected on <u>Schedule 2</u> attached hereto.

Dated:  March 11, 2008

              Respectfully submitted,

              COOLIDGE WALL CO., L.P.A.

              */s/ Ronald S. Pretekin*
              Ronald S. Pretekin  (OH 0018694)
              33 West First Street, Suite 600
              Dayton, OH  45402
              Telephone:  937-223-8177
              Facsimile:  937-223-6705
              e-mail:  pretekin@coollaw.com

              ATTORNEYS FOR COLUMBIA INDUSTRIAL
              SALES, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that on March 11, 2008, a copy of the foregoing ***Objection*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system.  Copies were forwarded to those parties listed below via regular U.S. Mail.

              */s/ Ronald S. Pretekin*
              Ronald S. Pretekin

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br> for the Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY  100064 | Delphi Automotive Systems LLC<br>Attn:  Legal Staff<br>5725 Delphi Drive<br>Troy, MI  48098 |

2

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Delphi Corporation<br>Attn: Deputy General Counsel<br>Transactional & Restructuring<br>5725 Delphi Drive<br>Troy, MI  48098<br>(*Debtor*) | Skadden Arps Slate Meagher & Flom LLP<br>John William Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Brian M. Fern, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>*(Counsel to Debtor)* |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Ave.<br>New York, NY  10017 | Latham & Watkins LLP<br>Attn: Mark A. Broude<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY  10022<br>*(Counsel to Creditors Committee)* |
| Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004<br>*(United States Trustee)* | Bonnie Steingart, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 |
| Richard L. Wynne, Esq.<br>Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA  90017 | Thomas E. Lauria<br>A-D Acquisition Holdings LLC<br>c/o Appaloosa Management LP<br>Harbinger Del-Auto Investment Company Ltd<br>White & Case LLP<br>200 South Biscayne Blvd, Ste. 4900<br>Miami, FL  33131 |
| Glenn M. Kurtz<br>Gregory Pryor<br>A-D Acquisition Holdings LLC<br>c/o Appaloosa Management LP<br>Harbinger Del-Auto Investment Company Ltd<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036 | |

S:\Wdox\Client\008134\00151\00384648.Doc
3/6/08

3

PDF created with pdfFactory trial version www.pdffactory.com