# Schedule 1

| Contracts to be Assumed and/or Assigned: | Cure Amount |
|---|---|
| D0550024871 | $7,501.11 |
| D0550053184 | $2,259.15 |
| D0550053299 | $0 |
| D055053300 | $3,258.64 |
| D0550056230 | $879.75 |
| D0550059550 | $522.81 |
| D0550060347 | $2,150.88 |
| D0550060352 | $0 |
| D0550060353 | $8,066.03 |
| D0550060354 | $6,432.49 |
| D0550060355 | $0 |
| D0550060356 | $2,263.64 |
| D0550063026 | $26.24 |
|  |  |

S:\Wdox\Client\008134\00151\00384653.Doc

PDF created with pdfFactory trial version www.pdffactory.com