# Schedule 2

| Contract(s) to be assumed and/or assigned | Corrected Cure Amount |
|---|---|
| D0550024871 | $15,355.70 |
| D0550053184 | $4,648.16 |
| D0550053299 | $0.00 |
| D0550053300 | $6,935.00 |
| D0550056230 | $1,810.08 |
| D0550059550 | $1,075.68 |
| D0550060347 | $4,456.71 |
| D0550060352 | $78.86 |
| D0550060353 | $16,595.74 |
| D0550060354 | $13,301.74 |
| D0550060355 | $0.00 |
| D0550060356 | $4,657.40 |
| D0550063026 | $53.55 |
| | |

S:\Wdox\Client\008134\00151\00384656.Doc

PDF created with pdfFactory trial version www.pdffactory.com

| Customer Code | Date | Invoice | Bill of Lading (pack List) | Open Amount | Contract # |
|---|---|---|---|---|---|
| GMDMDA | 8/31/2005 | 141227 | 135145 | $923.62 | D0550024871 |
| GMDMDA | 8/31/2005 | 141297 | 135146 | $923.62 | D0550024871 |
| GMDMDA | 9/8/2005 | 141510 | 135511 | $923.62 | D0550024871 |
| GMDMDA | 9/12/2005 | 141641 | 135512 | $923.62 | D0550024871 |
| GMDMDA | 9/13/2005 | 141690 | 135702 | $1,847.23 | D0550024871 |
| GMDMDA | 9/16/2005 | 141923 | 135720 | $923.62 | D0550024871 |
| GMDMDA | 9/19/2005 | 141958 | 135719 | $923.62 | D0550024871 |
| GMDMDA | 9/20/2005 | 142048 | 136038 | $1,847.23 | D0550024871 |
| GMDMDA | 9/21/2005 | 142101 | 136037 | $923.62 | D0550024871 |
| GMDMDA | 9/23/2005 | 142236 | 136035 | $923.62 | D0550024871 |
| GMDMDA | 9/26/2005 | 142304 | 136032 | $923.62 | D0550024871 |
| GMDMDA | 9/27/2005 | 142394 | 136354 | $923.62 | D0550024871 |
| GMDMDA | 9/28/2005 | 142428 | 136355 | $923.62 | D0550024871 |
| GMDMDA | 10/3/2005 | 142588 | 136419 | $923.62 | D0550024871 |
| GMDMDA | 5/2/2003 | 106427 | 103370 | $ 259.20 | D0550024871 |
| GMDCDA | 5/16/2003 | 106957 | 103848 | $ 210.60 | D0550024871 |
| GMDCDA | 6/6/2003 | 107697 | 104573 | $ 108.00 | D0550024871 |
|  |  |  |  |  |  |
| GMDMDA | 9/13/2005 | 141693 | 135455 | $1,162.04 | D0550053184 |
| GMDMDA | 9/20/2005 | 142047 | 135826 | $1,162.04 | D0550053184 |
| GMDMDA | 10/3/2005 | 142587 | 136423 | $1,162.04 | D0550053184 |
| GMDMDA | 10/5/2005 | 142689 | 136721 | $1,162.04 | D0550053184 |
|  |  |  |  |  |  |
| GMDMDA | 8/31/2005 | 141232 | 135296 | $670.46 | D0550053300 |
| GMDMDA | 9/6/2005 | 141357 | 135297 | $670.46 | D0550053300 |
| GMDMDA | 9/13/2005 | 141692 | 135454 | $670.46 | D0550053300 |
| GMDMDA | 9/14/2005 | 141763 | 135761 | $670.46 | D0550053300 |
| GMDMDA | 9/16/2005 | 141887 | 135818 | $670.46 | D0550053300 |
| GMDMDA | 9/21/2005 | 142100 | 135817 | $670.46 | D0550053300 |
| GMDMDA | 9/26/2005 | 142303 | 136099 | $670.46 | D0550053300 |
| GMDMDA | 9/29/2005 | 142498 | 136100 | $670.46 | D0550053300 |
| GMDMDA | 10/3/2005 | 142586 | 136437 | $670.46 | D0550053300 |
| GMDMDA | 10/6/2005 | 142782 | 136436 | $670.46 | D0550053300 |
| GMDMDA | 4/13/2004 | 118935 | 114612 | $ 230.40 | D0550053300 |
|  |  |  |  |  |  |
| GMDMDA | 9/6/2005 | 141355 | 135289 | $905.04 | D0550056230 |
| GMDMDA | 9/13/2005 | 141691 | 135453 | $905.04 | D0550056230 |
|  |  |  |  |  |  |
| GMDMDA | 9/7/2005 | 141452 | 135452 | $1,075.68 | D0550059550 |
|  |  |  |  |  |  |
| GMDCDA | 9/21/2005 | 142104 | 136049 | $2,212.70 | D0550060347 |

PDF created with pdfFactory trial version www.pdffactory.com

| | | | | | |
|---|---|---|---|---|---|
| GMDCDA | 9/27/2005 | 142395 | 136359 | $2,212.70 | D0550060347 |
| GMDCDA | 2/21/2005 | 132485 | 127305 | $ 31.31 | D0550060347 |
| | | | | | |
| GMDCDA | 5/26/2005 | 137152 | 131617 | $ 78.86 | D0550060352 |
| | | | | | |
| GMDCDA | 8/31/2005 | 141228 | 135148 | $2,370.82 | D0550060353 |
| GMDCDA | 9/7/2005 | 141451 | 135451 | $2,370.82 | D0550060353 |
| GMDCDA | 9/14/2005 | 141764 | 135667 | $2,370.82 | D0550060353 |
| GMDCDA | 9/15/2005 | 141800 | 135713 | $2,370.82 | D0550060353 |
| GMDCDA | 9/21/2005 | 142103 | 136046 | $2,370.82 | D0550060353 |
| GMDCDA | 9/23/2005 | 142220 | 136045 | $2,370.82 | D0550060353 |
| GMDCDA | 9/26/2005 | 142301 | 136043 | $2,370.82 | D0550060353 |
| | | | | | |
| GMDCDA | 9/7/2005 | 141455 | 135478 | $4,411.58 | D0550060354 |
| GMDCDA | 9/9/2005 | 141585 | 135479 | $2,205.79 | D0550060354 |
| GMDCDA | 9/14/2005 | 141766 | 135716 | $2,205.79 | D0550060354 |
| GMDCDA | 9/19/2005 | 141959 | 135715 | $2,205.79 | D0550060354 |
| GMDCDA | 9/29/2005 | 142497 | 136358 | $2,205.79 | D0550060354 |
| GMDCDA | 12/9/2004 | 129409 | 124374 | $ 67.00 | D0550060354 |
| | | | | | |
| GMDCDA | 9/16/2005 | 141888 | 135722 | $2,328.70 | D0550060356 |
| GMDCDA | 9/22/2005 | 142168 | 136047 | $2,328.70 | D0550060356 |
| | | | | | |
| DELSAF | 8/31/2005 | 141237 | 135288 | $12.75 | D0550063026 |
| DELSAF | 9/8/2005 | 141534 | 135447 | $15.30 | D0550063026 |
| DELSAF | 9/22/2005 | 142185 | 136071 | $25.50 | D0550063026 |
| | | | | | |

PDF created with pdfFactory trial version www.pdffactory.com