Florence Bonaccorso-Saenz
(La. Bar No. 25493)
Louisiana Department of Revenue
Legal Division
617 North Third Street
Post Office Box 4064
Baton Rouge, LA  70821-4064
Tel.  225-219-2080, main line
Fax: 225-219-0861
email: florence.saenz@la.gov

Attorney for Creditor
Appearing *Pro Hac Vice*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.: 05-44481(RDD) |
| DELPHI CORPORATION, ET AL., | ) <br> ) Jointly Administered |
| Debtor. | ) |

CERTIFICATE OF SERVICE

I, Florence Bonaccorso-Saenz, do hereby certify that on this 12th day of March, 2008, I have served a copy of the Louisiana Department of Revenue's:

RESPONSE TO TWENTY-SIXTH OBJECTION TO CLAIMS,
PARTICULARLY THE OBJECTION TO
THE LOUISIANA DEPARTMENT OF REVENUE'S CLAIM (CLAIM 16707)

on the following parties in interest via electronic mail and/or via facsimile, as well as by mailing same via United States mail, properly addressed and first class postage prepaid.

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
Fax : (312) 407-0411
Email: jbutler@skadden.com

**Kayalyn A. Marafioti**
Skadden, Arps, Slate, Meagher & Flom LLP

RESPONSE - 1

Four Times Square
New York, NY 10036
(212) 735-3000
Fax : (212) 735-2000
Email: kmarafio@skadden.com

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Dated: March 12, 2008

/s/ Florence Bonaccorso-Saenz
Florence Bonaccorso-Saenz
La. Bar No. 25493, Pro Hac Vice
Louisiana Department of Revenue
Legal Division
617 North Third Street
Post Office Box 4064
Baton Rouge, LA  70821-4064
Tel. 225-219-2080
Fax: 225-219-0861
email: florence.saenz@la.gov