Hearing Date And Time: April 4, 2008 at 10:00 a.m.
Deadline To File Motion: March 21, 2008 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 : Chapter 11
                                          :
DELPHI CORPORATION, et al.,               : Case No. 05-44481 (RDD)
                                          :
                      Debtors.            : (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEADLINE TO FILE MOTION FOR LEAVE TO FILE LATE
CLAIMS WITH RESPECT TO LATE CLAIMS FILED BY AMERICAN AIKOKU ALPHA
INC. (PROOFS OF CLAIM NOS. 16783 AND 16796)

PLEASE TAKE NOTICE that pursuant Federal Rule 9006(b)(1) of Bankruptcy Procedures, if claimant, American Aikoku Alpha Inc. (the "Claimant") wishes to further prosecute proofs of claim numbers 16783 ("Proof of Claim No. 16783") and 16796 ("Proof of Claim No. 16796"), which it filed without leave of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") after the July 31, 2006 bar date established pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) and Fed.R.Bankr.P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) entered on April 12, 2006, such Claimant must file a motion seeking such relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that such Motion must (a) be in writing and (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, served in accordance with the procedures set forth herein and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered February 4, 2008 (Docket No. 12487), and **received no later than 4:00 p.m. (prevailing Eastern time) on March 21, 2008** (the "Deadline").

PLEASE TAKE FURTHER NOTICE that if the Claimant files a Motion, the hearing to consider the relief requested in such Motion will be held on April 4, 2008 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

  PLEASE TAKE FURTHER NOTICE that only a Motion made as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no Motion is filed by the Deadline, the Bankruptcy Court may enter a final order disallowing and expunging Proof of Claim No. 16783 and Proof of Claim No. 16796 without further notice or hearing on April 4, 2008.

Dated: New York, New York
    March 11, 2008

       SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

      By: /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

         - and -

      By: /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000