SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
          In re                                           :     Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :     Case No. 05-44481 (RDD)
                                                          :
                                                          :     (Jointly Administered)
          Debtors.                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF NINTH REVISED LIST OF
DEBTORS' ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business, dated November 4, 2005 (the "OCP Order"), the Debtors are authorized to employ and retain additional professionals utilized by the Debtors in the ordinary course of business (collectively, the "Ordinary Course Professionals") in their sole discretion without the need to file individual retention applications for each by filing with the Bankruptcy Court a supplement to Exhibit 1 to the Order.  The Debtors' Ninth Revised List Of Ordinary Course Professionals (the "Ninth Revised OCP List") is attached hereto as Exhibit A.  The Ninth Revised OCP List only includes professionals that have rendered services to Delphi on or before January 25, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to the OCP Order, each Ordinary Course Professional included in the Ninth Revised OCP List who was not previously included on Exhibit 1 to the Order is required to file with this Court, and serve on the "Interested Parties" (as described in the OCP Order), an Affidavit of Legal Ordinary Course Professional, substantially in the form of the affidavit attached as Exhibit 2 to the OCP Order, or an Affidavit of Non-Legal Ordinary Course Professional, substantially in the form of the affidavit attached as Exhibit 3 to the OCP Order, as applicable (Exhibit 2 and Exhibit 3, together, the "Affidavit").

PLEASE TAKE FURTHER NOTICE that pursuant to the OCP Order, the Interested Parties have been permitted ten days after receipt of each Ordinary Course Professional's Affidavit (the "Affidavit Objection Deadline") to object to the retention of such Ordinary Course Professional.  The objecting party is required to serve any such objection upon the Interested Parties and the respective Ordinary Course Professional on or before the Affidavit Objection Deadline.  If any such objection cannot be resolved within ten days of its receipt, the matter is required to be scheduled for hearing before this Court at the next regularly-scheduled

omnibus hearing occurring more than ten days thereafter or such other date as is otherwise

agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objection is received from any of

the Interested Parties on or before the Affidavit Objection Deadline with respect to any particular

Ordinary Course Professional, or if any objection submitted is timely resolved as set forth above,

the Debtors are authorized, without further order of this Court, to retain such professional as a

final matter.

Dated: New York, New York
      March 12, 2008

          SKADDEN, ARPS, SLATE, MEAGHER &
            FLOM LLP

          By:  /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr. (JB 4711)
            John K. Lyons (JL 4951)
            Ron E. Meisler (RM 3026)
          333 West Wacker Drive, Suite 2100
          Chicago, Illinois  60606
          (312) 407-0700

          By:  /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti (KM 9632)
            Thomas J. Matz (TM 5986)
          Four Times Square
          New York, New York 10036
          (212) 735-3000

          Attorneys for Delphi Corporation, et al.,
            Debtors and Debtors-in-Possession

Exhibit A
Ninth Revised List Of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Adams & Adams | P.O. Box 1014<br>Pretoria 0001<br>South Africa | Legal Services* |
| Adelson, Testan & Brundo | 100 Ocean Gate<br>Suite 830<br>Long Beach, California  90802 | Legal Services |
| Allen & Overy LLP | Taunustor 2<br>60311 Frankfurt am Main<br>Germany | Legal Services* |
| American Appraisal Associates | 411 East Wisconsin Avenue<br>Suite 1900<br>Milwaukee, Wisconsin  53201 | Tax Consultancy Services |
| Anne Murphy Patent Services | PO Box 2128 Eads Street<br>Arlington, Virginia  22202 | Non - Legal IP Services |
| Antonelli Terry Stout & Krause, LLP | 1300 North 17th Street<br>Suite 1800<br>Arlington, Virginia  22209 | Legal Services |
| Arent Fox PLLC | 1050 Connecticut Avenue N.W.<br>Washington, DC  20036 | Legal Services |
| Asset Management Resources, Inc. | 26211 Central Park Boulevard<br>Southfield, Michigan  48076 | Tax Consultancy Services |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | PO Box 67000<br>Detroit, Michigan  48267 | Legal Services |
| Baker & Daniels | 300 North Meridian Street<br>Suite 2700<br>Indianapolis, Indiana  46204-1782 | Legal Services |

