WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Christopher J. Marcus (CM 8467)

Attorneys for Lexington Rubber Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **Delphi Corp., et al.,** | : 05-44481 (RDD) |
| | : |
| | : **(Jointly Administered)** |
| **Debtors.** | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York    )
                     )   ss.:
County of New York   )

Duke Amponsah, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 10th day of March 2008, I caused a true and correct copies of the following pleadings to be served upon the parties listed in Exhibit A via Overnight Mail.

   ✓ Cure Claim of Lexington Rubber Group, Inc. [Docket No. 13034]

*(signature)*
Duke Amponsah

Sworn to before me this
12th day of March 2008

*(signature)*

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

# EXHIBIT A

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: David M. Sherbin, General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 21 00
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
George N. Panagakis
Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti
Thomas J. Matz

Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, New York 10 1 19
Attn: Neil S. Berger

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245