SQUIRE, SANDERS & DEMPSEY, L.L.P.
Counsel for the City of Dayton, Ohio
G. Christopher Meyer (GM 9058) (OH 0016268)
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile:  (216) 479-8780
cmeyer@ssd.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :    Chapter 11
In re                                                         :
                                                              :    Case No. 05-44481
DELPHI CORPORATION, *et al.*,                                 :    Jointly Administered
                                                              :
                    Debtors.                                  :    Judge Drain
------------------------------------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), G. Christopher Meyer of Squire, Sanders & Dempsey L.L.P. ("Squire Sanders"), hereby appears in the above-captioned case and its affiliated cases (collectively, the "Cases") as counsel for and on behalf of the City of Dayton, Ohio ("Dayton") and, pursuant to Rule 2002 of the Bankruptcy Rules, request that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with the Cases, be served upon G. Christopher Meyer at:

> G. Christopher Meyer
> 4900 Key Tower
> 127 Public Square
> Cleveland, Ohio 44114-1304
> Telephone: (216) 479-8500
> Facsimile:  (216) 479-8780
> CMeyer@ssd.com

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of any of the Parties' (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights to which any of them are or may be entitled, in law or in equity, all of which the Parties expressly reserve.

Dated: March 12, 2008

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

*/s/ G. Christopher Meyer*
G. Christopher Meyer (GM-9058) (OH 0016268)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
CMeyer@ssd.com

Counsel for the City of Dayton, Ohio