# Creditor Data for Claim Number 16395

| | |
|---|---|
| **Creditor Name:** Longacre Master Fund Ltd<br>**Creditor Notice Name:** Vladimir Jelisavcic | **Date Claim Filed:** 10/30/2006<br>**Delphi Claim #:** 16395<br>**Court Claim #:** 16395<br>**Amend/Replace?** Amend   **A/R Date:** 7/12/2006 |
| **Debtor Name:** Delphi Automotive Systems LLC<br>**Case Number:** 05-44640 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $655,686.82 | **Creditor Info Altered?** N<br>**Objection Filed?** Y **Basis:** Late Filed **Total Amount:** $655,686.82<br>**Objection History** |
| **Schedule:** F<br>**Schedule Amt:** $638,839.98 | |

| Basis | Status | Notes |
|---|---|---|
| Late Filed Claims | Not resolved yet | |