McDERMOTT WILL & EMERY LLP
Peter A. Clark (IL# 6203985)
Jason J. DeJonker (IL# 6272128)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York 10173-1922
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel for Temic Automotive of North America, Inc.
and Motorola, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------ X | | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------ X | | |

**WITHDRAWAL OF TEMIC AUTOMOTIVE OF NORTH AMERICA, INC.
AND MOTOROLA, INC.'S OBJECTION TO DEBTORS' NOTICE OF CURE AMOUNT
WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE
ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND
HALFSHAFT BUSINESS**

Temic Automotive of North America, Inc. and Motorola, Inc. (together, the "Objectors"), hereby withdraw their objection filed on February 5, 2008 (Dkt. No. 12519) to the Debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business based on the fact that P.O. # 550068913 is not part of the contracts to be assumed and assigned in connection with the sale of the Steering and Halfshaft Business.

NYK 1150942-2.034764.0216

Dated: March 12, 2008

        Respectfully submitted,

        **McDermott Will & Emery LLP**

        By: /s/  James M. Sullivan
        James M. Sullivan (JS-2189)
        340 Madison Avenue
        New York, New York  10173-1922
        Telephone:  (212) 547-5400
        Fax:  (212) 547-5444

        Peter A. Clark
        Jason J. DeJonker
        227 West Monroe Street
        Chicago, Illinois 60606
        Telephone: (312) 372-2000
        Facsimile: (312) 984-7700

        *Counsel for Temic Automotive of*
        *North America, Inc. and Motorola, Inc.*