05-44481-rdd    Doc 13090-1    Filed 03/12/08    Entered 03/12/08 14:27:22    Certificate of Service    Pg 1 of 1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, March 12, 2008, I served the accompanying Withdrawal of Temic Automotive of North America, Inc. and Motorola, Inc.'s Objection to Debtors' Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      March 12, 2008

                                            /s/ Amelia J. Crowley
                                            Amelia J. Crowley

NYK 1150987-1.076532.0011