## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### (Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On March 11, 2008, a true and correct copy of the *Notice of Withdrawal of Notice Of Motion and Motion And Request For An Order Of Contract Counterparties Extending The Time To File Certain Notices Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization*, in the above captioned proceeding, has been caused to be served on the parties and by the methods identified on the attached Service List.

By:   /s/ Donna Angiulo
Donna Angiulo

Sworn to before me this
11th day of March, 2008.

  /s/ Anthony Stumbo
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

# SERVICE LIST

## FEDERAL EXPRESS

Honorable Robert D. Drain, United States
Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons
and Ron E. Meisler

## FAX

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel
Fax: (248) 813-2673

## EMAIL

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons
and Ron E. Meisler
john.lyons@skadden.com

Jbutler@skadden.com
Kayalyn.Marafioti@skadden.com
Thomas.J.Matz@skadden.com
Lisa.Diaz@skadden.com
George.Panagakis@skadden.com
Ron.Meisler@skadden.com
Nathan.Stuart@skadden.com
Sarah.Platt@skadden.com

White & Case LLP,
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900 Miami,
Florida 33131
Att'n: Thomas E. Lauria
tlauria@whitecase.com

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: John M Reiss and Gregory Pryor
jreiss@whitecase.com
gpryor@whitecase.com

Fried, Frank, Harris, Shriver
  & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart
Bonnie.Steingart@friedfrank.com

Davis Polk & Wardwell
450 Lexington Avenue
New York; New York 10017
Att'n: Donald Bernstein and Brian Resnick
Donald.Bernstein@dpw.com
Brian.Resnick@dpw.com

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: Glenn M Kurtz and Gregory Pryor
gpryor@whitecase.com
gkurtz@whitecase.com

Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Att'n: Neil Berger
Nberger@teamtogut.com

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n Robert J. Rosenberg and Mark A. Broude
Mark.Broude@lw.com
Robert.Rosenberg@lw.com

Appaloosa Management L.P.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Att'n: Thomas E. Lauria
tlauira@whitecase.com

2002 Service List

**FIRST CLASS MAIL ON
2002 SERVICE LIST PARTIES
WITHOUT EMAIL ADDRESSES**

Dykema Gossett PLLC
10 Wacker, Suite 2300
Chicago, IL 60606
Att'n: Gregory J. Jordan

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130

Pickrel Shaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423
Att'n: Sarah B. Carter Esq.

Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734
Att'n: John V. Gorman