Ilan Markus, Esq. (IM7174)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive
P.O. Box 1936
New Haven, CT 06509-0906
Phone: (203) 784-8200
Fax: (203) 777-1181
imarkus@tylercooper.com

Counsel to Barnes Group Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

=========================================x
                                         :
In re:                                   :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                              Debtors.   :    (Jointly Administered)
=========================================x

### NOTICE OF WITHDRAWAL OF OBJECTION OF
### BARNES GROUP INC. TO DEBTORS' NOTICE OF ASSUMPTION
### AND ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE
### TO BUYER IN CONNECTION WITH SALE OF DEBTORS' BEARINGS BUSINESS

Barnes Group Inc. ("Barnes Group"), hereby files this Notice of Withdrawal of Objection (the "Objection") to Debtors' Notice Of Assumption And Assignment Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Debtors' Bearings Business (the "Assumption Notice").[1] In support of its Objection, Barnes Group respectfully states as follows:

1.   On October 8 and 14, 2005, Delphi Corporation ("Delphi"), Delphi Automotive Systems LLC ("Automotive") and certain of Delphi's U.S. subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Assumption Notice.

1

2. On or about January 30, 2008, the Debtors filed the Assumption Notice.

3. On or about February 7, 2008, Barnes Group filed its Objection to the Assumption Notice.

4. By way of a "side letter" between counsel for the Debtors and counsel for Barnes Group, the Debtors have satisfied the assignment and cure-related concerns and issues raised by Barnes in its Objection to the Assumption Notice.

5. Based on the representations of the Debtors in the "side letter" Barnes hereby withdraws its Objection.

## CONCLUSION

WHEREFORE, Barnes respectfully requests that the Court grant such relief as is just and proper under the circumstances.

Dated: March 12, 2008

        Respectfully submitted,
        BARNES GROUP INC.

By: /s/ Ilan Markus
     Ilan Markus, Esq. (IM7174)
     Tyler Cooper & Alcorn, LLP
     555 Long Wharf Drive
     P.O. Box 1936
     New Haven, CT 06509
     Phone: (203) 784-8200
     Fax: (203) 777-1181

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2008, a copy of the attached, was served on each of the following by U.S. Mail, postage prepaid:

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan  48908

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, Michigan  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr.
          John K. Lyons
          Randall G. Reese
          Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(counsel to the Debtors)

Delphi Corporation
Attn:  Deputy General Counsel,
          Transactional & Restructuring
5725 Delphi Drive
Troy, Michigan  48098

Davis Polk & Wardell
Attn:  Donald Bernstein
          Brian Resnick
450 Lexington Avenue
New York, New York  10017
(counsel for the agent under the postpetition credit facility)

Latham & Watkins LLP
Attn:  Robert J. Rosenberg
          Mark A. Broude
885 Third Avenue
New York, New York  10022
(counsel for the official committee of unsecured creditors)

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York, New York  10004
(counsel for the official committee of equity security holders)

Jones Day
Attn:  Walter S. Holzer
77 West Wacker Drive
Chicago, Illinois  60601
(counsel for the Buyer)

Office of the United States Trustee for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

/s/ Ilan Markus
Ilan Markus, Esq.

3