IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :

   In re                                        :       Chapter 11

DELPHI CORPORATION, et al.,        :       Case No. 05-44481 (RDD)

                         Debtors.   :       (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

     I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On March 7, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail and (ii) upon the parties listed on Exhibit B hereto via electronic notification:

     Debtors' Omnibus Reply in Support of Expedited Motion Under 11 U.S.C. Section 1142(b) and Fed. R. Bankr. P. 3020(d) for Implementation of Debtors' Confirmed Plan of Reorganization (Docket No. 13001)

Dated: March 11, 2008

                                                  */s/ Elizabeth Adam*
                                                  Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ L. Maree Sanders*

Commission Expires:   *10/1/09*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein, Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092, 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler, Bonnie Steingart, Vivek Melwani, Jennifer L Rodburg, Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/10/2008 11:53 AM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties
(Not otherwise included on Master Service List)

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A-D Acquisition Holdings, LLC | John M. Reiss, Gregory Pryor | White & Case LLP | 1155 Ave of the Americas | New York | NY | 10036-2787 |
| Counsel for GM | Jeffrey L Tanenbaum Michael P Kessler | Weil Gotschal & Manges LLP | 767 Fifth Ave | New York | NY | 10153 |
| Counsel for Goldman Sachs & Co | Robert Reeder | Sullivan & Cromwell LLP | 125 Broad St | New York | NY | 10004 |
| Counsel to Pardus DPH Holding LLC | Rachel C Strickland Morgan D Elwyn | Willkie Farr & Gallagher LLP | 590 Madison Ave | New York | NY | 10019-6099 |
| Counsel to Pardus DPH Holding LLC | Rachel C Strickland Morgan D Elwyn | Willkie Farr & Gallagher LLP | 787 7th Ave | New York | NY | 10019-6099 |
| Davis Polk & Wardwell | Donald S Bernstein Brian Resnick | Davis Polk & Wardwell | 450 Lexington Ave | New York | NY | 10017 |
| Harbinger Del-Auto Investment Company, Ltd. | Benjamin Mintz Lynn Toby Fisher | Kaye Scholer LLP | 425 Park Ave | New York | NY | 10022-3598 |
| Latham & Watkins LLP | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 |
| Merrill Lynch Pierce Fenner & Smith Inc | Andrew N Rosenberg | Paul Weiss Rifkind Wharton Garrison LLP | 1285 Ave of the Americas | New York | NY | 10019-6064 |
| UBS Securities LLC | Leslie N Silverman | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plz | New York | NY | 10006 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/10/2008 11:48 AM
1142 special parties

# EXHIBIT B

Delphi Corporation
Special Parties

| Counsel To | Contact | Firm | Email |
|---|---|---|---|
| ADAH/Harbinger | Benjamin Mintz | Kaye Scholer LLP | bmintz@kayescholer.com |
| ADAH/Harbinger | Lynn Toby Fisher | Kaye Scholer LLP | lfisher@kayescholer.com |
| ADAH/Harbinger | Myron Kirschbaum | Kaye Scholer LLP | mkirschbaum@kayescholer.com |
| ADAH/Harbinger | Chris Shore | White & Case LLP | cshore@whitecase.com |
| ADAH/Harbinger | Doug Baumstein | White & Case LLP | dbaumstein@whitecase.com |
| ADAH/Harbinger | Gregory Pryor | White & Case LLP | gpryor@whitecase.com |
| ADAH/Harbinger | John M. Reiss | White & Case LLP | jreiss@whitecase.com |
| ADAH/Harbinger | Tom Lauria | White & Case LLP | tlauria@whitecase.com |
| General Motors | Jeffrey L. Tanenbaum | Weil Gotshal & Manges LLP | jeff.tanenbaum@weil.com |
| General Motors | Michael P. Kessler | Weil Gotshal & Manges LLP | michael.kessler@weil.com |
| Goldman, Sachs & Co. | Robert Reeder | Sullivan & Cromwell LLP | reederr@sullcrom.com |
| Goldman, Sachs & Co. | Robinson B. Lacy | Sullivan & Cromwell LLP | lacyr@sullcrom.com |
| Merrill Lynch | Andrew N. Rosenberg | Paul Weiss Rifkind Wharton & Garrison LLP | arosenberg@paulweiss.com |
| Merrill Lynch | Justin Brass | Paul Weiss Rifkind Wharton & Garrison LLP | jbrass@paulweiss.com |
| Pardus DPH Holding LLC | Morgan D. Elwyn | Willkie Farr & Gallagher LLP | melwyn@willkie.com |
| Pardus DPH Holding LLC | Rachel C. Strickland | Willkie Farr & Gallagher LLP | rstrickland@willkie.com |
| Postpetition Lenders | Brian Resnick | Davis Polk & Wardwell | brian.resnick@dpw.com |
| Postpetition Lenders | Donald Bernstein | Davis Polk & Wardwell | donald.bernstein@dpw.com |
| UBS Securities | Amy Chung | Cleary Gottlieb Steen & Hamilton LLP | achung@cgsh.com |
| UBS Securities | James L. Bromley | Cleary Gottlieb Steen & Hamilton LLP | jbromley@cgsh.com |
| UBS Securities | Jeffrey A. Rosenthal | Cleary Gottlieb Steen & Hamilton LLP | jrosenthal@cgsh.com |
| UBS Securities | Leslie N. Silverman | Cleary Gottlieb Steen & Hamilton LLP | lsilverman@cgsh.com |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/10/2008 11:48 AM
1142 special parties