SQUIRE, SANDERS & DEMPSEY, L.L.P.
Counsel for the City of Dayton, Ohio
G. Christopher Meyer (GM 9058) (OH 0016268)
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
cmeyer@ssd.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                        :     Chapter 11
In re                             :
                                        :     Case No. 05-44481
DELPHI CORPORATION, *et al.*,      :     Jointly Administered
                                        :
               Debtors.          :     Judge Drain
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I hereby certify that the City of Dayton's (1) Response to Debtors' Twenty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification and Modified Claim Asserting Reclamation, or in the Alternative (2) Motion for Reconsideration of Expungement of the Claim of the City of Dayton Related to the Debtors' Thirteenth Omnibus Objection was served on the people identified on Exhibit A attached hereto via electronic transmission through the Court's electronic filing (ecf) system on the 12th day of March, 2008.

                      Respectfully submitted,

                      SQUIRE, SANDERS & DEMPSEY L.L.P.

                      */s/ G. Christopher Meyer*
                      G. Christopher Meyer (GM-9058) (OH 0016268)
                      4900 Key Tower
                      127 Public Square
                      Cleveland, Ohio 44114-1304
                      Telephone: (216) 479-8500
                      Facsimile: (216) 479-8780
                      CMeyer@ssd.com

                      Counsel for the City of Dayton, Ohio

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Dahl, Sherri Lynn entered on 3/12/2008 at 3:03 PM and filed on 3/12/2008

| | |
|---|---|
| **Case Name:** | Delphi Corporation |
| **Case Number:** | 05-44481-rdd |
| **Document Number:** | 13092 |

**Docket Text:**
Response to Motion *City of Dayton's (1) Response to Debtors' Twenty-Sixth Omnibus Objection Pursuant to 11 U.S.C. ? 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification and Modified Claim Asserting Reclamation, or in the Alternative (2) Motion for Reconsideration of Expungement of the Claim of the City of Dayton Related to the Debtors' Thirteenth Omnibus Objection* (related document(s)[12686]) filed by Sherri Lynn Dahl on behalf of Dayton, City of. with hearing to be held on 3/19/2008 at 10:00 AM at Courtroom 610 (RDD) Objections due by 3/12/2008, (Dahl, Sherri)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\Dahl\Dayton March 12 2008 Response to 26th Omnibus Objection.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/12/2008] [FileNumber=6553252-0]
[a3c8a50487046d448ffb1bb2965e31b916a95e1bc01f8fdc2e00912fac068663a3605
53740ac2bb06151f3f027a6f15e9a381a1e308725a7eb431fae1b6afcd1]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearr

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;sc

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Brendan G. Best    bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Florence Bonaccorso-Saenz    florence.saenz@la.gov

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    timothy.brink@dlapiper.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Paul W. Carey     bankrupt@modl.com, pwcarey@modl.com

Scott Cargill     scargill@lowenstein.com

James S. Carr     KDWBankruptcyDepartment@kelleydrye.com

Roberto Carrillo     rcarrillo@gsblaw.com

D. Christopher Carson     ccarson@burr.com

Michelle Carter     mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey     caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistl

Michael Cassell     mcassell@lefkowitzhogan.com

Ben T. Caughey     ben.caughey@icemiller.com

George B. Cauthen     george.cauthen@nelsonmullins.com

Rocco A. Cavaliere     rcavaliere@blankrome.com, senese@blankrome.com

Babette A. Ceccotti     bceccotti@cwsny.com

Sarah B. Chapman Carter     scarter@pselaw.com

Erik G. Chappell     egc@lydenlaw.com

J Eric Charlton     echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark     maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu     cchiu@daypitney.com

R. John Clark     rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary     david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements     icnewyork@state.tn.us

Tiffany Strelow Cobb     tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen     tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan     mconlan@gibbonslaw.com

Dennis J. Connolly     dconnolly@alston.com

Susan M. Cook     smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

James J. DeCristofaro    jdecristofaro@mofo.com

Karen Veronica DeFio    kdefio@bsk.com

J. Michael Debbeler    mdebbeler@graydon.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato     sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan     TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos     william.dornbos@oag.state.ny.us

Amish R. Doshi     adoshi@daypitney.com

Mary Joanne Dowd     dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich     ddragich@foley.com

David B. Draper     ddraper@terra-law.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com

Seth A. Drucker     sdrucker@honigman.com

David W. Dykhouse     dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton     featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi     weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich     gehrlich@sandw.com

Robert L. Eisenbach     reisenbach@cooley.com

Judith Elkin     judith.elkin@haynesboone.com

Paige Leigh Ellerman     ellerman@taftlaw.com

Bruce N. Elliott     elliott@cmplaw.com

Rex H. Elliott     loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro     bellis-monro@sgrlaw.com

