**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELPHI CORPORATION, et al. | Case No. 05-44481 |
|  | Chapter 11 |
| Debtors | (jointly administered) |
|  |  |
|  | Judge Arthur J. Gonzalez |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION OF CREDITOR ZF BOGE ELASTMETALL, LLC**
**TO DEBTOR'S "NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF**
**EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN**
**CONNETION WITH SALE OF STEERING AND HALFSHAFT BUSINESS"**

Now comes Creditor ZF BOGE ELASTMETALL, LLC ("ZF Boge"), by and through counsel, and upon agreement with Counsel for Debtors, withdraws its "Objection of Creditor ZF Boge Elastmetall, LLC to Debtor's Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business" (Docket #12425).

Dated:  March 13, 2008

                                                                Respectfully submitted,

                                                                /s/ John J. Hunter, Jr.
                                                                John J. Hunter, Jr. (Ohio #0034602)
                                                                    Hunter & Schank Co., LPA
                                                                    One Canton Square
                                                                    1700 Canton Avenue
                                                                    Toledo, Ohio  43604
                                                             Telephone:  (419) 255-4300

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor ZF Boge Elastmetall, LLC To Detor's Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 13th day of March, 2008 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Hain Capital Holdings (Attn: Rachel Yamnick)
Hain Capital Group, LLC
301 Route 17 North, 6th FL
Rutherford, NJ 07070

Sarah J. Platt, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 6060

Delphi Automotive Systems LLC
(Attn: Legal Staff)
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
(Attn: Deputy General Counsel, Transactional & Restructuring)
5725 Delphi Drive
Troy, Michigan 48098

John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Richard L. Wynne, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA  90017

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/ John J. Hunter, Jr.
John J. Hunter, Jr. (Ohio #0034602)

F:\JR\Delphi\ZF.Boge.Objection.Withdrawal.DOC