**List of Nissan Contracts we will assume/assign:**

1. SP5002 (included in January 23 notice) and all outstanding releases issued under this purchase order

2. Confidentiality Agreement between Nissan Motor Co., Ltd and Delphi Automotive Systems LLC, dated October 27, 2004 (included in January 23 notice)

3. Confidential Non Disclosure Agreement between Nissan North America, Inc. and Delphi Automotive Systems LLC, dated May 17, 2007 (included in January 23 notice)

4. Confidential Non Disclosure Agreement between Nissan North America, Inc. and the Steering Division of Delphi Automotive Systems LLC, dated December 3, 2007

5. RB00000756 and all outstanding releases issued under this purchase order

6. PR00051910 and all outstanding releases issued under this purchase order

7. Master Purchase Agreement between Nissan North America and Delphi Saginaw Steering, dated June 2004


**Nissan Contracts for which we will rescind the notice of assumption/assignment:**

| | | | |
|---|---|---|---|
| 8. | B00LRBJ, | 30. | B00QA3B, |
| 9. | B00LRBK, | 31. | B00QA3C, |
| 10. | B00LRBL, | 32. | B00QA3D, |
| 11. | B00LRBM, | 33. | B00QA3E, |
| 12. | B00LRBN, | 34. | FORECAST-C |
| 13. | B00MI9J, | 35. | 5002080011, |
| 14. | B00N9V3, | 36. | 5002080022, |
| 15. | B00N9V4, | 37. | 5002080023, |
| 16. | B00N9V5, | 38. | 5002090011, |
| 17. | B00N9V6, | 39. | 5002090012, |
| 18. | B00N9V7, | 40. | 5002090021, |
| 19. | B00N9V8, | 41. | 5002090022, |
| 20. | B00N9V9, | 42. | 5002090023, |
| 21. | B00N9VA, | 43. | 50020A0011, |
| 22. | B00N9VB, | 44. | 50020A0012, |
| 23. | B00O16O, | 45. | 50020A0013, |
| 24. | B00O16P, | 46. | 50020A0021, |
| 25. | B00PCYT, | 47. | 50020B0011, |
| 26. | B00PCYU, | 48. | 50020C0011, |
| 27. | B00PCYV, | 49. | 6654090022 |
| 28. | B00QA39, | 50. | 731090023 |
| 29. | B00QA3A, | | |