IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Lord Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2008 a true and correct copy of the **Cure Claim of Lord Corporation and Certificate of Service** was filed electronically and served by mail on anyone unable to accept electronic filing on March 13, 2008. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system listed on Schedule "A" attached hereto, or served by first class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing listed on Schedule "B" attached hereto. Parties may access this filing through the Court's CM/ECF System.

Dated: Greenwich, Connecticut
      March 13, 2008

By:   /s/ Melissa Zelen Neier
      Melissa Zelen Neier (MZ 7510)
      170 Mason Street
      Greenwich, CT 06830
      Telephone: (203) 661-6000
      Facsimile: (203) 661-9462
      E-mail: mneier@ibolaw.com

**ATTORNEY FOR LORD CORPORATION**

## SCHEDULE "A"

| | |
|---|---|
| Anne Marie Aaronson | aaronsoa@pepperlaw.com |
| David B. Aaronson | david.aaronson@dbr.com |
| Elizabeth Abdelmasieh | elizabeth@regencap.com |
| Franklin C. Adams | franklin.adams@bbklaw.com |
| Jason R. Adams | jadams@torys.com |
| Jennifer L. Adamy | bankruptcy@goodwin.com |
| David J. Adler | dadler@mccarter.com |
| Michael J. Alerding | malerding@binghammchale.com |
| Joseph W. Allen | jallen@jaeckle.com |
| Christopher A. Andreoff | candreoff@jaffelaw.com, ckelley@jaffelaw.com |
| Philip D. Anker | philip.anker@wilmerhale.com |
| Joel D. Applebaum | japplebaum@clarkhill.com |
| Allison R. Bach | abach@dickinsonwright.com |
| Stephen M. Bales | sbales@zieglermetzger.com |
| C. David Bargamian | dbargamian@bsdd.com |
| Courtney Engelbrecht Barr | cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com |
| William J. Barrett | william.barrett@bfkn.com |
| David S. Barritt | barritt@chapman.com |
| Joseph M. Barry | jbarry@ycst.com |
| Douglas P. Bartner | dbartner@shearman.com, bankruptcy@shearman.com, mtorkin@shearman.com, ned.schodek@shearman.com, bryan.kaplan@shearman.com, henry.nguyen@shearman.com, yuichi.haraguchi@shearman.com, atenzer@shearman.com, justin.hewitt@shearman.com, gloria.huang@shearman.com, danielle.kalish@shearman.com |

| | |
|---|---|
| Donald F. Baty | dbaty@honigman.com |
| Douglas P. Baumstein | dbaumstein@whitecase.com |
| Peter Nils Baylor | pnb@nutter.com, pacton@nutter.com |
| Ronald Scott Beacher | rbeacher@daypitney.com |
| W. Robinson Beard | jkirk@stites.com |
| Thomas M. Beeman | tom@beemanlawoffice.com |
| Christopher Robert Belmonte | cbelmonte@ssbb.com, pbosswick@ssbb.com |
| Ryan B. Bennett | rbennett@kirkland.com, asathy@kirkland.com, rkwasteniet@kirkland.com, pfraumann@kirkland.com, jgoldfinger@kirkland.com |
| Timothy C. Bennett | tbennett@klng.com |
| Neil Matthew Berger | neilberger@teamtogut.com, dgeoghan@teamtogut.com, abrogan@teamtogut.com, jlee@teamtogut.com, cmilianes@teamtogut.com, scurrie@teamtogut.com, awinchell@teamtogut.com, echafetz@teamtogut.com, sskelly@teamtogut.com, jfalco@teamtogut.com, jwisnia@teamtogut.com |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Brendan G. Best | Bbest@dykema.com, ssalinas@dykema.com |
| Beth Ann Bivona | bbivona@damonmorey.com, wsavino@damonmorey.com, mbrennan@damonmorey.com |
| Monica Susan Blacker | monicablacker@akllp.com |
| Florence Bonaccorso-Saenz | florence.saenz@la.gov |
| Charles E. Boulbol | rtrack@msn.com |
| Eliza K. Bradley | ebradley@robergelaw.com |
| William M. Braman | wmbraman@binghammchale.com |

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com,
    nymanagingclerk@goodwinprocter.com

Timothy W. Brink    timothy.brink@dlapiper.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinof    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

| | |
|---|---|
| D. Christopher Carson | ccarson@burr.com |
| Michelle Carter | mcarter@kslaw.com, pwhite@kslaw.com |
| Linda J. Casey | caseyl@pepperlaw.com, hillera@pepperlaw.com, jaffeh@pepperlaw.com, shieldsa@pepperlaw.com, barsonl@pepperlaw.com, kistlerb@pepperlaw.com |
| Michael Cassel | mcassell@lefkowitzhogan.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com |
| Rocco A. Cavaliere | rcavaliere@blankrome.com, senese@blankrome.com |
| Babette A. Ceccotti | bceccotti@cwsny.com |
| Sarah B. Chapman Carte | scarter@pselaw.com |
| Erik G. Chappell | egc@lydenlaw.com |
| J Eric Charlton | echarlton@hiscockbarclay.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com, richard.kremen@dlapiper.com |
| Conrad Chiu | cchiu@daypitney.com |
| R. John Clark | rjclark@hancocklaw.com, jmccarthy@hancocklaw.com, ssagert@hancocklaw.com |
| David D. Cleary | david.cleary@dl.com, mkhambat@dl.com |
| Marvin E. Clements | icnewyork@state.tn.us |
| Tiffany Strelow Cobb | tscobb@vorys.com, eplitfin@vorys.com |
| Theodore A. Cohen | tcohen@smrh.com, amontoya@sheppardmullin.com |
| Mark B. Conlan | mconlan@gibbonslaw.com |
| Dennis J. Connolly | dconnolly@alston.com |
| Susan M. Cook | smcook@lambertleser.com |
| Patrick M. Costello | pcostello@bbslaw.com |

