John H. Maddock III
Daniel F. Blanks
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2186

*Attorneys For CSX Transportation, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | **Case No. 05-44481 (rdd)** |
| **DELPHI CORPORATION,** *et al.*, ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of CSX Transportation, Inc., creditor in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

John H. Maddock III
Daniel F. Blanks
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2186
E-Mail: jmaddock@mcguirewoods.com
         dblanks@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia
March 14, 2008

Respectfully Submitted,

McGUIREWOODS LLP

By: /s/ John H. Maddock III
John H. Maddock III (JM9924)
Daniel F. Blanks (Not admitted)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*COUNSEL FOR CSX TRANSPORTATION, INC.*

## CERTIFICATE OF SERVICE

       I, John H. Maddock III, an attorney at McGuireWoods LLP, hereby certify that on March 14, 2008, a true and correct copy of this Notice of Appearance was served by delivery via ECF e-mail to all registered parties and by first class mail to the following:

Andrew Currie
Caroline Rogus
Wilmer Hale, LLP
1875 Pennsylvania Avenue
Washington, DC 20006

David S. Gragg
Langley & Banack, Incorporated
745 E. Mulberry
Suite 900
San Antonio, TX 78212

Dennis J. Connolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Lowell Peterson
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Mark S. Lichtenstein
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Sugundo, CA 90204

Alicia M. Leonhard
Tracy Hope Davis
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

| | |
|---|---|
| Mark A. Broude | Michael D. Warner |
| Robert J. Rosenberg | Warner Stevens, L.L.P. |
| Latham & Watkins | 301 Commerce Street |
| 885 Third Avenue | Suite 1700 |
| New York, NY 10022-4802 | Fort Worth, TX 76102 |

/s/ John H. Maddock III
John H. Maddock III (VSB#41044)
Daniel F. Blanks (Not admitted)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*COUNSEL FOR*
*CSX TRANSPORTATION, INC.*

\5195653.1

4