JAMES M. LAWNICZAK (Ohio Bar No. 0041836)
NATHAN A. WHEATLEY (Ohio Bar No. 0072192)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio  44114
Telephone: (216) 622-8200
Facsimile:  (216) 241-0816

Attorneys for Carolina Forge Co. and
Meadville Forging Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
| In re:  Delphi Corporation, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
------------------------------------------------------

**WITHDRAWAL OF OBJECTION OF (I) CAROLINA FORGE CO. AND MEADVILLE FORGING CO. TO THE NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO QUALIFIED BIDDERS IN CONNECTION TO SALE OF DEBTORS' BEARING BUSINESS AND (II) CAROLINA FORGE CO. TO DEBTOR'S TWENTY SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND MODIFY GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS**

Carolina Forge Co. ("Carolina") and Meadville Forging Co. ("Meadville" and, collectively with Carolina, the "Creditors"), by and through their undersigned counsel, hereby withdraw their objection, filed on February 25, 2008 (Docket No. 12854), to Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection to Sale of Debtors' Bearing Business and to Debtors' Twenty Seventh Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain Claims to

{00252066.DOC;1}

Implement Cure Payments and Modify General Unsecured Claims by Amount of Cure Payments.

                    Respectfully submitted,

                    /s/ James M. Lawniczak
                    James M. Lawniczak (Ohio 0041836)
                    Nathan A. Wheatley (Ohio 0072192)
                    CALFEE, HALTER & GRISWOLD LLP
                    1400 KeyBank Center
                    800 Superior Avenue
                    Cleveland, OH  44114
                    Telephone: (216) 622-8200
                    Facsimile: (216) 241-0816
                    Email:  jlawniczak@calfee.com
                            nwheatley@calfee.com

                    Attorneys for Carolina Forge Co. and
                    Meadville Forging Co.

## CERTIFICATE OF SERVICE

       A true and correct copy of the foregoing withdrawal has been filed electronically this 14th day of March, 2008, with the U.S. Bankruptcy Court for the Southern District of New York. Notice of this filing will be sent via electronic mail to all parties who have entered an appearance by operation of the Court's electronic filing system.  Additionally, copies of the foregoing were served via regular U.S. Mail, proper postage pre-paid, upon the following parties:

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
5725 Delphi Dr.
Troy, MI 48098
Attn: Deputy Gen. Counsel,
Transaction and Restructuring

John K. Lyons
Brian M. Fern
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606

Kenneth S. Ziman
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Bonnie Steingart
Fried, Frank, Harris, Shriver
& Jacobson LLP
One New York Plaza
New York, NY 10004

Jones Day
77 West Wacker Dr.
Chicago, IL 60601
Attn: Walter S. Holzer

Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall St., Suite 2100
New York, NY 10004

                                              /s/ James M. Lawniczak
                                              Attorney for Carolina Forge Co. and
                                              Meadville Forging Co.

{00252066.DOC;1}