B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
| --- | --- |

| Name of Debtor: **DELPHI CORPORATION** | Case Number: **05-44481** |
| --- | --- |

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**AMERICAN AIKOKU ALPHA, INC.**<br><br>Name and address where notices should be sent: **American Aikoku Alpha, Inc.**<br>**c/o Masuda, Funai, Eifert & Mitchell, Ltd.**<br>**203 N. LaSalle Street, Suite 2500**<br>**Chicago, Illinois 60601-1262**<br>**Attn.: Gary Vist, Esq.**<br>Telephone number:<br>**312-245-7500** | ☒ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br>**informal POC attached<br>as Exhibit A**<br>Filed on: **10/17/2005** |
| --- | --- |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:  $ **429,525.84** | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| --- | --- |

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

⊔ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

| 2. Basis for Claim: **goods sold**<br>(See instruction #2 on reverse side.) |
| --- |

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

⊔ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ **5,823.94**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>**1/15/08** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *GARY VIST, attorney*<br><br>*Gary Vist* (signature) | FOR COURT USE ONLY<br><br>JAN 15 2008 |
| --- | --- | --- |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



EXHIBIT
"B"
_____

MasudaFunai

CHICAGO   CINCINNATI   LOS ANGELES   SCHAUMBURG

Gary Vist
Attorney at Law
gvist@masudafunai.com
tel 312.245.7532
fax 312.245.7467

October 17, 2005

*Via Federal Express Mail - Overnight Delivery*

Delphi Corporation
5725 Delphi Drive
MC 483400216
Troy, Michigan 48098

*Via Federal Express Mail - Overnight Delivery and Facsimile - 312.407.0411*

John William Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606

*Via Federal Express Mail - Overnight Delivery*

A. Bladecki
Delphi Saginaw Steering Systems
3900 E. Holland Rd.
Saginaw, MI 48601-9494

*Via Federal Express Mail - Overnight Delivery and Facsimile - 212.735.2000*

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Re:   *In re Delphi Corporation, et al. – Case No. 05-444-81 Reclamation Demand by American Aikoku Alpha Inc.*

Ladies and Gentlemen:

The undersigned represents American Aikoku Alpha Inc. ("American Aikoku"). Demand is hereby made upon you pursuant to §2-702 of the Uniform Commercial Code and §546(c) of the United States Bankruptcy Code for the return of all merchandise received during the applicable periods referred to in the above-cited sections. The merchandise to be returned shall include, but not be limited to, the merchandise contained on the invoices referenced in the invoice summary enclosed herewith.

**EXHIBIT**
tabbies®
**"A"**

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street Suite 2500 Chicago Illinois 60601-1262 TEL 312.245.7500 FAX 312.245.7467 www.masudafunai.com

Delphi Corporation

Delphi Saginaw Steering Systems

Skadden, Arps, Slate, Meagher & Flom LLP

October 17, 2005

Page 2

The amount due and owing American Aikoku from the Debtors for the period September 28, 2005 to October 7, 2005 on the sale of the merchandise is ¥ 7,104,930.00, as denoted in the Reclamation Demand Summary attached, and which converted to USD is $62,642,89, plus applicable interests and costs.

Please contact the undersigned for instructions in connection with the return of the goods.

In light of the recent bankruptcy filing, you are further notified that all goods subject to the undersigned's right of reclamation should be protected and segregated by you and are not to be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

American Aikoku further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. American Aikoku also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past present or future defaults or events of default; or (3) a waiver or limitation of any rights of American Aikoku.

Very truly yours,

Masuda, Funai, Eifert & Mitchell, Ltd.

Gary Vist

Enclosure

cc:    Satoshi Mikuni (American Aikoku Alpha Inc.)

