**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- X
In re                                             : Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       : Case No. 05-44481 (RDD)
                                                  :
            Debtors.                              : (Jointly Administered)
                                                  :
------------------------------------------------- X

### ORDER GRANTING MOTION OF TEMIC AUTOMOTIVE OF NORTH AMERICA, INC. AND MOTOROLA, INC. TO ELECT CASH PAYMENT FOR CURE AMOUNT

Upon the Motion dated February 22, 2008 (the "Motion")[1] (Docket No. 12827) filed by Temic Automotive of North America, Inc. ("Temic") and Motorola, Inc. ("Motorola," and, together with Temic, the "Movants"), for an Order Extending Time to Elect Cash Payment for Cure Amount; and objection (the "Objection") (Docket No. 12866) to the Motion having been filed by the above-captioned debtors (the "Debtors"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and the Objection; and the Court having heard the testimony of the witnesses and the statements of counsel in support of and against the relief requested therein at a hearing before the Court on February 26,

---

[1] Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Motion.

2008 (the "Hearing"); and the Court having found legal and factual bases, including those set forth in the Motion and at the Hearing, establishing cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, and for the reasons stated on the record at the Hearing, it is hereby

    1.    ORDERED that the Motion is granted; it is further

    2.    ORDERED that the Movants are deemed to have elected to receive a cash cure payment in the amount of $2,255,696.88 as of January 11, 2008 in response to the Plan Cure Notice served upon Temic in connection with P.O. number SAG90I4704, which shall be distributed to Temic in accordance with the Debtors' current payment distribution mechanism to:

    Temic Acct #: 2000032621714

    ABA #: 053-000-219

    Swift Address: PNBPUS33

    Wachovia Bank, NA

and it is further

    3.    ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York for the filing of a memorandum of law is waived.

Dated: March 14, 2008
       New York, New York

                               /s/Robert D. Drain
                               The Honorable Robert D. Drain
                               United States Bankruptcy Judge