DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)(ADMITTED PRO HAC VICE)
AMISH R. DOSHI, ESQ. (AD5996)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.

ATTORNEYS FOR SPARTECH CORPORATION
AND SPARTECH POLYCOM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al*., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING NOTICE OF PROPOSED CURE
CLAIMS OF SPARTECH CORPORATION PURSUANT TO CONFIRMATION ORDER
AND SECTION 8.2(B) OF FIRST AMENDED JOINT PLAN OF REORGANIZATION**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey.  Day Pitney is local counsel for Spartech Corporation and Spartech Polycom in connection with the above-referenced matter.

2

2.   On March 10, 2008, I electronically filed Spartech Corporation And Spartech Polycom's Notice of Proposed Cure Claims of Spartech Corporation Pursuant to Confirmation Order and Section 8.2(b) of First Amended Joint Plan of Reorganization with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties entitled to receive notice via the Court's ECF system to be served.  Thereafter I caused copies to be served upon all parties on the annexed service list as noted thereon.

3.   I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: March 14, 2008
       Florham Park, New Jersey

## Service List

**SERVED VIA HAND DELIVERY ON 3/10/2008:**

**Debtors**

Delphi Corporation
5725 Delphi Drive
Troy Michigan 48098
Attn:   David M. Sherbin
        General Counsel


**Counsel to the Debtors**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr.
        George N. Panagakis
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:  Kayalyn A. Marafioti, Esq.
       Thomas J. Matz, Esq.