# CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on March 14, 2008, in addition to service via ECF, I caused true copies of the foregoing United States of America's Response to Debtor's Objection to the Claim of the Equal Employment Opportunity Commission (16753) and the Claim of Stanley N. Straughter (16754) to be served, via Federal Express, upon the persons set forth below:

>Delphi Corporation
>Attn: General Counsel
>5725 Delphi Drive
>Troy, Michigan 48098
>
>John Wm. Butler, Jr., Esq.
>John K. Lyons, Esq.
>Joseph N. Wharton, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>
>Alicia M. Leonhard, Esq.
>Office of the United States Trustee
>33 Whitehall Street, Suite 2100
>New York, New York 10004

>/s/ Matthew L. Schwartz
>MATTHEW L. SCHWARTZ
>Assistant United States Attorney