BURR & FORMAN, LLP
420 20th Street North
Suite 3400
Birmingham, Alabama
D. Christopher Carson
Marc P. Solomon

Attorneys for Skokie Castings, Inc. (f/k/a Castwell Products, Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
: 
In re:                                                       : Chapter 11
                                                             :
DELPHI CORPORATION., et al.,                                 : Case No.: 05-44481 (RDD)
                                                             :
                                      Debtors.               : (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x

# WITHDRAWAL OF SKOKIE CASTINGS, INC. (F/K/A CASTWELL PRODUCTS, INC.) OBJECTION TO CURE AMOUNT FOR PURCHASE ORDER SAG9012001 TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

Skokie Castings, Inc. (f/k/a Castwell Products, Inc.) ("Skokie") hereby withdraws its objection to the cure amount for purchase order SAG9012001 to be assumed and assigned in connection with the sale of steering and halfshaft business based on the debtors' and Skokie's agreement to settle the cure amount.

Dated: March 14, 2008
       Birmingham, Alabama

1650927 v1

            BURR & FORMAN LLP
            By:/s/ Marc P. Solomon
            D. Christopher Carson (*admitted pro hac vice*)
            Marc P. Solomon (*admitted pro hac vice*)
            420 North 20th Street
            Suite 3400
            Birmingham, Alabama 35203
            (205) 251-3000

BURR & FORMAN, LLP
420 20th Street North
Suite 3400
Birmingham, Alabama
D. Christopher Carson
Marc P. Solomon

Attorneys for Skokie Castings, Inc. (f/k/a Castwell Products, Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
DELPHI CORPORATION., et al.,                :    Case No.: 05-44481 (RDD)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2008, I served the *Withdrawal Of Skokie Castings, Inc. (F/K/A Castwell Products, Inc.) Objection to Cure Amount for Purchase Order SAG9012001 to Be Assumed and Assigned in Connection With Sale of Steering and Halfshaft Business* as follows:

1.    By transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated February 22, 2008, and causing

1650927 v1

same to be placed into an official depository of Federal Express located within the State of Alabama.

    2.    I further served the Objection by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated February 22, 2008.

Dated: March 14, 2008
       Birmingham, Alabama

          BURR & FORMAN LLP

          By: /s/ Marc P. Solomon
          D. Christopher Carson (*admitted pro hac vice*)
          Marc P. Solomon (*admitted pro hac vice*)
          420 North 20th Street
          Suite 3400
          Birmingham, Alabama 35203
          (205) 251-3000