UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                     :

    In re                                        :          Chapter 11

                                                      :

DELPHI CORPORATION, et al.,     :          Case No. 05-44481 (RDD)

                                                      :

                   Debtors.       :          (Jointly Administered)

                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
<u>EXPUNGING WITH PREJUDICE PROOF OF CLAIM NUMBER 2648</u>

("FURUKAWA ELECTRIC COMPANY LTD. ORDER")

Upon the Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicative and Amended Claims and (B) Equity Claims (Docket No. 7300) (the "Tenth Omnibus Claims Objection,") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); together with the Response By The Furukawa Electric Co., Ltd. (the "Claimant") To Debtors' Tenth Omnibus Claims Objection (Docket No. 7639); and upon the Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Claims Objection (Docket No. 7749) (the "Omnibus Reply"); and the Court having been informal by the Debtors at the hearing on this matter conducted on February 29, 2008 (the "Hearing") that the Claimant now consents to the requested relief; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:

A.      The Claimant was properly served with the Tenth Omnibus Claims Objection and the Debtors' Omnibus Reply.

B.      The Court has jurisdiction over the Tenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Tenth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Tenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      For the reasons more fully stated on the record at the Hearing, which are herein incorporated by reference, proof of claim number 2648 filed by the Claimant is duplicative.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Proof of claim number 2648 filed by the Claimant is hereby disallowed and expunged with prejudice.

2.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York

   March 14, 2007

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

2