**Continued Hearing Date & Time: March 19, 2008 at 10:00 a.m.**

THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281
Tel: (212) 912-7400
Jonathan D. Forstot (JF/5807)
Louis A. Curcio (LC/0242)

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: (704) 377-8346
David M. Schilli (NC Bar No. 17989)
*Admitted Pro Hac Vice*

*Attorneys for BI Technologies Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF
RESPONSE AND OBJECTION OF BI TECHNOLOGIES CORPORATION TO
(I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH
SALE OF STEERING AND HALFSHAFT BUSINESS; AND (II) DEBTORS'
NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN
CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

In reliance on the Debtors' representation that, with respect to BI Technologies Corporation ("BI Technologies"), the Debtors will acknowledge and agree that in connection with the sale of the Steering and Halfshaft Business, aside from the assignment of Purchase Order #SAG90I4995 to the Buyers, the Debtors are not attempting to modify, and are not modifying, in any way the terms and conditions relating to Purchase Order #SAG90I4995 with

BI Technologies existing as of the date of the assumption and assignment of that Purchase Order, BI Technologies, through its undersigned counsel, and based upon an agreement with the Debtors, hereby withdraws its Response and Objection to (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business; and (II) Debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection With Sale of Steering and Halfshaft Business (Docket No. 12477).

Dated: New York, New York
March 17, 2008.

THACHER PROFFITT & WOOD LLP

By:  /s/ Louis A. Curcio
Louis A. Curcio (LC/0242)

Two World Financial Center
New York, NY 10281
Tel: (212) 912-7400

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: (704) 377-8346
David M. Schilli (NC Bar No. 17989)
*Admitted Pro Hac Vice*

*Attorneys for BI Technologies Corp.*