**EXHIBIT I**

Plan Investors*

1. A-D Acquisition Holdings, LLC and Appaloosa Management, L.P.
2. Harbinger Del-Auto Investment Company, Ltd., Harbinger Capital Partners Special Situations GP, LLC and Harbinger Capital Partners Master Fund I, Ltd.
3. Dolce Investments LLC and Cerberus Capital Management L.P.
4. Merrill Lynch, Pierce, Fenner & Smith Inc.
5. UBS Securities LLC and UBS AG
6. Goldman, Sachs & Co.
7. Pardus DPH Holding LLC, Pardus Special Opportunities Master Fund L.P., Pardus Capital Management L.P. and Pardus Capital Management L.L.C.

Additional Investors*

1. The Additional Investors are transferees or assignees of rights or obligations under the Equity Purchase and Commitment Agreement between Delphi Corporation and Plan Investors dated January 18, 2007, and amended December 10, 2007, as it may subsequently be amended. The names of the Additional Investors have not been publicly disclosed and additional entities may become Additional Investors.

------------------
*The Plan Investors and Additional Investors (together, the "Investors") include holding companies, special purpose vehicles, fund managers and affiliates of related groups of companies. The Debtors lack sufficient information to identify each entity whose conduct may be relevant to the Debtors' investigation. Accordingly, for purposes of the Debtors' Application and proposed Order, the "Investors" include all affiliates of the Plan Investors and Additional Investors as identified above, all entities that manage or control them, and all entities that they manage or control.