SOMMER BARNARD PC
Jeffrey J. Graham (JG 9617)
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Attorney for Small Parts, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :     Chapter 11
                                                             :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :
                                                             :     (Jointly Administered)
        Debtors.                                             :
------------------------------------------------------------ x

## WITHDRAWAL OF OBJECTION BY SMALL PARTS, INC. TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT ON UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

Small Parts, Inc. ("Small Parts"), by counsel, hereby withdraws its "Limited Objection By Small Parts, Inc. To Executory Contract On Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business" (CM/ECF Docket No. 12408 (the "Objection"). Delphi Corporation, et al., debtors and debtors-in-possession (collectively, the "Debtors"), have agreed to amend the proposed cure amount relating to Delphi PO Number SAG9012634 in connection with the sale of the Debtors' steering and halfshaft business to provide a cure as follows: (1) $7,106.79 for PO SAG9012634; and (2) $492.98 for PO SAG9015387.

Because the Debtors have agreed to the relief sought by Small Parts in the Objection and Small Parts, in turn, has agreed with withdraw the Limited Objection, neither Small Parts nor it counsel will attend the hearing on March 19, 2008.

Dated: Indianapolis, Indiana
March 17, 2008

SMALL PARTS, INC.,

By: _____
Jeffrey J. Graham (JG 9617)
Admitted pro hac vice

Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

754862