## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

In re:                                                                | In proceedings for Reorganization under
                                                                      | Chapter 11
DELPHI CORPORATION                                                    |
                                                                      | Case No. 05-44481 (RDD)
                                                                      |
        ("the Debtor")        | Jointly Administered
                                                                      |

------------------------------------------------------------------

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Longacre Master Fund, Ltd., a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| **Old Address** | **New Address** |
| --- | --- |
| Longacre Master Fund, Ltd. | Longacre Master Fund, Ltd. |
| 810 Seventh Avenue, 22nd Floor | 810 Seventh Avenue, 33rd Floor |
| New York, NY 10019 | New York, NY 10019 |
| Attn: Vladimir Jelisavcic | Attn: Vladimir Jelisavcic |

The telephone and facsimile numbers, and e-mail address remain the same.

Dated: March 17, 2008
New York, New York

                                                                  LONGACRE MASTER FUND, LTD.

                                                                 /s/ Vladimir Jelisavcic_____
                                                                 Name: Vladimir Jelisavcic
                                                                 Title: Director