BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
*rmcdowell@bodmanllp.com*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Lear Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

      Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

**WITHDRAWAL OF OBJECTION BY LEAR CORPORATION TO DEBTORS' (I) NOTICE
OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED
AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT
BUSINESS (II) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH
SALE OF STEERING AND HALFSHAFT BUSINESS AND (III) MOTION
<u>FOR SALE OF STEERING AND HALFSHAFT BUSINESS</u>**

      Lear Corporation ("Lear") hereby withdraws its Objection to Debtors' (I) Notice of Cure

Amount with Respect to Executory Contract to be Assumed and Assigned in Connection with

Sale of Steering and Halfshaft Business, (II) Notice of Assumption and/or Assignment of Executory

Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and HalfShaft Business and

(III) Motion for Sale of Steering and HalfShaft Business [Docket #12475].

                                  BODMAN LLP

                                  By:   */s/* Ralph E. McDowell
                                        Ralph E. McDowell (P39235)
                                  Attorneys for Lear Corporation
                                  6th Floor at Ford Field
                                  1901 St. Antoine Street
                                  Detroit, Michigan 48226
March 17, 2008                    (313) 259-7777

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **Withdrawal of Objection by Lear Corporation to Debtors' (I) Notice of Cure Amount with Respect to Executory Contract to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (II) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business and (III) Motion for Sale of Steering and Halfshaft Business** was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004


      /s/  Ralph E. McDowell
Dated:  March 17, 2008          Ralph E. McDowell

-2-

Detroit_832811_1