UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                Case No. 05-44481 (RDD)
                                         Chapter 11 proceeding

            Debtor.                      [Jointly Administered]
_____/


**WITHDRAWAL OF MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF STEERING AND HALFSHAFT BUSINESS**

    NOW COMES MacArthur Corporation and it hereby withdraws its Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with the Sale of Steering and Halfshaft Business [Docket No. 12443].


Dated: March 17, 2007                    /s/ Thomas Barrett
                                         Thomas Barrett
                                         MacArthur Corporation
                                         3190 Tri-Park Drive
                                         Grand Blanc MI 48439
                                         (810) 606-1777


F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Withdrawal of Objection to Cure Amount re Steering and Halfshaft.wpd