BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
rmcdowell@bodmanllp.com
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for American Axle & Manufacturing, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

    Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

## WITHDRAWAL OF OBJECTION BY AMERICAN AXLE & MANUFACTURING, INC. TO DEBTORS' (I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT TO QUALIFIED BIDDERS IN CONNECTION WITH SALE OF BEARING BUSINESS AND (II) MOTION FOR SALE OF BEARING BUSINESS

American Axle & Manufacturing, Inc. hereby withdraws its Objection to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection with Sale of Bearing and Business and (II) Motion for Sale of Bearing [Docket #12867].

BODMAN LLP

By:   */s/* Ralph E. McDowell
    Ralph E. McDowell (P39235)
Attorneys for American Axle & Manufacturing, Inc.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777

March 17, 2008

Detroit_832799_1

-2-

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Withdrawal of Objection by American Axle & Manufacturing, Inc. to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract to Qualified Bidders in Connection with Sale of Bearing Business and (II) Motion For Sale of Bearing Business* was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

|  |  |
|---|---|
|  | /s/ Ralph E. McDowell |
| Dated: March 17, 2008 | Ralph E. McDowell |

Detroit_832799_1