BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
*rmcdowell@bodmanllp.com*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Freudenberg-NOK General Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

    Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**WITHDRAWAL OF OBJECTION BY FREUDENBERG-NOK GENERAL
PARTNERSHIP TO DEBTORS' (I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT
OF EXECUTORY CONTRACT TO BUYERS IN CONNECTION WITH SALE OF BEARING
BUSINESS AND (II) MOTION FOR SALE OF BEARING BUSINESS**

Freudenberg-NOK General Partnership hereby withdraws its Objection to Debtors' (I)

Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in

Connection with Sale of Bearing and Business and (II) Motion for Sale of Bearing [Docket #12607].

BODMAN LLP

By:    */s/* Ralph E. McDowell
      Ralph E. McDowell (P39235)
Attorneys for Freudenberg-NOK General
Partnership
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777

March 17, 2008

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a true and correct copy of the foregoing ***Withdrawal of Objection by Freudenberg-NOK General Partnership to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract to Buyers in Connection with Sale of Bearing Business and (II) Motion For Sale of Bearing Business*** was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004


                                              /s/  Ralph E. McDowell
Dated:  March 17, 2008                        Ralph E. McDowell

Detroit_832926_1