## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On March 17, 2008 I served the within "Limited Objection of IUE-CWA and Affiliated Local 755 to Debtors' Proposed Sale of the Kettering Facility to Tenneco" by e-mailing a copy to the following:

> Robert J. Rosenberg, Esq.
> Latham & Watkins LLP
> 885 Third Avenue, Suite 1000
> New York, New York 10022-4834
>
> Alicia Leonhard, Esq.
> U.S. Department of Justice
> Office of the United States Trustee
> 33 Whitehall Street, 21st Floor
> New York, New York 10004-2111
>
> Kayalan A. Marafioti, Esq.
> Thomas J. Matz, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 4 Times Square
> New York, New York 10036
>
> Delphi Corporation
> c/o Sean Corcoran and Karen Craft
> 5725 Delphi Drive
> Troy, MI 48098-2815
>
> John W. Butler, Jr.
> John K. Lyons
> Ron E. Meisler
> Nick D. Campanario
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606

Jessica Kastin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_____
Alexandra Miller

Sworn to before me this
16th day of January, 2008.

_____
Notary Public

THOMAS M. MURRAY
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011