Jonathan L. Flaxer, Esq. (JF-7096)
Golenbock Eiseman Assor Bell & Peskoe LLP
*Attorneys for Universal Bearings, LLC*
437 Madison Avenue
New York, NY 10022
(212)-907-7327

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
                                     :   Chapter 11
In re                                :
                                     :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,          :
                                     :   (Jointly Administered)
                         Debtors.    :
                                     :
------------------------------------ x

**NOTICE OF WITHDRAWAL OF OBJECTION OF UNIVERSAL BEARINGS, LLC TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Universal Bearings, LLC ("Universal") hereby withdraws its Objection to the above captioned debtors' Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Purchase Order SAG90I0226) which was filed with this Court on February 4, 2008 as Docket No. 12501.

Dated: New York, New York
       March 17, 2008

                                        Respectfully submitted,

                                        GOLENBOCK EISEMAN ASSOR BELL
                                        & PESKOE LLP
                                        437 Madison Avenue
                                        New York, New York 10022
                                        Tel: (212) 907-7300
                                        Fax: (212) 754-0330

                                        By:  /s/ Jonathan L. Flaxer
                                             Jonathan L. Flaxer (JF 7096)

*418923.1*