Jonathan L. Flaxer, Esq. (JF-7096)
Golenbock Eiseman Assor Bell & Peskoe LLP
*Attorneys for Universal Bearings, LLC*
437 Madison Avenue
New York, NY 10022
(212)-907-7327

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
:
In re                                            :   Chapter 11
:
DELPHI CORPORATION, et al.,                      :   Case No. 05-44481 (RDD)
:
:   (Jointly Administered)
                                      Debtors.   :
------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANNE M. McGRATH, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside at Staten Island, New York.

On March 17, 2008, I served the *Notice of Withdrawal of Objection of Universal Bearings, LLC To Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease To Be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business,* upon the persons listed on the attached service list by depositing a true copy thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service.

_____
ANNE M. McGRATH

Sworn to before me this
17th day of March, 2008.

_____
Notary Public

419043.1

ROSEMARY J. MCSHANE
Notary Public, State of New York
No. 01MC6087846
Qualified in Westchester County
Commission Expires February 24, 20 11

## Service List

Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48098

Attn: Legal Staff

John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive – Ste. 2100
Chicago, Illinois 60606

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, New York 10022

Richard L. Wayne, Esq.
Kirkland & Ellis, LLP
777 South Figuerora Street
Los Angeles, CA 90017

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Attn: Deputy General Counsel, Transactional and Restructuring

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street – Street 2100
New York, New York 10004