To Honorable Robert D. Drain.

I have inclosed a letter that my sisster rote up for me. This letter is my own. I have lote's of Disablety in spelling and my hon en veses. allso Reading my mail and taking care of Bill's. I have not ben abe to work after my huchon past away. sosed seveir has a lene on my house. "I need Help." I Live at 4810 Briarcliff Sq. Apt 6. Honeoye New york. 14491 please "help me."

P.S.
Lorraine Barnum.
I have no monye to get around
I have to browoe it.
Thanyou.

Re: The matter of Delphi Corporation, et al.    March, 11th 2008

Case # 05-44481(red)

    To Whom It May Concern, I Lorraine Barnum requests an adjournment of all proceedings. Do to issue of right of representation. Stating all information given by the plaintiff regarding contact information to obtain appropriate counsel for this particular proceeding where lacking.

    All contact information provided by the plaintiff were to obtain council In Southern States of the Country (not the Southern district of New York State) thus all contact information provided by the plaintiff would not be considered licensed in the State of New York, nor the court of Jurisdiction. The complexity of the issue at hand requires a highly specialized requirement.

    (Disability Retirement Benefits) Not only can I not afford an attorney with minimal requirements; I am more than financially hard pressed to find representation without the ability to pay. Therefore I request competent legal council to be appointed to assist me in this endeavor.

Best Regards, To All

*Lorraine F. Barnum*