PEPPER HAMILTON LLP
Francis J. Lawall
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Counsel for Teleflex Incorporated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

**NOTICE OF WITHDRAWAL OF TELEFLEX INCORPORATED'S OBJECTION TO (I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH THE SALE OF STEERING AND HALFSHAFT BUSINESS RELATING TO PURCHASE ORDER SAG90I0952; AND (II) NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS RELATING TO PURCHASE ORDER SAG90I0952**

Teleflex Incorporated ("Teleflex") hereby withdraws its objection to (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of Steering And Halfshaft Business (Purchase Order SAG90I0952); and (II) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Purchase Order SAG90I0952) which was filed with the Court on February 5, 2008 as Docket

#9438685 v1

-2-

No. 12515.

                Respectfully submitted,

                /s/ Anne Marie Aaronson
                Francis J. Lawall
                Anne Marie Aaronson (AA 1679)
                PEPPER HAMILTON LLP
                3000 Two Logan Square,
                18th and Arch Streets
                Philadelphia, PA  19103-2799
                (215) 981-4000

                Counsel for Teleflex Incorporated

Dated: March 13, 2008

#9438685 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 13, 2008, copies of the Notice Of Withdrawal Of Teleflex Incorporated's Objection To (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with the Sale of Steering and Halfshaft Business Relating to Purchase Order SAG90I0952; (II) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Relating toPurchase Order SAG90I0952 were served via first class mail, postage prepaid, upon the parties on the attached service list.

/s/ Anne Marie Aaronson
Francis J. Lawall
Anne Marie Aaronson (AA 1679)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Teleflex Incorporated

DATED: March 13, 2008

-3-

#9438685 v1

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional & Restructuring
5725 Delphi Drive
Troy, MI 48098

John K. Lyons, Esquire
Ron E. Meisler, Esquire
Brian M. Fern, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Richard L. Wynne, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
    for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004

#1827044 v3 (48754.101)

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606