**Hearing Date: March 19, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                         :
In re                     :    Chapter 11
                         :
DELPHI CORPORATION, et al.,  :    Case No. 05-44481 (RDD)
                         :
             Debtors.    :    (Jointly Administered)
                         :
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-NINTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
                          Alexander Hamilton Custom House, Room 610, 6th Floor, One
                          Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (7 Matters)

    E.    Adversary Proceedings (1 Matter)

**B.**    **Continued Or Adjourned Matters**[*]

**C.**    **Uncontested, Agreed, Or Settled Matters**

    1.    **"KECP Fourth Supplement"** - Fourth Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue Short-Term At-Risk Performance Payment Program ("AIP") For First Half Of 2008 (Docket No. 12920)

    *Responses filed:*    *None.*

    *Statement in Support: A statement will be filed in support of the KECP Fourth Supplement.*

    *Related filings:*    *Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program("KECP Motion") (Docket No. 213)*

    *Objection To KECP Motion By Wilmington Trust Company, As Indenture Trustee (Docket No. 1133)*

---

[*]    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

*Objection To KECP Motion By USW (Docket No. 1134)*

*Objection To KECP Motion By UAW (Docket No. 1135)*

*Objection To KECP Motion By Pension Benefit Guaranty Corporation (Docket No. 1141)*

*Objection To KECP Motion By IBEW and IAM (Docket No. 1156)*

*Limited Objection To KECP Motion By Prepetition Agent (Docket No. 1157)*

*Objection To KECP Motion By IUOE (Docket No. 1159)*

*Objection To KECP Motion By Securities Class Action Lead Plaintiffs (Docket No. 1161)*

*Objection To KECP Motion By IUE-CWA (Docket No. 1164)*

*Objection To KECP Motion By United States Trustee (Docket No. 1288)*

*Debtors' Omnibus Response To Objections To Their Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 2210)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Short-Term Annual Incentive Program (Docket No. 2441)*

*Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)*

*Objection To Supplement By IUE-CWA (Docket No. 4524)*

*Objection To Supplement By USW (Docket No. 4526)*

*Response To Supplement By Securities Class Action
Lead Plaintiffs (Docket No. 4528)*

*Objection To Supplement By IBEW, IAM, and IUOE
(Docket Nos. 4529-4531)*

*Objection To Supplement By UAW (Docket No. 4556)*

*Debtors Omnibus Response To Objections To
Supplement To KECP Motion Seeking Authority To:
(A) Fix Second Half 2006 AIP Targets And Continue
AIP Programs And (B) Further Adjourn KECP
Emergence Incentive Program Hearing (Docket No.
4586)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing
The Debtors To: (A) Fix Second Half 2006 AIP
Targets And Continue AIP Program And (B) Further
Adjourn KECP Emergence Incentive Program
Hearing (Docket No. 4660)*

*Second Supplement To KECP Motion Seeking
Authority To Continue AIP For First Half Of 2007
(Docket No. 7200)*

*Objections And Memorandum Of Law In Support Of
Objections Of IBEW Local 663, IAM District 10 And
IUOE Locals 18S And 832S To Second Supplement To
KECP Motion Seeking Authority To Continue AIP For
First Half Of 2007 (Docket No. 7324)*

*Objection Of UAW To Debtors' Second Supplement
To KECP Motion Seeking Authority To Continue AIP
For First Half Of 2007 (Docket No. 7325)*

*Objections Of USW To Debtors' Second Supplement
To KECP Motion Seeking Authority To Continue AIP
For First Half Of 2007 (Docket No. 7327)*

*Objection By IUE-CWA To Second Supplemental
KECP Motion (Docket No. 7335)*

*Debtors' Omnibus Response To Objections To Second
Supplement To KECP Motion (Docket No. 213)
Seeking Authority To Continue AIP For First Half Of
2007, dated March 21, 2007 (Docket No. 7373)*

4

*Second Supplemental Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Continue AIP For First Half 2007 (Docket No. 7474)*

*Third Supplement To KECP Motion Seeking Authority To Continue Short Term At-Risk Performance Payment Program ("AIP") For Second Half Of 2007 (Docket No. 9298)*

