CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION OF MASTER AUTOMATIC, INC.
TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT
OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Master Automatic, Inc. ("Master Automatic"), respectfully states as follows:

1. In reliance upon Debtors' representations that, with respect to Master Automatic, (i) the Debtors will assume and assign the purchase orders identified in, and in accordance with, the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business; (ii) that post-petition obligations owed on purchase orders assigned shall be paid in the ordinary course of business of the Debtors and/or Steering Solutions Corporation pursuant to the terms of the Purchase Agreement and Sale Approval Order; (iii) that the total amount of $4,306.18 (corresponding to invoices 161926 and 161962) will be receipted in Delphi's accounts payable system and will be paid in full in due course; and, (iv) that the following post-petition purchase

orders, not previously noticed, will be assigned: 450559256, 450571076, 450591632, 450665440, 450666061, 450666387, 450532807, 9FI6350, and 90I5263, Master Automatic withdraws its Objection to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business.

Dated: March 18, 2008               Respectfully submitted,

                                    CLARK HILL PLC

                                       /s/ Robert D. Gordon
                                    Robert D. Gordon (Mich. Bar No. P48627)
                                    500 Woodward Avenue, Suite 3500
                                    Detroit, Michigan 48226-3435
                                    (313) 965-8572
                                    rgordon@clarkhill.com

                                    Counsel to Master Automatic, Inc.

5569355.2 02213/103399