SOMMER BARNARD PC
Jeffrey J. Graham (JG 9617)
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Attorney for Small Parts, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                          :       Chapter 11
                                                :       Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                   :
                                                :       (Jointly Administered)
            Debtors.                            :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I served the "Withdrawal Of Objection By Small Parts, Inc. To Notice Of Cure Amount With Respect To Executory Contract On Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business" by transmitting a copy by means of overnight mail to those parties listed on the Master Service List and by transmitting a copy of same by electronic transmission or U.S. Mail, where an e-mail address was not provided, to those parties listed on the 2002 List.

Dated: Indianapolis, Indiana

March 17, 2008

SMALL PARTS, INC.,

By: _____
Jeffrey J. Graham (JG 9617)
Admitted pro hac vice

Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

756116