UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

         In re                             :         Chapter 11

                                      :

DELPHI CORPORATION, et al.,       :         Case No. 05-44481 (RDD)

                                      :

                 Debtors.            :         (Jointly Administered)

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR
AMENDED CLAIMS, (B) UNTIMELY CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS AND
(II) MODIFYING (A) CLAIMS SUBJECT TO MODIFICATION AND (B)
MODIFIED CLAIM ASSERTING RECLAMATION IDENTIFIED IN
<u>TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain Claims, dated February 15, 2008 (the "Twenty-Sixth Omnibus

Claims Objection")[1] (Docket No. 12686), of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Sixth

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Sixth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B-1, B-2, C-1, C-2, and D hereto was properly and timely served with a copy of the Twenty-Sixth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Sixth Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Sixth Omnibus Claims Objection.  No other or further notice of the Twenty-Sixth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twenty-Sixth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Sixth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Sixth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

---

[2]  Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      The Claims listed on <u>Exhibit B-1</u> contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

E.      The Claims listed on <u>Exhibit B-2</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

F.      The Claims listed on <u>Exhibit C-1</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

G.      The Tax Claims listed on <u>Exhibit C-2</u> hereto, which were filed by taxing authorities, were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

H.      The Claim listed on <u>Exhibit D</u> hereto is overstated and was filed and docketed against the wrong Debtors (the "Claim Subject To Modification").

I.      The relief requested in the Twenty-Sixth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each Untimely Books And Records Claim listed on Exhibit B-1 hereto is hereby disallowed and expunged in its entirety.

3.      Each Untimely Books And Records Tax Claim listed on Exhibit B-2 hereto is hereby disallowed and expunged in its entirety.

4.      Each Untimely Claim listed on Exhibit C-1 hereto is hereby disallowed and expunged in its entirety.

5.      Each Untimely Tax Claim listed on Exhibit C-2 hereto is hereby disallowed and expunged in its entirety.

6.      The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on Exhibit D hereto shall not be entitled to (a) recover for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claim Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.      For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D, E-5, and E-6 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B-1, B-2, C-1, C-2, D, E-1, E-2, E-3, E-4, E-5, and E-6 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

4

8.    The hearing regarding the objection to the Claim listed on <u>Exhibits</u> <u>E-1</u>, <u>E-2</u>, <u>E-3</u>, <u>E-4</u>, <u>E-5</u>, and <u>E-6</u> hereto, for which a Response to the Twenty-Sixth Omnibus Claims Objection has been filed or received by the Debtors and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Sixth Omnibus Claims Objection; <u>provided</u>, <u>however</u>, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Remaining Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this Court for the purposes of requesting that this Court modify the Remaining Claim to assert such Remaining Claim against a different Debtor.

10.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Sixth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.     Each of the objections by the Debtors to each Claim addressed in the Twenty-Sixth Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, C-1, C-2, D, E-1, E-2, E-3, E-4, E-5, and E-6 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Sixth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

13.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

14.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Sixth Omnibus Claims Objection.


Dated: New York, New York
         March ___, 2008


_____
         UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13153-2    Filed 03/18/08    Entered 03/18/08 15:28:27    Exhibit B
Pg 7 of 23

Twenty-Sixth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 16782 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/14/2008<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $713.80<br>Total: $713.80 | Claim Number: 1077 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 12/08/2005<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC F K A<br>PENNENGINEERING MOTION TECHNOLOGIES<br>PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br>Secured:<br>Priority: $713.80<br>Administrative:<br>Unsecured:<br>Total: $713.80 |
| Claim Number: 16781 — Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Date Filed: 01/14/2008<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,503.21<br>Total: $55,503.21 | Claim Number: 729 — Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Date Filed: 11/21/2005<br>Creditor's Name and Address:<br>AMETEK PITTMAN INC F K A PENN<br>ENGINEERING MOTION TECHNOLOGIES<br>PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE, PA 19438<br>Secured:<br>Priority: $55,503.21<br>Administrative:<br>Unsecured:<br>Total: $55,503.21 |
| Claim Number: 12333 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR ASEC<br>MANUFACTURING RETIREMENT PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16785 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR ASEC<br>MANUFACTURING RETIREMENT PROGRAM<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br>Secured:<br>Priority: $1,344,586.00<br>Administrative:<br>Unsecured:<br>Total: $1,344,586.00 |
| Claim Number: 12337 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>CORPORATION RETIREMENT PROGRAM FOR<br>SALARIED EMPLOYEES<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16789 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/16/2008<br>Creditor's Name and Address:<br>FIDUCIARY COUNSELORS INC AS<br>INDEPENDENT FIDUCIARY FOR DELPHI<br>CORPORATION RETIREMENT PROGRAM FOR<br>SALARIED EMPLOYEES<br>700 12TH ST NW STE 700<br>WASHINGTON, DC 20005<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13153-2    Filed 03/18/08    Entered 03/18/08 15:28:27    Exhibit B
Pg 8 of 23

Twenty-Sixth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim Number: 12335 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16788 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: UNL | | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: | FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | | INDEPENDENT FIDUCIARY FOR DELPHI | |
| HOURLY RATE EMPLOYEES PENSION PLAN | Unsecured: UNL | HOURLY RATE EMPLOYEES PENSION PLAN | Unsecured: UNL |
| 700 12TH ST NW STE 700 | | 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | Total: UNL | WASHINGTON, DC 20005 | Total: UNL |
| Claim Number: 12336 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16784 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: UNL | | Priority: $250,399.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: | FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | | INDEPENDENT FIDUCIARY FOR DELPHI | |
| MECHATRONIC SYSTEMS RETIREMENT | Unsecured: UNL | MECHATRONIC SYSTEMS RETIREMENT | Unsecured: |
| PROGRAM | | PROGRAM | |
| 700 12TH ST NW STE 700 | | 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | Total: UNL | WASHINGTON, DC 20005 | Total: $250,399.00 |
| Claim Number: 12334 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16786 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: UNL | | Priority: $1,142,140.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: | FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | | INDEPENDENT FIDUCIARY FOR PACKARD | |
| HUGHES INTERCONNECT BARGAINING | Unsecured: UNL | HUGHES INTERCONNECT BARGAINING | Unsecured: UNL |
| RETIRMENT PLAN | | RETIRMENT PLAN | |
| 700 12TH ST NW STE 700 | | 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | Total: UNL | WASHINGTON, DC 20005 | Total: $1,142,140.00 |
| Claim Number: 12338 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16787 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: UNL | | Priority: $2,977,925.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: | FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | | INDEPENDENT FIDUCIARY FOR PACKARD | |
| HUGHES INTERCONNECT NONBARGAINING | Unsecured: UNL | HUGHES INTERCONNECT NON BARGAINING | Unsecured: |
| RETIREMENT PLAN | | RETIREMENT PLAN | |
| 700 12TH ST NW STE 700 | | 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | Total: UNL | WASHINGTON, DC 20005 | Total: $2,977,925.00 |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| Claim Number: 16760 | Debtor: DELPHI CORPORATION (05-44481) | | |
| Date Filed: 12/19/2007 | | | |
| Creditor's Name and Address: | Secured: | | |
| | Priority | | |
| JCR INVESTMENTS LLC | Administrative: | | |
| DANN PECAR NEWMAN & KLEIMAN PC | | | |
| 2300 ONE AMERICA TOWER | Unsecured: $410,332.32 | | |
| INDIANAPOLIS, IN 46282 | | | |
| | Total: $410,332.32 | | |

| | |
|---|---|
| Claim Number: 16761 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 12/26/2007 | |
| Creditor's Name and Address: | Secured: |
| | Priority |
| JCR INVESTMENTS LLC | Administrative: |
| DANN PECAR NEWMAN & KLEIMAN PC | |
| 2300 ONE AMERICA TOWER | Unsecured: $410,332.32 |
| INDIANAPOLIS, IN 46282 | |
| | Total: $410,332.32 |

| | |
|---|---|
| Claim Number: 16763 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 12/26/2007 | |
| Creditor's Name and Address: | Secured: |
| | Priority |
| PEYTON C COCHRANE TAX COLLECTOR | Administrative: $68,521.63 |
| 714 GREENSBORO AVE RM 124 | |
| TUSCALOOSA, AL 35401 | Unsecured: |
| | Total: $68,521.63 |

| | |
|---|---|
| Claim Number: 16764 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 12/28/2007 | |
| Creditor's Name and Address: | Secured: |
| | Priority |
| PEYTON C COCHRANE TAX COLLECTOR | Administrative: $68,521.63 |
| 714 GREENSBORO AVE RM 124 | |
| TUSCALOOSA, AL 35401 | Unsecured: |
| | Total: $68,521.63 |

**Total Claims To Be Expunged:** 10

**Total Asserted Amount To Be Expunged:** $535,070.96

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEX A DAVIDSON<br>15212 OUTLOOK ST<br>OVERLAND PARK, KS 66223 | 16762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,000.00<br><br><br><br>$35,000.00 | 12/26/2007 | DELPHI CORPORATION (05-44481) |
| CITY OF BROOKHAVEN<br>WATKINS LUDLAM WINTER &<br>STENNIS PA<br>PO BOX 427<br>JACKSON, MS 39205-0427 | 16743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,950.00<br>$93,950.00 | 11/13/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$854.51<br><br>$854.51 | 01/07/2008 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | | $129,804.51 | | |

**In re Delphi Corporation, et al.**                                    **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 16792 | Secured: Priority: Administrative: Unsecured: Total: | $52.32 $52.32 | 01/23/2008 | DELPHI CORPORATION (05-44481) |
| PEYTON C COCHRANE TAX COLLECTOR 714 GREENSBORO AVE RM 124 TUSCALOOSA, AL 35401 | 16764 | Secured: Priority: Administrative: Unsecured: Total: | $68,521.63 $68,521.63 | 12/28/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRINCE GEORGES COUNTY MARYLAND 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737-1385 | 16791 | Secured: Priority: Administrative: Unsecured: Total: | $584.27 $584.27 | 01/18/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 3 | | $69,158.22 | | |

**In re Delphi Corporation, et al.**          Pg 12 of 23          **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HANSEN BALK STEEL TREATING CO<br>1230 MONROE AVE NW<br>GRAND RAPIDS, MI 49505-4690 | 16776 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,631.52<br>$1,631.52 | 01/11/2008 | DELPHI CORPORATION<br>(05-44481) |
| LORRAINE F BARNUM<br>4810 BRIARCLIFF SQ APT NO 6<br>HONEOYE, NY 14471-9686 | 16777 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$200,000.00<br><br><br>$200,000.00 | 01/11/2008 | DELPHI CORPORATION<br>(05-44481) |
| UNIWELL WELLROHR GMBH<br>SIEGELFELDER STRASSE 1<br>EBERN, D-96106<br>GERMANY | 16793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/23/2008 | DELPHI CORPORATION<br>(05-44481) |
| WASHINGTON ANITA<br>3966 POTOMAC DR APT 3<br>MEMPHIS, TN 38128-5518 | 16765 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/04/2008 | DELPHI CORPORATION<br>(05-44481) |

Total:          **4**                    **$201,631.52**

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13153-2    Filed 03/18/08    Entered 03/18/08 15:28:27    Exhibit B
Pg 13 of 23

Twenty-Sixth Omnibus Claims Objection

### EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 10824
Date Filed:   07/25/2006
Docketed Total:   $79,343.84
Filing Creditor Name and Address:
   OWENS CORNING FIBERGLASS
   INC C/O OWENS CORNING
   WORLD HEADQUARTERS
   ONE OWENS CORNING PKWY
   TOLEDO, OH 43659

**CLAIM AS DOCKETED**

Claim Holder Name and Address

OWENS CORNING FIBERGLASS INC          Docketed Total:          **$79,343.84**
C/O OWENS CORNING WORLD
HEADQUARTERS
ONE OWENS CORNING PKWY
TOLEDO, OH 43659

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,343.84 |
| | | | **$79,343.84** |

**CLAIM AS MODIFIED**

Modified Total:          **$78,935.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,935.00 |
| | | | **$78,935.00** |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**          **$79,343.84**

**Total Amount As Modified:**          **$78,935.00**

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

## EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| **Claim Number:** 16796    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/29/2008<br>**Creditor's Name and Address:**    Secured:<br>   Priority: $429,525.84<br>AMERICAN AIKOKU ALPHA INC<br>C O MASUDA FUNAI EIFERT & MITCHELL LTD    Administrative:<br>203 N LASALLE STE 2500    Unsecured:<br>CHICAGO, IL 60601-1262<br>   **Total:** $429,525.84 | **Claim Number:** 16783    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/16/2008<br>**Creditor's Name and Address:**    Secured:<br>   Priority: $5,823.94<br>AMERICAN AIKOKU ALPHA INC<br>C O MASUDA FUNAI EIFERT & MITCHELL LTD    Administrative:<br>203 N LASALLE STE 2500    Unsecured: $423,701.90<br>CHICAGO, IL 60601-1262<br>   **Total:** $429,525.84 |
| **Claim Number:** 13926    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**    Secured: UNL<br>   Priority: $5,578,615.86<br>APPLE COMPUTER INC<br>1 INFINITE LOOP    Administrative:<br>CUPERTINO, CA 95014    Unsecured: UNL<br>   **Total:** $5,578,615.86 | **Claim Number:** 16778    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/10/2008<br>**Creditor's Name and Address:**    Secured: $7,035,552.42<br>APPLE INC APPLE COMPUTER    Priority: UNL<br>INTERNATIONAL AND HON HAI PRECISION    Administrative:<br>INDUSTRY COMPANY LTD    Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC    **Total:** $7,035,552.42<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 |
| **Claim Number:** 16775    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/10/2008<br>**Creditor's Name and Address:**    Secured: $7,035,552.42<br>   Priority<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION    Administrative:<br>INDUSTRY COMPANY LTD    Unsecured:<br>APPLE INC<br>1 INFINITE LOOP    **Total:** $7,035,552.42<br>CUPERTINO, CA 95014 | **Claim Number:** 16778    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/10/2008<br>**Creditor's Name and Address:**    Secured: $7,035,552.42<br>APPLE INC APPLE COMPUTER    Priority: UNL<br>INTERNATIONAL AND HON HAI PRECISION    Administrative:<br>INDUSTRY COMPANY LTD    Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC    **Total:** $7,035,552.42<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 |
| **Claim Number:** 16770    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/08/2008<br>**Creditor's Name and Address:**    Secured: $7,035,552.42<br>   Priority<br>APPLE INC APPLE COMPUTER<br>INTERNATIONAL AND HON HAI PRECISION    Administrative:<br>INDUSTRY COMPANY LTD    Unsecured:<br>APPLE INC<br>1 INFINITE LOOP    **Total:** $7,035,552.42<br>CUPERTINO, CA 95014 | **Claim Number:** 16778    **Debtor:** DELPHI CORPORATION (05-44481)<br>**Date Filed:** 01/10/2008<br>**Creditor's Name and Address:**    Secured: $7,035,552.42<br>APPLE INC APPLE COMPUTER    Priority: UNL<br>INTERNATIONAL AND HON HAI PRECISION    Administrative:<br>INDUSTRY COMPANY LTD    Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC    **Total:** $7,035,552.42<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.    Twenty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 16622    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/05/2007<br>Creditor's Name and Address:    Secured: UNL<br><br>APPLE INC FORMERLY KNOWN AS APPLE   Priority: UNL<br>COMPUTER INTERNATIONAL AND HON HAI   Administrative:<br>PRECISION INDUSTRY COMPANY LTD   Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC   Total: UNL<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | Claim Number: 16778    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:    Secured: $7,035,552.42<br><br>APPLE INC APPLE COMPUTER   Priority: UNL<br>INTERNATIONAL AND HON HAI PRECISION   Administrative:<br>INDUSTRY COMPANY LTD   Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC   Total: $7,035,552.42<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 |
| Claim Number: 16624    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/10/2007<br>Creditor's Name and Address:    Secured: UNL<br><br>APPLE INC FORMERLY KNOWN AS APPLE   Priority: UNL<br>COMPUTER INTERNATIONAL AND HON HAI   Administrative:<br>PRECISION INDUSTRY COMPANY LTD   Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC   Total: UNL<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | Claim Number: 16778    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:    Secured: $7,035,552.42<br><br>APPLE INC APPLE COMPUTER   Priority: UNL<br>INTERNATIONAL AND HON HAI PRECISION   Administrative:<br>INDUSTRY COMPANY LTD   Unsecured: UNL<br>SENIOR COUNSEL<br>APPLE INC   Total: $7,035,552.42<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 |
| Claim Number: 9221    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:    Secured:<br><br>AUDREY AMORT CARBRERA   Priority: $79,362.00<br>730 BOUNTY DR 3018   Administrative:<br>FOSTER CITY, CA 94404   Unsecured:<br><br>Total: $79,362.00 | Claim Number: 16768    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/07/2008<br>Creditor's Name and Address:    Secured:<br><br>AUDREY AMORT CARBRERA   Priority: $105,672.90<br>730 BOUNTY DR 3018   Administrative:<br>FOSTER CITY, CA 94404   Unsecured:<br><br>Total: $105,672.90 |
| Claim Number: 16780    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>TGI DIRECT INC   Administrative: $24,459.00<br>G 9460 S SAGINAW ST STE A   Unsecured:<br>GRAND BLANC, MI 48439<br><br>Total: $24,459.00 | Claim Number: 8929    Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>TGI DIRECT INC   Administrative:<br>5365 HILL 23 DR   Unsecured: $68,364.68<br>FLINT, MI 48507<br><br>Total: $68,364.68 |

Total Claims To Be Expunged: 8
Total Asserted Amount To Be Expunged: $20,183,067.54

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                   **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROSALYN MOTLEY<br>WIGGINS CHILDS QUINN &<br>PANTAZIS LLC<br>THE KRESS BLDG<br>301 19TH ST N<br>BIRMINGHAM, AL 35203 | 16794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br>$40,000.00 | 02/07/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STANLEY N STRAUGHTER<br>PO BOX 19391<br>ROCHESTER, NY 14619 | 16754 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| US EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$40,000.00** | | |

**In re Delphi Corporation, et al.**                                    **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC C O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 16783 | Secured: Priority: Administrative: Unsecured: Total: | $5,823.94 $423,701.90 $429,525.84 | 01/16/2008 | DELPHI CORPORATION (05-44481) |

|  | Total: | 1 | $429,525.84 | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

## EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON OHIO<br>ATTN TAX COLLECTIONS<br>101 W 3RD ST<br>DAYTON, OH 45402 | 16640 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $427,534.25<br><br><br>$427,534.25 | 08/13/2007 | DELPHI CORPORATION (05-44481) |
| CITY OF PHARR<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $411.48<br><br><br><br>$411.48 | 01/18/2008 | DELPHI CORPORATION (05-44481) |
| STATE OF LOUISIANA LOUISIANA<br>DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 16707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$7,436.36<br><br><br>$7,436.36 | 09/17/2007 | DELPHI CORPORATION (05-44481) |

Total:     3          $435,382.09

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 13153-2   Filed 03/18/08   Entered 03/18/08 15:28:27   Exhibit B
Pg 19 of 23

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6606<br>Date Filed: 05/22/2006<br>Docketed Total: $191,024.66<br>Filing Creditor Name and Address:<br>HARMAN BECKER AUTOMOTIVE SYSTE<br>HARMAN KARDON<br>1201 S OHIO ST<br>MARTINSVILLE, IN 46151-2914 | Claim Holder Name and Address<br><br>HARMAN BECKER AUTOMOTIVE SYSTE<br>HARMAN KARDON<br>1201 S OHIO ST<br>MARTINSVILLE, IN 46151-2914      Docketed Total:   **$191,024.66** | Modified Total:   **$181,360.63** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $191,024.66 | 05-44640 | | | $181,360.63 |
| | | | **$191,024.66** | | | | **$181,360.63** |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**   **$191,024.66**

**Total Amount As Modified:**   **$181,360.63**

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13153-2    Filed 03/18/08    Entered 03/18/08 15:28:27    Exhibit B
Pg 20 of 23

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 9263
Date Filed: 07/11/2006
Docketed Total: $2,901,601.14
Filing Creditor Name and Address:
TRANS TRON LTD INC
101 ELECTRONICS BLVD SW
HUNTSVILLE, AL 35826

**CLAIM AS DOCKETED****

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVENUE
NEW YORK, NY 10179

Docketed Total: $2,240,718.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $188,409.89 | $2,052,308.65 |
| | | $188,409.89 | $2,052,308.65 |

Claim Holder Name and Address

TRANS TRON LTD INC
101 ELECTRONICS BLVD SW
HUNTSVILLE, AL 35826

Docketed Total: $660,882.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $660,882.60 |
| | | UNL | $660,882.60 |

**CLAIM AS MODIFIED**

Modified Total: $1,646,316.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,609.15 | $1,636,707.16 |
| | | $9,609.15 | $1,636,707.16 |

Modified Total: $660,882.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $660,882.60 |
| | | $0.00 | $660,882.60 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**       $2,901,601.14

**Total Amount As Modified:**       $2,307,198.91

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, <u>et al.</u>                                    **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

**Exhibit F - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit G - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ALEX A DAVIDSON | 16762 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16781 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16782 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE COMPUTER INC | 13926 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16770 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16775 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16622 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16624 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| AUDREY AMORT CARBRERA | 9221 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC/TRANS TRON LTD INC | 9263 | EXHIBIT E-6 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CITY OF BROOKHAVEN | 16743 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| CITY OF DAYTON OHIO | 16640 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| CITY OF PHARR | 16790 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT | 16792 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR ASEC MANUFACTURING RETIREMENT PROGRAM | 12333 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI CORPORATION RETIREMENT PROGRAM FOR SALARIED EMPLOYEES | 12337 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI HOURLY RATE EMPLOYEES PENSION PLAN | 12335 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI MECHATRONIC SYSTEMS RETIREMENT PROGRAM | 12336 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT BARGAINING RETIRMENT PLAN | 12334 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |

Exhibit G - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT NONBARGAINING RETIREMENT PLAN | 12338 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| HANSEN BALK STEEL TREATING CO | 16776 | EXHIBIT C - UNTIMELY CLAIMS |
| HARMAN BECKER AUTOMOTIVE SYSTE | 6606 | EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| JCR INVESTMENTS LLC | 16760 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| LORRAINE F BARNUM | 16777 | EXHIBIT C - UNTIMELY CLAIMS |
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION |
| PEYTON C COCHRANE TAX COLLECTOR | 16763 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| PEYTON C COCHRANE TAX COLLECTOR | 16764 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| PITNEY BOWES CREDIT CORPORATION | 16766 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| PRINCE GEORGES COUNTY MARYLAND | 16791 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| ROSALYN MOTLEY | 16794 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| STANLEY N STRAUGHTER | 16754 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| STATE OF LOUISIANA LOUISIANA DEPARTMENT OF REVENUE | 16707 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| TGI DIRECT INC | 16780 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| TRANS TRON LTD INC | 9263 | EXHIBIT E-6 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| UNIWELL WELLROHR GMBH | 16793 | EXHIBIT C - UNTIMELY CLAIMS |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16753 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| WASHINGTON ANITA | 16765 | EXHIBIT C - UNTIMELY CLAIMS |