*In re Delphi Corporation, et al.,*
*Case No. 05-44481 (RDD)*

### Bearings Sale

### Objections To (I) Sale Motion And (II) Notices Of Assumption And/Or Assignment

| | Docket No. | Objector | Summary Of Objection | Potential Resolution, Response Or Proposal |
|---|---|---|---|---|
| **I. Sale Motion Objection** | | | | |
| 1 | 12649 | The Timken Company and Timken U.S. Corp. | Asserts that the proposed sale order may improperly extinguish any defenses against the buyer that counter-parties to executory contracts could currently assert against the Debtors under their executory contracts. | • Language added to paragraph 17 of the proposed Sale Approval Order<br><br>• Objection withdrawn (Docket No. 13152) |
| **II. Assumption/Assignment Notice Objections** | | | | |
| 2 | 12540 | Barnes Group Inc. | Asserts that it has not had time to determine if its prepetition claims relate to PO numbers 550061890, 550128249, and 550001320 that the Debtors seek to assume and assign, and objects to the cure amount of $0 for each of these POs. Further asserts that cure is not limited to prepetition amounts. | • Objection withdrawn (Docket No. 13100) |
| 3 | 12607 | Freudenberg-NOK General Partnership | Asserts that the Debtors do not propose cure amounts for PO numbers 550123616, 550123617, 550123618, and 550123853. Asserts that some of the POs may not be executory. Asserts that it does not have adequate assurance of future performance. | • Objection withdrawn (Docket No. 13141) |

| | Docket No. | Objector | Summary Of Objection | Potential Resolution, Response Or Proposal |
|---|---|---|---|---|
| 4 | 12543, 12829 | S&Z Tool & Die Co., Inc. | Asserts that it has not received a Plan Cure Notice. Asserts that there are cure amounts due for PO numbers 550154422, 550162859, and 550154419. Also asserts that the Debtors or the Buyer must pay for current inventory and advance purchase commitment if the POs are terminated or not performed. Finally, it asserts that it is entitled to adequate assurance of future performance by the Buyer. | • Resolved<br><br>• Parties submitted a stipulation |
| 5 | 12611, 12954[1] | The Timken Company and Timken U.S. Corp. | Asserts that, with respect to PO 550190077, the Debtors have failed to list (i) the Debtor party to the PO, (ii) the master or ancillary agreements relating to the PO, (iii) the date of the PO, and (iv) the cure amount with respect to the PO, and that such "deficiencies" preclude Timken from responding to the proposed assignment. Also asserts that the PO may be related to a long-term agreement between Timken and Delphi, which was not identified for assumption/assignment. Also asserts that it is entitled to adequate assurance of future performance. | • Objections withdrawn (Docket No. 13152) |
| 6 | 12867 | American Axel and Manufacturing, Inc. | Asserts that it is entitled to adequate assurance of future performance with respect to PO numbers 550119465, 550193997, 550054946, 550054947, 550055905, 550079422, and 550079423, and a long term contract dated 4/28/03. | • Objection withdrawn (Docket No. 13139) |
| 7 | 12854 | Carolina Forge Co. and Meadville Forging Co. | Asserts that there may be additional cure amounts owing with respect to PO numbers 550025513, 550065141, 550077225, 550119466, 550200995, 550147947, 550119463, 550197618, 550147143, 550147944, 550147945, and 550147946 | • Objection withdrawn (Docket No. 13113) |

---

[1] This objection was filed on March 3, 2008, which was after the February 25, 2008 objection deadline.