**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:                                             ) | Chapter 11 |
|                                                         ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*,       ) | (Jointly Administered) |
|                                                         ) | |
|                    Debtors.                   ) | |
|                                                         ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served:    Withdrawal of *Objection of Master Automatic, Inc. to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business*

Method of Service:    Via Federal Express

Served Upon:

| | |
|---|---|
| Chambers of the Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | Delphi Corporation<br>Attn: Deputy General Counsel, Transactional<br>& Restructuring<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| John K. Lyons<br>Ron E. Meisler<br>Brian M. Fern<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Delphi Automotive Systems LLC<br>Attn: Legal Staff<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |

-2-

| | |
|---|---|
| Bonnie Steingart | Richard L. Wynne |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Kirkland & Ellis LLP |
| One New York Plaza | 777 South Figueroa Street |
| New York, NY  10004 | Los Angeles, CA  90017 |

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY  10004

Date of Service:        March 18, 2008

                                       /s/ *Secret S. Washington*
                                            Secret S. Washington

Dated:  March 18, 2008

5553221.4 02213/103399