BAKER & HOSTETLER LLP
Richard J. Bernard (RB 6371)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
*Counsel to Stoneridge, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtor | : | Jointly Administered |

### WITHDRAWAL OF OBJECTION OF CREDITOR STONERIDGE, INC. TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS DATED JANUARY 23, 2008

Now comes Stoneridge, Inc. ("Stoneridge") and hereby withdraws its objection (the "Objection") to the Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned In Connection with Sale of Steering and Halfshaft Business, dated January 23, 2008 (the "Cure Notice"),[1] and further states as follows:

1.    Stoneridge has reached agreement with Debtors regarding the issues raised in the Objection and Cure Notice. Specifically, Debtors and Stoneridge, Inc. have agreed to a Cure Amount of $445,412.18 for the contract referenced in the Cure Notice (purchase order number SAG90I4428). Accordingly, Stoneridge withdraws the Objection with the understanding that this agreement will be reflected in the Debtors'

---
[1] Capitalized terms not defined herein have the meanings assigned to them in the Cure Notice.

Response and proposed Order that will be filed on March 18th, and otherwise will be without prejudice to Stoneridge's rights or any rights of the parties regarding postpetition amounts that may be owed by the Debtors.

WHEREFORE, PREMISES CONSIDERED, Stoneridge no longer wishes to pursue the Objection and respectfully withdraws the same, without prejudice.

Respectfully submitted,

BAKER & HOSTETLER LLP

By:/s/ Richard J. Bernard
    Richard J. Bernard (RB 6371)
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    Email: rbernard@bakerlaw.com

and

Kelly S. Burgan (Ohio 0073649)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email:  kburgan@bakerlaw.com
*Counsel for Stoneridge, Inc.*