## **CERTIFICATE OF SERVICE**

   Undersigned counsel hereby certifies that, on this 18th day of March, 2008, a true and accurate copy of the foregoing *Withdrawal of Objection of Creditor Stoneridge, Inc. To Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business Dated January 23, 2008* was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case.


               /s/ Elyssa S. Kates
                Elyssa S. Kates