| CUST ID | INV | DATE | AMOUNT | DQTY | PRC EA | PART | P/S | PO | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 369722 | 07/19/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 92918 92918 | SAG90I0375 | 164.01 |
| DEL101 | 369803 | 07/20/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 93000 93000 | SAG90I0375 | 164.01 |
| DEL101 | 369862 | 07/21/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93076 93076 | SAG90I0375 | 328.03 |
| DEL101 | 369946 | 07/24/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 93158 93158 | SAG90I0375 | 164.01 |
| DEL101 | 370041 | 07/25/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93269 93269 | SAG90I0375 | 328.03 |
| DEL101 | 370124 | 07/26/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93317 93317 | SAG90I0375 | 328.03 |
| DEL101 | 370214 | 07/27/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93437 93437 | SAG90I0375 | 328.03 |
| DEL101 | 370319 | 07/28/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 93518 93518 | SAG90I0375 | 164.01 |
| DEL101 | 370416 | 07/31/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 93615 93615 | SAG90I0375 | 164.01 |
| DEL101 | 370514 | 08/01/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93696 93696 | SAG90I0375 | 328.03 |
| DEL101 | 370591 | 08/02/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93756 93756 | SAG90I0375 | 328.03 |
| DEL101 | 370645 | 08/03/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 93805 93805 | SAG90I0375 | 328.03 |
| DEL101 | 370748 | 08/04/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 93873 93873 | SAG90I0375 | 164.01 |
| DEL101 | 370908 | 08/08/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94086 94086 | SAG90I0375 | 164.01 |
| DEL101 | 370975 | 08/09/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94180 94180 | SAG90I0375 | 164.01 |
| DEL101 | 371062 | 08/10/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 94237 94237 | SAG90I0375 | 328.03 |
| DEL101 | 371157 | 08/11/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 94335 94335 | SAG90I0375 | 328.03 |
| DEL101 | 371229 | 08/14/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94399 94399 | SAG90I0375 | 164.01 |
| DEL101 | 371312 | 08/15/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 94461 94461 | SAG90I0375 | 328.03 |
| DEL101 | 371466 | 08/17/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94622 94622 | SAG90I0375 | 164.01 |
| DEL101 | 371546 | 08/18/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94718 94718 | SAG90I0375 | 164.01 |
| DEL101 | 371632 | 08/21/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 94837 94837 | SAG90I0375 | 164.01 |
| DEL101 | 371884 | 08/24/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 95050 95050 | SAG90I0375 | 164.01 |
| DEL101 | 371978 | 08/25/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 95108 95108 | SAG90I0375 | 164.01 |
| DEL101 | 372056 | 08/28/06 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 95216 95216 | SAG90I0375 | 492.05 |
| DEL101 | 372127 | 08/29/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 95315 95315 | SAG90I0375 | 164.01 |
| DEL101 | 373271 | 09/18/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96437 96437 | SAG90I0375 | 164.01 |
| DEL101 | 373423 | 09/20/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96599 96599 | SAG90I0375 | 164.01 |
| DEL101 | 373515 | 09/21/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96693 96693 | SAG90I0375 | 164.01 |
| DEL101 | 373675 | 09/25/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96811 96811 | SAG90I0375 | 164.01 |
| DEL101 | 373755 | 09/26/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96892 96892 | SAG90I0375 | 164.01 |
| DEL101 | 373832 | 09/27/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 96982 96982 | SAG90I0375 | 164.01 |
| DEL101 | 373990 | 09/29/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 97118 97118 | SAG90I0375 | 164.01 |
| DEL101 | 374071 | 10/02/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 97247 97247 | SAG90I0375 | 164.01 |
| DEL101 | 374153 | 10/03/06 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 97339 97339 | SAG90I0375 | 164.01 |
| DEL101 | 374237 | 10/04/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 97400 97400 | SAG90I0375 | 328.03 |

| DEL101 | 374482 | 10/09/06 | $ 873.73   | 2,040 | 0.4283 | 26097893 | 97643 | 97643 | SAG90I0375 | 164.01 |           |
|--------|--------|----------|------------|-------|--------|----------|-------|-------|------------|--------|-----------|
| DEL101 | 374574 | 10/10/06 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 97715 | 97715 | SAG90I0375 | 328.04 |           |
| DEL101 | 374731 | 10/12/06 | $ 873.73   | 2,040 | 0.4283 | 26097893 | 97888 | 97888 | SAG90I0375 | 164.01 |           |
| DEL101 | 374805 | 10/13/06 | $ 873.73   | 2,040 | 0.4283 | 26097893 | 97945 | 97945 | SAG90I0375 | 164.01 |           |
| DEL101 | 374987 | 10/17/06 | $ 873.73   | 2,040 | 0.4283 | 26097893 | 98112 | 98112 | SAG90I0375 | 164.01 |           |
| DEL101 | 375161 | 10/19/06 | $ 873.73   | 2,040 | 0.4283 | 26097893 | 98297 | 98297 | SAG90I0375 | 164.01 |           |
|        |        |          |            |       |        |          |       |       |            | **9,184.71** | TO 102306 |