| CUST ID | INV | DATE | AMOUNT | DQTY | PRC EA | PART | P/S | PO | BALANCE | OVERDUE |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL100 | 375728 | 10/30/06 | $ 1,818.90 | 3,000 | 0.6063 | 26038320 | 98877 98877 | SAG90I0375 | 967.28 | |
| DEL100 | 377259 | 11/28/06 | $ 4,085.64 | 3,600 | 1.1349 | 26045677 | 1276 1276 | SAG90I0375 | 4.30 | |
| DEL101 | 388476 | 07/25/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10856 10856 | SAG90I0375 | 164.01 | |
| DEL101 | 388522 | 07/26/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 10910 10910 | SAG90I0375 | 328.03 | |
| DEL101 | 388585 | 07/27/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 10948 10948 | SAG90I0375 | 164.01 | |
| DEL101 | 388647 | 07/30/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11028 11028 | SAG90I0375 | 164.01 | |
| DEL101 | 388714 | 07/31/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11076 11076 | SAG90I0375 | 328.03 | |
| DEL101 | 388780 | 08/01/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11144 11144 | SAG90I0375 | 164.01 | |
| DEL101 | 388827 | 08/02/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11197 11197 | SAG90I0375 | 164.01 | |
| DEL101 | 388895 | 08/03/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11246 11246 | SAG90I0375 | 328.03 | |
| DEL101 | 388928 | 08/06/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11283 11283 | SAG90I0375 | 164.01 | |
| DEL101 | 389129 | 08/10/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11481 11481 | SAG90I0375 | 164.01 | |
| DEL101 | 389184 | 08/13/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11551 11551 | SAG90I0375 | 164.01 | |
| DEL101 | 389230 | 08/14/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 11589 11589 | SAG90I0375 | 328.03 | |
| DEL101 | 389280 | 08/15/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11643 11643 | SAG90I0375 | 164.01 | |
| DEL101 | 389333 | 08/16/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11709 11709 | SAG90I0375 | 164.01 | |
| DEL101 | 389399 | 08/17/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11771 11771 | SAG90I0375 | 164.01 | |
| DEL101 | 389467 | 08/20/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11831 11831 | SAG90I0375 | 164.01 | |
| DEL101 | 389530 | 08/21/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11893 11893 | SAG90I0375 | 164.01 | |
| DEL101 | 389591 | 08/22/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11933 11933 | SAG90I0375 | 164.01 | |
| DEL101 | 389628 | 08/23/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 11972 11972 | SAG90I0375 | 164.01 | |
| DEL101 | 389690 | 08/24/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12038 12038 | SAG90I0375 | 164.01 | |
| DEL101 | 389745 | 08/27/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 12089 12089 | SAG90I0375 | 328.03 | |
| DEL101 | 389844 | 08/29/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12193 12193 | SAG90I0375 | 164.01 | |
| DEL101 | 389895 | 08/30/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12246 12246 | SAG90I0375 | 164.01 | |
| DEL101 | 389934 | 08/30/07 | $ 583.38 | 1,575 | 0.1852 | 26105189 | 12253 12253 | SAG90I0375 | 290.56 | |
| DEL101 | 390039 | 09/04/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12381 12381 | SAG90I0375 | 164.01 | |
| DEL101 | 390104 | 09/05/07 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 12431 12431 | SAG90I0375 | 492.05 | |
| DEL101 | 390210 | 09/07/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12550 12550 | SAG90I0375 | 164.01 | |
| DEL101 | 390265 | 09/10/07 | $ 1,747.46 | 4,080 | 0.4283 | 26097893 | 12592 12592 | SAG90I0375 | 328.03 | |
| DEL100 | 390304 | 09/10/07 | $ 38.14 | 100 | 0.3814 | 26031427 | 12607 12607 | SAG90I0345 | 38.14 | |
| DEL101 | 390363 | 09/12/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12696 12696 | SAG90I0375 | 164.01 | |
| DEL101 | 390409 | 09/13/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12748 12748 | SAG90I0375 | 164.01 | |
| DEL101 | 390469 | 09/14/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12814 12814 | SAG90I0375 | 164.01 | |
| DEL101 | 390551 | 09/17/07 | $ 873.73 | 2,040 | 0.4283 | 26097893 | 12876 12876 | SAG90I0375 | 164.01 | |
| DEL101 | 390615 | 09/18/07 | $ 2,621.20 | 6,120 | 0.4283 | 26097893 | 12940 12940 | SAG90I0375 | 492.05 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEL101 | 390676 | 09/19/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 12998 12998 | SAG90I0375 | 158.91 | |
| DEL101 | 390722 | 09/20/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13049 13049 | SAG90I0375 | 164.01 | |
| DEL101 | 390795 | 09/21/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13103 13103 | SAG90I0375 | 164.01 | |
| DEL101 | 390841 | 09/24/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13153 13153 | SAG90I0375 | 164.01 | |
| DEL101 | 390909 | 09/25/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13214 13214 | SAG90I0375 | 328.03 | |
| DEL101 | 390950 | 09/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13263 13263 | SAG90I0375 | 164.01 | |
| DEL101 | 391003 | 09/27/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13301 13301 | SAG90I0375 | 164.01 | |
| DEL101 | 391068 | 09/28/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13357 13357 | SAG90I0375 | 164.01 | |
| DEL101 | 391122 | 10/01/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13407 13407 | SAG90I0375 | 158.07 | |
| DEL101 | 391414 | 10/09/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13699 13699 | SAG90I0375 | 328.03 | |
| DEL101 | 391466 | 10/10/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13744 13744 | SAG90I0375 | 164.01 | |
| DEL101 | 391566 | 10/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13839 13839 | SAG90I0375 | 164.01 | |
| DEL101 | 391624 | 10/15/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 13902 13902 | SAG90I0375 | 328.03 | |
| DEL101 | 391710 | 10/17/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 13978 13978 | SAG90I0375 | 142.80 | |
| DEL101 | 391747 | 10/18/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14036 14036 | SAG90I0375 | 164.01 | |
| DEL101 | 391814 | 10/19/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14073 14073 | SAG90I0375 | 164.01 | |
| DEL101 | 391859 | 10/22/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14133 14133 | SAG90I0375 | 164.01 | |
| DEL101 | 391966 | 10/25/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14243 14243 | SAG90I0375 | 164.01 | |
| DEL101 | 392022 | 10/26/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14304 14304 | SAG90I0375 | 164.01 | |
| DEL101 | 392075 | 10/29/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14354 14354 | SAG90I0375 | 164.01 | |
| DEL101 | 392153 | 10/30/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14407 14407 | SAG90I0375 | 164.01 | |
| DEL101 | 392233 | 10/31/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14472 14472 | SAG90I0375 | 164.01 | |
| DEL101 | 392271 | 11/01/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14522 14522 | SAG90I0375 | 164.01 | |
| DEL101 | 392327 | 11/02/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14561 14561 | SAG90I0375 | 164.01 | |
| DEL101 | 392387 | 11/05/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14627 14627 | SAG90I0375 | 164.01 | |
| DEL101 | 392496 | 11/07/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14727 14727 | SAG90I0375 | 164.01 | |
| DEL101 | 392536 | 11/08/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14764 14764 | SAG90I0375 | 164.01 | |
| DEL101 | 392597 | 11/09/07 | $ | 1,747.46 | 4,080 | 0.4283 | 26097893 | 14825 14825 | SAG90I0375 | 328.03 | |
| DEL101 | 392657 | 11/12/07 | $ | 873.73 | 2,040 | 0.4283 | 26097893 | 14899 14899 | SAG90I0375 | 164.01 | 13,568.92 |