UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

     In re                       :     Chapter 11

                             :

   DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)

                             :

               Debtors.     :     (Jointly Administered)

                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
MODIFYING CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND
MODIFY GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS
<u>IDENTIFIED IN TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

     Upon the Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify

General Unsecured Claims By Amount Of Cure Payments, dated February 15, 2008 (the

"Twenty-Seventh Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Seventh

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on <u>Exhibits A-1</u>, <u>A-2</u>, and <u>A-3</u> hereto was properly and timely served with a copy of the Twenty-Seventh Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Seventh Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Seventh Omnibus Claims Objection.  No other or further notice of the Twenty-Seventh Omnibus Claims Objection is necessary.

B.        This Court has jurisdiction over the Twenty-Seventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Seventh Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Seventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        The Claims listed on <u>Exhibit A-1</u> hereto will be satisfied in whole or in part by Cure Payments (the "Exhibit A-1 Claims").

D.        The Claims listed on <u>Exhibit A-2</u> hereto were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments (the "Exhibit A-2 Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit A-3 hereto will be satisfied in whole or in part by Cure Payments, such Claims (a) state the incorrect amount or are overstated and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Exhibit A-3 Claims").

F.      The relief requested in the Twenty-Seventh Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on Exhibit A-1 hereto shall be revised to reflect classification listed as the "Claim As Modified."  No Claimant listed on Exhibit A-1 hereto shall be entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to further object to each such Exhibit A-1 Claim.  The Exhibit A-1 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Upon the occurrence of the Effective Date of the Plan as modified

pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on Exhibit

A-2 hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No

Claimant listed on Exhibit A-2 hereto shall be entitled to assert a classification that is

inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to

further object to each such Exhibit A-2 Claim.  The Exhibit A-2 Claims shall remain on the

claims register, and shall remain subject to future objection by the Debtors and other parties-in-

interest.

3.      Upon the occurrence of the Effective Date of the Plan as modified

pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on Exhibit

A-3 hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No

Claimant listed on Exhibit A-3 shall be entitled to assert a classification that is inconsistent with

that listed in the "Claim As Modified" column on Exhibit A-3 hereto, subject to the Debtors'

right to further object to each such Exhibit A-3 Claim.  The Exhibit A-3 Claims shall remain on

the claims register, and shall remain subject to future objection by the Debtors and other parties-

in-interest.

4.      For clarity, Exhibit C hereto displays the formal name of each of the

Debtor entities and their associated bankruptcy case numbers referenced on Exhibits A-1, A-2,

A-3, B-1, B-2, and B-3 and Exhibit D sets forth each of the Claims referenced on Exhibits A-1,

A-2, A-3, B-1, B-2, and B-3 in alphabetical order by claimant and cross-references each such

Claim by proof of claim number and basis of objection.

5.      The hearing regarding the objection to the Claims listed on Exhibits B-1,

B-2, and B-3 hereto, for which a Response to the Twenty-Seventh Omnibus Claims Objection

has been filed and served and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

6.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Seventh Omnibus Claims Objection.

7.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

8.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Seventh Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

9.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Seventh Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, A-3, B-1, B-2, and B-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Seventh Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

10.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

11.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Seventh Omnibus

Claims Objection.


Dated: New York, New York
       March 19, 2008


                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $171,798.50<br>Filing Creditor Name and Address:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name and Address<br><br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | | Docketed Total: | $171,798.50 | | Modified Total: | | $171,798.50 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $171,798.50 | 05-44640 | | $169,414.09 | $2,384.41 |
| | | | | **$171,798.50** | | | **$169,414.09** | **$2,384.41** |
| Claim: 7838<br>Date Filed: 06/12/2006<br>Docketed Total: $1,434,038.60<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF AFX INDUSTRIES<br>LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $1,434,038.60 | | Modified Total: | | $1,434,038.60 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,434,038.60 | 05-44640 | | $1,321,418.01 | $112,620.59 |
| | | | | **$1,434,038.60** | | | **$1,321,418.01** | **$112,620.59** |
| Claim: 8722<br>Date Filed: 06/28/2006<br>Docketed Total: $128,098.75<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF HY LEVEL<br>INDUSTRIES INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $128,098.75 | | Modified Total: | | $128,098.75 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $128,098.75 | 05-44640 | | $101,811.00 | $26,287.75 |
| | | | | **$128,098.75** | | | **$101,811.00** | **$26,287.75** |
| Claim: 7491<br>Date Filed: 06/05/2006<br>Docketed Total: $1,617,353.43<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF NATIONAL<br>SEMICONDUCTER CORP<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $1,617,353.43 | | Modified Total: | | $1,617,353.43 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,617,353.43 | 05-44640 | | $1,548,203.43 | $69,150.00 |
| | | | | **$1,617,353.43** | | | **$1,548,203.43** | **$69,150.00** |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7091<br>Date Filed: 05/30/2006<br>Docketed Total: $61,342.54<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF SAN STEEL<br>FABRICATING<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC    Docketed Total: **$61,342.54**<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $61,342.54<br><br>**$61,342.54** | Modified Total: **$61,342.54**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $61,342.54 /<br><br>**$61,342.54** |
| Claim: 15781<br>Date Filed: 08/01/2006<br>Docketed Total: $552,858.63<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR<br>KICKHAEFFER MANUFACTURING<br>COMPANY<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL    Docketed Total: **$552,858.63**<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $552,858.63<br><br>**$552,858.63** | Modified Total: **$552,858.63**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $405,291.00 / $147,567.63<br><br>**$405,291.00** / **$147,567.63** |
| Claim: 6802<br>Date Filed: 05/24/2006<br>Docketed Total: $12,030.60<br>Filing Creditor Name and Address:<br>COFICAB PORTUGAL<br>COMPANHIA<br>DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA, 06300--230<br>PORTUGAL | Claim Holder Name and Address<br><br>COFICAB PORTUGAL COMPANHIA    Docketed Total: **$12,030.60**<br>DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA, 06300--230<br>PORTUGAL<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $12,030.60<br><br>**$12,030.60** | Modified Total: **$12,030.60**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $7,720.36 / $4,310.24<br><br>**$7,720.36** / **$4,310.24** |

*See Exhibit C for a listing of debtor entities by case number.

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11257**
Date Filed: 07/27/2006
Docketed Total: $7,433.25
Filing Creditor Name and Address:
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108
Docketed Total: $7,433.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $7,433.25 |
| | | | $7,433.25 |

Modified Total: $7,433.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $7,433.25 | |
| | | $7,433.25 | |

---

**Claim: 16284**
Date Filed: 09/05/2006
Docketed Total: $34,134.78
Filing Creditor Name and Address:
DAWLEN CORP
2029 MICOR DR
PO BOX 884
JACKSON, MI 49203

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $34,134.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,134.78 |
| | | | $34,134.78 |

Modified Total: $34,134.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,282.34 | $4,852.44 |
| | | $29,282.34 | $4,852.44 |

---

**Claim: 2063**
Date Filed: 02/21/2006
Docketed Total: $108,786.45
Filing Creditor Name and Address:
EMERSON & CUMING INC
46 MANNING RD
BILLERICA, MA 01821

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: $108,786.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,786.45 |
| | | | $108,786.45 |

Modified Total: $108,786.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $50,281.87 | $58,504.58 |
| | | $50,281.87 | $58,504.58 |

---

**Claim: 12400**
Date Filed: 07/28/2006
Docketed Total: $95,890.67
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Claim Holder Name and Address
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606
Docketed Total: $95,890.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $95,890.67 |
| | | | $95,890.67 |

Modified Total: $95,890.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | $23,832.37 | $72,058.30 |
| | | $23,832.37 | $72,058.30 |

---

*See Exhibit C for a listing of debtor entities by case number.

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12178<br>Date Filed:    07/28/2006<br>Docketed Total:    $177,026.50<br>Filing Creditor Name and Address:<br>  INFINEON TECHNOLOGIES<br>  NORTH AMERICA CORP<br>  SACHNOFF & WEAVER LTD<br>  10 S WACKER DR 40TH FL<br>  CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>  INFINEON TECHNOLOGIES NORTH<br>  AMERICA CORP<br>  SACHNOFF & WEAVER LTD<br>  10 S WACKER DR 40TH FL<br>  CHICAGO, IL 60606<br><br>Docketed Total:    $177,026.50 | Modified Total:    $177,026.50 |

| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$177,026.50<br><br>$177,026.50 | | Case Number*<br>05-44567 | Secured | Priority<br>$175,665.05<br><br>$175,665.05 | Unsecured<br>$1,361.45<br><br>$1,361.45 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15113<br>Date Filed:    07/31/2006<br>Docketed Total:    $7,343,692.50<br>Filing Creditor Name and Address:<br>  LONG ACRE MASTER FUND LTD<br>  AS ASSIGNEE TRANSFEREE OF<br>  SHARP ELECTRONICS CORP<br>  LONG ACRE MASTER FUND LTD<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019 | Claim Holder Name and Address<br><br>  LONG ACRE MASTER FUND LTD AS<br>  ASSIGNEE TRANSFEREE OF SHARP<br>  ELECTRONICS CORP<br>  LONG ACRE MASTER FUND LTD<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019<br><br>Docketed Total:    $7,343,692.50 | Modified Total:    $7,343,692.50 |

| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,343,692.50<br><br>$7,343,692.50 | | Case Number*<br>05-44640 | Secured | Priority<br>$4,759,783.06<br><br>$4,759,783.06 | Unsecured<br>$2,583,909.44<br><br>$2,583,909.44 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9431<br>Date Filed:    07/13/2006<br>Docketed Total:    $961,318.16<br>Filing Creditor Name and Address:<br>  MACAUTO USA INC<br>  80 EXCEL DR<br>  ROCHESTER, NY 14621 | Claim Holder Name and Address<br><br>  MACAUTO USA INC<br>  80 EXCEL DR<br>  ROCHESTER, NY 14621<br><br>Docketed Total:    $961,318.16 | Modified Total:    $961,318.16 |

| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$961,318.16<br><br>$961,318.16 | | Case Number*<br>05-44640 | Secured | Priority<br>$961,318.16<br><br>$961,318.16 | Unsecured |

*See Exhibit C for a listing of debtor entities by case number.

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5452**
Date Filed:    05/10/2006
Docketed Total:    $115,659.16
Filing Creditor Name and Address:
METFORM CORP
PO BOX 98733
CHICAGO, IL 60693

Claim Holder Name and Address

METFORM CORP
PO BOX 98733
CHICAGO, IL 60693

Docketed Total:    $115,659.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,659.16 |
| | | | $115,659.16 |

Modified Total:    $115,659.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $115,327.17 | $331.99 |
| | | $115,327.17 | $331.99 |

---

**Claim: 9025**
Date Filed:    07/05/2006
Docketed Total:    $38,277.25
Filing Creditor Name and Address:
PRECISION METAL PARTS INC
4725 28TH ST N
ST PETERSBURG, FL 33714

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total:    $38,277.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,277.25 |
| | | | $38,277.25 |

Modified Total:    $38,277.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $38,277.25 | |
| | | $38,277.25 | |

---

**Claim: 8667**
Date Filed:    06/27/2006
Docketed Total:    $6,688.50
Filing Creditor Name and Address:
STEPHENSON & LAWYER INC
PO BOX 8834
GRAND RAPIDS, MI 49518-8834

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:    $6,688.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,688.50 |
| | | | $6,688.50 |

Modified Total:    $6,688.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,688.50 | |
| | | $6,688.50 | |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2215<br>Date Filed: 03/08/2006<br>Docketed Total: $2,499.20<br>Filing Creditor Name and Address:<br>SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | Claim Holder Name and Address<br><br>SUMIDA TRADING PTE LTD    Docketed Total:   **$2,499.20**<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $2,499.20<br><br>       **$2,499.20** |    Modified Total:   **$2,499.20**<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $2,499.20<br><br>       **$2,499.20** |
| Claim: 16422<br>Date Filed: 11/17/2006<br>Docketed Total: $123,994.71<br>Filing Creditor Name and Address:<br>TEMPEL STEEL CO<br>5500 N WOLCOTT AVE<br>CHICAGO, IL 60640-1020 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD    Docketed Total:   **$123,994.71**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $123,994.71<br><br>       **$123,994.71** |    Modified Total:   **$123,994.71**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $2,230.40    $121,764.31<br><br>       **$2,230.40**    **$121,764.31** |
| Claim: 2144<br>Date Filed: 02/27/2006<br>Docketed Total: $386,835.08<br>Filing Creditor Name and Address:<br>TOYOTA TSUSHO AMERICA INC<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC    Docketed Total:   **$386,835.08**<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $386,835.08<br><br>       **$386,835.08** |    Modified Total:   **$386,835.08**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $232,128.65    $154,706.43<br><br>       **$232,128.65**    **$154,706.43** |
| Claim: 12377<br>Date Filed: 07/28/2006<br>Docketed Total: $1,792.00<br>Filing Creditor Name and Address:<br>TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING<br>901 MAXWELL ST<br>LAKE GENEVA, WI 53147 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC    Docketed Total:   **$1,792.00**<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567        $1,792.00<br><br>       **$1,792.00** |    Modified Total:   **$1,792.00**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567        $1,792.00<br><br>       **$1,792.00** |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13176    Filed 03/19/08    Entered 03/19/08 16:51:42    Main Document
Pg 13 of 65

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3975**
Date Filed: 05/01/2006
Docketed Total: $37,375.63
Filing Creditor Name and Address:
UNIVERSAL METAL SERVICE EFT
16655 S CANAL ST
S HOLLAND, IL 60473

Claim Holder Name and Address
UNIVERSAL METAL SERVICE EFT
16655 S CANAL ST
S HOLLAND, IL 60473        Docketed Total: $37,375.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,375.63 |
| | | | **$37,375.63** |

Modified Total: $37,375.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $35,706.85 | $1,668.78 |
| | | **$35,706.85** | **$1,668.78** |

---

**Claim: 8588**
Date Filed: 06/26/2006
Docketed Total: $7,426.04
Filing Creditor Name and Address:
VIBRACOUSTIC GMBH & CO KG
HOHNER WEG 2 4
D 69465 WEINHEIM, GERMANY

Claim Holder Name and Address
VIBRACOUSTIC GMBH & CO KG
HOHNER WEG 2 4
D 69465 WEINHEIM, GERMANY        Docketed Total: $7,426.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,426.04 |
| | | | **$7,426.04** |

Modified Total: $7,426.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,354.65 | $71.39 |
| | | **$7,354.65** | **$71.39** |

---

**Claim: 9453**
Date Filed: 07/13/2006
Docketed Total: $8,949.08
Filing Creditor Name and Address:
VISHAY AMERICAS INC
1 GREENWICH PL
SHELTON, CT 06484

Claim Holder Name and Address
VISHAY AMERICAS INC
1 GREENWICH PL
SHELTON, CT 06484        Docketed Total: $8,949.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,949.08 |
| | | | **$8,949.08** |

Modified Total: $8,949.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,949.08 | |
| | | **$8,949.08** | |

---

**Claim: 16301**
Date Filed: 09/12/2006
Docketed Total: $58,295.21
Filing Creditor Name and Address:
WAUCONDA TOOL AND ENGR
CO EFT
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE, CO 80424

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202        Docketed Total: $58,295.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,295.21 |
| | | | **$58,295.21** |

Modified Total: $58,295.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $57,024.21 | $1,271.00 |
| | | **$57,024.21** | **$1,271.00** |

---

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 8685
Date Filed:   06/27/2006
Docketed Total:    $36,363.34
Filing Creditor Name and Address:
   WELWYN COMPONENTS LTD
   ROBINSON BRADSHAW &
   HINSON P A
   101 N TRYON ST STE 1900
   CHARLOTTE, NC 28246

**CLAIM AS DOCKETED**

Claim Holder Name and Address

   TPG CREDIT OPPORTUNITIES FUND LP          Docketed Total:    **$36,363.00**
   C O TPG CREDIT MANAGEMENT LP
   4600 WELLS FARGO CTR
   90 S SEVENTH ST
   MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,363.00 |
| | | | **$36,363.00** |

Claim Holder Name and Address

   WELWYN COMPONENTS LTD          Docketed Total:    **$0.34**
   ROBINSON BRADSHAW & HINSON P A
   101 N TRYON ST STE 1900
   CHARLOTTE, NC 28246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.34 |
| | | | **$0.34** |

**CLAIM AS MODIFIED**

Modified Total:    **$36,363.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,741.46 | $15,621.54 |
| | | **$20,741.46** | **$15,621.54** |

Modified Total:    **$0.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.34 | $0.00 |
| | | **$0.34** | **$0.00** |

**Total Claims To Be Modified: 26**

**Total Amount As Docketed:**        $13,529,958.56

**Total Amount As Modified:**        $13,529,958.56

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1729<br>Date Filed: 01/31/2006<br>Docketed Total: $ 154,411.76<br>Filing Creditor Name and Address:<br>ADRONICS ELROB MFG CORP<br>9 SAND PARK RD<br>CEDAR GROVE, NJ 07003 | MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Docketed Total: | | **$154,411.76** | | Modified Total: | | **$154,411.76** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$154,411.76 | **Case Number***<br>05-44640 | Secured | Priority<br>$1,400.00 | Unsecured<br>$153,011.76 |
| | | | | **$154,411.76** | | | **$1,400.00** | **$153,011.76** |
| Claim: 123<br>Date Filed: 10/25/2005<br>Docketed Total: $ 127,102.34<br>Filing Creditor Name and Address:<br>ADVENT TOOL & MOLD INC<br>999 RIDGEWAY AVE<br>ROCHESTER, NY 14615 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$127,102.34** | | Modified Total: | | **$120,915.98** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$127,102.34 | **Case Number***<br>05-44640 | Secured | Priority<br>$40,693.31 | Unsecured<br>$80,222.67 |
| | | | | **$127,102.34** | | | **$40,693.31** | **$80,222.67** |
| Claim: 1683<br>Date Filed: 01/26/2006<br>Docketed Total: $ 78,385.24<br>Filing Creditor Name and Address:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | **$78,385.24** | | Modified Total: | | **$56,928.31** |
| | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$78,385.24 | **Case Number***<br>05-44640 | Secured | Priority<br>$55,331.87 | Unsecured<br>$1,596.44 |
| | | | | **$78,385.24** | | | **$55,331.87** | **$1,596.44** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1163<br>Date Filed: 12/14/2005<br>Docketed Total: $ 87,097.70<br>Filing Creditor Name and Address:<br>AMERICAN PRODUCTS COMPANY<br>610 RAHWAY AVE<br>UNION, NJ 07083-1943 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $87,097.70 | Modified Total: | | | $79,425.14 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $87,097.70 | 05-44640 | | $58,050.24 | $21,374.90 |
| | | | | $87,097.70 | | | $58,050.24 | $21,374.90 |
| Claim: 3358<br>Date Filed: 04/28/2006<br>Docketed Total: $ 11,214.73<br>Filing Creditor Name and Address:<br>AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION, NY 11746-2102 | Claim Holder Name and Address<br><br>AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION, NY 11746-2102 | Docketed Total: | | $11,214.73 | Modified Total: | | | $11,214.73 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $11,214.73 | 05-44640 | | $11,214.73 | |
| | | | | $11,214.73 | | | $11,214.73 | |
| Claim: 8576<br>Date Filed: 06/26/2006<br>Docketed Total: $ 554,635.03<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $554,635.03 | Modified Total: | | | $546,970.56 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $554,635.03 | 05-44640 | | $63,928.08 | $483,042.48 |
| | | | | $554,635.03 | | | $63,928.08 | $483,042.48 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11196<br>Date Filed: 07/26/2006<br>Docketed Total: $ 59,444.55<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF TOMPKINS<br>PRODUCTS INC EFT<br>ATTN DAIV S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: **$59,444.55** | | | | Modified Total: **$53,910.07** | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$59,444.55 | Case Number*<br>05-44640 | Secured | Priority<br>$48,178.07 | Unsecured<br>$5,732.00 |
| | | | | **$59,444.55** | | | **$48,178.07** | **$5,732.00** |
| Claim: 2904<br>Date Filed: 04/27/2006<br>Docketed Total: $ 1,944,373.96<br>Filing Creditor Name and Address:<br>ANALOG DEVICES INC<br>3 TECHNOLOGY WY<br>NORWOOD, MA 02062-9106 | Claim Holder Name and Address<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: **$1,944,373.96** | | | | Modified Total: **$1,944,373.96** | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,944,373.96 | Case Number*<br>05-44640 | Secured | Priority<br>$1,732,833.96 | Unsecured<br>$211,540.00 |
| | | | | **$1,944,373.96** | | | **$1,732,833.96** | **$211,540.00** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.                                                                    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE ***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 12230
Date Filed: 07/28/2006
Docketed Total: $ 240,942.30
Filing Creditor Name and Address:
ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Claim Holder Name and Address

ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226

Docketed Total: $65,779.80

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $65,779.80 | | | 05-44640 | | | $0.00 |
| | $65,779.80 | | | | | | $0.00 |

Claim Holder Name and Address

LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019

Docketed Total: $175,162.50

Modified Total: $175,162.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $175,162.50 | 05-44640 | | $175,162.30 | $0.20 |
| | | | $175,162.50 | | | $175,162.30 | $0.20 |

Claim: 2164
Date Filed: 03/01/2006
Docketed Total: $ 369,751.60
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Claim Holder Name and Address

ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797

Docketed Total: $369,751.60

Modified Total: $349,717.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $369,751.60 | 05-44640 | | $349,357.60 | $360.00 |
| | | | $369,751.60 | | | $349,357.60 | $360.00 |

*See Exhibit C for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2090 Date Filed: 02/21/2006 Docketed Total: $ 467,697.04 Filing Creditor Name and Address: ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | Claim Holder Name and Address ASM CAPITAL 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | | Docketed Total: | **$467,697.04** | | | Modified Total: | **$465,817.21** |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $467,697.04 | Case Number* 05-44640 | Secured | Priority $23,355.60 | Unsecured $442,461.61 |
| | | | | **$467,697.04** | | | **$23,355.60** | **$442,461.61** |
| Claim: 4898 Date Filed: 05/05/2006 Docketed Total: $ 113,976.02 Filing Creditor Name and Address: ATG PRECISION PRODUCTS LLC 7545 N HAGGERTY RD CANTON, MI 48187 | Claim Holder Name and Address HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | | Docketed Total: | **$113,976.02** | | | Modified Total: | **$113,304.16** |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $113,976.02 | Case Number* 05-44640 | Secured | Priority $53,111.80 | Unsecured $60,192.36 |
| | | | | **$113,976.02** | | | **$53,111.80** | **$60,192.36** |
| Claim: 1165 Date Filed: 12/14/2005 Docketed Total: $ 1,280,342.50 Filing Creditor Name and Address: ATMEL CORPORATION 2325 ORCHARD PKWY SAN JOSE, CA 95131 | Claim Holder Name and Address ATMEL CORPORATION 2325 ORCHARD PKWY SAN JOSE, CA 95131 | | Docketed Total: | **$1,280,342.50** | | | Modified Total: | **$1,268,827.00** |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $1,280,342.50 | Case Number* 05-44539 05-44640 | Secured | Priority $652,315.00 | Unsecured $570,000.00 $46,512.00 |
| | | | | **$1,280,342.50** | | | **$652,315.00** | **$616,512.00** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**
**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1081**
Date Filed: 12/02/2005
Docketed Total: $ 60,182.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

Claim Holder Name and Address

AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

Docketed Total: **$60,182.00**

Modified Total: **$60,182.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $60,182.00 |
| | | | **$60,182.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $60,182.00 | |
| | | **$60,182.00** | |

**Claim: 8141**
Date Filed: 06/19/2006
Docketed Total: $ 34,290.00
Filing Creditor Name and Address:
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

Claim Holder Name and Address

AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

Docketed Total: **$34,290.00**

Modified Total: **$1,770.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,290.00 |
| | | | **$34,290.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,770.00 | |
| | | **$1,770.00** | |

**Claim: 7206**
Date Filed: 05/31/2006
Docketed Total: $ 31,570.05
Filing Creditor Name and Address:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$31,570.05**

Modified Total: **$28,335.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,570.05 |
| | | | **$31,570.05** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,309.20 | $3,026.00 |
| | | **$25,309.20** | **$3,026.00** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6683<br>Date Filed: 05/23/2006<br>Docketed Total: $ 43,850.88<br>Filing Creditor Name and Address:<br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Docketed Total: | | $43,850.88 | | Modified Total: | | $26,969.88 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $43,850.88 | 05-44640 | | $26,969.88 | |
| | | | | **$43,850.88** | | | **$26,969.88** | |
| Claim: 16300<br>Date Filed: 09/12/2006<br>Docketed Total: $ 54,069.91<br>Filing Creditor Name and Address:<br>BRAININ ADVANCE INDUSTRIES INC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $54,069.91 | | Modified Total: | | $52,577.79 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $54,069.91 | 05-44640 | | $46,949.22 | $5,628.57 |
| | | | | **$54,069.91** | | | **$46,949.22** | **$5,628.57** |
| Claim: 1898<br>Date Filed: 02/08/2006<br>Docketed Total: $ 3,086.40<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $3,086.40 | | Modified Total: | | $2,994.00 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | $3,086.40 | | 05-44640 | | $2,994.00 | |
| | | | **$3,086.40** | | | | **$2,994.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1901<br>Date Filed: 02/08/2006<br>Docketed Total: $ 3,190.40<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$3,190.40** | | Modified Total: | | **$3,190.40** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,190.40<br><br>**$3,190.40** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$3,190.40<br><br>**$3,190.40** | Unsecured |
| Claim: 1902<br>Date Filed: 02/08/2006<br>Docketed Total: $ 3,190.40<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$3,190.40** | | Modified Total: | | **$3,190.40** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,190.40<br><br>**$3,190.40** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$3,190.40<br><br>**$3,190.40** | Unsecured |
| Claim: 1907<br>Date Filed: 02/08/2006<br>Docketed Total: $ 6,425.10<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$6,425.10** | | Modified Total: | | **$6,425.10** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6,425.10<br><br>**$6,425.10** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$6,425.10<br><br>**$6,425.10** | Unsecured |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1908<br>Date Filed: 02/08/2006<br>Docketed Total: $ 6,425.10<br>Filing Creditor Name and Address:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$6,425.10** | | Modified Total: | | **$6,425.10** |
| | **Case Number***<br>05-44481 | Secured | Priority<br>$6,425.10 | Unsecured | **Case Number***<br>05-44640 | Secured | Priority<br>$6,425.10 | Unsecured |
| | | | **$6,425.10** | | | | **$6,425.10** | |
| Claim: 5580<br>Date Filed: 05/10/2006<br>Docketed Total: $ 36,593.40<br>Filing Creditor Name and Address:<br>CELTIC PRODUCTS INC<br>KMS BEARINGS AUTOMOTIVE<br>1535 N HARMONY CIRCLE<br>ANAHEIM, CA 92807 | Claim Holder Name and Address<br><br>CELTIC PRODUCTS INC<br>KMS BEARINGS AUTOMOTIVE<br>1535 N HARMONY CIRCLE<br>ANAHEIM, CA 92807 | Docketed Total: | | **$36,593.40** | | Modified Total: | | **$34,026.60** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$36,593.40 | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$34,026.60 |
| | | | | **$36,593.40** | | | | **$34,026.60** |
| Claim: 14246<br>Date Filed: 07/31/2006<br>Docketed Total: $ 224,664.10<br>Filing Creditor Name and Address:<br>CINCH CONNECTORS INC<br>MUCH SHELIST FREED<br>DENENBERG AMENT &<br>RUBENSTEIN PC<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | **$224.664.10** | | Modified Total: | | **$220.052.15** |
| | **Case Number***<br>05-44481 | Secured<br>$224,664.10 | Priority | Unsecured | **Case Number***<br>05-44640 | Secured | Priority<br>$220,052.15 | Unsecured |
| | | **$224,664.10** | | | | | **$220,052.15** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2550**
Date Filed: 04/04/2006
Docketed Total: $ 148,987.53
Filing Creditor Name and Address:
  DAA DRAEXLMAIER
  AUTOMOTIVE OF AMERICA
  1751 E MAIN ST
  DUNCAN, SC 29334

Claim Holder Name and Address
  ASM CAPITAL LP
  7600 JERICHO TURNPIKE STE 302
  WOODBURY, NY 11797

Docketed Total: **$148,987.53**

Modified Total: **$147,992.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $148,987.53 | 05-44640 | | $79,631.21 | $68,361.32 |
| | | | **$148,987.53** | | | **$79,631.21** | **$68,361.32** |

---

**Claim: 2747**
Date Filed: 04/24/2006
Docketed Total: $ 71,255.39
Filing Creditor Name and Address:
  DATWYLER I O DEVICES
  AMERICAS
  NELSON MULLINS RILEY &
  SCARBOROUGH LLP
  PO BOX 11070
  COLUMBIA, SC 29211-1070

Claim Holder Name and Address
  DATWYLER I O DEVICES AMERICAS
  NELSON MULLINS RILEY &
  SCARBOROUGH LLP
  PO BOX 11070
  COLUMBIA, SC 29211-1070

Docketed Total: **$71,255.39**

Modified Total: **$69,387.01**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $71,255.39 | 05-44567 | | $32,602.50 | $36,784.51 |
| | | | **$71,255.39** | | | **$32,602.50** | **$36,784.51** |

---

**Claim: 13932**
Date Filed: 07/31/2006
Docketed Total: $ 62,028.00
Filing Creditor Name and Address:
  ENGINEERED SINTERED
  COMPONENTS INC
  250 OLD MURDOCK RD
  TROUTMAN, NC 28166

Claim Holder Name and Address
  HAIN CAPITAL INVESTORS LLC
  301 ROUTE 17 6TH FL
  RUTHERFORD, NJ 07070

Docketed Total: **$62,028.00**

Modified Total: **$62,028.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $62,028.00 | 05-44640 | | $62,028.00 | |
| | | | **$62,028.00** | | | **$62,028.00** | |

*See Exhibit C for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1464**
Date Filed: 01/09/2006
Docketed Total: $ 122,867.13
Filing Creditor Name and Address:
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Claim Holder Name and Address

ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Docketed Total: **$122,867.13**

Modified Total: **$100,997.21**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $122,867.13 | 05-44567 | | $82,960.31 | $18,036.90 |
| | | | **$122,867.13** | | | **$82,960.31** | **$18,036.90** |

**Claim: 4741**
Date Filed: 05/04/2006
Docketed Total: $ 168,939.68
Filing Creditor Name and Address:
GAGNIER PRODUCTS RKM INC
AD CHG PERTLTR 7 9 04 AM
10161 CAPITAL AVE
REMOVE EFT 7 10
OAK PK, MI 48237

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$168,939.68**

Modified Total: **$168,939.68**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $168,939.68 | 05-44640 | | $168,939.68 | |
| | | | **$168,939.68** | | | **$168,939.68** | |

**Claim: 5510**
Date Filed: 05/10/2006
Docketed Total: $ 43,178.53
Filing Creditor Name and Address:
GRINER ENGINEERING INC
2500 N CURRY PIKE
BLOOMINGTON, IN 47404-148

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$43,178.53**

Modified Total: **$43,177.89**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $43,178.53 | 05-44640 | | $35,334.17 | $7,843.72 |
| | | | **$43,178.53** | | | **$35,334.17** | **$7,843.72** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2058<br>Date Filed: 02/17/2006<br>Docketed Total: $ 49,978.89<br>Filing Creditor Name and Address:<br>HAERTER STANZTECHNIK GMBH<br>GUTENBERGSTRASSE 8<br>KONIGSBACH STEIN, 75203<br>GERMANY | Claim Holder Name and Address<br><br>HAIN CAPITAL INVESTORS LLC<br>301 ROUTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: **$49,978.89** | | Modified Total: **$49,126.02** |
| | **Case Number\*** 05-44481 / **Secured** / **Priority** / **Unsecured** $49,978.89 | | **Case Number\*** 05-44567 / **Secured** / **Priority** $48,779.88 / **Unsecured** $346.14 | |
| | | **$49,978.89** | | **$48,779.88** / **$346.14** |
| Claim: 668<br>Date Filed: 11/18/2005<br>Docketed Total: $ 356,407.35<br>Filing Creditor Name and Address:<br>HARRINGTON TOOL AND DIE<br>INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | Claim Holder Name and Address<br><br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | Docketed Total: **$356,407.35** | | Modified Total: **$285,519.65** |
| | **Case Number\*** 05-44481 / **Secured** / **Priority** / **Unsecured** $356,407.35 | | **Case Number\*** 05-44640 / **Secured** / **Priority** $155,485.75 / **Unsecured** $130,033.90 | |
| | | **$356,407.35** | | **$155,485.75** / **$130,033.90** |
| Claim: 7706<br>Date Filed: 06/09/2006<br>Docketed Total: $ 50,895.80<br>Filing Creditor Name and Address:<br>HENNESSEY CAPITAL<br>SOLUTIONS<br>ASSIGNEE PLASTIC SOLUTIONS<br>INC<br>23261 WOODWARD AVE<br>HUNTINGTON WOODS, MI<br>48070-1362 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: **$50,895.80** | | Modified Total: **$50,747.48** |
| | **Case Number\*** 05-44640 / **Secured** $50,895.80 / **Priority** / **Unsecured** | | **Case Number\*** 05-44640 / **Secured** / **Priority** $47,443.44 / **Unsecured** $3,304.04 | |
| | | **$50,895.80** | | **$47,443.44** / **$3,304.04** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 16255
Date Filed: 08/24/2006
Docketed Total: $ 1,898,409.80
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW &
HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28186

Claim Holder Name and Address

INTERNATIONAL RESISTIVE
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW & HINSON
PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: **$77,694.80**

Modified Total: **$77,693.93**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 | 05-44640 | | $77,693.93 | $0.00 |
| | | **$77,693.93** | **$0.87** | | | **$77,693.93** | **$0.00** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$1,820,715.00**

Modified Total: **$1,813,301.97**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,820,715.00 | 05-44640 | | $1,747,018.36 | $66,283.61 |
| | | | **$1,820,715.00** | | | **$1,747,018.36** | **$66,283.61** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8878**
Date Filed: 06/30/2006
Docketed Total: $ 170,159.62
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A
101 NORTH TRYON ST STE 1900
CHARLOTTE, NC 28246

Claim Holder Name and Address

INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A
101 NORTH TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: **$3,036.28**

Modified Total: **$1,320.21**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,036.28 | UNL | 05-44640 | | $1,320.21 | $0.00 |
| | | **$3,036.28** | **UNL** | | | **$1,320.21** | **$0.00** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$167,123.34**

Modified Total: **$158,918.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $167,123.34 | 05-44640 | | $59,733.34 | $99,185.10 |
| | | | **$167,123.34** | | | **$59,733.34** | **$99,185.10** |

**Claim: 14915**
Date Filed: 07/31/2006
Docketed Total: $ 468,786.87
Filing Creditor Name and Address:
JAMESTOWN CONTAINER CORP SPECIALTY PRODUCTS DIV
2345 WALDEN AVE
BUFFALO, NY 14225

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$468,786.87**

Modified Total: **$407,193.80**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $468,786.87 | 05-44640 | | $41,833.19 | $365,360.61 |
| | | | **$468,786.87** | | | **$41,833.19** | **$365,360.61** |

*See Exhibit C for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8133<br>Date Filed: 06/16/2006<br>Docketed Total: $ 1,005,284.25<br>Filing Creditor Name and Address:<br>JIFFY TITE CO INC<br>4437 WALDEN AVE<br>LANCASTER, NY 14086 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$1,005,284.25** | | | Modified Total: | **$996,198.87** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,005,284.25 | Case Number*<br>05-44640 | Secured | Priority<br>$959,979.07 | Unsecured<br>$36,219.80 |
| | | | | **$1,005,284.25** | | | **$959,979.07** | **$36,219.80** |
| Claim: 4446<br>Date Filed: 05/02/2006<br>Docketed Total: $ 27,790.40<br>Filing Creditor Name and Address:<br>KADDIS MANUFACTURING<br>CORPORATION<br>1100 BEACHAN RD<br>PO BOX 92985<br>ROCHESTER, NY 14692 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$27,790.40** | | | Modified Total: | **$26,411.27** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,790.40 | Case Number*<br>05-44640 | Secured | Priority<br>$26,411.27 | Unsecured |
| | | | | **$27,790.40** | | | **$26,411.27** | |
| Claim: 642<br>Date Filed: 11/17/2005<br>Docketed Total: $ 1,703,785.68<br>Filing Creditor Name and Address:<br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | Claim Holder Name and Address<br><br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | | Docketed Total: | **$1,703,785.68** | | | Modified Total: | **$1,655,726.96** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,703,785.68 | Case Number*<br>05-44640 | Secured | Priority<br>$1,057,952.07 | Unsecured<br>$597,774.89 |
| | | | | **$1,703,785.68** | | | **$1,057,952.07** | **$597,774.89** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

### Claim: 1615

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1615<br>Date Filed: 01/20/2006<br>Docketed Total: $ 40,069.37<br>Filing Creditor Name and Address:<br>KINETICS<br>10085 SW COMMERCE CIR<br>WILSONVILLE, OR 97070 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $40,069.37 | | Modified Total: | | $38,561.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$40,069.37 | Case Number*<br>05-44640 | Secured | Priority<br>$3,301.62 | Unsecured<br>$35,259.90 |
| | | | | $40,069.37 | | | $3,301.62 | $35,259.90 |
| Claim: 9832<br>Date Filed: 07/18/2006<br>Docketed Total: $ 268,853.90<br>Filing Creditor Name and Address:<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Claim Holder Name and Address<br><br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Docketed Total: | | $268,853.90 | | Modified Total: | | $221,285.87 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268,853.90 | Case Number*<br>05-44640 | Secured | Priority<br>$89,133.08 | Unsecured<br>$132,152.79 |
| | | | | $268,853.90 | | | $89,133.08 | $132,152.79 |
| Claim: 15926<br>Date Filed: 07/26/2006<br>Docketed Total: $ 404,986.61<br>Filing Creditor Name and Address:<br>M A COM INC<br>PO BOX 3608 MS38 26<br>HARRISBURG, PA 17105 | Claim Holder Name and Address<br><br>M A COM INC<br>PO BOX 3608 MS38 26<br>HARRISBURG, PA 17105 | Docketed Total: | | $404,986.61 | | Modified Total: | | $270,821.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$404,986.61 | Case Number*<br>05-44640 | Secured | Priority<br>$145,170.00 | Unsecured<br>$125,651.26 |
| | | | | $404,986.61 | | | $145,170.00 | $125,651.26 |

*See Exhibit C for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 523**
Date Filed: 11/14/2005
Docketed Total: $ 557,641.90
Filing Creditor Name and Address:
  MARKETING SPECIALTIES MSI
  PACKAGING
  5010 W 81ST ST
  INDIANAPOLIS, IN 46268

Claim Holder Name and Address

MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

Docketed Total:    **$557,641.90**

Modified Total:    **$293,905.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $557,641.90 | 05-44640 | | $37,664.66 | $256,240.79 |
| | | | **$557,641.90** | | | **$37,664.66** | **$256,240.79** |

---

**Claim: 8682**
Date Filed: 06/27/2006
Docketed Total: $ 323,679.01
Filing Creditor Name and Address:
  METAL TECHNOLOGIES INC
  1401 S GRANDSTAFF DR
  AUBURN, IN 46706

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$323,679.01**

Modified Total:    **$319,954.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $323,679.01 | 05-44640 | | $311,657.59 | $8,296.48 |
| | | | **$323,679.01** | | | **$311,657.59** | **$8,296.48** |

---

**Claim: 3736**
Date Filed: 05/01/2006
Docketed Total: $ 3,772.00
Filing Creditor Name and Address:
  MOLDTECH INC
  1900 COMMERCE PKWY
  LANCASTER, NY 14086-1735

Claim Holder Name and Address

MOLDTECH INC
1900 COMMERCE PKWY
LANCASTER, NY 14086-1735

Docketed Total:    **$3,772.00**

Modified Total:    **$3,772.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,772.00 | 05-44640 | | $3,772.00 | |
| | | | **$3,772.00** | | | **$3,772.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5390**
Date Filed: 05/09/2006
Docketed Total: $ 995.20
Filing Creditor Name and Address:
  NATIONAL SEMICONDUCTOR CORP
  2900 SEMICONDUCTOR DR. G2 335
  SANTA CLARA, CA 95051

Claim Holder Name and Address

NATIONAL SEMICONDUCTOR CORP
2900 SEMICONDUCTOR DR. G2 335
SANTA CLARA, CA 95051

Docketed Total: **$995.20**

Modified Total: **$487.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $995.20 | 05-44567 | | $487.50 | |
| | | | **$995.20** | | | **$487.50** | |

**Claim: 9961**
Date Filed: 07/19/2006
Docketed Total: $ 18,090.00
Filing Creditor Name and Address:
  OSRAM OPTO SEMICONDUCTORS INC
  COOLEY GODWARD LLP
  101 CALIFORNIA ST 5TH FL
  SAN FRANCISCO, CA 94111-5800

Claim Holder Name and Address

OSRAM OPTO SEMICONDUCTORS INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800

Docketed Total: **$18,090.00**

Modified Total: **$18,090.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | UNL | | $18,090.00 | 05-44567 | | $18,090.00 | $0.00 |
| | **UNL** | | **$18,090.00** | | | **$18,090.00** | **$0.00** |

**Claim: 16558**
Date Filed: 02/28/2007
Docketed Total: $ 389,743.52
Filing Creditor Name and Address:
  OTTO BOCK POLYURETHANE TECHNOLOGIES INC
  PENN CTR WEST THREE STE 406
  PITTSBURGH, PA 15276

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$389,743.52**

Modified Total: **$389,743.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $144,348.23 | $245,395.29 | 05-44640 | | $389,743.52 | |
| | | **$144,348.23** | **$245,395.29** | | | **$389,743.52** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1640**
Date Filed: 01/23/2006
Docketed Total: $ 6,085.80
Filing Creditor Name and Address:
  P J SPRING CO INC
  1100 ATLANTIC DR
  W CHICAGO, IL 60185

Claim Holder Name and Address

P J SPRING CO INC
1100 ATLANTIC DR
W CHICAGO, IL 60185

Docketed Total:    **$6,085.80**

Modified Total:    **$6,085.80**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,085.80 | 05-44640 | | $6,085.80 | |
| | | | **$6,085.80** | | | **$6,085.80** | |

**Claim: 16376**
Date Filed: 10/20/2006
Docketed Total: $ 590,769.00
Filing Creditor Name and Address:
  PANASONIC ELECTRIC WORKS
  CORP OF AMERICA FKA AROMAT
  CORP
  629 CENTRAL AVE
  NEW PROVIDENCE, NJ 07974

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$590,769.00**

Modified Total:    **$574,127.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $590,769.00 | 05-44640 | | $268,845.00 | $305,282.00 |
| | | | **$590,769.00** | | | **$268,845.00** | **$305,282.00** |

**Claim: 4278**
Date Filed: 05/01/2006
Docketed Total: $ 3,010.00
Filing Creditor Name and Address:
  PIHER INTERNATIONAL CORP
  1640 NORTHWIND BLVD
  LIBERTYVILLE, IL 60048

Claim Holder Name and Address

PIHER INTERNATIONAL CORP
1640 NORTHWIND BLVD
LIBERTYVILLE, IL 60048

Docketed Total:    **$3,010.00**

Modified Total:    **$3,010.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,010.00 | 05-44567 | | $3,010.00 | |
| | | | **$3,010.00** | | | **$3,010.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6054<br>Date Filed: 05/16/2006<br>Docketed Total: $ 145,734.00<br>Filing Creditor Name and Address:<br>RADIALL INCORPORATED DBA<br>RADIALL LARSEN ANTENNA<br>TECHNOLOGIES<br>PO BOX 823210<br>VANCOUVER, WA 98682-0067 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $145,734.00 | | | Modified Total: | $145,734.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$145,734.00 | Case Number*<br>05-44640 | Secured | Priority<br>$145,122.20 | Unsecured<br>$611.80 |
| | | | | $145,734.00 | | | $145,122.20 | $611.80 |
| Claim: 5966<br>Date Filed: 05/16/2006<br>Docketed Total: $ 18,475.70<br>Filing Creditor Name and Address:<br>RED SPOT CORP<br>PO BOX 418<br>EVANSVILLE, IN 47703-0418 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $18,475.70 | | | Modified Total: | $13,568.75 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$18,475.70 | Case Number*<br>05-44567 | Secured | Priority<br>$12,023.75 | Unsecured<br>$1,545.00 |
| | | | | $18,475.70 | | | $12,023.75 | $1,545.00 |
| Claim: 5967<br>Date Filed: 05/16/2006<br>Docketed Total: $ 221,190.88<br>Filing Creditor Name and Address:<br>RED SPOT PAINT & VARNISH CO<br>IN<br>PO BOX 418<br>EVANSVILLE, IN 47703-0418 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $221,190.88 | | | Modified Total: | $188,028.67 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$221,190.88 | Case Number*<br>05-44640 | Secured | Priority<br>$179,930.60 | Unsecured<br>$8,098.07 |
| | | | | $221,190.88 | | | $179,930.60 | $8,098.07 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13176    Filed 03/19/08    Entered 03/19/08 16:51:42    Main Document
Pg 35 of 65

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10494**
Date Filed: 07/24/2006
Docketed Total: $ 198,263.50
Filing Creditor Name and Address:
SAFETY COMPONENTS FABRIC EFT
TECHNOLOGIES INC
30 EMERY ST
GREENVILLE, SC 29605

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$198,263.50**

Modified Total: **$198,263.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $85,477.80 | $112,785.70 | 05-44640 | | $198,263.50 | $0.00 |
| | | **$85,477.80** | **$112,785.70** | | | **$198,263.50** | **$0.00** |

**Claim: 112**
Date Filed: 10/25/2005
Docketed Total: $ 57,501.00
Filing Creditor Name and Address:
SANYO ELECTRONIC DEVICE USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Claim Holder Name and Address
SANYO ELECTRONIC DEVICE USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Docketed Total: **$57,501.00**

Modified Total: **$57,501.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $57,501.00 | 05-44640 | | $22,716.00 | $34,785.00 |
| | | | **$57,501.00** | | | **$22,716.00** | **$34,785.00** |

**Claim: 1555**
Date Filed: 01/17/2006
Docketed Total: $ 485,490.00
Filing Creditor Name and Address:
SANYO SEMICONDUCTOR CORPORATION
2 PARK 80 PLZ W NO 4C
SADDLE BROOK, NJ 07663-5817

Claim Holder Name and Address
BANK OF AMERICA NA
NY1 301 02 01
9 W 57TH ST
NEW YORK, NY 10019

Docketed Total: **$485,490.00**

Modified Total: **$464,595.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $485,490.00 | 05-44640 | | $464,595.00 | |
| | | | **$485,490.00** | | | **$464,595.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1735**
Date Filed: 01/31/2006
Docketed Total: $ 69,421.97
Filing Creditor Name and Address:
  SCAPA TAPES N A
  111 GREAT POND DR
  WINDSOR, CT 06095

Claim Holder Name and Address

SCAPA TAPES N A
111 GREAT POND DR
WINDSOR, CT 06095

Docketed Total:  **$69,421.97**

Modified Total:  **$69,421.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $69,421.97 | |
| | | **$69,421.97** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,160.07 | $65,261.90 |
| | | **$4,160.07** | **$65,261.90** |

---

**Claim: 9585**
Date Filed: 07/17/2006
Docketed Total: $ 81,300.76
Filing Creditor Name and Address:
  SEAL & DESIGN INC
  4015 CASILIO PKY
  CLARENCE, NY 14031

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:  **$81,300.76**

Modified Total:  **$76,102.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $81,300.76 |
| | | | **$81,300.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $64,020.00 | $12,082.26 |
| | | **$64,020.00** | **$12,082.26** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8775**
Date Filed: 06/30/2006
Docketed Total: $ 112,408.05
Filing Creditor Name and Address:
SILICON LABORATORIES INC
401 B STREET STE 1700
SAN DIEGO, CA 92101

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC — Docketed Total: **$102,681.24**
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Modified Total: **$102,681.24**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $102,681.24 | 05-44640 | | $49,356.24 | $53,325.00 |
| | | | **$102,681.24** | | | **$49,356.24** | **$53,325.00** |

Claim Holder Name and Address

SILICON LABORATORIES INC — Docketed Total: **$9,726.81**
401 B STREET STE 1700
SAN DIEGO, CA 92101

Modified Total: **$9,726.81**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $9,726.81 | | UNL | 05-44640 | | $9,726.81 | $0.00 |
| | **$9,726.81** | | **UNL** | | | **$9,726.81** | **$0.00** |

**Claim: 4221**
Date Filed: 05/01/2006
Docketed Total: $ 6,030.64
Filing Creditor Name and Address:
SPIRAL INDUSTRIES INC
1572 N OLD US HWY 23
HOWELL, MI 48843

Claim Holder Name and Address

SPIRAL INDUSTRIES INC — Docketed Total: **$6,030.64**
1572 N OLD US HWY 23
HOWELL, MI 48843

Modified Total: **$1,636.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,030.64 | 05-44640 | | $1,636.03 | |
| | | | **$6,030.64** | | | **$1,636.03** | |

*See Exhibit C for a listing of debtor entities by case number.
*** UNL denotes an unliquidated claim

Page 23 of 26

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11259<br>Date Filed: 07/27/2006<br>Docketed Total: $ 814,710.90<br>Filing Creditor Name and Address:<br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Claim Holder Name and Address<br><br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | | Docketed Total: | **$814,710.90** | | | Modified Total: | **$364,710.90** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $814,710.90 | 05-44640 | | $235,458.62 | $129,252.28 |
| | | | | **$814,710.90** | | | **$235,458.62** | **$129,252.28** |
| Claim: 9019<br>Date Filed: 07/05/2006<br>Docketed Total: $ 15,855.76<br>Filing Creditor Name and Address:<br>TDK ELECTRONICS EUROPE<br>GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | Claim Holder Name and Address<br><br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | | Docketed Total: | **$15,855.76** | | | Modified Total: | **$14,650.45** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44610 | | | $15,855.76 | 05-44610 | | $12,441.73 | $2,208.72 |
| | | | | **$15,855.76** | | | **$12,441.73** | **$2,208.72** |
| Claim: 1920<br>Date Filed: 02/08/2006<br>Docketed Total: $ 6,716.00<br>Filing Creditor Name and Address:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | Claim Holder Name and Address<br><br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | | Docketed Total: | **$6,716.00** | | | Modified Total: | **$5,176.00** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $6,716.00 | 05-44640 | | $5,176.00 | |
| | | | | **$6,716.00** | | | **$5,176.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8715**
Date Filed: 06/28/2006
Docketed Total: $ 36,618.89
Filing Creditor Name and Address:
  TWIST INC
  PO BOX 177
  JAMESTOWN, OH 45335

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$36,618.89**

Modified Total:    **$33,818.33**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,618.89 | 05-44640 | | $582.86 | $33,235.47 |
| | | | **$36,618.89** | | | **$582.86** | **$33,235.47** |

**Claim: 222**
Date Filed: 10/31/2005
Docketed Total: $ 636,399.79
Filing Creditor Name and Address:
  US FARATHANE CORPORATION
  38000 MOUND RD
  STERLING HEIGHTS, MI 48310

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total:    **$636,399.79**

Modified Total:    **$518,245.12**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $636,399.79 | 05-44640 | | $390,902.29 | $127,342.83 |
| | | | **$636,399.79** | | | **$390,902.29** | **$127,342.83** |

**Claim: 9452**
Date Filed: 07/13/2006
Docketed Total: $ 2,675,676.21
Filing Creditor Name and Address:
  VISHAY AMERICAS INC
  1 GREENWHICH PL
  SHELTON, CT 06484

Claim Holder Name and Address

VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Docketed Total:    **$2,675,676.21**

Modified Total:    **$92,156.46**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,675,676.21 | 05-44640 | | $92,156.46 | |
| | | | **$2,675,676.21** | | | **$92,156.46** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5427<br>Date Filed: 05/10/2006<br>Docketed Total: $ 31,350.84<br>Filing Creditor Name and Address:<br>VOGELSANG CORP<br>1790 SWARTHMORE AVE<br>LAKEWOOD, NJ 08701 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | **$31,350.84** | | | Modified Total: | **$30,304.80** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $31,350.84 | 05-44640 | | $30,304.80 | |
| | | | | **$31,350.84** | | | **$30,304.80** | |
| Claim: 2047<br>Date Filed: 02/16/2006<br>Docketed Total: $ 174,296.44<br>Filing Creditor Name and Address:<br>WINDSOR MACHINE &<br>STAMPING LTD<br>5725 OUTER DR RR 1<br>WINDSOR, ON W9A 6J3<br>CANADA | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | **$174,296.44** | | | Modified Total: | **$174,296.44** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $174,296.44 | 05-44640 | | $156,672.99 | $17,623.45 |
| | | | | **$174,296.44** | | | **$156,672.99** | **$17,623.45** |

**Total Claims to be Modified: 70**

**Total Amount as Docketed:  $20,740,805.07**

**Total Amount as Modified:  $ 16,602,260.24**

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15139**
Date Filed: 07/31/2006
Docketed Total: $ 59,414.30
Filing Creditor Name and Address:
AMERICAN COIL SPRING
COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address

AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total: **$59,414.30**

Modified Total: **$51,678.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,414.30 | 05-44640 | | $10,580.29 | $41,097.81 |
| | | | **$59,414.30** | | | **$10,580.29** | **$41,097.81** |

**Claim: 12346**
Date Filed: 07/28/2006
Docketed Total: $ 215,079.82
Filing Creditor Name and Address:
ANGELL DEMMEL NORTH
AMERICA INC
1516 STANLEY AVE
DAYTON, OH 45404

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$215,079.82**

Modified Total: **$193,346.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 | 05-44640 | | $29,537.87 | $163,808.69 |
| | | **$46,948.73** | **$168,131.09** | | | **$29,537.87** | **$163,808.69** |

**Claim: 8373**
Date Filed: 06/22/2006
Docketed Total: $ 778,532.62
Filing Creditor Name and Address:
CAPSONIC AUTOMOTIVE INC
460 S SECOND ST
ELGIN, IL 60123

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$778,532.62**

Modified Total: **$298,728.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $778,532.62 | 05-44640 | | $298,728.34 | $0.00 |
| | | | **$778,532.62** | | | **$298,728.34** | **$0.00** |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7659<br>Date Filed: 06/08/2006<br>Docketed Total: $ 298,168.53<br>Filing Creditor Name and Address:<br>CAPSONIC GROUP LLC<br>460 S 2ND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $298,168.53 | | Modified Total: | | $298,168.53 |
| | **Case Number*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$298,168.53 | **Case Number*** <br>05-44640 | **Secured** | **Priority** <br>$40,520.25 | **Unsecured** <br>$257,648.28 |
| | | | | **$298,168.53** | | | **$40,520.25** | **$257,648.28** |
| Claim: 10703<br>Date Filed: 07/25/2006<br>Docketed Total: $ 1,380,747.26<br>Filing Creditor Name and Address:<br>CAROLINA FORGE COMPANY<br>LLC EFT<br>PO BOX 370<br>WILSON, NC 27893 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $1,380,747.26 | | Modified Total: | | $1,380,747.26 |
| | **Case Number*** <br>05-44640 | **Secured** | **Priority** <br>$197,519.25 | **Unsecured** <br>$1,183,228.01 | **Case Number*** <br>05-44640 | **Secured** | **Priority** <br>$468,119.74 | **Unsecured** <br>$912,627.52 |
| | | | **$197,519.25** | **$1,183,228.01** | | | **$468,119.74** | **$912,627.52** |
| Claim: 16592<br>Date Filed: 04/05/2007<br>Docketed Total: $ 147,474.32<br>Filing Creditor Name and Address:<br>CURTIS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203 | Claim Holder Name and Address<br><br>MADISON NICHE OPPORTUNITIES<br>LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Docketed Total: | | $147,474.32 | | Modified Total: | | $135,676.23 |
| | **Case Number*** <br>05-44640 | **Secured** | **Priority** <br>$52,906.09 | **Unsecured** <br>$94,568.23 | **Case Number*** <br>05-44640 | **Secured** | **Priority** <br>$76,655.00 | **Unsecured** <br>$59,021.23 |
| | | | **$52,906.09** | **$94,568.23** | | | **$76,655.00** | **$59,021.23** |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.,**
**Case No. 05-44481 (RDD)**

## EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15226<br>Date Filed: 07/31/2006<br>Docketed Total: $ 87,775.20<br>Filing Creditor Name and Address:<br>DELTA PRODUCTS<br>CORPORATION<br>4405 CUSHING PKWY<br>FREMONT, CA 94538 | Claim Holder Name and Address<br><br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT, CA 94538 | Docketed Total: | | $87,775.20 | Modified Total: | | | $83,233.95 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $87,775.20 | 05-44640 | | $18,375.47 | $64,858.48 |
| | | | | **$87,775.20** | | | **$18,375.47** | **$64,858.48** |
| Claim: 273<br>Date Filed: 11/01/2005<br>Docketed Total: $ 953,170.47<br>Filing Creditor Name and Address:<br>ENGINEERED MATERIALS<br>SOLUTION INC<br>39 PERRY AVE<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $953,170.47 | Modified Total: | | | $944,660.93 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $311,406.63 | | $641,763.84 | 05-44640 | | $944,660.93 | $0.00 |
| | | **$311,406.63** | | **$641,763.84** | | | **$944,660.93** | **$0.00** |
| Claim: 12839<br>Date Filed: 07/28/2006<br>Docketed Total: $ 492,938.78<br>Filing Creditor Name and Address:<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name and Address<br><br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Docketed Total: | | $492,938.78 | Modified Total: | | | $470,221.58 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $492,938.78 | 05-44640 | | $444,649.18 | $25,572.40 |
| | | | | **$492,938.78** | | | **$444,649.18** | **$25,572.40** |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13773**
Date Filed: 07/31/2006
Docketed Total: $ 5,721,969.77
Filing Creditor Name and Address:
  HITACHI AUTOMOTIVE
  PRODUCTS USA INC
  MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO PC
  666 THIRD AVENUE
  NEW YORK, NY 10017

Claim Holder Name and Address

DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: **$27,569.59**

Modified Total: **$27,569.59**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $27,569.59 | 05-44640 | | $27,569.59 | |
| | | | **$27,569.59** | | | **$27,569.59** | |

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$5,694,400.18**

Modified Total: **$5,694,400.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,694,400.18 | 05-44640 | | $308,459.68 | $5,385,940.50 |
| | | | **$5,694,400.18** | | | **$308,459.68** | **$5,385,940.50** |

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $ 41,085.40
Filing Creditor Name and Address:
  HOSIDEN AMERICA
  CORPORATION
  MASUDA FUNAI ET AL
  203 N LASALLE ST STE 2500
  CHICAGO, IL 60601

Claim Holder Name and Address

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: **$41,085.40**

Modified Total: **$40,835.40**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $41,085.40 | 05-44640 | | $4,525.44 | $36,309.96 |
| | | | **$41,085.40** | | | **$4,525.44** | **$36,309.96** |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6943<br>Date Filed: 05/26/2006<br>Docketed Total: $ 806,779.79<br>Filing Creditor Name and Address:<br>IRISO USA INC<br>34405 W TWELVE MILE RD STE 237<br>FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $747,926.37 | | | Modified Total: | $803,540.39 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$747,926.37 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$305,536.74 | **Unsecured**<br>$498,003.65 |
| | | | | **$747,926.37** | | | **$305,536.74** | **$498,003.65** |
| Claim: 14052<br>Date Filed: 01/06/2006<br>Docketed Total: $ 1,881,302.43<br>Filing Creditor Name and Address:<br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017 | Docketed Total: | | $1,881,302.43 | | | Modified Total: | $1,881,302.43 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$572,707.98 | **Unsecured**<br>$1,308,594.45 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$974,039.73 | **Unsecured**<br>$907,262.70 |
| | | | **$572,707.98** | **$1,308,594.45** | | | **$974,039.73** | **$907,262.70** |
| Claim: 8403<br>Date Filed: 06/23/2006<br>Docketed Total: $ 1,254,523.02<br>Filing Creditor Name and Address:<br>JUDD WIRE INC<br>124 TURNPIKE RD<br>TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $1,254,523.02 | | | Modified Total: | $1,253,659.53 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$1,254,523.02 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$1,253,659.53 | **Unsecured** |
| | | | | **$1,254,523.02** | | | **$1,253,659.53** | |

\*See Exhibit C for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12141<br>Date Filed: 07/28/2006<br>Docketed Total: $ 151,106.18<br>Filing Creditor Name and Address:<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348 | Claim Holder Name and Address<br><br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348 | Docketed Total: | | $151,106.18 | Modified Total: | | | $151,106.18 |
| | Case Number\*<br>05-44481 | Secured | Priority<br>$151,106.18 | Unsecured | Case Number\*<br>05-44640 | Secured | Priority<br>$151,106.18 | Unsecured<br>$0.00 |
| | | | $151,106.18 | | | | $151,106.18 | $0.00 |
| Claim: 13974<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,659,326.20<br>Filing Creditor Name and Address:<br>LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD AS ASSIGNEE/ TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | Docketed Total: | | $1,659,326.20 | Modified Total: | | | $1,659,326.20 |
| | Case Number\*<br>05-44640 | Secured | Priority<br>$1,659,326.20 | Unsecured | Case Number\*<br>05-44640 | Secured | Priority<br>$1,001,417.90 | Unsecured<br>$657,908.30 |
| | | | $1,659,326.20 | | | | $1,001,417.90 | $657,908.30 |
| Claim: 9989<br>Date Filed: 07/20/2006<br>Docketed Total: $ 203,557.41<br>Filing Creditor Name and Address:<br>MASTER MOLDED PRODUCTS CORP<br>1000 DAVIS RD<br>ELGIN, IL 60123 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $203,557.41 | Modified Total: | | | $203,557.41 |
| | Case Number\*<br>05-44640 | Secured | Priority<br>$21,774.05 | Unsecured<br>$181,783.36 | Case Number\*<br>05-44640 | Secured | Priority<br>$173,320.54 | Unsecured<br>$30,236.87 |
| | | | $21,774.05 | $181,783.36 | | | $173,320.54 | $30,236.87 |

\*See Exhibit C for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2229**
Date Filed: 03/09/2006
Docketed Total: $ 360,413.11
Filing Creditor Name and Address:
NICHICON AMERICA CORPORATION
CO GARY D SANTELLA
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830
Docketed Total: **$360,413.11**

Modified Total: **$345,973.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,413.11 |
| | | | **$360,413.11** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $317,534.04 | $16,941.41 |
| 05-44567 | | $11,399.82 | $98.06 |
| | | **$328,933.86** | **$17,039.47** |

---

**Claim: 4531**
Date Filed: 05/02/2006
Docketed Total: $ 201,340.46
Filing Creditor Name and Address:
NMB TECHNOLOGIES CORPORATION
9730 INDEPENDENCE AVE
CHATSWORTH, CA 91311

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$201,340.46**

Modified Total: **$201,100.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $201,340.46 | | |
| | **$201,340.46** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $84,231.35 | $111,637.60 |
| 05-44507 | | $2,270.00 | $2,961.51 |
| | | **$86,501.35** | **$114,599.11** |

---

**Claim: 2482**
Date Filed: 04/03/2006
Docketed Total: $ 1,495,516.58
Filing Creditor Name and Address:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121

Claim Holder Name and Address
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121
Docketed Total: **$1,495,516.58**

Modified Total: **$1,390,062.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,326,435.85 | $63,626.67 |
| | | **$1,326,435.85** | **$63,626.67** |

*See Exhibit C for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.,    Twenty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16683<br>Date Filed: 10/14/2005<br>Docketed Total: $ 22,443.37<br>Filing Creditor Name and Address:<br>SAGAMI AMERICA LTD<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br><br>SAGAMI AMERICA LTD<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Docketed Total: | **$22,443.37** | | | Modified Total: | **$22,443.37** | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$22,443.37<br><br>**$22,443.37** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$22,443.37<br><br>**$22,443.37** | Unsecured |
| Claim: 12258<br>Date Filed: 07/28/2006<br>Docketed Total: $ 1,040,216.50<br>Filing Creditor Name and Address:<br>STANLEY ELECTRIC SALES OF<br>AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | **$1,040,216.50** | | | Modified Total: | **$1,031,144.01** | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$124,235.47<br><br>**$124,235.47** | Unsecured<br>$915,981.03<br><br>**$915,981.03** | Case Number*<br>05-44567<br>05-44640 | Secured | Priority<br>$6,457.00<br>$1,024,687.01<br><br>**$1,031,144.01** | Unsecured<br>$0.00<br>$0.00<br><br>**$0.00** |
| Claim: 987<br>Date Filed: 12/05/2005<br>Docketed Total: $ 987,308.58<br>Filing Creditor Name and Address:<br>TESSY PLASTICS CORP<br>488 RT S W<br>ELBRIDGE, NY 13060 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | **$987,308.58** | | | Modified Total: | **$782,463.50** | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$987,308.58<br><br>**$987,308.58** | Case Number*<br>05-44640 | Secured | Priority<br>$194,367.09<br><br>**$194,367.09** | Unsecured<br>$588,096.41<br><br>**$588,096.41** |

*See Exhibit C for a listing of debtor entities by case number.

Page 8 of 9

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.:
Case No. 05-44481 (RDD)

### EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6671<br>Date Filed: 05/23/2006<br>Docketed Total: $ 130,235.05<br>Filing Creditor Name and Address:<br>THALER MACHINE COMPANY<br>257 HOPELAND ST<br>DAYTON, OH 45408 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $130,235.05 | | Modified Total: | | $130,235.05 |
| | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$130,235.05<br><br>**$130,235.05** | **Case Number***<br>05-44640 | **Secured** | **Priority**<br>$56,694.65<br><br>**$56,694.65** | **Unsecured**<br>$73,540.40<br><br>**$73,540.40** |
| Claim: 2065<br>Date Filed: 02/21/2006<br>Docketed Total: $ 126,918.43<br>Filing Creditor Name and Address:<br>TRANS MATIC MFG CO INC<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $126,918.43 | | Modified Total: | | $125,305.36 |
| | **Case Number***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$126,918.43<br><br>**$126,918.43** | **Case Number***<br>05-44640 | **Secured** | **Priority**<br>$48,349.02<br><br>**$48,349.02** | **Unsecured**<br>$76,956.34<br><br>**$76,956.34** |

**Total Claims to be Modified: 25**

**Total Amount as Docketed:  $20,497,343.58**

**Total Amount as Modified:  $ 19,626,267.96**

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15493<br>Date Filed: 07/31/2006<br>Docketed Total: $5,762.88<br>Filing Creditor Name and Address:<br>LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF BEI DUNCAN<br>ELECTRONICS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF BEI DUNCAN<br>ELECTRONICS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$5,762.88**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $5,762.88<br>**$5,762.88** | Modified Total: **$5,762.88**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $5,762.88 |<br>**$5,762.88** |
| Claim: 15469<br>Date Filed: 07/31/2006<br>Docketed Total: $1,501.00<br>Filing Creditor Name and Address:<br>LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF FREEWAY<br>CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF FREEWAY<br>CORPOARTION<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$1,501.00**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $1,501.00<br>**$1,501.00** | Modified Total: **$1,501.00**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $1,501.00 |<br>**$1,501.00** |
| Claim: 7289<br>Date Filed: 06/01/2006<br>Docketed Total: $104,313.33<br>Filing Creditor Name and Address:<br>NN BALL AND ROLLER INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 7601 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC AS<br>ASSIGNEE OF NN INC US BALL AND<br>ROLLER DIV<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$104,313.33**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $104,313.33<br>**$104,313.33** | Modified Total: **$104,313.33**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | $104,313.33 |<br>**$104,313.33** |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 11854
Date Filed:   07/28/2006
Docketed Total:     $49,788.00
Filing Creditor Name and Address:
  ST MARYS CARBON CO INC
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 7601

Claim Holder Name and Address

CAPITAL MARKETS AS ASSIGNEE OF
ST MARYS CARBON CO INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total:     **$49,788.00**

Modified Total:     **$49,788.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,788.00 |
| | | | **$49,788.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,788.00 | |
| | | **$49,788.00** | |

Total Claims To Be Modified: 4

Total Amount As Docketed:        $161,365.21

Total Amount As Modified:        $161,365.21

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2387<br>Date Filed: 03/24/2006<br>Docketed Total: $ 61,578.63<br>Filing Creditor Name and Address:<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF DETROIT HEADING<br>LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br><br>REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | | Docketed Total: | $61,578.63 | | | Modified Total: | $60,876.94 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $61,578.63 | 05-44640 | | $49,326.96 | $11,549.98 |
| | | | | **$61,578.63** | | | **$49,326.96** | **$11,549.98** |
| Claim: 805<br>Date Filed: 11/22/2005<br>Docketed Total: $ 310,941.94<br>Filing Creditor Name and Address:<br>ZYLUX ACOUSTIC CORP<br>100 EMERSON LN STE 1513<br>BRIDGEVILLE, PA 15017 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | | Docketed Total: | $310,941.94 | | | Modified Total: | $291,767.68 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | $310,941.94 | | | 05-44640 | | $291,767.68 | |
| | | **$310,941.94** | | | | | **$291,767.68** | |
| | | | | | **Total Claims to be Modified: 2**<br><br>**Total Amount as Docketed:  $372,520.57**<br><br>**Total Amount as Modified:  $ 352,644.62** | | | |

*See Exhibit C for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

**EXHIBIT B-3 - ADJOURNED CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9647<br>Date Filed: 07/12/2006<br>Docketed Total: $ 618,507.09<br>Filing Creditor Name and Address:<br>  PARK ENTERPRISES OF<br>  ROCHESTER INC<br>  ATTN JERRY GREENFIELD ESQ<br>  2 STATE ST STE1600<br>  ROCHESTER, NY 14614 | Claim Holder Name and Address<br><br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | |

| | | Docketed Total: | $618,507.09 | | | Modified Total: | $618,507.09 |
|---|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $618,507.09 | 05-44640 | | $33,074.09 | $585,433.00 |
| | | | $618,507.09 | | | $33,074.09 | $585,433.00 |

Total Claims to be Modified: 1

Total Amount as Docketed:  $618,507.09

Total Amount as Modified:  $ 618,507.09

\*See Exhibit C for a listing of debtor entities by case number.

Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, <u>et al.</u>                              Twenty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit C - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

| Claimant | Claim | Exhibit |
|---|---|---|
| ADRONICS ELROB MFG CORP | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALMETALS CO | 8455 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMERICAN PRODUCTS COMPANY | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AFX INDUSTRIES LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF HY LEVEL INDUSTRIES INC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF NATIONAL SEMICONDUCTER CORP | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANALOG DEVICES INC | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC/LONGACRE MASTER FUND LTD | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ASM CAPITAL LP | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATG PRECISION PRODUCTS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATMEL CORPORATION | 1165 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BANK OF AMERICA NA | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BELLMAN MELCOR INC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BOURNS INC | 6683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CAPITAL MARKETS AS ASSIGNEE OF ST MARYS CARBON CO INC | 11854 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAROLINA FORGE COMPANY LLC EFT | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| CELTIC PRODUCTS INC | 5580 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CINCH CONNECTORS INC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| COFICAB PORTUGAL COMPANHIA | 6802 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CTS CORPORATION | 11257 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CURTIS SCREW COMPANY LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CURTIS SCREW COMPANY LLC/MADISON NICHE OPPORTUNITIES LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DAWLEN CORP | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DEUTSCHE BANK SECURITIES INC/GOLDMAN SACHS CREDIT PARTNERS LP | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| EMERSON & CUMING INC | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ENGINEERED MATERIALS SOLUTION INC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ENGINEERED SINTERED COMPONENTS INC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ERWIN QUARDER INC | 1464 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| GAGNIER PRODUCTS RKM INC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| GRINER ENGINEERING INC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAERTER STANZTECHNIK GMBH | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC/SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HITACHI AUTOMOTIVE PRODUCTS USA INC | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| IRISO USA INC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JIFFY TITE CO INC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JPMORGAN CHASE BANK NA | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | 14052 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JUDD WIRE INC | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KADDIS MANUFACTURING CORPORATION | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KICKHAEFER MANUFACTURING CO KMC | 12141 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KINETICS | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LDI INCORPORATED | 9832 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC/ZYLUX ACOUSTIC CORP | 805 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION | 15469 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP | 15113 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | 13974 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD/SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| M A COM INC | 15926 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MACAUTO USA INC | 9431 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MASTER MOLDED PRODUCTS CORP | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| METFORM CORP | 5452 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MOLDTECH INC | 3736 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NICHICON AMERICA CORPORATION | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NMB TECHNOLOGIES CORPORATION | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| OSRAM OPTO SEMICONDUCTORS INC | 9961 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| OTTO BOCK POLYURETHANE TECHNOLOGIES INC | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| P J SPRING CO INC | 1640 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA FKA AROMAT CORP | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT B-3 - ADJOURNED CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PRECISION METAL PARTS INC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| RADIALL INCORPORATED DBA RADIALL LARSEN ANTENNA TECHNOLOGIES | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT CORP | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT PAINT & VARNISH CO IN | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC | 2387 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SAFETY COMPONENTS FABRIC EFT | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SAGAMI AMERICA LTD | 16683 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SANYO SEMICONDUCTOR CORPORATION | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SCAPA TAPES N A | 1735 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPCP GROUP LLC | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPIRAL INDUSTRIES INC | 4221 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ST MARYS CARBON CO INC | 11854 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| STEPHENSON & LAWYER INC | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| T & L AUTOMATICS INC | 11259 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TEMPEL STEEL CO | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TESSY PLASTICS CORP | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| THALER MACHINE COMPANY | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TOYOTA TSUSHO AMERICA INC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TPG CREDIT OPPORTUNITIES FUND LP/WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TWIST INC | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| UNIVERSAL METAL SERVICE EFT | 3975 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| US FARATHANE CORPORATION | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VIBRACOUSTIC GMBH & CO KG | 8588 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9452 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9453 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VOGELSANG CORP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| WAUCONDA TOOL AND ENGR CO EFT | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WINDSOR MACHINE & STAMPING LTD | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ZYLUX ACOUSTIC CORP | 805 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |