## Schedule 2[1]

| **Non-Debtor Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---|
| BI Technologies | SAG9OI4995 | **$167,743.50** |
| Castwell Products Inc. – Citation Corp. | SAG9OI2001 | **$10,000.00** |
| Columbia Industrial Sales Corp. | SAG9OI5589 | **$1,031.92** |
| GMD Industries LLC DBA Production Screw Machine Company | SAG9OI4738 | **$2,672.25** |
| Intermet Foundries Inc. | SAG9OI0905 | **$206,830.61** |
| Macarthur Corp. (EFT) | SAG9OI0361<br>SAG9OI4883 | **$23,206.15** |
| Master Automatic Inc. | SAG9OI4412<br>SAG9OI5571 | **$3,013.76** |
| Small Parts Inc. | SAG9OI2634<br>SAG9OI5387 | **$7,599.77** |
| Stoneridge Alphabet | SAG9OI4428 | **$445,412.18** |
| Teleflex Inc. | SAG9OI0952 | **$144,080.72** |
| Temic Automotive Of North America Inc. | SAG9OI4704 | **$2,255,696.88** |
| Timken Corporation, formerly Timkin Co. | SAG9OI5212<br>SAG9OI5009<br>SAG9OI4167<br>SAG9OI3772<br>SAG9OI4975<br>SAG9OI4974 | **$1,109,223.14** |
| Torrington Co EFT[2] | SAG9OI0215<br>SAG9OI2015<br>SAG9OI2277<br>SAG9OI5574<br>SAG9OI5592<br>SAG9OI5652<br>SAG9OI5504<br>SAG9OI0832 | **$360,663.14** |
| Universal Bearings (EFT) | SAG9OI0226 | **$275,509.55** |

---

[1] Cure amounts and purchase orders that have been or will be addressed in separate stipulations and agreed orders are not included on this schedule.

[2] The purchase orders and cure amount for Torrington Co EFT, which were included in the Timken Objection (Docket No. 12532), originally appeared on Schedule 1 of the Steering Sale Approval Order (Docket No. 12868). However, during the resolution of the Timken Objection, the parties discovered that an adjustment was required with regard to one of the purchase orders to be assumed and assigned and the corresponding cure amount for Torrington Co EFT. The information in this schedule therefore amends and supersedes the information in Schedule 1 of the Steering Sale Approval Order.