Schedule 1

1) Objection Of Creditor F&G Multi-Slide Inc. To Notice Of Cure Amount With Respect
To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In
Connection With Sale Of Steering And Halfshaft Business Date January 23, 2008 (filed
January 28, 2008, Docket No. 12368)

2) Objection Of American Aikoku Alpha, Inc. To Notices Of Cure Amount With Respect
To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In
Connection With Sale Of Steering And Halfshaft Business (filed January 28, 2008,
Docket No. 12369)

3) Limited Objection Of American Aikoku Alpha, Inc. To Notices Of Assumption And/Or
Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With
Sale Of Steering And Halfshaft Business (filed January 29, 2008, Docket No. 12376)

4) Response Of Furukawa Electric Company Ltd. To Debtors' Notices Of Assumption
And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In
Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure
Amount In Connect Therewith (filed January 30, 2008, Docket No. 12391)

5) Objection By Small Parts, Inc. To Notice Of Cure Amount With Respect To Executory
Contract On Unexpired Lease To Be Assumed And Assigned In Connection With Sale
Of Steering And Halfshaft Business (filed January 31, 2008, Docket No. 12408)

6) Objection Of Metal-Matic, Inc. To (I) Notice Of Cure Amount With Respect To
Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection
With Sale Of Steering And Halfshaft Business, (II) Notice Of Assumption And/Or
Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With
Sale Of Steering And Halfshaft Business And (III) Notice Of Cure Amount With Respect
To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of
Reorganization (filed January 31, 2008, Docket No. 12418)

7) Objection Of Liquidity Solutions, Inc., As Agent For Ore Hill Hub Fund Ltd., To (I)
Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be
Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business
And (II) Notice Of Assumption And/Or Assignment Of Executory Contract Or
Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft
Business (filed January 31, 2008, Docket No. 12419)

8) Objection Of Internet Corporation To Assumption And/Or Assignment Of Executory
Contract Or Unexpired Lease To Buyers In Connection With Sales Of Steering And
Halfshaft Business (filed January 31, 2008, Docket No. 12422)

9) Amended Response Of Furukawa Electric Company Ltd. To Debtors' Notice Of
Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases
To Buyers In Connection With Sale Of Steering And Halfshaft Business And To
Proposed Cure Amounts In Connect Therewith (filed January 31, 2008, Docket No.
12424)

10) Objection Of Creditor ZF Boge Elastmetall, LLC To Debtor's "Notice Of Assumption
And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In

Connection With Sale Of Steering And Halfshaft Business" (filed January 31, 2008, Docket No. 12425)

11) Objection Of Furukawa Electric North America APD, Inc. To (I) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (II) Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (filed January 31, 2008, Docket No. 12426)

12) Objection Of ALPS Automotive, Inc. To Debtors' Assumption And/Or Assignment Of Executory Contracts To Buyers In Connection With Sales Of Steering And Halfshaft Business (filed January 31, 2008, Docket No. 12428)

13) Macarthur Corporation's Objection To Debtor's Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12443)

14) Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metal Works, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Correspondence Cure Amount Proposed By Delphi Or Otherwise (filed February 1, 2008, Docket No. 12447)

15) Objection Of Hydro Aluminum North America, Inc. To The Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12452)

16) Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12454)

17) Limited, Protective Objection Of Rosler Metal Finishing USA, L.L.C. To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12455)

18) Objection Of Master Automatic, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12459)

19) Objection Of E.I. Du Pont De Nemours And Company To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12464)

20) SKF USA Inc.'s Objection To (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of

Steering And Halfshaft Business Relating To (A) Purchase Order Numbers 9016236, 9016280, 9016383, (B) Purchase Order Numbers SAG9014765, SAG9012726; And (C) Purchase Order Numbers 9015996, 9016242, 9016243; (II) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Relating To (A) Purchase Order Number SAG9014765; And (B) Purchase Order Number SAG9012726; And (III) The "Steering Sale Motion" (filed February 1, 2008, Docket No. 12465)

21) Objection And Response Of Robin Industries, Inc. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12466)

22) Response Of Nissan North America, Inc. To Debtor's Notice Of Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connection Thereto (filed February 1, 2008, Docket No. 12468)

23) Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Steering And Halfshaft Business, (II) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (III) Motion For Sale Of Steering And Halfshaft Business (filed February 4, 2008, Docket No. 12475)

24) Response And Objection Of BI Technologies Corporation To (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business; And (II) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 4, 2008, Docket No. 12477)

25) Objection By Freudenberg-Nok General Partnership (On Behalf Of Itself And Its Affiliates Freudenberg Telas Sin Tejer Sa And Freudenberg Iberica Sa En Comandita) To Debtors' (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (II) Motion For Sale Of Steering And Halfshaft Business (filed February 4, 2008, Docket No. 12479)

26) Objection Of Creditor Stoneridge, Inc. To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Dated January 23, 2008 (filed February 4, 2008, Docket No. 12481)

27) Objection Of Universal Bearings, LLC To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 4, 2008, Docket No. 12501)

28) Teleflex Incorporated's Objection To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With The Sale Of Steering And Halfshaft Business Relating To Purchase Order SAG90I0952; And (II) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business Relation To Purchase Order SAG90I0952 (filed February 5, 2008, Docket No. 12515)

29) Objection Of Temic Automotive Of North America, Inc. And Motorola, Inc. To The Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 5, 2008, Docket No. 12519)

30) Objection Of Castwell Products, LLC To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 6, 2008, Docket No. 12524)

31) Objection Of The Timken Company And Timken U.S. Corp. To The Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed February 6, 2008, Docket No. 12532)

32) Limited Objection Of The Timken Company And Timken U.S. Corp. To Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Of Assets Of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (filed February 14, 2008, Docket No. 12652)

33) Objection of Alps Automotive, Inc. to Debtors' (A) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business; and (B) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with Sale of Steering and Halfshaft Business (filed February 15, 2008, Docket No. 12689)

34) Objection Of Columbia Industrial Sales, Inc. To Debtors' Notice Of Cure Amount With Respect To Notice Of Assumption And/Or Assignment Of Executory Contracts Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed on February 20, 2008, Docket No. 12756)

35) Letter Objection Of Gevelot Extrusion To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, dated February 8, 2008 and marked received February 20, 2008 (Undocketed)