# Exhibit 1
# Payout Curves

DELPHI CORPORATION
1st 2008 6-month **Corporate EBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $871.7 | 100% | $871.7 |
| 110% | $959.4 | 105% | $956.3 |
| 120% | $1,013.3 | 110% | $1,010.9 |
| 130% | $1,058.3 | 115% | $1,056.2 |
| 140% | $1,098.4 | 120% | $1,096.5 |
| 150% | $1,135.2 | 125% | $1,133.4 |
| 160% | $1,169.6 | 130% | $1,167.9 |
| 170% | $1,202.1 | 135% | $1,200.5 |
| 180% | $1,233.0 | 140% | $1,231.5 |
| 190% | $1,262.7 | 145% | $1,261.3 |
| 200% | $1,292.7 | 150% | $1,292.7 |



| | Target | Maximum |
|---|---|---|
| EBITDAR | $871.7 | $1,292.7 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Powertrain OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $180.20 | 100% | $180.20 |
| 110% | $199.55 | 105% | $198.90 |
| 120% | $211.45 | 110% | $210.95 |
| 130% | $221.40 | 115% | $220.95 |
| 140% | $230.25 | 120% | $229.80 |
| 150% | $238.35 | 125% | $237.95 |
| 160% | $245.95 | 130% | $245.60 |
| 170% | $253.10 | 135% | $252.75 |
| 180% | $259.95 | 140% | $259.60 |
| 190% | $266.50 | 145% | $266.20 |
| 200% | $273.10 | 150% | $273.10 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $180.2 | $273.1 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Steering OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $43.60 | 100% | $43.60 |
| 110% | $53.35 | 105% | $53.00 |
| 120% | $59.35 | 110% | $59.05 |
| 130% | $64.30 | 115% | $64.10 |
| 140% | $68.75 | 120% | $68.55 |
| 150% | $72.85 | 125% | $72.65 |
| 160% | $76.65 | 130% | $76.50 |
| 170% | $80.25 | 135% | $80.10 |
| 180% | $83.70 | 140% | $83.55 |
| 190% | $87.00 | 145% | $86.85 |
| 200% | $90.30 | 150% | $90.30 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $43.6 | $90.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Thermal OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $91.10 | 100% | $91.10 |
| 110% | $99.60 | 105% | $99.30 |
| 120% | $104.80 | 110% | $104.60 |
| 130% | $109.15 | 115% | $108.95 |
| 140% | $113.05 | 120% | $112.85 |
| 150% | $116.60 | 125% | $116.40 |
| 160% | $119.90 | 130% | $119.75 |
| 170% | $123.05 | 135% | $122.90 |
| 180% | $126.05 | 140% | $125.90 |
| 190% | $128.90 | 145% | $128.80 |
| 200% | $131.80 | 150% | $131.80 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $91.1 | $131.8 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Electronics & Safety OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $232.00 | 100% | $232.00 |
| 110% | $250.65 | 105% | $250.00 |
| 120% | $262.10 | 110% | $261.55 |
| 130% | $271.65 | 115% | $271.20 |
| 140% | $280.15 | 120% | $279.75 |
| 150% | $287.95 | 125% | $287.60 |
| 160% | $295.25 | 130% | $294.90 |
| 170% | $302.15 | 135% | $301.85 |
| 180% | $308.75 | 140% | $308.40 |
| 190% | $315.05 | 145% | $314.75 |
| 200% | $321.40 | 150% | $321.40 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $232.0 | $321.4 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Electrical / Electronic Architecture OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $262.60 | 100% | $262.60 |
| 110% | $284.65 | 105% | $283.85 |
| 120% | $298.20 | 110% | $297.60 |
| 130% | $309.50 | 115% | $309.00 |
| 140% | $319.60 | 120% | $319.10 |
| 150% | $328.85 | 125% | $328.40 |
| 160% | $337.45 | 130% | $337.05 |
| 170% | $345.65 | 135% | $345.25 |
| 180% | $353.40 | 140% | $353.04 |
| 190% | $360.88 | 145% | $360.52 |
| 200% | $368.40 | 150% | $368.40 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $262.6 | $368.4 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Product Service Solutions OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $23.70 | 100% | $23.70 |
| 110% | $29.05 | 105% | $28.85 |
| 120% | $32.35 | 110% | $32.20 |
| 130% | $35.05 | 115% | $34.95 |
| 140% | $37.50 | 120% | $37.40 |
| 150% | $39.75 | 125% | $39.65 |
| 160% | $41.85 | 130% | $41.75 |
| 170% | $43.80 | 135% | $43.70 |
| 180% | $45.70 | 140% | $45.60 |
| 190% | $47.50 | 145% | $47.40 |
| 200% | $49.30 | 150% | $49.30 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $23.7 | $49.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
1st 2008 6-month **Automotive Holdings Group OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $11.70 | 100% | $11.70 |
| 110% | $19.35 | 105% | $19.10 |
| 120% | $24.05 | 110% | $23.80 |
| 130% | $27.95 | 115% | $27.75 |
| 140% | $31.45 | 120% | $31.25 |
| 150% | $34.65 | 125% | $34.45 |
| 160% | $37.60 | 130% | $37.45 |
| 170% | $40.45 | 135% | $40.30 |
| 180% | $43.15 | 140% | $43.00 |
| 190% | $45.70 | 145% | $45.60 |
| 200% | $48.30 | 150% | $48.30 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $11.7 | $48.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |