# Exhibit 2
# Adjustment Protocol



# Detail of Adjustments (1 of 2)

| Adjustment Description | 2008 POR Assumption | 2008 BBP Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|---|
| **GMNA Price** | POR includes reductions to GMNA pricing in excess of contractually agreed amounts effective 1/1/08 with retroactive adjustment effective to 1/1/07 | BBP includes reductions to GMNA pricing in excess of contractually agreed amounts effective 1/1/08 with retroactive adjustment effective to 1/1/07 | No non-contractual price reductions pending emergence. A retroactive payment would be made at emergence | Pre-emergence: Adjustment for the difference between the actual and the plan<br><br>Post emergence: No adjustment for ongoing variances |
| **GM Wage Subsidy UAW Keep Sites** | Assumes that GM pays 100% of labor cost in excess of $26/hr + pension/OPEB service cost | Assumes that GM pays 100% of labor cost in excess of $26/hr + pension/OPEB service cost. | No wage subsidy is currently being received pending emergence. A retroactive payment would be received at emergence. Actual subsidy will be booked at divisions | Pre-emergence: Adjustment for the difference between the actual and the plan<br><br>Post-emergence: No adjustment for ongoing variances |
| **Production Cash Cost Breakeven (PCCB)*** | Includes PCCB in line with GM agreement. PCCB has been budgeted at the divisional level. The agreement is such that Delphi bears the 1st $10M of PCCB- this has been reflected in HQ in Q1 | Includes PCCB in line with GM agreement. PCCB has been budgeted at the divisional level. The agreement is such that Delphi bears the 1st $10M of PCCB- this has been reflected in HQ in Q1 | No PCCB is currently being received. Following emergence, divisions will book the budgeted amount of PCCB. Any variance to budget will be held at HQ. Operating performance will therefore be reflected at the divisions | Pre-emergence Adjustment for the difference between the actual and the plan.<br><br>Post-emergence: No adjustment at the divisions. HQ adjustment to reflect difference between actual and plan. Operating performance at affected sites/divisions will therefore be reflected in the corporate total |
| **Steering Divestiture*** | Assumed sold on 12-31-07 | Assumed sold on 12-31-08 | Steering remains in consolidated results | No adj. while remain in Delphi. The plan will be adjusted for the months subsequent to divestiture |
| **Interiors Divestiture*** | Assumed sold on 12-31-07 | Assumed sold 1/31/08 | Interiors remain in consolidated results | No Adjustment |
| **Competitive Operating Agreement (COA) *** | Implementation of COA | Implementation of COA | Not complete at certain locations | Adjustment to reflect the impact of not operating with a COA |

*\* Represents a new category of adjustment when compared to prior plans*



# Detail of Adjustments (2 of 2)

| Adjustment Description | 2008 POR Assumption | 2008 BBP Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|---|
| Incentive Compensation Affected By Emergence Delay* | Incentive compensation plan based on 12/31/07 emergence | Incentive compensation plan based on 12/31/07 emergence | Continuation of 6 month At-Risk Short-Term Incentive Compensation Plan | Adjustment to reflect difference between proposed 6 month comp plan and incentive comp payment included in target |
| Pension | Assumes DB Pension freezes, 414(L) transfer and fresh start accounting on 1/1/2008. Replaced by salaried DC plan and Hourly DB (cash balance) & DC plans | Assumes DB Pension freezes, 414(L) transfer and fresh start accounting on 1/1/2008. Replaced by salaried DC plan and Hourly DB (cash balance) & DC plans | Curtailment booked in Q3 2007. DB plan ongoing, replacement DB and DC plans not implemented until emergence | Pre Emergence: Adjustment will be based on difference between actual and plan for both DB and DC pension Post Emergence: HQ adjustment will be based on difference between actual and plan for total DB – No adjustment for DC |
| International Pension* | Plan revalued at emergence for fresh start | Plan revalued at emergence for fresh start | Divisions booking actual assuming no emergence/fresh start | Pre & Post Emergence: Divisional adjustment will be based on difference between actual and plan |
| OPEB | Hourly traditional OPEB is not in plan. Assumes 2007 YE termination of traditional OPEB, replaced by RMA | Hourly traditional OPEB is not in plan. Assumes 2007 YE termination of traditional OPEB, replaced by RMA | Active Hourly employees cannot earn traditional OPEB, Hourly retiree liabilities will be eliminated / transferred to GM at emergence | Pre and post emergence: Adjustment will be based on difference between actual and plan (variance will be at HQ) |
| Workers Compensation | Expense included in the POR is based upon the anticipated new wage structure; site sale and winddown timing | Based on actuarial site studies (new wage structure); including site sale and winddown timing | Mercer conducts quarterly review of liability, actual results are trued up on a quarterly basis. | Pre and post emergence: HQ adjustment will be based on difference between actual and plan. |
| Extended Disability Benefits | POR assumes that coverage is reduced for hourly employees; including site sale and winddown timing | Based on actuarial site studies (new wage structure); including site sale and winddown timing | Record $1/12^{th}$ budget and true up at the end of 2008 based on evaluation report | Pre and post emergence: HQ adjustment will be based on difference between actual and plan |

*Represents a new category of adjustment when compared to prior plans*