SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                            :
        In re                                               :        Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :        Case No. 05-44481 (RDD)
                                                            :
                                Debtors.   :        (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF HEARING WITH RESPECT
TO DEBTORS' OBJECTION TO PROOFS OF
CLAIM NOS. 15493, 2387, 15469, 7289, 11854, AND 805
(LIQUIDITY SOLUTIONS, INC.)

PLEASE TAKE NOTICE that on February 15, 2008, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), objected to proofs of claim numbers 15493, 2387, 15469,

7289, 11854, and 805 (the "Proofs of Claim") held by Liquidity Solutions, Inc. b/b/a Revenue

Management (the "Claimant") pursuant to the Debtors' Twenty-Seventh Omnibus Objection

Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement

Cure Payments And Modify General Unsecured Claims By The Amount Of Cure Payments

(Docket No. 12687) (the "Twenty-Seventh Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on March 12, 2008, the Claimant filed

its Limited Response Of Liquidity Solutions, Inc. As Assignee, To Debtors' Twenty-Seventh

Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain

Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of

Cure Payments to Debtors' Twenty-Seventh Omnibus Claims Objection (Docket No. 13094) (the

"Response").

PLEASE TAKE FURTHER NOTICE that a hearing (the Hearing) to address the

legal sufficiency of the relief requested in the Response regarding the Proofs of Claim is hereby

scheduled for April 2, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States

Bankruptcy Court for the Southern District of New York (the "Court").

2

Dated:  New York, New York
          March 19, 2008

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                          FLOM LLP

                                        By:  /s/_ John Wm. Butler, Jr.___.
                                            John Wm. Butler, Jr. (JB 4711)
                                            John K. Lyons (JL 4951)
                                            Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700


                                        By:  /s/ Kayalyn A. Marafioti
                                            Kayalyn A. Marafioti (KM 9632)
                                            Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                            Debtors and Debtors-in-Possession