TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :   Chapter 11
DELPHI CORPORATION, et al.,                                   :   Case No. 05-44481 [RDD]
                                                              :
                      Debtors.                                :   Jointly Administered
                                                              :
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF NOTICE OF SUFFICIENCY HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 419
(CDW COMPUTER CENTER, INC.)**

PLEASE TAKE NOTICE Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby withdraw, without prejudice, their January 31, 2008 Notice of Sufficiency Hearing [Docket No. 12437], regarding proof of claim number 419 (the "Proof of Claim") filed by CDW Computer Center, Inc.

| | |
|---|---|
| Dated: New York, New York<br>March 19, 2008 | DELPHI CORPORATION, et al.<br>By their attorneys,<br>TOGUT, SEGAL & SEGAL LLP |
| By: | /s/ Neil Berger<br>NEIL BERGER (NB-3599)<br>A Member of the Firm<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5000 |