## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

Delphi Automotive Systems LLC,

                 Debtors.

: Chapter 11
:
: Case No. 05-44640 (RDD)
:
: (Jointly Administered)
:
:

-------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

    TO:  THE GOODYEAR TIRE & RUBBER
COMPANY ("ASSIGNOR")
1144 East Market Street
Akron, Ohio 44316

       As of May 26, 2006, Assignor's Claim against Debtors in the principal amount of $1,332,006.89 has been transferred to the following Assignee:

    **JPMorgan Chase Bank, N.A.**
**270 Park Avenue, 17th Floor**
**New York, NY 10017**
**Attention:**    **Stanley Lim**
**Telephone:**    **(212) 270-4421**
**Fascimile:**    **(212) 270-2157**
**E-mail:**    **stanley.lim@jpmorgan.com**

       The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

FROM:                                    (TRU) 5. 26 06   8:17/ST.  8:16/NO. 4861805090 P  5

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE
FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, NY 10017
Attention:      Stanley Lim
Telephone:     (212) 270-4421
Fascimile:     (212) 270-2157
E-mail:        stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:      Steven H. Epstein
Telephone:     (212) 536-4830
Fascimile:     (212) 536-4001
E-mail :       sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY
FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE
BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: May 26, 2006

JPMORGAN CHASE BANK, N.A.

By: _____

Name:     ANDREW OPEL
Title:    AUTHORIZED SIGNATORY

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
```
In re:                                              :    Chapter 11
                                                    :
Delphi Automotive Systems LLC,                      :    Case No. 05-44481 (RDD)
                                                    :
            Debtors.                         :    (Jointly Administered)
                                                    :
                                                    :
```
------------------------------------------------------------x
```

**THE GOODYEAR TIRE & RUBBER COMPANY** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $1,332,006.89 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered), In re Delphi Corp.

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated as of May 25, 2006 and filed May 26, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**[The remainder of this page is left blank intentionally. The next page is the signature page.]**

IN WITNESS WHEREOF, dated the 26th day of May, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____

Name: _____

Title: _____
      ANDREW OPEL
      AUTHORIZED SIGNATORY

Accepted and agreed to as of this __ date of
May, 2006

THE GOODYEAR TIRE & RUBBER
COMPANY , as Assignor

By:_____

Name:  Timothy Toppen
Title:  President - Goodyear Engineered
Products

IN WITNESS WHEREOF, dated the ___ day of May, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
    Name:
    Title:

Accepted and agreed to as of this 26th date of
May, 2006

THE GOODYEAR TIRE & RUBBER
COMPANY , as Assignor

By:_____
Name:  Timothy Toppen
Title:  President - Goodyear Engineered
Products

## EXHIBIT B

Assignee's Payment and Delivery Instructions:

Notice:
Primary Contact:           **Stanley Lim**
Street Address:            **270 Park Avenue, 17th Floor**
City, State, Zip Code:     **New York, NY 10017**
Phone Number:              **(212) 270-4421**
Fax Number:                **(212) 270-2157**


Backup Contact:            **Karoline Kane**
Phone Number:              **(212) 270-0033**
Fax Number:                **(212) 270-5347**

Wire:
Name of Bank:              **JPMorgan Chase Bank, N.A.**
Routing Transit/ABA number: **021000021**
Name of Account:           **SPS High Yield Loan Trading**
Account Number:            **544-7-94742**

## EXHIBIT C

### Proof of Claim

**FORM B10** (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern | DISTRICT OF New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>The Goodyear Tire & Rubber Company | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>Law Department<br>1144 East Market Street<br>Akron, Ohio 44316<br>Telephone number: (330) 796-9405 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☑ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 18027 and 26927 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated: | |

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** 7/2004 - 10/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 1,332,006.89

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**

$ 1,332,006.89 _____ _____ _____ 1,332,006.89
   (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br><br>May 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Timothy R. Toppen, President, Goodyear Engineered Products |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## EXHIBIT A

### Proof of Claim of The Goodyear Tire & Rubber Company
### *In re Delphi Automotive Systems LLC*
### Case Number 05-44640

| | |
|---|---|
| Account No. 18027  (Exhibit B) | $1,124,349.98 |
| Account No. 26927  (Exhibit C) | 223, 211.91 |
| | 1,347,561.89 |
| less tooling invoices[1] | 15,555.00 |
| | $1,332,006.89 |

---

[1] The Goodyear Tire & Rubber Company is excluding from this proof of claim invoice numbers 93739415 ($1,685.00), 93739417 ($1,685.00), and 93739419 ($12,185.00), all from account number 18027 and in a total amount of $15,555.00, which are on account of unpaid tooling invoices. The Goodyear Tire & Rubber Company intends to file a separate proof of claim for these tooling invoices.

# THE   GOODYEAR   TIRE   &   RUBBER   COMPANY

## STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:     1
REP       88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON LAW DEPT
REP #85,  RCM 23
AKRON OH 44316

**Mail Payment To:**
Customer Reference No: 018027
The Goodyear Tire & Rubber Co
PO Box 92848
CHICAGO, IL 60675-2848

**Net Amount Due:**   1,124,349.98

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 08/03/05 | 50044650 | 644247 | 08/03/2005 | 2,972.13 | 0.00 | 2,972.13 |
| 07/22/04 | 93215262 | 130798 | 09/02/2004 | 15.30 | 0.00 | 15.30 |
| 07/22/04 | 93215265 | 130800 | 09/02/2004 | 19.36 | 0.00 | 19.36 |
| 07/22/04 | 93215266 | 130800 | 09/02/2004 | 15.15 | 0.00 | 15.15 |
| 08/12/04 | 93255793 | 167513 | 10/02/2004 | 7.37 | 0.00 | 7.37 |
| 08/30/04 | 93286121 | 191925 | 10/02/2004 | 325.20 | 0.00 | 325.20 |
| 09/21/04 | 93325799 | 231961 | 11/02/2004 | 95.63 | 0.00 | 95.63 |
| 10/04/04 | 93350929 | 253668 | 12/02/2004 | 144.96 | 0.00 | 144.96 |
| 12/09/04 | 93469794 | 361329 | 02/02/2005 | 3,354.48 | 0.00 | 3,354.48 |
| 12/20/04 | 93487134 | 376343 | 02/02/2005 | 1,344.00 | 0.00 | 1,344.00 |
| 12/23/04 | 93493583 | 382144 | 02/02/2005 | 2,515.86 | 0.00 | 2,515.86 |
| 01/04/05 | 93505809 | 392253 | 03/02/2005 | 5,963.52 | 0.00 | 5,963.52 |
| 01/07/05 | 93512003 | 398595 | 03/02/2005 | 3,074.94 | 0.00 | 3,074.94 |
| 01/07/05 | 93512004 | 398595 | 03/02/2005 | 467.93 | 0.00 | 467.93 |
| 01/10/05 | 93514570 | 400671 | 03/02/2005 | 1,655.62 | 0.00 | 1,655.62 |
| 01/10/05 | 93515442 | 401529 | 03/02/2005 | 2,143.14 | 0.00 | 2,143.14 |
| 01/10/05 | 93515443 | 401529 | 03/02/2005 | 2,276.40 | 0.00 | 2,276.40 |
| 01/12/05 | 93519105 | 405628 | 03/02/2005 | 2,173.00 | 0.00 | 2,173.00 |
| 02/11/05 | 93576393 | 455982 | 04/02/2005 | 29.50 | 0.00 | 29.50 |
| 03/03/05 | 93614782 | 489926 | 05/02/2005 | 1,759.09 | 0.00 | 1,759.09 |
| 03/03/05 | 93614784 | 489926 | 05/02/2005 | 2,795.40 | 0.00 | 2,795.40 |
| 03/03/05 | 93614785 | 489926 | 05/02/2005 | 467.93 | 0.00 | 467.93 |
| 03/04/05 | 93618368 | 314753 | 05/02/2005 | 4,139.85 | 0.00 | 4,139.85 |
| 03/28/05 | 93659950 | 528213 | 05/02/2005 | 164.10 | 0.00 | 164.10 |
| 03/29/05 | 93662602 | 531722 | 05/02/2005 | 82.05 | 0.00 | 82.05 |
| 03/30/05 | 93663961 | 534543 | 05/02/2005 | 46.03 | 0.00 | 46.03 |
| 04/01/05 | 93670966 | 539503 | 06/02/2005 | 41.98 | 0.00 | 41.98 |
| 04/06/05 | 93677874 | 546706 | 06/02/2005 | 233.96 | 0.00 | 233.96 |
| 04/27/05 | 93721028 | 584444 | 06/02/2005 | 143.81 | 0.00 | 143.81 |
| 04/28/05 | 93724660 | 587035 | 06/02/2005 | 2,329.50 | 0.00 | 2,329.50 |
| 04/29/05 | 93726443 | 588789 | 06/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 04/29/05 | 93727437 | 588741 | 06/02/2005 | 1,637.74 | 0.00 | 1,637.74 |
| 05/02/05 | 93729592 | 591815 | 07/02/2005 | 2,795.40 | 0.00 | 2,795.40 |
| 05/04/05 | 93736145 | 591652 | 07/02/2005 | 185.64 | 0.00 | 185.64 |
| 05/06/05 | 93739415 | LPS94167 001 | 07/02/2005 | 1,685.00 | 0.00 | 1,685.00 |
| 05/06/05 | 93739417 | LPS94169 001 | 07/02/2005 | 1,685.00 | 0.00 | 1,685.00 |
| 05/06/05 | 93739419 | LPS94572 | 07/02/2005 | 12,185.00 | 0.00 | 12,185.00 |
| 05/24/05 | 93773923 | 631941 | 07/02/2005 | 2,461.50 | 0.00 | 2,461.50 |
| 05/24/05 | 93773924 | 631941 | 07/02/2005 | 3,727.20 | 0.00 | 3,727.20 |
| 06/09/05 | 93801966 | 581883 | 08/02/2005 | 467.93 | 0.00 | 467.93 |
| 06/21/05 | 93818152 | 626909 | 08/02/2005 | 29.06 | 0.00 | 29.06 |
| 06/29/05 | 93844249 | 69479901 | 08/02/2005 | 1,688.98 | 0.00 | 1,688.98 |
| 06/30/05 | 93847437 | 69731601 | 08/02/2005 | 2,170.06 | 0.00 | 2,170.06 |

EXHIBIT B

T H E     G O O D Y E A R     T I R E   &   R U B B E R     C O M P A N Y

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:      2
REP        88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06/30/05 | 93847438 | 69731301 | 08/02/2005 | 482.38 | 0.00 | 482.38 |
| 07/01/05 | 93849887 | 69941501 | 09/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 07/01/05 | 93849919 | 69941401 | 09/02/2005 | 482.38 | 0.00 | 482.38 |
| 07/15/05 | 93875321 | 721139 | 09/02/2005 | 482.38 | 0.00 | 482.38 |
| 07/18/05 | 93877124 | 72470601 | 09/02/2005 | 482.38 | 0.00 | 482.38 |
| 07/18/05 | 93878296 | 721127 | 09/02/2005 | 183.57 | 0.00 | 183.57 |
| 07/29/05 | 93901934 | 74653901 | 09/02/2005 | 2,170.06 | 0.00 | 2,170.06 |
| 07/29/05 | 93901935 | 74653601 | 09/02/2005 | 722.92 | 0.00 | 722.92 |
| 08/11/05 | 93927491 | 767360 | 10/02/2005 | 29.50 | 0.00 | 29.50 |
| 08/15/05 | 93931564 | 773384 | 10/02/2005 | 1,034.76 | 0.00 | 1,034.76 |
| 08/15/05 | 93931565 | 773384 | 10/02/2005 | 2,562.45 | 0.00 | 2,562.45 |
| 08/15/05 | 93931566 | 773384 | 10/02/2005 | 1,699.90 | 0.00 | 1,699.90 |
| 08/15/05 | 93931567 | 773384 | 10/02/2005 | 633.53 | 0.00 | 633.53 |
| 08/23/05 | 93948879 | 789182 | 10/02/2005 | 14,087.02 | 0.00 | 14,087.02 |
| 08/23/05 | 93948880 | 789182 | 10/02/2005 | 1,554.69 | 0.00 | 1,554.69 |
| 08/25/05 | 93954312 | 793244 | 10/02/2005 | 175.33 | 0.00 | 175.33 |
| 08/25/05 | 93954429 | 793297 | 10/02/2005 | 169.20 | 0.00 | 169.20 |
| 08/30/05 | 93962993 | 801224 | 10/02/2005 | 11,814.92 | 0.00 | 11,814.92 |
| 08/30/05 | 93962994 | 801224 | 10/02/2005 | 1,360.35 | 0.00 | 1,360.35 |
| 09/01/05 | 93968057 | 805788 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/01/05 | 93968058 | 805789 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/01/05 | 93968059 | 805789 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/01/05 | 93968060 | 805789 | 11/02/2005 | 2,157.19 | 0.00 | 2,157.19 |
| 09/01/05 | 93968061 | 805789 | 11/02/2005 | 2,006.17 | 0.00 | 2,006.17 |
| 09/01/05 | 93968101 | 805796 | 11/02/2005 | 1,150.50 | 0.00 | 1,150.50 |
| 09/01/05 | 93968102 | 805796 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/01/05 | 93968105 | 806006 | 11/02/2005 | 232.26 | 0.00 | 232.26 |
| 09/01/05 | 93968106 | 806008 | 11/02/2005 | 104.40 | 0.00 | 104.40 |
| 09/01/05 | 93968107 | 806010 | 11/02/2005 | 163.63 | 0.00 | 163.63 |
| 09/01/05 | 93968182 | 80579801 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/01/05 | 93968183 | 80579701 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/02/05 | 93969700 | 804505 | 11/02/2005 | 27,214.09 | 0.00 | 27,214.09 |
| 09/02/05 | 93970510 | 807896 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/02/05 | 93970511 | 807895 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/02/05 | 93970512 | 807895 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/02/05 | 93970513 | 807895 | 11/02/2005 | 2,006.17 | 0.00 | 2,006.17 |
| 09/02/05 | 93970514 | 807895 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/02/05 | 93970576 | 807899 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/02/05 | 93970577 | 807899 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/02/05 | 93970647 | 80840301 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/02/05 | 93970648 | 80840401 | 11/02/2005 | 1,205.30 | 0.00 | 1,205.30 |
| 09/06/05 | 93972430 | 811816 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/06/05 | 93972431 | 811817 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/06/05 | 93972432 | 811817 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/06/05 | 93972433 | 811817 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/06/05 | 93972434 | 811817 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/06/05 | 93973419 | 811823 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/06/05 | 93973420 | 811823 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/06/05 | 93973493 | 81181901 | 11/02/2005 | 241.84 | 0.00 | 241.84 |
| 09/06/05 | 93974342 | 811591 | 11/02/2005 | 14,612.13 | 0.00 | 14,612.13 |
| 09/07/05 | 93975151 | 813762 | 11/02/2005 | 8,514.88 | 0.00 | 8,514.88 |

T H E   G O O D Y E A R   T I R E   &   R U B B E R   C O M P A N Y

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:       3
REP         88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09/07/05 | 93975152 | 813761 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/07/05 | 93975153 | 813761 | 11/02/2005 | 2,157.19 | 0.00 | 2,157.19 |
| 09/07/05 | 93975154 | 813761 | 11/02/2005 | 1,863.60 | 0.00 | 1,863.60 |
| 09/07/05 | 93975155 | 813761 | 11/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 09/07/05 | 93975834 | 811324 | 11/02/2005 | 9,361.05 | 0.00 | 9,361.05 |
| 09/07/05 | 93975835 | 811324 | 11/02/2005 | 1,554.69 | 0.00 | 1,554.69 |
| 09/07/05 | 93975867 | 813778 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/07/05 | 93975868 | 813778 | 11/02/2005 | 862.88 | 0.00 | 862.88 |
| 09/07/05 | 93975959 | 81377901 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/08/05 | 93978204 | 816371 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/08/05 | 93978205 | 816372 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/08/05 | 93978206 | 816372 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/08/05 | 93978207 | 816372 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/08/05 | 93978208 | 816372 | 11/02/2005 | 1,689.41 | 0.00 | 1,689.41 |
| 09/08/05 | 93978290 | 816374 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/08/05 | 93978291 | 816374 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/08/05 | 93978397 | 81637701 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/08/05 | 93978398 | 81637501 | 11/02/2005 | 1,205.30 | 0.00 | 1,205.30 |
| 09/08/05 | 93979089 | 815761 | 11/02/2005 | 23.21 | 0.00 | 23.21 |
| 09/08/05 | 93979091 | 815749 | 11/02/2005 | 28,676.99 | 0.00 | 28,676.99 |
| 09/09/05 | 93980710 | 818828 | 11/02/2005 | 15,326.78 | 0.00 | 15,326.78 |
| 09/09/05 | 93980711 | 818827 | 11/02/2005 | 4,426.05 | 0.00 | 4,426.05 |
| 09/09/05 | 93980712 | 818827 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/09/05 | 93980713 | 818827 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/09/05 | 93980714 | 818827 | 11/02/2005 | 2,322.94 | 0.00 | 2,322.94 |
| 09/09/05 | 93980763 | 818826 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/09/05 | 93980764 | 818826 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/09/05 | 93980844 | 81883101 | 11/02/2005 | 1,206.60 | 0.00 | 1,206.60 |
| 09/09/05 | 93980872 | 81882901 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/09/05 | 93981734 | 819242 | 11/02/2005 | 11,360.50 | 0.00 | 11,360.50 |
| 09/10/05 | 93982234 | 819283 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/10/05 | 93982235 | 819282 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/10/05 | 93982236 | 819282 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/10/05 | 93982237 | 819282 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/10/05 | 93982238 | 819282 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/12/05 | 93982732 | 821089 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/12/05 | 93982733 | 821087 | 11/02/2005 | 3,727.20 | 0.00 | 3,727.20 |
| 09/12/05 | 93982734 | 821087 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/12/05 | 93982735 | 821087 | 11/02/2005 | 2,588.63 | 0.00 | 2,588.63 |
| 09/12/05 | 93982736 | 821087 | 11/02/2005 | 2,322.94 | 0.00 | 2,322.94 |
| 09/12/05 | 93983614 | 821453 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/12/05 | 93983615 | 821453 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/12/05 | 93983684 | 82145501 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/12/05 | 93983685 | 82145601 | 11/02/2005 | 240.54 | 0.00 | 240.54 |
| 09/13/05 | 93985879 | 823378 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/13/05 | 93985880 | 823377 | 11/02/2005 | 701.89 | 0.00 | 701.89 |
| 09/13/05 | 93985881 | 823377 | 11/02/2005 | 3,494.25 | 0.00 | 3,494.25 |
| 09/13/05 | 93985882 | 823377 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/13/05 | 93985883 | 823377 | 11/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 09/13/05 | 93985914 | 823376 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/13/05 | 93985915 | 823376 | 11/02/2005 | 874.50 | 0.00 | 874.50 |

T H E   G O O D Y E A R   T I R E   &   R U B B E R   C O M P A N Y

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:      4
REP        88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09/13/05 | 93985980 | 82338101 | 11/02/2005 | 1,205.30 | 0.00 | 1,205.30 |
| 09/13/05 | 93985981 | 82338001 | 11/02/2005 | 1,206.60 | 0.00 | 1,206.60 |
| 09/13/05 | 93986606 | 824377 | 11/02/2005 | 14,359.67 | 0.00 | 14,359.67 |
| 09/13/05 | 93986607 | 824377 | 11/02/2005 | 3,109.38 | 0.00 | 3,109.38 |
| 09/13/05 | 93986752 | 821251 | 11/02/2005 | 15,813.48 | 0.00 | 15,813.48 |
| 09/14/05 | 93988345 | 826218 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/14/05 | 93988346 | 826217 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/14/05 | 93988347 | 826217 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/14/05 | 93988348 | 826217 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/14/05 | 93988349 | 826217 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/14/05 | 93988394 | 826219 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/14/05 | 93988395 | 826219 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/14/05 | 93988502 | 823470 | 11/02/2005 | 86.42 | 0.00 | 86.42 |
| 09/14/05 | 93988503 | 823471 | 11/02/2005 | 54.54 | 0.00 | 54.54 |
| 09/14/05 | 93988506 | 82622101 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/14/05 | 93988507 | 82622001 | 11/02/2005 | 1,205.30 | 0.00 | 1,205.30 |
| 09/15/05 | 93991024 | 828567 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/15/05 | 93991025 | 828565 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/15/05 | 93991026 | 828565 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/15/05 | 93991027 | 828565 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/15/05 | 93991028 | 828565 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/15/05 | 93991072 | 828570 | 11/02/2005 | 862.88 | 0.00 | 862.88 |
| 09/15/05 | 93991073 | 828570 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/15/05 | 93991181 | 82856901 | 11/02/2005 | 1,206.60 | 0.00 | 1,206.60 |
| 09/15/05 | 93991182 | 82856801 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/15/05 | 93991203 | 823474 | 11/02/2005 | 26.11 | 0.00 | 26.11 |
| 09/15/05 | 93991802 | 828188 | 11/02/2005 | 19,457.61 | 0.00 | 19,457.61 |
| 09/16/05 | 93993442 | 831165 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/16/05 | 93993443 | 831162 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/16/05 | 93993444 | 831162 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/16/05 | 93993445 | 831162 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/16/05 | 93993446 | 831162 | 11/02/2005 | 2,322.94 | 0.00 | 2,322.94 |
| 09/16/05 | 93993478 | 831168 | 11/02/2005 | 575.25 | 0.00 | 575.25 |
| 09/16/05 | 93993479 | 831168 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/16/05 | 93993511 | 83143301 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/16/05 | 93993512 | 83143201 | 11/02/2005 | 482.38 | 0.00 | 482.38 |
| 09/16/05 | 93993588 | 83143401 | 11/02/2005 | 1,205.30 | 0.00 | 1,205.30 |
| 09/17/05 | 93994987 | 832093 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/17/05 | 93994988 | 832092 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/17/05 | 93994989 | 832092 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/17/05 | 93994990 | 832092 | 11/02/2005 | 2,013.38 | 0.00 | 2,013.38 |
| 09/17/05 | 93994991 | 832092 | 11/02/2005 | 1,900.58 | 0.00 | 1,900.58 |
| 09/19/05 | 93996215 | 834251 | 11/02/2005 | 15,326.78 | 0.00 | 15,326.78 |
| 09/19/05 | 93996216 | 834250 | 11/02/2005 | 701.89 | 0.00 | 701.89 |
| 09/19/05 | 93996217 | 834250 | 11/02/2005 | 3,307.69 | 0.00 | 3,307.69 |
| 09/19/05 | 93996218 | 834250 | 11/02/2005 | 4,426.05 | 0.00 | 4,426.05 |
| 09/19/05 | 93996219 | 834250 | 11/02/2005 | 3,062.05 | 0.00 | 3,062.05 |
| 09/19/05 | 93996270 | 834264 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/19/05 | 93996271 | 834264 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/19/05 | 93996314 | 83428901 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/19/05 | 93996315 | 83428801 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |

THE   GOODYEAR   TIRE & RUBBER   COMPANY

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:       5
REP         88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09/20/05 | 93998620 | 836478 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/20/05 | 93998621 | 836477 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/20/05 | 93998622 | 836477 | 11/02/2005 | 3,494.25 | 0.00 | 3,494.25 |
| 09/20/05 | 93998623 | 836477 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/20/05 | 93998624 | 836477 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/20/05 | 93999373 | 836485 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/20/05 | 93999374 | 836485 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/20/05 | 93999430 | 83707301 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/20/05 | 93999431 | 83707101 | 11/02/2005 | 1,687.68 | 0.00 | 1,687.68 |
| 09/20/05 | 94000196 | 837442 | 11/02/2005 | 11,360.50 | 0.00 | 11,360.50 |
| 09/20/05 | 94000197 | 837442 | 11/02/2005 | 3,109.38 | 0.00 | 3,109.38 |
| 09/21/05 | 94000859 | 834917 | 11/02/2005 | 21,109.87 | 0.00 | 21,109.87 |
| 09/21/05 | 94001635 | 838127 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/21/05 | 94001636 | 838128 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/21/05 | 94001637 | 838128 | 11/02/2005 | 701.89 | 0.00 | 701.89 |
| 09/21/05 | 94001638 | 838128 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/21/05 | 94001639 | 838128 | 11/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 09/21/05 | 94001688 | 838953 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/21/05 | 94001689 | 838953 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/21/05 | 94001776 | 83896601 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/21/05 | 94001777 | 83896501 | 11/02/2005 | 2,894.28 | 0.00 | 2,894.28 |
| 09/21/05 | 94003203 | 836368 | 11/02/2005 | 34.80 | 0.00 | 34.80 |
| 09/22/05 | 94004544 | 840893 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/22/05 | 94004545 | 840892 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/22/05 | 94004546 | 840892 | 11/02/2005 | 467.92 | 0.00 | 467.92 |
| 09/22/05 | 94004547 | 840892 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/22/05 | 94004613 | 840894 | 11/02/2005 | 2,006.17 | 0.00 | 2,006.17 |
| 09/22/05 | 94004614 | 840894 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/22/05 | 94004747 | 84153101 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/22/05 | 94004748 | 84089501 | 11/02/2005 | 1,687.68 | 0.00 | 1,687.68 |
| 09/22/05 | 94005408 | 840966 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/22/05 | 94005409 | 840967 | 11/02/2005 | 3.48 | 0.00 | 3.48 |
| 09/23/05 | 94005784 | 841448 | 11/02/2005 | 3.36 | 0.00 | 3.36 |
| 09/23/05 | 94006600 | 843152 | 11/02/2005 | 29,613.03 | 0.00 | 29,613.03 |
| 09/23/05 | 94006601 | 843154 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/23/05 | 94006602 | 843154 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/23/05 | 94006603 | 843154 | 11/02/2005 | 701.89 | 0.00 | 701.89 |
| 09/23/05 | 94006604 | 843154 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/23/05 | 94006670 | 843155 | 11/02/2005 | 2,322.94 | 0.00 | 2,322.94 |
| 09/23/05 | 94006671 | 843155 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/23/05 | 94006704 | 84316501 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/23/05 | 94006705 | 84318001 | 11/02/2005 | 2,171.36 | 0.00 | 2,171.36 |
| 09/23/05 | 94006706 | 84316601 | 11/02/2005 | 2,170.06 | 0.00 | 2,170.06 |
| 09/23/05 | 94006707 | 84317901 | 11/02/2005 | 1,687.68 | 0.00 | 1,687.68 |
| 09/26/05 | 94009527 | 845593 | 11/02/2005 | 1,688.98 | 0.00 | 1,688.98 |
| 09/26/05 | 94009528 | 845594 | 11/02/2005 | 8,514.88 | 0.00 | 8,514.88 |
| 09/26/05 | 94009529 | 845594 | 11/02/2005 | 2,562.45 | 0.00 | 2,562.45 |
| 09/26/05 | 94009530 | 845594 | 11/02/2005 | 233.96 | 0.00 | 233.96 |
| 09/26/05 | 94009531 | 845594 | 11/02/2005 | 1,581.94 | 0.00 | 1,581.94 |
| 09/26/05 | 94009578 | 845595 | 11/02/2005 | 1,478.23 | 0.00 | 1,478.23 |
| | | | | 1,006.69 | 0.00 | 1,006.69 |

T H E   G O O D Y E A R   T I R E   &   R U B B E R   C O M P A N Y

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:    6
REP      88

**Account No:**  18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09/26/05 | 94009579 | 845595 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/26/05 | 94009612 | 84622801 | 11/02/2005 | 964.76 | 0.00 | 964.76 |
| 09/26/05 | 94009711 | 84623101 | 11/02/2005 | 482.38 | 0.00 | 482.38 |
| 09/27/05 | 94012926 | 848726 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/27/05 | 94012927 | 848727 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/27/05 | 94012928 | 848727 | 11/02/2005 | 2,157.19 | 0.00 | 2,157.19 |
| 09/27/05 | 94012929 | 848727 | 11/02/2005 | 2,006.17 | 0.00 | 2,006.17 |
| 09/27/05 | 94012930 | 848727 | 11/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 09/27/05 | 94012978 | 848723 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/27/05 | 94012979 | 848723 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/27/05 | 94013086 | 84873001 | 11/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 09/27/05 | 94013087 | 84877501 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/27/05 | 94014187 | 847867 | 11/02/2005 | 29.50 | 0.00 | 29.50 |
| 09/28/05 | 94014590 | 845844 | 11/02/2005 | 20,295.86 | 0.00 | 20,295.86 |
| 09/28/05 | 94015535 | 850293 | 11/02/2005 | 10,542.54 | 0.00 | 10,542.54 |
| 09/28/05 | 94015536 | 850293 | 11/02/2005 | 2,137.70 | 0.00 | 2,137.70 |
| 09/28/05 | 94015537 | 850285 | 11/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 09/28/05 | 94015538 | 850284 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/28/05 | 94015539 | 850284 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/28/05 | 94015540 | 850284 | 11/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 09/28/05 | 94015541 | 850284 | 11/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 09/28/05 | 94015654 | 850290 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/28/05 | 94015655 | 850290 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/28/05 | 94015676 | 85029201 | 11/02/2005 | 1,687.68 | 0.00 | 1,687.68 |
| 09/28/05 | 94015733 | 85029101 | 11/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 09/28/05 | 94016610 | 849970 | 11/02/2005 | 68.70 | 0.00 | 68.70 |
| 09/29/05 | 94017995 | 853491 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/29/05 | 94017996 | 853494 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/29/05 | 94017997 | 853494 | 11/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 09/29/05 | 94017998 | 853494 | 11/02/2005 | 3,494.25 | 0.00 | 3,494.25 |
| 09/29/05 | 94017999 | 853494 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/29/05 | 94018024 | 853495 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/29/05 | 94018025 | 853495 | 11/02/2005 | 874.50 | 0.00 | 874.50 |
| 09/29/05 | 94018042 | 85349601 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 09/29/05 | 94018093 | 85402901 | 11/02/2005 | 2,170.06 | 0.00 | 2,170.06 |
| 09/29/05 | 94020027 | 849971 | 11/02/2005 | 27,913.32 | 0.00 | 27,913.32 |
| 09/30/05 | 94021194 | 855000 | 11/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 09/30/05 | 94021195 | 856001 | 11/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 09/30/05 | 94021196 | 856001 | 11/02/2005 | 467.93 | 0.00 | 467.93 |
| 09/30/05 | 94021197 | 856001 | 11/02/2005 | 2,444.81 | 0.00 | 2,444.81 |
| 09/30/05 | 94021198 | 856001 | 11/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 09/30/05 | 94021243 | 856015 | 11/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 09/30/05 | 94021244 | 856015 | 11/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 09/30/05 | 94021368 | 85602301 | 11/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 09/30/05 | 94021369 | 85602201 | 11/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 10/01/05 | 94023448 | 856300 | 12/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 10/01/05 | 94023449 | 856299 | 12/02/2005 | 3,261.30 | 0.00 | 3,261.30 |
| 10/01/05 | 94023450 | 856299 | 12/02/2005 | 701.89 | 0.00 | 701.89 |
| 10/01/05 | 94023451 | 856299 | 12/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 10/01/05 | 94023452 | 856299 | 12/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 10/03/05 | 94024522 | 858254 | 12/02/2005 | 11,920.83 | 0.00 | 11,920.83 |

THE   GOODYEAR   TIRE  &  RUBBER   COMPANY

STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:      7
REP        88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10/03/05 | 94024523 | 858243 | 12/02/2005 | 3,494.25 | 0.00 | 3,494.25 |
| 10/03/05 | 94024524 | 858243 | 12/02/2005 | 467.93 | 0.00 | 467.93 |
| 10/03/05 | 94024525 | 858243 | 12/02/2005 | 2,588.63 | 0.00 | 2,588.63 |
| 10/03/05 | 94024526 | 858243 | 12/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 10/03/05 | 94024629 | 858264 | 12/02/2005 | 874.50 | 0.00 | 874.50 |
| 10/03/05 | 94024630 | 858264 | 12/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 10/03/05 | 94024746 | 85829801 | 12/02/2005 | 3,376.66 | 0.00 | 3,376.66 |
| 10/03/05 | 94024747 | 85829901 | 12/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 10/04/05 | 94028330 | 860298 | 12/02/2005 | 11,920.83 | 0.00 | 11,920.83 |
| 10/04/05 | 94028331 | 860300 | 12/02/2005 | 467.93 | 0.00 | 467.93 |
| 10/04/05 | 94028332 | 860300 | 12/02/2005 | 3,494.25 | 0.00 | 3,494.25 |
| 10/04/05 | 94028333 | 860300 | 12/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 10/04/05 | 94028334 | 860300 | 12/02/2005 | 2,217.35 | 0.00 | 2,217.35 |
| 10/04/05 | 94028418 | 861013 | 12/02/2005 | 1,150.50 | 0.00 | 1,150.50 |
| 10/04/05 | 94028419 | 861013 | 12/02/2005 | 874.50 | 0.00 | 874.50 |
| 10/04/05 | 94028504 | 86100201 | 12/02/2005 | 2,170.06 | 0.00 | 2,170.06 |
| 10/04/05 | 94028505 | 86029701 | 12/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 10/04/05 | 94029902 | 858636 | 12/02/2005 | 18,287.73 | 0.00 | 18,287.73 |
| 10/05/05 | 94030185 | 862852 | 12/02/2005 | 10,217.85 | 0.00 | 10,217.85 |
| 10/05/05 | 94030186 | 862853 | 12/02/2005 | 467.93 | 0.00 | 467.93 |
| 10/05/05 | 94030187 | 862853 | 12/02/2005 | 3,028.35 | 0.00 | 3,028.35 |
| 10/05/05 | 94030188 | 862853 | 12/02/2005 | 2,301.00 | 0.00 | 2,301.00 |
| 10/05/05 | 94030189 | 862853 | 12/02/2005 | 2,111.76 | 0.00 | 2,111.76 |
| 10/05/05 | 94030861 | 862869 | 12/02/2005 | 862.88 | 0.00 | 862.88 |
| 10/05/05 | 94030862 | 862869 | 12/02/2005 | 874.50 | 0.00 | 874.50 |
| 10/05/05 | 94030923 | 862639 | 12/02/2005 | 163.63 | 0.00 | 163.63 |
| 10/05/05 | 94030927 | 86285101 | 12/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 10/05/05 | 94030928 | 86285001 | 12/02/2005 | 1,447.14 | 0.00 | 1,447.14 |
| 10/06/05 | 94033285 | 865348 | 12/02/2005 | 15,326.78 | 0.00 | 15,326.78 |
| 10/06/05 | 94033286 | 865347 | 12/02/2005 | 467.93 | 0.00 | 467.93 |
| 10/06/05 | 94033287 | 865347 | 12/02/2005 | 4,891.95 | 0.00 | 4,891.95 |
| 10/06/05 | 94033288 | 865347 | 12/02/2005 | 3,163.88 | 0.00 | 3,163.88 |
| 10/06/05 | 94033289 | 865347 | 12/02/2005 | 2,956.46 | 0.00 | 2,956.46 |
| 10/06/05 | 94033318 | 865353 | 12/02/2005 | 1,150.50 | 0.00 | 1,150.50 |
| 10/06/05 | 94033319 | 865353 | 12/02/2005 | 1,049.40 | 0.00 | 1,049.40 |
| 10/06/05 | 94033376 | 86534501 | 12/02/2005 | 2,411.90 | 0.00 | 2,411.90 |
| 10/06/05 | 94033377 | 86534601 | 12/02/2005 | 1,687.68 | 0.00 | 1,687.68 |
| 10/07/05 | 94034650 | 864569 | 12/02/2005 | 27,433.83 | 0.00 | 27,433.83 |
| 10/07/05 | 94035417 | 867044 | 12/02/2005 | 6,811.90 | 0.00 | 6,811.90 |
| 10/07/05 | 94035418 | 867045 | 12/02/2005 | 2,329.50 | 0.00 | 2,329.50 |
| 10/07/05 | 94035419 | 867045 | 12/02/2005 | 233.96 | 0.00 | 233.96 |
| 10/07/05 | 94035420 | 867045 | 12/02/2005 | 1,725.75 | 0.00 | 1,725.75 |
| 10/07/05 | 94035421 | 867045 | 12/02/2005 | 1,478.23 | 0.00 | 1,478.23 |
| 10/07/05 | 94035448 | 867612 | 12/02/2005 | 1,006.69 | 0.00 | 1,006.69 |
| 10/07/05 | 94035449 | 867612 | 12/02/2005 | 874.50 | 0.00 | 874.50 |
| 10/07/05 | 94035546 | 86762001 | 12/02/2005 | 1,929.52 | 0.00 | 1,929.52 |
| 10/07/05 | 94035547 | 86761801 | 12/02/2005 | 1,447.14 | 0.00 | 1,447.14 |

T H E    G O O D Y E A R    T I R E   &   R U B B E R    C O M P A N Y

**STATEMENT**

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:       8
REP         88

**Account No:**   18027
DELPHI CORPORATION NAO DISBURSE
AKRON OH 44316

| | GROSS | DISCOUNT | NET |
|---|---|---|---|
| Past Due | 1,124,349.98 | 0.00 | 1,124,349.98 |
| Balance Due: | 1,124,349.98 | 0.00 | 1,124,349.98 |

**CUSTOMER INQUIRIES**

The Goodyear Tire & Rubber Co
General Products
P.O. Box 3571
Akron OH 44309-3571

FAX:

T H E   G O O D Y E A R   T I R E &amp; R U B B E R   C O M P A N Y
STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:      1
REP        88

Account No:   26927
EAG DISBURSEMENT DELPHI AUTOMOTIVE
AKRON LAW DEPT, FLINT, MICH
REP #85   RCM #23
AKRON OH 44316

Mail Payment To:
Customer Reference No: 026927
The Goodyear Tire &amp; Rubber Co
PO Box 92848
CHICAGO, IL 60675-2848

Net Amount Due:   223,211.91

| INVOICE DATE | INVOICE NUMBER | CUSTOMER REF.# | DUE DATE | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01/11/05 | 93516993 | 403520 | 03/02/2005 | 1,054.80 | 0.00 | 1,054.80 |
| 02/28/05 | 93606432 | 477098 | 04/02/2005 | 5,917.17 | 0.00 | 5,917.17 |
| 03/14/05 | 93632150 | 506257 | 05/02/2005 | 632.88 | 0.00 | 632.88 |
| 03/14/05 | 93632151 | 506257 | 05/02/2005 | 210.96 | 0.00 | 210.96 |
| 07/18/05 | 93877026 | 724309 | 09/02/2005 | 2,325.60 | 0.00 | 2,325.60 |
| 09/02/05 | 93971736 | 806371 | 11/02/2005 | 21,022.06 | 0.00 | 21,022.06 |
| 09/07/05 | 93977054 | 810996 | 11/02/2005 | 2,969.64 | 0.00 | 2,969.64 |
| 09/07/05 | 93977055 | 813979 | 11/02/2005 | 1,476.72 | 0.00 | 1,476.72 |
| 09/13/05 | 93985288 | 823255 | 11/02/2005 | 2,531.52 | 0.00 | 2,531.52 |
| 09/13/05 | 93987109 | 824084 | 11/02/2005 | 8,735.04 | 0.00 | 8,735.04 |
| 09/14/05 | 93987658 | 821535 | 11/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 09/14/05 | 93987659 | 823627 | 11/02/2005 | 2,183.76 | 0.00 | 2,183.76 |
| 09/15/05 | 93992200 | 828476 | 11/02/2005 | 5,095.44 | 0.00 | 5,095.44 |
| 09/19/05 | 93998141 | 830594 | 11/02/2005 | 6,739.20 | 0.00 | 6,739.20 |
| 09/17/05 | 94000381 | 832016 | 11/02/2005 | 8,605.62 | 0.00 | 8,605.62 |
| 09/20/05 | 94000568 | 836318 | 11/02/2005 | 6,139.80 | 0.00 | 6,139.80 |
| 09/21/05 | 94000984 | 838593 | 11/02/2005 | 7,126.20 | 0.00 | 7,126.20 |
| 09/21/05 | 94003611 | 837738 | 11/02/2005 | 8,859.39 | 0.00 | 8,859.39 |
| 09/22/05 | 94003855 | 839984 | 11/02/2005 | 4,694.40 | 0.00 | 4,694.40 |
| 09/23/05 | 94005990 | 842868 | 11/02/2005 | 4,003.56 | 0.00 | 4,003.56 |
| 09/26/05 | 94008768 | 845540 | 11/02/2005 | 12,738.60 | 0.00 | 12,738.60 |
| 09/27/05 | 94012240 | 848448 | 11/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 09/28/05 | 94014992 | 849988 | 11/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 09/28/05 | 94015810 | 845950 | 11/02/2005 | 8,985.60 | 0.00 | 8,985.60 |
| 09/29/05 | 94017544 | 853407 | 11/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 09/30/05 | 94021437 | 855527 | 11/02/2005 | 4,272.48 | 0.00 | 4,272.48 |
| 10/03/05 | 94024704 | 855549 | 12/02/2005 | 24,710.40 | 0.00 | 24,710.40 |
| 10/03/05 | 94024705 | 858093 | 12/02/2005 | 13,007.52 | 0.00 | 13,007.52 |
| 10/04/05 | 94027412 | 860532 | 12/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 10/05/05 | 94030297 | 862807 | 12/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 10/06/05 | 94032681 | 864799 | 12/02/2005 | 4,367.52 | 0.00 | 4,367.52 |
| 10/07/05 | 94034789 | 867064 | 12/02/2005 | 4,483.44 | 0.00 | 4,483.44 |

PAYMENT ADJUSTMENTS

| DOC. NUMBER | REFERENCE NUMBER | DATE DUE | REASON | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 50011111 | 93464253 | 03/07/05 | dup pmt | 4,486.10- | 0.00 | 4,486.10- |
| 50038753 | 93820088 | 08/03/05 | | 13.39 | 0.00 | 13.39 |
| 50038753 | 93837529 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 10.04 | 0.00 | 10.04 |

EXHIBIT C

T H E   G O O D Y E A R   T I R E   R U B B E R   C O M P A N Y
STATEMENT

Print Date:      05/25/06
Statement Date: 05/25/06

PAGE:    2
REP      88

Account No:   26927
EAG DISBURSEMENT DELPHI AUTOMOTIVE
AKRON OH 44316

## PAYMENT ADJUSTMENTS

| DOC. NUMBER | REFERENCE NUMBER | DATE DUE | REASON | GROSS AMOUNT | CASH DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 50038753 | 93832571 | 08/03/05 | DENIED - TERR 0035 BILLED 3.12 PD 3.11535 2218748 | 21.10 | 0.00 | 21.10 |
| 50038753 | 93840823 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 16.88 | 0.00 | 16.88 |
| 50038753 | 93787405 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 16.88 | 0.00 | 16.88 |
| 50038753 | 93791180 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 | 71.73 | 0.00 | 71.73 |
| 50038753 | 93804792 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 10.04 | 0.00 | 10.04 |
| 50038753 | 93799300 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 6.70 | 0.00 | 6.70 |
| 50038753 | 93809333 | 08/03/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 71.73 | 0.00 | 71.73 |
| 50044684 | 93877025 | 09/02/05 | DENIED - TERR 0035 BILLED 5.86 PD 5.74278 2220794 | 2,764.80 | 0.00 | 2,764.80 |
| 50044684 | 93888098 | 09/02/05 | DENIED - terr 0035 20125557 5.14 s/n/b 6.74 | 4,147.20 | 0.00 | 4,147.20 |
| 50044684 | 93895715 | 09/02/05 | DENIED - terr 0035 20125557 5.14 s/n/b 6.74 | 1,382.40 | 0.00 | 1,382.40 |
| 50044684 | 93899388 | 09/02/05 | DENIED - terr 0035 20125557 5.14 s/n/b 6.74 | 4,147.20 | 0.00 | 4,147.20 |
| 50050113 | 747848 | 10/07/05 | DENIED - terr 0035 20125557 5.14 s/n/b 6.74 | 4,147.20 | 0.00 | 4,147.20 |
| 50050113 | 747848 | 10/07/05 | DENIED - terr 0035 5892560 5.14 s/n/b 6.74 939049 | 29.53 | 0.00 | 29.53 |
| 50050113 | 750768 | 10/07/05 | DENIED - TERR 0035 22207944 5.74282 S/N/B 5.86 | 1,382.40 | 0.00 | 1,382.40 |
| 50050113 | 750768 | 10/07/05 | DENIED - terr 0035 5892560 5.14 s/n/b 6.74 939077 | 50.63 | 0.00 | 50.63 |
| 50050113 | 757133 | 10/07/05 | DENIED - TERR 0035 22207944 5.74282 S/N/B 5.86 93 | 16.74 | 0.00 | 16.74 |
| 50050113 | 786041 | 10/07/05 | DENIED - terr 0035 22187474 3.11535 s/n/b 3.12 93 | 8,294.40 | 0.00 | 8,294.40 |
| 50050113 | 759610 | 10/07/05 | DENIED - terr 0035 5892560 5.14 s/n/b 6.74 939490 | 1,382.40 | 0.00 | 1,382.40 |
| 50050113 | 778870 | 10/07/05 | DENIED - terr 0035 5892560 5.14 s/n/b 6.74 939173 | 4,147.20 | 0.00 | 4,147.20 |
| 50050113 | 778870 | 10/07/05 | DENIED - terr 0035 5892560 5.14 s/n/b 6.74 939417 | 50.22 | 0.00 | 50.22 |
| 50050113 | 778870 | 10/07/05 | DENIED - terr 0035 22187474 3.11535 s/n/b 3.12 93 | 25.32 | 0.00 | 25.32 |
| 50061342 | 867064 | 12/02/05 | DENIED - terr 0035 22207944 5.74282 s/n/b 5.86 93 | 3,602.56- | 0.00 | 3,602.56- |
|  |  |  | payment for inv 94034789..22207944 5.74278 snb |  |  |  |

# T H E   G O O D Y E A R   T I R E  &  R U B B E R   C O M P A N Y
## STATEMENT

Print Date:       05/25/06
Statement Date: 05/25/06

PAGE:        3
REP          88

**Account No:**   26927
EAG DISBURSEMENT DELPHI AUTOMOTIVE
AKRON OH 44316

|  | **GROSS** | **DISCOUNT** | **NET** |
|---|---|---|---|
| Past Due | 223,211.91 | 0.00 | 223,211.91 |
| Balance Due: | 223,211.91 | 0.00 | 223,211.91 |

**CUSTOMER INQUIRIES**

The Goodyear Tire & Rubber Co
General Products
P.O. Box 3571
Akron OH 44309-3571

FAX: