**Presentment Date And Time: March 28, 2008 at 12:00 noon (prevailing Eastern time)**
**Objection Deadline: March 28, 2008 at 11:30 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
    In re                                             :        Chapter 11
                                                 :
DELPHI CORPORATION, et al.,           :        Case No. 05-44481 (RDD)
                                               :
                      Debtors.     :        (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF ORDER PURSUANT TO FED. R. BANKR. P. 7004(a)
AND 9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

PLEASE TAKE NOTICE that upon the Motion Pursuant To Fed. R. Bankr. P. 7004(a)(1) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (the "Motion"), a copy of which is attached hereto as Exhibit A, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), will present to the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004 (the "Bankruptcy Court"), for signature on March 28, 2008 at 12:00 noon (the "Presentment Date") a proposed order, attached hereto as Exhibit B, which would extend by two months (i.e., from March 31, 2008 to May 30, 2008) the Debtors' deadline under Fed. R. Civ. P. 4(m) to serve each defendant in the adversary proceedings filed in connection with the Preservation Of Estate Claims Procedures Order[1] with a summons and complaint, without prejudice to the Debtors' right to seek further extensions of the deadline.[2]

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be

---

[1]    Capitalized terms used and not defined herein have the meanings ascribed to them in the Motion.
[2]    The Motion was heard before the Bankruptcy Court on March 19, 2008 (the "Hearing") and no objections to the Motion were filed or heard at the Hearing.

2

served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than 11:30 a.m. (prevailing Eastern time) on March 28, 2008 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no written objections to the proposed order are timely filed, served, and received by the Objection Deadline, the Bankruptcy Court may enter the proposed order without further notice.

PLEASE TAKE FURTHER NOTICE that if timely written objections are filed, served, and received in accordance with this notice, the Bankruptcy Court will notify the Debtors and objecting parties of the date and time of the hearing on any such objection and of the Debtors' obligation to notify all other parties entitled to receive notice.  The Debtors and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:   New York, New York
         March 20, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 9331)
      Albert L. Hogan, III (AH 8807)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

   - and -

By:  /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

TO:    Laneko Engineering Company
        275 New Jersey Drive
        Fort Washington, PA  19034

        Wachovia Bank, N.A.
        Att'n General Counsel
        1 Wachovia Center
        Charlotte, NC 28288-0013

        Burr Forman LLP
        Att'n D. Christopher Carson, Esq.
        420 North 20th Street
        Suite 3400
        Birmingham, AL 3520