**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------X
In re:                           Chapter 11
                                 Case No. 05-44481 (rdd)
Delphi Corporation., et al.      Jointly Administered

            Debtors
---------------------------X
```

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT, DATED, MARCH 17, 2008, DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.