IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

In re                           :     Chapter 11
                                         :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                       :

                    Debtors.    :     (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On March 18, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

    1)    Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Nd Modified Claim Asserting Reclamation ("Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Claims Objection") (Docket No. 13153) [a copy of which is attached hereto as Exhibit B]

On March 18, 2008, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight mail:

    2)    Debtors' Omnibus Reply In Support Of Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments ("Debtors' Omnibus Reply In Support Of Twenty-Seventh Omnibus Claims Objection") (Docket No. 13155) [a copy of which is attached hereto as Exhibit D]

Dated: March 20, 2008

_____/s/ Elizabeth Adam_____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of March, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____/s/ L. Maree Sanders_____

Commission Expires:_____10/1/09____

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:43 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Louisiana Dept of Revenue | Collections Division Bankruptcy Section | PO Box 66658 | Baton Rouge | LA | 70896 |

# EXHIBIT B

**Hearing Date: March 19, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SIXTH OMNIBUS
OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) UNTIMELY CLAIMS
NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY
CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION
<u>AND MODIFIED CLAIM ASSERTING RECLAMATION</u>

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SIXTH
OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686) (the "Twenty-Sixth Omnibus Claims Objection"), and respectfully represent as follows:

1.    The Debtors filed the Twenty-Sixth Omnibus Claims Objection on February 15, 2008, seeking entry of an order (a) disallowing and expunging certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because they (i) were duplicative of other Claims or have been amended or superseded by later-filed Claims, (ii) assert liabilities or dollar amounts that are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar Date Order, (iii) were filed by taxing authorities and assert liabilities or dollar amounts that are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar Date Order, (iv) were untimely filed pursuant to the Bar Date Order, and (v) were filed by taxing authorities and were untimely filed pursuant to the Bar Date Order, and (b) revising the (i) amount or classification, and/or changing the identity of the alleged Debtor, with respect to certain Claims and (ii) amount and classification with respect to a Claim which is subject to a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject to certain reserved defenses, and other claims

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Twenty-Fifth Omnibus Claims Objection.

2

which are held by Claimants who are deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to certain reserved defenses.

2.       The Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Twenty-Sixth Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Twenty-Sixth Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on March 12, 2008.

3.       As of March 17, 2008 at 12:00 p.m. (prevailing Eastern time), the Debtors had received 10 timely-filed formal docketed responses and one undocketed response (collectively, the "Responses") to the Twenty-Sixth Omnibus Claims Objection.  In the aggregate, the Responses cover 17 Claims.  Attached hereto as Exhibit A is a chart summarizing each of the Responses and listing the 17 Claims for which a Response was filed.  Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No. 6089) entered on December 6, 2006 (the "Claims Objection Procedures Order"), the hearing with respect to each of the 17 Claims covered by the Responses will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.

4.       Attached hereto as Exhibit B is a revised proposed order (the "Revised Proposed Order"),[2] which reflects the adjournment of the hearings with respect to the Claims for

---

[2]        Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of proposed order that was submitted with the Twenty-Sixth Omnibus Claims Objection.

3

which Responses were filed or received by the Debtors. Such adjournment will be without prejudice to the Debtors' right to assert that any of such Responses was untimely or otherwise deficient under the Claims Objection Procedures Order.

5.        In addition to the Responses, the Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested with the Twenty-Sixth Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses"). The Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

6.        Except for those Claims with respect to which the hearings have been adjourned to future dates, the Debtors believe that the Revised Order adequately addresses the issues raised by the respondents. Thus, the Debtors request that the Court grant the relief requested by the Debtors and enter the Revised Order.

WHEREFORE the Debtors respectfully request that this Court (a) enter the

Revised Order, (b) adjourn the hearing with respect to all Claims for which a Response was filed

pursuant to the Claims Objection Procedures Order, and (c) grant the Debtors such other and

further relief as is just.


Dated: New York, New York
          March 18, 2008

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP


                                    By: /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr. (JB 4711)
                                         John K. Lyons (JL 4951)
                                         Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois  60606
                                    (312) 407-0700

                                              - and -


                                    By: /s/ Kayalyn A. Marafioti
                                         Kayalyn A. Marafioti (KM 9632)
                                         Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York  10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                      Debtors and Debtors-in-Possession

5

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Twenty-Sixth Omnibus Claims Objection
Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | City of Pharr (Docket No. 12769) | 16790 | City of Pharr, Texas ("Pharr") disagrees with the Debtors' Twenty-Sixth Omnibus Claims Objection (the "Objection") to disallow and expunge proof of claim no. 16790. Pharr asserts that it did not receive adequate notice of the filing of the bankruptcy case and therefore should not be bound by the bar date. Pharr further asserts that even if its claim is disallowed, its tax liens will survive and the Debtors will be required to segregate all assets and/or proceeds from the sale of any assets encumbered by its tax liens. | Untimely tax claims | Adjourn |
| 2. | Rosalyn Motley (Docket No. 12949) | 16794 | Rosalyn Motley ("Motley") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 16794. Motley asserts that proof of claim no. 11184 was timely filed and disallowed pursuant to the Third Omnibus Claims Objection Order (Docket No. 6224). Motley appears to argue that because the Debtors were aware of (i) the underlying action pending in the Northern District of Alabama Western Division, and (ii) the timely filed but disallowed proof of claim no. 11184, the Debtors fail to meet | Untimely books and records claims | Adjourn |

---

[1]  This chart reflects all Responses entered on the docket as of Monday, March 17, 2008 at 12:00 p.m. (prevailing Eastern time).

[2]  This chart reflects all resolutions or proposals as of Monday, March 17, 2008 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | their burden in objecting to proof of claim no. 16794. Motley further asserts that proof of claim no. 16794 should be estimated and allowed in the amount of $40,000.00. Motley attaches a copy of the complaint filed in the underlying action. | | |
| 3. | American Aikoku Alpha (Docket No. 13013) | a) 16783<br><br>b) 16796 | American Aikoku Alpha ("Aikoku") disagrees with the Debtors' Objection to disallow and expunge its proofs of claim as untimely. Aikoku asserts that it submitted a reclamation demand letter to the Debtors' on October 17, 2005. Aikoku further asserts that its reclamation demand letter (i) operates as a valid informal proof of claim and (ii) that untimely filed proof of claim 16783 therefore amends the timely informal proof of claim. Aikoku attaches its reclamation demand letter and proof of claim no. 16783. | a) Untimely claims<br><br>b) Duplicate or amended claims | Adjourn |
| 4. | Futaba Corporation Of America (As Successor By Merger To Trans-Tron Ltd., Inc.) (Docket No. 13039) | 9263 | Futaba Corporation of America ("Futaba"), as successor by merger to Trans-Tron Ltd., Inc., disagrees with the Debtors' Objection to reduce proof of claim no. 9263 from $2,901,601.14 (of which $2,713,191.25 was an unsecured claim and $188,409.89 was a priority reclamation claim) to an unsecured claim in the amount of $660,882.60. Futaba asserts that the Debtors have not produced sufficient evidence to rebut the prima facie validity of proof of claim no. 9263. | Modified claims asserting reclamation | Adjourn |
| 5. | Harman Becker Automotive Systems, Inc. (Docket No. 13052) | 6606 | Harman Becker Automotive Systems, Inc. ("Harman") disagrees with the Debtors' Objection to reduce proof of claim no. 6606 from $191,024.66 to $181,360.63. Harman asserts that the Debtors have not produced any evidence to rebut the prima facie validity of proof of claim no. 6606. Harman attaches new additional documentation in support of | Claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | its claim. | | |
| 6. | Louisiana Department Of Revenue (Docket No. 13077) | 16707 | The Louisiana Department of Revenue ("Louisiana DOR") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 16707, which was asserted as a prioty tax claim in the amount of $7,436.36. Louisiana DOR argues that each of the factors for excusable neglect outlined in Pioneer Investment Services v. Brunswick Associates Limited Partnership, 507 U.S. 380 (1993) supports allowance of proof of claim no. 16707. | Untimely tax claims | Adjourn |
| 7. | TGI Direct Inc. (Docket No. 13084) | 16780 | TGI Direct Inc. ("TGI") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 16780. TGI asserts that proof of claim no. 16780 is supported by separate consideration and documentation. | Duplicate or amended claims | Adjourn |
| 8. | City Of Dayton, Ohio (Docket No. 13092) | 16440 | The City of Dayton, Ohio ("Dayton") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 16440. Dayton appears to assert that proof of claim no. 16440 amends previously filed proof of claim no. 16404. Dayton argues that proof of claim no. 16440 should be deemed timely filed pursuant to Pioneer Investment Services v. Brunswick Associates Limited Partnership, 507 U.S. 380 (1993). In the alternative, Dayton asserts that the Court should reconsider previously expunged proof of claim no. 16404 based on excusable neglect.<br><br>Dayton further asserts (i) that it was unaware that proof of claim no. 16404 was expunged on the Debtors' Thirteenth Omnibus Claims Objection and (ii) that it is "unclear" whether Dayton was ever served with the Debtors' | Untimely tax claims | Adjourn |

3

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | Thirteenth Omnibus Claims Objection. | | |
| 9. | United States of America (Docket No. 13121) | 16753, 16754 | The United States Attorney for the Southern District of New York (the "United States"), disagrees with the Debtors' Objection to disallow proof of claim no. 16753, which was filed by the Equal Employment Opportunity Commission (the "EEOC") and proof of claim no. 16754, which was filed on behalf of Stanley N. Straughter ("Straughter").

Firstly, the United States asserts that both proof of claim no. 16753 and proof of claim no. 16754 are administrative expense claims that are not subject to the bar date. Secondly, the United States further asserts that at the February 29, 2008 hearing, counsel for the Debtors orally withdrew their Objection to the Straughter claim and any postpetition claim filed by the EEOC, therefore the Debtors are estopped from objecting on timeliness grounds. Thirdly, the United States argues that Straughter (i) was never served with the Bar Date Order and (ii) had no claim at the time the Bar Date Notice was served via publication.

The United States further asserts that the Debtors have failed to produce evidence sufficient to rebut the prima facie validity of proofs of claim nos. 16753 and 16754. The United States reattaches the proofs of claim and new additional supporting documentation. | Untimely books and records claims | Adjourn |
| 10. | Audrey Amort (Docket No. 13131) | 9221 | Audrey Amort ("Amort") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 9221 as duplicative of proof of claim no. 16768. Amort asserts (i) | Duplicate or amended claims | Adjourn |

| | Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|---|
| | | | that the proper amount of her claim is $105,672.90 and (ii) that she has no knowledge of proof of claim no. 16768. | | |
| 11. | Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. (Undocketed) | 13926, 16622, 16624, 16770, and 16775 | Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. (collectively, "Apple") and the Debtors are currently negotiating a stipulation resolving the Debtors' Objection as to proofs of claim nos. 13926, 16622, 16624, 16770, and 16775. Proof of claim no. 16778 will be treated as Apple's surviving claim. | Duplicate or amended claims | Adjourn |

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR
AMENDED CLAIMS, (B) UNTIMELY CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS AND
(II) MODIFYING (A) CLAIMS SUBJECT TO MODIFICATION AND (B)
MODIFIED CLAIM ASSERTING RECLAMATION IDENTIFIED IN
<u>TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION ORDER")

          Upon the Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain Claims, dated February 15, 2008 (the "Twenty-Sixth Omnibus

Claims Objection")[1] (Docket No. 12686), of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Sixth

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
       Twenty-Sixth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B-1, B-2, C-1, C-2, and D hereto was properly and timely served with a copy of the Twenty-Sixth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Sixth Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Sixth Omnibus Claims Objection.  No other or further notice of the Twenty-Sixth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twenty-Sixth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Sixth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Sixth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

---

[2]  Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

D.       The Claims listed on <u>Exhibit B-1</u> contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

E.       The Claims listed on <u>Exhibit B-2</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

F.       The Claims listed on <u>Exhibit C-1</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

G.       The Tax Claims listed on <u>Exhibit C-2</u> hereto, which were filed by taxing authorities, were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

H.       The Claim listed on <u>Exhibit D</u> hereto is overstated and was filed and docketed against the wrong Debtors (the "Claim Subject To Modification").

I.       The relief requested in the Twenty-Sixth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.       Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each Untimely Books And Records Claim listed on Exhibit B-1 hereto is

hereby disallowed and expunged in its entirety.

3.      Each Untimely Books And Records Tax Claim listed on Exhibit B-2

hereto is hereby disallowed and expunged in its entirety.

4.      Each Untimely Claim listed on Exhibit C-1 hereto is hereby disallowed

and expunged in its entirety.

5.      Each Untimely Tax Claim listed on Exhibit C-2 hereto is hereby

disallowed and expunged in its entirety.

6.      The "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  The Claimant listed on Exhibit D hereto shall not be entitled to (a)

recover for any Claim Subject to Modification in an amount exceeding the dollar value listed as

the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit D hereto, subject to the

Debtors' right to further object to each such Claim Subject to Modification.  The Claim Subject

to Modification shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

7.      For clarity, Exhibit F hereto displays the formal name of each of the

Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D, E-5, and

E-6 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B-1, B-2, C-1, C-2, D,

E-1, E-2, E-3, E-4, E-5, and E-6 in alphabetical order by claimant and cross-references each such

Claim by proof of claim number and basis of objection.

4

8.    The hearing regarding the objection to the Claim listed on Exhibits E-1, E-2, E-3, E-4, E-5, and E-6 hereto, for which a Response to the Twenty-Sixth Omnibus Claims Objection has been filed or received by the Debtors and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Sixth Omnibus Claims Objection; provided, however, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Remaining Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this Court for the purposes of requesting that this Court modify the Remaining Claim to assert such Remaining Claim against a different Debtor.

5

10.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Sixth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Sixth Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, C-1, C-2, D, E-1, E-2, E-3, E-4, E-5, and E-6 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Sixth Omnibus Claims Objection. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

13.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Sixth Omnibus Claims Objection.


Dated: New York, New York
        March ___, 2008


_____
    UNITED STATES BANKRUPTCY JUDGE


6

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim Number: 16782 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 1077 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/14/2008 | | Date Filed: 12/08/2005 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| AMETEK PITTMAN INC | Priority: | AMETEK PITTMAN INC F K A | Priority: $713.80 |
| 343 GODSHALL DR | Administrative: | PENNENGINEERING MOTION TECHNOLOGIES | Administrative: |
| HARLEYSVILLE, PA 19438 | Unsecured: $713.80 | PITTMAN DIVISION | Unsecured: |
| | | 343 GODSHALL DR | |
| | Total: $713.80 | HARLEYSVILLE, PA 19438 | Total: $713.80 |
| Claim Number: 16781 | Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44597) | Claim Number: 729 | Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44597) |
| Date Filed: 01/14/2008 | | Date Filed: 11/21/2005 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| AMETEK PITTMAN INC | Priority: | AMETEK PITTMAN INC F K A PENN | Priority: $55,503.21 |
| 343 GODSHALL DR | Administrative: | ENGINEERING MOTION TECHNOLOGIES | Administrative: |
| HARLEYSVILLE, PA 19438 | Unsecured: $55,503.21 | PITTMAN DIVISION | Unsecured: |
| | | 343 GODSHALL DR | |
| | Total: $55,503.21 | HARLEYSVILLE, PA 19438 | Total: $55,503.21 |
| Claim Number: 12333 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16785 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| FIDUCIARY COUNSELORS INC AS | Priority: UNL | FIDUCIARY COUNSELORS INC AS | Priority: $1,344,586.00 |
| INDEPENDENT FIDUCIARY FOR ASEC | Administrative: | INDEPENDENT FIDUCIARY FOR ASEC | Administrative: |
| MANUFACTURING RETIREMENT PROGRAM | Unsecured: UNL | MANUFACTURING RETIREMENT PROGRAM | Unsecured: |
| 700 12TH ST NW STE 700 | | 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | Total: UNL | WASHINGTON, DC 20005 | Total: $1,344,586.00 |
| Claim Number: 12337 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16789 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/26/2006 | | Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| FIDUCIARY COUNSELORS INC AS | Priority: UNL | FIDUCIARY COUNSELORS INC AS | Priority: UNL |
| INDEPENDENT FIDUCIARY FOR DELPHI | Administrative: | INDEPENDENT FIDUCIARY FOR DELPHI | Administrative: |
| CORPORATION RETIREMENT PROGRAM FOR | Unsecured: UNL | CORPORATION RETIREMENT PROGRAM FOR | Unsecured: UNL |
| SALARIED EMPLOYEES | | SALARIED EMPLOYEES | |
| 700 12TH ST NW STE 700 | Total: UNL | 700 12TH ST NW STE 700 | Total: UNL |
| WASHINGTON, DC 20005 | | WASHINGTON, DC 20005 | |

*UNL denotes an unliquidated claim

Page 1 of 3

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

### CLAIM TO BE EXPUNGED *

| | |
|---|---|
| Claim Number: 12335 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | |
| Creditor's Name and Address: | Secured: |
| | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | Unsecured: UNL |
| HOURLY RATE EMPLOYEES PENSION PLAN | |
| 700 12TH ST NW STE 700 | Total: UNL |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 12336 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | |
| Creditor's Name and Address: | Secured: |
| | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | Unsecured: UNL |
| MECHATRONIC SYSTEMS RETIREMENT | |
| PROGRAM | Total: UNL |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 12334 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | |
| Creditor's Name and Address: | Secured: |
| | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | Unsecured: UNL |
| HUGHES INTERCONNECT BARGAINING | |
| RETIREMENT PLAN | Total: UNL |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 12338 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | |
| Creditor's Name and Address: | Secured: |
| | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | Unsecured: UNL |
| HUGHES INTERCONNECT NONBARGAINING | |
| RETIREMENT PLAN | Total: UNL |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

### SURVIVING CLAIM *

| | |
|---|---|
| Claim Number: 16788 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: |
| | Priority: UNL |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | Unsecured: UNL |
| HOURLY RATE EMPLOYEES PENSION PLAN | |
| 700 12TH ST NW STE 700 | Total: UNL |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 16784 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: |
| | Priority: $250,399.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR DELPHI | Unsecured: |
| MECHATRONIC SYSTEMS RETIREMENT | |
| PROGRAM | Total: $250,399.00 |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 16786 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: |
| | Priority: $1,142,140.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | Unsecured: UNL |
| HUGHES INTERCONNECT BARGAINING | |
| RETIREMENT PLAN | Total: $1,142,140.00 |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

| | |
|---|---|
| Claim Number: 16787 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/16/2008 | |
| Creditor's Name and Address: | Secured: |
| | Priority: $2,977,925.00 |
| FIDUCIARY COUNSELORS INC AS | Administrative: |
| INDEPENDENT FIDUCIARY FOR PACKARD | Unsecured: |
| HUGHES INTERCONNECT NON BARGAINING | |
| RETIREMENT PLAN | Total: $2,977,925.00 |
| 700 12TH ST NW STE 700 | |
| WASHINGTON, DC 20005 | |

*UNL. denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim Number: 16760 | Claim Number: 16761 |
| Date Filed: 12/19/2007 | Date Filed: 12/26/2007 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| JCR INVESTMENTS LLC | JCR INVESTMENTS LLC |
| DANN PECAR NEWMAN & KLEIMAN PC | DANN PECAR NEWMAN & KLEIMAN PC |
| 2300 ONE AMERICA TOWER | 2300 ONE AMERICA TOWER |
| INDIANAPOLIS, IN 46282 | INDIANAPOLIS, IN 46282 |
| Debtor: DELPHI CORPORATION (05-44481) | Debtor: DELPHI CORPORATION (05-44481) |
| Secured: | Secured: |
| Priority: | Priority: |
| Administrative: | Administrative: |
| Unsecured: $410,332.32 | Unsecured: $410,332.32 |
| Total: $410,332.32 | Total: $410,332.32 |
| Claim Number: 16763 | Claim Number: 16764 |
| Date Filed: 12/26/2007 | Date Filed: 12/28/2007 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| PEYTON C COCHRANE TAX COLLECTOR | PEYTON C COCHRANE TAX COLLECTOR |
| 714 GREENSBORO AVE RM 124 | 714 GREENSBORO AVE RM 124 |
| TUSCALOOSA, AL 35401 | TUSCALOOSA, AL 35401 |
| Debtor: DELPHI CORPORATION (05-44481) | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured: | Secured: |
| Priority: | Priority: |
| Administrative: $68,521.63 | Administrative: $68,521.63 |
| Unsecured: | Unsecured: |
| Total: $68,521.63 | Total: $68,521.63 |

Total Claims To Be Expunged: 2
Total Asserted Amount To Be Expunged: $535,070.90

Page 3 of 3

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                                 **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEX A DAVIDSON<br>15212 OUTLOOK ST<br>OVERLAND PARK, KS 66223 | 16762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,000.00<br><br><br><br>$35,000.00 | 12/26/2007 | DELPHI CORPORATION<br>(05-44481) |
| CITY OF BROOKHAVEN<br>WATKINS LUDLAM WINTER &<br>STENNIS PA<br>PO BOX 427<br>JACKSON, MS 39205-0427 | 16743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,950.00<br>$93,950.00 | 11/13/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| PITNEY BOWES CREDIT<br>CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-5151 | 16766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$854.51<br><br>$854.51 | 01/07/2008 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 3 | $129,804.51 |
|---|---|---|---|

In re Delphi Corporation, et al.                                    Twenty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 16792 | Secured: Priority: Administrative: Unsecured: Total: | $52.32 $52.32 | 01/23/2008 | DELPHI CORPORATION (05-44481) |
| PEYTON C COCHRANE TAX COLLECTOR 714 GREENSBORO AVE RM 124 TUSCALOOSA, AL 35401 | 16764 | Secured: Priority: Administrative: Unsecured: Total: | $68,521.63 $68,521.63 | 12/28/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRINCE GEORGES COUNTY MARYLAND 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737-1385 | 16791 | Secured: Priority: Administrative: Unsecured: Total: | $584.27 $584.27 | 01/18/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:          3                    $69,158.22

**In re Delphi Corporation, et al.**                              **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HANSEN BALK STEEL TREATING CO 1230 MONROE AVE NW GRAND RAPIDS, MI 49505-4690 | 16776 | Secured: Priority: Administrative: Unsecured: Total: | $1,631.52 $1,631.52 | 01/11/2008 | DELPHI CORPORATION (05-44481) |
| LORRAINE F BARNUM 4810 BRIARCLIFF SQ APT NO 6 HONEOYE, NY 14471-9686 | 16777 | Secured: Priority: Administrative: Unsecured: Total: | $200,000.00 $200,000.00 | 01/11/2008 | DELPHI CORPORATION (05-44481) |
| UNIWELL WELLROHR GMBH SIEGELFELDER STRASSE 1 EBERN, D-96106 GERMANY | 16793 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 01/23/2008 | DELPHI CORPORATION (05-44481) |
| WASHINGTON ANITA 3966 POTOMAC DR APT 3 MEMPHIS, TN 38128-5518 | 16765 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 01/04/2008 | DELPHI CORPORATION (05-44481) |

Total:        4                    $201,631.52

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 10824
Date Filed:   07/25/2006
Docketed Total:   $79,343.84
Filing Creditor Name and Address:
OWENS CORNING FIBERGLASS
INC C/O OWENS CORNING
WORLD HEADQUARTERS
ONE OWENS CORNING PKWY
TOLEDO, OH 43659

**CLAIM AS DOCKETED**

Claim Holder Name and Address

OWENS CORNING FIBERGLASS INC
C/O OWENS CORNING WORLD
HEADQUARTERS
ONE OWENS CORNING PKWY
TOLEDO, OH 43659

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,343.84 |

Docketed Total:   $79,343.84

$79,343.84

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $78,935.00 |

Modified Total:   $78,935.00

$78,935.00

**Total Claims To Be Modified: 1**

Total Amount As Docketed:     $79,343.84

Total Amount As Modified:     $78,935.00

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

## EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS

### CLAIM TO BE EXPUNGED *

**Claim Number:** 16796
**Date Filed:** 01/29/2008
**Creditor's Name and Address:**
AMERICAN AIKOKU ALPHA INC
C O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | | |
| Administrative: | | |
| Unsecured: | | $429,525.84 |
| Total: | | $429,525.84 |

**Claim Number:** 13926
**Date Filed:** 07/31/2006
**Creditor's Name and Address:**
APPLE COMPUTER INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | UNL. |
| Priority: | | $5,578,615.86 |
| Administrative: | | |
| Unsecured: | | UNL. |
| Total: | | $5,578,615.86 |

**Claim Number:** 16775
**Date Filed:** 01/10/2008
**Creditor's Name and Address:**
APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD
APPLE INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | $7,035,552.42 |
| Priority: | | |
| Administrative: | | |
| Unsecured: | | |
| Total: | | $7,035,552.42 |

**Claim Number:** 16770
**Date Filed:** 01/08/2008
**Creditor's Name and Address:**
APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD
APPLE INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | $7,035,552.42 |
| Priority: | | |
| Administrative: | | |
| Unsecured: | | |
| Total: | | $7,035,552.42 |

### SURVIVING CLAIM *

**Claim Number:** 16783
**Date Filed:** 01/16/2008
**Creditor's Name and Address:**
AMERICAN AIKOKU ALPHA INC
C O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | | $5,823.94 |
| Administrative: | | |
| Unsecured: | | $423,701.90 |
| Total: | | $429,525.84 |

**Claim Number:** 16778
**Date Filed:** 01/10/2008
**Creditor's Name and Address:**
APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD
SENIOR COUNSEL
APPLE INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | $7,035,552.42 |
| Priority: | | UNL. |
| Administrative: | | |
| Unsecured: | | UNL. |
| Total: | | $7,035,552.42 |

**Claim Number:** 16778
**Date Filed:** 01/10/2008
**Creditor's Name and Address:**
APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD
SENIOR COUNSEL
APPLE INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | $7,035,552.42 |
| Priority: | | UNL. |
| Administrative: | | |
| Unsecured: | | UNL. |
| Total: | | $7,035,552.42 |

**Claim Number:** 16778
**Date Filed:** 01/10/2008
**Creditor's Name and Address:**
APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD
SENIOR COUNSEL
APPLE INC
1 INFINITE LOOP
CUPERTINO, CA 95014

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | $7,035,552.42 |
| Priority: | | UNL. |
| Administrative: | | |
| Unsecured: | | UNL. |
| Total: | | $7,035,552.42 |

*UNL. denotes an unliquidated claim

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

## EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| **Claim Number:** 16622 <br> **Date Filed:** 07/05/2007 <br> **Creditor's Name and Address:** <br> APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD SENIOR COUNSEL <br> APPLE INC <br> 1 INFINITE LOOP <br> CUPERTINO, CA 95014 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: UNL <br> Priority: UNL <br> Administrative: UNL <br> Unsecured: UNL <br> **Total:** UNL | **Claim Number:** 16778 <br> **Date Filed:** 01/10/2008 <br> **Creditor's Name and Address:** <br> APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD SENIOR COUNSEL <br> APPLE INC <br> 1 INFINITE LOOP <br> CUPERTINO, CA 95014 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: $7,035,552.42 <br> Priority: UNL <br> Administrative: UNL <br> Unsecured: UNL <br> **Total:** $7,035,552.42 |
| **Claim Number:** 16624 <br> **Date Filed:** 07/10/2007 <br> **Creditor's Name and Address:** <br> APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD SENIOR COUNSEL <br> APPLE INC <br> 1 INFINITE LOOP <br> CUPERTINO, CA 95014 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: UNL <br> Priority: UNL <br> Administrative: UNL <br> Unsecured: UNL <br> **Total:** UNL | **Claim Number:** 16778 <br> **Date Filed:** 01/10/2008 <br> **Creditor's Name and Address:** <br> APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD SENIOR COUNSEL <br> APPLE INC <br> 1 INFINITE LOOP <br> CUPERTINO, CA 95014 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: $7,035,552.42 <br> Priority: UNL <br> Administrative: UNL <br> Unsecured: UNL <br> **Total:** $7,035,552.42 |
| **Claim Number:** 9221 <br> **Date Filed:** 07/10/2006 <br> **Creditor's Name and Address:** <br> AUDREY AMORT CARRERA <br> 730 BOUNTY DR 3018 <br> FOSTER CITY, CA 94404 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: $79,362.00 <br> Administrative: <br> Unsecured: <br> **Total:** $79,362.00 | **Claim Number:** 16768 <br> **Date Filed:** 01/07/2008 <br> **Creditor's Name and Address:** <br> AUDREY AMORT CARRERA <br> 730 BOUNTY DR 3018 <br> FOSTER CITY, CA 94404 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: $105,672.90 <br> Administrative: <br> Unsecured: <br> **Total:** $105,672.90 |
| **Claim Number:** 16780 <br> **Date Filed:** 01/10/2008 <br> **Creditor's Name and Address:** <br> TGI DIRECT INC <br> G 9460 S SAGINAW ST STE A <br> GRAND BLANC, MI 48439 <br><br> **Debtor:** DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: $24,459.00 <br> Administrative: <br> Unsecured: <br> **Total:** $24,459.00 | **Claim Number:** 8929 <br> **Date Filed:** 07/05/2006 <br> **Creditor's Name and Address:** <br> TGI DIRECT INC <br> 5365 HILL 23 DR <br> FLINT, MI 48507 <br><br> **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) <br> Secured: <br> Priority: <br> Administrative: $68,364.68 <br> Unsecured: <br> **Total:** $68,364.68 |

**Total Claims To Be Expunged:**

**Total Asserted Amount To Be Expunged:**    $20,183,067.4

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                              **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROSALYN MOTLEY WIGGINS CHILDS QUINN & PANTAZIS LLC THE KRESS BLDG 301 19TH ST N BIRMINGHAM, AL 35203 | 16794 | Secured: Priority: Administrative: Unsecured: Total: | $40,000.00 $40,000.00 | 02/07/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STANLEY N STRAUGHTER PO BOX 19391 ROCHESTER, NY 14619 | 16754 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 33 WHITEHALL ST NEW YORK, NY 10004 | 16753 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/18/2007 | DELPHI CORPORATION (05-44481) |
| | **Total:** **3** | | **$40,000.00** | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                    Twenty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC C O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 16783 | Secured: Priority: Administrative: Unsecured: Total: | $5,823.94 $423,701.90 $429,525.84 | 01/16/2008 | DELPHI CORPORATION (05-44481) |

| | Total: | 1 | $429,525.84 |
|---|---|---|---|

**In re Delphi Corporation, et al.**                                                    **Twenty-Sixth Omnibus Claims Objection**
**Case No. 05-33348 1RDD(**

## EXHIBIT E-3 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DAYTON OHIO<br>ATTN TAX COLLECTIONS<br>101 W 3RD ST<br>DAYTON, OH 45402 | 16640 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $427,534.25<br><br><br>$427,534.25 | 08/13/2007 | DELPHI CORPORATION<br>(05-44481) |
| CITY OF PHARR<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $411.48<br><br><br><br>$411.48 | 01/18/2008 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF LOUISIANA LOUISIANA<br>DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 16707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,436.36<br><br><br>$7,436.36 | 09/17/2007 | DELPHI CORPORATION<br>(05-44481) |

Total:          $                          ) 3$5,$42.09

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | |
| Claim: 6606 | HARMAN BECKER AUTOMOTIVE SYSTE | | | | | | | |
| Date Filed: 05/22/2006 | | | | | | | | |
| Docketed Total: $191,024.66 | Docketed Total: | | | $191,024.66 | Modified Total: | | | $181,360.63 |
| Filing Creditor Name and Address: | HARMAN KARDON | | | | | | | |
| HARMAN BECKER AUTOMOTIVE SYSTE | 1201 S OHIO ST | | | | | | | |
| HARMAN KARDON | MARTINSVILLE, IN 46151-2914 | | | | | | | |
| 1201 S OHIO ST | | | | | | | | |
| MARTINSVILLE, IN 46151-2914 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number* | | | $191,024.66 | Case Number* | | | $181,360.63 |
| | 05-44481 | | | $191,024.66 | 05-46640 | | | $181,360.63 |
| | | | | | **Total Claims To Be Modified: 1** | | | |
| | | | | | **Total Amount As Docketed:** | $191,024.66 | | |
| | | | | | **Total Amount As Modified:** | $181,360.63 | | |

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Sixth Omnibus Claims Objection**

**EXHIBIT E-6 – ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9263<br>Date Filed: 07/11/2006<br>Docketed Total: $2,901,601.14<br>Filing Creditor Name and Address:<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVENUE<br>NEW YORK, NY 10179<br><br>Docketed Total: $2,240,718.54<br><br>Case Number*: 05-44481<br>Secured    Priority $188,409.89    Unsecured $2,052,308.65<br>$188,409.89    $2,052,308.65 | Modified Total: $1,646,316.31<br><br>Case Number*: 05-44640<br>Secured    Priority $9,609.15    Unsecured $1,636,707.16<br>$9,609.15    $1,636,707.16 |
| | Claim Holder Name and Address<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826<br><br>Docketed Total: $660,882.60<br><br>Case Number*: 05-44481<br>Secured    Priority UNL    Unsecured $660,882.60<br>UNL    $660,882.60 | Modified Total: $660,882.60<br><br>Case Number*: 05-44640<br>Secured    Priority $0.00    Unsecured $660,882.60<br>$0.00    $660,882.60 |

Total Claims To Be Modified: 1

Total Amount As Docketed: $2,901,601.14

Total Amount As Modified: $2,307,198.91

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 1 of 1

In re Delphi Corporation, <u>et al.</u>                                    **Twenty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

**Exhibit F - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

Exhibit G - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ALEX A DAVIDSON | 16762 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16781 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| AMETEK PITTMAN INC | 16782 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| APPLE COMPUTER INC | 13926 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16770 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16775 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16622 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| APPLE INC FORMERLY KNOWN AS APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16624 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| AUDREY AMORT CARBRERA | 9221 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC/TRANS TRON LTD INC | 9263 | EXHIBIT E-6 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| CITY OF BROOKHAVEN | 16743 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| CITY OF DAYTON OHIO | 16640 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| CITY OF PHARR | 16790 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| COUNTY OF DENTON CITY OF SANGER A MUNICIPAL CORPORATION SANGER INDEPENDENT SCHOOL DISTRICT | 16792 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR ASEC MANUFACTURING RETIREMENT PROGRAM | 12333 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI CORPORATION RETIREMENT PROGRAM FOR SALARIED EMPLOYEES | 12337 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI HOURLY RATE EMPLOYEES PENSION PLAN | 12335 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR DELPHI MECHATRONIC SYSTEMS RETIREMENT PROGRAM | 12336 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT BARGAINING RETIREMENT PLAN | 12334 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Sixth Omnibus Claims Objection

Exhibit G - Claimants And Related Claims Subject To Twenty-Sixth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| FIDUCIARY COUNSELORS INC AS INDEPENDENT FIDUCIARY FOR PACKARD HUGHES INTERCONNECT NONBARGAINING RETIREMENT PLAN | 12338 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| HANSEN BALK STEEL TREATING CO | 16776 | EXHIBIT C - UNTIMELY CLAIMS |
| HARMAN BECKER AUTOMOTIVE SYSTE | 6606 | EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| JCR INVESTMENTS LLC | 16760 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| LORRAINE F BARNUM | 16777 | EXHIBIT C - UNTIMELY CLAIMS |
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION |
| PEYTON C COCHRANE TAX COLLECTOR | 16763 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| PEYTON C COCHRANE TAX COLLECTOR | 16764 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| PITNEY BOWES CREDIT CORPORATION | 16766 | EXHIBIT B-1 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| PRINCE GEORGES COUNTY MARYLAND | 16791 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS |
| ROSALYN MOTLEY | 16794 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| STANLEY N STRAUGHTER | 16754 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| STATE OF LOUISIANA LOUISIANA DEPARTMENT OF REVENUE | 16707 | EXHIBIT E-4 - ADJOURNED UNTIMELY TAX CLAIMS |
| TGI DIRECT INC | 16780 | EXHIBIT E-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS |
| TRANS TRON LTD INC | 9263 | EXHIBIT E-6 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| UNIWELL WELLROHR GMBH | 16793 | EXHIBIT C - UNTIMELY CLAIMS |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16753 | EXHIBIT E-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| WASHINGTON ANITA | 16765 | EXHIBIT C - UNTIMELY CLAIMS |

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :
In re                       :        Chapter 11
                         :
DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)
                         :
              Debtors.      :       (Jointly Administered)
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED
CLAIMS, (B) UNTIMELY CLAIMS NOT REFLECTED ON DEBTORS' BOOKS
AND RECORDS, AND (C) UNTIMELY CLAIMS, AND (D
(II) MODIFYING (A) CLAIMS SUBJECT TO MODIFICATION AND (B)
MODIFIED CLAIM ASSERTING RECLAMATION
IDENTIFIED IN
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION

("TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To

Modification And Modified Claim Asserting ReclamationClaims, dated February 15, 2008 (the

"Twenty-Sixth Omnibus Claims Objection"). [1] (Docket No. 12686), of Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the

Twenty-Sixth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5)

(as to each, a "Claim"), listed on <u>Exhibits</u> <u>A</u>, <u>B-1</u>, <u>B-2</u>, <u>C-1</u>, <u>C-2</u>, ~~D-1,~~ and <u>D-2</u> hereto was

properly and timely served with a copy of the Twenty-Sixth Omnibus Claims Objection, a

personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain

Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims

Objection Procedures Order"), the proposed order granting the Twenty-Sixth Omnibus

Claims Objection, and notice of the deadline for responding to the Twenty-Sixth Omnibus

Claims Objection.  No other or further notice of the Twenty-Sixth Omnibus Claims

Objection is necessary.

      B.      This Court has jurisdiction over the Twenty-Sixth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Sixth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Twenty-Sixth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408

and 1409.

---

*(cont'd from previous page)*

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Twenty-Sixth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

2    DeltaView comparison of pcdocs://chisr01a/587795/3 and pcdocs://chisr01a/587795/5. Performed on 3/18/2008.

C.      The Claims listed on <u>Exhibit A</u> hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.      The Claims listed on <u>Exhibit B-1</u> contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

E.      The Claims listed on <u>Exhibit B-2</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

F.      The Claims listed on <u>Exhibit C-1</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

G.      The Tax Claims listed on <u>Exhibit C-2</u> hereto, which were filed by taxing authorities, were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

H.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

H.      I. The Claim listed on <u>Exhibit D-2</u> hereto (a) (i) states the incorrect amount and is overstated, including as a result of the assertion of invalid unliquidated claims, and (ii) and was filed and docketed against the wrong Debtor, and (iii) incorrectly asserts priority status and (b) asserts a reclamation demand and the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b), a "Reclamation

Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's
agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial
determination that certain reserved defenses with respect to the reclamation demand are valid (the
"Modified Claim Asserting Reclamation").Debtors (the "Claim Subject To Modification").

I.        J.  The relief requested in the Twenty-Sixth Omnibus Claims Objection and
granted herein is in the best interests of the Debtors, their estates, their creditors, and other
parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
THAT:

1.        Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby
disallowed and expunged in its entirety.  Those Claims identified on Exhibit A hereto as
"Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to
future objection by the Debtors and other parties-in-interest.

2.        Each Untimely Books And Records Claim listed on Exhibit B-1
hereto is hereby disallowed and expunged in its entirety.

3.        Each Untimely Books And Records Tax Claim listed on Exhibit B-2
hereto is hereby disallowed and expunged in its entirety.

4.        Each Untimely Claim listed on Exhibit C-1 hereto is hereby
disallowed and expunged in its entirety.

5.        Each Untimely Tax Claim listed on Exhibit C-2 hereto is hereby
disallowed and expunged in its entirety.

6.        Each "Claim As Docketed" amount, classification, and Debtor listed on
Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit D-1 hereto shall be entitled to (a) recover for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-1 hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

        6.    7. The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on Exhibit D-2 hereto shall not be entitled to (a) recover for the Modified any Claim Asserting Reclamation Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2 hereto, subject to the Debtors' right to further object to hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation Claim Subject to Modification. The Modified Claim Asserting Reclamation Claim Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    8. For clarity, Exhibit ~~E~~F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D, E~~-1 and D-2~~5, and E-6 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B-1, B-2, C-1, C-2, D, E-1, E-2, E-3, E-4, E-5, and E-6 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

8.    The hearing regarding the objection to the Claim listed on Exhibits E-1, E-2, E-3, E-4, E-5, and E-6 hereto, for which a Response to the Twenty-Sixth Omnibus Claims Objection has been filed or received by the Debtors and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Sixth Omnibus Claims Objection; provided, however, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Remaining Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such

Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a

Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein

shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a

Remaining Claim from seeking relief from this Court for the purposes of requesting that

this Court modify the Remaining Claim to assert such Remaining Claim against a different

Debtor.

           10.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

           11.      This Court shall retain jurisdiction over the Debtors and the holders

of Claims subject to the Twenty-Sixth Omnibus Claims Objection to hear and determine all

matters arising from the implementation of this order.

           12.      Each of the objections by the Debtors to each Claim addressed in the

Twenty-Sixth Omnibus Claims Objection and attached hereto as Exhibits A, B-1,B-2, C-1,

C-2, D, E-1, E-2, E-3, E-4, E-5, and DE-26 constitutes a separate contested matter as

contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with

respect to each Claim that is the subject of the Twenty-Sixth Omnibus Claims Objection.

Any stay of this order shall apply only to the contested matter which involves such Claim

and shall not act to stay the applicability or finality of this order with respect to the other

contested matters covered hereby.

           13.      Kurtzman Carson Consultants LLC is hereby directed to serve this

order, including exhibits, in accordance with the Claims Objection Procedures Order.

           14.      The requirement under Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York for the

service and filing of a separate memorandum of law is deemed satisfied by the

Twenty-Sixth Omnibus Claims Objection.

Dated: New York, New York
       March ___, 2008

_____
       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:43 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Carolina Forge Co Meadville Forge Co | James M Lawniczak Nathan A Wheatley | Calfee Halter & Griswold LLP | 1400 McDonald Investment Ctr 800 Superior Ave | Cleveland | OH | 44114 |
| Longacre Master Fund Ltd | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | New York | NY | 10019 |
| Liquidity Solutions Inc | Dana P Kane | One University Plz Ste 312 | | Hackensack | NJ | 07601-0000 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:37 PM
27th Omni Reply SP

# EXHIBIT D

**Hearing Date: March 19, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :
      In re              :      Chapter 11
                    :
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                    :
           Debtors.    :      (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND MODIFY GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS

### ("DEBTORS' OMNIBUS REPLY IN SUPPORT OF TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this Omnibus Reply In Support Of Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 12687) (the "Twenty-Seventh Omnibus Claims Objection"), and respectfully represent as follows:

1.     The Debtors filed the Twenty-Seventh Omnibus Claims Objection on February 15, 2008, seeking entry of an order revising, upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confirmation Order, (a) the classification with respect to certain Claims, as that term is defined in 11 U.S.C. § 101(5), due to cure payments that the Debtors expect to make on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases (each, a "Contract Assumption"), (b) the classification with respect to certain Claims that have been modified pursuant to prior orders due to cure payments that the Debtors expect to make on account of a Contract Assumption, and (c) the classification with respect to certain Claims, some of which are subject to a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject to certain reserved defenses, others of which are held by Claimants who are deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to certain reserved defenses, and all of which are subject to prior orders that modified the classification of such claims due to cure payments that the Debtors expect to make on account of a Contract Assumption.

---

[1]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Twenty-Seventh Omnibus Claims Objection.

2

2.      The Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Twenty-Seventh Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Twenty-Seventh Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on March 12, 2008.

3.      As of March 17, 2008 at 12:00 p.m. (prevailing Eastern time), the Debtors had received three timely-filed formal docketed responses (collectively, the "Responses") to the Twenty-Seventh Omnibus Claims Objection.  In the aggregate, the Responses cover eight Claims. Attached hereto as Exhibit A is a chart summarizing each of the Responses and listing the eight Claims for which a Response was filed.  The Response filed by Carolina Forge Co. and Meadville Forging Co. (Docket No. 12854) (the "Resolved Response") pertaining to proof of claim number 10703 has been resolved and withdrawn pursuant to the Withdrawal of Objections of (I) Carolina Forge Co. and Meadville Forging Co. to the Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Qualified Bidders in Connection to Sale of Debtors' Bearing Business and (II) Carolina Forge Co. to Debtor's Twenty Seventh Omnibus Objection Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 to Certain Claims to Implement Cure Payments and Modify General Unsecured Claims by Amount of Cure Payment (Docket No. 13113).

4.      Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims entered on December 6, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the hearing with respect to each of the seven Claims for which a Response was filed, other than the Resolved Response, will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.

3

5.      Attached hereto as <u>Exhibit B</u> is the revised proposed order in respect of the Twenty-Seventh Omnibus Claims Objection (the "Revised Proposed Order"),[2] which reflects the adjournment of the hearings with respect to the Claims for which Responses were filed, other than proof of claim number 10703.  Such adjournment will be without prejudice to the Debtors' right to assert that any of such Responses was untimely or otherwise deficient under the Claims Objection Procedures Order.

6.      In addition to the Responses, the Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested with the Twenty-Seventh Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses").  The Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

7.      Except for those Claims with respect to which the hearings have been adjourned to future dates, the Debtors believe that the Revised Order adequately addresses the issues raised by the respondents.  Thus, the Debtors request that the Court grant the relief requested by the Debtors and enter the Revised Order.

---

[2]      Attached hereto as <u>Exhibit C</u> is a copy of the Revised Order marked to show revisions to the form of proposed order that was submitted with the Twenty-Seventh Omnibus Claims Objection.

4

WHEREFORE the Debtors respectfully request that this Court (a) enter the Revised

Order, (b) adjourn the hearing with respect to all Claims for which a Response was filed pursuant to

the Claims Objection Procedures Order, and (c) grant the Debtors such other and further relief as is

just.


Dated: New York, New York
        March 18, 2008

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP


                            By: /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr. (JB 4711)
                                  John K. Lyons (JL 4951)
                                  Ron E. Meisler (RM 3026)
                            333 West Wacker Drive, Suite 2100
                            Chicago, Illinois  60606
                            (312) 407-0700

                                            - and -


                            By: /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti (KM 9632)
                                  Thomas J. Matz (TM 5986)
                            Four Times Square
                            New York, New York  10036
                            (212) 735-3000

                            Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession

5

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Twenty-Seventh Omnibus Claims Objection*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Carolina Forge Co. And Meadville Forging Co. (Docket No. 12854) | 10703 | Carolina Forge Co. and Meadville Forging Co. have withdrawn their response to the Debtors' Twenty-Seventh Omnibus Claims Objection (the "Objection") (Docket No. 13113). | Claims asserting reclamation subject to prior orders, modification, and cure | Modified |
| 2. | Longacre Master Fund Ltd. (Docket No. 13089) | 9647 | Longacre Master Fund Ltd. ("Longacre") disagrees with the Debtors' Objection to reclassify proof of claim no. 9647. Longacre disagrees that Park Enterprises of Rochester, Inc. ("Park") holds proof of claim no. 9647 because Park transferred the claim to Longacre. Longacre further asserts that the Objection is improper because proof of claim no. 16395, a sub judice claim, amends and replaces proof of claim no. 9647. Therefore until the Court adjudicates proof of claim no. 16395, any Objection to reclassify proof of claim no. 9647 should be denied on the grounds that allowance of proof of claim no. 16395 would moot the relief sought with respect to proof of claim no. 9647. Longacre attaches its response to the Ninth Omnibus Claims Objection. | Claims asserting reclamation subject to prior orders, modification, and cure | Adjourned |

---

[1]  This chart reflects all Responses entered on the docket as of Monday, March 17, 2008 at 12:00 p.m. (prevailing Eastern time).

[2]  This chart reflects all resolutions or proposals as of Monday, March 17, 2008 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 3. | Liquidity Solutions (Docket No. 13093) | a) 15493, 15469, 7289, 11854<br><br>b) 2387, 805 | Liquidity Solutions, Inc. d/b/a Revenue Management ("LSI"), as assignee of certain original creditors, does not object to the reclassification of proofs of claim nos. 15493, 2387, 15469, 7289, 11854, and 805. LSI requests, however, that payment of the cure amounts be remitted directly to LSI, the current owner of the claims. LSI argues that the Debtors' arguments for dealing only with contract counterparties – upholding the integrity of the cure process and preventing interference with the Debtors' relationship with the counterparties – are moot because all that is left is the ultimate payment of cure. | a) Claims subject to modification due to cure<br><br>b) Claims subject to prior orders and to modification due to cure | Adjourned |

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
     In re                    :     Chapter 11
:
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
:
               Debtors.     :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
MODIFYING CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND
MODIFY GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS
<u>IDENTIFIED IN TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

     Upon the Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify

General Unsecured Claims By Amount Of Cure Payments, dated February 15, 2008 (the

"Twenty-Seventh Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Seventh

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A-1, A-2, and A-3 hereto was properly and timely served with a copy of the Twenty-Seventh Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Seventh Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Seventh Omnibus Claims Objection.  No other or further notice of the Twenty-Seventh Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Seventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Seventh Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Seventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A-1 hereto will be satisfied in whole or in part by Cure Payments (the "Exhibit A-1 Claims").

D.    The Claims listed on Exhibit A-2 hereto were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments (the "Exhibit A-2 Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

E.      The Claims listed on Exhibit A-3 hereto will be satisfied in whole or in part by Cure Payments, such Claims (a) state the incorrect amount or are overstated and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Exhibit A-3 Claims").

F.      The relief requested in the Twenty-Seventh Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on Exhibit A-1 hereto shall be revised to reflect classification listed as the "Claim As Modified."  No Claimant listed on Exhibit A-1 hereto shall be entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to further object to each such Exhibit A-1 Claim.  The Exhibit A-1 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

3

2.      Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on <u>Exhibit A-2</u> hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit A-2</u> hereto shall be entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right to further object to each such Exhibit A-2 Claim.  The Exhibit A-2 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

3.      Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confirmation Order, each "Claim As Docketed" classification listed on <u>Exhibit A-3</u> hereto shall be revised to reflect the classification listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit A-3</u> shall be entitled to assert a classification that is inconsistent with that listed in the "Claim As Modified" column on <u>Exhibit A-3</u> hereto, subject to the Debtors' right to further object to each such Exhibit A-3 Claim.  The Exhibit A-3 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

4.      For clarity, <u>Exhibit C</u> hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on <u>Exhibits A-1</u>, <u>A-2</u>, <u>A-3</u>, <u>B-1</u>, <u>B-2</u>, and <u>B-3</u> and <u>Exhibit D</u> sets forth each of the Claims referenced on <u>Exhibits A-1</u>, <u>A-2</u>, <u>A-3</u>, <u>B-1</u>, <u>B-2</u>, and <u>B-3</u> in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

5.      The hearing regarding the objection to the Claims listed on <u>Exhibits B-1</u>, <u>B-2</u>, and <u>B-3</u> hereto, for which a Response to the Twenty-Seventh Omnibus Claims Objection

4

has been filed and served and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

6.      Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Seventh Omnibus Claims Objection.

7.      Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

8.      This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Seventh Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

9.      Each of the objections by the Debtors to each Claim addressed in the Twenty-Seventh Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, A-3, B-1, B-2, and B-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Seventh Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

10.      Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

5

11.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Seventh Omnibus

Claims Objection.


Dated: New York, New York
        March ___, 2008


_____
    UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 9455**<br>Date Filed: 06/23/2006<br>Docketed Total: $171,798.50<br>Filing Creditor Name and Address:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name and Address<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393<br><br>Docketed Total: $171,798.50<br>Secured<br>Priority<br>Unsecured $171,798.50<br>$171,798.50<br>Case Number* 05-44640 | Modified Total: $171,798.50<br>Secured<br>Priority $169,414.09<br>$169,414.09<br>Unsecured $2,384.41<br>$2,384.41<br>Case Number* 05-44640 |
| **Claim: 7838**<br>Date Filed: 06/12/2006<br>Docketed Total: $1,434,038.60<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF AFX INDUSTRIES<br>LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,434,038.60<br>Secured<br>Priority<br>Unsecured $1,434,038.60<br>$1,434,038.60<br>Case Number* 05-44640 | Modified Total: $1,434,038.60<br>Secured<br>Priority $1,321,418.01<br>$1,321,418.01<br>Unsecured $112,620.59<br>$112,620.59<br>Case Number* 05-44640 |
| **Claim: 8722**<br>Date Filed: 06/28/2006<br>Docketed Total: $128,098.75<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF HY LEVEL<br>INDUSTRIES INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $128,098.75<br>Secured<br>Priority<br>Unsecured $128,098.75<br>$128,098.75<br>Case Number* 05-44640 | Modified Total: $128,098.75<br>Secured<br>Priority $101,811.00<br>$101,811.00<br>Unsecured $26,287.75<br>$26,287.75<br>Case Number* 05-44640 |
| **Claim: 7491**<br>Date Filed: 06/05/2006<br>Docketed Total: $1,617,353.43<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF NATIONAL<br>SEMICONDUCTER CORP<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,617,353.43<br>Secured<br>Priority<br>Unsecured $1,617,353.43<br>$1,617,353.43<br>Case Number* 05-44640 | Modified Total: $1,617,353.43<br>Secured<br>Priority $1,548,203.43<br>$1,548,203.43<br>Unsecured $69,150.00<br>$69,150.00<br>Case Number* 05-44640 |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

**EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 7091<br>Date Filed: 05/30/2006<br>Docketed Total: $61,342.54<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*<br>05-44640 | | | Docketed Total: $61,342.54<br><br>$61,342.54<br>$61,342.54 | | | | Modified Total: $61,342.54<br><br>$61,342.54<br>$61,342.54 |
| Claim: 15781<br>Date Filed: 08/01/2006<br>Docketed Total: $552,858.63<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*<br>05-44640 | | | Docketed Total: $552,858.63<br><br>$552,858.63<br>$552,858.63 | | | Modified Total: $552,858.63<br><br>Priority $405,291.00<br>$405,291.00 | Unsecured $147,567.63<br>$147,567.63 |
| Claim: 6802<br>Date Filed: 05/24/2006<br>Docketed Total: $12,030.60<br>Filing Creditor Name and Address:<br>COFICAB PORTUGAL COMPANHIA DE FIOS E CABOS LDA LOTE<br>46 ENJ8 1 KM 2.5<br>GUARDA, 06300–230<br>PORTUGAL | COFICAB PORTUGAL COMPANHIA DE FIOS E CABOS LDA LOTE<br>46 ENJ8 1 KM 2.5<br>GUARDA, 06300–230<br>PORTUGAL<br><br>Case Number*<br>05-44640 | | | Docketed Total: $12,030.60<br><br>$12,030.60<br>$12,030.60 | | | | Modified Total: $12,030.60<br><br>Priority $7,720.36<br>$7,720.36 |

Note: the above table reproduces the rotated exhibit. Final column values for Claim 6802:

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Modified (Claim 6802) | | $7,720.36 / $7,720.36 | $4,310.24 / $4,310.24 |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

### Claim: 11257
Date Filed: 07/27/2006
Docketed Total: $7,433.25
Filing Creditor Name and Address:
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

**CLAIM TO BE MODIFIED / CLAIM AS DOCKETED**
Claim Holder Name and Address:
CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | Docketed Total: | $7,433.25 |
| | | | $7,433.25 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | Modified Total: $7,433.25 | |
| | | $7,433.25 | |
| | | $7,433.25 | |

### Claim: 16284
Date Filed: 09/05/2006
Docketed Total: $34,134.78
Filing Creditor Name and Address:
DAWLEN CORP
2029 MECOR DR
PO BOX 884
JACKSON, MI 49203

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Docketed Total: | $34,134.78 |
| | | | $34,134.78 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Modified Total: $34,134.78 | |
| | | $29,282.34 | $4,852.44 |
| | | $29,282.34 | $4,852.44 |

### Claim: 2063
Date Filed: 02/21/2006
Docketed Total: $108,786.45
Filing Creditor Name and Address:
EMERSON & CUMING INC
46 MANNING RD
BILLERICA, MA 01821

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Docketed Total: | $108,786.45 |
| | | | $108,786.45 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Modified Total: $108,786.45 | |
| | | $50,281.87 | $58,504.58 |
| | | $50,281.87 | $58,504.58 |

### Claim: 12400
Date Filed: 07/28/2006
Docketed Total: $95,890.67
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | Docketed Total: | $95,890.67 |
| | | | $95,890.67 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | Modified Total: $95,890.67 | |
| | | $23,832.37 | $72,058.30 |
| | | $23,832.37 | $72,058.30 |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

### EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 12178** Date Filed: 07/28/2006 Docketed Total: $177,026.50 Filing Creditor Name and Address: INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 Docketed Total: $177,026.50 | | | $177,026.50 | Modified Total: $177,026.50 | | $175,665.05 | $1,361.45 |
| | Case Number*: 05-44567 | | | $177,026.50 | Case Number*: 05-44567 | | $175,665.05 | $1,361.45 |
| **Claim: 15113** Date Filed: 07/31/2006 Docketed Total: $7,343,692.50 Filing Creditor Name and Address: LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP LONG ACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP LONG ACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 Docketed Total: $7,343,692.50 | | | $7,343,692.50 | Modified Total: $7,343,692.50 | | $4,759,783.06 | $2,583,909.44 |
| | Case Number*: 05-44640 | | | $7,343,692.50 | Case Number*: 05-44640 | | $4,759,783.06 | $2,583,909.44 |
| **Claim: 9431** Date Filed: 07/13/2006 Docketed Total: $961,318.16 Filing Creditor Name and Address: MACAUTO USA INC 80 EXCEL DR ROCHESTER, NY 14621 | MACAUTO USA INC 80 EXCEL DR ROCHESTER, NY 14621 Docketed Total: $961,318.16 | | | $961,318.16 | Modified Total: $961,318.16 | | $961,318.16 | |
| | Case Number*: 05-44640 | | | $961,318.16 | Case Number*: 05-44640 | | $961,318.16 | |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-1 – CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

### CLAIM TO BE MODIFIED / CLAIM AS DOCKETED

**Claim: 5452**
Date Filed: 05/10/2006
Docketed Total: $115,659.16
Filing Creditor Name and Address:
METFORM CORP
PO BOX 98733
CHICAGO, IL 60693

Claim Holder Name and Address:
METFORM CORP
PO BOX 98733
CHICAGO, IL 60693

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,659.16 |
| Docketed Total: | | | $115,659.16 |

### CLAIM AS MODIFIED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $115,327.17 | $331.99 |
| Modified Total: | | $115,327.17 | $331.99 |

---

**Claim: 9025**
Date Filed: 07/05/2006
Docketed Total: $38,277.25
Filing Creditor Name and Address:
PRECISION METAL PARTS INC
4725 28TH ST N
ST PETERSBURG, FL 33714

Claim Holder Name and Address:
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,277.25 |
| Docketed Total: | | | $38,277.25 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $38,277.25 | |
| Modified Total: | | $38,277.25 | |

---

**Claim: 8667**
Date Filed: 06/27/2006
Docketed Total: $6,688.50
Filing Creditor Name and Address:
STEPHENSON & LAWYER INC
PO BOX 8834
GRAND RAPIDS, MI 49518-8834

Claim Holder Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
301 HUDSON 17TH FL
JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,688.50 |
| Docketed Total: | | | $6,688.50 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,688.50 | |
| Modified Total: | | $6,688.50 | |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

### CLAIM TO BE MODIFIED

| CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2215**
Date Filed: 03/08/2006
Docketed Total:   $2,499.20
Filing Creditor Name and Address:
SUMIDA TRADING PTE LTD
996 BENDEMEER RD
NO 04 05 TO 06339944
SINGAPORE

Claim Holder Name and Address
SUMIDA TRADING PTE LTD
996 BENDEMEER RD
NO 04 05 TO 06339944
SINGAPORE

Docketed Total:   $2,499.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,499.20 |
| | | | $2,499.20 |

Modified Total:   $2,499.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,499.20 | |
| | | $2,499.20 | |

**Claim: 16422**
Date Filed: 11/17/2006
Docketed Total:   $123,994.71
Filing Creditor Name and Address:
TEMPEL STEEL CO
5500 N WOLCOTT AVE
CHICAGO, IL 60640-1020

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:   $123,994.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $123,994.71 |
| | | | $123,994.71 |

Modified Total:   $123,994.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $121,764.31 |
| | | $2,230.40 | $121,764.31 |
| | | $2,230.40 | |

**Claim: 2144**
Date Filed: 02/27/2006
Docketed Total:   $386,835.08
Filing Creditor Name and Address:
TOYOTA TSUSHO AMERICA INC
ZEICHNER ELLMAN & KRAUSE
LLP
575 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:   $386,835.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $386,835.08 |
| | | | $386,835.08 |

Modified Total:   $386,835.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $232,128.65 | $154,706.43 |
| | | $232,128.65 | $154,706.43 |

**Claim: 12377**
Date Filed: 07/28/2006
Docketed Total:   $1,792.00
Filing Creditor Name and Address:
TROSTEL LIMITED FORMERLY
KNOWN AS TROSTEL ALBERT
PACKING
901 MAXWELL ST
LAKE GENEVA, WI 53147

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:   $1,792.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,792.00 |
| | | | $1,792.00 |

Modified Total:   $1,792.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $1,792.00 | |
| | | $1,792.00 | |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-1 – CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3975<br>Date Filed: 05/01/2006<br>Docketed Total: $37,375.63<br>Filing Creditor Name and Address:<br>UNIVERSAL METAL SERVICE EFT<br>16655 S CANAL ST<br>S HOLLAND, IL 60473 | Claim Holder Name and Address<br>UNIVERSAL METAL SERVICE EFT<br>16655 S CANAL ST<br>S HOLLAND, IL 60473<br><br>Case Number* 05-44640<br>Docketed Total: $37,375.63<br>Secured _____<br>Priority _____<br>Unsecured $37,375.63<br>$37,375.63 | Case Number* 05-44640<br>Modified Total:<br>Secured _____<br>Priority $35,706.85<br>Unsecured $1,668.78<br>$35,706.85 $1,668.78 |
| Claim: 8588<br>Date Filed: 06/26/2006<br>Docketed Total: $7,426.04<br>Filing Creditor Name and Address:<br>VIBRACOUSTIC GMBH & CO KG<br>HOHNER WEG 2 4<br>D 69465 WEINHEIM, GERMANY | Claim Holder Name and Address<br>VIBRACOUSTIC GMBH & CO KG<br>HOHNER WEG 2 4<br>D 69465 WEINHEIM, GERMANY<br><br>Case Number* 05-44640<br>Docketed Total: $7,426.04<br>Secured _____<br>Priority _____<br>Unsecured $7,426.04<br>$7,426.04 | Case Number* 05-44640<br>Modified Total:<br>Secured _____<br>Priority $7,354.65<br>Unsecured $71.39<br>$7,354.65 $71.39 |
| Claim: 9453<br>Date Filed: 07/13/2006<br>Docketed Total: $8,949.08<br>Filing Creditor Name and Address:<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484 | Claim Holder Name and Address<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484<br><br>Case Number* 05-44640<br>Docketed Total: $8,949.08<br>Secured _____<br>Priority _____<br>Unsecured $8,949.08<br>$8,949.08 | Case Number* 05-44640<br>Modified Total:<br>Secured _____<br>Priority $8,949.08<br>Unsecured _____<br>$8,949.08 |
| Claim: 16301<br>Date Filed: 09/12/2006<br>Docketed Total: $58,295.21<br>Filing Creditor Name and Address:<br>WAUCONDA TOOL AND ENGR CO EFT<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number* 05-44640<br>Docketed Total: $58,295.21<br>Secured _____<br>Priority _____<br>Unsecured $58,295.21<br>$58,295.21 | Case Number* 05-44640<br>Modified Total:<br>Secured _____<br>Priority $57,024.21<br>Unsecured $1,271.00<br>$57,024.21 $1,271.00 |

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE

### CLAIM TO BE MODIFIED

Claim: 8685
Date Filed: 06/27/2006
Docketed Total: $36,363.34
Filing Creditor Name and Address:
WELWYN COMPONENTS LTD
ROBINSON BRADSHAW &
HINSON P A
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

### CLAIM AS DOCKETED

**Claim Holder Name and Address**

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,363.00 |
| Docketed Total: | | | $36,363.00 |
| | | | $36,363.00 |

**Claim Holder Name and Address**

WELWYN COMPONENTS LTD
ROBINSON BRADSHAW & HINSON P
A
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.34 |
| Docketed Total: | | | $0.34 |
| | | | $0.34 |

### CLAIM AS MODIFIED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,741.46 | $15,621.54 |
| Modified Total: | | $20,741.46 | $15,621.54 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.34 | $0.00 |
| Modified Total: | | $0.34 | $0.00 |

Total Claims To Be Modified: 26

Total Amount As Docketed:    $13,529,958.56

Total Amount As Modified:    $13,529,958.56

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| **Claim: 1729** Date Filed: 01/31/2006 Docketed Total: $ 154,411.76 Filing Creditor Name and Address: ADRONICS ELROB MFG CORP 9 SAND PARK RD CEDAR GROVE, NJ 07003 | Claim Holder Name and Address MADISON NICHE OPPORTUNITIES LLC 6310 LAMAR AVE STE 120 OVERLAND PARK, KS 66202 | Docketed Total: $154,411.76 | | | Unsecured $154,411.76  $154,411.76 | Case Number*: 05-44481 | Modified Total: $154,411.76 | | Priority $1,400.00  **$1,400.00** | Unsecured $153,011.76  **$153,011.76** | Case Number*: 05-44640 |
| **Claim: 123** Date Filed: 10/25/2005 Docketed Total: $ 127,102.34 Filing Creditor Name and Address: ADVENT TOOL & MOLD INC 999 RIDGEWAY AVE ROCHESTER, NY 14615 | Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | Docketed Total: $127,102.34 | | | Unsecured $127,102.34  $127,102.34 | Case Number*: 05-44481 | Modified Total: $120,915.98 | | Priority $40,693.31  **$40,693.31** | Unsecured $80,222.67  **$80,222.67** | Case Number*: 05-44640 |
| **Claim: 1683** Date Filed: 01/26/2006 Docketed Total: $ 78,385.24 Filing Creditor Name and Address: ALLIANCE PLASTICS EFT 3123 STATION RD ERIE, PA 16510 | Claim Holder Name and Address ASM CAPITAL II LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | Docketed Total: $78,385.24 | | | Unsecured $78,385.24  $78,385.24 | Case Number*: 05-44640 | Modified Total: $56,928.31 | | Priority $55,331.87  **$55,331.87** | Unsecured $1,596.44  **$1,596.44** | Case Number*: 05-44640 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

### EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 1163 | | | | | | | | | |
| Date Filed: 12/14/2005 | | | | | | | | | |
| Docketed Total: $ 87,097.70 | | | | | | | | | |
| Filing Creditor Name and Address: | ASM CAPITAL LP | | Docketed Total: | $87,097.70 | | | Modified Total: | | $79,425.14 |
| AMERICAN PRODUCTS COMPANY | 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | | | | | | | | |
| 610 RAHWAY AVE | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| UNION, NJ 07083-1943 | 05-44481 | | | $87,097.70 | 05-44640 | | $58,050.24 | $21,374.90 | |
| | | | | $87,097.70 | | | $58,050.24 | $21,374.90 | |
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 3358 | | | | | | | | | |
| Date Filed: 04/28/2006 | | | | | | | | | |
| Docketed Total: $ 11,214.73 | AMERICAN TECHNICAL CERAMICS | | Docketed Total: | $11,214.73 | | | Modified Total: | | $11,214.73 |
| Filing Creditor Name and Address: | 1 NORDEN LN | | | | | | | | |
| AMERICAN TECHNICAL CERAMICS | HUNTINGTON STATION, NY 11746-2102 | | | | | | | | |
| 1 NORDEN LN | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| HUNTINGTON STATION, NY 11746-2102 | 05-44481 | | | $11,214.73 | 05-44640 | | $11,214.73 | | |
| | | | | $11,214.73 | | | $11,214.73 | | |
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 8576 | | | | | | | | | |
| Date Filed: 06/26/2006 | | | | | | | | | |
| Docketed Total: $ 554,635.03 | AMROC INVESTMENTS LLC | | Docketed Total: | $554,635.03 | | | Modified Total: | | $546,970.56 |
| Filing Creditor Name and Address: | 535 MADISON AVE 15TH FL | | | | | | | | |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | NEW YORK, NY 10022 | | | | | | | | |
| 535 MADISON AVE 15TH FL | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| NEW YORK, NY 10022 | 05-44640 | | | $554,635.03 | 05-44640 | | $63,928.08 | $483,042.48 | |
| | | | | $554,635.03 | | | $63,928.08 | $483,042.48 | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | CLAIM AS MODIFIED ** | | |
|---|---|---|---|---|---|---|
| | Secured | Priority | Unsecured | Secured | Priority | Unsecured |
| **Claim:** 11196 Date Filed: 07/26/2006 Docketed Total: $ 59,444.55 Filing Creditor Name and Address: AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT ATTN DAVI S LEINWAND 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | Claim Holder Name and Address: AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 — Case Number* 05-44640 — Docketed Total: $59,444.55 | | $59,444.55 / $59,444.55 | Case Number* 05-44640 — Modified Total: | $48,178.07 / $48,178.07 | $53,910.07 — $5,732.00 / $5,732.00 |
| **Claim:** 2904 Date Filed: 04/27/2006 Docketed Total: $ 1,944,373.96 Filing Creditor Name and Address: ANALOG DEVICES INC 3 TECHNOLOGY WY NORWOOD, MA 02062-9106 | Claim Holder Name and Address: GOLDMAN SACHS CREDIT PARTNERS LP C O GOLDMAN SACHS & CO 30 HUDSON 17TH FL JERSEY CITY, NJ 07302 — Case Number* 05-44481 — Docketed Total: $1,944,373.96 | | $1,944,373.96 / $1,944,373.96 | Case Number* 05-44640 — Modified Total: | $1,732,833.96 / $1,732,833.96 | $1,944,373.96 — $211,540.00 / $211,540.00 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED / CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 12230**<br>Date Filed: 07/28/2006<br>Docketed Total: $ 240,942.30<br>Filing Creditor Name and Address:<br>ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226 | | | | | | | | | |
| Claim Holder Name and Address:<br>ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC MILLER CANFIELD PADDOCK AND STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 48226 | 05-44481 | $65,779.80 | | | | 05-44640 | | | $0.00 |
| | Docketed Total: | $65,779.80 | | | | Modified Total: | | | $0.00 |
| | | **$65,779.80** | | | | | | | **$0.00** |
| **Claim Holder Name and Address:**<br>LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | 05-44481 | | | $175,162.50 | | 05-44640 | | $175,162.30 | $0.20 |
| | Docketed Total: | | | $175,162.50 | | Modified Total: | | $175,162.30 | $0.20 |
| | | | | **$175,162.50** | | | | **$175,162.30** | **$0.20** |
| **Claim: 2164**<br>Date Filed: 03/01/2006<br>Docketed Total: $ 369,751.60<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR POLITRON CORPORATION 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797 | | | | | | | | | |
| Claim Holder Name and Address:<br>ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797 | 05-44640 | | | $369,751.60 | | 05-44640 | | $349,357.60 | $360.00 |
| | Docketed Total: | | | $369,751.60 | | Modified Total: | | $349,357.60 | $360.00 |
| | | | | **$369,751.60** | | | | **$349,357.60** | **$360.00** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 2090**<br>Date Filed: 02/21/2006<br>Docketed Total: $ 467,697.04<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | | | Docketed Total: $467,697.04 | | | | | Modified Total: $465,817.21 |
| | | 05-44640 | | | $467,697.04 | | 05-44640 | | $23,355.60 | $442,461.61 |
| | | | | | **$467,697.04** | | | | **$23,355.60** | **$442,461.61** |
| **Claim: 4898**<br>Date Filed: 05/05/2006<br>Docketed Total: $ 113,976.02<br>Filing Creditor Name and Address:<br>ATG PRECISION PRODUCTS LLC<br>7545 N HAGGERTY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | | | | Docketed Total: $113,976.02 | | | | | Modified Total: $113,304.16 |
| | | 05-44481 | | | $113,976.02 | | 05-44640 | | $53,111.80 | $60,192.36 |
| | | | | | **$113,976.02** | | | | **$53,111.80** | **$60,192.36** |
| **Claim: 1165**<br>Date Filed: 12/14/2005<br>Docketed Total: $ 1,280,342.50<br>Filing Creditor Name and Address:<br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131 | Claim Holder Name and Address<br><br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131 | | | | Docketed Total: $1,280,342.50 | | | | | Modified Total: $1,268,827.00 |
| | | 05-44481 | | | $1,280,342.50 | | 05-44539<br>05-44640 | | $652,315.00 | $570,000.00<br>$46,512.00 |
| | | | | | **$1,280,342.50** | | | | **$652,315.00** | **$616,512.00** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2- CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED ** | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 1081**<br>Date Filed: 12/02/2005<br>Docketed Total: $ 60,182.00<br>Filing Creditor Name and Address:<br>AUSTRIAMICROSYSTEMS AG<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSLAETTEN<br>UNTERPREMSTAELTEN, A 8141<br>AUSTRIA | Claim Holder Name and Address<br>AUSTRIAMICROSYSTEMS AG<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSLAETTEN<br>UNTERPREMSTAELTEN, A 8141<br>AUSTRIA<br><br>Case Number* 05-44481<br>Docketed Total: | | | $60,182.00<br>**$60,182.00** | Case Number* 05-44640<br>Modified Total: | | $60,182.00<br>**$60,182.00** | $60,182.00 |
| **Claim: 8141**<br>Date Filed: 06/19/2006<br>Docketed Total: $ 34,290.00<br>Filing Creditor Name and Address:<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN, A-8141<br>AUSTRIA | Claim Holder Name and Address<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN, A-8141<br>AUSTRIA<br><br>Case Number* 05-44481<br>Docketed Total: | | | $34,290.00<br>**$34,290.00** | Case Number* 05-44640<br>Modified Total: | | $1,770.00<br>**$1,770.00** | $1,770.00 |
| **Claim: 7206**<br>Date Filed: 05/31/2006<br>Docketed Total: $ 31,570.05<br>Filing Creditor Name and Address:<br>BELLMAN MELCOR INC<br>18333 S 76TH AVE<br>PO BOX 188<br>TINLEY PK, IL 60477 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Case Number* 05-44481<br>Docketed Total: | | | $31,570.05<br>**$31,570.05** | Case Number* 05-44640<br>Modified Total: | | $25,309.20<br>**$25,309.20** | $3,026.00<br>**$3,026.00**<br>$28,335.20 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | | | | | CLAIM AS MODIFIED | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
| Claim: 6683 | | | | | | | | | |
| Date Filed: 05/23/2006 | | | | | | | | | |
| Docketed Total: $ 43,850.88 | | Docketed Total: | $43,850.88 | | | | Modified Total: | $26,969.88 | |
| Filing Creditor Name and Address: BOURNS INC 1200 COLUMBIA AVE RIVERSIDE, CA 92507 | | | | | | | | | |
| Claim Holder Name and Address: BOURNS INC 1200 COLUMBIA AVE RIVERSIDE, CA 92507 | | | | | | | | | |
| | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Case Number* 05-44640 | | | $43,850.88 | | Case Number* 05-44640 | | $26,969.88 | $26,969.88 | |
| | | | $43,850.88 | | | | $26,969.88 | | |
| Claim: 16300 | | | | | | | | | |
| Date Filed: 09/12/2006 | | | | | | | | | |
| Docketed Total: $ 54,069.91 | | Docketed Total: | $54,069.91 | | | | Modified Total: | $52,577.79 | |
| Filing Creditor Name and Address: BRAININ ADVANCE INDUSTRIES INC 111 S MAIN ST STE C11 PO BOX 9095 BRECKENRIDGE, CO 80424 | | | | | | | | | |
| Claim Holder Name and Address: REDROCK CAPITAL PARTNERS LLC 475 17TH ST STE 544 DENVER, CO 80202 | | | | | | | | | |
| | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Case Number* 05-44640 | | | $54,069.91 | | Case Number* 05-44640 | | $46,949.22 | $5,628.57 | |
| | | | $54,069.91 | | | | $46,949.22 | $5,628.57 | |
| Claim: 1898 | | | | | | | | | |
| Date Filed: 02/08/2006 | | | | | | | | | |
| Docketed Total: $ 3,086.40 | | Docketed Total: | $3,086.40 | | | | Modified Total: | $2,994.00 | |
| Filing Creditor Name and Address: BUEHLER MOTOR INC 175 SOUTHPORT DRIVE STE 900 MORRISVILLE, NC 27560 | | | | | | | | | |
| Claim Holder Name and Address: LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | | | | | | | | | |
| | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Case Number* 05-44481 | | $3,086.40 | | | Case Number* 05-44640 | | $2,994.00 | | |
| | | $3,086.40 | | | | | $2,994.00 | | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS MODIFIED |
|---|---|
| **CLAIM AS DOCKETED*** | **CLAIM AS MODIFIED** |
| **Claim: 1901** Date Filed: 02/08/2006 Docketed Total: $ 3,190.40 Filing Creditor Name and Address: BUEHLER MOTOR INC 175 SOUTHPORT DRIVE STE 900 MORRISVILLE, NC 27560 | Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 |
| Case Number*: 05-44481 | Case Number*: 05-44640 |
| Secured | Docketed Total: $3,190.40 | Secured | Modified Total: $3,190.40 |
| Priority $3,190.40 / $3,190.40 | Priority $3,190.40 / $3,190.40 |
| Unsecured | Unsecured |
| **Claim: 1902** Date Filed: 02/08/2006 Docketed Total: $ 3,190.40 Filing Creditor Name and Address: BUEHLER MOTOR INC 175 SOUTHPORT DRIVE STE 900 MORRISVILLE, NC 27560 | Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 |
| Case Number*: 05-44481 | Case Number*: 05-44640 |
| Secured | Docketed Total: $3,190.40 | Secured | Modified Total: $3,190.40 |
| Priority $3,190.40 / $3,190.40 | Priority $3,190.40 / $3,190.40 |
| Unsecured | Unsecured |
| **Claim: 1907** Date Filed: 02/08/2006 Docketed Total:$ 6,425.10 Filing Creditor Name and Address: BUEHLER MOTOR INC 175 SOUTHPORT DRIVE STE 900 MORRISVILLE, NC 27560 | Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 |
| Case Number*: 05-44481 | Case Number*: 05-44640 |
| Secured | Docketed Total: $6,425.10 | Secured | Modified Total: $6,425.10 |
| Priority $6,425.10 / $6,425.10 | Priority $6,425.10 / $6,425.10 |
| Unsecured | Unsecured |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 1908 Date Filed: 02/08/2006 Docketed Total: $ 6,425.10 Filing Creditor Name and Address: BUEHLER MOTOR INC 175 SOUTHPORT DRIVE STE 900 MORRISVILLE, NC 27560 | Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 Case Number*: 05-44481 Docketed Total: | | $6,425.10 $6,425.10 | $6,425.10 **$6,425.10** | Case Number*: 05-44640 Modified Total: | | $6,425.10 **$6,425.10** | $6,425.10 **$6,425.10** | |
| Claim: 5580 Date Filed: 05/10/2006 Docketed Total: $ 36,593.40 Filing Creditor Name and Address: CELTIC PRODUCTS INC KMS BEARINGS AUTOMOTIVE 1535 N HARMONY CIRCLE ANAHEIM, CA 92807 | Claim Holder Name and Address CELTIC PRODUCTS INC KMS BEARINGS AUTOMOTIVE 1535 N HARMONY CIRCLE ANAHEIM, CA 92807 Case Number*: 05-44481 Docketed Total: | | | $36,593.40 $36,593.40 **$36,593.40** | Case Number*: 05-44640 Modified Total: | | $34,026.60 **$34,026.60** | $34,026.60 **$34,026.60** | |
| Claim: 14246 Date Filed: 07/31/2006 Docketed Total: $ 224,664.10 Filing Creditor Name and Address: CINCH CONNECTORS INC MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN PC 191 N WACKER DR STE 1800 CHICAGO, IL 60606 | Claim Holder Name and Address HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 Case Number*: 05-44481 Docketed Total: | $224,664.10 **$224,664.10** | | $224,664.10 | Case Number*: 05-44640 Modified Total: | | $220,052.15 **$220,052.15** | $220,052.15 | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 2550**<br>Date Filed: 04/04/2006<br>Docketed Total: $ 148,987.53<br>Filing Creditor Name and Address:<br>DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA<br>1751 E MAIN ST<br>DUNCAN, SC 29334 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total: $148,987.53<br>Secured  Priority  Unsecured $148,987.53<br>Total $148,987.53<br>Case Number*: 05-44640 | Modified Total: $147,992.53<br>Secured  Priority $79,631.21  Unsecured $68,361.32<br>Totals: $79,631.21  $68,361.32<br>Case Number*: 05-44640 |
| **Claim: 2747**<br>Date Filed: 04/24/2006<br>Docketed Total: $ 71,255.39<br>Filing Creditor Name and Address:<br>DATWYLER I O DEVICES AMERICAS<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name and Address<br>DATWYLER I O DEVICES AMERICAS<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070<br><br>Docketed Total: $71,255.39<br>Secured  Priority  Unsecured $71,255.39<br>Total $71,255.39<br>Case Number*: 05-44567 | Modified Total: $69,387.01<br>Secured  Priority $32,602.50  Unsecured $36,784.51<br>Totals: $32,602.50  $36,784.51<br>Case Number*: 05-44567 |
| **Claim: 13932**<br>Date Filed: 07/31/2006<br>Docketed Total: $ 62,028.00<br>Filing Creditor Name and Address:<br>ENGINEERED SINTERED COMPONENTS INC<br>250 OLD MURDOCK RD<br>TROUTMAN, NC 28166 | Claim Holder Name and Address<br>HAIN CAPITAL INVESTORS LLC<br>301 ROUTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $62,028.00<br>Secured  Priority  Unsecured $62,028.00<br>Total $62,028.00<br>Case Number*: 05-44481 | Modified Total: $62,028.00<br>Secured  Priority $62,028.00  Unsecured<br>Total $62,028.00<br>Case Number*: 05-44640 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| **Claim: 1464** Date Filed: 01/09/2006 Docketed Total: $ 122,867.13 Filing Creditor Name and Address: ERWIN QUARDER INC 5101 KRAFT AVE SE GRAND RAPIDS, MI 49512 | Claim Holder Name and Address ERWIN QUARDER INC 5101 KRAFT AVE SE GRAND RAPIDS, MI 49512 | Docketed Total: | | $122,867.13 | | Modified Total: | | $100,997.21 | |
| | Case Number* 05-44567 | | | Unsecured $122,867.13 | Case Number* 05-44567 | | Priority $82,960.31 | Unsecured $18,036.90 | |
| | | | | $122,867.13 | | | $82,960.31 | $18,036.90 | |
| **Claim: 4741** Date Filed: 05/04/2006 Docketed Total: $ 168,939.68 Filing Creditor Name and Address: GAGNIER PRODUCTS RKM INC AD CHG PER TL TR 7 9 04 AM 10161 CAPITAL AVE REMOVE EFT 7 10 OAK PK, MI 48237 | Claim Holder Name and Address CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | Docketed Total: | | $168,939.68 | | Modified Total: | | $168,939.68 | |
| | Case Number* 05-44481 | | | Unsecured $168,939.68 | Case Number* 05-44640 | | Priority $168,939.68 | Unsecured | |
| | | | | $168,939.68 | | | $168,939.68 | | |
| **Claim: 5510** Date Filed: 05/10/2006 Docketed Total: $ 43,178.53 Filing Creditor Name and Address: GRINER ENGINEERING INC 2500 N CURRY PIKE BLOOMINGTON, IN 47404-148 | Claim Holder Name and Address REDROCK CAPITAL PARTNERS LLC 475 17TH ST STE 544 DENVER, CO 80202 | Docketed Total: | | $43,178.53 | | Modified Total: | | $43,177.89 | |
| | Case Number* 05-44481 | | | Unsecured $43,178.53 | Case Number* 05-44640 | | Priority $35,334.17 | Unsecured $7,843.72 | |
| | | | | $43,178.53 | | | $35,334.17 | $7,843.72 | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

Page 11 of 26

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| **Claim: 2058**<br>Date Filed: 02/17/2006<br>Docketed Total: $ 49,978.89<br>Filing Creditor Name and Address:<br>HAERTER STANZTECHNIK GMBH<br>GUTENBERGSTRASSE 8<br>KONIGSBACH STEIN, 75203<br>GERMANY | 05-44481<br>Docketed Total: $49,978.89 | | | $49,978.89<br>$49,978.89 | 05-44567<br>Modified Total: $49,126.02 | | $48,779.88<br>$48,779.88 | $346.14<br>$346.14 |
| **Claim: 668**<br>Date Filed: 11/18/2005<br>Docketed Total: $ 356,407.35<br>Filing Creditor Name and Address:<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | 05-44481<br>Docketed Total: $356,407.35 | | | $356,407.35<br>$356,407.35 | 05-44640<br>Modified Total: $285,519.65 | | $155,485.75<br>$155,485.75 | $130,033.90<br>$130,033.90 |
| **Claim: 7706**<br>Date Filed: 06/09/2006<br>Docketed Total: $ 50,895.80<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>ASSIGNEE PLASTIC SOLUTIONS INC<br>23261 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070-1362 | 05-44640<br>Docketed Total: $50,895.80 | $50,895.80<br>$50,895.80 | | | 05-44640<br>Modified Total: $50,747.48 | | $47,443.44<br>$47,443.44 | $3,304.04<br>$3,304.04 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED / CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 16255**
Date Filed: 08/24/2006
Docketed Total: $ 1,898,409.80
Filing Creditor Name and Address:
INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Claim Holder Name and Address:
INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: $77,694.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 |
| | | $77,693.93 | $0.87 |

Modified Total: $77,693.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.00 |
| | | $77,693.93 | $0.00 |

Claim Holder Name and Address:
TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: $1,820,715.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,820,715.00 |
| | | | $1,820,715.00 |

Modified Total: $1,813,301.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,747,018.36 | $66,283.61 |
| | | $1,747,018.36 | $66,283.61 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8878<br>Date Filed: 06/30/2006<br>Docketed Total: $ 170,159.62<br>Filing Creditor Name and Address:<br>INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900 CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION ROBINSON BRADSHAW & HINSON P A<br>101 NORTH TRYON ST STE 1900 CHARLOTTE, NC 28246<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured<br>Docketed Total: $3,036.28<br>   $3,036.28   UNL<br>   $3,036.28   UNL | Case Number*: 05-44640<br>Secured   Priority   Unsecured<br>Modified Total: $1,320.21<br>   $1,320.21   $0.00<br>   $1,320.21   $0.00 |
| | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured<br>Docketed Total: $167,123.34<br>   $167,123.34<br>   $167,123.34 | Case Number*: 05-44640<br>Secured   Priority   Unsecured<br>Modified Total: $158,918.44<br>   $59,733.34   $99,185.10<br>   $59,733.34   $99,185.10 |
| Claim: 14915<br>Date Filed: 07/31/2006<br>Docketed Total: $ 468,786.87<br>Filing Creditor Name and Address:<br>JAMESTOWN CONTAINER CORP SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*: 05-44481<br>Secured   Priority   Unsecured<br>Docketed Total: $468,786.87<br>   $468,786.87<br>   $468,786.87 | Case Number*: 05-44481<br>Secured   Priority   Unsecured<br>Modified Total: $407,193.80<br>   $41,833.19   $365,360.61<br>   $41,833.19   $365,360.61 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 8133**
Date Filed: 06/16/2006
Docketed Total: $ 1,005,284.25
Filing Creditor Name and Address:
JIFFY TITE CO INC
4437 WALDEN AVE
LANCASTER, NY 14086

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Case Number*: 05-44640 | Docketed Total: | | $1,005,284.25 | Case Number*: 05-44640 | Modified Total: | | $996,198.87 |
| | | | $1,005,284.25 | | | $959,979.07 | $36,219.80 |
| | | | $1,005,284.25 | | | $959,979.07 | $36,219.80 |

**Claim: 4446**
Date Filed: 05/02/2006
Docketed Total: $ 27,790.40
Filing Creditor Name and Address:
KADDIS MANUFACTURING CORPORATION
1100 BEACHAN RD
PO BOX 92985
ROCHESTER, NY 14692

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Case Number*: 05-44640 | Docketed Total: | | $27,790.40 | Case Number*: 05-44640 | Modified Total: | | $26,411.27 |
| | | | $27,790.40 | | | $26,411.27 | |
| | | | $27,790.40 | | | $26,411.27 | |

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $ 1,703,785.68
Filing Creditor Name and Address:
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name and Address
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Case Number*: 05-44481 | Docketed Total: | | $1,703,785.68 | Case Number*: 05-44481 | Modified Total: | | $1,655,726.96 |
| | | | $1,703,785.68 | | | $1,057,952.07 | $597,774.89 |
| | | | $1,703,785.68 | | | $1,057,952.07 | $597,774.89 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 1615** Date Filed: 01/20/2006 Docketed Total: $40,069.37 Filing Creditor Name and Address: KINETICS 10085 SW COMMERCE CIR WILSONVILLE, OR 97070 | AMROC INVESTMENTS LLC 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 05-44481 | | Docketed Total: | $40,069.37 / $40,069.37 / **$40,069.37** | | 05-44640 | | Modified Total: / $3,301.62 / **$3,301.62** | Modified Total: $38,561.52 / $35,259.90 / **$35,259.90** | |
| **Claim: 9832** Date Filed: 07/18/2006 Docketed Total: $ 268,853.90 Filing Creditor Name and Address: LDI INCORPORATED 4311 PATTERSON GRAND RAPIDS, MI 49512 | LDI INCORPORATED 4311 PATTERSON GRAND RAPIDS, MI 49512 | 05-44640 | | Docketed Total: | $268,853.90 / $268,853.90 / **$268,853.90** | | 05-44640 | | Modified Total: / $89,133.08 / **$89,133.08** | Modified Total: $221,285.87 / $132,152.79 / **$132,152.79** | |
| **Claim: 15926** Date Filed: 07/26/2006 Docketed Total:$ 404,986.61 Filing Creditor Name and Address: M A COM INC PO BOX 3608 MS38 26 HARRISBURG, PA 17105 | M A COM INC PO BOX 3608 MS38 26 HARRISBURG, PA 17105 | 05-44640 | | Docketed Total: | $404,986.61 / $404,986.61 / **$404,986.61** | | 05-44640 | | Modified Total: / $145,170.00 / **$145,170.00** | Modified Total: $270,821.26 / $125,651.26 / **$125,651.26** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

**EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED\*\*\* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 523** | MARKETING SPECIALTIES MSI PACKAGING 5010 W 81ST ST INDIANAPOLIS, IN 46268 | | | | | | | |
| Date Filed: 11/14/2005 | | | | $557,641.90 | | | $37,664.66 | $256,240.79 |
| Docketed Total: $ 557,641.90 | | Docketed Total: | | $557,641.90 | | Modified Total: | $37,664.66 | $256,240.79 |
| Filing Creditor Name and Address: MARKETING SPECIALTIES MSI PACKAGING 5010 W 81ST ST INDIANAPOLIS, IN 46268 | Case Number\* 05-44481 | | | | Case Number\* 05-44640 | | | $293,905.45 |
| **Claim: 8682** | LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | | | | | | | |
| Date Filed: 06/27/2006 | | | | $323,679.01 | | | $311,657.59 | $8,296.48 |
| Docketed Total: $ 323,679.01 | | Docketed Total: | | $323,679.01 | | Modified Total: | $311,657.59 | $8,296.48 |
| Filing Creditor Name and Address: METAL TECHNOLOGIES INC 1401 S GRANDSTAFF DR AUBURN, IN 46706 | Case Number\* 05-44481 | | | | Case Number\* 05-44640 | | | $319,954.07 |
| **Claim: 3736** | MOLDTECH INC 1900 COMMERCE PKWY LANCASTER, NY 14086-1735 | | | | | | | |
| Date Filed: 05/01/2006 | | | | $3,772.00 | | | $3,772.00 | |
| Docketed Total: $ 3,772.00 | | Docketed Total: | | $3,772.00 | | Modified Total: | $3,772.00 | |
| Filing Creditor Name and Address: MOLDTECH INC 1900 COMMERCE PKWY LANCASTER, NY 14086-1735 | Case Number\* 05-44481 | | | | Case Number\* 05-44640 | | | $3,772.00 |

\*See Exhibit C for a listing of debtor entities by case number.

\*\*\* UNL denotes an unliquidated claim

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED — CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 5390** Date Filed: 05/09/2006 Docketed Total: $ 995.20 Filing Creditor Name and Address: NATIONAL SEMICONDUCTOR CORP 2900 SEMICONDUCTOR DR. G2 335 SANTA CLARA, CA 95051 | | | | | | | | | |
| Claim Holder Name and Address NATIONAL SEMICONDUCTOR CORP 2900 SEMICONDUCTOR DR. G2 335 SANTA CLARA, CA 95051 | 05-44481 | | | $995.20 | | 05-44567 | | $487.50 | $487.50 |
| Docketed Total: | | | | $995.20 | Modified Total: | | | $487.50 | $487.50 |
| | | | | | | | | | |
| **Claim: 9961** Date Filed: 07/19/2006 Docketed Total: $ 18,090.00 Filing Creditor Name and Address: OSRAM OPTO SEMICONDUCTORS INC COOLEY GODWARD LLP 101 CALIFORNIA ST 5TH FL SAN FRANCISCO, CA 94111-5800 | | | | | | | | | |
| Claim Holder Name and Address OSRAM OPTO SEMICONDUCTORS INC COOLEY GODWARD LLP 101 CALIFORNIA ST 5TH FL SAN FRANCISCO, CA 94111-5800 | 05-44567 | UNL | | $18,090.00 | | 05-44567 | $0.00 | $18,090.00 | |
| Docketed Total: | | UNL | | $18,090.00 | Modified Total: | | $0.00 | $18,090.00 | $18,090.00 |
| | | | | | | | | | |
| **Claim: 16558** Date Filed: 02/28/2007 Docketed Total: $ 389,743.52 Filing Creditor Name and Address: OTTO BOCK POLYURETHANE TECHNOLOGIES INC PENN CTR WEST THREE STE 406 PITTSBURGH, PA 15276 | | | | | | | | | |
| Claim Holder Name and Address LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | 05-44640 | | $144,348.23 | $245,395.29 | | 05-44640 | | $389,743.52 | |
| Docketed Total: | | | $144,348.23 | $245,395.29 | Modified Total: | | | $389,743.52 | $389,743.52 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED / CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| **Claim: 1640** | | | | | | | |
| Date Filed: 01/23/2006 | | | | | | | |
| Docketed Total: $6,085.80 | | | Docketed Total: **$6,085.80** | | | Modified Total: **$6,085.80** | |
| Filing Creditor Name and Address: | | | | Claim Holder Name and Address | | | |
| P J SPRING CO INC | | | | | | | |
| 1100 ATLANTIC DR | | | | P J SPRING CO INC | | | |
| W CHICAGO, IL 60185 | | | | 1100 ATLANTIC DR | | | |
| | Secured | Priority | Unsecured | W CHICAGO, IL 60185 | Secured | Priority | Unsecured |
| Case Number* | | | $6,085.80 | Case Number* | | | $6,085.80 |
| 05-44481 | | | **$6,085.80** | 05-44640 | | | **$6,085.80** |
| **Claim: 16376** | | | | | | | |
| Date Filed: 10/20/2006 | | | | | | | |
| Docketed Total: $590,769.00 | | | Docketed Total: **$590,769.00** | | | Modified Total: **$574,127.00** | |
| Filing Creditor Name and Address: | | | | Claim Holder Name and Address | | | |
| PANASONIC ELECTRIC WORKS | | | | LONGACRE MASTER FUND LTD | | | |
| CORP OF AMERICA FKA AROMAT | | | | 810 SEVENTH AVE 22ND FL | | | |
| CORP | | | | NEW YORK, NY 10019 | | | |
| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| 629 CENTRAL AVE | | | $590,769.00 | | | $268,845.00 | $305,282.00 |
| Case Number* | | | | Case Number* | | | |
| 05-44640 | | | | 05-44640 | | | |
| NEW PROVIDENCE, NJ 07974 | | | **$590,769.00** | | | **$268,845.00** | **$305,282.00** |
| **Claim: 4278** | | | | | | | |
| Date Filed: 05/01/2006 | | | | | | | |
| Docketed Total: $3,010.00 | | | Docketed Total: **$3,010.00** | | | Modified Total: **$3,010.00** | |
| Filing Creditor Name and Address: | | | | Claim Holder Name and Address | | | |
| PIHER INTERNATIONAL CORP | | | | PIHER INTERNATIONAL CORP | | | |
| 1640 NORTHWIND BLVD | | | | 1640 NORTHWIND BLVD | | | |
| LIBERTYVILLE, IL 60048 | | | | LIBERTYVILLE, IL 60048 | | | |
| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Case Number* | | | $3,010.00 | Case Number* | | $3,010.00 | |
| 05-44481 | | | **$3,010.00** | 05-44567 | | **$3,010.00** | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6054**
Date Filed: 05/16/2006
Docketed Total: $ 145,734.00
Filing Creditor Name and Address:
RADIAL L INCORPORATED DBA
RADIAL L LARSEN ANTENNA
TECHNOLOGIES
PO BOX 823210
VANCOUVER, WA 98682-0067

Claim Holder Name and Address:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $145,734.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $145,734.00 |
| | | | **$145,734.00** |

Modified Total: $145,734.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $145,122.20 | $611.80 |
| | | **$145,122.20** | **$611.80** |

**Claim: 5966**
Date Filed: 05/16/2006
Docketed Total: $ 18,475.70
Filing Creditor Name and Address:
RED SPOT CORP
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address:
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $18,475.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,475.70 |
| | | | **$18,475.70** |

Modified Total: $13,568.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $12,023.75 | $1,545.00 |
| | | **$12,023.75** | **$1,545.00** |

**Claim: 5967**
Date Filed: 05/16/2006
Docketed Total: $ 221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO
IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address:
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $221,190.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $221,190.88 |
| | | | **$221,190.88** |

Modified Total: $188,028.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $179,930.60 | $8,098.07 |
| | | **$179,930.60** | **$8,098.07** |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED ** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| **Claim: 10494** Date Filed: 07/24/2006 Docketed Total: $ 198,263.50 Filing Creditor Name and Address: SAFETY COMPONENTS FABRIC EFT TECHNOLOGIES INC 30 EMERY ST GREENVILLE, SC 29605 | LONGACRE MASTER FUND LTD 810 SEVENTH AVE 22ND FL NEW YORK, NY 10019 | 05-44481 Docketed Total: | | $85,477.80 $85,477.80 | $112,785.70 $112,785.70 | 05-44640 Modified Total: | | $198,263.50 $198,263.50 | $0.00 $0.00 |
| **Claim: 112** Date Filed: 10/25/2005 Docketed Total: $ 57,501.00 Filing Creditor Name and Address: SANYO ELECTRONIC DEVICE USA CORP 2055 SANYO AVE SAN DIEGO, CA 92154 | SANYO ELECTRONIC DEVICE USA CORP 2055 SANYO AVE SAN DIEGO, CA 92154 | 05-44481 Docketed Total: | | | $57,501.00 $57,501.00 | 05-44640 Modified Total: | | $22,716.00 $22,716.00 | $34,785.00 $34,785.00 |
| **Claim: 1555** Date Filed: 01/17/2006 Docketed Total: $ 485,490.00 Filing Creditor Name and Address: SANYO SEMICONDUCTOR CORPORATION 2 PARK 80 PLZ W NO 4C SADDLE BROOK, NJ 07663-5817 | BANK OF AMERICA NA NY1 301 02 01 9 W 57TH ST NEW YORK, NY 10019 | 05-44481 Docketed Total: | | | $485,490.00 $485,490.00 | 05-44640 Modified Total: | | $464,595.00 $464,595.00 | |

Modified Total values: $198,263.50; $57,501.00; $464,595.00

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 1735<br>Date Filed: 01/31/2006<br>Docketed Total: $ 69,421.97<br>Filing Creditor Name and Address:<br>SCAPA TAPES N A<br>111 GREAT POND DR<br>WINDSOR, CT 06095 | Claim Holder Name and Address<br><br>SCAPA TAPES N A<br>111 GREAT POND DR<br>WINDSOR, CT 06095 | | Docketed Total:<br><br>Priority<br>$69,421.97 | Unsecured<br>$69,421.97 | | | Modified Total:<br><br>Priority<br>$4,160.07 | Unsecured<br>$65,261.90 | $69,421.97 |
| | Case Number*<br>05-44481 | Secured | $69,421.97 | $69,421.97 | Case Number*<br>05-44640 | Secured | $4,160.07 | $65,261.90 | |
| Claim: 9585<br>Date Filed: 07/17/2006<br>Docketed Total: $ 81,300.76<br>Filing Creditor Name and Address:<br>SEAL & DESIGN INC<br>4015 CASILLO PKY<br>CLARENCE, NY 14031 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total:<br><br>Priority | Unsecured<br>$81,300.76 | | | Modified Total:<br><br>Priority<br>$64,020.00 | Unsecured<br>$12,082.26 | $76,102.26 |
| | Case Number*<br>05-44481 | Secured | | $81,300.76 | Case Number*<br>05-44640 | Secured | $64,020.00 | $12,082.26 | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/ or classification and/ or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

### CLAIM TO BE MODIFIED — CLAIM AS DOCKETED***

**Claim: 8775**
Date Filed: 06/30/2006
Docketed Total: $ 112,408.05
Filing Creditor Name and Address:
SILICON LABORATORIES INC
401 B STREET STE 1700
SAN DIEGO, CA 92101

Claim Holder Name and Address:
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $102,681.24 |
| Docketed Total: | | | $102,681.24 |

Claim Holder Name and Address:
SILICON LABORATORIES INC
401 B STREET STE 1700
SAN DIEGO, CA 92101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,726.81 | UNL | UNL |
| Docketed Total: | $9,726.81 | | |

**Claim: 4221**
Date Filed: 05/01/2006
Docketed Total: $ 6,030.64
Filing Creditor Name and Address:
SPIRAL INDUSTRIES INC
1572 N OLD US HWY 23
HOWELL, MI 48843

Claim Holder Name and Address:
SPIRAL INDUSTRIES INC
1572 N OLD US HWY 23
HOWELL, MI 48843

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,030.64 |
| Docketed Total: | | | $6,030.64 |

### CLAIM AS MODIFIED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,356.24 | $53,325.00 |
| Modified Total: | | $49,356.24 | $53,325.00 |
| | | | $102,681.24 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,726.81 | $0.00 |
| Modified Total: | | $9,726.81 | $0.00 |
| | | | $9,726.81 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,636.03 | |
| Modified Total: | | $1,636.03 | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim:** 12259<br>Date Filed: 07/27/2006<br>Docketed Total: $ 814,710.90<br>Filing Creditor Name and Address:<br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | 05-44640 | | Docketed Total: | $814,710.90<br>$814,710.90<br>$814,710.90 | | 05-44640 | | Modified Total:<br><br>$235,458.62<br>**$235,458.62** | $364,710.90<br><br>$129,252.28<br>**$129,252.28** |
| **Claim:** 9019<br>Date Filed: 07/05/2006<br>Docketed Total: $ 15,855.76<br>Filing Creditor Name and Address:<br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | 05-44610 | | Docketed Total: | $15,855.76<br>$15,855.76<br>$15,855.76 | | 05-44610 | | Modified Total:<br><br>$12,441.73<br>**$12,441.73** | $14,650.45<br><br>$2,208.72<br>**$2,208.72** |
| **Claim:** 1920<br>Date Filed: 02/08/2006<br>Docketed Total: $ 6,716.00<br>Filing Creditor Name and Address:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | 05-44640 | | Docketed Total: | $6,716.00<br>$6,716.00<br>$6,716.00 | | 05-44640 | | Modified Total:<br><br>$5,176.00<br>**$5,176.00** | $5,176.00 |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| **Claim: 8715**<br>Date Filed: 06/28/2006<br>Docketed Total: $ 36,618.89<br>Filing Creditor Name and Address:<br>TWIST INC<br>PO BOX 177<br>JAMESTOWN, OH 45335 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $36,618.89<br>$36,618.89<br>$36,618.89 | 05-44640 | | Modified Total:<br>$582.86<br>$582.86 | $33,818.33<br>$33,235.47<br>$33,235.47 | |
| | Case Number*<br>05-44640 | | | | | | | | |
| **Claim: 222**<br>Date Filed: 10/31/2005<br>Docketed Total: $ 636,399.79<br>Filing Creditor Name and Address:<br>US FARATHANE CORPORATION<br>38000 MOUND RD<br>STERLING HEIGHTS, MI 48310 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | | Docketed Total: | $636,399.79<br>$636,399.79<br>$636,399.79 | 05-44640 | | Modified Total:<br>$390,902.29<br>$390,902.29 | $518,245.12<br>$127,342.83<br>$127,342.83 | |
| | Case Number*<br>05-44481 | | | | | | | | |
| **Claim: 9452**<br>Date Filed: 07/13/2006<br>Docketed Total: $2,675,676.21<br>Filing Creditor Name and Address:<br>VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | Claim Holder Name and Address<br>VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | | Docketed Total: | $2,675,676.21<br>$2,675,676.21<br>$2,675,676.21 | 05-44640 | | Modified Total:<br>$92,156.46<br>$92,156.46 | $92,156.46 | |
| | Case Number*<br>05-44481 | | | | | | | | |

*See Exhibit C for a listing of debtor entities by case number.

*** UNL. denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

EXHIBIT A-2 – CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED*** | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 5427<br>Date Filed: 05/10/2006<br>Docketed Total: $ 31,350.84<br>Filing Creditor Name and Address:<br>VOGEL SANG CORP<br>1790 SWARTHMORE AVE<br>LAKEWOOD, NJ 08701 | Claim Holder Name and Address<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $31,350.84 | Claim Holder Name and Address | | Modified Total: | $30,304.80 |
| | Case Number*<br>05-44640 | | | $31,350.84<br>$31,350.84 | Case Number*<br>05-44640 | | $30,304.80<br>$30,304.80 | $30,304.80 |
| Claim: 2047<br>Date Filed: 02/16/2006<br>Docketed Total: $ 174,296.44<br>Filing Creditor Name and Address:<br>WINDSOR MACHINE &<br>STAMPING LTD<br>5725 OUTER DR RR 1<br>WINDSOR, ON W9A 6J3<br>CANADA | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $174,296.44 | Claim Holder Name and Address | | Modified Total: | $174,296.44 |
| | Case Number*<br>05-44481 | | | $174,296.44<br>$174,296.44 | Case Number*<br>05-44640 | | $156,672.99<br>$156,672.99 | $17,623.45<br>$17,623.45 |

Total Claims to be Modified: 70

Total Amount as Docketed: $20,740,805.07

Total Amount as Modified: $ 16,602,260.24

*See Exhibit C for a listing of debtor entities by case number.

*** UNL denotes an unliquidated claim

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

Page 26 of 26

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 15139**<br>Date Filed: 07/31/2006<br>Docketed Total: $ 59,414.30<br>Filing Creditor Name and Address:<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br>Priority | $59,414.30<br><br>Unsecured<br>$59,414.30<br>$59,414.30 | Case Number*<br>05-44640 | | Modified Total:<br><br>Priority<br>$10,580.29<br>$10,580.29 | $51,678.10<br><br>Unsecured<br>$41,097.81<br>$41,097.81 |
| **Claim: 12346**<br>Date Filed: 07/28/2006<br>Docketed Total: $ 215,079.82<br>Filing Creditor Name and Address:<br>ANGELL DEMMEL NORTH AMERICA INC<br>1516 STANLEY AVE<br>DAYTON, OH 45404 | LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br>Priority<br>$46,948.73<br>$46,948.73 | $215,079.82<br><br>Unsecured<br>$168,131.09<br>$168,131.09 | Case Number*<br>05-44640 | | Modified Total:<br><br>Priority<br>$29,537.87<br>$29,537.87 | $193,346.56<br><br>Unsecured<br>$163,808.69<br>$163,808.69 |
| **Claim: 8373**<br>Date Filed: 06/22/2006<br>Docketed Total: $ 778,532.62<br>Filing Creditor Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*<br>05-44481 | | Docketed Total:<br><br>Priority | $778,532.62<br><br>Unsecured<br>$778,532.62<br>$778,532.62 | Case Number*<br>05-44640 | | Modified Total:<br><br>Priority<br>$298,728.34<br>$298,728.34 | $298,728.34<br><br>Unsecured<br>$0.00<br>$0.00 |

*See Exhibit C for a listing of debtor entities by case number.

Page 1 of 9

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| **Claim: 7659**<br>Date Filed: 06/08/2006<br>Docketed Total: $ 298,168.53<br>Filing Creditor Name and Address:<br>CAPSONIC GROUP LLC<br>4605 2ND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*<br>05-44481 | | Docketed Total: | Unsecured<br>$298,168.53<br>**$298,168.53** | Case Number*<br>05-44640 | | Modified Total:<br>Priority<br>$40,520.25<br>**$40,520.25** | Unsecured<br>$257,648.28<br>**$257,648.28** |
| **Claim: 10703**<br>Date Filed: 07/25/2006<br>Docketed Total: $ 1,380,747.26<br>Filing Creditor Name and Address:<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON, NC 27893 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number*<br>05-44640 | | Docketed Total:<br>Priority<br>$197,519.25<br>**$197,519.25** | Unsecured<br>$1,183,228.01<br>**$1,183,228.01** | Case Number*<br>05-44640 | | Modified Total:<br>Priority<br>$468,119.74<br>**$468,119.74** | Unsecured<br>$912,627.52<br>**$912,627.52** |
| **Claim: 16592**<br>Date Filed: 04/05/2007<br>Docketed Total: $ 147,474.32<br>Filing Creditor Name and Address:<br>CURTISS SCREW COMPANY LLC<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO, NY 14203 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Case Number*<br>05-44640 | | Docketed Total:<br>Priority<br>$52,906.09<br>**$52,906.09** | Unsecured<br>$94,568.23<br>**$94,568.23** | Case Number*<br>05-44640 | | Modified Total:<br>Priority<br>$76,655.00<br>**$76,655.00** | Unsecured<br>$59,021.23<br>**$59,021.23** |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 15226** Date Filed: 07/31/2006 Docketed Total: $ 87,775.20 Filing Creditor Name and Address: DELTA PRODUCTS CORPORATION 4405 CUSHING PKWY FREMONT, CA 94538 | Claim Holder Name and Address DELTA PRODUCTS CORPORATION 4405 CUSHING PKWY FREMONT, CA 94538 | Docketed Total: | | $87,775.20 | | Modified Total: | | $83,233.95 |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $87,775.20 | Case Number* 05-44640 | Secured | Priority $18,375.47 | Unsecured $64,858.48 |
| | | | | **$87,775.20** | | | **$18,375.47** | **$64,858.48** |
| **Claim: 273** Date Filed: 11/01/2005 Docketed Total: $ 953,170.47 Filing Creditor Name and Address: ENGINEERED MATERIALS SOLUTION INC 39 PERRY AVE ATTLEBORO, MA 02703 | Claim Holder Name and Address HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | Docketed Total: | | $953,170.47 | | Modified Total: | | $944,660.93 |
| | Case Number* 05-44481 | Secured $311,406.63 | Priority | Unsecured $641,763.84 | Case Number* 05-44640 | Secured | Priority $944,660.93 | Unsecured $0.00 |
| | | **$311,406.63** | | **$641,763.84** | | | **$944,660.93** | **$0.00** |
| **Claim: 12839** Date Filed: 07/28/2006 Docketed Total: $ 492,938.78 Filing Creditor Name and Address: FUJITSU COMPONENTS AMERICA INC 250 E CARIBBEAN DR SUNNYVALE, CA 94086 | Claim Holder Name and Address FUJITSU COMPONENTS AMERICA INC 250 E CARIBBEAN DR SUNNYVALE, CA 94086 | Docketed Total: | | $492,938.78 | | Modified Total: | | $470,221.58 |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $492,938.78 | Case Number* 05-44640 | Secured | Priority $444,649.18 | Unsecured $25,572.40 |
| | | | | **$492,938.78** | | | **$444,649.18** | **$25,572.40** |

*See Exhibit C for a listing of debtor entities by case number.

Page 3 of 9

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

Page 3 of 9

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13773<br>Date Filed: 07/31/2006<br>Docketed Total: $ 5,721,969.77<br>Filing Creditor Name and Address:<br>HITACHI AUTOMOTIVE PRODUCTS USA INC<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC<br>666 THIRD AVENUE<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005 | | | Docketed Total: $27,569.59 | | | | Modified Total: $27,569.59 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$27,569.59<br>$27,569.59 | Case Number*<br>05-44640 | Secured | Priority<br>$27,569.59<br>$27,569.59 | Unsecured<br>$27,569.59<br>$27,569.59 |
| | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | | | Docketed Total: $5,694,400.18 | | | | Modified Total: $5,694,400.18 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,694,400.18<br>$5,694,400.18 | Case Number*<br>05-44640 | Secured | Priority<br>$308,459.68<br>$308,459.68 | Unsecured<br>$5,385,940.50<br>$5,385,940.50 |
| Claim: 2186<br>Date Filed: 03/03/2006<br>Docketed Total: $ 41,085.40<br>Filing Creditor Name and Address:<br>HOSIDEN AMERICA CORPORATION<br>MASUDA FUNAI ET AL<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK, NY 10001 | | | Docketed Total: $41,085.40 | | | | Modified Total: $40,835.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,085.40<br>$41,085.40 | Case Number*<br>05-44640 | Secured | Priority<br>$4,525.44<br>$4,525.44 | Unsecured<br>$36,309.96<br>$36,309.96 |

*See Exhibit C for a listing of debtor entities by case number.

Page 4 of 9

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

### Claim: 6943

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 6943
Date Filed: 05/26/2006
Docketed Total: $806,779.79
Filing Creditor Name and Address:
IRISO USA INC
34405 W TWELVE MILE RD STE 237
FARMINGTON HILLS, MI 48331

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Docketed Total: $747,926.37 | | | $747,926.37 |
| | | | $747,926.37 |

**CLAIM AS MODIFIED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Modified Total: $803,540.39 | | $305,536.74 | $498,003.65 |
| | | $305,536.74 | $498,003.65 |

### Claim: 14052

**CLAIM TO BE MODIFIED**
Claim: 14052
Date Filed: 01/06/2006
Docketed Total: $1,881,302.43
Filing Creditor Name and Address:
JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Docketed Total: $1,881,302.43 | | $572,707.98 | $1,308,594.45 |
| | | $572,707.98 | $1,308,594.45 |

**CLAIM AS MODIFIED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Modified Total: $1,881,302.43 | | $974,039.73 | $907,262.70 |
| | | $974,039.73 | $907,262.70 |

### Claim: 8403

**CLAIM TO BE MODIFIED**
Claim: 8403
Date Filed: 06/23/2006
Docketed Total: $1,254,523.02
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

**CLAIM AS DOCKETED**
Claim Holder Name and Address:
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Docketed Total: $1,254,523.02 | | | $1,254,523.02 |
| | | | $1,254,523.02 |

**CLAIM AS MODIFIED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | |
| Modified Total: $1,253,659.53 | | $1,253,659.53 | |
| | | $1,253,659.53 | |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| **Claim: 12141**<br>Date Filed: 07/28/2006<br>Docketed Total: $ 151,106.18<br>Filing Creditor Name and Address:<br>KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348 | KICKHAEFER MANUFACTURING CO KMC<br>1221 S PARK ST<br>PO BOX 348<br>PORT WASHINGTON, WI 53074-0348 | 05-44481 | | Docketed Total:<br>Priority<br>$151,106.18<br>**$151,106.18** | $151,106.18<br>Unsecured<br>**$151,106.18** | 05-44640 | | Modified Total:<br>Priority<br>$151,106.18<br>**$151,106.18** | $151,106.18<br>Unsecured<br>$0.00<br>**$0.00** | |
| **Claim: 13974**<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,659,326.20<br>Filing Creditor Name and Address:<br>LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP<br>810 SEVENTH AVE 22ND FLOOR<br>NEW YORK, NY 10019 | 05-44640 | | Docketed Total:<br>Priority<br>$1,659,326.20<br>**$1,659,326.20** | $1,659,326.20<br>Unsecured<br>**$1,659,326.20** | 05-44640 | | Modified Total:<br>Priority<br>$1,001,417.90<br>**$1,001,417.90** | $1,659,326.20<br>Unsecured<br>$657,908.30<br>**$657,908.30** | |
| **Claim: 9989**<br>Date Filed: 07/20/2006<br>Docketed Total: $ 203,557.41<br>Filing Creditor Name and Address:<br>MASTER MOLDED PRODUCTS CORP<br>1000 DAVIS RD<br>ELGIN, IL 60123 | LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 05-44640 | | Docketed Total:<br>Priority<br>$21,774.05<br>**$21,774.05** | $203,557.41<br>Unsecured<br>$181,783.36<br>**$181,783.36** | 05-44640 | | Modified Total:<br>Priority<br>$173,320.54<br>**$173,320.54** | $203,557.41<br>Unsecured<br>$30,236.87<br>**$30,236.87** | |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

### CLAIM TO BE MODIFIED

**Claim: 2229**
Date Filed: 03/09/2006
Docketed Total: $ 360,413.11
Filing Creditor Name and Address:
NICHICON AMERICA CORPORATION
CO GARY D SANTELLA
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

### CLAIM AS DOCKETED

Claim Holder Name and Address:
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $360,413.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,413.11 |
| | | | **$360,413.11** |

### CLAIM AS MODIFIED

Modified Total: $345,973.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $317,534.04 | $16,941.41 |
| 05-44567 | | $11,399.82 | $98.06 |
| | | **$328,933.86** | **$17,039.47** |

---

### CLAIM TO BE MODIFIED

**Claim: 4531**
Date Filed: 05/02/2006
Docketed Total: $ 201,340.46
Filing Creditor Name and Address:
NMB TECHNOLOGIES CORPORATION
9730 INDEPENDENCE AVE
CHATSWORTH, CA 91311

### CLAIM AS DOCKETED

Claim Holder Name and Address:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $201,340.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $201,340.46 | | |
| | **$201,340.46** | | |

### CLAIM AS MODIFIED

Modified Total: $201,100.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $84,231.35 | $111,637.60 |
| 05-44507 | | $2,270.00 | $2,961.51 |
| | | **$86,501.35** | **$114,599.11** |

---

### CLAIM TO BE MODIFIED

**Claim: 2482**
Date Filed: 04/03/2006
Docketed Total: $ 1,495,516.58
Filing Creditor Name and Address:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121

### CLAIM AS DOCKETED

Claim Holder Name and Address:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121

Docketed Total: $1,495,516.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

### CLAIM AS MODIFIED

Modified Total: $1,390,062.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,326,435.85 | $63,626.67 |
| | | **$1,326,435.85** | **$63,626.67** |

---

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

### CLAIM TO BE MODIFIED / CLAIM AS DOCKETED / CLAIM AS MODIFIED

**Claim: 16683**
Date Filed: 10/14/2005
Docketed Total: $22,443.37
Filing Creditor Name and Address:
SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

| CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim Holder Name and Address: SAGAMI AMERICA LTD; MASUDA FUNAI EIFERT & MITCHELL LTD; 203 N LASALLE ST STE 2500; CHICAGO, IL 60601 | | | | | | | |
| Case Number*: 05-44481 | Secured | Priority | Unsecured | Case Number*: 05-44640 | Secured | Priority | Unsecured |
| | | $22,443.37 | | | | $22,443.37 | |
| Docketed Total: $22,443.37 | | $22,443.37 | | Modified Total: $22,443.37 | | $22,443.37 | |

**Claim: 12258**
Date Filed: 07/28/2006
Docketed Total: $1,040,216.50
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF AMERICA INC
AFRCI LLP
195 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

| CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim Holder Name and Address: SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD; TWO GREENWICH PLZ 1ST FL; GREENWICH, CT 06830 | | | | | | | |
| Case Number*: 05-44640 | Secured | Priority | Unsecured | Case Number*: 05-44567 / 05-44640 | Secured | Priority | Unsecured |
| | | $124,235.47 | $915,981.03 | | | $6,457.00 / $1,024,687.01 | $0.00 |
| Docketed Total: $1,040,216.50 | | $124,235.47 | $915,981.03 | Modified Total: $1,031,144.01 | | $1,031,144.01 | $0.00 |

**Claim: 987**
Date Filed: 12/05/2005
Docketed Total: $987,308.58
Filing Creditor Name and Address:
TESSY PLASTICS CORP
488 RT 5 W
ELBRIDGE, NY 13060

| CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim Holder Name and Address: HAIN CAPITAL HOLDINGS LLC; 301 RTE 17 6TH FL; RUTHERFORD, NJ 07070 | | | | | | | |
| Case Number*: 05-44481 | Secured | Priority | Unsecured | Case Number*: 05-44640 | Secured | Priority | Unsecured |
| | | | $987,308.58 | | | $194,367.09 | $588,096.41 |
| Docketed Total: $987,308.58 | | | $987,308.58 | Modified Total: $782,463.50 | | $194,367.09 | $588,096.41 |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT A-3 – CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | |
| Claim: 6671 | LONGACRE MASTER FUND LTD | | | | | | | |
| Date Filed: 05/23/2006 | 810 SEVENTH AVE 22ND FL | | | | | | | |
| Docketed Total: $ 130,235.05 | NEW YORK, NY 10019 | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | |
| THALER MACHINE COMPANY | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| 257 HOPELAND ST | Case Number*: | | | | Case Number*: | | | |
| DAYTON, OH 45408 | 05-44640 | | | $130,235.05 | 05-44640 | | $56,694.65 | $73,540.40 |
| | Docketed Total: | | | $130,235.05 | Modified Total: | | $56,694.65 | $73,540.40 |
| | | | | | | | | $130,235.05 |
| | $130,235.05 | | | | | | | |
| | Claim Holder Name and Address | | | | | | | |
| Claim: 2065 | REDROCK CAPITAL PARTNERS LLC | | | | | | | |
| Date Filed: 02/21/2006 | 475 17TH ST STE 544 | | | | | | | |
| Docketed Total: $ 126,918.43 | DENVER, CO 80202 | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | |
| TRANS MATIC MFG CO INC | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| MILLER JOHNSON | Case Number*: | | | | Case Number*: | | | |
| PO BOX 306 | 05-44640 | | | $126,918.43 | 05-44640 | | $48,349.02 | $76,956.34 |
| GRAND RAPIDS, MI 49501-0306 | Docketed Total: | | | $126,918.43 | Modified Total: | | $48,349.02 | $76,956.34 |
| | $126,918.43 | | | | $125,305.36 | | | $76,956.34 |
| | | | | | Total Claims to be Modified: 25 | | | |
| | | | | | Total Amount as Docketed:  $20,497,343.58 | | | |
| | | | | | Total Amount as Modified:  $ 19,626,267.96 | | | |

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

EXHIBIT B-1 - AD[UO]RNED CLAIMS SJ BJECT TO MODIFICATION DJ E TO C J RE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim:** 15493 <br> Date Filed: 07/31/2006 <br> Docketed Total: $5,762.88 <br> Filing Creditor Name and Address: <br> LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Secured — / Priority — / Unsecured $5,762.88 ; $5,796.88 | Claim Holder Name and Address <br> LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Docketed Total: $5,796.88 <br> Secured — / Priority — / Unsecured $5,762.88 ; $5,796.88 | Case Number*: 05-44640 <br> Modified Total: $5,796.88 <br> Secured — / Priority $5,762.88 ; $5,796.88 / Unsecured — |
| **Claim:** 15469 <br> Date Filed: 07/31/2006 <br> Docketed Total: $1,501.00 <br> Filing Creditor Name and Address: <br> LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION ONE UNIVERSITY PLZ STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Secured — / Priority — / Unsecured $1,501.00 ; $1,501.00 | Claim Holder Name and Address <br> LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION ONE UNIVERSITY PLZ STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Docketed Total: $1,501.00 <br> Secured — / Priority — / Unsecured $1,501.00 ; $1,501.00 | Case Number*: 05-44640 <br> Modified Total: $1,501.00 <br> Secured — / Priority $1,501.00 ; $1,501.00 / Unsecured — |
| **Claim:** 7289 <br> Date Filed: 06/01/2006 <br> Docketed Total: $104,313.33 <br> Filing Creditor Name and Address: <br> LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Secured — / Priority — / Unsecured $104,313.33 ; $104,212.22 | Claim Holder Name and Address <br> LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 <br><br> Case Number*: 05-44640 <br> Docketed Total: $104,212.22 <br> Secured — / Priority — / Unsecured $104,313.33 ; $104,212.22 | Case Number*: 05-44640 <br> Modified Total: $104,212.22 <br> Secured — / Priority $104,313.33 ; $104,212.22 / Unsecured — |

*See Exhibit C for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CJ RE

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11854<br>Date Filed: 07/28/2006<br>Docketed Total: $49,788.00<br>Filing Creditor Name and Address:<br>ST MARYS CARBON CO INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>CAPITAL MARKETS AS ASSIGNEE OF<br>ST MARYS CARBON CO INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | |

**CLAIM AS DOCKETED**

Docketed Total: $43,788.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,788.00 |
| | | | $43,788.00 |

**CLAIM AS MODIFIED**

Modified Total: $43,788.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $49,788.00 | $43,788.00 |

Total Claims To Be Modified: 4

Total Amount As Docketed:     $191,295.61

Total Amount As Modified:     $191,295.61

*See Exhibit C for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Seventh Omnibus Claims Objection

## EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2387<br>Date Filed: 03/24/2006<br>Docketed Total: $61,578.63<br>Filing Creditor Name and Address:<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF DETROIT HEADING<br>LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br><br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF DETROIT HEADING<br>LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | | | Docketed Total: $61,578.63 | | | | Modified Total: $60,876.94 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$61,578.63<br>$61,578.63 | Case Number*<br>05-44640 | Secured | Priority<br>$49,326.96<br>$49,326.96 | Unsecured<br>$11,549.98<br>$11,549.98 |
| Claim: 805<br>Date Filed: 11/22/2005<br>Docketed Total: $310,941.94<br>Filing Creditor Name and Address:<br>ZYLUX ACOUSTIC CORP<br>100 EMERSON LN STE 1513<br>BRIDGEVILLE, PA 15017 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS<br>ASSIGNEE OF APPLIED HANDLING<br>INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | | | Docketed Total: $310,941.94 | | | | Modified Total: $291,767.68 |
| | Case Number*<br>05-44481 | Secured<br>$310,941.94<br>$310,941.94 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$291,767.68<br>$291,767.68 | Unsecured |

Total Claims to be Modified: 2
Total Amount as Docketed:  $372,520.57
Total Amount as Modified:  $ 352,644.62

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Seventh Omnibus Claims Objection**

## EXHIBIT B-3 - ADJOURNED CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 9647
Date Filed: 07/12/2006
Docketed Total: $ 618,507.09
Filing Creditor Name and Address:
PARK ENTERPRISES OF
ROCHESTER INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

**CLAIM AS DOCKETED**

Claim Holder Name and Address

PARK ENTERPRISES OF ROCHESTER
INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

Docketed Total:    $618,507.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $618,507.09 |
| | | | $618,507.09 |

**CLAIM AS MODIFIED**

Modified Total:    $618,507.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $33,074.09 | $585,433.00 |
| | | $33,074.09 | $585,433.00 |

Total Claims to be Modified: 1

Total Amount as Docketed:  $618,507.09

Total Amount as Modified:  $ 618,507.09

Page 1 of 1

*See Exhibit C for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.

Twenty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit C - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re: Delphi Corporation, et al
Case No. 05-44481 (RDD)

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ADRONICS ELROB MFG CORP | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ALMETALS CO | 8455 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMERICAN PRODUCTS COMPANY | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| AMROC INVESTMENTS LLC | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 7838 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| AMROC INVESTMENTS LLC AS ASSIGNEE OF AFX INDUSTRIES LLC | 7838 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF HY LEVEL INDUSTRIES INC | 8722 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF NATIONAL SEMICONDUCTER CORP | 7491 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SAN STEEL FABRICATING | 7091 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANALOG DEVICES INC | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASAHI KASEI PLASTICS NORTH AMERICA INC FKA ASAHI KASEI PLASTICS AMERICA INC/LONGACRE MASTER FUND LTD | 12230 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY | 15781 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR POLTRON CORPORATION | 2164 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL AS ASSIGNEE FOR WESTBROOK MFG INC | 2090 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 1683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL II LP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 1163 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ASM CAPITAL LP | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ASM CAPITAL LP | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATG PRECISION PRODUCTS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ATMEL CORPORATION | 1165 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BANK OF AMERICA NA | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BELLMAN MELCOR INC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BOURNS INC | 6683 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| BUEHLER MOTOR INC | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CAPITAL MARKETS AS ASSIGNEE OF ST MARYS CARBON CO INC | 11854 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CAROLINA FORGE COMPANY LLC EFT | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| CELTIC PRODUCTS INC | 5580 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CINCH CONNECTORS INC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| COFICAB PORTUGAL COMPANHIA | 6802 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CONTRARIAN FUNDS LLC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| CTS CORPORATION | 11257 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| CURTIS SCREW COMPANY LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| CURTIS SCREW COMPANY LLC/MADISON NICHE OPPORTUNITIES LLC | 16592 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA | 2550 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| DAWLEN CORP | 16284 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| DEUTSCHE BANK SECURITIES INC/GOLDMAN SACHS CREDIT PARTNERS LP | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| EMERSON & CUMING INC | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| ENGINEERED MATERIALS SOLUTION INC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| ENGINEERED SINTERED COMPONENTS INC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ERWIN QUARDER INC | 1464 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| GAGNIER PRODUCTS RKM INC | 4741 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2904 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| GOLDMAN SACHS CREDIT PARTNERS LP | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| GRINER ENGINEERING INC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAERTER STANZTECHNIK GMBH | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 14246 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 273 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC | 4898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL HOLDINGS LLC | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HAIN CAPITAL HOLDINGS LLC/SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 13932 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HAIN CAPITAL INVESTORS LLC | 2058 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| HITACHI AUTOMOTIVE PRODUCTS USA INC | 13773 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| IRISO USA INC | 6943 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JIFFY TITE CO INC | 8133 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| JPMORGAN CHASE BANK NA | 10703 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | 14052 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| JUDD WIRE INC | 8403 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KADDIS MANUFACTURING CORPORATION | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| KICKHAEFER MANUFACTURING CO KMC | 12141 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| KINETICS | 1615 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LDI INCORPORATED | 9832 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF APPLIED HANDLING INC/ZYLUX ACOUSTIC CORP | 805 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPOARTION | 15469 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONG ACRE MASTER FUND LTD AS ASSIGNEE TRANSFEREE OF SHARP ELECTRONICS CORP | 15113 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4446 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| LONGACRE MASTER FUND LTD | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | 13974 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| LONGACRE MASTER FUND LTD/SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| M A COM INC | 15926 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MACAUTO USA INC | 9431 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 1729 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| MASTER MOLDED PRODUCTS CORP | 9989 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| METFORM CORP | 5452 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| MOLDTECH INC | 3736 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| NICHICON AMERICA CORPORATION | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NMB TECHNOLOGIES CORPORATION | 4531 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| OSRAM OPTO SEMICONDUCTORS INC | 9961 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| OTTO BOCK POLYURETHANE TECHNOLOGIES INC | 16558 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| P J SPRING CO INC | 1640 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA FKA AROMAT CORP | 16376 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT B-3 - ADJOURNED CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| PRECISION METAL PARTS INC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| RADIALL INCORPORATED DBA RADIALL LARSEN ANTENNA TECHNOLOGIES | 6054 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT CORP | 5966 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| RED SPOT PAINT & VARNISH CO IN | 5967 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 5510 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| REDROCK CAPITAL PARTNERS LLC | 9025 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC | 2387 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SAFETY COMPONENTS FABRIC EFT | 10494 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SAGAMI AMERICA LTD | 16683 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SANYO SEMICONDUCTOR CORPORATION | 1555 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SCAPA TAPES N A | 1735 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SEAL & DESIGN INC | 9585 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SILICON LABORATORIES INC | 8775 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| SPCP GROUP LLC | 2229 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| SPIRAL INDUSTRIES INC | 4221 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ST MARYS CARBON CO INC | 11854 | EXHIBIT B-1 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12258 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| STEPHENSON & LAWYER INC | 8667 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| T & L AUTOMATICS INC | 11259 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT A-2 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TEMPEL STEEL CO | 16422 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TESSY PLASTICS CORP | 987 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Seventh Omnibus Claims Objection

Exhibit D - Claimants And Related Claims Subject To Twenty-Seventh Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| THALER MACHINE COMPANY | 6671 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| TOYOTA TSUSHO AMERICA INC | 2144 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TPG CREDIT OPPORTUNITIES FUND LP/WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT A-3 - CLAIMS ASSERTING RECLAMATION SUBJECT TO PRIOR ORDERS, MODIFICATION, AND CURE |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| TWIST INC | 8715 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| UNIVERSAL METAL SERVICE EFT | 3975 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| US FARATHANE CORPORATION | 222 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VIBRACOUSTIC GMBH & CO KG | 8588 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9452 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| VISHAY AMERICAS INC | 9453 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| VOGELSANG CORP | 5427 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| WAUCONDA TOOL AND ENGR CO EFT | 16301 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WELWYN COMPONENTS LTD | 8685 | EXHIBIT A-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE |
| WINDSOR MACHINE & STAMPING LTD | 2047 | EXHIBIT A-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |
| ZYLUX ACOUSTIC CORP | 805 | EXHIBIT B-2 - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :

        In re                             :        Chapter 11

                                                    :

        DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)

                                                    :

                        Debtors.     :        (Jointly Administered)

                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
~~TO~~MODIFYING CERTAIN CLAIMS TO IMPLEMENT CURE PAYMENTS AND MODIFY
GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS
IDENTIFIED IN TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION

("TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General
Unsecured Claims By Amount Of Cure Payments, dated February 15, 2008 (the "Twenty-Seventh
Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries and
affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the
"Debtors"); and upon the record of the hearing held on the Twenty-Seventh Omnibus Claims
Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.     Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5)
(as to each, a "Claim"), listed on <u>Exhibits A-1</u>, <u>A-2</u>, and <u>A-3</u> hereto was properly and
timely served with a copy of the Twenty-Seventh Omnibus Claims Objection, a
personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014
Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain
Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims
Objection Procedures Order"), the proposed order granting the Twenty-Seventh Omnibus
Claims Objection, and notice of the deadline for responding to the Twenty-Seventh
Omnibus Claims Objection.  No other or further notice of the Twenty-Seventh Omnibus
Claims Objection is necessary.

      B.     This Court has jurisdiction over the Twenty-Seventh Omnibus
Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Seventh Omnibus
Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases
and the Twenty-Seventh Omnibus Claims Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409.

      C.     The Claims listed on <u>Exhibit A-1</u> hereto will be satisfied in whole or
in part by Cure Payments (the "Exhibit A-1 Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of
fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

2     DeltaView comparison of pcdocs://chisr01a/588121/5 and pcdocs://chisr01a/588121/9.
Performed on 3/18/2008.

D.    The Claims listed on Exhibit A-2 hereto were modified pursuant to prior orders and will be satisfied in whole or in part by Cure Payments (the "Exhibit A-2 Claims").

E.    The Claims listed on Exhibit A-3 hereto will be satisfied in whole or in part by Cure Payments and, such Claims (a) state the incorrect amount or are overstated and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Exhibit A-3 Claims").

F.    The relief requested in the Twenty-Seventh Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Upon the occurrence of the Effective Date of the Plan as modified pursuant to the Confoirmation Order, each "Claim As Docketed" classification listed on Exhibit A-1 hereto shall be revised to reflect classification listed as the "Claim As Modified."  No Claimant listed on Exhibit A-1 hereto shall be entitled to assert a

classification that is inconsistent with that listed in the "Claim As Modified" column,

subject to the Debtors' right to further object to each such Exhibit A-1 Claim.  The Exhibit

A-1 Claims shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

2.    Upon the occurrence of the Effective Date of the Plan as modified

pursuant to the Confoirmation Order, each "Claim As Docketed" classification listed on

Exhibit A-2 hereto shall be revised to reflect the classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit A-2 hereto shall be entitled to assert a

classification that is inconsistent with that listed in the "Claim As Modified" column,

subject to the Debtors' right to further object to each such Exhibit A-2 Claim.  The Exhibit

A-2 Claims shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

3.    Upon the occurrence of the Effective Date of the Plan as modified

pursuant to the Confoirmation Order, each "Claim As Docketed" classification listed on

Exhibit A-3 hereto shall be revised to reflect the classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit A-3 shall be entitled to assert a classification

that is inconsistent with that listed in the "Claim As Modified" column on Exhibit A-3

hereto, subject to the Debtors' right to further object to each such Exhibit A-3 Claim.  The

Exhibit A-3 Claims shall remain on the claims register, and shall remain subject to future

objection by the Debtors and other parties-in-interest.

4.    For clarity, Exhibit BC hereto displays the formal name of each of

the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits

A-1, A-2, A-3, B-1, B-2, and AB-3 and Exhibit CD sets forth each of the Claims referenced

on Exhibits A-1, A-2, A-3, B-1, B-2, and AB-3 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

5.      The hearing regarding the objection to the Claims listed on Exhibits B-1, B-2, and B-3 hereto, for which a Response to the Twenty-Seventh Omnibus Claims Objection has been filed and served and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

6.      5. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Seventh Omnibus Claims Objection.

7.      6. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

8.      7. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Seventh Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

9.      8. Each of the objections by the Debtors to each Claim addressed in the Twenty-Seventh Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, A-3, B-1, B-2, and AB-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Seventh Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

10.    9.  Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

11.    10. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules

for the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Seventh Omnibus

Claims Objection.


Dated: New York, New York
          March ___, 2008


_____
          UNITED STATES BANKRUPTCY JUDGE