IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                            :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                      Debtors.       :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On March 18, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

1)    Debtors' Summary (I) of Modifications to Sale Approval Order in Connection with Sale of Debtors' Bearing Business and (II) Resolution of Objections to (A) Sale Motion and (B) Notices of Assumption and or Assignment (Docket No. 13154)

      On March 18, 2008, I caused to be served the document listed below upon the parties listed on Exhibit B hereto via overnight mail:

2)    Debtors' Supplemental Omnibus Reply to Objections to (A) Notice of Assumption and/or Assignment and (B) Cure Notices in Connection with Sale of Steering and Halfshaft Business (Docket No. 13157)

      On March 18, 2008, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight mail:

3)    Debtors' Reply in Support of Expedited Motion for Orders Under 11 U.S.C. §§ 363 and 1146 and Fed. R. Bankr. P. 2002, 6004, and 9014 (A)(I) Approving Biding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving (I) Sale by Delphi Automotive Systems LLC of Certain Machinery, Equipment, and Inventory Primarily Used in DAS LLC's Kettering Damper Business Free and Clear of Liens, and

(II) Entry into Lease Agreement in Connection Therewith ("Debtors' Reply in Support of Kettering Sale Motion") (Docket No. 13161)

Dated: March 20, 2008

          */s/ Elizabeth Adam*
          Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of March, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ L. Maree Sanders*

Commission Expires:   *10/1/09*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler / Bonnie Steingart / Vivek Melwani / Jennifer L Rodburg / Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:43 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Axle & Ma | Ralph E McDowell | Bodman LLP 6th Fl Ford Field | 1901 St Antoine St | Detroit | MI | 48226 |
| Barnes Group Inc | Ilan Markus | Tyler Cooper & Alcorn | 555 Long Wharf Dr PO Box 1936 | New Haven | CT | 06509-0906 |
| Freudenberg NOK | Ralph E McDowell | Bodman LLP 6th Fl Ford Field | 1901 St Antoine St | Detroit | MI | 48226 |
| S&Z Tool & Die Co | Leslie A Berkoff | Morrit Hock Jamroff & Horowitz LLP | 400 Garden City Plz | Garden City | NY | 11530 |
| S&Z Tool & Die Co | Michael P Shuster Rocco I Debitetto | Hahn Loeser & Parks LLP | 200 Public Sq Ste 3300 | Cleveland | OH | 44114-2301 |
| Timken Company | James M Sullivan | McDermott Will & Emery LLP | 340 Madison Ave | New York | NY | 10173-1922 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:39 PM
Bearings Sale Reply SP

# EXHIBIT B

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:43 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Assembly Systmes Innovators LLC | Joel D Applebaum | Clark Hill PLC | 501 Woodward Ave Ste 3500 | Detroit | MI | 48226-3436 |
| Millenium Industries Corporation | Joel D Applebaum | Clark Hill PLC | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 |
| Stoneridge Inc | Douglas E Spelfogel & Elyssa Kates | Baker & Hostetler LLP | 45 Rockefellar Plaza | New York | NY | 10111 |
| Alps Automotive Inc | Merle C Meyers | Meyers Law Group PC | 44 Montgomery St Ste 1010 | San Francisco | CA | 94104 |
| Alps Automotive Inc | Merle C Meyers Esq | Meyers Law Group PC | 44 Montgomery St Ste 1010 | San Francisco | CA | 94104 |
| American Aikoku Alpha Inc | Gary Vist | Masuda Funai Eifert & Mitchell LTD | 203 N LaSalle St Ste 2500 | Chicago | IL | 60601 |
| American Aikoku Alpha Inc | Gary Vist | Masuda Funai Eifert & Mitchell LTD | 203 N LaSalle St Ste 2500 | Chicago | IL | 60601 |
| American Aikoku Alpha Inc | Joseph H Lemkin | Duane Morris LLP | 744 Broad St 12th Fl | Newark | NJ | 07102-0000 |
| American Aikoku Alpha Inc | Joseph H Lemkin | Duane Morris LLP | 744 Broad St 12th Fl | Newark | NJ | 07102-0000 |
| Attorney for Small Parts Inc | Jeffrey J Graham | Sommer Barnard PC | One Indiana Sq Ste 3500 | Indianapolis | IN | 46204 |
| BI Techonolgies Corp | David M Schilli | Robinson Bradshaw & Hinson PA | 101 N Tyron St Ste 1900 | Charlotte | NC | 28246 |
| BI Techonlgies Corp | Jonathon D Forstot Louis A Cucio | Thatcher Proffitt & Wood LLP | Two World Financial Center | New York | NY | 10281 |
| Canon USA Inc | Paul Rubin | Herrick Feinstein LLP | Two Park Ave | New York | NY | 10016 |
| Castwell Products LLC | Andrea B Scwartz | Fullbright & Jaworski LLP | 666 5th Ave | New York | NY | 10103 |
| Castwell Products LLC | Toby L Gerber | Fullbright & Jaworski LLP | 2200 Ross Ave Ste 2800 | Dallas | TX | 75201 |
| Dawlen Corporation | Patricis A Lykins | 2029 Micor Dr PO Box 884 | | Jackson | MI | 49204 |
| EI du Pont de Nemours and Company | William J Brown & Angela Z Miller | Phillips Lytle LLP | 437 Madison Ave 34th Fl | New York | NY | 10022 |
| EI du Pont de Nemours and Company | William J Brown & Angela Z Miller | Phillips Lytle LLP | 3400 HSBC Ctr | Buffalo | NY | 14203 |
| F&G Multi-Slide Inc | Paul H Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 |
| Frank L Gorman | | 2290 First National Bldg | 660 Woodward Avenue | Detroit | MI | 48226-3506 |
| Freudenberg-NOK General Partnership | Bodman LLP Ralph E McDowell | 6th Floor at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 |
| Furukawa Electric Company Ltd | G Christopher Meyer | Squire Sanders & Dempsey LLP | 4900 Key Twr 127 Public Sq | Cleveland | OH | 44114-1304 |
| Furukawa Electric Company Ltd | G Christopher Meyer | Squire Sanders & Dempsey LLP | 4900 Key Twr 127 Public Sq | Cleveland | OH | 44114-1304 |
| Furukawa Electric N America APD Inc | Dennis J Connolly & David A Wender | Alston & Bird LLP | 1 Atlantic Ctr 1201 W Peachtree St | Atlanta | GA | 30309-3424 |
| GMD Ind dba Production ScrewMachine | Ronald S Pretekin | Coolidge Wall Co LPA | 33 W First St Ste 600 | Dayton | OH | 45402 |
| Henkel Corporation | David B Aaronson | Drinker Biddle & Reath LLP | One Logan Sq 18th & Cherry Streets | Philadelphia | PA | 19103 |
| Hydro Aluminum North America Inc | Dorothy H De Marinis-Riggio | Calinoff & Katz LLP | 140 E 45th St 17th Fl | New York | NY | 10017 |
| Hydro Aluminum North America Inc | Thomas Renda & Patricia Borenstein | Miles & Stockbridge PC | 10 Light St | Baltimore | MD | 21202 |
| Intermet Corporation | David G Dragich | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Suite 500 | | Kansas City | MO | 64106 |
| Lear Corporation | Bodman LLP Ralph E McDowell | 6th Floor at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 |
| Liquidity Solutions Ore Hill Hub | Dana P Kane Esq | Liquidity Solutions Inc | One University Plaza Ste 312 | Hackensack | NJ | 07601-0000 |
| MacArthur Corporation | Thomas Barrett | 3190 Tri-Park Dr | | Grand Blanc | MI | 48439 |
| Maricopa County Treasurer | Barbara Lee Caldwell | Hebert Schenk PC | 4742 N 24th St Ste 100 | Phoenix | AZ | 85016 |
| Master Automatic Inc | Robert D Gordon | Clark Hill PLC | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 |
| Means Industries | EGeekie J Friedland Zhiyuan Mike Xu | Schiff Hardin LLP | 6600 Sears Tower | Chicago | IL | 60606 |
| Metal-Matic Inc | Thomas A Jackson | 629 Second St SE | | Minneapolis | MN | 55414 |
| Nissan North America Inc | David E Lemke & Robert J Welhoelter | Waller Lansdenn Dortch & Davis LLP | 511 Union Street Ste 2700 | Nashville | TN | 37219 |
| Robin Industries Inc | Daniel A Demarco & Rocco Debitetto | Hahn Loeser & Parks LLP | 200 Public Sq Ste 3300 | Cleveland | OH | 44114-2301 |
| Robin Industries Inc | Leslie A Berkoff | Moritt Hock Hamroff & Horowitz LLP | 400 Garden City Plaza | Garden City | NY | 11530 |
| Rosler Metal Finishing USA LLC | Thomas P Sarb & Robert D Wolford | Miller Johnson | 250 Monroe Ave NW Ste 800 POBox 306 | Grand Rapids | MI | 49501-0306 |
| S&Z Tool & Die S&Z Metalworks Ltd | Leslie A Berkoff | Moritt Hock Hamroff & Horowitz LLP | 400 Garden City Plaza | Garden City | NY | 11530 |
| S&Z Tool & Die S&Z Metalworks Ltd | Leslie A Berkoff | Moritt Hock Hamroff & Horowitz LLP | 400 Garden City Plaza | Garden City | NY | 11530 |
| S&Z Tool & Die S&Z Metalworks Ltd | Michael Shuster & Rocco Debitetto | Hahn Loeser & Parks LLP | 200 Public Sq Ste 3300 | Cleveland | OH | 44114-2301 |
| S&Z Tool & Die S&Z Metalworks Ltd | Michael Shuster & Rocco Debitetto | Hahn Loeser & Parks LLP | 200 Public Sq Ste 3300 | Cleveland | OH | 44114-2301 |
| SKF USA Inc | Henry J Jaffe & James C Carignan | Pepper Hamilton LLP Hercules Plz | Ste 5100 1313 Market St | Wilmington | DE | 19899-1709 |

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| SKF USA Inc | Linda J Casey & Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq 18th & Arch Sts | Philadelphia | PA | 19103-2799 |
| Steering Holding LLC | Neil E Herman | Morgan Lewis & Bockius LLP | 101 Park Ave | New York | NY | 10178 |
| Teleflex Inc | Francis Lawall Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq 18th & Arch Sts | Philadephia | PA | 19103-2799 |
| Temic Auto N America & Motorola Inc | Peter A Clark & Jason J DeJonker | McDermott Will & Emery LLP | 227 W Monroe St | Chicago | IL | 60606 |
| Temic Automotive N America Motorola | Gary O Ravert | McDermott Will & Emery LLP | 340 Madison Ave | New York | NY | 10173-1922 |
| The Timken Company & Timken US Corp | James M Sullivan & Gary O Ravert | McDermott Will & Emery LLP | 340 Madison Ave | New York | NY | 10173-1922 |
| The Timken Company & Timken US Corp | James M Sullivan & Gary O Ravert | McDermott Will & Emery LLP | 341 Madison Ave | New York | NY | 10173-1923 |
| United States Steel Corporation | Timothy J Hurley & Richard Ferrell | Taft Stettinius & Hollister LLP | 425 Walnut St Ste 1800 | Cincinnati | OH | 45240 |
| United States Steel Corporation | Timothy J Hurley & Richard L Ferell | Taft Stettinius & Hollister LLP | 425 Walnut St Ste 1800 | Cincinnati | OH | 42540 |
| Universal Bearings LLC | Jonathon A Flaxer | Golenbock Eiseman Assor Bell Peskoe | 437 Madison Ave | New York | NY | 10022 |
| Zf Boge Elastmetall LLC | John J Hunter Jr | Hunter & Schank Co LPA | One Canton Sq 1700 Canton Ave | Toledo | OH | 43604 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

3/20/2008 2:25 AM
Steering Sale Objectors

# EXHIBIT C

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein, Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092, 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler, Bonnie Steingart, Vivek Melwani, Jennifer L Rodburg, Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:43 PM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| IUE CWA and Local 755 | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | New York | NY | 10003 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/19/2008 1:41 PM
Kettering Objection parties