IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On March 20, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Notice Of Presentment Of Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13190)

Dated: March 21, 2008

/s/ Elizabeth Adam
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of March, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  /s/ Shannon J. Spencer

Commission Expires:  6/20/10

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Burr Forman LLP | Att'n D. Christopher Carson, Esq. | 420 North 20th Street | Suite 3400 | Birmingham | AL | 3520 |
| Laneko Engineering Company | | 275 New Jersey Drive | | Fort Washington | PA | 19034 |
| Wachovia Bank, N.A. | Att'n General Counsel | 1 Wachovia Center | | Charlotte | NC | 28288-0013 |