# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Automotive Systems Llc**
Case No. **05-44481**                              Court ID (Court Use Only)_____
Related Document No. 8627

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Orthodyne Electronics Corp Eft | Liquidity Solutions, Inc |
|---|---|
| Name of Transferee | dba Revenue Management |
|  | Name of Transferor |

Name and Address where notices
and payments to transferee should be sent
ORTHODYNE ELECTRONICS CORP EFT
16700 RED HILL AVE
IRVINECA92606

Court Claim # (if known):7563
Amount $47,094.44

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ James Yenzer                              Date:3/24/2008

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

876707

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7563 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 3/24/2008.

| | |
|---|---|
| Liquidity Solutions Inc, d/b/a Revenue Management | **ORTHODYNE ELECTRONICS CORP EFT** |
| **Name of Alleged Transferor** | **Name of Transferee** |
| Address of Transferor | Address of Alleged Transferee |
| One University Plaza | **ORTHODYNE ELECTRONICS CORP EFT** |
| Suite 312 | **16700 RED HILL AVE** |
| Hackensack, NJ 07601 | **IRVINE, CA 92606** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                 **CLERK OF THE COURT**

**876707**

## TRANSFER NOTICE

**Revenue Management** ("Assignor"), transfers and assigns unto **ORTHODYNE ELECTRONICS CORP EFT** with an address at **16700 RED HILL AVE IRVINE,CA 92606** its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **ORTHODYNE ELECTRONICS CORP EFT** Claims of Assignor in the aggregate amount of **$47,094.44** representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC in the United States Bankruptcy Court for the SOUTHERN DISTRICT OF NEW YORK, administered as Case No. 05-44481 subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of <u>March 24, 2008</u>


Revenue Management

<u>By/s/James Yenzer</u>