**Hearing Date And Time: May 29, 2008 at 10:00 a.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                  :
    In re                          :       Chapter 11
                                  :
DELPHI CORPORATION, et al.,      :       Case No. 05-44481 (RDD)
                                  :
                 Debtors.   :       (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

<u>NOTICE OF CHANGE OF OMNIBUS HEARING DATE</u>

PLEASE TAKE NOTICE THAT in accordance with paragraph one of the Tenth Supplemental Order Under 11 U.S.C. §§ 101(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered on February 4, 2008 (Docket No. 12487), the omnibus hearing scheduled for May 22, 2008 at 10:00 a.m. (prevailing Eastern time) in the above-captioned cases has been rescheduled to **May 29, 2008 at 10:00 a.m.** (prevailing Eastern time).

PLEASE TAKE NOTICE THAT all deadlines to file notices, motions, applications, briefs, memoranda, affidavits, declarations, or other documents shall be calculated in accordance with the Supplemental Order Under 11 U.S.C. §§ 101(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered on May 20, 2006 (Docket No. 2883).

Dated:  New York, New York
        March 24, 2008

>SKADDEN, ARPS, SLATE, MEAGHER
>    & FLOM LLP
>
>By: /s/ John Wm. Butler, Jr.
>    John Wm. Butler, Jr.
>    John K. Lyons
>    Ron E. Meisler
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois  60606
>(312) 407-0700
>
> - and -
>
>By: /s/ Kayalyn A. Marafioti
>    Kayalyn A. Marafioti (KM 9632)
>    Thomas J. Matz (TM 5986)
>Four Times Square
>New York, New York 10036
>(212) 735-3000
>
>Attorneys for Delphi Corporation, et al.,
>    Debtors and Debtors-in-Possession