UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **DELPHI CORPORATION, et al.,** <br><br><br><br> **Debtors.** | Chapter 11 <br><br> Case No. 05-44481 (RDD) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The U.S. Securities and Exchange Commission (the "SEC") hereby provides notice to the Court that it is hereby withdrawing its previously filed claim identified as Claim Number 2445.

Dated: March 24, 2008
New York, NY

                                                Respectfully submitted,

                                                Alan S. Maza (AM-7967)
                                                Attorney for the
                                                U.S. Securities and Exchange Commission
                                                3 World Financial Center
                                                New York, New York  10281
                                                Telephone: (212) 336-0133
                                                Fax: (212) 336-1320
                                                E-Mail: mazaa@sec.gov