| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Co-Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599) | HEARING DATE: 4/18/2008 at 10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,      :
                                                    :    Jointly Administered
                                    Debtors.  :
                                                    :
-----------------------------------------------------------------x

**FOURTH NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION
HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS
OF CLAIM NOS. 9105, 9106 AND 9107 (BRUSH WELLMAN INC./
TECHNICAL MATERIALS, INC. / ZENTRIX TECHNOLOGIES, INC./
SPCP GROUP, L.L.C./ 3V CAPITAL MASTER FUND LTD.)**

PLEASE TAKE NOTICE that on March 16, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 9106 ("Proof of Claim 9106"), filed by Technical Materials, Inc. and transferred to SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("SPCP"), pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected on Debtors' Books and

Records, (C) Untimely Claims, and (D) Claims Subject to Modification (Docket No. 7301).

PLEASE TAKE NOTICE that on April 27, 2007, the Debtors objected to proofs of claim numbers 9105 ("Proof of Claim 9105") and 9107 ("Proof of Claim 9017", and, together with Proof of Claim 9105 and Proof of Claim 9106, the "Proofs of Claims") filed by Brush Wellman Inc. and Zentrix Technologies, Inc. respectively, pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement (Docket No. 7825).

PLEASE TAKE FURTHER NOTICE that on December 6, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 9105, 9106 and 9107 scheduling an evidentiary hearing (the "Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for February 8, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on February 1, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 9105, 9106 and 9107 (Docket No. 12460), adjourning the Claims Objection Hearing until February 20, 2008.

PLEASE TAKE FURTHER NOTICE that on February 14, 2008, the Debtors filed the Second Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proof of Claim No. 9105, 9106 and 9107 (Docket No. 12639), adjourning the Claims Objection Hearing until March 11, 2008.

PLEASE TAKE FURTHER NOTICE that on March 10, 2008, the Debtors filed the Third Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 9105, 9106 and 9107 (Docket No. 13059), adjourning the Claims Objection Hearing until April 4, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **April 18, 2008 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Order shall remain in full force and effect. Those deadlines calculated based on the hearing date shall be calculated based on the April 18, 2008 Hearing Date. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         March 24, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000