SQUIRE, SANDERS & DEMPSEY, L.L.P.
Counsel for the City of Dayton, Ohio
G. Christopher Meyer (GM 9058) (OH 0016268)
Sherri L. Dahl (OH 0073621)
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
cmeyer@ssd.com
sdahl@ssd.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :  Chapter 11
In re                                                        :
                                                             :  Case No. 05-44481
DELPHI CORPORATION, *et al.*,                                :  Jointly Administered
                                                             :
        Debtors.                                             :  Judge Drain
------------------------------------------------------------ x

## MOTION OF SHERRI L. DAHL FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 2090-1, the undersigned, Sherri L. Dahl, moves for admission *pro hac vice* in the above bankruptcy case (the "Case") and proceedings therein. In support of this motion, Sherri L. Dahl states as follows:

1. I am an attorney representing the City of Dayton, Ohio in the Case.

2. I am a member in good standing of the Bar of the State of Ohio and am admitted to the United States Court of Appeals for the Sixth Circuit, the United States District Courts for the Northern and Southern Districts of Ohio, and the United States District Court for the Western District of Pennsylvania.



3.  I hereby submit to the disciplinary processes of this Court. I have read and am generally familiar with the Court's Local Rules.

Dated: March 12, 2008

Respectfully submitted,

/s/ Sherri L. Dahl
G. Christopher Meyer (OH 0016268)
Sherri L. Dahl (OH 0073621)
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216)479-8500
Facsimile: (216)479-8780
cmeyer@ssd.com
sdahl@ssd.com

COUNSEL FOR
THE CITY OF DAYTON, OHIO