MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1945
Fax: (212) 637-2750
E-mail:  matthew.schwartz@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE:                                                    Chapter 11

    DELPHI CORPORATION, *et al.*,           Case No. 05-44481 (RDD)

                   Debtors.                    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THE UNITED STATES OF AMERICA'S DESIGNATION OF CONTENTS OF**
**RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

PLEASE TAKE NOTICE that the United States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, hereby submits the following designation of items to be included in the record on appeal and statement of issues to be presented on appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a)(1), from the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (I) Denying United States of America's Motion for Leave to File Late Claim and (II) Disallowing and Expunging Proof of Claim Number 16727 ("EEOC Order"), which was entered on March 6, 2008.

## DESIGNATION OF ITEMS

| Item No. | Date | Docket No. | Description |
|---|---|---|---|
| 1 | 10/12/2007 | N/A | Proof of Claim filed by the United States Equal Employment Opportunity Commission (Claim No. 16727) |
| 2 | 10/26/2007 | 10738 | Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bank. P. 3007 to Certain (a) Duplicate or Amended Claims, (b) Equity Claims, (c) Insufficiently Documented Claims, (d) Claims Not Reflected on Debtors' Books and Records, (e) Untimely Claims, (f) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that Are Subject to Prior Orders, and Modified Claims Asserting Reclamation that Are Subject to Prior Orders |
| 3 | 11/26/2007 | 11072 | United States of America's Response to Debtor's Objection to the Claim of the Equal Employment Opportunity Commission |
| 4 | 11/28/2007 | 11143 | Debtors' Omnibus Reply in Support of Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bank. P. 3007 to Certain (a) Duplicate or Amended Claims, (b) Equity Claims, (c) Insufficiently Documented Claims, (d) Claims Not Reflected on Debtors' Books and Records, (e) Untimely Claims, (f) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that Are Subject to Prior Orders, and Modified Claims Asserting Reclamation that Are Subject to Prior Orders |

| 5 | 11/29/2007 | 11169 | Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bank. P. 3007 Disallowing and Expunging Certain (a) Duplicate or Amended Claims, (b) Equity Claims, (c) Insufficiently Documented Claims, (d) Claims Not Reflected on Debtors' Books and Records, (e) Untimely Claims, (f) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that Are Subject to Prior Orders, and Modified Claims Asserting Reclamation that Are Subject to Prior Orders Identified in Twenty-Second Omnibus Claims Objection |
|---|---|---|---|
| 6 | 1/28/2008 | 12371 | Notice of Deadline to File Motion for Leave to File Late Claim with Respect to Late Claim Filed by United States Equal Employment Opportunity Commission (Proof of Claim 16727) |
| 7 | 1/30/2008 | 12406 | Letter filed by the Equal Employment Opportunity Commission Requesting Adjournment |
| 8 | 2/22/2008 | 12830 | Notice of Motion for Leave to File Late Claim |
| 9 | 2/22/2008 | 12831 | United States of America's Motion for Leave to File Late Claim |
| 10 | 2/22/2008 | 12832 | Declaration of Margaret A. Malloy |
| 11 | 2/28/2008 | 12907 | Debtors' Objection to United States of America's Motion for Leave to File Late Claim |
| 12 | 2/28/2008 | 12907 | Declaration of Evan Gershbein in Support of Debtors' Objection to United States of America's Motion for Leave to File Late Claim |
| 13 | 2/28/2008 | 12907 | Declaration of Dean Unrue in Support of Debtors' Objection to United States of America's Motion for Leave to File Late Claim |
| 14 | 2/28/2008 | 12910 | Proposed Twenty-First Claims Hearing Agenda |
| 15 | 2/29/2008 | N/A | Exhibits 1-8 admitted into evidence on February 29, 2008 |

| 16 | 2/29/2008 | N/A | Transcript of Hearing before the Hon. Robert D. Drain |
| 17 | 3/6/2008 | 12980 | Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (I) Denying United States of America's Motion for Leave to File Late Claim and (II) Disallowing and Expunging Proof of Claim Number 16727, with Exhibit A (Modified Bench Ruling) |
| 18 | 3/17/2008 | 13129 | Notice of Appeal |

## STATEMENT OF ISSUES

1. Whether the United States Equal Employment Commission (EEOC) demonstrated "excusable neglect" for filing its proof of claim after the bar date.

2. Whether the Bankruptcy Court erred in admitting and relying upon material protected by Federal Rule of Evidence 408.

3. Whether the Bankruptcy Court erred in holding that the EEOC was precluded from asserting a claim on behalf of a class of employees, where only one of those employees had himself filed a claim.

4. Whether the Bankruptcy Court erred in holding that the term "claim" in the Bankruptcy Code is "far more extensive than either the definition of 'charge' or a 'civil action' in 42 U.S.C. § 2000e-5," such that the EEOC should have disregarded that section's requirement that "[c]harges shall not be made public by the [EEOC]."

Dated:   March 25, 2008
        New York, New York

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney for the
           Southern District of New York
           Attorney for the United States of America

By:   /s/ Matthew L. Schwartz
      MATTHEW L. SCHWARTZ (MS-8159)
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Tel.: (212) 637-1945
      Fax: (212) 637-2750
      E-mail: matthew.schwartz@usdoj.gov