Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Avenue, Suite 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile

Attorneys for Microsoft Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

## CURE CLAIM OF MICROSOFT

COME NOW Microsoft Corporation, a Washington corporation, and its wholly-owned subsidiary Microsoft Licensing, GP (collectively "Microsoft"), and hereby make their Cure Claim as follows:

1.  Microsoft and Delphi Automotive Systems LLC ("Debtor") are parties to the following:

| Item | Number |
|---|---|
| Microsoft Business Agreement | U2985619 |
| Microsoft Enterprise Agreement | 01E62067 |
| Microsoft Enrollment Agreement | 2813189 |
| Microsoft Enrollment Agreement | 5635919 |

These agreements are referred to herein collectively as the "Enterprise Agreement" or the "EA". The EA is the contractual vehicle by which the Debtor obtained Microsoft

software licenses in volume. These agreements are not the licenses themselves, but rather the agreements by which the Debtor applied for and obtained licenses in volume quantities.

2. The Cure Claim of Microsoft for the EA was set forth in Microsoft's Proof of Claim, dated July 28, 2006, filed on July 31, 2006, under Delphi Claim Number 13452. A true and complete copy of the Proof of Claim is attached as Exhibit A.

3. As reported in the Proof of Claim, the cure amount is $3,005,830.42.

4. Debtors do not "own" the Microsoft licensed products and software obtained via the EA. Rather, the products and software are copyrighted materials that Debtors have licensed from Microsoft.

5. The licenses that Debtors have of Microsoft software products are licenses of copyrighted materials and, therefore, may not be assumed or assigned without Microsoft's consent. In re Catapult Entertainment, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent). The analysis of the court in In re Catapult holds true for non-exclusive copyright licenses. See In re Access Beyond Technologies, Inc., 237 B.R. 32, 48 49 (Bankr. D. Del. 1999) (citing In re West Elec., Inc., 852 F.2d 79 (3d Cir. 1988)); In re Patient Educ. Media, 210 B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent).

6.   WHEREFORE, Microsoft states that cure of $3,005,830.42 is due for the EA, that the underlying licenses cannot be assumed and assigned without Microsoft's consent, and that it reserves the right to amend this Cure Objection.

DATED this 25th day of March, 2008.

RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
jshickich@riddellwilliams.com
Counsel for Microsoft Corporation

## DECLARATION OF SERVICE

Sheila Rowden declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a United States citizen, over the age of 18, competent to make this Declaration, and have personal knowledge of the facts herein.

2. On Tuesday, March 25, 2008, I electronically filed via the U.S. Bankruptcy Court's CM/ECF System the foregoing pleading:

- Cure Claim of Microsoft.

It is my understanding that at the time of filing this document on the ECF System, the Court will automatically send electronic notification to each of the individuals and/or entities (that are ECF participants) who appeared and/or requested special notice in this case.

3. On Tuesday, March 25, 2086, I also caused to be served via Federal Express overnight delivery a copy of this same pleading on:

**To the Debtors:**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: David M. Sherbin
    General Counsel

with a copy to:

Skadden, Arps, Slate, Meagher &
  Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
    George N. Panagakis
    Ron E. Meisler

and a copy to:

Skadden, Arps, Slate, Meagher &
  Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
    Thomas J. Matz

**To the Plan Investors:**

A-D Acquisition Holdings, LLC
c/o Appaloosa Management L.P.
26 Main Street
Chatham, NJ 07920
Attn: James E. Bolin

with a copy to:

White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Attn: Thomas E. Lauria
    Michael C. Shepherd

and a copy to:

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Gerard H. Uzzi
    Glenn M. Kurtz
    Douglas P. Baumstein

**To the Creditors' Committee:**

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Attn: Robert J. Rosenberg
       Mitchell A. Seider
       Mark A. Broude

**To the Equity Committee:**

Fried, Frank, Harris, Shriver &
   Jacobson LLP
One Yew York Plaza
New York, NY 10004
Attn: Brad E. Scheler
       Vivek Milwani
       Bonnie K. Steingart

**To GM:**

Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum
       Michael P. Kessler
       Robert J. Lemons

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  EXECUTED this 25th day of March, 2008.

*[signature]*

Sheila Rowden
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle WA 98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
srowden@riddellwilliams.com

Form B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF NEW YORK | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: **Delphi Automotive Systems LLC** | Case Number: **05-44640** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
**Microsoft Corporation and Microsoft Licensing, GP**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle WA 98154-1192

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (206) 624-3600

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated:

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other **Licensing Agreement**
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2. Date debt was incurred:**
2004-2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **3,005,830.42**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ **3,005,830.42** _____ _____ **$3,005,830.42**
 (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: **July 28, 2006**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature]
Microsoft Corporation and Microsoft Licensing, GP by its attorney, Joseph E. Shickich, Jr. of Riddell Williams P.S.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

291/534821.01
072806 1409/99999.99999

Exhibit A

<u>In re Delphi Automotive Systems LLC</u>
U.S. Bankruptcy Court (SD NY - Manhattan) Case No. 05-44640
Proof of Claim (Continued)

The claimants are Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft"). Delphi Automotive Systems LLC ("Debtor") and Microsoft Licensing, GP, are parties to the following:

| Item | Number |
|---|---|
| Microsoft Business Agreement | U2985619 |
| Microsoft Enterprise Agreement | 01E62067 |
| Microsoft Enrollment Number | 2813189 |

These agreements are referred to herein collectively as the "Enrollment Agreement" or the "EA". The EA is the contractual vehicle by which the Debtor obtained Microsoft software licenses in volume. It is not the licenses themselves, but rather the agreement by which the Debtor applied for and obtained licenses in volume quantities. As of the date of this proof of claim, the Debtor has neither assumed nor rejected the EA. Accordingly, Microsoft files this proof of claim contingently in case the Debtor rejects and does not assume the EA.

The prepetition amounts currently unpaid and due total $3,005,830.42:

| Billing Document | Amount |
|---|---|
| 9750793883 | $165.00 |
| 9750796033 | $228.00 |
| 9653619496 | $2,667,657.22 |
| 9653899671 | $337,780.20 |
|  | $3,005,830.42 |

Attached hereto is a copy of page 7250 from Schedule G for the Debtor. It shows the Debtor has listed the EA as one of the Debtor's executory contracts. Also attached is an email from Mark Volpp of the Debtor, dated February 13, 2006, in which the Debtor calculates that the prepetition amount due under the EA is $3,343,217.62. Microsoft reserves the right to amend this proof of claim, especially if the Debtor rejects the EA and does not assume. Microsoft presumes that the Debtor has a copy of the EA, but will provide one upon request.

291/534821.01
072806 1409/99999.99999

2

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640   Entity #39

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1549418 - 10177298<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO   IN   46902 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064730<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177299<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO   IN   46902 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064731<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177300<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO   IN   46902 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064732<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10181700<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO   IN   46902 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550077380<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |
| 1554934 - 10086302<br>MICROSOFT (O1E62067)<br>Attn PATTY DILGER<br>1 MICROSOFT WAY<br>REDMOND   WA   98052-8300 | Type of Contract:   IT SERVICES<br>Number:   MSFTSPEA002<br>Effective Date:   09/01/2003<br>Term:   8/31/2006 |
| 1233006 - 10134163<br>MICROSTAR LABORATORIES INC<br>2265 116TH AVE NE<br>BELLEVUE   WA   980043039 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450163937<br>Effective Date:   10/03/2005<br>Term:   12/31/2006 |
| 1233008 - 10122557<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DR UNIT 1<br>MISSISSAUGA   ON   L4V 1M5<br>CANADA | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450127968<br>Effective Date:   08/06/2005<br>Term:   12/31/2005 |
| 1233023 - 10114312<br>MICROWAY SYSTEMS INC<br>7000 N LAWNDALE AVE<br>LINCOLNWOOD   IL   60712 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450093561<br>Effective Date:   02/24/2005 |
| 1233027 - 10175439<br>MID AMERICA PLASTICS<br>4221 JAMES P COLE BLVD<br>FLINT   MI   48505 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550061084<br>Effective Date:   10/15/2004<br>Term:   1/1/2007 |
| 1233030 - 10185820<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT   MI   48505 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360064<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |
| 1233030 - 10185821<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT   MI   48505 | Type of Contract:   PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360065<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |

**From:** Volpp, Mark [mailto:mark.volpp@delphi.com]
**Sent:** Monday, February 13, 2006 2:54 PM
**To:** Steven Sokol; Fred Cook
**Cc:** Raffoul, Raphael
**Subject:**

Steve and Fred,

Here is the information on the 4 open invoices we currently have. Sorry for the delay, I've reviewed my analysis internally with my mangers and also with a consulting firm that has been assisting Delphi in Chapter 11 issues.

Raphael Raffoul is the Finance Contact to replace Karen Carlson's name with. Raphael will be processing the invoices with the Pre/Position split outlined below.

### Invoices 1 and 2 (Office and Plant Floor True-Up):

We are in our Year 2 True-Up (Additional licenses deployed from 09/01/04 – 08/31/05). The start date is 3/1/05 because the Year 2 pricing is based ½ year of Software Assurance plus 1 year 9/1/05 through 8/31/06 (when the EA expires) for a total of 18 months.

### Invoices 3 and 4 (Annual payments for EA-Office and Plant floor):

This is the annual payment for year 3 of the EA for Software Assurance. (9/1/05 through 8/31/06).

| 1) Office PC True-up |  |  |  |
|---|---|---|---|
|  | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Core CAL | $614,333.79 | $911,771.41 | $1,526,105.20 |
| Office | $1,252,362.08 | $1,858,709.32 | $3,111,071.40 |
| XP | $444,681.16 | $659,979.28 | $1,104,660.44 |
| Total | $2,311,377.02 | $3,430,460.02 | $5,741,837.04 |

| 2) Plant Floor True-up |  |  |  |
|---|---|---|---|
|  | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Percentage | 40.26% | 59.74% | 100.00% |
| Server CAL | $57,286.68 | $85,022.76 | $142,309.44 |
| XP | $278,520.87 | $413,370.33 | $691,891.20 |

| Total | $335,807.54 | $498,393.10 | $834,200.64 |
|---|---|---|---|

| 3) EA Annual Payment (Office PC's) | | | |
|---|---|---|---|
|  | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment 1 (01/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Payment 1 (05/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Total | $675,560.39 | $5,988,751.61 | $6,664,312.00 |

| 4) EA Annual Payment (Plant Floor) | | | |
|---|---|---|---|
|  | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment (01/31/06) | $20,472.66 | $181,487.34 | $201,960.00 |

| Total | $3,343,217.62 | $10,099,092.06 | $13,442,309.68 |
|---|---|---|---|