## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern

District of New York, hereby certify that on March 25, 2008, in addition to service

via ECF, I caused true copies of the foregoing The United States of America's

Designation of Contents of Record on Appeal and Statement of Issues on Appeal to

be served, via Federal Express, upon the persons set forth below:

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

/s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney