Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR FINAL FEE APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
OCTOBER 1, 2007, THROUGH JANUARY 25, 2008**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld,

Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel

for Delphi Corporation ("Debtors"), and a Retained Professional, certify as

follows:

1.    I have read the Final Fee Application For Approval Of

Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper,

DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C.

§§330 And 331 For Services Rendered From October 1, 2007, Through January

25, 2008 ("the Final Fee Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Final Fee Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Final Fee Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.      To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
  To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |

**FINAL FEE APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
OCTOBER 1, 2007, THROUGH JANUARY 25, 2008**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its final fee application (the "Final Application")

seeking final allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period

from October 1, 2007, through January 25, 2008 (the "Application

Period"). Price, Heneveld submits this Final Application for (a) allowance

of compensation for professional services rendered by Price, Heneveld to

the Debtors, and (b) reimbursement of actual and necessary charges and

disbursements incurred by Price, Heneveld in the rendition of required

professional services on behalf of the Debtors. In support of this Final

Application, Price, Heneveld represents as follows:


## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"). The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5. On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6. On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7. In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8. Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

3

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9.  On October 8, 2005, this Court entered an Order under 11 U.S.C.

§ 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals (the "Order").   Pursuant to

paragraph 2(a) of the Order, Price, Heneveld is submitting this Final

Application to the Debtors, to the Creditors' Committee, the Trustee and

the members of any other Committee appointed in this case for the

purpose of reviewing fees and expenses, to the extent not duplicative of

the parties listed above (collectively, the "Notice Parties").

10.  Pursuant to the Order, on or before the last day of each month

following the month for which compensation is sought, Price, Heneveld

submitted a monthly statement to the parties described in the Order.  The

parties had at least fifteen (15) days to review any such statement.   If

there were no objections at the expiration of forty-five (45) days after

service of the Statements, the Debtors are authorized to pay 80% of the

fees requested (with the remaining 20% of the fees requested (the

"Holdback") and 100% of the charges and disbursements requested.  In

accordance with the Order, Price, Heneveld has submitted Monthly Fee

Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11 .  Price, Heneveld has provided legal services in regards to

intellectual property matters for the Debtor.  As a result of its efforts during

the Application Period, Price, Heneveld now seeks final allowance of

$237,462.00 in fees calculated at the hourly billing rates of the firm's

personnel who have worked on the intellectual property matters and

$16,943.56 in charges and disbursements actually and necessarily incurred

by Price Heneveld while providing services to the Debtors during the

Application Period.  Exhibit A.

12.  In accordance with the Order, Price Heneveld has submitted

Monthly Fee Statements for the period from October 1, 2007, through

January 25, 2008, copies of which is attached in Exhibit D, and now

submits this Final Application covering the Application Period.

13.  No party has filed an objection to Price Heneveld's Monthly Fee

Statements.  Accordingly, with respect to the Monthly Fee Statements

covering the Application Period, Price Heneveld will have received

$189,969.60 on account of billed fees, $16,943.56 on account of billed

charges and disbursements, and will have accrued a Holdback in the

amount of $47,492.40.  Price Heneveld is requesting $47,492.40 in full

settlement of the Holdback accrued through January 25, 2008.  Exhibit B.

14.  Exhibit C outlines professional hours incurred, by individual,

along with the individual's billing rate, and by category of work

performed.  Also included in Exhibit C are the total hours billed and total

compensation.  Detailed descriptions of services rendered are included in

5

the monthly fee statements (which are redacted to preserve client confidentially) copies of which are attached as Exhibit D.

## NOTICE

15. Price Heneveld has served copies of the Application on the Debtors, the Notice Parties and the 2002 Notice List. The Debtors submit that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit E approving the compensation and reimbursement of fees requested herein on a final basis, authorizing and directing the Debtors to pay such amounts, and for such other and further relief as the Court deems appropriate.

Dated:     March 28, 2008     Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
   & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan 49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
  Chapter 11 Professionals

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING FINAL APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
<u>OCTOBER 1, 2007, THROUGH JANUARY 25, 2008</u>**

Upon consideration of the final application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Final Price, Heneveld Application") for professional services and expenses incurred during the period commencing October 1, 2007, through January 25, 2008; and a hearing having been held before this Court to consider the Final Price, Heneveld Application on June 24, 2008; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Final Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated: New York, New York
    June 24, 2008

 

 

_____

United States Bankruptcy Judge
Southern District of New York

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 10/1/07 - 10/31/07 | 90246 | 59,015.00 | 47,212.00 | 3,998.60 | 3,998.60 |
| 11/1/07 - 11/30/07 | 90651 | 58,776.50 | 47,021.20 | 6,815.55 | 6,815.55 |
| 12/1/07 - 12/31/07 | 90771 | 50,911.50 | 40,729.20 | 1,498.59 | 1,498.59 |
| 1/1/08 - 1/25/08 | 91468 | 68,759.00 | 55,007.20 | 4,630.82 | 4,630.82 |
| **Total** | | 237,462.00 | 189,969.60 | 16,943.56 | 16,943.56 |

**Exhibit B**
**Summary of Legal Services Rendered**

| | Task Code | 11/07 Invoice | 12/07 Invoice | 1/08 Invoice | 2/08 Invoice | Total |
|---|---|---|---|---|---|---|
| **Patent Evaluation** | PH1 | 11.30 | 9.90 | 8.80 | 2.70 | 32.70 |
| **Patent Preparation** | PH2 | 108.30 | 89.50 | 46.70 | 101.90 | 346.40 |
| **Patent Prosecution** | PH3 | 130.90 | 126.10 | 139.10 | 148.00 | 544.10 |
| **Fee Application** | PH4 | - | 2.00 | - | - | 2.00 |
| **Total Hours** | | 250.5 | 227.5 | 194.6 | 252.6 | 925.20 |
| **Total Fees Billed** | | 59,015.00 | 58,776.50 | 50,911.50 | 68,759.00 | 237,462.00 |
| **Total Payments Received** | | 47,212.00 | 47,021.20 | 40,729.20 | 55,007.20 | 189,969.60 |
| **Total Fee 20% Holdback** | | 11,803.00 | 11,755.30 | 10,182.30 | 13,751.80 | 47,492.40 |

| | |
|---|---|
| **Reimbursement Request for Period October 1, 2007 - January 25, 2008** | $47,492.40 |

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PH1 - Patent Evaluation** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 27.60 | 8,418.00 |
| Kevin T. Grzelak | Partner | 320.00 | 2.70 | 864.00 |
| Scott P. Ryan | Associate | 160.00 | 2.20 | 352.00 |
| Laura Kurtycz | Paralegal | 90.00 | 0.20 | 18.00 |
| **Subtotal** | | | 32.70 | 9,652.00 |
| | | | | |
| **PH2 - Patent Preparation** | | | | |
| Gunther J. Evanina | Partner | 295.00 | - | - |
| Gunther J. Evanina | Partner | 310.00 | - | - |
| Kevin T. Grzelak | Partner | 305.00 | 104.60 | 31,903.00 |
| Kevin T. Grzelak | Partner | 320.00 | 7.00 | 2,240.00 |
| Frank M. Scutch III | Of Counsel | 300.00 | 112.50 | 33,750.00 |
| Frank M. Scutch III | Of Counsel | 315.00 | 21.00 | 6,615.00 |
| Jeffrey S. Kapteyn | Associate | 245.00 | - | - |
| Scott P. Ryan | Associate | 160.00 | 95.40 | 15,264.00 |
| Scott P. Ryan | Associate | 180.00 | 5.90 | 1,062.00 |
| **Subtotal** | | | 346.4 | 90,834.00 |
| | | | | |
| **PH3 - Patent Prosecution** | | | | |
| Harold W. Reick | Partner | 390.00 | 4.30 | 1,677.00 |
| Gunther J. Evanina | Partner | 310.00 | 39.40 | 12,214.00 |
| Gunther J. Evanina | Partner | 315.00 | 11.90 | 3,748.50 |
| Kevin T. Grzelak | Partner | 305.00 | 148.10 | 45,170.50 |
| Kevin T. Grzelak | Partner | 320.00 | 45.50 | 14,560.00 |
| Frank M. Scutch III | Of Counsel | 315.00 | 17.20 | 5,418.00 |
| Frank M. Scutch III | Of Counsel | 300.00 | 46.10 | 13,830.00 |
| Jeffrey S. Kapteyn | Associate | 245.00 | 8.50 | 2,082.50 |
| Jeffrey S. Kapteyn | Associate | 265.00 | 7.70 | 2,040.50 |
| Marcus P. Dolce | Associate | 240.00 | 4.40 | 1,056.00 |
| Brian R. Cheslek | Associate | 175.00 | 5.60 | 980.00 |
| Brian R. Cheslek | Associate | 190.00 | 5.50 | 1,045.00 |
| Scott P. Ryan | Associate | 160.00 | 171.90 | 27,504.00 |
| Scott P. Ryan | Associate | 180.00 | 28.00 | 5,040.00 |
| **Subtotal** | | | 544.1 | 136,366.00 |
| | | | | |
| **PH4 - Fee Application** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 2.00 | 610.00 |
| **Subtotal** | | | 2.00 | 610.00 |
| | | | | |
| **Total Fees Incurred** | | | 925.20 | 237,462.00 |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application
time period of October 1 - January 25, 2008**

INVOICE COPY

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  3
Invoice:      90246

CLIENT NUMBER - DEL001
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

COSTS ADVANCED

| | | |
|---|---|---|
| 10/17/07 | Express mail | 110.65 |

TOTAL COSTS ADVANCED                                        110.65

MATTER TOTAL                                               110.65

(FEES BILLED      4,905.00  )
(EXPENSES BILLED  2,173.14  )

MATTER NUMBER - A319

| | | | | |
|---|---|---|---|---|
| 10/02/07 | KTG | 1.20 | Evaluate Delphi Motor Pulse Count Technology in view of patent to Temic. Telephone conference with Funke and Schneider. Correspondence with Funke and Schneider. | 366.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  4
Invoice:        90246

| | | | | |
|---|---|---|---|---|
| 10/05/07 | KTG | 1.20 | Evaluate Delphi motor pulse count technology for anti-pinch. Evaluate patent to Temic. Telephone conference with Schneider of Delphi re same. | 366.00 |
| 10/10/07 | KTG | 2.50 | Evaluate patent and file history. | 762.50 |
| 10/23/07 | KTG | 1.80 | Telephone conference with Schneider re proposed motor control system by Delphi. | 549.00 |
| 10/25/07 | KTG | 2.70 | Evaluate patent to Tonic and Delphi proposed motor control techniques. Telephone conference with Schneider. Work on preparation of claim chart re opinion. | 823.50 |
| 10/31/07 | KTG | 1.70 | Telephone conference with Schneider re design of motor control system and evaluation of same in view of Temic patent. Evaluate file history of Temic patent. | 518.50 |
| 10/31/07 | LAK | 0.20 | Conducting computer search. | 18.00 |

PROFESSIONAL SERVICES                                3,403.50

| | | | |
|---|---|---|---|
| KTG | 11.10 | 305.00 | 3,385.50 |
| LAK | 0.20 | 90.00 | 18.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/08/07 | Cost of patent copies | 101.00 |

TOTAL COSTS ADVANCED                                   101.00

MATTER TOTAL                                         3,504.50

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - FP762EPC

INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  5
Invoice:      90246

DP-312606
SN 06075529.5

| | | | | |
|---|---|---|---|---|
| 09/03/07 | KTG | 0.80 | Evaluate Office Action, cited art and application. Review U.S. application file history. | 244.00 |
| 10/03/07 | SPR | 0.20 | Study Office Action. Correspondence with inventor. | 32.00 |
| 10/04/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/09/07 | SPR | 1.60 | Study Office Action and cited prior art. Telephone conference with inventor. | 256.00 |
| 10/11/07 | SPR | 3.00 | Study Office Action and prior art. Work on preparation of letter to Denton. Inter office conference among attorneys. | 480.00 |
| 10/12/07 | SPR | 0.60 | Work on preparation of letter to Denton. | 96.00 |
| 10/17/07 | SPR | 0.90 | Work on preparation of letter to Denton. | 144.00 |
| 10/18/07 | SPR | 1.00 | Correspondence with Denton with instructions for response. Inter office conference among attorneys. | 160.00 |
| 10/18/07 | KTG | 0.80 | Review and edit instructions for response to Office Action. Inter office conference among attorneys. | 244.00 |
| 10/19/07 | KTG | 0.50 | Review correspondence from Denton and Funke. Evaluate Office Action and file history. Inter office conference among attorneys re further instructions for response. | 152.50 |
| 10/19/07 | SPR | 0.80 | Study correspondence from Denton. Correspondence with Denton. Inter office conference among attorneys. | 128.00 |

PROFESSIONAL SERVICES                                          1,952.50

| | | | |
|---|---|---|---|
| KTG | 2.10 | 305.00 | 640.50 |
| SPR | 8.20 | 160.00 | 1,312.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | 3.70 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:  6
Invoice:      90246

TOTAL COSTS ADVANCED                                    3.70

MATTER TOTAL                                        1,956.20

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - FP764EPC

DP-310969
SN 06075495.9

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 09/03/07 | KTG | 0.80 | Evaluate Office Action, cited art and application. Review U.S. application file history. | 244.00 |
| 10/03/07 | SPR | 0.20 | Study Office Action. Correspondence with inventor. | 32.00 |
| 10/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/15/07 | SPR | 3.80 | Study European communication and prior art. Telephone conference with inventor. Work on preparation of letter to Denton. | 608.00 |
| 10/17/07 | SPR | 1.20 | Work on preparation of letter to Denton. | 192.00 |
| 10/18/07 | SPR | 0.30 | Correspondence with Denton with instructions for response. Inter office conference among attorneys. | 48.00 |
| 10/18/07 | KTG | 0.80 | Review and edit instructions for response to Office Action. Inter office conference among attorneys. | 244.00 |
| 10/19/07 | KTG | 0.50 | Review correspondence from Denton and Funke. Evaluate Office Action and file history. Inter office conference among attorneys re further instructions for response. | 152.50 |
| 10/19/07 | SPR | 0.70 | Study correspondence from Denton. Correspondence with Denton. Inter office conference among attorneys. | 112.00 |

Payment due upon receipt. We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  7
Invoice:      90246

10/19/07 SPR  0.70  Study European communication and prior art.          112.00

PROFESSIONAL SERVICES                                                   1,760.50
  KTG              2.10    305.00      640.50
  SPR              7.00    160.00    1,120.00

   COSTS ADVANCED
09/30/07   Copies                                              2.90

TOTAL COSTS ADVANCED                                                        2.90

MATTER TOTAL                                                            1,763.40

(FEES BILLED                )
(EXPENSES BILLED            )

                                             MATTER NUMBER - FP765EPC

     DP-312098
     SN 06075584.0

09/03/07 KTG  0.80  Evaluate Office Action, cited art and                244.00
                    application. Review U.S. application file
                    history.
10/03/07 SPR  0.20  Study Office Action. Correspondence with              32.00
                    inventor.
10/08/07 SPR  1.40  Study Office Action and prior art cited by           224.00
                    Examiner.
10/22/07 SPR  1.70  Study correspondence from foreign associate and      272.00
                    prior art.
10/24/07 SPR  3.00  Study correspondence from foreign associate and      480.00
                    prior art.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196


DELPHI

November 8, 2007
Page:  8
Invoice:      90246


| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/25/07 | SPR | 0.40 | Work on preparation of letter to Denton. Inter office conference among attorneys. | 64.00 |
| 10/25/07 | KTG | 1.30 | Evaluate and edit instruction letter to Denton re response to Office Action. Inter office conference among attorneys. | 396.50 |


PROFESSIONAL SERVICES                                     1,712.50

| | | | | |
|---|---|---|---|---|
| KTG | | 2.10 | 305.00 | 640.50 |
| SPR | | 6.70 | 160.00 | 1,072.00 |


COSTS ADVANCED

09/30/07   Copies                                          1.90


TOTAL COSTS ADVANCED                                        1.90

MATTER TOTAL                                            1,714.40

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P460


DP-310047
S.N. 10/759,322

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/01/07 | FMS | 1.50 | Review file. Inter office conference among attorneys. Work on preparation of email to inventors re Office Action. | 450.00 |
| 08/08/07 | FMS | 1.10 | Review Office Action and prior art. Work on preparation of email to inventors re same. | 330.00 |
| 08/17/07 | FMS | 0.20 | Study Office Action. Work on preparation of email to inventor re prior art. | 60.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:   9
Invoice:      90246

| | | | | |
|---|---|---|---|---:|
| 08/20/07 | FMS | 0.20 | Work on preparation of email to Ms. Hales re location of inventor. | 60.00 |
| 09/28/07 | FMS | 0.10 | Review file. Work on preparation of email to Hales re contact from inventors. | 30.00 |
| 10/02/07 | FMS | 4.00 | Review file. Work on preparation of amendment after first action. | 1,200.00 |
| 10/03/07 | FMS | 0.50 | Review file. Work on preparation of amendment after first action. | 150.00 |

PROFESSIONAL SERVICES                                           2,280.00

FMS              7.60    300.00    2,280.00

COSTS ADVANCED

| | | | |
|---|---|---:|---:|
| 10/31/07 | Copies | 1.70 | |
| 10/09/07 | Extension of time fee | 120.00 | |

TOTAL COSTS ADVANCED                                             121.70

MATTER TOTAL                                                   2,401.70

(FEES BILLED       4,832.50  )
(EXPENSES BILLED    175.95  )

MATTER NUMBER - P499

DP-311458
S.N. 10/853,883

| | | | | |
|---|---|---|---|---:|
| 08/01/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys re response. | 213.50 |
| 09/05/07 | KTG | 0.70 | Study Office Action and cited art. | 213.50 |
| 10/03/07 | SPR | 0.20 | Work on preparation of response. Correspondence with inventor. | 32.00 |
| 10/04/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  10
Invoice:    90246

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/10/07 | SPR | 1.30 | Work on preparation of response. Telephone conference with inventor. | 208.00 |
| 10/17/07 | SPR | 2.00 | Work on preparation of response. | 320.00 |
| 10/19/07 | SPR | 1.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 288.00 |
| 10/19/07 | KTG | 1.30 | Review and edit response. Inter office conference among attorneys. | 396.50 |

PROFESSIONAL SERVICES                              1,687.50

| | | | |
|---|---|---|---|
| KTG | 2.70 | 305.00 | 823.50 |
| SPR | 5.40 | 160.00 | 864.00 |

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 10/31/07 | Copies | 2.00 |
| 10/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                 3.31

MATTER TOTAL                                    1,690.81

(FEES BILLED      9,751.50 )
(EXPENSES BILLED    195.34 )

MATTER NUMBER - P506

DP-311960
S.N. 11/018,260

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/18/07 | SPR | 0.50 | Inter office conference among attorneys. Telephone conference with Examiner. Work on preparation of response. Correspondence with inventors. | 80.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:   11
Invoice:      90246

| Date | | | Description | Amount |
|------|---|---|-------------|--------|
| 10/18/07 | KTG | 0.40 | Review Office Action and cited art. Inter office conference among attorneys re response. | 122.00 |
| 10/19/07 | SPR | 0.90 | Inter office conference among attorneys. Study correspondence from inventor. Telephone conference with inventor. Work on preparation of response. | 144.00 |
| 10/22/07 | SPR | 0.20 | Work on preparation of response. | 32.00 |
| 10/23/07 | KTG | 0.70 | Review response. Inter office conference among attorneys. | 213.50 |
| 10/24/07 | SPR | 0.20 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                        623.50

| | | | | |
|---|---|---|---|---|
| KTG | 1.10 | 305.00 | 335.50 | |
| SPR | 1.80 | 160.00 | 288.00 | |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/07 | Copies | 6.90 |
| 10/31/07 | Postage | 1.31 |
| 10/24/07 | Additional claims fee | 150.00 |

TOTAL COSTS ADVANCED                                  158.21

MATTER TOTAL                                         781.71

(FEES BILLED        7,780.00  )
(EXPENSES BILLED    1,979.89  )

MATTER NUMBER - P515

DP-312067
S.N. 10/970,596

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:   12
Invoice:       90246

| | | | | |
|---|---|---|---|---:|
| 10/02/07 | SPR | 0.30 | Work on preparation of appeal brief. | 48.00 |
| 10/03/07 | SPR | 3.00 | Work on preparation of appeal brief. | 480.00 |
| 10/04/07 | SPR | 1.20 | Work on preparation of appeal brief. | 192.00 |
| 10/05/07 | SPR | 0.20 | Work on preparation of appeal brief. Inter office conference among attorneys. | 32.00 |
| 10/05/07 | KTG | 2.20 | Review and edit appeal brief. | 671.00 |
| 10/08/07 | SPR | 0.70 | Inter office conference among attorneys. Preparation and filing of appeal brief. Correspondence with Funke. | 112.00 |
| 10/10/07 | KTG | 0.40 | Review correspondence and Patent and Trademark Office Action re appeal brief. Inter office conference among attorneys. | 122.00 |
| 10/12/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/24/07 | SPR | 0.30 | Work on preparation of application and submission of draft to client. | 48.00 |
| 10/26/07 | SPR | 0.50 | Study correspondence from inventor. Work on preparation of application. | 80.00 |
| 10/29/07 | SPR | 0.10 | Correspondence with Hales with US and Foreign application for filing. | 16.00 |

PROFESSIONAL SERVICES                                    1,817.00

| | | | |
|---|---:|---:|---:|
| KTG | 2.60 | 305.00 | 793.00 |
| SPR | 6.40 | 160.00 | 1,024.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 10/31/07 | Copies | 8.80 |
| 10/31/07 | Postage | 2.79 |
| 10/09/07 | Appeal fee | 510.00 |

TOTAL COSTS ADVANCED                                      521.59

MATTER TOTAL                                            2,338.59

(FEES BILLED      9,486.50  )
(EXPENSES BILLED     712.14  )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:   13
Invoice:      90246

MATTER NUMBER - P538

DP-312607
S.N. 11/044,343

| Date | | | Description | Amount |
|------|------|------|-------------|--------|
| 10/02/07 | FMS | 0.10 | Work on preparation of letter to Funke re amendment. | 30.00 |
| 10/24/07 | FMS | 0.10 | Work on preparation of amendment. | 30.00 |
| 10/29/07 | FMS | 0.50 | Completion and filing of amendment. Work on preparation of letter to Funke re same. | 150.00 |

PROFESSIONAL SERVICES                                          210.00

FMS                     0.70    300.00      210.00

COSTS ADVANCED

10/29/07    Petition fee                           120.00

TOTAL COSTS ADVANCED                                         120.00

MATTER TOTAL                                                 330.00

(FEES BILLED       7,654.00 )
(EXPENSES BILLED      285.10 )

MATTER NUMBER - P548

DP-312793
S.N. 11/205,884

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

November 8, 2007
Page:  14
Invoice:     90246

| Date | | Hours | Description | Amount |
|------|--|-------|-------------|--------|
| 07/30/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 10/01/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 10/03/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/09/07 | SPR | 0.90 | Correspondence with inventor. Work on preparation of response. Telephone conference with inventor. | 144.00 |
| 10/10/07 | SPR | 3.30 | Work on preparation of response. | 528.00 |
| 10/11/07 | SPR | 0.50 | Telephone conference with inventor. Work on preparation of response. | 80.00 |
| 10/12/07 | SPR | 2.80 | Work on preparation of response. Correspondence with inventor. Telephone conference with inventor. | 448.00 |
| 10/15/07 | SPR | 0.40 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 64.00 |
| 10/15/07 | KTG | 1.50 | Review and edit response. Inter office conference among attorneys. | 457.50 |

PROFESSIONAL SERVICES                                              2,029.50

| | | | | |
|--|--|--|--|--|
| KTG | | 2.30 | 305.00 | 701.50 |
| SPR | | 8.30 | 160.00 | 1,328.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/07 | Copies | 3.90 |
| 10/31/07 | Postage | 1.48 |
| 10/16/07 | Additional claims fee | 260.00 |

TOTAL COSTS ADVANCED                                                265.38

MATTER TOTAL                                                      2,294.88

(FEES BILLED      5,821.00  )
(EXPENSES BILLED    188.99  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI                                              November 8, 2007
                                                    Page:  15
                                                    Invoice:      90246

                                        MATTER NUMBER - P552A

     DP-313239

| | | | | |
|---|---|---|---|---|
| 08/01/07 | KTG | 1.30 | Telephone conference with Funke re continuation application. Work on preparation of application. | 396.50 |
| 08/08/07 | KTG | 0.30 | Work on preparation of application. Telephone conference with inventor. | 91.50 |
| 09/27/07 | KTG | 0.50 | Telephone conference with Zarabadi re continuation application. | 152.50 |
| 10/03/07 | KTG | 2.00 | Evaluate patent claims in related application and prior art. Telephone conference with inventors re continuation claims. | 610.00 |
| 10/05/07 | KTG | 0.70 | Work on preparation of letter to Funke re decision not to file continuation application and abandon file. | 213.50 |
| 10/09/07 | KTG | 0.80 | Telephone conference with Funke re decision to abandon application. Review related applications. Correspondence with Funke. | 244.00 |

  PROFESSIONAL SERVICES                                    1,708.00

     KTG              5.60      305.00      1,708.00

MATTER TOTAL                                              1,708.00

(FEES BILLED               )
(EXPENSES BILLED           )

                                        MATTER NUMBER - P596

     DP-314056
     S.N. 11/396,322

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI                                          November 8, 2007
                                                Page:  16
                                                Invoice:      90246

| 10/03/07 | KTG | 1.00 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. | 305.00 |
| 10/04/07 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 10/05/07 | KTG | 0.60 | Telephone conference with inventor re Office Action. Work on preparation of response. | 183.00 |
| 10/09/07 | KTG | 3.00 | Work on preparation of response. Telephone conference with inventor. | 915.00 |
| 10/10/07 | KTG | 1.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 396.50 |

PROFESSIONAL SERVICES                                    1,952.00

   KTG                   6.40    305.00    1,952.00

      COSTS ADVANCED

10/31/07    Copies                                1.00

TOTAL COSTS ADVANCED                                     1.00

MATTER TOTAL                                             1,953.00

(FEES BILLED        5,122.50  )
(EXPENSES BILLED     389.20  )

                                          MATTER NUMBER - P668

   DP-311885

| 08/20/07 | KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys re response. | 244.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:   17
Invoice:      90246

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 09/07/07 | SPR | 0.30 | Correspondence with inventor. Work on preparation of response. | 48.00 |
| 09/10/07 | SPR | 0.50 | Work on preparation of response. Telephone conference with inventor. | 80.00 |
| 09/27/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 09/28/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 10/04/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 10/05/07 | SPR | 0.60 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 96.00 |
| 10/05/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |
| 10/29/07 | KTG | 1.00 | Work on preparation of response. | 305.00 |

PROFESSIONAL SERVICES                                            1,539.00

| | | | |
|------|------|--------|--------|
| KTG | 3.00 | 305.00 | 915.00 |
| SPR | 3.90 | 160.00 | 624.00 |

COSTS ADVANCED

| Date | | Amount |
|------|--|--------|
| 10/31/07 | Copies | 2.00 |
| 10/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                                 3.31

MATTER TOTAL                                                    1,542.31

(FEES BILLED       5,515.00  )
(EXPENSES BILLED      6.00  )

MATTER NUMBER - P689

DP-310378

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  18
Invoice:      90246

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 07/30/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 08/03/07 | MPD | 0.60 | Work on preparation of response. Telephone conference with Examiner. | 144.00 |
| 08/09/07 | MPD | 0.30 | Prepare for interview. | 72.00 |
| 08/31/07 | MPD | 0.10 | Work on preparation of response. | 24.00 |
| 10/14/07 | MPD | 1.50 | Work on preparation of response. | 360.00 |
| 10/15/07 | MPD | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 120.00 |
| 10/15/07 | KTG | 0.70 | Review response to Office Action. | 213.50 |

PROFESSIONAL SERVICES                                1,177.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| MPD | 3.00 | 240.00 | 720.00 |

COSTS ADVANCED

10/31/07   Copies                                    1.10

TOTAL COSTS ADVANCED                                  1.10

MATTER TOTAL                                         1,178.60

(FEES BILLED        2,630.50  )
(EXPENSES BILLED     415.72  )

MATTER NUMBER - P694

DP-310376

08/08/07 KTG  0.50  Review Office Action and art.           152.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:   19
Invoice:        90246

| | | | | |
|---|---|---|---|---|
| 10/11/07 | HWR | 2.50 | Work on preparation of response. | 975.00 |
| 10/12/07 | HWR | 1.50 | Work on preparation of response. | 585.00 |
| 10/15/07 | HWR | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 117.00 |

PROFESSIONAL SERVICES                                   1,829.50

| | | | |
|---|---|---|---|
| HWR | 4.30 | 390.00 | 1,677.00 |
| KTG | 0.50 | 305.00 | 152.50 |

   COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 1.30 |
| 10/31/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                         2.44

MATTER TOTAL                                            1,831.94

(FEES BILLED       3,936.50 )
(EXPENSES BILLED   1,367.20 )

MATTER NUMBER - P695

   DP-310554
   SN 10/975.264

| | | | | |
|---|---|---|---|---|
| 08/08/07 | KTG | 0.70 | Review Office Action. Inter office conference among attorneys. | 213.50 |
| 09/07/07 | SPR | 1.50 | Work on preparation of response. Correspondence with inventor. | 240.00 |
| 09/10/07 | SPR | 0.60 | Telephone conference with inventor. Inter office conference among attorneys. | 96.00 |
| 09/11/07 | SPR | 1.00 | Telephone conference with inventors. | 160.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:   20
Invoice:        90246

| | | | | |
|---|---|---|---|---|
| 10/02/07 SPR | 0.50 | Work on preparation of response. Telephone conference with Examiner. | | 80.00 |
| 10/08/07 SPR | 0.10 | Telephone conference with inventor. | | 16.00 |
| 10/25/07 SPR | 0.50 | Work on preparation of response. | | 80.00 |
| 10/26/07 SPR | 0.60 | Inter office conference among attorneys. Work on preparation of response. | | 96.00 |
| 10/26/07 KTG | 1.30 | Review and edit response. Inter office conference among attorneys. | | 396.50 |
| 10/29/07 SPR | 0.40 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | | 64.00 |

PROFESSIONAL SERVICES                                      1,442.00

| | | | | |
|---|---|---|---|---|
| KTG | | 2.00 | 305.00 | 610.00 |
| SPR | | 5.20 | 160.00 | 832.00 |

   COSTS ADVANCED

| | | | |
|---|---|---|---|
| 08/31/07 | Copies | | 2.30 |
| 10/31/07 | Postage | | 1.14 |

TOTAL COSTS ADVANCED                                           3.44

MATTER TOTAL                                              1,445.44

(FEES BILLED      4,802.50  )
(EXPENSES BILLED    506.78  )

                                       MATTER NUMBER - P698

DP-309385

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  21
Invoice:      90246

| | | | | |
|---|---|---|---|---|
| 08/08/07 KTG | 0.70 | Review Office Action. Inter office conference among attorneys. | | 213.50 |
| 10/04/07 SPR | 0.30 | Work on preparation of response. Correspondence with inventor. | | 48.00 |
| 10/09/07 SPR | 1.00 | Work on preparation of response. Telephone conference with inventor. | | 160.00 |
| 10/10/07 SPR | 0.50 | Work on preparation of response. Correspondence with inventor. | | 80.00 |
| 10/25/07 SPR | 2.00 | Work on preparation of response. | | 320.00 |
| 10/26/07 SPR | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | | 48.00 |
| 10/26/07 KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | | 366.00 |
| 10/29/07 KTG | 1.00 | Evaluate claims, prior art and Office Action. Inter office conference among attorneys re response. | | 305.00 |

PROFESSIONAL SERVICES                                    1,540.50

| | | | | |
|---|---|---|---|---|
| KTG | | 2.90 | 305.00 | 884.50 |
| SPR | | 4.10 | 160.00 | 656.00 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 08/31/07 | Copies | | 3.40 |
| 10/31/07 | Postage | | 1.14 |

TOTAL COSTS ADVANCED                                        4.54

MATTER TOTAL                                            1,545.04

(FEES BILLED      2,961.00  )
(EXPENSES BILLED     6.30  )

MATTER NUMBER - P701

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

November 8, 2007
Page:  22
Invoice:        90246

DP-309678
SN 11/098.143

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 09/27/07 | KTG | 0.50 | Evaluate Advisory Action and file history. Inter office conference among attorneys re prosecution strategy. | 152.50 |
| 09/27/07 | SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Examiner. | 48.00 |
| 09/28/07 | SPR | 0.40 | Telephone conference with Examiner. | 64.00 |
| 10/01/07 | KTG | 0.50 | Inter office conference among attorneys re Office Action and interview with Examiner. | 152.50 |
| 10/01/07 | SPR | 0.20 | Inter office conference among attorneys. Correspondence with Hales. | 32.00 |
| 10/02/07 | SPR | 0.10 | Telephone conference with Examiner. | 16.00 |
| 10/05/07 | SPR | 0.20 | Telephone conference with Examiner. | 32.00 |
| 10/08/07 | SPR | 0.20 | Inter office conference among attorneys. Correspondence with inventor. | 32.00 |
| 10/08/07 | KTG | 0.60 | Evaluate file history. Inter office conference among attorneys. Telephone conference with Examiner. | 183.00 |
| 10/09/07 | KTG | 0.40 | Evaluate for appeal. Telephone conference with Funke re decision to appeal. Inter office conference among attorneys. | 122.00 |
| 10/11/07 | SPR | 0.50 | Telephone conference with inventor. | 80.00 |
| 10/12/07 | SPR | 0.10 | Preparation and filing of Notice of Appeal. Correspondence with Funke. | 16.00 |

PROFESSIONAL SERVICES                                                          930.00

| | | | | |
|------|------|--------|--------|--------|
| KTG | | 2.00 | 305.00 | 610.00 |
| SPR | | 2.00 | 160.00 | 320.00 |

COSTS ADVANCED

| | | | |
|------|------|------|------|
| 10/12/07 | Extension of time fee | | 120.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
    COOPER,
DEWITT &
    LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  23
Invoice:      90246

| 10/12/07 | Notice of appeal fee | 510.00 |
|---|---|---|

TOTAL COSTS ADVANCED                                    630.00

MATTER TOTAL                                          1,560.00

(FEES BILLED      6,328.50 )
(EXPENSES BILLED     17.10 )

MATTER NUMBER - P709

DP-312711
SN 11/093.537

| 09/28/07 SPR | 0.10 | Work on preparation of response. | 16.00 |
|---|---|---|---|
| 10/01/07 SPR | 0.20 | Work on preparation of response. Telephone conference with Examiner. Correspondence with inventor. | 32.00 |
| 10/02/07 SPR | 2.80 | Work on preparation of response. Telephone conference with inventor. Telephone conference with Examiner. Inter office conference among attorneys. Telephone conference with Funke. | 448.00 |
| 10/02/07 KTG | 0.70 | Evaluate Office Action and cited art for amendment and RCE. Telephone conference with Funke re decision to file RCE and amendment. | 213.50 |
| 10/03/07 KTG | 1.50 | Review and edit response and RCE. Inter office conference among attorneys. | 457.50 |
| 10/03/07 SPR | 1.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 208.00 |

PROFESSIONAL SERVICES                                  1,375.00

| KTG | 2.20 | 305.00 | 671.00 |
|---|---|---|---|
| SPR | 4.40 | 160.00 | 704.00 |

INVOICE COPY

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  24
Invoice:      90246

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 2.50 |
| 10/31/07 | Postage | 1.48 |
| 10/04/07 | Filing fee | 810.00 |

TOTAL COSTS ADVANCED                           813.98

MATTER TOTAL                                 2,188.98

(FEES BILLED       3,807.00  )
(EXPENSES BILLED      17.69  )

MATTER NUMBER – P714

SN 10/931,761

| | | | |
|---|---|---|---|
| 10/16/07 SPR | 1.00 | Work on preparation of Information Disclosure Statement. | 160.00 |
| 10/18/07 SPR | 0.10 | Correspondence with Funke re Information Disclosure Statement. | 16.00 |

PROFESSIONAL SERVICES                          176.00

SPR                 1.10    160.00     176.00

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 1.80 |
| 10/19/07 | Information disclosure statement fee | 180.00 |

TOTAL COSTS ADVANCED                           181.80

MATTER TOTAL                                   357.80

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  25
Invoice:      90246

(FEES BILLED      4,942.50  )
(EXPENSES BILLED    808.00  )

MATTER NUMBER - P715

SN 10/975,262

| | | | | |
|---|---|---|---|---|
| 07/01/07 | KTG | 1.00 | Review Advisory Action. | 305.00 |
| 10/02/07 | SPR | 0.30 | Work on preparation of response. Correspondence with inventor. Inter office conference among attorneys. Telephone conference with Funke. | 48.00 |
| 10/02/07 | KTG | 0.80 | Evaluate Advisory Action and art. Inter office conference among attorneys. Telephone conference with Funke re abandonment of prosecution. | 244.00 |
| 10/08/07 | SPR | 0.20 | Telephone conference with inventor. Correspondence with Funke. | 32.00 |
| 10/17/07 | KTG | 0.50 | Review Advisory action re preparation of response. | 152.50 |

PROFESSIONAL SERVICES                                    781.50

| | | | |
|---|---|---|---|
| KTG | 2.30 | 305.00 | 701.50 |
| SPR | 0.50 | 160.00 | 80.00 |

MATTER TOTAL                                             781.50

(FEES BILLED      3,711.50  )
(EXPENSES BILLED      7.51  )

MATTER NUMBER - P726

DP-316199

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:   26
Invoice:      90246

| | | | | |
|---|---|---|---|---:|
| 04/27/07 | SPR | 0.60 | Inter office conference among attorneys. Work on preparation of application. | 96.00 |
| 05/02/07 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 305.00 |
| 05/08/07 | SPR | 1.30 | Work on preparation of application. Correspondence with inventor. Inter office conference among attorneys. Telephone conference with Hales on May 8. | 208.00 |
| 05/10/07 | SPR | 0.40 | Telephone conference with inventor. | 64.00 |
| 07/18/07 | SPR | 3.50 | Work on preparation of application. Work on preparation of drawings. | 560.00 |
| 08/08/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 08/10/07 | SPR | 1.30 | Work on preparation of application. | 208.00 |
| 08/13/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 08/14/07 | SPR | 1.00 | Inter office conference among attorneys. Work on preparation of application. | 160.00 |
| 08/14/07 | KTG | 2.50 | Review and edit patent application. Inter office conference among attorneys. | 762.50 |
| 08/15/07 | SPR | 0.40 | Work on preparation of application. | 64.00 |
| 08/18/07 | SPR | 4.00 | Work on preparation of application. | 640.00 |
| 08/21/07 | SPR | 2.00 | Work on preparation of application and submission of draft to client. | 320.00 |
| 09/07/07 | SPR | 0.10 | Study correspondence from inventor. | 16.00 |
| 09/09/07 | SPR | 2.00 | Study correspondence from inventor. Correspondence with inventor. Work on preparation of application. | 320.00 |
| 09/10/07 | SPR | 0.60 | Work on preparation of application. Telephone conference with inventor. | 96.00 |
| 09/11/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 09/12/07 | SPR | 0.30 | Work on preparation of application and submission of draft to client. | 48.00 |
| 09/27/07 | SPR | 1.30 | Work on preparation of application. Study correspondence from inventor. Work on preparation of drawings. | 208.00 |
| 10/01/07 | SPR | 0.70 | Work on preparation of application. | 112.00 |
| 10/02/07 | SPR | 0.10 | Work on preparation of application and submission of draft to client. | 16.00 |
| 10/04/07 | SPR | 0.30 | Study correspondence from inventor. Work on preparation of application. | 48.00 |

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  27
Invoice:    90246

| Date | | | Description | Amount |
|------|---|---|-------------|--------|
| 10/05/07 | SPR | 0.60 | Study correspondence from inventor. Correspondence with inventor. Work on preparation of application. | 96.00 |
| 10/07/07 | SPR | 0.60 | Work on preparation of application. | 96.00 |
| 10/08/07 | SPR | 0.10 | Telephone conference with inventor. | 16.00 |
| 10/17/07 | SPR | 1.50 | Work on preparation of application. Correspondence with Hales with U.S. and foreign applications to be filed. | 240.00 |

| PROFESSIONAL SERVICES | | | | 4,987.50 |
|-----------------------|---|---|---|----------|
| KTG | 3.50 | 305.00 | 1,067.50 | |
| SPR | 24.50 | 160.00 | 3,920.00 | |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/07 | Copies | 18.30 |
| 10/17/07 | Express mail | 20.93 |
| 07/20/07 | Cost of drawings | 60.00 |
| 08/23/07 | Cost of drawings | 60.00 |
| 10/03/07 | Cost of drawings | 45.00 |
| 10/08/07 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                            264.23

MATTER TOTAL                                  5,251.73

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P733

DP-313275

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 8, 2007
Page:  28
Invoice:      90246

| | | | | | |
|---|---|---|---|---|---|
| 09/04/07 KTG | 0.80 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | | | 244.00 |
| 10/22/07 GJE | 5.00 | Preparation and filing of amendment. | | | 1,550.00 |

PROFESSIONAL SERVICES                                        1,794.00

| | | | |
|---|---|---|---|
| GJE | 5.00 | 310.00 | 1,550.00 |
| KTG | 0.80 | 305.00 | 244.00 |

COSTS ADVANCED

10/31/07    Copies                                 1.20

TOTAL COSTS ADVANCED                                        1.20

MATTER TOTAL                                             1,795.20

(FEES BILLED      1,638.00 )
(EXPENSES BILLED    13.74 )

MATTER NUMBER - P738

DP-316452

| | | | |
|---|---|---|---|
| 05/15/07 KTG | 1.00 | Review invention disclosure. | 305.00 |
| 07/03/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/03/07 KTG | 0.50 | Study Office Action and art. Inter office conference among attorneys. | 152.50 |
| 07/26/07 SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 08/01/07 SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/10/07 SPR | 0.40 | Work on preparation of application. Telephone conference with inventor. | 64.00 |
| 08/17/07 SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/28/07 SPR | 0.10 | Correspondence with inventor. | 16.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX    616-957-8196

DELPHI

November 8, 2007
Page:   29
Invoice:    90246

| | | | | |
|---|---|---|---|---:|
| 08/29/07 | SPR | 2.30 | Work on preparation of application. | 368.00 |
| 09/09/07 | SPR | 1.50 | Work on preparation of application. | 240.00 |
| 09/11/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 09/12/07 | SPR | 0.20 | Work on preparation of application and submission of draft to client. | 32.00 |
| 09/14/07 | KTG | 2.50 | Review and edit patent application. | 762.50 |
| 09/27/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 10/02/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/04/07 | SPR | 3.30 | Work on preparation of application. Telephone conference with inventor. | 528.00 |
| 10/05/07 | KTG | 1.00 | Evaluate patent application. | 305.00 |
| 10/10/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 10/11/07 | SPR | 1.20 | Work on preparation of application and submission of draft to client. | 192.00 |
| 10/16/07 | SPR | 2.50 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 400.00 |
| 10/17/07 | SPR | 0.50 | Work on preparation of application and submission of draft to client. | 80.00 |
| 10/18/07 | SPR | 1.00 | Telephone conference with inventor. Work on preparation of application and submission of draft to client. Work on preparation of drawings. | 160.00 |
| 10/21/07 | SPR | 1.20 | Work on preparation of application. | 192.00 |
| 10/22/07 | SPR | 1.20 | Work on preparation of application and submission of draft to client. Telephone conference with inventor. | 192.00 |
| 10/24/07 | SPR | 2.50 | Study correspondence from inventor. Work on preparation of application and submission of draft to client. Telephone conference with inventor. | 400.00 |
| 10/25/07 | SPR | 1.70 | Study correspondence from inventor. Correspondence with inventor. | 272.00 |
| 10/30/07 | SPR | 2.00 | Work on preparation of application. Correspondence with Hales with U.S. and Foreign applications for filing. | 320.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

November 8, 2007
Page:  30
Invoice:        90246

PROFESSIONAL SERVICES                                    5,573.00

    KTG                  5.00    305.00    1,525.00
    SPR                 25.30    160.00    4,048.00

    COSTS ADVANCED

10/31/07    Copies                          13.00
09/19/07    Express mail                    19.71
10/03/07    Cost of drawings               120.00

TOTAL COSTS ADVANCED                                      152.71

MATTER TOTAL                                            5,725.71

(FEES BILLED                )
(EXPENSES BILLED            )

                                        MATTER NUMBER - P747

    DP-316660

10/18/07 FMS  3.00  Work on preparation of application.           900.00
10/22/07 FMS  6.50  Telephone conference with inventor. Work on  1,950.00
                    preparation of application.
10/23/07 FMS  1.00  Work on preparation of application.           300.00
10/25/07 FMS  5.00  Work on preparation of application.         1,500.00
10/29/07 FMS  5.50  Telephone conference with Borzabadi. Work on 1,650.00
                    preparation of application.
10/30/07 FMS  5.00  Work on preparation of application.         1,500.00
                    NOTE: Costs due to complexity of application.
                    Approved by Jimmy Funke.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                    616-957-8196

DELPHI

November 8, 2007
Page:  31
Invoice:       90246

PROFESSIONAL SERVICES                                        7,800.00

FMS                          26.00      300.00      7,800.00

COSTS ADVANCED

| 09/30/07 | Copies | 2.20 |
| 10/31/07 | Cost of drawings | 215.00 |

TOTAL COSTS ADVANCED                                         217.20

MATTER TOTAL                                                 8,017.20

(FEES BILLED           . . .          )
(EXPENSES BILLED                      )

MATTER NUMBER – P756

DP-311481
SN 10/867,298

| 08/10/07 KTG | 0.80 | Review Office Action, art and application. Inter office conference among attorneys re response. | 244.00 |
| 10/03/07 SPR | 0.30 | Correspondence with inventor. Telephone conference with inventor. | 48.00 |
| 10/04/07 SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 10/05/07 SPR | 2.50 | Work on preparation of response. Study correspondence from inventor. Telephone conference with inventors. | 400.00 |
| 10/11/07 SPR | 0.70 | Work on preparation of response. | 112.00 |
| 10/12/07 SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |
| 10/15/07 SPR | 0.50 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 80.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

November 8, 2007
Page:   32
Invoice:        90246

| | | | | | |
|---|---|---|---|---|---|
| 10/15/07 KTG | 1.50 | Review and edit response. Inter office conference among attorneys. | | | 457.50 |

PROFESSIONAL SERVICES                                                  1,405.50

| | | | |
|---|---|---|---|
| KTG | 2.30 | 305.00 | 701.50 |
| SPR | 4.40 | 160.00 | 704.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/07 | Copies | 5.80 |
| 10/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                                     7.11

MATTER TOTAL                                                        1,412.61

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P760

DP-316731

| | | | |
|---|---|---|---|
| 09/08/07 KTG | 1.00 | Evaluate record of invention for patent application. | 305.00 |
| 09/13/07 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 09/14/07 FMS | 2.10 | Review disclosure agreement. Work on preparation of disclosure document. | 630.00 |
| 09/17/07 FMS | 4.80 | Work on preparation of application. | 1,440.00 |
| 09/18/07 FMS | 3.00 | Telephone conference with Snyder. Work on preparation of application. | 900.00 |
| 09/19/07 FMS | 2.50 | Work on preparation of application. | 750.00 |
| 10/09/07 FMS | 0.50 | Revise patent application. | 150.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX            616-957-8196

DELPHI

November 8, 2007
Page:  33
Invoice:      90246

| | | | | |
|---|---|---|---|---|
| 10/10/07 FMS | 0.50 | Work on preparation of revisions to patent application. | | 150.00 |
| 10/17/07 FMS | 3.50 | Work on preparation of application. | | 1,050.00 |

PROFESSIONAL SERVICES                                    5,527.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| FMS | 16.90 | 300.00 | 5,070.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 4.20 |
| 10/31/07 | Cost of drawings | 300.00 |

TOTAL COSTS ADVANCED                                     304.20

MATTER TOTAL                                            5,831.70

(FEES BILLED                    )
(EXPENSES BILLED                )

CLIENT TOTAL                                           63,013.60
INVOICE TOTAL                                          63,013.60

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

December 12, 2007
Page:  3
Invoice:      90651

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH November 30, 2007 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A000

| Date | | | Description | Amount |
|---|---|---|---|---|
| 11/06/07 | SPR | 1.00 | Legal research. Telephone conference with Funke. | 160.00 |
| 11/07/07 | SPR | 1.20 | Legal research. Inter office conference among attorneys. Correspondence with Funke. | 192.00 |

| PROFESSIONAL SERVICES | | | | 352.00 |
|---|---|---|---|---|
| SPR | 2.20 | 160.00 | 352.00 | |

   COSTS ADVANCED

| 11/30/07 | Cost of computer search | 101.46 | |
|---|---|---|---|
| TOTAL COSTS ADVANCED | | | 101.46 |

| MATTER TOTAL | 453.46 |
|---|---|

(FEES BILLED      4,292.00  )
(EXPENSES BILLED    652.97  )

MATTER NUMBER - A316

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2007
Page:   4
Invoice:      90651

| 11/28/07 KTG | 2.00 | Prepare 6th interim application for approval of compensation pursuant to bankruptcy requests. | 610.00 |

PROFESSIONAL SERVICES                                                610.00

KTG                      2.00    305.00      610.00

COSTS ADVANCED

11/21/07    Federal express                              101.50

TOTAL COSTS ADVANCED                                          101.50

MATTER TOTAL                                                 711.50

(FEES BILLED        4,905.00  )
(EXPENSES BILLED    2,283.79  )

MATTER NUMBER – A317

DP-314569

| 11/02/07 KTG | 0.60 | Evaluate application and agreement. Telephone conference with Funke re resolution of issues. Work on preparation of memorandum and close file. | 183.00 |

PROFESSIONAL SERVICES                                        183.00

KTG                      0.60    305.00      183.00

MATTER TOTAL                                                183.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2007
Page:  5
Invoice:      90651

(FEES BILLED      2,318.00 )
(EXPENSES BILLED      0.00 )

MATTER NUMBER - A319

| Date | | Hours | Description | Amount |
|------|---|-------|-------------|--------|
| 11/01/07 | KTG | 1.70 | Evaluate patent to Temic in view of proposed Delphi motor controller. | 518.50 |
| 11/02/07 | KTG | 1.30 | Evaluate Temic patent. Telephone conference with Funke re same. | 396.50 |
| 11/13/07 | KTG | 0.80 | Evaluate patent and correspondence from Schneider. Prepare for meeting. | 244.00 |
| 11/28/07 | KTG | 1.50 | Evaluate correspondence and revise description of Delphi proposed motor control. Evaluate patent. | 457.50 |
| 11/30/07 | KTG | 1.80 | Evaluate modified proposed motor control and patent to Temic. Telephone conference with Schneider. | 549.00 |

PROFESSIONAL SERVICES                                    2,165.50

  KTG                 7.10     305.00     2,165.50

MATTER TOTAL                                             2,165.50

(FEES BILLED      3,403.50 )
(EXPENSES BILLED   101.00 )

MATTER NUMBER - FP453EPC

DP-309762

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI                                          December 12, 2007
                                                Page:   6
                                                Invoice:        90651

| | | | | |
|---|---|---|---|---:|
| 10/10/07 | KTG | 0.80 | Review correspondence, Office Action in EP, prior art and related U.S. application. Work on preparation of response. | 244.00 |
| 11/01/07 | KTG | 1.80 | Work on preparation of instructions re response to Office Action. Evaluate Office Action and cited art. Evaluate prosecution of related application. | 549.00 |
| 11/05/07 | KTG | 0.60 | Telephone conference with inventor. Correspondence with inventor re Office Action. | 183.00 |
| 11/08/07 | KTG | 1.50 | Telephone conference with inventor. Work on preparation of instructions for Denton to respond to Office Action. Work on preparation of new claims and revise application. | 457.50 |
| 11/09/07 | KTG | 1.80 | Work on preparation of response instructions to Office Action. Correspondence with Denton. | 549.00 |

PROFESSIONAL SERVICES                                    1,982.50

KTG                    6.50    305.00    1,982.50

   COSTS ADVANCED

11/30/07    Copies                                2.20

TOTAL COSTS ADVANCED                                      2.20

MATTER TOTAL                                         1,984.70

(FEES BILLED              )
(EXPENSES BILLED          )

                                   MATTER NUMBER - FP714EPC

DP-309903
SN 05076985.0

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

December 12, 2007
Page:   7
Invoice:        90651

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/09/07 | KTG | 0.70 | Review correspondence from Funke, EP Office Action, cited art and related U.S. application re response. | 213.50 |
| 11/26/07 | SPR | 1.10 | Study European communication and prior art cited by Examiner. Correspondence with inventor. Work on preparation of letter to Denton. | 176.00 |
| 11/28/07 | SPR | 0.40 | Work on preparation of letter to Denton. | 64.00 |
| 11/29/07 | SPR | 0.10 | Inter office conference among attorneys. Work on preparation of letter to Denton. | 16.00 |
| 11/30/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of letter to Denton. Correspondence with Denton with recommendations to responding to the European communication. | 80.00 |
| 11/30/07 | KTG | 1.80 | Evaluate response instructions to Denton. Inter office conference among attorneys. | 549.00 |

PROFESSIONAL SERVICES                                          1,098.50

| | | | |
|---|---|---|---|
| KTG | 2.50 | 305.00 | 762.50 |
| SPR | 2.10 | 160.00 | 336.00 |

MATTER TOTAL                                                  1,098.50

(FEES BILLED                    )

(EXPENSES BILLED               )

MATTER NUMBER - FP735EPC

DP-311319

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/29/07 | SPR | 0.30 | Telephone conference with inventor. Study correspondence from foreign associate. Study prior art. | 48.00 |
| 10/29/07 | KTG | 1.20 | Review Office Action, cited art and related U.S. application. Inter office conference among attorneys re response. | 366.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:   8
Invoice:      90651

| 11/02/07 | KTG | 0.70 | Evaluate Office Action. Telephone conference with Funke and abandon application. | 213.50 |
| 11/02/07 | SPR | 0.30 | Inter office conference among attorneys. Correspondence with Denton. | 48.00 |

| PROFESSIONAL SERVICES | | | | 675.50 |
| --- | --- | --- | --- | --- |
| KTG | 1.90 | 305.00 | 579.50 | |
| SPR | 0.60 | 160.00 | 96.00 | |

MATTER TOTAL                                                    675.50

(FEES BILLED            )

(EXPENSES BILLED        )

MATTER NUMBER - FP773EPC

DP-311443

| 10/03/07 | KTG | 0.70 | Evaluate Office Action, cited art and U.S. application. Review correspondence. Work on preparation of instructions for response. Inter office conference among attorneys. | 213.50 |
| 10/25/07 | SPR | 0.20 | Study correspondence from foreign associate. Correspondence with inventor. | 32.00 |
| 10/30/07 | SPR | 1.60 | Correspondence with Burns. Study European communication and cited prior art. | 256.00 |
| 11/02/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 11/05/07 | SPR | 1.70 | Study EPC communication and prior art. Work on preparation of letter to Denton. | 272.00 |
| 11/08/07 | SPR | 0.70 | Work on preparation of letter to Denton. | 112.00 |
| 11/09/07 | SPR | 0.30 | Work on preparation of letter to Denton. Inter office conference among attorneys. | 48.00 |
| 11/09/07 | KTG | 1.30 | Review proposed instructions for Denton to respond to Office Action. | 396.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2007
Page:  9
Invoice:      90651

| | | | |
|---|---|---|---|
| 11/13/07 SPR | 0.40 | Correspondence with Lange and Money. Telephone conference with Money. Inter office conference among attorneys. Work on preparation of letter to Denton. | 64.00 |
| 11/14/07 SPR | 0.60 | Telephone conference with Money. Correspondence with Denton re recommending arguments and proposed claim amendments for reply to European communication. Correspondence with Robert. | 96.00 |

PROFESSIONAL SERVICES                                    1,506.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 5.60 | 160.00 | 896.00 |

COSTS ADVANCED

10/31/07   Copies                                    4.10

TOTAL COSTS ADVANCED                                    4.10

MATTER TOTAL                                    1,510.10

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P465

DP-309337
S.N. 10/761,580

| | | | |
|---|---|---|---|
| 11/05/07 KTG | 0.40 | Review Office Action re appeal brief. Inter office conference among attorneys. | 122.00 |
| 11/07/07 GJE | 2.30 | Work on preparation of amended appeal brief. | 713.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:   10
Invoice:      90651

PROFESSIONAL SERVICES                                          835.00

GJE            2.30    310.00     713.00
KTG            0.40    305.00     122.00

COSTS ADVANCED

11/30/07   Copies                              3.10
11/30/07   Postage                             1.65

TOTAL COSTS ADVANCED                                             4.75

MATTER TOTAL                                                   839.75

(FEES BILLED      10,338.00  )
(EXPENSES BILLED   1,042.84  )

MATTER NUMBER - P481

DP-310675
S.N. 10/827,818

10/31/07 KTG  0.30  Review Notice of Allowance and Request for        91.50
                    Corrected drawings. Inter office conference
                    among attorneys.
11/01/07 SPR  0.40  Work on preparation of response.                  64.00
11/06/07 SPR  0.20  Work on preparation of response.                  32.00
11/07/07 SPR  0.10  Inter office conference among attorneys. Work on  16.00
                    preparation of response.
11/07/07 KTG  0.30  Review drawings for submission prior to           91.50
                    issuance.

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                      616-957-8196

DELPHI

December 12, 2007
Page:  11
Invoice:        90651

| | | | | |
|---|---|---|---|---|
| 11/08/07 SPR 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | | 16.00 |

PROFESSIONAL SERVICES                                                         311.00

| | | | |
|---|---|---|---|
| KTG | 0.60 | 305.00 | 183.00 |
| SPR | 0.80 | 160.00 | 128.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 2.20 |

TOTAL COSTS ADVANCED                                                          2.20

MATTER TOTAL                                                                 313.20

(FEES BILLED        6,155.00 )
(EXPENSES BILLED      281.79 )

MATTER NUMBER – P563

DP-313138
S.N. 11/099,399

| | | | |
|---|---|---|---|
| 11/19/07 KTG 0.80 | Review Office Action and cited art. Inter office conference among attorneys. | | 244.00 |
| 11/26/07 GJE 2.00 | Work on preparation of amendment. | | 620.00 |
| 11/29/07 GJE 2.60 | Completion and filing of amendment. | | 806.00 |

PROFESSIONAL SERVICES                                                       1,670.00

| | | | |
|---|---|---|---|
| GJE | 4.60 | 310.00 | 1,426.00 |
| KTG | 0.80 | 305.00 | 244.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:  12
Invoice:      90651

### COSTS ADVANCED

| 11/30/07 | Copies | 1.30 |
| 11/30/07 | Postage | 1.14 |
| 11/30/07 | Additional claims fee | 210.00 |

TOTAL COSTS ADVANCED                          212.44

MATTER TOTAL                                 1,882.44

(FEES BILLED      4,755.00  )
(EXPENSES BILLED    138.99  )

MATTER NUMBER - P564

DP-313279
S.N. 11/156,124

| 10/11/07 KTG | 1.30 | Evaluate Office Action and cited art. Work on preparation of response. | 396.50 |
| 10/16/07 KTG | 1.50 | Work on preparation of response. | 457.50 |
| 10/17/07 KTG | 1.50 | Work on preparation of response. | 457.50 |
| 10/18/07 KTG | 1.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with Fekete. | 457.50 |

PROFESSIONAL SERVICES                         1,769.00

KTG              5.80    305.00    1,769.00

MATTER TOTAL                                  1,769.00

(FEES BILLED      7,054.00  )
(EXPENSES BILLED   1,319.97  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:  13
Invoice:        90651

MATTER NUMBER - P577

DP-313652
S.N. 11/150,997

| | | | | |
|---|---|---|---|---|
| 10/15/07 KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. | | 213.50 |
| 10/16/07 GJE | 2.00 | Work on preparation of amendment. | | 620.00 |
| 11/26/07 GJE | 2.90 | Work on preparation of amendment. | | 899.00 |

PROFESSIONAL SERVICES                                      1,732.50

| | | | |
|---|---|---|---|
| GJE | 4.90 | 310.00 | 1,519.00 |
| KTG | 0.70 | 305.00 | 213.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/07 | Copies | 1.60 |
| 11/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                          2.74

MATTER TOTAL                                              1,735.24

(FEES BILLED        7,360.00 )
(EXPENSES BILLED      354.49 )

MATTER NUMBER - P586

DP-313247
S.N. 11/238,855

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

December 12, 2007
Page:   14
Invoice:        90651

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/20/07 | KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys re response. | 244.00 |
| 10/09/07 | SPR | 0.20 | Work on preparation of response. Correspondence with inventor. | 32.00 |
| 10/17/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 10/22/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 10/24/07 | SPR | 1.60 | Work on preparation of response. Telephone conference with inventor. | 256.00 |
| 10/29/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 10/30/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 11/01/07 | SPR | 2.50 | Work on preparation of response. Correspondence with inventor. | 400.00 |
| 11/02/07 | SPR | 0.30 | Work on preparation of response. Inter office conference among attorneys. | 48.00 |
| 11/02/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |
| 11/05/07 | SPR | 0.20 | Work on preparation of response. | 32.00 |
| 11/06/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                          1,522.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 5.70 | 160.00 | 912.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/07 | Copies | 3.50 |
| 11/30/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                              4.81

MATTER TOTAL                                                  1,526.81

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX                616-957-8196

DELPHI

December 12, 2007
Page:  15
Invoice:        90651

(FEES BILLED        5,681.50  )
(EXPENSES BILLED      215.58  )

MATTER NUMBER - P606

DP-313473
S.N. 11,392,019

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/19/07 | KTG | 0.50 | Review Office Action and Notice of Abandonment. Evaluate for revival. Inter office conference among attorneys. | 152.50 |
| 11/19/07 | GJE | 1.90 | Work on preparation of petition. | 589.00 |
| 11/20/07 | GJE | 0.40 | Completion and filing of petition. | 124.00 |
| 11/20/07 | KTG | 0.50 | Inter office conference among attorneys re revival of application in view of Office Action not received. | 152.50 |

PROFESSIONAL SERVICES                                          1,018.00

| | | | | |
|---|---|---|---|---|
| GJE | | 2.30 | 310.00 | 713.00 |
| KTG | | 1.00 | 305.00 | 305.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/30/07 | Copies | 1.10 |
| 11/23/07 | Petition fee | 400.00 |

TOTAL COSTS ADVANCED                                            401.10

MATTER TOTAL                                                   1,419.10

(FEES BILLED        4,963.00  )
(EXPENSES BILLED      135.38  )

MATTER NUMBER - P641

**Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:  16
Invoice:     90651

DP-314122
S.N. 11/509,858

| | | | | |
|---|---|---|---|---:|
| 11/09/07 MPD | 0.10 | Telephone conference with Examiner. | | 24.00 |
| 11/13/07 MPD | 0.20 | Telephone conference with Examiner. | | 48.00 |
| 11/13/07 KTG | 0.50 | Evaluate Office Action for appeal. Inter office conference among attorneys re appeal. | | 152.50 |
| 11/14/07 MPD | 1.00 | Telephone conference with Examiner. Telephone conference with client. Preparation and filing of notice of appeal. | | 240.00 |

PROFESSIONAL SERVICES                                      464.50

| | | | |
|---|---:|---:|---:|
| KTG | 0.50 | 305.00 | 152.50 |
| MPD | 1.30 | 240.00 | 312.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 11/15/07 | Extension of time fee | 1,050.00 |
| 11/15/07 | Notice of appeal fee | 510.00 |

TOTAL COSTS ADVANCED                                     1,560.00

MATTER TOTAL                                             2,024.50

(FEES BILLED      7,561.50  )
(EXPENSES BILLED  1,061.32  )

MATTER NUMBER - P661

DP-315106

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:  17
Invoice:      90651

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 09/04/07 | KTG | 0.40 | Evaluate Office Action. Inter office conference among attorneys re response. | 122.00 |
| 11/12/07 | GJE | 0.40 | Work on preparation of response to Office Action. | 124.00 |

PROFESSIONAL SERVICES                             246.00

| | | | |
|---|---|---|---|
| GJE | 0.40 | 310.00 | 124.00 |
| KTG | 0.40 | 305.00 | 122.00 |

MATTER TOTAL                                      246.00

(FEES BILLED      4,891.00 )
(EXPENSES BILLED    382.89 )

MATTER NUMBER - P668

## DP-311885

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/02/07 | SPR | 0.20 | Study Advisory Action. Telephone conference with Examiner. | 32.00 |
| 11/05/07 | SPR | 1.80 | Telephone conference with Examiner. Correspondence with inventor. | 288.00 |
| 11/06/07 | SPR | 1.50 | Work on preparation of response. Telephone conference with inventor. Correspondence with inventor. | 240.00 |
| 11/07/07 | SPR | 0.20 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |
| 11/07/07 | KTG | 2.20 | Evaluate and edit amendment. Inter office conference among attorneys. | 671.00 |

PROFESSIONAL SERVICES                           1,263.00

| | | | |
|---|---|---|---|
| KTG | 2.20 | 305.00 | 671.00 |
| SPR | 3.70 | 160.00 | 592.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:  18
Invoice:        90651

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/07 | Copies | 2.70 |
| 11/30/07 | Postage | 1.48 |
| 11/08/07 | Filing fee | 1,020.00 |

TOTAL COSTS ADVANCED                          1,024.18

MATTER TOTAL                                  2,287.18

(FEES BILLED        7,054.00 )
(EXPENSES BILLED        9.31 )

MATTER NUMBER - P669

DP-311321

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 09/04/07 | KTG | 0.80 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |
| 11/20/07 | GJE | 5.60 | Work on preparation of response to Office Action. | 1,736.00 |
| 11/21/07 | KTG | 0.50 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | 152.50 |

PROFESSIONAL SERVICES                         2,132.50

| Atty | Hrs | Rate | Amount |
|------|-----|------|--------|
| GJE | 5.60 | 310.00 | 1,736.00 |
| KTG | 1.30 | 305.00 | 396.50 |

COSTS ADVANCED

11/30/07   Copies                                   1.10

**Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:  19
Invoice:      90651

TOTAL COSTS ADVANCED                                      1.10

MATTER TOTAL                                         2,133.60

(FEES BILLED      6,883.50 )
(EXPENSES BILLED   1,254.74 )

MATTER NUMBER – P700

DP-311858
SN 10/935,022

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/05/07 | KTG | 0.80 | Review Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 11/28/07 | GJE | 4.40 | Work on preparation of response. | 1,364.00 |
| 11/29/07 | GJE | 1.20 | Completion and filing of amendment. | 372.00 |

PROFESSIONAL SERVICES                                1,980.00

| | | | |
|---|---|---|---|
| GJE | 5.60 | 310.00 | 1,736.00 |
| KTG | 0.80 | 305.00 | 244.00 |

MATTER TOTAL                                         1,980.00

(FEES BILLED      4,358.00 )
(EXPENSES BILLED    997.28 )

MATTER NUMBER – P719

DP-309408
SN 10/804,745

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2007
Page:  20
Invoice:      90651

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 09/10/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 11/19/07 | JSK | 4.30 | Work on preparation of response. | 1,053.50 |
| 11/20/07 | JSK | 4.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 1,029.00 |

| PROFESSIONAL SERVICES | | | | 2,296.00 |
|------|------|------|------|------|
| KTG | 0.70 | 305.00 | 213.50 | |
| JSK | 8.50 | 245.00 | 2,082.50 | |

COSTS ADVANCED

| 11/30/07 | Postage | | 1.31 |
|------|------|------|------|

TOTAL COSTS ADVANCED                                        1.31

MATTER TOTAL                                          2,297.31

(FEES BILLED       2,620.50 )
(EXPENSES BILLED      21.47 )

MATTER NUMBER - P724

DP-312498

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 09/24/07 | KTG | 0.70 | Study Office Action and cited art. | 213.50 |
| 09/27/07 | SPR | 0.40 | Work on preparation of response. Telephone conference with inventor. | 64.00 |
| 10/05/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 10/12/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 10/16/07 | SPR | 2.00 | Work on preparation of response. Telephone conference with inventor. | 320.00 |

**Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.**

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2007
Page:  21
Invoice:    90651

| Date | | | Description | Amount |
|---|---|---|---|---|
| 10/29/07 | SPR | 1.30 | Work on preparation of response. | 208.00 |
| 10/31/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 11/01/07 | SPR | 1.50 | Work on preparation of response. Correspondence with inventor. | 240.00 |
| 11/02/07 | SPR | 0.40 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 64.00 |
| 11/02/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |

PROFESSIONAL SERVICES                                      1,619.50

| | | | |
|---|---|---|---|
| KTG | 1.90 | 305.00 | 579.50 |
| SPR | 6.50 | 160.00 | 1,040.00 |

COSTS ADVANCED

| 09/30/07 | Copies | 3.40 |
|---|---|---|
| 11/30/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                          4.71

MATTER TOTAL                                             1,624.21

(FEES BILLED      2,531.50 )
(EXPENSES BILLED      8.01 )

MATTER NUMBER - P731

DP-311266

| 10/15/07 | FMS | 2.00 | Review file. Work on preparation of remarks to inventor re proposed amendment. | 600.00 |
|---|---|---|---|---|
| 10/30/07 | FMS | 0.30 | Review file. Work on preparation of email to Fruit re review of final Office Action. | 90.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

December 12, 2007
Page:  22
Invoice:     90651

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 11/09/07 | FMS | 1.00 | Review inventor comments. Work on preparation of email to inventor re amendment to claims. | 300.00 |
| 11/19/07 | FMS | 5.00 | Work on preparation of amendment for RCE. | 1,500.00 |
| 11/27/07 | FMS | 0.10 | Work on preparation of letter to Fekete re filing of RCE. NOTE: Costs associated with transfer of case. Approved by Jimmy Funke. | 30.00 |

PROFESSIONAL SERVICES                                    2,520.00

FMS                    8.40    300.00    2,520.00

COSTS ADVANCED

11/26/07    Filing fee                        810.00

TOTAL COSTS ADVANCED                            810.00

MATTER TOTAL                                3,330.00

(FEES BILLED        2,040.00 )
(EXPENSES BILLED        1.14 )

MATTER NUMBER – P735

DP-311319

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 09/24/07 | KTG | 0.70 | Study Office Action and cited art. | 213.50 |
| 10/04/07 | SPR | 0.20 | Work on preparation of response. Correspondence with inventor. | 32.00 |
| 10/15/07 | KTG | 0.60 | Review Office Action and cited art. Inter office conference among attorneys. | 183.00 |
| 10/24/07 | SPR | 0.20 | Work on preparation of response. | 32.00 |
| 10/25/07 | SPR | 0.40 | Work on preparation of response. Correspondence with inventor. | 64.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI                                          December 12, 2007
                                                Page:  23
                                                Invoice:     90651

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/02/07 | KTG | 0.70 | Evaluate Office Action. Telephone conference with Funke and abandon application. | 213.50 |
| 11/02/07 | SPR | 0.20 | Inter office conference among attorneys. Correspondence with Funke. | 32.00 |

PROFESSIONAL SERVICES                                          770.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 1.00 | 160.00 | 160.00 |

MATTER TOTAL                                                   770.00

(FEES BILLED      1,826.00 )
(EXPENSES BILLED     10.30 )

                                                MATTER NUMBER - P740

DP-316547

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/23/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 08/17/07 | KTG | 0.80 | Review invention disclosure. Inter office conference among attorneys. | 244.00 |
| 10/03/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 10/05/07 | SPR | 1.00 | Work on preparation of application. Correspondence with inventor. Telephone conference with inventor. | 160.00 |
| 10/29/07 | SPR | 4.00 | Work on preparation of application. Work on preparation of drawings. | 640.00 |
| 11/05/07 | SPR | 2.40 | Work on preparation of application. Work on preparation of drawings. | 384.00 |
| 11/07/07 | SPR | 1.30 | Work on preparation of application. Work on preparation of drawings. | 208.00 |
| 11/08/07 | SPR | 0.60 | Work on preparation of application. Work on preparation of drawings. Study correspondence from inventor. | 96.00 |
| 11/09/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                     616-957-8196

DELPHI

December 12, 2007
Page:    24
Invoice:        90651

| | | | | |
|---|---|---|---|---|
| 11/09/07 | KTG | 2.50 | Review and edit patent application. Inter office conference among attorneys. | 762.50 |
| 11/14/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of drawings. | 64.00 |
| 11/15/07 | SPR | 5.00 | Work on preparation of application. | 800.00 |
| 11/16/07 | SPR | 0.50 | Work on preparation of application and submission of draft to client. | 80.00 |
| 11/26/07 | SPR | 2.20 | Correspondence with inventor. Study correspondence from inventor. | 352.00 |
| 11/29/07 | SPR | 3.70 | Work on preparation of application. Study correspondence from inventor. Correspondence with inventor. | 592.00 |
| 11/30/07 | SPR | 3.90 | Correspondence with inventor. Work on preparation of application. Correspondence with Hales with U.S. and foreign applications for filing. | 624.00 |

PROFESSIONAL SERVICES                                    5,359.50

| | | | |
|---|---|---|---|
| KTG | 4.30 | 305.00 | 1,311.50 |
| SPR | 25.30 | 160.00 | 4,048.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/07 | Copies | 9.30 |
| 11/13/07 | Cost of drawings | 750.00 |

TOTAL COSTS ADVANCED                                         759.30

MATTER TOTAL                                                6,118.80

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P743

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2007
Page:  25
Invoice:      90651

DP-309900
SN 11/005,270

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/15/07 | KTG | 0.70 | Review Office Action. Inter office conference among attorneys. | 213.50 |
| 10/17/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of response. Telephone conference with Examiner. | 64.00 |
| 11/06/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 11/07/07 | SPR | 0.20 | Telephone conference with inventor. | 32.00 |
| 11/08/07 | SPR | 0.30 | Telephone conference with inventor. | 48.00 |
| 11/12/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 11/13/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 11/19/07 | SPR | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 80.00 |
| 11/19/07 | KTG | 0.70 | Review response. Inter office conference among attorneys. | 213.50 |

PROFESSIONAL SERVICES                                          859.00

| | | | | |
|---|---|---|---|---|
| KTG | | 1.40 | 305.00 | 427.00 |
| SPR | | 2.70 | 160.00 | 432.00 |

COSTS ADVANCED

| Date | Item | Amount |
|---|---|---|
| 11/30/07 | Copies | 1.50 |
| 11/30/07 | Postage | 1.14 |
| 11/21/07 | Federal express | 14.28 |

TOTAL COSTS ADVANCED                                           16.92

MATTER TOTAL                                                  875.92

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December 12, 2007
Page:  26
Invoice:      90651

(FEES BILLED      1,934.00  )
(EXPENSES BILLED    333.10  )

MATTER NUMBER – P745

DP-316502

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 07/01/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 10/02/07 | KTG | 1.00 | Work on preparation of application. | 305.00 |
| 10/03/07 | KTG | 1.50 | Work on preparation of application. Telephone conference with inventors. | 457.50 |
| 10/04/07 | KTG | 1.50 | Work on preparation of application. Telephone conference with inventors. | 457.50 |
| 10/08/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 10/18/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 10/19/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 10/31/07 | KTG | 1.20 | Work on preparation of application. | 366.00 |
| 11/07/07 | KTG | 1.20 | Work on preparation of application. | 366.00 |
| 11/08/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 11/27/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 11/30/07 | KTG | 2.50 | Work on preparation of application. Telephone conference with inventor re comments and edits. | 762.50 |

PROFESSIONAL SERVICES                          6,069.50

KTG                19.90    305.00    6,069.50

COSTS ADVANCED

| 09/30/07 | Copies | 1.90 |
|---|---|---|
| 11/21/07 | Federal express | 14.28 |
| 11/30/07 | Cost of drawings | 345.00 |

TOTAL COSTS ADVANCED                          361.18

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December 12, 2007
Page:  27
Invoice:      90651

MATTER TOTAL                                                    6,430.68

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P746

DP-316503

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/02/07 | KTG | 1.00 | Work on preparation of application. | 305.00 |
| 10/03/07 | KTG | 1.50 | Work on preparation of application. Telephone conference with inventors. | 457.50 |
| 10/04/07 | KTG | 1.50 | Work on preparation of application. Telephone conference with inventors. | 457.50 |
| 10/08/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 10/10/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 10/11/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 10/15/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 10/18/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 10/30/07 | KTG | 1.70 | Work on preparation of application. | 518.50 |
| 10/31/07 | KTG | 1.80 | Work on preparation of application. | 549.00 |

PROFESSIONAL SERVICES                                          5,337.50

KTG              17.50     305.00     5,337.50

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/21/07 | Express mail | 14.28 |
| 11/30/07 | Cost of drawings | 360.00 |

TOTAL COSTS ADVANCED                                            374.28

MATTER TOTAL                                                   5,711.78

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

December 12, 2007
Page:   28
Invoice:        90651

(FEES BILLED               )

(EXPENSES BILLED           )

MATTER NUMBER – P753

DP-316385

| | | | | |
|---|---|---|---|---|
| 08/02/07 FMS | 0.50 | Review disclosure documents. Work on preparation of email to inventor re invention. | | 150.00 |
| 08/07/07 FMS | 4.20 | Work on preparation of application. | | 1,260.00 |
| 08/10/07 FMS | 1.80 | Review drawings from inventor. Work on preparation of application. | | 540.00 |
| 08/14/07 FMS | 2.90 | Work on preparation of application. | | 870.00 |
| 08/15/07 FMS | 1.10 | Work on preparation of application. | | 330.00 |
| 08/22/07 FMS | 3.20 | Work on preparation of application. | | 960.00 |
| 08/24/07 FMS | 2.50 | Work on preparation of application. | | 750.00 |
| 10/09/07 FMS | 0.50 | Work on preparation of application. Work on preparation of letter to client. | | 150.00 |
| 10/19/07 FMS | 0.10 | 7 Work on preparation of letter to Funke re same. | | 30.00 |
| 10/23/07 FMS | 0.50 | Work on preparation of application. | | 150.00 |
| 10/26/07 FMS | 4.50 | Work on preparation of application. Work on preparation of drawings. | | 1,350.00 |
| 11/06/07 FMS | 0.50 | Work on preparation of application. Work on preparation of drawings. | | 150.00 |
| 11/08/07 FMS | 0.20 | Work on preparation of application.
NOTE: Costs approved by Jimmy Funke. | | 60.00 |

PROFESSIONAL SERVICES                                          6,750.00

FMS                     22.50    300.00    6,750.00

COSTS ADVANCED

11/21/07    Federal express                                17.64

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:  29
Invoice:        90651

| 09/30/07 | Cost of drawings | 262.50 | |
| 11/05/07 | Cost of drawings | 37.50 | |
| TOTAL COSTS ADVANCED | | | 317.64 |

MATTER TOTAL                                            7,067.64

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P762

DP-312606
SN 11/082.546

| 11/13/07 KTG | 0.20 | Evaluate for filing Information Disclosure Statement. | 61.00 |
| 11/16/07 SPR | 0.10 | Correspondence with client re e-filing of supplemental Information Disclosure Statement. | 16.00 |
| 11/19/07 KTG | 0.80 | Review Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |

| PROFESSIONAL SERVICES | | | | 321.00 |
| KTG | 1.00 | 305.00 | 305.00 | |
| SPR | 0.10 | 160.00 | 16.00 | |

COSTS ADVANCED

| 11/30/07 | Copies | 9.70 | |
| 11/30/07 | Postage | 1.31 | |
| 11/16/07 | Information disclosure statement fee | 180.00 | |
| TOTAL COSTS ADVANCED | | | 191.01 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:  30
Invoice:      90651

MATTER TOTAL                                                        512.01

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P763

DP-311819
SN 11/035.211

11/16/07 SPR  0.10  Correspondence with client re e-filing of          16.00
                    supplemental Information Disclosure Statement.


PROFESSIONAL SERVICES                                                  16.00

SPR                    0.10   160.00      16.00


COSTS ADVANCED
11/30/07    Copies                                      1.80
11/30/07    Postage                                     2.79
11/20/07    Information disclosure statement fee      180.00

TOTAL COSTS ADVANCED                                                  184.59

MATTER TOTAL                                                         200.59

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P764

DP-310969
SN 11/081,113

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December 12, 2007
Page:  31
Invoice:    90651

| | | | | |
|---|---|---|---|---|
| 11/13/07 KTG 0.20 | Evaluate for filing Information Disclosure Statement. | | | 61.00 |
| 11/16/07 SPR 0.10 | Correspondence with client re e-filing of supplemental Information Disclosure Statement. | | | 16.00 |

PROFESSIONAL SERVICES                                        77.00

| | | | |
|---|---|---|---|
| KTG | 0.20 | 305.00 | 61.00 |
| SPR | 0.10 | 160.00 | 16.00 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 11/30/07 | Copies | 2.00 | |
| 11/16/07 | Information disclosure statement fee | 180.00 | |

TOTAL COSTS ADVANCED                                        182.00

MATTER TOTAL                                               259.00

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P766

DP-311801
SN 11/159,904

| | | | |
|---|---|---|---|
| 09/03/07 KTG 0.80 | Evaluate Office Action, cited art and application. | | 244.00 |
| 10/09/07 SPR 0.20 | Work on preparation of response. Correspondence with inventor. | | 32.00 |
| 10/12/07 SPR 0.80 | Work on preparation of response. Telephone conference with inventor. | | 128.00 |
| 11/01/07 SPR 0.40 | Work on preparation of response. | | 64.00 |

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI                                        December 12, 2007
                                              Page:  32
                                              Invoice:     90651

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 11/02/07 | SPR | 2.30 | Work on preparation of response. Telephone conference with inventor. | 368.00 |
| 11/05/07 | SPR | 0.50 | Work on preparation of response. Correspondence with inventor. | 80.00 |
| 11/06/07 | SPR | 1.30 | Telephone conference with inventor. Work on preparation of response. | 208.00 |
| 11/07/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of response. | 64.00 |
| 11/07/07 | KTG | 1.20 | Evaluate and edit response. Inter office conference among attorneys. | 366.00 |
| 11/08/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                    1,586.00

    KTG                2.00    305.00    610.00
    SPR                6.10    160.00    976.00

      COSTS ADVANCED

11/30/07    Copies                             2.00
11/30/07    Postage                            1.31

TOTAL COSTS ADVANCED                                       3.31

MATTER TOTAL                                          1,589.31

(FEES BILLED              )
(EXPENSES BILLED          )

                                    MATTER NUMBER - P767

    DP-310997
    SN 11/300,220

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

December 12, 2007
Page:  33
Invoice:      90651

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 09/03/07 | KTG | 0.80 | Evaluate Office Action, cited art and application. | 244.00 |
| 10/25/07 | SPR | 0.30 | Work on preparation of response. Correspondence with inventor. | 48.00 |
| 11/01/07 | SPR | 1.00 | Work on preparation of response. Correspondence with inventor. | 160.00 |
| 11/05/07 | SPR | 0.20 | Correspondence with inventors. | 32.00 |
| 11/06/07 | SPR | 1.40 | Work on preparation of response. Study correspondence from inventor. Correspondence with inventor. | 224.00 |
| 11/07/07 | SPR | 2.30 | Work on preparation of response. Telephone conference with inventor. | 368.00 |
| 11/08/07 | SPR | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 128.00 |
| 11/09/07 | SPR | 0.20 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |
| 11/09/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |

PROFESSIONAL SERVICES                                      1,602.00

| | | | | |
|---|---|---|---|---|
| KTG | | 2.00 | 305.00 | 610.00 |
| SPR | | 6.20 | 160.00 | 992.00 |

COSTS ADVANCED

| Date | | | Amount |
|------|--|--|--------|
| 11/30/07 | Copies | | 1.80 |
| 11/30/07 | Postage | | 1.31 |

TOTAL COSTS ADVANCED                                          3.11

MATTER TOTAL                                              1,605.11

(FEES BILLED              )
(EXPENSES BILLED          )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December 12, 2007
Page:  34
Invoice:     90651

MATTER NUMBER - P773

| | | | | |
|---|---|---|---|---|
| 11/13/07 KTG | 0.20 | Evaluate for filing Information Disclosure Statement. | | 61.00 |
| 11/16/07 SPR | 0.10 | Correspondence with client re e-filing of supplemental Information Disclosure Statement. | | 16.00 |

PROFESSIONAL SERVICES                                          77.00

| | | | |
|---|---|---|---|
| KTG | 0.20 | 305.00 | 61.00 |
| SPR | 0.10 | 160.00 | 16.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/07 | Copies | 2.30 |
| 11/30/07 | Postage | 1.31 |
| 11/16/07 | Information disclosure statement fee | 180.00 |

TOTAL COSTS ADVANCED                               183.61

MATTER TOTAL                                       260.61

(FEES BILLED              )
(EXPENSES BILLED          )

CLIENT TOTAL                                    65,592.05
INVOICE TOTAL                                   65,592.05

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

January 9, 2008
Page:  3
Invoice:        90771

CLIENT NUMBER -  DEL001
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH December 31, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

COSTS ADVANCED

12/19/07   Federal express                        338.45

TOTAL COSTS ADVANCED                              338.45

MATTER TOTAL                                      338.45

FEES BILLED          5,515.00  )
EXPENSES BILLED      2,385.29  )

MATTER NUMBER - A319

12/10/07 KTG   1.70  Evaluate modified proposed motor control system     518.50
                     and patent to Temic. Telephone conference with
                     Funke.
12/12/07 KTG   1.80  Evaluate Delphi motor controls and Temic patent.    549.00
                     Telephone conference with Schneider.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI                                          January 9, 2008
                                                Page:   4
                                                Invoice:      90771

12/13/07 KTG  1.80  Telephone conference with Funke and Schneider re      549.00
                    Delphi motor control and Temic patent. Evaluate
                    German patent. Correspondence with foreign
                    associate re same.
12/20/07 KTG  0.80  Evaluate patent family including German patent.        244.00

    PROFESSIONAL SERVICES                                          1,860.50

    KTG                      6.10    305.00    1,860.50

MATTER TOTAL                                                       1,860.50

FEES BILLED         5,569.00  )
EXPENSES BILLED       101.00  )

                                              MATTER NUMBER - A320

2/12/07 KTG  1.50  Evaluate patents and Delphi HVAC technology.           457.50
                   Telephone conference with Schneider.
                   Correspondence with Funke.
2/31/07 KTG  1.20  Review correspondence and product description.         366.00

PROFESSIONAL SERVICES                                             823.50

KTG                       2.70    305.00     823.50

MATTER TOTAL                                                      823.50

FEES BILLED                        )
EXPENSES BILLED                    )

                                              MATTER NUMBER - FP481EPC

Payment due upon receipt. We reserve the right to charge a service

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

ELPHI

January 9, 2008
Page:  5
Invoice:      90771

DP-310675
SN 05075803.6

| | | | |
|---|---|---|---|
| 0/09/07 KTG | 0.70 | Review correspondence from Funke, EP Office Action, cited art and related U.S. application re response. | 213.50 |
| 2/12/07 SPR | 0.50 | Study European communication. | 80.00 |
| 2/13/07 SPR | 0.10 | Study European communication. | 16.00 |
| 2/14/07 SPR | 1.80 | Study European communication, previously filed reply, and prior art cited by Examiner. Inter office conference among attorneys. Correspondence with inventor. | 288.00 |
| 2/17/07 SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 2/18/07 SPR | 1.50 | Telephone conference with inventor. Conference with letter to Denton. | 240.00 |
| 2/19/07 SPR | 0.80 | Work on preparation of letter to Denton. | 128.00 |
| 2/20/07 SPR | 0.50 | Correspondence with Denton re the European communication. Inter office conference among attorneys. | 80.00 |
| 2/20/07 KTG | 1.30 | Review and edit instructions and new claims for response to Office Action. Inter office conference among attorneys. | 396.50 |

PROFESSIONAL SERVICES                              1,458.00

KTG          2.00    305.00    610.00
SPR          5.30    160.00    848.00

TTER TOTAL                                         1,458.00

FEES BILLED              )

EXPENSES BILLED          )

MATTER NUMBER - FP567EPC

Payment due upon receipt. We reserve the right to charge a service

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  6
Invoice:      90771

DP-312914
SN 06075886.9

| | | | | |
|---|---|---|---|---|
| 12/13/07 | KTG | 1.00 | Evaluate Examination report and references cited. Work on preparation of instructions for response. Telephone conference with Funke. | 305.00 |
| 12/14/07 | KTG | 1.00 | Work on preparation of instructions for response to Examiner Report. Telephone conference with inventors. | 305.00 |
| 12/16/07 | KTG | 1.30 | Work on preparation of response instructions to Denton and new proposed claims. | 396.50 |
| 12/20/07 | KTG | 2.00 | Work on preparation of instructions and new claim for response to Office Action. | 610.00 |
| 12/24/07 | KTG | 1.20 | Finalize instructions to Denton for responding to Office Action. | 366.00 |

PROFESSIONAL SERVICES                                              1,982.50

KTG                        6.50    305.00    1,982.50

COSTS ADVANCED

12/31/07   Copies                                        1.10

TOTAL COSTS ADVANCED                                      1.10

MATTER TOTAL                                          1,983.60

FEES BILLED              )
EXPENSES BILLED          )

MATTER NUMBER – FP568EPC

DP-312910

Payment due upon receipt.  We reserve the right to charge a service

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

January 9, 2008
Page:  7
Invoice:      90771

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/10/07 | KTG | 2.50 | Evaluate Office Action and cited references. Correspondence with inventor. Work on preparation of response instructions. | 762.50 |
| 12/13/07 | KTG | 1.50 | Work on preparation of instructions for response. Telephone conference with Funke. | 457.50 |
| 12/14/07 | KTG | 1.50 | Work on preparation of instructions for response to Examiner Report. Telephone conference with inventors. | 457.50 |

PROFESSIONAL SERVICES                                          1,677.50

KTG                       5.50      305.00      1,677.50

MATTER TOTAL                                                  1,677.50

FEES BILLED                          )

EXPENSES BILLED                      )

MATTER NUMBER - FP772EPC

DP-306616

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 9/27/07 | KTG | 0.70 | Evaluate Office Action, art and U.S. application. Inter office conference among attorneys re response. | 213.50 |
| 1/14/07 | SPR | 3.10 | Study filed application, European communication and cited prior art. Correspondence with inventor. | 496.00 |
| 1/16/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 1/19/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 1/27/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 1/28/07 | SPR | 1.10 | Work on preparation of letter to Denton. Correspondence with inventor. | 176.00 |
| 1/29/07 | SPR | 1.30 | Telephone conference with inventor. Work on preparation of letter to Denton. | 208.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

January 9, 2008
Page:  8
Invoice:      90771

| | | | | | |
|---|---|---|---|---|---|
| 12/02/07 | SPR | 0.10 | Study correspondence from inventor. | | 16.00 |
| 12/03/07 | SPR | 0.60 | Work on preparation of letter to Denton. | | 96.00 |
| 12/05/07 | SPR | 0.30 | Inter office conference among attorneys. Work on preparation of letter to Denton. | | 48.00 |
| 12/05/07 | KTG | 1.20 | Review and edit instructions to Denton for response to Office Action. Inter office conference among attorneys. | | 366.00 |
| 12/06/07 | SPR | 0.10 | Correspondence with Denton with recommendations for responding to the European Communication. | | 16.00 |

PROFESSIONAL SERVICES                                    1,699.50

| | | | |
|---|---|---|---|
| KTG | 1.90 | 305.00 | 579.50 |
| SPR | 7.00 | 160.00 | 1,120.00 |

COSTS ADVANCED

09/30/07   Copies                                          4.70

TOTAL COSTS ADVANCED                                       4.70

MATTER TOTAL                                          1,704.20

FEES BILLED              )
EXPENSES BILLED          )

MATTER NUMBER - FP776EPC

DP-311861
SN 06075493.4

10/09/07 KTG  0.70  Review correspondence from Funke, EP Office      213.50
                    Action, cited art and related U.S. application
                    re response.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

January 9, 2008
Page:  9
Invoice:        90771

| | | | | | |
|---|---|---|---|---|---|
| 10/11/07 FMS | 0.30 | Review file. Work on preparation of email to Hilmer re cited art and amendments to claims. | | | 90.00 |
| 11/28/07 FMS | 2.50 | Work on preparation of letter to Denton re amendment to claims. | | | 750.00 |
| 12/05/07 FMS | 5.00 | Work on preparation of draft amendment letter to Denton. | | | 1,500.00 |

PROFESSIONAL SERVICES                                                    2,553.50

| | | | |
|---|---|---|---|
| KTG | 0.70 | 305.00 | 213.50 |
| FMS | 7.80 | 300.00 | 2,340.00 |

MATTER TOTAL                                                             2,553.50

(FEES BILLED                    )

(EXPENSES BILLED                )

MATTER NUMBER - FP782EPC

DP-312352

| | | | | |
|---|---|---|---|---|
| 1/16/07 FMS | 1.00 | Review inventor comments. Work on preparation of response to foreign associate re amended claims. | | 300.00 |
| 2/07/07 FMS | 2.00 | Review file. Work on preparation of amendment. | | 600.00 |
| 2/17/07 FMS | 3.00 | Review file. Work on preparation of letter to Denton. Telephone conference with inventor re same. | | 900.00 |
| 2/19/07 SPR | 3.50 | Inter office conference among attorneys. Study filed application, European communication and cited prior art. Work on preparation of letter to Denton. | | 560.00 |
| 2/20/07 SPR | 1.60 | Correspondence with Denton re the European communication. Inter office conference among attorneys. | | 256.00 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX    616-957-8196

DELPHI

January 9, 2008
Page:  10
Invoice:    90771

PROFESSIONAL SERVICES    2,616.00

| FMS | 6.00 | 300.00 | 1,800.00 |
| SPR | 5.10 | 160.00 | 816.00 |

MATTER TOTAL    2,616.00

(FEES BILLED    )
(EXPENSES BILLED    )

MATTER NUMBER – FP784EPC

dp-311953

| | | | |
|---|---|---|---|
| 2/07/07 FMS | 3.00 | Review file. Work on preparation of amendment. | 900.00 |
| 2/20/07 FMS | 5.00 | Work on preparation of amendment. Work on preparation of letter to Denton. | 1,500.00 |
| 2/20/07 KTG | 0.50 | Review instructions for response to Office Action. | 152.50 |

PROFESSIONAL SERVICES    2,552.50

| KTG | 0.50 | 305.00 | 152.50 |
| FMS | 8.00 | 300.00 | 2,400.00 |

MATTER TOTAL    2,552.50

FEES BILLED    )
EXPENSES BILLED    )

MATTER NUMBER – P429

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:   11
Invoice:       90771

DP-308841
S.N. 10/382,014

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 09/24/07 | KTG | 0.70 | Study Office Action and cited art. | 213.50 |
| 11/21/07 | SPR | 1.60 | Work on preparation of response. Correspondence with inventor. Telephone conference with inventor. | 256.00 |
| 11/25/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 12/09/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 12/10/07 | SPR | 0.70 | Work on preparation of response. Inter office conference among attorneys. | 112.00 |
| 12/10/07 | KTG | 1.00 | Review and edit response. Inter office conference among attorneys. | 305.00 |
| 12/11/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 12/12/07 | SPR | 0.90 | Work on preparation of response. Inter office conference among attorneys. | 144.00 |
| 12/12/07 | KTG | 0.50 | Review and edit response. Inter office conference among attorneys. | 152.50 |
| 12/13/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                    1,503.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.20 | 305.00 | 671.00 | |
| SPR | 5.20 | 160.00 | 832.00 | |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/31/07 | Copies | 1.90 |
| 12/31/07 | Postage | 1.31 |
| 12/14/07 | Additional claims fee | 50.00 |

TOTAL COSTS ADVANCED                                        53.21

MATTER TOTAL                                            1,556.21

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  12
Invoice:      90771

(FEES BILLED      5,107.50 )
(EXPENSES BILLED    368.70 )

MATTER NUMBER - P483

DP-310891
S.N. 10/887,502

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/07/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |
| 11/07/07 | SPR | 0.20 | Inter office conference among attorneys. | 32.00 |
| 11/16/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 11/21/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 11/25/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 11/27/07 | SPR | 1.90 | Work on preparation of response. Legal research. Telephone conference with inventor. | 304.00 |
| 12/12/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 12/13/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 12/19/07 | SPR | 1.90 | Work on preparation of response. | 304.00 |
| 12/20/07 | SPR | 0.30 | Work on preparation of response. Inter office conference among attorneys. | 48.00 |
| 12/21/07 | SPR | 0.70 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 112.00 |
| 12/21/07 | KTG | 1.40 | Review and edit amendments. Inter office conference among attorneys. | 427.00 |

PROFESSIONAL SERVICES                                1,663.00

| | | | |
|---|---|---|---|
| KTG | 2.20 | 305.00 | 671.00 |
| SPR | 6.20 | 160.00 | 992.00 |

Payment due upon receipt.  We reserve the right to charge a service

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

January 9, 2008
Page:  13
Invoice:        90771

MATTER TOTAL                                                    1,663.00

(FEES BILLED        6,984.00  )
(EXPENSES BILLED      324.73  )

MATTER NUMBER – P565

DP-313135
S.N. 11/171,069

| | | | | |
|---|---|---|---|---|
| 10/01/07 | KTG | 1.50 | Evaluate Office Action and cited art. Telephone conference with inventor. Preparation and forwarding report and recommendations to client. | 457.50 |
| 12/06/07 | KTG | 1.50 | Work on preparation of response. | 457.50 |
| 12/14/07 | KTG | 2.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor. Preparation and filing supplemental Information Disclosure Statement. | 823.50 |

PROFESSIONAL SERVICES                                          1,738.50

KTG                    5.70     305.00     1,738.50

COSTS ADVANCED

| | | |
|---|---|---|
| 12/31/07 | Copies | 1.90 |
| 12/31/07 | Postage | 1.48 |
| 12/14/07 | Additional claims fee | 100.00 |
| 12/14/07 | Extension of time fee | 120.00 |

TOTAL COSTS ADVANCED                                            223.38

MATTER TOTAL                                                  1,961.88

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

January 9, 2008
Page:  14
Invoice:        90771

(FEES BILLED        4,592.50 )

(EXPENSES BILLED      199.83 )

MATTER NUMBER – P574

DP-313480
S.N. 11/138,532

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/05/07 | KTG | 0.80 | Evaluate Office Action and cited art. Evaluate Examiner's reopening of prosecution. Inter office conference among attorneys. | 244.00 |
| 11/06/07 | SPR | 0.30 | Study Office Action. | 48.00 |
| 11/07/07 | SPR | 0.50 | Legal research. Study Office Action. Inter office conference among attorneys. Work on preparation of response. | 80.00 |
| 11/08/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 11/08/07 | KTG | 0.50 | Inter office conference among attorneys re appeal. | 152.50 |
| 11/12/07 | SPR | 0.30 | Work on preparation of response. Telephone conference with Examiner. | 48.00 |
| 11/13/07 | SPR | 0.10 | Telephone conference with Examiner. Inter office conference among attorneys. | 16.00 |
| 11/19/07 | SPR | 0.40 | Inter office conference among attorneys. Telephone conference with Examiner. | 64.00 |
| 11/19/07 | KTG | 1.20 | Telephone conference with Examiner. Evaluate Office Action and art for response. | 366.00 |
| 11/29/07 | SPR | 1.30 | Work on preparation of response. | 208.00 |
| 12/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/07/07 | SPR | 0.10 | Correspondence with Funke re filed Notice of Appeal. | 16.00 |
| 12/28/07 | KTG | 0.70 | Evaluate claims for appeal. Inter office conference among attorneys. | 213.50 |

PROFESSIONAL SERVICES                                    1,488.00

| | | | |
|---|---|---|---|
| KTG | 3.20 | 305.00 | 976.00 |
| SPR | 3.20 | 160.00 | 512.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  15
Invoice:      90771

MATTER TOTAL                                          1,488.00

(FEES BILLED      12,288.50 )
(EXPENSES BILLED   1,468.17 )

MATTER NUMBER – P665

DP-315114

| | | | | | |
|---|---|---|---|---|---|
| 2/17/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | | 213.50 |
| 2/26/07 | GJE | 4.40 | Work on preparation of amendment. | | 1,364.00 |

PROFESSIONAL SERVICES                                 1,577.50

| | | | |
|---|---|---|---|
| GJE | 4.40 | 310.00 | 1,364.00 |
| KTG | 0.70 | 305.00 | 213.50 |

MATTER TOTAL                                          1,577.50

FEES BILLED       3,623.00 )
EXPENSES BILLED       0.00 )

MATTER NUMBER – P688

DP-315831
S.N. 11/726,592

| | | | | | |
|---|---|---|---|---|---|
| /07/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys re response. | | 244.00 |
| /07/07 | SPR | 0.10 | Inter office conference among attorneys. | | 16.00 |

Payment due upon receipt. We reserve the right to charge a service

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

January 9, 2008
Page:  16
Invoice:      90771

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 11/29/07 | SPR | 0.60 | Work on preparation of response. Correspondence with inventor. | 96.00 |
| 12/04/07 | SPR | 0.40 | Work on preparation of response. Telephone conference with inventors. | 64.00 |
| 12/12/07 | SPR | 0.60 | Work on preparation of response. Inter office conference among attorneys. | 96.00 |
| 12/13/07 | SPR | 2.00 | Work on preparation of response. Inter office conference among attorneys. Telephone conference with Examiner. | 320.00 |
| 12/17/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 12/18/07 | SPR | 0.90 | Work on preparation of response. Inter office conference among attorneys. | 144.00 |
| 12/19/07 | SPR | 0.40 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 64.00 |
| 12/19/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |

PROFESSIONAL SERVICES                                     1,522.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 | |
| SPR | 5.70 | 160.00 | 912.00 | |

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 11/30/07 | Copies | 2.30 |
| 12/31/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                          3.44

MATTER TOTAL                                             1,525.44

FEES BILLED        6,970.00  )
EXPENSES BILLED       63.30  )

MATTER NUMBER - P691

Payment due upon receipt. We reserve the right to charge a service

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  17
Invoice:       90771

DP-315693
S.N. 11/804,961

| | | | | |
|---|---|---|---|---:|
| 12/05/07 | SPR | 1.00 | Inter office conference among attorneys. Study filed application. Telephone conference with inventor. Study correspondence from inventor. | 160.00 |
| 12/05/07 | KTG | 1.50 | Evaluate claims and application. Study correspondence from Funke. Work on preparation of amendment. Inter office conference among attorneys re preliminary amendment. | 457.50 |
| 12/07/07 | KTG | 0.80 | Evaluate application and related invention. Review claims. Telephone conference with Walker. | 244.00 |
| 12/07/07 | SPR | 0.30 | Inter office conference among attorneys. Telephone conference with inventor. | 48.00 |
| 12/10/07 | KTG | 0.80 | Telephone conference with Funke re additional embodiment claims and possible related application. | 244.00 |
| 12/11/07 | SPR | 0.10 | Telephone conference with Walker. | 16.00 |

PROFESSIONAL SERVICES                                          1,169.50

| | | | |
|---|---:|---:|---:|
| KTG | 3.10 | 305.00 | 945.50 |
| SPR | 1.40 | 160.00 | 224.00 |

MATTER TOTAL                                                  1,169.50

FEES BILLED        5,462.50 )
EXPENSES BILLED     222.22 )

MATTER NUMBER - P696

DP-311701
SN 10/986.240

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  18
Invoice:      90771

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 09/24/07 | KTG | 0.70 | Study Office Action and cited art. | 213.50 |
| 11/12/07 | SPR | 1.20 | Work on preparation of response. Correspondence with inventors. | 192.00 |
| 11/29/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 12/03/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 12/04/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 12/05/07 | SPR | 0.80 | Inter office conference among attorneys. Work on preparation of response. | 128.00 |
| 12/05/07 | KTG | 1.20 | Review and edit response to Office Action. Inter office conference among attorneys. | 366.00 |
| 12/06/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |
| 12/10/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/20/07 | KTG | 1.20 | Evaluate Office Action, art and claims for response to Office Action. | 366.00 |

PROFESSIONAL SERVICES                                        1,601.50

| | | | | |
|---|---|---|---|---|
| KTG | 3.10 | 305.00 | 945.50 | |
| SPR | 4.10 | 160.00 | 656.00 | |

COSTS ADVANCED

2/31/07   Copies                                     1.10

OTAL COSTS ADVANCED                                       1.10

ATTER TOTAL                                            1,602.60

FEES BILLED        5,850.00  )
EXPENSES BILLED      918.65  )

MATTER NUMBER - P701

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  19
Invoice:      90771

DP-309678
SN 11/098.143

| Date | | Hours | Description | Amount |
|------|--|-------|-------------|--------|
| 12/05/07 | SPR | 0.40 | Work on preparation of appeal brief. | 64.00 |
| 12/05/07 | KTG | 0.70 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | 213.50 |
| 12/06/07 | SPR | 2.00 | Work on preparation of appeal brief. | 320.00 |
| 12/07/07 | SPR | 3.00 | Work on preparation of appeal brief. | 480.00 |
| 12/09/07 | SPR | 2.20 | Work on preparation of appeal brief. | 352.00 |
| 12/10/07 | SPR | 1.00 | Work on preparation of appeal brief. Inter office conference among attorneys. | 160.00 |
| 12/11/07 | SPR | 0.80 | Inter office conference among attorneys. Preparation and filing of appeal brief. Correspondence with Funke. | 128.00 |
| 12/11/07 | KTG | 2.30 | Review and edit appeal brief. Inter office conference among attorneys. | 701.50 |
| 12/12/07 | SPR | 0.10 | Completion and filing of appeal brief. Correspondence with Funke. | 16.00 |

PROFESSIONAL SERVICES                                2,435.00

| | | | |
|--|------|--------|----------|
| KTG | 3.00 | 305.00 | 915.00 |
| SPR | 9.50 | 160.00 | 1,520.00 |

COSTS ADVANCED

| | | |
|------|------------|--------|
| 12/31/07 | Copies | 5.10 |
| 12/31/07 | Postage | 2.49 |
| 12/12/07 | Appeal fee | 510.00 |

TOTAL COSTS ADVANCED                               517.59

MATTER TOTAL                                      2,952.59

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

January 9, 2008
Page:  20
Invoice:     90771

(FEES BILLED        7,258.50  )
(EXPENSES BILLED      647.10  )

MATTER NUMBER - P717

DP-312574
SN 11/196,580

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/07/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |
| 11/07/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 11/29/07 | SPR | 0.40 | Work on preparation of response. Correspondence with inventor. | 64.00 |
| 12/17/07 | SPR | 0.10 | Inter office conference among attorneys. Study correspondence from Hales. | 16.00 |
| 12/17/07 | KTG | 0.50 | Study correspondence. Evaluate references and Information Disclosure Statement. Inter office conference among attorneys. | 152.50 |
| 2/19/07 | KTG | 0.50 | Inter office conference among attorneys re Office Action and decision to abandon. | 152.50 |
| 2/19/07 | SPR | 0.60 | Work on preparation of response. Telephone conference with inventor. Inter office conference among attorneys. | 96.00 |

PROFESSIONAL SERVICES                                          741.00

| | | | | |
|---|---|---|---|---|
| KTG | | 1.80 | 305.00 | 549.00 |
| SPR | | 1.20 | 160.00 | 192.00 |

MATTER TOTAL                                                   741.00

FEES BILLED        2,002.00  )
EXPENSES BILLED        4.20  )

MATTER NUMBER - P718

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

January 9, 2008
Page:  21
Invoice:      90771

DP-310264
SN 10/679,752

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 12/03/07 | KTG | 0.70 | Study Office Action and cited art. Evaluate for response. | 213.50 |
| 12/26/07 | GJE | 2.00 | Work on preparation of amendment. | 620.00 |
| 12/27/07 | GJE | 2.30 | Work on preparation of amendment. | 713.00 |

PROFESSIONAL SERVICES                                          1,546.50

| | | | |
|------|------|------|------|
| GJE | 4.30 | 310.00 | 1,333.00 |
| KTG | 0.70 | 305.00 | 213.50 |

MATTER TOTAL                                                  1,546.50

(FEES BILLED        4,885.50  )
(EXPENSES BILLED      793.70  )

MATTER NUMBER - P731

DP-311266

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 1/26/07 | FMS | 3.00 | Work on preparation of amendment. Completion and filing of RCE. | 900.00 |
| 2/17/07 | FMS | 2.00 | Review file. Work on preparation of letter to Denton. | 600.00 |

PROFESSIONAL SERVICES                                          1,500.00

FMS                        5.00    300.00    1,500.00

MATTER TOTAL                                                  1,500.00

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

January 9, 2008
Page:  22
Invoice:        90771

(FEES BILLED      4,560.00 )
(EXPENSES BILLED    811.14 )

MATTER NUMBER - P732

DP-310318

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/01/07 | FMS | 0.10 | Work on preparation of letter to Funke re copy of amendment. | 30.00 |
| 12/19/07 | KTG | 0.30 | Review correspondence and abandonment notice. | 91.50 |
| 12/21/07 | FMS | 1.00 | Review file. Telephone conference with Examiner re abandonment. | 300.00 |

PROFESSIONAL SERVICES                                    421.50

| | | | |
|---|---|---|---|
| KTG | 0.30 | 305.00 | 91.50 |
| FMS | 1.10 | 300.00 | 330.00 |

MATTER TOTAL                                            421.50

FEES BILLED       4,711.50 )
EXPENSES BILLED       0.00 )

MATTER NUMBER - P743

DP-309900
SN 11/005,270

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 2/04/07 | SPR | 0.50 | Work on preparation of response. Study correspondence from Examiner. | 80.00 |
| 2/05/07 | SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Examiner. Correspondence with inventor. | 48.00 |
| 2/05/07 | KTG | 0.50 | Evaluate Examiner's proposed claim amendments. Inter office conference among attorneys. | 152.50 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2008
Page:  23
Invoice:      90771

| | | | | |
|---|---|---|---|---|
| 12/06/07 KTG | 1.00 | Inter office conference among attorneys re Examiner's amendment. Evaluate claims allowed via amendment. | | 305.00 |
| 12/06/07 SPR | 1.00 | Study correspondence from inventor. Correspondence with inventor. Telephone conference with inventor. Inter office conference among attorneys. Telephone conference with Examiner. Work on preparation of letter to Funke. | | 160.00 |
| 12/07/07 SPR | 0.20 | Correspondence with Funke. | | 32.00 |

PROFESSIONAL SERVICES                                          777.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 2.00 | 160.00 | 320.00 |

MATTER TOTAL                                                  777.50

FEES BILLED        2,793.00  )
EXPENSES BILLED      350.02  )

MATTER NUMBER - P768

DP-316670

| | | | |
|---|---|---|---|
| 9/09/07 KTG | 1.00 | Review invention disclosure for patent application. | 305.00 |
| 0/02/07 FMS | 0.30 | Work on preparation of application. Work on preparation of letter to Funke re filed application. | 90.00 |
| 0/17/07 KTG | 0.50 | Review invention disclosure re preparation of patent application. | 152.50 |
| 1/05/07 FMS | 4.00 | Work on preparation of application. | 1,200.00 |
| 1/06/07 FMS | 2.00 | Telephone conference with inventor. Work on preparation of application. | 600.00 |
| 1/30/07 FMS | 2.50 | Work on preparation of application. | 750.00 |

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

January 9, 2008
Page:  24
Invoice:      90771

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/05/07 | FMS | 1.00 | Work on preparation of application. Work on preparation of email to Hogan re same. | 300.00 |
| 12/07/07 | FMS | 1.00 | Review application. Work on preparation of email to Hogan re revisions. | 300.00 |
| 12/13/07 | FMS | 1.00 | Revise application and drawings. | 300.00 |
| 12/14/07 | FMS | 0.50 | Revise application and drawings. | 150.00 |
| 12/17/07 | FMS | 1.00 | Revise application and drawings. | 300.00 |
| 12/21/07 | FMS | 1.50 | Work on preparation of revisions to application. | 450.00 |
| 12/21/07 | FMS | 2.00 | Work on preparation of revisions to application. | 600.00 |
| 12/27/07 | FMS | 2.00 | Revise application and drawing figures. | 600.00 |
| 12/28/07 | FMS | 1.00 | Revise application. Work on preparation of email to inventor. | 300.00 |
| | | | NOTE: Costs approved by Jimmy Funke. | |

PROFESSIONAL SERVICES                                    6,397.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| FMS | 19.80 | 300.00 | 5,940.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 0/31/07 | Copies | 6.50 |
| 0/17/07 | Express mail | 34.52 |
| 2/19/07 | Federal express | 14.60 |
| 2/11/07 | Cost of drawings | 300.00 |

TAL COSTS ADVANCED                                        355.62

TTER TOTAL                                              6,753.12

EES BILLED                    )

XPENSES BILLED                )

MATTER NUMBER – P770

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% ....

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                616-957-8196

DELPHI

January 9, 2008
Page:  25
Invoice:        90771

DP-316585

| | | | | |
|---|---|---|---|---|
| 09/18/07 | FMS | 3.20 | Work on preparation of application. | 960.00 |
| 09/19/07 | FMS | 3.70 | Work on preparation of application. | 1,110.00 |
| 09/20/07 | FMS | 1.80 | Work on preparation of application. | 540.00 |
| 09/21/07 | FMS | 3.40 | Telephone conference with Simpson. Work on preparation of application. | 1,020.00 |
| 09/25/07 | FMS | 3.50 | Work on preparation of application. | 1,050.00 |
| 09/28/07 | FMS | 1.00 | Work on preparation of application. Revise drawings. | 300.00 |
| 1/29/07 | FMS | 1.50 | Review file. Work on preparation of email to Simpson re revisions to application. | 450.00 |
| 1/30/07 | FMS | 1.20 | Telephone conference with Simpson. Work on preparation of application. | 360.00 |
| 2/03/07 | FMS | 5.00 | Work on preparation of application. Work on preparation of email to Simmons re same. | 1,500.00 |
| 2/28/07 | FMS | 1.00 | Revise application. Work on preparation of email to inventor. | 300.00 |
| | | | NOTE: Costs due to complexity of case approved by Jimmy Funke. | |

PROFESSIONAL SERVICES                                       7,590.00

FMS                    25.30      300.00      7,590.00

MATTER TOTAL                                                7,590.00

FEES BILLED                         )

EXPENSES BILLED                     )

MATTER NUMBER – PP720

DP-316401
S.N. 60/911,646

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

January 9, 2008
Page:  26
Invoice:       90771

| | | | | |
|---|---|---|---|---|
| 12/18/07 SPR | 0.10 | Correspondence with Funke re eight month reminder. | | 16.00 |

PROFESSIONAL SERVICES                                          16.00

| SPR | | 0.10 | 160.00 | 16.00 |
|---|---|---|---|---|

MATTER TOTAL                                                  16.00

(FEES BILLED      5,554.00  )
(EXPENSES BILLED    423.46  )

CLIENT TOTAL                                              52,410.09
INVOICE TOTAL                                             52,410.09

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   4
Invoice:      91468

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH January 25, 2008 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

COSTS ADVANCED

| 01/16/08 | Federal express | 125.71 |
|---|---|---|

TOTAL COSTS ADVANCED                            125.71

MATTER TOTAL                                    125.71

(FEES BILLED      5,515.00 )
(EXPENSES BILLED  2,723.74 )

MATTER NUMBER - A319

| 01/02/08 | KTG | 1.80 | Evaluate Delphi motor control in view of U.S. and German patents. Correspondence with Schneider. | 576.00 |
|---|---|---|---|---|
| 01/15/08 | KTG | 0.20 | Correspondence with Schneider re patent. | 64.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:  5
Invoice:      91468

01/22/08 KTG   0.50   Study correspondence from German associate re          160.00
                      corresponding German patent.

PROFESSIONAL SERVICES                                                        800.00

  KTG                       2.50      320.00       800.00

     COSTS ADVANCED

01/21/08    Foreign associate fee                           455.08

TOTAL COSTS ADVANCED                                                        455.08

MATTER TOTAL                                                              1,255.08

(FEES BILLED      7,749.50  )
(EXPENSES BILLED    101.00  )

                                              MATTER NUMBER – A320

01/15/08 KTG   0.20   Correspondence with Schneider re patent.               64.00

PROFESSIONAL SERVICES                                                         64.00

  KTG                       0.20      320.00        64.00

MATTER TOTAL                                                                  64.00

(FEES BILLED        823.50  )
(EXPENSES BILLED      0.00  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:   6
Invoice:      91468

MATTER NUMBER - FP526EPC

DP-311369
SN 06075468.6

| | | | | |
|---|---|---|---|---|
| 01/03/08 | KTG | 1.50 | Evaluate Office Action, cited art and U.S. prosecution. Work on preparation of response to Office Action. Correspondence with inventor. Telephone conference with inventor. | 480.00 |
| 01/22/08 | KTG | 2.00 | Evaluate Office Action and cited art. | 640.00 |
| 01/23/08 | KTG | 1.80 | Telephone conference with Funke. Work on preparation of email to Denton with instructions for abandoning the application. | 576.00 |

PROFESSIONAL SERVICES                                    1,696.00

KTG                    5.30    320.00    1,696.00

MATTER TOTAL                                            1,696.00

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - FP539EPC

DP-0311385
SN 06076140.0

| | | | | |
|---|---|---|---|---|
| 01/03/08 | KTG | 2.50 | Evaluate Office Action and cited art references. Correspondence with inventor re same. Work on preparation of instructions for response. | 800.00 |
| 01/04/08 | KTG | 1.80 | Work on preparation of instructions for response. Work on preparation of amended claims. | 576.00 |
| 01/07/08 | KTG | 1.20 | Work on preparation of instructions for response. Correspondence with foreign associate. | 384.00 |

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  7
Invoice:      91468

PROFESSIONAL SERVICES

KTG                                                              1,760.00

                        5.50    320.00    1,760.00

MATTER TOTAL

                                                   1,760.00

(FEES BILLED                    )
(EXPENSES BILLED                )

                                    MATTER NUMBER - FP547EPC

    DP-312469

12/19/07 KTG  0.70  Review correspondence, Office Action and art.
01/16/08 JSK  2.40  Study Office Action.  Correspondence with        213.50
                    inventors re same.                               636.00
01/18/08 JSK  0.70  Study Office Action.  Work on preparation of
                    email to inventors re prior art, Office Action,  185.50
                    etc.
01/22/08 JSK  4.30  Study Office Action.  Work on preparation of
                    email to client re response.                   1,139.50
01/22/08 KTG  0.60  Review proposed instruction letter for response
                    to Office Action. Inter office conference among  192.00
                    attorneys.
1/23/08 JSK  0.30  Correspondence with client re response to Office
                    Action.                                          79.50

PROFESSIONAL SERVICES

                                                          2,446.00

KTG               0.60    320.00        192.00
KTG               0.70    305.00        213.50
JSK               7.70    265.00      2,040.50

TTER TOTAL

                                            2,446.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 14, 2008
Page:  8
Invoice:      91468

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - FP564EPC

DP-313279
SN 06076162.4

01/15/08 KTG   4.80   Evaluate Office Action and cited art. Prepare
                      and send amendments and response to Denton with       1,536.00
                      instructions for response.

PROFESSIONAL SERVICES
                                                                            1,536.00
KTG                        4.80    320.00    1,536.00

MATTER TOTAL
                                                                            1,536.00

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - FP570EPC

DP-312913
SN 06076018.8

2/14/07 KTG   0.80   Evaluate Examiner Report and cited art.
                     Correspondence with inventors.                          244.00
1/02/08 KTG   3.50   Evaluate Office Action and cited art. Evaluate
                     U.S. application. Work on preparation of              1,120.00
                     instructions for response.
1/03/08 KTG   1.50   Work on preparation of instruction to foreign
                     associate re response to Office Action.                 480.00
                     Correspondence with foreign associate. Telephone
                     conference with inventors.

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

February 14, 2008
Page:   9
Invoice:       91468

PROFESSIONAL SERVICES                                                    1,844.00

| | | | |
|---|---|---|---|
| KTG | 5.00 | 320.00 | 1,600.00 |
| KTG | 0.80 | 305.00 | 244.00 |

MATTER TOTAL                                                             1,844.00

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - FP783EPC

DP-304986

| | | | | |
|---|---|---|---|---|
| 01/07/08 | FMS | 1.00 | Work on preparation of email to inventor. Work on preparation of letter to Denton. | 315.00 |
| 01/08/08 | FMS | 4.80 | Work on preparation of response. | 1,512.00 |
| 01/10/08 | FMS | 2.00 | Work on preparation of amendment. Work on preparation of reporting letter to Denton re amended claims. | 630.00 |
| 01/11/08 | FMS | 0.20 | Revise amendment. | 63.00 |
| 01/14/08 | FMS | 0.20 | Finalize amendment. Work on preparation of letter to Denton re same. | 63.00 |

NOTE: Costs due to assuming responsibility from another firm approved by Jimmy Funke.

PROFESSIONAL SERVICES                                                    2,583.00

| | | | |
|---|---|---|---|
| FMS | 8.20 | 315.00 | 2,583.00 |

MATTER TOTAL                                                             2,583.00

(FEES BILLED                    )
(EXPENSES BILLED                )

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 14, 2008
Page:  10
Invoice:      91468

MATTER NUMBER - FP786EPC

DP-313327

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 01/01/08 | KTG | 0.80 | Study Office Action, cited art and application. Evaluate for response. | 256.00 |
| 01/03/08 | SPR | 0.10 | Inter office conference among attorneys. | 18.00 |
| 01/10/08 | SPR | 1.00 | Study European Communication, prior art cited and filed application. Correspondence with inventor. | 180.00 |
| 01/17/08 | SPR | 0.10 | Study correspondence from inventor and respond. | 18.00 |
| 01/18/08 | SPR | 0.50 | Telephone conference with inventor. | 90.00 |

PROFESSIONAL SERVICES                                  562.00

| | | | |
|---|---|---|---|
| KTG | 0.80 | 320.00 | 256.00 |
| SPR | 1.70 | 180.00 | 306.00 |

COSTS ADVANCED

01/25/08   Copies                                        1.50

TOTAL COSTS ADVANCED                                      1.50

MATTER TOTAL                                            563.50

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - FP787EPC

DP-311048

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   11
Invoice:      91468

| | | | | |
|---|---|---|---|---|
| 01/01/08 KTG | 0.80 | Study Office Action, cited art and application. Evaluate for response. | | 256.00 |
| 01/03/08 SPR | 0.10 | Inter office conference among attorneys. | | 18.00 |
| 01/09/08 SPR | 2.20 | Study European Official Communication, prior art cited by Examiner and the filed applications. Correspondence with inventor. | | 396.00 |
| 01/15/08 SPR | 0.40 | Telephone conference with inventor. Study correspondence from inventor. | | 72.00 |
| 01/18/08 SPR | 0.30 | Study correspondence from inventor and respond. | | 54.00 |
| 01/19/08 SPR | 0.40 | Study European Official Communication, filed application and prior art cited. Study correspondence from inventor. | | 72.00 |
| 01/23/08 SPR | 1.00 | Work on preparation of letter to Denton. | | 180.00 |

PROFESSIONAL SERVICES                                       1,048.00

| | | | |
|---|---|---|---|
| KTG | 0.80 | 320.00 | 256.00 |
| SPR | 4.40 | 180.00 | 792.00 |

COSTS ADVANCED

01/25/08   Copies                                    3.00

TOTAL COSTS ADVANCED                                 3.00

MATTER TOTAL                                     1,051.00

(FEES BILLED      696.00 )
(EXPENSES BILLED    0.00 )

MATTER NUMBER - FP788EPC

DP-311760

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI                                          February 14, 2008
                                                Page:   12
                                                Invoice:      91468

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 01/01/08 | KTG | 0.80 | Study Office Action, cited art and application. Evaluate for response. | 256.00 |
| 01/03/08 | SPR | 0.10 | Inter office conference among attorneys. | 18.00 |
| 01/09/08 | SPR | 1.30 | Study European Official Communication, prior art cited and filed application. Correspondence with inventor. | 234.00 |
| 01/10/08 | SPR | 0.40 | Work on preparation of response. Telephone conference with inventor. | 72.00 |
| 01/11/08 | SPR | 1.90 | Study European Communication, prior art cited and filed application. Correspondence with Denton. | 342.00 |
| 01/15/08 | SPR | 0.70 | Work on preparation of letter to Denton. | 126.00 |
| 01/16/08 | SPR | 0.80 | Work on preparation of letter to Denton. | 144.00 |
| 01/18/08 | SPR | 0.50 | Correspondence with Denton. | 90.00 |
| 01/22/08 | SPR | 0.20 | Inter office conference among attorneys. Work on preparation of letter to Denton. | 36.00 |
| 01/22/08 | KTG | 1.20 | Review and edit instruction letter and new claims for response to Office Action. Inter office conference among attorneys. | 384.00 |
| 01/23/08 | SPR | 0.30 | Correspondence with Denton. | 54.00 |

PROFESSIONAL SERVICES                                      1,756.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.00 | 320.00 | 640.00 | |
| SPR | 6.20 | 180.00 | 1,116.00 | |

   COSTS ADVANCED

01/25/08   Copies                                          2.50

TOTAL COSTS ADVANCED                                       2.50

MATTER TOTAL                                           1,758.50

(FEES BILLED              )
(EXPENSES BILLED          )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:   13
Invoice:        91468

MATTER NUMBER – FP791EPC

DP-311866 EP
SN 06076129.3

01/24/08 KTG  0.70  Review Office Action and art.                    224.00

PROFESSIONAL SERVICES                                                224.00

KTG                    0.70    320.00    224.00

MATTER TOTAL                                                         224.00

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P442

DP-309231
S.N. 10/608,702

12/14/07 KTG  0.20  Review correspondence re inventorship and         61.00
                    allowance. Inter office conference among
                    attorneys.

PROFESSIONAL SERVICES                                                61.00

KTG                    0.20    305.00    61.00

MATTER TOTAL                                                         61.00

(FEES BILLED       19,441.50 )
(EXPENSES BILLED    2,312.05 )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:  14
Invoice:        91468

MATTER NUMBER - P444

DP-309594
S.N. 10/463,733

| | | | |
|---|---|---|---|
| 01/04/08 KTG | 0.80 | Evaluate Office Action and cited art. | 256.00 |

PROFESSIONAL SERVICES                                    256.00

KTG                    0.80    320.00    256.00

MATTER TOTAL                                             256.00

(FEES BILLED        8,600.50 )
(EXPENSES BILLED    1,090.89 )

MATTER NUMBER - P460

DP-310047
S.N. 10/759,322

| | | | |
|---|---|---|---|
| 01/14/08 KTG | 0.50 | Study Office Action and cited art. Inter office conference among attorneys. | 160.00 |
| 01/14/08 FMS | 2.00 | Work on preparation of response. | 630.00 |
| 01/15/08 FMS | 1.00 | Review file. Work on preparation of email to inventor re Office Action. | 315.00 |
| 01/16/08 FMS | 4.00 | Study Office Action. Work on preparation of email to Ciney re same. | 1,260.00 |

PROFESSIONAL SERVICES                                    2,365.00

KTG                    0.50    320.00     160.00
FMS                    7.00    315.00    2,205.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:  15
Invoice:      91468

MATTER TOTAL                                          2,365.00

(FEES BILLED        7,112.50 )
(EXPENSES BILLED     297.65 )

MATTER NUMBER - P496

DP-311556
S.N. 10/924,409

01/24/08 KTG  1.00  Study Office Action and cited art. Preparation      320.00
                    and forwarding report and recommendations to
                    client. Work on preparation of response.

PROFESSIONAL SERVICES                                         320.00

KTG                    1.00    320.00      320.00

MATTER TOTAL                                                  320.00

(FEES BILLED        8,222.00 )
(EXPENSES BILLED    1,013.18 )

MATTER NUMBER - P499

DP-311458
S.N. 10/853,883

01/24/08 KTG  0.70  Review Office Action and cited art. Inter office    224.00
                    conference among attorneys.
01/24/08 SPR  0.10  Inter office conference among attorneys.             18.00

PROFESSIONAL SERVICES                                         242.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  16
Invoice:      91468

| | | | |
|---|---|---|---|
| KTG | 0.70 | 320.00 | 224.00 |
| SPR | 0.10 | 180.00 | 18.00 |

MATTER TOTAL                                        242.00

(FEES BILLED      11,439.00 )
(EXPENSES BILLED    198.65 )

MATTER NUMBER - P512

DP-312005
S.N. 10/953,689

| | | | | |
|---|---|---|---|---|
| 10/01/07 | KTG | 1.50 | Evaluate Office Action and cited art. Telephone conference with inventor. Preparation and forwarding report and recommendations to client. | 457.50 |
| 11/01/07 | KTG | 1.00 | Work on preparation of response. | 305.00 |
| 11/02/07 | KTG | 1.50 | Work on preparation of response. Telephone conference with Funke re same. | 457.50 |
| 01/22/08 | KTG | 0.50 | Telephone conference with inventors and Examiner re Office Action and interview. | 160.00 |
| 01/23/08 | KTG | 1.30 | Telephone conference with Funke. Prepare for and conduct interview with Examiner. | 416.00 |

PROFESSIONAL SERVICES                              1,796.00

| | | | |
|---|---|---|---|
| KTG | 1.80 | 320.00 | 576.00 |
| KTG | 4.00 | 305.00 | 1,220.00 |

MATTER TOTAL                                      1,796.00

(FEES BILLED       6,780.00 )
(EXPENSES BILLED     331.80 )

MATTER NUMBER - P532

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:  17
Invoice:        91468

DP-312532
S.N. 11/082,547

| | | | | | |
|---|---|---|---|---|---|
| 01/18/08 KTG | 0.70 | Review Examiner's answer and evaluate for reply brief. Inter office conference among attorneys. | | | 224.00 |
| 01/24/08 GJE | 7.60 | Work on preparation of reply brief. | | | 2,394.00 |

PROFESSIONAL SERVICES                                   2,618.00

| | | | |
|---|---|---|---|
| KTG | 0.70 | 320.00 | 224.00 |
| GJE | 7.60 | 315.00 | 2,394.00 |

MATTER TOTAL                                            2,618.00

(FEES BILLED     10,833.50 )
(EXPENSES BILLED  1,323.63 )

MATTER NUMBER - P540

DP-312030
S.N. 11/261,310

| | | | | |
|---|---|---|---|---|
| 12/11/07 KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. | | 213.50 |

PROFESSIONAL SERVICES                                    213.50

| | | | |
|---|---|---|---|
| KTG | 0.70 | 305.00 | 213.50 |

MATTER TOTAL                                             213.50

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 14, 2008
Page:   18
Invoice:      91468

(FEES BILLED        6,228.50  )
(EXPENSES BILLED      257.18  )

MATTER NUMBER – P567

DP-312914
S.N. 11/123,421

| | | | |
|---|---|---|---:|
| 12/13/07 KTG | 1.00 | Evaluate Office Action and references cited. | 305.00 |
| 12/14/07 KTG | 1.00 | Evaluate Office Action and cited art. Telephone conference with inventors. Preparation and forwarding report and recommendations to client. | 305.00 |
| 12/16/07 KTG | 0.70 | Work on preparation of response. | 213.50 |

PROFESSIONAL SERVICES

823.50

KTG                   2.70    305.00      823.50

MATTER TOTAL

823.50

(FEES BILLED        8,304.50  )
(EXPENSES BILLED    1,156.81  )

MATTER NUMBER – P570

DP-312913
S.N. 11/135,176

| | | | |
|---|---|---|---:|
| 1/02/08 KTG | 1.50 | Evaluate prior art translations and allowed claims. Evaluate Information Disclosure Statement. | 480.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:   19
Invoice:        91468

| Date | | | Description | Amount |
|---|---|---|---|---|
| 01/03/08 | KTG | 1.00 | Telephone conference with Funke re foreign art and Information Disclosure Statement. Evaluate art and claims. Work on preparation of withdrawal from issuance, Information Disclosure Statement and amendment. | 320.00 |
| 01/04/08 | KTG | 1.70 | Work on preparation of amendment adding new claims. | 544.00 |
| 01/07/08 | KTG | 1.00 | Preparation and filing of petition for withdrawal of patent from issuance, supplemental Information Disclosure Statement, RCE and amendment. | 320.00 |
| 01/08/08 | KTG | 0.50 | Correspondence with Funke re petition, Information Disclosure Statement and amendment. Conduct follow-up with the Patent and Trademark Office. | 160.00 |

PROFESSIONAL SERVICES                                        1,824.00

KTG              5.70    320.00    1,824.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/25/08 | Copies | 8.20 |
| 01/25/08 | Postage | 3.64 |
| 01/08/08 | Additional claims fee | 200.00 |
| 01/08/08 | Petition fee | 130.00 |
| 01/08/08 | Filing fee | 810.00 |

TOTAL COSTS ADVANCED                                  1,151.84

MATTER TOTAL                                         2,975.84

(FEES BILLED        6,886.50  )
(EXPENSES BILLED    252.59  )

MATTER NUMBER - P577

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 14, 2008
Page:  20
Invoice:      91468

DP-313652
S.N. 11/150,997

| | | | | |
|---|---|---|---|---|
| 12/20/07 KTG | 0.50 | Evaluate Advisory Action. Inter office conference among attorneys. | | 152.50 |
| 01/03/08 GJE | 1.50 | Preparation and filing of RCE application. | | 472.50 |

PROFESSIONAL SERVICES                                          625.00

| | | | |
|---|---|---|---|
| GJE | 1.50 | 315.00 | 472.50 |
| KTG | 0.50 | 305.00 | 152.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/25/08 | Copies | 1.00 |
| 01/04/08 | Extension of time fee | 120.00 |
| 01/04/08 | Filing fee | 810.00 |

TOTAL COSTS ADVANCED                                 931.00

MATTER TOTAL                                      1,556.00

(FEES BILLED       9,092.50 )
(EXPENSES BILLED    357.23 )

MATTER NUMBER — P588

DP-307520
P.N. 7,324,715  / 01/29/08

| | | | | |
|---|---|---|---|---|
| 12/12/07 KTG | 0.50 | Evaluate Office Action and claims. Inter office conference among attorneys re interview with Examiner. | | 152.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 14, 2008
Page:  21
Invoice:      91468

PROFESSIONAL SERVICES                                              152.50

KTG                     0.50    305.00      152.50

MATTER TOTAL                                                       152.50

(FEES BILLED      11,420.50  )
(EXPENSES BILLED      44.65  )

MATTER NUMBER - P622

DP-314712
S.N. 11/516,987

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/01/07 | KTG | 0.80 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |
| 10/30/07 | BRC | 1.50 | Review file. Study Office Action. Preparation and forwarding report and recommendations to client. | 262.50 |
| 10/31/07 | BRC | 1.70 | Review art cited by Examiner in preparation of response. | 297.50 |
| 11/04/07 | BRC | 0.20 | Study Office Action. Work on preparation of report and recommendations. | 35.00 |
| 12/10/07 | BRC | 0.50 | Study Office Action. Study correspondence from client. Inter office conference among attorneys. Telephone conference with Shumate. | 87.50 |
| 12/10/07 | KTG | 0.50 | Correspondence with inventors re response. | 152.50 |
| 12/11/07 | BRC | 0.40 | Telephone conference with Shumate re Office Action. | 70.00 |
| 12/16/07 | BRC | 1.10 | Review cited art. Work on preparation of response. | 192.50 |
| 12/18/07 | BRC | 0.20 | Telephone conference with Shumate re requesting a one month extension. | 35.00 |
| 12/18/07 | KTG | 0.40 | Inter office conference among attorneys re response. | 122.00 |
| 01/18/08 | BRC | 2.00 | Review inventor comments. Work on preparation of response. | 380.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:  22
Invoice:      91468

| | | | | | |
|---|---|---|---|---|---|
| 01/20/08 BRC | 2.30 | Work on preparation of response. | | | 437.00 |
| 01/22/08 BRC | 0.40 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | | 76.00 |
| | | NOTE: Costs due to inventor interaction approved by Jimmy Funke. | | | |

PROFESSIONAL SERVICES                                              2,543.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 305.00 | 518.50 |
| BRC | 5.50 | 190.00 | 1,045.00 |
| BRC | 5.60 | 175.00 | 980.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/07 | Copies | 18.70 |
| 01/25/08 | Postage | 2.62 |
| 01/23/08 | Extension of time fee | 120.00 |

TOTAL COSTS ADVANCED                                                  141.32

MATTER TOTAL                                                       2,684.82

(FEES BILLED      5,925.00 )
(EXPENSES BILLED    211.05 )

MATTER NUMBER - P641

DP-314122
S.N. 11/509,858

| | | | | |
|---|---|---|---|---|
| 12/04/07 MPD | 0.10 | Telephone conference with inventor. | | 24.00 |
| 12/05/07 KTG | 0.70 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | | 213.50 |
| 01/16/08 KTG | 0.30 | Study correspondence from Hales and search report for Information Disclosure Statement. | | 96.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 14, 2008
Page:  23
Invoice:      91468

PROFESSIONAL SERVICES                                    333.50

| | | | | |
|---|---|---|---|---|
| KTG | 0.30 | 320.00 | 96.00 | |
| KTG | 0.70 | 305.00 | 213.50 | |
| MPD | 0.10 | 240.00 | 24.00 | |

MATTER TOTAL                                             333.50

(FEES BILLED       8,026.00 )
(EXPENSES BILLED   2,621.32 )

MATTER NUMBER - P655

DP-315371
S.N. 11/506,336

12/03/07 KTG  0.70  Study Office Action and cited art. Evaluate for        213.50
response.

PROFESSIONAL SERVICES                                    213.50

KTG                 0.70   305.00    213.50

MATTER TOTAL                                             213.50

(FEES BILLED       4,562.50 )
(EXPENSES BILLED     170.00 )

MATTER NUMBER - P688

DP-315831
S.N. 11/726,592

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:   24
Invoice:      91468

| | | | | |
|---|---|---|---|---|
| 01/22/08 SPR | 0.10 | Correspondence with Hales. | | 18.00 |
| 01/25/08 SPR | 0.10 | Study correspondence from Hales. | | 18.00 |

PROFESSIONAL SERVICES                                    36.00

SPR                     0.20    180.00       36.00

COSTS ADVANCED

01/25/08    Copies                                    1.50

TOTAL COSTS ADVANCED                                    1.50

MATTER TOTAL                                    37.50

(FEES BILLED        8,492.00 )
(EXPENSES BILLED       66.74 )

MATTER NUMBER – P689

DP-310378

01/23/08 KTG   0.70   Study Office Action and cited art. Inter office    224.00
                      conference among attorneys.

PROFESSIONAL SERVICES                                    224.00

KTG                     0.70    320.00      224.00

MATTER TOTAL                                    224.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   25
Invoice:       91468

(FEES BILLED        3,808.00  )
(EXPENSES BILLED      416.82  )

MATTER NUMBER - P694

DP-310376

01/24/08 KTG  0.60  Review Office Action and evaluate for response.      192.00

PROFESSIONAL SERVICES                                                    192.00

KTG                    0.60    320.00       192.00

MATTER TOTAL                                                             192.00

(FEES BILLED        5,766.00  )
(EXPENSES BILLED    1,369.64  )

MATTER NUMBER - P695

DP-310554
SN 10/975.264

| Date | | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 11/05/07 | KTG | 0.50 | Review Examiner's Action. Evaluate for appeal. Inter office conference among attorneys. | 152.50 |
| 12/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/03/07 | KTG | 0.70 | Study Office Action and cited art. Evaluate for response. | 213.50 |
| 01/02/08 | SPR | 0.10 | Telephone conference with Examiner. | 18.00 |
| 01/15/08 | SPR | 1.30 | Work on preparation of response. Correspondence with inventor. | 234.00 |
| 01/16/08 | SPR | 0.10 | Correspondence with inventor. | 18.00 |
| 01/18/08 | SPR | 0.40 | Telephone conference with inventor. | 72.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:  26
Invoice:     91468

01/22/08 SPR  1.70  Work on preparation of response. Telephone          306.00
                    conference with inventors.

   PROFESSIONAL SERVICES                                               1,030.00
    KTG                    1.20    305.00     366.00
    SPR                    3.60    180.00     648.00
    SPR                    0.10    160.00      16.00

      COSTS ADVANCED
01/25/08   Copies                                         2.00

TOTAL COSTS ADVANCED                                              2.00

MATTER TOTAL                                                  1,032.00

(FEES BILLED       6,244.50 )
(EXPENSES BILLED     510.22 )

                                         MATTER NUMBER – P698


   DP-309385

01/24/08 KTG  0.70  Review Office Action and cited art. Inter office    224.00
                    conference among attorneys.
01/24/08 SPR  0.10  Inter office conference among attorneys.             18.00


 PROFESSIONAL SERVICES                                                  242.00
    KTG                    0.70    320.00     224.00
    SPR                    0.10    180.00      18.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:    27
Invoice:        91468

MATTER TOTAL                                           242.00

(FEES BILLED       4,501.50 )
(EXPENSES BILLED      10.84 )

MATTER NUMBER – P709

DP-312711
SN 11/093.537

| | | | |
|---|---|---|---|
| 01/21/08 KTG  0.70 | Study Office Action and cited art. Inter office conference among attorneys. | | 224.00 |
| 01/21/08 SPR  0.10 | Inter office conference among attorneys. | | 18.00 |

PROFESSIONAL SERVICES                                  242.00

| KTG | 0.70 | 320.00 | 224.00 |
|---|---|---|---|
| SPR | 0.10 | 180.00 | 18.00 |

MATTER TOTAL                                           242.00

(FEES BILLED       5,182.00 )
(EXPENSES BILLED     831.67 )

MATTER NUMBER – P714

SN 10/931,761

| | | |
|---|---|---|
| 12/05/07 SPR  0.10 | Inter office conference among attorneys. | 16.00 |
| 01/01/08 KTG  0.70 | Evaluate Office Action and cited art. | 224.00 |

PROFESSIONAL SERVICES                                  240.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page: 28
Invoice:    91468

| | | | |
|---|---|---|---|
| KTG | 0.70 | 320.00 | 224.00 |
| SPR | 0.10 | 160.00 | 16.00 |

MATTER TOTAL                                          240.00

(FEES BILLED     5,118.50 )
(EXPENSES BILLED   989.80 )

MATTER NUMBER - P724

DP-312498

| | | | | |
|---|---|---|---|---|
| 12/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/05/07 | KTG | 0.50 | Review Advisory Action. Inter office conference among attorneys re response. | 152.50 |
| 12/07/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 12/17/07 | SPR | 0.20 | Inter office conference among attorneys. Study correspondence from Hales. Correspondence with inventor. | 32.00 |
| 12/17/07 | KTG | 0.50 | Study correspondence. Evaluate references and Information Disclosure Statement. Inter office conference among attorneys. | 152.50 |
| 12/18/07 | SPR | 0.70 | Telephone conference with inventor. Work on preparation of response. Correspondence with inventor. | 112.00 |
| 12/20/07 | SPR | 0.20 | Telephone conference with Examiner. | 32.00 |
| 12/21/07 | SPR | 0.70 | Work on preparation of response. Inter office conference among attorneys. Telephone conference with Examiner. | 112.00 |
| 12/24/07 | SPR | 0.10 | Telephone conference with inventor. | 16.00 |
| 12/28/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 01/03/08 | SPR | 0.10 | Inter office conference among attorneys. | 18.00 |
| 01/03/08 | KTG | 0.70 | Telephone conference with Funke re appeal. Evaluate appeal. Inter office conference among attorneys. | 224.00 |
| 01/04/08 | SPR | 0.10 | Correspondence with Funke re filed Notice of Appeal. | 18.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page: 29
Invoice:      91468

PROFESSIONAL SERVICES                                              917.00

| KTG | 0.70 | 320.00 | 224.00 |
| KTG | 1.00 | 305.00 | 305.00 |
| SPR | 0.20 | 180.00 | 36.00 |
| SPR | 2.20 | 160.00 | 352.00 |

## COSTS ADVANCED

| 01/04/08 | Extension of time fee | 120.00 |
| 01/04/08 | Notice of appeal fee | 510.00 |

TOTAL COSTS ADVANCED                                               630.00

MATTER TOTAL                                                     1,547.00

(FEES BILLED      4,151.00  )
(EXPENSES BILLED     12.72  )

MATTER NUMBER - P728

DP-316354
S.N. 11/755,290

12/11/07 SPR  0.10  Study correspondence from inventor.          16.00
                    Correspondence with inventor.

PROFESSIONAL SERVICES                                              16.00

| SPR | 0.10 | 160.00 | 16.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:   30
Invoice:       91468

MATTER TOTAL                                                    16.00

(FEES BILLED      5,333.50  )
(EXPENSES BILLED    143.39  )

MATTER NUMBER - P732

DP-310318

| Date | | | Description | Amount |
|------|------|------|-------------|--------|
| 01/16/08 | FMS | 1.00 | Work on preparation of petition to withdraw notice of abandonment. | 315.00 |
| 01/17/08 | FMS | 1.00 | Preparation and filing of petition to withdraw notice of abandonment. Work on preparation of letter to Fekete re same. | 315.00 |

PROFESSIONAL SERVICES                                          630.00

FMS                    2.00    315.00      630.00

MATTER TOTAL                                                   630.00

(FEES BILLED      5,133.00  )
(EXPENSES BILLED      0.00  )

MATTER NUMBER - P743

DP-309900
SN 11/005,270

01/23/08 SPR  0.10  Conduct status check re Examiner's amendment.      18.00

PROFESSIONAL SERVICES                                          18.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 14, 2008
Page:    31
Invoice:      91468

| SPR | 0.10 | 180.00 | 18.00 |
|-----|------|--------|-------|

MATTER TOTAL                                                   18.00

(FEES BILLED      3,570.50 )
(EXPENSES BILLED    350.02 )

MATTER NUMBER - P744

DP-316677

| 07/01/07 KTG | 1.00 | Review invention disclosure. | 305.00 |
|---|---|---|---|
| 12/06/07 KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/07/07 KTG | 2.00 | Work on preparation of application. | 610.00 |
| 12/12/07 KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/13/07 KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/17/07 KTG | 1.00 | Work on preparation of application. | 305.00 |
| 12/18/07 KTG | 1.80 | Work on preparation of application. | 549.00 |
| 12/19/07 KTG | 2.00 | Work on preparation of application. | 610.00 |
| 12/31/07 KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/06/08 KTG | 1.50 | Work on preparation of application. | 480.00 |
| 01/07/08 KTG | 1.00 | Work on preparation of application. Correspondence with inventor re draft for review. | 320.00 |
| 01/14/08 KTG | 1.00 | Work on preparation of application. Inter office conference among attorneys re inventor edits. Work on preparation of foreign claim and abstract. Prepare and send finalized application with filing papers to client for filing. | 320.00 |

PROFESSIONAL SERVICES                                      5,634.00

| KTG | 3.50 | 320.00 | 1,120.00 |
|-----|------|--------|----------|
| KTG | 14.80 | 305.00 | 4,514.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 14, 2008
Page:   32
Invoice:      91468

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/08 | Copies | 31.70 |
| 01/16/08 | Federal express | 17.21 |
| 01/15/08 | Cost of drawings | 165.00 |

TOTAL COSTS ADVANCED                                213.91

MATTER TOTAL                                     5,847.91

(FEES BILLED                )
(EXPENSES BILLED            )

                                   MATTER NUMBER - P754


DP-312777
SN 11/088,105

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 12/05/07 | FMS | 1.00 | Review non-final rejection. Work on preparation of comments to inventor re same. | 300.00 |
| 12/07/07 | FMS | 0.50 | Review file. Work on preparation of email to Staller re non-final rejection. | 150.00 |

PROFESSIONAL SERVICES                             450.00

FMS                   1.50    300.00    450.00

MATTER TOTAL                                      450.00

(FEES BILLED       2,012.50 )
(EXPENSES BILLED       3.40 )

                                   MATTER NUMBER - P756


Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**.PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   33
Invoice:      91468

DP-311481
SN 10/867,298

12/03/07 KTG   0.70   Evaluate Office Action and art for response and       213.50
                      reinstatement of appeal. Inter office conference
                      among attorneys.

PROFESSIONAL SERVICES                                                       213.50

KTG                        0.70    305.00      213.50

MATTER TOTAL                                                                213.50

(FEES BILLED        1,405.50  )
(EXPENSES BILLED        7.11  )

MATTER NUMBER – P757

DP-315996

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 12/06/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/07/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 12/12/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/13/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 12/17/07 | KTG | 1.00 | Work on preparation of application. | 305.00 |
| 12/18/07 | KTG | 1.80 | Work on preparation of application. | 549.00 |
| 12/19/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 12/31/07 | KTG | 2.50 | Work on preparation of application. | 762.50 |
| 01/06/08 | KTG | 1.50 | Work on preparation of application. | 480.00 |
| 01/07/08 | KTG | 1.00 | Work on preparation of application. Correspondence with inventor re draft for review. | 320.00 |

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

February 14, 2008
Page:   34
Invoice:      91468

01/14/08 KTG  1.00  Work on preparation of application. Inter office          320.00
                    conference among attorneys re inventor edits.
                    Work on preparation of foreign claim and
                    abstract. Prepare and send finalized application
                    with filing papers to client for filing.

PROFESSIONAL SERVICES                                          5,634.00

KTG              3.50    320.00    1,120.00
KTG             14.80    305.00    4,514.00

COSTS ADVANCED

01/25/08   Copies                              14.20
01/16/08   Federal express                     16.22
01/15/08   Cost of drawings                   165.00

TOTAL COSTS ADVANCED                                           195.42

MATTER TOTAL                                                 5,829.42

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P761

DP-316737

09/08/07 KTG  1.00  Evaluate record of invention for patent          305.00
                    application.
12/21/07 KTG  0.50  Review invention. Inter office conference among  152.50
                    attorneys.
12/26/07 FMS  2.00  Work on preparation of application.              600.00
01/03/08 FMS  5.00  Work on preparation of application. Telephone  1,575.00
                    conference with inventors.
01/04/08 FMS  3.50  Work on preparation of application.           1,102.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| TELEPHONE | 616-949-9610 |
|-----------|--------------|
| FAX       | 616-957-8196 |

DELPHI

February 14, 2008
Page:   35
Invoice:      91468

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/09/08 | FMS | 3.00 | Work on preparation of application. | 945.00 |
| 01/10/08 | FMS | 2.00 | Work on preparation of application. | 630.00 |
| 01/17/08 | FMS | 4.00 | Work on preparation of application. Work on preparation of drawings. | 1,260.00 |

PROFESSIONAL SERVICES                                        6,570.00

| FMS | 17.50 | 315.00 | 5,512.50 |
| KTG | 1.50 | 305.00 | 457.50 |
| FMS | 2.00 | 300.00 | 600.00 |

COSTS ADVANCED

01/16/08    Federal express                            16.22

TOTAL COSTS ADVANCED                                     16.22

MATTER TOTAL                                            6,586.22

(FEES BILLED                    )

(EXPENSES BILLED                )

MATTER NUMBER - P762

DP-312606
SN 11/082.546

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 12/03/07 | KTG | 0.70 | Study Office Action and cited art. Evaluate for response. | 213.50 |
| 01/10/08 | SPR | 1.00 | Work on preparation of response. Correspondence with inventor. | 180.00 |
| 01/15/08 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 18.00 |
| 01/16/08 | SPR | 0.50 | Correspondence with inventor. Telephone conference with inventor. | 90.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI                                      February 14, 2008
                                            Page:  36
                                            Invoice:      91468

| | | | | |
|---|---|---|---|---|
| 01/17/08 SPR | 0.60 | Work on preparation of response. | | 108.00 |
| 01/18/08 SPR | 0.30 | Work on preparation of response. Correspondence with inventor. | | 54.00 |
| 01/22/08 SPR | 0.60 | Telephone conference with inventor. Work on preparation of response. | | 108.00 |

PROFESSIONAL SERVICES                                     771.50

| | | | |
|---|---|---|---|
| KTG | 0.70 | 305.00 | 213.50 |
| SPR | 3.10 | 180.00 | 558.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/25/08 | Copies | 2.10 |
| 01/25/08 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                        3.41

MATTER TOTAL                                             774.91

(FEES BILLED        1,161.00 )
(EXPENSES BILLED      191.01 )

                                        MATTER NUMBER – P764


DP-310969
SN 11/081,113

| | | | |
|---|---|---|---|
| 12/05/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/05/07 KTG | 0.70 | Evaluate Office Action and cited art. Inter office conference among attorneys re response. | 213.50 |
| 01/22/08 SPR | 0.70 | Work on preparation of response. | 126.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

February 14, 2008
Page:  37
Invoice:      91468

| PROFESSIONAL SERVICES | | | | 355.50 |
|---|---|---|---|---|
| KTG | 0.70 | 305.00 | 213.50 | |
| SPR | 0.70 | 180.00 | 126.00 | |
| SPR | 0.10 | 160.00 | 16.00 | |

COSTS ADVANCED

| 12/31/07 | Copies | 3.40 |
|---|---|---|

| TOTAL COSTS ADVANCED | 3.40 |
|---|---|

| MATTER TOTAL | 358.90 |
|---|---|

(FEES BILLED        77.00 )
(EXPENSES BILLED   182.00 )

MATTER NUMBER - P767

DP-310997
SN 11/300,220

| 01/21/08 KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 224.00 |
|---|---|---|---|
| 01/21/08 SPR | 0.10 | Inter office conference among attorneys. | 18.00 |

| PROFESSIONAL SERVICES | | | | 242.00 |
|---|---|---|---|---|
| KTG | 0.70 | 320.00 | 224.00 | |
| SPR | 0.10 | 180.00 | 18.00 | |

| MATTER TOTAL | 242.00 |
|---|---|

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
#  LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:  38
Invoice:      91468

(FEES BILLED      1,602.00 )
(EXPENSES BILLED     3.11 )

MATTER NUMBER - P768

DP-316670

| | | |
|---|---|---|
| 01/03/08 FMS 1.00 | Revise application and drawings. Work on preparation of letter to Hales re same. | 315.00 |

PROFESSIONAL SERVICES                                       315.00

FMS                    1.00    315.00    315.00

COSTS ADVANCED

01/25/08   Copies                                2.50
01/16/08   Federal express                      17.79
01/20/08   Cost of drawings                     65.00

TOTAL COSTS ADVANCED                                        85.29

MATTER TOTAL                                              400.29

(FEES BILLED      6,397.50 )
(EXPENSES BILLED   355.62 )

MATTER NUMBER - P769

DP-316639

09/09/07 KTG  1.00  Review invention disclosure for patent       305.00
                    application.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  39
Invoice:      91468

| PROFESSIONAL SERVICES | | | | 305.00 |
|---|---|---|---|---|
| KTG | 1.00 | 305.00 | 305.00 | |

COSTS ADVANCED

| 12/31/07 | Copies | 2.00 |
|---|---|---|

| TOTAL COSTS ADVANCED | 2.00 |
|---|---|

| MATTER TOTAL | 307.00 |
|---|---|

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P770

DP-316585

| 01/02/08 FMS | 1.50 | Telephone conference with Simpson. Work on preparation of application. | 472.50 |
|---|---|---|---|
| 01/08/08 FMS | 1.00 | Work on preparation of letter to Hales. Prepare and send finalized application with filing papers to client for filing. | 315.00 |

| PROFESSIONAL SERVICES | | | | 787.50 |
|---|---|---|---|---|
| FMS | 2.50 | 315.00 | 787.50 | |

COSTS ADVANCED

| 01/25/08 | Copies | 3.50 |
|---|---|---|
| 01/16/08 | Federal express | 18.82 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  40
Invoice:      91468

| | | |
|---|---|---|
| 01/21/08  Cost of drawings | 90.00 | |
| TOTAL COSTS ADVANCED | | 112.32 |
| MATTER TOTAL | | 899.82 |

(FEES BILLED     7,590.00 )
(EXPENSES BILLED     0.00 )

MATTER NUMBER - P771

DP-316832

| | | | |
|---|---|---|---|
| 09/09/07 KTG  1.00 | Review invention disclosure for patent application. | | 305.00 |
| 10/17/07 KTG  0.50 | Review invention disclosure re preparation of patent application. | | 152.50 |
| 11/13/07 SPR  0.30 | Study record of invention. Correspondence with inventor. Study correspondence from inventor. | | 48.00 |
| 11/19/07 SPR  1.00 | Work on preparation of application. Telephone conference with inventor. | | 160.00 |

PROFESSIONAL SERVICES                                   665.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 1.30 | 160.00 | 208.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07  Copies | 1.20 | |
| TOTAL COSTS ADVANCED | | 1.20 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   41
Invoice:      91468

MATTER TOTAL                                                666.70

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P774

DP-316638

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 09/13/07 | SPR | 0.30 | Inter office conference among attorneys. Correspondence with inventor. | 48.00 |
| 09/24/07 | KTG | 1.50 | Evaluate invention disclosure and related application. | 457.50 |
| 09/26/07 | KTG | 0.50 | Telephone conference with Fekete re patent application. Inter office conference among attorneys. | 152.50 |
| 09/27/07 | SPR | 1.30 | Work on preparation of application. Telephone conference with inventor. | 208.00 |
| 10/18/07 | SPR | 3.40 | Work on preparation of application. Inter office conference among attorneys. | 544.00 |
| 10/26/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 10/29/07 | SPR | 0.90 | Work on preparation of application. Work on preparation of drawings. | 144.00 |
| 11/09/07 | SPR | 0.40 | Work on preparation of application. | 64.00 |
| 11/12/07 | SPR | 1.50 | Work on preparation of application. Work on preparation of drawings. | 240.00 |
| 11/15/07 | SPR | 1.00 | Work on preparation of application. Work on preparation of drawings. | 160.00 |
| 11/19/07 | SPR | 3.00 | Work on preparation of application. Inter office conference among attorneys. | 480.00 |
| 11/20/07 | SPR | 0.70 | Inter office conference among attorneys. Work on preparation of application. | 112.00 |
| 11/20/07 | KTG | 2.50 | Review and edit patent application. Inter office conference among attorneys. | 762.50 |
| 11/21/07 | SPR | 0.60 | Work on preparation of application and submission of draft to client. | 96.00 |
| 12/07/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX             616-957-8196

DELPHI

February 14, 2008
Page:  42
Invoice:      91468

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/17/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 12/20/07 | SPR | 0.50 | Study correspondence from inventor. Correspondence with inventor. Work on preparation of application. | 80.00 |
| 12/24/07 | SPR | 2.00 | Work on preparation of application. Telephone conference with inventor. | 320.00 |
| 01/01/08 | SPR | 0.10 | Study correspondence from inventor and respond. | 18.00 |
| 01/02/08 | SPR | 2.80 | Work on preparation of application. Work on preparation of drawings. | 504.00 |
| 01/04/08 | SPR | 1.00 | Work on preparation of application. | 180.00 |
| 01/07/08 | SPR | 0.20 | Work on preparation of application and submission of draft to client. | 36.00 |
| 01/18/08 | SPR | 0.10 | Study correspondence from inventor. | 18.00 |
| 01/21/08 | SPR | 0.10 | Correspondence with inventor. | 18.00 |
| 01/22/08 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 18.00 |
| 01/24/08 | SPR | 1.20 | Study correspondence from inventor. Telephone conference with inventor. Work on preparation of application. | 216.00 |
| 01/25/08 | SPR | 0.30 | Work on preparation of application. | 54.00 |

PROFESSIONAL SERVICES                                          5,282.50

| | | | |
|---|---|---|---|
| KTG | 4.50 | 305.00 | 1,372.50 |
| SPR | 5.90 | 180.00 | 1,062.00 |
| SPR | 17.80 | 160.00 | 2,848.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/30/07 | Copies | 1.70 |
| 11/13/07 | Cost of drawings | 420.00 |
| 11/19/07 | Cost of drawings | 60.00 |
| 01/15/08 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                                             541.70

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February 14, 2008
Page:   43
Invoice:      91468

MATTER TOTAL                                              5,824.20

(FEES BILLED               )
(EXPENSES BILLED           )

MATTER NUMBER - P775

DP-313283

| | | | | |
|---|---|---|---|---|
| 10/01/07 KTG | 1.00 | Evaluate invention disclosure for patent application. | | 305.00 |
| 10/17/07 KTG | 0.50 | Review invention disclosure re preparation of patent application. | | 152.50 |
| 11/13/07 SPR | 0.30 | Study record of invention. Correspondence with inventor. | | 48.00 |
| 11/21/07 SPR | 0.10 | Correspondence with inventor. | | 16.00 |
| 11/27/07 SPR | 0.50 | Work on preparation of application. Telephone conference with inventor. | | 80.00 |

PROFESSIONAL SERVICES                                     601.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 0.90 | 160.00 | 144.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/07 | Copies | 4.20 |

TOTAL COSTS ADVANCED                                      4.20

MATTER TOTAL                                              605.70

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX                616-957-8196

DELPHI

February 14, 2008
Page:   44
Invoice:          91468

(FEES BILLED                        )
(EXPENSES BILLED                )

MATTER NUMBER – P777

DP-316951

| | | | | |
|---|---|---|---|---|
| 11/01/07 KTG | 1.00 | Review invention disclosure. | | 305.00 |
| 11/07/07 KTG | 0.70 | Evaluate provisional and invention for application. Inter office conference among attorneys. | | 213.50 |

PROFESSIONAL SERVICES                                                     518.50

KTG                          1.70      305.00      518.50

MATTER TOTAL                                                              518.50

(FEES BILLED                        )
(EXPENSES BILLED                )

MATTER NUMBER – P778

DP-316048

| | | | | |
|---|---|---|---|---|
| 11/01/07 KTG | 1.00 | Review invention disclosure. | | 305.00 |
| 12/03/07 KTG | 1.00 | Review invention disclosure. | | 305.00 |

PROFESSIONAL SERVICES                                                     610.00

KTG                          2.00      305.00      610.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 14, 2008
Page:   45
Invoice:      91468

COSTS ADVANCED

| 11/30/07 | Copies | 1.50 |
|---|---|---|

TOTAL COSTS ADVANCED                                          1.50

MATTER TOTAL                                              611.50

(FEES BILLED                  )
(EXPENSES BILLED              )

MATTER NUMBER - P780

DP-311857
SN 10/999,384

| 12/03/07 KTG | 0.80 | Review application, Office Action and cited art. Evaluate for response. | 244.00 |
|---|---|---|---|
| 12/07/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 12/18/07 SPR | 1.80 | Work on preparation of response. Correspondence with inventor. | 288.00 |
| 12/19/07 SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 12/20/07 SPR | 0.70 | Telephone conference with inventor. Inter office conference among attorneys. | 112.00 |
| 01/09/08 SPR | 0.10 | Correspondence with inventor. | 18.00 |
| 01/15/08 SPR | 0.10 | Correspondence with inventor. | 18.00 |
| 01/16/08 SPR | 0.50 | Study correspondence form inventor. Inter office conference among attorneys. Telephone conference with inventor. | 90.00 |
| 01/16/08 KTG | 1.30 | Evaluate Office Action and art. Telephone conference with Funke re abandonment of application. | 416.00 |

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  46
Invoice:      91468

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/17/08 | KTG | 0.70 | Telephone conference with Funke re abandoning application. Inter office conference among attorneys. | 224.00 |
| 01/17/08 | SPR | 0.10 | Correspondence with Funke. Inter office conference among attorneys. | 18.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| PROFESSIONAL SERVICES |  |  |  | 1,460.00 |
| KTG | 2.00 | 320.00 | 640.00 |  |
| KTG | 0.80 | 305.00 | 244.00 |  |
| SPR | 0.80 | 180.00 | 144.00 |  |
| SPR | 2.70 | 160.00 | 432.00 |  |

MATTER TOTAL                                        1,460.00

(FEES BILLED                )

(EXPENSES BILLED            )

MATTER NUMBER - P781

DP-312427
SN 11/088,129

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 12/03/07 | KTG | 0.80 | Review application, Office Action and cited art. Evaluate for response. | 244.00 |
| 01/05/08 | SPR | 1.20 | Work on preparation of response. | 216.00 |
| 01/07/08 | SPR | 0.10 | Correspondence with inventor. | 18.00 |
| 01/08/08 | SPR | 1.70 | Work on preparation of response. Telephone conference with DiBiaso. | 306.00 |
| 01/09/08 | SPR | 0.20 | Correspondence with inventor. Study correspondence from inventor. | 36.00 |
| 01/10/08 | SPR | 1.20 | Work on preparation of response. Telephone conference with inventor. Study correspondence from inventor. | 216.00 |
| 01/12/08 | SPR | 1.50 | Work on preparation of response. | 270.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:   47
Invoice:      91468

| Date | | Hours | Description | Amount |
|------|------|------|-------------|--------|
| 01/14/08 | SPR | 0.20 | Work on preparation of response. | 36.00 |
| 01/15/08 | SPR | 0.10 | Work on preparation of response. Inter office conference among attorneys. | 18.00 |
| 01/16/08 | SPR | 0.30 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 54.00 |
| 01/16/08 | KTG | 1.20 | Review and edit amendment. Inter office conference among attorneys. | 384.00 |

PROFESSIONAL SERVICES                                    1,798.00

| | | | |
|---|---|---|---|
| KTG | 1.20 | 320.00 | 384.00 |
| KTG | 0.80 | 305.00 | 244.00 |
| SPR | 6.50 | 180.00 | 1,170.00 |

COSTS ADVANCED

01/25/08    Copies                                    1.40

TOTAL COSTS ADVANCED                                    1.40

MATTER TOTAL                                        1,799.40

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P785

DP-312354

| Date | | Hours | Description | Amount |
|------|------|------|-------------|--------|
| 12/19/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 14, 2008
Page:  48
Invoice:      91468

PROFESSIONAL SERVICES                                      213.50

KTG                    0.70    305.00      213.50

COSTS ADVANCED

12/31/07   Copies                              2.30

TOTAL COSTS ADVANCED                               2.30

MATTER TOTAL                                   215.80

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER – P792

DP-312024
SN 11/121,206

01/24/08 KTG  0.50  Review Office Action. Inter office conference      160.00
                    among attorneys.
01/25/08 GJE  2.80  Work on preparation of amendment.                  882.00

PROFESSIONAL SERVICES                                    1,042.00

KTG                    0.50    320.00    160.00
GJE                    2.80    315.00    882.00

MATTER TOTAL                                         1,042.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 14, 2008
Page:  49
Invoice:        91468

(FEES BILLED        535.50  )
(EXPENSES BILLED      0.00  )

MATTER NUMBER – P793

DP-316401

01/24/08 SPR  0.10  Study correspondence from Hales. Inter office         18.00
                    conference among attorneys.

PROFESSIONAL SERVICES                                                      18.00

 SPR                    0.10    180.00        18.00

MATTER TOTAL                                                               18.00

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – PP779

DP-316966

11/01/07 KTG  1.00  Review invention disclosure.                         305.00
12/03/07 KTG  1.50  Review invention disclosure.                         457.50
12/05/07 SPR  0.10  Inter office conference among attorneys.              16.00

PROFESSIONAL SERVICES                                                     778.50

 KTG                    2.50    305.00       762.50
 SPR                    0.10    160.00        16.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

**PO BOX 2567**
**GRAND RAPIDS MI  49501-2567**

**TELEPHONE**      616-949-9610
**FAX**                  616-957-8196

DELPHI

February 14, 2008
Page:   50
Invoice:        91468

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/07 | Copies | 1.10 |

| | |
|---|---|
| TOTAL COSTS ADVANCED | 1.10 |
| MATTER TOTAL | 779.60 |
| (FEES BILLED                          ) | |
| (EXPENSES BILLED                    ) | |
| CLIENT TOTAL | 73,389.82 |
| INVOICE TOTAL | 73,389.82 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.