UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.                          :    Case No. 05-44481 (RDD)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Walter Reynolds, a member in good standing of the bar in the State of Ohio and the bar of the United States District Court for the Southern District of Ohio, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent creditor Alegre, Inc., in the above-captioned Chapter 11 cases.

My contact information is as follows:

> Walter Reynolds, Esq.
> One South Main Street, Suite 1600
> Dayton, OH  45402-2028
> Telephone:  (937) 449-6714
> Facsimile:  (937) 449-6820
> E-mail: wreynolds@porterwright.com

I have submitted with this motion the fee of $25.00 to allow for my admittance to practice *pro hac vice*.  A proposed order is attached hereto as Exhibit A.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ Walter Reynolds

Walter Reynolds, Esq. (#0022991)
One South Main Street, Suite 1600
Dayton, OH  45402-2028
Telephone:  (937) 449-6714
Facsimile:  (937) 449-6820
E-mail: wreynolds@porterwright.com

*Attorney for Alegre, Inc.*