UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                     :
                                                           :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.                                 :    Case No. 05-44481 (RDD)
                                                           :
                Debtors.                                   :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tami Hart Kirby, a member in good standing of the bar in the State of Ohio and the bar of the United States District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent creditor Alegre, Inc., in the above-captioned Chapter 11 cases.

My contact information is as follows:

> Tami Hart Kirby, Esq.
> One South Main Street, Suite 1600
> Dayton, OH 45402-2028
> Telephone: (937) 449-6721
> Facsimile: (937) 449-6820
> E-mail: tkirby@porterwright.com

I have submitted with this motion the fee of $25.00 to allow for my admittance to practice *pro hac vice*. A proposed order is attached hereto as Exhibit A.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ Tami Hart Kirby
    Tami Hart Kirby, Esq. (#0078473)
    One South Main Street, Suite 1600
    Dayton, OH 45402-2028
    Telephone: (937) 449-6721
    Facsimile: (937) 449-6820
    E-mail: tkirby@porterwright.com