Dana P. Kane, Esq. (DK-3909)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey  07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re:                                                    :    Chapter 11
:
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
:
                                    Debtors.              :    (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED RESPONSE OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE, TO DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION**

Liquidity Solutions, Inc. hereby withdraws with prejudice the Limited Response of Liquidity Solutions, Inc., As Assignee, to Debtors' Twenty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain Claims to Implement Cure Payments and Modify General Unsecured Claims by Amount of Cure Payments [Docket No. 13093].

Dated: Hackensack, New Jersey
       March 27, 2008

                                        Respectfully submitted,
                                        LIQUIDITY SOLUTIONS, INC.

                                        By: /s/ Dana P. Kane
                                        Dana P. Kane, Esq. (DK-3909)
                                        Liquidity Solutions, Inc.
                                        One University Plaza, Suite 312
                                        Hackensack, New Jersey  07601
                                        Phone: (201) 968-0001
                                        Fax: (201) 968-0010