PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, NW
Washington, D.C. 20005-4026
(202) 326-4020
Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
Joan Segal, Assistant Chief Counsel
Ralph L. Landy, Attorney (RL 6162)
Beth A. Bangert, Attorney

Attorneys for Pension Benefit Guaranty Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x
                                                        :
                                                        :
          In re                                         :     Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :     Case No. 05-44481 (RDD)
                                                        :
                                                        :     (Jointly Administered)
                   Debtors.                             :
——————————————————————x

**Certificate of Service**

      I hereby certify that on this 27th day of March, 2008, in addition to service via ECF, copies of the foregoing Response of Pension Benefit Guaranty Corporation in Support of Debtors' Expedited Motion Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 for Supplemental Order Authorizing Debtors' Performance Under Modified Pension Funding Waivers Issued by United States Internal Revenue Service and Related Letters of Credit Issued by Delphi Corporation to Pension Benefit Guaranty Corporation were sent by overnight mail delivery to the following:

**Debtor**:
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

**Debtor's Counsel**:
John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

**US Trustee**:
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

**Judge**:
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

    /s/Ralph L. Landy
    Ralph L. Landy