TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)  

**Hearing Date: 4/2/2008**  
**at 10:00 a.m.**

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698  

Delphi Legal Information Website:  
http://www.delphidocket.com  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
In re                                   :   Chapter 11  
                                        :  
   DELPHI CORPORATION, et al.,          :   Case No. 05-44481 [RDD]  
                                        :  
                         Debtors.       :   (Jointly Administered)  
                                        :  
-------------------------------------------------------------X  

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
DISALLLOWING AND EXPUNGING PROOFS OF
CLAIM NUMBERS 68, 69, 70, AND 72 (GW PLASTICS, INC.)**

**PLEASE TAKE NOTICE** that on December 21, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 68, 69, 70 and 72 (the "Claims") filed by GW Plastics, Inc. ("Claimant") against Delphi Automotive Systems LLC pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588) (the "Objection")

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a (i) Settlement Agreement (the "Settlement Agreement") and (ii) Joint Stipulation And Agreed Order Disallowing And Expunging Proofs of Claim Numbers 68, 69, 70 and 72 (the "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to, disallow and expunge the claims in their entirety. The setoff results in a balance of $44,726.00 due to the DAS, LLC, which will be satisfied by the Claimant.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled April 2, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        March 27, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000