In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13269-1    Filed 03/27/08    Entered 03/27/08 18:00:49    Exhibit A
Pg 1 of 1

Twenty-Eighth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 3425<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>CHARLES A COTTEN<br>9281 PROMONTORY CIRCLE<br>INDIANAPOLIS, IN 46236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $6,822.24<br>Administrative:<br>Unsecured:<br>Total: $6,822.24 | Claim Number: 16769<br>Date Filed: 01/07/2008<br>Creditor's Name and Address:<br>CHARLES A COTTEN<br>9281 PROMONTORY CIR<br>INDIANAPOLIS, IN 46236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,897,936.00<br>Total: $1,897,936.00 |
| Claim Number: 12152<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>JACKSON JERRY F<br>7418 CAMPFIRE RUN<br>INDIANAPOLIS, IN 46236-9260<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $179,695.45<br>Total: $179,695.45 | Claim Number: 16798<br>Date Filed: 02/01/2008<br>Creditor's Name and Address:<br>JACKSON JERRY F<br>7418 CAMPFIRE RUN<br>INDIANAPOLIS, IN 46236-9260<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,672,405.95<br>Total: $1,672,405.95 |
| Claim Number: 16773<br>Date Filed: 01/09/2008<br>Creditor's Name and Address:<br>RONALD R MALANGA<br>1567 WOODHILL DR NE<br>WARREN, OH 44484<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $773,764.00<br>Total: $773,764.00 | Claim Number: 16779<br>Date Filed: 01/10/2008<br>Creditor's Name and Address:<br>RONALD R MALANGA<br>1567 WOODHILL DR NE<br>WARREN, OH 44484<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $773,764.00<br>Total: $773,764.00 |

**Total Claims To Be Expunged:** 3
**Total Asserted Amount To Be Expunged:** $960,281.69