**In re Delphi Corporation, et al.**  Twenty-Eighth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| METHODE ELECTRONICS INC<br>C/O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | 16194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,939,137.00<br><br><br><br>$2,939,137.00 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$2,939,137.00** | | |