**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4576<br>Date Filed: 05/03/2006<br>Docketed Total: $ 149,937.86<br>Filing Creditor Name and Address:<br>AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C O TIMITHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC   Docketed Total:  $149,937.86<br>C O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $149,937.86<br>                                                                 $149,937.86 | Modified Total:    $143,391.45<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $3,268.34    $140,123.11<br>                                  $3,268.34    $140,123.11 |
| | | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed: $149,937.86**<br>**Total Amount As Modified: $ 143,391.45** |

*See Exhibit E for a listing of debtor entities by case number.