**In re Delphi Corporation, et al.**　　　　　　　　　　　　　　　　　　Twenty-Eighth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |