In re: Delphi Corporation, et al.  Twenty-Eighth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13269-8    Filed 03/27/08    Entered 03/27/08 18:00:49    Exhibit F
Pg 1 of 1

Exhibit F - Claimants And Related Claims Subject To Twenty-Eighth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CHARLES A COTTEN | 3425 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JACKSON JERRY F | 12152 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| LISS & SHAPERO | 1144 | EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS |
| METHODE ELECTRONICS INC | 16194 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PIONEER SPEAKERS INC | 16802 | EXHIBIT C - UNTIMELY CLAIMS |
| RONALD R MALANGA | 16773 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |