**In re Delphi Corporation, et al.**  Twenty-Ninth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT A-1 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MAGNESIUM PRODUCTS OF AMERICA INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 7242 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,427,654.68<br>Total: $1,427,654.68 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | **$1,427,654.68** | | |