In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13270-3    Filed 03/27/08    Entered 03/27/08 18:12:51    Exhibit B-1
Pg 1 of 1

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16352<br>Date Filed: 10/05/2006<br>Docketed Total: $ 771,893.38<br>Filing Creditor Name and Address:<br>ORTECH YUHSHIN USA LTD<br>2806 N INDUSTRIAL RD<br>KIRKSVILLE, MO 63501 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Docketed Total: $771,893.38<br><br>Case Number*: 05-44640<br>Unsecured: $771,893.38<br>Total: $771,893.38 | Modified Total: $137.06<br><br>Case Number*: 05-44640<br>Unsecured: $137.06<br>Total: $137.06 |
| Claim: 7279<br>Date Filed: 06/01/2006<br>Docketed Total: $ 19,154.10<br>Filing Creditor Name and Address:<br>UNIVERSAL POLYMER & RUBBER EFT LTD<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF UNIVERSAL POLYMER AND RUBBER EFT LTD<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $19,154.10<br><br>Case Number*: 05-44640<br>Unsecured: $19,154.10<br>Total: $19,154.10 | Modified Total: $3,164.10<br><br>Case Number*: 05-44640<br>Unsecured: $3,164.10<br>Total: $3,164.10 |
| | | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed: $791,047.48**<br>**Total Amount As Modified: $ 3,301.16** |

*See Exhibit C for a listing of debtor entities by case number.