**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $ 617,679.20<br>Filing Creditor Name and Address:<br>ACCURATE THREADED<br>FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name and Address<br>ACCURATE THREADED FASTENERS<br>INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Docketed Total: | | $617,679.20 | | Modified Total: | | $372,053.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$617,679.20<br><br>$617,679.20 | Case Number*<br>05-44640 | Secured | Priority<br>$71,376.60<br><br>$71,376.60 | Unsecured<br>$300,676.60<br><br>$300,676.60 |
| Claim: 4458<br>Date Filed: 05/02/2006<br>Docketed Total: $ 11,070.00<br>Filing Creditor Name and Address:<br>ARMADA RUBBER<br>MANUFACTURING COMPANY<br>PO BOX 579<br>ARMADA, MI 48005-0579 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $11,070.00 | | Modified Total: | | $10,050.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$1,210.00<br><br>$1,210.00 | Unsecured<br>$9,860.00<br><br>$9,860.00 | Case Number*<br>05-44640 | Secured | Priority<br>$1,210.00<br><br>$1,210.00 | Unsecured<br>$8,840.00<br><br>$8,840.00 |
| Claim: 1936<br>Date Filed: 02/09/2006<br>Docketed Total: $ 71,393.25<br>Filing Creditor Name and Address:<br>CREATIVE FOAM CORPORATION<br>300 N ALLOY DR<br>FENTON, MI 48430 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | $71,393.25 | | Modified Total: | | $60,422.85 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$71,393.25<br><br>$71,393.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$60,422.85<br><br>$60,422.85 |

\*See Exhibit C for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13270-4    Filed 03/27/08    Entered 03/27/08 18:12:51    Exhibit B-2
Pg 2 of 4

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6670<br>Date Filed: 05/23/2006<br>Docketed Total: $ 293,357.43<br>Filing Creditor Name and Address:<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051 | Claim Holder Name and Address<br>EMHART TEKNOLOGIES LLC   Docketed Total:   **$293,357.43**<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $293,357.43<br>                                                          **$293,357.43** | Modified Total:   **$178,474.16**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                         $10,800.00<br>05-44640                      $27,128.77   $140,545.39<br>                                        **$27,128.77**   **$151,345.39** |
| Claim: 14240<br>Date Filed: 07/31/2006<br>Docketed Total: $ 114,342.92<br>Filing Creditor Name and Address:<br>JACOBSON MFG LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>JACOBSON MFG LLC   Docketed Total:   **$114,342.92**<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $114,342.92<br>                                                          **$114,342.92** | Modified Total:   **$81,536.34**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                      $22,226.09   $59,310.25<br>                                        **$22,226.09**   **$59,310.25** |
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $ 233,508.18<br>Filing Creditor Name and Address:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br>KEATS MANUFACTURING CO   Docketed Total:   **$233,508.18**<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $233,508.18<br>                                                          **$233,508.18** | Modified Total:   **$46,893.42**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $43,859.32<br>05-44567                                         $3,034.10<br>                                                          **$46,893.42** |

*See Exhibit C for a listing of debtor entities by case number.

Page 2 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14404<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,204,920.60<br>Filing Creditor Name and Address:<br>  KOSTAL OF MEXICANA S A DE C V<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>  SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830 | Docketed Total: | | $1,204,920.60 | | Modified Total: | | $1,174,068.13 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,204,920.60 | Case Number*<br>05-44640 | Secured | Priority<br>$11,188.73 | Unsecured<br>$1,162,879.40 |
| | | | | $1,204,920.60 | | | $11,188.73 | $1,162,879.40 |
| Claim: 14534<br>Date Filed: 07/31/2006<br>Docketed Total: $ 3,629,694.59<br>Filing Creditor Name and Address:<br>  L&W ENGINEERING CO<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>  TPG CREDIT MANAGMENT LP<br>  90 S SEVENTH ST<br>  MINNEAPOLIS, MN 55402 | Docketed Total: | | $3,629,694.59 | | Modified Total: | | $563,590.50 |
| | Case Number*<br>05-44640 | Secured<br>$3,629,694.59 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$563,590.50 |
| | | $3,629,694.59 | | | | | | $563,590.50 |
| Claim: 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $ 64,897.96<br>Filing Creditor Name and Address:<br>  MEDALIST INDUSTRIES INC<br>  MEDALIST INDL FASTENER DIV<br>  2700 YORK RD<br>  ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br>  MEDALIST INDUSTRIES INC<br>  MEDALIST INDL FASTENER DIV<br>  2700 YORK RD<br>  ELK GROVE VILLAGE, IL 60007 | Docketed Total: | | $64,897.96 | | Modified Total: | | $44,953.64 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$53,088.55 | Unsecured<br>$11,809.41 | Case Number*<br>05-44640 | Secured | Priority<br>$33,896.44 | Unsecured<br>$11,057.20 |
| | | | $53,088.55 | $11,809.41 | | | $33,896.44 | $11,057.20 |

\*See Exhibit C for a listing of debtor entities by case number.

Page 3 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13270-4    Filed 03/27/08    Entered 03/27/08 18:12:51    Exhibit B-2
Pg 4 of 4

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8259<br>Date Filed: 06/20/2006<br>Docketed Total: $ 2,583,993.60<br>Filing Creditor Name and Address:<br>OLSON INTERNATIONAL CO<br>FRMLY OLSON R MANUFACTURING CO<br>50 W NORTH AVE<br>LOMBARD, IL 60148 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $2,583,993.60<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $60,854.76    $2,523,138.84<br>                                  $60,854.76    $2,523,138.84 | Modified Total:    $2,488,124.67<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $60,854.76    $2,427,269.91<br>                                  $60,854.76    $2,427,269.91 |
| Claim: 5988<br>Date Filed: 05/16/2006<br>Docketed Total: $ 223,768.64<br>Filing Creditor Name and Address:<br>PLASTOMER CORP<br>PO BOX 67000 DEPT 15601<br>DETROIT, MI 48267-0156 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD    Docketed Total:    $223,768.64<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $223,768.64<br>                                                 $223,768.64 | Modified Total:    $215,994.50<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $215,184.50<br>05-44567                                         $810.00<br>                                                 $215,994.50 |
| Claim: 7606<br>Date Filed: 06/07/2006<br>Docketed Total: $ 36,759.75<br>Filing Creditor Name and Address:<br>SEMBLEX CORPORATION<br>199 WEST DIVERSEY<br>ELMHURST, IL 60126 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total:    $36,759.75<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $36,759.75<br>                                                 $36,759.75 | Modified Total:    $30,151.96<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $30,151.96<br>                                                 $30,151.96 |
| | | **Total Claims to be Modified: 12**<br>**Total Amount as Docketed:   $9,085,386.12**<br>**Total Amount as Modified:   $ 5,266,313.37** |

\*See Exhibit C for a listing of debtor entities by case number.

Page 4 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.