Exhibit D - Claimants And Related Claims Subject To Twenty-Ninth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| AMROC INVESTMENTS LLC | 8259 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| APS CAPITAL CORP/TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| ASM CAPITAL LP | 4458 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MAGNESIUM PRODUCTS OF AMERICA INC | 7242 | EXHIBIT A-1 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT |
| CREATIVE FOAM CORPORATION | 1936 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| DEUTSCHE BANK SECURITIES INC | 16352 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| EMHART TEKNOLOGIES LLC | 6670 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| HELLA INNENLEUCHTEN SYSTEME GMBH | 1739 | EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS |
| JACOBSON MFG LLC | 14240 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| KEATS MANUFACTURING CO | 105 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| KOSTAL OF MEXICANA S A DE C V | 14404 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| L&W ENGINEERING CO | 14534 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF UNIVERSAL POLYMER AND RUBBER EFT LTD | 7279 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| LONGACRE MASTER FUND LTD/PLASTOMER CORP | 5988 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| OLSON INTERNATIONAL CO | 8259 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |

Exhibit D - Claimants And Related Claims Subject To Twenty-Ninth Omnibus Claims Objection

| Claimant | Claim | Exhibit |
|---|---|---|
| ORTECH YUHSHIN USA LTD | 16352 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| PLASTOMER CORP | 5988 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| REDROCK CAPITAL PARTNERS LLC | 1936 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| SEMBLEX CORPORATION | 7606 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14404 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| TOTOKU ELECTRIC CO LTD | 13451 | EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS |
| UNIVERSAL POLYMER & RUBBER EFT LTD | 7279 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |