U.S. Department of Labor
Office of the Solicitor
525 South Griffin Street, Suite 501
Dallas, Texas 75202
972-850-3153
Robert A. Goldberg (MO 42147)

U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
(216) 522-3875
Janice L. Thompson (JT 0337)

Attorneys for Elaine L. Chao, Secretary of Labor
United States Department of Labor, Claimant

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: DELPHI CORPORATION, et al, | ) ) ) | Case No.05-44481 (RDD) |
| Debtors. | ) ) ) ) | Chapter 11 (Jointly Administered) |

### WITHDRAWAL OF SECRETARY OF LABOR'S RESPONSE [DOCKET 9000] TO DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION

Comes Now Elaine L. Chao, the Secretary of Labor, the United States Department of Labor ("Secretary"), a party in interest and claimant in these proceedings, by and through her undersigned counsel, and herewith files this Withdrawal, with prejudice, of the Secretary's Response to Debtors' Nineteenth Omnibus Claims Objection, filed on August 9, 2007, as Docket No. 9000 ("Response"). The Secretary is

withdrawing her Response in accordance with the Joint Stipulation and Agreed Order

Compromising and Allowing Proof of Claim Number 9826 [Docket No.13259].

        Respectfully Submitted,

        **GREGORY F. JACOB**
        Solicitor of Labor

        **WILLIAM E. EVERHEART**
        Dallas Regional Solicitor

BY:    s/ Robert A. Goldberg
        **ROBERT A. GOLDBERG**
        ERISA Counsel/Trial Attorney
        MO Bar ID # 42147

**Address**
U.S. Department of Labor
Office of the Solicitor
525 South Griffin Street, Suite 501    Attorneys for **ELAINE L. CHAO**
Dallas, Texas 75202    Secretary of Labor, United States
972-850-3153    Department of Labor, Claimant

Email address: **goldberg.robert.a@dol.gov**