**Hearing Date: March 31, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                                :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)
                                        :
                     Debtors.    :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED NON-OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested, Agreed, Or Settled Matters (2 Matters)

**B.**    **Uncontested, Agreed, Or Settled Matters**

1.    **"Supplemental IRS Pension Funding Waiver Extension Motion"** – Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Supplemental Order Authorizing Debtors' Performance Under Modified Pension Funding Waivers Issued By United States Internal Revenue Service And Related Letters Of Credit Issued By Delphi Corporation To Pension Benefit Guaranty Corporation  (Docket No. 13195)

| | |
|---|---|
| *Responses filed:* | *Response Of Pension Benefit Guaranty Corporation In Support Of Debtors' Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Supplemental Order Authorizing Debtors' Performance Under Modified Pension Funding Waivers Issued By United States Internal Revenue Service And Related Letters Of Credit Issued By Delphi Corporation To Pension Benefit Guaranty Corporation (Docket No. 13264)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

2

2. **"GM Indemnity Extension Motion"** – Expedited Motion For Order Under 11 U.S.C. §§ 105(a) And 363(b) And Fed. R. Bankr. P. 6004 Authorizing But Not Directing Or Requiring Debtors To Extend Indemnity To General Motors Corporation Under Agreement Between Delphi And GM, With Respect To UAW Benefit Guarantee, Dated As Of December 22, 1999  (Docket No. 13200)

|  |  |
|---|---|
| *Responses Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Restated Notice Of Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a) And 363(b) And Fed. R. Bankr. P. 6004 Authorizing But Not Directing Or Requiring Debtors To Extend Indemnity To General Motors Corporation Under Agreement Between Delphi And GM, With Respect To UAW Benefit Guarantee, Dated As Of December 22, 1999 (Docket No. 13229)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated:  New York, New York
        March 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

           - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession