**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                      Chapter 11

                                                                                 Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                             Jointly Administered

                           Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Tami Hart Kirby, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Tami Hart Kirby, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 28, 2008
            New York, New York

                                                                      /s/Robert D. Drain_____
                                                                      UNITED STATES BANKRUPTCY JUDGE