BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
rmcdowell@bodmanllp.com
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Freudenberg-NOK General Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

    Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**WITHDRAWAL OF OBJECTION BY FREUDENBERG-NOK GENERAL PARTNERSHIP (ON BEHALF OF ITSELF AND ITS AFFILIATES FREUDENBERG TELAS SIN TEJER SA AND FREUDENBERG IBERICA SA EN COMANDITA) TO DEBTORS' (I) NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS AND (II) MOTION FOR SALE OF STEERING AND HALFSHAFT BUSINESS**

    Freudenberg-NOK General Partnership ("Freudenberg-NOK") hereby withdraws its Objection (on behalf of Itself and Its Affiliates Freudenberg Telas Sin Tejer Sa and Freudenberg Iberica Sa En Comandita) to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and HalfShaft Business and (II) Motion for Sale of Steering and HalfShaft Business [Docket #12479].

                                      BODMAN LLP

                                      By:   */s/* Ralph E. McDowell
                                               Ralph E. McDowell (P39235)
                                        Attorneys for Freudenberg-NOK General
                                        Partnership
                                        6th Floor at Ford Field
                                        1901 St. Antoine Street
                                        Detroit, Michigan 48226
March 31, 2008                       (313) 259-7777

Detroit_832287_1

05-44481-rdd    Doc 13282    Filed 03/31/08    Entered 03/31/08 09:41:13    Main Document
Pg 2 of 2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Withdrawal of Objection by Freudenberg-NOK General Partnership (on behalf of Itself and Its Affiliates Freudenberg Telas Sin Tejer Sa and Freudenberg Iberica Sa En Comandita) to Debtors' (I) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business and (II) Motion for Sale of Steering and Halfshaft Business* was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

|  |  |
|---|---|
|  | /s/ Ralph E. McDowell |
| Dated: March 31, 2008 | Ralph E. McDowell |

Detroit_832287_1