ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re: DELPHI CORPORATION,** *et. al.*,                    :   Chapter 11
                                                             :
             **Debtors.**                                    :   **Case No. 05-44481 (RDD)**
                                                             :   **Jointly Administered**
-------------------------------------------------------------x
**DELPHI CORPORATION,** *et. al.*,                           :
                                                             :
             **Debtors**                                     :
                                                             :
**v.**                                                       :
                                                             :
**FURUKAWA ELECTRIC COMPANY, LTD.,**                         :
**FURUKAWA ELECTRIC NORTH**                                  :
**AMERICA APD, INC.**                                        :
-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA    )
                    )
COUNTY OF FULTON    )

      B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

- 2 -

captioned matter, and that on March 31, 2008, he caused a copy of the attached **Amended Notice of Deposition** for William Valenta to be served upon Delphi Corporation and Delphi Automotive Systems, LLC by mailing a true copy of same via UPS overnight delivery addressed as follows:

| | |
|---|---|
| A.T. Lippert, Jr., Esq.<br>CURRIE KENDALL PLC<br>6024 Eastman Ave.<br>Midland, MI 48640 | Neil Berger, Esq.<br>Sean McGrath, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119 |

    FURTHER AFFIANT SAYETH NOT.

                                                                       /s/ B. Parker Miller
                                                                       B. PARKER MILLER

Sworn to and subscribed before me
this 31st day of March, 2008.

/s/ Joan D. Evans
Notary Public

My Commission Expires:
June 11, 2009

LEGAL02/30757364v1