ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re: DELPHI CORPORATION, *et. al.*,**        :   Chapter 11
                                                                 :
            **Debtors.**                                 :   **Case No. 05-44481 (RDD)**
                                                                 :   **Jointly Administered**
-----------------------------------------------------------------x
**DELPHI CORPORATION, *et. al.*,**                :
                                                                 :
            **Debtors**                                  :
                                                                 :
**v.**                                                          :
                                                                 :
**FURUKAWA ELECTRIC COMPANY, LTD.,**  :
**FURUKAWA ELECTRIC NORTH**           :
**AMERICA APD, INC.**                              :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA      )
                                             )
COUNTY OF FULTON     )

      B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

LEGAL02/30757360v1

captioned matter, and that on March 31, 2008, he caused a copy of the attached **Amended Notice of Deposition** for Paul Schemp to be served upon Delphi Corporation and Delphi Automotive Systems, LLC by mailing a true copy of same via UPS overnight delivery addressed as follows:

| | |
|---|---|
| A.T. Lippert, Jr., Esq. | Neil Berger, Esq. |
| CURRIE KENDALL PLC | Sean McGrath, Esq. |
| 6024 Eastman Ave. | TOGUT, SEGAL & SEGAL LLP |
| Midland, MI 48640 | One Penn Plaza, Suite 3335 |
| | New York, New York 10119 |

      FURTHER AFFIANT SAYETH NOT.

                    /s/ B. Parker Miller
                    B. PARKER MILLER

Sworn to and subscribed before me
this 31st day of March, 2008.

/s/ Joan D. Evans
Notary Public

My Commission Expires:
June 11, 2009