SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :
In re             :   Chapter 11
             :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
             :
         Debtor.   :   (Jointly Administered)
             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN
CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        On December 21, 2007, the United States Bankruptcy Court entered an

order (Docket No. 11578) (the "Steering Bidding Procedures Order") authorizing and

approving, among other things, notice procedures related to the assumption and assignment

of certain prepetition executory contracts and unexpired leases in connection with the sale of the Debtors' steering and halfshaft business (the "Steering Business").

2.      Pursuant to the terms of the Master Sale and Purchase Agreement entered into by and among Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"),[1] and Steering Solutions Corporation and certain of its affiliates (the "Buyers"), the Selling Debtor Entities will seek to assume and assign to the Buyers certain prepetition executory contracts and unexpired leases related to the Steering Business.

3.      On March 25, 2008, the Bankruptcy Court entered an order, which, among other things, established procedures for assuming and assigning certain remaining executory contracts that were not included on the notices under the Bidding Procedures Order (Docket No. 13232) (the "Omitted Contract Assumption Procedures Order").

4.      In accordance with the Omitted Contract Assumption Procedures Order and the Agreement, the Selling Debtor Entities hereby provide notice of their intent to cure ("Cure") and assume and assign to the Buyers the contract(s) listed on Exhibit 1 attached hereto (the "Omitted Contracts").  The Debtors' records reflect the amounts owing for prepetition arrearages as set forth on Exhibit 1 (the "Cure Amount").

5.      The assumption of the Omitted Contracts would occur on the earlier of the Debtors' emergence date from these chapter 11 cases (the "Emergence Date") pursuant to the Debtors' confirmed plan of reorganization (the "Plan") or the closing date on the sale of the Steering Business (the "Closing Date").  Under either scenario, the Cure Amounts would be paid in cash.

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC, Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holdings), Inc. Certain assets will be sold under the Agreement by non-Debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

6.      Even if the Emergence Date occurs before the Closing Date and the

Omitted Contracts listed on Exhibit 1 are assumed by the Debtors on the Emergence Date, the

Selling Debtor Entities would assign such contracts to the Buyers on the Closing Date.

7.      Objections, if any, to the assumption and assignment of an Omitted

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Tenth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered February 4, 2008 (Docket No. 12487)

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so that it is actually received within ten days

after the date of this notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons, Ron E. Meisler, and Brian

M. Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vii) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (viii) counsel for the Buyers, Kirkland & Ellis LLP, 777

South Figueroa Street, Los Angeles, California 90017 (Att'n: Richard L. Wynne), and (ix) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

   8.  If an objection to the assumption and assignment of an Omitted

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, **on April 30, 2008, at 10:00 a.m. (prevailing Eastern time)** or

such date and time as the Court may schedule.  If no objection is timely received, the non-

Debtor party to the Omitted Contract will be deemed to have consented to the assumption and

assignment of the Omitted Contract to the Buyers and will be forever barred from asserting

any other claims, including, but not limited to, the propriety or effectiveness of the

assumption and assignment of the Omitted Contract, against the Selling Debtor Entities or the

Buyers, or the property of either of them.

   9.  Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in this Notice will be paid in accordance with the

terms of the Omitted Contracts Assumption Procedures Order.  Further, there is adequate assurance of the Buyers' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Buyers.

        10.     Prior to the Closing Date, the Selling Debtor Entities may revise their decision with respect to the assumption and/or assignment of any Omitted Contract and provide a new notice amending the information provided in this notice.

Dated:  New York, New York
        March 31, 2008

                          SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                          By:    /s/ John Wm. Butler, Jr.
                                 John Wm. Butler, Jr. (JB 4711)
                                 John K. Lyons (JL 4951)
                                 Ron E. Meisler (RM 3026)
                          333 West Wacker Drive, Suite 2100
                          Chicago, Illinois 60606
                          (312) 407-0700

                                      - and -

                          By:    /s/ Kayalyn A. Marafioti
                                 Kayalyn A. Marafioti (KM 9632)
                                 Thomas J. Matz (TM 5986)
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                           Debtors and Debtors-in-Possession

# EXHIBIT 1

ACRA
PAT PATTERSON
3555 WALNUT ST
PORT HURON MI,  48060

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ACRA, with a term of June 2005 - model year 2010 | $0.00 |

# EXHIBIT 1

ACRA
PAT PATTERSON
3555 WALNUT ST
PORT HURON MI,  48060

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ACRA, with a term of December 8, 2004 - model year 2009 | $0.00 |

# EXHIBIT 1

ADVANCE ENGINEERING COMPANY
ADVANCE ENGINEERING CO
3982 TERRY DIANE DR
BEAVERTON, MI 48612

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4214 | $0.00 |

# EXHIBIT 1

ADVANCE ENGINEERING COMPANY
RICHARD SLOAN
12025 DIXIE AVE
REDFORD, MI 48239

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4214 | $0.00 |

# EXHIBIT 1

AGAPE
DUANE OVERBEEK
O 11474 1ST AVE NW
GRAND RAPIDS MI,  49544

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and AGAPE, with a term of July 2004 - Model year 2009 | $0.00 |

# EXHIBIT 1

ALKEN ZIEGLER
ALKEN ZIEGLER
406 S. PARK DRIVE
KALKASKA, MI 49646

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Surcharge Implementation, acknowledged and agreed on 12/9/2004 | $0.00 |

# EXHIBIT 1

AMERICAN AXLE & MANUFACTURING SALES
AMERICAN AXLE & MANUFACTURING INC
PO BOX 360254
PITTSBURGH, PA 15043-6254

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I1802 | $0.00 |

# EXHIBIT 1

AMERICAN AXLE & MANUFACTURING SALES
JIM LIBLER
2965 TECHNOLOGY DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I1802 | $0.00 |

# EXHIBIT 1

AMSEA
MICHAEL LOSSING
1200 KLOECKNER DR PO BOX 409
KNOX, IN 46534

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and AMSEA, with a term of February 1, 2004 - December 31, 2009 | $0.00 |

# EXHIBIT 1

AMTEC PRECISION PRODUCTS
AMTEC PRECISION PRODUCTS INC
1875 HOLMES RD
ELGIN, IL 60123-1298

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3435 | $7,180.80 |

# EXHIBIT 1

AMTEC PRECISION PRODUCTS
ANDREW HAIN
1875 HOLMES RD
ELGIN, IL 60123

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I3435 | $7,180.80 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGIES
APPLIED INDUSTRIAL TECHNOLOGIES-DIX
1 APPLIED PLZ
CLEVELAND, OH 44115-2511

| Contract to be assumed and assigned: | Cure amount: |
| :---: | :---: |
| Purchase Order Number SAG90I3257 | $3,210.47 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGIES
APPLIED INDUSTRIAL TECHNOLOGIES-DIX
1 APPLIED PLZ
CLEVELAND, OH 44115-2511

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4831 | $1,602.74 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGIES
JASON VASQUEZ
919 CHURCH NE
DECATUR, AL 35601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3257 | $3,210.47 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGIES
JASON VASQUEZ
919 CHURCH NE
DECATUR, AL 35601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4831 | $1,602.74 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGY
APPLIED INDUSTRIAL TECHNOLOGIES INC
404 KELSO
FLINT, MI 48506-4031

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0680 | $3,453.60 |

# EXHIBIT 1

APPLIED INDUSTRIAL TECHNOLOGY
JASON VASQUEZ
1150 N OUTER DR
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0680 | $3,453.60 |

# EXHIBIT 1

ARKEMA INC
KEVIN R. OLSEN
2000 MARKET ST
PHILADELPHIA, PA 19103

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3776 | $0.00 |

# EXHIBIT 1

ATC NYMOLD CORP
ATC NYMOLD CORPORATION
101 N EAGLE ST
GENEVA, OH 44041

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Purchase Order Number SAG90I0465 | $0.00 |

# EXHIBIT 1

ATC NYMOLD CORP
BARB PASHLEY
101 N EAGLE ST
ASHTABULA, OH 44041

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I0465 | $0.00 |

# EXHIBIT 1

ATG
FRANK BACHELDOR
7545 N HAGGERTY RD
CANTON, MI 48187

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, assigned to Purchase Order S2S48471, issued May 17, 2004 | $0.00 |

# EXHIBIT 1

ATHENA PROTECTIVE COATINGS INC
ATHENA PROTECTIVE COATINGS INC
2695 SLOUGH ST
MISSISSAUGA, ON L4T 1G2
CA

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I5279 | $0.00 |

# EXHIBIT 1

ATHENA PROTECTIVE COATINGS INC
EDWARD ASTRAUSKAS
2695 SLOUGH ST
MISSISSAUGA, ONT L4T 1G2
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5279 | $0.00 |

# EXHIBIT 1

ATLAS PRESSED METALS
HPM INDUSTRIES INC
125 TOM MIX DR
DUBOIS, PA 15801

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I2400 | $82,461.24 |

# EXHIBIT 1

ATLAS PRESSED METALS
JUDE PFINGSTER
125 TOM MIX DR
DUBOIS, PA 15801

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I2400 | $82,461.24 |

# EXHIBIT 1

ATOFINA CHEMICALS INC  EFT
ARKEMA INC
4444 INDUSTRIAL PKY
CALVERT CITY, KY 42029

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I3776 | $0.00 |

# EXHIBIT 1

AUMA TEC SA DE CV
AUMA TEC, S.A. DE C.V.
CALLE 2 - 35
QUERETARO, QA 76120
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5468 | $33,235.09 |

# EXHIBIT 1

AUMA TEC SA DE CV
OSCAR HERRERA
CALLE 2 NO 35 FRACC IND BENITO
QUERETARO, QA 76120
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5468 | $33,235.09 |

# EXHIBIT 1

AVERY DENNISON CO/FASTENER DIVISION
AVERY INDUSTRIAL PRODUCTS
17700 FOLTZ INDUSTRIAL PKWY
STRONGSVILLE, OH 44149

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0466 | $2,793.65 |

# EXHIBIT 1

AVERY DENNISON CO/FASTENER DIVISION
NICK PENTESCU
33228 W 12 MILE RD PMB 326
FARMINGTON HILLS, MI 48334

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0466 | $2,793.65 |

# EXHIBIT 1

BATESVILLE TOOL & DIE INC
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4918 | $7,774.39 |

# EXHIBIT 1

BATESVILLE TOOL & DIE INC
TIM LAMBERT
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4918 | $7,774.39 |

# EXHIBIT 1

BLISSFIELD
MARTIN MILL
626 DEPOT STREET
BLISSFIELD, MI 48228

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, acknowledged and agreed on 8/16/2004 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
BRAZING CONCEPTS LLC
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3981 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
BRAZING CONCEPTS LLC
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5026 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
BRAZING CONCEPTS LLC
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5287 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
JASON TELL
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I3981 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
JASON TELL
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5026 | $0.00 |

# EXHIBIT 1

BRAZING CONCEPTS LLC
JASON TELL
94 CONCEPT DR
COLDWATER, MI 49036

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5287 | $0.00 |

# EXHIBIT 1

BRC RUBBER GROUP INC
BRC RUBBER & PLASTICS INC
589 S MAIN ST
CHURUBUSCO, IN 46723-2219

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3623 | $5,814.14 |

# EXHIBIT 1

BRC RUBBER GROUP INC
BRC RUBBER & PLASTICS INC
589 S MAIN ST
CHURUBUSCO, IN 46723-2219

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I5597 | $0.00 |

# EXHIBIT 1

BRC RUBBER GROUP INC
PHIL MEYERS
589 S MAIN ST PO BOX 227
CHURUBUSCO, IN 46723

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3623 | $5,814.14 |

# EXHIBIT 1

BRC RUBBER GROUP INC
PHIL MEYERS
589 S MAIN ST PO BOX 227
CHURUBUSCO, IN 46723

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5597 | $0.00 |

# EXHIBIT 1

BREMAN BEARING COMPANY
JEFF GODFREY
400 SULLIVAN WAY
WEST TRENTON, NJ 08628

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation LLC acting through its Saginaw Division and Bremen Bearing Company, with a term of October 27, 2003 - December 31, 2008 | $0.00 |

# EXHIBIT 1

BUEHLER MOTOR
DARRYL PARISH
175 SOUTHPORT DR STE 900
MORRISVILLE, NC 27560

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Automotive Systems LLC and Buehler Motor, Inc, with a term of calendar years 2001 - 2021 | $0.00 |

# EXHIBIT 1

CALEDON TUBING
CALEDON TUBING LIMITED
580 JAMES ST S
ST MARYS, ON N4X 1B3
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3954 | $19,592.59 |

# EXHIBIT 1

CALEDON TUBING
SCOTT VANROOY
580 JAMES ST S PO BOX 3249
ST MARYS, ONTARIO N4X 1A8
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3954 | $19,592.59 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE, INC.
SETH GUTKOWSKI
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Steering Systems and Capsonic Automotive, Inc., with a term of calendar year 2001 - calendar year 2016 | $0.00 |

# EXHIBIT 1

CAPSONIC AUTOMOTIVE, INC.
SETH GUTKOWSKI
3121 UNIVERSITY DR STE 120
AUBURN HILLS, MI 48326

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC, acting through its Delphi Steering Systems and Capsonic Automotive, Inc., with a term of model year 2001 - model year 2016 | $0.00 |

# EXHIBIT 1

CASTELLON S A
CASTELLON SA
HIERRO 1
TORREJON DE ARDOZ, 28 28850
ES

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I4574 | $0.00 |

# EXHIBIT 1

CASTELLON S A
LUIS MIGUEL BARBA
CALLE HIERRO NO 1
TORREJON DEARDOZ, MADRID 28850
ES

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4574 | $0.00 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO (EFT)
CENTRAL WAREHOUSE CO
2027 RUST AVE
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5343 | $0.00 |

# EXHIBIT 1

CENTRAL WAREHOUSE CO (EFT)
PATRICK RIFFEL
1825 RUST AVE
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I5343 | $0.00 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
PATRICK WILCOX
46815 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4051 | $0.00 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
PATRICK WILCOX
46815 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4642 | $447.91 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
SKF USA INC
900 N STATE ST
ELGIN, IL 60123

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4051 | $0.00 |

# EXHIBIT 1

CHICAGO RAWHIDE-SKF USA INC
SKF USA INC
900 N STATE ST
ELGIN, IL 60123

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4642 | $447.91 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO
CLEVELAND DIE & MANUFACTURING CO
20303 FIRST ST
MIDDLEBURG HEIGHTS, OH 44130-2433

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3857 | $0.00 |

# EXHIBIT 1

CLEVELAND DIE & MFG CO
DAVE GEORGE
20303 1ST AVE
MIDDLEBURG HEIGHTS,  44130

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3857 | $0.00 |

# EXHIBIT 1

COLFOR MANUFACTURING INC
COLFOR MANUFACTURING INC
3255 ALLIANCE
MALVERN, OH 44644

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4170 | $0.00 |

# EXHIBIT 1

COLFOR MANUFACTURING INC
DAVE BUSH
3255 ALLIANCE RD NW
MALVERN, OH 44644

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I4170 | $0.00 |

# EXHIBIT 1

CSM
MR. FLEURY
24650 N. INDUSTRIAL DRIVE
FARMINGTON HILLS, MI 48335

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, acknowledged and agreed on 10/6/2004 | $0.00 |

# EXHIBIT 1

DBG
DAVE SALIDAS
REGIO AVENIDA 115
APODACA, NL 66000
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5056 | $0.00 |

# EXHIBIT 1

DBG
DBG CANADA LTD
1555 ENTERPRISE RD
MISSISSAUGA, ON L4W 4L4
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5056 | $0.00 |

# EXHIBIT 1

DC MEX SA DE CV
DC MEX S.A. DE C.V.
INDUSTRIAL EL PEDREGAL
ATIZAPAN DE ZARAGOZA, EM 52948
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4538 | $0.00 |

# EXHIBIT 1

DC MEX SA DE CV
OSCAR ZAMORA
AV ALFREDO DEL MAZO NUM 9
ATIZAPAN,  52948
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4538 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS REICHE GMBH
DURA AUTOMOTIVE SYSTEMS REICHE GMBH
GASSTRASSE 7/9/16
LAGE, NW 32791
DE

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5306 | $0.00 |

# EXHIBIT 1

DURA AUTOMOTIVE SYSTEMS REICHE GMBH
MARIANNE LEMBFELD
7/9/16 GASSTR POSTFACH 1849
LAGE, NW 32777
GERMANY

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5306 | $0.00 |

# EXHIBIT 1

ENGINEERED CUSTOM LUBRICANTS
BOB PRIZGINT
45800 MAST ST
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0686 | $0.00 |

# EXHIBIT 1

ENGINEERED CUSTOM LUBRICANTS
DEAN, ROY PRODUCTS CO
45800 MAST ST
PLYMOUTH, MI 48170-6056

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0686 | $0.00 |

# EXHIBIT 1

FAG BEARING LTD
JILL CSAPO
801 ONTARIO ST
STRATFORD, ONT N5A 6T2
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5034 | $0.00 |

# EXHIBIT 1

FAG BEARING LTD
SCHAEFFLER CANADA INC
801 ONTARIO ST
STRATFORD, ON N5A 6T2
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5034 | $0.00 |

# EXHIBIT 1

FEDERAL SCREW
MR. FLANNERY
20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Surcharge Implementation, acknowledged and agreed on 1/17/2005 | $0.00 |

# EXHIBIT 1

FINISHING SERVICES
FINISHING SERVICES INC
877 ANN ST
YPSILANTI, MI 48197

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4499 | $8,144.81 |

# EXHIBIT 1

FINISHING SERVICES
MARY LEININGER
877 ANN ST
YPSILANTI, MI 48197

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4499 | $8,144.81 |

# EXHIBIT 1

FISHERCAST GLOBAL
FISHERCAST GLOBAL CORPORATION
194 SOPHIA ST
PETERBOROUGH, ON K9H 1E5
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5190 | $0.00 |

# EXHIBIT 1

FISHERCAST GLOBAL
JOE PETRILLO
710 NEAL DR PO BOX 179
PETERBOROUGH, ON K9J 6X7
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5190 | $0.00 |

# EXHIBIT 1

FOAMADE INDUSTRIES
FOAMADE INDUSTRIES INC
2550 AUBURN CT
AUBURN HILLS, MI 48326-3200

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4155 | $0.00 |

# EXHIBIT 1

FOAMADE INDUSTRIES
STEVE BROWN
2550 AUBURN CT PO BOX 215110
AUBURN HILLS, MI 48057

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4155 | $0.00 |

# EXHIBIT 1

FOUR SLIDE TECHNOLOGY, INC.
ROGER PELC
2130 E 10 MILE RD
WARREN MI, MI 48091

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Four Slide Technology, Inc, with a term of January 1, 2005 - December 31, 2010 | $0.00 |

# EXHIBIT 1

FUKOKO, SOUTH CAROLINA
MASAHIKO TSUBOTA
325 HUNTER INDUSTRIAL PARK RD
LAURENS, SC 29360

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Corporation LLC acting through its Saginaw Division and Fukoku, South Carolina, with a term of September 2004 - December 2009 | $0.00 |

# EXHIBIT 1

GARLOCK BEARINGS INC
IRMA NEGRETE
700 MID ATLANTIC PKWY
THOROFARE, NJ 08086

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4021 | $0.00 |

# EXHIBIT 1

GARLOCK RUBBER TECHNOLOGIES
GARLOCK INC
201 DANA DR
PARAGOULD, AR 72450

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I2749 | $1,272.96 |

# EXHIBIT 1

GARLOCK RUBBER TECHNOLOGIES
GARLOCK INC
201 DANA DR
PARAGOULD, AR 72450

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5512 | $0.00 |

# EXHIBIT 1

GARLOCK RUBBER TECHNOLOGIES
SHERRY TAYLOR
201 DANA DR PO BOX 1000
PARAGOULD, AR 72450

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I2749 | $1,272.96 |

# EXHIBIT 1

GARLOCK RUBBER TECHNOLOGIES
SHERRY TAYLOR
201 DANA DR PO BOX 1000
PARAGOULD, AR 72450

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5512 | $0.00 |

# EXHIBIT 1

GEVELOT
MR. WALSH
29200 NORTHWESTERN HWY.
SUITE 200
SOUTHFIELD, MI 48304-1060

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, acknowledged and agreed on 9/8/2005 (as amended October 2005) | $0.00 |

# EXHIBIT 1

GNP INC PARKER SEAL
CRAIG KURKECHIAN
2565 NORTHWEST PARKWAY
ELGIN, IL 60123

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4660 | $1,449.00 |

# EXHIBIT 1

GNP INC PARKER SEAL
PARKER HANNIFIN CORP
2565 NW PARKWAY
ELGIN, IL 60123

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4660 | $1,449.00 |

# EXHIBIT 1

HUF PORTUGUESA LDA
ALBERTO GONZÁLEZ SANTOS
ZIM APARTADO 89
TONDELA,  03460
PORTUGAL

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3225 | $47,463.78 |

# EXHIBIT 1

HUF PORTUGUESA LDA
HUF PORTUGUESA FABRICA DE COMPONENT
ZONA INDUSTRIAL MUNICIPAL ADICA
TONDELA, PT 3460-011
PT

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3225 | $47,463.78 |

# EXHIBIT 1

HUTCHINSON SEAL DE MEXICO SA DE CV
CHARLES VAN HOVE
PELICANOS NO 313 COL SAN FERNA
ENSENADA, MX 22785
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2723 | $32,191.98 |

# EXHIBIT 1

HUTCHINSON SEAL DE MEXICO SA DE CV
NATIONAL O-RING CORPORATION
11634 PATTON RD
DOWNEY, CA 90241

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I2723 | $32,191.98 |

# EXHIBIT 1

HYDRO ALUMINUM NA
JIM KONITSNEY
200 RIVERIA BLVD
ST AUGUSTINE, FL 32085

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Hydro Aluminum NA, with a term of January 1, 2004 - December 31, 2011 | $0.00 |

# EXHIBIT 1

HYUN YANG CORP
FELIX (BUTCH) BOSCO
27650 FARMINGTON RD SUITE 204
FARMINGTON HILLS, MI 48334

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4630 | $0.00 |

# EXHIBIT 1

HYUN YANG CORP
HYUN YANG CO LTD
RM 5BA-101 SHIHWA IND COMPLEX
ANSAN, KR 425-836
KR

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4630 | $0.00 |

# EXHIBIT 1

HYUN YANG CORP
HYUN YANG CO LTD
33533 W 12 MILE RD STE 330
FARMINGTON HILLS , MI 48331

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4630 | $0.00 |

# EXHIBIT 1

ITW, IMPRO
BILL THURSTON
194 MAIN ST PO BOX 1570
LAKEVILLE, CT 06039

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ITW IMPRO, with a term of December 8, 2004 - Model year 2009 | $0.00 |

# EXHIBIT 1

JONES PLATING CO, K C
JONES, KC INC
2845 E 10 MILE RD
WARREN, MI 48091

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4980 | $0.00 |

# EXHIBIT 1

JONES PLATING CO, K C
MARIANNE LEMBFELD
2845 E 10 MILE RD
WARREN, MI 48091

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4980 | $0.00 |

# EXHIBIT 1

KEYANG
PAUL LEONARD
31831 SHERMAN AVE
MADISON HEIGHTS, MI 48071

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keyang Electric Machinery Co. Ltd., with a term of calendar years 2001 - 2023 | $0.00 |

# EXHIBIT 1

KEYSTONE PRODUCTS

251 STATE STREET
ST. MARYS, PA 15857-7697

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keystone Powdered Metal Company, with a term of October 1, 2004 - December 31, 2009 | $0.00 |

# EXHIBIT 1

KEYSTONE PRODUCTS
MICHAEL STAUFFER DIRECTOR OF SALES & MARKETING
22260 HAGGERTY RD.
SUITE 150
NORTHVILLE, MI 48167

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keystone Powdered Metal Company, with a term of October 1, 2004 - December 31, 2009 | $0.00 |

# EXHIBIT 1

LEAR CORPORATION
TINA BEAUCHAMP
5500 ENTERPRISE
WARREN, MI 48092

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Lear Corporation, with a term of calendar year 2001 - 2016 | $0.00 |

# EXHIBIT 1

MANDO AMERICA CORPORATION
MANDO AMERICA CORP
45901 5 MILE RD
PLYMOUTH TOWNSHIP, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4881 | $264,909.24 |

# EXHIBIT 1

MANDO AMERICA CORPORATION
STEVE CHO
45901 FIVE MILE RD
PLYMOUTH TOWNSHIP, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4881 | $264,909.24 |

# EXHIBIT 1

MARKIN TUBING
ART SMITH
1 MARKIN LN
WYOMING, NY 14591

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, as documented by Markin Tubing in the Delphi Steel Surcharge Summary dated 1/11/07 | $0.00 |

# EXHIBIT 1

MARSH PLATING CORP (EFT)
MARSH PLATING CORP
103 N GROVE ST
YPSILANTI, MI 48198-2906

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0622 | $0.00 |

# EXHIBIT 1

MARSH PLATING CORP (EFT)
MARSH PLATING CORP
103 N GROVE ST
YPSILANTI, MI 48198-2906

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0834 | $0.00 |

# EXHIBIT 1

MARSH PLATING CORP (EFT)
MATHEW MARSH
103 N GROVE ST
YPSILANTI, MI 48198

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0622 | $0.00 |

# EXHIBIT 1

MARSH PLATING CORP (EFT)
MATHEW MARSH
103 N GROVE ST
YPSILANTI, MI 48198

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0834 | $0.00 |

# EXHIBIT 1

MASTER AUTOMATIC
JIM WARD
40485 SCHOOLCRAFT RD
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Master Automatic, with a term of January 28, 2004 - December 31, 2011 | $0.00 |

# EXHIBIT 1

MASTER AUTOMATIC
TIM LEAMAN
3900 HOLLAND ROAD
SAGINAW, MI 48601-9494

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Surcharge Implementation, as documented in an email dated December 22, 2004 | $0.00 |

# EXHIBIT 1

METAL FLOW CORP.
JIM WISBANG
11694 JAMES STREET
HOLLAND, MI 49424

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Metal Flow Corporation, with a term of June 1, 2005 - December 31, 2010 | $0.00 |

# EXHIBIT 1

METFORM
KEVIN HYDE
2944 WATERVIEW DR
ROCHESTER HILLS, MI 48309

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, as documented in an email dated March 17, 2005 | $0.00 |

# EXHIBIT 1

MOTOROLA
GREG GOESTENKORS
37101 CORPORATE DR
FARMINGTON HILLS, MI 48331

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Motorola Inc., with a term through calendar year 2011 for OEM, and 2027 for 15-year service requirement and an execution date of November 1, 2002 | $0.00 |

# EXHIBIT 1

MOTOROLA
GREG GOESTENKORS
37101 CORPORATE DR
FARMINGTON HILLS, MI 48331

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Motorola AIEG, with a term of 2003 - 2009 for OEM production and calendar years 2010 - 2024 for 15-year service requirement and an execution date of March 21, 2001 | $0.00 |

# EXHIBIT 1

NATIONAL PLASTICS  EFT  ACQUISITION COMPANY LLC
NYX FORT WAYNE LLC
5727 INDUSTRIAL RD
FORT WAYNE, IN 46825-5127

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4732 | $0.00 |

# EXHIBIT 1

NMB TECHNOLOGIES
KAORU FUJI FUJINAKA
9730 INDEPENDENCE AVE
CHATSWORTH, CA 91311

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC and NMB Technologies Corporation, with a term of calendar years 2002 - 2009 for production requirements, and extending 15 years after the last year of production for service requirements | $0.00 |

# EXHIBIT 1

NSS
MR. OLIVER
9075 GENERAL DRIVE
PLYMOUTH , MI 48170

| Contract to be assumed and assigned: | Cure amount: |
| :---: | :---: |
| Surcharge Implementation, acknowledged and agreed on 1/12/2005 | $0.00 |

# EXHIBIT 1

NYX FORT WAYNE LLC
TRENT HOLMAN
5727 INDUSTRIAL RD
FORT WAYNE, IN 46825

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4732 | $0.00 |

# EXHIBIT 1

OLYMPIC COATERS
EDWARD ASTRAUSKAS
354 HUMBERLINE DR
ETOBICOKE, ON M9W 5S3
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5272 | $0.00 |

# EXHIBIT 1

OLYMPIC COATERS
EDWARD ASTRAUSKAS
354 HUMBERLINE DR
ETOBICOKE, ON M9W 5S3
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5318 | $0.00 |

# EXHIBIT 1

OLYMPIC COATERS
OLYMPIC COATERS INC
354 HUMERLINE DR
TORONTO, ON M9W 5S3
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5272 | $0.00 |

# EXHIBIT 1

OLYMPIC COATERS
OLYMPIC COATERS INC
354 HUMERLINE DR
TORONTO, ON M9W 5S3
CA

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I5318 | $0.00 |

# EXHIBIT 1

PARKER SEAL CO
CRAIG KURKECHIAN
7664 PANASONIC WAY
SAN DIEGO, CA 92154

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0548 | $0.00 |

# EXHIBIT 1

PARKER SEAL CO
PARKER HANNIFIN CORP
2360 PALUMBO DR
LEXINGTON, KY 40509-1048

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0548 | $0.00 |

# EXHIBIT 1

PENN ALUMINUM % LAWRENCE BOENSCH CO
PENN ALUMINUM INTERNATIONAL INC
1117 N 2ND ST
MURPHYSBORO, IL 62966-2941

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2712 | $17,353.75 |

# EXHIBIT 1

PENN ALUMINUM % LAWRENCE BOENSCH CO
TRIXI BOENSCH
5 MECHANIC STREET PO BOX 579
OXFORD, MI 48371

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2712 | $17,353.75 |

# EXHIBIT 1

PLASTICS SOLUTIONS
ART HORVATH
701 W CHIPPEWA AVEPO BOX 2378
SOUTH BEND, IN 46680

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Plastic Solutions, with a term of March 11, 2003 - December 31, 2008 | $0.00 |

# EXHIBIT 1

POLTRON CORPORATION
VOYTEK FIZYTA
5123 PEGASUS CT STE E
FREDERICK, MD 21704

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Poltron Corporation, with a term of January 9, 2003 - December 31, 2010 | $0.00 |

# EXHIBIT 1

PONTIAC COIL INC
PAUL MCINTYRE
5800 MOODY DR
CLARKSTON, MI 48348

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I1546 | $92,154.91 |

# EXHIBIT 1

PONTIAC COIL INC
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I1546 | $92,154.91 |

# EXHIBIT 1

PROCESOS CONTROLADOS SA DE CV
CECILIA BAÑUELOS RIVAS
CERRO DEL TZIRATE 24 LAS AMERI
QUERETARO, QUA 76000
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5319 | $0.00 |

# EXHIBIT 1

PROCESOS CONTROLADOS SA DE CV
CECILIA BAÑUELOS RIVAS
CERRO DEL TZIRATE 24 LAS AMERI
QUERETARO, QUA 76000
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5320 | $0.00 |

# EXHIBIT 1

PROCESOS CONTROLADOS SA DE CV
PROCESOS CONTROLADOS SA DE CV
CERRO DEL TZIRATE 24 LOS AMERICAS
QUERETARO, QA 76121
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5319 | $0.00 |

# EXHIBIT 1

PROCESOS CONTROLADOS SA DE CV
PROCESOS CONTROLADOS SA DE CV
CERRO DEL TZIRATE 24 LOS AMERICAS
QUERETARO, QA 76121
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I5320 | $0.00 |

# EXHIBIT 1

REME
HELMUT HUBER
AV 5 DE FEBRERO NO 1718
QUERETARO QA ,  76130
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, acknowledged and agreed on 1/27/2006 | $0.00 |

# EXHIBIT 1

REME SA DE CV
HELMUT HUBER
AV 5 DE FEBRERO NO 1718
QUERETARO, QA 76130
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4621 | $0.00 |

# EXHIBIT 1

REME SA DE CV
REME SA DE CV
AV 5 DE FEBRERO NO 1718
QUERETARO, QA 76130
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4621 | $0.00 |

# EXHIBIT 1

SACHS AUTOMOTIVE OF AMERICA
WANDA SMITH
15811 CENTENNIAL DR
NORTHVILLE, MI 48168

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2031 | $0.00 |

# EXHIBIT 1

SAGINAW BAY PLASTICS INC
DAVE BURKE
2768 S HURON RD PO BOX 507
KAWKAWLIN, MI 48631

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4997 | $0.00 |

# EXHIBIT 1

SAGINAW BAY PLASTICS INC
SAGINAW BAY PLASTICS
PO BOX 507
KAWKAWLIN, MI 48631

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4997 | $0.00 |

# EXHIBIT 1

SGF % HUPPERT ENGINEERING
DAN MCALINDEN
41000 WOODWARD AVE STE 340
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2721 | $9,959.89 |

# EXHIBIT 1

SGF % HUPPERT ENGINEERING
SGF OF AMERICA CORPORATION
GRASLITZER STR 14
GERMAN, DE 08264
DE

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I2721 | $9,959.89 |

# EXHIBIT 1

SINTERMETAL SA DE CV
DANIEL ALFONSO
ACUDUCTO DEL ALT LERMA NO 6
OEOYOACAC,  52740
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3329 | $0.00 |

# EXHIBIT 1

SINTERMETAL SA DE CV
SINTERMETAL SA DE CV
ACUEDUCTO DEL ALTO LERMA 6
OCOYOACAC, EM 52740
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3329 | $0.00 |

# EXHIBIT 1

SOLECTION CORP.
DANA COIN
PROL AV LOPEZ MATEOS SUR KM6.5
TLAJOMULCO DE ZUNIGA JA MEXICO,  45645
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw and Solectron Corporation, with a term of January 1, 2005 - December 31, 2012 | $0.00 |

# EXHIBIT 1

SOLVAY ADVANCED POLYMERS LLC
GREG DAVIS
4500 MCGINNIS FERRY RD
ALPHARETTA, GA 30202

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Purchase Order Number SAG90I1563 | $0.00 |

# EXHIBIT 1

SUPER AUTO FORGE
KASI NATH
42400 GRAND RIVER AVE STE 205
NOVI, MI 48375

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Systems Division and Super Auto Forge, with a term of August 1, 2004 - December 31, 2008 | $0.00 |

# EXHIBIT 1

TAFIME SA
JUAN JOSÉ NÁRDIZ AMURRIO
POLIGONO INDUSTRIAL REGORDONO
MOSTOLES, MADRID 28938
ES

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3256 | $0.00 |

# EXHIBIT 1

TAFIME SA
TALL AUXILIARES DE FUNDICION INYECT
POLIGONO INDUSTRIAL REGORDONO
MOSTOLES  MADRID, ES 28936
ES

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3256 | $0.00 |

# EXHIBIT 1

TAWAS POWDER
BRIAN PLAWECKI VICE PRESIDENT
510 INDUSTRIAL AVE.
TAWAS, MI 48764

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw and Tawas Powder Coating Inc., with a term of model year beginning 2005 - calendar year ending 2010 | $0.00 |

# EXHIBIT 1

TIMKEN
SHANE MCGUIRE
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Division and The Timken Corporation, with a term of January 1, 2004 - December 31, 2008 | $0.00 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
SHANE MCGUIRE
28875 CABOT DR STE 100
NOVI, MI 48377

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I3747 | $148,215.64 |

# EXHIBIT 1

TIMKEN CORPORATION, THE
TIMKEN CORPORATION, THE
28875 CABOT DR  STE 100
NOVI, MI 48377

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I3747 | $148,215.64 |

# EXHIBIT 1

TPI POWDER METALLURGY INC (EFT)
STEVE YNTEMA
12030 BEAVER RD
ST CHARLES, MI 48655

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I0663 | $0.00 |

# EXHIBIT 1

TRAM INC
LYNN RYDZIK
47200 PORT ST
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I1333 | $0.00 |

# EXHIBIT 1

TRAM INC
TRAM INC
47200 PORT STREET
PLYMOUTH, MI 48170

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I1333 | $0.00 |

# EXHIBIT 1

U S MANUFACTURING CORP (EFT)
JEFFREY B. JOHNSON
28201 VAN DYKE AVE
WARREN, MI 48096

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I1536 | $8,598.20 |

# EXHIBIT 1

U S MANUFACTURING CORP (EFT)
US MANUFACTURING CORP
28201 VAN DYKE
WARREN, MI 48093

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Purchase Order Number SAG90I1536 | $8,598.20 |

# EXHIBIT 1

UNIVERSAL BEARINGS
SCOTT COWAN
431 N BIRKEY DR
BREMEN, IN 46506

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Systems LLC acting through its Saginaw Division and Universal Bearings Inc., with a term of April 16, 2003 - December 31, 2009 | $0.00 |

# EXHIBIT 1

WERNER
DAVE BARTLEMAY
4821 OLD NATIONAL RD EAST
RICHMOND, IN 47374

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Steering and Werner Co., with a term of calendar/model year 2004 - 2008 | $0.00 |

# EXHIBIT 1

WIESAUPLAST DE MEXICO SA DE CV
ACG TRANSFORMACION DE POLIMEROS SA
AV SANTA FE #15 CARR 57 KM 57
SAN JOSE ITURBIDE , GTO 37980
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4693 | $918.19 |

# EXHIBIT 1

WIESAUPLAST DE MEXICO SA DE CV
ACG TRANSFORMACION DE POLIMEROS SA
GUAYAKIRI 624 NAVE 2
QUERETARO, QA 76118
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4693 | $918.19 |

# EXHIBIT 1

WIESAUPLAST DE MEXICO SA DE CV
ALFREDO CALDERON
GUAYAKIRI NO 624 NAVE 2
QUERETARO, QA 76110
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4693 | $918.19 |

# EXHIBIT 1

WOCO DE MEXICO SA DE CV
MIGUEL OSEGUERA
AVE DE LAS FUENTES 19
EL MARQUES, QUERETARO 76246
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4797 | $1,925.00 |

# EXHIBIT 1

WOCO DE MEXICO SA DE CV
WOCO DE MEXICO SA DE CV
AV DE LAS FUENTES 19
EL MARQUES QUERETARO, QA 76246
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4797 | $1,925.00 |

# EXHIBIT 1

WORTHINGTON
THOMAS FLEMING
8229 TYLER BLVD.
MENTOR, OH 44606-4218

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation,  acknowledged by letter agreement dated 7/24/2000 | $0.00 |

# EXHIBIT 1

ZF LEMFORDER SISTEMAS AUTOMOTRICES
JENNIFER DESKINS
CALLE 7 NORTE S/N MANZANA
TOLUCA, EM 50200
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4489 | $312,140.52 |

# EXHIBIT 1

ZF LEMFORDER SISTEMAS AUTOMOTRICES
ZF LEMFORDER SISTEMAS AUTMOTRICES
CALLE 7 MZ. J LOTES 2 Y 3
TOLUCA, EM 50200
MX

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Purchase Order Number SAG90I4489 | $312,140.52 |