IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
   In re                                        :      Chapter 11
:
DELPHI CORPORATION, et al.,         :      Case No. 05-44481 (RDD)
:
                          Debtors.    :      (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

# AFFIDAVIT OF PUBLICATION OF ALBERT FOX IN THE WALL STREET JOURNAL

STATE OF TEXAS            )
                          )  ss:
CITY AND COUNTY OF DALLAS)

I, <u>Albert Fox</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u>, a daily national newspaper published and of general circulation in the City and County of New York, New York, and that the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> for national distribution for <u>one</u> insertion(s) on the following date(s) <u>3/24/08</u> advertiser: <u>Delphi Corporation</u> and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
25th day of March 2008

_____
Notary Public

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SCHOTTENFELD QUALIFIED
ASSOCIATES LP, on behalf of itself and
all others similarly situated,
Plaintiffs,
v.
WORKSTREAM, INC., MICHAEL
MULLARKEY, and DAVID POLANSKY,
Defendants.

CASE No. 05-CV-7092 (CLB)

### SUMMARY NOTICE OF CLASS ACTION SETTLEMENT

TO: All persons who purchased or otherwise acquired the common stock of Workstream Inc. between January 14, 2005, and April 14, 2005:

YOU ARE HEREBY NOTIFIED by the United States District Court for the Southern District of New York (the "Court"), that the action captioned *Schottenfeld Qualified Associates LP v. Workstream, Inc., et al.*, 05-CV-7092 (CLB) (S.D.N.Y.) (the "Class Action") has been certified as a class action and that a settlement for $3,900,000.00 in cash and stock has been preliminarily approved. A Settlement Hearing will be held at 9:30 a.m., on June 24, 2008, before the Honorable Charles L. Brieant, at the United States District Court for the Southern District of New York, Courtroom 218, 300 Quarropas St., White Plains, NY 10601, to determine whether: the proposed settlement of the Class Action and the proposed plan for distributing the proceeds of the settlement should be approved by the Court as fair, reasonable and adequate; the Class Action should be dismissed with prejudice against the defendants; and, the application of the plaintiffs' counsel for awards of attorneys' fees, costs and expenses should be approved.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED. CLASS MEMBERS MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.

If you have not yet received the full printed Notice of Class Action Settlement (the "Notice") and a Proof of Claim and Release form, you may obtain copies of these documents by identifying yourself as a member of the Class and requesting those documents from Claims Administrator: Workstream Securities Litigation Settlement, c/o The Garden City Group, Inc., PO Box 9151, Dublin, OH 43017-4151. Inquiries may also be made to the following Lead Plaintiffs' Counsel: Ralph M. Stone, Shalov Stone Bonner & Rocco LLP, 485 Seventh Avenue, Suite 1000, New York, New York 10018. Or visit www.gardencitygroup.com for more information.

To participate in this settlement, Class members must file a Proof of Claim and Release no later than September 22, 2008. To exclude yourself from the Class, you must submit a request for exclusion that is postmarked no later than May 27, 2008. IF YOU ARE A MEMBER OF THE CLASS AND DO NOT EXCLUDE YOURSELF IN THE MANNER REQUIRED BY THE COURT AND DO NOT FILE A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU WILL BE BOUND BY THE FINAL ORDER AND JUDGMENT OF THE COURT.

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION REGARDING THESE SETTLEMENTS.

By Order of the United States District Court
For the Southern District of New York

# Know
## What Matters



Legal Notices in The Wall Street Journal.
To advertise, call 1-800-366-3975.

## THE WALL STREET JOURNAL.

---

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                              ) Chapter 11
DELPHI CORPORATION, et al.,        ) Case No. 05-44481 (RDD)
              Debtor.              ) (Jointly Administered)

### NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION
PLEASE TAKE NOTICE THAT:
1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1146 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Kettering Facility Machinery, Equipment, And Inventory (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 20, 2008, Delphi Automotive Systems LLC (the "Seller") has entered into an Asset Purchase Agreement with Tenneco Automotive Operating Company Inc. for the purchase of certain assets used in the U.S. damper business, including the machinery, equipment, and inventory primarily used and located at Seller's damper manufacturing facility in Kettering, Ohio (the "Acquired Assets").
2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by delivering such offer to (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan, 48098, Attention: Karen J. Craft, Managing Restructuring Counsel; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60601-1285, Attention: Ron E. Meisler and T. Kellan Grant; (iii) counsel to the official committee of unsecured creditors (the "Creditors' Committee"), Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attention: Robert J. Rosenberg and Mark A. Broude; (iv) the Creditors' Committee's financial advisor, Mesirow Financial Consulting LLC, 666 Third Avenue, 21st Floor, New York, New York 10017, Attention: Ben Pickering; and (v) counsel for the Debtors' postpetition credit facility, Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Attention: Donald Bernstein and Brian Resnick, so as to be received not later than **11:00 a.m.** (prevailing Eastern time) on April 10, 2008. Pursuant to the Bidding Procedures, the Seller may conduct an auction for the Acquired Assets (the "Auction") beginning at **10:00 a.m.** (prevailing Eastern time) on **April 14, 2008** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive, Chicago, Illinois 60606, at the Seller's election.
3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Seller or by accessing Delphi's Legal Information Website, www.delphidocket.com.
4. The Bankruptcy Court will conduct a hearing to approve the sale of the Acquired Assets on **April 30, 2008** at **10:00 a.m.** (prevailing Eastern time).
5. The Sale Hearing will take place before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. Such hearing may be adjourned without notice other than an adjournment in open court.
6. Objections, if any, to the proposed sale must be filed and served in accordance with the Bidding Procedures Order, and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **April 23, 2008**.
7. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: New York, New York      BY ORDER OF THE COURT
       March 20, 2008

John Wm. Butler, Jr. (JB 4711)       Kayalyn A. Marafioti (KM 9632)
John K. Lyons (JL 4951)              Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026)             SKADDEN, ARPS, SLATE, MEAGHER
SKADDEN, ARPS, SLATE, MEAGHER          & FLOM LLP
  & FLOM LLP.                        Four Times Square
333 West Wacker Drive, Suite 2100    New York, New York 10036
Chicago, Illinois 60606              (212) 735-3000
(312) 407-0700

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

### MTA Bridges and Tunnels (B&T)
### Request For Proposals

Triborough Bridge and Tunnel Authority (TBTA) is hereby soliciting proposals on behalf of the E-ZPass Interagency Group (IAG) to: **Furnish and Provide Electronic Toll Technology and Associated Subsystem Components and Services for the Operation of an E-ZPass System.** The IAG includes Public Transportation Agencies /Authorities and Private Operators that offer Electronic Toll Collection (ETC) known as E-ZPass to their customers. The IAG currently has over 9 million account holders who utilize more than 16 million transponders operating E-ZPass for 23 Agencies in 12 States. **Solicitation No. 07-IAG-2782, Proposal Due Date: 7/18/08 at 3:30 PM.** Sealed proposals must be received by B & T at the Bid Suite, 3 Stone Street, New York, NY 10004. The project description can be found at http://www.mta.info/bandt/procure/rfppage.htm. (click on solicitation number).

 Metropolitan Transportation Authority