IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

# **AFFIDAVIT OF PUBLICATION OF AMY KIRBY IN THE DAYTON DAILY NEWS**

# Dayton Daily News

## AFFIDAVIT OF PUBLICATION

P.O. Box 643080

Cincinnati, OH 45264-3080

937-225-2107

STATE OF OHIO

MILLER ADVERTISING AGENCY

71 FIFTH AVE

NEW YORK, NY 10003-3004

Before me, the undersigned, a Notary public in and for said County, personally came Amy Kirby who being first duly sworn says he/she is the Legal Advertising Agent of the Dayton Daily News, which he/she says is a newspaper of general circulation in Montgomery, Clark, Warren, Butler, Clinton, Greene, Preble, Miami, Darke, Mercer, Shelby, Fayette, Logan, Hamilton, Clermont, Auglaize, and Champaign Counties, and State of Ohio, and he/she further says that the Legal Advertisement, a copy of which is hereunto attached, has been published in the said Dayton Daily News 0 Lines, 1 Time(s), last day of publication being 3/25/2008, and he/she further says that the bona fide daily paid circulation of the said Dayton Daily News was over (25000) at the time the said advertisement was published, and that the price charged for same does not exceed the rates charged on annual contract for the like amount of space to other advertisers in the general display advertising columns.

Signed _Amy Kirby_

Sworn or affirmed to, and subscribed before me, this 3/25/2008. In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

Notary Public

LORNA M. FOER, Notary Public
In and for the State of Ohio
My Commission Expires July 4, 2010

| | |
|---|---:|
| Invoice No. | 10333244 |
| Ad Cost | $742.00 |
| Paid | $0.00 |
| Due | $742.00 |

## Notice to Bidders

**DAYTON METROPOLITAN HOUSING AUTHORITY (DMHA)**

**LEGAL ADVERTISEMENT**

Visit www.dmha.org/bid.htm for additional information

DMHA wishes to contract with a firm or firms qualified as "General Contractors" for all labor, materials and equipment for the: **Air-Conditioning Upgrade at Desoto Bass Courts OH5-2**

**Obtain bid materials free of charge online at: www.dmha.org/bid.htm under IFB 08-03.** The entire Specifications are online as well as the Bid Packet. Or obtain bid materials from DMHA, 400 Wayne Avenue, Dayton, Ohio 45410, 937-910-7500 for a cost of $25.00 non-refundable charge (plus shipping and handling if applicable.)

A pre-bid conference has been scheduled for **Thursday, March 13th, 2008 at 1:00p.m.**

Sealed bids will be accepted at the above address until **Tuesday, April 1st, 2008 at 4:00p.m.** to the above mentioned address, at which time and place all bids will be opened and publicly read aloud.

DMHA's goal is to award 20 percent of contract funds to Minority Business Enterprise (MBE) firms. Encouraged proposal/contract contents: maximum MBE participation and Equal Employment Opportunity (EEO) provisions. In order to meet the DMHA MBE/WBE/SBE and Section 3 goals, contractors are encouraged to enter into partnerships or joint ventures to perform work. This notification emphasizes the Housing Authority's desire and preference for this type of participation among responding contractors.

DMHA reserves the right to reject any/all bids and waive any informality in bidding. DMHA also reserves the right not to award the contract.

Steven B. Stanley, Chairman, Board of Housing Commissioners
Gregory D. Johnson, Executive Director

Direct questions **in writing** to:
Cherish L. Cronmiller
Contracts Compliance Officer
cherishc@dmha.org

Direct questions **verbally** to:
Kevin Arnold, DMHA (937) 910-7637
karnold@dmha.org
10289590                                3-18,25/08

### INVITATION FOR BID

Sealed bids will be received in the office of the Manager of Procurement, GREATER DAYTON REGIONAL TRANSIT AUTHORITY, 4 South Main Street, Dayton, OH 45402; P.O. Box 1301, Dayton, Ohio 45401-1301, for the purchase of the following:

| Legal Notice No. | Title | Pre-Bid Conference | Bid Due Date and Time |
|---|---|---|---|
| GD 08-05 | Wright Stop Plaza Construction Document | 3/26/08, @ 10:00 a.m. | 4/9/08 @ 2:00 p.m. |

in accordance with the drawings and specifications on file at the Greater Dayton Regional Transit Authority (RTA).

Bid forms, specifications and drawings are available for purchase at Queen City Reprographics, (800) 966-2260 for the cost of the reproduction. Only complete bid document sets will be issued. Bidders are notified this is the only authorized source of bid documents, in order to insure an accurate record of bidders for addenda notification purposes. A 50% refund for the documents will be issued provided they are returned in usable condition as determined by RTA.

Pursuant to Section 153.54 et. seq. of the Ohio Revised Code, the bidder shall submit a BID GUARANTY in the form of either:
a. A bond for the full amount of the bid, conditioned that if the bid is accepted, the bidder after the awarding or the recommendation for awarding the contract, will enter into a proper contract based upon the bid; or
b. A certified check, cashier's check, or letter of credit pursuant to Chapter 1305, Ohio Revised code, in the amount of 10 percent of the base bid amount. If a 10 percent GUARANTY is submitted, provided that the bid is accepted, the bidder will, after the awarding or recommendation for awarding the contract, enter into a proper contract and indemnify the RTA against all damages suffered by failure to perform the contract by supplying a performance bond in accordance with Section 153.54(2) et. seq. of the Ohio Revised Code for the FULL AMOUNT OF THE CONTRACT.

All bidders will be required to comply with all applicable Equal Employment Opportunity laws and regulations. All bid and related documents shall be subject to a financial assistance contract between the RTA and the United States Department of Transportation under the Urban Mass Transportation Administration Act of 1964, as amended, terms and conditions established under the act will apply. All bidders will be required to certify they are not on the U.S. Comptroller General's Consolidated list of ineligible contractors. Manufacturers appearing on said list will be considered ineligible.

Deborah Howard
Manager, Procurement
10308243                                3-18,25/08

### Public Auctions/Sales

**NOTICE OF PUBLIC SALE**

On Monday, April 14, 2008 at 12:00 p.m., U-Store-It at 3785 Shiloh Springs Road in Dayton, OH 45426 With Reserve, Will sell by the unit to the highest bid for CASH all rights, title and interest to the following property now in the possession of: Joyce A Beasley, 711 Hallworth Place, Trotwood, OH 45426, Unit 1-0007. Bobbie J. Foley, 1220 Trieschman Ave, Dayton, OH 45408, Unit 1-0028: lawn mower, grill. Avanna L Owens, 106 Woolery Lane Apt C, Dayton, OH 45415, Unit 1-0138. John Stoffer, P.O. Box 26172, Trotwood, OH 45426, Unit 1-0200: window. Reginald Brooks, 1830 Litchfield Dr, Dayton, OH 45406, Unit 1-0650: jet ski, car seat, air compressor. Kenneth Smith, 4140 Rundell Dr, Dayton, OH 45415, Unit 1-0808: car seats, spreader. Stanley L Mason, 1500 Canfiled Ave, Dayton, OH 45406, Unit 1-0817: transmission, jack, tractors. All storage units contain household items unless otherwise mentioned. Terms are Cash Only! A $50.00 cash deposit will be required for any purchase. All items bought must be removed the same day by 6:00pm. U-Store-It reserves the right to withdraw a unit from Public Sale at any time. The terms and conditions of sale will be made available at 3785 Shiloh Springs Road, Dayton, OH 45426 on sale day. For information call (937)837-5777 between 9:30am and 6:00pm Monday through Friday.
10328093                                3-25,4-1/08

**Notice of Public Sale**

On Monday April 14th, 2008 at 9:30 AM. U-Store-It at 8501 Springboro Pike Miamisburg, OH 45342 With reserve, will sell by the unit to the highest bid for CASH, all rights, title and interest to the following property now in the possession of: Charles E Bursey II, Unit 56, PO BOX 1161, Dayton, OH 45401: Capsulated System, Unit 73, 1034 Hanshaw Rd, Ithaca, NY 14850: grill, cabinets: Lovell Williams, Unit 155, 16185 Marlowe Way, Granger, IN 46530: Brenda Frierson, Unit 16B, 2800 Shafor Blvd Apt 3, Oakwood, OH 45419: animal cage: Tiffany L Cole, Unit 47A, 1422 West Grand Ave, Dayton, OH 45402: Dustin T Holley, Unit 64A, 2048 Randy Scott Dr Apt C, West Carrollton, OH 45449: Lorne Charleston, Unit 69A, 3330 Hemlock, Miamisburg, OH 45342: Todd M Welch, Unit 148B, 2739 Wooden Brook Ave, Miamisburg, OH 45342: Almond B Moss, Unit 159C, 1005 Gaslight Ct Apt 2, Miamisburg, OH 45342: tools: All storage units contain household items unless otherwise mentioned. Terms are Cash Only! A $50.00 cash deposit will be required for any purchase. All items bought must be removed the same day by 5:00pm. U-Store-It reserves the right to withdraw a unit from Public Sale at any time. The terms and conditions of sale will be made available at U-Store-It 8501 Springboro Pike Miamisburg, OH 45342 on sale day. For information all interested parties call (937) 435-3244 between 9:30am and 6:00pm Monday through Friday
10328189                                3-25,4-1/08

**Notice of Public Sale**

On Monday April 14, 2008 at 11:15 a.m., U-Store-It 426 Smithville Road Dayton OH 45431 with reserve, will sell by the unit to the highest bid for CASH all rights, title and interest to the following property now in the possession of: Raymond T. Heidenreich, unit 246, 4614 Penn Ave Apt 202, Dayton, OH 45432. toolboxes, tires. All storage units contain household items unless otherwise mentioned. Terms are Cash Only! A $50.00 cash deposit will be required for any purchase. All items bought must be removed the same day by 5:00 p.m. U-Store-It reserves the right to withdraw a unit from Public Sale at any time. Terms and conditions of sale will be made available at U-Store-It 426 Smithville Road Dayton, OH 45431 on sale day. For information all interested parties call (937) 256-4022 between 9:30 a.m. and 6:00 p.m. Monday through Friday.
10317479                                3-25,4-1/08

### Public Hearings

**NOTICE OF DRAWING OF JURORS**

In accordance with Section 2313.20 of the Ohio Revised Code, notice is hereby given that the jurors of the Common Pleas Court of Montgomery County, Ohio for the 2007/2008 May Term will be drawn in the Jury Services Office, Room No. 113, First Floor, in the Montgomery County Common Pleas Court's Building, 41 N. Perry Street, at 9:30 a.m. on Thursday, April 3, 2008.

Douglas G. Dempsey
Juanita A. Hamilton
Jury Commissioners
Montgomery County, Ohio
10328431                                3-25/08

---

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                    ) Chapter 11
DELPHI CORPORATION, et al.,              ) Case No. 05-44481 (RDD)
           Debtor.                       ) (Jointly Administered)

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1146 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Kettering Facility Machinery, Equipment, And Inventory (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 20, 2008, Delphi Automotive Systems LLC (the "Seller") has entered into an Asset Purchase Agreement with Tenneco Automotive Operating Company Inc. for the purchase of certain assets used in the U.S. damper business, including the machinery, equipment, and inventory primarily used and located at Seller's damper manufacturing facility in Kettering, Ohio (the "Acquired Assets").

2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by delivering such offer to (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098, Attention: Karen J. Craft, Managing Restructuring Counsel; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60601-1285, Attention: Ron E. Meisler and T. Kellan Grant; (iii) counsel to the official committee of unsecured creditors (the "Creditors' Committee"), Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attention: Robert J. Rosenberg and Mark A. Broude; (iv) the Creditors' Committee's financial advisor, Mesirow Financial Consulting LLC, 666 Third Avenue, 21st Floor, New York, New York 10017, Attention: Ben Pickering; and (v) counsel for the Debtors' postpetition credit facility, Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Attention: Donald Bernstein and Brian Resnick, so as to be received not later than **11:00 a.m.** (prevailing Eastern time) on **April 10, 2008**. Pursuant to the Bidding Procedures, the Seller may conduct an auction for the Acquired Assets (the "Auction") beginning at **10:00 a.m.** (prevailing Eastern time) on **April 14, 2008** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive, Chicago, Illinois 60606, at the Seller's election.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Seller or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. The Bankruptcy Court will conduct a hearing to approve the sale of the Acquired Assets on **April 30, 2008 at 10:00 a.m.** (prevailing Eastern time).

5. The Sale Hearing will take place before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. Such hearing may be adjourned without notice other than an adjournment in open court.

6. Objections, if any, to the proposed sale must be filed and served in accordance with the Bidding Procedures Order, and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **April 23, 2008**.

7. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: New York, New York                BY ORDER OF THE COURT
       March 20, 2008

John Wm. Butler, Jr. (JB 4711)           Kayalyn A. Marafioti (KM 9632)
John K. Lyons (JL 4951)                  Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026)                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  Four Times Square
333 West Wacker Drive, Suite 2100        New York, New York 10036
Chicago, Illinois 60606                  (212) 735-3000
(312) 407-0700

10333244  Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession    3-25/08

---

937•pets•com