SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                      Debtors.            :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
CAPPING PROOF OF CLAIM NUMBER 2226
(MARK PYC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Mark Pyc ("Pyc") respectfully submit this Joint Stipulation And Agreed Order Capping Proof Of Claim Number 2226 (Mark Pyc) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 ("Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on March 21, 2006, Pyc filed proof of claim number 2226 (the "Proof of Claim") against Delphi.  The Proof of Claim asserts an unsecured non-priority claim in an unliquidated amount arising from alleged personal injuries (the "Claim").

WHEREAS, by the execution of this Joint Stipulation and the agreement of the parties, the Proof of Claim is hereby deemed objected to within the meaning of section 502 of the Bankruptcy Code.

WHEREAS, pursuant to this Joint Stipulation, the Debtors and Pyc acknowledge and agree that (i) the asserted amount of the Claim shall be modified and capped at $250,000.00 and (ii) the ultimate allowed amount of the Claim shall be determined through arbitration.

THEREFORE, the Debtors and Pyc stipulate and agree as follows:

1.    The Claim is hereby capped such that in no event shall the Claim be allowed in an amount exceeding $250,000.00.

2.    The Claim is hereby deemed objected to within the meaning of section 502 of the Bankruptcy Code.

2

3.      The ultimate allowed amount of the Claim shall be determined through arbitration.  The arbitrator will be determined by agreement of the parties, provided that, if the Debtors and Pyc are unable to agree upon an arbitrator and the terms of the arbitration, the parties shall promptly report such inability to agree to the Court, and the Court will appoint an arbitrator who will impose the terms of the arbitration.

4.      Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

So Ordered in New York, New York, this 2nd day of April, 2008

      /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

            - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,

/s/ David W. Olson
David W. Olson
Brown Chiari LLP
5775 Broadway
Lancaster, New York 14086
(716) 681-7190

Attorney for Mark Pyc

3

Debtors and Debtors-in-Possession