SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER WITHDRAWING
WITH PREJUDICE PROOF OF CLAIM NUMBER 4889
(CHARLES CLARK)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Charles Clark ("Clark"), and Raybestos Products Co. ("Raybestos"), respectfully submit this Joint Stipulation Withdrawing With Prejudice Proof Of Claim Number 4889 (Charles Clark), and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 5, 2006, Clark filed proof of claim number 4889 against Delphi, which asserts an unsecured non-priority claim for an unliquidated amount (the "Claim") stemming from a personal injury Clark suffered.

WHEREAS, the Claim is related to the First Amended Complaint And Jury Demand filed by Clark in Macomb County Circuit Court against DAS LLC on July 12, 2005.

WHEREAS, Raybestos agreed to defend and indemnify the Debtors pursuant to Article 7.02 (Indemnification of Buyer) of the Asset Sale Agreement entered into by the parties on Feb. 1, 2002 incorporated into the Asset Sale Agreement dated February 1, 2002.

THEREFORE, the Debtors, Clark, and Raybestos stipulate and agree as follows:

1.   Proof of claim number 4889 shall be withdrawn with prejudice.

2. Clark shall be limited in his recovery to the amounts available under any valid insurance policy insuring Raybestos.

So Ordered in New York, New York, this 2nd day of April, 2008

      /s/Robert D. Drain
  UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Alan B. Posner |
|---|---|
| John Wm. Butler, Jr. | Alan B. Posner |
| John K. Lyons | KELMAN LORIA PLLC |
| Ron E. Meisler | 660 Woodward Ave., Suite 1420 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Detroit, Michigan 48226 |
| | (313) 961-7363 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | Attorneys for Charles Clark |
| (312) 407-0700 | |
| - and – | /s/ David Baxter |
| Kayalyn A. Marafioti | David Baxter |
| Thomas J. Matz | NAGI, BAXTER & SEYMOUR |
| Four Times Square | 155 West Congress Suite 300 |
| New York, New York 10036 | Detroit, MI 48226-3272 |
| (212) 735-3000 | (313) 964-2040 |
| Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession | Attorneys for Raybestos Products Co. |

3