UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                             :

     In re                         :        Chapter 11
                                 :

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                               :

               Debtors.    :        (Jointly Administered)
                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018
AUTHORIZING PARTIES TO FILE UNDER SEAL MATERIALS
DESIGNATED FOR INCLUSION IN RECORD ON APPEAL FROM BANKRUPTCY
COURT'S DENIAL OF AUTOMODULAR'S MOTION TO COMPEL ASSUMPTION
OR REJECTION OF EXECUTORY CONTRACTS AND MOTION TO ALLOW AND
DIRECT PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

("AUTOMODULAR APPELLATE RECORD MATERIAL SEAL ORDER")

Upon the unopposed application, dated April 3, 2008 (the "Application"), of

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11

U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 authorizing the parties to file under seal those

materials designated for inclusion in the record on appeal from the Bankruptcy Court's denial of

the motion of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., and

Automodular Assemblies (Ohio) Inc. (collectively, "Automodular") to compel assumption or

rejection of executory contracts and allow and direct payment of administrative expense claim

(Docket No. 12453) (the "Automodular Motion"); and it appearing that pursuant to Fed. R.

Bankr. P. 9018, no notice of the relief requested in the Application need be provided; and this

Court having determined that the relief requested in the Application is in the best interests of the

Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Application is GRANTED to the extent provided herein.

2.      Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, the parties are

authorized to file redacted versions of confidential documents and materials designated for

inclusion in the record on appeal of the order denying the Automodular Motion (the

"Confidential Exhibits").

3.      The Confidential Exhibits designated as record items shall (a) remain

confidential, (b) be filed under seal in unredacted form with the Clerk of the Bankruptcy Court,

(c) be transmitted under seal in unredacted form to the Clerk of the District Court or the United

States District Judge designated to hear the appeal, if and when requested, and (d) be served on

and made available in unredacted form only to (i) the United States Trustee for the Southern

District of New York, (ii) counsel to the Debtors' official committee of unsecured creditors, and

(iii) such other parties as ordered by this Court or as agreed to in writing by the Debtors and

Automodular.

4.      Redacted copies of the Confidential Exhibits may be submitted in

connection with the transmittal of the designated public record on appeal in this matter.

5.      The requirement pursuant to Rule 9013-1(b) of the Local Bankruptcy

Rules for the Southern District of New York that the Debtors file a memorandum of law in

support of the Application is hereby waived.

05-44481-rdd   Doc 13319   Filed 04/03/08   Entered 04/03/08 15:37:58   Main Document
Pg 3 of 3

6.      This Court retains jurisdiction to interpret and enforce the terms of this

Order.

7.      This Order is without prejudice to any determination that the District

Court may make with regard to filing the Confidential Exhibits under seal in the District Court.


Dated:   New York, New York
         April 3, 2008


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE