SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :
    In re                      :    Chapter 11
                       :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                       :
             Debtor.    :    (Jointly Administered)
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN
CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

PLEASE TAKE NOTICE THAT:

    1.    On December 21, 2007, the United States Bankruptcy Court entered an

order (Docket No. 11578) (the "Steering Bidding Procedures Order") authorizing and

approving, among other things, notice procedures related to the assumption and assignment

of certain prepetition executory contracts and unexpired leases in connection with the sale of the Debtors' steering and halfshaft business (the "Steering Business").

2.        Pursuant to the terms of the Master Sale and Purchase Agreement entered into by and among Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"),[1] and Steering Solutions Corporation and certain of its affiliates (the "Buyers"), the Selling Debtor Entities will seek to assume and assign to the Buyers certain prepetition executory contracts and unexpired leases related to the Steering Business.

3.        On March 25, 2008, the Bankruptcy Court entered an order, which, among other things, established procedures for assuming and assigning certain remaining executory contracts that were not included on the notices under the Bidding Procedures Order (Docket No. 13232) (the "Omitted Contract Assumption Procedures Order").

4.        In accordance with the Omitted Contract Assumption Procedures Order and the Agreement, the Selling Debtor Entities hereby provide notice of their intent to cure ("Cure") and assume and assign to the Buyers the contract(s) listed on Exhibit 1 attached hereto (the "Omitted Contracts").  The Debtors' records reflect the amounts owing for prepetition arrearages as set forth on Exhibit 1 (the "Cure Amount").

5.        The assumption of the Omitted Contracts would occur on the earlier of the Debtors' emergence date from these chapter 11 cases (the "Emergence Date") pursuant to the Debtors' confirmed plan of reorganization (the "Plan") or the closing date on the sale of the Steering Business (the "Closing Date").  Under either scenario, the Cure Amounts would be paid in cash.

---

[1]        Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC, Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holdings), Inc. Certain assets will be sold under the Agreement by non-Debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

2

6.      Even if the Emergence Date occurs before the Closing Date and the

Omitted Contracts listed on Exhibit 1 are assumed by the Debtors on the Emergence Date, the

Selling Debtor Entities would assign such contracts to the Buyers on the Closing Date.

7.      Objections, if any, to the assumption and assignment of an Omitted

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Tenth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered February 4, 2008 (Docket No. 12487)

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so that it is actually received within ten days

after the date of this notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

3

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons, Ron E. Meisler, and Brian

M. Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vii) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (viii) counsel for the Buyers, Kirkland & Ellis LLP, 777

South Figueroa Street, Los Angeles, California 90017 (Att'n: Richard L. Wynne), and (ix) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

        8.     If an objection to the assumption and assignment of an Omitted

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, **on April 30, 2008, at 10:00 a.m. (prevailing Eastern time)** or

such date and time as the Court may schedule.  If no objection is timely received, the non-

Debtor party to the Omitted Contract will be deemed to have consented to the assumption and

assignment of the Omitted Contract to the Buyers and will be forever barred from asserting

any other claims, including, but not limited to, the propriety or effectiveness of the

assumption and assignment of the Omitted Contract, against the Selling Debtor Entities or the

Buyers, or the property of either of them.

        9.     Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in this Notice will be paid in accordance with the

terms of the Omitted Contracts Assumption Procedures Order.  Further, there is adequate assurance of the Buyers' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Buyers.

10.     Prior to the Closing Date, the Selling Debtor Entities may revise their decision with respect to the assumption and/or assignment of any Omitted Contract and provide a new notice amending the information provided in this notice.

Dated:  New York, New York
   April 3, 2008

           SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

        By:  /s/ John Wm. Butler, Jr.
          John Wm. Butler, Jr. (JB 4711)
          John K. Lyons (JL 4951)
          Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

            - and -

        By:  /s/ Kayalyn A. Marafioti
          Kayalyn A. Marafioti (KM 9632)
          Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession

# EXHIBIT 1

ABC PLASTIC MOLDINGS
AMILCAR HERRERA ACCOUNT MANAGER
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation acting through its Saginaw Division and ABC Plastic Moulding, with a term of April 1, 2005 - December 31, 2009 | $0.00 |

# EXHIBIT 1

ABC PLASTIC MOLDINGS
AMILCAR HERRERA ACCOUNT MANAGER
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and ABC Plastic Moulding, with a term of July 15, 2002 - December 31, 2008 | $0.00 |

# EXHIBIT 1

ABC PLASTIC MOLDINGS
AMILCAR HERRERA ACCOUNT MANAGER
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation acting through its Delphi Saginaw Division and ABC Plastic Moulding, with a term of March 12, 2003 - December 31, 2009 | $0.00 |

# EXHIBIT 1

ABC PLASTIC MOLDINGS
AMILCAR HERRERA
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26118515 between ABC Plastic Moulding and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |

# EXHIBIT 1

BAILEY MANUFACTURING
JOHN HINES
10979 BENNETT STATE RD PO 356
FORESTVILLE, NY 14062

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Surcharge agreements covering part numbers 26114911 and 26106041 | $0.00 |

# EXHIBIT 1

BAILEY MANUFACTURING
JOHN HINES
10979 BENNETT STATE RD PO 356
FORESTVILLE, NY 14062

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Bailey Manufacturing Company LLC, with a term of January 1, 2004 - December 31, 2010 | $0.00 |

# EXHIBIT 1

BAILEY MANUFACTURING
JOHN HINES
10979 BENNETT STATE RD PO 356
FORESTVILLE, NY 14062

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Bailey Manufacturing Company LLC, with a term of March 1, 2005 - December 31, 2010 | $0.00 |

# EXHIBIT 1

BAILEY MANUFACTURING
JOHN HINES
10979 BENNETT STATE RD PO 356
FORESTVILLE, NY 14062

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26106041 between Bailey Manufacturing Company LLC and Delphi LLC acting through its Delphi Saginaw Steering Systems dated August 19, 2003; Term 1/1/06 - 12/31/12 | $0.00 |

# EXHIBIT 1

GAGNIER, RKM INC.
GARY STREETMAN
209 DOUGLAS PO BOX 92
MONTROSE, MI 48457

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Gagnier/RKM Inc. and Delphi Automotive Systems LLC acting through its Saginaw Steering Systems dated August 23, 2005; Term 1/1/06 thru 12/31/08 | $0.00 |

# EXHIBIT 1

Grupo ABC de Mexico
AMILCAR HERRERA
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract covering part number 26119489 between Grupo ABC de Mexico and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |

# EXHIBIT 1

Grupo ABC de Mexico
AMILCAR HERRERA
24133 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Long Term Contract covering part number 26117536 between Grupo ABC de Mexico and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |

# EXHIBIT 1

HITCHINER MFG.
KENNETH E. SIEMS
ELM ST PO BOX 2001
MILFORD, NH 03055

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of January 1, 2005 - December 31, 2008 | $0.00 |

# EXHIBIT 1

HITCHINER MFG.
KENNETH E. SIEMS
ELM ST PO BOX 2001
MILFORD, NH 03055

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of January 1, 2005 - December 31, 2010 | $0.00 |

# EXHIBIT 1

HITCHINER MFG.
KENNETH E. SIEMS
ELM ST PO BOX 2001
MILFORD, NH 03055

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of August 1, 2005 - December 31, 2011 | $0.00 |

# EXHIBIT 1

HITCHINER MFG.
KENNETH E. SIEMS
ELM ST PO BOX 2001
MILFORD, NH 03055

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract covering part number 26117180 between Hitchiner Mfg. and Delphi Automotive Systems LLC acting through its Delphi Saginaw Division dated October 5, 2004; Term 4/1/06 - 3/31/09 | $0.00 |

# EXHIBIT 1

INA USA CORP.
JIM CLOW
1750 E BIG BEAVER RD
TROY, MI 48083

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and INA USA Corporation, with a term of February 17, 2003 - December 31, 2009 | $0.00 |

# EXHIBIT 1

JMS PLASTICS
CHRIS KOVATH
52275 STATE RD 933 N PO BX 927
SOUTH BEND, IN 46624

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26117743 between JMS Plastics and Delphi Automotive Systems LLC acting through its Steering Division dated October 11, 2004; Term 4/1/06 - Model Year 2014 | $0.00 |

# EXHIBIT 1

KENDALE INDUSTRIES, INC.
LARRY MCLAUGHLIN
7600 HUB PARKWAY
VALLEY VIEW, OH 44125

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 7800580 between Kendale Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems dated March 12, 2003; Term 1/1/06 - 12/31/10 | $0.00 |

# EXHIBIT 1

LAKESIDE PLASTICS LTD.
JOE LUCKINO
3786 N TALBOT PLT 1
WINDSOR, ON N0R 1L0
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26122450 between Lakeside Plastics Ltd. and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 3, 2005; Term Model Year Beginning 2007 - 12/31/10 | $0.00 |

# EXHIBIT 1

LAKESIDE PLASTICS LTD.
JOE LUCKINO
3786 N TALBOT PLT 1
WINDSOR, ON N0R 1L0
CA

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26123828 between Lakeside Plastics and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 9, 2005; Term Model Year Beginning 2008 - 12/31/12 | $0.00 |

# EXHIBIT 1

MADISON-KIPP
JERRY LAWICKI
PO BOX 8043
MADISON, WI 53708

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Madison-Kipp Corp. and Delphi Automotive Systems LLC acting through its Saginaw Division dated February 10, 2005; Term 7/1/04 - 6/30/08 | $0.00 |

# EXHIBIT 1

MEANS
TODD CARLSON
3715 E. WASHINGTON RD.
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Surcharge Implementation, acknowledged and agreed on 12/17/2004 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES
PAMELA GREVE
3715 E WASHINGTON AVE
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Means Industries, with a term of January 1, 2005 - December 31, 2012 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES
PAMELA GREVE
3715 E WASHINGTON AVE
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract covering part numbers 26117181 and 26117676 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/12 | $0.00 |

# EXHIBIT 1

MEANS INDUSTRIES
PAMELA GREVE
3715 E WASHINGTON AVE
SAGINAW, MI 48601

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract covering part number 26114392 and 26114394 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated August 16, 2004; Term 6/1/06 - 12/31/12 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Long Term Contract between Delphi Systems LLC acting through its Delphi Saginaw Division and National Molding, with a term of model year 2005 - calendar year 2009 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26119373 between National Molding Corporation and Delphi Systems LLC acting through its Delphi Saginaw Division dated September 7, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26122374 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26122375 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26118737 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

NATIONAL MOLDING
VINCE HOSKO
5 DUBON CT
FARMINGDALE, NY 11735

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26118739 between National Molding, Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

NN INC.
TOM BROWN
800 TENNESSE RD
ERWIN, TN 37650

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract between NN Incorporated and Delphi Corporation LLC acting through its Delphi Saginaw Division dated January 5, 2004; Term 1/1/04 - 12/31/08 | $0.00 |

# EXHIBIT 1

NSK ISKRA Avtoelektrika
CAROL METTLER
4200 GOSS RD PO BOX 134007
ANN ARBOR, MI 48105

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Iskra Avtoelektrika and Delphi Automotive Systems LLC acting through its Saginaw Steering dated April 2004; Term 1/1/06 - 12/31/12 | $0.00 |

# EXHIBIT 1

PRIDGEON & CLAY
AL BOLT
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |

# EXHIBIT 1

PRIDGEON & CLAY
AL BOLT
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |

# EXHIBIT 1

Pridgeon & Clay
AL BOLT
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part number 26117193 between Pridgeon and Clay and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/11 | $0.00 |

# EXHIBIT 1

S&Z TOOL & DIE CO.
RICHARD LEMPNER
3180 BEREO RD.
CLEVELAND , OH 44111

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract covering part numbers 26105188 and 26105189 between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and S&Z Tool & Die with a term of May 1, 2003 - December 31, 2011 | $6,009.23 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2002 - 2024, which includes OEM production and 15-year service requirement | $0.00 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2005 - 2026, which includes OEM production and 15-year service requirement | $0.00 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2002 - 2024, which includes OEM production and 15-year service requirement | $0.00 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Long Term Contract covering part number 26119993 between Taigene Electric Machinery and Delphi Automotive Systems LLC acting through its Saginaw Steering Division dated April 2005; Term 1/1/06 - 12/31/12 | $0.00 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Addendum to Additional Purchase Order Provisions Long Term Contract between Taigene Electric Machinery Company and Delphi Saginaw Steering Systems dated May 12, 2004 | $0.00 |

# EXHIBIT 1

TAIGENE
M. NEIHAUS
6001 N ADAMS RD STE 125
BLOOMFIELD HILLS, MI 48304

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Addendum to Additional Purchase Order Provisions Long Term Contract between Taigene Electric Machinery Company and Delphi Saginaw Steering Systems dated December 1, 2005 | $0.00 |

# EXHIBIT 1

TEXTRON
BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES
840 W. LONG LAKE RD.
SUITE 450
TROY, MI 48098

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems and TEXTRON Fastening Systems, Precision Stamping Division, with a term of January 15, 2004 - December 31, 2008 | $0.00 |

# EXHIBIT 1

TEXTRON
BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES
840 W. LONG LAKE RD.
SUITE 450
TROY, MI 48098

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Textron - PSD Operations with a term of January 1, 2004 - December 31, 2009 | $0.00 |

# EXHIBIT 1

TEXTRON
BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES
840 W. LONG LAKE RD.
SUITE 450
TROY, MI 48098

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Textron - PSD Operations, with a term of January 1, 2005 - December 31, 2009 | $0.00 |

# EXHIBIT 1

UNIVERSAL SCIENTIFIC IND. CO.
LOUIS SHIH
141 LANE
351 TAIPING RD., SEC. 1
TSAO TUEN, NANTAU,
TAIWAN

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| Long Term Contract between Delphi Corporation and Universal Scientific Industrial Co., Ltd. with a term of calendar year 2002-2009 | $0.00 |