

# AUTOMODULAR ASSEMBLIES INC.

1655 Feldspar Ct., Unit 1
Pickering, Ontario
L1W 3R7
Phone: (905) 420-6020
Fax: (905) 420-6508

August 21, 2000

Ron Marconi
Sr. Commodity Manager
Delphi Global Purchasing
Harrison Thermal Systems
World Headquarters
200 Upper Mountain Road
Lockport New York, USA 14094-1896

**RE: Request for quote on CRFM assembly for the GMX 367/365/210/230**

Ron:

Automodular Assemblies is pleased to provide to you, a revised quote as per our conversation pertaining to the request you have submitted for sub assembly and sequencing services on the Condenser, Radiator & Fan Module, for the:

2003-2007 MY Mid/Lux platform Pontiac Grand Prix (GMX 367)

2004-2008 MY Mid/Lux platform Buick models (GMX 365)

2004-2006 MY Mid/Lux Chevrolet Impala/Monte Carlo models (GMX 210/230).

This quote is identical to the business conditions as outlined in our August 15, 2000 letter to you except for the following:

1-year three and four offer a $^{Redac}$ price reduction

2-year one and eight are closer together in price         Redacted

3-Price quoted in US dollars without currency fluctuation statement.

US Funds x annual volume

| MY | GMX 367 | GMX 365 | GMX 367/365 | GMX 210/230 |
|----|---------|---------|-------------|-------------|
| Plant | Osh Car 2 | Osh Car 2 | Osh Car 2 | Osh Car 1 |
| 2003 | | | | |
| 2004 | | | | |
| 2005 | | Redacted | | |
| 2006 | | | | |
| 2007 | | | | |
| 2008 | | | | |

Redacted

**Confidential**
**AUTO-548**

- Page 2                                                                    August 21, 2000

- Rate is non-applicable to any program standing alone. It is a blended price and is only applicable to
  these volume/plant/engine model mix scenarios as presented in the RFQ package.

All other terms and conditions are applicable to Automodular Assemblies Inc. agreement. If you have
any other questions, we would be more than willing to accommodate your request.

Sincerely,

Jim Gazo, Director Business Development

Cc: Winston Ash, Russ Baranowski, and Travis Doyle

**Automodular Assemblies Inc.**

**Confidential
AUTO-549**

Confidential
AUTO-550

21/08/00

**Quote for**
**Delphi Harrison**
**CRFM Module**

| AUTOMODULAR QUOTE |
|---|
| CAR PLANT 1 BUSINESS: Refreshened 210/220 Chev 2004-2006 my |
| CAR PLANT 2 BUSINESS: MID/LUX BASED PONTIAC 2003-2007my & BUICK 2004-2008 my |
| 21-Aug-00 |

DATE

VOLUME                                   UNITS PER YEAR
PROPOSED VARIABLE SELLING PRICE: CDN $
PROPOSED VARIABLE SELLING PRICE: US $
MANPOWER:
SQUARE FOOTAGE:
SQ FT PER OPERATOR
SQ FT TO OPERATOR RATIO
EQUIPMENT CAPITAL:
Inflationary factor for labour
GROSS CAPITAL:
START UP COSTS
CARRYING COSTS
Grand Capital:
FIXED SALES
TOTAL SALES
INCREMENTAL COST
    MATERIAL COST
    INBOUND FREIGHT
    OUTBOUND FREIGHT
    LABOUR % BENEFITS
    FIXED COSTS (ADMIN & O-HEA
    FIXED COSTS (OCCUPANY COS
    CAPITAL & STARTUP & LEASE)

Redacted

TOTAL COST

TOTAL PROFIT

TOTAL PRE TAX

TAX

INCREMENTAL NET INCOME

Delphi
Sales

Rev 1:
a-Lower diff from yr 1&yr
b-offer 3% pr red, yr's 3&4
c-lock US exchange @.65 exchange over life

## Standard volume=
## 2 shift situation at both
## Osh Car 1 & 2

Plant 1