

Automotive Systems

Delphi Global Purchasing
Ron Marconi
Phone [716-439-2514]  Fax [716-439-2
[alt fax: 716-439-

October 19, 2000

Jim Gazo
Automodular Assemblies Inc.
830 Brock Road South Unit #4
Pickering     Ontario     Canada     L1V2R4

Dear Jim:

This letter confirms the awarding of the GMX 367/365/210/230 CRFM Program to your company.

The award is follows:

> Redacted

The equipment costs of   Redacted   are included in the piece price.

The currency clause cited in Automodular's Sept. 21, 2000 letter is accepted.

Congradulations !

Best Regards,

*[signature]*

Confidential
AUTO-514

Harrison Thermal Systems  World Headquarters  200 Upper Mountain Road  Lockport, New York 14094-1896 USA