

# AUTOMODULAR CORPORATION

June 12, 2006

Doug McLean
Senior Buyer
Delphi Global Supply Management
716-439-2480
doulgas.l.mclean@delphi.com

RE: GMX211/231/365/367 CRFM De-Rate Scope Change & Exchange Adjustment

Dear Doug:

Our original contract was based on GM Oshawa Car #1 assembly plant production line at 66.875 net jobs per hour producing 1,560 units per day and GM Oshawa Car #2 assembly plant production line at 65 net jobs per hour producing 1,070 units per days (total output is 2,630 units per day). A change to the net jobs per hour is considered a scope change to our contract and pricing is to be adjusted accordingly. GM Oshawa Car #2 assembly plant production line has de-rated to 63.25 net jobs per hour on January 23, 2006 (total output changes to 2,572 units per day) and 55 net jobs per hour on May 8, 2006 (total output changes to 2,440 units per day). GM Oshawa Car #1 assembly plant production line will de-rate to run at 61.5 net jobs per hour on July 17, 2006 (total output changes to 2,356 units per day). The de-rate impact timing also affects the exchange rate adjustment on April 1, 2006.

The following table outlines the purchase orders and part numbers along with the required pricing at the specific dates for each of the adjustments noted above:

| Purchase Order # | Part # | Starting Price January 1, 2006 | New Price Oshawa #2 De-rate 63.25 net jobs per hour January 23, 2006 | New Price Exchange Rate @ 1.168 April 1, 2006 | New Price Oshawa #2 De-rate 55 net jobs per hour May 8, 2006 | New Price Oshawa #1 De-rate 61.5 net jobs per hour July 17, 2006 |
|---|---|---|---|---|---|---|
| 550059352 | 52406053 | | | | | |
| 550060368 | 52406299 | | | | | |
| 550072058 | 52445908 | | | | | |
| 550074793 | 52410855 | | | Redacted | | |
| 550078476 | 52415724 | | | | | |
| 550078478 | 52415725 | | | | | |
| 550078479 | 52415727 | | | | | |
| 550078480 | 52445588 | | | | | |

*20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8*
*PHONE: 416 861 0662 FAX: 416 861 0063*
*WWW.AUTOMODULAR.COM*

The calculation of the price adjustments above are as follows:

Redacted

Give me a call if you have any questions. Please fax a copy of the adjusted purchase orders to 905-665-8560 and/or e-mail a copy to c.dell@automodular.net

Regards,

Christopher Dell
Business Development Manager
905-665-0060 x102
905-391-0077 Cell

CC: Michael Blair, Jim Gazo, Christopher Nutt, Marshall McMaster

GMX211+231+365+367 CRFM Price Adjustment Table (10-03-06)
2005 Adj nts

| | | GM OSHAWA CAR PRODUCTION | | | | PRICE ADJUSTMENT | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Plant #1 | | Plant #2 | | Screw | Label | Nyogel | Clips |
| | | | | | | -$ | | | |
| START | END | TOTAL | CUM | TOTAL | CUM | | | | |
| 01-Jul-05 | 09-Jul-05 | - | - | - | - | $ | | | |
| 10-Jul-05 | 16-Jul-05 | - | - | - | - | $ | | | |
| 17-Jul-05 | 23-Jul-05 | 3,445 | 3,445 | 5,003 | 5,003 | -$ | | | |
| 24-Jul-05 | 30-Jul-05 | 4,490 | 7,935 | 5,319 | 10,322 | -$ | | | |
| 31-Jul-05 | 06-Aug-05 | 5,511 | 13,446 | 5,033 | 15,355 | -$ | | | |
| 07-Aug-05 | 13-Aug-05 | 5,888 | 19,334 | 5,276 | 20,631 | -$ | | | |
| 14-Aug-05 | 20-Aug-05 | 6,062 | 25,396 | 5,422 | 26,053 | -$ | | | |
| 21-Aug-05 | 27-Aug-05 | 7,619 | 33,015 | 5,926 | 31,979 | -$ | | | |
| 28-Aug-05 | 03-Sep-05 | 5,246 | 38,261 | 3,395 | 35,374 | -$ | | | |
| 04-Sep-05 | 10-Sep-05 | 5,328 | 43,589 | 4,206 | 39,580 | -$ | | | |
| 11-Sep-05 | 17-Sep-05 | 7,777 | 51,366 | 5,945 | 45,525 | -$ | | | |
| 18-Sep-05 | 24-Sep-05 | 7,551 | 58,917 | 5,861 | 51,386 | -$ | | | |
| 25-Sep-05 | 01-Oct-05 | 7,399 | 66,316 | 6,179 | 57,565 | -$ | | | |
| 02-Oct-05 | 08-Oct-05 | 5,910 | 72,226 | 4,237 | 61,802 | -$ | | | |
| 09-Oct-05 | 15-Oct-05 | 6,978 | 79,204 | 4,153 | 65,955 | -$ | | | |
| 16-Oct-05 | 22-Oct-05 | 7,532 | 86,736 | 6,432 | 72,387 | -$ | | | |
| 23-Oct-05 | 29-Oct-05 | 8,602 | 95,338 | 5,905 | 78,292 | -$ | | | |
| 30-Oct-05 | 05-Nov-05 | 8,248 | 103,586 | 5,922 | 84,214 | -$ | | | |
| 06-Nov-05 | 12-Nov-05 | 8,270 | 111,856 | 5,827 | 90,041 | -$ | | | |
| 13-Nov-05 | 19-Nov-05 | 9,450 | 121,306 | 6,273 | 96,314 | -$ | | | |
| 20-Nov-05 | 26-Nov-05 | 7,730 | 129,036 | 5,862 | 102,176 | -$ | | | |
| 27-Nov-05 | 03-Dec-05 | 9,301 | 138,337 | 5,166 | 107,342 | -$ | | | |
| 04-Dec-05 | 10-Dec-05 | 8,189 | 146,526 | 5,352 | 112,694 | -$ | | | |
| 11-Dec-05 | 17-Dec-05 | 8,310 | 154,836 | 5,274 | 117,968 | -$ | | | |
| 18-Dec-05 | 24-Dec-05 | 7,720 | 162,556 | 5,374 | 123,342 | -$ | | | |
| 25-Dec-05 | 31-Dec-05 | - | 162,556 | - | 123,342 | $ | | | |
| | TOTAL | 162,556 | | 123,342 | | -$ | | | |

Redacted

Confidential
AUTO-454

GMX211+231+365+367 CSFM Price Adjustment Table (10-03-06)
2006 Adjustments

| | | GM OSHAWA CAR PRODUCTION | | | |
|---|---|---|---|---|---|
| | | Plant #1 | | Plant #2 | |
| START | END | TOTAL | CUM | TOTAL | CUM |
| 1-Jan-06 | 07-Jan-06 | 6,209 | 6,209 | 4,289 | 4,289 |
| 8-Jan-06 | 14-Jan-06 | 7,804 | 14,013 | 5,420 | 9,709 |
| 5-Jan-06 | 21-Jan-06 | 7,808 | 21,821 | 5,402 | 15,111 |
| 2-Jan-06 | 28-Jan-06 | 7,833 | 29,654 | 5,112 | 20,223 |
| 9-Jan-06 | 04-Feb-06 | 7,562 | 37,216 | - | 20,223 |
| 5-Feb-06 | 11-Feb-06 | 7,766 | 44,982 | 5,127 | 25,350 |
| 2-Feb-06 | 18-Feb-06 | 7,681 | 52,663 | 5,087 | 30,437 |
| 9-Feb-06 | 25-Feb-06 | 7,702 | 60,365 | 5,040 | 35,477 |
| 6-Feb-06 | 04-Mar-06 | 7,677 | 68,042 | - | 35,477 |
| 5-Mar-06 | 11-Mar-06 | 7,754 | 75,796 | 4,906 | 40,383 |
| 2-Mar-06 | 18-Mar-06 | 7,186 | 82,982 | - | 40,383 |
| 9-Mar-06 | 25-Mar-06 | 8,939 | 91,921 | - | 40,383 |
| 6-Mar-06 | 01-Apr-06 | 7,723 | 99,644 | 5,170 | 45,553 |
| 2-Apr-06 | 08-Apr-06 | 7,606 | 107,250 | 5,086 | 50,639 |
| 9-Apr-06 | 15-Apr-06 | 6,040 | 113,290 | 4,191 | 54,830 |
| 16-Apr-06 | 22-Apr-06 | 6,025 | 119,315 | 4,008 | 58,838 |
| 23-Apr-06 | 29-Apr-06 | 7,553 | 126,868 | 5,231 | 64,069 |
| [illegible] | 06-May-06 | - | 126,868 | - | 64,069 |
| [illegible] | 13-May-06 | 7,500 | 134,368 | 3,889 | 67,958 |
| 14-May-06 | 20-May-06 | 6,173 | 140,541 | 3,000 | 70,958 |
| 21-May-06 | 27-May-06 | 6,197 | 146,738 | 3,163 | 74,121 |
| 28-May-06 | 03-Jun-06 | 7,390 | 154,128 | 4,037 | 78,158 |
| 04-Jun-06 | 10-Jun-06 | 7,402 | 161,530 | 4,416 | 82,574 |
| 11-Jun-06 | 17-Jun-06 | 7,400 | 168,930 | 4,497 | 87,071 |
| 18-Jun-06 | 24-Jun-06 | 7,136 | 176,066 | 3,823 | 90,894 |
| 25-Jun-06 | 01-Jul-06 | 5,540 | 181,606 | 3,489 | 94,383 |
| 02-Jul-06 | 08-Jul-06 | - | 181,606 | - | 94,383 |
| 09-Jul-06 | 15-Jul-06 | - | 181,606 | - | 94,383 |
| 16-Jul-06 | 22-Jul-06 | 6,691 | 188,297 | 4,463 | 98,846 |
| 23-Jul-06 | 29-Jul-06 | 7,373 | 195,670 | 4,416 | 103,262 |
| 30-Jul-06 | 05-Aug-06 | 7,061 | 202,731 | 4,200 | 107,462 |
| 06-Aug-06 | 12-Aug-06 | 8,267 | 210,998 | 4,400 | 111,862 |
| 13-Aug-06 | 19-Aug-06 | 7,825 | 218,823 | 4,400 | 116,262 |
| 20-Aug-06 | 26-Aug-06 | 8,342 | 227,165 | 4,400 | 120,662 |
| 27-Aug-06 | 02-Sep-06 | 5,829 | 232,994 | 3,520 | 124,182 |
| 03-Sep-06 | 09-Sep-06 | 6,762 | 239,756 | 3,600 | 127,782 |
| 10-Sep-06 | 16-Sep-06 | 7,523 | 247,279 | 4,440 | 132,222 |
| 17-Sep-06 | 23-Sep-06 | 8,511 | 255,790 | 4,440 | 136,662 |
| 24-Sep-06 | 30-Sep-06 | 7,919 | 263,709 | 4,490 | 141,152 |
| 01-Oct-06 | 07-Oct-06 | - | 263,709 | - | 141,152 |
| 08-Oct-06 | 14-Oct-06 | - | 263,709 | - | 141,152 |
| 15-Oct-06 | 21-Oct-06 | - | 263,709 | - | 141,152 |
| 22-Oct-06 | 28-Oct-06 | - | 263,709 | - | 141,152 |
| 29-Oct-06 | 04-Nov-06 | - | 263,709 | - | 141,152 |
| 05-Nov-06 | 11-Nov-06 | - | 263,709 | - | 141,152 |
| 12-Nov-06 | 18-Nov-06 | - | 263,709 | - | 141,152 |
| 19-Nov-06 | 25-Nov-06 | - | 263,709 | - | 141,152 |
| 26-Nov-06 | 02-Dec-06 | - | 263,709 | - | 141,152 |
| 03-Dec-06 | 09-Dec-06 | - | 263,709 | - | 141,152 |
| 10-Dec-06 | 16-Dec-06 | - | 263,709 | - | 141,152 |
| 17-Dec-06 | 23-Dec-06 | - | 263,709 | - | 141,152 |
| 24-Dec-06 | 30-Dec-06 | - | 263,709 | - | 141,152 |
| | TOTAL | 263,709 | | 141,152 | |

| PRICE ADJUSTMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Screw | Label | Nyogel | Clips | Derate #1 | Apr Exch | Derate #2 | Jul Exch | Derate #3 |

Redacted

Confidential
AUTO-455

GMX211+231+365+367 CRFM Purchased Parts (10-03-06)

## CRFM Purchased Parts

| Item | Part Number | Description | P.O Date | Price (USD) | Quantity | Unit Price (USD) | With 20% Markup (Freight, Scrap, Management) | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 52495663 | M6.0 x 20 Bolt/Screw | 22-May-06 | | 218952 | Redacted | | |
| 2 | 52498650 | Clips for CRFM | 16-Jun-06 | | 7000 | | | |
| 3 | 760G | NYOGEL | 16-Jun-06 | | 49280 gms | | | 2 gms of NYOGEL applied |
| 4 | 52467149 | CRFM Labels | 21-Jun-06 | | 195300 | | | |
| 5 | FGA053PV | Printer Ribbons | 21-Jun-06 | | 50 | | | 3 days of use |
| 6 | D3710 | Expendable Container | | | | | | Service Part Only (Ship to Tillsonburg) |

| | | |
|---|---|---|
| CRFM - ATK | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 1 |
| 52415724 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| 15298831 | Expendable Container | 0 |
| | Purchased Parts Price (USD) | Redacted |

| | | |
|---|---|---|
| CRFM - ATJ | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 0 |
| 52415727 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| 15802026 | Expendable Container | 0 |
| | Purchased Parts Price (USD) | |

| | | |
|---|---|---|
| CRFM - ATH | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 0 |
| 52415726 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| 15805147 | Expendable Container | 0 |
| | Purchased Parts Price (USD) | |

| | | |
|---|---|---|
| CRFM - ATF | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 0 |
| 52415725 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| 15805146 | Expendable Container | 0 |
| | Purchased Parts Price (USD) | |

| | | |
|---|---|---|
| CRFM - AUD (Cop Car) | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 1 |
| 52417036 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| 15806667 | Expendable Container | 0 |
| | Purchased Parts Price (USD) | |

| | | |
|---|---|---|
| CRFM - Service Part | Number of Bolt/Screw | 4 |
| Delphi Part Number | Number of Clips | 0 |
| 52445889 | NYOGEL | 2 Grams |
| | CRFM Label | 1 |
| GM Part Number | Printer Ribbons | N/A |
| | Expendable Container | 1 |
| | Purchased Parts Price (USD) | |

Redacted

Confidential
AUTO-456

**Delphi - CRFM (GMX-001) Lordstown Ohio**
**Price Adjustments**
**September 01, 2004 to April 30, 2007**
prepared by: Jessica Anthony 06-07-07

| | | Adjustment Effective Date | A 1/1/2004 | B 6/1/2004 | C 7/1/2006 |
|---|---|---|---|---|---|
| **Part #** | **Discriptio** | **Price** | | | |
| 52402677, 52415045, 52417044, 52423591 | CRFM | | | | |
| 52405678, 52415046, 52417045, 52423592 | CRFM | | | | |
| 52402679, 52415049, 52417049, 52423593 | RFM | | | Redacted | |
| 52402680, 52415050, 52417051, 52423594 | RFM | | | | |
| 52402681, 52415047, 52417047 | CRFM | | | | |
| 52402683, 52415048,52417048 | CRFM | | | | |
| 52413078, 52416429 | CRFM SS | | | | |

**A) Adjustment for addition of TOC Clip**
**B) Adjustment for steel increase for screw purchased part from ITW medalist**
**C) Adjustment for change (3shifts to 2 shifts)**

**Delphi - CRFM (GMX-001) Lordstown Ohio**
**Outstanding Amounts**
**September 01, 2004 to April 30, 2007**
prepared by: Jessica Anthony 08-07-07

| Volume History: | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 |
|---|---|---|---|---|---|---|---|---|---|
| 52402677, 52415045, 52417044, 52423591 | 245 | 2769 | 9396 | 13273 | 19576 | 22426 | 25334 | 22464 | 21316 |
| 52405678, 52415046, 52417045, 52423592 | 5 | 92 | 534 | 948 | 1597 | 2089 | 2940 | 2547 | 2071 |
| 52402679, 52415049, 52417049, 52423593 | | 74 | 479 | 200 | 492 | 417 | 211 | 240 | 310 |
| 52402680, 52415050, 52417051, 52423594 | | 54 | 360 | 243 | 485 | 444 | 286 | 329 | 355 |
| 52402681, 52415047, 52417047 | | | | | | 4 | 5 | 32 | 26 |
| 52402683, 52415048,52417048 | | | | | | 1 | 6 | 6 | 2 |
| 52413078; 52416429 | | | | | 21 | 117 | 402 | 672 | 1428 |
| Totals: | 250 | 2989 | 10769 | 14664 | 22171 | 25498 | 29184 | 26290 | 25508 |

| Volume History: | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 |
|---|---|---|---|---|---|---|---|---|---|
| 52402677, 52415045, 52417044, 52423591 | 23612 | 12628 | 24166 | 21864 | 22950 | 18325 | 14175 | 18659 | 19994 |
| 52405678, 52415046, 52417045, 52423592 | 2314 | 403 | 2356 | 2627 | 2836 | 2358 | 1980 | 1518 | 2601 |
| 52402679, 52415049, 52417049, 52423593 | 354 | 61 | 157 | 281 | 215 | 355 | 278 | 456 | 324 |
| 52402680, 52415050, 52417051, 52423594 | 238 | 43 | 290 | 315 | 375 | 322 | 186 | 467 | 273 |
| 52402681, 52415047, 52417047 | 559 | 522 | 1643 | 1707 | 1974 | 1460 | 945 | 836 | 1014 |
| 52402683, 52415048,52417048 | 168 | 179 | 453 | 694 | 643 | 779 | 384 | 424 | 842 |
| 52413078; 52416429 | 603 | 339 | 715 | 1021 | 943 | 883 | 891 | 592 | 762 |
| Totals: | 27848 | 14175 | 29780 | 28509 | 29936 | 24482 | 18839 | 22954 | 25810 |

| Paid History: |
|---|
| 52402677, 52415045, 52417044, 52423591 |
| 52405678, 52415046, 52417045, 52423592 |
| 52402679, 52415049, 52417049, 52423593 |
| 52402680, 52415050, 52417051, 52423594 |
| 52402681, 52415047, 52417047 |
| 52402683, 52415048,52417048 |
| 52413078, 52416429 |
| Totals: |

| Totals based on corrected pricing: |
|---|
| 52402677, 52415045, 52417044, 52423591 |
| 52405678, 52415046, 52417045, 52423592 |
| 52402679, 52415049, 52417049, 52423593 |
| 52402680, 52415050, 52417051, 52423594 |
| 52402681, 52415047, 52417047 |
| 52402683, 52415048,52417048 |
| 52413078, 52416429 |
| Totals: |

Redacted

| Adjustments required: |
|---|
| 52402677, 52415045, 52417044, 52423591 |
| 52405678, 52415046, 52417045, 52423592 |
| 52402679, 52415049, 52417049, 52423593 |
| 52402680, 52415050, 52417051, 52423594 |
| 52402681, 52415047, 52417047 |
| 52402683, 52415048,52417048 |
| 52413078, 52416429 |
| Totals: |

Confidential
AUTO-458