| | |
|---|---|
| **From:** | McLean, Douglas L. |
| **Sent:** | Thursday, October 05, 2006 1:51 PM |
| **To:** | Christopher Dell (c.dell@automodular.net) |
| **Cc:** | Conley, Greg R.; Vandermeer, William C |
| **Subject:** | Design record change Notices |
| **Attachments:** | Design Record Change-524157257 FORM.DOC; Design Record Change-52415725 FORM.DOC; 52415725_1_08[1].tif; 52415727_1_08[1].tif |

Attached are the design record change notice for parts 52415725 & 52415227. Please fill out the second page of both notices and return.

      
Design Record        Design Record       52415725_1_08[1]. 52415727_1_08[1].
Change-524157257.. Change-52415725 ..      tif (590 KB)       tif (579 KB)

Douglas L. McLean
Delphi Thermal & Interior
200 Upper Mountain Road
Lockport N.Y. 14094
Phone 716 439 2480
Fax 716 439 2216
E fax 1  866 958 1124
E Mail douglas.l.mclean@delphi.com

**DELPHI**

| [X] Thermal Systems | [ ] Harrison Thermal Systems | Buyer Code [230] |
| 200 Upper Mountain Road | 3600 Dryden Road | |
| Building 7A | Moraine, OH 45439-1410 | |
| Lockport, NY 14094 | | |

## DESIGN RECORD CHANGE NOTICE

Date:   10/5/06

Automodular

Dear Supplier:

Attached you will find:

____ Copies or  _X_  EDI Transmission Information of our latest revised Design Record as follows:

[X] 1. Engineering Print No. __52415727__ ; Change No. __08__ dated __8/24/06__
       Covering Part No. _____ [ ] Check if marked print dated _____
       *Note:* For charted drawings, PPAP should be resubmitted ONLY for those part numbers whose change level, shown in the chart, is affected.

[ ] 2. Engineering Specification No. _____ ; PSCA No. _____
       dated _____.

[ ] 3. Supplier Statement of Requirements No. _____ ; Revision No. _____
       dated _____.

[ ] 4. Purchase Order No. _____ ; Alternation No. _____ , covering
       Material Code No. _____.

A [X] This change is to be incorporated immediately on all open orders and releases. PPAP must Be resubmitted and approved prior to shipment. Only the affected documents must be submitted for PPAP.

B [ ] This is a coordinated change. Advise best tool time, cost, and effect, if any, on piece price. *Do not incorporate change until authorized*. PPAP must be resubmitted and approved prior to shipment. Only the affected documents must be submitted for PPAP.

C [ ] Drawing level changes which have no dimensional or physical impact on a part (e.g. tolerance Revised to match part) must still have a CFG-1001 Parts Submission Warrant form submitted to Delphi Thermal (Level 1 PPAP submission). Check the box marked "Other" and indicate, "Part unaffected, warrant submitted to update shipping label change level and PPAP approval level only".

All part numbers shipped against this Engineering print/EDI data must show latest change level on containers. Please review and update your Process Control Plan (PCP) if change affects the control characteristics. Resubmit with PPAP paperwork.

Please acknowledge receipt of this data by executing the attached form which is to be returned to the writer's attention by _____ . If Delphi Purchasing does not receive a Response, we will assume there is no impact to piece price or tooling associated with changing to new revision level.

D.L. McLean
Sr. Commodity Manager

PUR213-2E 2/14/03

**DELPHI**

| [X] Harrison Thermal Systems<br>200 Upper Mountain Road<br>Building 7A<br>Lockport, NY 14094 | [ ] Harrison Thermal Systems<br>3600 Dryden Road<br>Moraine, OH 45439-1410 | Buyer Code [    ] |

## DESIGN RECORD CHANGE NOTICE

Date: _____

Dear Supplier:

Attached you will find:

____ Copies or ____ EDI Transmission Information of our latest revised Design Record as follows:

[ ] 1. Engineering Print No. _____ Change No. _____ Dated _____
Covering Part No. _____ [ ] Check if marked print dated _____
*Note:* For charted drawings, PPAP should be resubmitted ONLY for those part numbers whose change level, shown in the chart, is affected.

[ ] 2. Engineering Specification No. _____ ; PSCA No. _____
dated _____ .

[ ] 3. Supplier Statement of Requirements No. _____ ; Revision No. _____
dated _____ .

[ ] 4. Purchase Order No. _____ ; Alternation No. _____ , covering
Material Code No. _____ .

Revised piece price (explain basis below)  _____

Tool charge (detail below)  _____

Best tool time  _____

Effective date  _____

No. pieces produced prior to this change  _____

REMARKS: (Please note any concerns with implementing change or potential improvements to this part below):

PPAP paperwork must accompany sample submission if applicable. An updated PCP must be resubmitted if change affects the control characteristics.

Signed  _____

Date  _____

PUR213-2E 2/14/03

# DELPHI

| [X] **Thermal Systems** | [ ] Harrison Thermal Systems | Buyer Code [ 230 ] |
|---|---|---|
| 200 Upper Mountain Road | 3600 Dryden Road | |
| Building 7A | Moraine, OH 45439-1410 | |
| Lockport, NY 14094 | | |

## DESIGN RECORD CHANGE NOTICE

Date:  10/5/06

Automodular

Dear Supplier:

Attached you will find:

___ Copies or  **X**  EDI Transmission Information of our latest revised Design Record as follows:

[X] 1. Engineering Print No. __52415725__ ; Change No. __08__ dated __8/24/06__
Covering Part No. _____ [ ] Check if marked print dated _____
*Note:* For charted drawings, PPAP should be resubmitted ONLY for those part numbers whose change level, shown in the chart, is affected.

[ ] 2. Engineering Specification No. _____ ; PSCA No. _____
dated _____ .

[ ] 3. Supplier Statement of Requirements No. _____ ; Revision No. _____
dated _____ .

[ ] 4. Purchase Order No. _____ ; Alternation No. _____ , covering
Material Code No. _____ .

A [X] This change is to be incorporated immediately on all open orders and releases. PPAP must Be resubmitted and approved prior to shipment. Only the affected documents must be submitted for PPAP.

B [ ] This is a coordinated change. Advise best tool time, cost, and effect, if any, on piece price. *Do not incorporate change until authorized*. PPAP must be resubmitted and approved prior to shipment. Only the affected documents must be submitted for PPAP.

C [ ] Drawing level changes which have no dimensional or physical impact on a part (e.g. tolerance Revised to match part) must still have a CFG-1001 Parts Submission Warrant form submitted to Delphi Thermal (Level 1 PPAP submission). Check the box marked "Other" and indicate, "Part unaffected, warrant submitted to update shipping label change level and PPAP approval level only".

All part numbers shipped against this Engineering print/EDI data must show latest change level on containers. Please review and update your Process Control Plan (PCP) if change affects the control characteristics. Resubmit with PPAP paperwork.

Please acknowledge receipt of this data by executing the attached form which is to be returned to the writer's attention by _____ . If Delphi Purchasing does not receive a Response, we will assume there is no impact to piece price or tooling associated with changing to new revision level.

D.L. McLean<br>
Sr. Commodity Manager

PUR213-2E 2/14/03

**DELPHI**

| [X] Harrison Thermal Systems<br>200 Upper Mountain Road<br>Building 7A<br>Lockport, NY 14094 | [ ] Harrison Thermal Systems<br>3600 Dryden Road<br>Moraine, OH 45439-1410 | Buyer Code [ ] |

## DESIGN RECORD CHANGE NOTICE

Date: _____

Dear Supplier:

Attached you will find:

____ Copies or ____ EDI Transmission Information of our latest revised Design Record as follows:

[ ] 1. Engineering Print No. _____ Change No. _____ Dated _____
     Covering Part No. _____ [ ] Check if marked print dated _____
     *Note:* For charted drawings, PPAP should be resubmitted ONLY for those part numbers whose change level, shown in the chart, is affected.

[ ] 2. Engineering Specification No. _____ ; PSCA No. _____
     dated _____ .

[ ] 3. Supplier Statement of Requirements No. _____ ; Revision No. _____
     dated _____ .

[ ] 4. Purchase Order No. _____ ; Alternation No. _____ ,covering
     Material Code No. _____ .

Revised piece price (explain basis below)   _____

Tool charge (detail below)                  _____

Best tool time                              _____

Effective date                              _____

No. pieces produced prior to this change    _____

REMARKS: (Please note any concerns with implementing change or potential improvements to this part below):




PPAP paperwork must accompany sample submission if applicable. An updated PCP must be resubmitted if change affects the control characteristics.

Signed _____

Date _____

PUR213-2E 2/14/03

Redacted

Redacted

05-44481-rdd    Doc 13321-8    Filed 04/04/08    Entered 04/04/08 13:40:11    Exhibit D-8
Pg 7 of 7