# REDACTED

---

**From:** Jessica Anthony [mailto:J.Anthony@automodular.net]
**Sent:** Tuesday, October 02, 2007 1:49 PM
**To:** McLean, Douglas L.
**Cc:** Chris Dell; Chris Nutt; Michael Blair; Jim Gazo; Marshall McMaster
**Subject:**

Doug,

Please see the attached submission for the exchange adjustment effective 10/01/2007. As requested, I have attached the Bank of Canada rate documentation.

Thanks,

Jessica Anthony
Contract Administrator - Business Development
Automodular Corporation
Tel: (905) 665-0060 x. 155
Cell: (905)213-9718
Fax: (905)665-8560

"As a world class Assembly and Sequencing operation, we will meet or exceed our customer's expectations and be competitive through continuous improvement. Our goal is zero defects."

***********************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

***********************************************************************

DPH 00208
CONFIDENTIAL

12/27/2007



# AUTOMODULAR CORPORATION

October 2nd, 2007

**Doug McLean**
Senior Buyer
Delphi Global Supply Management
716-439-2480
doulgas.l.mclean@delphi.com

<u>**RE: GMX211/231/365/367 CRFM Exchange Adjustment**</u>

Dear Doug:

Please find attached (Appendix A) the updated table outlining the part numbers along with the required pricing at the specific dates for each of the adjustments (updated to include the exchange adjustment for October 1, 2007).

Please make the required adjustments to our current purchase orders at the specific effective dates and forward to my attention.

Give me a call if you have any questions. Please fax a copy of the adjusted purchase orders to 905-665-8560 and/or e-mail a copy to j.anthony@automodular.net

Regards,

Jessica Anthony
Business Development – Contract Administrator
905-665-0060 x155
905-213-9718 Cell


CC: Chris Dell, Michael Blair, Jim Gazo, Christopher Nutt, Marshall McMaster

DPH 00209
CONFIDENTIAL

Appendix A

| Part # | Adjustment Effective Date | A 1/23/06 | B 4/1/06 | C 5/8/06 | D 7/1/06 | E 7/17/06 | F 10/1/06 | G 10/1/06 | H 10/1/06 | I 11/6/06 | J 11/11/06 | K 1/1/07 | L 2/26/07 | M 4/1/07 | N 7/3/07 | O 7/16/07 | P 10/1/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52415724 | Jan-06 | | | | | | | | | | | | | | | | |
| 52415725 | | | | | | | | | | | | | | | | | |
| 52415727 | | | | | | | | | | | | | | | | | |
| 52445588 | | | | | | | | | | | | | | | | | |
| 52417036 | | | | | | | | | | | | | | | | | |
| 52445589 | | | | | | | | | | | | | | | | | |

Redacted

A) Oshawa Car Plant #2 derate 63.25 jph
B) Exchange adjustment April 2006
C) Oshawa Car Plant #2 derate 55 jph
D) Exchange adjustment July 2006
E) Oshawa Car Plant #1 derate 61.5 jph
F) Exchange adjustment October 2006
G) Label and Clip Addition
H) Rebate for Grease application
I) Foam pad install - Car plant #2
J) Foam pad install - Car plant #1
K) Exchange adjustment January 2007
L) Oshawa Car Plant #2 derate 45.4 jph
M) Exchange adjustment April 2007
N) Exchange adjustment July 2007
O) Oshawa Car Plant #1 derate 59.5 jph
P) Exchange adjustment October 2007

20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8
PHONE: 416 861 0662 FAX: 416 861 0063
WWW.AUTOMODULAR.COM

DPH 00210
CONFIDENTIAL

# Daily closing foreign exchange rates

Nominal quotations based on official parities or market rates, in terms of US dollars converted into Canadian dollars. Updated at about 4:30 p.m. EST the same business day.

|  | 25 September 2007 | 26 September 2007 | 27 September 2007 | 28 September 2007 | 01 October 2007 |  |
|---|---|---|---|---|---|---|
| U.S. dollar | 1.0036 | 1.0042 | 1.0014 | 0.9948 | 0.9914 | Graph |
| Australian dollar | 0.8764 | 0.8801 | 0.8816 | 0.8826 | 0.8866 | Graph |
| Danish krone | 0.1904 | 0.1902 | 0.19 | 0.1903 | 0.1893 | Graph |
| European Monetary Union euro | 1.4197 | 1.4186 | 1.4165 | 1.4186 | 1.4115 | Graph |
| Hong Kong dollar | 0.129191 | 0.129328 | 0.129059 | 0.127969 | 0.127584 | Graph |
| Japanese yen | 0.008746 | 0.00869 | 0.00866 | 0.008661 | 0.008569 | Graph |
| Mexican peso | 0.09184 | 0.09196 | 0.09171 | 0.09095 | 0.09104 | Graph |
| New Zealand dollar | 0.7473 | 0.7476 | 0.7508 | 0.7538 | 0.7596 | Graph |
| Norwegian krone | 0.1822 | 0.1825 | 0.1835 | 0.1845 | 0.1845 | Graph |
| Swedish krona | 0.1543 | 0.1535 | 0.1537 | 0.1544 | 0.1538 | Graph |
| Swiss franc | 0.8608 | 0.8577 | 0.8535 | 0.8544 | 0.8483 | Graph |
| UK pound sterling | 2.0271 | 2.0243 | 2.0286 | 2.0354 | 2.0261 | Graph |

**Bank of Canada**

DPH 00211
CONFIDENTIAL