**REDACTED**

---

**From:** Sonni Mazzotta [mailto:S.Mazzotta@automodular.net]
**Sent:** Thursday, February 14, 2008 11:08 AM
**To:** Conley, Greg R.
**Subject:** RE: CRFM

Good Morning Greg:
No CRFM models were discontinued due to the Impala sharing the same P/N's.

Regards,

Sonni Mazzotta
Plant Manager - Car Operations
Automodular Corporation
940 Thornton Road South
Oshawa, Ontario L1J 7E2
Ph: 905-725-5445 ext 310
Fx: 905-725-5699
Cell: 905-261-8384
Mic #: 462

---

**From:** Conley, Greg R. [mailto:Gregory.R.Conley@delphi.com]
**Sent:** February 14, 2008 7:37 AM
**To:** Sonni Mazzotta
**Subject:** CRFM

Hi Sonni, When the Monte Carlo ended production in June 07, did any CRFM's stop production? My recollection is no p/n's were eliminated when the vehicle ended production. thx

Greg Conley
Value Stream Extension Mgr
Lockport NY 14094
(716) 439-3342

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DPH 00487
CONFIDENTIAL

*************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*************************************************************************

DPH 00488
CONFIDENTIAL