| Delphi Automotive Systems | | | | | | | | | | Direct Ship Activity Report | | | | Date: 02/19/2008 Time: 13:15:29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

User: R3T960

* Selected Values
  * Date         : 02/13/2008 To 02/14/2008
  * Plant        : J201
  * Ship From Vendor : 1010938 ———— 1010938

Date  : 02/13/2008 To 02/14/2008
Plant : J201   DELPHI P & I LOCKPORT

Legend: Reversal   in Yellow shade
        Deletion   in Red shade

DPH 489

| Vendor #: | ASN | ShipperCust | Outbound Dly | Shipment | Delphi P N | Doc. Date | GR Date | PI Date | ASN Qty | Outbound Dly Qty | Cust P/R | PID | ASN # /Kanban # | Changed by |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1010938 | 189655451 | 700041 | 52388922 | 5707115 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0212006 | | BATCHADMIN |
| | 189655451 | 700041 | 52388922 | 5707115 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0212006 | | BATCHADMIN |
| | 189655451 | 700699 | 52388923 | 5707115 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0212006 | | BATCHADMIN |
| | 189656732 | 700041 | 52388555 | 5707191 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213001 | | BATCHADMIN |
| | 189656732 | 700041 | 52388555 | 5707191 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213001 | | BATCHADMIN |
| | 189656732 | 700699 | 52388556 | 5707191 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213001 | | BATCHADMIN |
| | 189658788 | 700041 | 52393414 | 5710357 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213002 | | BATCHADMIN |
| | 189658788 | 700041 | 52393414 | 5710357 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213002 | | BATCHADMIN |
| | 189658788 | 700699 | 52393415 | 5710357 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213002 | | BATCHADMIN |
| | 189660765 | 700041 | 52398312 | 5712390 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213004 | | BATCHADMIN |
| | 189660765 | 700041 | 52398312 | 5712390 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213004 | | BATCHADMIN |
| | 189660765 | 700699 | 52398313 | 5712390 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213004 | | BATCHADMIN |
| | 189662208 | 700041 | 52398679 | 5712920 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213005 | | BATCHADMIN |
| | 189662208 | 700041 | 52398679 | 5712920 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213005 | | BATCHADMIN |
| | 189662208 | 700699 | 52398680 | 5712920 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213005 | | BATCHADMIN |
| | 189662857 | 700041 | 52399457 | 5713202 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213006 | | BATCHADMIN |
| | 189662857 | 700041 | 52399457 | 5713202 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213006 | | BATCHADMIN |
| | 189662857 | 700699 | 52399458 | 5713202 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213006 | | BATCHADMIN |
| | 189664429 | 700041 | 52399561 | 5713607 | 52615724 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15298831 | 0213007 | | BATCHADMIN |
| | 189664429 | 700041 | 52399561 | 5713607 | 52615727 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15802026 | 0213007 | | BATCHADMIN |
| | 189664429 | 700699 | 52399562 | 5713607 | 52445588 | 02/13/2008 | 02/13/2008 | 02/13/2008 | | | 15805147 | 0213007 | | BATCHADMIN |
| | 189665052 | 700041 | 52402364 | 5713526 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214001 | | BATCHADMIN |
| | 189665052 | 700041 | 52402364 | 5713526 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214001 | | BATCHADMIN |
| | 189665052 | 700699 | 52402365 | 5713526 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | Redacted | | 15805147 | 0214001 | | BATCHADMIN |
| | 189666082 | 700041 | 52401455 | 5713518 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0213083 | | BATCHADMIN |
| | 189666082 | 700041 | 52401455 | 5713518 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0213083 | | BATCHADMIN |
| | 189666082 | 700699 | 52401456 | 5713518 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0213083 | | BATCHADMIN |
| | 189666067 | 700041 | 52403494 | 5714183 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214083 | | BATCHADMIN |
| | 189666067 | 700041 | 52403494 | 5714183 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214083 | | BATCHADMIN |
| | 189666067 | 700699 | 52403495 | 5714183 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214083 | | BATCHADMIN |
| | 189667564 | 700041 | 52409613 | 5715867 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214084 | | BATCHADMIN |
| | 189667564 | 700041 | 52409613 | 5715867 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214084 | | BATCHADMIN |
| | 189667564 | 700699 | 52409614 | 5715867 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214084 | | BATCHADMIN |
| | 189669923 | 700041 | 52410536 | 5718018 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214085 | | BATCHADMIN |
| | 189669923 | 700041 | 52410536 | 5718018 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214085 | | BATCHADMIN |
| | 189669923 | 700699 | 52410537 | 5718018 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214085 | | BATCHADMIN |
| | 189671014 | 700041 | 52411440 | 5718524 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214086 | | BATCHADMIN |
| | 189671014 | 700041 | 52411440 | 5718524 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214086 | | BATCHADMIN |
| | 189671014 | 700699 | 52411441 | 5718524 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214086 | | BATCHADMIN |
| | 189672454 | 700041 | 52412483 | 5718939 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214087 | | BATCHADMIN |
| | 189672454 | 700041 | 52412483 | 5718939 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214087 | | BATCHADMIN |
| | 189672454 | 700699 | 52412484 | 5718939 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214087 | | BATCHADMIN |
| | 189673007 | 700041 | 52613605 | 5719130 | 52615724 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15298831 | 0214089 | | BATCHADMIN |
| | 189673007 | 700041 | 52613605 | 5719130 | 52615727 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15802026 | 0214089 | | BATCHADMIN |
| | 189673007 | 700699 | 52613606 | 5719130 | 52445588 | 02/14/2008 | 02/14/2008 | 02/14/2008 | | | 15805147 | 0214089 | | BATCHADMIN |

Feb 19 08 02:42p                                                                                              p.2

**Display Vendor: Address**

Vendor   Edit   Goto   Extras   Information   Environment   System   Help

Vendor    (1910938)

### Name
Title
Name         (AUTOMODULAR ASSEMBLIES INC)

### Search terms
Search term 1/2    201768996

### Street address
Street/House number    940 THORTON RD S
District               ONTARIO
Postal code/City       L1J 7E2    (OSHAWA)
County                 CA    Canada    Region    ON    Ontario
Time zone                           Jurisdict. code   7001509681

### PO box address
P.O. Box
Postal code
Company postal code

### Communication
Language     English                              Other communication...
Telephone    9054261466
Fax
E-mail
Standard comm. type

DPH 490

### Direct Ship Parts from VSE's

| Vendor | Customer Part Number | Delphi Part Number | Description | VSE PC&L Contact | Telephone | Comments/Customer | Shipment frequency |
|---|---|---|---|---|---|---|---|
| Automodular Canada | 15806667 | 52417036 | CRFM-AUD-06 | Wendy Mullen | 905-261-7122 (cell) | Police Car | As requested |
| Automodular Canada | 15298831 | 52415724 | CRFM-ATK-06 | Wendy Mullen | 905-261-7122 (cell) | GM Oshawa Plant #1&2 | 15 shipments daily |
| Automodular Canada | 15802026 | 52415727 | CRFM-ATJ-06 | Wendy Mullen | 905-261-7122 (cell) | GM Oshawa Plant #1 | 9 shipments daily |
| Automodular Canada | 15805147 | 52445588 | CRFM-ATH-06 | Wendy Mullen | 905-261-7122 (cell) | GM Oshawa Plant #2 | 6 shipments daily |
| Automodular Canada | 15805146 | 52415725 | CRFM-ATF-06 | Wendy Mullen | 905-261-7122 (cell) | GM Oshawa Plant #1 | As needed |
| Automodular Ohio | 25887580 | 52425925 | CRFM-AZR-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25887581 | 52425926 | CRFM-AZS-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25887585 | 52425928 | CRFM-AZU-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25887586 | 52425929 | CRFM-AZW-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25784017 | 52423593 | RFM-AYP-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25784018 | 52423594 | RFM-AYR-07 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | 6 shipments daily |
| Automodular Ohio | 25887579 | 52425924 | CRFM-AZP-08 | Joe Urso | 330-233-1905 (cell) | GM Lordstown | New CRFM pending |
| Jamestown Moraine Ind | 15877645 | 52445340 | CRM-ATM-06 (L-6) | Pam Burdette | 937-534-0129 | GM Moraine | 10 shipments daily |
| Jamestown Moraine Ind | 15877645 | 52445341 | CRM-ATM-06 (L-6) | Pam Burdette | 937-534-0129 | Tillsonburg | Weekly |
| Jamestown Moraine Ind | 15877643 | 52445343 | CRM-ATL-06 (V-8) | Pam Burdette | 937-534-0129 | Tillsonburg | As needed |
| Jamestown Moraine Ind | 15877643 | 52445342 | CRM-ATL-06 (V-8) | Pam Burdette | 937-534-0129 | GM Moraine | 10 shipments daily |
| Delphi North Kansas City | 15777878 | 52414472 | CRFM-ARH-06 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 15873467 | 52443816 | CRFM-AWM-06 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25813143 | 52443819 | CRFM-AXW-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25822942 | 52443818 | CRFM-AXY-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 15781996 | 52443817 | CRFM-ATD-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25838810 | 52424525 | CRFM-AYZ-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25838807 | 52424526 | CRFM-AYW-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25838808 | 52424527 | CRFM-AYX-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Delphi North Kansas City | 25838809 | 52424524 | CRFM-AYY-07 | Shannon Crosslan | 816-204-2719 | GM Fairfax | 3-4 shipments daily |
| Mariah, Warren | 25867590 | 52425884 | CRFM-AZH-08 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |
| Mariah, Warren | 25867592 | 52425886 | CRFM-AZK-08 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |
| Mariah, Warren | 25867591 | 52425885 | CRFM-AZJ-08 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |
| Mariah, Warren | 15781996 | 52443842 | CRFM-ATD-07 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |
| Mariah, Warren | 25813143 | 52443843 | CRFM-AXW-07 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |
| Mariah, Warren | 15873467 | 52443844 | CRFM-AWM-07 | Susan Wenskus | 586-778-6271 x217 | GM Orion | 2-3 shipments daily |

Feb 19 08 02:43p    p.3    DPH 491