## Chris Dell

**From:** Chris Dell [c.dell@automodular.net]
**Sent:** Monday, April 10, 2006 8:08 AM
**To:** 'Clark, Fred '
**Cc:** 'Eriq Mallari'; Marshall McMaster (m.mcmaster@automodular.net); Mblair (m.blair@automodular.com); Christopher Nutt (c.nutt@automodular.com); Jim Gazo (jgazo@automodular.com)
**Subject:** CRFM Oshawa Exchange Adjustment

Good morning Fred,

Please see attached files relating to the exchange adjustment for CRFM contracts. Give me a call if you have any questions.

Thanks

Christopher Dell
Business Development Manager
Automodular Corporation
(905) 665-0060 (x102)
(905) 391-0077 (Cell)
(905) 665-8560 (Fax)


# AUTOMODULAR ASSEMBLIES INC.

February 22, 2007

**Doug McLean**
Senior Buyer
Delphi Global Supply Management
716-439-2480
douigas.l.mclean@delphi.com

RE:  **GMX211/231/365/367 CRFM Outstanding Adjustments**

Dear Doug:

Please find below the table outlining purchase orders and part numbers along with the required pricing at the specific dates for each of the adjustments (stated in US$).

Furthermore, Delphi issued a debit to Automodular totaling Redacted for adjustments Automodular has not agreed to. It is requested that Delphi return the deduction taken from the Automodular account.

| | |
|---|---|
| 550059352 | 52406053 |
| 550060368 | 52406299 |
| 550074793 | 52410855 |
| 550078476 | 52415724 |
| 550078478 | 52415725 |
| 550078479 | 52415727 |
| 550078480 | 52445588 |
| 550072058 | 52445908 |
| 550078481 | 52445589 |
| 550080925 Police Car | 52417036 |

Redacted

Confidential
AUTO-344

The calculation of the price adjustments above is as follows:

Redacted

Please fax a copy of the adjusted Purchase orders to 905-665-8560 and/or e-mail a copy to c.hyde@automodular.net

Do not hesitate to call should you have any questions.

Sincerely,

Carrie Hyde
Contract Administrator - Business Development
Automodular Corporation
905-665-0060 ext. 155

cc  Michael Blair, Chris Nutt, Christopher Dell, Jim Gazo, Marshall McMaster,

20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8
PHONE: 416 861 0662 FAX: 416 861 0063
WWW.AUTOMODULAR.COM

Confidential
AUTO-345

## Carrie Hyde

| | |
|---|---|
| **From:** | Carrie Hyde |
| **Sent:** | Thursday, February 22, 2007 10:53 AM |
| **To:** | McLean, Douglas L. |
| **Cc:** | Michael Blair; Jim Gazo; Chris Dell; Chris Nutt; Marshall McMaster |
| **Subject:** | GMX211/231/365/367 CRFM Outstanding Adjustments |
| **Attachments:** | 2007-02-22 GMX211+231+365+367 CRFM Exchange Adjustment.pdf; 2007-02-22 GMX211+231+365+367 CRFM Outstanding Adjustments.pdf |

Dear Doug,

Please find attached copies of the updated files outlining the CRFM Oshawa exchange adjustments. Feel free to contact me should you have any questions.

Thank you,

**Carrie Hyde**
Contract Administrator - Business Development
Automodular Corporation
Tel: 905.665.0060 ext. 155
Fax: 905.665.8560
Cell: 905.213.9718

5/28/2007

Confidential
AUTO-346