**From:** Carrie Hyde
**Sent:** Tuesday, May 22, 2007 2:22 PM
**To:** McLean, Douglas L.
**Cc:** Michael Blair; Chris Nutt; Jim Gazo; Marshall McMaster; c.dell@automodular.com; Jessica Anthony
**Subject:** Delphi CRFM Exchange Adjustment - April 1, 2007

**Attachments:** 2007-04-01 GMX211+231+365+367 CRFM Exchange Adjustment.doc

Dear Doug,

Please find attached the file outlining all CRFM Oshawa exchange adjustments from January to April 1, 2007. Feel free to contact me should you have any questions.

Thank you,

**Carrie Hyde**
Contract Administrator - Business Development
Automodular Corporation
Tel: 905.665.0060 ext. 155
Fax: 905.665.8560
Cell: 905.213.9718

Confidential
AUTO-246



# AUTOMODULAR CORPORATION

May 22, 2007

**Doug McLean**
Senior Buyer
Delphi Global Supply Management
716-439-2480
doulgas.l.mclean@delphi.com

RE:  **GMX211/231/365/367 CRFM - 2007 Exchange Adjustments & De-Rate Scope Change**

Dear Doug:

Please find below the updated table outlining the purchase orders and part numbers along with the required pricing as of January, 2007 onward. Along with the 2007 exchange adjustments, please find below the de-rate scope change adjustment dated February 26, 2007. A change to the net jobs per hour is considered a scope change to our contract and pricing is to be adjusted accordingly.

| | | Redacted |
|---|---|---|
| 550059352 | 52406053 | |
| 550060368 | 52406299 | |
| 550072058 | 52445908 | |
| 550074793 | 52410855 | |
| 550078476 | 52415724 | |
| 550078478 | 52415725 | |
| 550078479 | 52415727 | |
| 550078480 | 52445588 | |
| 550072058 | 52445908 | |
| 550078481 | 52445589 | |
| 550080925 Police Car | 52417036 | |

The calculation of the price adjustments are as follows:

Redacted

*20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8*
*PHONE: 416 861 0662 FAX: 416 861 0063*
*WWW.AUTOMODULAR.COM*

**Confidential**
**AUTO-247**

Redacted

Please fax a copy of the adjusted purchase orders to 905-665-8560 and/or e-mail a copy to c.hyde@automodular.net.

Do not hesitate to call should you have any questions.

Sincerely,

Carrie Hyde
Contract Administrator – Business Development
Automodular Corporation
905-665-0060 x155
905-213-9718 Cell

CC: Michael Blair, Christopher Nutt, Chris Dell, Jim Gazo, Marshall McMaster

20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8
PHONE: 416 861 0662 FAX: 416 861 0063
WWW.AUTOMODULAR.COM

Confidential
AUTO-248