**From:** Jessica Anthony
**Sent:** Monday, July 16, 2007 2:50 PM
**To:** 'McLean, Douglas L.'
**Subject:** Oshawa Car CRFM Price adjustment

**Importance:** High

**Attachments:** 2007-07-01 Delphi CRFM Oshawa Exchange Adjustment.doc
Doug,

Further to my voicemail left earlier today, please review the attached submission.

Please let me know if you have any questions.

Thanks.

Jessica Anthony
Contract Administrator - Business Development
Automodular Corporation
Tel: (905) 665-0060 x. 155
Cell: (905)213-9718
Fax: (905)665-8560

Confidential
AUTO-251

 **AUTOMODULAR CORPORATION**

July 16, 2007

**Doug McLean**
Senior Buyer
Delphi Global Supply Management
716-439-2480
doulgas.l.mclean@delphi.com

**RE: GMX211/231/365/367 CRFM Exchange Adjustment**

Dear Doug:

Please find attached (Appendix A) the updated table outlining the part numbers along with the required pricing at the specific dates for each of the adjustments (updated to include the exchange adjustment for July 1, 2007).

As mentioned, there has been an error in prior submissions for October 2006 and April 2007. The Exchange rate effective October 2006 was 1.1153 not 1.0965 as submitted; also the exchange rate at April 2007 was 1.1561 not 1.1343 as submitted. The effect of this correction is approximately $14,500 in Delphi's favor.

Give me a call if you have any questions. Please fax a copy of the adjusted purchase orders to 905-665-8560 and/or e-mail a copy to j.anthony@automodular.net

Regards,

Jessica Anthony
Business Development – Contract Administrator
905-665-0060 x155
905-213-9718 Cell

CC: Michael Blair, Jim Gazo, Christopher Nutt, Marshall McMaster

Confidential
AUTO-252

## Appendix A

| Adjustment Effective Date | A 1/23/06 | B 4/1/06 | C 5/8/06 | D 7/1/06 | E 7/17/06 | F 10/1/06 | G 10/1/06 | H 10/1/06 | I 11/6/06 | J 11/11/06 | K 1/1/07 | L 2/26/07 | M 4/1/07 | N 7/3/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

| Part # | Plant | Jan-06 |
|---|---|---|
| 52415724 | | |
| 52415725 | 2 | |
| 52415727 | 1 | |
| 52445588 | 2 | |
| 52417036 | | |
| 52445589 | | |

Redacted

A) Oshawa Car Plant #2 derate 63:25 jph
B) Exchange adjustment April 2006
C) Oshawa Car Plant #2 derate 55 jph
D) Exchange adjustment July 2006
E) Oshawa Car Plant #1 derate 61.5 jph
F) Exchange adjustment October 2006
G) Label and Clip Addition

H) Rebate for Grease application
I) Foam pad install - Car plant #2
J) Foam pad install - Car plant #1
K) Exchange adjustment January 2007
L) Oshawa Car Plant #2 derate 45.4 jph
M) Exchange adjustment April 2007
N) Exchange adjustment July 2007

20 TORONTO STREET SUITE 420 TORONTO ONTARIO M5C 2P8
PHONE: 416 861 0662 FAX: 416 861 0063
WWW.AUTOMODULAR.COM