# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York

# PROOF OF CLAIM

Name of Debtor: Delphi Corporation

Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Affinia Canada Corp Eft

Name and address where notices should be sent:
Affinia Canada Corp Eft
Frmly Brake Parts Canada Inc
~~6601a Goreway Dr~~
~~Mississagua~~
~~ON L4V 1V6 Canada~~

C/O AFFINIA GROUP INC
ATTN: C. MENDELJIAN
1101 TECHNOLOGY DR #100
ANN ARBOR, MI 48108

Telephone number: 734 827 5411

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
32066115, 32066921, 32066999, 32006046, 32066331

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ________

**1. Basis for Claim**

☑ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other ________

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ______
Unpaid compensation for services performed
from ________ to ________
(date) (date)

**2. Date debt was incurred:** VARIOUS

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 173,734.07 (unsecured) — (secured) — (priority) 173,734.07 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

**6. Unsecured Nonpriority Claim** $ 173,734.07

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. SUMMARY ATTACHED

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

CLAIMS PROCESSING CENTER USBC SDNY

Date: 7/7/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
CHARLES H. MENDELJIAN
VP, CUSTOMER FINANCIAL SERVICES

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191246005534

Rec'd 9/6/06 CHM (In mail slot - ret'd for vaca)

Affinia Canada Corp.
c/o Affinia Group Inc.
Attn: C. Mendeljian
1101 Technology Drive, #100
Ann Arbor, MI 48108

Phone: 734 827 5411

## Recap of Accounts Receivable

| Acct. No. | US $ | CAN$ (1) |
|---|---|---|
| 32066115 | $373,332.70 | |
| 32066921 | − 371,737.16 | |
| 32066999 | 288,963.80 | |
| 32006046 | 3,800.81 | C$4,477.33 |
| 32066331 | −120,626.08 | −C$142,096.93 |
| Total | $173,734.07 | |

(1) Exchange rate = .84890 as of October 8, 2005

Delphi Affinia Canada P of Claim Recap..doc

32066115 11/23/05 1

DELPHI CORP. US$
P.O. BOX 1550

FLINT, MI 48501-1550 USA

ELAINE WAREHAM
TEL. (905) 405-0955

| Date | Reference | Type | Code | Amount |
|---|---|---|---|---|
| 05/05/05 | U01088201 | 1 | SMS 80093 | 22,714.80 |
| 06/20/05 | U01077609 | 1 | 0550003446 | 21,159.36 |
| 06/23/05 | U01085101 | 1 | 0550053269 | 36,167.04 |
| 07/29/05 | U01081207 | 1 | 0550003446 | 21,159.36 |
| 08/09/05 | U010899011 | P | 0550065201 | 24,138.00 |
| 08/25/05 | U010878071 | P | 0550065201 | 149.00- |
| 09/01/05 | U01092606 | P | 0550065201 | 1,336.50 |
| 09/01/05 | U01092607 | P | 0550065201 | 1,336.50 |
| 09/01/05 | U01093001 | P | 0550065201 | 1,336.50 |
| 09/01/05 | U01093002 | 1 | 0550065201 | 26,665.20 |
| 09/02/05 | U01087702 | 1 | 0550003446 | 21,159.36 |
| 09/02/05 | U01093003 | P | 0550065201 | 1,336.50 |
| 09/02/05 | U01093004 | P | 0550065201 | 25,474.50 |
| 09/06/05 | B/L15737 | 1 | 972/2005 | 18,083.52- |
| 09/07/05 | U01093005 | P | 0550065201 | 1,336.50 |
| 09/07/05 | U01093006 | P | 0550065201 | 1,336.50 |
| 09/07/05 | U01093007 | P | 0550065201 | 1,336.50 |
| 09/07/05 | U01093701 | P | 0550065201 | 1,336.50 |
| 09/08/05 | U01093702 | P | 0550065201 | 1,336.50 |
| 09/08/05 | U01093703 | P | 0550065201 | 1,336.50 |
| 09/08/05 | U01093704 | P | 0550065201 | 1,336.50 |
| 09/09/05 | U01093705 | P | 0550065201 | 1,336.50 |
| 09/09/05 | U01093706 | P | 0550065201 | 1,336.50 |
| 09/09/05 | U01094201 | P | 0550065201 | 1,336.50 |
| 09/12/05 | U01094202 | P | 0550065201 | 1,336.50 |
| 09/13/05 | B/L157871 | 1 | 972/2005 | 18,083.52- |
| 09/13/05 | U01094203 | P | 0550065201 | 1,336.50 |
| 09/14/05 | U01094204 | P | 0550065201 | 1,336.50 |
| 09/15/05 | U01094205 | P | 0550065201 | 1,336.50 |
| 09/15/05 | U01094206 | P | 0550065201 | 1,336.50 |
| 09/19/05 | U01094207 | P | 0550065201 | 1,336.50 |
| 09/19/05 | U01094501 | P | 0550065201 | 1,336.50 |

32066115 11/23/05 PAGE 1

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP. US$
P.O. BOX 1550

FLINT, MI 48501-1550 USA

| Date | Date | Reference | Amount |
|---|---|---|---|
| 07/02/05 | 05/05/05 | U01088201 | 22,714.80 |
| 08/02/05 | 06/20/05 | U01077609 | 21,159.36 |
| 08/02/05 | 06/23/05 | U01085101 | 36,167.04 |
| 09/02/05 | 07/29/05 | U01081207 | 21,159.36 |
| 09/10/05 | 08/09/05 | U010899011 | 24,138.00 |
| 08/28/05 | 08/25/05 | U010878071 | 149.00- |
| 11/02/05 | 09/01/05 | U01092606 | 1,336.50 |
| 11/02/05 | 09/01/05 | U01092607 | 1,336.50 |
| 11/02/05 | 09/01/05 | U01093001 | 1,336.50 |
| 11/02/05 | 09/01/05 | U01093002 | 26,665.20 |
| 11/02/05 | 09/02/05 | U01087702 | 21,159.36 |
| 11/02/05 | 09/02/05 | U01093003 | 1,336.50 |
| 11/02/05 | 09/02/05 | U01093004 | 25,474.50 |
| 09/06/05 | 09/06/05 | B/L15737 | 18,083.52- |
| 11/02/05 | 09/07/05 | U01093005 | 1,336.50 |
| 11/02/05 | 09/07/05 | U01093006 | 1,336.50 |
| 11/02/05 | 09/07/05 | U01093007 | 1,336.50 |
| 11/02/05 | 09/07/05 | U01093701 | 1,336.50 |
| 11/02/05 | 09/08/05 | U01093702 | 1,336.50 |
| 11/02/05 | 09/08/05 | U01093703 | 1,336.50 |
| 11/02/05 | 09/08/05 | U01093704 | 1,336.50 |
| 11/02/05 | 09/09/05 | U01093705 | 1,336.50 |
| 11/02/05 | 09/09/05 | U01093706 | 1,336.50 |
| 11/02/05 | 09/09/05 | U01094201 | 1,336.50 |
| 11/02/05 | 09/12/05 | U01094202 | 1,336.50 |
| 09/13/05 | 09/13/05 | B/L157871 | 18,083.52- |
| 11/02/05 | 09/13/05 | U01094203 | 1,336.50 |
| 11/02/05 | 09/14/05 | U01094204 | 1,336.50 |
| 11/02/05 | 09/15/05 | U01094205 | 1,336.50 |
| 11/02/05 | 09/15/05 | U01094206 | 1,336.50 |
| 11/02/05 | 09/19/05 | U01094207 | 1,336.50 |
| 11/02/05 | 09/19/05 | U01094501 | 1,336.50 |

3pgs
Acct # 32066115 TORONTO
US $ 373,332.70

32066115 11/23/05 2

DELPHI CORP.
P.O. BOX 1550
FLINT, MI 48501-1550 USA

US$

ELAINE WAREHAM
TEL. (905) 405-0955

| | | | | |
|---|---|---|---|---|
| 09/19/05 | U01094502 | P | 0550065201 | 1,336.50 |
| 09/20/05 | U01094503 | P | 0550065201 | 1,336.50 |
| 09/21/05 | 15459 | 1 | 9/21/2005 | 21,921.30 |
| 09/22/05 | U01084001 | 1 | 0550053269 | 8,756.59 |
| 09/22/05 | U01089205 | 1 | 0550003446 | 22,475.52 |
| 09/23/05 | 9/22 WIRE | 3 | U.S. WIRE DELP | 650,000.00- |
| 09/26/05 | U01089801 | 1 | 0550003446 | 22,475.52 |
| 09/26/05 | U01089802 | 1 | 0550003446 | 22,475.52 |
| 09/26/05 | U01089803 | 1 | 0550003446 | 22,475.52 |
| 09/26/05 | U01092701 | 1 | 0550053269 | 8,756.59 |
| 09/26/05 | U01094506 | P | 0550065201 | 25,474.50 |
| 09/26/05 | U01095201 | P | 0550065201 | 25,474.50 |
| 09/26/05 | U01095202 | P | 0550065201 | 25,474.50 |
| 09/27/05 | U01089804 | 1 | 0550003446 | 22,475.52 |
| 09/27/05 | U01095203 | P | 0550065201 | 25,474.50 |
| 09/27/05 | U01095204 | P | 0550065201 | 25,474.50 |
| 09/27/05 | U01095205 | P | 0550065201 | 25,474.50 |
| 09/27/05 | U01095206 | P | 0550065201 | 25,474.50 |
| 09/28/05 | U01089805 | 1 | 0550003446 | 22,475.52 |
| 09/28/05 | U01095207 | P | 0550065201 | 25,474.50 |
| 09/29/05 | U01090301 | 1 | 0550003446 | 22,475.52 |
| 10/04/05 | U01090302 | 1 | 0550003446 | 22,475.52 |
| 10/04/05 | U01090303 | 1 | 0550003446 | 22,475.52 |
| 10/04/05 | U01095601 | 1 | 0550065201 | 53,330.40 |
| 10/04/05 | U01096101 | P | 0550065201 | 25,474.50 |
| 10/04/05 | U01096102 | P | 0550065201 | 25,474.50 |
| 10/04/05 | U01096701 | P | 0550065201 | 25,474.50 |
| 10/05/05 | U01090304 | 1 | 0550003446 | 22,475.52 |
| 10/05/05 | U01096103 | P | 0550065201 | 25,474.50 |
| 10/06/05 | U01081810 | 1 | 0550003446 | 17,793.12 |
| 10/06/05 | U01088608 | P | 0550065201 | 11,322.00 |
| 10/06/05 | U01088609 | P | 0550065201 | 4,717.50 |

32066115 11/23/05 PAGE 2

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
P.O. BOX 1550
FLINT, MI 48501-1550 USA

US$

| | | | |
|---|---|---|---|
| 11/02/05 | 09/19/05 | U01094502 | 1,336.50 |
| 11/02/05 | 09/20/05 | U01094503 | 1,336.50 |
| 09/21/05 | 09/21/05 | 15459 | 21,921.30 |
| 11/02/05 | 09/22/05 | U01084001 | 8,756.59 |
| 11/02/05 | 09/22/05 | U01089205 | 22,475.52 |
| 09/26/05 | 09/23/05 | 9/22 WIRE | 650,000.00- |
| 11/02/05 | 09/26/05 | U01089801 | 22,475.52 |
| 11/02/05 | 09/26/05 | U01089802 | 22,475.52 |
| 11/02/05 | 09/26/05 | U01089803 | 22,475.52 |
| 11/02/05 | 09/26/05 | U01092701 | 8,756.59 |
| 11/02/05 | 09/26/05 | U01094506 | 25,474.50 |
| 11/02/05 | 09/26/05 | U01095201 | 25,474.50 |
| 11/02/05 | 09/26/05 | U01095202 | 25,474.50 |
| 11/02/05 | 09/27/05 | U01089804 | 22,475.52 |
| 11/02/05 | 09/27/05 | U01095203 | 25,474.50 |
| 11/02/05 | 09/27/05 | U01095204 | 25,474.50 |
| 11/02/05 | 09/27/05 | U01095205 | 25,474.50 |
| 11/02/05 | 09/27/05 | U01095206 | 25,474.50 |
| 11/02/05 | 09/28/05 | U01089805 | 22,475.52 |
| 11/02/05 | 09/28/05 | U01095207 | 25,474.50 |
| 11/02/05 | 09/29/05 | U01090301 | 22,475.52 |
| 12/02/05 | 10/04/05 | U01090302 | 22,475.52 |
| 12/02/05 | 10/04/05 | U01090303 | 22,475.52 |
| 12/02/05 | 10/04/05 | U01095601 | 53,330.40 |
| 12/02/05 | 10/04/05 | U01096101 | 25,474.50 |
| 12/02/05 | 10/04/05 | U01096102 | 25,474.50 |
| 12/02/05 | 10/04/05 | U01096701 | 25,474.50 |
| 12/02/05 | 10/05/05 | U01090304 | 22,475.52 |
| 12/02/05 | 10/05/05 | U01096103 | 25,474.50 |
| 12/02/05 | 10/06/05 | U01081810 | 17,793.12 |
| 12/02/05 | 10/06/05 | U01088608 | 11,322.00 |
| 12/02/05 | 10/06/05 | U01088609 | 4,717.50 |

32066115 11/23/05 3

DELPHI CORP.
P.O. BOX 1550
FLINT, MI 48501-1550 USA

US$

ELAINE WAREHAM
TEL. (905) 405-0955

32066115 11/23/05 PAGE 3

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
P.O. BOX 1550
FLINT, MI 48501-1550 USA

US$

| | | | | |
|---|---|---|---|---|
| 10/06/05 | U01089206 | 1 | 0550003446 | 11,237.76 |
| 10/06/05 | U01090305 | 1 | 0550003446 | 22,475.52 |
| 10/06/05 | U01095602 | P | 0550065201 | 25,474.50 |
| 10/06/05 | U01095603 | P | 0550065201 | 25,474.50 |
| 10/06/05 | U01095604 | P | 0550065201 | 25,474.50 |
| 10/06/05 | U01096104 | P | 0550065201 | 25,474.50 |
| 10/07/05 | U01077613 | 1 | 0550003446 | 12,174.24 |
| 10/07/05 | U01081211 | 1 | 0550003446 | 4,682.40 |
| 10/07/05 | U01093707 | P | 0550065201 | 20,757.00 |

| | | | |
|---|---|---|---|
| 12/02/05 | 10/06/05 | U01089206 | 11,237.76 |
| 12/02/05 | 10/06/05 | U01090305 | 22,475.52 |
| 12/02/05 | 10/06/05 | U01095602 | 25,474.50 |
| 12/02/05 | 10/06/05 | U01095603 | 25,474.50 |
| 12/02/05 | 10/06/05 | U01095604 | 25,474.50 |
| 12/02/05 | 10/06/05 | U01096104 | 25,474.50 |
| 12/02/05 | 10/07/05 | U01077613 | 12,174.24 |
| 12/02/05 | 10/07/05 | U01081211 | 4,682.40 |
| 12/02/05 | 10/07/05 | U01093707 | 20,757.00 |

373,332.70 .00 429,712.50 482,676.38 650,000.00- 373,332.70

30,902.62 80,041.20

US$

32066921 11/23/05 1

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.$)
PONTIAC, MI 48343-6040 USA

ELAINE WAREHAM
TEL. (905) 405-0955

32066921 11/23/05 PAGE 1

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.$)
PONTIAC, MI 48343-6040 USA

| | | | | |
|---|---|---|---|---|
| 01/29/02 | 341252800 | 3 | DEL02-01-29 | 1,263.96- |
| 02/26/02 | 341254000 | 3 | 5-044 | 1,425.47- |
| 03/18/02 | 341258900 | 3 | 02-03-15 | 1,551.86- |
| 04/11/02 | 341260400 | 3 | SCRAP | 1,378.28- |
| 04/25/02 | 341261500 | 3 | RET 02-04-24 | 1,155.53- |
| 07/29/02 | 341267100 | 3 | RET 02-07-24 | 1,598.27- |
| 08/08/02 | 341268300 | 3 | RET 02-08-06 | 2,329.57- |
| 08/28/02 | 341270700 | 3 | RET 02-08-27 | 4,770.48- |
| 09/19/02 | 341271900 | 3 | RET 02-09-16 | 1,706.34- |
| 10/28/02 | 341273000 | 3 | RET# DEL 02-10 | 1,102.61- |
| 11/29/02 | 341276100 | 3 | RET 02-11-29 | 2,011.74- |
| 12/20/02 | 341279100 | 3 | RET 02-12-20 | 1,944.07- |
| 01/06/03 | 341279400 | 3 | R50315510 | 1,373.20- |
| 02/25/03 | 341284200 | 3 | RET 03-02-24 | 1,792.03- |
| 03/28/03 | 341285400 | 3 | DEL03-03-27 | 3,622.92- |
| 04/29/03 | 341288800 | 3 | 03-04-29 | 4,167.20- |
| 06/25/03 | 341296200 | 3 | DEL03-06-23 | 2,061.96- |
| 09/05/03 | 341303300 | 3 | 3-8-26 | 2,557.27- |
| 10/01/03 | 341303600 | 3 | RET 3-9-29 | 1,763.44- |
| 10/30/03 | 341306900 | 3 | 03-10-28 | 868.06- |
| 11/27/03 | 341307800 | 3 | RET 03-11-26 | 4,217.43- |
| 12/10/03 | 341308500 | 3 | RET 03-12-10 | 2,101.12- |
| 02/17/04 | 341311500 | 3 | RET 03-12-18 | 1,957.12- |
| 02/17/04 | 341311600 | 3 | RET 04-02-16 | 244.64- |
| 03/10/04 | 341312500 | 3 | RET 04-03-08 | 2,151.38- |
| 03/30/04 | 341313100 | 3 | RA#277 | 2,239.68- |
| 07/21/04 | 341319000 | 3 | RET 06-28-04 | 1,496.34- |
| 07/21/04 | 341319100 | 3 | RET 06-28-04 | 594.46- |
| 08/10/04 | 341321200 | 3 | RET 08-09-04 | 2,381.04- |
| 08/17/04 | 341321400 | 3 | RA300 | 4,449.56- |
| 11/04/04 | 341324600 | 3 | RET 10-28-04 | 1,328.05- |
| 11/04/04 | 341324700 | 3 | RET 10-28-04 | 580.73- |

| | | | |
|---|---|---|---|
| 02/28/02 | 01/29/02 | 341252800 | 1,263.96- |
| 03/28/02 | 02/26/02 | 341254000 | 1,425.47- |
| 04/17/02 | 03/18/02 | 341258900 | 1,551.86- |
| 05/11/02 | 04/11/02 | 341260400 | 1,378.28- |
| 05/25/02 | 04/25/02 | 341261500 | 1,155.53- |
| 08/28/02 | 07/29/02 | 341267100 | 1,598.27- |
| 09/07/02 | 08/08/02 | 341268300 | 2,329.57- |
| 09/27/02 | 08/28/02 | 341270700 | 4,770.48- |
| 10/19/02 | 09/19/02 | 341271900 | 1,706.34- |
| 11/27/02 | 10/28/02 | 341273000 | 1,102.61- |
| 12/29/02 | 11/29/02 | 341276100 | 2,011.74- |
| 01/19/03 | 12/20/02 | 341279100 | 1,944.07- |
| 02/05/03 | 01/06/03 | 341279400 | 1,373.20- |
| 03/27/03 | 02/25/03 | 341284200 | 1,792.03- |
| 04/27/03 | 03/28/03 | 341285400 | 3,622.92- |
| 05/29/03 | 04/29/03 | 341288800 | 4,167.20- |
| 07/25/03 | 06/25/03 | 341296200 | 2,061.96- |
| 10/05/03 | 09/05/03 | 341303300 | 2,557.27- |
| 10/31/03 | 10/01/03 | 341303600 | 1,763.44- |
| 11/29/03 | 10/30/03 | 341306900 | 868.06- |
| 12/27/03 | 11/27/03 | 341307800 | 4,217.43- |
| 01/09/04 | 12/10/03 | 341308500 | 2,101.12- |
| 03/18/04 | 02/17/04 | 341311500 | 1,957.12- |
| 03/18/04 | 02/17/04 | 341311600 | 244.64- |
| 04/09/04 | 03/10/04 | 341312500 | 2,151.38- |
| 04/29/04 | 03/30/04 | 341313100 | 2,239.68- |
| 08/20/04 | 07/21/04 | 341319000 | 1,496.34- |
| 08/20/04 | 07/21/04 | 341319100 | 594.46- |
| 09/09/04 | 08/10/04 | 341321200 | 2,381.04- |
| 09/16/04 | 08/17/04 | 341321400 | 4,449.56- |
| 12/04/04 | 11/04/04 | 341324600 | 1,328.05- |
| 12/04/04 | 11/04/04 | 341324700 | 580.73- |

9 pgs
acct # 32066921 SUDBURY
(US$ 371,737.16)

32066921 11/23/05 4

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

ELAINE WAREHAM
TEL. (905) 405-0955

32066921 11/23/05 PAGE 4

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

| | | | | |
|---|---|---|---|---|
| 09/14/05 | R50585513 | P | 0550016322 | 1,473.78 |
| 09/14/05 | R50588302 | P | 0550003622 | 1,509.69 |
| 09/14/05 | R50597203 | P | 0550024769 | 1,427.76 |
| 09/15/05 | R50567001 | P | 0550003450 | 1,440.00 |
| 09/15/05 | R50581206 | P | 0550052385 | 1,431.54 |
| 09/15/05 | R50581207 | P | 0550052385 | 1,431.54 |
| 09/15/05 | R50588303 | P | 0550003622 | 1,509.69 |
| 09/15/05 | R50589001 | P | 0550016322 | 1,473.78 |
| 09/15/05 | R50589101 | P | 0550016322 | 1,473.78 |
| 09/15/05 | R50597204 | P | 0550024769 | 1,427.76 |
| 09/15/05 | R50597205 | P | 0550024769 | 1,427.76 |
| 09/16/05 | BK 1 WIRE | 3 | WIRE REC AT MC | 750,000.00- |
| 09/16/05 | R50567002 | P | 0550003450 | 1,440.00 |
| 09/16/05 | R50581208 | P | 0550052385 | 1,431.54 |
| 09/16/05 | R50583001 | P | 0550052385 | 1,431.54 |
| 09/16/05 | R50588304 | P | 0550003622 | 1,509.69 |
| 09/16/05 | R50589201 | P | 0550016322 | 1,473.78 |
| 09/16/05 | R50597206 | P | 0550024769 | 1,427.76 |
| 09/19/05 | R50556101 | P | 0550016276 | 1,504.44 |
| 09/19/05 | R50583002 | P | 0550052385 | 1,431.54 |
| 09/19/05 | R50588305 | P | 0550003622 | 1,509.69 |
| 09/19/05 | R50588306 | P | 0550003622 | 1,509.69 |
| 09/20/05 | R50559401 | P | 0550016276 | 1,504.44 |
| 09/20/05 | R50564401 | P | 0550024768 | 1,436.16 |
| 09/20/05 | R50567003 | P | 0550003450 | 1,440.00 |
| 09/20/05 | R50583003 | P | 0550052385 | 1,431.54 |
| 09/20/05 | R50583004 | P | 0550052385 | 1,431.54 |
| 09/20/05 | R50588401 | P | 0550003622 | 1,509.69 |
| 09/20/05 | R50588402 | P | 0550003622 | 1,509.69 |
| 09/20/05 | R50597207 | P | 0550024769 | 1,427.76 |
| 09/20/05 | WIRE 9/19 | 3 | WIRE TO U.S. | 400,000.00- |
| 09/21/05 | R50561401 | P | 0550016276 | 1,504.44 |

| | | | |
|---|---|---|---|
| 09/17/05 | 09/14/05 | R50585513 | 1,473.78 |
| 09/17/05 | 09/14/05 | R50588302 | 1,509.69 |
| 09/17/05 | 09/14/05 | R50597203 | 1,427.76 |
| 09/18/05 | 09/15/05 | R50567001 | 1,440.00 |
| 09/18/05 | 09/15/05 | R50581206 | 1,431.54 |
| 09/18/05 | 09/15/05 | R50581207 | 1,431.54 |
| 09/18/05 | 09/15/05 | R50588303 | 1,509.69 |
| 09/18/05 | 09/15/05 | R50589001 | 1,473.78 |
| 09/18/05 | 09/15/05 | R50589101 | 1,473.78 |
| 09/18/05 | 09/15/05 | R50597204 | 1,427.76 |
| 09/18/05 | 09/15/05 | R50597205 | 1,427.76 |
| 09/19/05 | 09/16/05 | BK 1 WIRE | 750,000.00- |
| 09/19/05 | 09/16/05 | R50567002 | 1,440.00 |
| 09/19/05 | 09/16/05 | R50581208 | 1,431.54 |
| 09/19/05 | 09/16/05 | R50583001 | 1,431.54 |
| 09/19/05 | 09/16/05 | R50588304 | 1,509.69 |
| 09/19/05 | 09/16/05 | R50589201 | 1,473.78 |
| 09/19/05 | 09/16/05 | R50597206 | 1,427.76 |
| 09/22/05 | 09/19/05 | R50556101 | 1,504.44 |
| 09/22/05 | 09/19/05 | R50583002 | 1,431.54 |
| 09/22/05 | 09/19/05 | R50588305 | 1,509.69 |
| 09/22/05 | 09/19/05 | R50588306 | 1,509.69 |
| 09/23/05 | 09/20/05 | R50559401 | 1,504.44 |
| 09/23/05 | 09/20/05 | R50564401 | 1,436.16 |
| 09/23/05 | 09/20/05 | R50567003 | 1,440.00 |
| 09/23/05 | 09/20/05 | R50583003 | 1,431.54 |
| 09/23/05 | 09/20/05 | R50583004 | 1,431.54 |
| 09/23/05 | 09/20/05 | R50588401 | 1,509.69 |
| 09/23/05 | 09/20/05 | R50588402 | 1,509.69 |
| 09/23/05 | 09/20/05 | R50597207 | 1,427.76 |
| 09/23/05 | 09/20/05 | WIRE 9/19 | 400,000.00- |
| 09/24/05 | 09/21/05 | R50561401 | 1,504.44 |

32066921 11/23/05 8

32066921 11/23/05 PAGE 8

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

ELAINE WAREHAM
TEL. (905) 405-0955

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/03/05 | U01066301 | P 15062 | 1,470.56 | 04/02/05 | 03/03/05 | U01066301 | 1,470.56 | 11/23/2005 |
| 03/21/05 | U01067601 | P 15063 | 2,100.80 | 04/20/05 | 03/21/05 | U01067601 | 2,100.80 | 11/23/2005 |
| 03/30/05 | U01069201 | P 15064 | 1,260.48 | 04/29/05 | 03/30/05 | U01069201 | 1,260.48 | 11/23/2005 |
| 04/11/05 | U01071201 | P 15370 | 630.24 | 05/11/05 | 04/11/05 | U01071201 | 630.24 | 11/23/2005 |
| 04/13/05 | U01071202 | P 15510 | 420.16 | 05/13/05 | 04/13/05 | U01071202 | 420.16 | 11/23/2005 |
| 04/21/05 | U01074201 | P 15533 | 1,470.56 | 05/21/05 | 04/21/05 | U01074201 | 1,470.56 | 11/23/2005 |
| 04/27/05 | U01076501 | P 15555 | 1,470.56 | 05/27/05 | 04/27/05 | U01076501 | 1,470.56 | 11/23/2005 |
| 05/12/05 | U01077801 | P 15473 | 2,715.65 | 06/11/05 | 05/12/05 | U01077801 | 2,715.65 | 11/23/2005 |
| 05/19/05 | U01080401 | P 15496 | 905.22 | 06/18/05 | 05/19/05 | U01080401 | 905.22 | 11/23/2005 |
| 06/02/05 | U01081401 | P 15675 | 1,810.43 | 07/02/05 | 06/02/05 | U01081401 | 1,810.43 | 11/23/2005 |
| 06/23/05 | U01085101 | P 15707 | 3,168.26 | 07/23/05 | 06/23/05 | U01085101 | 3,168.26 | 11/23/2005 |
| 06/30/05 | U01085201 | P 15717 | 1,810.43 | 07/30/05 | 06/30/05 | U01085201 | 1,810.43 | 11/23/2005 |
| 07/27/05 | U01072501 | P 15806 | 416.42 | 08/26/05 | 07/27/05 | U01072501 | 416.42 | 11/23/2005 |
| 08/10/05 | U01072503 | P 15835 | 89.23 | 09/09/05 | 08/10/05 | U01072503 | 89.23 | 11/23/2005 |
| 08/12/05 | U01072504 | P 15837 | 89.23 | 09/11/05 | 08/12/05 | U01072504 | 89.23 | 11/23/2005 |
| 08/15/05 | U01083103 | P 15838 | 59.49 | 09/14/05 | 08/15/05 | U01083103 | 59.49 | 11/23/2005 |
| 09/02/05 | U01087702 | P 15633 | 1,316.16 | 10/02/05 | 09/02/05 | U01087702 | 1,316.16 | 11/23/2005 |
| 09/15/05 | U01088503 | P 15638 | 3,948.48 | 10/15/05 | 09/15/05 | U01088503 | 3,948.48 | 11/23/2005 |
| 09/15/05 | U01089201 | P 15641 | 1,316.16 | 10/15/05 | 09/15/05 | U01089201 | 1,316.16 | 11/23/2005 |
| 09/19/05 | U01089202 | P 15642 | 1,316.16 | 10/19/05 | 09/19/05 | U01089202 | 1,316.16 | 11/23/2005 |
| 09/19/05 | U01082506 | P 15931 | 1,374.12 | 10/19/05 | 09/19/05 | U01082506 | 1,374.12 | 11/23/2005 |
| 09/22/05 | U01089205 | P 15645 | 1,316.16 | 10/22/05 | 09/22/05 | U01089205 | 1,316.16 | 11/23/2005 |
| 09/26/05 | U01092701 | P 15953 | 465.50 | 10/26/05 | 09/26/05 | U01092701 | 465.50 | 11/23/2005 |
| 09/26/05 | U01089801 | P 15646 | 1,316.16 | 10/26/05 | 09/26/05 | U01089801 | 1,316.16 | 11/23/2005 |

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

ELAINE WAREHAM
TEL. (905) 405-0955

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
DISBURSEMENT CENTER
P.O. BOX 436040
(U.S.S)
PONTIAC, MI 48343-6040 USA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/26/05 | U01089802 | P 15647 | 1,316.16 | 10/26/05 | 09/26/05 | U01089802 | 1,316.16 | 11/23/2005 |
| 09/26/05 | U01089803 | P 15648 | 1,316.16 | 10/26/05 | 09/26/05 | U01089803 | 1,316.16 | 11/23/2005 |
| 09/27/05 | U01089804 | P 15649 | 1,316.16 | 10/27/05 | 09/27/05 | U01089804 | 1,316.16 | 11/23/2005 |
| 09/28/05 | U01089805 | P 15650 | 1,316.16 | 10/28/05 | 09/28/05 | U01089805 | 1,316.16 | 11/23/2005 |
| 09/29/05 | U01090301 | P 15980 | 1,316.16 | 10/29/05 | 09/29/05 | U01090301 | 1,316.16 | 11/23/2005 |
| 10/04/05 | U01090302 | P 15981 | 1,316.16 | 11/03/05 | 10/04/05 | U01090302 | 1,316.16 | 11/23/2005 |
| 10/04/05 | U01090303 | P 15982 | 1,316.16 | 11/03/05 | 10/04/05 | U01090303 | 1,316.16 | 11/23/2005 |
| 10/05/05 | U01090304 | P 15983 | 1,316.16 | 11/04/05 | 10/05/05 | U01090304 | 1,316.16 | 11/23/2005 |
| 10/06/05 | U01090305 | P 15985 | 1,316.16 | 11/05/05 | 10/06/05 | U01090305 | 1,316.16 | 11/23/2005 |
| 10/06/05 | U01081810 | P 15987 | 1,041.96 | 11/05/05 | 10/06/05 | U01081810 | 1,041.96 | 11/23/2005 |
| 10/06/05 | U01089206 | P 15984 | 658.08 | 11/05/05 | 10/06/05 | U01089206 | 658.08 | 11/23/2005 |
| 10/07/05 | U01077613 | P 15937 | 712.92 | 11/06/05 | 10/07/05 | U01077613 | 712.92 | 11/23/2005 |
| 10/07/05 | U01081211 | P 16106A | 274.20 | 11/06/05 | 10/07/05 | U01081211 | 274.20 | 11/23/2005 |

-371,737.16 0.00 0.00 9,062.05 644,101.23

-994,587.51 -30,312.93 -371,737.16

32066999 11/23/05 PAGE 1

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP
DISBURSEMENT CENTER
P.O. BOX 436040
(US $ SCT)
PONTIAC, MI 48343-6040 USA

32066999 11/23/05 1

US$

ELAINE WAREHAM
TEL. (905) 405-0955

DELPHI CORP
DISBURSEMENT CENTER
P.O. BOX 436040
(US $ SCT)
PONTIAC, MI 48343-6040 USA

| | | | | |
|---|---|---|---|---|
| 05/24/05 | Z51693610 | P | 0550038026 | 4,091.04 |
| 05/25/05 | Z51693611 | P | 0550038026 | 3,703.68- |
| 07/21/05 | Z51738001 | P | 0550038026 | 21,078.00 |
| 08/16/05 | 600266000 | 3 | PRICING 180213 | 180.72- |
| 09/01/05 | Z51826002 | P | 550052390 | 5,635.17 |
| 09/06/05 | B/L35712 | P | 9/2/2005 | 442.33 |
| 09/07/05 | Z51829501 | P | 550052390 | 1,537.54 |
| 09/08/05 | Z51796905 | P | 0550038026 | 1,555.20 |
| 09/08/05 | Z51829502 | P | 550052390 | 1,057.06 |
| 09/09/05 | Z51829601 | P | 550052390 | 1,537.54 |
| 09/12/05 | Z51796906 | P | 0550038026 | 1,555.20 |
| 09/13/05 | Z51799301 | P | 0550038026 | 1,555.20 |
| 09/14/05 | Z51799302 | P | 0550038026 | 1,069.20 |
| 09/15/05 | Z51799303 | P | 0550038026 | 1,555.20 |
| 09/16/05 | Z51799304 | P | 0550038026 | 1,069.20 |
| 09/16/05 | Z51804801 | P | 0550038026 | 1,555.20 |
| 09/20/05 | Z51804802 | 1 | 0550038026 | 15,045.12 |
| 09/20/05 | Z51804803 | P | 0550038026 | 1,555.20 |
| 09/23/05 | Z51807202 | 1 | 0550038026 | 15,045.12 |
| 09/26/05 | Z51807203 | 1 | 0550038026 | 15,045.12 |
| 09/27/05 | Z51807204 | 1 | 0550038026 | 15,045.12 |
| 09/28/05 | B/L36209 | 1 | 9/28/2005 | 9,274.32- |
| 09/28/05 | Z51807205 | 1 | 0550038026 | 15,045.12 |
| 09/29/05 | Z51809301 | 1 | 0550038026 | 15,045.12 |
| 09/29/05 | Z51829701 | 1 | 550052390 | 16,572.16 |
| 09/30/05 | Z51809302 | 1 | 0550038026 | 10,343.52 |
| 09/30/05 | Z51829801 | 1 | 550052390 | 16,572.16 |
| 09/30/05 | Z51829802 | 1 | 550052390 | 11,393.36 |
| 09/30/05 | Z51829901 | 1 | 550052390 | 16,572.16 |
| 10/03/05 | Z51809303 | 1 | 0550038026 | 15,045.12 |
| 10/03/05 | Z51809304 | 1 | 0550038026 | 15,045.12 |
| 10/04/05 | B/L36223 | 1 | 10/4/2005 | 13,489.92- |

| | | | |
|---|---|---|---|
| 07/02/05 | 05/24/05 | Z51693610 | 4,091.04 |
| 07/02/05 | 05/25/05 | Z51693611 | 3,703.68- |
| 09/02/05 | 07/21/05 | Z51738001 | 21,078.00 |
| 09/15/05 | 08/16/05 | 600266000 | 180.72- |
| 09/04/05 | 09/01/05 | Z51826002 | 5,635.17 |
| 09/06/05 | 09/06/05 | B/L35712 | 442.33 |
| 09/10/05 | 09/07/05 | Z51829501 | 1,537.54 |
| 09/11/05 | 09/08/05 | Z51796905 | 1,555.20 |
| 09/11/05 | 09/08/05 | Z51829502 | 1,057.06 |
| 09/12/05 | 09/09/05 | Z51829601 | 1,537.54 |
| 09/15/05 | 09/12/05 | Z51796906 | 1,555.20 |
| 09/16/05 | 09/13/05 | Z51799301 | 1,555.20 |
| 09/17/05 | 09/14/05 | Z51799302 | 1,069.20 |
| 09/18/05 | 09/15/05 | Z51799303 | 1,555.20 |
| 09/19/05 | 09/16/05 | Z51799304 | 1,069.20 |
| 09/19/05 | 09/16/05 | Z51804801 | 1,555.20 |
| 09/23/05 | 09/20/05 | Z51804802 | 15,045.12 |
| 09/23/05 | 09/20/05 | Z51804803 | 1,555.20 |
| 09/26/05 | 09/23/05 | Z51807202 | 15,045.12 |
| 09/29/05 | 09/26/05 | Z51807203 | 15,045.12 |
| 09/30/05 | 09/27/05 | Z51807204 | 15,045.12 |
| 09/28/05 | 09/28/05 | B/L36209 | 9,274.32- |
| 10/01/05 | 09/28/05 | Z51807205 | 15,045.12 |
| 10/02/05 | 09/29/05 | Z51809301 | 15,045.12 |
| 10/02/05 | 09/29/05 | Z51829701 | 16,572.16 |
| 10/03/05 | 09/30/05 | Z51809302 | 10,343.52 |
| 10/03/05 | 09/30/05 | Z51829801 | 16,572.16 |
| 10/03/05 | 09/30/05 | Z51829802 | 11,393.36 |
| 10/03/05 | 09/30/05 | Z51829901 | 16,572.16 |
| 10/06/05 | 10/03/05 | Z51809303 | 15,045.12 |
| 10/06/05 | 10/03/05 | Z51809304 | 15,045.12 |
| 10/04/05 | 10/04/05 | B/L36223 | 13,489.92- |

2 pgs
Acct # 32066999 ST CATHS.
US$ 288,963.80.

32066999 11/23/05 PAGE 2

32066999 11/23/05 2

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP
DISBURSEMENT CENTER
P.O. BOX 436040
(US $ SCT)
PONTIAC, MI 48343-6040 USA

115 #

ELAINE WAREHAM
TEL. (905) 405-0955

DELPHI CORP
DISBURSEMENT CENTER
P.O. BOX 436040
(US $ SCT)
PONTIAC, MI 48343-6040 USA

| | | | | |
|---|---|---|---|---|
| 10/04/05 | Z51809305 | 1 | 0550038026 | 15,045.12 |
| 10/04/05 | Z51829902 | 1 | 550052390 | 16,572.16 |
| 10/05/05 | Z51809306 | 1 | 0550038026 | 15,045.12 |
| 10/05/05 | Z51829903 | P | 550052390 | 1.13- |
| 10/06/05 | Z51809307 | 1 | 0550038026 | 15,045.12 |
| 10/06/05 | Z51809308A | 1 | 0550038026 | 15,045.12 |
| 10/07/05 | Z51809309A | P | 0550038026 | .86- |
| 10/07/05 | Z51829905 | P | 550052390 | 1.13- |
| 11/22/05 | Z51829402 | 1 | 0550038026 | 15,200.64 |
| 11/22/05 | Z51830503 | 1 | 550052390 | 11,499.84 |
| 11/22/05 | Z51830601 | 1 | 550052390 | 11,499.84 |

| | | | |
|---|---|---|---|
| 10/07/05 | 10/04/05 | Z51809305 | 15,045.12 |
| 10/07/05 | 10/04/05 | Z51829902 | 16,572.16 |
| 10/08/05 | 10/05/05 | Z51809306 | 15,045.12 |
| 10/08/05 | 10/05/05 | Z51829903 | 1.13- |
| 10/09/05 | 10/06/05 | Z51809307 | 15,045.12 |
| 10/09/05 | 10/06/05 | Z51809308A | 15,045.12 |
| 10/10/05 | 10/07/05 | Z51809309A | .86- |
| 10/10/05 | 10/07/05 | Z51829905 | 1.13- |
| 11/25/05 | 11/22/05 | Z51829402 | 15,200.64 |
| 11/25/05 | 11/22/05 | Z51830503 | 11,499.84 |
| 11/25/05 | 11/22/05 | Z51830601 | 11,499.84 |

w/o - 1

288,763.48

326,963.80 .00 38,200.32 .00 230,754.48 326,963.80

57,621.64 387.36

32006046 11/23/05 PAGE 1

32006046 11/23/05 1

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
30001 VAN DYKE
NAO DISBURSEMENT / MCD HDQTR
(CDN $)
WARREN, MI 48090 USA

CAN $

ELAINE WAREHAM
TEL. (905) 405-0955

DELPHI CORP.
30001 VAN DYKE
NAO DISBURSEMENT / MCD HDQTR
(CDN $)
WARREN, MI 48090 USA

| | | | | |
|---|---|---|---|---|
| 08/26/05 | V770225021 | 1 | 055005242 | 574.24 |
| 08/26/05 | V770771011 | 1 | 0550005242 | 578.74 |
| 09/01/05 | V77143101 | 1 | 0550005242 | 1,022.50 |
| 09/01/05 | V77143201 | 1 | 0550005242 | 127.61 |
| 09/08/05 | V77119701 | 1 | 0550005242 | 256.85 |
| 09/08/05 | V77143202 | 1 | 0550005242 | 1,917.39 |

| | | | |
|---|---|---|---|
| 08/29/05 | 08/26/05 | V770225021 | 574.24 |
| 08/29/05 | 08/26/05 | V770771011 | 578.74 |
| 09/04/05 | 09/01/05 | V77143101 | 1,022.50 |
| 09/04/05 | 09/01/05 | V77143201 | 127.61 |
| 11/02/05 | 09/08/05 | V77119701 | 256.85 |
| 09/11/05 | 09/08/05 | V77143202 | 1,917.39 |

w/o - 2

| | | | | | |
|---|---|---|---|---|---|
| 4,477.33 | .00 | .00 | 256.85 | .00 | 4,477.33 |
| | 4,220.48 | .00 | | | |

1 pg

Acct # 32006046 MISSISSAUGA PLANT

CAN $ 4,477.33

CAN $' EXCHG AS OF 10-8-05 = .84890

32066331 11/23/05 1

32066331 11/23/05 PAGE 1

DELPHI CORP.
DISBURSEMENT CENTRE
P.O. BOX 436040
(CDN$)
PONTIAC, MI 48343-6040 USA

CAN $

ELAINE WAREHAM
TEL. (905) 405-0955

AFFINIA CANADA CORP.
6601 GOREWAY DR.
MISSISSAUGA ON L4V 1V6

DELPHI CORP.
DISBURSEMENT CENTRE
P.O. BOX 436040
(CDN$)
PONTIAC, MI 48343-6040 USA

| Date | Reference | Code | Description | Amount |
|---|---|---|---|---|
| 02/25/03 | 341284300 | 3 | RET 03-02-24 | 23.76- |
| 03/28/03 | 341285500 | 3 | DEL 03-03-07 | 704.88- |
| 04/29/03 | 341288900 | 3 | 03-04-29 | 3,193.40- |
| 08/08/05 | R505857031 | 1 | 0550005264 | 21,686.70 |
| 08/10/05 | R505857041 | 1 | 0550005264 | 15,104.56 |
| 08/11/05 | R505940011 | 1 | 0550005264 | 5,215.14 |
| 08/30/05 | POA001400 | 4 | WIRE AUG 29/05 | 87,535.11- |
| 09/06/05 | POA001415 | 4 | WIRE SEP 02 | 192,577.28- |
| 09/06/05 | POA001417 | 4 | WIRE SEP 02 | 52,521.07- |
| 09/14/05 | R50594802 | P | 0550005263 | 2,162.41 |
| 09/16/05 | R50596901 | P | 0550005263 | 2,162.41 |
| 09/19/05 | R50596902 | P | 0550005263 | 2,162.41 |
| 09/20/05 | R50596903 | P | 0550005263 | 2,162.41 |
| 09/21/05 | R50598401 | P | 0550005263 | 2,162.41 |
| 09/22/05 | R50598402 | P | 0550005263 | 2,162.41 |
| 09/23/05 | R50600701 | P | 0550005263 | 2,162.41 |
| 09/26/05 | R50600702 | 1 | 0550005263 | 19,669.43 |
| 09/27/05 | R50600703 | 1 | 0550005263 | 19,669.43 |
| 09/28/05 | R50602801 | 1 | 0550005263 | 19,669.43 |
| 09/30/05 | 341335200 | 3 | 05-29-09 | 370.71- |
| 10/03/05 | R50602802 | 1 | 0550005263 | 19,669.43 |
| 10/03/05 | R50602803 | 1 | 0550005263 | 19,669.43 |
| 10/04/05 | R50605701 | 1 | 0550005263 | 19,669.43 |
| 10/05/05 | R50605702 | 1 | 0550005263 | 19,669.43 |

| Date | Date | Reference | Amount |
|---|---|---|---|
| 03/27/03 | 02/25/03 | 341284300 | 23.76- |
| 04/27/03 | 03/28/03 | 341285500 | 704.88- |
| 05/29/03 | 04/29/03 | 341288900 | 3,193.40- |
| 09/10/05 | 08/08/05 | R505857031 | 21,686.70 |
| 09/10/05 | 08/10/05 | R505857041 | 15,104.56 |
| 09/10/05 | 08/11/05 | R505940011 | 5,215.14 |
| 08/30/05 | 08/30/05 | POA001400 | 87,535.11- |
| 09/06/05 | 09/06/05 | POA001415 | 192,577.28- |
| 09/06/05 | 09/06/05 | POA001417 | 52,521.07- |
| 09/17/05 | 09/14/05 | R50594802 | 2,162.41 |
| 09/19/05 | 09/16/05 | R50596901 | 2,162.41 |
| 09/22/05 | 09/19/05 | R50596902 | 2,162.41 |
| 09/23/05 | 09/20/05 | R50596903 | 2,162.41 |
| 09/24/05 | 09/21/05 | R50598401 | 2,162.41 |
| 09/25/05 | 09/22/05 | R50598402 | 2,162.41 |
| 09/26/05 | 09/23/05 | R50600701 | 2,162.41 |
| 09/29/05 | 09/26/05 | R50600702 | 19,669.43 |
| 09/30/05 | 09/27/05 | R50600703 | 19,669.43 |
| 10/01/05 | 09/28/05 | R50602801 | 19,669.43 |
| 10/30/05 | 09/30/05 | 341335200 | 370.71- |
| 10/06/05 | 10/03/05 | R50602802 | 19,669.43 |
| 10/06/05 | 10/03/05 | R50602803 | 19,669.43 |
| 10/07/05 | 10/04/05 | R50605701 | 19,669.43 |
| 10/08/05 | 10/05/05 | R50605702 | 19,669.43 |

142,096.93- .00 .00 370.71- 144,173.24

281,977.42- 3,922.04-

142,096.93-

1 pg

CAN $ EXCHG AS OF 10-8-05 = .84890

(US$ 120,626.08)

Acct # 32066331 SUDBURY

(Can $ 142,096.93)