# EXHIBIT "B"

616038 v1 (00999.00022.000)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                         :          Chapter 11
                                               :          Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                    :          Jointly Administered
                                               :
                     Debtor.                   :
------------------------------------------------------------x

### ORDER APPROVING MOTION TO
### RECONSIDER DEFAULT ORDER REDUCING CLAIM

Came on for consideration the *Motion to Reconsider Default Order Reducing Claim* (the "Motion to Reconsider"), filed by Affinia Canada Corp., EFT ("Affinia"), and the Court having considered the Motion, and the response thereto filed by the Debtors in the above-styled jointly administered bankruptcy cases, finds and concludes that the relief requested should be granted pursuant to 11 U.S.C. § 502(j), and the following orders should be entered. It is therefore

ORDERED that this Court's *Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claims Subject to Modification that is Subject to Prior Order Identified in Twenty-Fourth Omnibus Claims Objection* (the "Default Order") [Docket No. 12363] be and hereby is modified and vacated solely as to Affinia. It is further

ORDERED that following entry of this Order, the Debtors and Affinia shall engage in good faith discussions in an effort to (i) reconcile the claims set forth in the Affinia Proof of Claim that was filed July 7, 2006 and entered on the Court's docket as Claim No. 11099 (the

1

"Affinia Proof of Claim") and (ii) the Affinia claim amount set forth in the Debtors' books and records, for a period of sixty (60) days. It is further

ORDERED in the event the parties are not able to resolve their differences within that time, the Debtors be and hereby are authorized to reinstate their objection to the Affinia Proof of Claim in a subsequently filed objection.

Dated: New York, New York
_____, 2008

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE