# EXHIBIT "C"

616038 v1 (00999.00022.000)

"Cassidy, Douglas" <douglas.cassidy@delphi.com>

10/19/2007 02:10 PM

To "Helen Muir" <helen.muir@affiniagroup.com>
cc <Charles.Mendeljian@affiniagroup.com>
Subject Claim 11099 - Affinia Group, Inc

Helen,

Would you please provide me with copies of the attached?

Per Charles request, I have eliminated the small dollar items from the original request. Additionally, I will request copies of Delphi PO's from Delphi sources.

Scanning & email is quickest & preferable if you have that capability otherwise fax or mail to number or address below.

Thank you,
Doug Cassidy
Delphi Proof of Claims - Analyst
248.265.4287 - Direct
248.265.4276 - Fax
douglas.cassidy@delphi.com
*Delphi Proof of Claims*
*Mail Code: 480-900-001*
*900 Tower Drive - Suite 900*
*Troy, MI 48098*

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify me immediately by return e-mail

*************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*************************************************************************

| Invoice Ref | CLAIM Purchase Order | Date | AR | Variance |
|---|---|---|---|---|
| U01077613 | D0550003446 | 10/07/05 | $ 37,025.16 | $ 12,494.16 |
| U01081211 | D0550003446 | 10/07/05 | $ 25,713.60 | $ 274.20 |
| U01081810 | D0550003446 | 10/04/05 | $ 18,835.08 | $ 1,041.96 |
| U01082506 | D0550003446 | 09/19/05 | $ 1,374.12 | $ 39.74 |
| U01088503 | D0550003446 | 09/15/05 | $ 3,948.48 | $ 2,632.32 |
| U01089205 | D0550003446 | 09/22/05 | $ 23,791.68 | $ 1,316.16 |
| U01089206 | D0550003446 | 10/06/05 | $ 11,895.84 | $ 658.08 |
| U01089801 | D0550003446 | 09/26/05 | $ 23,791.68 | $ 1,316.16 |
| U01089802 | D0550003446 | 09/26/05 | $ 23,791.68 | $ 1,316.16 |
| U01089803 | D0550003446 | 09/26/05 | $ 23,791.68 | $ 1,316.16 |
| U01089804 | D0550003446 | 09/27/05 | $ 23,791.68 | $ 1,316.16 |
| U01089805 | D0550003446 | 09/28/05 | $ 23,791.68 | $ 1,316.16 |
| U01090301 | D0550003446 | 09/29/05 | $ 23,791.68 | $ 1,316.16 |
| U01090302 | D0550003446 | 10/04/05 | $ 23,791.68 | $ 1,316.16 |
| U01090303 | D0550003446 | 10/04/05 | $ 23,791.68 | $ 1,316.16 |
| U01090304 | D0550003446 | 10/04/05 | $ 23,791.68 | $ 1,316.16 |
| U01090305 | D0550003446 | 10/06/05 | $ 23,791.68 | $ 1,316.16 |
| R50533802 | D0550003450 | 06/24/05 | $ 2,302.67 | $ 2,302.67 |
| R50578003 | D0550003450 | 10/06/05 | $ 15,402.24 | $ 15,402.24 |
| R50581205 | D0550003622 | 09/13/05 | $ 2,941.23 | $ 2,941.23 |
| R50589201 | D0550003622 | 09/16/05 | $ 1,473.78 | $ 1,473.78 |
| R50600702 | D0550005263 | 09/26/06 | $ 16,697.38 | $ 14,857.41 |
| R50600703 | D0550005263 | 09/27/06 | $ 16,697.38 | $ 14,857.41 |
| R50602801 | D0550005263 | 09/28/06 | $ 16,697.38 | $ 14,857.41 |
| R50602802 | D0550005263 | 10/03/06 | $ 16,697.38 | $ 14,857.42 |
| R50602803 | D0550005263 | 10/03/06 | $ 16,697.38 | $ 14,857.42 |
| R50605701 | D0550005263 | 10/04/06 | $ 16,697.38 | $ 16,697.38 |
| R50605702 | D0550005263 | 10/05/06 | $ 16,697.38 | $ 16,697.38 |
| R505857031 | D0550005264 | 08/08/06 | $ 18,409.84 | $ 18,409.84 |
| R505857041 | D0550005264 | 08/10/06 | $ 12,822.26 | $ 12,822.26 |
| R505940011 | D0550005264 | 08/11/06 | $ 4,427.13 | $ 4,427.13 |
| R50561402 | D0550016276 | 09/26/05 | $ 16,569.00 | $ 1,302.84 |
| R50588201 | D0550016322 | 09/08/05 | $ 1,506.96 | $ 33.18 |
| R50531401 | D0550024768 | 06/27/05 | $ 1,016.48 | $ 1,016.48 |
| R50569601 | D0550038013 | 06/27/05 | $ 910.26 | $ 910.26 |
| R505853071 | D0550038013 | 08/15/05 | $ 14,796.60 | $ 14,796.60 |
| R50585309 | D0550038013 | 10/06/05 | $ 16,194.36 | $ 16,194.36 |
| Z51693610 | D0550038026 | 05/24/05 | $ 4,091.04 | $ 4,091.04 |
| Z51738001 | D0550038026 | 07/21/05 | $ 21,078.00 | $ 21,078.00 |
| Z51804802 | D0550038026 | 09/20/05 | $ 15,045.12 | $ 35,733.35 |
| R50570201 | D0550049227 | 06/27/05 | $ 2,131.20 | $ 41.48 |
| Z51826002 | D0550052390 | 09/01/05 | $ 5,635.17 | $ 5,635.17 |
| 15459 | D0550053268 | 09/21/05 | $ 21,921.30 | $ 21,541.59 |
| U01076501 | D0550053269 | 04/27/05 | $ 1,470.56 | $ 1,262.35 |
| U01084001 | D0550053269 | 09/22/05 | $ 8,756.59 | $ 541.01 |
| U01085101 | D0550053269 | 06/20/05 | $ 36,167.04 | $ 36,167.04 |
| U01092701 | D0550053269 | 09/26/05 | $ 9,222.09 | $ 1,006.51 |
| U01093002 | D0550065201 | 09/01/05 | $ 26,665.20 | $ 1,190.70 |
| U01094502 | D0550065201 | 09/19/05 | $ 1,336.50 | $ 1,336.50 |

| Invoice Ref | CLAIM Purchase Order | Date | AR | Variance |
|---|---|---|---|---|
| U01094503 | D0550065201 | 09/20/05 | $ 1,336.50 | $ 1,336.50 |
| U01095601 | D0550065201 | 10/04/05 | $ 53,330.40 | $ 53,330.40 |
| R50568902 | D0550079693 | 09/23/05 | $ 15,402.24 | $ 648.21 |
| R50569406 | D0550079696 | 09/28/05 | $ 15,290.88 | $ 439.68 |
| U01088201 | SMS80093 | 05/05/05 | $ 22,714.80 | $ 22,714.80 |
| | | | $ 1,396,659.59 | $ 439,526.35 |