# EXHIBIT "D"

616038 v1 (00999.00022.000)

Helen Muir/BRK/Affinia

10/22/2007 12:03 PM

To douglas.cassidy@delphi.com

cc

Subject Fw: Delphi Proof of Claim Spread Sheet

Hi Doug,

Please see the spreadsheets/emails attached.  Please let me know if these help.  I will hold off emailing you copies of the invoices you requested, until you confirm you still want them.

Please feel free to call me @ 905 405-4311 if you have any questions.

Regards,
Helen

----- Forwarded by Helen Muir/BRK/Affinia on 10/22/2007 11:58 AM -----

Elaine Wareham/BRK/Affinia

11/01/2006 10:37 AM

To "Grise, Linda E" <linda.e.grise@delphi.com>

cc "Vanderberg, George" <george.vanderberg@delphi.com>, Charles Mendeljian/AR/Affinia@AffiniaGroup, Helen Muir/BRK/Affinia@AFFINIAGROUP

Subject RE: Delphi Proof of Claim Spread Sheet Link

Linda,

**In reference to your request re "Delphi Proof of Claim Spread Sheets"**

Please find attached spread sheets for the following Duns Numbers.  Two are in Canadian dollars as indicated on the spread sheet.

Invoice copies are available upon request.

Thank you

Elaine Wareham
Credit Manager
Affinia Canada Corp.
Phone # 905-405-0955 Ext. 311
Fax # 905-405-0957

---

"Grise, Linda E" <linda.e.grise@delphi.com>

10/26/2006 01:23 PM

To <Elaine.Wareham@affiniagroup.com>
cc
Subject RE: Delphi Proof of Claim Spread Sheet

---

Elaine,

We're going to need a spread sheet with all the unpaid invoices and the reference number the plant uses to make the receipt which is the "EW" number, I think – it's a 5 digit number. The people in the POC department cannot make the comparison with the invoice numbers because those numbers are not used when the receipts are made. Donna sent a note to Mr. Vanderberg saying as much, so you may hear from him also.

Please feel free to contact me with any questions.

Note: My hours are Tuesday through Thursday 6:00 a.m. to 2:00 p.m.

*Linda E. Grise*
Accounts Payable Analyst
Delphi E&C
VME: 937-455-7647
FAX: 937-455-9439
email: linda.e.grise@delphi.com

---

**From:** Grise, Linda E
**Sent:** Tuesday, October 24, 2006 10:42 AM
**To:** 'Elaine.Wareham@affiniagroup.com'
**Subject:** RE: Delphi Proof of Claim Spread Sheet

Elaine,

I thought we had taken care of these. Do I have copies of all the invoices and are all these for E&C or are other Delphi divisions mixed in?

Please feel free to contact me with any questions.

Note: My hours are Tuesday through Thursday 6:00 a.m. to 2:00 p.m.

*Linda E. Grise*
Accounts Payable Analyst
Delphi E&C
VME: 937-455-7647
FAX: 937-455-9439
email: linda.e.grise@delphi.com

---

**From:** Elaine.Wareham@affiniagroup.com [mailto:Elaine.Wareham@affiniagroup.com]
**Sent:** Thursday, October 19, 2006 3:08 PM
**To:** Grise, Linda E
**Cc:** Helen.Muir@affiniagroup.com; Vanderberg, George; Charles.Mendeljian@affiniagroup.com
**Subject:** Fw: Delphi Proof of Claim Spread Sheet

Linda,

I gave your name to Mr. Vanderberg. He is actually looking for reconciliations on the statements we had worked on for Jeffery Schaeper. If you have any questions please call me.

Thanks so much

Elaine

----- Forwarded by Elaine Wareham/BRK/Affinia on 10/19/2006 02:54 PM -----

Charles.Mendeljian@affiniagroup.com

10/18/2006 04:25 PM

| | |
|---|---|
| To | elaine.wareham@affiniagroup.com |
| cc | helen.muir@affiniagroup.com |
| Subject | Delphi Proof of Claim Spread Sheet |

Delphi is requesting an excel spread sheet of the detail behind your PoC for $173,734.07.

Pls email this to: george.vanderberg@delphi.com, 248.265.4291

Pls cc me when this is done. I'm presuming this is simple and quick to do. (I certainly hope it is.)

******************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in erroi please notify us immediately by replying to the message and deleting it from your computer. Thank you.

******************************************************************************

| Delphi Reconciliation of Account 32006046 as of Oct 7th 2005 Can $ DUNS # 25-530-8934 | | | | | | |
|---|---|---|---|---|---|---|
| Account | Item Date | B/L # | Item No | Ref No | Amount | Comments |
| 32006046 | 8/26/2005 | 82605.3 | V77022502 | 550005242 | $ 574.24 | O/S invoice |
| 32006046 | 8/26/2005 | 82605.3 | V77077101 | 550005242 | $ 578.74 | O/S invoice |
| 32006046 | 9/1/2005 | 90105.2 | V77143101 | 550005242 | $ 1,022.50 | O/S invoice |
| 32006046 | 9/1/2005 | 90105.3 | V77143201 | 550005242 | $ 127.61 | O/S invoice |
| 32006046 | 9/8/2005 | 90805.3 | V77119701 | 550005242 | $ 256.85 | O/S invoice |
| 32006046 | 9/8/2005 | 90805.2 | V77143202 | 550005242 | $ 1,917.39 | O/S invoice |
| Totals | | | | | $ 4,477.33 | |

### Reconciliation of Account as of October 7th 2005 32066115 Delphi Corp U.S. $ Duns #24-910-5966

| ACCOUNT | ITEM_DATE | B/L# | ITEM_NO | REF_NO | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| 32066115 | 20050505 | 15390 | U01088201 | SMS 80093 | $ | 22,714.80 | Purchase order sent To Mathew |
| 32066115 | 20050620 | 15254 | U01077609 | 0550003446 | $ | 21,159.36 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050623 | 15707 | U01085101 | 0550053269 | $ | 36,167.04 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050729 | 15609 | U01081207 | 0550003446 | $ | 21,159.36 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050809 | 15755 | U010899011 | 0550065201 | $ | 24,138.00 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050825 | 15771 | U010878071 | 0550065201 | $ | (149.00) | |
| 32066115 | 20050901 | 15783 | U01092606 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050901 | 15784 | U01092607 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050901 | 15785 | U01093001 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050901 | 15786 | U01093002 | 0550065201 | $ | 26,665.20 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050902 | 15633 | U01087702 | 0550003446 | $ | 21,159.36 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050902 | 15787 | U01093003 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050902 | 15788 | U01093004 | 0550065201 | $ | 25,474.50 | Mr. Crimes Sept 26/05 |
| 32066115 | 20050906 | | B/L15737 | 9/2/2005 | $ | (18,083.52) | O/S payment |
| 32066115 | 20050907 | 15789 | U01093005 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050907 | 15790 | U01093006 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050907 | 15791 | U01093007 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050907 | 15792 | U01093701 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050908 | 15793 | U01093702 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050908 | 15794 | U01093703 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050908 | 15795 | U01093704 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050909 | 15796 | U01093705 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050909 | 15797 | U01093706 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050909 | 15798 | U01094201 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050912 | 15799 | U01094202 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050913 | | B/L157871 | 9/2/2005 | $ | (18,083.52) | O/S payment |
| 32066115 | 20050913 | 15800 | U01094203 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050914 | 15927 | U01094204 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050915 | 15928 | U01094205 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050915 | 15929 | U01094206 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050919 | 15930 | U01094207 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050919 | 15932 | U01094501 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050919 | 15933 | U01094502 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050920 | 15934 | U01094503 | 0550065201 | $ | 1,336.50 | Paid @14.90 s/b 15.725 |
| 32066115 | 20050921 | | 15459 | 9/21/2005 | $ | 21,921.30 | Invoice charged back |
| 32066115 | 20050922 | 15952 | U01084001 | 0550053269 | $ | 8,756.59 | O/S invoice |
| 32066115 | 20050922 | 15645 | U01089205 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050923 | | 9/22 WIRE | U.S. WIRE DELP | $ | (650,000.00) | Payment on account |
| 32066115 | 20050926 | 15646 | U01089801 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050926 | 15647 | U01089802 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050926 | 15648 | U01089803 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050926 | 15953 | U01092701 | 0550053269 | $ | 8,756.59 | O/S invoice |
| 32066115 | 20050926 | 15938 | U01094506 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050926 | 15939 | U01095201 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050926 | 15940 | U01095202 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050927 | 15649 | U01089804 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050927 | *15942 | U01095203 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050927 | 15942 | U01095204 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050927 | 15943 | U01095205 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050927 | 15944 | U01095206 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050928 | 15650 | U01089805 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20050928 | 15945 | U01095207 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20050929 | 15980 | U01090301 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20051004 | 15981 | U01090302 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20051004 | 15982 | U01090303 | 0550003446 | $ | 22,475.52 | O/S invoice |
| 32066115 | 20051004 | 15946 | U01095601 | 0550065201 | $ | 53,330.40 | O/S invoice |
| 32066115 | 20051004 | 15949 | U01096101 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20051004 | 15950 | U01096102 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20051004 | 15947 | U01096701 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20051005 | 15983 | U01090304 | 0550003446 | $ | 22,475.52 | O/S Invoice |
| 32066115 | 20051005 | 16105 | U01096103 | 0550065201 | $ | 25,474.50 | O/S invoice |
| 32066115 | 20051006 | 15987 | U01081810 | 0550003446 | $ | 17,793.12 | O/S invoice |
| 32066115 | 20051006 | 16108 | U01088608 | 0550065201 | $ | 11,322.00 | O/S invoice |
| 32066115 | 20051006 | 16110 | U01088609 | 0550065201 | $ | 4,717.50 | O/S invoice |
| 32066115 | 20051006 | 15984 | U01089206 | 0550003446 | $ | 11,237.76 | O/S invoice |
| 32066115 | 20051006 | 15985 | U01090305 | 0550003446 | $ | 22,475.52 | O/S invoice |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32066115 | 20051006 | 15948 | U01095602 | 0550065201 | $ | 25,474.50 | O/S invoice | | | |
| 32066115 | 20051006 | 16109 | U01095603 | 0550065201 | $ | 25,474.50 | O/S invoice | | | |
| 32066115 | 20051006 | 15986 | U01095604 | 0550065201 | $ | 25,474.50 | O/S invoice | | | |
| 32066115 | 20051006 | 16107 | U01096104 | 0550065201 | $ | 25,474.50 | O/S invoice | | | |
| 32066115 | 20051007 | 15937 | U01077613 | 0550003446 | $ | 12,174.24 | O/S invoice | | | |
| 32066115 | 20051007 | 16106A | U01081211 | 0550003446 | $ | 4,682.40 | O/S invoice | | | |
| 32066115 | 20051007 | 16106 | U01093707 | 0550065201 | $ | 20,757.00 | O/S invoice | | | |
| Sub Total | | | | | $ | 373,332.70 | | | | |
| 32066115 | 20050303 | 15062 | U01066301 | 0550053269 | $ | 1,470.56 | Pricing | | | |
| 32066115 | 20050321 | 15063 | U01067601 | 0550053269 | $ | 2,100.80 | Pricing | | | |
| 32066115 | 20050330 | 15064 | U01069201 | 0550053269 | $ | 1,260.48 | Pricing | | | |
| 32066115 | 20050411 | 15370 | U01071201 | 0550053269 | $ | 630.24 | Pricing | | | |
| 32066115 | 20050413 | 15510 | U01071202 | 0550053269 | $ | 420.16 | Pricing | | | |
| 32066115 | 20050421 | 15533 | U01074201 | 0550053269 | $ | 1,470.56 | Pricing | | | |
| 32066115 | 20050427 | 15555 | U01076501 | 0550053269 | $ | 1,470.56 | Pricing | | | |
| 32066115 | 20050512 | 15473 | U01077801 | 0550053269 | $ | 2,715.65 | Pricing | | | |
| 32066115 | 20050519 | 15496 | U01080401 | 0550053269 | $ | 905.22 | Pricing | | | |
| 32066115 | 20050602 | 15675 | U01081401 | 0550053269 | $ | 1,810.43 | Pricing | | | |
| 32066115 | 20050623 | 15707 | U01085101 | 0550053269 | $ | 3,168.26 | Pricing | | | |
| 32066115 | 20050630 | 15717 | U01085201 | 0550053269 | $ | 1,810.43 | Pricing | | | |
| 32066115 | 20050727 | 15806 | U01072501 | 0550053269 | $ | 416.42 | Pricing | | | |
| 32066115 | 20050810 | 15835 | U01072503 | 0550053269 | $ | 89.23 | Pricing | | | |
| 32066115 | 20050812 | 15837 | U01072504 | 0550053269 | $ | 89.23 | Pricing | | | |
| 32066115 | 20050815 | 15838 | U01083101 | 0550053269 | $ | 59.49 | Pricing | | | |
| 32066115 | 20050902 | 15633 | U01087702 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050915 | 15638 | U01088503 | 0550003446 | $ | 3,948.48 | Pricing | | | |
| 32066115 | 20050915 | 15641 | U01089201 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050919 | 15642 | U01089202 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050919 | 15931 | U01082506 | 0550003446 | $ | 1,374.12 | Pricing | | | |
| 32066115 | 20050922 | 15645 | U01089205 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050926 | 15953 | U01092701 | 0550053269 | $ | 465.50 | Pricing | | | |
| 32066115 | 20050926 | 15646 | U01089801 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050926 | 15647 | U01089802 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050926 | 15648 | U01089803 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050927 | 15649 | U01089804 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050928 | 15650 | U01089805 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20050929 | 15980 | U01090301 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20051004 | 15981 | U01090302 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20051004 | 15982 | U01090303 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20051005 | 15983 | U01090304 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20051006 | 15985 | U01090305 | 0550003446 | $ | 1,316.16 | Pricing | | | |
| 32066115 | 20051006 | 15987 | U01081810 | 0550003446 | $ | 1,041.96 | Pricing | | | |
| 32066115 | 20051006 | 15984 | U01089206 | 0550003446 | $ | 658.08 | Pricing | | | |
| 32066115 | 20051007 | 15937 | U01081810 | 0550003446 | $ | 712.92 | Pricing | | | |
| 32066115 | 20051007 | 16106A | U01081211 | 0550003446 | $ | 274.20 | Pricing | | | |
| Sub Total | | | | | $ | 46,789.22 | | | | |
| Grand Total | | | | | $ | 420,120.92 | | | | |

**Delphi Reconciliation of Account 32066331 as of October 7th 2005  Can 5**
**Duns # 25-541-1324**

| ACCOUNT | ITEM_DATE | B/L# | ITEM_NO | REF_NO | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 32066331 | 20030225 | | 341284300 | RET 03-02-24 | $ (23.76) | O/S credit | |
| 32066331 | 20030328 | | 341285500 | DEL 03-03-07 | $ (704.88) | O/S credit | |
| 32066331 | 20030429 | | 341288900 | 03-04-29 | $ (3,193.40) | O/S credit | |
| 32066331 | 20050808 | 156596 | R505857031 | 0550005264 | $ 21,686.70 | O/S invoice | |
| 32066331 | 20050810 | 156606 | R505857041 | 0550005264 | $ 15,104.56 | O/S invoice | |
| 32066331 | 20050811 | 156607 | R505940011 | 0550005264 | $ 5,215.14 | O/S invoice | |
| 32066331 | 20050830 | | POA001400 | WIRE AUG 29/05 | $ (87,535.11) | POA | |
| 32066331 | 20050906 | | POA001415 | WIRE SEP 02 | $ (192,577.28) | POA | |
| 32066331 | 20050906 | | POA001417 | WIRE SEP 02 | $ (52,521.07) | POA | |
| 32066331 | 20050914 | 156781 | R50594802 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050916 | 156782 | R50596901 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050919 | 156804 | R50596902 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050920 | 156805 | R50596903 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050921 | 156806 | R50598401 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050922 | 156814 | R50598402 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050923 | 156815 | R50600701 | 0550005263 | $ 2,162.41 | Paid @ 13.731 s/b 15.427 | |
| 32066331 | 20050926 | 156834 | R50600702 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20050927 | 156835 | R50600703 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20050928 | 156836 | R50602801 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20050928 | | 341335200 | 5/29/2009 | $ (370.71) | O/S Credit Note | |
| 32066331 | 20051003 | 156984 | R50602802 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20051003 | 156999 | R50602803 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20051004 | 157003 | R50605701 | 0550005263 | $ 19,669.43 | O/S invoice | |
| 32066331 | 20051005 | 157024 | R50605702 | 0550005263 | $ 19,669.43 | O/S invoice | |
| | | Totals | | | $ (142,096.93) | | |

**Reconciliation of Account as of Oct 7th 2005 Delphi Corp 32066999 U.S. $ Duns #25-512-4257**

| ACCOUNT | ITEM_DATE | B/L # | ITEM_NO | REF_NO | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 32066999 | 20050524 | 35467 | Z51693610 | 0550038026 | $ 4,091.04 | Short paid | |
| 32066999 | 20050525 | 35472 | Z51693611 | 0550038026 | $ (3,703.68) | Over paid | |
| 32066999 | 20050721 | 35854 | Z51738001 | 0550038026 | $ 21,078.00 | O/S invoice | |
| 32066999 | 20050816 | | 600266000 | PRICING 180213 | $ (180.72) | O/S credit | |
| 32066999 | 20050901 | 36109 | Z51826002 | 550052390 | $ 5,635.17 | Paid 1760 pieces s/b 2816 |
| 32066999 | 20050906 | | B/L35712 | 9/2/2005 | $ 442.33 | returns | |
| 32066999 | 20050907 | 36139 | Z51829501 | 550052390 | $ 1,537.54 | Paid @5.339 S/B 5.885 |
| 32066999 | 20050908 | 36149 | Z51796905 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050908 | 36151 | Z51829502 | 550052390 | $ 1,057.06 | Paid @5.339 S/B 5.885 |
| 32066999 | 20050909 | 36160 | Z51829601 | 550052390 | $ 1,537.54 | Paid @5.339 S/B 5.885 |
| 32066999 | 20050912 | 36171 | Z51796906 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050913 | 36181 | Z51799301 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050914 | 36196 | Z51799302 | 0550038026 | $ 1,069.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050915 | 36200 | Z51799303 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050916 | 36208 | Z51799304 | 0550038026 | $ 1,069.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050916 | 36212 | Z51804801 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050920 | 2880 | Z51804802 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050920 | 38218 | Z51804803 | 0550038026 | $ 1,555.20 | Paid @4.684 s/b 5.224 |
| 32066999 | 20050923 | 36240 | Z51807202 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050926 | 36247 | Z51807203 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050927 | 36256 | Z51807204 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050928 | | B/L36209 | 9/28/2005 | $ (9,274.32) | O/S payment | |
| 32066999 | 20050928 | 36264 | Z51807205 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050929 | 36275 | Z51809301 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20050929 | 36281 | Z51829701 | 550052390 | $ 16,572.16 | O/S invoice | |
| 32066999 | 20050930 | 36289 | Z51809302 | 0550038026 | $ 10,343.52 | O/S invoice | |
| 32066999 | 20050930 | 36290 | Z51829801 | 550052390 | $ 16,572.16 | O/S invoice | |
| 32066999 | 20050930 | 36292 | Z51829802 | 550052390 | $ 11,393.36 | O/S invoice | |
| 32066999 | 20050930 | 36291 | Z51829901 | 550052390 | $ 16,572.16 | O/S invoice | |
| 32066999 | 20051003 | 36298 | Z51809303 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051003 | 36303 | Z51809304 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051004 | | B/L36223 | 10/4/2005 | $ (13,489.92) | O/S payment | |
| 32066999 | 20051004 | 36307 | Z51809305 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051004 | 36315 | Z51829902 | 550052390 | $ 16,572.16 | O/S invoice | |
| 32066999 | 20051005 | 36320 | Z51809306 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051005 | 36321 | Z51829903 | 550052390 | $ (1.13) | overpayment | |
| 32066999 | 20051006 | 36330 | Z51809307 | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051006 | 36340 | Z51809308A | 0550038026 | $ 15,045.12 | O/S invoice | |
| 32066999 | 20051007 | 36345 | Z51809309A | 0550038026 | $ (0.86) | overpayment | |
| 32066999 | 20051007 | 36346 | Z51829905 | 550052390 | $ (1.13) | Overpayment | |
| Totals | | | | | $ 288,763.48 | | |

**Reconciliation of account as of Oct 07th 2005 Delphi Corp 32066921 U.S. $**
**Duns # 25-541-1324**

| ACCOUNT | ITEM_DATE | B/L# | ITEM_NO | REF_NO | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 32066921 | 20020129 | | 341252800 | DEL02-01-29 | $ | (1,263.96) | O/S Credit |
| 32066921 | 20020226 | | 341254000 | 5-044 | $ | (1,425.47) | O/S Credit |
| 32066921 | 20020318 | | 341258900 | 02-03-15 | $ | (1,551.86) | O/S Credit |
| 32066921 | 20020411 | | 341260400 | SCRAP | $ | (1,378.28) | O/S Credit |
| 32066921 | 20020425 | | 341261500 | RET 02-04-24 | $ | (1,155.53) | O/S Credit |
| 32066921 | 20020729 | | 341267100 | RET 02-07-24 | $ | (1,598.27) | O/S Credit |
| 32066921 | 20020808 | | 341268300 | RET 02-08-06 | $ | (2,329.57) | O/S Credit |
| 32066921 | 20020828 | | 341270700 | RET 02-08-27 | $ | (4,770.48) | O/S Credit |
| 32066921 | 20020919 | | 341271900 | RET 02-09-16 | $ | (1,706.34) | O/S Credit |
| 32066921 | 20021028 | | 341273000 | RET# DEL 02-10 | $ | (1,102.61) | O/S Credit |
| 32066921 | 20021129 | | 341276100 | RET 02-11-29 | $ | (2,011.74) | O/S Credit |
| 32066921 | 20021220 | | 341279100 | RET 02-12-20 | $ | (1,944.07) | O/S Credit |
| 32066921 | 20030106 | | 341279400 | R50315510 | $ | (1,373.20) | O/S Credit |
| 32066921 | 20030225 | | 341284200 | RET 03-02-24 | $ | (1,792.03) | O/S Credit |
| 32066921 | 20030328 | | 341285400 | DEL03-03-27 | $ | (3,622.92) | O/S Credit |
| 32066921 | 20030429 | | 341288800 | 03-04-29 | $ | (4,167.20) | O/S Credit |
| 32066921 | 20030625 | | 341296200 | DEL03-06-23 | $ | (2,061.96) | O/S Credit |
| 32066921 | 20030905 | | 341303300 | 3-8-26 | $ | (2,557.27) | O/S Credit |
| 32066921 | 20031001 | | 341303600 | RET 3-9-29 | $ | (1,763.44) | O/S Credit |
| 32066921 | 20031030 | | 341306900 | 03-10-28 | $ | (868.06) | O/S Credit |
| 32066921 | 20031127 | | 341307800 | RET 03-11-26 | $ | (4,217.43) | O/S Credit |
| 32066921 | 20031210 | | 341308500 | RET 03-12-10 | $ | (2,101.12) | O/S Credit |
| 32066921 | 20040217 | | 341311500 | RET 03-12-18 | $ | (1,957.12) | O/S Credit |
| 32066921 | 20040217 | | 341311600 | RET 04-02-16 | $ | (244.64) | O/S Credit |
| 32066921 | 20040310 | | 341312500 | RET 04-03-08 | $ | (2,151.38) | O/S Credit |
| 32066921 | 20040330 | | 341313100 | RA#277 | $ | (2,239.68) | O/S Credit |
| 32066921 | 20040721 | | 341319000 | RET 06-28-04 | $ | (1,496.34) | O/S Credit |
| 32066921 | 20040721 | | 341319100 | RET 06-28-04 | $ | (594.46) | O/S Credit |
| 32066921 | 20040810 | | 341321200 | RET 08-09-04 | $ | (2,381.04) | O/S Credit |
| 32066921 | 20040817 | | 341321400 | RA300 | $ | (4,449.56) | O/S Credit |
| 32066921 | 20041104 | | 341324600 | RET 10-28-04 | $ | (1,328.05) | O/S Credit |
| 32066921 | 20041104 | | 341324700 | RET 10-28-04 | $ | (580.73) | O/S Credit |
| 32066921 | 20050531 | | 341327800 | RET 05-30-05 | $ | (702.74) | O/S Credit |
| 32066921 | 20050531 | | 341328000 | RET 05-30-05B | $ | (8.68) | O/S Credit |
| 32066921 | 20050624 | 156149 | R50533802 | 0550003450 | $ | 2,302.67 | |
| 32066921 | 20050627 | 156291 | R50531401 | 0550024768 | $ | 1,016.48 | |
| 32066921 | 20050627 | 156204 | R50569601 | 0550038013 | $ | 910.26 | |
| 32066921 | 20050627 | 156387 | R50570201 | 0550049227 | $ | 2,131.20 | |
| 32066921 | 20050628 | | 341329800 | RET 05-27-06 | $ | (1,529.79) | O/S Credit |
| 32066921 | 20050628 | | 341329900 | RET 05-27-05B | $ | (1,792.38) | O/S Credit |
| 32066921 | 20050729 | | 341331300 | RET 05-28-07 | $ | (1,856.53) | O/S Credit |
| 32066921 | 20050802 | | 86402183 | CHQ 8/2/2005 | $ | 435.00 | |
| 32066921 | 20050815 | 156561 | R505853071 | 0550038013 | $ | 14,796.60 | O/S invoice |
| 32066921 | 20050825 | 156559 | R505510011 | 0550003450 | $ | 13,962.24 | O/S invoice |
| 32066921 | 20050825 | 156627 | R505690061 | 0550003622 | $ | (319.20) | Over payment |
| 32066921 | 20050830 | | 341332600 | RET 05-30-08 | $ | (918.85) | O/S Credit |
| 32066921 | 20050830 | 156575 | R505585021 | 0550003450 | $ | 13,962.24 | O/S invoice |
| 32066921 | 20050902 | | B/L156204 | 9/2/2005 | $ | 250.99 | |
| 32066921 | 20050907 | 156416 | R50548802 | 0550016276 | $ | 1,501.92 | Paid @6.058 s/b 6.654 |
| 32066921 | 20050907 | 156775 | R50551605 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050907 | 156776 | R50551606 | 0550024768 | $ | 1,436.16 | Paid @5.248 S/B 5.792 |
| 32066921 | 20050907 | 156708 | R50561203 | 0550003450 | $ | 1,437.12 | Paid @4.848 s/b 5.347 |
| 32066921 | 20050907 | 156817 | R50579005 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050907 | 156733 | R50588105 | 0550003622 | $ | 1,506.96 | Piad @5.318 s/b 5.870 |
| 32066921 | 20050907 | 156821 | R50595502 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050908 | 156788 | R50551701 | 0550024768 | $ | 1,436.16 | Paid @5.248 S/B 5.792 |
| 32066921 | 20050908 | 156789 | R50551702 | 0550024768 | $ | 1,436.16 | Paid @5.248 S/B 5.792 |
| 32066921 | 20050908 | 156790 | R50551703 | 0550024768 | $ | 1,436.16 | Paid @5.248 S/B 5.792 |
| 32066921 | 20050908 | 156735 | R50561204 | 0550003450 | $ | 1,437.12 | Paid @4.848 s/b 5.347 |
| 32066921 | 20050908 | 156818 | R50579006 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050908 | 156738 | R50579101 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050908 | 156744 | R50588201 | 0550003622 | $ | 1,506.96 | Paid @5.318 s/b 5.870 |
| 32066921 | 20050908 | 156824 | R50595503 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050908 | 156840 | R50595504 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050909 | 156827 | R50579102 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32066921 | 20050909 | 156819 | R50579103 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050909 | 156828 | R50579104 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050909 | 156829 | R50581201 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050909 | 156857 | R50595505 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050909 | 156848 | R50595506 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050912 | 156417 | R50548803 | 0550016276 | $ | 1,501.92 | Paid @6.058 s/b 6.654 |
| 32066921 | 20050912 | 156816 | R50551704 | 0550024768 | $ | 1,436.16 | Paid @5.248 S/B 5.792 |
| 32066921 | 20050912 | 156777 | R50563801 | 0550003450 | $ | 1,437.12 | Paid @4.848 s/b 5.347 |
| 32066921 | 20050912 | 156849 | R50581202 | 0550052385 | $ | 1,429.56 | Paid @7.852 s/b 8.574 |
| 32066921 | 20050912 | 156742 | R50588202 | 0550003622 | $ | 1,506.96 | Paid @5.318 s/b 5.870 |
| 32066921 | 20050912 | 156743 | R50588203 | 0550003622 | $ | 1,506.96 | Paid @5.318 s/b 5.870 |
| 32066921 | 20050912 | 156746 | R50588204 | 0550003622 | $ | 1,506.96 | Paid @5.318 s/b 5.870 |
| 32066921 | 20050912 | 156869 | R50595507 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050912 | 156870 | R50595508 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050912 | 156871 | R50597201 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050913 | | B/L155194 | R50532101 | $ | 9,695.16 | |
| 32066921 | 20050913 | | B/L1565661 | R50585405 | $ | 41.98 | |
| 32066921 | 20050913 | 156549 | R50551101 | 0550016276 | $ | 1,504.44 | Paid @6.058 s/b 6.655 |
| 32066921 | 20050913 | 156822 | R50559801 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050913 | 156842 | R50561701 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050913 | 156778 | R50563802 | 0550003450 | $ | 1,440.00 | Paid @4.848 s/b 5.348 |
| 32066921 | 20050913 | 156862 | R50581203 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050913 | 156863 | R50581204 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050913 | 156747 | R50588205 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050913 | 156748 | R50588301 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050913 | 156878 | R50597202 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050914 | 156644 | R50551102 | 0550016276 | $ | 1,504.44 | Paid @6.058 s/b 6.655 |
| 32066921 | 20050914 | 156847 | R50561702 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050914 | 156852 | R50561703 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050914 | 156779 | R50563803 | 0550003450 | $ | 1,440.00 | Paid @4.848 s/b 5.348 |
| 32066921 | 20050914 | 156864 | R50581205 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050914 | 156093 | R50585513 | 0550016322 | $ | 1,473.78 | Paid @6.838 s/b 7.476 |
| 32066921 | 20050914 | 156766 | R50588302 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050914 | 156883 | R50597203 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050915 | 156831 | R50567001 | 0550003450 | $ | 1,440.00 | Paid @4.848 s/b 5.348 |
| 32066921 | 20050915 | 156874 | R50581206 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050915 | 156875 | R50581207 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050915 | 156767 | R50588303 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050915 | 156095 | R50589001 | 0550016322 | $ | 1,473.78 | Paid @6.838 s/b 7.476 |
| 32066921 | 20050915 | 156094 | R50589101 | 0550016322 | $ | 1,473.78 | Paid @6.838 s/b 7.476 |
| 32066921 | 20050915 | 156885 | R50597204 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050915 | 156884 | R50597205 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050916 | | BK 1 WIRE | WIRE REC AT MC | $ | (750,000.00) | Payment on Account |
| 32066921 | 20050916 | 156832 | R50567002 | 0550003450 | $ | 1,440.00 | Paid @4.848 s/b 5.348 |
| 32066921 | 20050916 | 156893 | R50581208 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050916 | 156895 | R50583001 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050916 | 156768 | R50588304 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050916 | 156256 | R50589201 | 0550016322 | $ | 1,473.78 | Paid @6.838 s/b 7.476 |
| 32066921 | 20050916 | 156901 | R50597206 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050919 | 156668 | R50556101 | 0550016276 | $ | 1,504.44 | Paid @6.058 s/b 6.655 |
| 32066921 | 20050919 | 156894 | R50583002 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050919 | 156795 | R50588305 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050919 | 156796 | R50588306 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050920 | 156676 | R50559401 | 0550016276 | $ | 1,504.44 | Paid @6.058 s/b 6.655 |
| 32066921 | 20050920 | 156853 | R50564401 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050920 | 156833 | R50567003 | 0550003450 | $ | 1,440.00 | Paid @4.848 s/b 5.348 |
| 32066921 | 20050920 | 156902 | R50583003 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050920 | 156903 | R50583004 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050920 | 156797 | R50588401 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050920 | 156807 | R50588402 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050920 | 156919 | R50597207 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050920 | | WIRE 9/19 | WIRE TO U.S. | $ | (400,000.00) | Payment on Account |
| 32066921 | 20050921 | 156678 | R50561401 | 0550016276 | $ | 1,504.44 | Paid @6.058 s/b 6.655 |
| 32066921 | 20050921 | 156854 | R50564402 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050921 | 156859 | R50564403 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050921 | 156860 | R50567601 | 0550024768 | $ | 1,436.16 | Paid @5.248 s/b 5.792 |
| 32066921 | 20050921 | 156896 | R50586901 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050921 | 156904 | R50587001 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32066921 | 20050921 | 156808 | R50588403 | 0550003622 | $ | 1,509.69 | Paid @5.318 s/b 5.871 |
| 32066921 | 20050921 | 156917 | R50597208 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050921 | 156918 | R50601201 | 0550024769 | $ | 1,427.76 | Paid @7.730 s/b 8.391 |
| 32066921 | 20050922 | 156855 | R50567004 | 0550003450 | $ | 15,402.24 | O/S invoice |
| 32066921 | 20050922 | 156861 | R50567602 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050922 | 156825 | R50588404 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050922 | 156909 | R50591801 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050922 | 156934 | R50593701 | 0550052385 | $ | 1,431.54 | Paid @7.852 s/b 8.575 |
| 32066921 | 20050922 | 156935 | R50601202 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050922 | 156936 | R50601203 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050922 | 156963 | R50601204 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050923 | 156879 | R50567603 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050923 | 156892 | R50568901 | 0550003450 | $ | 15,402.24 | O/S invoice |
| 32066921 | 20050923 | 156950 | R50568902 | 0550003450 | $ | 15,402.24 | O/S invoice |
| 32066921 | 20050923 | 156809 | R50588405 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050923 | 156938 | R50596201 | 0550052385 | $ | 16,978.50 | O/S invoice |
| 32066921 | 20050923 | 156964 | R50601205 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050923 | 156965 | R50601206 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050923 | 156983 | R50604401 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050926 | 156698 | R50561402 | 0550016276 | $ | 16,569.00 | O/S invoice |
| 32066921 | 20050926 | 156905 | R50569401 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050926 | 156826 | R50588406 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050926 | 156992 | R50604402 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050926 | 157000 | R50604403 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050927 | 156677 | R50564001 | 0550016276 | $ | 16,569.00 | O/S invoice |
| 32066921 | 20050927 | 156880 | R50569402 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050927 | 156881 | R50569403 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050927 | 156906 | R50569404 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050927 | 156866 | R50588501 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050927 | 156867 | R50588502 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050927 | 156868 | R50588503 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050927 | 157001 | R50604404 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050927 | 157006 | R50604405 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050928 | | LEGAL3 | 9/28/2005 | $ | 130,054.30 | Payment deducted twice |
| 32066921 | 20050928 | | LEGAL4 | 9/28/2004 | $ | 73,079.90 | Payment deducted but never paid |
| 32066921 | 20050928 | 156951 | R50568903 | 0550003450 | $ | 15,402.24 | O/S invoice |
| 32066921 | 20050928 | 156907 | R50569405 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050928 | 156953 | R50569406 | 0550024768 | $ | 15,290.88 | O/S invoice |
| 32066921 | 20050928 | 156910 | R50588504 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050928 | 156258 | R50589102 | 0550016322 | $ | 17,269.56 | O/S invoice |
| 32066921 | 20050928 | 157013 | R50604406 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050929 | 156911 | R50588505 | 0550003622 | $ | 16,027.83 | O/S invoice |
| 32066921 | 20050929 | 156325 | R50589202 | 0550016322 | $ | 17,269.56 | O/S invoice |
| 32066921 | 20050929 | 156941 | R50593702 | 0550052385 | $ | 16,978.50 | O/S invoice |
| 32066921 | 20050929 | 157025 | R50604407 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050929 | 157026 | R50604408 | 0550024769 | $ | 18,124.56 | O/S invoice |
| 32066921 | 20050930 | | 341334900 | 05-29-09B | $ | (7,553.55) | O/S Credit |
| 32066921 | 20050930 | | 341335000 | 02-02-05 | $ | (44.25) | O/S Credit |
| 32066921 | 20050930 | | 341335100 | 052909 | $ | (2,573.49) | O/S Credit |
| 32066921 | 20050930 | 156952 | R50571101 | 0550003450 | $ | 15,402.24 | O/S Invoice |
| 32066921 | 20050930 | 156966 | R50596202 | 0550052385 | $ | 16,978.50 | O/S Invoice |
| 32066921 | 20051003 | 156699 | R50567301 | 0550016276 | $ | 16,569.00 | O/S Invoice |
| 32066921 | 20051003 | 156675 | R50567302 | 0550016276 | $ | 16,569.00 | O/S Invoice |
| 32066921 | 20051003 | 156937 | R50569407 | 0550024768 | $ | 15,290.88 | O/S Invoice |
| 32066921 | 20051003 | 156954 | R50569408 | 0550024768 | $ | 15,290.88 | O/S Invoice |
| 32066921 | 20051003 | 156955 | R50569409 | 0550024768 | $ | 15,290.88 | O/S Invoice |
| 32066921 | 20051003 | 157007 | R50571102 | 0550003450 | $ | 15,402.24 | O/S Invoice |
| 32066921 | 20051003 | 156912 | R50588601 | 0550003622 | $ | 16,027.83 | O/S Invoice |
| 32066921 | 20051003 | 156933 | R50588602 | 0550003622 | $ | 16,027.83 | O/S Invoice |
| 32066921 | 20051003 | 156949 | R50588603 | 0550003622 | $ | 16,027.83 | O/S Invoice |
| 32066921 | 20051003 | 156968 | R50596301 | 0550052385 | $ | 16,978.50 | O/S Invoice |
| 32066921 | 20051003 | 157042 | R50606301 | 0550024769 | $ | 18,124.56 | O/S Invoice |
| 32066921 | 20051003 | 157044 | R50606302 | 0550024769 | $ | 18,124.56 | O/S Invoice |
| 32066921 | 20051004 | 156700 | R50569101 | 0550016276 | $ | 16,569.00 | O/S Invoice |
| 32066921 | 20051004 | 156977 | R50569410 | 0550024768 | $ | 15,290.88 | O/S Invoice |
| 32066921 | 20051004 | 156978 | R50569411 | 0550024768 | $ | 15,290.88 | O/S Invoice |
| 32066921 | 20051004 | 157010 | R50578001 | 0550003450 | $ | 15,402.24 | O/S Invoice |
| 32066921 | 20051004 | 156971 | R50588801 | 0550003622 | $ | 16,027.83 | O/S Invoice |

| 32066921 | 20051004 | 156326 | R50589301 | 0550016322 | $ | 17,269.56 | O/S Invoice | | |
|---|---|---|---|---|---|---|---|---|---|
| 32066921 | 20051004 | 156974 | R50596302 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051004 | 156975 | R50604501 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051004 | 157045 | R50606303 | 0550024769 | $ | 18,124.56 | O/S Invoice | | |
| 32066921 | 20051004 | 157055 | R50606304 | 0550024769 | $ | 18,124.56 | O/S Invoice | | |
| 32066921 | 20051005 | 156979 | R50571401 | 0550024768 | $ | 15,290.88 | O/S Invoice | | |
| 32066921 | 20051005 | 157008 | R50578002 | 0550003450 | $ | 15,402.24 | O/S Invoice | | |
| 32066921 | 20051005 | 156973 | R50588802 | 0550003622 | $ | 16,027.83 | O/S Invoice | | |
| 32066921 | 20051005 | 156327 | R50589302 | 0550016322 | $ | 17,269.56 | O/S Invoice | | |
| 32066921 | 20051005 | 156976 | R50596303 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051005 | 157002 | R50596304 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051005 | 157062 | R50606305 | 0550024769 | $ | 18,124.56 | O/S Invoice | | |
| 32066921 | 20051005 | 157070 | R50606306 | 0550024769 | $ | 18,124.56 | O/S Invoice | | |
| 32066921 | 20051006 | 156988 | R50571402 | 0550024768 | $ | 15,290.88 | O/S Invoice | | |
| 32066921 | 20051006 | 157016 | R50571403 | 0550024768 | $ | 15,290.88 | O/S Invoice | | |
| 32066921 | 20051006 | 157009 | R50578003 | 0550003450 | $ | 15,402.24 | O/S Invoice | | |
| 32066921 | 20051006 | 156562 | R50585309 | 0550038013 | $ | 16,194.36 | O/S Invoice | | |
| 32066921 | 20051006 | 156989 | R50588803 | 0550003622 | $ | 16,027.83 | O/S Invoice | | |
| 32066921 | 20051006 | 156339 | R50589303 | 0550016322 | $ | 17,269.56 | O/S Invoice | | |
| 32066921 | 20051006 | 157039 | R50596305 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051006 | 157040 | R50604502 | 0550052385 | $ | 16,978.50 | O/S Invoice | | |
| 32066921 | 20051006 | 157081 | R50606307 | 0550024769 | $ | 18,124.56 | O/S Invoice | | |
| 32066921 | 20051011 | | WIRE10/07 | WIRE MCHENRY O | $ | (900,000.00) | Payment on Account | | |
| 32066921 | 20051011 | | 341337600 | DEL 5/10/31 | $ | (12.50) | | | |
| Totals | | | | | $ | (418,538.87) | | | |