**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400
Mark S. Indelicato (MI-1459)
Edward L. Schnitzer (ES-6299)

and

**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone:  (214) 777-0046
Facsimile:  (214) 777-4299
Attn:  Robert J. Taylor

Attorneys for Affina Canada Corp., EFT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
: 
**In re:**                                                      :
                                                                :        **Chapter 11**
**DELPHI CORPORATION, et al.,**              :        **Case No. 05-44481 (RDD)**
                                                                :        **Jointly Administered**
                                          **Debtor.**      :
-------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        )     ss.:
COUNTY OF NEW YORK  )

MARLENA GRAZIANO, being duly sworn, deposes and says:

1.      I am not a party to this action, I am over the age of 18 years and reside in Suffolk County, New York.

2.      On April 4, 2008, I served a copy of the *Motion to Reconsider Default Order Reducing Claim* via first class mail by depositing true copies thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following at the following addresses:

013180.002-1431312.1

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

and

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:    John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton

_____
MARLENA GRAZIANO

Sworn to before me this
4th day of April 2008

_____
Notary Public

SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified In Nassau County
Commission Expires April 27, 20 11

2

013180.002-1431312.1