SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases and appellees in this appeal, hereby submit this designation of additional items to be included in the record on appeal in connection with the Notice of Appeal filed by the United States of America (the "Appellant") in the above-captioned cases on March 17, 2008, and Appellant's designation of items to be included in the record on appeal and statement of issues on appeal filed on March 25, 2008.

I.    Designation Of Record

The following additional items are to be included in the record on appeal:

| Designation Number | Date | Docket Number | Description |
|---|---|---|---|
| D-1 | 1/25/2008 | 11386 | First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession |
| D-2 | 1/10/2007 | 11382 | Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Delphi-Appaloosa Equity Purchase and Commitment Agreement Amendment ("EPCA") |
| D-3 | 8/2/2007 | 8856 | Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C §§ 105(a), 363(b), 503(b), And 507(a) |
| D-4 | 2/4/2008 | N/A | Debtors' letter to Bankruptcy Court |
| D-5 | 2/4/2008 | N/A | M. Schwarz e-mail to Bankruptcy Court |
| D-6 | 12/05/2005 | N/A | EEOC Proof Of Claim No. 3061, filed in the case of In re Friedman's Inc., et al., in the United States Bankruptcy Court for the Southern District Of Georgia, Savannah Division, Case No. 05-40129 |
| D-7 | 11/22/2005 | N/A/ | EEOC Proof Of Claim No. 3118, filed in the case of In re Friedman's Inc., et al., in the United States Bankruptcy Court for Southern District Of Georgia, Savannah Division, Case No. 05-40129 |

| | | | |
|---|---|---|---|
| D-8 | 1/18/06 | N/A | Press Release: Investor Group Commits Up To $3.4 Billion Equity Investment in Reorganized Delphi in Support of Transformation Plan and Reorganization Framework; Delphi Announces Separate $4.5 Billion Dip Loan Transaction to Refinance Existing Loan Facilities |
| D-9 | 2/28/2007 | N/A | Press Release: Delphi and Plan Investors Amend Plan Framework Investment Agreement |
| D-10 | 4/19/2007 | N/A | Press Release: Delphi Announces Potential Changes to Investor Group and Plan Framework Agreements |
| D-11 | 7/9/2007 | N/A | Press Release: Delphi Announces Formal Termination of Prior Plan Framework Agreements |
| D-12 | 7/18/2007 | N/A | Press Release: Delphi Announces New Plan Framework Agreement |
| D-13 | 10/30/2007 | N/A | Press Release: Delphi Announces Filing of Potential Amendments to Disclosure Statement and Reorganization Plan |
| D-14 | 11/14/2007 | N/A | Press Release: Delphi Announces Potential Amendments to Plan of Reorganization, Investment Agreement and GM Settlement |
| D-15 | 12/4/2007 | N/A | Press Release: Delphi Announces Further Potential Amendments to Plan of Reorganization, Investment Agreement and GM Settlement |
| D-16 | 1/9/2008 | N/A | Press Release: Delphi Announces Launch of Exit Financing |
| D-17 | 1/16/2008 | N/A | Press Release: Delphi Announces Final Results of Plan of Reorganization Voting: 81% of Ballots Cast Vote to Accept Plan |
| D-18 | 1/25/2008 | N/A | Press Release: Delphi's Plan of Reorganization Confirmed by Bankruptcy Court |
| D-19 | 3/5/2008 | N/A | Press Release: Delphi Comments on Exit Financing and Emergence Matters |
| D-20 | 3/10/2008 | N/A | Press Release: Delphi Announces Re-Launch of Exit Financing |

Dated:      New York, New York
           April 4, 2008

                          SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                          By:   /s/ John Wm. Butler, Jr.
                              John Wm. Butler, Jr. (JB 4711)
                              Albert L. Hogan, III (AH 8807)
                              John K. Lyons (JL 9331)
                              Ron E. Meisler (RM 3026)
                          333 West Wacker Drive, Suite 2100
                          Chicago, Illinois 60606
                          (312) 407-0700

                              - and -

                          By:   /s/ Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession and
                              Appellees