Due to the size of the document, actual document not attached - See Case No. 05-44481 at Docket No. 11386