## Diaz, Lisa B (CHI)

**From:** Schwartz, Matthew (USANYS) [Matthew.Schwartz@usdoj.gov]
**Sent:** Monday, February 04, 2008 9:44 PM
**To:** rdd.chambers@nysb.uscourts.gov
**Cc:** Diaz, Lisa B (CHI); Lyons, John K (CHI)
**Subject:** In re Delphi / EEOC Claim

Dear Judge Drain:

I write with respect to the Government's January 31, 2008 letter to the Court requesting a two-week extension of the time in which to file a motion for leave to file a late claim on behalf of the United States Equal Employment Opportunity Commission (EEOC), and debtors' letter in response, dated today. The proposal set out in the debtors' letter is acceptable to us. Specifically, we will file our motion on or before February 22, 2008, and the hearing on that motion will be set for February 29, 2008. The Government will make any declarant in support of our motion available for deposition no later than February 27, 2008, i.e., within three business days of submitting our motion. I trust this resolves the matter; we look forward to discussing the EEOC's claim with the Court on the 29th.

Respectfully,

Matthew L. Schwartz

Assistant United States Attorney

Southern District of New York

86 Chambers Street, 3rd Floor

New York, New York 10007

Phone: (212) 637-1945

Facsimile: (212) 637-2750

E-mail: matthew.schwartz@usdoj.gov

2/28/2008