FORM B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF GEORGIA, SAVANNAH DIVISION | | PROOF OF CLAIM<br>Chapter 11 |
|---|---|---|
| In re Friedman's Inc., et al. | Case Numbers 05-40129 through 05-40136 | Your claim is scheduled as follows: |
| **Name of Debtor:** (see attached for complete list of debtors)<br>Friedman's Inc. | **Case Number:**<br>05-40129 | Class |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Amount

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Equal Employment Opportunity Commission | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☒ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | ☒ Date Stamped Copy Returned<br>☐ No self addressed stamped envelope<br>☐ No copy to return |
|---|---|---|
| If address differs from above, please complete the following:<br>Creditor Name:<br>Address: 50 Vantage Way, Suite 202<br>City/St/Zip: Nashville, TN 37228 | Telephone: # 615-736-2105 | This Space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br>253-2005-01606 | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated _____ | |

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  Charge of discrimination

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: _____
      Unpaid compensation for services performed
      from _____ to _____
              (date)        (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____  _____  _____  _____
                                                (unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral: $ _____

   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim.
      Amount entitled to priority $ _____
      Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(4).
   ☐ Up to $ 2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

**RECEIVED**
NOV 22 2005
KURTZMAN CARSON

| Date<br>11/18/2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_Signature_  SR TRYM Attorney | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.

0540129051122000000000003

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:

| | |
|---|---|
| Friedman's Inc. et al, ) | Chapter 11 |
| ) | |
| ) | Case No. 05-40129 (LWD) |
| Debtor. ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF PROOF OF CLAIM

In support of its Proof of Claim as a creditor in the above-referenced Chapter 11 petition, the Equal Employment Opportunity Commission submits the following:

1. A Charge of Discrimination was filed with this agency on April 14, 2005. A copy of the charge is attached as Exhibit 1.

2. <u>Name of Charging Party</u>

    Marie Cawl

3. <u>EEOC Charge Number</u>

    253 -2005 - 01606

4. <u>Dates of Violation</u>

    February 1, 2005

5. <u>Name and Location of Respondent</u>

    Friedman Jewelers
    1720 Old Fort Parkway
    Murfreesboro, TN 37130

6. <u>Nature of Unlawful Act</u>

    Termination

7. <u>Basis of Violation</u>

   Race

7. <u>Statute Violated</u>

   Title VII of the Civil Rights Act of of 1964, as amended.

8. <u>Demand</u>

   The EEOC's Proof of Claim requests all applicable back pay and benefits, with pre-petition interest; all applicable post-petition wages, salary, or benefits; all compensatory and punitive damages allowable.

Respectfully Submitted,

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

KATHARINE W. KORES
Regional Attorney
TN BPR No. 6283

FAYE A. WILLIAMS
Supervisory Trial Attorney
BPR NO. 11730

EQUAL EMPLOYMENT
OPPORTUNITY
COMMISSION
1407 Union Avenue Suite 621
Memphis, Tennessee 38104
(901) 544-0088

SALLY RAMSEY
Senior Trial Attorney
TN BPR No. 18859

EQUAL EMPLOYMENT
OPPORTUNITY
COMMISSION
50 Vantage Way, Suite 202
Nashville, Tennessee 37228
(615) 736-2105

3

## CERTIFICATE OF SERVICE

I, Sally Ramsey, do hereby certify that I have this day served a true and correct copy of the above and foregoing, Proof of Claim, Memorandum in Support of Proof of Claim, and Supporting documents by U. S. Mail, proper postage prepaid, addressed to their usual business address, to the following:

John Wm Butler, Jr. Esq
Skadden, Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Friedman's Inc. Claim Processing
Kurtzman Carson Consultants, LLC
12910 Culver Blvd. Ste 1
Los Angeles, CA 90066

Marie Cawl
460 E. State Street
Murfreesboro, TN 37130

Dated: 11/18/2005

Sally Ramsey
Senior Trial Attorney

Equal Employment Opportunity Commission
50 Vantage Way, Suite 202
Nashville, TN 37228
(615) 736-2105

4