IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On March 31, 2008, I caused to be served the document listed below via overnight delivery upon (i) the parties listed on Exhibit A hereto and (ii) the parties listed on Exhibit B hereto:

Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business and customized exhibit (Docket No. 13292)

Dated: April 3, 2008

                                                */s/ Elizabeth Adam*
                                                Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 3rd day of April, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Vanessa R. Quiñones*

Commission Expires:   *3/20/11*

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| ACRA | PAT PATTERSON | 3555 WALNUT ST | | PORT HURON MI | | 48060 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ACRA, with a term of June 2005 - model year 2010 | $0.00 |
| ACRA | PAT PATTERSON | 3555 WALNUT ST | | PORT HURON MI | | 48060 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ACRA, with a term of December 8, 2004 - model year 2009 | $0.00 |
| ADVANCE ENGINEERING COMPANY | ADVANCE ENGINEERING CO | 3982 TERRY DIANE DR | | BEAVERTON | MI | 48612 | | Purchase Order Number SAG90I4214 | $0.00 |
| ADVANCE ENGINEERING COMPANY | RICHARD SLOAN | 12025 DIXIE AVE | | REDFORD | MI | 48239 | | Purchase Order Number SAG90I4214 | $0.00 |
| AGAPE | DUANE OVERBEEK | O 11474 1ST AVE NW | | GRAND RAPIDS MI | | 49544 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and AGAPE, with a term of July 2004 - Model year 2009 | $0.00 |
| ALKEN ZIEGLER | ALKEN ZIEGLER | 406 S. PARK DRIVE | | KALKASKA | MI | 49646 | | Surcharge Implementation, acknowledged and agreed on 12/9/2004 | $0.00 |
| AMERICAN AXLE & MANUFACTURING SALES | AMERICAN AXLE & MANUFACTURING INC | PO BOX 360254 | | PITTSBURGH | PA | 15043-6254 | | Purchase Order Number SAG90I1802 | $0.00 |
| AMERICAN AXLE & MANUFACTURING SALES | JIM LIBLER | 2965 TECHNOLOGY DR | | ROCHESTER HILLS | MI | 48309 | | Purchase Order Number SAG90I1802 | $0.00 |
| AMSEA | MICHAEL LOSSING | 1200 KLOECKNER DR PO BOX 409 | | KNOX | IN | 46534 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and AMSEA, with a term of February 1, 2004 - December 31, 2009 | $0.00 |
| AMTEC PRECISION PRODUCTS | AMTEC PRECISION PRODUCTS INC | 1875 HOLMES RD | | ELGIN | IL | 60123-1298 | | Purchase Order Number SAG90I3435 | $7,180.80 |
| AMTEC PRECISION PRODUCTS | ANDREW HAIN | 1875 HOLMES RD | | ELGIN | IL | 60123 | | Purchase Order Number SAG90I3435 | $7,180.80 |
| APPLIED INDUSTRIAL TECHNOLOGIES | APPLIED INDUSTRIAL TECHNOLOGIES-DIX | 1 APPLIED PLZ | | CLEVELAND | OH | 44115-2511 | | Purchase Order Number SAG90I3257 | $3,210.47 |
| APPLIED INDUSTRIAL TECHNOLOGIES | APPLIED INDUSTRIAL TECHNOLOGIES-DIX | 1 APPLIED PLZ | | CLEVELAND | OH | 44115-2511 | | Purchase Order Number SAG90I4831 | $1,602.74 |
| APPLIED INDUSTRIAL TECHNOLOGIES | JASON VASQUEZ | 919 CHURCH NE | | DECATUR | AL | 35601 | | Purchase Order Number SAG90I3257 | $3,210.47 |
| APPLIED INDUSTRIAL TECHNOLOGIES | JASON VASQUEZ | 919 CHURCH NE | | DECATUR | AL | 35601 | | Purchase Order Number SAG90I4831 | $1,602.74 |
| APPLIED INDUSTRIAL TECHNOLOGY | APPLIED INDUSTRIAL TECHNOLOGIES INC | 404 KELSO | | FLINT | MI | 48506-4031 | | Purchase Order Number SAG90I0680 | $3,453.60 |
| APPLIED INDUSTRIAL TECHNOLOGY | JASON VASQUEZ | 1150 N OUTER DR | | SAGINAW | MI | 48601 | | Purchase Order Number SAG90I0680 | $3,453.60 |
| ARKEMA INC | KEVIN R. OLSEN | 2000 MARKET ST | | PHILADELPHIA | PA | 19103 | | Purchase Order Number SAG90I3776 | $0.00 |
| ATC NYMOLD CORP | ATC NYMOLD CORPORATION | 101 N EAGLE ST | | GENEVA | OH | 44041 | | Purchase Order Number SAG90I0465 | $0.00 |
| ATC NYMOLD CORP | BARB PASHLEY | 101 N EAGLE ST | | ASHTABULA | OH | 44041 | | Purchase Order Number SAG90I0465 | $0.00 |
| ATG | FRANK BACHELDOR | 7545 N HAGGERTY RD | | CANTON | MI | 48187 | | Surcharge Implementation, assigned to Purchase Order S2S48471, issued May 17, 2004 | $0.00 |
| ATHENA PROTECTIVE COATINGS INC | ATHENA PROTECTIVE COATINGS INC | 2695 SLOUGH ST | | MISSISSAUGA | ON | L4T 1G2 | CA | Purchase Order Number SAG90I5279 | $0.00 |
| ATHENA PROTECTIVE COATINGS INC | EDWARD ASTRAUSKAS | 2695 SLOUGH ST | | MISSISSAUGA | ONT | L4T 1G2 | CA | Purchase Order Number SAG90I5279 | $0.00 |
| ATLAS PRESSED METALS | HPM INDUSTRIES INC | 125 TOM MIX DR | | DUBOIS | PA | 15801 | | Purchase Order Number SAG90I2400 | $82,461.24 |
| ATLAS PRESSED METALS | JUDE PFINGSTER | 125 TOM MIX DR | | DUBOIS | PA | 15801 | | Purchase Order Number SAG90I2400 | $82,461.24 |
| ATOFINA CHEMICALS INC  EFT | ARKEMA INC | 4444 INDUSTRIAL PKY | | CALVERT CITY | KY | 42029 | | Purchase Order Number SAG90I3776 | $0.00 |
| AUMA TEC SA DE CV | AUMA TEC, S.A. DE C.V. | CALLE 2 - 35 | | QUERETARO | QA | 76120 | MX | Purchase Order Number SAG90I5468 | $33,235.09 |
| AUMA TEC SA DE CV | OSCAR HERRERA | CALLE 2 NO 35 FRACC IND BENITO | | QUERETARO | QA | 76120 | MX | Purchase Order Number SAG90I5468 | $33,235.09 |
| AVERY DENNISON CO/FASTENER DIVISION | AVERY INDUSTRIAL PRODUCTS | 17700 FOLTZ INDUSTRIAL PKWY | | STRONGSVILLE | OH | 44149 | | Purchase Order Number SAG90I0466 | $2,793.65 |
| AVERY DENNISON CO/FASTENER DIVISION | NICK PENTESCU | 33228 W 12 MILE RD PMB 326 | | FARMINGTON HILLS | MI | 48334 | | Purchase Order Number SAG90I0466 | $2,793.65 |
| BATESVILLE TOOL & DIE INC | BATESVILLE TOOL & DIE INC | 177 SIX PINE RANCH RD | | BATESVILLE | IN | 47006 | | Purchase Order Number SAG90I4918 | $7,774.39 |
| BATESVILLE TOOL & DIE INC | TIM LAMBERT | 177 SIX PINE RANCH RD | | BATESVILLE | IN | 47006 | | Purchase Order Number SAG90I4918 | $7,774.39 |
| BLISSFIELD | MARTIN MILL | 626 DEPOT STREET | | BLISSFIELD | MI | 48228 | | Surcharge Implementation, acknowledged and agreed on 8/16/2004 | $0.00 |
| BRAZING CONCEPTS LLC | BRAZING CONCEPTS LLC | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I3981 | $0.00 |
| BRAZING CONCEPTS LLC | BRAZING CONCEPTS LLC | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I5026 | $0.00 |
| BRAZING CONCEPTS LLC | BRAZING CONCEPTS LLC | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I5287 | $0.00 |
| BRAZING CONCEPTS LLC | JASON TELL | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I3981 | $0.00 |
| BRAZING CONCEPTS LLC | JASON TELL | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I5026 | $0.00 |
| BRAZING CONCEPTS LLC | JASON TELL | 94 CONCEPT DR | | COLDWATER | MI | 49036 | | Purchase Order Number SAG90I5287 | $0.00 |
| BRC RUBBER GROUP INC | BRC RUBBER & PLASTICS INC | 589 S MAIN ST | | CHURUBUSCO | IN | 46723-2219 | | Purchase Order Number SAG90I3623 | $5,814.14 |
| BRC RUBBER GROUP INC | BRC RUBBER & PLASTICS INC | 589 S MAIN ST | | CHURUBUSCO | IN | 46723-2219 | | Purchase Order Number SAG90I5597 | $0.00 |
| BRC RUBBER GROUP INC | PHIL MEYERS | 589 S MAIN ST PO BOX 227 | | CHURUBUSCO | IN | 46723 | | Purchase Order Number SAG90I3623 | $5,814.14 |
| BRC RUBBER GROUP INC | PHIL MEYERS | 589 S MAIN ST PO BOX 227 | | CHURUBUSCO | IN | 46723 | | Purchase Order Number SAG90I5597 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)   Page 1 of 5   4/3/2008 12:23 PM
Complete - Revised Steering Omitted Contracts merge file

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| BREMAN BEARING COMPANY | JEFF GODFREY | 400 SULLIVAN WAY | | WEST TRENTON | NJ | 08628 | | Long Term Contract between Delphi Corporation LLC acting through its Saginaw Division and Bremen Bearing Company, with a term of October 27, 2003 - December 31, 2008 | $0.00 |
| BUEHLER MOTOR | DARRYL PARISH | 175 SOUTHPORT DR STE 900 | | MORRISVILLE | NC | 27560 | | Long Term Contract between Delphi Automotive Systems LLC and Buehler Motor, Inc, with a term of calendar years 2001 - 2021 | $0.00 |
| CALEDON TUBING | CALEDON TUBING LIMITED | 580 JAMES ST S | | ST MARYS | ON | N4X 1B3 | CA | Purchase Order Number SAG90I3954 | $19,592.59 |
| CALEDON TUBING | SCOTT VANROOY | 580 JAMES ST S PO BOX 3249 | | ST MARYS | ONTARIO | N4X 1A8 | CA | Purchase Order Number SAG90I3954 | $19,592.59 |
| CAPSONIC AUTOMOTIVE, INC. | SETH GUTKOWSKI | 3121 UNIVERSITY DR STE 120 | | AUBURN HILLS | MI | 48326 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Steering Systems and Capsonic Automotive, Inc., with a term of calendar year 2001 - calendar year 2016 | $0.00 |
| CAPSONIC AUTOMOTIVE, INC. | SETH GUTKOWSKI | 3121 UNIVERSITY DR STE 120 | | AUBURN HILLS | MI | 48326 | | Long Term Contract between Delphi Automotive Systems LLC, acting through its Delphi Steering Systems and Capsonic Automotive, Inc., with a term of model year 2001 - model year 2016 | $0.00 |
| CASTELLON S A | CASTELLON SA | HIERRO 1 | | TORREJON DE ARDOZ | 28 | 28850 | ES | Purchase Order Number SAG90I4574 | $0.00 |
| CASTELLON S A | LUIS MIGUEL BARBA | CALLE HIERRO NO 1 | | TORREJON DEARDOZ | MADRID | 28850 | ES | Purchase Order Number SAG90I4574 | $0.00 |
| CENTRAL WAREHOUSE CO (EFT) | CENTRAL WAREHOUSE CO | 2027 RUST AVE | | SAGINAW | MI | 48601 | | Purchase Order Number SAG90I5343 | $0.00 |
| CENTRAL WAREHOUSE CO (EFT) | PATRICK RIFFEL | 1825 RUST AVE | | SAGINAW | MI | 48601 | | Purchase Order Number SAG90I5343 | $0.00 |
| CHICAGO RAWHIDE-SKF USA INC | PATRICK WILCOX | 46815 PORT ST | | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I4051 | $0.00 |
| CHICAGO RAWHIDE-SKF USA INC | PATRICK WILCOX | 46815 PORT ST | | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I4642 | $447.91 |
| CHICAGO RAWHIDE-SKF USA INC | SKF USA INC | 900 N STATE ST | | ELGIN | IL | 60123 | | Purchase Order Number SAG90I4051 | $0.00 |
| CHICAGO RAWHIDE-SKF USA INC | SKF USA INC | 900 N STATE ST | | ELGIN | IL | 60123 | | Purchase Order Number SAG90I4642 | $447.91 |
| CLEVELAND DIE & MFG CO | CLEVELAND DIE & MANUFACTURING CO | 20303 FIRST ST | | MIDDLEBURG HEIGHTS | OH | 44130-2433 | | Purchase Order Number SAG90I3857 | $0.00 |
| CLEVELAND DIE & MFG CO | DAVE GEORGE | 20303 1ST AVE | | MIDDLEBURG HEIGHTS | | 44130 | | Purchase Order Number SAG90I3857 | $0.00 |
| COLFOR MANUFACTURING INC | COLFOR MANUFACTURING INC | 3255 ALLIANCE | | MALVERN | OH | 44644 | | Purchase Order Number SAG90I4170 | $0.00 |
| COLFOR MANUFACTURING INC | DAVE BUSH | 3255 ALLIANCE RD NW | | MALVERN | OH | 44644 | | Purchase Order Number SAG90I4170 | $0.00 |
| CSM | MR. FLEURY | 24650 N. INDUSTRIAL DRIVE | | FARMINGTON HILLS | MI | 48335 | | Surcharge Implementation, acknowledged and agreed on 10/6/2004 | $0.00 |
| DBG | DAVE SALIDAS | REGIO AVENIDA 115 | | APODACA | NL | 66000 | MX | Purchase Order Number SAG90I5056 | $0.00 |
| DBG | DBG CANADA LTD | 1555 ENTERPRISE RD | | MISSISSAUGA | ON | L4W 4L4 | CA | Purchase Order Number SAG90I5056 | $0.00 |
| DC MEX SA DE CV | DC MEX S.A. DE C.V. | INDUSTRIAL EL PEDREGAL | | ATIZAPAN DE ZARAGOZA | EM | 52948 | MX | Purchase Order Number SAG90I4538 | $0.00 |
| DC MEX SA DE CV | OSCAR ZAMORA | AV ALFREDO DEL MAZO NUM 9 | | ATIZAPAN | | 52948 | MX | Purchase Order Number SAG90I4538 | $0.00 |
| DURA AUTOMOTIVE SYSTEMS REICHE GMBH | DURA AUTOMOTIVE SYSTEMS REICHE GMBH | GASSTRASSE 7/9/16 | | LAGE | NW | 32791 | DE | Purchase Order Number SAG90I5306 | $0.00 |
| DURA AUTOMOTIVE SYSTEMS REICHE GMBH | MARIANNE LEMBFELD | 7/9/16 GASSTR POSTFACH 1849 | | LAGE | NW | 32777 | GERMANY | Purchase Order Number SAG90I5306 | $0.00 |
| ENGINEERED CUSTOM LUBRICANTS | BOB PRIZGINT | 45800 MAST ST | | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I0686 | $0.00 |
| ENGINEERED CUSTOM LUBRICANTS | DEAN, ROY PRODUCTS CO | 45800 MAST ST | | PLYMOUTH | MI | 48170-6056 | | Purchase Order Number SAG90I0686 | $0.00 |
| FAG BEARING LTD | JILL CSAPO | 801 ONTARIO ST | | STRATFORD | ONT | N5A 6T2 | CA | Purchase Order Number SAG90I5034 | $0.00 |
| FAG BEARING LTD | SCHAEFFLER CANADA INC | 801 ONTARIO ST | | STRATFORD | ON | N5A 6T2 | CA | Purchase Order Number SAG90I5034 | $0.00 |
| FEDERAL SCREW | MR. FLANNERY | 20229 NINE MILE ROAD | | ST. CLAIR SHORES | MI | 48080 | | Surcharge Implementation, acknowledged and agreed on 1/17/2005 | $0.00 |
| FINISHING SERVICES | FINISHING SERVICES INC | 877 ANN ST | | YPSILANTI | MI | 48197 | | Purchase Order Number SAG90I4499 | $8,144.81 |
| FINISHING SERVICES | MARY LEININGER | 877 ANN ST | | YPSILANTI | MI | 48197 | | Purchase Order Number SAG90I4499 | $8,144.81 |
| FISHERCAST GLOBAL | FISHERCAST GLOBAL CORPORATION | 194 SOPHIA ST | | PETERBOROUGH | ON | K9H 1E5 | CA | Purchase Order Number SAG90I5190 | $0.00 |
| FISHERCAST GLOBAL | JOE PETRILLO | 710 NEAL DR PO BOX 179 | | PETERBOROUGH | ON | K9J 6X7 | CA | Purchase Order Number SAG90I5190 | $0.00 |
| FOAMADE INDUSTRIES | FOAMADE INDUSTRIES INC | 2550 AUBURN CT | | AUBURN HILLS | MI | 48326-3200 | | Purchase Order Number SAG90I4155 | $0.00 |
| FOAMADE INDUSTRIES | STEVE BROWN | 2550 AUBURN CT PO BOX 215110 | | AUBURN HILLS | MI | 48057 | | Purchase Order Number SAG90I4155 | $0.00 |
| FOUR SLIDE TECHNOLOGY, INC. | ROGER PELC | 2130 E 10 MILE RD | | WARREN MI | MI | 48091 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Four Slide Technology, Inc, with a term of January 1, 2005 - December 31, 2010 | $0.00 |
| FUKOKO, SOUTH CAROLINA | MASAHIKO TSUBOTA | 325 HUNTER INDUSTRIAL PARK RD | | LAURENS | SC | 29360 | | Long Term Contract between Delphi Corporation LLC acting through its Saginaw Division and Fukoku, South Carolina, with a term of September 2004 - December 2009 | $0.00 |
| GARLOCK BEARINGS INC | IRMA NEGRETE | 700 MID ATLANTIC PKWY | | THOROFARE | NJ | 08086 | | Purchase Order Number SAG90I4021 | $0.00 |
| GARLOCK RUBBER TECHNOLOGIES | GARLOCK INC | 201 DANA DR | | PARAGOULD | AR | 72450 | | Purchase Order Number SAG90I2749 | $1,272.96 |
| GARLOCK RUBBER TECHNOLOGIES | GARLOCK INC | 201 DANA DR | | PARAGOULD | AR | 72450 | | Purchase Order Number SAG90I5512 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 5

4/3/2008 12:23 PM
Complete - Revised Steering Omitted Contracts merge file

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| GARLOCK RUBBER TECHNOLOGIES | SHERRY TAYLOR | 201 DANA DR PO BOX 1000 | | PARAGOULD | AR | 72450 | | Purchase Order Number SAG90I2749 | $1,272.96 |
| GARLOCK RUBBER TECHNOLOGIES | SHERRY TAYLOR | 201 DANA DR PO BOX 1000 | | PARAGOULD | AR | 72450 | | Purchase Order Number SAG90I5512 | $0.00 |
| GEVELOT | MR. WALSH | 29200 NORTHWESTERN HWY. | SUITE 200 | SOUTHFIELD | MI | 48304-1060 | | Surcharge Implementation, acknowledged and agreed on 9/8/2005 (as amended October 2005) | $0.00 |
| GNP INC PARKER SEAL | CRAIG KURKECHIAN | 2565 NORTHWEST PARKWAY | | ELGIN | IL | 60123 | | Purchase Order Number SAG90I4660 | $1,449.00 |
| GNP INC PARKER SEAL | PARKER HANNIFIN CORP | 2565 NW PARKWAY | | ELGIN | IL | 60123 | | Purchase Order Number SAG90I4660 | $1,449.00 |
| HUF PORTUGUESA LDA | ALBERTO GONZÁLEZ SANTOS | ZIM APARTADO 89 | | TONDELA | | 03460 | PORTUGAL | Purchase Order Number SAG90I3225 | $47,463.78 |
| HUF PORTUGUESA LDA | HUF PORTUGUESA FABRICA DE COMPONENT | ZONA INDUSTRIAL MUNICIPAL ADICA | | TONDELA | PT | 3460-011 | PT | Purchase Order Number SAG90I3225 | $47,463.78 |
| HUTCHINSON SEAL DE MEXICO SA DE CV | CHARLES VAN HOVE | PELICANOS NO 313 COL SAN FERNA | | ENSENADA | MX | 22785 | MX | Purchase Order Number SAG90I2723 | $32,191.98 |
| HUTCHINSON SEAL DE MEXICO SA DE CV | NATIONAL O-RING CORPORATION | 11634 PATTON RD | | DOWNEY | CA | 90241 | | Purchase Order Number SAG90I2723 | $32,191.98 |
| HYDRO ALUMINUM NA | JIM KONITSNEY | 200 RIVERIA BLVD | | ST AUGUSTINE | FL | 32085 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Hydro Aluminum NA, with a term of January 1, 2004 - December 31, 2011 | $0.00 |
| HYUN YANG CORP | FELIX (BUTCH) BOSCO | 27650 FARMINGTON RD SUITE 204 | | FARMINGTON HILLS | MI | 48334 | | Purchase Order Number SAG90I4630 | $0.00 |
| HYUN YANG CORP | HYUN YANG CO LTD | RM 5BA-101 SHIHWA IND COMPLEX | | ANSAN | KR | 425-836 | KR | Purchase Order Number SAG90I4630 | $0.00 |
| HYUN YANG CORP | HYUN YANG CO LTD | 33533 W 12 MILE RD STE 330 | | FARMINGTON HILLS | MI | 48331 | | Purchase Order Number SAG90I4630 | $0.00 |
| ITW, IMPRO | BILL THURSTON | 194 MAIN ST PO BOX 1570 | | LAKEVILLE | CT | 06039 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Division and ITW IMPRO, with a term of December 8, 2004 - Model year 2009 | $0.00 |
| JONES PLATING CO, K C | JONES, KC INC | 2845 E 10 MILE RD | | WARREN | MI | 48091 | | Purchase Order Number SAG90I4980 | $0.00 |
| JONES PLATING CO, K C | MARIANNE LEMBFELD | 2845 E 10 MILE RD | | WARREN | MI | 48091 | | Purchase Order Number SAG90I4980 | $0.00 |
| KEYANG | PAUL LEONARD | 31831 SHERMAN AVE | | MADISON HEIGHTS | MI | 48071 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keyang Electric Machinery Co. Ltd., with a term of calendar years 2001 - 2023 | $0.00 |
| KEYSTONE PRODUCTS | | 251 STATE STREET | | ST. MARYS | PA | 15857-7697 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keystone Powdered Metal Company, with a term of October 1, 2004 - December 31, 2009 | $0.00 |
| KEYSTONE PRODUCTS | MICHAEL STAUFFER DIRECTOR OF SALES & MARKETING | 22260 HAGGERTY RD. | SUITE 150 | NORTHVILLE | MI | 48167 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Keystone Powdered Metal Company, with a term of October 1, 2004 - December 31, 2009 | $0.00 |
| LEAR CORPORATION | TINA BEAUCHAMP | 5500 ENTERPRISE | | WARREN | MI | 48092 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Lear Corporation, with a term of calendar year 2001 - 2016 | $0.00 |
| MANDO AMERICA CORPORATION | MANDO AMERICA CORP | 45901 5 MILE RD | | PLYMOUTH TOWNSHIP | MI | 48170 | | Purchase Order Number SAG90I4881 | $264,909.24 |
| MANDO AMERICA CORPORATION | STEVE CHO | 45901 FIVE MILE RD | | PLYMOUTH TOWNSHIP | MI | 48170 | | Purchase Order Number SAG90I4881 | $264,909.24 |
| MARKIN TUBING | ART SMITH | 1 MARKIN LN | | WYOMING | NY | 14591 | | Surcharge Implementation, as documented by Markin Tubing in the Delphi Steel Surcharge Summary dated 1/11/07 | $0.00 |
| MARSH PLATING CORP (EFT) | MARSH PLATING CORP | 103 N GROVE ST | | YPSILANTI | MI | 48198-2906 | | Purchase Order Number SAG90I0622 | $0.00 |
| MARSH PLATING CORP (EFT) | MARSH PLATING CORP | 103 N GROVE ST | | YPSILANTI | MI | 48198-2906 | | Purchase Order Number SAG90I0834 | $0.00 |
| MARSH PLATING CORP (EFT) | MATHEW MARSH | 103 N GROVE ST | | YPSILANTI | MI | 48198 | | Purchase Order Number SAG90I0622 | $0.00 |
| MARSH PLATING CORP (EFT) | MATHEW MARSH | 103 N GROVE ST | | YPSILANTI | MI | 48198 | | Purchase Order Number SAG90I0834 | $0.00 |
| MASTER AUTOMATIC | JIM WARD | 40485 SCHOOLCRAFT RD | | PLYMOUTH | MI | 48170 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Master Automatic, with a term of January 28, 2004 - December 31, 2011 | $0.00 |
| MASTER AUTOMATIC | TIM LEAMAN | 3900 HOLLAND ROAD | | SAGINAW | MI | 48601-9494 | | Surcharge Implementation, as documented in an email dated December 22, 2004 | $0.00 |
| METAL FLOW CORP. | JIM WISBANG | 11694 JAMES STREET | | HOLLAND | MI | 49424 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Metal Flow Corporation, with a term of June 1, 2005 - December 31, 2010 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)    Page 3 of 5    4/3/2008 12:23 PM
Complete - Revised Steering Omitted Contracts merge file

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| METFORM | KEVIN HYDE | 2944 WATERVIEW DR | | ROCHESTER HILLS | MI | 48309 | | Surcharge Implementation, as documented in an email dated March 17, 2005 | $0.00 |
| MOTOROLA | GREG GOESTENKORS | 37101 CORPORATE DR | | FARMINGTON HILLS | MI | 48331 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Motorola Inc., with a term through calendar year 2011 for OEM, and 2027 for 15-year service requirement and an execution date of November 1, 2002 | $0.00 |
| MOTOROLA | GREG GOESTENKORS | 37101 CORPORATE DR | | FARMINGTON HILLS | MI | 48331 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Motorola AIEG, with a term of 2003 - 2009 for OEM production and calendar years 2010 - 2024 for 15-year service requirement and an execution date of March 21, 2001 | $0.00 |
| NATIONAL PLASTICS EFT ACQUISITION COMPANY LLC | NYX FORT WAYNE LLC | 5727 INDUSTRIAL RD | | FORT WAYNE | IN | 46825-5127 | | Purchase Order Number SAG90I4732 | $0.00 |
| NMB TECHNOLOGIES | KAORU FUJI FUJINAKA | 9730 INDEPENDENCE AVE | | CHATSWORTH | CA | 91311 | | Long Term Contract between Delphi Automotive Systems LLC and NMB Technologies Corporation, with a term of calendar years 2002 - 2009 for production requirements, and extending 15 years after the last year of production for service requirements | $0.00 |
| NSS | MR. OLIVER | 9075 GENERAL DRIVE | | PLYMOUTH | MI | 48170 | | Surcharge Implementation, acknowledged and agreed on 1/12/2005 | $0.00 |
| NYX FORT WAYNE LLC | TRENT HOLMAN | 5727 INDUSTRIAL RD | | FORT WAYNE | IN | 46825 | | Purchase Order Number SAG90I4732 | $0.00 |
| OLYMPIC COATERS | EDWARD ASTRAUSKAS | 354 HUMBERLINE DR | | ETOBICOKE | ON | M9W 5S3 | CA | Purchase Order Number SAG90I5272 | $0.00 |
| OLYMPIC COATERS | EDWARD ASTRAUSKAS | 354 HUMBERLINE DR | | ETOBICOKE | ON | M9W 5S3 | CA | Purchase Order Number SAG90I5318 | $0.00 |
| OLYMPIC COATERS | OLYMPIC COATERS INC | 354 HUMERLINE DR | | TORONTO | ON | M9W 5S3 | CA | Purchase Order Number SAG90I5272 | $0.00 |
| OLYMPIC COATERS | OLYMPIC COATERS INC | 354 HUMERLINE DR | | TORONTO | ON | M9W 5S3 | CA | Purchase Order Number SAG90I5318 | $0.00 |
| PARKER SEAL CO | CRAIG KURKECHIAN | 7664 PANASONIC WAY | | SAN DIEGO | CA | 92154 | | Purchase Order Number SAG90I0548 | $0.00 |
| PARKER SEAL CO | PARKER HANNIFIN CORP | 2360 PALUMBO DR | | LEXINGTON | KY | 40509-1048 | | Purchase Order Number SAG90I0548 | $0.00 |
| PENN ALUMINUM % LAWRENCE BOENSCH CO | PENN ALUMINUM INTERNATIONAL INC | 1117 N 2ND ST | | MURPHYSBORO | IL | 62966-2941 | | Purchase Order Number SAG90I2712 | $17,353.75 |
| PENN ALUMINUM % LAWRENCE BOENSCH CO | TRIXI BOENSCH | 5 MECHANIC STREET PO BOX 579 | | OXFORD | MI | 48371 | | Purchase Order Number SAG90I2712 | $17,353.75 |
| PLASTICS SOLUTIONS | ART HORVATH | 701 W CHIPPEWA AVEPO BOX 2378 | | SOUTH BEND | IN | 46680 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Plastic Solutions, with a term of March 11, 2003 - December 31, 2008 | $0.00 |
| POLTRON CORPORATION | VOYTEK FIZYTA | 5123 PEGASUS CT STE E | | FREDERICK | MD | 21704 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Poltron Corporation, with a term of January 9, 2003 - December 31, 2010 | $0.00 |
| PONTIAC COIL INC | PAUL MCINTYRE | 5800 MOODY DR | | CLARKSTON | MI | 48348 | | Purchase Order Number SAG90I1546 | $92,154.91 |
| PONTIAC COIL INC | PONTIAC COIL INC | 5800 MOODY DR | | CLARKSTON | MI | 48348-4768 | | Purchase Order Number SAG90I1546 | $92,154.91 |
| PROCESOS CONTROLADOS SA DE CV | CECILIA BAÑUELOS RIVAS | CERRO DEL TZIRATE 24 LAS AMERI | | QUERETARO | QUA | 76000 | MX | Purchase Order Number SAG90I5319 | $0.00 |
| PROCESOS CONTROLADOS SA DE CV | CECILIA BAÑUELOS RIVAS | CERRO DEL TZIRATE 24 LAS AMERI | | QUERETARO | QUA | 76000 | MX | Purchase Order Number SAG90I5320 | $0.00 |
| PROCESOS CONTROLADOS SA DE CV | PROCESOS CONTROLADOS SA DE CV | CERRO DEL TZIRATE 24 LOS AMERICAS | | QUERETARO | QA | 76121 | MX | Purchase Order Number SAG90I5319 | $0.00 |
| PROCESOS CONTROLADOS SA DE CV | PROCESOS CONTROLADOS SA DE CV | CERRO DEL TZIRATE 24 LOS AMERICAS | | QUERETARO | QA | 76121 | MX | Purchase Order Number SAG90I5320 | $0.00 |
| REME | HELMUT HUBER | AV 5 DE FEBRERO NO 1718 | | QUERETARO QA | | 76130 | MX | Surcharge Implementation, acknowledged and agreed on 1/27/2006 | $0.00 |
| REME SA DE CV | HELMUT HUBER | AV 5 DE FEBRERO NO 1718 | | QUERETARO | QA | 76130 | MX | Purchase Order Number SAG90I4621 | $0.00 |
| REME SA DE CV | REME SA DE CV | AV 5 DE FEBRERO NO 1718 | | QUERETARO | QA | 76130 | MX | Purchase Order Number SAG90I4621 | $0.00 |
| SACHS AUTOMOTIVE OF AMERICA | WANDA SMITH | 15811 CENTENNIAL DR | | NORTHVILLE | MI | 48168 | | Purchase Order Number SAG90I2031 | $0.00 |
| SAGINAW BAY PLASTICS INC | DAVE BURKE | 2768 S HURON RD PO BOX 507 | | KAWKAWLIN | MI | 48631 | | Purchase Order Number SAG90I4997 | $0.00 |
| SAGINAW BAY PLASTICS INC | SAGINAW BAY PLASTICS | PO BOX 507 | | KAWKAWLIN | MI | 48631 | | Purchase Order Number SAG90I4997 | $0.00 |
| SGF % HUPPERT ENGINEERING | DAN MCALINDEN | 41000 WOODWARD AVE STE 340 | | BLOOMFIELD HILLS | MI | 48304 | | Purchase Order Number SAG90I2721 | $9,959.89 |
| SGF % HUPPERT ENGINEERING | SGF OF AMERICA CORPORATION | GRASLITZER STR 14 | | GERMAN | DE | 08264 | DE | Purchase Order Number SAG90I2721 | $9,959.89 |
| SINTERMETAL SA DE CV | DANIEL ALFONSO | ACUDUCTO DEL ALT LERMA NO 6 | | OEOYOACAC | | 52740 | MX | Purchase Order Number SAG90I3329 | $0.00 |
| SINTERMETAL SA DE CV | SINTERMETAL SA DE CV | ACUEDUCTO DEL ALTO LERMA 6 | | OCOYOACAC | EM | 52740 | MX | Purchase Order Number SAG90I3329 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 5

4/3/2008 12:23 PM
Complete - Revised Steering Omitted Contracts merge file

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| SOLECTION CORP. | DANA COIN | PROL AV LOPEZ MATEOS SUR KM6.5 | | TLAJOMULCO DE ZUNIGA JA MEXICO | | 45645 | MX | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw and Solectron Corporation, with a term of January 1, 2005 - December 31, 2012 | $0.00 |
| SOLVAY ADVANCED POLYMERS LLC | GREG DAVIS | 4500 MCGINNIS FERRY RD | | ALPHARETTA | GA | 30202 | | Purchase Order Number SAG90I1563 | $0.00 |
| SUPER AUTO FORGE | KASI NATH | 42400 GRAND RIVER AVE STE 205 | | NOVI | MI | 48375 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Steering Systems Division and Super Auto Forge, with a term of August 1, 2004 - December 31, 2008 | $0.00 |
| TAFIME SA | JUAN JOSÉ NÁRDIZ AMURRIO | POLIGONO INDUSTRIAL REGORDONO | | MOSTOLES | MADRID | 28938 | ES | Purchase Order Number SAG90I3256 | $0.00 |
| TAFIME SA | TALL AUXILIARES DE FUNDICION INYECT | POLIGONO INDUSTRIAL REGORDONO | | MOSTOLES  MADRID | ES | 28936 | ES | Purchase Order Number SAG90I3256 | $0.00 |
| TAWAS POWDER | BRIAN PLAWECKI VICE PRESIDENT | 510 INDUSTRIAL AVE. | | TAWAS | MI | 48764 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw and Tawas Powder Coating Inc., with a term of model year beginning 2005 - calendar year ending 2010 | $0.00 |
| TIMKEN | SHANE MCGUIRE | 28875 CABOT DR STE 100 | | NOVI | MI | 48377 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Division and The Timken Corporation, with a term of January 1, 2004 - December 31, 2008 | $0.00 |
| TIMKEN CORPORATION, THE | SHANE MCGUIRE | 28875 CABOT DR STE 100 | | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| TIMKEN CORPORATION, THE | TIMKEN CORPORATION, THE | 28875 CABOT DR  STE 100 | | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| TPI POWDER METALLURGY INC (EFT) | STEVE YNTEMA | 12030 BEAVER RD | | ST CHARLES | MI | 48655 | | Purchase Order Number SAG90I0663 | $0.00 |
| TRAM INC | LYNN RYDZIK | 47200 PORT ST | | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I1333 | $0.00 |
| TRAM INC | TRAM INC | 47200 PORT STREET | | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I1333 | $0.00 |
| U S MANUFACTURING CORP (EFT) | JEFFREY B. JOHNSON | 28201 VAN DYKE AVE | | WARREN | MI | 48096 | | Purchase Order Number SAG90I1536 | $8,598.20 |
| U S MANUFACTURING CORP (EFT) | US MANUFACTURING CORP | 28201 VAN DYKE | | WARREN | MI | 48093 | | Purchase Order Number SAG90I1536 | $8,598.20 |
| UNIVERSAL BEARINGS | SCOTT COWAN | 431 N BIRKEY DR | | BREMEN | IN | 46506 | | Long Term Contract between Delphi Systems LLC acting through its Saginaw Division and Universal Bearings Inc., with a term of April 16, 2003 - December 31, 2009 | $0.00 |
| WERNER | DAVE BARTLEMAY | 4821 OLD NATIONAL RD EAST | | RICHMOND | IN | 47374 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Steering and Werner Co., with a term of calendar/model year 2004 - 2008 | $0.00 |
| WIESAUPLAST DE MEXICO SA DE CV | ACG TRANSFORMACION DE POLIMEROS SA | AV SANTA FE #15 CARR 57 KM 57 | | SAN JOSE ITURBIDE | GTO | 37980 | MX | Purchase Order Number SAG90I4693 | $918.19 |
| WIESAUPLAST DE MEXICO SA DE CV | ACG TRANSFORMACION DE POLIMEROS SA | GUAYAKIRI 624 NAVE 2 | | QUERETARO | QA | 76118 | MX | Purchase Order Number SAG90I4693 | $918.19 |
| WIESAUPLAST DE MEXICO SA DE CV | ALFREDO CALDERON | GUAYAKIRI NO 624 NAVE 2 | | QUERETARO | QA | 76110 | MX | Purchase Order Number SAG90I4693 | $918.19 |
| WOCO DE MEXICO SA DE CV | MIGUEL OSEGUERA | AVE DE LAS FUENTES 19 | | EL MARQUES | QUERETARO | 76246 | MX | Purchase Order Number SAG90I4797 | $1,925.00 |
| WOCO DE MEXICO SA DE CV | WOCO DE MEXICO SA DE CV | AV DE LAS FUENTES 19 | | EL MARQUES QUERETARO | QA | 76246 | MX | Purchase Order Number SAG90I4797 | $1,925.00 |
| WORTHINGTON | THOMAS FLEMING | 8229 TYLER BLVD. | | MENTOR | OH | 44606-4218 | | Surcharge Implementation,  acknowledged by letter agreement dated 7/24/2000 | $0.00 |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES | JENNIFER DESKINS | CALLE 7 NORTE S/N MANZANA | | TOLUCA | EM | 50200 | MX | Purchase Order Number SAG90I4489 | $312,140.52 |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES | ZF LEMFORDER SISTEMAS AUTMOTRICES | CALLE 7 MZ. J LOTES 2 Y 3 | | TOLUCA | EM | 50200 | MX | Purchase Order Number SAG90I4489 | $312,140.52 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 5

4/3/2008 12:23 PM
Complete - Revised Steering Omitted Contracts merge file

# EXHIBIT B

Delphi Corporation
Special Parties

| Notice Party COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Company | Contact | Address1 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | SOLECTION CORP. | DANA COIN | PROL AV LOPEZ MATEOS SUR KM6.5 | TLAJOMULCO DE ZUNIGA JA MEXICO | | 45645 | MX | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw and Solectron Corporation, with a term of January 1, 2005 - December 31, 2012 | $0.00 |
| Blissfield Manufacturing | Kurt J. Lindower | Hunter & Schank Co. LPA | One Canton Square 1700 Canton Ave. | Toledo | OH | 43604 | BLISSFIELD | MARTIN MILL | 626 DEPOT STREET | BLISSFIELD | MI | 48228 | | Surcharge Implementation, acknowledged and agreed on 8/16/2004 | $0.00 |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | LEAR CORPORATION | TINA BEAUCHAMP | 5500 ENTERPRISE | WARREN | MI | 48092 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Lear Corporation, with a term of calendar year 2001 - 2016 | $0.00 |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggic | 140 East 45th Street | 17th Floor | New York | NY | 10017 | HYDRO ALUMINUM NA | JIM KONITSNEY | 200 RIVERIA BLVD | ST AUGUSTINE | FL | 32085 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Hydro Aluminum NA, with a term of January 1, 2004 - December 31, 2011 | $0.00 |
| Curtin & Heefner, LLP | Daniel P. Mazo Robert Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | NSS | MR. OLIVER | 9075 GENERAL DRIVE | PLYMOUTH | MI | 48170 | | Surcharge Implementation; acknowledged and agreed on 1/12/2005 | $0.00 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | BATESVILLE TOOL & DIE INC | BATESVILLE TOOL & DIE INC | 177 SIX PINE RANCH RD | BATESVILLE | IN | 47006 | | Purchase Order Number SAG90I4918 | $7,774.39 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | BATESVILLE TOOL & DIE INC | TIM LAMBERT | 177 SIX PINE RANCH RD | BATESVILLE | IN | 47006 | | Purchase Order Number SAG90I4918 | $7,774.39 |
| Hydro Aluminum | Patricia A. Borenstein | MILES & STOCKBRIDGE P.C. | 10 Light Street | Baltimore | MD | 21202 | HYDRO ALUMINUM NA | JIM KONITSNEY | 200 RIVERIA BLVD | ST AUGUSTINE | FL | 32085 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Hydro Aluminum NA, with a term of January 1, 2004 - December 31, 2011 | $0.00 |
| Lear Corporation | David J. Nowaczewski Ralph E. McDowell | BODMAN LLP 6th Floor at Ford Field | 1901 St. Antoine Street | Detroit | MI | 48226 | LEAR CORPORATION | TINA BEAUCHAMP | 5500 ENTERPRISE | WARREN | MI | 48092 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Lear Corporation, with a term of calendar year 2001 - 2016 | $0.00 |
| Master Automatic | Robert D. Gordon | Clark Hill PC | 500 Woodward Ave. Suite 3500 | Detroit | MI | 48826-3435 | MASTER AUTOMATIC | JIM WARD | 40485 SCHOOLCRAFT RD | PLYMOUTH | MI | 48170 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Master Automatic, with a term of January 28, 2004 - December 31, 2011 | $0.00 |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | TIMKEN | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Division and The Timken Corporation, with a term of January 1, 2004 - December 31, 2008 | $0.00 |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | TIMKEN CORPORATION, THE | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | TIMKEN CORPORATION, THE | TIMKEN CORPORATION, THE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| McDermott Will & Emery LLP | Peter A. Clark | 227 W. Monroe St. | | Chicago | IL | 60606 | MOTOROLA | GREG GOESTENKORS | 37101 CORPORATE DR | FARMINGTON HILLS | MI | 48331 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Motorola Inc., with a term through calendar year 2011 for OEM, and 2027 for 15-year service requirement and an execution date of November 1, 2002 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 1 of 2
4/3/2008 12:35 PM
Revised Merge File notice parties

Delphi Corporation
Special Parties

| Notice Party COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Company | Contact | Address1 | City | State | Zip | Country | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 W. Monroe St. | | Chicago | IL | 60606 | MOTOROLA | GREG GOESTENKORS | 37101 CORPORATE DR | FARMINGTON HILLS | MI | 48331 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems Division and Motorola AIEG, with a term of 2003 - 2009 for OEM production and calendar years 2010 - 2024 for 15-year service requirement and an execution date of March 21, 2001 | $0.00 |
| Miles & Stockbridge, P.C. | Kerry Hopkins Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | HYDRO ALUMINUM NA | JIM KONITSNEY | 200 RIVERIA BLVD | ST AUGUSTINE | FL | 32085 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and Hydro Aluminum NA, with a term of January 1, 2004 - December 31, 2011 | $0.00 |
| NMB Technologies | Duane Kumagai | Rutter Hobbs & Davidoff Inc. | 1901 Avenue of the Stars Suite 1700 | Los Angeles | CA | 90067-6018 | NMB TECHNOLOGIES | KAORU FUJI FUJINAKA | 9730 INDEPENDENCE AVE | CHATSWORTH | CA | 91311 | | Long Term Contract between Delphi Automotive Systems LLC and NMB Technologies Corporation, with a term of calendar years 2002 - 2009 for production requirements, and extending 15 years after the last year of production for service requirements | $0.00 |
| SKF USA Inc. | Linda J. Casey | Pepper Hamilton LLP | 3000 Two Logan Square 18th and Arch Street | Philadelphia | PA | 19103-2799 | CHICAGO RAWHIDE-SKF USA INC | PATRICK WILCOX | 46815 PORT ST | PLYMOUTH | MI | 48170 | | Purchase Order Number SAG90I4642 | $447.91 |
| SKF USA Inc. | Linda J. Casey | Pepper Hamilton LLP | 3000 Two Logan Square 18th and Arch Street | Philadelphia | PA | 19103-2799 | CHICAGO RAWHIDE-SKF USA INC | SKF USA INC | 900 N STATE ST | ELGIN | IL | 60123 | | Purchase Order Number SAG90I4051 | $0.00 |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | TIMKEN | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Division and The Timken Corporation, with a term of January 1, 2004 - December 31, 2008 | $0.00 |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | TIMKEN CORPORATION, THE | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | TIMKEN CORPORATION, THE | TIMKEN CORPORATION, THE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | PENN ALUMINUM % LAWRENCE BOENSCH CO | PENN ALUMINUM INTERNATIONAL INC | 1117 N 2ND ST | MURPHYSBORO | IL | 62966-2941 | | Purchase Order Number SAG90I2712 | $17,353.75 |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | PENN ALUMINUM % LAWRENCE BOENSCH CO | TRIXI BOENSCH | 5 MECHANIC STREET PO BOX 579 | OXFORD | MI | 48371 | | Purchase Order Number SAG90I2712 | $17,353.75 |
| Timken | James Sullivan | 340 Madison Avenue | | New York | NY | 10173-1922 | TIMKEN | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Division and The Timken Corporation, with a term of January 1, 2004 - December 31, 2008 | $0.00 |
| Timken | James Sullivan | 340 Madison Avenue | | New York | NY | 10173-1922 | TIMKEN CORPORATION, THE | SHANE MCGUIRE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| Timken | James Sullivan | 340 Madison Avenue | | New York | NY | 10173-1922 | TIMKEN CORPORATION, THE | TIMKEN CORPORATION, THE | 28875 CABOT DR STE 100 | NOVI | MI | 48377 | | Purchase Order Number SAG90I3747 | $148,215.64 |
| Universal Bearings | Jonathan Flaxer Vincent E. Pellecchia | Golenbock Eiseman Assor Bell & Peskoe LLP | 437 Madison Avenue | New York | NY | 10022 | UNIVERSAL BEARINGS | SCOTT COWAN | 431 N BIRKEY DR | BREMEN | IN | 46506 | | Long Term Contract between Delphi Systems LLC acting through its Saginaw Division and Universal Bearings Inc., with a term of April 16, 2003 - December 31, 2009 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

4/3/2008 12:35 PM
Revised Merge File notice parties