IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
   In re                                   :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                        Debtors.      :   (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

     I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On April 3, 2008, I caused to be served the document listed below via overnight delivery upon (i) the parties listed on Exhibit A hereto and (ii) the parties listed on Exhibit B hereto:

     Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business and customized exhibit (Docket No. 13320)

Dated: April 8, 2008

                                                                  /s/ Elizabeth Adam
                                                                  Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of April, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ L. Maree Sanders

Commission Expires:   10/1/09

# EXHIBIT A

Delphi Corporation
Special Parties

| Company Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|
| ABC PLASTIC MOLDINGS | AMILCAR HERRERA ACCOUNT MANAGER | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract between Delphi Corporation acting through its Saginaw Division and ABC Plastic Moulding, with a term of April 1, 2005 - December 31, 2009 | $0.00 |
| ABC PLASTIC MOLDINGS | AMILCAR HERRERA ACCOUNT MANAGER | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and ABC Plastic Moulding, with a term of July 15, 2002 - December 31, 2008 | $0.00 |
| ABC PLASTIC MOLDINGS | AMILCAR HERRERA ACCOUNT MANAGER | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract between Delphi Corporation acting through its Delphi Saginaw Division and ABC Plastic Moulding, with a term of March 12, 2003 - December 31, 2009 | $0.00 |
| ABC PLASTIC MOLDINGS | AMILCAR HERRERA | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract covering part number 26118515 between ABC Plastic Moulding and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |
| BAILEY MANUFACTURING | JOHN HINES | 10979 BENNETT STATE RD PO 356 | | FORESTVILLE | NY | 14062 | | Surcharge agreements covering part numbers 26114911 and 26106041 | $0.00 |
| BAILEY MANUFACTURING | JOHN HINES | 10979 BENNETT STATE RD PO 356 | | FORESTVILLE | NY | 14062 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Bailey Manufacturing Company LLC, with a term of January 1, 2004 - December 31, 2010 | $0.00 |
| BAILEY MANUFACTURING | JOHN HINES | 10979 BENNETT STATE RD PO 356 | | FORESTVILLE | NY | 14062 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Bailey Manufacturing Company LLC, with a term of March 1, 2005 - December 31, 2010 | $0.00 |
| BAILEY MANUFACTURING | JOHN HINES | 10979 BENNETT STATE RD PO 356 | | FORESTVILLE | NY | 14062 | | Long Term Contract covering part number 26106041 between Bailey Manufacturing Company LLC and Delphi LLC acting through its Delphi Saginaw Steering Systems dated August 19, 2003; Term 1/1/06 - 12/31/12 | $0.00 |
| GAGNIER, RKM INC. | GARY STREETMAN | 209 DOUGLAS PO BOX 92 | | MONTROSE | MI | 48457 | | Long Term Contract between Gagnier/RKM Inc. and Delphi Automotive Systems LLC acting through its Saginaw Steering Systems dated August 23, 2005; Term 1/1/06 thru 12/31/08 | $0.00 |
| Grupo ABC de Mexico | AMILCAR HERRERA | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract covering part number 26119489 between Grupo ABC de Mexico and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |
| Grupo ABC de Mexico | AMILCAR HERRERA | 24133 NORTHWESTERN HWY. | | SOUTHFIELD | MI | 48075 | | Long Term Contract covering part number 26117536 between Grupo ABC de Mexico and Delphi Systems LLC acting through its Delphi Saginaw Division dated October 12, 2004; Term 9/06 - 9/10 | $0.00 |
| HITCHINER MFG. | KENNETH E. SIEMS | ELM ST PO BOX 2001 | | MILFORD | NH | 03055 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of January 1, 2005 - December 31, 2008 | $0.00 |
| HITCHINER MFG. | KENNETH E. SIEMS | ELM ST PO BOX 2001 | | MILFORD | NH | 03055 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of January 1, 2005 - December 31, 2010 | $0.00 |
| HITCHINER MFG. | KENNETH E. SIEMS | ELM ST PO BOX 2001 | | MILFORD | NH | 03055 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Delphi Saginaw Division and Hitchiner Mfg., with a term of August 1, 2005 - December 31, 2011 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

4/7/2008 3:44 PM
Final Omitted Contracts Merge File 080403

Delphi Corporation
Special Parties

| Company Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|
| HITCHINER MFG. | KENNETH E. SIEMS | ELM ST PO BOX 2001 | | MILFORD | NH | 03055 | | Long Term Contract covering part number 26117180 between Hitchiner Mfg. and Delphi Automotive Systems LLC acting through its Delphi Saginaw Division dated October 5, 2004; Term 4/1/06 - 3/31/09 | $0.00 |
| INA USA CORP. | JIM CLOW | 1750 E BIG BEAVER RD | | TROY | MI | 48083 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and INA USA Corporation, with a term of February 17, 2003 - December 31, 2009 | $0.00 |
| JMS PLASTICS | CHRIS KOVATH | 52275 STATE RD 933 N PO BX 927 | | SOUTH BEND | IN | 46624 | | Long Term Contract covering part number 26117743 between JMS Plastics and Delphi Automotive Systems LLC acting through its Steering Division dated October 11, 2004; Term 4/1/06 - Model Year 2014 | $0.00 |
| KENDALE INDUSTRIES, INC. | LARRY MCLAUGHLIN | 7600 HUB PARKWAY | | VALLEY VIEW | OH | 44125 | | Long Term Contract covering part number 7800580 between Kendale Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems dated March 12, 2003; Term 1/1/06 - 12/31/10 | $0.00 |
| LAKESIDE PLASTICS LTD. | JOE LUCKINO | 3786 N TALBOT PLT 1 | | WINDSOR | ON | N0R 1L0 | CA | Long Term Contract covering part number 26122450 between Lakeside Plastics Ltd. and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 3, 2005; Term Model Year Beginning 2007 - 12/31/10 | $0.00 |
| LAKESIDE PLASTICS LTD. | JOE LUCKINO | 3786 N TALBOT PLT 1 | | WINDSOR | ON | N0R 1L0 | CA | Long Term Contract covering part number 26123828 between Lakeside Plastics and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 9, 2005; Term Model Year Beginning 2008 - 12/31/12 | $0.00 |
| MADISON-KIPP | JERRY LAWICKI | PO BOX 8043 | | MADISON | WI | 53708 | | Long Term Contract between Madison-Kipp Corp. and Delphi Automotive Systems LLC acting through its Saginaw Division dated February 10, 2005; Term 7/1/04 - 6/30/08 | $0.00 |
| MEANS | TODD CARLSON | 3715 E. WASHINGTON RD. | | SAGINAW | MI | 48601 | | Surcharge Implementation, acknowledged and agreed on 12/17/2004 | $0.00 |
| MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | | SAGINAW | MI | 48601 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Means Industries, with a term of January 1, 2005 - December 31, 2012 | $0.00 |
| MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | | SAGINAW | MI | 48601 | | Long Term Contract covering part numbers 26117181 and 26117676 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/12 | $0.00 |
| MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | | SAGINAW | MI | 48601 | | Long Term Contract covering part number 26114392 and 26114394 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated August 16, 2004; Term 6/1/06 - 12/31/12 | $0.00 |
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract between Delphi Systems LLC acting through its Delphi Saginaw Division and National Molding, with a term of model year 2005 - calendar year 2009 | $0.00 |
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract covering part number 26119373 between National Molding Corporation and Delphi Systems LLC acting through its Delphi Saginaw Division dated September 7, 2005; Term 1/1/06 - 12/31/11 | $0.00 |
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract covering part number 26122374 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

4/7/2008 3:44 PM
Final Omitted Contracts Merge File 080403

Delphi Corporation
Special Parties

| Company Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract covering part number 26122375 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract covering part number 26118737 between National Molding Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |
| NATIONAL MOLDING | VINCE HOSKO | 5 DUBON CT | | FARMINGDALE | NY | 11735 | | Long Term Contract covering part number 26118739 between National Molding, Security Plastics Division and Delphi Systems LLC acting through its Delphi Saginaw Division dated August 22, 2005; Term 1/1/06 - 12/31/11 | $0.00 |
| NN INC. | TOM BROWN | 800 TENNESSE RD | | ERWIN | TN | 37650 | | Long Term Contract between NN Incorporated and Delphi Corporation LLC acting through its Delphi Saginaw Division dated January 5, 2004; Term 1/1/04 - 12/31/08 | $0.00 |
| NSK ISKRA Avtoelektrika | CAROL METTLER | 4200 GOSS RD PO BOX 134007 | | ANN ARBOR | MI | 48105 | | Long Term Contract between Iskra Avtoelektrika and Delphi Automotive Systems LLC acting through its Saginaw Steering dated April 2004; Term 1/1/06 - 12/31/12 | $0.00 |
| PRIDGEON & CLAY | AL BOLT | 50 COTTAGE GROVE SW | | GRAND RAPIDS | MI | 49507 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |
| PRIDGEON & CLAY | AL BOLT | 50 COTTAGE GROVE SW | | GRAND RAPIDS | MI | 49507 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |
| Pridgeon & Clay | AL BOLT | 50 COTTAGE GROVE SW | | GRAND RAPIDS | MI | 49507 | | Long Term Contract covering part number 26117193 between Pridgeon and Clay and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/11 | $0.00 |
| S&Z TOOL & DIE CO. | RICHARD LEMPNER | 3180 BEREO RD. | | CLEVELAND | OH | 44111 | | Long Term Contract covering part numbers 26105188 and 26105189 between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and S&Z Tool & Die with a term of May 1, 2003 - December 31, 2011 | $6,009.23 |
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2002 - 2024, which includes OEM production and 15-year service requirement | $0.00 |
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2005 - 2026, which includes OEM production and 15-year service requirement | $0.00 |
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Additional Purchase Order Provisions Long Term Contract between Delphi Saginaw Steering Systems and Taigene Electric Machinery Company, with a term of calendar years 2002 - 2024, which includes OEM production and 15-year service requirement | $0.00 |
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Long Term Contract covering part number 26119993 between Taigene Electric Machinery and Delphi Automotive Systems LLC acting through its Saginaw Steering Division dated April 2005; Term 1/1/06 - 12/31/12 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

4/7/2008 3:44 PM
Final Omitted Contracts Merge File 080403

Delphi Corporation
Special Parties

| Company Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Addendum to Additional Purchase Order Provisions Long Term Contract between Taigene Electric Machinery Company and Delphi Saginaw Steering Systems dated May 12, 2004 | $0.00 |
| TAIGENE | M. NEIHAUS | 6001 N ADAMS RD STE 125 | | BLOOMFIELD HILLS | MI | 48304 | | Addendum to Additional Purchase Order Provisions Long Term Contract between Taigene Electric Machinery Company and Delphi Saginaw Steering Systems dated December 1, 2005 | $0.00 |
| TEXTRON | BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES | 840 W. LONG LAKE RD. | SUITE 450 | TROY | MI | 48098 | | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Steering Systems and TEXTRON Fastening Systems, Precision Stamping Division, with a term of January 15, 2004 - December 31, 2008 | $0.00 |
| TEXTRON | BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES | 840 W. LONG LAKE RD. | SUITE 450 | TROY | MI | 48098 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Textron - PSD Operations with a term of January 1, 2004 - December 31, 2009 | $0.00 |
| TEXTRON | BRIAN JENNINGS DIRECTOR OF AUTOMOTIVE SALES | 840 W. LONG LAKE RD. | SUITE 450 | TROY | MI | 48098 | | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Textron - PSD Operations, with a term of January 1, 2005 - December 31, 2009 | $0.00 |
| UNIVERSAL SCIENTIFIC IND. CO | LOUIS SHIH | 141 LANE | 351 TAIPING RD., SEC | TSAO TUEN, NANTAU | | | TAIWAN | Long Term Contract between Delphi Corporation and Universal Scientific Industrial Co., Ltd. with a term of calendar year 2002-2009 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

4/7/2008 3:44 PM
Final Omitted Contracts Merge File 080403

# EXHIBIT B

Delphi Corporation
Special Parties

| NOTICE PARTY COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Company Name | Contact | Address 1 | City | State | Zip | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hahn Loeser + Parks LLP | Michael Shuster Rocco I. Debitetto | Counsel to S&Z Tool and Die | 200 Public Square Suite 3300 | Cleveland | OH | 44114-2301 | S&Z TOOL & DIE CO. | RICHARD LEMPNER | 3180 BEREO RD. | CLEVELAND | OH | 44111 | Long Term Contract covering part numbers 26105188 and 26105189 between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and S&Z Tool & Die with a term of May 1, 2003 - December 31, 2011 | $6,009.23 |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | Counsel to Pridgeon & Clay, Inc. | 250 Monroe Avenue, NW Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | Pridgeon & Clay | AL BOLT | 50 COTTAGE GROVE SW | GRAND RAPIDS | MI | 49507 | Long Term Contract covering part number 26117193 between Pridgeon and Clay and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/11 | $0.00 |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | Counsel to Pridgeon & Clay, Inc. | 250 Monroe Avenue, NW Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | PRIDGEON & CLAY | AL BOLT | 50 COTTAGE GROVE SW | GRAND RAPIDS | MI | 49507 | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | Counsel to Pridgeon & Clay, Inc. | 250 Monroe Avenue, NW Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | PRIDGEON & CLAY | AL BOLT | 50 COTTAGE GROVE SW | GRAND RAPIDS | MI | 49507 | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Pridgeon and Clay, with a term of January 1, 2005 - December 31, 2011 | $0.00 |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | Counsel to Means Industries | 7500 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part numbers 26117181 and 26117676 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | Counsel to Means Industries | 7500 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part number 26114392 and 26114394 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated August 16, 2004; Term 6/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | Counsel to Means Industries | 7500 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Means Industries, with a term of January 1, 2005 - December 31, 2012 | $0.00 |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | Counsel to Means Industries | 7500 Sears Tower | Chicago | IL | 60606 | MEANS | TODD CARLSON | 3715 E. WASHINGTON RD. | SAGINAW | MI | 48601 | Surcharge Implementation, acknowledged and agreed on 12/17/2004 | $0.00 |
| Schiff Hardin LLP | William I. Kohn | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60066 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part numbers 26117181 and 26117676 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | William I. Kohn | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60066 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part number 26114392 and 26114394 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated August 16, 2004; Term 6/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | William I. Kohn | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60066 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Means Industries, with a term of January 1, 2005 - December 31, 2012 | $0.00 |

Delphi Corporation
Special Parties

| NOTICE PARTY COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Company Name | Contact | Address 1 | City | State | Zip | Contract to be Assumed and Assigned | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiff Hardin LLP | William I. Kohn | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60066 | MEANS | TODD CARLSON | 3715 E. WASHINGTON RD. | SAGINAW | MI | 48601 | Surcharge Implementation, acknowledged and agreed on 12/17/2004 | $0.00 |
| Schiff Hardin LLP | Zhiyuan Xu Eugene J. Geekie, Jr. Jonath | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part numbers 26117181 and 26117676 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated October 11, 2004; Term 1/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | Zhiyuan Xu Eugene J. Geekie, Jr. Jonath | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract covering part number 26114392 and 26114394 between Means Industries and Delphi LLC acting through its Delphi Saginaw Steering Systems Division dated August 16, 2004; Term 6/1/06 - 12/31/12 | $0.00 |
| Schiff Hardin LLP | Zhiyuan Xu Eugene J. Geekie, Jr. Jonath | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60606 | MEANS INDUSTRIES | PAMELA GREVE | 3715 E WASHINGTON AVE | SAGINAW | MI | 48601 | Long Term Contract between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and Means Industries, with a term of January 1, 2005 - December 31, 2012 | $0.00 |
| Schiff Hardin LLP | Zhiyuan Xu Eugene J. Geekie, Jr. Jonath | Counsel to Means Industries | 6600 Sears Tower | Chicago | IL | 60606 | MEANS | TODD CARLSON | 3715 E. WASHINGTON RD. | SAGINAW | MI | 48601 | Surcharge Implementation, acknowledged and agreed on 12/17/2004 | $0.00 |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | Counsel to INA USA, Inc. | 1221 Avenue of the Americas 24th Floor | New York | NY | 10020 | INA USA CORP. | JIM CLOW | 1750 E BIG BEAVER RD | TROY | MI | 48083 | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and INA USA Corporation, with a term of February 17, 2003 - December 31, 2009 | $0.00 |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | Counsel to INA USA, Inc. | 8000 Sears Tower 233 South Wacker Drive | Chicago | IL | 60606 | INA USA CORP. | JIM CLOW | 1750 E BIG BEAVER RD | TROY | MI | 48083 | Long Term Contract between Delphi Automotive Systems LLC acting through its Saginaw Division and INA USA Corporation, with a term of February 17, 2003 - December 31, 2009 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

4/7/2008 3:48 PM
Notice Parties - Omitted Contracts Merge File 080403