IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
         In re                        :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,           :        Case No. 05-44481 (RDD)
                                                          :
                        Debtors.      :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On April 4, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Appellees' Designation Of Additional Items To Be Included In Record Of Appeal (Docket No. 13321)

Dated: April 8, 2008

_____/s/ Elizabeth Adam_____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of April, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____/s/ L. Maree Sanders_____

Commission Expires:_____10/1/09_____

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| McCarter & English, LLP | Eduardo Glas | 245 Park Avenue, 27th Floor | | New York | NY | 10167 |
| McCarter & English, LLP | Katharine L. Mayer | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/7/2008 11:06 AM
Automodular SP