# EXHIBIT A

# CR CHICAGO RAWHIDE
an SKF Company

*World's Leading Producer Of Oil Seals*

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI     48601-9494 | SHIP TO: DELPHI SAGINAW  CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK   SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX     78217<br>USA |

Please Refer To Invoice Number On All Inquiries

| | | | | |
|---|---|---|---|---|
| K20K  5     220478 | | | | |
| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| 7/22/05 | COLLECT | UPSS | 2ND DAY 2ND MO | 02621520 | 9/27/05 | 1560408 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| AG9014642 | 220478 | 400 | I3 | 00/00/00 | 09/27/05 | UPS2425469 | 1 | 8 | P | 9/27/05 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1000 | 454070-75 | 26093071<br>CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RING INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UP]   MUST ATTACH PS# TEMPLATE TO EACH PLT]<br>SHIPPER NUMBER: 02425469 | | 1000 | .1600 | 160.00 |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**    160.00 USD

**CHICAGO RAWHIDE**
A SKF Company
World's Leading Producer Of Oil Seals

Mail Checks Payable To:
CHICAGO RAWHIDE
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| | | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI  48601-9494 | SHIP TO | DELPHI SAGINAW   CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK    SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX     78217<br>USA |

Please Refer To Invoice Number On All Inquiries

| | | | | | | |
|---|---|---|---|---|---|---|
| K24I 5 | | 220478 | | | | |
| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
| 9/22/05 | COLLECT | CTII | 2ND DAY 2ND MO | 02621514 | 9/27/05 | 1560448 |
| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
| G9014642 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 768537 | 1 | 115 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3200 | 544849-39 | 26092173<br>CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT]<br>SHIPPER NUMBER: 02425463 | | 3200 | .7600 | 2,432.00 |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 2,432.00 USD**

**CHICAGO RAWHIDE**
SKF Company

*'d's Leading Producer Of Oil Seals*

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

ORIGINAL

| | | |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI     48601-9494 | SHIP TO | DELPHI SAGINAW     CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK     SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX     78217<br>USA |

K24I  5           220478

Please Refer To Invoice Number On All Inquiries

| F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|
| /22/05 COLLECT | CTII | 2ND DAY 2ND MO | 02621548 | 9/27/05 | 1560450 |

| omer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9014642 | 220478 | 800 | I3 | 00/00/00 | 09/27/05 | 78537 | 1 | 74 | P | 9/27/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 000 | 544594-39 | 26091531 | | 2000 | .7100 | 1,420.00 |
| | | CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES | | | | |
| | | SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO | | | | |
| | | FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN | | | | |
| | | OF PICK-UP] MUST ATTACH PS# TEMPLATE TO EACH PLT] | | | | |
| | | SHIPPER NUMBER: 02425501 | | | | |

Merchandise May Be Returned Without Our Written Approval. Any Discrepancies
ist Be Reported Within 30 Days.
ds Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶ 1,420.00**
USD

**CHICAGO RAWHIDE**
SKF Company
d's Leading Producer Of Oil Seals

Mail Checks Payable To:
**CHICAGO RAWHIDE**
P.O. BOX 96605
CHICAGO, IL 60693-6605

Telephone: (847) 742-7840
Telex: 72-2412
FAX: (847) 742-7845

| SOLD TO | SHIP TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND ROAD<br>SAGINAW MI 48601-9494 | DELPHI SAGINAW CISCO: 44391<br>% RYDER SAN ANTONIO DDC -<br>DIVISIONS DOCK SAP#: K965/K<br>9440 BALL STREET<br>SAN ANTONIO TX 78217<br>USA |

Please Refer To Invoice Number On All Inquiries

| | | | | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| K23D 5 | 220478 | | | 02621521 | 10/04/05 | 1561738 |
| | F.O.B. | Via | Terms | | | |
| /22/05 | COLLECT | UPSS | 2ND DAY 2ND MO | | | |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| 9014642 | 220478 | 400 | I3 | 00/00/00 | 10/04/05 | UPS2425470 | 2 | 15 | P | 10/04/05 |

| ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2000 | 454070-75 | 26093071<br>CAJA DE DIRECCION HIDRAULICA Y/O SUS PARTES<br>SEE RTNG INSTR FOR DESTINATION/FREIGHT LABEL INFO<br>FAX B/L&PKG SLIP TO RYDER@956.693.3378 W/IN 30 MIN<br>OF PICK-UPJ MUST ATTACH PS# TEMPLATE TO EACH PLTJ<br>SHIPPER NUMBER: 02425470 | | 2000 | .1600 | 320.00 |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 320.00 USD