PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2008, copies of SKF USA Inc.'s Objection To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Steering And Halfshaft Business were caused to be served via overnight courier on the entities on the attached service list.

Respectfully submitted,

/s/ Linda J. Casey
Linda J. Casey (LC 1891)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

#9445958 v1

-and-

Henry J. Jaffe
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
Counsel for SKF USA Inc.

Dated: April 9, 2008

#9445958 v1

-2-

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Deputy General Counsel, Transactional &
Restructuring
5725 Delphi Drive
Troy, MI 48098

John K. Lyons, Esquire
Ron E. Meisler, Esquire
Brian M. Fern, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Richard L. Wynne, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004

#1827044 v3 (48754.101)