SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
                                           :
      In re                               :        Chapter 11
                                             :
DELPHI CORPORATION, et al.,      :        Case No. 05–44481 (RDD)
                                             :
                       Debtors.    :        (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 1768
(BALL SYSTEMS, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Electronic Overseas Corporation ("DEOC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Ball Systems, Inc. ("Ball Systems") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1768 (Ball Systems, Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on February 3, 2006, Ball Systems filed proof of claim number 1768 against DEOC, which asserts an unsecured non-priority claim in the amount of $9,060.00 (the "Claim") stemming from the sale of goods.

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (c) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 13, 2007, Ball Systems filed its Notice Of Objection To Ninth Omnibus Objection To Claim (Docket No. 7318) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DEOC acknowledges and agrees that the Claim shall be allowed against DEOC in the amount of $4,775.16.

WHEREAS, Ball Systems acknowledges that it has been given the opportunity to consult with counsel before executing this Joint Stipulation and is executing such Joint

Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Joint Stipulation.

WHEREAS, DEOC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Ball Systems stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $4,775.16 and shall be treated as an allowed general unsecured non-priority claim against the estate of DEOC.

2. Ball Systems shall withdraw its Response to the Ninth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>10th</u> day of April, 2008

    /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Tom Houck |
| John Wm. Butler, Jr. | Tom Houck |
| John K. Lyons | Probe-TEC (a division of Accurate Transformers, LLC) |
| Ron E. Meisler | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 2139 Klondike Road |
| | West Lafayette, Indiana 47906 |
| 333 West Wacker Drive, Suite 2100 | (765) 252-0257 |
| Chicago, Illinois  60606-1285 | |
| (312) 407-0700 | Ball Systems, Inc. |

   - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4