SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: :
: :
    In re                                :         Chapter 11
: :
DELPHI CORPORATION, et al.,      :         Case No. 05–44481 (RDD)
: :
                    Debtors.    :         (Jointly Administered)
: :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 179
(ENERGY ENGINEERING & CONSULTING SERVICES, LLC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Energy Engineering & Consulting Services, LLC ("EECS") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 179 (Energy Engineering & Consulting Services, LLC) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on October 28, 2005, EECS filed proof of claim number 179 against Delphi, which asserts an unsecured non-priority claim in the amount of $4,480.00 (the "Claim") stemming from services performed.

WHEREAS, on December 8, 2006, the Debtors objected to the Claim pursuant to the Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100) (the "Fifth Omnibus Claims Objection").

WHEREAS, on January 3, 2007, EECS filed its Response To The Fifth Omnibus Claims Objection (Docket No. 6443) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $4,480.00.

WHEREAS, EECS acknowledges that it has been given the opportunity to consult

with counsel before executing this Joint Stipulation and is executing this Joint Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Joint Stipulation.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and EECS stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $4,480.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. EECS shall withdraw its Response to the Fifth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 10th day of April, 2008

    /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Dennis R. Zappone |
| John Wm. Butler, Jr. | Dennis R. Zappone |
| John K. Lyons | ENERGY ENGINEERING & CONSULTING |
| Ron E. Meisler | SERVICES, LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 2137 South 800 West |
| | Swayzee, Indiana 46986 |
| 333 West Wacker Drive, Suite 2100 | (765) 922-7286 |
| Chicago, Illinois 60606-1285 | |
| (312) 407-0700 | Energy Engineering & Consulting Services, LLC |

       - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession