DYKEMA GOSSETT PLLC                      Hearing Date and Time:  April 30, 2008 at 10AM
Brendan G. Best (MI P66370)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  (248) 840-0523
Facsimile:  (248) 850-0763

*Counsel for Federal Screw Works*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION**, *et. al.*, | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

**FEDERAL SCREW WORKS' OBJECTION TO NOTICE OF ASSUMPTION
AND ASSIGNMENT AND CURE AMOUNT OF EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH
SALE OF STEERING AND HALFSHAFT BUSINESS**

Federal Screw Works ("FSW"), by and through its counsel, Dykema Gossett PLLC, hereby objects to the Notice of Assumption and Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale of Steering And Halfshaft Business (the "Notice") and in support hereof states as follows:

1.       Pursuant to 11 U.S.C. § 365(b)(1)(A), "[i]f there has been a default in the executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee...cures, or provides adequate assurance that the trustee will promptly cure, such default..."

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

2.    The Notice states that the cure amount is zero.  However, the proper cure amount, as of the date of this response, is $52,603.56, pursuant to purchase orders S2S52096 and SAG9F15967 (the "Cure Amount").  Attached hereto as Exhibit A are copies of the invoices.

WHEREFORE, FSW respectfully requests that this Court deny the cure amount listed on the Notice , require that the proper cure amount of $52,603.56 be paid, and grant FSW such other relief as the Court deems just and proper.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By:/s/ Brendan G. Best
     Brendan G. Best (MI P66370)
     Attorneys for Federal Screw Works
     Suite 300, 39577 Woodward Avenue
     Bloomfield Hills, Michigan 48304
     (248) 203-0523

Dated:  April 10, 2008

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

# EXHIBIT A

INVOICE

# Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1776
586-443-4200   DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88801
P.O. BOX 67000
DETROIT, MI 48267-0888

PAYABLE IN U.S. FUNDS

SHIP TO

BILL TO
Delphi
3900 Holland Road
Saginaw, MI 48601

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | March 2005 Steel Price Increase Per Attached | | | | | $6390.00 |

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | TERMS | DUNS NO. | SHIPPED VIA | FOB | BL NO. |
|---|---|---|---|---|---|---|---|---|
| 5550072 | | 3/31/05 | | | | | | 3/01-3/31/05 |

SALES REPRESENTATIVE

SHIPPER NO. 5550072

DATE SHIPPED 3/01-3/31/05

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Handwritten:
- 6170000
- 140401-5   3588141
- 140401-2   1696 35
- 140401-44  $155.65
- 200 6 8000
- 800.
- 2001
- 5100
- 5207 5700

# Federal Screw Works

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200    DUNS 00531-7161

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

| SHIP TO | | | | |
|---|---|---|---|---|
| 6170000 | | | | |
| BILL TO | DELPHI SAGINAW STEERING | | | |
| | DIVISIONAL HDQRTRS. | | | |
| | 3900 HOLLAND RD. | | | |
| | SAGINAW, MI 48601 | | | |

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER |
|---|---|---|---|
| 5689431 | 1 | 5-20-05 | 5-20-05 |

| P.O. NUMBER | DUNS NO. | TERMS |
|---|---|---|
| MISCELLANEOUS | 06-010-4496 | |
| 140401 | | |

| FOB | BILL NO. | SHIPPER NO. |
|---|---|---|
| BIG RAPIDS | 00568943 | |
| 50045 | | DATE SHIPPED 5-20-05 |

| SSC | LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | DESCRIPTION | QTY. ORDERED | SHIPPED VIA | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C1 C2 C3 | 1 | AR-MISC-5 | | MISCELLANEOUS 1 THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MARCH 2005. | | BEST WAY | 1 | EA | 3538.4100 | 3538.41 |
| | | | | | | | | SUB-TOTAL | | 3538.41 |
| | | | | | | | | TOTAL | | 3538.41 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY

**Federal Screw Works**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1776
586-443-4200   DUNS 00-531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88801
P.O. BOX 67000
DETROIT, MI 48267-0868

**INVOICE**

| INVOICE NO. | PG. |
|---|---|
| 487946 | 1 |

| SHIP TO | BILL TO |
|---|---|
| | DELPHI SAGINAW STEERING |
| | DIVISIONAL HDQRTRS. |
| 6170000 | 3900 HOLLAND RD. |
| | SAGINAW, MI 48601 |

| INVOICE DATE | DATE OF ORDER | DUNS NO. | TERMS |
|---|---|---|---|
| 5-20-05 | 5-20-05 | 04-497-0754 | |

| FOB | BIL NO. | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|
| ROMULUS | | 5-20-05 | 0048794-6 |

| LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | SHIPPED VIA | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | SSC | AR-MISC. 140401 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MARCH 2005. | 1 | BEST WAY | 1 | EA | 1155.6500 | 1155.65 |
| | | | | SUB-TOTAL | | | | | | 1155.65 |
| | | | | TOTAL | | | | | | 1155.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



**Federal Screw Works**

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7161

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

SHIP TO
BILL TO
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | TERMS | | FOB | SHIPPER NO. |
|---|---|---|---|---|---|---|---|
| 272784 | 1 | 5-20-05 | 5-20-05 | | | CHELSEA | 00272784 |

SALES REPRESENTATIVE: SSC
DUNS NO.: 00-531-7169
BILL NO.: 272793
DATE SHIPPED: 5-20-05

| LINE ITEM | PART NUMBER | P.O. NUMBER | QTY. ORDERED | DESCRIPTION | QTY. SHIPPED | SHIPPED VIA | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-2 | MISCELLANEOUS | 1 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MARCH 2005. 14.0401 | 1 | BEST WAY | EA | 1696.3500 | 1696.35 |
| | | | | SUB-TOTAL | | | | | 1696.35 |
| | | | | TOTAL | | | | | 1696.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY

# Federal Screw Works

## INVOICE

20220 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
810-443-4200   DUNS 00-631-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88901
P.O. BOX 67000
DETROIT, MI 48267-0888

| | |
|---|---|
| **SHIP TO** | N/A |
| **BILL TO** | Delphi<br>3900 Holland Road<br>Saginaw, MI 48601 |

6 70000

| INVOICE NO. | PG | INVOICE DATE | DATE OF ORDER | TERMS | FOB | BA. NO. |
|---|---|---|---|---|---|---|
| 051105 | 1 | 11-May-05 | | PAYABLE IN US FUNDS | | 051105 |

SALES REPRESENTATIVE: J. Flannery (3000)

DATE SHIPPED: 04/01/05 - 04/30/05
SHIPPER NO.

| LINE ITEM | PART NUMBER | P.O. NUMBER | DUNS NO. | DESCRIPTION | Q'TY ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| April 2005 Steel Price<br>Increase per attached | | 52S52096 | | | | | | | $10,657.00 |
| | | | | **TOTAL** | | | | | $10,657.00 |

140 401-5    8735.35
140 401-2    250.26
140 401-4    1671.39

20047900    7901
42073100    2101
52975000    5001

10 657 00

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**ORIGINAL INVOICE**

Reorder from CERTIFIED BUSINESS PRODUCTS CORPORATION 1-800-969-6699

# Federal Screw Works

## INVOICE

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1776
586-443-4200 DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86601
P.O. BOX 67000
DETROIT, MI 48267-0868

| | |
|---|---|
| SHIP TO | 6170000<br>DELPHI SAGINAW STEERING<br>DIVISIONAL HDQRTRS.<br>3900 HOLLAND RD.<br>SAGINAW, MI 48601 |
| BILL TO | DELPHI SAGINAW STEERING<br>DIVISIONAL HDQRTRS.<br>3900 HOLLAND RD.<br>SAGINAW, MI 48601 |

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER |
|---|---|---|---|
| 0056942 | 1 | 5-20-05 | 5-20-05 |

| SALES REPRESENTATIVE | P.O. NUMBER | DUNS NO. | TERMS |
|---|---|---|---|
| | MISCELLANEOUS | 06-018-4496 | |

| FOB | BIG RAPIDS |
|---|---|
| BILL NO. | 50045 |

| SHIPPER NO. | 0056942 |
|---|---|
| DATE SHIPPED | 5-20-05 |

| LINE ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-5 | MISCELLANEOUS<br>THIS INVOICE ISSUED FOR STEEL<br>MONTH OF APRIL 2005.<br>140401 | 1 | 1 | EA | 8735.3500 | 8735.35 |
| | | SURCHARGES FOR | | | | | |
| | | SUB-TOTAL | | | | | 8735.35 |
| | | TOTAL | | | | | 8735.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND/OR OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

## INVOICE

SHIP TO

BILL TO:
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI   48601

| INVOICE NO. | P.O. | INVOICE DATE | DATE OF ORDER |
|---|---|---|---|
| 48794 1 | 5-20-05 | 5-20-05 | |

| SALES REPRESENTATIVE | DUNS NO. | TERMS |
|---|---|---|
| | 04-497-0754 | |

| | FOB | SHIPPER NO. |
|---|---|---|
| | ROMULUS | 00448794T |

| | BN. NO. | DATE SHIPPED |
|---|---|---|
| | | 5-20-05 |

| LINE ITEM | PART NUMBER | P.O NUMBER | DESCRIPTION | QTY. ORDERED | SHIPPED VIA | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC-1 14-0401 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF APRIL 2005. | 1 | BEST WAY | 1 | EA | 1671.3900 | 1671.39 |
| | | | | | | | | SUB-TOTAL | 1671.39 |
| | | | | | | | | TOTAL | 1671.39 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
FILE COPY



# Federal Screw Works

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200 DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0668

SHIP TO

BILL TO

61700000
DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | DUNS NO. | TERMS | SHIPPED VIA | FOB | BILL NO. | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 272783 | 1 | 5-20-05 | 5-20-05 | 00-531-7169 | | BEST WAY | CHELSEA | 272793 | 5-20-05 | 00272783 |

| LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-2 | | 52552096 140401 | MISCELLANEOUS THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF APRIL 2005. | 1 | 1 | EA | 250.2600 | 250.26 |
| | | | | SUB-TOTAL | | | | | 250.26 |
| | | | | TOTAL | | | | | 250.26 |

SSC
01
02
03
04

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# INVOICE

## Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00-631-7161

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88601
P.O. BOX 67000
DETROIT, MI 48267-0886

PAYABLE IN U.S. FUNDS

SHIPPER NO. 5550077
DATE SHIPPED 5/01-5/31/05

| INVOICE NO. 5550077 | INVOICE DATE 5/31/05 | DATE OF ORDER | P.O. NUMBER | DUNS NO. | | FOB | B/L NO. |

SHIP TO

BILL TO
Delphi
3900 Holland Road
Saginaw, MI 48601

6,176,000

| LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | TERMS | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | May 2005 Steel Price Increase per attached. | | | | | $7871.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Reorder from CURTIS 1000 Adhvess Operations 1-800-888-6822



# INVOICE

**Federal Screw Works**
20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1776
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

SHIP TO:

BILL TO:
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | SALES REPRESENTATIVE | TERMS | DUNS NO. | FOB | BL NO. | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 27286.1 1 | 1 | 6-21-05 | 6-21-05 | | | 00-531-7169 | CHELSEA | 10842 | 6-21-05 | 0272.867 |

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 SSC | AR-MISC-2 | | MISCELLANEOUS | 1 | 1 | EA | 193.2400 | 193.24 |
| | | | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MAY 2005. | | | | | |
| | | 140401 | | | | | | |
| | | | | | | | SUB-TOTAL | 193.24 |
| | | | | | | | TOTAL | 193.24 |

SHIPPED VIA BEST WAY

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



**Federal Screw Works**

INVOICE

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

SHIP TO
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HQDRTRS.
3900 HOLLAND RD.,
SAGINAW,   MI   48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | | | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 480331 | 1 | 6-21-05 | 6-21-05 | | | 00480033 |

| | | | TERMS | | FOB | BAL NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| | | | | | ROMULUS | 480034 | 6-21-05 |

| SALES REPRESENTATIVE | DUNS NO. | | SHIPPED VIA | | | |
|---|---|---|---|---|---|---|
| | 04-497-075+ | | BEST WAY | | | |

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC. | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MAY 2005. | 1 | 1 | EA | 1196.0000 | 1196.00 |
| | | 140401 | | | | | SUB-TOTAL | 1196.00 |
| | | | | | | | TOTAL | 1196.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200    DUNS 00561-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

## INVOICE

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | | | | | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 5697332 1 | | 6-21-05 | 6-21-05 | | | | | 00569732 |

SHIP TO

BILL DELPHI SAGINAW STEERING
TO DIVISIONAL HQQRTRS.
3900 HOLLAND RD.
SAGINAW,   MI   48601

6170000

| SALES REPRESENTATIVE | P.O. NUMBER | DUNS NO. | TERMS |
|---|---|---|---|
| | MISCELLANEOUS 140401 | 06-018-6496 | |

| FOB | | B/L NO. | DATE SHIPPED |
|---|---|---|---|
| BIG RAPIDS | | 50074 | 6-21-05 |

| LINE ITEM | PART NUMBER | QTY. ORDERED | DESCRIPTION | SHIPPED VIA | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 SSC CL CL CS | AR-MISC-5 | 1 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR MONTH OF MAY 2005. | BEST WAY | 1 | EA | 6481.7600 | 6481.76 |
| | | | | | | | SUB-TOTAL | 6481.76 |
| | | | | | | | TOTAL | 6481.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# INVOICE

**Federal Screw Works**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00-631-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86601
P.O. BOX 67000
DETROIT, MI 48267-0866B

PAYABLE IN U.S. FUNDS

SHIP TO

BILL TO
Delphi
3900 Holland Road
Saginaw, MI 48601

617000

| INVOICE NO. 5550080 | PG. | INVOICE DATE 6/30/05 | SALES REPRESENTATIVE | DATE OF ORDER | P.O. NUMBER | TERMS | DUNS NO. |
|---|---|---|---|---|---|---|---|

| SHIPPER NO. 5550080 | FOB | BOL NO. | DATE SHIPPED 6/01-6/30/05 |
|---|---|---|---|

| LINE ITEM | PART NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | June 2005 Steel Price Increase per attached | | | | | | $5129.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Reorder from CERTIFIED Midwest (Graphics) 1-800-555-0882



# Federal Screw Works

**20229 NINE MILE ROAD**
**ST. CLAIR SHORES, MI 48080-1775**
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

**INVOICE**

SHIP TO

BILL TO:
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HQQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER |
|---|---|---|---|
| 5700401 | 1 | 7-14-05 | 7-14-05 |

| SALES REPRESENTATIVE | TERMS | DUNS NO. | SHIPPED VIA | FOB | BL NO. | SHIPPER NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| | | 06-018-4496 | BEST WAY | BIG RAPIDS | 50089 | 0057040 | 7-14-05 |

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-5 | MISCELLANEOUS | 1 | 1 | | EA | 4287.8900 | 4287.89 |
| C1 C2 C3 | | 140401 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR JUNE 2005. | | | | | |
| | | | | | | | SUB-TOTAL | 4287.89 |
| | | | | | | | TOTAL | 4287.89 |

SSC

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88601
P.O. BOX 67000
DETROIT, MI 48267-0868

**INVOICE**

SHIP TO

BILL TO
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HQDRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | P.O. | INVOICE DATE | DATE OF ORDER | SALES REPRESENTATIVE | DUNS NO. | TERMS | FOB | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 488069 | 1 | 7-14-05 | 7-14-05 | | 04-497-0754 | | ROMULUS | 00488069 |
| | | | | | | | B/L NO. 488070 | DATE SHIPPED 7-14-05 |

| S.S.C LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC. | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR JUNE 2005. 140401 | 1 | 1 | EA | 840.6700 | 840.67 |
| | | | SUB-TOTAL | | | | | 840.67 |
| | | | TOTAL | | | | | 840.67 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
FILE COPY

SHIPPED VIA BEST WAY

# Federal Screw Works.

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200    DUNS 00-531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

PAYABLE IN U.S. FUNDS

SHIP TO

BILL TO
Delphi
3900 Holland Road
Saginaw, MI 48601

| LINE ITEM | INVOICE NO. 5550084 | PART NUMBER | PO. / INVOICE DATE 7-31-05 | SALES REPRESENTATIVE | DATE OF ORDER | P.O. NUMBER | TERMS | DUNS NO. | DESCRIPTION | QTY. ORDERED | SHIPPED VIA | QTY. SHIPPED | UNIT | FOB | UNIT PRICE | BL. NO. | DATE SHIPPED 7/1-7/31/05 | SHIPPER NO. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8170000 | | | | | | | July 2005 Steel Price Increase per attached. | | | | | | | | 5550084 | | $3968.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Reorder from CHRISTO(N) Midwest Operations 1-800-888-5992

$208/601
1/01

140401-4    446.06
140401-5    3502.73
                3968.79
48.07740.00
    7901



# Federal Screw Works

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

| INVOICE NO. | SHIPPER NO. |
|---|---|
| 0488129 | 0488129 |
| | DATE SHIPPED |
| | 8-23-05 |

| FOB | BILL NO. |
|---|---|
| ROMULUS | |

SHIP TO

BILL TO
DELPHI SAGINAW STEERING
DIVISIONAL HQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| INVOICE NO. | PG | INVOICE DATE | DATE OF ORDER | SALES REPRESENTATIVE | DUNS NO. | TERMS |
|---|---|---|---|---|---|---|
| 0488129 | 1 | 8-23-05 | 8-23-05 | | 04-497-0754 | |

6170000 SSC
000034+

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | SHIPPED VIA | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC. | | 1 | 1 | BEST WAY | EA | 446.0600 | 446.06 |
| | | PO 602 | | | | | | | |
| | | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR | | | | | | | |
| | | JULY 2005. | | | | | | | |
| | | 140401 | | | | | | | |
| | | | | | | | | SUB-TOTAL | 446.06 |
| | | | | | | | | TOTAL | 446.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# Federal Screw Works

### INVOICE

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200    DUNS 00-531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

FOB

PAYABLE IN U.S. FUNDS

SHIP TO

BILL TO
Delphi
3900 Holland Road
Saginaw, MI 48601

| LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

INVOICE NO. 5550091
PO. 6170000
INVOICE DATE 10/21/05
DATE OF ORDER
TERMS
DUNS NO.

S2S52096

August 2005 Steel Price
Increases per attached

$7,103.00

SHIPPER NO. 5550091
DATE SHIPPED

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Reorder from Clarus 1000 Midwest Operations 1-800-888-6482

# Federal Screw Works

## INVOICE

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200  DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

| SHIP TO | BILL TO | 6170000 DELPHI SAGINAW STEERING DIVISIONAL HQRTRS. 3900 HOLLAND RD. SAGINAW,  MI  48601 |
|---|---|---|

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | TERMS |
|---|---|---|---|---|
| 572485 | 1 | 10-25-05 | 10-25-05 | |

| SALES REPRESENTATIVE | DUNS NO. |
|---|---|
| | 05-018-4496 |

| FOB | BR. NO. | DATE SHIPPED |
|---|---|---|
| BIG RAPIDS | 00572485 | 10-25-05 |

SHIPPER NO.

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | SHIPPED VIA | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-5 | MISCELLANEOUS 140401 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR AUGUST 2005. | 1 | 1 | BEST WAY | EA | 50184 5692.7000 | 5692.70 |
| | | | | | | | SUB-TOTAL | | 5692.70 |
| | | | | | | | TOTAL | | 5692.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY

# Federal Screw Works

**INVOICE**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88601
P.O. BOX 67000
DETROIT, MI 48267-0868

| | | SHIPPER NO. |
|---|---|---|
| FOB | ROMULUS | 0048820 4 |
| BIL. NO. | | DATE SHIPPED 10-25-05 |

**SHIP TO**

61 70000
DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW,        MI    48601

| | | BILL TO | | | |
|---|---|---|---|---|---|
| INVOICE NO. 48820 4 | PG 1 | INVOICE DATE 10-25-05 | DATE OF ORDER 10-25-05 | DUNS NO. 04-697-0754 | SHIPPED VIA BEST WAY |

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC. | PO 101 THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR AUGUST 2005. 140401 | 1 | 1 | EA | 1410.3000 | 1410.30 |
| | | | SUB-TOTAL | | | | | 1410.30 |
| | | | TOTAL | | | | | 1410.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY

# INVOICE

# Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

PAYABLE IN U.S. FUNDS

SHIP TO

BILL TO: 8170000
Delphi
3900 Holland Road
Saginaw, MI 48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | DUNS NO. | FOB | BK NO. | SHIPPER NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 5550092 | 1 | 10/21/05 | | | | 5550092 | | |

SALES REPRESENTATIVE   TERMS

P.O. NUMBER: S2552096

| LINE ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | September 2005 Steel Price Increase per Attached | | | | | | $9,698.00 |

7884.69
1813.51
9698.00

148401-5
140401-4

420,810,000
1001
5.2088550.0
5501

Reorder from CHRISTIE Midwest Operations 1-800-968-8882

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
ORIGINAL INVOICE



**Federal Screw Works**

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00-531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88B01
P.O. BOX 67000
DETROIT, MI 48267-0868

INVOICE

SHIP
TO

6170000
BILL   DELPHI SAGINAW STEERING
TO   DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI  48601

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | TERMS | DUNS NO. | FOB | BILL NO. | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|---|
| 572486 | 1 | 10-25-05 | 10-25-05 | | 06-018-4496 | BIG RAPIDS | 00572486 | 10-25-05 | |

SALES REPRESENTATIVE   SSC

SHIPPED VIA   BEST WAY

| LINE ITEM | PART NUMBER | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-5 | MISCELLANEOUS 140401 | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR SEPT 2005. | 1 | 1 | EA | 7884.6900 | 7884.69 |
| | | | SUB-TOTAL | | | | | 7884.69 |
| | | | TOTAL | | | | | 7884.69 |

50184

C1
C1
C1

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# INVOICE

## Federal Screw Works

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1776
586-443-4200  DUNS 00531-7151

REMIT TO:
FEDERAL SCREW WORKS
DEPT. 88801
P.O. BOX 67000
DETROIT, MI 48267-0888

| FOB | B/L NO. | DATE SHIPPED |
|---|---|---|
| ROMULUS | 00488205 | 10-25-05 |

SHIP TO:

BILL TO: DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

6170000

| SHIPPER NO. |
|---|
| 00488205 |

| INVOICE NO. | PG. | INVOICE DATE | DATE OF ORDER | TERMS |
|---|---|---|---|---|
| 488205 | 1 | 10-25-05 | 10-25-05 | |

| SALES REPRESENTATIVE | DUNS NO. |
|---|---|
| | 04-497-0754 |

| S.SC LINE ITEM (EA) | PART NUMBER | P.O. NUMBER | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | AR-MISC-4 | AR-MISC-4 SEPT 2005. 140401 | 1 | 1 | EA | 1813.3100 | 1813.31 |
| | | THIS INVOICE ISSUED FOR STEEL SURCHARGES FOR | | | | | |
| | | | | | | SUB-TOTAL | 1813.31 |
| | | | | | | TOTAL | 1813.31 |

SHIPPED VIA: BEST WAY

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND/OR REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

FILE COPY



# Federal Screw Works

## INVOICE

20229 NINE MILE ROAD
ST. CLAIR SHORES, MI 48080-1775
586-443-4200   DUNS 00531-7151
REMIT TO:
FEDERAL SCREW WORKS
DEPT. 86801
P.O. BOX 67000
DETROIT, MI 48267-0868

PAYABLE IN U.S. FUNDS

| INVOICE NO. | DATE SHIPPED | SHIPPER NO. |
|---|---|---|
| 555099 | 10/01-10/07/05 | 555099 |

SHIP TO

BILL TO
6170000
DELPHI SAGINAW STEERING
DIVISIONAL HDQRTRS.
3900 HOLLAND RD.
SAGINAW, MI 48601

| LINE ITEM | PART NUMBER | SALES REPRESENTATIVE | P.O. NUMBER | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | SAG9FI5987 | | | | | | |
| October 1, 2005 thru October 7, 2005 Steel Price Increase | | | | | | | | 1,332.00 | $1,332.00 |
| | | | | | | | | TOTAL | |

| INVOICE DATE | DATE OF ORDER | TERMS | DUNS NO. | SHIPPED VIA | FOB | BAL NO. |
|---|---|---|---|---|---|---|
| 12/01/05 | | | | | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

ORIGINAL INVOICE

```
     6150000
DELPHI SAGINAW STEERING SYSTEM
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 1550
FLINT,        MI    48501-1550
```

| 488281 1 | 11-18-05 | 11-18-05 | NET 25TH INST.-10TH PROX | ROMULUS | 00488281 |
|---|---|---|---|---|---|

| RICE | | 04-497-0754 | BEST WAY | | 11-18-05 |
|---|---|---|---|---|---|

```
 1   AR-MISC-4              AR-MISC.
                                  1           1      EA    454.7700        454.77
     C1                     PO 602
     C2                     THIS INVOICE ISSUED FOR PRICE INCREASE FOR
     C3                     PT# 26112481 EFF 41105. INV DATED 81605 TO
     C4                     100505.
     C5                     400100
                                                          SUB-TOTAL        454.77
                                                              TOTAL        454.77
```