**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION,** *et. al.*, | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

I, Brendan G. Best, hereby certify that:

1. I am over 18 years of age, and reside in Oakland County, Michigan.

2. On April 10, 2008, a copy of Federal Screw Works' Objection To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, in the above captioned proceeding, has been caused to be served upon the persons listed on Exhibit "A" attached hereto, by way of E-mail and Federal Express overnight delivery.

/s/ Brendan G. Best
Brendan G. Best

Subscribed and sworn before
me this 10th day of April, 2008.

/s/ Diane Guerrero
Notary Public, Oakland County, MI
My Commission Expires: 7/20/2012

**EXHIBIT A**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attention: General Counsel

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attention: Legal Staff

John K. Lyons; james.lyons@skadden.com
Ron E. Meisler; ron.meiser@skadden.com
Brian M. Fern; brian.fern@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel to Debtors
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Donald Bernstein; donald.bernstein@dpw.com
Brian Resnick; brian.resnick@dpw.com
Davis, Polk & Wardwell
Counsel for Agent Under the Post-Petition Credit Facility
450 Lexington Avenue
New York, New York  10017

Robert J. Rosenberg; Robert.rosenberg@lw.com
Mark A. Broude; mark.boude@lw.com
Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, New York  10022

Bonnie Steingart; bonnie.steingart@friedfrank.com
Fried, Frank, Harris, Shriver & Jacobson LLP
Counsel for Official Committee of Equity Security Holders
One New York Plaza
New York, New York  10004

Richard L. Wynne; rwynne@kirkland.com
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

Alicia M. Leonhard; alicia.m.leonhard@usdoj.gov
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004

BH01\853210.2
ID\BGB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243