**MORITT HOCK HAMROFF & HOROWITZ LLP**
400 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK  11530
PHONE:  (516) 873-2000
LESLIE A. BERKOFF (LB-4584)
lberkoff@moritthock.com

AND

**HAHN LOESER + PARKS LLP**
200 PUBLIC SQUARE, SUITE 3300
CLEVELAND, OHIO 44114-2301
PHONE: (216) 621-0150
MICHAEL P. SHUSTER (MS-0067)
ROCCO I. DEBITETTO (OH ID # 0073878)
mpshuster@hahnlaw.com
ridebitetto@hahnlaw.com

*Counsel to S & Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd.*

HEARING DATE AND TIME: APRIL 30, 2008, AT 10:00 A.M. E.T.

RESPONSE DATE AND TIME: APRIL 13, 2008, AT 4:00 P.M. E.T.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                 :
In re:                                                           :     Chapter 11
                                                                 :
DELPHI CORPORATION, et al.,                                      :     Case No. 05-44481 (RDD)
                                                                 :
                              Debtors.                           :     (Jointly Administered)
----------------------------------------------------------------x

**OBJECTION AND RESPONSE OF S&Z TOOL & DIE CO., INC. N/K/A S&Z METALWORKS, LTD. TO NOTICE OF ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

S & Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. ("S&Z"), by and through its

undersigned counsel of record, hereby objects and responds (the "Objection and Response") to

CLE - 1063841.2

the April 3, 2008, Notice of Assumption and Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (the "Assumption Notice")[1] and any corresponding Cure amount proposed by Delphi or otherwise applicable.  In further support of its Objection and Response, the S&Z respectfully states as follows:

## BACKGROUND

### General

1. On October 8 and 14, 2005, Delphi Corporation ("Delphi"), Delphi Automotive Systems LLC and certain of Delphi's domestic subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. Prior to the applicable petition dates, S&Z and Delphi entered into Purchase Order No. SAG90I0375 dated December 8, 1992 (as amended, supplemented or otherwise modified, the "Purchase Order").  The Purchase Order in effect operates as a requirements contract pursuant to which S&Z agreed to provide various goods and services as required by Delphi pursuant to the terms, and subject to the conditions, set forth more fully therein.

3. Following the petition dates, S&Z filed three proofs of claim requesting payment of obligations owed pursuant, among other things, to the Purchase Order.  Such claims are identified as follows:

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Assumption Notice.

CLE - 1063841.2

| Creditor | Claim Nos.[2] | Claim Amount[3] |
|---|---|---|
| S & Z Tool & Die Co., Inc. | 2034<br>2035<br>2036 | $1,288,259.67 |

4.  Claim Nos. 2034 and 2035 were subsequently disallowed and expunged as duplicative of Claim No. 2036 (the "Claim"). On or about June 23, 2006, S&Z transferred all right, title, and interest in and to the Claim, including the right to any distributions thereunder, to Liquidity Solutions, Inc. ("LSI"). The transfer of the Claim to LSI is set forth at Docket No. 4338. The Claim is subject to the Debtors' Twenty-Fourth Omnibus Claim Objection,[4] which S&Z and LSI disputed pursuant to the LSI/S&Z Claim Response.[5] The Twenty-Fourth Omnibus Claim Objection and LSI/S&Z Claim Response remain pending before the Court.[6]

5.  Notwithstanding the assignment of the Claim to LSI, S&Z is a proper party to this contested matter because, among other things, to the extent that the Assumption Notice affects the nature, extent, validity, or priority of the Claim, S&Z has exercised an "Assignor Defense Option" pursuant to which S&Z has the right to defend the Claim in consultation with LSI under the terms of the transfer to LSI.

---

[2] Duplicate claims filed in an abundance of caution. The remaining claim at this time is Claim No. 2036.

[3] Amount separately asserted in each claim.

[4] "Twenty-Fourth Omnibus Claim Objection" means and refers to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification That is Subject to Prior Order [Docket No. 11588].

[5] "LSI/S&Z Claim Response" means and refers to the Response of Liquidity Solutions, Inc., Defined Benefit Pension Plan, and the S&Z Entities, to Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification That is Subject to Prior Order [Docket No. 12225].

[6] Nothing contained herein is or shall be deemed to be an admission or allegation by LSI, S&Z and/or the S&Z Entities (as defined in the LSI/S&Z Claim Response) with respect to the Twenty-Fourth Omnibus Claim Objection, the LSI/S&Z Claim Response and/or as to the nature, extent, validity, or priority of the claim(s) subject to the Twenty-Fourth Omnibus Claim Objection.

CLE - 1063841.2

### Assumption Notice

6.      Pursuant to the Assumption Notice, Delphi seeks to assume and assign a non-descript "Long Term Contract covering part numbers 26105188 and 26105189 between Delphi LLC acting through its Delphi Saginaw Steering Systems Division and S&Z Tool & Die with a term of May 1, 2003 – December 31, 2011" (the "Contract") to Steering Solutions Corporation and certain of its affiliates (collectively, the "Buyer"). (Assumption Notice, ¶¶ 1-2. & Ex. 1.) On information and belief the Contract refers to the Purchase Order, which is already the subject of a Prior Objection and Response[7] filed by S&Z, which was resolved in part by a Prior Stipulation[8] and is presently set for further hearing on or about April 18, 2007. Accordingly, S&Z hereby incorporates by reference the text of its Prior Objection and Response in the instant Objection and Response as if fully rewritten herein.

### **FURTHER OBJECTIONS**

7.      In addition to all objections set forth in the Prior Objection and Response, S&Z further objects to the Assumption Notice because the Debtors (a) have not provided sufficient information to S&Z to enable S&Z to identify the exact contract to which the Debtors are referring; and (b) cannot assume part of the Purchase Order (i.e., specific parts supplied pursuant to the "Contract") without assuming the Purchase Order in its entirety.

8.      S&Z further objects to the Assumption Notice on the grounds that the Contract—whether in reference to the Purchase Order or any other executory contract to which S&Z is a

---

[7] "Prior Objection and Response" means and refers to the Objection and Response of S&Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in connection with Sale of Steering and Halfshaft Business, and (2) any Corresponding Cure Amount Proposed by Delphi or Otherwise [Docket No. 12447].

[8] "Prior Stipulation" means and refers to the Stipulation and Agreed Order Signed on 3/18/2008 Resolving in Part that Certain Objection and Response of S&Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. to (1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in connection with Sale of Steering and Halfshaft Business, and (2) any Corresponding Cure Amount Proposed by Delphi or Otherwise and Reserving Issues for Hearing [Docket No. 13166].

CLE - 1063841.2

party—inappropriately references an expiration date of December 31, 2011. S&Z is not a party to any purchase orders or executory contracts with the Debtors extending into 2011; therefore, such reference amounts to an attempt to extend the terms of an existing purchase order or executory contract, to which modification S&Z does not consent.

9.     To the extent that the Contract is not in reference to the Purchase Order or is found to be capable of assumption and/or assumption and assignment independent of the entire Purchase Order (to which such independent assumption and/or assumption and assignment S&Z objects), S&Z further objects to the Assumption Notice on the grounds that the Debtors have not satisfied the requirements for assumption and/or assumption and assignment of the Contract pursuant to Bankruptcy Code Section 365. S&Z further demands payment in full of any and all (a) pre-petition amounts due and owing (not less than $6,009.23 and, together with any and all other pre-petition amounts, the "Pre-Petition Balance"); and (b) post-petition amounts due and owing or past-due and owing (not less than $1,278.45 as of April 10, 2008, in the case of obligations for the purchase of part number 26105188; and not less than $2,905.87 as of April 10, 2008, in the case of obligations for the purchase of part number 26105189, collectively and together with any and all other post-petition amounts due and owing or past-due and owing at the time of any assumption or assumption and assignment, the "Post-Petition Balance" and, together with the Pre-Petition Balance, the "Cure Amount"). To the extent that the Contract is capable of assumption or assumption and assignment independent of the entire Purchase Order, the Cure Amount must be paid in full and in cash at or before the earlier of the Emergence Date or the Closing in order for the Contract to be assumed or assumed and assigned.

CLE - 1063841.2

## MEMORANDUM OF LAW

10.     Because the legal points and authorities upon which S&Z relies for purposes of this Objection and Response are incorporated into this Objection and Response, S&Z respectfully requests that the Court deem satisfied or, alternatively, waive the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York.

## RESERVATION OF RIGHTS

11.     S&Z reserves the right to amend, supplement, or otherwise modify this Objection and Response and all attachments and exhibits hereto or referenced herein.

## CONCLUSION

WHEREFORE, S&Z respectfully requests that the Court enter an Order (a) sustaining this Objection and Response in its entirety and conditioning any assumption and/or assumption and assignment of the Contract on the satisfaction in full of all conditions set forth herein; and (b) providing S&Z with such other and further relief to which it is justly entitled.

                                              Respectfully submitted,

Dated: April 10, 2008                /s/ Leslie A. Berkoff
                                           Leslie A. Berkoff (LB-4584)
                                           Moritt Hock Hamroff & Horowitz LLP
                                           400 Garden City Plaza
                                           Garden City, New York  11530
                                           Phone:  (516) 873-2000
                                           lberkoff@moritthock.com

                                           AND

                                           Michael P. Shuster (MS-0067)
                                           Rocco I. Debitetto (OH ID # 0073878)
                                           Hahn Loeser + Parks LLP
                                           200 Public Square, Suite 3300
                                           Cleveland, Ohio 44114-2301
                                           Phone: (216) 621-0150
                                           mpshuster@hahnlaw.com
                                           ridebitetto@hahnlaw.com

                                           *Counsel to S & Z Tool & Die Co., Inc. n/k/a*
                                           *S&Z Metalworks, Ltd.*

CLE - 1063841.2