**MORITT HOCK HAMROFF & HOROWITZ LLP**
400 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK  11530
PHONE:  (516) 873-2000
LESLIE A. BERKOFF (LB-4584)
lberkoff@moritthock.com

AND

**HAHN LOESER + PARKS LLP**
200 PUBLIC SQUARE, SUITE 3300
CLEVELAND, OHIO 44114-2301
PHONE: (216) 621-0150
MICHAEL P. SHUSTER (MS-0067)
ROCCO I. DEBITETTO (OH ID # 0073878)
mpshuster@hahnlaw.com
ridebitetto@hahnlaw.com

*Counsel to S & Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd.*

**HEARING DATE AND TIME: APRIL 30, 2008 AT 10:00 A.M. E.T.**

**RESPONSE DATE: APRIL 13, 2008 AT 4:00 P.M. E.T.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                          :
In re:                                                               :       Chapter 11
                                                                          :
DELPHI CORPORATION, et al.,                      :       Case No. 05-44481 (RDD)
                                                                          :
                                    Debtors.            :       (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                               )SS:
COUNTY OF NASSAU      )

Patricia M. Yates, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside in Hempstead, New York.

On the 10th day of April, 2008, in addition to the parties receiving service via the Court's ECF system, I served a true copy of the Objection and Response of S&Z Tool & Die Co., Inc. n/k/a S&Z Metalworks, Ltd. to Notice of Assumption and Assignment and Cure Amount Of

Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, via overnight mail, in a sealed envelope, with postage paid, addressed to the last known addresses as indicated below:

| | |
|---|---|
| Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: Legal Staff | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: Deputy General Counsel, Transactional & Restructuring |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John K. Lyons, Ron E. Meisler, and Brian M. Fern | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Rosenberg and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| Kirkland & Ellis LLP<br>777 South Figueroa Street,<br>Los Angeles, California 90017<br>Attn: Richard L. Wynne | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard |

**With a Copy To:**

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

　　　　　　　　　　　　　　　　　　　　　/s/ Patricia M. Yates

Sworn to before me this 10th day
of April, 2008.

　/s/ Brandi P. Klineberg
Notary Public for the
State of New York
No. 02KL6112003
Qualified in Suffolk County
Commission Expires June 28, 2008