**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------X
In re:                                    Chapter 11
                                          Case No. 05-44481 (rdd)
**Delphi Corporation.,** *et al.*         Jointly Administered

            Debtors
----------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, APRIL 3, 2008, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.