UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.: 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of April, 2008, he served or caused to be served a true and correct copy of the Limited Objection to Notice of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business upon the parties identified on the service list annexed hereto as Exhibit "A" by email and UPS Overnight delivery.

    /s/ Christopher P. Schueller
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 562-8800

Attorneys for Keystone Powdered Metal Company