# EXHIBIT A

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: Legal Staff

John K. Lyons; james.lyons@skadden.com
Ron E. Meisler; ron.meiser@skadden.com
Brian M. Fern; brian.fern@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel to Debtors
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Donald Bernstein; donald.bernstein@dpw.com
Brian Resnick; brian.resnick@dpw.com
Davis, Polk & Wardwell
Counsel for Agent Under the Post-Petition Credit Facility
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg; Robert.rosenberg@lw.com
Mark A. Broude; mark.boude@lw.com
Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, New York 10022

Bonnie Steingart; bonnie.steingart@friedfrank.com
Fried, Frank, Harris, Shriver & Jacobson LLP
Counsel for Official Committee of Equity Security Holders
One New York Plaza
New York, New York 10004

Richard L. Wynne; rwynne@kirkland.com
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

Alicia M. Leonhard; alicia.m.leonhard@usdoj.gov
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004