SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                           :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
ALLOWING PROOFS OF CLAIM NUMBERS 1780, 1923, 2089, 2160, 2162, 2277, 2343,
2471, 2527, 2698, 4180, 6935, 8766, 9553, 11908, and 15781 ASSERTED BY ASM
CAPITAL, LP AND ASM CAPITAL II, LP

PLEASE TAKE NOTICE that on the dates listed in column B on <u>Exhibit A</u> (titled "Date Filed"), attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on <u>Exhibit A</u> (titled "Proof of Claim Number") were filed by the parties (collectively, the "Claimants") listed in column C on <u>Exhibit A</u> (titled "Party Filing Proof of Claim") against the Debtor entities listed in column G on <u>Exhibit A</u> (titled "Debtor ") asserting claims (collectively, the "Claims") in the amounts and classifications listed in columns E and H, respectively, on <u>Exhibit A</u> (titled "Allowed Amount" and "Classification," respectively).

PLEASE TAKE FURTHER NOTICE that each of the Claimants, other than ASM Capital, LP and ASM Capital II, LP (collectively, the "Assignors"), assigned their interests in the Claims to ASM Capital, LP or ASM Capital II, LP (collectively, "ASM"), as the case may be, pursuant to a Notice of Transfer.

PLEASE TAKE FURTHER NOTICE that the Debtors and ASM have agreed to settle the Claims and because the Claims asserted in the Proofs of Claim involve ordinary course controversies and pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and the Claimant have (i) entered into a Settlement Agreement dated as of April 9, 2008 (the "Settlement Agreement") and (ii) executed a Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 1780, 1923, 2089, 2160, 2162, 2277, 2343, 2471, 2527, 2698, 4180, 6935, 8766, 9553, 11908, and 15781 Asserted by ASM Capital, LP And ASM Capital II, LP (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and ASM have agreed that the Claims listed in column A

on Exhibit A (titled "Proof of Claim Number") shall be allowed against those Debtor entities and in the amounts and classifications set forth in columns G, H, and E, respectively, on Exhibit A (titled "Debtor," "Classification," and "Allowed Amount," respectively).

PLEASE TAKE FURTHER NOTICE that if timely written objections are filed, served, and received in accordance with this notice, a hearing to consider approval of the Joint Stipulation will be held on April 18, 2008, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that if no written objections to the Joint Stipulation are timely filed, served, and received, the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for April 18, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Joint Stipulation must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)

and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on April 17, 2008.

Dated:  New York, New York
        April 11, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: /s/ *John Wm. Butler Jr.*
           John Wm. Butler, Jr. (JB 4711)
           John K. Lyons (JL 4951)
           Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

        By: /s/ *Kayalyn A. Marafioti*
           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
           Debtors and Debtors-in-Possession