Exhibit A

| A Proof of Claim Number | B Date Filed | C Party Filing Proof of Claim | D Owner of Claim | E Allowed Amount | F Debtor | G Classification |
|---|---|---|---|---|---|---|
| 1780 | 2/6/2006 | ABLESTIK LABORATORIES INC | ASM CAPITAL LP | $6,563.50 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 1923 | 2/8/2006 | DIVERSIFIED SYSTEMS INC | ASM CAPITAL II LP | $323,313.85 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 2089 | 2/21/2006 | ASM CAPITAL AS ASSIGNEE OF SERVOTECH ENGINEERING | ASM CAPITAL II LP | $43,977.90 | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim |
| 2160 | 3/1/2006 | ASM CAPITAL AS ASSIGNEE FOR CANTOR COLBURN LLP | ASM CAPITAL II LP | $455,430.26 | DELPHI TECHNOLOGIES, INC | General Unsecured Claim |
| 2162 | 3/1/2006 | ASM CAPITAL AS ASSIGNEE FOR NIEHOFF ENDEX NORTH AMERICA INC | ASM CAPITAL LP | $82,500.82 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 2277 | 3/13/2006 | ASM CAPITAL AS ASSIGNEE FOR NORMAN STEIN AND ASSOCIATES INC | ASM CAPITAL LP | $21,000.00 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 2343 | 3/20/2006 | ASM CAPITAL AS ASSIGNEE FOR SYN TECH LTD CORP | ASM CAPITAL LP | $11,295.20 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 2471 | 4/3/2006 | MONLAN GROUP DIV OF ENVIRODYNE TECH | ASM CAPITAL LP | $20,474.00 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 2527 | 4/3/2006 | ASM CAPITAL AS ASSIGNEE FOR IKO INTERNATIONAL INC | ASM CAPITAL LP | $13,898.00 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | General Unsecured Claim |
| 2698 | 4/20/2006 | ASM CAPITAL AS ASSIGNEE FOR INDUSTRIAL PACKAGING CORPORATION | ASM CAPITAL II LP | $84,488.06 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 4180 | 5/1/2006 | ATEQ CORPORATION USA | ASM CAPITAL LP | $3,998.00 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 6935 | 5/26/2006 | SHAVLIK TECHNOLOGIES LLC | ASM CAPITAL LP | $12,711.65 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 8766 | 6/29/2006 | RUBBER ENTERPRISES INC | ASM CAPITAL LP | $103,345.06 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 9553 | 7/17/2006 | BREVAN ELECTRONICS | ASM CAPITAL LP | $9,685.00 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | General Unsecured Claim |
| 11908 | 7/28/2006 | ASM CAPITAL AS ASSIGNEE FOR BOWLING GREEN FREIGHT INC | ASM CAPITAL LP | $97,575.28 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 15781 | 8/1/2006 | ASM CAPITAL AS ASSIGNEE FOR KICKHAEFER MANUFACTURING COMPANY | ASM CAPITAL LP | $552,858.63 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |

1