| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Co-Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599) | HEARING DATE: 5/8/2008 at 10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :   Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                    :
                                                                 :   Jointly Administered
                                              Debtors.           :
                                                                 :
-----------------------------------------------------------------x

# FOURTH NOTICE OF ADJOURNMENT
## OF CLAIMS OBJECTION HEARING WITH
## RESPECT TO DEBTORS' OBJECTION TO PROOF
## OF CLAIM NO. 14347 (PHILIPS SEMICONDUCTORS, INC./
## NXP SEMI-CONDUCTORS USA, INC./SPCP GROUP, L.L.C.)

PLEASE TAKE NOTICE that on July 13, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14347 (the "Proof of Claim") filed by Philips Semiconductors Inc., transferred to NXP Semiconductors USA, Inc. and subsequently transferred to SPCP Group, L.L.C., as Agent For Silver Point Offshore Fund, Ltd. (collectively, the "Claimants") pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 scheduling an evidentiary hearing (the "Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 9, 2008, the Debtors filed the Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to February 20, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on February 5, 2008, the Debtors filed the Second Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 12517) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to April 4, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on Match 24, 2008, the Debtors filed the Second Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 13212) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to April 18, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **May 8, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Order shall remain in full force and effect. Those deadlines calculated based on the hearing date shall be calculated based on the May 8, 2008 Hearing Date rather than the April 18, 2008 date. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

**[Continued on next page]**

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:  New York, New York
April 11, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000