Exhibit A

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Allen & Overy | Tax Consulting | - | - | $34,716 | $771 |
| Anne Murphy Patent Services | Legal | $217 | $1 | $3,477 | $134 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | - | - | $32,332 | $790 |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $4,764 | - | $101,586 | - |
| Baker & Daniels | Legal | - | - | $53,592 | $2,414 |
| Baker & McKenzie LLP | Tax and Legal Consulting | $150 | $83 | $224,783 | $2,033 |
| Balch & Bingham | Legal | - | - | $2,608 | $8 |
| Banner & Witcoff, Ltd. | Legal | $44,919 | $3,699 | $44,919 | $3,699 |
| Barnett Associates, Inc. | Tax Consulting | - | - | $59,429 | - |
| Barris, Scott Denn & Driker PLLC | Legal | - | - | $2,745 | - |
| Bingham McCutchem, LLP | Legal | - | - | $6,396 | $5 |
| Bond Schoeneck & King LLP | Legal | $7,686 | $194 | $27,874 | $345 |
| Booth Udall, PLC | Legal | - | - | $13,424 | $5,070 |
| Brennan Steil & Basting SC | Legal | - | - | $700 | $1 |
| C&S LOGOS Patent and Law Office | Legal | $91,018[1] | $4,022 | $104,288 | $4,218 |
| Cadena Law Firm, P.C. | Legal | - | - | $626 | $25 |

---

[1]    C&S Logos has been providing services to Delphi since October 2005.  In August 2007, C&S Logos filed its Ordinary Course Professional affidavit with the Bankruptcy Court.  In January, 2008 Delphi paid C&S Logos for services rendered from October 2005 to January 2008.  C&S Logos did not exceed the $50,000 fee threshold in any given month.

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Cadwalader, Wickersham & Taft LLP | Legal | $1,607 | $191 | $4,685 | $257 |
| Cardinal Law Group | Legal | - | - | $2,580 | $850 |
| Charles K. Veenstra | Legal | $19,080 | - | $178,200 | - |
| Chester Willcox & Saxbe LLP | Legal | - | - | $4,109 | $34 |
| China Patent Agent (H.K.) Ltd. | Legal | $32,696 | $4,095 | $71,085 | $8,785 |
| Christie, Parker & Hale, LLP | Legal | - | - | $6,232 | $4,888 |
| Ciara Systems, Inc. | Legal | $5,850 | - | $73,426 | $985 |
| Clark Consulting | Tax Advisory | - | - | $180,000 | - |
| Clark, Thomas & Winters | Legal | - | - | $7,380 | $643 |
| Compliance Systems Legal Group | Legal | - | - | $31,218 | $2,246 |
| Constangy, Brooks & Smith | Legal | $80 | - | $2,622 | - |
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $11,231 | $1 | $175,511 | $1,815 |
| Crew Buchanan | Legal | - | - | $1,668 | - |
| Currie Kendall PLC | Legal | $3,990 | $84 | $72,154 | $29,431 |
| Dechert LLP | Tax Legal | - | - | $16,231 | - |
| Dewitt Ross & Stevens | Legal | - | - | $6,291 | $109 |
| Dickinson Wright P.L.L.C. | Legal | $5,030 | $41 | $23,868 | $255 |
| Dierker & Associates, PC | Legal | $49,573 | $8,379 | $174,207 | $65,147 |
| Dinsmore & Shohl, LLP | Legal | $25,744 | $635 | $329,281 | $8,335 |
| Drinker Biddle & Reath LLP | Legal | $440 | - | $79,497 | $123 |

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | - | - | $43,851 | $1,666 |
| Dykema Gossett P.L.L.C. | Legal | - | - | $180,687 | $4,728 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | - | - | $380 | $3 |
| Ernst & Young AG | Tax and Custom Consulting | - | - | $18,541 | $390 |
| Falkowski PLLC | Legal | $5,900 | - | $106,920 | - |
| Ford, Howard, Cornett | Legal | $480 | $5 | $480 | $5 |
| Foster, Swift, Collins & Smith, P.C. | Legal | $10,525 | $758 | $85,490 | $5,314 |
| Global Quality Institute | Auditing | $8,250 | - | $21,250[2] | - |
| Goldberg Segalla LLP | Legal | $6,702 | $232 | $22,796 | $1,762 |
| Gowling Lafleur Henderson LLP | Legal | - | - | $9,912 | $5,121 |
| Grant Thorton | Auditing and Tax | - | - | $271,651 | $1,542 |
| Hack, Piro, O'Day, Merklinger | Legal | - | - | $1,894 | $67 |
| Hamilton, Brown & Babst f/k/a Lamothe & Hamilton, APLC | Legal | - | - | $11,744 | $304 |
| Hartman & Hartman P.C. | Legal | $1,350 | $40 | $13,775 | $80 |
| Horwood Marcus & Berk | Tax Consulting | - | - | $76,169 | $532 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | - | - | $35,712 | - |
| Ivins, Phillips & Barker Chartered | Legal | - | - | $242,244 | - |

---

[2]    The Ninth Quarterly Ordinary Course Professional Statement did not include payment to Global Quality Institute for  $8,250. Such payment has been included in this statement.

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| J. Gordon Lewis d/b/a J. Gordon Lewis, PLLC | Legal | $44,660 | - | $415,030 | $368 |
| Jane Ann Himsel | Legal | - | - | $45,462 | $1,765 |
| Jefferson Wells | Auditing | - | - | $353,237 | $6,411 |
| Johnston Barton Proctor & Powell LLP | Legal | $338 | $1 | $5,123 | $19 |
| Keating, Muething & Klekamp, P.L.L. | Legal | $13,556 | $75 | $84,105 | $1,797 |
| Keefe and Associates | Legal | - | - | $22,794 | $1,100 |
| Kenneth Mason | Legal | $480 | - | $2,640 | - |
| Kenyon & Kenyon | Legal | $2,712 | $1,952 | $50,579 | $4,010 |
| Kevin P. Weldon | Legal | $2,350 | - | $10,250 | - |
| Kim & Chang | Legal | $210 | $13 | $48,217 | $10,276 |
| Kirton & McConkie | Legal | - | - | $56 | - |
| KPMG, Canada | Tax Consulting | - | - | $7,840 | - |
| KPMG, Hungary | Tax | - | - | $43,369 | - |
| L.C. Begin & Associates, PLLC | Legal | - | - | $67,518 | $14,405 |
| Langley & Banack | Tax and Legal Consulting | - | - | $1,650 | - |
| Lathrop & Gage | Legal | $69 | $2 | $3,831 | $287 |
| Lavin O'Neil Ricci Cedrone | Legal | - | - | $2,717 | $92 |
| Law Offices of Albert Gutierrez | Legal | $378 | $2 | $4,831 | $572 |
| Law Offices of Brian C. Pauls | Legal | $3,267 | $63 | $93,236 | $21,578 |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | $90 | $6 | $22,322 | $323 |
| Littler Mendelson, P.C. | Legal | $3,365 | $172 | $3,365 | $172 |
| Locke Reynolds LLP | Legal | $1,227 | - | $20,118 | $727 |

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Mallesons Stephen Jaques | Legal | - | - | $85,966 | $422 |
| Mark A. Navarre | Legal | $7,500 | $815 | $312,995 | $11,275 |
| Marshall, Gerstein & Borun | Legal | - | - | $943 | $218 |
| Maynard Cooper & Gale P.C. | Legal | $4,666 | - | $4,666 | - |
| McCarter & English, LLP | Tax Consulting | - | - | $6,783 | $34 |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | - | - | $19,410 | $674 |
| McGlinchey Stafford | Legal | - | - | $19,256 | $575 |
| McGlynn & Luther | Legal | - | - | $1,877 | $30 |
| McNees Wallace & Nurick LLC | Legal | $3,503 | - | $87,181 | $22 |
| Michael D. Schloff, PLLC | Legal | $438 | $30 | $3,169 | $70 |
| Moffatt Thomas Barrett Rock & Fields | Legal | - | - | $2,275 | $152 |
| Momsen, Leonardos & Cia | Legal | $1,110 | $738 | $18,076 | $5,537 |
| Morgan, Lewis & Bockius LLP | Legal | - | - | $35,267 | $50 |
| Neal Gerber & Eisenberg, LLP | Legal | - | - | $138,944 | $6,323 |
| Ogne, Alberts & Stuart, P.C. | Legal | $6,912 | $4 | $24,579 | $574 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | - | $1,519 | $37 |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | Legal | $140 | - | $10,540 | $631 |
| Phelps Dunbar LLP | Legal | $437 | $19 | $173,566 | $58,208 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal | - | - | $26,169 | $358 |

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Porterfield, Harper & Mills, P.A. | Legal | - | - | $6,517 | $454 |
| Prichard, Hawkins, McFarland & Young, LLP | Legal | $16,692 | $1,237 | $59,014 | $6,351 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | - | - | $3,846 | $66 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Legal | $15,279 | $1 | $49,055 | $32 |
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | - | - | $394,559 | $27,026 |
| Robert M. Sigler | Legal | - | - | $24,305 | $200 |
| Robin Carmack & Gonia, LLP | Legal | $299 | $2 | $299 | $2 |
| Rogitz & Associates | Legal | $4,500 | - | $92,000 | $1,000 |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | Legal | - | - | $15,453 | $35 |
| Sidley Austin Brown & Wood LLP | Tax and Custom Consulting | - | - | $47,932 | $3,479 |
| Smith, Gambrell & Russell, L.L.P. | Legal | - | - | $18,000 | $3,411 |
| Stout Risius Ross, Inc. | Valuation | - | - | $63,298 | $443 |
| Sutherland Asbill & Brennan LLP | Legal | - | - | $756 | - |
| Swift Currie McGhee & Hiers, LLP | Legal | - | - | $776 | $53 |
| The Legal Department PLLC | Legal | $13,298 | - | $177,301 | $1,036 |
| Thorn, Gershon, Tymann | Legal | - | - | $3,649 | $245 |
| Tinoco Soares & Filho Ltda | Legal | - | - | $50 | - |

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax | $14,374 | $452 | $152,995 | $1,277 |
| Ward Norris Heller & Reidy, LLP | Legal | - | - | $2,872 | $41 |
| Wax Law Group | Legal | - | - | $139,040 | - |
| Wells, Anderson & Race, LLC | Legal | - | - | $4,093 | $11 |
| Weston Hurd LLP | Legal | - | - | $6,398 | $142 |
| White Brenner Group | Legal | $3,712 | - | $15,254 | - |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wolff & Samson PC | Legal | $2,819 | - | $49,569 | $1,190 |
| Wood, Herron & Evans, L.L.P. | Legal | $1,777 | $1 | $77,610 | $4,704 |
| Wooden & McLaughlin, LLP | Legal | - | - | $15,562 | $373 |
| Young & Basile P.C. | Legal | $39,950 | $1,168 | $183,983 | $14,318 |
| Yuasa & Hara | Legal | $1,751 | $1,410 | $411,310 | $57,449 |