IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, | Case No. 05-44481-rdd |
| Debtor. | |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS**

David H. Freedman of Erman, Teicher, Miller, Zucker & Freedman, P.C., hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

    Respectfully submitted,

    ERMAN, TEICHER, MILLER
    ZUCKER & FREEDMAN, P.C.

    By: */s/ David H. Freedman*
    David H. Freedman  (P40567)
    400 Galleria Officentre, Suite 444
    Southfield, MI  48034
    Tel. (248) 827-4100
    Email:  dfreedman@ermanteicher.com

DATED:  April 16, 2008

F:\CHAP11\delphi\req to be removed from elec filings dhf.DOC