**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                   :
                                                             :       **Chapter 11**
**DELPHI CORPORATION, et al.**                               :
                                                             :       **Case No. 05-44481**
                      **Debtors.**                           :
---------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their appearance as counsel for Venture Plastics Inc. ("Venture") and requests that the following names be removed from any service list in this case.

Dated: April 16, 2008                    Respectfully submitted,

                                         MARGULIES & LEVINSON LLP

                                         */s/ Jeffrey M. Levinson*
                                         Jeffrey M. Levinson (OBR# 0046746)
                                         Leah M. Caplan (OBR# 0037377)
                                         30100 Chagrin Blvd., Suite 250
                                         Cleveland, Ohio 44124
                                         (216) 514-4935
                                         (216) 514-4936 telecopier
                                         jml@ml-legal.com
                                         lmc@ml-legal.com

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Withdrawal of Appearance and Request for Service was filed electronically this 16th day of April, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                   */s/ Jeffrey M. Levinson*_____
                                                                   Jeffrey M. Levinson