Hearing Date: To be Determined
Objection Deadline: To be Determined

**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark S. Indelicato (MI-1459)
Edward L. Schnitzer (ES-6299)

and

**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Telephone: (214) 777-0046
Facsimile: (214) 777-4299
Attn: Robert J. Taylor

Attorneys for Affinia Canada Corp., EFT

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:**   :
:             **Chapter 11**
**DELPHI CORPORATION, et al.,**   :   **Case No. 05-44481 (RDD)**
:             **Jointly Administered**
**Debtor.**   :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Cecilia Celli being duly sworn, deposes and says:

1.  I am not a party to this action, I am over the age of 18 years and reside in Putnam County, New York.

2.  On April 16, 2008, I served a copy of the *Affidavit of Charles H. Mendeljian in Support of Motion to Reconsider Default Order Reducing Claim* via first class mail by depositing true copies thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following at the following addresses:

013180.002-1431312.1

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

and

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn:  John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Joseph N. Wharton, Esq.

_____
Cecilia Celli

Sworn to before me this
16th day of April 2008

_____
Notary Public

ROBERT J. MALATAK
Notary Public, State Of New York
No. 02MA6054214
Qualified in Nassau County
Commission Expires 1/29/2009

2

013180.002-1431312.1