VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                          :
In re:                                                    :       Chapter 11
                                                          :
DELPHI CORPORATION, *et al.,*                             :       Case No. 05-44481 (RDD)
                                                          :
                Debtors.                                  :       (Jointly Administered)
                                                          :
------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Varnum, Riddering, Schmidt & Howlett LLP requests that the following attorney be removed from ECF notification in the above-captioned case:

Michael S. McElwee (msmcelwee@varnumlaw.com)

Respectfully submitted,

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

Dated: April 17, 2008          By:   /s/ Michael S. McElwee
                                     Michael S. McElwee (P36088)
                                     333 Bridge Street, N.W., Ste. 1700
                                     Grand Rapids, MI 49504
                                     (616) 336-6827
                                     msmcelwee@varnumlaw.com

1876158_1.DOC