**Hearing Date: April 18, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

PROPOSED TWENTY-SECOND CLAIMS HEARING AGENDA

Location Of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A. Introduction

B. Adjourned Matters (3 Matters)

C. Uncontested Matter (1 Matter)

D. Contested Matter (1 Matter)

**B. Adjourned Matter**

1. **"Motion Of American Aikoku Alpha Inc. Motion For Leave To File Amended Proof Of Claim"** – American Aikoku Alpha Inc. Motion For Leave To File Amended Proof Of Claim (Docket No. 13114)

*Response Filed:* *A response will be filed.*

*Reply Filed:* *None.*

*Related Filings:* *Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Duplicate Or Amended Claims, (b) Untimely Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686)*

*Response of American Aikoku Alpha, Inc. To The Debtors' Twenty-Sixth Omnibus Claims Objection (Docket No. 13013)*

*Notice Of Deadline To File Motion For Leave To File Late Claims With Respect To Late Claims Filed By American Aikoku Alpha Inc. (Proofs Of Claim Nos. 16783 And 16796) (Docket No. 13083)*

*Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not*

*Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13153)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims And (II) Modifying (A) Claims Subject To Modification And (B) Modified Claim Asserting Reclamation Identified In Twenty-Sixth Omnibus Claims Objection (Docket No. 13178)*

*Status:* *By agreement of the parties, this matter is being adjourned to the May 8, 2008 claims hearing.*

2. **"S.A. Gevelot Extrusion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)

*Response Filed:* *Letter Objection Of S.A. Gevelot Extrusion To Debtors' Notice Of Assunption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, Dated February 8, 2008 (Undocketed)*

*Reply Filed:* *None.*

*Related Filings:* *Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12772)*

*Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002,6004, 6006, And 9014 (a) Authorizing And Approving (I) Sale Of Certain Of*

*Debtors' Assets Comprising Substantially All Of The Assets Of Steering And Halfshaft Business Free And Lear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 12868)*

*Order Resolving Certain Adjourned Objections To Debtors' Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Of Assets Of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 13177)*

*Status:* *By agreement of the parties, this matter is being adjourned to the May 8, 2008 claims hearing.*

3. **"S&Z Tool & Die Co., Inc. N/K/A S&Z Metal Works, Ltd."** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)

*Response Filed:* *Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Corresponding Cure Amount Proposed By Delphi Or Otherwise (Docket No. 12447)*

*Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13358)*

*Reply Filed:* *None.*

*Related Filings:* *Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12772)*

*Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002,6004, 6006, And 9014 (a) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Of The Assets Of Steering And Halfshaft Business Free And Lear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 12868)*

*Stipulation And Agreed Order Resolving In Part That Certain Objection And Response Of S&Z Tool & Die., Inc. N/K/A S&Z Metal Works, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Correspondence Cure Amount Proposed By Delphi Or Otherwise And Reserving Issues For Hearing (Docket No. 13166)*

*Order Resolving Certain Adjourned Objections To Debtors' Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Of Assets Of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases,*

*And (III) Assumption Of Certain Liabilities (Docket No. 13177)*

*Status:* *By agreement of the parties, this matter is being adjourned to the May 8, 2008 claims hearing.*

**C. Uncontested Matter**

4. **"Claims Objection Hearing Regarding Claim Of James Penney" –** Claims Objection Hearing Regarding Claim Of James Penney As Objected To On The Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

*Response Filed:* *Response To Twenty-Third Omnibus Objection (Docket No. 11476)*

*Reply Filed:* *Debtors' Omnibus Reply In Support Of Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 11542)*

*Related Filings:* *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Claim, (B) Certain Equity Claims, (C)Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order Identified In Twenty-Third Omnibus Claims Objection (Docket No. 11560)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 11395 (James Penney) (Docket No. 13192)*

*Debtors' Supplemental Reply To James Penney's Response To Debtors' Twenty-Third Omnibus Objection Regarding Claim No. 11395 (Docket No. 13338)*

*Status:* *By agreement of the parties, an order expunging proof of claim number 11395 will be submitted to the Court.*

**D. Contested Matter**

5. **"Motion Of City of Dayton, Ohio Motion For Leave To File Amended Proof Of Claim" –** Motion for Reconsideration of Expungement of the Claims of the City of Dayton related to the Debtors' Thirteenth Omnibus Objections (Docket No. 13092); City Of Dayton's Motion Requesting Authority To File A Claim After The Bar Date (Docket No. 13283)

*Response Filed:* *Debtors' Objection To City Of Dayton's (A) Motion For Reconsideration Of Expungement Of The Claims Of The City Of Dayton Related To The Debtors' Thirteenth Omnibus Objections And (B) Motion Requesting Authority To File A Claim After The Bar Date (Docket No. 13406)*

*Reply Filed:* *None.*

*Related Filings:* *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)*
*Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*

*P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)*

*Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Duplicate Or Amended Claims, (b) Untimely Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686)*

*Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13153)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims And (II) Modifying (A) Claims Subject To Modification And (B) Modified Claim Asserting Reclamation Identified In Twenty-Sixth Omnibus Claims Objection (Docket No. 13178)*

*Status:* *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
April 17, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:/s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
*Debtors and Debtors-in-Possession*