Monica S. Blacker
Texas State Bar No. 00796534
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:    (214) 659-4400
Facsimile:    (214) 659-4401

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION,, | § | |
| *et al.* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Andrews Kurth LLP requests that the following attorney be removed from ECF notification in the above-captioned case:

Monica S. Blacker (monicablacker@andrewskurth.com)

Respectfully submitted this 17th day of April, 2008.

                **ANDREWS KURTH LLP**

                By: /s/ Monica s. Blacker
                    Monica S. Blacker
                    Texas State Bar No. 00796534
            1717 Main Street, Suite 3700
            Dallas, Texas 75201
            Telephone:  (214) 659-4400
            Facsimile:   (214) 659-4401
            Email:   monicablacker@andrewskurth.com