BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
*rmcdowell@bodmanllp.com*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| | Chapter 11 |
| DELPHI CORPORATION, et al | |
| | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their appearance as counsel for KenSa LLC ("KenSa").

                                  BODMAN LLP

                                  By:  */s/* Ralph E. McDowell
                                        Ralph E. McDowell (P39235)
                                        6th Floor at Ford Field
                                        1901 St. Antoine Street
                                        Detroit, Michigan 48226
April 17, 2008                        (313) 259-7777

Detroit_839642_1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2008, the foregoing *Withdrawal of Appearance* was filed using the Court's CM/ECF filing system, which will send notification of such filing to all ECF participants.

                                                                /s/ Ralph E. McDowell

Dated: April 17, 2008                                                       Ralph E. McDowell

Detroit_839642_1