IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
　　In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Jeffrey C. Demma, a non-attorney, do hereby certify that on April 16, 2008, I caused the foregoing document to be served on the parties set forth on the Service List, attached hereto as Exhibit A, via certified messenger.

1) Expedited Motion For Order (I) Supplementing January 5, 2007 Dip Order (Docket No. 6461) And November 16, 2007 Dip Extension Order (Docket No. 10854) And Authorizing Debtors To (A) Extend Maturity Date Of Dip Facility, (B) Enter Into Related Documents, And(C) Pay Fees In Connection Therewith, And (II) Authorizing Debtors To Enter Into An Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13409)

2) Notice Of Expedited Motion For Order (I) Supplementing January 5, 2007 Dip Order (Docket No. 6461) And November 16, 2007 Dip Extension Order (Docket No. 10854) And Authorizing Debtors To (A) Extend Maturity Date Of Dip Facility, (B) Enter Into Related Documents, And (C) Pay Fees In Connection Therewith, And (II) Authorizing Debtors To Enter Into An Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13410)

Dated: April 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey C. Demma
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey C. Demma

Subscribed and sworn to (or affirmed) before
me on this 17th day of April, 2008.

Signature : /s/ Mirjana Mirkovic

Commission Expires:    7/10/2011

# EXHIBIT A

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Forhealth Technologies Inc | John G Loughnane | Mccarter & English Llp | 225 Franklin St | Boston | MA | 02110 |
| Power & Signal Group | John J Monaghan | Holland & Knight Llp | 10 St James Ave | Boston | MA | 02116 |

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D Cleary Jason J DeJonker Mohsin N Khambati Peter A Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Means Industries Inc | Michael Yetnikoff | Schiff Hardin Llp | 6600 Sears Tower | Chicago | IL | 60606 |
| Methode Electronics Inc | Attn Timothy S McFadden | Lord Bissell & Brook LLP | 111 South Wacker Drive | Chicago | IL | 60606 |
| Tricon Industries Inc | Attn Greg E Szilagyi Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plaza | Chicago | IL | 60602 |
| Wc Heraues | Peter A Clark | Mcdermott Will & Emery | 327 West Monroe St | Chicago | IL | 60606 |

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Equistar Chemicals | Attn Mark S Finkelstein | Shannon Martin Finkelstein & Alvarado PC | 2400 Two Houston Center 909 Fannin Street | Houston | TX | 77010 |

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Ad Hoc Commit Prepetit Lend Dk Acq | Allan Brilliant E Grillo B Harvey | Goodwin Procter Llp | 599 Lexington Ave | New York | NY | 10022 |
| Administrative Agent Pre Secured Le | B Angiolilo K Ziman W Russell Jr | Simpson Thacher & Bartlett Llp | 425 Lexington Ave | New York | NY | 10017 |
| Arc Automotive | Alan Halperin Christopher Battaglia | Halperin Battaglia Raicht Llp | 555 Madison Ave 9th Fl | New York | NY | 10022 |
| Arneses Electronics Auto Cordaflex | Deborah M Buell | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York | NY | 10006 |
| Automodular Assemblies Inc | Attn David Adler Brian F Moore | McCarter & English LLP | 245 Park Ave | New York | NY | 10167 |
| Brown Rudnick Berlack Israels LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 |
| Cohen Weiss & Simon LLP | Joseph J Vitale  Bruce Simon  Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 |
| Davis Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 |
| Denso International America Inc | Attn Marc E Richards | Blank Rome LLP | 405 Lexington Avenue | New York | NY | 10174 |
| Freescale Semiconductor Inc | Sandra A Riemer Canadice Frost | Phillips Nizer Llp | 666 Fifth Ave | New York | NY | 10103-0084 |
| Fried Frank Harris Shriver Jacobson | BE Sheler B Steingart V Melwani | J Rodburg R Slivinski | One New York Plaza | New York | NY | 10004 |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Fujikura America Inc Murata Elect | Paul M Baisier Robert W Dremluk | Seyfarth Shaw Llp | 1270 Ave Of The Americas Ste 2500 | New York | NY | 10020-1801 |
| General Motors Corporation | M Bienenstock M Kessler J Tanenbaum | Weil Gotshal & Manges Llp | 767 Fifth Ave | New York | NY | 10153-0119 |
| Hodgson Russ LLP | Stephen H Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 |
| Internal Revenue Service | Attn Insolvency Dept Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Jefferies & Company Inc | William Q Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank NA | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Kaiser Aluminum & Chemical Corp | Timothy Mehok | Heller Ehrman Llp | 7 Times Square | New York | NY | 10036-6524 |
| Kelley Drye | Craig A Wolfe | 101 Park Ave | | New York | NY | 10178-0002 |
| Kennedy Jennick & Murray PC | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z Novod Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Law Debenture Trust of New York | Daniel R Fisher Patrick J Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Magna International Inc And Certain Of Its Affiliates | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017 |
| Mesirow Financial | Leon Szlezinger | 666 Third Avenue | 21st Floor | New York | NY | 10017 |
| Morrison Cohen LLP | Joseph T Moldovan | 909 Third Avenue | | New York | NY | 10022 |
| Multek Flexible Circuit Sheldahl MX | Northfield Acquisition Co | Steven J Reisman Curtis Mallet Prev | 101 Pk Ave | New York | NY | 10178-0061 |
| Newman Aluminum Automotive Impact E | John S Mairo Brett S Moore | Porzio Bromberg & Newman Pc | 156 West 56th St | New York | NY | 10019 |
| Northeast Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Omega Tool Corp L&w Engineering Co Southtec Llc Dott Industries Inc Alps Automotive Inc Pioneer Automotive Technologies Inc Lakeside Plastics Limited Android Industries Inc Ai Doraville Llc And Ai Genesee Llc | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017-2803 |
| Pension Benefit Guaranty Corp | Merrill Stone M Bane M Somerstein | Kelley Drye & Warren Llp | 101 Pk Ave | New York | NY | 10178 |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Rothchild Inc | David L Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 |
| Simpson Thacher & Bartlett | Attn Kenneth S Ziman | 425 Lexington Ave | | New York | NY | 10017 |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust | William T Russell Jr | 425 Lexington Avenue | New York | NY | 10017 |
| Stevens & Lee PC | Chester Salomon Constantin Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Textron Fastening Systems Inc | Tracy L Klestadt | Klestadt & Winters Llp | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| United States Trustee | Alicia M Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Weil Gotshal & Manges LLP | Harvey R Miller Jeffrey L Tanenbaum Martin J Bienenstock Michael P Kessler | 767 Fifth Avenue | | New York | NY | 10153 |
| Xm Satellite Radio Inc | Scott A Golden | Hogan & Hartson Llp | 875 Third Ave | New York | NY | 10022 |
| Curtis Mallet Prevost Colt & Mosle | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |

**Cost is being calculated**

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| General Motors Corporation | Attn Peter D Isakoff | Weil Gotshal & Manges LLP | 1300 Eye Street NW Suite 900 | Washington | DC | 20005 |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| IUE CWA | James D Clark  Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 |
| McTigue Law Firm | Cornish F Hitchcock J Brian McTigue | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 |
| O'Melveny & Myers LLP | Tom A Jerman Rachel Janger | 1625 Eye Street NW | | Washington | DC | 20006 |
| Pension Benefit Guaranty Corp | Karen L Morris | Deputy Chief Counsel | 1200 K Street NW Ste 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corp | Jeffrey Cohen Ralph L Landy | 1200 K Street NW | Suite 340 | Washington | DC | 20005 |

Delphi Corporation
DIP Service List

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Essex Group | Michael R Seidl | Pachulski Stang Ziehl Young Jones | 919 North Market St 17th Fl | Wilmington | DE | 19801 |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |