UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation, et al.<br><br>Debtor. | Chapter 11<br><br>Case No.: 05-44481 (RDD)<br>(Jointly Administered) |

## WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their appearance as counsel for Wells Manufacturing Co., Inc., in the above-captioned proceeding and requests that the following names be removed from any service list in this case.

DATED:   April 17, 2008
         Buffalo, New York

                                                    /s/Bruce W. Hoover
Bruce W. Hoover, Esq. (BH0550)
GOLDBERG SEGALLA, LLP
*Attorneys for Wells Manufacturing Co., Inc.*
Goldberg Segalla, LLP
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone: (716) 566-5400
Facsimile: (716) 566-5401
bhoover@goldbergsegalla.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing Withdrawal of Appearance and Request for Service was filed electronically this 17th day of April, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/Bruce W. Hoover
                                            Bruce W. Hoover

384837.1