

BY MAIL ☐
BY HAND ☐

FEB 2 0 2008

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

**SKADDEN,ARPS,SLATE,
MEAGHER & FLOM LLP**
John Wm. Butler, Jr, John K. Lyons
Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
USA

And

**SKADDEN,ARPS,SLATE,
MEAGHER & FLOM LLP**
Kayalyn A. Marafioti ( KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Levallois, February 8, 2008

**RECORDED DELIVERY LETTER**

Cc.:   Dennis WALSH by email
       Pascal NAFRE by email

Our réf.: 9359/DELPHI/0208/JCD/sp

Subjet:  **CHAPTER 11 – Case N°05-44481 (RDD)**

Sirs,

We received your file regarding Chapter 11, case n°05-44481 (RDD) on January 25 2008, named :
NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE
TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS.

We do not agree about your EXHIBIT 1 – Contract to be assumed and/or assigned:
For Purchase order numbers SAG9013428, SAG9014577
We followed up DELPHI purchase department and DELPHI accountancy many times by emails and letters, we never received an answer from their side.

Please find attached a summary of all unpaid invoices with purchase order numbers SAG9013428, SAG9014577.
We can provide certified true copies of the invoices if necessary.

Waiting for your answer,
Best regards.

**Jean Charles DUBOIS**
Sales Manager

SAG9013428    59 285.62
SAG9014577    23 934.23

| | | | DELPHI USA | | | |
|---|---|---|---|---|---|---|
| DELPHI | 0117956 | facture n° | 19/10/05 | 20/10/05 | SAG9013428 | S-015291S | 198.95 |
| DELPHI | 0118091 | facture n° | 26/10/05 | 27/10/05 | SAG9013428 | 25563 | 6 366.24 |
| DELPHI | 0118079 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-024676S | 2 987.00 |
| DELPHI | 0118080 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-024739S | 2 987.00 |
| DELPHI | 0118081 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-024919S | 2 987.00 |
| DELPHI | 0118082 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-025128S | 2 987.00 |
| DELPHI | 0118083 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-025287S | 1 194.80 |
| DELPHI | 0118084 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-024229S | 2 987.00 |
| DELPHI | 0118085 | facture n° | 26/10/05 | 25/11/05 | SAG9014577 | S-024486S | 3 285.70 |
| DELPHI | 0117886 | facture n° | 18/10/05 | 25/11/05 | SAG9013428 | S-025579S | 9 151.47 |
| DELPHI | 0117887 | facture n° | 18/10/05 | 25/11/05 | SAG9013428 | 117-96015 | 19 098.72 |
| DELPHI | 0117888 | facture n° | 18/10/05 | 25/11/05 | SAG9013428 | S-025937S | 18 104.00 |
| DELPHI | 0117889 | facture n° | 18/10/05 | 25/11/05 | SAG9013428 | S-025563S | 6 366.24 |
| DELPHI | 0120894 | facture n° | 21/03/06 | 02/05/06 | SAG9014577 | S-041192S | 2 240.25 |
| DELPHI | 0122939 | facture n° | 28/06/06 | 02/08/06 | SAG9014577 | S-049148S | 2 278.48 |
| | | | | | | | 83 219.85 |