SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
                                :
    In re                         :        Chapter 11
                                :
DELPHI CORPORATION, et al.,    :        Case No. 05–44481 (RDD)
                                :
               Debtors.    :        (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        JOINT STIPULATION AND AGREED ORDER COMPROMISING
      AND ALLOWING PROOF OF CLAIM NUMBER 16794
                      (ROSALYN MOTLEY)

      Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Rosalyn Motley ("Motley") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16794 (Rosalyn Motley) and agree and state as follows:

      WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

      WHEREAS, on July 26, 2006 Motley filed proof of claim number 11184 ("Proof of Claim No. 11184") against Delphi, asserting an unsecured non-priority claim in the amount of $636,174.99 arising from a lawsuit filed in 2003 under the Americans With Disabilities Act captioned Rosalyn Motley v. Delphi Automotive Systems LLC, et al., Case No. CV-03-HS-1059-W.

      WHEREAS, on October 31, 2006 the Debtors objected to Proof of Claim No. 11184 pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452).

      WHEREAS, due to an error in the address as copied from Proof of Claim No. 11184, Motley did not receive a copy of the Third Omnibus Claims Objection and therefore did not file a response, and Proof of Claim No. 11184 was thus disallowed and expunged pursuant to the Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims

Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224) (the "Third Omnibus Claims Objection Order"), entered December 19, 2006.

WHEREAS, on February 6, 2008, proof of claim number 16794 was filed against DAS LLC as an unsecured non-priority claim in the amount of $40,000 (the "Claim").

WHEREAS, on February 15, 2008 the Debtors objected to Proof of Claim No. 16794 pursuant to the Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686) (the "Twenty-Sixth Omnibus Claims Objection").

WHEREAS, on March 4, 2008, Motley filed the Response Of Creditor Rosalyn Motley To Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12949) (the "Response").

WHEREAS, on March 31, 2008, DAS LLC and Motley entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $40,000.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.

3

9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Motley stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $40,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. The Response and the Twenty-Sixth Omnibus Claims Objection are deemed resolved pursuant to the terms of the Settlement Agreement.

So Ordered in New York, New York, this 18th day of April, 2008

        /s/Robert D. Drain  
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND  
APPROVED FOR ENTRY:

/s/ John K. Lyons  
John Wm. Butler, Jr.  
John K. Lyons  
Ron E. Meisler  
SKADDEN, ARPS, SLATE, MEAGHER  
  & FLOM LLP  
333 West Wacker Drive, Suite 2100  
Chicago, Illinois  60606-1285  
(312) 407-0700

- and –

  Kayalyn A. Marafioti  
  Thomas J. Matz  
Four Times Square  
New York, New York  10036  
(212) 735-3000

Attorneys for Delphi Corporation, et al.,  
    Debtors and Debtors-in-Possession

/s/ Deborah Mattison  
Deborah Mattison  
WIGGINS, CHILDS, QUINN, & PANTAZIS, LLC  
The Kress Building  
301 19th Street North  
Birmingham, AL 35203  
205)314-0500

Attorneys for Rosalyn Motley

4