SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
      In re                                :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,       :        Case No. 05–44481 (RDD)
                                        :
                     Debtors.        :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 9107 (ZENTRIX
TECHNOLOGIES INC AND AND SPCP GROUP, L.L.C., AS AGENT
FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT
CAPITAL OFFSHORE FUND, LTD.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Zentrix Technologies Inc. ("Zentrix") and SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. (collectively, "Silver Point," and together with Zentrix, the "Claimants"), respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9107 and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS on October 17, 2005, Zentrix submitted a demand to the Debtors asserting a reclamation claim in the amount of $53,989.19 which it subsequently modified to $49,939.19 (the "Reclamation Demand").

WHEREAS, on July 7, 2006, Zentrix filed proof of claim number 9107 against DAS LLC, asserting an unsecured non-priority claim in the amount of $98,067.90 (the "Claim") arising from the sale of goods to DAS LLC.

WHEREAS, on July 19, 2006, the Debtors and Zentrix entered into a letter agreement (the "Reclamation Letter Agreement") with respect to the Reclamation Demand, whereby the Debtors and Zentrix acknowledge and agree that the valid amount of the

Reclamation Demand is $149,208.16[1] (the "Reclamation Claim"), subject to the Debtors' right to seek, at any time and notwithstanding Zentrix's agreement to the amount set forth in the Reclamation Letter Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") to the Reclamation Claim are valid.

WHEREAS, on March 19, 2007, Zentrix assigned its interest in the Claim to Silver Point pursuant to a Notice of Transfer (Docket No. 7341).

WHEREAS, on April 2, 2007, Silver Point assigned part of its interest in the Claim to 3V Capital Master Fund Ltd. ("3V Capital") pursuant to a Notice of Transfer (Docket No. 7550).

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject to Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on May 24, 2007, Zentrix filed its Response Of Brush Wellman, Inc. And Zentrix Technologies, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain Claims (Docket No. 8026) (the "Response").

---

[1] This is the total amount of the reconciled reclamation claims for claim numbers 9105, 9106 and 9107. With respect to the Claim, the amount of the reconciled Reclamation Claim is $2,640.00.

WHEREAS, on July 30, 2007, 3V Capital assigned its interest in the Claim to Silver Point pursuant to a Notice of Transfer (Docket No. 8773).

WHEREAS, on October 2, 2007, the Second Amended And Restated Final Order Under 11 U.S.C. §§ 362, 503, And 546 And Fed. R. Bankr. P. 9019 Establishing Procedures For Treatment Of Reclamation Claims ("Second Amended And Restated Final Reclamation Order") (Docket No. 10409) was entered.  In accordance with the Second Amended And Restated Final Reclamation Order, Zentrix submitted its reclamation notice electing that its Reclamation Claim be treated, to the extent allowed and for purposes of distribution, as a general unsecured claim, including postpetition interest as set forth more fully in the Debtors' plan of reorganization.  By making this election, Zentrix waived its rights to seek administrative priority for its Reclamation Claim.

WHEREAS, on April 7, 2008, to resolve the Thirteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Claimants entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $71,073.31.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Claimants stipulate and agree as follows:

      1.      The Claim shall be allowed in the amount of $71,073.31 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

      2.      Zentrix agrees that its Response to the Thirteenth Omnibus Claims Objection shall be withdrawn with prejudice.

      3.      The Settlement Agreement does not impact, alter or affect any other proofs of claim that Claimants have filed or own against the Debtors and relates solely to those matters arising out of or related to the Claim.

So Ordered in New York, New York, this <u>18th</u> day of April, 2008

                                                                                    /s/Robert D. Drain
                                                           UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Jean R. Robertson |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606-1285<br>(312) 407-0700 | Jean R. Robertson<br>CALFEE, HALTER & GRISWOLD LLP<br>1400 KeyBank Center<br>800 Superior Avenue<br>Cleveland, Ohio 44114-2688<br><br>Attorneys for Zentrix Technologies Inc. |
|           - and – | /s/ Anthony B. Stumbo |
|   Kayalyn A. Marafioti<br>  Thomas J. Matz<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>Attorneys for Delphi Corporation, et al.,<br>  Debtors and Debtors-in-Possession | Paul Traub (PT 3752)<br>Maura I. Russell (MR 1178)<br>Anthony B. Stumbo (AS 9374)<br>DREIER LLP<br>499 Park Ave., 14th Floor<br>New York, New York 10022<br>(212) 328-6100<br><br>Attorneys for SPCP Group LLC as agent for<br>  Silver Point Capital Fund LP and Silver Point<br>  Capital Offshore Fund Ltd. |