UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
:
      In re                                        :          Chapter 11
:
DELPHI CORPORATION, et al.,       :          Case No. 05-44481 (RDD)
:
      Debtors.                             :          (Jointly Administered)
------------------------------------------------------X

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF GEORGIA            )
                                   )
COUNTY OF FULTON           )

J. Michael Levengood, being duly sworn, deposes and says:

      1.     I am a partner in the law firm of McKenna Long & Aldridge LLP ("MLA") which maintains offices at Albany and New York, New York, Atlanta, Georgia, Washington, D.C., Denver, Colorado, Philadelphia, Pennsylvania, San Francisco, Los Angeles, and San Diego, California and Brussels, Belgium.

      2.     Based on the conflicts search conducted by MLA and described herein, to the best of my knowledge, neither MLA, nor any partner, including myself, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (individually as to Delphi Corporation, the "Debtor" and collectively the "Debtors"), or their creditors, except as set forth in this affidavit. MLA's conflicts search was conducted using the list of Debtor's affiliates attached to the Petition, the list of holders of 5% or more of the voting securities of the Debtor attached to the Petition, the consolidated list of creditors holding the fifty largest unsecured claims of the Debtors, and the scheduled list of holders of secured claims against the Debtor.

      3.     MLA, has represented and advised the Debtor in general counseling on a variety of government contract matters. As of the Petition Date, MLA was owed $105.00 for such legal services.

      4.     The Debtors have requested, and MLA has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and MLA proposes, to render the following services to the Debtors: general counseling on a variety of government contract matters.

      5.     MLA's current fees arrangement is to submit monthly fee statements to the Debtors that (a) show the services performed by MLA; (b) seek payment for such services on an hourly basis; and (c) seek reimbursement of MLA's actual, necessary expenses and charges

incurred by MLA. Subsequent to the Petition Date, MLA has provided legal services to the Debtors for which it has submitted bills totaling $18,763.17. MLA's hourly rates vary with the experience, seniority, and location of the individuals assigned to any given task. MLA's hourly rates in the United States, subject to change from time to time, range as follows for the listed professional: from $370.00 - $750.00 for partners; from $415 to $675 for senior counsel; from $325.00 - $575.00 for of counsel; from $175.00 - $450.00 for associates; and from $110.00 - $235.00 for paralegals. The MLA attorneys expected to be most active in the Debtors' representation and their current hourly rates for this matter include the following: James J. Gallagher -- $350.00 and John Burkholder -- $418.50.

6. Except as set forth herein, no promises have been received by MLA or any partner, counsel or associate thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. MLA has no agreement with any entity to share with such entity any compensation received by MLA.

8. MLA and its partners, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. MLA does not and will not represent any such entity in connection with these pending chapter 11 cases and, insofar as I have been able to ascertain, does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which MLA is to be engaged.

9. Neither MLA, nor any of its partners, counsel or associates, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which MLA is to be engaged.

10. The foregoing constitutes the statement of MLA pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*/s/ J. Michael Levengood*
J. Michael Levengood

Subscribed and sworn before me
this 9th day of April, 2008.

*/s/ Florence W. Sharp*
Notary Public

[Notary Seal: FLORENCE W. SHARP, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES JULY 15, 2010]

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I served a copy of the within and foregoing Affidavit of Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated April 9, 2008

_____
J. Michael Levengood
Georgia Bar No. 447934
McKenna Long & Aldridge LLP
Suite 5300, 303 Peachtree Street
Atlanta, Georgia 30308