ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| **In re: DELPHI CORPORATION,** *et. al.*, | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| ------------------------------------------------------------x | : | |
| **DELPHI CORPORATION,** *et. al.*, | : | |
| | : | |
| Debtors | : | |
| | : | |
| v. | : | |
| | : | |
| **FURUKAWA ELECTRIC COMPANY, LTD.,** | : | |
| **FURUKAWA ELECTRIC NORTH** | : | |
| **AMERICA APD, INC.** | : | |
| ------------------------------------------------------------x | | |

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA      )
                                        )
COUNTY OF FULTON   )

B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

LEGAL02/30714378v1

captioned matter, and that on April 21, 2008, he caused a copy of the attached **Notice of Deposition** to be served upon Delphi Corporation and Delphi Automotive Systems, LLC, and Dr. Edward F. Smith, III by depositing a true copy of same in the United States Mail with adequate postage affixed and addressed as follows:

|  |  |
|---|---|
| A.T. Lippert, Jr., Esq.<br>CURRIE KENDALL PLC<br>6024 Eastman Ave.<br>Midland, MI 48640 | Neil Berger, Esq.<br>Sean McGrath, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119 |

Dr. Edward F. Smith, III
Deringer-Ney, Inc.
Ney Industrial Park
2 Douglas Street
Bloomfield CT, 06002

  FURTHER AFFIANT SAYETH NOT.

        /s/ B. Parker Miller
        B. PARKER MILLER

Sworn to and subscribed before me
this 21st day of April, 2008.

/s/ Scott Bobo
Notary Public

My Commission Expires:
June 1, 2010

- 2 -