Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
                                         :
In re                                    :   Chapter 11
                                         :
DELPHI CORPORATION, *et al.*,            :   Case No. 05-44481 (RDD)
                                         :
                                         :   (Jointly Administered)
                       Debtors.          :
---------------------------------------- x

### RESPONSE OF METHODE ELECTRONICS, INC. TO THE DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO (A) DUPLICATE OR AMENDED CLAIMS, (B) BOOKS AND RECORDS CLAIM, (C) UNTIMELY BOOKS AND RECORDS CLAIM, (D) UNTIMELY CLAIM, AND (E) CLAIMS SUBJECT TO MODIFICATION AND MODIFIED CLAIM ASSERTING RECLAMATION

Methode Electronics, Inc. and its affiliates ("Methode"), by its undersigned counsel,

hereby submits this Response to the Debtors' Twenty-Eighth Omnibus Objection Pursuant to 11

U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Books and

Records Claim, (C), Untimely Books and Records Claim, (D) Untimely Claim, and (E) Claims

CHI1 1482541v.1

Subject to Modification and Modified Claim Asserting Reclamation (the "Objection") and requests an order adjourning the hearing on the Objection insofar it relates to any claims of Methode. In support of this Response, Methode respectfully represents as follows:

## I.
## RESPONSE

1. In the Objection, the Debtor makes the following objections (the "Methode Objections") to various claims asserted by Methode: i) in Exhibit B-2, the Debtor objects to Methode's claim number 16194 as an untimely book and record claim; ii) in Exhibit D-1, the Debtor objects to Methode's claim numbers 4577, 4575, and 4576 as claims subject to modification.

2. Methode and the Debtor are in the process of discussing the Methode Objections and have been exchanging documents and information in order to reach a consensual agreement regarding the Methode Objections in the near future. Accordingly, Methode requests that the hearing on the Methode Objections be adjourned to allow Methode and the Debtor additional time to resolve these matters.

3. Methode reserves the right to respond to the Objection on any legal or factual basis in the future.

## II.
## CONCLUSION

4. For the foregoing reasons, Methode respectfully requests that the Court enter an order adjourning the hearing on the 28th Omnibus Claims Objection with respect to the Methode Objections addressed therein.

CHI1 1482541v.1

Dated: Chicago, Illinois
      April 22, 2008

LOCKE LORD BISSELL & LIDDELL LLP

/s/ Timothy S. McFadden
Timothy S. McFadden (TSM 9650)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

ATTORNEYS FOR METHODE ELECTRONICS, INC.

CHI1 1482541v.1