LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178)
Timothy S. McFadden (TSM 9650)

-and-

LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 (RDD) |
| DELPHI CORP, et al. | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy S. McFadden, being duly sworn according to law, depose and say that I am an attorney with the law firm Locke Lord Bissell & Liddell LLP.

On April 22, 2008, I caused a true copy of Response of Methode Electronics, Inc. to the Debtors' Twenty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Books and Records Claim, (C), Untimely Books and Records Claim, (D) Untimely Claim, and (E) Claims Subject to Modification and Modified Claim Asserting Reclamation to be served via Federal Express, upon the following addresses listed below:

CHI1 1482563v.1

| | |
|---|---|
| Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | **Counsel for the Creditors Committee**<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Rosenberg and Mark Broude |
| **Delphi Corporation**<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | **Counsel for the Official Committee of Equity Security Holders**<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| **Counsel for the Debtors**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. | **United States Trustee**<br>Office of the U.S. Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard |
| **Counsel for the Agent**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein and Brian Resnick | **Counsel for Blue Angel Claims LLC**<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, New York 10281-1003<br>Attn: Keith Sambur and Joon Hong |

Dated: April 22, 2008

/s/ Timothy S. McFadden
Timothy S. McFadden