# CIVIL COVER SHEET

08CV3752

Marrero

JS 44C/SDNY
REV. 1/97

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of The United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet

| PLAINTIFFS/APPELLANT | DEFENDANTS/APPELLEE |
|---|---|
| Automodular | Delphi Corporation, Inc. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Eduardo J. Glas, Esq.<br>McCarter & English, LLP, 245 Park Avenue, 27th Floor<br>New York, New York 10167 | Kayalyn A. Marafioti, Esq. & Ron E. Meisler, Esq.<br>Skadden, Arps Slate, Meagher & Flom, LLP<br>Four Times Square, New York, New York 10036 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
**Appeal from Order entered by Bankruptcy Court in Delphi Bankruptcy Case, Chapter 11, Case No. 05-44481 (RDD)**

Has this or a similar case been previously filed in SDNY at anytime? No? ☒ Yes? ☐ Judge Previously Assigned   05-44481 #13079

If yes, was this case Vol. ☐ invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

## (PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

**CONTRACT**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 151 MEDICARE ACT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- ☐ 160 STOCKHOLDERS SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY

**TORTS**
**PERSONAL INJURY**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- ☐ 362 PERSONAL INJURY MED. MALPRACTICE
- ☐ 365 PERSONAL INJURY PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**
**CIVIL RIGHTS**
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ACCOMMODATIONS
- ☐ 444 WELFARE
- ☐ 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- ☐ 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- ☐ 530 HABEAS CORPUS
- ☐ 535 DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS
- ☐ 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- ☐ 610 AGRICULTURE
- ☐ 620 FOOD & DRUG
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 630 LIQUOR LAWS
- ☐ 640 RR & TRUCK
- ☐ 650 AIRLINE REGS
- ☐ 660 OCCUPATIONAL SAFETY/HEALTH
- ☐ 690 OTHER

**LABOR**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT RELATIONS
- ☐ 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- ☐ 740 RAILWAY LABOR ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL RET INC SECURITY ACT

**ACTIONS UNDER STATUTES**
**BANKRUPTCY**
- ☒ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 COPYRIGHTS
- ☐ 830 PATENT
- ☐ 840 TRADEMARK

**SOCIAL SECURITY**
- ☐ 861 MIA (1395FF)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(G))
- ☐ 863 DIWW (405(G))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(G))

**FEDERAL TAX SUITS**
- ☐ 870 TAXES
- ☐ 871 IRS THIRD PARTY 26 USC 7609

**REAL PROPERTY**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**OTHER STATUTES**
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 410 ANTITRUST
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- ☐ 810 SELECTIVE SERVICE
- ☐ 850 SECURITIES/COMMODITIES/EXCHANGE
- ☐ 875 CUSTOMER CHALLENGE 12 USC 3410
- ☐ 891 AGRICULTURAL ACTS
- ☐ 892 ECONOMIC STABILIZATION ACT
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 894 ENERGY ALLOCATION ACT
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES
- ☐ 890 OTHER STATUTORY ACTIONS

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $ _____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND ☐ YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

12/99
ME1 7293773v.1

| (PLACE AN x IN ONE BOX ONLY) | | | | ORIGIN | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Removed from Appellate Court | ☐ 4 Reinstated or Reopened | ☒ 5 Transferred From (Specify District) U.S. Bankruptcy Court for the Southern District of N.Y. | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | | BASIS OF JURISDICTION | | |
|---|---|---|---|---|
| ☐ 1 U.S. PLAINTIFF | ☐ 2 U.S. DEFENDANT | ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY) | ☐ 4 DIVERSITY | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ | ☐ | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ | ☐ | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ | ☐ |
| CITIZEN OF ANOTHER STATE | ☐ | ☐ | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ | ☐ | FOREIGN NATION | ☐ | ☐ |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

**245 Park Avenue, 27th Floor**
**New York, New York, 10167**
**New York County**

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

**Four Times Square,**
**New York, New York 10036**
**New York County**

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS ☒ FOLEY SQUARE
(DO NOT check either box if this is a PRISONER PETITION.)

DATE April 15, 2008   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
                                                        ☐ NO
                                                        ☒ YES (DATE ADMITTED Mo. 12 Yr. 1999)
RECEIPT #                                               Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____   is so Designated

James M. Parkison, Clerk of Court by _____   Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

12/99
ME1 7293773v.1