05-44481-rdd    Doc 13451    Filed 04/23/08    Entered 04/23/08 19:05:12    Main Document
                                                                  Pg 1 of 2

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Fax:  (212) 697-1559
Steven J. Reisman (SR 4906)
James V. Drew (JD 2344)

*Attorneys for Multek Flexible Circuits, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :   Case No. 05-44481 (RDD)
                                                            :
DELPHI CORPORATION, *et al.*,                               :   Chapter 11
                                                            :
                              Debtors.                      :   Jointly Administered
                                                            :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF STATEMENT OF MULTEK FLEXIBLE CIRCUITS, INC. WITH RESPECT TO CURE CLAIMS

Multek Flexible Circuits, Inc. ("Multek"), by and through its undersigned counsel, hereby gives notice of its withdrawal with prejudice of the Statement of Multek Flexible Circuits, Inc. With Respect to Cure Claims, dated March 10, 2008 (Docket No. 13060), in accordance with the April 22, 2008 e-mail agreement between the Debtors and Multek with regard to treatment of proof of claim 13815, which claim has been resolved pursuant to that certain Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 13815 (Multek Flexible Circuits, Inc. and SPCP Group, L.L.C., as Agent for Silver Point Capital

Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.), dated October 10, 2007 (Docket No. 10514).

Dated: New York, New York
      April 23, 2008

              **CURTIS, MALLET-PREVOST,**
               **COLT & MOSLE LLP**

By: /s/ Steven J. Reisman
    Steven J. Reisman (SR 4906)
    James V. Drew (JD 2344)
    101 Park Avenue
    New York, New York 10178-0061
    Telephone: (212) 696-6000
    Facsimile: (212) 697-1559

    *Attorneys for Multek Flexible Circuits, Inc.*

4547756