**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re:

Delphi Corporation et al.                    Case No. 05-44481 (RDD)

------------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED, March 17, 2008 DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

Proof of Service of Subpoena