*In re Delphi Corporation, et al.,*
*Case No. 05-44481 (RDD)*

**Exhibit A – Cure Proposal For Asserted Contracts Not Contemplated Under Article 8 Of The Plan**

| Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Reason Contracts Not Assumed |
|---|---|---|---|
| 12934 | Fiduciary Counselors, Inc. | $3,490,580,050.00 (if IRS funding waiver is ignored)<br><br>$355,502,050.00 (if IRS funding waiver is included) | pension plans not assumed pursuant to Article 8 of the Plan |