*In re Delphi Corporation, et al.,*
*Case No. 05-44481 (RDD)*

**Exhibit B –Untimely Cure Proposal**

| Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Reason Not Entitled To Cure |
|---|---|---|---|
| 13236 | Microsoft Corporation | $3,005,830.42 | untimely cure proposal |