*In re Delphi Corporation, et al.,*
*Case No. 05-44481 (RDD)*

**Exhibit C – Books And Records Cure Proposals**

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| 1. | 12441 | Bank Of America, N.A. | $157,234.02 | Learjet Lease Learjet Charter Agreement Challenger Lease | $85,178.00 |
| 2. | 12546 | AT&T And Its Related Entities | $10,853,840.00 | Various agreements for telecommunication services and related services | $0.00 (see No. 9 below) |
| 3. | 12956 | Orix Warren, LLC | Unliquidated | Lease for 4551 Research Parkway, Warren, Ohio | $13,842.74 |
| 4. | 12973 | F&G Multislide, Inc. | $250,422.69 | D0450126844 D0550000257 D0550000989 D0550005716 D0550040290 D0550041274 D0550054594 D0550054595 D0550077222 D0550005085 | $19,838.88 |
| 5. | 12974 | F&G Tool & Die Co. Inc. | $145,739.73 | D0550041831 D0550047007 D0550060396 D0550069859 | $0.00 |
| 6. | 12976 | ATEL Leasing Corporation | $710,881.87 | Master Lease Agreement dated May 1, 1995 | $191,055.40 |
| 7. | 12983 | IBJTC Business Credit Corporation | $44,643.53 | Master Lease Agreement | $0.00 |
| 8. | 12988 | United Telephone Company of Ohio | $449,492.14 | Contract Nos. 02JABS5CPU5J and 02JABS5AS2B8 | $266,050.00 |

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| 9. | 12993 | AT&T Corp. And AT&T Solutions | $4,056,663.77 | Master Telecommunications Service Agreement dated November 19, 1999<br><br>Managed Network Agreement dated November 19, 1999 | $4,048,185.31 |
| 10. | 12995 | SBC Global Services, Inc. | $3,244,533.05 | Master Services Agreement dated August 17, 1999<br><br>Master Agreement dated February 2003 | $3,082,258.90 |
| 11. | 12996 | Cingular Wireless n/k/a AT&T Mobility LLC | $42,486.37 | Customer Digital Agreement dated December 23, 2003 | $0.00 |
| 12. | 12998 | General Electric Capital Corp. | $620,181.39 | Master Lease Agreement dated August 31, 2003 | $431,077.32 |
| 13. | 12999 | Emcon Technologies, LLC and Emcon Technologies Canada, LLC | $163,014.21 | 394620<br><br>394622<br><br>400176<br><br>400178 | $0.00 |

2

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| 14. | 13000 | Clarion Corporation of America | $1,721,353.05 | 450067797<br><br>4500828781<br><br>450082783<br><br>450089543<br><br>450090326<br><br>450100924<br><br>550045282<br><br>550045609<br><br>DO550045282<br><br>DO550045283<br><br>DO550052359<br><br>DO550056527 | $0.00 |
| 15. | 13008 | Fujikura America, Inc. | $30,481.45 | 550028999<br>550029000<br>550079361 | $22,518.00 |
| 16. | 13010 | American Aikoku Alpha, Inc. | $415,761.04 | SAG9012815<br>SAG9014657<br>SAG9015218<br>SAG9015386 | $413,908.96 |
| 17. | 13025 | SKF USA, Inc. | $4,299.52 | SAG014642 | $4,299.91 |
| 18. | 13034 | Lexington Rubber Group, Inc. | $360,000.00 | contracts associated with proofs of claim numbers 11924, 11925, 23262 | $352,350.80 |
| 19. | 13035 | Lord Corporation | $323,068.14 | Supply and Development Agreement | $320,688.36 |
| 20. | 13041 | Audio MPEG, Inc. | Unliquidated | 2003 License Agreement | $1,925,085.24 |

3

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| **21.** | 13042 | Spartech Corporation, Spartech Polycom, and affiliates | $1,832,945.29 | DO550028680<br>DO450329319<br>DO550028679<br>DO450374346<br>DO450423767<br>DO550151908<br>DO450428851<br>DO550164251<br>DO550079834<br>DO450311250<br>DO45447813<br>DO450522487<br>DO450428851<br>DO450551688<br>DO550190272<br>DO450585585<br>DO550190110<br>450622580<br>450635713<br>450651921<br>550164251<br>DO550028730<br>DO550028729<br>DO550079930<br>DO450232065<br>DO550087114<br>DO550146267<br>DO550079834<br>550190109<br>DO550138363<br>DO550190108<br>DO550164251<br>DO550190273<br>PEDP5030124<br>PEDP5030128<br>P5030124<br>DO550155146<br>550147166<br>PEDP7030026<br>DO550185713<br>550168931<br>DO550147166<br>DO550185712<br>PEDP5030125<br>PEDP7030023<br>PEDP6030048<br>PEDP6030052 | $0.00 |

4

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| | | | | PEDP50.0126<br>DO550057020<br>DO550057021<br>DO550077738<br>DO550082772<br>DO550143946<br><br>P5030717 | |
| 22. | Undocketed | Lawrence Tippmann, Sr. Family Limited Partnership | $58,763.23 | Lease for 1125 East Vaile Avenue, Kokomo, Indiana | $28,387.76 |
| 23. | Undocketed | ICX Corporation | $188,543.40 | 1251 lease<br>1455 lease | $0.00 |