*In re Delphi Corporation, et al.,*
*Case No. 05-44481 (RDD)*

**Exhibit D – Provisionally Allowed Cure Proposals**

| No. | Docket No. | Party Name | Cure Amount Asserted In Cure Proposal | Alleged Executory Contract or Unexpired Lease | Debtors' Reconciled Cure Amount |
|---|---|---|---|---|---|
| **1.** | 12409 | Offshore International, Inc. | $84,892.57 | Shelter Plan Service Agreement | $84,892.57 |
| **2.** | 12539 | XM Satellite Radio | $1,017,448.45 | OEM Receivers Production, Marketing and Licensing Agreement dated June 1, 2004 | $1,017,448.45 |
| **3.** | 13015 | Georgia Power Company | $406,933.35 | Master Contract for Electric Power | $406,933.35 |
| **4.** | Undocketed | TR Butterfield Trail Corporation | $32,627.13 | Warehouse Lease | $32,627.13 |