**Hearing Date and Time: April 30, 2008 at 10:00 a.m.**
**Objection Deadline: April 28, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
            Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FILING OF UNREDACTED CHART RELATING TO
SECOND DIP EXTENSION MOTION (DOCKET NO. 13409)

1.      On April 15, 2008, the Debtors filed the Expedited Motion For Order (I) Supplementing January 5, 2007 Dip Order (Docket No. 6461) And November 16, 2007 DIP Extension Order (Docket No. 10854) And Authorizing Debtors To (A) Extend Maturity Date Of DIP Facility, (B) Enter Into Related Documents, And (C) Pay Fees In Connection Therewith, And (II) Authorizing Debtors To Enter Into An Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13409) (the "Motion").

2.      The Motion included a chart containing redacted information related to certain pricing information for the Second Amended and Restated DIP Credit Agreement.[1]  In the Motion, the Debtors stated that they would submit an unredacted version of the chart promptly following the bank meeting at which the DIP extension is launched.  The DIP extension was launched at a bank meeting held on the morning of April 24, 2008.  The unredacted version of the chart below reflects the LIBOR floor and certain pricing presented at the bank meeting:[2]

|  | First Amended And Restated DIP Credit Agreement | Second Amended And Restated DIP Credit Agreement |
|---|---|---|
| **Maturity Date** | July 1, 2008 | December 31, 2008 |
| **Undrawn Pricing** | 50 bps | 100 bps |
| **Drawn Pricing** | Tranche A Borrowings: L+350<br>Tranche B Borrowings: L+350<br>Tranche C Borrowings: L+400 | Tranche A Borrowings: L+400<br>Tranche B Borrowings: L+400<br>Tranche C Borrowings: L+525 |
| **LIBOR Floor** | Tranche A Borrowings: None<br>Tranche B Borrowings: None<br>Tranche C Borrowings: None | Tranche B Borrowings: 3.25%<br>Tranche C Borrowings: 3.25% |

---

[1]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

[2]     The chart is intended only as an illustrative summary.  To the extent the description contained in this chart is inconsistent with the Fourth Amendment, the First Amended And Restated DIP Credit Agreement, or the Second Amended and Restated DIP Credit Agreement, the applicable document controls.

2

Dated:     New York, New York
           April 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3