ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re: DELPHI CORPORATION,** *et. al.*,         :    **Chapter 11**
                                                             :
                    Debtors.                         :    **Case No. 05-44481 (RDD)**
                                                             :    **Jointly Administered**
-------------------------------------------------------------x
**DELPHI CORPORATION,** *et. al.*,               :
                                                             :
                    Debtors                          :
                                                             :
**v.**                                                   :
                                                             :
**FURUKAWA ELECTRIC COMPANY, LTD.,**  :
**FURUKAWA ELECTRIC NORTH**             :
**AMERICA APD, INC.**                           :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA       )
                                          )
COUNTY OF FULTON      )

      B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within captioned matter, and that on April 25, 2008, he caused a copy of the attached **Notice of**

**Deposition** to be served upon the parties identified on the Service List attached hereto in the manner indicated.

        FURTHER AFFIANT SAYETH NOT.

/s/ B. Parker Miller
B. Parker Miller

Sworn to and subscribed before me
this 25th day of April, 2008.

/s/ Rachel G. Smith
Notary Public

My Commission Expires:
March 27, 2012

# SERVICE LIST
## Delphi Corporation, et al.

Lawrence. S. Buonomo, Esq.
Office of the General Counsel
General Motors Corporation
400 Renaissance Center
P.O. Box 400, MC 482-026-601
Detroit, MI 48265-4000
*Attorney for General Motors Corporation*


A.T. Lippert, Jr., Esq.
CURRIE KENDALL PLC
6024 Eastman Ave.
Midland, MI 48640
(989) 839-0300
*Attorneys for Delphi*


Neil Berger, Esq.
Sean McGrath, Esq.
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
*Attorneys for Delphi*