ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
H. Stephen Harris, Jr. (admitted *pro hac vice*)
Douglas G. Scribner (admitted *pro hac vice*)
B. Parker Miller (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re: DELPHI CORPORATION,** *et. al.*,                   :   Chapter 11
                                                            :
              Debtors.                                      :   Case No. 05-44481 (RDD)
                                                            :   Jointly Administered
------------------------------------------------------------x
**DELPHI CORPORATION,** *et. al.*,                          :
                                                            :
              Debtors                                       :
                                                            :
**v.**                                                      :
                                                            :
**FURUKAWA ELECTRIC COMPANY, LTD.,**                        :
**FURUKAWA ELECTRIC NORTH**                                 :
**AMERICA APD, INC.**                                       :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA       )
                       )
COUNTY OF FULTON       )

      B. Parker Miller, being duly sworn according to law, deposes and says that he is employed by the law firm of Alston & Bird LLP, attorneys for creditor Furukawa Company Electric, Ltd. and Furukawa Electric North America APD, Inc. in the within

- 1 -

LEGAL02/30789112v1

captioned matter, and that on April 25, 2008, he caused a copy of the attached **Notice of Deposition** to be served counsel for all parties by depositing a true copy of same by UPS overnight delivery addressed as follows:

| | |
|---|---|
| Lawrence. S. Buonomo, Esq.<br>Office of the General Counsel<br>General Motors Corporation<br>400 Renaissance Center<br>P.O. Box 400, MC 482-026-601<br>Detroit, MI 48265-4000<br>*Attorney for General Motors Corporation* | A.T. Lippert, Jr., Esq.<br>CURRIE KENDALL PLC<br>6024 Eastman Ave.<br>Midland, MI 48640<br>*Attorneys for Delphi Corporation* |
| Neil Berger, Esq.<br>Sean McGrath, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>*Attorneys for Delphi Corporation* | |

FURTHER AFFIANT SAYETH NOT.

/s/ Parker Miller
B. PARKER MILLER

Sworn to and subscribed before me
this 25th day of April, 2008.

/s/ Rachel G. Smith
Notary Public

My Commission Expires:
March 27, 2012

- 2 -

LEGAL02/30789112v1