CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION OF MASTER AUTOMATIC, INC.
TO NOTICE OF ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS**

Master Automatic, Inc. ("Master Automatic"), respectfully states as follows:

1.  The Debtors having provided Master Automatic with a copy of the Long Term Contract between Delphi Corporation LLC acting through its Delphi Saginaw Steering Systems and Master Automatic with a term of January 28, 2004 – December 31, 2011 (the "Long Term Contract"), and in reliance upon the Debtors' representations that cure amounts owed to Master Automatic under the purchase orders issued pursuant to the Long Term Contract will be paid pursuant to the terms of the Purchase Agreement and Sale Approval Order, Master Automatic withdraws its Objection to the Notice of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business.

5586377.2 02213/103399

| | |
|---|---|
| Dated: April 25, 2008 | Respectfully submitted, |
| | CLARK HILL PLC |
| |    /s/ Robert D. Gordon |
| | Robert D. Gordon (Mich. Bar No. P48627) |
| | 500 Woodward Avenue, Suite 3500 |
| | Detroit, Michigan 48226-3435 |
| | (313) 965-8572 |
| | rgordon@clarkhill.com |
| | Counsel to Master Automatic, Inc. |

-2-

5586377.2 02213/103399