April 12, 2008

1

Your Honor:

About a month ago we received this telephone call from a Counselor - Lawyer ?? ranting and raving — That I had sent a letter to you.

I couldn't get a word in edgewise so I finally hung up on him.

One of the things he said was because I sent the letter to you was that now we would get nothing

I have thought it over and figured that you might like to know this.

I think it was Kurtzman Carson Consultants, but as I said before I couldn't get a word in - to whom - I could find out who was talking to me.

It brought back old memories of the way we were treated after I had the stroke working for Saginaw Steering Gear - Division of General Motors.

I never worked for Delphi.

This was when I couldn't write my name legitable and had to be helped. My wife had to quit her job to help me. We still had 5 children going to school and couldn't resist anything General Motors and Saginaw Steering Gear Division decided to do, because of the condition I was in.

I heard through the grapevine that during this time that General Motors wanted me back to work but Metropolitan Insurance that had a $280,000 policy

on me they wouldn't go along with it. After all my wife had been told at the Medical Center in Ann Arbor, M.I. that I would only live about 18 months.

When I worked at Saginaw Steering Gear it was the most profitable Division of General Motors. I worked in Experimental Engineering and at different times as Technician Supervisor of the different types of Skilled Tradesmen. I know that I was one of their key men, but when I couldn't come back to work it appeared they turned against me.

When I think of all of that I did for them it gets me very upset. The overtime I gave them an didn't get paid. The

designs and innovations.

Then Randy Robertson told me and my wife we would have Full Coverage Blue Cross & Blue Shield Health Insurance for the rest of our lives. Which They Cut.

Every time we saw them they had different figures and wanted me to sign off my wifes vested pension rights which I wouldn't do.

They retired me in 1983

As I wrote before They put us through Hell! We had to cut back on every thing — None of the most modern conveniences no cable — no computer — no cable phones (which came a couple of years ago.)

We don't have a lot of things the low common people have.

But I know General Motors and Saginaw Steering Gear (Renamed) Delphi owe us a lot.

I've called Delphi numerous times in order to where we stood. But we can't get any answer.

We can't afford a lawyer. Some of them want a $1000. just for a consulting fee.

In 2003 they sent me a letter that with them being in Bankruptcy we didn't have to do anything. Then they start sending me things that didn't apply to us and things that did.

So we are sending you these things because we can't trust them.

To us it makes no difference if General Motors gave Delphi their

stock back to them for nothing. We have not done that!

exhibits
1 on notice
2 on date and Hearing
3 on voting
4 on rights
5 on our shares
6 on my stroke

Again I must say forgive me for bothering you. You are the only one we can put any trust in

Thank You

Alvin C. Schmidt

Darla J. Schmidt

Alvin & Darla Schmidt
9650 Langan St.
Spring Hill, FL 34606-0144

PHONE # 352-596-4908