April, 12, 08

Your Honor:

I know I shouldn't be bothering you as I know you are very busy. But I was only following the directions of the order pursuant to 11 U.S.C. §§ 105(A) and 502(C) (copy enclosed with this sheet)

We never received any notices outside of the one dated August 1, 2007 and a notice that if we held any notes against Delphi you had to sent in a claim form by I believe it was Dec 12, 2007

We didn't have any notes we had stock.

The notice of August 1 2007 is enclosed.

The reason I am writing back to you follows up on accompanying sheets

PLEASE TAKE FURTHER NOTICE that nothing contained herein or in the Rights Offering Estimation Motion is an admission against interest and all rights are fully preserved. Further, nothing in the Rights Offering Estimation Motion is intended to, nor shall any order granting the relief requested in the Rights Offering Estimation Motion, modify, impair, or affect any rights of the Debtors to object to, or seek to estimate, your Claim at a lesser amount for purposes of allowance and distribution. Moreover, to the extent that such provisional allowance or estimation results in your receiving more Discount Rights than you should have received based on the ultimate allowed amount of your claim and such rights are transferred or exercised (the "Excess Discount Rights"), then, in the Reorganized Debtors' sole discretion, (a) an amount of New Common Stock (at Plan value) equivalent to the value of the Excess Discount Rights (at Plan value) (the "Discount Rights Value") will be withheld from the ultimate distribution on account of your claim or (b) you will be required to remit payment to the Reorganized Debtors in an amount equal to the value of the Excess Discount Rights.

PLEASE TAKE FURTHER NOTICE that the following objection procedures apply with respect to the Rights Offering Estimation Motion and the Discount Rights Offering Participation Amount set forth above:

1. Objections, if any, to the Discount Rights Offering Participation Amount above must (a) be in writing, (b) state with specificity the amount at which your claim should be estimated for the purpose of participation in the Discount Rights Offering, (c) include appropriate documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006 (Docket No. 10661), (e) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (f) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (g) be served in hard-copy form **so that they are actually received by January 11, 2008 at 4:00 p.m. (prevailing Eastern time) by** (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr. and John K. Lyons), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450

3

# DELPHI

102002

ALVIN C SCHMIDT & DARLA J SCHMIDT TRS
U/A DTD 12/22/00
ALVIN SCHMIDT & DARLA SCHMIDT
FAMILY REVOCABLE LIVING TRUST
9650 LANGAN ST
SPRING HILL FL  34606

August 1, 2007

Dear Shareholder,

I am writing to inform you that, effective Monday, August 13, 2007, Computershare Shareholder Services, Inc. will be Delphi's new transfer agent.

Should you have any questions or require services prior to August 13, please contact The Bank of New York to service your account. You can contact The Bank of New York at 800 818 6599 (US and Canada), or 610 312 5303 (from outside the US). The conversion of your account to Computershare's systems will be completed over the weekend of August 11 to minimize any disruption in service to you. Computershare will not have access to Delphi's shareholder information until the effective date.

Please note that you do not need to take any action as a result of this change. Your account information will transfer automatically and you can begin using Computershare's services as of the above-mentioned effective date.

After your account has been transferred to Computershare, you will receive a welcome letter providing you with details regarding their services as well as a new account number. You will need this account number when you communicate with Computershare.

The toll-free telephone number for US shareholders remains unchanged:

**Computershare contact information – *Please use beginning Monday, August 13, 2007.***

Beginning Monday, August 13, please direct your inquiries and transaction requests to Computershare via one of the options listed below:

| | |
|---|---|
| Telephone inquiries: | 800-818 6599 (US and Canada) |
| | 781-575 4653 (non-US) |
| Email inquiries: | web.queries@computershare.com |
| Written requests: | Computershare Shareholder Services |
| | P.O. Box 43078 |
| | Providence, RI 02940 |
| | |
| | By overnight delivery: |
| | Computershare Shareholder Services |
| | 250 Royall Street |
| | Canton, MA 02021 |

Additionally, all transfer agent contact information is available on our website, www.delphi.com, on the Investor Information section, under the Shareholder Services link. This site will be updated with the new details shortly.

We thank you for your continued support of **Delphi**.
Sincerely,

Al VanDenBergh
Director, Investor Relations