2

Your Honor:
We received this letter, notice of hearing on motion for order pursuant to U.S.C. §§ 105(a) and 502(c), and Ad Hoc Bondholder Committee composition (which was a stack of paper almost 2 inches thick at 10:58 A.M. January 17, 2008 when the hearing already had started at 10:00 A.M. The same date which didn't give me time to go through them to respond.

Hearing Date And Time: January 17, 2008 At 10:00 a.m.
Objection Deadline: January 11, 2008 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
   In re                              :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481 (RDD)
                                      :
                   Debtors.           :   (Jointly Administered)
                                      :
------------------------------------- x

## NOTICE OF

(1) APPROVAL OF DISCLOSURE STATEMENT;
(2) HEARING ON CONFIRMATION OF PLAN;
(3) DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN;
(4) DEADLINE AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS FOR VOTING PURPOSES;
(5) DEADLINE FOR ASSERTING CURE CLAIMS FOR ASSUMED CONTRACTS;
(6) TREATMENT OF CERTAIN UNLIQUIDATED, CONTINGENT, OR DISPUTED CLAIMS FOR NOTICE, VOTING, AND DISTRIBUTION PURPOSES;
(7) RECORD DATE;
(8) VOTING DEADLINE FOR RECEIPT OF BALLOTS; AND
(9) PROPOSED RELEASES, EXCULPATION, AND INJUNCTION IN PLAN

TO ALL CREDITORS AND INTEREST HOLDERS, INCLUDING EQUITY SECURITY HOLDERS OF DELPHI CORPORATION AND ITS AFFILIATED DEBTORS-IN-POSSESSION:

PLEASE TAKE NOTICE that Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are soliciting acceptances of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (as may be further amended or modified, the "Plan") from holders of impaired claims and interests who are (or may be) entitled to receive distributions under the Plan.

PLEASE TAKE FURTHER NOTICE that if the Plan is confirmed by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") the terms of the Plan will be binding on all holders of claims against, and all current and former holders of equity security and other interests in, the respective Debtors.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has entered an order on December 10, 2007 (the "Solicitation Procedures Order") (Docket No. 11389) approving the disclosure statement (the "Disclosure Statement") with respect to the Plan and providing, among other things, that:

1. Confirmation Hearing Date. The hearing to consider confirmation of the Plan (the "Confirmation Hearing"), will commence on **January 17, 2008 at 10:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel can be heard, before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. The Confirmation Hearing may be adjourned from time to time by announcing the

05-44481-rdd    3467-2    Entered 04/28/08 11:

# FedEx Express

Received at 10:58 A.M.
January 17, 2008
Eli E. Schmidt
Darla Schmidt

The World

ORIGIN ID: OLVA (310) 823-9000
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

TO
ALVIN AND DARLA SCHMIDT
9650 LANGAN ST

SPRING HILL, FL 346060144

Ref: DELPHI MEMPHIS ENA
Dept: Delphi

PRIORITY OVERNIGHT

TRK#  9602 1482 4814    Form 0201

34606  -FL-US    XH GIF

For FedEx Express Ship