In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

*note is on 2nd. Page*

## EXHIBIT A - RIGHTS OFFERING ESTIMATION MOTION

| CREDITOR'S NAME | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | DISCOUNT RIGHTS OFFERING PARTICIPATION AMOUNT |
|---|---|---|---|---|
| ALVIN C SCHMIDT AND DARLA J SCHMIDT | 11801 | $79,580.00 | 7/28/2006 | $0.00 |
| AMBRAKE CORPORATION | 6844 | $2,773,276.88 | 5/25/2006 | $2,768,486.44 |
| AMD INTERNATIONAL SALES & SERVICE LTD | 10589 | $136,561.72 | 7/25/2006 | $33,973.92 |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1378 | $0.00 | 12/29/2005 | $0.00 |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1379 | $0.00 | 12/29/2005 | $0.00 |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1380 | $0.00 | 12/29/2005 | $0.00 |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1381 | $0.00 | 12/29/2005 | $0.00 |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1382 | $0.00 | 12/29/2005 | $0.00 |

NL stands for Unliquidated

# DELPHI



161 Bay State Drive
Braintree Massachusetts 02184
Telephone 800 279 7134
www.computershare.com

006057

ALVIN C SCHMIDT & DARLA J SCHMIDT T U/A DTD
12/22/00
ALVIN SCHMIDT & DARLA SCHMIDT
FAMILY REVOCABLE LIVING TRUST
9650 LANGAN ST
SPRING HILL FL 34606

C0003730247    IND

Subscription Rights    48

## DELPHI PAR RIGHTS OFFERING

THIS PAR RIGHTS OFFERING EXPIRES AT 5:00 P.M., NEW YORK CITY TIME, ON MARCH 31, 2008, UNLESS THE EXERCISE PERIOD IS EXTENDED.

Delphi has distributed to each holder of its common stock, at no charge, for each 26 shares of its common stock owned of record at 5:00 p.m., New York City time, on January 17, 2008 (the "Record Date"), one nontransferable right to purchase one share of common stock of reorganized Delphi (the "Par Rights"). The terms and conditions of the Par Rights offering are set forth in Delphi's Prospectus dated March 11, 2008 (as it may be amended or supplemented, the "Prospectus"), which is incorporated into this certificate by reference. Capitalized terms used but not defined herein have the meanings set forth in the Prospectus. The owner of this certificate is entitled to the number of Par Rights, and is entitled to exercise the Par Rights for the number of shares, shown on this certificate.

### THE PAR RIGHTS ARE NOT TRANSFERABLE

The Par Rights are not transferable. Delphi cannot assure you that the shares of common stock of reorganized Delphi issued in respect of exercised Par Rights will ever be listed on the New York Stock Exchange, the Nasdaq Global Select Market or any other securities exchange or quotation system.

### EXERCISE PRICE

The exercise price for the par rights is $59.61 in cash per full share.

### METHOD OF EXERCISE OF RIGHTS

IN ORDER TO EXERCISE YOUR PAR RIGHTS, YOU MUST PROPERLY COMPLETE AND SIGN THIS RIGHTS CERTIFICATE ON THE BACK AND RETURN IT IN THE ENVELOPE PROVIDED TO COMPUTERSHARE TRUST COMPANY, N.A., TOGETHER WITH PAYMENT IN FULL FOR AN AMOUNT EQUAL TO THE EXERCISE PRICE MULTIPLIED BY THE TOTAL NUMBER OF SHARES OF COMMON STOCK THAT YOU ARE PURCHASING TO THE RIGHTS AGENT, COMPUTERSHARE TRUST COMPANY, N.A., BEFORE 5:00 P.M., NEW YORK CITY TIME, ON MARCH 31, 2008, UNLESS THE EXERCISE PERIOD IS EXTENDED.

| Holder ID | COY | Class | Rights Qty Issued | Rights Cert # | Rights Exercise Amt. ($) |
|---|---|---|---|---|---|
| C0003730247 | DPHI | RE1 | 48 | 00117705 | 2861.28 |

| Signature of Owner and U.S. Person for Tax Certification | Signature of Co-Owner (if more than one registered holder listed) | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

*How come one time they say we don't have any rights — Then they say that we do?*

00117705    RE1    XRT1    DPHI    2861.28