5

WHEN WE BECAME
THE HOLDERS OF
G.M. STOCK

TRANSFER INTO TRUS

THE OLD TRANSFER-
COPIES OF THE STOCK W
RECEIVED

# RAYMOND JAMES
## FINANCIAL SERVICES, INC.
Member NASD/SIPC

**Security Receipt**

| Form # | Account # |
|---|---|
| 1048 | 45042210 |

| Branch # | FA # | Speed Dial # |
|---|---|---|
| 520 | 4731 | 9106 |

Date: 1-9-01    IRA Code: _____

Account Name: **ALVIN & DARLA SCHMIDT RESTATED REV. LIV. TRUST**

Quantity: **1796**   Description: **GENERAL MOTORS CORP.**

Interest Rate: _____   Maturity Date: _____

Circle one: (Common) Preferred  Warrant  Right  Mutual Fund  UIT  Reg'd Bond (include % and maturity date in description)  Other

| # of Shares/Bonds | Certificate # | Certificate Date | Registration |
|---|---|---|---|
| 1348 | 133309 | 8-28-92 | ALVIN & DARLA SCHMIDT |
| 43 | 546-367 | 2-1-80 | " " |
| 52 | 645-462 | 2-2-81 | " " |
| 62 | 78-022 | 2-1-82 | " " |
| 67 | 208-704 | 8-2-82 | " " |
| 224 | 108314 | 3-31-89 | " " |

Received by: **Jane Kiel**

☐ Endorsed
A=Attached or T=To Follow
**A** Stock/Bond Power
___ Government Power
___ Copy of Trust
___ Certificate of Incumbency
___ Corporate Resolution**
___ Certified Death Certificate
___ Affidavit of Domicile
___ Letters Testamentary*
___ Copy of Will
___ Power of Attorney
___ Full Force & Effect
___ Proof of Age
___ GDN Appointment*
___ GDN Court Order to Sell*
___ Inheritance Tax Waiver
___ Other _____

Disposition of Securities
Check where appropriate (Defaults to Street Name)
___ Sold/To be Sold
___ Deposit to Account Street Name
___ Deposit to Account Customer Name
___ Tender, Maturity, Called:
Date _____
___ Reissue Balance from Sale
**X** Register and Ship as per Account
___ Register as per LOA
___ Mail to Client ___ Mail to New Owner
Charge ___ Client ___ FA ___ Branch
✓ Branch Mgr Approval (initial)

Mutual Fund Certificate (if applicable)
___ Margin
___ Network
___ Sold/To be Sold
___ Hold in Safekeeping
___ Deposit at Fund
Distribution Option _____

Special Payee:

*Certified copy dated within 60 days
**Certified original dated within 30 days

It was during the 1980's we were building the plants overseas and when Delphi was formed we were told it was an International Company. That is why I wrote in the letter we last them owned their name even.

I hereby certify that _____
and _____
is one-and-the-same person.
X _____

This authorized Raymond James & Associates, Inc. to deposit the above referenced securities in the name of
**ALVIN & DARLA SCHMIDT**
into the account registered to
**ALVIN & DARLA SCHMIDT REST. REV. LIV. TRUST**

Reg'd holder signature x _Alvin C. Schmidt_
Reg'd holder signature (if joint) x _Darla J. Schmidt_

**Home Office Use Only**

LOCATION _____   DATE _____

CUSIP _____

**Reorganization**

114A1048RJFS2/99     White - Client     Yellow - Stock Receive     Pink - Branch     Gold - FA

**Saginaw**
**Steering Gear Division** GENERAL MOTORS CORPORATION
SAGINAW, MICHIGAN 48605 · TEL 517 776-5000

September 21, 1983

Mr. Alvin C. Schmidt
1346 West Denver
Weidman, MI 48893

Dear Mr. Schmidt:

Please complete and return promptly the attached SSPP-TEFRA form. This is required as a result of your withdrawal from the General Motors Stock Savings Program due to retirement.

If you have any questions, contact Gary Keinath on 776-5956.

Sincerely,

R. J. Haubenstricker
Supervisor, Salary Payroll

776-5972

GK:jd

Enclosures

ssppf,w1

*[Handwritten note:]* General Motors knew of my condition so they retired me. Took me off of disability to take away our Blue Cross - Blue Shield full coverage insurance put me on medicare.

QUALITY PRODUCTS designed and built for reliable performance

POWER AND MANUAL STEERING SYSTEMS • ANTI-THEFT, ENERGY-ABSORBING, STANDARD AND ADJUSTABLE STEERING COLUMNS • RACK & PINION STEERING • UNIVERSAL JOINTS •
PROPELLER SHAFTS • STEERING LINKAGES • AIR PUMPS • VACUUM PUMPS • FRONT-WHEEL DRIVE AXLES • FRONT END SUSPENSIONS • B/B SCREW & SPLINE ASSEMBLIES

SAGINAW STEERING GEAR DIVISION
3900 HOLLAND ROAD
SAGINAW         MI 48605

This annual accounts statement has been prepared for you based on information as of December 31, 1981. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of the Personnel Office.

## SALARIED RETIREMENT PROGRAM

Through December 31, 1981 your credited service is 16 years and 0 months.

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    44001 A      1049

A C SCHMIDT
5669    JUNIPER LN
SAGINAW        MI 48603

Your contributions are:
Prior to 7-1-77.....  $3,957.41
7-1-77 to 10-1-79...    $817.64
After 10-1-79.......    $869.34

## SAVINGS-STOCK PURCHASE PROGRAM

Total Value of your Account Dec. 31, 1981

U.S. Savings Bonds (at cost) .......
Diversified U.S.
   Securities a  $211.3600 .....  $9,798
GM Common Stock a  $38.56  .....  $21,561
Income Fund.........................
Equity Index Fund a  $169.41 .....
Cash................................
       Total...................... $31,359

*WHERE DID THIS GO?*

The statement below shows your account status after the class distribution for 1978, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1979, 1980 and 1981, are subject to being "earned out" in accordance with the terms of the Program.

### ANNUAL STATEMENT OF ACCOUNT

|  | CLASSES EARNED OUT THROUGH 1978 | - - - CLASSES NOT EARNED OUT - - - | | | |
|---|---|---|---|---|---|
|  |  | 1979 | 1980 | 1981 | TOTALS |
| Your Savings 1. U.S. Savings Bonds | $7,435 | $2,930 | $3,257 | $3,509 | $17,131 |
| Purchased with Your Savings and Earnings on Your Savings — 2. Units of Diversified U.S. Securities | 20.2817 | 8.3478 | 8.8161 | 8.9159 | 46.3615 |
| 3. Shares of GM Common Stock | 87.7070 | 25.6365 | 33.4228 | 37.8099 | 184.5762 |
| 4. Income Fund |  |  |  |  |  |
| 5. Units of Equity Index Fund Cash Balance Plus Interest |  |  |  |  |  |
| Purchased with GM Contributions — Shares of GM Common Stock | 87.7070 | 30.7636 | 36.9502 | 22.6860 | 178.1068 |
| Purchased with all Dividends — Shares of GM Common Stock | 179.6240 | 9.6499 | 5.7295 | 1.4443 | 196.4477 |

## EMPLOYE STOCK OWNERSHIP PLAN

The statement below shows your account status as of December 31, 1981. It includes shares of GM common stock purchased with any voluntary contributions you made and purchased with matching contributions made by GM, during 1981 for Plan Year 1980.

### ANNUAL STATEMENT OF ACCOUNT

| PLAN YEAR | GM AUTOMATIC CONTRIBUTION | *YOUR CONTRIBUTION | *GM MATCHING CONTRIBUTION | ALL DIVIDENDS | TOTAL SHARES |
|---|---|---|---|---|---|
| 1975-1979 | 12.5946 | 7.7471 | 6.7150 | 5.5884 | 32.6451 |
| 1980 | 1.1475 | 1.2741 | .9703 | .0339 | 3.4258 |
| TOTAL | 13.7421 | 9.0212 | 7.6853 | 5.6223 | 36.0709 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1980, you and GM each contributed $46. Based on the December 31, 1981 GM common stock price of $38.56, the market value of your account was $1,390.98.

**GM**

**242nd**
Cash Dividend
on
General Motors
Common Stock

March 10, 1978

On February 6, 1978, your Board of Directors declared a regular quarterly dividend of $1.00 per share on the outstanding common stock, payable March 10, 1978, to stockholders of record February 16, 1978. In the first quarter of 1977, a regular dividend of $0.85 per share was paid.

The March 1978 dividend distribution to about 1,260,000 holders of General Motors common stock totals approximately $286,000,000.

---

The enclosed check is in payment of your dividend. No acknowledgment is required, but you are requested to cash or deposit the check promptly.

# Security Receipt

**RAYMOND JAMES**
FINANCIAL SERVICES, INC.
Member NASD/SIPC

| Form # | Account # |
|---|---|
| 1048 | 45042210 |

| Branch # | FA # | Speed Dial # |
|---|---|---|
| 520 | 4731 | 9106 |

Date **1-9-01**   IRA Code _____

Account Name **ALVIN & DARLA SCHMIDT REST. REV. LIV. TRUST**

Quantity **1255**   Description **DELPHI AUTOMOTIVE SYSTEMS CORP.**

_____ Interest Rate _____ Maturity Date _____

Circle one (**Common**) Preferred   Warrant   Right   Mutual Fund   UIT   Reg'd Bond (include % and maturity date in description)   Other

| # of Shares/Bonds | Certificate # | Certificate Date | Registration |
|---|---|---|---|
| 1255 | 62084 | 6-21-99 | ALVIN & DARLA SCHMIDT |

Received by **Jane Kiel**

[ ] Endorsed
A=Attached or T=To Follow
**A** Stock/Bond Power
____ Government Power
____ Copy of Trust
____ Certificate of Incumbency
____ Corporate Resolution**
____ Certified Death Certificate
____ Affidavit of Domicile
____ Letters Testamentary*
____ Copy of Will
____ Power of Attorney
____ Full Force & Effect
____ Proof of Age
____ GDN Appointment*
____ GDN Court Order to Sell*
____ Inheritance Tax Waiver
____ Other _____

Disposition of Securities   (Defaults to
Check where appropriate   Street Name)
____ Sold/To be Sold
____ Deposit to Account Street Name
____ Deposit to Account Customer Name
____ Tender, Maturity, Called:
    Date _____
____ Reissue Balance from Sale
**X** Register and Ship as per Account
____ Register as per LOA
____ Mail to Client ____ Mail to New Owner
    Charge ____ Client ____ FA ____ Branch
**JK** Branch Mgr Approval (initial)

Mutual Fund Certificate (if applicable)
____ Margin
____ Network
____ Sold/To be Sold
____ Hold in Safekeeping
____ Deposit at Fund
Distribution Option _____

Special Payee:
_____
_____
_____

*Certified copy dated within 60 days
**Certified original dated within 30 days

I hereby certify that _____
_____
and _____
is one-and-the-same person.
x _____

This authorized Raymond James & Associates, Inc. to deposit the above referenced securities in the name of
**ALVIN & DARLA SCHMIDT**
into the account registered to
**ALVIN & DARLA SCHMIDT RES. REV. LIV. TR.**
Reg'd holder signature x _Alvin L. Schmidt_
Req'd holder signature (if joint) x _Darla J. Schmidt_

114A 1048 RJFS 2/99       White - Client       Yellow - Stock Receive       Pink - Branch       Gold - FA

**Home Office Use Only**

LOCATION _____   DATE _____

_____   _____
_____   _____
_____   _____

CUSIP _____

**Reorganization**

# COMMON STOCK
PAR VALUE $.01

THIS CERTIFICATE IS TRANSFERABLE IN BOSTON, MASSACHUSETTS OR IN NEW YORK, NEW YORK

# COMMON STOCK
PAR VALUE $.01

CUSIP 247126 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS





# DELPHI AUTOMOTIVE SYSTEMS CORPORATION
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

This certifies that

ALVIN C SCHMIDT & CARLA J SCHMIDT
CO-TTEE U/A DTD 12/22/90
ALVIN SCHMIDT & CARLA SCHMIDT
FAMILY REVOCABLE LIVING TRUST
2550 LANDAU ST
SPRING HILL FL 34609

is the owner of

ONE THOUSAND TWO HUNDRED FIFTY FIVE

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF

Delphi Automotive Systems Corporation transferable in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are subject to all the laws, conditions and limitations of Incorporation and all Amendments thereto and Supplements thereof. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the signatures of its duly authorized officers.

Dated: JAN 17, 2001

COUNTERSIGNED AND REGISTERED:
THE BANK OF NEW YORK
TRANSFER AGENT AND REGISTRAR

BY
AUTHORIZED SIGNATURE

Wane L. Kaye
SECRETARY

J. Battenberg III
CHAIRMAN OF THE BOARD

*Is this copy stock like the right they have should receive from Delphi*

COPY

