Information on my strokes and Government Help.

## THE UNIVERSITY OF MICHIGAN
### ANN ARBOR
### Medical Center

**UNIVERSITY HOSPITAL**

PAGE THREE                                             RE: SCHMIDT, ALVIN
                                                       REG.NO: 1 735 078 1

rheumatoid factor were negative. The patient had a head CT scan after
a stroke which was within normal limits shortly after the stroke. After
resolution of his stroke, the patient was started on Couamdin, currently
on Coumadin 7.5 mg p.o.q.d. The patient was discharged to home on
10-21-82 in fair condition.

Discharge Medications include Digoxin .375 mg p.o.q.d., Nitrodur
50 cm squared p.o.q.d., Coumadin 7.5 mg p.o.q.d., Lasix 40 mg p.o.q.a.m.,
Kay-Ciel 20 mEq p.o.q.a.m.

Discharge Diagnoses:
1. Idopathic dilated cardiomyopathy.
2. Status post left MCA stroke
3. Probable sarcoidosis, not active at this time.

The patient will receive followup with Dr. Nicklas in Cardiology Clinic in
two weeks. Furthermore, he will be seen by his private physician, Dr.
John Wood, in Mount Pleasant, Michigan in one week who will check a
prothrombin time and Digoxin level at that time. Thank you very much
for referring this patient to us. Should you have any questions
regarding this patient's hospitalization, please do not hesitate to
contact us.

Sincerely,

DEPARTMENT OF INTERNAL MEDICINE
Section of Cardiology

cc: John Wood, M.D.
    Davis Clinic
    314 Brown Street                Bertram Pitt, M.D.
    Moutn Pleasant, Michigan 48858  Attending Physician

                                    Edward Ewald, M.D.
                                    Resident Physician

ADMITTED:    9-24-82
DISCHARGED:  10-21-82
DIAGNOSES:   (See above)
OPERATIONS/PROCEDURES: Coronary catheterization.
COMPLICATIONS: Left MCA stroke post catheterization.
DISCHARGE STATUS: Alive.

D: 10-21-82
T: 10-24-82

H-2042770

**HOSPITAL DISCHARGE SUMMARY**

**Department of Veterans Affairs**

1500 WEISS ST
SAGINAW MI 48602-5251

MCCR (003M)  EXT. 3080

001176
ALVIN C SCHMIDT
1346 W DENVER RD
WEIDMAN MI 48893-9768

**STATEMENT OF MEDICAL CARE COST RECOVERY ACCOUNT ACTIVITY**

NAME OF FACILITY
ALEDA E LUTZ VA MEDICAL CENTER (655)

FOR QUESTIONS ABOUT YOUR ACCOUNT, PLEASE PHONE THE BELOW NO.
989-497-2500 EX 3080

For written inquiries concerning your account please send them to the MCCR or Revenue Office at the facility address above. For information regarding your rights and obligations on charges owed the United States Government, please refer to paragraph(s) on reverse of this statement.

Payments received after 11/09/2003 will be reflected on your next statement.

PATIENT NAME: ALVIN C SCHMIDT        ACCOUNT NO. 655383306301SCHMI    STATEMENT DATE: 11/13/2003

| TRANSACTION POSTED | DESCRIPTION | AMOUNT | BILLING REFERENCE |
|---|---|---|---|
| 10/16/2003 | COPAY RX:833628 FD:07/16/2003 DRUG:SPIRONOLACTONE 25MG TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833626 FD:07/16/2003 DRUG:SIMVASTATIN 40MG TAB DAYS:90 QTY:45 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833625 FD:07/16/2003 DRUG:POTASSIUM CHLORIDE 10MEQ SA TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833623 FD:07/16/2003 DRUG:METOPROLOL SUCCINATE 50MG SA TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833622 FD:07/16/2003 DRUG:METOLAZONE 2.5MG TAB DAYS:90 QTY:24 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833614 FD:07/16/2003 DRUG:GLIPIZIDE 5MG TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833611 FD:07/16/2003 DRUG:ENALAPRIL MALEATE 10MG TAB DAYS:90 QTY:180 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833610 FD:07/16/2003 DRUG:DIGOXIN (LANOXIN) 0.25MG TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833609 FD:07/16/2003 DRUG:ALLOPURINOL 300MG TAB DAYS:90 QTY:90 PHY:TUNNEY,JENNIFER M CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833617 FD:07/16/2003 DRUG:INSULIN NOVOLIN 70/30 (NPH/REG) INJ NOVO | 21.00 | 655-K400932 |

*Handwritten annotation: Pd. CK # 3508*

| SUMMARY OF MONTHLY ACTIVITY | PREVIOUS BALANCE | TOTAL CHARGES | TOTAL CREDIT PAYMENT | CURRENT BALANCE |
|---|---|---|---|---|
| | 15.00 | 217.00 | 15.00- | 217.00 |

PLEASE DETACH THIS COUPON BELOW AND RETURN WITH PAYMENT   DO NOT INCLUDE ANY CORRESPONDENCE WITH PAYMENT

*Handwritten note:*

Don't be confused by the generic names. This is Government Help? I figured out I was paying for almost 10 other people. The figure on the following sheet shows what the Veterans Administration paid for them. This goes on continually. Also why we can't afford normal things people have or a lawyer.