# QUARTERLY SUMMARY OF BENEFITS

**medcohealth**
P.O. Box 736, Pine Brook, New Jersey 07058-0736

Medco Health Solutions, Inc.

PAGE 1 of 2

**THIS IS NOT A BILL**

SCHMIDT    ALVIN    C
1346 WEST DENVER
WEIDMAN    MI    48893

| | |
|---|---|
| Member Number: | XXXXX6301 |
| Group Number: | GM00001 |
| Statement Date: | 10/24/03 |
| Summary Period: | 07/01/03 TO 09/30/03 |
| Provider: | G M SALARIED INTEGRATED |
| Carrier Number: | 1237 |

☛ If you have questions about your pharmacy benefit, please call Member Services at the toll-free phone number shown on your medical or prescription drug id card.

| Date of Service | Rx Number | Drug Name | Amount Charged | Amount Allowed | Your Responsibility Copayment | Your Responsibility Not Covered | Benefit Paid | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| ALVIN | | | | | | | | |
| DEPT OF VETERANS AFFAIRS | | | | | | | | |
| 07/16/03 | 0833611 | VASOTEC | 2.20 | 2.20 | 9.29 | 00.00 | 12.88 | 13 |
| 07/16/03 | 0833626 | ZOCOR | 2.20 | 2.20 | 20.25 | 00.00 | 15.75 | 13 |
| 07/16/03 | 0833617 | NOVOLIN 70/30 | 2.20 | 2.20 | 30.09 | 00.00 | 0.00 | 15 |
| 07/16/03 | 0833610 | LANOXIN | 2.20 | 2.20 | 9.41 | 00.00 | 0.00 | 15 |
| 07/16/03 | 0833623 | TOPROL XL | 2.20 | 2.20 | 17.49 | 00.00 | 7.47 | 13 |
| 07/16/03 | 0833614 | GLIPIZIDE | 2.20 | 2.20 | 4.51 | 00.00 | 0.00 | 15 |
| 07/16/03 | 0833628 | SPIRONOLACTON | 2.20 | 2.20 | 6.40 | 00.00 | 4.20 | 13 |
| 07/16/03 | 0833609 | ALLOPURINOL | 2.20 | 2.20 | 5.37 | 00.00 | 1.11 | 13 |
| 07/16/03 | 0833622 | ZAROXOLYN | 2.20 | 2.20 | 10.91 | 00.00 | 0.00 | 15 |
| 07/16/03 | 0833625 | POTASSIUM CHL | 2.20 | 2.20 | 5.38 | 00.00 | 1.12 | 13 |
| 07/30/03 | 0838988 | COUMADIN | 2.20 | 2.20 | 19.18 | 00.00 | 12.52 | 13 |
| 08/16/03 | 0833611 | VASOTEC | 2.20 | 2.20 | 9.29 | 00.00 | 12.88 | 13 |
| 08/16/03 | 0833626 | ZOCOR | 2.20 | 2.20 | 20.25 | 00.00 | 15.75 | 13 |
| 08/16/03 | 0833617 | NOVOLIN 70/30 | 2.20 | 2.20 | 30.09 | 00.00 | 0.00 | 15 |
| 08/16/03 | 0833610 | LANOXIN | 2.20 | 2.20 | 9.63 | 00.00 | 0.00 | 15 |
| 08/16/03 | 0833623 | TOPROL XL | 2.20 | 2.20 | 17.67 | 00.00 | 8.01 | 13 |
| 08/16/03 | 0833614 | GLIPIZIDE | 2.20 | 2.20 | 4.51 | 00.00 | 0.00 | 15 |
| 08/16/03 | 0833628 | SPIRONOLACTON | 2.20 | 2.20 | 6.40 | 00.00 | 4.20 | 13 |
| 08/16/03 | 0833609 | ALLOPURINOL | 2.20 | 2.20 | 5.37 | 00.00 | 1.11 | 13 |
| 08/16/03 | 0833625 | POTASSIUM CHL | 2.20 | 2.20 | 5.38 | 00.00 | 1.12 | 13 |
| 08/16/03 | 0833622 | METOLAZONE | 2.20 | 2.20 | 6.88 | 00.00 | 5.63 | 13 |
| MEDCO HEALTH LAS VEGAS | | | | | | | | |
| 08/29/03 | 3559307 | LASIX | 53.25 | 53.25 | 52.28 | 00.00 | 0.97 | 13 |
| PATIENT TOTAL | | | 99.45 | 99.45 | 306.03 | 00.00 | 104.72 | |



0060757

## Definition Of Terms

**DATE OF SERVICE** Date the prescription was dispensed at your pharmacy.

**Rx NUMBER** The number assigned by the dispensing pharmacy.

**DRUG NAME** The name of the drug dispensed at your pharmacy.

**AMOUNT CHARGED** The total cost submitted for your prescription.

**AMOUNT ALLOWED** The portion of the amount charged which is covered by your plan.

**COPAYMENT** The portion of the amount charged for which you are responsible.

**NOT COVERED** The portion of the amount charged which is not covered by your plan.

**BENEFIT PAID** The amount reimbursed to the pharmacy or to you.

**REASON CODES** Refer to the numeric message below the Account Summary on the front of this page.

DCPF01 (REV B 8/00)