2

Your Honor:
We received this letter, notice of hearing on motion for order pursuant to U.S.C. §§ 105(a) and 502(c), and AD HOC Bondholder Committee composition (which was a stack of paper almost 2 inches thick at 10:58 A.M. January 17, 2008 when the hearing already had started at 10:00 A.M. The same date which didn't give me time to go through them to respond.