UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | : | Chapter 11 |
|---|---|---|
| In re | : | |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF MOTION

Sonja Abernathy, through the undersigned counsel, hereby withdraws with prejudice the Motion To Lift Automatic Stay (Docket No. 13276), filed March 24, 2008.

Dated: April _28___, 2008           Respectfully submitted,
      Dayton, Ohio

                                        By:/S/ DAVID E. STENSON_____
                                        David E. Stenson
                                        Liberty Tower, Suite 1210
                                        120 W. Second Street
                                        Dayton, Ohio 45402
                                        (937) 225-3981