Hearing Date and Time: April 30, 2008 at 10:00 AM
Response Date and Time: April 10, 2008 at 4:00 PM

McDERMOTT WILL & EMERY LLP
Peter A. Clark (IL# 6203985)
Jason J. DeJonker (IL# 6272128)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York  10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

*Counsel for Temic Automotive of North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- X

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------- X

**NOTICE OF WITHDRAWAL OF OBJECTION OF TEMIC AUTOMOTIVE OF
NORTH AMERICA, INC. TO THE DEBTORS' NOTICE OF ASSUMPTION AND
ASSIGNMENT AND CURE AMOUNT OF EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING
AND HALFSHAFT BUSINESS**

Temic Automotive of North America, Inc., by and through its undersigned counsel,

hereby withdraws its objection filed on April 9, 2008 [Docket No.13343] to the Debtors' Notice

of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to

Buyers in Connection With Sale of Steering and Halfshaft Business filed on March 31, 2008

[Docket No. 13292].

Dated: April 28, 2008

Respectfully submitted,

**McDermott Will & Emery LLP**

By:/s/  James M. Sullivan
James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York  10017-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

Peter A. Clark
Jason J. DeJonker
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Temic Automotive of North America, Inc.
and Motorola, Inc.*

NYK 1157906-1.076532.0011