**Hearing Date: April 30, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTIETH OMNIBUS HEARING AGENDA</u>

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

  A.  Introduction

  B.  Continued Or Adjourned Matters (2 Matters)

  C.  Uncontested, Agreed, Or Settled Matters (6 Matters)

  D.  Contested Matters (2 Matters)

  E.  Adversary Proceedings (1 Matter)

**B.**  **Continued Or Adjourned Matters**[*]

1. **"Steering Sale Motion"** – Motion to Approve Expedited Motion For Orders Under 11 U.S.C. Sections 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)

    *Responses adjourned to the April 30, 2008 omnibus hearing from the March 19, 2008 omnibus hearing:*

    > *Objection Of American Aikoku Alpha, Inc. To Notices Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12369)*

---

[*] Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

|  |  |
|---|---|
|  | *Limited Objection Of American Aikoku Alpha, Inc. To Notices Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12376)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business (Docket No. 11578)* |
|  | *Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323)* |
|  | *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12324)* |
|  | *Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12404)* |
|  | *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12405)* |
|  | *Supplemental Notice Of Non-Assumption And Assignment Of Executory Contract In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12520)* |
|  | *Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12772)* |
|  | *Order (A) Authorizing And Approving (I) Sale Of Certain Of Debtor's Assets Comprising Substantially All Of The Assets Of Steering And Halfshaft Business,* |

3

    *Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 12868)*

    *Debtors' Supplemental Omnibus Reply to Objections to (A) Notice of Assumption and/or Assignment and (B) Cure Notices in Connection with Sale of Steering and Halfshaft Business (Docket No. 13157)*

    *Order Resolving Certain Adjourned Objections To Debtors' Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014(A) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Of Assets Of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities ("Steering Sale Adjourned Objections Order") (Docket No. 13177)*

  *Status:*  *By agreement of the parties, objections filed at Docket Nos. 12369 and 12376 will be adjourned to the May 8, 2008 claims hearing.*

2. **"Omitted Contracts Assumption Procedures Motion"** – Expedited Motion for Order Under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 (I) Establishing Procedures for Assumption and Assignment of Certain Omitted Executory Contracts and Unexpired Leases in Connection with Sale of Debtors' Steering and Halfshaft Business and (II) Authorizing Recovery of Excess Discount Rights ("Omitted Contracts Assumption Procedures Motion") (Docket No. 13029)

  *Responses filed:*  *Objection Of Temic Automotive Of North America, Inc. To The Debtors' Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13343)*

    *SKF USA Inc.'s Objection To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13344)*

4

>> *Federal Screw Works' Objection To Notice Of Assumption And Assignment Of Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13356)*
>>
>> *Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13358)*
>>
>> *Limited Objection Of Keystone Powdered Metal Company To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13364)*
>>
>> *Objection Of Master Automatic, Inc. To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13373)*

> *Reply filed:*     None.
>
> *Related filings:*     *Order Under 11 U.S.C. §§ 105(a) And 365 And Fed. R. Bankr. P. 6006 (I) Establishing Procedures For Assumption And Assignment Of Certain Omitted Executory Contracts And Unexpired Leases In Connection With Sale Of Debtors' Steering And Halfshaft Business And (II) Authorizing Recovery Of Excess Discount Rights (Docket No. 13232)*
>
> *Status:*     *By agreement of the parties, this matter is being adjourned to the May 8, 2008 claims hearing.*

**C.     Uncontested, Agreed, Or Settled Matters**

5

3.  **"Fifth 365(d)(4) Deadline Extension Motion"** Motion For Order Under 11 U.S.C. Section 365(d)(4) Further Extending Deadline To Assume Or Reject Leases Of Nonresidential Real Property ("Postconfirmation 365(d)(4) Deadline Extension Motion") (Docket No. 13359)

    *Responses filed:*      None.

    *Reply Filed:*          None.

    *Related filings:*      None.

    *Status:*               *The hearing with respect to this matter will be proceeding.*

4.  **"Motion to Further Extend Exclusivity"** - Motion For Order Under 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan ("Postconfirmation Section 1121(D) Exclusivity Extension Motion") (Docket No. 13360)

    *Responses filed:*      None.

    *Statement in Support:* None.

    *Related filings:*      None.

    *Status:*               *The hearing with respect to this matter will be proceeding.*

5.  **"Motion to Extend Rule 4(m)"** - Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order ("Postconfirmation Extension Of Avoidance Action Service Deadline Motion") (Docket No. 13361)

    *Responses filed:*      None.

    *Reply filed:*          None.

    *Related filings:*      None.

    *Status:*               *The hearing with respect to this matter will be proceeding.*

6.  **"Second DIP Extension Motion"** - Expedited Motion For Order (I) Supplementing January 5, 2007 DIP Order (Docket No. 6461) And November 16, 2007 DIP Extension Order (Docket No. 10854) And Authorizing Debtors To (A) Extend Maturity Date Of Dip Facility, (B) Enter Into Related Documents, And(C) Pay Fees

In Connection Therewith, And (II) Authorizing Debtors To Enter Into An Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13409)

| | |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Notice Of Filing Of Unredacted Chart Relating To Second DIP Extension Motion (Docket No. 13460)* |
| | *Notice Of Filing Of GM Agreement Relating To Second DIP Extension Motion (Docket No. 13461)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

7. **"Kettering Sale Motion"** – Expedited Motion for Order Under 11 U.S.C. §§ 363 and 1146 and Fed. R. Bankr P. 2002, 6004, and 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving (I) Sale by Delphi Automotive Systems LLC of Certain Machinery, Equipment, and Inventory Primarily Used in DAS LLC's Kettering Damper Business Free and Clear of Liens and (II) Entry into Lease Agreement in Connection Therewith ("Kettering Sale Motion") (Docket No. 13028)

| | |
|---|---|
| *Responses filed:* | *Limited Objection Of IUE-CWA And Affiliated Local 755 To Debtors' Proposed Sale Of The Kettering Facility To Tenneco (Docket No. 13140)* |
| *Reply filed:* | *Debtors' Reply In Support Of Expedited Motion For Orders Under 11 U.S.C. Sections 363 And 1146 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale By Delphi Automotive Systems LLC Of Certain Machinery, Equipment, And Inventory Primarily Used In DAS LLC's Kettering Damper Business Free And Clear Of Liens And (II) Entry Into Lease Agreement In Connection Therewith (Docket No. 13161)* |
| *Related filings:* | *Order Under 11 U.S.C. §§ 363 And 1146 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection* |

|  |  |
|---|---|
|  | *With Sale Of Kettering Machinery, Equipment And Inventory (Docket No. 13188)* |
|  | *Notice Of Filing Of Revised Proposed Order Relating To Kettering Sale Motion (Docket No. 13028) (Docket No. 13473)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

### D. Contested Matters

8. **"Debtors' Twenty-Eighth Omnibus Objection"** – Debtors' Twenty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Books and Records Claim, (C) Untimely Books and Records Claim, (D) Untimely Claim, and (E) Claims Subject to Modification and Modified Claim Asserting Reclamation ("Twenty-Eighth Omnibus Claims Objection")  (Docket No. 13269)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Methode Electronics, Inc. To The Debtors' Twenty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Books And Records Claim, (C) Untimely Books And Records Claim, (D) Untimely Claim, And (E) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13444)* |
| *Reply filed:* | *A reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to the claims for which a response has been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

9. **"Debtors' Twenty-Ninth Omnibus Objection"** – Debtors' Twenty-Ninth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Disallow and Expunge Claims Due to Cure Payments and (B) Modify General Unsecured

8

      Claims by Amount of Cure Payments ("Twenty-Ninth Omnibus Claims Objection") (Docket No. 13270)

| | | |
|---|---|---|
| | *Responses filed:* | *Jacobson Mfg., LLC's Response To Debtors' Twenty-Ninth Omnibus Objection Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To (A) Disallow And Expunge Claims Due To Cure Payments And (B) Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 13449)* |
| | | *Response Of Emhart Teknologies, Inc. To The Debtors' Twenty-Ninth Omnibus Claims Objection (Docket No. 13450)* |
| | *Reply filed:* | *An omnibus reply will be filed.* |
| | *Related filings:* | *None.* |
| | *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to the claims for which a response has been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

**E.**    **Adversary Proceedings**

    10. **"Debtors' Complaint To Recover Property Of Estate"** - Debtors' Complaint To Recover Property Of Estate (Adv. Pro. No. 08-01038) (Docket No. 1)

| | | |
|---|---|---|
| | *Responses filed:* | *Response deadline May 12, 2008.* |
| | *Reply filed:* | *None.* |
| | *Related filings:* | *None.* |

|  |  |
|---|---|
| *Status:* | *The parties have agreed to adjourn the first status conference to the May 29, 2008 omnibus hearing.* |

Dated:  New York, New York
         April 29, 2008

                         SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession