**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To Debtors' Twenty-Eighth Omnibus Claims Objection*
*Organized By Respondent[1]*

|   | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Methode Electronics, Inc. (Docket No. 13444) | a) 16194 | a) Methode Electronics, Inc. ("Methode") requests that the Court adjourn the hearing on the Debtors' Twenty-Eighth Omnibus Claims Objection (the "Objection") (Docket No. 13269) with respect to proof of claim no. 16194, which the Debtors seek to disallow as an untimely books and records claim. | a) Untimely books and records claims | Adjourn |
|   |   | b) 4575, 4577 | b) Methode also requests that the Court adjourn the hearing on the Debtors' Objection with respect to proofs of claim nos. 4575 and 4577. The Debtors seek to reduce proof of claim no. 4575 from $406,570.92 to $397,816.85 and proof of claim no. 4577 from $58,674.29 to $55,427.49. | b) Claims subject to modification |   |
|   |   | c) 4576 | c) Methode further requests that the Court adjourn the hearing on the Debtors' Objection with respect to proof of claim no. 4576. The Debtors seek to reduce and reclassify proof of claim no. 4576 from an unsecured claim in the amount of $149,937.86 to $143,391.45 (of which $3,268.34 would be a priority reclamation claim subject to certain reserved | c) Modified claims asserting reclamation |   |

---

[1] This chart reflects all responses entered on the docket as of Tuesday, April 29, 2008 at 4:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, April 29, 2008 at 4:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | defenses and $140,123.11 would be an unsecured claim). | | |
| 2. | Dennis Stejakowski and Liss & Shapero (Undocketed) | 1144 | Dennis Stejakowski, through his counsel Liss & Shapero, disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 1144. The Debtors and Mr. Stejakowski and Liss & Shapero have reached a settlement in principle setting a maximum allowed amount for proof of claim no. 1144. | Books and records claim | Adjourn |

2