**Exhibit A**

**In re Delphi Corporation, <u>et</u> <u>al.</u>, Case No. 05-44481 (RDD)**

*Responses To The Debtors' Twenty-Ninth Omnibus Claims Objection*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Jacobson Mfg., LLC (Docket No. 13449) | 14240 | Jacobson Mfg., LLC ("Jacobson") disagrees with the Debtors' Twenty-Ninth Omnibus Claims Objection (the "Objection") (Docket No. 13270) seeking to reclassify, reduce, and change the identity of the Debtor against which proof of claim no. 14240 is asserted from an unsecured claim asserted against Delphi Corporation in the amount of $114,342.92 to a claim in the amount of $81,536.34 asserted against Delphi Automotive Systems LLC ("DAS LLC") (of which $22,226.09 would be a priority reclamation claim subject to certain reserved defenses and $59,310.25 would be an unsecured claim).  Jacobson asserts that the Objection does not take into account the Joint Stipulation And Agreed Order Compromising and Allowing Proof of Claim Number 14240 (Jacobson Mfg. LLC) (Docket No. 12667), which Jacobson asserts granted it an allowed unsecured claim against DAS LLC in the amount of $95,486.27.  Jacobson further asserts that it has not received any cure payment from the Debtors, and accordingly | Claims subject to prior orders and modification due to cure payment | Adjourn |

---

[1]    This chart reflects all Responses entered on the docket as of Tuesday, April 29, 2008 at 4:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of Tuesday, April 29, 2008 at 4:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | opposes the reduction to proof of claim no. 14240 set forth in the Objection. | | |
| 2. | Emhart Technologies, Inc. (Docket No. 13450) | 6670 | Emhart Technologies, Inc. ("Emhart") disagrees with the Debtors' Objection to reclassify, reduce, and change the identity of the Debtor against which proof of claim no. 6670 is asserted from an unsecured claim asserted against Delphi Corporation in the amount of $293,357.43 to a claim in the amount of $178,474.16 (of which $10,800.00 would be an unsecured claim asserted against Delphi Mechatronic Systems, Inc., $27,128.77 would be a priority reclamation claim asserted against DAS LLC and subject to certain reserved defenses, and $140,545.39 would be an unsecured claim asserted against DAS LLC).  Emhart asserts that it has only received $9,870.92 in cure payments, far less than the reduction proposed by the Debtors. Emhart further asserts that the Debtors' basis for modifying proof of claim no. 6670 as reflected in the Order granting the Debtors' Nineteenth Omnibus Claims Objection is improper because (i) Emhart never entered into a letter agreement with the Debtors and (ii) the Debtors never served Emhart's counsel with a copy of the Nineteenth Omnibus Claims Objection with exhibits.<br><br>Emhart further argues that because the Debtors have failed to produce any evidence sufficient to overcome the prima facie validity of proof of claim no. 6670, the claim should be allowed as submitted. | Claims subject to prior orders and modification due to cure payment | Adjourn |