UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::::::::::::::::::::::::::::::::

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
(A) DISALLOWING AND EXPUNGING CLAIMS DUE TO CURE PAYMENTS AND (B)
MODIFYING GENERAL UNSECURED CLAIMS BY AMOUNT OF CURE PAYMENTS
<u>IDENTIFIED IN TWENTY-NINTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-NINTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Ninth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Disallow And Expunge Claims Due To Cure Payments And (B) Modify General Unsecured Claims By Amount Of Cure Payments, dated March 27, 2008 (the "Twenty-Ninth Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Ninth Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Twenty-Ninth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.  Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A-1, A-2, B-1, and B-2 hereto was properly and timely served with a copy of the Twenty-Ninth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Ninth Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Ninth Omnibus Claims Objection. No other or further notice of the Twenty-Ninth Omnibus Claims Objection is necessary.

B.  This Court has jurisdiction over the Twenty-Ninth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Twenty-Ninth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Twenty-Ninth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.  The Claim listed on Exhibit A-1 hereto was fully satisfied by Cure Payments (the "Exhibit A-1 Claim").

D.  The Claims listed on Exhibit A-2 hereto were modified pursuant to prior orders and were fully satisfied by Cure Payments (the "Exhibit A-2 Claims").

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

2

    E.  The Claims listed on Exhibit B-1 hereto were satisfied in part by Cure Payments (the "Exhibit B-1 Claims").

    F.  The Claims listed on Exhibit B-2 hereto were modified pursuant to prior orders and were satisfied in part by Cure Payments (the "Exhibit B-2 Claims").

    G.  The relief requested in the Twenty-Ninth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.  The Exhibit A-1 Claim is hereby disallowed and expunged in its entirety.

    2.  Each Exhibit A-2 Claim is hereby disallowed and expunged in its entirety.

    3.  Each "Claim As Docketed" amount listed on Exhibit B-1 hereto shall be revised to reflect the amount listed as the "Claim As Modified." No Claimant listed on Exhibit B-1 hereto shall be entitled to recover an amount exceeding the dollar value listed as the "Modified Total" column, subject to the Debtors' right to further object to each such Exhibit B-1 Claim. The Exhibit B-1 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

    4.  Each "Claim As Docketed" amount listed on Exhibit B-2 hereto shall be revised to reflect the amount listed as the "Claim As Modified." No Claimant listed on Exhibit B-2 hereto shall be entitled to recover an amount exceeding the dollar value listed as the "Modified Total" column, subject to the Debtors' right to further object to each such Exhibit B-2 Claim. The Exhibit B-2 Claims shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

5.  For clarity, Exhibit D hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits A-1, A-2, B-1, B-2, and C. Exhibit E hereto sets forth each of the Claims referenced on Exhibits A-1, A-2, B-1, B-2, and C in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

6.  The hearing regarding the objection to the Claims listed on Exhibit C hereto, for which a Response to the Twenty-Ninth Omnibus Claims Objection has been filed and served and which has not been resolved by the parties, shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order.

7.  Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Ninth Omnibus Claims Objection.

8.  Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

9.  This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Ninth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

10. Each of the objections by the Debtors to each Claim addressed in the Twenty-Ninth Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, B-1, B-2, and C constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Ninth Omnibus Claims Objection. Any stay of this order shall apply only to the

4

contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

        11.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

        12.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Ninth Omnibus Claims Objection.

Dated:  New York, New York
         April ___, 2008

                                    _____
                                     UNITED STATES BANKRUPTCY JUDGE

05-44481-rdd    Doc 13477-2    Filed 04/29/08    Entered 04/29/08 15:48:29    Exhibit B
Pg 6 of 16

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT A-1 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MAGNESIUM PRODUCTS OF AMERICA INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 7242 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,427,654.68<br>$1,427,654.68 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$1,427,654.68** | | |

05-44481-rdd    Doc 13477-2    Filed 04/29/08    Entered 04/29/08 15:48:29    Exhibit B

In re Delphi Corporation, et al.                     Pg 7 of 16         Twenty-Ninth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS** *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HELLA INNENLEUCHTEN SYSTEME GMBH<br>MRS SONIA WIEKENBERG<br>MAIENBUEHLSTRASSE 7<br>WEMBACH, 79677<br>GERMANY | 1739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,893.76<br>Total: $12,893.76 | 01/31/2006 | DELPHI CORPORATION (05-44481) |
| TOTOKU ELECTRIC CO LTD<br>YOSHINARI MAYUINI<br>3 21 OKUBO 1 CHOME SHINJUKY KU<br>TOKYO, 169 8543<br>JAPAN | 13451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,660.85<br>Total: $30,660.85 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | **$43,554.61** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

## EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16352<br>Date Filed: 10/05/2006<br>Docketed Total: $ 771,893.38<br>Filing Creditor Name and Address:<br>ORTECH YUHSHIN USA LTD<br>2806 N INDUSTRIAL RD<br>KIRKSVILLE, MO 63501 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC　　Docketed Total:　$771,893.38<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$771,893.38<br>　　　　　　　　　　　　　　　　　　$771,893.38 | Modified Total:　$137.06<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$137.06<br>　　　　　　　　　　　　　　　　　　$137.06 |
| Claim: 7279<br>Date Filed: 06/01/2006<br>Docketed Total: $ 19,154.10<br>Filing Creditor Name and Address:<br>UNIVERSAL POLYMER & RUBBER EFT LTD<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS　　Docketed Total:　$19,154.10<br>ASSIGNEE OF UNIVERSAL POLYMER<br>AND RUBBER EFT LTD<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$19,154.10<br>　　　　　　　　　　　　　　　　　　$19,154.10 | Modified Total:　$3,164.10<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$3,164.10<br>　　　　　　　　　　　　　　　　　　$3,164.10 |

**Total Claims To Be Modified: 2**

**Total Amount As Docketed: $791,047.48**

**Total Amount As Modified: $ 3,301.16**

*See Exhibit D for a listing of debtor entities by case number.

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11413**
Date Filed: 07/27/2006
Docketed Total: $ 617,679.20
Filing Creditor Name and Address:
ACCURATE THREADED FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Claim Holder Name and Address
ACCURATE THREADED FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Docketed Total: **$617,679.20**

Modified Total: **$372,053.20**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $617,679.20 | 05-44640 | | $71,376.60 | $300,676.60 |
| | | | **$617,679.20** | | | **$71,376.60** | **$300,676.60** |

**Claim: 4458**
Date Filed: 05/02/2006
Docketed Total: $ 11,070.00
Filing Creditor Name and Address:
ARMADA RUBBER MANUFACTURING COMPANY
PO BOX 579
ARMADA, MI 48005-0579

Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: **$11,070.00**

Modified Total: **$10,050.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $1,210.00 | $9,860.00 | 05-44640 | | $1,210.00 | $8,840.00 |
| | | **$1,210.00** | **$9,860.00** | | | **$1,210.00** | **$8,840.00** |

**Claim: 1936**
Date Filed: 02/09/2006
Docketed Total: $ 71,393.25
Filing Creditor Name and Address:
CREATIVE FOAM CORPORATION
300 N ALLOY DR
FENTON, MI 48430

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$71,393.25**

Modified Total: **$60,422.85**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $71,393.25 | 05-44640 | | | $60,422.85 |
| | | | **$71,393.25** | | | | **$60,422.85** |

\*See Exhibit D for a listing of debtor entities by case number.

Page 1 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $ 233,508.18<br>Filing Creditor Name and Address:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Docketed Total: | | $233,508.18 | | Modified Total: | | $46,893.42 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$233,508.18<br>$233,508.18 | Case Number*<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$3,034.10<br>$43,859.32<br>$46,893.42 |
| Claim: 14404<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,204,920.60<br>Filing Creditor Name and Address:<br>KOSTAL OF MEXICANA S A DE C V<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $1,204,920.60 | | Modified Total: | | $1,174,068.13 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,204,920.60<br>$1,204,920.60 | Case Number*<br>05-44640 | Secured | Priority<br>$11,188.73<br>$11,188.73 | Unsecured<br>$1,162,879.40<br>$1,162,879.40 |
| Claim: 14534<br>Date Filed: 07/31/2006<br>Docketed Total: $ 3,629,694.59<br>Filing Creditor Name and Address:<br>L&W ENGINEERING CO<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>TPG CREDIT MANAGMENT LP<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $3,629,694.59 | | Modified Total: | | $563,590.50 |
| | Case Number*<br>05-44640 | Secured<br>$3,629,694.59<br>$3,629,694.59 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$563,590.50<br>$563,590.50 |

\*See Exhibit D for a listing of debtor entities by case number.                                                  Page 2 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd  Doc 13477-2  Filed 04/29/08  Entered 04/29/08 15:48:29  Exhibit B  
Pg 11 of 16

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT****

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $ 64,897.96<br>Filing Creditor Name and Address:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Docketed Total: | | $64,897.96 | | Modified Total: | | $44,953.64 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$53,088.55<br>**$53,088.55** | Unsecured<br>$11,809.41<br>**$11,809.41** | Case Number*<br>05-44640 | Secured | Priority<br>$33,896.44<br>**$33,896.44** | Unsecured<br>$11,057.20<br>**$11,057.20** |
| Claim: 8259<br>Date Filed: 06/20/2006<br>Docketed Total: $ 2,583,993.60<br>Filing Creditor Name and Address:<br>OLSON INTERNATIONAL CO<br>FRMLY OLSON R<br>MANUFACTURING CO<br>50 W NORTH AVE<br>LOMBARD, IL 60148 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $2,583,993.60 | | Modified Total: | | $2,488,124.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>**$60,854.76** | Unsecured<br>$2,523,138.84<br>**$2,523,138.84** | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>**$60,854.76** | Unsecured<br>$2,427,269.91<br>**$2,427,269.91** |
| Claim: 5988<br>Date Filed: 05/16/2006<br>Docketed Total: $ 223,768.64<br>Filing Creditor Name and Address:<br>PLASTOMER CORP<br>PO BOX 67000 DEPT 15601<br>DETROIT, MI 48267-0156 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $223,768.64 | | Modified Total: | | $215,994.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$223,768.64<br>**$223,768.64** | Case Number*<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$810.00<br>$215,184.50<br>**$215,994.50** |

*See Exhibit D for a listing of debtor entities by case number.

Page 3 of 4

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7606<br>Date Filed: 06/07/2006<br>Docketed Total: $ 36,759.75<br>Filing Creditor Name and Address:<br>SEMBLEX CORPORATION<br>199 WEST DIVERSEY<br>ELMHURST, IL 60126 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC    Docketed Total:    $36,759.75<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44481                                                       $36,759.75<br>                                                           $36,759.75 | Modified Total:    $30,151.96<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                       $30,151.96<br>                                                           $30,151.96 |

**Total Claims to be Modified: 10**

**Total Amount as Docketed:  $8,677,685.77**

**Total Amount as Modified:  $ 5,006,302.87**

\*See Exhibit D for a listing of debtor entities by case number.                           Page 4 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT C - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6670<br>Date Filed: 05/23/2006<br>Docketed Total: $ 293,357.43<br>Filing Creditor Name and Address:<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051 | Claim Holder Name and Address<br>EMHART TEKNOLOGIES LLC      Docketed Total:    $293,357.43<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481                                              $293,357.43<br>                                                              $293,357.43 | Modified Total:   $178,474.16<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44567                                              $10,800.00<br>05-44640                          $27,128.77   $140,545.39<br>                                  $27,128.77   $151,345.39 |
| Claim: 14240<br>Date Filed: 07/31/2006<br>Docketed Total: $ 114,342.92<br>Filing Creditor Name and Address:<br>JACOBSON MFG LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>JACOBSON MFG LLC            Docketed Total:    $114,342.92<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481                                              $114,342.92<br>                                                              $114,342.92 | Modified Total:    $81,536.34<br><br>Case Number*    Secured    Priority     Unsecured<br>05-44640                          $22,226.09   $59,310.25<br>                                  $22,226.09   $59,310.25 |
|  |  | **Total Claims to be Modified: 2**<br>**Total Amount as Docketed:  $407,700.35**<br>**Total Amount as Modified:  $ 260,010.50** |

*See Exhibit D for a listing of debtor entities by case number.                                                       Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**  **Twenty-Ninth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### Exhibit D - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Ninth Omnibus Claims Objection

05-44481-rdd    Doc 13477-2    Filed 04/29/08    Entered 04/29/08 15:48:29    Exhibit B
Pg 15 of 16

Exhibit E - Claimants And Related Claims Subject To Twenty-Ninth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| AMROC INVESTMENTS LLC | 8259 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| APS CAPITAL CORP/TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| ASM CAPITAL LP | 4458 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MAGNESIUM PRODUCTS OF AMERICA INC | 7242 | EXHIBIT A-1 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT |
| CREATIVE FOAM CORPORATION | 1936 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| DEUTSCHE BANK SECURITIES INC | 16352 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| EMHART TEKNOLOGIES LLC | 6670 | EXHIBIT C - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| HELLA INNENLEUCHTEN SYSTEME GMBH | 1739 | EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS |
| JACOBSON MFG LLC | 14240 | EXHIBIT C - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| KEATS MANUFACTURING CO | 105 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| KOSTAL OF MEXICANA S A DE C V | 14404 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| L&W ENGINEERING CO | 14534 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF UNIVERSAL POLYMER AND RUBBER EFT LTD | 7279 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| LONGACRE MASTER FUND LTD/PLASTOMER CORP | 5988 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Ninth Omnibus Claims Objection

05-44481-rdd    Doc 13477-2    Filed 04/29/08    Entered 04/29/08 15:48:29    Exhibit B
Pg 16 of 16

Exhibit E - Claimants And Related Claims Subject To Twenty-Ninth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| OLSON INTERNATIONAL CO | 8259 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| ORTECH YUHSHIN USA LTD | 16352 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |
| PLASTOMER CORP | 5988 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| REDROCK CAPITAL PARTNERS LLC | 1936 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| SEMBLEX CORPORATION | 7606 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14404 | EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT |
| TOTOKU ELECTRIC CO LTD | 13451 | EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS |
| UNIVERSAL POLYMER & RUBBER EFT LTD | 7279 | EXHIBIT B-1 - CLAIMS SUBJECT TO MODIFICATION DUE TO CURE PAYMENT |