UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

AMENDED OBJECTION OF CREDITOR F&G MULTI-SLIDE INC. TO DEBTORS' OMNIBUS OBJECTION PURSUANT TO CONFIRMATION ORDER, 11 U.S.C. §§105(a), AND FED. R. BANKR. P. 9014 REGARDING CURE PROPOSALS SUBMITTED UNDER ARTICLE 8.2(b) OF DEBTORS' PLAN OF REORGANIZATION (AS TO F&G MULTI-SLIDE INC.)(DOC. 13459)

Now comes Creditor F&G Multi-Slide Inc. ("'F&G") and hereby objects to the cure amount proposed by Debtors as set forth in Exhibit C of Debtors' Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§105(a) and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under 8.2(b) of Debtors' Plan of Reorganization (Doc. 13459), for the following reasons:

1. Debtors have proposed to cure certain executory contracts for a total of $19,838.88 as specified in Exhibit C to the above referenced pleading.

2. The figure of $19,838.88 is correct with respect to only two particular executory contracts: SAG 9014150 ($9,913.77) and SAG 550005085 ($9,925.11). However, Debtors do not appear to be proposing to cure other executory contracts that would be assumable pursuant to Section 8.2(b) of Debtors' Plan of Reorganization. Specifically, these executory contracts are as follows (listed by Purchase Order No.):

No. 5500054595 ($17,408.26)

No. 550000257 ($60,711.84)

      No. 550005716 ($7,162.85)

      No. DCS10094 ($50,000.00)

      Total: $155,121.83

     3.  F&G filed a Proposed Cure Claim of Creditor F&G Multi-Slide Inc. (Doc. 12973) pursuant to §8.2(b) of the confirmed First Amended Joint Plan of Reorganization on March 5, 2008, to which documentation was attached. The amount of the cure listed in such pleading ($250,422.69) has been modified to satisfy the requirements of §8.2(b) as set forth above. This does not affect the amount of the proof of claim of F&G.

     4.  Attached hereto and incorporated herein are spreadsheets itemizing purchase orders and invoices which are the subject of the cure proposed by F&G as set forth above. F&G sent copies of purchase orders and invoices as itemized on the spreadsheets to counsel for Debtors on or about April 18, 2008.

     WHEREFORE, F&G objects to the proposed cure of $19,838.88 and proposes a cure amount of $155,121.83 as set forth above.

                                  Respectfully submitted,

                                  /s/Paul H. Spaeth
                                Paul H. Spaeth (Ohio Regist. No. 0010524)
                                130 West Second St., Ste. 450
                                Dayton, Ohio 45402
                                (937) 223-1655
                                Fax: (937) 223-1656
                                spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

     Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Amended Objection of Creditor F&G Multi-Slide Inc. To Debtors' Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C.§§105(a), and Fed. R Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization (as to F&G Multi-Slide Inc.) was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 30th day of April, 2008 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John K. Lyons, Esq.
Ron E. Meisler, Esq.
Carl Tullson, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/Paul H. Spaeth
Paul H. Spaeth