Sheet 1

| Customer | Document | PO# | Document_Date | Due_Date | Total |
|---|---|---|---|---|---|
| CD-107 | | | | | |
| DELPHI SAGINAW STEERING | 54321 | SAG9014150 | 30-Aug-05 | 29-Sep-05 | $793.10 |
| SYSTEMS | 54440 | SAG9014150 | 12-Sep-05 | 12-Oct-05 | $2,736.20 |
| 3900 E. Holland Rd. | 54525 | SAG9014150 | 19-Sep-05 | 19-Oct-05 | $1,150.00 |
| Saginaw, MI 48601 | 54590 | SAG9014150 | 26-Sep-05 | 26-Oct-05 | $198.28 |
| | 54681 | SAG9014150 | 03-Oct-05 | 02-Nov-05 | $5,036.19 |
| | | | | | $9,913.77 |

| | Document | PO# | Document_Date | Due_Date | Total |
|---|---|---|---|---|---|
| CD-102 | | | | | |
| DELPHI CHASSIS | 54381 | 550C05085 | 06-Sep-05 | 06-Oct-05 | $1,044.75 |
| 5820 Delphi Dr. | 54408 | 550C05085 | 08-Sep-05 | 08-Oct-05 | $522.37 |
| Troy, MI 48098 | 54482 | 550C05085 | 15-Sep-05 | 15-Oct-05 | $1,044.75 |
| | 54516 | 550C05085 | 19-Sep-05 | 19-Oct-05 | $1,044.75 |
| | 54529 | 550C05085 | 20-Sep-05 | 20-Oct-05 | $1,044.75 |
| | 54539 | 550C05085 | 21-Sep-05 | 21-Oct-05 | $522.37 |
| | 54554 | 550C05085 | 22-Sep-05 | 22-Oct-05 | $1,567.12 |
| | 54635 | 550C05085 | 29-Sep-05 | 29-Oct-05 | $1,044.75 |
| | 54672 | 550C05085 | 03-Oct-05 | 02-Nov-05 | $1,044.75 |
| | 54702 | 550C05085 | 05-Oct-05 | 04-Nov-05 | $1,044.75 |
| | | | | Total: | $9,925.11 |
| | | | | Grand Total | $19,838.88 |

Sheet 2

| | Document | PO# | Total | |
|---|---|---|---|---|
| CD-102 | 54392 | 550054595 | $2,339.71 | |
| DELPHI CHASSIS | 54466 | 550054595 | $1,169.86 | |
| 5820 Delphi Dr. | 54542 | 550054595 | $2,339.71 | |
| Troy, MI 48098 | 54617 | 550054595 | $1,169.86 | pt# 22163849 (page 2 Harco PO) |
| | 54393 | 550054595 | $1,949.76 | |
| | 54520 | 550054595 | $1,949.76 | |
| | 54625 | 550054595 | $3,249.60 | pt# 22163850 (page 2 Harco PO) |
| | 54430 | 550054595 | $360.00 | |
| | 54450 | 550054595 | $360.00 | |
| | 54494 | 550054595 | $360.00 | |
| | 54522 | 550054595 | $360.00 | |
| | 54569 | 550054595 | $360.00 | |
| | 54606 | 550054595 | $360.00 | |
| | 54661 | 550054595 | $720.00 | |
| | 54679 | 550054595 | $360.00 | pt# 25697369 (Page 1 Harco PO) |
| | | | $17,408.26 | |
| | 54363 | 550000257 | $6,504.84 | |
| | 54448 | 550000257 | $6,504.84 | |
| | 54521 | 550000257 | $6,504.84 | |
| | 54587 | 550000257 | $6,504.84 | |
| | 54677 | 550000257 | $6,504.84 | pt# 22163907 (Page 1 Harco PO) |
| | 54364 | 550000257 | $6,504.84 | |
| | 54449 | 550000257 | $6,504.84 | |
| | 54588 | 550000257 | $4,336.56 | |
| | 54678 | 550000257 | $6,504.84 | |
| | 54691 | 550000257 | $4,336.56 | pt# 22163908 (Page 1 Harco PO) |
| | | | $60,711.84 | |
| | 54365 | 550005716 | $842.69 | |
| | 54467 | 550005716 | $842.69 | |
| | 54495 | 550005716 | $842.69 | |
| | 54570 | 550005716 | $421.34 | |
| | 54660 | 550005716 | $842.69 | pt# 22164427 (Page 1 Harco PO) |
| | 54366 | 550005716 | $421.34 | |
| | 54468 | 550005716 | $842.69 | |
| | 54523 | 550005716 | $842.69 | |
| | 54589 | 550005716 | $421.34 | |
| | 54680 | 550005716 | $842.69 | pt# 22164428 (Page 1 Harco PO) |
| | | | $7,162.85 | |
| | 54333 | DCS10094 | $25,000.00 | Tooling to produce pt# 22164729 (Page 1 Harco PO) |
| | 54334 | DCS10094 | $25,000.00 | Tooling to produce pt# 22164730 (Page 1 Harco PO) |
| | | | $50,000.00 | |
| | | | $135,282.95 | Grand Total |