TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
                                                                    :
In re:                                                              :
                                                                    :    Chapter 11
DELPHI CORPORATION, *et al.*,                                       :    Case No. 05-44481 [RDD]
                                                                    :
                    Debtors.                                        :    Jointly Administered
                                                                    :
---------------------------------------------------------------x

**AMENDED JOINT STIPULATION AND ORDER
REGARDING DISCOVERY REGARDING OBJECTION
TO PROOF OF CLAIM NO. 12347 AND RELATED COUNTERCLAIM**

Whereas Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases"), by their undersigned counsel, and Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (jointly, "Furukawa") by their undersigned counsel, proceeding under Rules 3004 and 7001, *et seq.*, of the Federal Rules of Bankruptcy Procedure, having conferred and agreed to the deadlines set forth herein;

Whereas, Debtors and Furukawa have completed the depositions of the majority of Debtor fact witnesses, including some nine depositions taken in Saginaw, Michigan, March 17-21, 2008, and April 1-2, 2008;

Whereas, Debtors and Furukawa have already completed depositions of the majority of Furukawa's fact witnesses, including some five depositions in Atlanta, Georgia, February 27-29, 2008;

Whereas, Furukawa has requested that Delphi provide one additional corporate representative witness on two narrow topics;

Whereas, Furukawa expects that Delphi will request a corporate representative deposition of Furukawa, in addition to completing a previously scheduled deposition;

Whereas, the completion of fact discovery will leave only the completion of very limited third party depositions and expert discovery; and

Whereas both parties have expressed the desire to mediate this dispute,

It is hereby **ORDERED** that:

1. All depositions of potential witnesses, other than experts, shall be completed no later than May 16, 2008.

2. All expert discovery in these proceedings shall be completed no later than August 1, 2008, as follows:

   a. The parties shall confer on topics for expert testimony no later than May 23, 2008;

        b.       The parties shall disclose their experts on or before May 30, 2008;

        c.       The parties shall exchange expert opening reports no later than June 2 , 2008;

        d.       The parties shall exchange expert rebuttal reports no later than June 13, 2008; and

        e.       Expert depositions shall be completed on or before August 1, 2008.

3.       Prior to the deposition of expert witnesses, parties shall schedule a mediation at their own expense. If the mediation is unsuccessful, parties will complete expert depositions by the prescribed time.

4.       A final pretrial conference shall be conducted before the Bankruptcy Court on September 12, 2008 at 10:00 a.m.

5.       Notwithstanding the foregoing, either party may obtain an extension of the preceding discovery deadlines from the Bankruptcy Court upon a showing of good cause, such as either party's inability to obtain timely discovery from third party subpoenas served in accordance with this Order.

Dated:   New York, New York
           April 25, 2008

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,

By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

4

Dated:    New York, New York
         April 24, 2008

                FURUKAWA ELECTRIC NORTH
                AMERICA APD, et al.,
                By their Counsel,
                ALSTON & BIRD, LLP
                By:

                /s/ B. Parker Miller
                B. Parker Miller, admitted *pro hac vice*
                1201 West Peachtree Street
                Atlanta, Georgia 30309-3424
                (404) 881-7000


**SO ORDERED**

This 29th day of April, 2008
in New York, New York


    /s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

5