**In re Delphi Corporation, et al.**  Twenty-Eighth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT B - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIONEER SPEAKERS INC<br>C/O MAX J NEWMAN<br>BUTZEL LONG PC<br>STONERIDGE WEST<br>41000 WOODWARD AVE<br>BLOOMFIELD HILLS, MI 48304 | 16802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$153,750.00<br>$153,750.00 | 02/11/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$153,750.00** | | |