**In re Delphi Corporation, et al.**  Twenty-Eighth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT C-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LISS & SHAPERO<br>DENNIS STEJAKOWSKI & LISS & SHAPERO<br>2695 COOLIDGE HWY<br>BERKLEY, MI 48072 | 1144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 12/13/2005 | DELPHI CORPORATION (05-44481) |

**Total:** 1     **$1,000,000.00**