In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13486-5    Filed 04/30/08    Entered 04/30/08 14:11:18    Exhibit C-3
Pg 1 of 1

Twenty-Eighth Omnibus Claims Objection

### EXHIBIT C-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4577<br>Date Filed: 05/03/2006<br>Docketed Total: $ 58,674.29<br>Filing Creditor Name and Address:<br>CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC<br>C O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $58,674.29<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $58,674.29<br>Total: $58,674.29 | Modified Total: $55,427.49<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $55,427.49<br>Total: $55,427.49 |
| Claim: 4575<br>Date Filed: 05/03/2006<br>Docketed Total: $ 406,570.92<br>Filing Creditor Name and Address:<br>METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC<br>C O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $406,570.92<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $406,570.92<br>Total: $406,570.92 | Modified Total: $397,816.85<br><br>Case Number*: 05-44640<br>Secured:<br>Priority:<br>Unsecured: $397,816.85<br>Total: $397,816.85 |
| | | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed: $465,245.21**<br>**Total Amount As Modified: $ 453,244.34** |