In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13486-6    Filed 04/30/08    Entered 04/30/08 14:11:18    Exhibit C-4
Pg 1 of 1

Twenty-Eighth Omnibus Claims Objection

**EXHIBIT C-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4576<br>Date Filed: 05/03/2006<br>Docketed Total: $ 149,937.86<br>Filing Creditor Name and Address:<br>AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C O TIMITHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>BLUE ANGEL CLAIMS LLC          Docketed Total:    $149,937.86<br>C O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $149,937.86<br>                                                                    $149,937.86 | Modified Total:    $143,391.45<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $3,268.34    $140,123.11<br>                                              $3,268.34    $140,123.11 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed: $149,937.86**

**Total Amount As Modified: $ 143,391.45**

*See Exhibit D for a listing of debtor entities by case number.

Page 1 of 1