| In re Delphi Corporation, et al. | Twenty-Eighth Omnibus Claims Objection |
|---|---|

**Case No. 05-44481 (RDD)**

### Exhibit D - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |