Exhibit E - Claimants And Related Claims Subject To Twenty-Eighth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT C-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT C-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT C-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT C-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CHARLES A COTTEN | 3425 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT C-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| JACKSON JERRY F | 12152 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |
| LISS & SHAPERO | 1144 | EXHIBIT C-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| METHODE ELECTRONICS INC | 16194 | EXHIBIT C-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT C-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PIONEER SPEAKERS INC | 16802 | EXHIBIT B - UNTIMELY CLAIMS |
| RONALD R MALANGA | 16773 | EXHIBIT A - DUPLICATE OR AMENDED CLAIMS |

1