05-44481-rdd    Doc 13487-2    Filed 04/30/08    Entered 04/30/08 14:44:00    Exhibit A-2
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT A-2 - BOOKS AND RECORDS CLAIMS DUE TO CURE PAYMENT THAT ARE SUBJECT TO PRIOR ORDERS** *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HELLA INNENLEUCHTEN SYSTEME GMBH<br>MRS SONIA WIEKENBERG<br>MAIENBUEHLSTRASSE 7<br>WEMBACH, 79677<br>GERMANY | 1739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:     $12,893.76<br>Total:            $12,893.76 | 01/31/2006 | DELPHI CORPORATION (05-44481) |
| TOTOKU ELECTRIC CO LTD<br>YOSHINARI MAYUINI<br>3 21 OKUBO 1 CHOME SHINJUKY KU<br>TOKYO, 169 8543<br>JAPAN | 13451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:     $30,660.85<br>Total:            $30,660.85 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

         **Total:**    **2**    **$43,554.61**

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.