**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT\*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $ 617,679.20<br>Filing Creditor Name and Address:<br>ACCURATE THREADED FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name and Address<br>ACCURATE THREADED FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507<br><br>Docketed Total: $617,679.20<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $617,679.20<br>                                              $617,679.20 | Modified Total: $372,053.20<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $71,376.60   $300,676.60<br>                              $71,376.60   $300,676.60 |
| Claim: 4458<br>Date Filed: 05/02/2006<br>Docketed Total: $ 11,070.00<br>Filing Creditor Name and Address:<br>ARMADA RUBBER MANUFACTURING COMPANY<br>PO BOX 579<br>ARMADA, MI 48005-0579 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total: $11,070.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $1,210.00    $9,860.00<br>                              $1,210.00    $9,860.00 | Modified Total: $10,050.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $1,210.00    $8,840.00<br>                              $1,210.00    $8,840.00 |
| Claim: 1936<br>Date Filed: 02/09/2006<br>Docketed Total: $ 71,393.25<br>Filing Creditor Name and Address:<br>CREATIVE FOAM CORPORATION<br>300 N ALLOY DR<br>FENTON, MI 48430 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Docketed Total: $71,393.25<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $71,393.25<br>                                              $71,393.25 | Modified Total: $60,422.85<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $60,422.85<br>                                              $60,422.85 |

\*See Exhibit D for a listing of debtor entities by case number.

Page 1 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $ 233,508.18<br>Filing Creditor Name and Address:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br>KEATS MANUFACTURING CO    Docketed Total: **$233,508.18**<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $233,508.18<br>                                                           **$233,508.18** | Modified Total: **$46,893.42**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                          $3,034.10<br>05-44640                                          $43,859.32<br>                                                           **$46,893.42** |
| Claim: 14404<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,204,920.60<br>Filing Creditor Name and Address:<br>KOSTAL OF MEXICANA S A DE C V<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR   Docketed Total: **$1,204,920.60**<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $1,204,920.60<br>                                                           **$1,204,920.60** | Modified Total: **$1,174,068.13**<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                       $11,188.73    $1,162,879.40<br>                                               **$11,188.73**    **$1,162,879.40** |
| Claim: 14534<br>Date Filed: 07/31/2006<br>Docketed Total: $ 3,629,694.59<br>Filing Creditor Name and Address:<br>L&W ENGINEERING CO<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>TPG CREDIT MANAGMENT LP    Docketed Total: **$3,629,694.59**<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Case Number*  Secured           Priority  Unsecured<br>05-44640       $3,629,694.59<br>                **$3,629,694.59** | Modified Total: **$563,590.50**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $563,590.50<br>                                                           **$563,590.50** |

\*See Exhibit D for a listing of debtor entities by case number.                                                                 Page 2 of 4

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13487-4    Filed 04/30/08    Entered 04/30/08 14:44:00    Exhibit B-2
Pg 3 of 4

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $ 64,897.96<br>Filing Creditor Name and Address:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br><br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Docketed Total: | | $64,897.96 | | | Modified Total: | $44,953.64 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$53,088.55<br>**$53,088.55** | Unsecured<br>$11,809.41<br>**$11,809.41** | Case Number*<br>05-44640 | Secured | Priority<br>$33,896.44<br>**$33,896.44** | Unsecured<br>$11,057.20<br>**$11,057.20** |
| Claim: 8259<br>Date Filed: 06/20/2006<br>Docketed Total: $ 2,583,993.60<br>Filing Creditor Name and Address:<br>OLSON INTERNATIONAL CO<br>FRMLY OLSON R<br>MANUFACTURING CO<br>50 W NORTH AVE<br>LOMBARD, IL 60148 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $2,583,993.60 | | | Modified Total: | $2,488,124.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>**$60,854.76** | Unsecured<br>$2,523,138.84<br>**$2,523,138.84** | Case Number*<br>05-44640 | Secured | Priority<br>$60,854.76<br>**$60,854.76** | Unsecured<br>$2,427,269.91<br>**$2,427,269.91** |
| Claim: 5988<br>Date Filed: 05/16/2006<br>Docketed Total: $ 223,768.64<br>Filing Creditor Name and Address:<br>PLASTOMER CORP<br>PO BOX 67000 DEPT 15601<br>DETROIT, MI 48267-0156 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $223,768.64 | | | Modified Total: | $215,994.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$223,768.64<br>**$223,768.64** | Case Number*<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$810.00<br>$215,184.50<br>**$215,994.50** |

*See Exhibit D for a listing of debtor entities by case number.

Page 3 of 4

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13487-4    Filed 04/30/08    Entered 04/30/08 14:44:00    Exhibit B-2

Pg 4 of 4

Twenty-Ninth Omnibus Claims Objection

**EXHIBIT B-2 - CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7606<br>Date Filed: 06/07/2006<br>Docketed Total: $ 36,759.75<br>Filing Creditor Name and Address:<br>SEMBLEX CORPORATION<br>199 WEST DIVERSEY<br>ELMHURST, IL 60126 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC  Docketed Total: $36,759.75<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                $36,759.75<br>                                                              $36,759.75 | Modified Total: $30,151.96<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $30,151.96<br>                                                              $30,151.96 |

**Total Claims to be Modified: 10**

**Total Amount as Docketed:  $8,677,685.77**

**Total Amount as Modified:  $ 5,006,302.87**

*See Exhibit D for a listing of debtor entities by case number.

Page 4 of 4

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.