**EXHIBIT C - ADJOURNED CLAIMS SUBJECT TO PRIOR ORDERS AND TO MODIFICATION DUE TO CURE PAYMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6670<br>Date Filed: 05/23/2006<br>Docketed Total: $ 293,357.43<br>Filing Creditor Name and Address:<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051 | Claim Holder Name and Address<br>EMHART TEKNOLOGIES LLC    Docketed Total: $293,357.43<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $293,357.43<br>                                             $293,357.43 | Modified Total: $178,474.16<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                     $10,800.00<br>05-44640               $27,128.77       $140,545.39<br>                       $27,128.77       $151,345.39 |
| Claim: 14240<br>Date Filed: 07/31/2006<br>Docketed Total: $ 114,342.92<br>Filing Creditor Name and Address:<br>JACOBSON MFG LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>JACOBSON MFG LLC    Docketed Total: $114,342.92<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $114,342.92<br>                                             $114,342.92 | Modified Total: $81,536.34<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640               $22,226.09       $59,310.25<br>                       $22,226.09       $59,310.25 |
|  |  | **Total Claims to be Modified: 2**<br><br>**Total Amount as Docketed:** $407,700.35<br><br>**Total Amount as Modified:** $ 260,010.50 |

*See Exhibit D for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.