In re Delphi Corporation, et al.                    Twenty-Ninth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

**Exhibit D - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |