April 17, 2008

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Bowling Green
New York, New York 10004

Dear Honorable Robert D. Drain:

I, Stacey J. Carter reside at 92 Woolery Lane #C, Dayton OH 45415, my phone number is (937) 890-0176.

I have a claim-case in your court against my employer Delphi Automotive System. I would like a copy of ALL documents, evidence, etc from my case, including what my Attorney Roxbury in Cincinnati had, or have had. Also my deposition that I paid almost $800.00 for. Again, I am requesting copies of ALL document in my case, I don't want the information destroyed without having a copy.

A couple months ago Delphi sent me a check for $18.00, and $640.00 ($640.00 plus) was paid out to Union Attorney without my knowledge. I have never been contacted by anyone representing me. Also I would like for the Courts-Clerk, etc to give me information of whom the Attorney is, or who I need to contact for information, standard report, pass concerning my case-claim. I would also request the same from Delphi

Attorney Skadden, ARPS Slate' Meagher + Flom LLP
John Wm. Butler Jr. + Kurtzman Carson Consultants.
Thank You Honorable Robert D. Drain.

Sincerely Yours
Stacy H. Porter