TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

PRESENTMENT DATE: May 8, 2008  
AT 10:00 AM

Delphi Legal Information Hotline:  
Toll Free:  (800) 718-5305  
International:  (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  
                                :  
   In re                           :       Chapter 11  
                                :  
DELPHI CORPORATION, et al.,   :       Case No. 05-44481 (RDD)  
                                :  
               Debtors,    :       (Jointly Administered)  
                                :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER  
COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 15239  
(ENERGY CONVERSION SYSTEMS COMPANY)**

      PLEASE TAKE NOTICE that on April 27, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 15239 (the "Proof of Claim" or the "Claim") filed by Energy Conversion Systems Company (the "Claimant") pursuant to Debtors' Thirteenth Omnibus Omnibus (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation and Agreed Order Compromising and Allowing Proof Of Claim Numbered 15239 (Energy Conversion Systems Company) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to compromise and allow proof of claim numbered 15239.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for May 8, 2007 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York        DELPHI CORPORATION, *et al.*
        April 30, 2008            By their attorneys,
                                  TOGUT, SEGAL & SEGAL LLP
                                  By:

                                  /s/ Neil Berger
                                  NEIL BERGER (NB-3599)
                                  A Member of the Firm
                                  One Penn Plaza
                                  New York, New York 10119
                                  (212) 594-5000