TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                  :    Chapter 11
:
DELPHI CORPORATION, et al.,            :    Case No. 05-44481 (RDD)
:
Debtors.    :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF ORDER MODIFYING
PROOFS OF CLAIM NUMBERS 5842, 11965, 11966, AND 11967
(GOLDMAN SACHS CREDIT PARTNERS, LP)

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to: (i) proof of claim number 5842 ("Claim 5842") filed by Shumsky Enterprises Inc. ("Shumsky") and subsequently transferred by Shumsky to Madison Niche Opportunities, LLC ("Madison") and by Madison to Goldman Sachs Credits Partners, LP ("Goldman Sachs"); (ii) proof of claim number 11965 ("Claim 11965") filed by TDK Corporation of America ("TDK") and subsequently transferred by TDK to Deutsche Bank Securities, Inc. ("Deutsche Bank") and by Deutsche Bank to Goldman Sachs; (iii) proof of claim number 11966 ("Claim 11966") filed by TDK and subsequently transferred by TDK to

Deutsche Bank and by Deutsche Bank to Goldman Sachs; and (iv) proof of claim number 11967 ("Claim 11967," and together with Claim 5842, Claim 11965 and Claim 11966, the "Claims") filed by TDK and subsequently transferred by TDK to Deutsche Bank and by Deutsche Bank to Goldman Sachs, pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection"); and

      PLEASE TAKE FURTHER NOTICE that on October 18, 2007, Goldman Sachs filed its Response Of Goldman Sachs Credit Partners, LP To The Debtors' Twenty-First Omnibus Objection To Proofs Of Claim (Goldman Sachs Credit Partners LP Claims) (Claim Nos. 7547, 15086, 15046, 5842, 11965, 11966 And 11967) (Docket No. 10646); and

      PLEASE TAKE FURTHER NOTICE that on October 24, 2007, Goldman Sachs filed its Withdrawal Of Response Of Goldman Sachs Credit Partners, LP To The Debtors' Twenty-First Omnibus Objection As To Certain Proofs Of Claim (Claim Nos. 5842, 11965, 11966 And 11967) (Docket No. 10718); and

      PLEASE TAKE FURTHER NOTICE that on October 26, 2007, due to a clerical error, the hearing on the Twenty-First Omnibus Objection was adjourned as to the Claims pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims

2

Asserting Reclamation Identified In Twenty-First Omnibus Claims Objection (Docket No. 10728); and

PLEASE TAKE FURTHER NOTICE that the Debtors will present to the Court an Order Modifying Proofs of Claim Number 5842, 11965, 11966 and 11967 (Goldman Sachs Credit Partner, LP), a true and complete copy of which is annexed hereto as Exhibit "1" (the "Order"), at the hearing scheduled for May 8, 2008, at 10 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York; and

PLEASE TAKE FURTHER NOTICE that pursuant to the Order: (i) Claim 5842 will be modified to (a) $71,645.27 as against the estate of Delphi Automotive Systems LLC ("DAS LLC") and (b) $3,310.45 as against the estate of Delphi Diesel Systems Corp.; (ii) Claim 11965 will be modified to $105,117.58 as against the estate of DAS LLC; (iii) Claim 11966 will be modified to $2,734.20 as against the estate of Delphi Mechatronic Systems Inc.; and (iv) Claim 11967 will be modified to $4,993,895.44 as against the estate of DAS LLC.

Dated:  New York, New York
        May 1, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:
/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

3