IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
DELPHI AUTOMOTIVE SYSTEMS LLC                               )   Case No. 05-44640 (RDD)
                                                            )
                                                            )
                                                            )
                                                            )
       Debtor.                                              )
------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Ross Rosenfelt
   Vikas Madan
Tel: 212-250-5760
Fax: 212-797-8770

2. Please take notice of the transfer, in the amount of $1,000,000.00, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, as jointly administered In re: Delphi Corporation, Case No. 05-44481, as evidenced by the Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim No.14139 dated January 31, 2008 (Exhibit A), has been transferred to:

**GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attn: Pedro Ramirez
Telephone: (917) 343-8319
Fax: (212) 428-1243

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

NY436521.1/153-02633


0544481080205000000000001

3. No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

  United States Bankruptcy Court
  Southern District of New York
  Attn: Clerk of Court
  Alexander Hamilton Custom House
  One Bowling Green
  New York, NY 10004-1408

-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

-- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

_____
Deputy Clerk

NY436521.1/153-02633

**EXHIBIT A**

**ORDER**

NY436521.1/153-02633

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :   Chapter 11
DELPHI CORPORATION, et al.,                           :   Case No. 05-44481 [RDD]
                                                      :
              Debtors.                                :   Jointly Administered
                                                      :
------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING
## AND ALLOWING PROOF OF CLAIM NUMBER 14139
## (SERIGRAPH INC./ SPCP GROUP, LLC/
## DEUTSCHE BANK SECURITIES, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Serigraph Inc. ("Serigraph"),

SPCP Group, LLC ("SPCP") and Deutsche Bank Securities, Inc. ("Deutsche Bank," and

together with Serigraph and SPCP, collectively, the "Claimants") respectfully submit

this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim

Number 14139 (the "Stipulation") and agree and state as follows:

**WHEREAS**, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS**, on August 9, 2006, SPCP as assignee of Serigraph filed proof of claim number 14139 (the "Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $1,206,143.24 (the "Claim"); and

**WHEREAS**, on February 21, 2007, SPCP assigned $1,000,000 of the Claim to Deutsche Bank, as evidenced by that certain Notice of Transfer filed on June 13, 2007 (DAS LLC Docket No. 67); and

**WHEREAS**, on September 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twentieth-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"); and

**WHEREAS**, on October 18, 2007, Deutsche Bank and SPCP filed a Response to the Twentieth-First Omnibus Claims Objection (Docket No. 10638) (the "Response"); and

**WHEREAS**, on January 8, 2008, to resolve the Twentieth-First Omnibus

2

Claims Objection with respect to the Claim, Serigraph, SPCP, Deutsche Bank and DAS LLC entered into a settlement agreement (the "Settlement Agreement"); and

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $1,036,570 as a general unsecured non-priority claim; and

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

NOW, THEREFORE, in consideration of the foregoing, the Debtors, Serigraph, SPCP and Deutsche Bank stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $1,036,570 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC. The Claim shall be allocated as follows: (i) Deutsche Bank shall hold a $1,000,000.00 portion of the Claim; and (ii) SPCP shall hold a $36,570 portion of the Claim, and the Debtors' claims register shall be amended to reflect this allocation without the need for any further actions by the Claimants.

2. The Response and the Twenty First Omnibus Claims Objection, solely as it relates to the Claim, are hereby withdrawn with prejudice.

3. The Stipulation does not impact, alter or affect any other proofs of

3

claim that Serigraph, SPCP or Deutsche Bank have on file against the Debtors and

relates solely to those matters arising out of or related to the Claim.

Dated:  New York, New York
        January 29, 2007

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:
                              /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:  West Bend, WI
        January 2008

                              SERIGRAPH INC.
                              By its Counsel,

                              /s/ Kellen S. Baird
                              Serigraph, Inc.
                              Kelleen S. Baird
                              3801 E. Decorah Road
                              West Bend, WI 53095
                              262-335-7460

Dated: Greenwich, Connecticut
January 2008

        SPCP GROUP, LLC
        By its Counsel,

        /s/ Michael Gatto
        Michael Gatto
        SILVER POINT CAPITAL
        Two Greenwich Plaza
        Greenwich, CT 06830
        Tel: 203-542-4032

Dated: New York, NY
January 8, 2008

        DEUTSCHE BANK SECURITIES, INC.

        /s/ Scott G. Martin
        Scott G. Martin
        Deutsche Bank Securities Inc.
        60 Wall Street, 3rd Floor
        New York, NY 1005
        212-250-5760

        /s/ Ray Costa
        Deutsche Bank Securities Inc.
        60 Wall Street, 3rd Floor
        New York, NY 1005
        212-250-5760

**SO ORDERED**

This **31st** day of **January**, 2008
in New York, New York

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

NY436521.1/153-02633

## EVIDENCE OF TRANSFER OF PORTION OF CLAIM

TO:   United States Bankruptcy Court for the
       Southern District of NY ("Bankruptcy Court")
       Attn:   Clerk

AND TO:   Delphi Automotive Systems LLC ("Debtor")
          Case No. 05-44481(RDD)

Claim #:  14139

**DEUTSCHE BANK SECURITIES INC. (as assignee of SPCP Group, LLC)** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **GOLDMAN SACHS CREDIT PARTNERS L.P.**
   c/o Goldman, Sachs & Co.
   30 Hudson, 17th Floor
   Jersey City, NJ 07302
   Attention:      Pedro Ramirez
   Telephone:      (917) 343-8319
   Fax:            (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the Assigned Claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$1,000,000.00** ("Assigned Claim") of Claim #14139 against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Portion of Claim by its duly authorized representative dated February 1, 2008.

GOLDMAN SACHS CREDIT PARTNERS L.P.          DEUTSCHE BANK SECURITIES INC.

By: _____         By: _____
   Name:                                        Name: Scott G. Martin
   Title:                                       Title: Managing Director

                                                    John Stippee
                                                    Managing Director

**EXHIBIT C**

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention:     Pedro Ramirez
Telephone:   (917) 343-8319
Fax:               (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:       021000089
Acct. No.:       40717188
Acct. Name:   Goldman Sachs Credit Partners L.P.
Reference:     Delphi (Trade Claim) from Deutsche
Attention:      Bank Loan Operations – Philip F. Green

NY436521.1/153-02633