**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                   )
In re:                                             )    Chapter 11
                                                   )
DELPHI AUTOMOTIVE SYSTEMS LLC                      )    Case No. 05-44640 (RDD)
                                                   )
                                                   )
                                                   )
         Debtor.                                   )
------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:          **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
                   60 Wall Street, 3rd Floor
                   New York, NY 10005
                   Attn: Ross Rosenfelt
                          Vikas Madan
                   Tel:  212-250-5760
                   Fax:  212-797-8770

2.    Please take notice of the transfer, in the amount of $6,678,072.00, of your general unsecured
claim against DELPHI AUTOMOTIVE SYSTEMS LLC, as jointly administered In re: Delphi
Corporation, Case No. 05-44481, as evidenced by the Joint Stipulation and Agreed Order
Compromising And Allowing Proof of Claim No.9940 and Expunging Proof of Claim number 16490
dated January 31, 2008 (Exhibit A), has been transferred to:

                   **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
                   c/o Goldman, Sachs & Co.
                   30 Hudson, 17th Floor
                   Jersey City, NJ 07302
                   Attn: Pedro Ramirez
                   Telephone: (917) 343-8319
                   Fax: (212) 428-1243

      An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices
regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached
in Exhibit C.

NY436524.1/153-02633


0544481080205000000000003

3.    No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--           **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                United States Bankruptcy Court
                Southern District of New York
                Attn: Clerk of Court
                Alexander Hamilton Custom House
                One Bowling Green
                New York, NY 10004-1408

--           **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--           Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                            CLERK

-----------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                            _____
                            Deputy Clerk

NY436524.1/153-02633

**<u>EXHIBIT A</u>**

**ORDER**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re:                                                 :
                                                       :
DELPHI CORPORATION, et al.,                            :    Chapter 11
                                                       :    Case No. 05-44481 [RDD]
                                                       :
                              Debtors.                 :    Jointly Administered
                                                       :
-------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER
### ALLOWING PROOF OF CLAIM NUMBER 9940
### AND EXPUNGING PROOF OF CLAIM NUMBER 16490
### (WAUPACA FOUNDRY INC. N/K/A THYSSENKRUPP WAUPACA,
### INC./SPCP GROUP, L.L.C./DEUTSCHE BANK SECURITIES INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Waupaca Foundry Inc. n/k/a

ThyssenKrupp Waupaca, Inc. ("ThyssenKrupp"), SPCP Group, L.L.C. ("SPCP") and

Deutsche Bank Securities Inc. ("Deutsche Bank," and together with ThyssenKrupp and

SPCP, collectively, the "Claimants") respectfully submit this Joint Stipulation And

Agreed Order Allowing Proof Of Claim Number 9940 and Expunging Proof of Claim

Number 16490 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended, in the United States Bankruptcy Court for the Southern District of New York;

and

WHEREAS, on July 19, 2006, ThyssenKrupp filed proof of claim number 9940

(the "Proof of Claim") against DAS LLC, asserting an unsecured non-priority claim in

the amount of $6,678,072.11 (the "Claim"); and

WHEREAS, on April 20, 2006, ThyssenKrupp and certain other ThyssenKrupp

entities filed a Motion pursuant to Bankruptcy Code sections 362 and 553 for an Order

lifting the automatic stay in order to allow a setoff (Docket No. 3312) (the "Setoff

Motion"); and

WHEREAS, on January 22, 2007, ThyssenKrupp filed proof of claim 16490 (the

"Amended Proof of Claim") against DAS LLC asserting an unsecured non-priority

claim in the amount of $6,563,719.48 and a secured claim in the amount of $114,352.63

(the "Amended Claim"); and

WHEREAS, on March 16, 2007, the Debtors objected to the Amended Claim

pursuant to the Debtors' Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B)

Equity Claims (Docket No. 7300) (the "Tenth Omnibus Claims Objection"); and

2

WHEREAS, ThyssenKrupp transferred its interest in certain DAS LLC

receivables associated with the Claim and the Amended Claim to SPCP as evidenced by

Notices of Transfer entered on March 29, 2007 (Docket Nos. 7458 and 7460,

respectively); and

WHEREAS, on April 12, 2007, ThyssenKrupp and certain other ThyssenKrupp

entities filed their Response to the Tenth Omnibus Claims Objection (Docket No. 7645)

(the "Response"); and

WHEREAS, on June 15, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b)

and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on

Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E)

Claims Subject to Modification, Tax Claims Subject to Modification, and Modified

Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims

Objection"); and

WHEREAS, on July 26, 2007, the Court entered the Order Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C)

Insurance Claim Not Reflected on Debtors' Books and Records, (D) Untimely Claims

and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to

Modification, and Modified Claims Asserting Reclamation Identified in Seventeenth

Omnibus Claims Objection (Docket No. 8737) (the "Seventeenth Omnibus Claims Objection Order"); and

WHEREAS, pursuant to the Seventeenth Omnibus Claims Objection Order, the Claim was classified as an unsecured non-priority claim in the amount of $6,595,973.44 against DAS LLC and a priority claim in the amount of $79,710.92 against DAS LLC pursuant to the Seventeenth Omnibus Claims Objection Order (Docket No. 8599); and

WHEREAS, SPCP transferred $6,678,072.11 of its interest in the Claim and the Amended Claim to Deutsche Bank as evidenced by Notices of Transfer entered on August 14, 2007 (Docket No. 9077 and 9078, respectively); and

WHEREAS, on January 8, 2008, to resolve the Tenth Omnibus Claims Objection with respect to the Amended Claim, the Seventeenth Omnibus Claims Objection with respect to the Claim, and the Setoff Motion, DAS LLC, ThyssenKrupp, SPCP and Deutsche Bank entered into a Settlement Agreement (the "Settlement Agreement"); and

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $6,678,072 as a general unsecured non-priority claim; and

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

4

NOW, THEREFORE, in consideration of the foregoing, the Debtors, Thyssen Krupp, SPCP and Deutsche Bank stipulate and agree as follows:

1.    The Claim is hereby allowed in the amount of $6,678,072 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC. Deutsche Bank shall hold the entire Claim, and the Debtors' claims register shall be amended to reflect this without the need for any further actions by the Claimants.

2.    The Amended Claim is hereby disallowed and expunged in its entirety.

3.    The Seventeenth Omnibus Claims Objection, solely as it relates to the Claim and the Amended Claim, the Response and the Setoff Motion are hereby withdrawn with prejudice.

4.    The Seventeenth Omnibus Claims Objection Order is hereby amended and superceded solely with respect to the Claim to reflect the allowance of the Claim pursuant to the terms set forth herein.

5.    The Stipulation does not impact, alter or affect any other claims that ThyssenKrupp SPCP or Deutsche Bank may against the Debtors and relates solely to those matters arising out of or related to the Claim and the Amended Claim.

5

Dated:   New York, New York
          January 29, 2008

                                    DELPHI CORPORATION, <u>et al.</u>,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    <u>/s/ Neil Berger</u>
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000

Dated:   Kansas City, Missouri
          January 2008

                                    WAUPACA FOUNDRY INC. N/K/A
                                        THYSSENKRUPP WAUPACA, INC.
                                    By its Counsel,
                                    STINSON MORRISON HECKER LLP

                                    <u>/s/ Mark A. Shaiken</u>
                                    MARK A. SHAIKEN
                                    1201 Walnut Street, Suite 2700
                                    Kansas City, Missouri
                                    (816) 842-8600

              **[Signatures concluded on the following page]**

                                        6

Dated:  New York, New York
            January 2008

                                            SPCP GROUP, LLC


                                            /s/ Michael Gatto
                                            Michael Gatto
                                            SILVER POINT CAPITAL
                                            Two Greenwich Plaza
                                            Greenwich, CT 06830
                                            Tel: 203-542-4032


Dated:  New York, New York
            January 2008


                                            DEUTSCHE BANK SECURITIES, INC.


                                            /s/ Scott G. Martin
                                            Deutsche Bank Securities Inc.
                                            60 Wall Street, 3rd Floor
                                            New York, NY 1005
                                            212-250-5760

                                            /s/ Ray Costa
                                            Ray Costa
                                            Deutsche Bank Securities Inc.
                                            60 Wall Street, 3rd Floor
                                            New York, NY 1005
                                            212-250-5760


                            SO ORDERED

                    This 31st day of January, 2008
                        in New York, New York

                    _____/s/Robert D. Drain_____
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE


                                    7

8

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of NY ("Bankruptcy Court")
       Attn:   Clerk


AND TO:    Delphi Automotive Systems LLC ("Debtor")
           Case No. 05-44481(RDD)


**Claim #:  9940**

**DEUTSCHE BANK SECURITIES INC. (as assignee of SPCP Group, LLC)** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **GOLDMAN SACHS CREDIT PARTNERS L.P.**
    c/o Goldman, Sachs & Co.
    30 Hudson, 17th Floor
    Jersey City, NJ  07302
    Attention:    Pedro Ramirez
    Telephone:    (917) 343-8319
    Fax:          (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the Assigned Claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$6,678,072.00** ("Assigned Claim") of Claim # 9940 against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 1, 2008.

**GOLDMAN SACHS CREDIT PARTNERS L.P.**        **DEUTSCHE BANK SECURITIES INC.**

By: _____                  By: _____
    Name:                                         Name:
    Title:                                        Title:   Scott G. Martin
                                                           Managing Director


                                                           John Shippee
                                                           Managing Director

## EXHIBIT C

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302

| | |
|---|---|
| Attention: | Pedro Ramirez |
| Telephone: | (917) 343-8319 |
| Fax: | (212) 428-1243 |

Wire Instructions:

Citibank N.A.
New York, New York

| | |
|---|---|
| ABA No.: | 021000089 |
| Acct. No.: | 40717188 |
| Acct. Name: | Goldman Sachs Credit Partners L.P. |
| Reference: | Delphi (Trade Claim) from Deutsche |
| Attention: | Bank Loan Operations – Philip F. Green |