**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:    CASE NO. 05-44481 (RDD)

**DELPHI CORPORATION, et al.**

DEBTOR    CHAPTER 11

------------------------------------------------------------------------

**MOTION TO ALLOW LATE FILED CLAIM**

**NOW INTO COURT,** through undersigned counsel, comes the Louisiana Department of Revenue, hereinafter referred to as the "LDR", who hereby moves this Honorable Court to allow its late filed claim in the above referenced case, for the following reasons:

1.

The LDR filed claim number 16707, which includes $7,436.36 in priority tax claims, on September 7, 2007. The LDR admits that its claim was filed after the bar date established for pre-petition claims. However, the LDR submits that the amount is due as shown on Delco Electronics, LLC's 2002 Louisiana income tax return.

2.

The LDR submits that the claim was filed late due to excusable neglect within the meaning of Federal Rule of Bankruptcy Procedure Rule 9006(b)(1). The time provided by the bar date notice was insufficient to allow the LDR to separate the various tax liabilities of the Debtors in this jointly administered case. The notice did not contain the correct name of Delphi Electronics, LLC nor was it mailed to the correct address (headquarters).

3.

For these reasons, the LDR respectfully requests that its claim No. 16707 be allowed as late filed.

1

4.

**WHEREFORE,** the Louisiana Department of Revenue prays for an Order of this Honorable Court allowing as late filed the LDR's claim No. 16707.

Respectfully submitted by:

__/s/ David M. Hansen_____
David M. Hansen, La. Bar Roll No. 26916
Louisiana Department of Revenue, Legal Division
617 North Third Street
Baton Rouge, Louisiana 70802
Telephone (225) 219-2080
Facsimile (225) 219-0861
E-mail: david.hansen@la.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that electronic notice of the electronic filing of the above and foregoing has been sent to all parties who are registered participants in the Electronic Case Filing System; and that a copy of the above and foregoing has been sent to John Butler and Kayalyn Marafioti, attorneys for the Debtors, via U.S. Mail, postage prepaid and properly addressed.

Signed in Baton Rouge, Louisiana, on this 6th day of May, 2008.

__/s/ David M. Hansen___
David M. Hansen