LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
 mitchell.seider@lw.com
 mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                           )   ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On May 5, 2008, I caused true and correct copies of the Ninth Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins

NY\1407198.1

LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties

identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
6th day of May, 2008

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1407198.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL   60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Harvey R. Miller, Esq.<br>Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>620 Eigth Avenue<br>New York, NY 10018-1405 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

| | |
|---|---|
| Alicia M Leonhard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>       Bonnie Steingart<br>       Vivek Melwani<br>       Jennifer L. Rodburg<br>       Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |

NY\1407198.1

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak<br>       General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL 33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite 2300<br>Chicago, IL 60606 |
| WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY 10022<br>Attn: Stephen Toy | Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 |
| Pickrel-Shaeffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH 45423 | |

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
adalberto@canadas.com
aee@hurwitzfine.com
aenglund@orrick.com
agelman@sachnoff.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amccollough@mcguirewoods.com
amcmullen@bccb.com
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com

asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
attorneystella@sszpc.com
austin.bankruptcy@publicans.com
axs@maddinhauser.com
ayala.hassell@eds.com
bankrupt@modl.com
pwcarey@modl.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bhoover@goldbergsegalla.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com

bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com

NY\1407198.1

| | | |
|---|---|---|
| crieders@gjb-law.com | fstevens@foxrothschild.com | jharris@quarles.com |
| cs@stevenslee.com | ftrikkers@rikkerslaw.com | jhlemkin@duanemorris.com |
| cp@stevenslee.com | fusco@millercanfield.com | jkp@qad.com |
| cschulman@sachnoff.com | fyates@sonnenschein.com | jkreher@hodgsonruss.com |
| csullivan@bsk.com | gdiconza@dlawpc.com | jlanden@madisoncap.com |
| cweidler@paulweiss.com | george.cauthen@nelsonmullins.com | jlapinsky@republicengineered.com |
| dadler@mccarter.com | gerdekomarek@bellsouth.net | jlevi@toddlevi.com |
| dallas.bankruptcy@publicans.com | gettelman@e-hlaw.com | jmanheimer@pierceatwood.com |
| david.aaronson@dbr.com | ggotto@kellerrohrback.com | jmbaumann@steeltechnologies.com |
| david.boyle@airgas.com | ggreen@fagelhaber.com | jminias@stroock.com |
| david.lemke@wallerlaw.com | gjarvis@ggelaw.com | jmoennich@wickenslaw.com |
| davidpmartin@erisacase.com | gkurtz@ny.whitecase.com | jmsullivan@mwe.com |
| davidpmartin@bellsouth.net | guzzi@whitecase.com | jmurch@foley.com |
| dbaty@honigman.com | dbaumstein@ny.whitecase.com | joel_gross@aporter.com |
| dbrown@klettrooney.com | gogimalik@andrewskurth.com | john.brannon@tklaw.com |
| dconnolly@alston.com | gpeters@weltman.com | john.gregg@btlaw.com |
| dwender@alston.com | gravert@mwe.com | john.persiani@dinslaw.com |
| dcrapo@gibbonslaw.com | greenj@millercanfield.com | john.sieger@kattenlaw.com |
| ddavis@paulweiss.com | greg.bibbes@infineon.com | jonathan.greenberg@BASF.COM |
| ddeutsch@chadbourne.com | gregory.kaden@ropesgray.com | jorenstein@aoblaw.com |
| ddragich@foley.com | growsb@wnj.com | jposta@sternslaw.com |
| ddraper@terra-law.com | gsantella@masudafunai.com | jspecf@sternslaw.com |
| ddunn@akingump.com | gschwed@loeb.com | jrhunter@hunterschank.com |
| derrien@coollaw.com | gtoering@wnj.com | jrobertson@calfee.com |
| dgheiman@jonesday.com | hannah@blbglaw.com | JRS@Parmenterlaw.com |
| diconzam@gtlaw.com | hborin@schaferandweiner.com | jsalmas@mccarthy.ca |
| djury@steelworkers-usw.org | heather@inplaytechnologies.com | lsalzman@mccarthy.ca |
| dkarp@cm-p.com | herb.reiner@guarantygroup.com | jshickich@riddellwilliams.com |
| dladdin@agg.com | heyens@gtlaw.com | jsimon@foley.com |
| dlowenthal@thelenreid.com | Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com |
| dludman@brownconnery.com | hkolko@msek.com | jstempel@kirkland.com |
| dmdelphi@duanemorris.com | hleinwand@aol.com | jtaylor@binghammchale.com |
| dpm@curtinheefner.com | holly@regencap.com | malerding@binghammchale.com |
| dquaid@tcfhlaw.com | housnerp@michigan.gov | wmosby@binghammchale.com |
| efiledocketgroup@fagelhaber.com | houston_bankruptcy@publicans.com | jtaylor@binghammchale.com |
| driggio@candklaw.com | hwangr@michigan.gov | wmosby@binghammchale.com |
| drosenzweig@fulbright.com | hzamboni@underbergkessler.com | judith.elkin@haynesboone.com |
| dwdykhouse@pbwt.com | idizengoff@akingump.com | jvitale@cwsny.com |
| dweiner@schaferandweiner.com | ilevee@lowenstein.com | bceccotti@cwsny.com |
| eabdelmasieh@nmmlaw.com | ira.herman@tklaw.com | jwilson@tylercooper.com |
| EAKleinhaus@wlrk.com | jaffeh@pepperlaw.com | jwisler@cblh.com |
| ecdolan@hhlaw.com | james.bentley@srz.com | jzackin@sillscummis.com |
| echarlton@hiscockbarclay.com | jangelovich@nixlawfirm.com | karen.dine@pillsburylaw.com |
| efox@klng.com | janice.grubin@dbr.com | kcookson@keglerbrown.com |
| egc@lydenlaw.com | japplebaum@clarkhill.com | kcunningham@pierceatwood.com |
| egeekie@schiffhardin.com | javanzato@apslaw.com | ken.higman@hp.com |
| eglas@mccarter.com | jay.hurst@oag.state.tx.us | khansen@stroock.com |
| egunn@mcguirewoods.com | jay.selanders@kutakrock.com | khopkins@milesstockbridge.com |
| ekutchin@kutchinrufo.com | jbernstein@mdmc-law.com | kim.robinson@bfkn.com |
| elazarou@reedsmith.com | jcrotty@rieckcrotty.com | klaw@bbslaw.com |
| elizabeth.flaagan@hro.com | jdonahue@miheritage.com | kmayhew@pepehazard.com |
| Elliott@cmplaw.com | jeannine.damico@cwt.com | kmiller@skfdelaware.com |
| emarcks@ssd.com | Jeff.Ott@molex.com | Knathan@nathanneuman.com |
| emccolm@paulweiss.com | jeffery.gillispie@infineon.com | knorthup@kutchinrufo.com |
| emeyers@mrrlaw.net | jeisenhofer@gelaw.com | knye@quarles.com |
| enrique.bujidos@es.pwc.com | jengland@linear.com | krk4@daimlerchrysler.com |
| ephillips@thurman-phillips.com | jforstot@tpw.com | krosen@lowenstein.com |
| eray@balch.com | jgtougas@mayerbrown.com | kwalsh@lordbissell.com |
| ewaters@sheppardmullin.com | jguerrier@dreierllp.com | lawallf@pepperlaw.com |
| ferrell@taftlaw.com | jguy@orrick.com | lawtoll@comcast.net |
| ffm@bostonbusinesslaw.com | jh@previant.com | lberkoff@moritthock.com |
| fholden@orrick.com | mgr@previant.com | lcurcio@tpw.com |

NY\1407198.1

| | | |
|---|---|---|
| lekvall@wgllp.com | msutter@ag.state.oh.us | rsz@curtinheefner.com |
| lenard.parkins@haynesboone.com | mtf@afrct.com | rthibeaux@shergarner.com |
| kenric.kattner@haynesboone.com | mtrentadue@boselaw.com | rthibeaux@shergarner.com |
| lgretchko@howardandhoward.com | cdelatorre@boselaw.com | rtrack@msn.com |
| lisa.moore2@nationalcity.com | murph@berrymoorman.com | rurbanik@munsch.com |
| lloyd.sarakin@am.sony.com | mviscount@foxrothschild.com | jwielebinski@munsch.com |
| lmagarik@kjmlabor.com | mwarner@warnerstevens.com | drukavina@munsch.com |
| lmcbryan@hwmklaw.com | mwinthrop@winthropcouchot.com | rusadi@cahill.com |
| lmurphy@honigman.Com | myarnoff@sbclasslaw.com | rweisberg@carsonfischer.com |
| lnewman@fagelhaber.com | mzelmanovitz@morganlewis.com | rwyron@orrick.com |
| lpeterson@msek.com | nhp4@cornell.edu | sabelman@cagewilliams.com |
| lpinto@wcsr.com | niizeki.tetsuhiro@furukawa.co.jp | sagolden@hhlaw.com |
| lsarko@kellerrohrback.com | pabutler@ssd.com | sandy@nlsg.com |
| claufenberg@kellerrohrback.com | patrick.bartels@quadranglegroup.com | sarah.morrison@doj.ca.gov |
| eriley@kellerrohrback.com | pbaisier@seyfarth.com | sarbt@millerjohnson.com |
| lschwab@bbslaw.com | pbarr@jaffelaw.com | wolfordr@millerjohnson.com |
| lwalzer@angelogordon.com | pbilowz@goulstonstorrs.com | scargill@lowenstein.com |
| madison.cashman@stites.com | pbosswick@ssbb.com | schnabel@klettrooney.com |
| maofiling@cgsh.com | pcostello@bbslaw.com | schristianson@buchalter.com |
| maofiling@cgsh.com | pgurfein@akingump.com | sdabney@kslaw.com |
| marc.hirschfield@ropesgray.com | pjanovsky@zeklaw.com | bdimos@kslaw.com |
| margot.erlich@pillsburylaw.com | pjricotta@mintz.com | sdeeby@clarkhill.com |
| mark.houle@pillsburylaw.com | pricotta@mintz.com | sdonato@bsk.com |
| mark.owens@btlaw.com | pmears@btlaw.com | sdrucker@honigman.com |
| marvin.clements@state.tn.us | Pretekin@coollaw.com | sean@blbglaw.com |
| massimiliano_cini@brembo.it | prubin@herrick.com | sfreeman@lrlaw.com |
| mbane@kelleydrye.com | raterinkd@michigan.gov | sgoldber@quarles.com |
| mbusenkell@eckertseamans.com | rbeacher@daypitney.com | sgross@hodgsonruss.com |
| mcruse@wnj.com | cchiu@daypitney.com | sgross@hodgsonruss.com |
| mdallago@morrisoncohen.com | rcarrillo@gsblaw.com | shandler@mwe.com |
| mdebbeler@graydon.com | rcharles@lrlaw.com | mquinn@mwe.com |
| metkin@lowenstein.com | rcovino@lordbissell.com | shandler@sbclasslaw.com |
| mfarquhar@winstead.com | rdaversa@mayerbrown.com | shapiro@steinbergshapiro.com |
| mgreger@allenmatkins.com | rdremluk@seyfarth.com | sharon.petrosino@hp.com |
| mhall@burr.com | resterkin@morganlewis.com | sholmes@hunton.com |
| miag@michigan.gov | Rfeinstein@pszjlaw.com | sjennik@kjmlabor.com |
| miag@michigan.gov | Ischarf@pszjlaw.com | sjfriedman@jonesday.com |
| michael.cook@srz.com | RGMason@wlrk.com | sjohnston@cov.com |
| michael.mccrory@btlaw.com | rgordon@clarkhill.com | skrause@zeklaw.com |
| michaelz@orbotech.com | rgriffin@iuoe.org | smcook@lambertleser.com |
| miller@taftlaw.com | rheilman@schaferandweiner.com | snirmul@gelaw.com |
| mkilgore@UP.com | rhett.campbell@tklaw.com | sokeefe@winthropcouchot.com |
| mkohayer@aol.com | richard.epling@pillsburylaw.com | sopincar@mcdonaldhopkins.com |
| mlee@contrariancapital.com | richard.kremen@dlapiper.com | sosimmerman@kwgd.com |
| jstanton@contrariancapital.com | rjclark@hancocklaw.com | spaethlaw@phslaw.com |
| wraine@contrariancapital.com | rjones@bccb.com | sriley@mcdonaldhopkins.com |
| solax@contrariancapital.com | rjp@pbandg.com | srosen@cb-shea.com |
| mmachen@sonnenschein.com | rjsidman@vssp.com | sselbst@mwe.com |
| mmassad@hunton.com | rkidd@srcm-law.com | sshimshak@paulweiss.com |
| mmeyers@mlg-pc.com | rlp@quarles.com | steven.keyes@aam.com |
| mmharner@jonesday.com | rmcdowell@bodmanllp.com | susanwhatley@nixlawfirm.com |
| mmoody@okmlaw.com | rmeth@daypitney.com | swalsh@chglaw.com |
| mnewman@schaferandweiner.com | rnorton@reedsmith.com | tbrink@lordbissell.com |
| mparker@fulbright.com | rnsteinwurtzel@swidlaw.com | tch@previant.com |
| mrichards@blankrome.com | robert.goodrich@stites.com | tcohen@sheppardmullin.com |
| mrichman@foley.com | robert.morris@timken.com | tdonovan@finkgold.com |
| mrr@previant.com | robert.welhoelter@wallerlaw.com | tgaa@bbslaw.com |
| mscott@riemerlaw.com | robin.spear@pillsburylaw.com | tguerriero@us.tiauto.com |
| mseidl@pszjlaw.com | rpeterson@jenner.com | thaler@tglawfirm.com |
| mshaiken@stinsonmoheck.com | rrichards@sonnenschein.com | timothy.mehok@hellerehrman.com |
| msomerstein@kelleydrye.com | rrosenbaum@mrrlaw.net | tkennedy@kjmlabor.com |
| msternstein@sheppardmullin.com | rsmolev@kayescholer.com | tlauria@whitecase.com |

featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
tracy.richardson@dol.lps.state.nj.us
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
loucourtsum@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com

NY\1407198.1