SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
ALLOWING PROOF OF CLAIM NUMBER 5372
(HILLSBOROUGH COUNTY TAX COLLECTOR)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi
Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-
captioned cases (collectively, the "Debtors"), and Hillsborough County Tax Collector
("Hillsborough County") respectfully submit this Joint Stipulation And Agreed Order Allowing
Proof Of Claim Number 5372 (Hillsborough County Tax Collector) and agree and state as
follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary
petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then
amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 9, 2006, Hillsborough County filed proof of claim number
5372 against DAS LLC, which asserts a secured claim in the amount of $860.67 (the "Claim")
arising from certain taxes allegedly owed by DAS LLC to Hillsborough County.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the
Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.
R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected
On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not
Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims,
And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims
Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth
Omnibus Claims Objection").

WHEREAS, on June 19, 2007, Hillsborough County filed its Response Of
Hillsborough County Tax Collector To Debtors Thirteenth Omnibus Claims Objection (Docket

2

No. 8370 (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and

agrees that the Claim shall be allowed against DAS LLC in the amount of $860.67.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either

because the Claim involves ordinary course controversies or pursuant to that certain Amended

And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow

Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26,

2007.

THEREFORE, the Debtors and Hillsborough County stipulate and agree as

follows:

1.      The Claim shall be allowed in the amount of $860.67 and shall be treated

as an allowed secured claim against the estate of DAS LLC.

2.      Hillsborough County hereby releases and waives any right to assert any

other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever,

including those arising under contract, statute, or common law arising out of, related to, or by

reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.

3.      Hillsborough County shall withdraw its Response to the Thirteenth

Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 9th day of May, 2008

        /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Brian T. FitzGerald |

| | |
|---|---|
| John Wm. Butler, Jr. | Brian T. FitzGerald |
| John K. Lyons | SENIOR ASSISTANT COUNTY ATTORNEY |
| Ron E. Meisler | Post Office Box 1110 |
| SKADDEN, ARPS, SLATE, MEAGHER | Tampa, Florida 33601-1110 |
| & FLOM LLP | (813) 272-5670 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorney for Doug Belden, Hillsborough County |
| (312) 407-0700 | Tax Collector |

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession