SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 1502
(BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY, KANSAS)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Board of County Commissioners of Johnson County, Kansas ("Johnson County") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1502 (Board of County Commissioners of Johnson County, Kansas) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on January 10, 2006, Johnson County filed proof of claim number 1502 against DAS LLC which asserts a secured claim in the amount of $112,252.16 (the "Claim") arising from certain 2005 real estate taxes allegedly owed by DAS LLC to Johnson County.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on May 14 2007, Johnson County filed its Response Of Johnson

County, Kansas, To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 7977) (the "Response").

WHEREAS, on April 21, 2008, to resolve the Thirteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Johnson County entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $97,459.26.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Johnson County stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $97,459.26 and shall be treated as an allowed secured claim against the estate of DAS LLC.

2. Johnson County shall withdraw its Response to the Thirteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 9th day of May, 2008

    /s/Robert D. Drain
    UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Roger L. Tarbutton |
| John Wm. Butler, Jr. | Roger L. Tarbutton |
| John K. Lyons | Assistant Johnson County Counselor |
| Ron E. Meisler | JOHNSON COUNTY LEGAL DEPARTMENT |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 111 S. Cherry, Suite 3200 |
| 333 West Wacker Drive, Suite 2100 | Olathe, KS 66061-3441 |
| Chicago, Illinois 60606-1285 | (913) 715-1900 |
| (312) 407-0700 | Attorney for Board of County Commissioners of Johnson County, Kansas |

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession