TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

HEARING DATE: 6/18/2008 at 10:00 a.m.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, et al.,         :
                                    :    Jointly Administered
                        Debtors.    :
                                    :
-----------------------------------------------------------------x

**AMENDED FIFTH NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14147 (SPCP GROUP, L.L.C., AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS, INC./ GOLDMAN SACHS CREDIT PARTNERS L.P.)**

PLEASE TAKE NOTICE that on October 26, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14147 (the "Proof of Claim") filed SPCP Group, L.L.C., as Assignee of Textron Fastening Systems, Inc., and subsequently transferred to Goldman Sachs Credit Partners L.P. (collectively, the "Claimants") pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely

Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738).

    PLEASE TAKE FURTHER NOTICE that on December 5, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14147 scheduling an evidentiary hearing (the "Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for February 7, 2008, at 10:00 a.m. (prevailing Eastern time).

    PLEASE TAKE FURTHER NOTICE that on January 31, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14147 (Docket No. 12423), adjourning the Claims Objection Hearing until February 20, 2008.

    PLEASE TAKE FURTHER NOTICE that on February 11, 2008, the Debtors filed the Second Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14147 (Docket No. 12612), adjourning the Claims Objection Hearing until April 4, 2008.

    PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors filed the Third Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14147 (Docket No. 13223), adjourning the Claims Objection Hearing until April 18, 2008.

    PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors filed the Fourth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14147 (Docket No. 13390),

adjourning the Claims Objection Hearing until May 8, 2008.

PLEASE TAKE FURTHER NOTICE that on May 2, 2008, the Debtors filed the Fifth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14147 (Docket No. 13390), adjourning the Claims Objection Hearing until June 5, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") the Court has further adjourned the Claims Objection Hearing to **June 18, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the June 18, 2008 Hearing Date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

**[Continued on next page]**

   PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated: New York, New York
    May 9, 2008

               DELPHI CORPORATION, *et al.*
               By their attorneys,
               TOGUT, SEGAL & SEGAL LLP
               By:

               /s/ Neil Berger
               ALBERT TOGUT (AT-9759)
               NEIL BERGER (NB-3599)
               Members of the Firm
               One Penn Plaza
               New York, New York 10119
               (212) 594-5000