TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

HEARING DATE: 6/18/2008 at 10:00 a.m.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, et al.,                   :
                                              :    Jointly Administered
                              Debtors.        :
                                              :
---------------------------------------------------------------x

## AMENDED SIXTH NOTICE OF ADJOURNMENT CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14141 (SPCP GROUP, LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION/ JPMORGAN CHASE BANK, N.A./CONTRARIAN FUNDS, LLC)

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14141 (the "Proof of Claim") filed by SPCP Group, LLC as assignee of Parker Hannifin Corporation ("SPCP") and subsequently transferred, in part, by SPCP to JPMorgan Chase Bank, N.A. ("JPM") and, in part, by JPM to Contrarian Funds, LLC ("Contrarian" and, together with SPCP and JPM, the "Claimants") pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270).

    PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14141 (Docket No. 11124) scheduling an evidentiary hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

    PLEASE TAKE FURTHER NOTICE that on January 25, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 12357), adjourning the Claims Objection Hearing until February 20, 2008.

    PLEASE TAKE FURTHER NOTICE that on February 14, 2008, the Debtors filed the Second Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 12642), adjourning the Claims Objection Hearing until March 11, 2008.

    PLEASE TAKE FURTHER NOTICE that on March 10, 2008, the Debtors filed the Third Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13061), adjourning the Claims Objection Hearing until April 4, 2008.

    PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors filed the Fourth Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13214), adjourning the Claims Objection Hearing until April 18, 2008.

PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors filed the Fifth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13383), adjourning the Claims Objection Hearing until May 8, 2008.

PLEASE TAKE FURTHER NOTICE that on May 2, 2008, the Debtors filed the Sixth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13526), adjourning the Claims Objection Hearing until June 5, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") the Court has further adjourned the Claims Objection Hearing to **June 18, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Order shall remain in full force and effect. Those deadlines calculated based on the hearing date shall be calculated based on the June 18, 2008 Hearing Date. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.

Dated: New York, New York
May 9, 2008

                        DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000