Jay L. Welford (MI. Bar No. P34471)
Paul R. Hage (MI. Bar No. P70460)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
(248) 351-3082 (Facsimile)
jwelford@jaffelaw.com
phage@jaffelaw.com

Attorneys for DC Coaters, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :      Case No. 05-44481 (RDD)
                                                  :
            Debtors.                              :      (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DOCKET # 8938

Please take notice that I hereby withdraw Docket # 8938.

                      Respectfully submitted,

                      JAFFE, RAITT, HEUER & WEISS, P.C.

By:    */s/ Jay L. Welford*
  Jay L. Welford (MI. Bar No. P34471)
  Paul R. Hage (MI. Bar No. P70460)
  Attorneys for Trustee
  27777 Franklin Road, Suite 2500
  Southfield, MI 48034
  (248) 351.3000
  (248) 351.3082
  jwelford@jaffelaw.com
  phage@jaffelaw.com

Dated: May 12, 2008

1527093.01