UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                            :        Chapter 11
In re                                       :
                                            :        Case No. 05-44481 (RDD)
DELPHI CORP., *et al.,*                     :
                                            :        (Jointly Administered)
            Debtors.                        :
--------------------------------------------------------x

## REQUEST FOR REMOVAL OF MICHAEL C. HAMMER FROM SERVICE LISTS

Michael C. Hammer of Dickinson Wright PLLC hereby requests that he be
removed from any and all service lists in the captioned case.

DICKINSON WRIGHT PLLC

By: /s/ Michael C. Hammer
     Michael C. Hammer (P41705)
301 E. Liberty, Suite 500
Ann Arbor, MI  48104-2266
(734) 623-7075

Dated:  May 12, 2008

ANNARBOR  99999-0  98650v1  5/12/2008