```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :    Chapter 11
In re                                                      :
                                                           :    Case No. 05-44481 (RDD)
DELPHI CORP., et al.,                                      :
                                                           :    (Jointly Administered)
                    Debtors.                               :
-----------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

     I, Michael C. Hammer, hereby certify that on May 12, 2008, I electronically filed <u>Request for Removal of Michael C. Hammer from Service Lists</u> and this <u>Certificate of Service</u> with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Anne Marie Aaronson     aaronsoa@pepperlaw.com
David B. Aaronson     david.aaronson@dbr.com
Elizabeth Abdelmasieh     elizabeth@regencap.com
Franklin C. Adams     franklin.adams@bbklaw.com
Jason R. Adams     jadams@torys.com
Jennifer L. Adamy     bankruptcy@goodwin.com
David J. Adler     dadler@mccarter.com
Michael J. Alerding     malerding@binghammchale.com
Joseph W. Allen     jallen@jaeckle.com
Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker     philip.anker@wilmerhale.com
Joel D. Applebaum     japplebaum@clarkhill.com
Allison R. Bach     abach@dickinsonwright.com
Stephen M. Bales     sbales@zieglermetzger.com
C. David Bargamian     dbargamian@bsdd.com
Courtney Engelbrecht Barr     cbarr@lockelord.com,
    docket@lockelord.com;dknell@lockelord.com
William J. Barrett     william.barrett@bfkn.com
David S. Barritt     barritt@chapman.com
Joseph M. Barry     jbarry@ycst.com
Douglas P. Bartner     dbartner@shearman.com,
    mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,
    atenzer@shearman.com
Donald F. Baty     dbaty@honigman.com
Douglas P. Baumstein     dbaumstein@whitecase.com
Peter Nils Baylor     pnb@nutter.com
Ronald Scott Beacher     rbeacher@daypitney.com
W. Robinson Beard     jkirk@stites.com

Thomas M. Beeman     tom@beemanlawoffice.com
Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett     rbennett@kirkland.com,
    asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger
    @kirkland.com
Timothy C. Bennett     tbennett@klng.com
Neil Matthew Berger     neilberger@teamtogut.com,
    dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@tea
    mtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.co
    m;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com
Leslie Ann Berkoff     lberkoff@moritthock.com
Richard J. Bernard     rbernard@bakerlaw.com
Jeffrey Bernstein     jbernstein@mdmc-law.com
Brendan G. Best     Bbest@dykema.com, ssalinas@dykema.com
Brendan G. Best     bbest@dykema.com, ssalinas@dykema.com
Beth Ann Bivona     bbivona@damonmorey.com,
    wsavino@damonmorey.com;mbrennan@damonmorey.com
Monica Susan Blacker     monicablacker@akllp.com
Florence Bonaccorso-Saenz     florence.saenz@la.gov
Charles E. Boulbol     rtrack@msn.com
Eliza K. Bradley     ebradley@robergelaw.com
William M. Braman     wmbraman@binghammchale.com
Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink     timothy.brink@dlapiper.com
Peter D. Broitman     broitman.peter@dol.gov, sol-chi@dol.gov
James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com
Mark A. Broude     mark.broude@lw.com
Dewitt Brown     dewitt.brown@bipc.com
Lee B. Brumitt     lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Deborah M. Buell     maofiling@cgsh.com
Kevin J. Burke     kburke@cahill.com
Michael G. Busenkell     mbusenkell@eckertseamans.com
John Wm. Butler     jbutler@skadden.com
Aaron R. Cahn     cahn@clm.com
Robert A. Calinoff     rcalinoff@candklaw.com
Judy B. Calton     jcalton@honigman.com
Paul W. Carey     bankrupt@modl.com, pwcarey@modl.com
Scott Cargill     scargill@lowenstein.com
James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
Roberto Carrillo     rcarrillo@gsblaw.com
D. Christopher Carson     ccarson@burr.com
Michelle Carter     mcarter@kslaw.com, pwhite@kslaw.com
Linda J. Casey     caseyl@pepperlaw.com,
    hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepp

erlaw.com;kistlerb@pepperlaw.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com,
   mary.cutler@nelsonmullins.com;brook.wright@nelsonmullins.com
Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com
Babette A. Ceccotti    bceccotti@cwsny.com
Sarah B. Chapman Carter    scarter@pselaw.com
Erik G. Chappell    egc@lydenlaw.com
J Eric Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
Conrad Chiu    cchiu@daypitney.com
David D. Cleary    david.cleary@dl.com, mkhambat@dl.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Mark B. Conlan    mconlan@gibbonslaw.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com,
   rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
Gary H. Cunningham    gcunningham@gmhlaw.com
Louis A. Curcio    lcurcio@tpwlaw.com
Vincent D'Agostino    vdagostino@lowenstein.com
Jeannine D'Amico    jeannine.damico@cwt.com
Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com
Michael S. Davis    mdavis@zeklaw.com,
   mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
Carina M. De La Torre    cdelatorre@boselaw.com
James J. DeCristofaro    james.decristofaro@lovells.com
Karen Veronica DeFio    kdefio@bsk.com
J. Michael Debbeler    mdebbeler@graydon.com
Robert Dehney    rdehney@mnat.com,
   cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla
   @mnat.com;wlamotte@mnat.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
   nyc.managing.clerk@nixonpeabody.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com

3

Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
Amish R. Doshi    adoshi@daypitney.com
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
David G. Dragich    ddragich@foley.com
David B. Draper    ddraper@terra-law.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com,
     pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com
Seth A. Drucker    sdrucker@honigman.com
David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
Frank L. Eaton    featon@whitecase.com,
     icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com
Gayle Ehrlich    gehrlich@sandw.com, ccarlson@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
Paige Leigh Ellerman    ellerman@taftlaw.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Margot Erlich    margot.erlich@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga    sfalanga@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Kathleen A. Farinas    kf@lgrslaw.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com
Oscar B. Fears    bfears@law.ga.gov
Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
Hermann Ferre    hferre@thelenreid.com
Richard L. Ferrell    Ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com
Jonathan L. Flaxer    jflaxer@golenbock.com,
     ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com
Daniel A. Fliman    dfliman@kasowitz.com
Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com
Edward M. Fox    efox@klgates.com
Shawn Randall Fox    sfox@mcguirewoods.com
Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Mark S. Frankel    mfrankel@couzens.com
Thomas M. Franklin    tmflaw@swbell.net
David H. Freedman    dfreedman@ermanteicher.com
Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com
Patricia B. Fugee    pfugee@ralaw.com, lmsmith@ralaw.com
Lars H. Fuller    lfuller@rothgerber.com
Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
Thomas M. Gaa    tgaa@bbslaw.com
James Gadsden    bankruptcy@clm.com
James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry    vgarry@ag.state.oh.us
Joanne Gelfand    joanne.gelfand@akerman.com
Yann Geron    ygeron@foxrothschild.com
Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
Karen Giannelli    kgiannelli@gibbonslaw.com
Leo J. Gibson    lgibson@bsdd.com
Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
Joseph M. Gitto    jgitto@nixonpeabody.com
Eduardo J. Glas    eglas@mccarter.com
Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
Larry Ivan Glick    larryglick@erols.com
Ronald L. Glick    rlg@stevenslee.com
Matthew Alexander Gold    courts@argopartners.net
Scott R. Goldberg    sgoldber@quarles.com
Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
Robert D. Gordon    rgordon@clarkhill.com
Gary A. Gotto    ggotto@krplc.com
Garry M. Graber    ggraber@hodgsonruss.com,
    bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com
David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;dwineinger@taftlaw.com
Warren R. Graham    wrg@dmlegal.com
Jonathan S. Green    greenj@millercanfield.com
Wendy B. Green    wgreen@formanlaw.com
John T. Gregg    jgregg@btlaw.com
Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com
Kevin Grzelak    phcdelphi@priceheneveld.com

Peter J. Gurfein     pgurfein@akingump.com
Elizabeth A. Haas     info@thehaaslawfirm.com
Dennis M. Haley     dhaley@winegarden-law.com
Michael Leo Hall     mhall@burr.com
Timothy C. Hall     tch@previant.com
Alan D. Halperin     ahalperin@halperinlaw.net,
    eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
Matthew W. Hamilton     electronicnotice@fulcruminv.com
Michael C. Hammer     mchammer2@dickinsonwright.com
William J. Hanlon     whanlon@seyfarth.com
Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley     jh@previant.com
Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
Lonie A. Hassel     lah@groom.com
William M. Hawkins     whawkins@loeb.com
Nava Hazan     nhazan@mwe.com
Ryan D. Heilman     rheilman@schaferandweiner.com
Ira L. Herman     ira.herman@tklaw.com,
    orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
Neil E. Herman     Nherman@morganlewis.com
Brian S. Hermann     bhermann@paulweiss.com
William Heuer     wheuer@dl.com, haaronson@dl.com
Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com
Robert M. Hirsh     hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com
Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl     mholl@mayerbrownrowe.com
Stephanie K. Hoos     stephanie.hoos@bingham.com
Bruce W. Hoover     bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com
John R. Humphrey     jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com
John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst     jay.hurst@oag.state.tx.us
Donald J. Hutchinson     hutchinson@millercanfield.com
Roland Hwang     hwangr@michigan.gov
Mark S. Indelicato
    mindelicato@hahnhessen.com;eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jc
    erbone@hahnhessen.com
Michael G. Insalaco     minsalaco@zeklaw.com
Peter Janovsky     PJanovsky@ZEKlaw.com
Susan Jennik     sjennik@kjmlabor.com
Hilary Jewett     hjewett@foley.com
Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
Roger G. Jones     rjones@bccb.com
Richard Josephson     rcjosephson@stoel.com, basargent@stoel.com
John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com
Allen G. Kadish     kadisha@gtlaw.com
Dana P. Kane     lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner     andrew.kassner@dbr.com
Jessica Kastin     jkastin@omm.com, #nymanagingattorney@omm.com
William M. Katich     wkatich@atg.state.il.us
Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
Patrick J. Keating     pkeating@bdblaw.com
David Kennedy     david.kennedy2@usdoj.gov
Thomas M. Kennedy     tkennedy@kjmlabor.com
Jocelyn Keynes     jk@stevenslee.com
Ron Kilgard     BankruptcyECF@krplc.com, BankruptcyECF@krplc.com
Tami Hart Kirby     tkirby@porterwright.com
Karen L. Kirshenbaum     kkirshenbaum@lynchrowin.com
Jeremy C. Kleinman     jkleinman@fgllp.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com
Brandi P. Klineberg     bklineberg@moritthock.com
Jonathan Koevary     jkoevary@kramerlevin.com, rwagner@kramerlevin.com
Howard Koh     hkoh@meisterseelig.com
Seth F. Kornbluth     skornbluth@herrick.com
Alan M. Koschik     akoschik@brouse.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Stuart A. Krause     skrause@zeklaw.com
Julia S. Kreher     jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com
Duane Kumagai     dkumagai@rutterhobbs.com
David R. Kuney     dkuney@sidley.com,
   nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;l
   kujawski@sidley.com;emcdonnell@sidley.com
Glenn M. Kurtz     gkurtz@whitecase.com
Randall D. LaTour     rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com
Darryl S. Laddin     bkrfilings@agg.com
Ralph L. Landy     landy.ralph@pbgc.gov, efile@pbgc.gov
Stuart A. Laven     slaven@bfca.com
James N. Lawlor     jlawlor@wmd-law.com, gbenaur@wmd-law.com
Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com
Thomas A. Lee     notices@becket-lee.com
David S. Lefere     davidl@bolhouselaw.com
Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com
David E. Lemke     david.lemke@wallerlaw.com,
   cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin     jhlemkin@duanemorris.com
Ira M. Levee     ilevee@lowenstein.com
Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson     jml@ml-legal.com
Kenneth M. Lewis     klewis@rosenpc.com, srosen@rosenpc.com
Kim Martin Lewis     kim.lewis@dinslaw.com,
   john.persiani@dinslaw.com;lisa.geeding@dinslaw.com
Mark S. Lichtenstein     mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel     schnabel.eric@dorsey.com
Dennis W. Loughlin     dloughlin@wnj.com, hziegler@wnj.com
Daniel A. Lowenthal     dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
A. Peter Lubitz     plubitz@schiffhardin.com
Donald K. Ludman     dludman@brownconnery.com
Matthew J. Lund     kovskyd@pepperlaw.com
John H. Maddock     jmaddock@mcquirewoods.com,
    jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com
Amina Maddox     amina.maddox@law.dol.lps.state.nj.us
John S. Mairo     jsmairo@pbnlaw.com,
    jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado
    @pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com
Donald W. Mallory     donald.mallory@dinslaw.com
Amy Wood Malone     amalone@colwinlaw.com
Jacob A. Manheimer     mpottle@pierceatwood.com
Kayalyn A. Marafioti     kmarafio@skadden.com
Andrew L. Margulis     amargulis@ropers.com
Ilan Markus     imarkus@tylercooper.com
John J. Marquess     jjm@legalcost.com
Madison L. Martin     nashvillebankruptcyfilings@stites.com
Richard Gary Mason     rgmason@wlrk.com
Victor J. Mastromarco     vmastromar@aol.com
Deborah A. Mattison     dmattison@wcqp.com
Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Alan S. Maza     mazaa@sec.gov
Daniel P. Mazo     dpm@curtinheefner.com
Aaron G. McCollough     amccollough@mcguirewoods.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Michael S. McElwee     msmcelwee@varnumlaw.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com
Richard M. Meth     msteen@daypitney.com
G. Christopher Meyer     cmeyer@ssd.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@mlg-pc.com
Robert N. Michaelson     rmichaelson@klgates.com

8

Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Brian Parker Miller     parker.miller@alston.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brett S. Moore     bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Whitney L. Mosby     wmosby@binghammchale.com
Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com
Robert D. Nachman     rnachman@scgk.com
Melissa Z. Neier     mneier@ibolaw.com
Michael R. Nestor     bankruptcy@ycst.com
Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton     rnorton@hunton.com
Gordon Z. Novod     gnovod@kramerlevin.com
Kasey C. Nye     knye@quarles.com
Michael P. O'Connor     mpolaw@aol.com
Michael O'Hayer     mkohayer@aol.com
Martin P. Ochs     martin@oglaw.net
Sean A. Okeefe     sokeefe@winthropcouchot.com
Patrick J. Orr     porr@klestadt.com
Karen Ostad     kostad@mofo.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
Nicholas R. Pagliari     npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
Charles Palella     cpalella@kurzman.com
Ingrid S. Palermo     ipalermo@hselaw.com
Charles N. Panzer     cpanzer@sillscummis.com
Richard J. Parks     rjp@pbandg.com, kas2@pbandg.com
Felton E. Parrish     fparrish@kslaw.com

Susan P. Persichilli     susan.persichilli@bipc.com
Geoffrey J. Peters     colnyecf@weltman.com
Lowell Peterson     lpeterson@msek.com
Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips     ephillips@thurman-phillips.com
Christine A.M. Pierpont     cpierpont@ssd.com
Shone Pierre     shone.pierre@la.gov
Alex Pirogovsky     apirogovsky@uhlaw.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
David M. Posner     dmposner@hhlaw.com,
     dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Constantine Pourakis     cp@stevenslee.com
Mark T. Power
     MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschn
     itzer@hahnhessen.com;jzawadzki@hahnhessen.com;mmarhyan@hahnhessen.com
Susan Power-Johnston     sjohnston@cov.com
Ronald S. Pretekin     pretekin@coollaw.com, piatt@coollaw.com
Dennis E. Quaid     dquaid@fagelhaber.com
Paul A. Rachmuth     prachmuth@reedsmith.com
Thomas B. Radom     radom@butzel.com
Dennis Jay Raterink     raterinkd@michigan.gov
Gary Ravert     gravert@mwe.com
Eric T. Ray     eray@balch.com
Ira A. Reid     ira.a.reid@bakernet.com
Steven J. Reisman     sreisman@curtis.com,
     jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.co
     m;sbeyer@curtis.com;jthomison@curtis.com
Kenneth A. Reynolds     kar@pryormandelup.com
Walter Reynolds     wreynolds@porterwright.com
Marc E. Richards     mrichards@blankrome.com
Tracy E. Richardson     tracy.richardson@dol.lps.state.nj.us
Craig Philip Rieders     crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
     law.com;bamron@gjb-law.com
Sandra A. Riemer     sriemer@phillipsnizer.com, ddore@phillipsnizer.com
Marianne Goldstein Robbins     mgr@previant.com, em@previant.com
Matthew R. Robbins     mrr@previant.com
Elizabeth A. Roberge     eroberge@robergelaw.com
Jean R. Robertson     jrobertson@calfee.com, jrobertson@calfee.com
Scott D. Rosen     srosen@cb-shea.com
Heath D. Rosenblat     hrosenblat@kayscholer.com
Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com
Jeffrey A. Rosenthal     maofiling@cgsh.com
David A. Rosenzweig     DRosenzweig@Fulbright.com
David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com
Ira Rubin     irarubin265@aol.com, norma@bizwoh.rr.com
Robert B. Rubin     brubin@burr.com

Maura I. Russell    dangiulo@dreierllp.com, jguerrier@dreierllp.com
E. Todd Sable    tsable@honigman.com
Chester B. Salomon    cs@stevenslee.com
Brian D. Salwowski    bsalwowski@atg.state.in.us
Diane W. Sanders    austin.bankruptcy@publicans.com
William A. Sankbeil    was@krwlaw.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Robert V. Sartin    rsartin@fbtlaw.com
William F. Savino    wsavino@damonmorey.com
Thomas J. Schank    tomschank@hunterschank.com
Ilan D. Scharf    ischarf@pszjlaw.com
Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
William H. Schorling    william.schorling@bipc.com
Christopher P. Schueller    christopher.schueller@bipc.com,
    darcy.drons@bipc.com;timothy.palmer@bipc.com;donna.curcio@bipc.com
Sheila R. Schwager    srs@hteh.com
Bryan I. Schwartz    bschwartz@lplegal.com
Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Mark S. Scott    mscott@riemerlaw.com
Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com
Howard Seife    arosenblatt@chadbourne.com
Jay Selanders    jay.selanders@kutakrock.com
Gary I. Selinger    gselinger@hodgsonruss.com
Mark A. Shaiken    mshaiken@stinson.com,
    jgant@stinson.com;amurdock@stinsonmoheck.com
Mark H. Shapiro    shapiro@steinbergshapiro.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
Mark Sherrill    mark.sherrill@sablaw.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com
Aaron M. Silver    asilver@honigman.com
Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon    jsimon@foley.com
Joseph E. Simpson    jsimpson@hselaw.com
Thomas R. Slome    mail@rsmllp.com
Richard G. Smolev    rsmolev@kayescholer.com,
    rrotman@kayescholer.com;maosbny@kayescholer.com
Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com
Marc P. Solomon    msolomon@burr.com
Sean C. Southard    ssouthard@klestadt.com, sfurst@klestadt.com
Paul H. Spaeth    spaethlaw@phslaw.com
Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Douglas E. Spelfogel    dspelfogel@bakerlaw.com
Michael A. Spero    jspecf@sternslaw.com
Byron C. Starcher    byron.starcher@nelsonmullins.com
Robert J. Stark    claukamg@brownrudnick.com
Catherine Steege    csteege@jenner.com
Matthew B. Stein    mstein@sonnenschein.com
Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Stephen P. Stella    attorneystella@sszpc.com
Malani Sternstein    msternstein@sheppardmullin.com
Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
Brent C. Strickland    bstrickland@wtplaw.com
Joseph G. Strines    joseph.strines@dplinc.com
James M. Sullivan    jmsullivan@mwe.com
Michelle T. Sutter    msutter@ag.state.oh.us
Paul Sweeney    psweeney@linowes-law.com
Dona Szak    dszak@ajamie.com
Robert Szwajkos    rsz@curtinheefner.com
Douglas T. Tabachnik    dtabachnik@dttlaw.com
Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
Roger L. Tarbutton    roger.tarbutton@jocogov.org
John E. Taylor    jtaylor@binghammchale.com
Samuel Jason Teele    jteele@lowenstein.com, siazzetta@lowenstein.com;cdeacon@lowenstein.com;gbuccellato@lowenstein.com;areicher@lowenstein.com
Andrew M. Thaler    thaler@tglawfirm.com, thaler@tglawfirm.com
Zakarij O. Thomas    zothomas@klettrooney.com
Janice L. Thompson    Thompson.Janice@dol.gov
Melinda S. Thornton    cao.bkc@miamidade.gov
Richard S. Toder    rtoder@morganlewis.com
Gordon J. Toering    gtoering@wnj.com
Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll    lawtoll@comcast.net
Laura L. Torrado    ltorrado@bear.com, msussman@bear.com
Michael A. Trentadue    mtrentadue@boselaw.com
Martin B. Tucker    mtucker@fbtlaw.com
Raymond J. Urbanik    rurbanik@munsch.com
Robert Usadi    rusadi@cahill.com
Shmuel Vasser    svasser@nixonpeabody.com
Lori V. Vaughan    lvaughan@foley.com
Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com
Gary Vist    gvist@masudafunai.com
Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh     omclaw@aol.com
Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
Michael D. Warner     bankruptcy@warnerstevens.com
W. Clark Watson     cwatson@balch.com
Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub     wweintraub@fklaw.com, vgarvey@fklaw.com
Jay Welford     jwelford@jaffelaw.com,
   dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
Robert J. Welhoelter     robert.welhoelter@wallerlaw.com,
   darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller     dallas.bankruptcy@publicans.com
David A. Wender     david.wender@alston.com
Michael R. Wernette     mwernette@schaferandweiner.com
Robert A White     rwhite@murthalaw.com
Amy Williams-Derry     awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
Stephen F. Willig     swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com
W. Joe Wilson     jwilson@tylercooper.com
Jeffrey C. Wisler     jcw@cblhlaw.com
Douglas Wolfe     dwolfe@asmcapital.com
Robert D. Wolford     ecfwolfordr@millerjohnson.com
Richard L. Wynne     richard_wynne@kirkland.com;sperry@kirkland.com
Zhiyuan Xu     mxu@schiffhardin.com
David Farrington Yates     fyates@sonnenschein.com
Stephen L. Yonaty     syonaty@chwattys.com
German Yusufov     pcaocvbk@pcao.pima.gov
Helen A. Zamboni     hzamboni@underbergkessler.com
Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
Peter Alan Zisser     nyc-bkcyecf@hklaw.com

                                                          DICKINSON WRIGHT PLLC

                                                          By:  /s/ Michael C. Hammer
                                                             Michael C. Hammer (P41705)
                                                          301 E. Liberty, Suite 500
                                                          Ann Arbor, MI  48104-2266
                                                          (734) 623-7075
                                                          mhammer@dickinsonwright.com

Dated:  May 12, 2008

ANNARBOR 99999-0 98659v1 5/12/2008