TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Co-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut (AT-9759)  
Neil Berger (NB-3599)

Hearing Date: 6/19/2008 10:00 a.m.

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x
: 
In re:                                                      :   Chapter 11
                                                            :   Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                               :
                                                            :   Jointly Administered
                                          Debtors.          :
                                                            :
-------------------------------------------------------------x

# AMENDED SEVENTH NOTICE OF ADJOURNMENT OF NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 7247 (EXXONMOBIL OIL CORPORATION)

PLEASE TAKE NOTICE that on August 24, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of Claim number 7247, (the "Proof of Claim") filed by ExxonMobil Oil Corporation (the "Claimant") pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And

Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151).

PLEASE TAKE FURTHER NOTICE that on December 5, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof of Claim Numbers 7247 (Docket No. 11302) scheduling a claims objection hearing (the "Claims Objection Hearing") for the purpose of holding an evidentiary hearing on the merits of the Proof of Claim on February 7, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 11, 2008, the Debtors filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 11947), adjourning the Claims Objection Hearing until February 20, 2008.

PLEASE TAKE FURTHER NOTICE that on February 4, 2008, the Debtors filed the Second Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 12480), adjourning the Claims Objection Hearing until February 29, 2008.

PLEASE TAKE FURTHER NOTICE that on February 27, 2008, the Debtors filed the Third Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 12863), adjourning the Claims Objection Hearing until April 4, 2008.

PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors filed the Fourth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 13217) adjourning the Claims Objection Hearing until April 18, 2008.

PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors filed the Sixth Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 13386) adjourning the Claims Objection Hearing until May 8, 2008.

PLEASE TAKE FURTHER NOTICE that on May 2, 2008, the Debtors filed the Seventh Notice of Adjournment of Notice of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim No. 7247 (Docket No. 13518) adjourning the Claims Objection Hearing until June 5, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") the Court has further adjourned the Claims Objection Hearing to **June 19, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the June 19, 2008 Hearing Date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         May 12, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000