# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Automotive Systems Llc**
Case No. **05-44640**                                  Court ID (Court Use Only)_____
Related Document No. 10586

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Sgs Controll Co Mbh                                    Liquidity Solutions, Inc
Name of Transferee                                     dba Revenue Management
                                                       Name of Transferor

Name and Address where notices
 and payments to transferee should be sent
SGS CONTROLL CO MBH
PO BOX 105480
HAMBURGGERMANY20037

                                                       Court Claim # (if known):8441
                                                       Amount $8669.70

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Chris Oh                                        Date:5/15/2008

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

799315

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8441(if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5/15/2008.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Alleged Transferor**

**SGS CONTROLL CO MBH**
**Name of Transferee**

Address of Transferor
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferee
**SGS CONTROLL CO MBH**
**PO BOX 105480**
**HAMBURG, GERMANY 20037**

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

799315

**TRANSFER NOTICE**

**Revenue Management** ("Assignor"), transfers and assigns unto **SGS CONTROLL CO MBH** with an address at **PO BOX 105480 HAMBURG,GERMANY 20037** its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **SGS CONTROLL CO MBH** Claims of Assignor in the aggregate amount of **$8,669.70** representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC in the United States Bankruptcy Court for the SOUTHERN DISTRICT OF NEW YORK, administered as Case No. 05-44640 subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of May 15, 2008

 Revenue Management

By/s/Chris Oh