Vincent A. D'Agostino (VAD-0120)
Eric H. Horn (EH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to the AT&T Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Delphi Corporation, *et al.*, <br><br>                               Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF AT&T AND ITS RELATED ENTITIES' OBJECTION TO THE DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF <u>REORGANIZATION</u>**

      AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, SBC Long Distance, SBC Yellow Pages, SBC Advanced Solutions, Inc., SBC Datacomm, Cingular Wireless n/k/a AT&T Mobility LLC, and Bellsouth Telecommunications, Inc. and their related entities (collectively the "AT&T Entities"), by and through their undersigned counsel, hereby withdraw the Objection to the Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization (the "Objection"), which was filed with the Court on February 7, 2008 at docket no. 12546.

12459/1249
05/15/2008 6770827.1

The withdrawal of the Objection will have no impact on the following cure claims (the "Cure Claims") filed by any AT&T Entities: (i) Cure claim of AT&T Corp. and AT&T Solutions, Inc., in the amount of $4,056,663.77, filed on March 6, 2008 at docket no. 12993; (ii) Cure claim of SBC Global Services, in the amount of $3,244,533.05, filed on March 6, 2008 at docket no. 12995; and (iii) Cure claim of Cingular Wireless n/k/a AT&T Mobility LLC, in the amount of $42,486.37, filed on March 6, 2008 at docket no. 12996.

The withdrawal of the Objection will have no impact on the fixing of the Cure Claims.

The withdrawal of the Objection will have no impact on the post-petition amounts owing from the Debtors to the AT&T Entities (individually or collectively).

The AT&T Entities reserve all rights and remedies.

Dated: May 15, 2008                         Respectfully submitted,

                                            By: */s/ Eric H. Horn*
                                            Vincent A. D'Agostino (VAD-0120)
                                            Eric H. Horn (EH-2020)
                                            LOWENSTEIN SANDLER PC
                                            65 Livingston Avenue
                                            Roseland, New Jersey  07068
                                            Phone: (973) 597-2500
                                            Fax: (973) 597-2400

                                            -and-

                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            Tel: (212) 262-6700
                                            Fax: (212) 262-7402

                                            *Counsel to the AT&T Entities*