UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____          Chapter 11

In re                                  :

DELPHI CORPORATION, et al.             :          Case No. 05-44481 (RDD)

        Debtor               :          Jointly Administered

_____

REPLY  OF CREDITOR F&G TOOL AND DIE CO. INC. TO DEBTORS' OMNIBUS
OBJECTION PURSUANT TO CONFIRMATION ORDER, 11 U.S.C. §§105(a), AND
FED. R. BANKR. P. 9014 REGARDING CURE PROPOSALS SUBMITTED UNDER
ARTICLE 8.2(b) OF DEBTORS' PLAN OF REORGANIZATION (AS TO F&G TOOL
AND DIE CO.  INC.)(DOC. 13459)

Now comes Creditor F&G Tool and Die Co. Inc. (""F&G Tool") and hereby objects to the cure amount proposed by Debtors as set forth in Exhibit C of Debtors' Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§105(a) and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under 8.2(b) of Debtors' Plan of Reorganization (Doc. 13459), for the following reasons:

    1.  Debtors have proposed to cure certain executory contracts for a total of $0.00 as specified in Exhibit C to the above referenced pleading.

    2.  The correct cure amount is $145,739.73 as itemized in the exhibit attached hereto and incorporated herein.

    3.  The executory contracts/purchase orders at issue are as follows:

| | |
|---|---|
| PO No. 550041831 | $65,001.20 |
| PO No. 550047007 | $     75.00 |
| PO No. 550060396 | $74,863.11 |
| PO No. 550069859 | $ 5,800.42 |
| TOTAL | $145,739.73 |

WHEREFORE, F&G Tool objects to the proposed cure of $145,739.73 and proposes a cure amount of $155,121.83 as set forth above.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Tool and Die Co. Inc. to Debtors' Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C.§§105(a), and Fed. R Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization (as to F&G Tool and Die Co. Inc.) was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 16th day of May, 2008 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John K. Lyons, Esq.
Ron E. Meisler, Esq.
Carl Tullson, Esq.

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/Paul H. Spaeth
Paul H. Spaeth