25-Apr-08   2:53 PM  
**F&G AR Aging - Delphi Bankruptcy**   Page 1 of 3  
F&G TOOL & DIE CO.  
3024 DRYDEN RD., DAYTON, OH  45439  
**CUSTOMER:   DELPHI/DELCO ELECTRONICS SYS**  
CONTACT: ED SCHARRER (937)294-1405  

|  | Invoice Date | Invoice# | InvoiceAmount |
|---|---|---|---|
| **PO Number 550041831** | | | |
| | 02-Aug-05 | 32346A | $1,309.34 |
| | 03-Aug-05 | 32361A | $3,928.02 |
| | 04-Aug-05 | 32383A | $2,618.68 |
| | 09-Aug-05 | 32411A | $1,309.34 |
| | 09-Aug-05 | 32434A | $1,309.34 |
| | 10-Aug-05 | 32453A | $1,309.34 |
| | 11-Aug-05 | 32472A | $1,309.34 |
| | 16-Aug-05 | 32516A | $1,309.34 |
| | 16-Aug-05 | 32535A | $1,309.34 |
| | 17-Aug-05 | 32569A | $1,309.34 |
| | 18-Aug-05 | 32576A | $2,618.68 |
| | 22-Aug-05 | 32615A | $1,309.34 |
| | 23-Aug-05 | 32643A | $1,309.34 |
| | 24-Aug-05 | 32669A | $2,618.68 |
| | 26-Aug-05 | 32687A | $1,309.34 |
| | 30-Aug-05 | 32729A | $1,309.34 |
| | 30-Aug-05 | 32754A | $1,309.34 |
| | 31-Aug-05 | 32767A | $2,618.68 |
| | 01-Sep-05 | 32782A | $1,309.34 |
| | 02-Sep-05 | 32794A | $1,309.34 |
| | 08-Sep-05 | 32805A | $3,928.02 |
| | 08-Sep-05 | 32822A | $1,309.34 |
| | 08-Sep-05 | 32846A | $3,026.00 |
| | 09-Sep-05 | 32860A | $1,513.00 |
| | 14-Sep-05 | 32875A | $1,513.00 |
| | 14-Sep-05 | 32901A | $1,513.00 |
| | 15-Sep-05 | 32921A | $1,513.00 |
| | 15-Sep-05 | 32941A | $3,026.00 |
| | 16-Sep-05 | 32950A | $1,513.00 |
| | 20-Sep-05 | 32986A | $1,513.00 |
| | 21-Sep-05 | 32996A | $1,513.00 |
| | 22-Sep-05 | 33015A | $1,513.00 |
| | 26-Sep-05 | 33053A | $1,513.00 |
| | 27-Sep-05 | 33069A | $1,513.00 |
| | 28-Sep-05 | 33094A | $1,513.00 |
| | 04-Oct-05 | 33105A | $1,513.00 |
| | 05-Oct-05 | 33164A | $1,513.00 |
| | **Total for PO Number** | 550041831 | $65,001.20 |
| **PO Number 550047007** | | | |
| | 07-Oct-05 | 33228A | $75.00 |
| | **Total for PO Number** | 550047007 | $75.00 |
| **PO Number 550060396** | | | |
| | 27-Jul-05 | 32265A | $2,383.08 |
| | 28-Jul-05 | 32289A | $584.52 |
| | 28-Jul-05 | 32298A | $578.55 |
| | 02-Aug-05 | 32343A | $1,191.54 |
| | 02-Aug-05 | 32344A | $1,374.18 |
| | 03-Aug-05 | 32364A | $1,374.18 |
| | 03-Aug-05 | 32374A | $1,787.31 |

25-Apr-08   2:53 PM  
F&G TOOL & DIE CO.  
3024 DRYDEN RD., DAYTON, OH  45439  
CONTACT: ED SCHARRER (937)294-1405

**F&G AR Aging - Delphi Bankruptcy**

CUSTOMER:  DELPHI/DELCO ELECTRONICS SYS

| Invoice Date | Invoice# | InvoiceAmount |
|---|---|---:|
| 04-Aug-05 | 32380A | $1,191.54 |
| 04-Aug-05 | 32382A | $1,374.18 |
| 05-Aug-05 | 32393A | $1,787.31 |
| 05-Aug-05 | 32403A | $2,061.27 |
| 09-Aug-05 | 32419A | $1,191.54 |
| 09-Aug-05 | 32420A | $687.09 |
| 09-Aug-05 | 32440A | $1,191.54 |
| 10-Aug-05 | 32444A | $687.09 |
| 10-Aug-05 | 32452A | $1,191.54 |
| 10-Aug-05 | 32457A | $687.09 |
| 11-Aug-05 | 32469A | $595.77 |
| 11-Aug-05 | 32471A | $687.09 |
| 12-Aug-05 | 32482A | $595.77 |
| 12-Aug-05 | 32494A | $1,374.18 |
| 16-Aug-05 | 32513A | $595.77 |
| 16-Aug-05 | 32515A | $687.09 |
| 16-Aug-05 | 32534A | $595.77 |
| 23-Aug-05 | 32656A | $2,978.85 |
| 24-Aug-05 | 32670A | $595.77 |
| 24-Aug-05 | 32671A | $687.09 |
| 24-Aug-05 | 32674A | $1,191.54 |
| 26-Aug-05 | 32688A | $2,383.08 |
| 29-Aug-05 | 32697A | $1,787.31 |
| 30-Aug-05 | 32727A | $1,191.54 |
| 30-Aug-05 | 32728A | $687.09 |
| 30-Aug-05 | 32755A | $1,191.54 |
| 30-Aug-05 | 32756A | $687.09 |
| 31-Aug-05 | 32768A | $595.77 |
| 08-Sep-05 | 32806A | $1,191.54 |
| 08-Sep-05 | 32821A | $1,787.31 |
| 08-Sep-05 | 32845A | $578.55 |
| 09-Sep-05 | 32859A | $578.55 |
| 14-Sep-05 | 32874A | $578.55 |
| 15-Sep-05 | 32936A | $1,157.10 |
| 15-Sep-05 | 32937A | $1,111.50 |
| 15-Sep-05 | 32948A | $2,000.70 |
| 15-Sep-05 | 32949A | $2,000.70 |
| 16-Sep-05 | 32956A | $666.90 |
| 16-Sep-05 | 32957A | $2,314.20 |
| 19-Sep-05 | 32975A | $1,735.65 |
| 20-Sep-05 | 32989A | $1,157.10 |
| 20-Sep-05 | 32990A | $666.90 |
| 21-Sep-05 | 33002A | $2,892.75 |
| 21-Sep-05 | 33003A | $666.90 |
| 22-Sep-05 | 33024A | $1,157.10 |
| 22-Sep-05 | 33025A | $666.90 |
| 26-Sep-05 | 33034A | $1,157.10 |
| 26-Sep-05 | 33035A | $1,333.80 |
| 26-Sep-05 | 33051A | $1,157.10 |
| 27-Sep-05 | 33067A | $578.55 |
| 27-Sep-05 | 33068A | $666.90 |
| 28-Sep-05 | 33095A | $1,157.10 |
| 04-Oct-05 | 33104A | $1,157.10 |

| | | | |
|---|---|---|---|
| 25-Apr-08  2:53 PM | | **F&G AR Aging - Delphi Bankruptcy** | Page 3 of 3 |
| F&G TOOL & DIE CO. | | | |
| 3024 DRYDEN RD., DAYTON, OH 45439 | | **CUSTOMER: DELPHI/DELCO ELECTRONICS SYS** | |
| CONTACT: ED SCHARRER (937)294-1405 | | | |

| | **Invoice Date** | **Invoice#** | **InvoiceAmount** |
|---|---|---|---|
| | 04-Oct-05 | 33121A | $1,333.80 |
| | 04-Oct-05 | 33122A | $1,157.10 |
| | 05-Oct-05 | 33166A | $1,157.10 |
| | 05-Oct-05 | 33167A | $666.90 |
| | **Total for PO Number** | 550060396 | $74,863.11 |
| **PO Number** 550069859 | | | |
| | 27-Jul-05 | 32266A | $1,381.73 |
| | 29-Jul-05 | 32305A | $86.36 |
| | 02-Aug-05 | 32345A | $86.36 |
| | 03-Aug-05 | 32365A | $244.68 |
| | 04-Aug-05 | 32381A | $129.54 |
| | 05-Aug-05 | 32394A | $820.40 |
| | 09-Aug-05 | 32410A | $57.57 |
| | 09-Aug-05 | 32433A | $86.36 |
| | 10-Aug-05 | 32454A | $86.36 |
| | 11-Aug-05 | 32470A | $86.36 |
| | 12-Aug-05 | 32483A | $662.08 |
| | 16-Aug-05 | 32514A | $86.36 |
| | 16-Aug-05 | 32536A | $43.18 |
| | 15-Sep-05 | 32944A | $474.97 |
| | 16-Sep-05 | 32951A | $129.54 |
| | 20-Sep-05 | 32987A | $129.54 |
| | 21-Sep-05 | 32995A | $172.72 |
| | 22-Sep-05 | 33016A | $129.54 |
| | 26-Sep-05 | 33033A | $259.07 |
| | 26-Sep-05 | 33052A | $129.54 |
| | 27-Sep-05 | 33066A | $129.54 |
| | 28-Sep-05 | 33093A | $129.54 |
| | 04-Oct-05 | 33106A | $129.54 |
| | 04-Oct-05 | 33123A | $43.18 |
| | 05-Oct-05 | 33165A | $86.36 |
| | **Total for PO Number** | 550069859 | $5,800.42 |
| | **Outstanding Amount Due:** | | $145,739.73 |