**NIXON PEABODY LLP**
Christopher M. Desiderio
437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000

*Attorneys for S.A. Gevelot Extrusion*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re                                   :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION TO THE DEBTORS' MOTION FOR ORDERS UNDER 11 U.S.C. §§ 363, 365, AND 1146 AND FED. R. BANKR. P. 2002, 6004, 6006, AND 9014 (A) AUTHORIZING AND APPROVING (I) SALE OF CERTAIN OF DEBTORS' ASSETS COMPRISING SUBSTANTIALLY ALL OF ASSETS OF STEERING AND HALFSHAFT BUSINESS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) ASSUMPTION OF CERTAIN LIABILITIES**

**PLEASE TAKE NOTICE** that S.A. Gevelot Extrusion ("Gevelot"), by its attorneys Nixon Peabody LLP, hereby withdraws *Gevelot's Objection to the Debtors' Motion for Orders Under 11 U.S.C. §§363, 365, and 1146 and Fed.R.Bankr.P. 2002, 6004, 6006, and 9014 (a) Authorizing and Approving (i) Sale of Certain of the Debtors' Assets Comprising Substantially All of Assets of Steering and Halfshaft Business Free and Clear of Liens, Claims, and Encumbrances, (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (iii) Assumption of Certain Liabilities*, without prejudice.

Dated: May 19, 2008                                   Respectfully Submitted,

**NIXON PEABODY LLP**
Attorneys for S.A. Gevelot Extrusion

By: */s/ Christopher M. Desiderio*
Christopher M. Desiderio (CD 6929)
437 Madison Avenue
New York, New York 10022
(212) 940-3000