KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Edward M. Fox (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                   :    Chapter 11
                                                         :    Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                             :    (Jointly Administered)
                                                         :
                            Debtors.                     :
                                                         :
-------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action. I am employed by Kirkpatrick & Lockhart Preston Gates Ellis LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2. On May 16, 2008, I caused to be served a true copy of the Preliminary Objection of Wilmington Trust Company, as Indenture Trustee, to Motion for Order Under 11 U.S.C. §§ 361 and 363 and Fed. R. Bankr. P. 9019, and Cash Management Order, Authorizing Dashi To Grant Adequate Protection to Pension Benefit Guaranty Corporation in Connection with Certain Intercompany Transfers of Repatriated Funds via federal express upon the following parties:

   Delphi Corporation
   5725 Delphi Drive
   Troy, MI 48098
   Attn: General Counsel

NY-605509 v1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il 60606
Attn: John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein
       Brian Resnick

Latham & Watkins
885 Third Avenue
New York, New York 10022
Attn: Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard

By: _____
Nathanael F. Meyers

Sworn to before me this
19th day of May, 2008

_____
Notary Public

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10