BARNES & THORNBURG LLP
Attorneys for EMCON Technologies, LLC
Attorneys for EMCON Technologies Canada, ULC
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Alan K. Mills, Esq.
Mark R. Owens, Esq. (MO 9742)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May, 2008, he caused a copy of *EMCON Technologies, LLC's and EMCON Technologies Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals* to be filed electronically via the Court's ECF system. Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 19th day of May, 2008, he caused a copy of *EMCON Technologies, LLC's and EMCON Technologies Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of*

*Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals* to be served upon the following via Federal Express, prepaid, overnight delivery.

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John K. Lyons
       Ron E. Meisler
       Carl Tullson

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein
       Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
       Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

Dated: May 19, 2008

/s/ Mark R. Owens
Mark R. Owens, Esq. (MO 9742)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mowens@btlaw.com

*Attorneys for EMCON Technologies, LLC*
*Attorneys for EMCON Technologies Canada, ULC*

INDS01 JHAMSTRA 1040170v1