PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| _____ : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2008, copies of SKF USA, Inc.'s Response To Objection To Cure Proposal were caused to be served via overnight courier on the entities on the attached service list.

Respectfully submitted,

/s/ Linda J. Casey
Linda J. Casey (LC 1891)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

-and-

#9445958 v1

          Henry J. Jaffe
          James C. Carignan
          PEPPER HAMILTON LLP
          Hercules Plaza, Suite 5100
          1313 N. Market Street
          Wilmington, DE 19801
          (302) 777-6500
          Counsel for SKF USA Inc.

Dated: May 21, 2008

#9445958 v1

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
c/o John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esquire
Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004

#9652163 v1