UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :
    In re                                     :
                                                  :
DELPHI CORPORATION, et al.,         :       Chapter 11
                                                  :
                      Debtors.         :       Case No. 05-44481 (RDD)
                                                  :
                                                  :       (Jointly Administered)
                                                  :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that on this 21st day of May 2008, I caused to be served a true and correct copy of the *Response of General Electric Capital Corporation to the Debtors' (i) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (ii) Request for Order Provisionally Allowing Certain Cure Proposals* via overnight delivery to the following counsel of record:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John K. Lyons, Ron E. Meisler, and Carl Tullson |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein and Brian Resnick | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg and Mark A. Broude |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Steingart | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard |

Date:  May 21, 2008
          New York, NY

                                                                               _/s/ Marianne Adams_____
                                                                                 Marianne Adams