BUCHANAN INGERSOLL & ROONEY PC

620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)


*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

------------------------------------------------------------ X


STATE OF NEW YORK            )
                                              ) ss.:
COUNTY OF NEW YORK      )


**K. Simone Knox**, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and am employed by Buchanan Ingersoll & Rooney PC, attorneys for ATEL Leasing Corporation, as agent for Eireann II, CAI-UBK Equipment, CAI-ALJ Equipment, II BU de Mexico S.A. de C.V .and Eireann III.


On May 21, 2008 I served via **UPS OVERNIGHT MAIL**, a true and correct copy of **RESPONSE TO OBJECTION TO CURE CLAIM, together with exhibit(s)** upon all the parties listed on the attached Service List.

_/s/ K. Simone Knox_____
          K. Simone Knox


Sworn before me this
21st day of May, 2008

/s/ Susan Persichilli_____
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2010

## SERVICE LIST

**In re : DELPHI CORPORATION, *et al* (Debtor)**
**Chapter 11  --  Case No. 05-44481 (RDD)**

**Alicia M. Leonhard, Esq.**
**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004

**David M. Sherbin, Esq.**
**General Counsel**
**Delphi Corporation**
5725 Delphi Drive
Troy, Michigan 48098

**John K. Lyons, Esq.**
**Ron E. Meisler, Esq.**
**Carl Tullson, Esq.**
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

**Donald Bernstein, Esq.**
**Brian Resnick, Esq.**
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New  York  10017

**Robert J. Rosenberg, Esq.**
**Mark A. Broude, Esq.**
**Latham & Watkins LLP**
885 Third Avenue
New York, New York  10022

**Bonnie Steingart, Esq.**
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, New York  10004