BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742), admitted *pro hac vice*
Leo J. Gibson (Mich. P64984), admitted *pro hac vice*

*Attorneys for ICX Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re                                                              : Chapter 11
                                                                   :
DELPHI CORPORATION, et al.,                                        : Case No. 05-44481(RDD)
                                                                   :
                    Debtors.                                       : (Jointly Administered)
------------------------------------------------------------------- X

## INDEX OF EXHIBITS

**Exhibit 1 - 1251 Proof of Claim**

**Exhibit 2 - 1455 Proof of Claim**

**Exhibit 3 - ICX's Cure Claim**

**Exhibit 3A - Debt Itemization**

**Exhibit 4 - Affidavit of James Ray**