---

\*     Certain of the services indicated by an asterisk (\*) are, to some extent, provided by a non-U.S. professional and/or performed outside the United States.  The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Baker & McKenzie LLP | 815 Connecticut Avenue N.W.<br>Washington, DC  20006<br><br>32 Avenue Kleber BP 2112<br>75771 Paris Cedex 16<br>France<br><br>Avda. Leandro N. Alem 1110, piso 13<br>Ciudad de Buenos Aires<br>C.P. C1001AAT<br>Argentina<br><br>Plaza Triunfo de la Republica 3304, Piso 2<br>Partido Escobedo<br>32330 Juarez, Chihuahua<br>Mexico<br><br>100 New Bridge Street<br>London EC4V 6JA<br>United Kingdom | Tax Legal and Consulting Services* |
| Balch & Bingham LLP | PO Box 306<br>Birmingham, Alabama  35201 | Legal Services |
| Banner & Witcoff, Ltd. | 10 South Wacker Drive, 30th Floor<br>Chicago, Illinois  60606 | Legal Services |
| Baker Marquart Crone & Hawxhurst LLP | 10990 Wilshire Boulevard<br>Fourth Floor<br>Los Angeles, California  90024 | Legal Services |
| Barnes & Thornburg LLP | 1313 Merchant Bank Building<br>11 South Meridan Street<br>Indianapolis, Indiana  46204 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Avenue<br>Garden City, New York  11530 | Tax Consultancy Services |
| Barris Sott Denn & Driker PLLC | 211 West Fort Street<br>15th floor<br>Detroit, Michigan  48226-3281 | Legal Mediation Services |
| Bell Anderson & Sanders LLC | 496 Broadway<br>Laguna Beach, California  92651 | Legal Services |
| Berger & Berger | 555 International Drive<br>Suite 800<br>Buffalo, New York  14221 | Legal Services |
| Berliner, Corcoran & Rowe, LLP | 1101 17th Street, N.W.<br>Suite 1100<br>Washington, DC 20036 | Legal Services |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | 390 North Orange Avenue<br>Suite 2500<br>Orlando, Florida  32801 | Legal Services |
| Bingham McCutchen LLP | Suite 4400<br>355 South Grand Avenue<br>Los Angeles, California  90071-3106 | Legal Services |
| Birch, de Jongh & Hindels | Poinsettia House at Bluebeard's Castle<br>1330 Estate Tarrnebjerg<br>St. Thomas, Virgin Islands 00802 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Bliss McGlynn P.C. | 2075 West Big Beaver Road<br>Suite 600<br>Troy, Michigan  48084 | Legal Services |
| BNP Paribas Securities Corp. | 787 7th Avenue<br>New York, New York  10019 | Investment Banking Services |
| Bodman, LLP | 1901 St. Antoine Street<br>6th floor<br>Ford Field<br>Detroit, Michigan  48226 | Legal Services |
| Boehl Stopher & Graves, LLP | 400 West Market Street<br>Suite 2300<br>Louisville, Kentucky  40202 | Legal Services |
| Bond Schoeneck & King, PLLC | One Lincoln Center<br>Syracuse, New York  13202-1355 | Legal Services |
| Booth Udall, PLC | 1423 South Higley Road<br>Suite 110<br>Mesa, Arizona  85206 | Legal Services |
| Bowen Radabaugh & Milton, PC | 4967 Crooks Road<br>Suite 150<br>Troy, Michigan  48098 | Legal Services |
| Bowman and Brooke LLP | 50 West Big Beaver Road<br>Suite 600<br>Troy, Michigan  48084<br><br>150 South 5th Street<br>Suite 2600<br>Minneapolis, Minnesota  55402<br><br>160 West Santa Clara Street<br>Suite 1150<br>San Jose, California  95113<br><br>PO Box 1414 NCB 13<br>Minneapolis, Minnesota  55480<br><br>Riverfront Plaza West Tower<br>901 East Byrd Street<br>Suite 1500<br>Richmond, Virginia  23219 | Legal Services |
| Braun Kendrick Finkbeiner PLC | Second National Bank Building<br>101 Fashion Square Boulevard<br>Saginaw, Michigan  48603 | Legal Services |
| Brennan Steil & Basting SC | 1 East Milwaukee Street<br>Janesville, Wisconsin 53547 | Legal Services |
| Broad & Bright | Suite 701, CBD International Plaza<br>No. 16 Yong'andongli, Jianguomenwai Avenue<br>Chaoyang District, Beijing 100022, China | Legal Services* |
| Brown & James, P.C. | Richland Executive Plaza<br>525 West Main<br>Suite 200<br>Belleville, Illinois | Legal Services |

| **NAME OF PROFESSIONAL** | **ADDRESS OF PROFESSIONAL** | **DESCRIPTION OF SERVICES** |
|---|---|---|
| Bryan Cave LLP | Suite 448-450 Shanghai Center<br>1376 Nan Jing West Road<br>Shanghai 20040<br>People's Republic of China | Legal Services |
| Bugbee & Conkle | National City Bank Building<br>405 Madison<br>Suite 1300<br>Toledo, Ohio  43604 | Legal Services |
| C&S LOGOS Patent and Law Office | KPO Box 103<br>Seoul 110 601<br>Republic of Korea | Legal Services* |
| Cabinet Michel Poupon | 3 Rue Ferdinand Brunot<br>88026 Epinal Cedex<br>France | Legal Services* |
| Cacheaux, Cavazos & Newton | Convent Plaza<br>333 Convent Street<br>San Antonio, Texas  78205 | Tax Services |
| Cadena Law Firm, P.C. | 1017 Montana Avenue<br>El Paso, Texas  79902 | Legal Services |
| Cadwalader, Wickersham & Taft, LLP | 1201 F. Street, N.W.<br>Washington, D.C. 20004 | Legal Services |
| Cardinal Law Group | 1603 Orrington Avenue<br>Suite 2000<br>Evanston, Illinois  60201 | Legal Services |
| Cattel, Tuyn & Rudzewicz, PLLC | Governers Place<br>33 Bloomfield Hills Pkwy<br>Suite 120<br>Bloomfield Hills, Michigan  48304 | Legal Services |
| Charles K. Veenstra | 631 Windsor Run<br>Bloomfield Hills, Michigan  48304 | Legal Services |
| Cherry, Edson and Kelly | 175 Fulton Avenue<br>Hempstead, New York  11550 | Legal Services |
| Chester Willcox & Saxbe LLP | 65 East. State Street<br>Suite 1000<br>Columbus, Ohio  43215 | Legal Services |
| Chevez Abogados, S.C. | Bosque de Ciruelos 168, 6º Piso<br>Bosques de las Lomas<br>11700 Mexico, D.F.<br>Mexico | Legal Services* |
| China Patent Agent (H.K.) Ltd. | China Patent Agent HK Ltd.<br>23 Harbour Road<br>Wanchai<br>Hong Kong<br><br>China Patent Agent (HK) Ltd<br>Bank of China Harbour Road<br>Hong Kong | Legal Services* |
| Christie, Parker & Hale, LLP | 350 West Colorado Boulevard<br>Suite 500<br>Pasadena, California  91109 | Legal Services |
| Ciara Systems, Inc. | 13112 Ludlow<br>Huntington Woods, Michigan | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Clark Consulting | 101 Constitution Avenue N.W.<br>Washington, D.C.  20001 | Tax Advisory and Advocacy Services |
| Clark Hill P.L.C. | 500 Woodard Avenue<br>Suite 3500<br>Detroit, Michigan  48226<br><br>1600 First Federal Building<br>1001 Woodward Avenue<br>Detroit, Michigan  48226 | Legal Services |
| Clark, Thomas & Winters, P.C. | PO Box 1148<br>Austin, Texas  78767 | Legal Services |
| Clayton Utz | Level 18, 333 Collins Street<br>Melbourne VIC 3000<br>Australia | Legal Services |
| Clifford Chance | 28th Floor, Jardine House<br>One Connaught Place<br>Hong Kong | Legal Services* |
| Colin Hull | PO Box 827<br>London Colney<br>St. Albans<br>Hertfordshire AL1 9AB<br>United Kingdom | |
| Compliance Systems Legal Group | Suite 305, Summit West<br>300 Centerville Road<br>Warwick, Rhode Island  20886 | Legal Services |
| Conestoga-Rovers & Associates, Inc. | 2055 Niagara Falls Boulevard<br>Suite 3<br>New York, New York  14304 | Non-Legal Services |
| Consortium Industriel | Commercial & Maritime<br>19, Boulevard Imam Ali<br>Kenitra<br>Morocco | Customs Consultancy* |
| Constangy, Brooks & Smith LLC | 111 Congress Avenue, Fourth Floor<br>Austin, Texas  78701 | Legal Services |
| Conway McKenzie & Dunleavy Inc. | 401 S. Old Woodward<br>Suite 340<br>Birmingham, Michigan  48009 | Legal Services |
| Cooley Godward Kronish LLP | 1114 Avenue of the Americas<br>Suite 4600<br>New York, New York  10036 | Legal Services |
| Couch White, LLP | 540 Broadway<br>Albany, New York  12201 | Legal Services |
| Couzens, Lansky Fealk Ellis Roeder & Lazar, P.C. | 39395 West 12 Mile Road<br>Suite 200<br>Farmington Hills, Michigan  48334 | Legal Services |
| Cramer & Laws | Hubertusstrasse 15<br>D-59929 Brilon,<br>Germany | Legal Services* |
| Crew & Buchanan | 2580 Kettering Tower<br>Dayton, Ohio  45423 | Legal Services |
| Crowley Stringer & Fenske LLP | 456 Montgomery Street, 17th Floor<br>San Francisco, California  94104 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Customs Network Ltd. | 36 Park Road<br>Benfleet<br>Essex SS7 3PP<br>United Kingdom | Customs Advocacy* |
| Currie Kendal, P.C. | 6024 Eastman Avenue<br>Midland, Michigan  48640 | Legal Services |
| DLA Piper US, LLP | 550 South Hope Street, Suite 2300<br>Los Angeles, California  90071-2678 | Legal Services |
| Dechert LLP | 30 Rockefeller Plaza<br>New York, New York  10112 | Tax Legal Services |
| Deloitte & Touche | 6 Shenton Way #32-00<br>DBS Building Tower Two<br>Singapore 068809<br>Singapore<br><br>17,21,22 Floor, Korea First Bank Building<br>100 Gongpyeong-dong,<br>Jongro, Seoul<br>110-702<br>Korea<br><br>30/F Bund Center<br>222 Yan An road East<br>Shanghai 200002<br>People's Republic of China | Tax Services* |
| DePenning & DePenning | 10 Government Place East<br>Kolkata 700 069<br>India | Legal Services* |
| Dewitt Ross & Stevens | Capitol Square Office<br>2 East Mifflin Street<br>Suite 600<br>Madison, Wisconsin  53703 | Legal Services |
| Dickinson Wright P.L.L.C. | 500 Woodward Avenue<br>Suite 4000<br>Detroit, Michigan  48226 | Legal Services |
| Dierker & Associates, P.C. | 3331 West Big Beaver Road<br>Suite 109<br>Troy, Michigan  48084 | Legal Services |
| Dinsmore & Shohl, LLP | 255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio  45202<br><br>175 South Third Street, 10th Floor<br>Columbus, Ohio  43215<br><br>1 South Main Street<br>Suite 1300<br>Dayton, Ohio  45402 | Legal Services |
| Donald E. Shrey Ph.D., CRC dba University Rehabilitation, Inc. | 5058 MSB 231 Albert Sabin Way<br>Cincinnati, Ohio  45267 | Legal Services |
| DoveBid, Inc. | 1241 East Hillsdale Boulevard<br>Foster City, California  94404 | Non-Legal Services (Auctioneer) |

6

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Drew & Napier | 20 Raffles Place #17-00<br>Ocean Towers<br>Singapore 048620<br>Singapore | Tax Consultancy Services* |
| Drew, Eckl & Farnham, LLP | Drew Eckl & Farnham LLP<br>880 West Peachtree Street N.W.<br>Atlanta, Georgia  30357 | Legal Services |
| Drinker Biddle & Reath LLP | 1 Logan Square<br>18th & Cherry Streets<br>Philadelphia, Pennsylvania  19103 | Legal Services |
| DuCharme, McMillan & Associates, Inc. | 312 Plum Street<br>Suite 1100<br>Cincinnati, Ohio  45202 | Tax Compliance Services |
| Due, Doyle, Fanning, Ewing & Metzger, LLP | 55 Monument Circle<br>900 Circle Tower Building<br>Indianapolis, Indiana  46204 | Legal Services |
| Eldridge Cooper Steichen & Leach, PLLC | 110 West 7th Street<br>Suite 200<br>Tulsa, Oklahoma  74119 | Legal Services |
| ELİG | Çitlenbik Sokak, No:12<br>Yıldız Mahallesi 34349<br>Beşiktaş, İstanbul<br>Turkey | Legal Services* |
| Ella Cheong Spruson & Ferguson (Singapore) Pte Ltd. | 152 Beach Road #30-00<br>Gateway East<br>Singapore 189721<br>Singapore | Legal Services* |
| Ernst & Young<br><br>Ernst & Young AG<br><br><br><br><br>Ernst & Young Hua Ming<br><br><br>Ernst & Young Tower<br><br><br>Shin Nihon Ernst & Young | 6 rue Jean Monnet<br>L2180<br>Luxembourg<br><br>Rothenbaumchaussee 78<br>20148 Hamburg<br>Postfach 30 17 09<br>2036 Hamburg<br>Germany<br><br>23/F, The Center<br>989 Chang Le Road<br>Shanghai 200031<br>People's Republic of China<br><br>B-26 Qutab Institutional Area<br>New Delhi, 110016<br>India<br><br>Hibiya Kokusai Building 20th Floor<br>2-2-3, Uchisaiwai-cho<br>Chiyodaku, Tokyo Japan 100-0011 | Tax Services and Customs Consultancy* |
| Eyster, Key, Tubb, Weaver & Roth | 402 East Moulton Street S.E.<br>Decatur, Alabama  35601<br><br>PO Box 1607<br>Decatur, Alabama  35602 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Falge and McLean | 3300 Vickery Road<br>North Syracuse, New York  13212 | Legal Services |
| Falkowski PLLC | PO Box 650<br>Novi, Michigan  48376-0650 | Legal Services |
| Fennemore Craig, Professional Corporation | 3003 North Central Avenue<br>Suite 2600<br>Phoenix, Arizona  85012 | Legal Services |
| Foster, Swift, Collins & Smith, P.C. | 313 South Washington Square<br>Lansing, Michigan  48933 | Legal Services |
| Frost Brown Todd LLC | 2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio  45202-4182 | Legal Services |
| Gable & Gotwals Law Firm | 1100 Oneok Plaza<br>100 West 5th Street<br>Suite 100<br>Tulsa, Oklahoma  74103 | Legal Services |
| Garcia & Villarreal LLP | 4401 North McColl Road<br>McAllen, Texas  78504 | Legal Services |
| Gielowski and Steiner, LLP | 135 Delaware Avenue<br>Suite 405<br>Buffalo, New York  14202 | Legal Services |
| Global Quality Institute | 37 Marotta Avenue<br>Brampton, ON  L6X 4W9<br>Canada | Auditing Services |
| Goldberg Segalla LLP | 665 Main Street<br>Suite 400<br>Buffalo, New York  14203 | Legal Services |
| Gowling Lafleur Henderson LLP | Box 466, Station D<br>Ottowa, Ontario  K1P 1C3<br>Canada<br><br>160 Elgin Street<br>Suite 2600<br>Ottawa, Ontario  K1P 1C3<br>Canada | Legal Services* |
| Grant Thornton LLP | 27777 Franklin Road<br>Suite 800<br>Southfield, Michigan  48034 | Auditing and Tax Services |
| Grassi & Toering, PLC | 888 West Big Beaver Road<br>Suite 750<br>Troy, Michigan  48084 | Legal Services |
| Gresk & Singleton | 950 South Meridian Street, #410<br>Indianapolis, Indiana  46225 | Legal Services |
| Gwinn & Roby | 4100 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas  75270 | Legal Services |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | 30 Columbia Turnpike<br>Florham Park, New Jersey   07932 | Legal Services |
| Hall Prangle & Schoonveld, LLC | 225 West Washington Street<br>Suite 2700<br>Chicago, Illinois  60606 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers<br>107 Delaware Avenue<br>Buffalo, New York  14202 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | 601 Poydras Street<br>Suite 2750<br>New Orleans, Louisiana  70130 | Legal Services |
| Hardy, Lewis & Page, P.C. | 401 South Old Woodward Avenue<br>Suite 400<br>Birmingham, Michigan 48009 | Legal Services |
| Harlan and Harlan | 1360 South. 5th Street<br>St. Charles, Missouri  63301 | Legal Services |
| Harris Beach LLP | 99 Garnsey Road<br>Pittsford, New York | Legal Services |
| Hartman & Hartman P.C. | 15 North Franklin<br>Suite 250<br>Valparaiso, Indiana  48383<br><br>552 East 700 North<br>Valparaiso, Indiana  46383 | Legal Services |
| Haseltine Lake | Redcliff Quay, 120 Redcliff Street<br>Bristol BS1 6HU<br>United Kingdom | Legal Services* |
| Heller Ehrman White & McAuliffe | 120 West 45th Street, 21st Floor<br>New York, New York  10036-4041<br><br>PO Box 60000<br>San Francisco, California  94160-3536<br><br>7 Times Square<br>New York, New York  10036 | Legal Services |
| Jane Ann Himsel, Esq. | 5855 Forest Lane<br>Indianapolis, Indiana  46222 | Legal Services |
| Hogan & Hartson, LLP | 555 13th Street N.W.<br>Washington, D.C.  2004 | Legal Services* |
| Honigman, Miller, Schwartz and Cohn LLP | 2290 First National Building<br>550 Woodward Avenue<br>Detroit, Michigan 48226 | Legal Services |
| Horwood, Marcus & Berk Chartered | 180 North. Lasalle Street<br>Chicago, Illinois  60601 | Tax Consultancy Services |
| Hudson, Potts & Bernstein | 130 Desiard Street<br>Monroe, Louisiana  71210 | Legal Services |
| Humphreys, Campbell, Dust & Humphreys, P.C. | 5090 State Street, Building A<br>Suite One<br>Saginaw, Michigan  48603 | Legal Services |
| Hunton & Williams LLP | Bank of America Plaza<br>Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia  30308-2216 | Legal Services |
| Huron Consulting Services LLC | 550 West Van Buren Street<br>Chicago, Illinois  60607 | Financial Advisory Services |
| Ice Miller | One American Square, #82001<br>Indianapolis, Indiana  46282 | Legal Services |
| INDIEC Indiana Industrial Energy Consumers, Inc. | 1700 One American Square<br>Box 82053<br>Indianapolis, Indiana  46282-0003 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Avenue, N.W. Washington, D.C.  20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 North. Evansdale Drive Bloomfield Hills, Michigan  48304 | Legal Services |
| Jefferson Wells | 4000 Town Center Suite 725 Southfield, Michigan  48075 | Auditing Services |
| John A. Artz P.C. | 28333 Telegraph Road Suite 250 Southfield, Michigan  48034 | Legal Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Avenue North Suite 2900 Birmingham, Alabama  35203 | Legal Services |
| Jones Lang LaSalle Americas, Inc. | 33845 Treasury Center, Chicago, Illinois 60694 | Real Estate Transaction Management Services |
| Keating, Muething & Klekamp, P.L.L. | 1400 Provident Tower 1 East 4th Street Cincinnati, Ohio  45202 | Legal Services |
| Keefe and Associates | 24405 Gratiot Avenue Eastpointe, Michigan  48021 | Legal Services |
| Kenneth Mason | The Book Barn Westbourne Hampshire, PO10 8RS United Kingdom | Legal Services* |
| Kenyon & Kenyon | One Broadway New York, New York  10004 | IP Legal Services |
| Kevin P. Weldon | 5935 Westchester Street Alexandria, Virginia  22310 | Legal Services |
| Kim & Chang | Seyang Building 223 Naeja Dong Chongro Du Seoul 110 Republic of Korea  Seyang Building 223 Naeja Dong Chongro Ku Seoul Republic of Korea  Seyang Building 223 Naeja-Dong, Jongno-Gu Seoul Republic of Korea | Tax Consultancy Legal Services* |
| Kirton & McConkie | 1800 Eagle Gate Tower 60 East South Temple Salt Lake City, Utah  84145 | Legal Services |
| Konnov & Sozanovsky | 23 Shota Rustaveli Street Suite 3 Kiev, 01019 Ukraine | Antitrust Services* |

10

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| KPMG (Canada) | 2000 McGill College Avenue<br>Suite 1900<br>Montreal, Quebec<br>H3A 3H8<br>Canada | Tax Compliance Services* |
| KPMG LLP (UK) | St James' Square<br>Manchester M2 6DS<br>United Kingdom | |
| KPMG (Hungary) | Vci t 99<br>H – 1139 Budapest<br>Hungary | |
| L.C. Begin & Associates, PLLC | 510 Highland Avenue PMB 403<br>Milford, Michigan  48381-1586 | Legal Services |
| Langley & Banack, Inc. | Trinity Plaza II, Ninth Floor<br>745 East Mulberry<br>San Antonio, Texas | Tax Services |
| Lathrop & Gage | 2345 Grand Boulevard<br>Suite 2800<br>Kansas City, Missouri  64108 | Legal Services |
| Lavin O'Neil Ricci Cedrone & DiSipio | Suite 500<br>190 North Independence Mall West<br>Philadelphia, Pennsylvania  19106<br><br>8000 Midlantic Drive<br>Suite 201 South<br>Mount Laurel, New Jersey  08054<br><br>780 Third Avenue<br>New York, New York  10017 | Legal Services |
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad<br>Suite 1310<br>San Antonio, Texas  78205 | Legal Services |
| Law Offices of Brian C. Pauls | 919 South. Harrison Street<br>Suite 320<br>Fort Wayne, Indiana  46802 | Legal Services |
| Law Office of Daniel Roemer, P.C. | 1111 Civic Drive<br>Suite 380<br>Walnut Creek, California  94596 | Legal Services |
| Law Office of Robert E. Willyard | 600 West Santa Ana Boulevard, #101<br>Santa Ana, California  92701 | Legal Services |
| Law Offices of Thomas J. Trenta, PLLC | 33 Bloomfield Hills Parkway<br>Suite 155<br>Bloomfield Hills, Michigan  48304 | Legal Services |
| Lee Tsai & Partners Attorneys | 5A, 218 Tun Hwa S. Road Sec. 2<br>Taipei 106, Taiwan<br>People's Republic of China | Legal Services |
| Leger Robic Richard, L.L.P. | Centre CDP Capital<br>1001 Victoria Square Bloc E 8th Floor<br>Montreal Quebec H2Z 2B7<br>Canada | Legal Services* |

11

| **NAME OF PROFESSIONAL** | **ADDRESS OF PROFESSIONAL** | **DESCRIPTION OF SERVICES** |
|---|---|---|
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | 3131 Princeton Pike - 1B<br>Trenton, New Jersey  08648 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 S. Park Avenue<br>Warren, Ohio  44482<br>PO Box 151<br>Warren, Ohio  44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Road<br>Suite 120<br>Southfield, Michigan  48076 | Legal Services |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr.<br>PO Box 82053<br>1700 One American Square<br>Indianapolis, Indiana  46282 | Legal Services |
| Littler Mendelson, P.C. | 111 Monument Circle, Suite 702<br>Indianapolis, Indiana 46204 | Legal Services |
| Locke Reynolds LLP | 201 North Illinois Street<br>Suite 1000<br>PO Box 44961<br>Indianapolis, Indiana  46244 | Legal Services |
| Locker & Lee | 6600 East Campus Circle Drive<br>Suite 310<br>Irving, Texas  75063 | Legal Services |
| Mallesons Stephen Jaques | Level 50, Bourke Place<br>600 Bourke Street<br>Melbourne VIC 3000<br>Australia | Legal Services |
| Manitz, Finsterwald & Partner | Postfach 31 02 20<br>80102 Munchen<br>Germany | Legal Services* |
| Marcus Orbelius, Ekonom Support AB | Tallkrogsplan 93,<br>122 60 ENSKEDE<br>Sweden | |
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014<br>Edificio Paraguay, Ground Floor #4<br>Colonia Romero de Terreros<br>C.P. 04310, Delegacion Coyoacan<br>Mexico, D.F. | Customs Advisory Services* |
| Mark A. Navarre | 200 S. Main Street<br>Room B-1 PO Box 537<br>Urbana, Ohio  43078 | Legal Services |
| Mark Lewis, Barrister | 2 Braemore Gardens<br>Toronto, Ontario<br>Canada M6G 2C | Legal Services |
| Marks & Clerk | Alpha Tower,<br>Suffolk Street Queensway,<br>Birmingham, B1 1TT<br>United Kingdom | IP Legal Services |
| Marshall, Gerstein & Borun | 6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois  60606 | Legal Services |
| Marylou J. Lavoie | 1 Banks Road<br>Simsbury, Connecticut  06070 | Legal Services |

12

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Maynard, Cooper & Gale, P.C. | 1901 6th Avenue North<br>Suite 2400<br>Birmingham, Alabama  35203 | Legal Services |
| McCarter & English | Mellon Bank Center<br>Suite 700<br>1735 Market Street<br>Philadelphia, Pennsylvania  19103 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto<br>Dominion Bank Tower, Box 48<br>Toronto Ontario M5K 1E6<br>Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 West. Prospect Avenue<br>Cleveland, Ohio  44115 | Legal Services |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | 100 Mulberry Street<br>Newark, New Jersey  07102 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza<br>Suite 1201<br>East Hartford, Connecticut  06108 | Legal Services |
| McGlinchey Stafford PLLC | 643 Magazine Street<br>New Orleans, Louisiana  70130-3477 | Legal Services |
| McGlynn & Luther | 500 North Broadway<br>Suite 1515<br>Saint Louis, Missouri  63102 | Legal Services |
| McKenna Long & Aldridge LLP | 1900 K Street N.W.<br>Washington, D.C.  20006 | Legal Services |
| McNees Wallace & Nurick LLC | P.O.Box 1166<br>100 Pine Street<br>Harrisburg, Pennsylvania  17108 | Legal Services |
| Michael D. Schloff, PLLC | 6905 Telegraph Road<br>Suite 215<br>Bloomfield Hills, Michigan  48301 | Legal Services |
| Micheal, Best and Fredrick LLP | 100 East. Wisconsin Avenue<br>S300<br>Milwaukee, Wisconsin  53202 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | 1 Financial Center<br>Boston, Massachusetts  02111 | Legal Services |
| Moffatt Thomas Barrett Rock & Fields -Chartered | 101 South Capitol Boulevard<br>10th Floor<br>Boise, Idaho 83702 | Legal Services |
| Momsen, Leonardos & Cia | Rua Teofilo Otoni 63<br>10 Andar Centro Rio de Janeiro<br>RJ 20090-080<br>Brazil | Legal Services* |
| Moore Hansen & Sumner | 225 South 6th Street<br>Suite 4850<br>Minneapolis, Minnesota  55402 | Legal Services |
| Morgan, Lewis & Bockius LLP | 101 Park Avenue<br>New York, New York  10178<br><br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C  20004 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Mounce, Green, Myers, Safi & Galatzan | 100 N. Stanton<br>Suite 1700<br>El Paso, Texas  79901-1448 | Legal Services |
| Naciri & Associates<br>Gide Loyrette Nouel | 52, Boulevard Zerktouni<br>Espace Erreda 5eme etage<br>20000 Casablanca<br>Morocco | Legal Services* |
| Nakamura & Partners | Shin-Tokyo Building<br>3-1, Marunochi 3-Chome, Chiyoda-Ku<br>Tokyo, 100-8355<br>Japan | Legal Services* |
| Neal Gerber & Eisenberg, LLP | 2 North Lasalle Street<br>Chicago, Illinois  60602 | Legal Services |
| Ogne, Alberts & Stuart, P.C. | 1869 East Maple Road<br>Troy, Michigan  48083 | Legal Services |
| Parker and Irwin | 348 West Hospitality Lane<br>San Bernardino, California  92408 | Legal Services |
| Paul E. Riegel, Esq. | 2525 North 124th Street<br>Brookfield, Wisconsin  53005 | Legal Services |
| Paul, Hastings, Janofsky & Walker LLP | 515 South Flower Street, 24th Floor<br>Los Angeles, California  90071<br><br>600 Peachtree Street N.E.<br>Suite 2400<br>Atlanta, Georgia  30308 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Drive<br>Suite 300<br>Commerce Township, Michigan  48390 | Legal Services |
| Pelaez Alonso, S.C. | Colonia del Valle<br>C.P. 03100, Delegacion Benito Juarez<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Phelps Dunbar LLP | Canal Place<br>365 Canal Street 2000<br>New Orleans, Louisiana  70130<br><br>111 East Capitol<br>Suite 600<br>Jackson, Mississippi  39225<br><br>PO Box 23066<br>Jackson, Mississippi  39255 | Legal Services |
| Phelps, Jenkins, Gibson & Fowler, LLP | P.O. Box 020848<br>Tuscaloosa, Alabama 35402-0848 | Legal Services |
| Phifer & White, P.C. | L.B. Kind Building<br>Suite 500<br>1274 Library Street<br>Detroit, Michigan  48246 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Phillips Ormonde and Fitzpatrick | 367 Collins Street<br>Melbourne 3000<br>Australia<br><br>PO Box 323<br>Collins Street West 8007<br>Melbourne<br>Australia | Legal Services* |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, Texas 77010<br><br>PO Box 60000<br>San Francisco, California 94160 | Legal Services |
| Plews Shadley Racher & Braun | 1346 North Delaware Street<br>Indianapolis, Indiana 46202 | Legal Services |
| Plunkett & Cooney, P.C. | 38505 Woodward<br>Suite 2000<br>Bloomfield Hills, Michigan 48304<br><br>900 Marquette Building<br>243 West Congress<br>Suite 800<br>Detroit, Michigan 48226<br><br>1695 Woodward Avenue<br>Suite 210<br>Bloomfield Hills, Michigan 48013 | Legal Services |
| Porterfield, Harper & Mills, P.A. | 22 Inverness Center Pkwy<br>Suite 600<br>Birmingham, Alabama 35242<br><br>PO Box 530790<br>Birmingham, Alabama 35253 | Legal Services |
| Prichard, Hawkins, McFarland & Young LLP | Union Square<br>Suite 600<br>10101 Reunion Place<br>San Antonio, Texas 78216 | Legal Services |
| Quan, Burdette & Perez, P.C. | 5177 Richmond Avenue<br>Suite 800<br>Houston, Texas 77056 | Legal Services |
| Quarles & Brady LLP | 441 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, Wisconsin 53202 | Legal Services |
| Quattlebaum, Grooms, Tull & Burrow PLLC | 111 Center Street<br>Suite 1900<br>Little Rock, Arkansas 72201 | Legal Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90071 | Legal Services |
| Ralph L. Hensler | 1623 Third Avenue 20G<br>New York, New York 10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 West Big Beaver<br>Suite 400<br>Troy, Michigan 48084 | Legal Services |

15

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
| --- | --- | --- |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Drive<br>Suite D<br>Tustin, California  92780 | Legal Services |
| Roetzel and Andress | 222 S. Main Street<br>Akron, Ohio  43308 | Legal Services |
| Rogitz & Associates | 750 B Street<br>Suite 3120 Symphony Tower<br>San Diego, California  92101 | Legal Services |
| Rumberger Kirk & Caldwell P.A. | 300 South Orange Avenue<br>Lincoln Plaza<br>Suite 1400<br>Orlando, Florida | Legal Services |
| Russell & Stoychoff | 2855 Coolidge Highway #218<br>Troy, Michigan  48084 | Legal Services |
| Sager and Savage | 5152 Katella Avenue<br>Suite 104<br>Los Alamitos, California  90720 | Legal Services |
| Samil PricewaterhouseCoopers | Kukje Center Building<br>191191 Hankangro 2ga Yongsanku<br>Seoul 140-702<br>Korea | Tax Services* |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway<br>Cincinnati, Ohio  45242 | Legal Services |
| Schmeiser, Olson & Watts | 18 E. University Drive<br>Suite 101<br>Mesa, Arizona  85201<br><br>3 Lear Jet Lane<br>Suite 201<br>Latham, New York  12110<br><br>125 High Rock Avenue<br>Saratoga Springs, New York  12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Highway<br>Farmington Hills, Michigan  48334<br><br>PO Box 634213<br>Cincinnati, Ohio  45263 | Legal Services |
| Sidley Austin Brown & Wood LLP | Square de Meeus 35<br>B-1000 Brussels<br>Belgium | Legal Services* |
| Robert M. Sigler, Esq. | 3560 Eastbourne Drive<br>Troy, Michigan  48084 | Legal Services |
| Ruggirello, Velardo, Novara & Ver Beek, P.C. | 65 Southbound Gratiot Avenue<br>Mt. Clemens, Michigan  48043 | Legal Services |
| Slagle, Bernard & Gorman, P.C. | 600 Plaza West Building<br>4600 Madison Avenue<br>Suite 600<br>Kansas City, Missouri  64105 | Legal Services |
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac Street<br>Montgomery, Alabama  36106 | Accounting Consultancy Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Smith, Gambrell & Russell, L.L.P. | 1850 M Street N.E.<br>Suite 800<br>Washington, DC  20036<br><br>1230 Peachtree Street N.E.<br>Suite 3100<br>Atlanta, Georgia  30309 | Legal Services |
| Snell & Wilmer LLP | One Arizona Center<br>400 E. Van Buren, 10th Floor<br>Phoenix, Arizona  85004<br><br>1500 Citibank Tower<br>1 S. Church Avenue<br>Tucson, Arizona  85701 | Legal Services |
| Squire, Sanders & Dempsey, LLP - DC | 1201 Pennsylvania Avenue N.W. 5th<br>PO Box 407<br>Washington, DC  20004<br><br>1300 Huntington Center<br>41 S. High Street<br>Columbus, Ohio  43215<br><br>PO Box 643051<br>Cincinnati, Ohio  45264 | Legal Services |
| Stikeman Elliott LLP | 199 Bay Street (King & Bay)<br>5300 Commerce Court West<br>Toronto, Ontario M5L 1B9<br>Canada | Legal Services* |
| Stockwell, Harris, Widom and Wooly | 3580 Wilshire Boulevard, #1900<br>Los Angeles, California  90010 | Legal Services |
| Stout Risius Ross, Inc. | 32255 Northwestern Highway<br>Suite 201<br>Farmington Hills, Michigan  48334 | Valuation Services |
| Sutherland Asbill & Brennan LLP | 1275 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Legal Services |
| Swift Currie McGhee & Hiers, LLP | 1355 Peachtree Street N.E.<br>Suite 300<br>Atlanta, Georgia  30309 | Legal Services |
| The Legal Department PLLC | 111 Royal Avenue<br>Royal Oak, Michigan  48073 | Legal Services |
| Thelen Reid & Priest LLP | 225 West Santa Clara Street<br>Suite 1200<br>San Jose, California  95113 | Legal Services |
| Thompson & Knight LLP | 1700 Pacific Avenue<br>Suite 3300<br>Dallas, Texas  75201 | Legal Services |
| Thorn Gershon Tymann and Bonanni, LLP | P.O. Box 15054<br>Albany, New York  12212 | Legal Services |
| Tinoco Soares & Filho Ltda | Av. Indianopolis 995<br>Sao Paulo 04063-001<br>Brazil | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Tsar and Tsai | 8th Floor 245 Dunhua S. Road<br>Sec 1 Taipei 106<br>ROC<br>Taiwan<br>People's Republic of China | Legal Services* |
| Trench, Rossi e Watanabe – Advogados | Av. Dr. Chucri Zaidan, 920<br>13 o andar – Market Place Tower I<br>04583-904 Sao Paulo, SP<br>Brazil | Legal Services* |
| Turner Reid Duncan Loomer & Patton P.C. | 1355 East Bradford Pkwy<br>Suite  A<br>Springfield, Missouri  65804 | Legal Services |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza<br>8th Floor<br>Houston, Texas  77046 | Legal Services |
| Vedder Price Kaufman & Kammholz | 222 North Lasalle Street<br>Chicago, Illinois 60601 | Legal Services |
| Vereenigde | PO Box 87930<br>2508 DH Den Haag<br>Netherlands | Legal Services* |
| Vicky Farah Law Offices | 201 East Liberty Street<br>Ann Arbor, Michigan  48104 | Legal Services |
| von Kreisler Selting Werner | P.O Box 102241<br>D-50462 Koln<br>Germany | Legal Services* |
| Vorys, Sater, Seymour & Pease LLP | 52 East Gay Street<br>P.O. Box 1008<br>Columbus, Ohio  43216 | Tax Services |
| Ward Norris Heller & Reidy, LLP | 300 State Street<br>Rochester, New York  14614 | Legal Services |
| Wash Pat LLC | The Office Complex of Pasadena<br>933 Oleander Way South<br>Suite 3<br>South Pasadena, Florida  33707 | Legal Services |
| Watkins Ludlam Winter & Stennis, P.A. | 633 North State Street<br>P.O. Box 427<br>Jackson, Mississippi  39205 | Legal Services |
| Wax Law Group | 2118 Wilshire Boulevard<br>Suite 407<br>Santa Monica, California  90403 | Legal Services |
| Webb Law Firm | 436 7th Avenue<br>Suite 700<br>Pittsburgh, Pennsylvania  15219 | Legal Services |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C. | 700 Kopper Building<br>436 7th Avenue<br>Suite 700<br>Pittsburgh, Pennsylvania  15219 | Legal Services |
| Wells, Anderson & Race, LLC | 1700 Broadway<br>Suite 1020<br>Denver, Colorado  80290 | Legal Services |

| **NAME OF PROFESSIONAL** | **ADDRESS OF PROFESSIONAL** | **DESCRIPTION OF SERVICES** |
|---|---|---|
| Wesley D. Pack Jr. | 201 Donna Mae Lane<br>Leonard, Michigan  48367<br><br>16533 East Campbell<br>Gilbert, Arizona  85234 | Legal Services |
| Weston Hurd LLP | The Tower at Erieview<br>1301 East 9th Street<br>Suite 1900<br>Cleveland, Ohio  44114 | Legal Services |
| White Brenner Group | 7702 E. Doubletree Ranch Rd.<br>Suite 300<br>Scottsdale, Arizona  85258 | Legal Services |
| White and Williams LLP | 1800 One Liberty Place<br>Philadelphia, Pennsylvania  19103 | Legal Services |
| Williams & Williams | 43 Court Street<br>Suite 1000<br>Buffalo, New York  14202 | Legal Services |
| Wimer Law Offices, P.C. | 655 Allegheny Avenue<br>Oakmont, Pennsylvania | Legal Services |
| Wise, Carter, Child & Caraway | 600 Heritage Building<br>401 East Capitol Street<br>Suite 600<br>Jackson, Mississippi  39201<br><br>P.O.Box 651<br>Jackson, Mississippi  39205 | Legal Services |
| Wolff & Samson P.C. | The Offices at Crystal Lake<br>One Boland Drive<br>West Orange, New Jersey  07052 | Legal Services |
| Wood and Richmond | 3300 Vickery Road<br>North Syracuse, New York  13212 | Legal Services |
| Wood, Herron & Evans, L.L.P. | 2700 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio  45202 | Legal Services |
| Wooden & McLaughlin, LLP | 1 Indiana Square<br>Suite 1800<br>Indianapolis, Indiana  46204 | Legal Services |
| Young & Basile P.C. | 3001 West Big Beaver Road<br>Suite 624<br>Troy, Michigan  48084 | Legal Services |
| Yuasa & Hara | Section 206 New Ohtemachi Building<br>2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |
| Zeanah, Hust & Summerford | AmSouth Bank Building<br>2300 University Boulevard<br>7th Floor<br>Tuscaloosa, Alabama  35401 | Legal Services |