Alyssa Englund     aenglund@orrick.com

Michael R. Enright     menright@rc.com

Richard L. Epling     richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich     margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bfmail@law.ga.gov

Benjamin D. Feder    Lauren.mcevoy@thompsonhine.com

Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer    jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

Edward M. Fox    efox@klgates.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, lmsmith@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Ronald L. Glick    rlg@stevenslee.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com,
bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham    jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak    phcdelphi@priceheneveld.com

Peter J. Gurfein    pgurfein@akingump.com

Elizabeth A. Haas    info@thehaaslawfirm.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel     lah@groom.com

William M. Hawkins     whawkins@loeb.com

Nava Hazan     nhazan@mwe.com

Ryan D. Heilman     rheilman@schaferandweiner.com

Ira L. Herman     ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman     Nherman@morganlewis.com

Brian S. Hermann     bhermann@paulweiss.com

William Heuer     wheuer@dl.com

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh     hirsh.robert@arentfox.com

Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl     mholl@mayerbrownrowe.com

Stephanie K. Hoos     stephanie.hoos@bingham.com

Bruce W. Hoover     bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey     jhumphrey@sbalawyers.com, jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst     jay.hurst@oag.state.tx.us

Donald J. Hutchinson     hutchinson@millercanfield.com

Roland Hwang     hwangr@michigan.gov

Michael G. Insalaco     minsalaco@zeklaw.com

Peter Janovsky     PJanovsky@ZEKlaw.com

Susan Jennik     sjennik@kjmlabor.com

Hilary Jewett     hjewett@foley.com

Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones      rjones@bccb.com

Gregory J. Jordan      gjordan@dykema.com

Richard Josephson      rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane      lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner      andrew.kassner@dbr.com

Jessica Kastin      jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich      wkatich@atg.state.il.us

Kristi A. Katsma      kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating      pkeating@bdblaw.com

David Kennedy      david.kennedy2@usdoj.gov

Thomas M. Kennedy      tkennedy@kjmlabor.com

Jocelyn Keynes      jk@stevenslee.com

Ron Kilgard      BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum      kkirshenbaum@lynchrowin.com

Tracy L. Klestadt      tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg      bklineberg@moritthock.com

Jonathan Koevary      jkoevary@kramerlevin.com, rwagner@kramerlevin.com

Howard Koh      hkoh@meisterseelig.com

Seth F. Kornbluth      skornbluth@herrick.com

Alan M. Koschik      akoschik@brouse.com

Lawrence J. Kotler      ljkotler@duanemorris.com

Stuart A. Krause      skrause@zeklaw.com

Julia S. Kreher      jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Duane Kumagai      dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidle

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

Thomas A. Lee    notices@becket-lee.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@wnj.com, sfraser@wnj.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz    plubitz@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;j

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Deborah A. Mattison    dmattison@wcqp.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@klgates.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Brian Parker Miller    parker.miller@alston.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;r

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Bruce S. Nathan    bnathan@lowenstein.com

Melissa Z. Neier    mneier@ibolaw.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com,
mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    susan.persichilli@bipc.com

Geoffrey J. Peters    colnyecf@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhesser

Susan Power-Johnston    sjohnston@cov.com

Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

Dennis E. Quaid    dquaid@fagelhaber.com

Paul A. Rachmuth    prachmuth@reedsmith.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert     gravert@mwe.com

Eric T. Ray     eray@balch.com

Ira A. Reid     ira.a.reid@bakernet.com

Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com;jthomison@curtis.com

Kenneth A. Reynolds     kar@pryormandelup.com

Geoffrey A. Richards     grichards@kirkland.com

Marc E. Richards     mrichards@blankrome.com

Tracy E. Richardson     tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders     crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer     sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins     mgr@previant.com, em@previant.com

Matthew R. Robbins     mrr@previant.com

Elizabeth A. Roberge     eroberge@robergelaw.com

Jean R. Robertson     jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen     srosen@cb-shea.com

Heath D. Rosenblat     hrosenblat@kayscholer.com

Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal     maofiling@cgsh.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin     irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin     brubin@burr.com

Maura I. Russell     dangiulo@dreierllp.com, jguerrier@dreierllp.com

E. Todd Sable     tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszjlaw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    arosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill      mark.sherrill@sablaw.com

Joseph E. Shickich      jshickich@riddellwilliams.com

Stephen J. Shimshak      sshimshak@paulweiss.com, sshimshak@paulweiss.com

Robert J. Sidman      rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver      asilver@honigman.com

Paul N. Silverstein      paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman      sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon      jsimon@foley.com

Joseph E. Simpson      jsimpson@hselaw.com

Thomas R. Slome      mail@rsmllp.com

Richard G. Smolev      rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder      jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon      msolomon@burr.com

Sean C. Southard      ssouthard@klestadt.com, sfurst@klestadt.com

Paul H. Spaeth      spaethlaw@phslaw.com

Robyn J. Spalter      notice@regencap.com

Sarah F. Sparrow      ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector      bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel      dspelfogel@bakerlaw.com

Michael A. Spero      jspecf@sternslaw.com

Byron C. Starcher      byron.starcher@nelsonmullins.com

Robert J. Stark      claukamg@brownrudnick.com

Catherine Steege      csteege@jenner.com

Matthew B. Stein      mstein@sonnenschein.com

Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella     attorneystella@sszpc.com

Malani Sternstein     msternstein@sheppardmullin.com

Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland     bstrickland@wtplaw.com

Joseph G. Strines     joseph.strines@dplinc.com

James M. Sullivan     jmsullivan@mwe.com

Michelle T. Sutter     msutter@ag.state.oh.us

Paul Sweeney     psweeney@linowes-law.com

Dona Szak     dszak@ajamie.com

Robert Szwajkos     rsz@curtinheefner.com

Douglas T. Tabachnik     dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton     roger.tarbutton@jocogov.org

John E. Taylor     jtaylor@binghammchale.com

Samuel Jason Teele     jteele@lowenstein.com

Andrew M. Thaler     thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas     zothomas@klettrooney.com

Janice L. Thompson     Thompson.Janice@dol.gov

Melinda S. Thornton     cao.bkc@miamidade.gov

Gordon J. Toering     gtoering@wnj.com

Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue     mtrentadue@boselaw.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist    gvist@masudafunai.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com

Jay Welford    jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

1599963 Ontario Limited

`

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

975 Opdyke LP, et al.

`

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Actoras Partners LTD

`

Affinia Group Inc.

`

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.

`

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Michael J. Alerding

`

Allen & Overy LLP

`

Alstom Power Environmental Consult GmbH

`

Alstom Power Equipment

`

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation

`

American Molded Products LLC

`

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Ames Reese, Inc.

`

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Joel D. Applebaum
`

Association of Businesses Advocating Tariff Equity
`

Bruce D. Atherton
BRUCE D. ATHERTON & ASSOCIATES, PLLC
455 S. 4th Street, Suite 1450
Louisville, KY 40202-2528

Atradius
`

B & B Machine & Grinding Service, Inc.
`

Russell C. Babcock
`

Kristine G. Baker
`

Ball Systems, Inc.
`

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not
Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude
`

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.bane@ropesgray.com

Bank of America, N.A.
`

Bank of America, N.A.
`

Alice J. Banus
`

Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Robert E. Bartkus
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Andrew R. Basile
,

Bay County (FLA.) Tax Collector's
,

Bay County, Florida
,

Bay County, Florida, Tax Collector
,

Beacon Reel Co.
,

Victoria Bean
,

Michael Beard
,

Jody A. Bedenbaugh
,

Bell, Anderson & Sanders LLC
,

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Bradley A. Bennett
,

Glenn P. Berger
Jaffe & Asher LLP

600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Bing Metals Group, Inc.
`

Bio-Serv Corporation
`

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022
Anthony_Boccanfuso@aporter.com, quebecorservice@aporter.com

Bona Vista
`

Bona Vista Programs, Inc.
`

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Booth Udall, PLC
`

Borg Indak, Inc.
`

John S. Brannon
`

Barbara S. Brenner
`

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.

One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Brown & James, P.C.
`

Frank X. Budelewski
`

Buell Automatics, Inc.
`

Bryan Bueltel
`

Buffalo Check Cashing, Inc.
`

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

John Wm Buttler
`

C&S Logos Patent and Law Office
`

CDW Computer Centers, Inc.
`

CH & I Technologies, Inc.
`

CH2M Hill, Inc.
`

CPI Control & Power, Inc.
`

CSX Transportation
`

CT Corporation
`

CT Corporation
`

CT a Wolters Kluwer Business

`

CTP Carrera, Inc. d/b/a Carclo Technical Plastics

`

CTP Carrera, Inc., d/b/a Carclo Technical Plastics

`

Cadena Law Firm, P.C.

`

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.cc

Callanan Industries, Inc.

`

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Cardinal Law Group, Ltd.

`

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Joan B. Carmack

`

Sharyl Carter

`

Sharyl Y. Carter

`

Sharyl Y. Carter
`

Sharyl Y. Carter
`

Catalytic Solutions, Inc.
`

George B. Cauthen
`

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Ralph E. Chapman
`

Sarah B. Chapman Carter
`

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Stuart F. Cheney
`

Cherry Corporation

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.

`

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com;christine.mayer@steinrisomantel.com

Matthew Ciaramitaro

`

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Mark G. Claypool

`

Clerk's Office U.S. Bankruptcy Court

`

Robert W. Coberg

`

Coface North America, Inc.

`

Thomas W. Coffey

`

Collector of Revenue for St. Louis County, Missouri

`

Collector of Revenue, St. Louis County, Missouri

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

Commodity Management Services and GBS Printed Products & Services

Commonwealth of Pennsylvania Department of Revenue

Control Masters, Inc.

Controls Crew Co., Inc.

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Susan A. Cook

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

Cornell University

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Creative Techniques, Inc.

Credit Suisse

Carol Creel

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
macronin@debevoise.com

Crown Credit Company
`

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham
`

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;dbaumstein@whitecase.com;icruz@whitecase.com;cryan@whitecase.com;lbe

Cunningham Engineering, Inc.
`

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Currie Kendall PLC
`

Raniero D'Aversa
Mayer, Brown, LLP
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com, lmetzger@mayerbrownrowe.com;cwilliams-pugh@mayerbrown.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

cadamast@blankrome.com

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennis Dashkovitz

`

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036
pdechiara@cwsny.com, pellis@cwsny.com;iturner@cwsny.com

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dechert, LLP.

`

Defense Contract Management Agency

`

Deloitte & Touche, LLP.

`

Karol K. Denniston
DLP PIPER LLP
550 South Hope Street
Suite 2300
Los Angeles, CA 90071

Department of the Treasury, Internal Revenue Service

`

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Deringer-Ney, Inc.

`

Robert E. Dettinger

`

Russell Detwiler

`

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Douglas Deykes

`

DiConza Law, P.C.

`

Diane Nelson, CFC, Tax Collector of Pinellas County, Florida

`

Dierker & Associates, P.C.

`

Karen B. Dine

`

Stephen A. Ditullio

`

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
idizengoff@akingump.com

Dobmeier Janitor Supply, Inc.

`

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Dow Corning Corporation

`

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

William P. Downey

`

James J. Dragna

`

David B. Draper

`

David B. Draper

`

Eugene Driker

`

Seth A. Drucker

`

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L IA9

Robert J. Dubin
`

Due Doyle Fanning & Metzger, LLP
`

Jane M. Duffy
`

Dykema Gossett PLLC
`

EMC Corporation
`

EQUITY TRUST CO. CUST. FBO BENJAMIN D. TARVER IRA
`

Frank L. Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Economy Transport, Inc.
`

Robert J. Edel
`

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Elmos North America, Inc.
`

Energy Engineering & Consulting Services, LLC
2137 South 800 West

Swayzee, IN 46986

Eq-Heritage, LLC
`

Estate of Virginia A. Haass
`

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Delphine L. Evans
`

Export Development Canada
`

FTI Consulting, Inc.
`

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Fair Liquidity Partners, LLC
`

Joseph R. Falasco
`

Michael Farina
Thaler & Gertler, LLP
900 Merchants Concourse
Suite 414
Westbury, NY 11590

Jerry L. Fenton
`

John A. Ferroli
`

Fifteenth Judicial District Court

`

FirstEnergy Solutions Corp.

`

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
P.O. Box 1110
Tampa, FL 33602

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Fitzgerald Water, Light, and Bond Commission

`

Jeanne Fitzsimmons

`

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling

`

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Flexible Automation, Inc.

`

Floform. Ltd.

`

Florida Production Engineering, Inc.

`

Benjamin H. Flowe

`

Francis J. Fodale

`

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Formall, Inc.

`

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022
sfox@dreierllp.com, bnizzo@dreierllp.com;jguerrier@dreierllp.com

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Fred Sisk, Knox County Trustee

`

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

Naomi M. Frye

`

Fujikoki America, Inc.

`

Fulbright & Jaworski L.L.P.

`

G. Brian Patterson

`

G.P. Reeves, Inc.

`

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

GMD Industries LLC dba Production Screw Machine Co.
1414 E. Second Street
Dayton, OH 45403-1023

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
dgarland@mcdr-law.com, dgarland@mcdr-law.com

Joanne Gelfand

`

Arlene N. Gelman

`

John Gianfermi

`

Gobar Systems, Inc.

`

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP

399 Park Avenue
New York, NY 10022
agoldman@wilmer.com, patricia.doctor@wilmerhale.com;joel.millar@wilmerhale.com

David N. Goldsweig

`

Gooding Co Inc.

`

Gooding Company, Inc.

`

Patricia Gordon

`

Robert D. Gordon

`

Lesley Rita Gore Kitikul

`

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Gordon E. Gouveia

`

Stephanie Gray

`

Stephanie Gray

`

Greeley Containment & Rework, Inc.

`

Greenberg Traurig, LLP

`

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Paul S. Groschadl

`

Gruner AG

`

Kevin T. Grzelak

`

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Gwinn & Roby

`

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

HEAD acoustics, Inc.

`

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Randy Halazon

`

Halperin Battaglia Raicht, LLP

`

Charles Hamilton

`

Hamilton Tool & Machine, Co., Inc.

`

Hamlin Tool & Machine Co., Inc.

`

Michael C. Hammer

`

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

thannon@mkmb.com

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Domencia N.S. Hartman
`

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

HellermanTyton
`

Henman Engineering & Machine, Inc.

Henman Engineering & Machine, Inc.

`

Morrie Wayne Henry

`

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Richard B. Herzog

`

Highland Capital Management, LP.

`

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Jane Ann Himsel

`

Hinshaw Roofing & Sheet Metal Co., Inc.

`

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com

David A. Hodges

`

David A. Hodges
212 Center Street
Fifth Floor
Little Rock, AR 72201

David A. Hodges
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201

Richard B. Hoffman

`

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
ehollander@whitecase.com, rlipman@mcleodusa.com

Hollingsworth Lumber

`

Hollingsworth Sawmill, Inc.

`

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

Honigman Miller Schwartz and Cohn LLP

`

Camille Hope

`

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Laurel B. Houser

`

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.

555 East Wells Street
Suite 1900
Milwaukee, WI 53202
phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

Patrick B. Howell

`

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Kelly Hurley

`

Hyatt Legal Plans, Inc.

`

ICG Castings, Inc.

`

ILM Tool, Incorporated

`

Ice Miller, LLP

`

Illinois Department of Revenues

`

Illinois Environmental Protection Agency

`

Impala Platinum

`

In-Parallel Computer Staff, Ltd.

`

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz,PC
222 North LaSalle Street
Suite 2200

Chicago, IL 60601

Integrated Quality Solutions, LLC.

`

Internal Revenue Service, Dept. of the Treasury
290 Broadway
New York, NY 10007

Ionics Ultrapure Water

`

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. - 3rd FL
Des Moines, IA 50319-0120

Iron Mountain Information Management, Inc.
c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Ivins, Phillips & Barker

`

Ivins, Phillips, & Barker Chartered

`

J. Gordon Lewis dba J. Gordon Lewis, PLLC

`

J. Gordon Lewis, PLLC

`

JPMORGAN CHASE BANK, N.A.

`

JPMorgan Chase Bank, N.A.

`

JPMorgan Chase, N. A.

`

JPMorgan Chase, N.A.

`

Wilma S. Jackson

`

Kurt Jacobs
Sidley Austin LLP

1501 K Street NW
Washington, DC 20005

Jacobson Mfg., LLC
`

Spencer James
`

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

Jefferson Wells International, Inc.
`

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Jenner & Block LLP
`

Joe E. Tedder, CFC, Tax Collector for Polk County, Florida
`

John E Benz & Co.
`

John Hopkins University
`

Johnson Controls GmbH & Co. KG
`

Johnson Controls Interiors LLC
`

Floyd Jones
`

Jennifer Jones
`

Loretta M. Jones
`

Ronald E. Jorgensen
`

Judco Manufacturing

`

Michael L. Julius

`

KDS Innovation in Electronic Solutions

`

KPMG LLP

`

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kachele Vibrastop

`

Kate Kanabay

`

Kansas Department of Revenue

`

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

Bart E. Kaylor

`

Peter D. Keefe

`

Kelley Drye & Warren LLP

`

Ken Burton, Jr. Manatee County Tax Collector

`

Thomas Kennedy

`

Kenneth Mason Publications Limited

`

William Kerscher

`

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Kiefel Technologies, Inc.

`

Kenneth J. Kies

`

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Killam

`

King & Spalding LLP

`

King Collision

`

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Kirkpatrick & Lockhart Nicholson Graham LLP

`

Kirkpatrick & Lockhart Preston Gates Ellis LLP

`

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com,
benjaminfinestone@quinnemanuel.com;josephminias@quinnemanuel.com

Klash, Inc.

`

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Ernest A. Knobelspiesse

`

Knox County Trustee

`

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
joseph.koczko@thompsonhine.com

Barry R. Kogut

`

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
hkolko@msek.com, egilmartin@afanet.org;rclayman@geclaw.com

Korten Quality Systems, Ltd.

`

James M. Koshland

`

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
lkrepto@mmwr.com

Kringeta Design & Drafting

`

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500

Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Duane Kumagai
`

John M. Kunst
`

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

L & B Cartage, Inc. - Omni Warehouse
`

L.A.W.S. Labor Advocates for Workers Solutions
`

LB Transportation Group
`

Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road
Suite 200
Farmington Hills,, MI 48331

Edward L. Lavelle
`

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Brenda Lawrence
`

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Legal Cost Control, Inc.
`

Legal Cost Control, Inc.
`

Leichester Die & Tool, Inc.
`

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Wilfred D. Leong
`

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak
`

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Lexington County, Treasurer's Office
`

Lexington Rubber Group., Inc.
`

Zhang Xiao Li
`

Lifetime Industries, Inc.
`

Lippert, Humphreys, Campbells, Dust & Humphreys, P.C.
`

Littlefuse, Inc.
`

Local 897, UAW
`

Logistics Insight Corp. (LINC)
`

Allison W. Lowell
`

Jay L. Lubetkin
`

Patricia A. Lykins
`

MEMC Electronic Materials, Inc.
`

MSX International, Inc.
`

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Machined Products Co.
`

Madison County, Mississippi Tax Collector to Objection to Claim
`

Madison Investment Trust - Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

William Bernard Maguire
`

Ann M. Maher
`

Mallesons Stephen Jaques
`

Carmen Mandato
`

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Evie Stiles Manusakis
`

MarTek, Inc.
`

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder

Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Maricopa County Treasurer

`

Maricopa County Treasurer's

`

Townsell G. Marshall

`

Martinrea International Inc.

`

Master Molded Products Corporation

`

Victor J. Mastromarco

`

Paul C. Mathis

`

Deborah A. Mattison

`

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553
mail@rsmllp.com

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

Douglas J. McBride

`

Robert G. McClure

`

John K. McDavid

`

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Locke Lord Bissell & Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606
tmcfadden@lockelord.com, docket@lockelord.com

McGlinchey Stafford, PLLC

`

Maureen A. McGlynn

`

John McGrath

`

John A. McKinney

`

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

McNees Wallace & Nurick LLC

`

McShane & Bowie, P.L.C.

`

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Timothy Mehok

`

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street

New York, NY 10016

Mesirow Financial Consulting, LLC
`

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Merle C. Meyers
`

Michael D. Schloff, PLLC
`

Michigan Gas Utilities
`

Michigan Heritage Bank
`

Eva Milanowki
`

Alexander Miller
`

Keith Miller
`

Milliken & Company
`

Minco Tool & Mold
`

Sakura Mizuno
`

Terry Mocny
`

Terry R. Mocny
`

James W. Moennich
Wickens, Herzer, Panza, Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moldtech, Inc.

Glenn A. Montgomery

`

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Moraine Maintenance Co., Inc.

`

Sarah E. Morrison

`

Whitney Mosby

`

Mothershead

`

Robert A. Mothershead

`

Multibase, Inc.

`

Murphy Desmond S.C.

`

NU Horizons Electronics Corp.

`

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
rfreimuth@mofo.com;nrosenbaum@mofo.com

National City Commerical Capital

`

National Fire Insurance Company of Hartford and Continental Casualty Company

`

Kathy R. Neal

`

Carolyn Needham

`

Neosong USA, Inc.
`

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

New York State Department of Taxation and Finance
`

New York State Department of Taxation and Finance
`

New York State Office of Temporary and Disability Assistance
`

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Nutech Plastics Engineering, Inc.
Tisdale & Associates LLC
1600 Broadway
Suite 2600
Denver, CO 80202

Michael P. O'Connor
10 Esquire Road, Suite 14
New City, NY 10956

Matthew Oddy
`

Ohio Hoist & Puller/Tuf-Tug Products & Accessories

`

Ohio Job & Family

`

Ohio Job & Family Services

`

Donna Ondash

`

Kenneth Ondash

`

One Hundred Transferred Employees of Delphi

`

Optical Cable Corporation (OCC)

`

Orange County Tax Collector California

`

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

Eva Orlik

`

Eva M. Orlik

`

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Oxford Industries of CT, Inc., d/b/a Oxford Polymers

`

PABCO Industries, LLC.

`

PBR Australia PTY LTD.

`

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue

37th Floor
New York, NY 10016

PBR Tennessee, Inc.

`

PEC of America Corp.

`

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE
UNITED KINGDOM 0X16 1SG

`

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
spackman@archerlaw.com

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com

Panasonic Electric Works Corporation of America

`

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Park Enterprises of Rochester, Inc.

`

Parkview Metal Products, Inc.

`

Brian C. Pauls

`

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Simon Peach

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C.
`

Brian Penley
`

James Penney
`

People's Republic of China
`

Victoria B. Perez
`

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203
apeterson@phillipslytle.com

Phelps, Jenkins, Gison & Fowler, LLP.
`

Phillips Plastics Corporation
`

Harvey Pickering
`

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
nathanael.meyers@klgates.com

Pillsbury Winthrop Shaw Pittman LLP
`

Pillsbury Winthrop Shaw Pittman, LLP
`

Pitney Bowes Credit Corporation

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020
tpitta@lowenstein.com

Plastomer Corporation
,

James A. Plemmons
,

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com,
cennis@brownrudnick.com;sbeville@brownrudnick.com;claukamg@brownrudnick.com

Polk County Tax Collector
,

Portage County Water Resources Department
,

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

William E. Prachar
,

Preyco Manufacturing Co., Inc.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.

`

Price, Heneveld, Cooper, DeWitt & Litton, LLP.

`

PricewaterhouseCoopers, LLP.

`

Prichard, Hawkins, McFarland & Young, LLP

`

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Pro Pallet, Inc.

`

Protomold Company, Inc.

`

Leigh S. Prugh

`

QAD, Inc.

`

Steven W. Quattlebaum

`

Quick Tanks, Inc.

`

Quinn Emanual Urquhart Oliver & Hedges, LLP.

`

Quinn Emanuel Urquhart Oliver & Hedges LLP

`

Quinn Emanuel Urquhart Oliver & Hedges LLP

`

Quinn Emanuel Urquhart Oliver & Hedges LLP

`

Quinn Emanuel Urquhart Oliver & Hedges, LLP

`

RCMA AMERICAS INC.

`

RL1 Insurance Company

`

Leonard J. Rachwal

`

Rader Fishman & Grauer LLP

`

Rader Fishman & Grauer LLP

`

Rader, Fishman & Grauer PLLC.

`

Radiall

`

Mark L. Radtke

`

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
graicht@sidley.com, emcdonnell@sidley.com

Rand Transcript Service, Inc.

`

Rasselstein GmbH

`

Receivable Management Services

`

Martin J. Reder

`

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

jcreed@sonnenschein.com, rrichards@sonnenschein.com

Scott Reese
`

Scott Darryl Reese
`

Scott Darryl Reese
`

Scott Darryl Reese
`

Regency Reporting, Inc.
`

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Relats S.A.
`

Reliance Insurance Company (In Liquidation)
`

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
r.digest@dpw.com

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes

1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016
mrichman@foley.com

Frederick T. Rikkers
`

Ris The Paper House
`

Ronald A. Rispo
`

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence Rivers
`

Riverside Claims, LLC.
`

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Rockwell Automation
`

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street
Room 983
New York, NY 10014
rogoff.jeffrey@dol.gov

Brian W. Rogers

`

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
RROSENBERG@milbank.com;jclark2@milbank.com;financialrestructuringefilings@milbank.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Rothschild, Inc.

`

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
aconnor@mayerbrownrowe.com

Cathy Rozanski

`

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
prubin@herrick.com

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium
`

Leon R. Russell
`

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Paul Ryan
`

SFS Intect, Inc.
`

SGS North America, Inc.
`

SKF USA, Inc.
`

SL Stephenson & Lawyer, Inc.
`

SPCP Group LLC as Assignee of Solution Recovery Services, Inc.'s
`

STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
`

Yilmaz Sahinkaya
`

Saint Louis County Collector of Revenue
`

Samsung Electro Mechanics Co Ltd
314 Maetan 3-dong, youngtong-gu
Suwon, Kyunggi 448-803

Republic of Korea

`

Sanders Lead Co., Inc.

`

Darrin C. Savage

`

David A. Schaefer

`

Scheuer Mackin & Breslin LLC

`

Schleuniger, Inc.

`

Darla Schmidt

`

Dave J. Schmidt

`

Ronald J. Schmidt

`

Schmidt Technology GmbH

`

William R. Schulz

`

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
aschwartz@fulbright.com

Bryan I. Schwartz

`

Jay A. Schwartz

`

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com, tcummins@loeb.com

Seal & Design Inc.

`

Senus Precision Die Casting, Inc.

`

Sharp Electronics Corporation

`

Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken Company

`

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Shearman & Sterling, LLP.

`

Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
ashiff@kasowitz.com,
ffigueroa@kasowitz.com;alungen@kasowitz.com;jfolkes@kasowitz.com;jcarter@kasowitz.com

Lesley Shore
110 W College St
Hagerstown, IN 47346

Wallace A. Showman
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Michael E. Sieloff

`

Siemens Automotive Canada Inc.

`

Siemens VDO Automotive Canada Inc.

`

Siemens VDO Automotive Corp.

Sierra Liquidity Fund

`

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Sierra Liquidity Fund, LLC

`

Sierra Liquidity Fund, LLC
2699 White Rd. Irvine
, ca 92614

Sierra Liquidity Fund, LLC (Assignee)

`

Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor)

`

Sierra Liquidity Fund, LLC (Assignee); Showers Group, Inc, Shepard Mfg Co., Inc. (Assignor)

`

Sierra Liquidity Fund, LLC.

`

Sierra Liquidity Fund, LLC.

`

Robert M. Sigler

`

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher & Flom LLP

`

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, Ny 10036

Skadden, Arps, Slate, Meagher & Flom LLP

`

Skadden, Arps, Slate, Meagher & Flom, LLP.

`

Skadden, Arps, Slate, Meagher & Flom, LLP.

`

Skilled Trades Employees

`

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath

`

Robert Solt

`

Solvay Flourides, LLC

`

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com

Sonic Tech Inc.'s

`

Sonic Tech, Inc.

`

Sony Electronics, Inc.

`

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

Spector & Ehrenworth, P.C.

`

St. Clair Plastics Co.

`

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Byron C. Starcher

`

State of Indiana, Department of Revenue

`

William J. Stavole

`

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Steven Hall & Partners, LLC

`

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor

New York, NY 10022

Paul M. Stoychoff
`

Sundram Fasteners Limited
`

Superior Design Co., Inc.
`

T & L Automatics, Inc
`

TDK Corporation of America
`

Tadiran Batteries
`

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Tax Collector for Polk County, Florida
`

John E. Taylor
`

Team Golden Link America Corporation
`

Technical Machinery Sales
`

Telamon
`

Teledyne Technologies Incorporated
`

Teledyne Technologies, Inc.
`

Tessier Machine, Co.

TestEquity, Inc.

`

Texas Comptroller Of Public Accounts

`

Texas Comptroller of Public Accounts

`

Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas
Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities

`

Textron Financial Corporation

`

The American Team, Inc.

`

The Bank of Tokyo-Misubishi UFJ, Ltd.

`

The Commonwealth of Massachusetts

`

The Growing Concern

`

The Mapes Piano String Company

`

The State of Ohio Department of Taxation

`

The Thomas Engineering & Surveying Co.

`

The Thomas Engineering & Surveying, Co.

`

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Richard F. Thiry

`

Stephen R. Thomas

`

Thomas Engineering Company
`

Thompson Emergency Freight Systems
`

Thompson, Hine & Flory, LLP.
`

Thompson, Hine & Flory, LLP.
`

Thompson, Hine & Flory, LLP.
`

Thorn Gershon Tymann and Bonanni, LLP
`

Thyssenkrupp Waupaca., Inc.
`

Timmons Oil Company, Inc.
`

Tinoco Soares & Filho Ltda.
`

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue

Pittsburgh, PA 15219
atonti@reedsmith.com, slucas@reedsmith.com

Steven B. Towbin

`

Tower Automotive, Inc.

`

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Trinary

`

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

Turtle & Hughes Inc.

`

Tuscaloosa County Alabama

`

Tuscaloosa County Tax Collector

`

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

U.S. Aeroteam Inc.

`

U.S. Equal Employment Opportunity Commission

`

UAW International Retired Workers Council #31411

`

Umi United Machining, Inc.

`

United States Attorney

`

United States District Court
500 Pearl Street

New York, NY 10007

Unitrin Kemper Auto and Home
`

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Universal Truckload Services, Inc.
`

Larry Vanderpool
`

Vanguard Die & Machine, Inc.
`

Varroc Exhaust Systems, Pvt. Ltd.
`

Charles K. Veenstra
`

Veritext, LLC
`

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

W. Timothy Miller
`

WESCO Distribution, Inc.
`

WWG, Inc.
`

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;mark.c.smith@dlapiper.com;christopher

Robert W. Ward
`

Robert W. Ward
`

Earl Washington
`

Lafonza Earl Washington
`

Lafonza Earl Washington
`

Jeffrey Wax
`

David B. Weinstein
`

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Kevin P. Weldon
`

Jay Welford
`

Joseph N. Wharton
`

Whitlam Label Company, Inc.
`

Kerry R. Wieland

`

Wilhelm Kachele GmbH

`

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Daniel M. Wilson

`

Wimer Law Offices, P.C.

`

Thomas C. Wimsatt
Mahlberg, Brandt, Gilbert Thompson
& Bommarito

`

Windham Professionals, Inc.

`

Denisa K. Wineinger

`

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Robert P. Wise

`

David Wright

`

Orval Wright

`

D. Bradley Young
Sanyo North America
2055 Sanyo Ave
San Diego, CA 92154-6229

Young Conaway Stargatt & Taylor, LLP

`

Yuasa and Hara

Zeanah, Hust, Summerford & Williamson

Mildred Zivov

Lee A. Zoeller