| | |
|---|---|
| Thomas W. Cranmer | cranmer@millercanfield.com, rouman@millercanfield.com, christenson@millercanfield.com |
| David N. Crapo | dcrapo@gibbonslaw.com |
| Tyson A. Crist | tcrist@szd.com |
| Michael G. Cruse | mcruse@wnj.com |
| Gary H. Cunningham | gcunningham@gmhlaw.com |
| Louis A. Curcio | lcurcio@tpwlaw.com |
| Vincent D'Agostino | vdagostino@lowenstein.com |
| Jeannine D'Amico | jeannine.damico@cwt.com |
| Douglas R. Davis | ddavis@paulweiss.com |
| Jeffry A. Davis | jadavis@mintz.com, dsjohnson@mintz.com |
| Michael S. Davis | mdavis@zeklaw.com, mmccarthy@zeklaw.com, rguttmann@zeklaw.com, mmillnamow@zeklaw.com |
| Carina M. De La Torre | cdelatorre@boselaw.com |
| James J. DeCristofaro | james.decristofaro@lovells.com |
| James J. DeCristofaro | jdecristofaro@mofo.com |
| Karen Veronica DeFio | kdefio@bsk.com |
| J. Michael Debbeler | mdebbeler@graydon.com |
| Robert Dehney | rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com, tdriscoll@mnat.com;dabbott@mnat.com, dbutz@mnat.com, jcincilla@mnat.com, wlamotte@mnat.com |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Gerard DiConza | gdiconza@dlawpc.com, las@dlawpc.com |
| Maria J. DiConza | diconzam@gtlaw.com, baddleyd@gtlaw.com, petermann@gtlaw.com |
| John P. Dillman | houston_bankruptcy@publicans.com |

| | |
|---|---|
| Karen Dine | karen.dine@pillsburylaw.com |
| Stephen A. Donato | sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com |
| J. Ted Donovan | TDonovan@Finkgold.com;srshmulevitz@finkgold.com |
| William E. Dornbos | william.dornbos@oag.state.ny.us |
| Amish R. Doshi | adoshi@daypitney.com |
| Mary Joanne Dowd | dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com |
| David G. Dragich | ddragich@foley.com |
| David B. Draper | ddraper@terra-law.com |
| Dennis J. Drebsky | ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Robert W. Dremluk | rdremluk@seyfarth.com, pbaisier@seyfarth.com, lravnikar@seyfarth.com, dchristian@seyfarth.com |
| Seth A. Drucker | sdrucker@honigman.com |
| David W. Dykhouse | dwdykhouse@pbwt.com;cbelanger@pbwt.com |
| Frank L. Eaton | featon@whitecase.com, icruz@whitecase.com, mresnicoff@whitecase.com, lbegy@whitecase.com; tdee@whitecase.com |
| Weston T. Eguchi | weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com |
| Gayle Ehrlich | gehrlich@sandw.com |
| Robert L. Eisenbach | reisenbach@cooley.com |
| Judith Elkin | judith.elkin@haynesboone.com |
| Paige Leigh Ellerman | ellerman@taftlaw.com |
| Bruce N. Elliott | elliott@cmplaw.com |
| Rex H. Elliott | loris@cooperelliott.com, rexe@cooperelliott.com; sheilav@cooperelliott.com |

| | |
|---|---|
| Barbara Ellis-Monro | bellis-monro@sgrlaw.com |
| Alyssa Englund | aenglund@orrick.com |
| Michael R. Enright | menright@rc.com |
| Richard L. Epling | richard.epling@pillsburylaw.com,gianni.dimos@pillsburylaw.com |
| Margot Erlich | margot.erlich@pillsburylaw.com |
| Earle I. Erman | eerman@ermanteicher.com |
| Scott L. Esbin | bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com |
| Michael S. Etkin | metkin@lowenstein.com, mseymour@lowenstein.com |
| Stephen Vincent Falanga | sfalanga@connellfoley.com, porr@connellfoley.com, jbarrow@connellfoley.com |
| Eugene I. Farber | efarber747@aol.com |
| Kathleen A. Farinas | kf@lgrslaw.com |
| Robert Michael Farquhar | mfarquhar@winstead.com |
| Bonnie Glantz Fatell | fatell@blankrome.com |
| Oscar B. Fears | bfears@law.ga.gov, 02bf@law.ga.gov |
| Benjamin D. Feder | Lauren.mcevoy@thompsonhine.com |
| Robert J. Feinstein | rfeinstein@pszyj.com, dharris@pszyjw.com |
| Hermann Ferre | hferre@thelenreid.com |
| Richard L. Ferrell | Ferrell@taftlaw.com |
| Charles J. Filardi | charles@filardi-law.com, abothwell@filardi-law.com |
| Andrea Fischer | afischer@olshanlaw.com, ssallie@olshanlaw.com; rsalnave@olshanlaw.com |
| Jonathan L. Flaxer | jflaxer@golenbock.com, ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com |
| Jonathan D. Forstot | jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com |

| | |
|---|---|
| Mateo Fowler | mateofowler@quinnemanuel.com |
| Mateo Z. Fowler | leticiabustinduy@quinnemanuel.com |
| Edward M. Fox | efox@klgates.com |
| Shawn Randall Fox | sfox@mcguirewoods.com |
| Joseph D. Frank | jfrank@fgllp.com, ccarpenter@fgllp.com, rheiligman@fgllp.com |
| Mark S. Frankel | mfrankel@couzens.com |
| Thomas M. Franklin | tmflaw@swbell.net |
| David H. Freedman | dfreedman@ermanteicher.com |
| Michael Friedman | mfriedman@rkollp.com, mschneider@rkollp.com, ksambur@rkollp.com |
| Scott J. Friedman | sjfriedman@jonesday.com, sdignomirello@jonesday.com, ChicagoBRR@jonesday.com |
| Patricia B. Fugee | pfugee@ralaw.com, lmsmith@ralaw.com |
| Lars H. Fuller | lfuller@rothgerber.com |
| Timothy A. Fusco | fusco@millercanfield.com, skoczylas@millercanfield.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| James Gadsden | bankruptcy@clm.com |
| James M. Garner | jgarner@shergarner.com, jchocheles@shergarner.com |
| Victoria D. Garry | vgarry@ag.state.oh.us |
| Joanne Gelfand | joanne.gelfand@akerman.com |
| Yann Geron | ygeron@foxrothschild.com |
| Philip J. Giacinti | pjg@procopio.com, caw@procopio.com |
| Karen Giannelli | kgiannelli@gibbonslaw.com |
| Leo J. Gibson | lgibson@bsdd.com |

| | |
|---|---|
| Celeste R. Gill | gillcr@michigan.gov, sherwoodj@michigan.com |
| Joseph M. Gitto | jgitto@nixonpeabody.com |
| Eduardo J. Glas | eglas@mccarter.com |
| Jeffrey R. Gleit | jgleit@kasowitz.com, ffigueroa@kasowitz.com, cciuffani@kasowitz.com |
| Larry Ivan Glick | larryglick@erols.com |
| Ronald L. Glick | rlg@stevenslee.com |
| Matthew Alexander Gold | courts@argopartners.net |
| Scott R. Goldberg | sgoldber@quarles.com |
| Scott A. Golden | sagolden@hhlaw.com, khseal@hhlaw.com |
| Robert C. Goodrich | nashvillebankruptcyfilings@stites.com |
| Robert D. Gordon | rgordon@clarkhill.com |
| Gary A. Gotto | ggotto@krplc.com |
| Garry M. Graber | ggraber@hodgsonruss.com, bomalley@hodgsonruss.com, mmuskopf@hodgsonruss.com |
| David S. Gragg | dgragg@langleybanack.com, cjohnston@langleybanack.com |
| Jeffrey J. Graham | jgraham@sommerbarnard.com, ecfclerk@sommerbarnard.com, denisa.wineinger@sommerbarnard.com |
| Warren R. Graham | wrg@dmlegal.com |
| Gary E. Green | ggreen@fagelhaber.com |
| Jonathan S. Green | greenj@millercanfield.com |
| Wendy B. Green | wgreen@formanlaw.com |
| John T. Gregg | jgregg@btlaw.com |
| Lisa S. Gretchko | lgretchko@howardandhoward.com, dbrandon@howardandhoward.com |

| | |
|---|---|
| Stephen H. Gross | sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com |
| Stephen B. Grow | sgrow@wnj.com, kfrantz@wnj.com |
| Janice Beth Grubin | janice.grubin@dbr.com, daniel.northrop@dbr.com |
| Kevin Grzelak | phcdelphi@pricehenveld.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Elizabeth A. Haas | info@thehaaslawfirm.com |
| Dennis M. Haley | dhaley@winegarden-law.com |
| Michael Leo Hall | mhall@burr.com |
| Timothy C. Hall | tch@previant.com |
| Alan D. Halperin | ahalperin@halperinlaw.net, eganc@halperinlaw.net, cmitchell@halperinlaw.net, cbattaglia@halperinlaw.net |
| Matthew W. Hamilton | electronicnotice@fulcruminv.com |
| William J. Hanlon | whanlon@seyfarth.com, bosuscourt@seyfarth.com |
| Kristopher M. Hansen | insolvency2@stroock.com;docketing@stroock.com |
| Jill M. Hartley | jh@previant.com |
| Brian W. Harvey | bharvey@goodwinprocter.com, bharvey@goodwinprocter.com |
| Lonie A. Hassel | lah@groom.com |
| William M. Hawkins | whawkins@loeb.com |
| Nava Hazan | nhazan@mwe.com |
| Ryan D. Heilman | rheilman@schaferandweiner.com |
| Ira L. Herman | ira.herman@tklaw.com, bankr.nyc@tklaw.com, suhailah.sallie@tklaw.com |
| Neil E. Herman | Nherman@morganlewis.com |
| Brian S. Hermann | bhermann@paulweiss.com |

| | |
|---|---|
| William Heuer | wheuer@dl.com |
| Jeannette Eisan Hinshaw | jhinshaw@boselaw.com, kmcintosh@boselaw.com |
| Robert M. Hirsh | hirsh.robert@arentfox.com |
| Shannon E. Hoff | Shannon.Hoff@hmw.com, mstinson@burr.com |
| Michelle R. Holl | mholl@mayerbrownrowe.com |
| Stephanie K. Hoos | stephanie.hoos@bingham.com |
| Bruce W. Hoover | bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com |
| John R. Humphrey | jhumphrey@sbalawyers.com, jhumphrey@sbalawyers.com, ecfclerk@sommerbarnard.com |
| John J. Hunter | jrhunter@hunterschank.com, sharonaldrich@hunterschank.com |
| Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Donald J. Hutchinson | hutchinson@millercanfield.com |
| Roland Hwang | hwangr@michigan.gov |
| Michael G. Insalaco | minsalaco@zeklaw.com |
| Peter Janovsky | PJanovsky@ZEKlaw.com |
| Susan Jennik | sjennik@kjmlabor.com |
| Hilary Jewett | hjewett@foley.com |
| Mary L. Johnson | mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com |
| Roger G. Jones | rjones@bccb.com |
| Gregory J. Jordan | gjordan@dykema.com |
| Richard Josephson | rcjosephson@stoel.com, basargent@stoel.com |
| John E. Jureller | jjureller@klestadt.com, jjureller@klestadt.com |
| Dana P. Kane | lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com |
| Andrew C. Kassner | andrew.kassner@dbr.com |

| | |
|---|---|
| Jessica Kastin | jkastin@omm.com, #nymanagingattorney@omm.com |
| William M. Katich | wkatich@atg.state.il.us |
| Kristi A. Katsma | kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com |
| Patrick J. Keating | pkeating@bdblaw.com |
| David Kennedy | david.kennedy2@usdoj.gov |
| Thomas M. Kennedy | tkennedy@kjmlabor.com |
| Jocelyn Keynes | jk@stevenslee.com |
| Ron Kilgard | BankruptcyECF@krplc.com, BankruptcyECF@krplc.com |
| Karen L. Kirshenbaum | kkirshenbaum@lynchrowin.com |
| Tracy L. Klestadt | tklestadt@klestadt.com, tklestadt@gmail.com |
| Brandi P. Klineberg | bklineberg@moritthock.com |
| Jonathan Koevary | jkoevary@kramerlevin.com, rwagner@kramerlevin.com |
| Howard Koh | hkoh@meisterseelig.com |
| Seth F. Kornbluth | skornbluth@herrick.com |
| Alan M. Koschik | akoschik@brouse.com |
| Lawrence J. Kotler | ljkotler@duanemorris.com |
| Stuart A. Krause | skrause@zeklaw.com |
| Julia S. Kreher | jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| David R. Kuney | dkuney@sidley.com, nroberge@sidley.com, kjacobs@sidley.com, vleather@sidley.com, zdelacru@sidley.com, lkujawski@sidley.com, emcdonnell@sidley.com |
| Glenn M. Kurtz | gkurtz@whitecase.com |
| Randall D. LaTour | rdlatour@vssp.com, cdfricke@vorys.com, jcookdubin@vorys.com |

| | |
|---|---|
| Darryl S. Laddin | bkrfilings@agg.com |
| Stuart A. Laven | slaven@bfca.com |
| James N. Lawlor | jlawlor@wmd-law.com, gbenaur@wmd-law.com |
| Elena Lazarou | elazarou@reedsmith.com, elazarou@reedsmith.com, cwilliams@reedsmith.com |
| Thomas A. Lee | notices@becket-lee.com |
| David S. Lefere | davidl@bolhouselaw.com |
| Harris Donald Leinwand | hleinwand@aol.com, hleinwand@aol.com |
| David E. Lemke | david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com, chris.cronk@wallerlaw.com, robert.welhoelter@wallerlaw.com, wallerbankruptcy@wallerlaw.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com, vmarchello@duanemorris.com |
| Ira M. Levee | ilevee@lowenstein.com, akowalski@lowenstein.com |
| Jill Levi | jlevi@toddlevi.com, drosenberg@toddlevi.com |
| Jeffrey M. Levinson | jml@ml-legal.com |
| Kenneth M. Lewis | klewis@rosenpc.com, srosen@rosenpc.com |
| Kim Martin Lewis | kim.lewis@dinslaw.com, john.persiani@dinslaw.com, lisa.geeding@dinslaw.com |
| Mark S. Lichtenstein | mlichtenstein@crowell.com, mlichtenstein@crowell.com |
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Dennis W. Loughlin | dloughlin@wnj.com, sfraser@wnj.com |
| Daniel A. Lowenthal | dalowenthal@pbwt.com, mcobankruptcy@pbwt.com |
| A. Peter Lubitz | plubitz@schiffhardin.com |
| Donald K. Ludman | dludman@brownconnery.com |
| Matthew J. Lund | kovskyd@pepperlaw.com |

Sara Klettke MacWilliams      skm@h2law.com

Amina Maddox      amina.maddox@law.dol.lps.state.nj.us

John S. Mairo      jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com, mdlaskowski@pbnlaw.com, sakelly@pbnlaw.com, cjalvarado@pbnlaw.com, jcbasner@pbnlaw.com, daamedeo@pbnlaw.com

Donald W. Mallory      donald.mallory@dinslaw.com

Amy Wood Malone      amalone@colwinlaw.com

Jacob A. Manheimer      mpottle@pierceatwood.com

Nauni Manty      ecfb@felhaber.com

Kayalyn A. Marafioti      kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis      amargulis@ropers.com

Dorothy H. Marinis-Riggio      demarinis@candklaw.com

Ilan Markus      imarkus@tylercooper.com

John J. Marquess      jjm@legalcost.com

Madison L. Martin      nashvillebankruptcyfilings@stites.com

Richard Gary Mason      rgmason@wlrk.com

Victor J. Mastromarco      vmastromar@aol.com

Deborah A. Mattison      dmattison@wcqp.com

Thomas J. Matz      tmatz@skadden.com

Kristin B. Mayhew      abothwell@pepehazard.com

Daniel P. Mazo      dpm@curtinheefner.com

Aaron G. McCollough      amccollough@mcguirewoods.com

Michael K. McCrory      michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell      rmcdowell@bodmanllp.com

| | |
|---|---|
| Douglas J. McGill | douglas.mcgill@dbr.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| Scott S. McKessy | smckessy@reedsmith.com |
| Michelle McMahon | michelle.mcmahon@bryancave.com, dortiz@bryancave.com |
| Greta A. McMorris | gmcmorris@stinsonmoheck.com |
| Austin L. McMullen | amcmulle@bccb.com |
| Patrick E. Mears | patrick.mears@btlaw.com |
| Derek F. Meek | dmeek@burr.com |
| Barbara S Mehlsack | bmehlsack@gkllaw.com |
| Timothy Mehok | timothy.mehok@hellerehrman.com |
| Richard M. Meth | msteen@daypitney.com |
| G. Christopher Meyer | cmeyer@ssd.com |
| Sally Meyer | smeyer@madisonliquidity.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Robert N. Michaelson | rmichaelson@klgates.com |
| Angela Z. Miller | amiller@phillipslytle.com, jhahn@phillipslytle.com |
| Brian Parker Miller | parker.miller@alston.com |
| Kathleen M. Miller | kmm@skfdelaware.com, tlc@skfdelaware.com |
| W. Timothy Miller | miller@taftlaw.com |
| Alan K. Mills | amills@btlaw.com, bankruptcyindy@btlaw.com |
| Robert K. Minkoff | lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com, sfriedberg@liquiditysolutions.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com, ny76@ecfcbis.com |

| | |
|---|---|
| James P. Moloy | jmoloy@dannpecar.com |
| Michael C. Moody | mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com |
| Audrey E. Moog | amoog@hhlaw.com |
| Brett S. Moore | bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com, sakelly@pbnlaw.com, jmgastineau@pbnlaw.com, cjalvarado@pbnlaw.com, rmschechter@pbnlaw.com, jsbasner@pbnlaw.com |
| Brian F. Moore | bmoore@mccarter.com |
| Gene T. Moore | gtmlaw@bellsouth.net |
| Thomas R. Morris | morris@silvermanmorris.com, morris@silvermanmorris.com |
| Andrew L. Morrison | amorrison@reedsmith.com, rmarino@reedsmith.com |
| Sarah E. Morrison | sarah.morrison@doj.ca.gov |
| Whitney L. Mosby | wmosby@binghammchale.com |
| Eric T. Moser | ric.moser@klgates.com, kristen.serrao@klgates.com |
| Alisa Mumola | alisa@contrariancapital.com |
| Jill L. Murch | jmurch@foley.com, khall@foley.com |
| James P. Murphy | murph@berrymoorman.com |
| Lawrence J. Murphy | lmurphy@honigman.com |
| Robert D. Nachman | rnachman@scgk.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| Melissa Z. Neier | mneier@ibolaw.com |
| Michael R. Nestor | bankruptcy@ycst.com |
| Lauren Newman | inewman@fagelhaber.com |
| Marie L. Nienhuis | mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com |

| | |
|---|---|
| Timothy F. Nixon | tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com |
| Richard P. Norton | rnorton@hunton.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |
| Kasey C. Nye | knye@quarles.com |
| Michael P. O'Connor | mpolaw@aol.com |
| Michael O'Hayer | mkohayer@aol.com |
| Martin P. Ochs | martin@oglaw.net |
| Sean A. Okeefe | sokeefe@winthropcouchot.com |
| Patrick J. Orr | porr@klestadt.com |
| Karen Ostad | kostad@mofo.com |
| Mark Russell Owens | mowens@btlaw.com, mowens@btlaw.com, bankruptcyindy@btlaw.com |
| Nicholas R. Pagliari | npagliari@quinnfirm.com, mseaberg@quinnfirm.com, dcornelius@quinnfirm.com |
| Charles Palella | cpalella@kurzman.com |
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Charles N. Panzer | cpanzer@sillscummis.com |
| Richard J. Parks | rjp@pbandg.com, kas2@pbandg.com |
| Felton E. Parrish | fparrish@kslaw.com |
| Susan P. Persichilli | susan.persichilli@bipc.com |
| Geoffrey J. Peters | colnyecf@weltman.com |
| Lowell Peterson | lpeterson@msek.com |
| Ronald R. Peterson | rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com |
| Ed Phillips | ephillips@thurman-phillips.com |

| | |
|---|---|
| Christine A.M. Pierpont | cpierpont@ssd.com |
| Alex Pirogovsky | apirogovsky@uhlaw.com |
| Leslie A. Plaskon | leslieplaskon@paulhastings.com |
| David M. Posner | dmposner@hhlaw.com, dmposner@hhlaw.com, khseal@hhlaw.com, mferrara@hhlaw.com |
| Constantine Pourakis | cp@stevenslee.com |
| Mark T. Power | MPower@HahnHessen.com, kcraner@hahnhessen.com, jcerbone@hahnhessen.com, kcraner@hahnhessen.com, eschnitzer@hahnhessen.com, jzawadzki@hahnhessen.com, sthompson@hahnhessen.com, mmarhyan@hahnhessen.com |
| Susan Power-Johnston | sjohnston@cov.com |
| Ronald S. Pretekin | pretekin@coollaw.com, piatt@coollaw.com |
| Dennis E. Quaid | dquaid@fagelhaber.com |
| Paul A. Rachmuth | prachmuth@reedsmith.com |
| Thomas B. Radom | radom@butzel.com |
| Dennis Jay Raterink | raterinkd@michigan.gov |
| Gary Ravert | gravert@mwe.com |
| Eric T. Ray | eray@balch.com |
| Ira A. Reid | ira.a.reid@bakernet.com |
| Steven J. Reisman | sreisman@cm-p.com, athau@cm-p.com, jbarucha@cm-p.com, webmaster@docketware.com, ceilbott@cm-p.com, jdrew@cm-p.com, sbeyer@cm-p.com, jthomison@curtis.com |
| Kenneth A. Reynolds | kar@pryormandelup.com |
| Geoffrey A. Richards | grichards@kirkland.com |
| Marc E. Richards | mrichards@blankrome.com |
| Tracy E. Richardson | tracy.richardson@dol.lps.state.nj.us |

Craig Philip Rieders                    crieders@gjb-law.com, cgreco@gjb-law.com,
                                        cgreco@gjb-law.com, bamron@gjb-law.com

Sandra A. Riemer                        sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins             mgr@previant.com, em@previant.com

Matthew R. Robbins                     mrr@previant.com

Elizabeth A. Roberge                   eroberge@robergelaw.com

Jean R. Robertson                       jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen                         srosen@cb-shea.com

Heath D. Rosenblat                     hrosenblat@kayscholer.com

Paul M. Rosenblatt                     prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal                   maofiling@cgsh.com

David A. Rosenzweig                    DRosenzweig@Fulbright.com

David S. Rosner                        ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin                              irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin                        brubin@burr.com

Maura I. Russell                       dangiulo@dreierllp.com, jguerrier@dreierllp.com

E. Todd Sable                          tsable@honigman.com

Chester B. Salomon                     cs@stevenslee.com

Brian D. Salwowski                     bsalwowski@atg.state.in.us

Diane W. Sanders                       austin.bankruptcy@publicans.com

William A. Sankbeil                    was@krwlaw.com

Thomas P. Sarb                         ecfsarbt@millerjohnson.com

Robert V. Sartin                       rsartin@fbtlaw.com

William F. Savino                      wsavino@damonmorey.com

Thomas J. Schank                    tomschank@hunterschank.com

Ilan D. Scharf                      ischarf@pszjlaw.com

Michael L. Schein                   mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle                  jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling                william.schorling@bipc.com

Christopher P. Schueller            christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman                 cschulman@sachnoff.com

Sheila R. Schwager                  srs@hteh.com

Bryan I. Schwartz                   bschwartz@lplegal.com

Matthew L. Schwartz                 matthew.schwartz@usdoj.gov

Mark S. Scott                       mscott@riemerlaw.com

Lon J. Seidman                      mail@rsmllp.com, mail@rsmllp.com

Howard Seife                        arosenblatt@chadbourne.com

Jay Selanders                       jay.selanders@kutakrock.com

Gary I. Selinger                    gselinger@hodgsonruss.com

Mark A. Shaiken                     mshaiken@stinson.com, jgant@stinson.com,
                                    amurdock@stinsonmoheck.com

Mark H. Shapiro                     shapiro@steinbergshapiro.com

Andrea Sheehan                      sheehan@txschoollaw.com, coston@txschoollaw.com,
                                    ashee1@yahoo.com

Andrew Howard Sherman               asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill                       mark.sherrill@sablaw.com

Joseph E. Shickich                  jshickich@riddellwilliams.com

Stephen J. Shimshak                 sshimshak@paulweiss.com, sshimshak@paulweiss.com

| | |
|---|---|
| Robert J. Sidman | rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com |
| Aaron M. Silver | asilver@honigman.com |
| Paul N. Silverstein | paulsilverstein@andrewskurth.com, jlevine@akllp.com |
| Sam O. Simmerman | sosimmerman@kwgd.com, mhelmick@kwgd.com |
| John A. Simon | jsimon@foley.com |
| Joseph E. Simpson | jsimpson@hselaw.com |
| Thomas R. Slome | mail@rsmllp.com |
| Richard G. Smolev | rsmolev@kayescholer.com, rrotman@kayescholer.com, maosbny@kayescholer.com |
| Jesse L. Snyder | jsnyder@tpwlaw.com, jforstot@tpwlaw.com, mmuller@tpwlaw.com, cgraham@tpwlaw.com |
| Marc P. Solomon | msolomon@burr.com |
| Sean C. Southard | ssouthard@klestadt.com, sfurst@klestadt.com |
| Paul H. Spaeth | spaethlaw@phslaw.com |
| Robyn J. Spalter | notice@regencap.com |
| Sarah F. Sparrow | ssparrow@tuggleduggins.com, martit@tuggleduggins.com |
| Brian D. Spector | bspector@selawfirm.com, kdillon@selawfirm.com |
| Douglas E. Spelfogel | dspelfogel@bakerlaw.com |
| Michael A. Spero | jspecf@sternslaw.com |
| Byron C. Starcher | byron.starcher@nelsonmullins.com |
| Robert J. Stark | claukamg@brownrudnick.com |
| Catherine Steege | csteege@jenner.com |
| Matthew B. Stein | mstein@sonnenschein.com |
| Bonnie Steingart | steinbo@ffhsj.com, nydocketclrk@ffhsj.com |

| | |
|---|---|
| Stephen P. Stella | attorneystella@sszpc.com |
| Malani Sternstein | msternstein@sheppardmullin.com |
| Alexander Stotland | axs@maddinhauser.com, msl@maddinhauser.com, bac@maddinhauser.com |
| Brent C. Strickland | bstrickland@wtplaw.com |
| Joseph G. Strines | joseph.strines@dplinc.com |
| James M. Sullivan | jmsullivan@mwe.com |
| Michelle T. Sutter | msutter@ag.state.oh.us |
| Paul Sweeney | psweeney@linowes-law.com |
| Dona Szak | dszak@ajamie.com |
| Robert Szwajkos | rsz@curtinheefner.com |
| Douglas T. Tabachnik | dtabachnik@dttlaw.com |
| Jeffrey L. Tanenbaum | garrett.fail@weil.com, robert.lemons@weil.com, michele.meises@weil.com, larnett@intlsteel.com |
| Roger L. Tarbutton | roger.tarbutton@jocogov.org |
| John E. Taylor | jtaylor@binghammchale.com |
| Samuel Jason Teele | jteele@lowenstein.com |
| Andrew M. Thaler | thaler@tglawfirm.com, thaler@tglawfirm.com |
| Zakarij O. Thomas | zothomas@klettrooney.com |
| Janice L. Thompson | Thompson.Janice@dol.gov |
| Melinda S. Thornton | cao.bkc@miamidade.gov |
| Gordon J. Toering | gtoering@wnj.com |
| Albert Togut | alcourt@teamtogut.com, kackerman@teamtogut.com |
| Sheldon S. Toll | lawtoll@comcast.net |

| | |
|---|---|
| Laura L. Torrado | ltorrado@bear.com, msussman@bear.com |
| Michael A. Trentadue | mtrentadue@boselaw.com |
| Martin B. Tucker | mtucker@fbtlaw.com |
| Raymond J. Urbanik | rurbanik@munsch.com |
| Philip Urofsky | philip.urofsky@cwt.com, purofsky@yahoo.com |
| Robert Usadi | rusadi@cahill.com |
| Shmuel Vasser | svasser@eapdlaw.com |
| Lori V. Vaughan | lvaughan@foley.com |
| Frank F. Velocci | frank.velocci@dbr.com, steven.alfred@dbr.com |
| Gary Vist | gvist@masudafunai.com |
| Joseph J. Vitale | jvitale@cwsny.com |
| Arthur T. Walsh | rkirby@omclaw.com |
| Sean M. Walsh | swalsh@gmhlaw.com, jmahar@gmhlaw.com |
| Michael D. Warner | bankruptcy@warnerstevens.com |
| W. Clark Watson | cwatson@balch.com |
| Robert K. Weiler | rweiler@greenseifter.com, lellis@greenseifter.com |
| William P. Weintraub | wweintraub@fklaw.com, vgarvey@fklaw.com |
| Jay Welford | jwelford@jaffelaw.com, dgoldberg@jaffelaw.com, pbarr@jaffelaw.com;phage@jaffelaw.com |
| Robert J. Welhoelter | robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com, chris.cronk@wallerlaw.com, bk@wallerlaw.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| David A. Wender | david.wender@alston.com |
| Michael R. Wernette | mwernette@schaferandweiner.com |

| | |
|---|---|
| Robert A White | rwhite@murthalaw.com |
| Amy Williams-Derry | awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com |
| Stephen F. Willig | swillig@damato-lynch.com,ecf@damato-lynch.com, hfried@damato-lynch.com |
| Eric R. Wilson | KDWBankruptcyDepartment@Kelleydrye.com |
| W. Joe Wilson | jwilson@tylercooper.com |
| Jeffrey C. Wisler | jcw@cblhlaw.com |
| Douglas Wolfe | dwolfe@asmcapital.com |
| Robert D. Wolford | ecfwolfordr@millerjohnson.com |
| Richard L. Wynne | richard_wynne@kirkland.com;sperry@kirkland.com |
| Zhiyuan Xu | mxu@schiffhardin.com |
| David Farrington Yates | fyates@sonnenschein.com |
| Stephen L. Yonaty | syonaty@chwattys.com |
| German Yusufov | pcaocvbk@pcao.pima.gov |
| Helen A. Zamboni | hzamboni@underbergkessler.com |
| Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |
| Peter Alan Zisser | nyc-bkcyecf@hklaw.com |

SCHEDULE "B"

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

AFI, LLC
One University Plaza , Suite 312
Hackensack, NJ 07601

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway, Ste 220
Richmond, VA 23294

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Bruce D. Atherton
Bruce D. Atherton & Associates, PLLC
455 S. 4th Street, Suite 1450
Louisville, KY 40202-2528

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Robert E. Bartkus
Dillon, Bitar & Luther LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street , Ste 900
Cincinnati, OH 45202-3688

Burr & Forman LLP
420 North 20th Street , Ste 3100
Birmingham, AL 35203

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street, Ste 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, NY 10020-1104

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street, Suite 800
Cleveland, OH 44113

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway, Ste 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174

Megan E. Clark
Freking & Betz
525 Vine Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard , Ste 4900
Miami, FL 33131

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Raniero D'Aversa
Mayer, Brown, LLP
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Richard L Darst
8888 Keystone Crossing Blvd , Ste 800
Indianapolis, IN 46240

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South , Suite 310
San Diego, CA 92108

Karol K. Denniston
DLP Piper LLP
550 South Hope Street , Suite 2300
Los Angeles, CA 90071

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N., Suite 2600
Birmingham, AL 35209

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L IA9

Frank L. Eaton
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Energy Engineering & Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd., # 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael Farina
Thaler & Gertler, LLP
900 Merchants Concourse , Suite 414
Westbury, NY 11590

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue, Ste 600
Pasadena, CA 91101

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue, 14th Floor
New York, NY 10022

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle , Ste 625
Chicago, IL 60610

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016

GMD Industries LLC dba Production Screw
Machine Co.
1414 E. Second Street
Dayton, OH 45403-1023

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road, Suite 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street , Suite 1800
Charlotte, NC 28202

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Hain Capital Group, LLC
301 Route 17, 6th Floor
Rutherford, NJ 07070

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street, Suite 204
St. Charles, MO 63301

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street, Ste 1520
Dayton, OH 45402

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

David A. Hodges
212 Center Street, Fifth Floor
Little Rock, AR 72201

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz,PC
222 North LaSalle Street, Suite 2200
Chicago, IL 60601

Internal Revenue Service, Dept. of the Treasury
290 Broadway
New York, NY 10007

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. - 3rd FL
Des Moines, IA 50319-0120

Iron Mountain Information Management, Inc.
c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail, Apt # G-321
Boca Raton, FL 33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza, 58th Floor
New York, NY 10005

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109

Kelly A. Kruse
4190 Telegraph Rd., Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard, Suite 302-D
Land O' Lakes, FL 34639

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road, Suite 200
Farmington Hills,, MI 48331

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10019

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Madison Investment Trust - Series (1-50)
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th Floor
New York, NY 10271

Wendy G. Marcari
Dreier LLP
499 Park Avenue, 14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, NY 11553

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, NY 11553

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

James W. Moennich
Wickens, Herzer,Panza, Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Newstart Factors, Inc
281 Tresser Blvd, Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street, Suite 1520
Dayton, OH 45402

Nutech Plastics Engineering, Inc.
Tisdale & Associates LLC
1600 Broadway, Suite 2600
Denver, CO 80202

Michael P. O'Connor
10 Esquire Road, Suite 14
New City, NY 10956

Ore Hill Hub Fund, Ltd..
650 Fifth Avenue 9th Fl
New York, Ny 10019

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue, 37th Floor
New York, NY 10016

Pml Flightlink Ltd.
Newman Lane
Alton, Hampshire
United Kingdom 0X16 1SG

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave., Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Redrock Capital Partners, LLC
111 S. Main Street, Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave, # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue, 37th Floor
New York, NY 10016

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Terri A. Roberts
32 North Stone Ave, Suite 2100
Tucson, AZ 85701

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, NY 10014

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center, 36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Samsung Electro Mechanics Co Ltd
314 Maetan 3-dong, youngtong-gu
Suwon, Kyunggi 448-803
Republic of Korea

Lawrence M. Schwab
Bialson, Bergen & Schwab, Esq.
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799

Lesley Shore
110 W College St
Hagerstown, IN 47346

Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY 10019

Sierra Liquidity Fund, LLC
2699 White Rd.
Irvine , CA 92614

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street, Ste 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue, Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive, Ste 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Andrew Stern
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

Leigh C Taggart
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

United States District Court
500 Pearl Street
New York, NY 10007

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway, Ste 611
Southfield, MI 48075

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue, 2nd Floor
New York, NY 10010

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

D. Bradley Young
Sanyo North America
2055 Sanyo Ave
San Diego, CA 92154-6229