GDS:np:cmp
N:\SYS29\2920\Ltrs\Form23 - American Aikoku Alpha.doc

N:\SYS29\2920\AMERICAN AIKOKU REC. DEMAND SUMMARY

## AMERICAN AIKOKU ALPHA INC.'S RECLAMATION DEMAND SUMMARY

| Invoice No. | Date | P/N | Qty | Unit Price | Amount | Due Date | Due Amount | Ref. No. | USD |
|---|---|---|---|---|---|---|---|---|---|
| 16086 | 09/30/05 | 26001257 | 16,800 | ¥179.00 | ¥3,007,200.00 | 11/02/05 | ¥3,007,200.00 | 500964 | $26,544.25 USD |
| 16087 | 09/30/05 | 26079278 | 20,300 | ¥150.00 | ¥3,045,000.00 | 11/02/05 | ¥3,045,000.00 | 500965 | $26,877.91 USD |
| 16089 | 10/03/05 | 26067768 | 1,890 | ¥557.00 | ¥1,052,730.00 | 12/02/05 | ¥1,052,730.00 | 500984 | $9,220.73 USD |
| | | | | | | | **TOTAL ¥:** | ¥ 7,104,930.00 | |
| | | | | | | | **TOTAL USD:** | $62,642.89 | |

```
************ -COMM.JOURNAL- ************ DATE OCT-17-2005 ***** TIME 15:51 *** P.01

        MODE = MEMORY TRANSMISSION        START=OCT-17 15:48    END=OCT-17 15:51

        FILE NO.= 035

    NO.   COM   ABBR/NTWK   STATION NAME/     PAGES   PRG.NO.   PROGRAM NAME
                            TELEPHONE NO.

    001   OK    ☎           ⌗00294070411      004/004
    002   OK    ☎           ⌗002912127352000  004/004
                                              -MFEM

    ********************************** -203 N LASALLE - ***** -    3122457469- *********
```

# FAX

|  | Recipient 1 | Recipient 2 | Recipient 3 |
|---|---|---|---|
| To: | Skadden, Arps, Slate, Meagher & Flom LLP (Chicago Office) | Skadden, Arps, Slate, Meagher & Flom LLP (New York Office) | |
| Attn: | John William Butler, Jr. John K. Lyons Ron E. Meisler | Kayalyn A. Marafioti Thomas J. Matz | |
| Fax: | 312.407.0411 | 212.735.2000 | |
| Phone: | | | |

| | |
|---|---|
| From: | Gary Vist |
| Phone: | (312) 245-7500 |
| # of Pages: | 4    (including cover) |
| Date: | October 17, 2005 |

Re:  *In re Delphi Corporation, et al. – Case No. 05-444-81 Reclamation Demand by American Aikoku Alpha Inc.*

**Comments**

[X] Original will follow by:  Federal Express        [ ] Original will not follow

[ ] For your review                                  [ ] Please respond

The information contained in the attached transmission may be attorney-client privileged, confidential, exempt from disclosure under applicable law and intended only for the use of the person(s) or firm(s) named above. If the reader of this message is not an intended recipient, or an employee of or agent responsible for delivery to an intended recipient, you are hereby notified that any dissemination, distribution or copying of the attached transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. All postal fees so incurred will be reimbursed. Thank you.

**MasudaFunai**

CHICAGO   CINCINNATI   LOS ANGELES   SCHAUMBURG

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street Suite 2500 Chicago Illinois 60601-1212



AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 100
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 0953/09860

○ INVOICE    No: 015929

SALESPERSON

DATE OF INVOICE
08/22/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00824 | 08/22/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pc. | 2609-4170 | ¥748.7500 | ¥1,123,125.0000 |
| | PINION SHAFT | | |
| | [ P/T Nos.   146 ] | | |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

TOTAL    1,123,125.0000

EXHIBIT
GROUP
"B"

tabbies



INVOICE

No: 015960

AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code: 095309860

DATE OF INVOICE
08/29/2005

SALESPERSON

SHIP TO:
DELPHI SG LAREDO DISTRIBUTION CTR
BLDG 40
13701 MINES ROAD
LAREDO, TX USA

YOUR ORDER NUMBER
SAG9014657

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | TERMS | COL | P.P. | F.O.B. POINT |
|---|---|---|---|---|---|---|
| 05/00849 | 08/29/2005 | TRUCK | NET 25 TH | | | LAREDO |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500pcs | 26084170     [ P/T Nos.     1471 ] | ¥748.7500 | ¥1,123,125.0000 |
| | PINION SHAFT | | |

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 1,123,125.0000 |
|---|---|---|



○ INVOICE                                No. 015983

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 0953098d0

| | DATE OF INVOICE |
|---|---|
| SALESPERSON | 09/02/2005 |

SHIP TO:

TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00876 | 09/02/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | [P/T Nos.    148] | | |
| 1,500pcs. | 26094170 | ¥748.7500 | ¥1123,125.0000 |
| | PINION SHAFT | | |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 123,125.0000 |
|---|---|---|



# INVOICE

No: 016041

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

SALESPERSON

DATE OF INVOICE 09/20/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00933 | 09/20/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | [P/T Nos.    [ 50 ] | | |
| 1,500 pcs. | 26094170<br>PINION SHAFT | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 1,123,125.0000 |
|---|---|---|





# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

○ INVOICE

No. 015976

TO:

Vendor Code:

SHIP TO:

DATE OF INVOICE
09/01/2005

SALESPERSON

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00873 | 09/01/2005 | TRUCK | | | CHICAGO | NET 25TH | SAC9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10,500 pcs. | 26001257<br>INNER RACE BLANK<br><br>[ P/T Nos.    4519  to  4523 ] | ¥79.0000 | ¥1,879,500.0000 |

| | TOTAL | 879,500.0000 |
|---|---|---|

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

## ○ INVOICE

No: 015980

SALESPERSON

DATE OF INVOICE
09/02/2005

SHIP TO:
DELPHI SAGINAW PLANT 32
165 WEST MORLEY DRIVE
SAGINAW, MI 48601

TO:
DELPHI SAGINAW STEERING SYS

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00852 | 09/02/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257<br>INNER RACE BLANK<br><br>[ P.T.Nos.   4511 to 4518 ] | ¥ 79.0000 | ¥1,007,200.0000 |

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 1007,200.0000 |
|---|---|---|



# ⊙ INVOICE

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

No. 015981

DATE OF INVOICE
09/02/2005

TO:

SHIP TO:

SALESPERSON

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00853 | 09/02/2005 | TRUCK | | | CHICAGO | NET 25TH | S.AG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300 pcs. | 26079278<br>INNER RACE<br>[ P/T Nos.  1783  to  1789 ] | ¥ 150.0000 | ¥3,045,000.0000 |

17641

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 045,000.0000 |
|---|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

### INVOICE

No. 016009

TO:

SHIP TO:

| DATE OF INVOICE |
|---|
| 09/09/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00882 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257 | ¥179.0000 | ¥3,007,200.0000 |
| | INNER RACE BLANK | | |
| | [P/T Nos.    4524 to 4531] | | |

J 17669

| | TOTAL | 007,200.0000 |
|---|---|---|

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

○ INVOICE   No. 016010

TO:

SHIP TO:
DELPHI SAGINAW STEERING
15 WEST SALIGNE HWY
SAGINAW, MI 48601

SALESPERSON

DATE OF INVOICE
09/09/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00883 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300 Pcs. | 26079278 | ¥50.0000 | ¥30,045,000.0000 |
| | INNER RACE | | |
| | [ P/T Nos.   1700  to  1796 ] | | |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | 0,045,000.0000 |
|---|---|---|



INVOICE    No. 016038

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

TO:

SHIP TO:

SALESPERSON:

DATE OF INVOICE
09/19/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | CO | PP. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/009 12 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16,800 pcs. | 26001257 | INNER RACE BLANK | ¥179.0000 | ¥3,007,200.0000 |
| | | | | |
| | | 1 P/T Nos.  4532  to  4539 | | |

| | TOTAL | 007,200.0000 |
|---|---|---|

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# ○ INVOICE

No: 016039

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

TO:

SHIP TO:

SALESPERSON

DATE OF INVOICE
09/19/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | Col | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00913 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300 pcs. | 26079278 | | |
| | INNER RACE | ¥150.0000 | ¥30,045,000.0000 |
| | [ P/T Nos.  1797  to  1803 ] | | |
| | | **TOTAL** | 045,000.0000 |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

# INVOICE

No: 016059

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

TO:

SHIP TO:

SALESPERSON

DATE OF INVOICE  09/23/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | CO | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00938 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800pcs. | 26001257<br>INNER RACE BLANK<br>[ P/T Nos.  4540 to  4547 ] | ¥ 79.0000 | ¥3,007,200.0000 |

|  |  | TOTAL | 007,200.0000 |
|---|---|---|---|

Please remit payment to:  MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



○ INVOICE    No: 016060

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

TO:

SALESPERSON

DATE OF INVOICE
09/23/2005

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P/P | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00939 | 09/23/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | [P/T Nos.    1804 to 1810] | ¥50.0000 | |
| | 26079278 | | ¥3,045,000.0000 |
| | INNER RACE | | |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | ¥3,045,000.0000 |
|---|---|---|



# ○ INVOICE

No. 016086

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

TO:

SHIP TO:

| SALESPERSON | DATE OF INVOICE |
|---|---|
| | 09/30/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00964 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001125-<br>INNER RACE BLANK<br><br>[ P/T Nos.    4548  to  4555 ] | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL | ¥3,007,200.0000 |
|---|---|---|



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

Vendor Code:

## INVOICE

No. 016087

DATE OF INVOICE
09/30/2005

TO:

SHIP TO:

SALESPERSON

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00965 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 | ¥ 50.0000 | |
| | INNER RACE | | ¥30(45,000.0000 |
| | [ P/T Nos.   1811 to 1817] | | |

| | TOTAL | 045,000.0000 |
|---|---|---|

Please remit payment to :   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 0953098860

## INVOICE

No. 016020

**DATE OF INVOICE** 09/13/2005

**SALESPERSON**

SHIP TO: DELPHI SAGINAW STEERING SYSTEM...

TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00931 | 09/13/2005 | ALVAN MOTOR | | | CHICAGO | NET 25 TH | SAG9015218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 11,250 pcs. | 26095086   PINION SHAFT   [ P/T Nos   167 to 171 ] | $5.2200 | $58,725.0000 |
| | | **TOTAL** | $58,725.0000 |

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

176679



MORGAN STANLEY CAPITAL, INC.

INVOICE    No: 015332

DATE OF INVOICE
03/08/2005

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

TO:
DELPHI SAGINAW STEERING SYSTEM

Vendor Code: 095309860

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00258 | 03/08/2005 | ALVAN MOTOR | | | CHICAGO | NET 25 TH | SAG9015218 |

SALESPERSON

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,250pcs. | PINION SHAFT | $5.2200 | $11,745.0000 |
| | 2609.9986 | | $11,745.0000 |
| | [ P/T Nos.   148 ] | | |

1  16430

Please remit payment to:    MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

TOTAL    $11,745.0000

# INVOICE   No. 016072

## AMERICAN AIKOKU ALPHA, INC.
520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**DATE OF INVOICE** 09/28/2005

TO:

SALESPERSON

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
|  | 09/15/05 | DANZAS |  |  | CHICAGO |  | SAG90I5218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4,500 PCS | P/N 26113361<br>PINION SHAFT<br>(P/T No. 1 to 2) | $3.52 | $15,840.00 |
|  |  | **TOTAL** | $15,840.00 |

PLEASE REMIT PAYMENT TO:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020



# INVOICE

No. 016061

## AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**DATE OF INVOICE**
09/26/2005

TO:
DEPHI SAGINAW STEERING GEAR

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
PLANT #9
19711 NEXUS ROAD
LAREDO, TX 77040

| ACCOUNT NO. | | SALESPERSON | | | | | | YOUR ORDER NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | S2853172 | |

| DATE SHIPPED | SHIPPED VIA | COL. | P.P. | F.O.B. POINT | TERMS | | | |
|---|---|---|---|---|---|---|---|---|
| 09/12/05 | TRUCK | | | LAREDO | | | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,084 PCS | P/N 26117080<br>INNER RACE SAMPLES<br><br>(P/T No. 1)<br><br>✓ 17778  ② | $2.46 | $5,126.64 |

PLEASE REMIT PAYMENT TO:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| | **TOTAL** | $5,126.64 |
|---|---|---|

AMERICAN AXLE & MFG., INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7790

## INVOICE No. 015551

DATE OF INVOICE
05/09/2005

TO:

DELPHI SAGINAW STEERING SYSTEMS

SHIP TO: DELPHI SAGINAW STEERING SYSTEMS
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| 05/009468 | 05/09/05 | ALVAN | | | CHICAGO | NET 25TH | | S2S40923 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 3,560 PCS | 26113361<br>PINION SHAFT<br><br>(P/T No. 1 to 2) | $6.00 | $21,360.00 |

16845

PLEASE REMIT PAYMENT TO:   MIZUHO CORPORATE BANK

| | TOTAL | $21,360.00 |
|---|---|---|

# INVOICE No. 015668

**AMERICAN AXOKU AIPXXKC**
220 LAKE COOK ROAD SUITE 180
DEERFIELD, IL 60015
(847) 948-7890

**DATE OF INVOICE**
06/09/2005

**SALESPERSON**

**TO:**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
SAGINAW, MI 48601

**SHIP TO:**
MILLER TOOL & DIE CO.
829 BELDEN ROAD
JACKSON, MI 49203

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|
| | 05/19/05 | | | S2851972 |

| QUANTITY | DESCRIPTION | COL | P.P. | F.O.B. POINT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1,500 PCS | P/N 26117080 C/G JOINT INNER RACE | | | CHICAGO | $2.46 | $3,690.00 |

✓ 17097

PLEASE REMIT PAYMENT TO:   MIZUHO CORPORATE BANK
                           NEW YORK BRANCH
                           31ST FLOOR
                           1251 AVE. OF THE AMERICAS
                           NEW YORK, NY 10020

**TOTAL** $3,690.00