*Objection Of UAW To Debtors' Third Supplement To KECP Motion Seeking Authority To Continue Annual Incentive Plan For Second Half Of 2007 (Docket No. 9445)*

*Objection By IUE-CWA To Third Supplemental KECP Motion (Docket No. 9467)*

*Objections Of USW To Debtors' Third Supplement To KECP Motion Seeking Authority To Continue AIP For Second Half Of 2007 (Docket No. 9490)*

*Objections Of USW To Debtors' Third Supplement To KECP Motion Seeking Authority To Continue AIP For Second Half Of 2007 (Correction) (Docket No. 9494)*

*Objections And Memorandum Of Law In Support Of Objections Of IUOE Locals 18s, 101s, 832s And IBEW Local 663, IAM District 10 To Debtors' Third Supplement To KECP Motion Seeking Authority To Continue Annual Incentive Plan For Second Half Of 2007 (Docket No. 9519)*

*Debtors' Omnibus Reply In Support Of Third Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue Short Term At-Risk Performance Payment Program ("AIP") For Second Half Of 2007 (Docket No. 9614), dated September 26, 2007*

*Third Supplemental Order Under 11 U.S.C. §§ 105 And 363 Authorizing Debtors To Continue Short Term At-Risk Performance Payment Program ("AIP") For Second Half Of 2007 ("Third Supplemental AIP Order") (Docket No. 10428), dated October 2, 2007 (entered on docket October 3, 2007)*

*Status:*      *The hearing with respect to this matter will be proceeding.*

5

2.  **"Motion to Further Extend Exclusivity"** - Motion For Order Under 11
U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods Within Which
To File And Solicit Acceptances Of Reorganization Plan ("Sixth Section
1121(d) Exclusivity Extension Motion") (Docket No. 12921)

> *Responses filed:*    *None.*
>
> *Statement in Support: None.*
>
> *Related filings:*    *None.*
>
> *Status:*    *The hearing with respect to this matter will be
> proceeding.*

3.  **"Motion to Extend Rule 4(m)"** - Motion Pursuant To Fed. R. Bankr. P.
7004(a) And 9006(B)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To
Serve Process For Avoidance Actions Filed In Connection With Preservation
Of Estate Claims Procedures Order (Docket No. 12922)

> *Responses filed:*    *None.*
>
> *Reply filed:*    *None.*
>
> *Related filings:*    *None.*
>
> *Status:*    *The hearing with respect to this matter will be
> proceeding.*

4.  **"Omitted Contracts Assumption Procedures Motion"** – Expedited
Motion For Order Under 11 U.S.C. Sections 105 (A) And 365 And Fed. R.
Bankr. P. 6006 (I) Establishing Procedures For Assumption And Assignment
Of Certain Omitted Executory Contracts And Unexpired Leases In
Connection With Sale Of Debtors' Steerinjg And Halfshaft Business (II)
Authorizing Recovery Of Excess Discounts Rights (Docket No. 13029)

> *Responses filed:*    *None.*
>
> *Reply filed:*    *None.*
>
> *Related filings:*    *Notice of Expedited Motion For Order Under 11
> U.S.C. Sections 105(a) And 365 And Fed. R. Bankr. P.
> 6006 (i) Establishing Procedures For Assumption And
> Assignment Of Certain Omitted Executory Contract
> And Unexpired Leases In Connection With Sale Of
> Debtors' Steering And Halfshaft Business And (ii)
> Authorizing Recovery Of Excess Discount Rights
> (Docket No. 13030).*

6

|  |  |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

5.    **"Objection to Postpetition Interest Rate Notice"** - Debtors' Omnibus Objection To Claims For Postpetition Interest  (Docket No. 12833)

|  |  |
|---|---|
| *Responses filed:* | *Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Omnibus Objection to Claims for Postpetition Interest (Docket No. 13094)* |
|  | *Riverside Claims, LLC's Response To Debtors' Omnibus Objection To Claims For Postpetition Interest (Docket No. 13097)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| Status: | *The hearing will proceed with respect to Claimants who did not file a response. With respect to Claimants who filed a response, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

6.    "**Debtors' Twenty-Sixth Omnibus Objection**" – Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Duplicate Or Amended Claims, (b) Untimely Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686)

|  |  |
|---|---|
| *Responses filed:* | *City of Pharr Response to Debtor's Twenty-Sixth Omnibus Claims Objection Pursuant to 11 U.S.C 502(B) and Fed R. Bankr. P. 3007 to Certain (a) Duplicate Or Amended Claims, (b) Untimely Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12769)* |

7

*Response of Creditor Rosalyn Motley to Debtors'
Twenty-Sixth Omnibus Claims Objection Pursuant to
11 U.S.C 502(B) and Fed R. Bankr. P. 3007 to Certain
(a) Duplicate Or Amended Claims, (b) Untimely
Claims Not Reflected On Debtors' Books And Records,
(c) Untimely Claims, And (d) Claims Subject To
Modification And Modified Claim Asserting
Reclamation (Docket No. 12949)*

*Response of American Aikoku Alpha, Inc. To The
Debtors' Twenty-Sixth Omnibus Claims Objection
(Docket No. 13013)*

*Futaba Corporation of America's Response to
Debtors' Twenty-Sixth Omnibus Objection Pursuant
to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P.
3007 to Certain (A) Duplicate or Amended Claims, (B)
Untimely Claims Not Reflected on Debtors' Books and
Records, (C) Untimely Claims, and (D) Claims
Subject to Modification as Modified Claim Asserting
Reclamation (Docket No. 13039)*

*Response of Harman Becker Automotive Systems, Inc.
to Debtors' Twenty-Sixth Omnibus Objection
Pursuant to 11 U.S.C. Section 502(b) and Fed. R.
Bankr. P. 3007 to Certain (A) Duplicate or Amended
Claims, (B) Untimely Claims Not Reflected on
Debtors' Books and Records, (C) Untimely Claims,
and (D) Claims Subject to Modification as Modified
Claim Asserting Reclamation (Docket No. 13052)*

*Response to Twenty-Sixth Objection to Claims,
Particularly the Objection to The Louisiana
Department of Revenue's Claim (Claim 16707)
(Docket No. 13077)*

*TGI Direct Inc.'s Response to Debtor's Twenty-Sixth
Omnibus Notice of Objection to Claim (Docket No.
13084)*

*City of Dayton's (1) Response to Debtors'
Twenty-Sixth Omnibus Objection Pursuant to 11
U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain
(A) Duplicate or Amended Claims, (B) Untimely
Claims Not Reflected on Debtors' Books and Records,
(C) Untimely Claims, and (D) Claims Subject to
Modification and Modified Claim Asserting*

8

*Reclamation, or in the Alternative (2) Motion for Reconsideration of Expungement of the Claim of the City of Dayton Related to the Debtors' Thirteenth Omnibus Objection (Docket No. 13092)*

*Response of Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. (Undocketed)*

*Reply filed:*          *An omnibus reply will be filed.*

*Related filings:*      *None.*

*Status:*               *The hearing will proceed with respect to claims for which no responses have been filed. With respect to the claims for which a response has been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

7.    **"Debtors' Twenty-Seventh Omnibus Objection"** – Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 12687)

*Responses filed:*      *Objection of (I) Carolina Forge Co. and Meadville Forging Co. to the Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection to Sale of Debtor's Bearings Business and (II) Carolina Forge Co. to Debtor's Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 12854)*

*Response of Longacre Master Fund Ltd. to Debtors' Twenty-Seventh Omnibus Objection Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain Claims to Implement Cure Payments and*

*Modify General Unsecured Claims by Amount of Cure Payments (Docket No. 13089)*

*Limited Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Twenty-Seventh Omnibus Objection Pursuant to 11 U.S.C. Sec. 502(b) and Fed. R. Bankr. P. 3007 to Certain Claims to Implement Cure Payments and Modify General Unsecured Claims by Amount of Cure Payments (Docket No. 13093)*

*Reply filed:*        *An omnibus reply will be filed.*

*Related filings:*    *Withdrawal of Objections of (I) Carolina Forge Co. and Meadville Forging Co. to the Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection to Sale of Debtors' Bearing Business and (II) Carolina Forge Co. to Debtor's Twenty Seventh Omnibus Objection Pursuant to 11 U.S.C. § 502(B) and Fed. Bankr. P. 3007 to Certain Claims to Implement Cure Payments and Modify General Unsecured Claims by Amount of Cure Payments (Docket No. 13113)*

*Status:*        *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to the claims for which a response has been filed and not resolved, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8.    **"Steering Sale Motion"** – Motion to Approve Expedited Motion For Orders Under 11 U.S.C. Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of

Certain Liabilities, And (C) Authorizing And Approving Transaction
Facilitation Agreement (Docket No. 11390)

*Responses adjourned from the February 21, 2008 omnibus hearing:*

> *Objection Of Creditor F&G Multi-Slide Inc. To Notice
> Of Cure Amount With Respect To Executory Contract
> Or Unexpired Lease To Be Assumed And Assigned In
> Connection With Sale Of Steering And Halfshaft
> Business Date January 23, 2008 (Docket No. 12368)*

> *Objection Of American Aikoku Alpha, Inc. To Notices
> Of Cure Amount With Respect To Executory Contract
> Or Unexpired Lease To Be Assumed And Assigned In
> Connection With Sale Of Steering And Halfshaft
> Business (Docket No. 12369)*

> *Limited Objection Of American Aikoku Alpha, Inc. To
> Notices Of Assumption And/Or Assignment Of
> Executory Contract Or Unexpired Lease To Buyers In
> Connection With Sale Of Steering And Halfshaft
> Business (Docket No. 12376)*

> *Response To Debtors' Notices Of Assumption And/Or
> Assignment Of Executory Contract And Unexpired
> Lease To Buyers In Connection With Sale Of Steering
> And Halfshaft Business And Notices Of Cure Amount
> With Respect To Executory Contract And Unexpired
> Lease To Buyers In Connection With Sale Of Steering
> And Halfshaft Business (Docket No. 12391)*

> *Objection By Small Parts, Inc. To Notice Of Cure
> Amount With Respect To Executory Contract On
> Unexpired Lease To Be Assumed And Assigned In
> Connection With Sale Of Steering And Halfshaft
> Business (Docket No. 12408)*

> *Objection Of Metal-Matic, Inc. To (I) Notice Of Cure
> Amount With Respect To Executory Contract Or
> Unexpired Lease To Be Assumed And Assigned In
> Connection With Sale Of Steering And Halfshaft
> Business, (Ii) Notice Of Assumption And/Or
> Assignment Of Executory Contract Or Unexpired
> Lease To Buyers In Connection With Sale Of Steering
> And Halfshaft Business And (III) Notice Of Cure
> Amount With Respect To Executory Contract To Be*

11

*Assumed Or Assumed And Assigned Under Plan Of Reorganization (Docket No. 12418)*

*Objection Of Liquidity Solutions, Inc., As Agent For Ore Hill Hub Fund Ltd., To (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (Ii) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12419)*

*Objection To Motion Of Intermet Corporation To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12422)*

*Amended Response Of Furukawa Electric Company Ltd. To Notice Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connect Therewith (Docket No. 12424)*

*Objection Of Creditor Zf Boge Elastmetall, Llc To Debtor's "Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12425)*

*Objection Of Furukawa Electric North America Apd, Inc. To (I) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (Ii) Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (Docket No. 12426)*

*Objection Of Alps Automotive, Inc. To Debtors' Assumption And/Or Assignment Of Executory Contracts To Buyers In Connection With Sale Of Sterring And Halfshaft Business Filed By Merle C. Meyers On Behalf Of Alps Automotive, Inc. (Docket No. 12428)*

12

*Macarthur Corporation's Objection To Debtor's Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (Docket No. 12443)*

*Objection And Response Of S&Z Tool & Die., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Corresponding Cure Amount Proposed By Delphi Or Otherwise (Docket No. 12447)*

*Objection Of Hydro Aluminum Adrian, Inc.  To The Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12452)*

*Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12454)*

*Limited, Protective Objection Of Rosler Metal Finishing Usa, L.L.C. To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12455)*

*Objection Of Master Automatic, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12459)*

*Objection Of E.I. Du Pont De Nemours And Company To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired*

13

*Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12464)*

*Objection Of Skf Usa Inc. To (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of Steering And Halfshaft Business Relating To (A) Purchase Order Numbers 9016236, 9016280, 9016383, (B) Purchase Order Numbers SAG9014765, SAG9012726; And (C) Purchase Order Numbers 9015996, 9016242, 9016243; (Ii) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Relating To (A) Purchase Order Number SAG9014765; And (B) Purchase Order Number SAG9012726 (Docket No. 12465)*

*Objection And Response Of Robin Industries, Inc. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12466)*

*Response Of Nissan North America, Inc. To Debtor's Notice Of Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connection Thereto (Docket No. 12468)*

*Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Conneciton With The Sale Of Steering And Halfshalf Business, (Ii) Notice Of Assumption And/Or Assignment Of Executory Conctract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshalf Business And (III) Motion For Sale Of Steering And Halfshaft Business (Docket No. 12475)*

*Response And Objection Of Bi Technologies Corporation To (I) Notice Of Assumption And/Or*

14

*Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business; And (Ii) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12477)*

*Objection By Freudenberg-Nok General Partnership (On Behalf Of Itself And Its Affiliates Freudenberg Telas Sin Tejer Sa And Freudenberg Iberica Sa En Comandita) To Debtors' (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (Ii) Motion For Sale Of Steering And Halfshaft Business (Docket No. 12479)*

*Objection Of Creditor Stoneridge, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Dated January 23, 2008 (Docket No. 12481)*

*Objection Of Universal Bearings, Llc To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12501)*

*Teleflex Incorporated's Objection To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of Steering And Halfshaft Business Relating To Purchase Order SAG90i0952; And (Ii) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halshaft Business Relation To Purchase Order SAG90i0952 (Docket No. 12515)*

*Objection Of Temic Automotive Of North America, Inc. And Motorola, Inc. To The Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12519)*

15

*Objection Of Castwell Products, Llc To Debtors'
Notice Of Cure Amount With Respect To Executory
Contract Or Unexpired Lease To Be Assumed And
Assigned In Connection With Sale Of Steering And
Halfshaft Business (Docket No. 12524)*

*Objection Of The Timken Company And Timken U.S.
Corp. To The Debtors' Notice Of Assumption And/Or
Assignment Of Executory Contract Or Unexpired
Lease To Buyers In Connection With Sale Of Steering
And Halfshaft Business (Docket No. 12532)*

*Limited Objection Of The Timken Company And
Timken U.S.C Corp. To Debtors' Expedited Motion
For Order Under 11 U.S.C. §§ 363, 365, And 1146
And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)
Authorizing And Approving (I) Sale Of Certain Of
Debtors' Assets Comprising Substantially All Of
Assets Of Steering And Halfshaft Business Free And
Clear Of Liens, Claims, And Encumbrances, (Ii)
Assumption And Assignment Of Certain Executory
Contracts And Unexpired Leases, And (III)
Assumption Of Certain Liabilities And (B) Authorizing
And Approving Transaction Facilitation Agreement
(Docket No. 12652)*

*Objection Of Alps Automotive, Inc. To Debtors' (A)
Notice Of Assumption And/Or Assignment Of
Executory Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft
Business; And (B) Notice Of Cure Amount With
Respect To Executory Contract Or Unexpired Lease
To Be Assumed And Assigned In Connection With Sale
Of Steering And Halfshaft Business (Docket No.
12689)\*\**

*Objection Of Columbia Industrial Sales, Inc. To
Debtors' Notice Of Cure Amount With Respect To
Notice Of Assumption And/Or Assignment Of
Executory Contracts Or Unexpired Lease To Buyers
In Connection With Sale Of Steering And Halfshaft
Business (13079)*

*Letter Objection Of Gevelot Extrusion To Debtors'
Notice Of Assumption And/Or Assignment Of
Executory Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft*

16

*Business, Dated February 8, 2008 And Marked Received February 20, 2008 (Undocketed)*

Reply filed:           *A supplemental omnibus reply will be filed.*

Related filings:       *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (Ii) Granting Certain Bid Protections, (Iii) Approving Form And Manner Of Sale Notices, And (Iv) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business (Docket No. 11578)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12324)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12404)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12405)*

*Supplemental Notice Of Non-Assumption And Assignment Of Executory Contract In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12520)*

*Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12772)*

*Order (A) Authorizing And Approving (I) Sale Of Certain Of Debtor's Assets Comprising Substantially All Of The Assets Of Steering And Halfshaft Business, Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities And (B) Authorizing*

17

*And Approving Transaction Facilitation Agreement
(Docket No. 12868)*

*Corrected Notice Of Withdrawal Of Rosler Metal
Finishing Usa, L.L.C. Limited, Protective Objection
To Debtors' Notice Of Assumption And/Or Assignment
Of Executory Contract Or Unexpired Lease To Buyers
In Connection With Sale Of Steering And Halfshaft
Business (Docket No. 12971)*

*Notice Of Withdrawal Of Objection To Debtors'
Notice Of Cure Amount With Respect To Executory
Contract Or Unexpired Lease To Be Assumed And
Assigned In Connection With Sale Of Steering And
Halfshaft Business (Docket No. 13090)*

*Notice Of Withdrawal Of Objection Of Creditor Zf
Boge Elastmetall, Llc To Debtor's Notice Of
Assumption And/Or Assignment Of Executory
Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft
Business (Docket No. 13106)*

*Stipulation And Agreed Order Signed On 3/12/2008
By And Among The Debtors, Steering Solutions, Llc
And Nissan North America, Inc. Resolving The
Repsonse Of Nissan North America, Inc. To Debtor's
Notice Of Assumption And/Or Assignment Of Certain
Executory Contracts And Unexpired Leases To Buyers
In Connection With Sale Of Steering And Halfshaft
Business And To Proposed Cure Amounts (Docket No.
13107)*

*Stipulation And Agreed Order Signed On 3/12/2008
Rsolving Objection Of F&G Multi-Slide Inc. To
Assumption And/Or Assignment Of Executory
Contract Or Unexpired Lease To Purchasers In
Connection With Sale Of Steering And Halfshaft
Business (Docket No. 13108)*

*Notice Of Withdrawal Of Teleflex Incorporated's
Objection To (I) Notice Of Assumption And/Or
Assignment Of Executory Contract Or Unexpired
Lease To Buyers In Connection With The Sale Of
Steering And Halfshaft Business Relating To Purchase
Order SAG90i0952; (II) Notice Of Cure Amount With
Respect To Executory Contract Or Unexpired Lease*

18

*To Be Assumed And Assigned In Connection With Sale
Of Steering And Halfshaft Business Relating To
Purchase Order SAG90i0952, Along With Certificate
Of Service (Docket No. 13110)*

*Stipulation And Agreed Order Resolving Objection Of
Internet Corporation To Assumption And/Or
Assignment Of Executory Contract Or Unexpired
Lease To Buyers In Connection With Sale Of Steering
And Halfshaft Business (Docket No. 13116)*

*Withdrawal Of Skokie Castings, Inc. (F/K/A Castwell
Products, Inc.) Objection To Cure Amount For
Purchase Order SAG9012001 To Be Assumed And
Assigned In Connection With Sale Of Steering And
Halfshaft Business (Docket No. 13123)*

*Withdrawal Of Response And Objection Of Bi
Technologies Corporation To (I) Notice Of
Assumption And/Or Assignment Of Executory
Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft
Business; And (Ii) Debtors' Notice Of Cure Amount
With Respect To Executory Contract Or Unexpired
Lease To Be Assumed And Assigned In Connection
With Sale Of Steering And Halfshaft Business (Docket
No. 13128)*

*Stipulation And Agreed Order Resolving Skf Usa
Inc.'S Objection To (I) Notice Of Assumption Of
Executory Contract Or Unexpired Lease To Buyers In
Connection With Sale Of Steering And Halfshaft
Business Relating To (A) Purchase Order Number
90i6236, 90i6280, 90i6383, (B) Purchase Order
Number SAG90i4765, SAG90i2726, And (C)
Purchase Order Number 90i5996, 6242, 6243; And (Ii)
Notice Of Cure Amount With Respect To Executory
Contract Or Unexpired Lease To Be Assumed And
Assigned In Connection With Sale Of Steering And
Halfshaft Business Relating To (A) Purchase Order
Number SAG90i4765 And (B) Purchase Order
Number SAG90i2726; And (III) The "Steering Sale
Motion (Docket No. 13133)*

*Withdrawal Of Objection By Small Parts, Inc. To
Notice Of Cure Amount With Respect To Executory
Contract On Unexpired Lease To Be Assumed And*

19

*Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13134)*

*Withdrawal Of Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Ii) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (Iii) Motion For Sale Of Steering And Halfshaft Business (Docket No. 13137)*

*Withdrawal Of Macarthur Corporation's Objection To Debtor's Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Steering And Halfshaft Business (Docket No. 13138)*

*Notice of Withdrawal of Objection of Universal Bearings, LLC to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (Docket No. 13143)*

*Notice of Withdrawal of Teleflex Incorporated's Objection to (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with the Sale of Steering and Halfshaft Business Relating to Purchase Order SAG90I0952; and (II) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Relating to Purchase Order SAG90I0952 (Docket No. 13145)*

*Status:*    *The hearing with respect to this matter will be proceeding.  By agreement of the parties, objections filed at Docket Nos. 12447, 12452, 12464, 12479, and the letter objection of S.A. Gevelot Extrusion (undocketed) will be adjourned to the April 4, 2008 claims hearing and the objections filed at Docket Nos. 12369 and 12376 will be adjourned to the April 30, 2008 omnibus hearing.*

20

9.    **"Bearings Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C.
Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And
9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid
Protections, (III) Approving Form And Manner Of Sale Notices, And (IV)
Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of
Debtors' Assets Primarily Used In Debtors' Bearings Business Free And
Clear Of Liens, Claims, And Encumbrances, (II) Assumption And
Assignment Of Certain Executory Contracts And Unexpired Leases, And (III)
Assumption Of Certain Liabilities (Docket No. 12104)

Responses filed:    *Objection of Barnes Group Inc. to Debtors' Notice of
Assumption and Assignment of Executory Contract or
Unexpired Lease to Buyer in Connection with Sale of
Debtors' Bearing Business (Docket No. 12540)*

*Objection and Response of S&Z Tool & Die Co., Inc.
n/k/a S&Z Metalworks Ltd. to (1) Notice of
Assumption and/or Assignment of Executory Contract
or Unexpired Lease to Buyers in Connection with Sale
of Debtors' Bearing Business, and (2) any
Corresponding Cure Amount Proposed by Delphi or
Otherwise (Docket No. 12543)*

*Objection by Freudenberg-NOK General Partnership
to the Debtors' (I) Notice of Assumption and/or
Assignment of Executory Contract or Unexpired
Lease to Buyers in Connection with Sale of Debtors'
Bearing Business and (II) Motion for Sale of its
Bearing Business (Docket No. 12607)*

*Objection of The Timken Company and Timken U.S.
Corp. to the Debtors' Notice of Assumption and/or
Assignment of Executory Contract or Unexpired
Lease to Buyer in Connection with Sale of Debtors'
Bearings Business (Docket No. 12611)*

*Limited Objection of the Timken Company and
Timken U.S. Corp. to Debtors' Expedited Motion for
Order Under 11 U.S.C. §§ 363, 365, and 1146 and
Fed. R. Bankr. P. 2002, 6004, 6006, and 9014
Authorizing and Approving (I) Sale of Certain of
Debtors' Assets Comprising Substantially All Assets
Primarily Used in Debtors' Bearings Business Free
and Clear of Liens, Claims, Interests, and
Encumbrances, (II) Assumption and Assignment of
Certain Executory Contracts and Unexpired Leases,*

21

*and (III) Assumption of Certain Liabilities (Docket No. 12649)*

*Objection and Response of S&Z Tool & Die co.,Inc. n/k/a S&Z Metalworks Ltd. to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection with Sale of Debtors' Bearings Business, and (2) any Corresponding Cure Amount Proposed by Delphi or Otherwise (Docket No. 12829)*

*Objection of American Axle & Manufacturing, Inc. to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection with Sale of Debtors' Bearing Business and (II) Motion for Sale of its Bearing Business(Docket No. 12867)*

*Supplemental Objection of the Timken Company and Timken U.S. Corp. to the Debtors' Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer in Connection with Sale of Debtors' Bearings Business (Docket No. 12954)*

*Reply filed:*        *An omnibus reply will be filed.*

*Related filings:*        *Notice Of Filing Of Revised Proposed Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 202 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Debtors' Bearings Business (Docket No. 12302)*

*Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Debtors' Bearings Business (Docket No. 12355)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Debtors' Bearings Business (Docket No. 12403)*

22

*Notice Of Assumption And/Or Assignment Of
Executory Contract Or Unexpired Lease To Buyer In
Connection With Sale Of Debtors' Bearings Business
(Docket No. 12469)*

*Notice of Assumption and/or Assignment of Executory
Contract or Unexpired Lease to Qualified Bidders in
Connection to Sale of Debtors' Bearings Business
(Docket No. 12675)*

*Notice Of Withdrawal Of Objection Of Barnes Group
Inc. To Debtors' Notice Of Assumption And
Assignment Of Executory Contract Or Unexpired
Lease To Buyer In Connection With Sale Of Debtors'
Bearings Business (Docket No. 13100)*

*Withdrawal of Objections of (I) Carolina Forge Co.
and Meadville Forging Co. to the Notice of
Assumption and/or Assignment of Executory Contract
or Unexpired Lease to Qualified Bidders in
Connection to Sale of Debtors' Bearing Business and
(II) Carolina Forge Co. to Debtor's Twenty Seventh
Omnibus Objection Pursuant to 11 U.S.C. § 502(B)
and Fed. Bankr. P. 3007 to Certain Claims to
Implement Cure Payments and Modify General
Unsecured Claims by Amount of Cure Payments
(Docket No. 13113)*

*Withdrawal of Objection by American Axle &
Manufacturing, Inc. to Debtors' (I) Notice of
Assumption and/or Assignment of Executory Contract
to Qualified Bidders in Connection with Sale of
Bearing Business and (II) Motion for Sale of Bearing
Business (Docket No. 13139)*

*Withdrawal of Objection by Freudenberg-NOK
General Partnership to Debtors' (I) Notice of
Assumption and/or Assignment of Executory Contract
to Buyers in Connection with Sale of Bearing Business
and (II) Motion for Sale of Bearing Business (Docket
No. 13141)*

*Status:*          *The hearing with respect to this matter will be
proceeding.*

23

10. **"Kettering Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. Sections 363 And 1146 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale By Delphi Automotive Systems LLC Of Certain Machinery, Equipment, And Inventory Primarily Used In Das LLC's Kettering Damper Business Free And Clear Of Liens And (II) Entry Into Lease Agreement In Connection Therewith (Docket No. 13028)

| | |
|---|---|
| *Responses filed:* | *Limited Objection of IUE-CWA and Affiliated Local 755 to Debtors' Proposed Sale of the Kettering Facility to Tenneco (Docket No. 13140)* |
| *Reply filed:* | *A reply will be filed.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

E.      **Adversary Proceedings**

11.   **"Debtors' Complaint To Recover Property Of Estate"** - Debtors'
      Complaint To Recover Property Of Estate (Adv. Pro. No. 08-01038) (Docket
      No. 1)

      *Responses filed:*        *Response deadline 3/31/2008.*

      *Reply filed:*            *None.*

      *Related filings:*        *None.*

      *Status:*                 *The parties have agreed to adjourn the first status
                                conference to the April 30, 2008 omnibus hearing.*

Dated:  New York, New York
        March 18, 2008

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                            By: /s/ John Wm. Butler, Jr.
                                John Wm. Butler, Jr. (JB 4711)
                                John K. Lyons (JL 4951)
                                Ron E. Meisler (RM 3026)
                            333 West Wacker Drive, Suite 2100
                            Chicago, Illinois  60606
                            (312) 407-0700

                                   - and -

                            By: /s/ Kayalyn A. Marafioti
                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                            Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession