# EXHIBIT 3-A

# DEBT ITEMIZATION

| Customer | Contract | Due Date | Description | Total Invoiced | Total Rec'd | Total Due | | Category |
|---|---|---|---|---|---|---|---|---|
| DELPHI CORPORATION (1251) | 831-2001251-463 | 1/31/2008 | RENTAL | 793.55 | 396.77 | 396.78 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-463 | 2/29/2008 | RENTAL | 793.55 | 0 | 793.55 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-638 | 11/30/2007 | RENTAL | 952.68 | 616.31 | 336.37 | P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-638 | 12/31/2007 | RENTAL | 952.68 | 585.89 | 366.79 | P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-638 | 1/31/2008 | RENTAL | 366.79 | 0 | 366.79 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-638 | 2/29/2008 | RENTAL | 366.79 | 0 | 366.79 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-895 | 1/31/2008 | RENTAL | 1,771.93 | 814.54 | 957.39 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-895 | 2/29/2008 | RENTAL | 1,771.93 | 0 | 1,771.93 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 3/31/2007 | RENTAL | 277.15 | 28.29 | 248.86 | P331 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 4/30/2007 | RENTAL | 277.15 | 0 | 277.15 | P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 5/31/2007 | RENTAL | 277.15 | 0 | 277.15 | P271 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 6/30/2007 | RENTAL | 277.15 | 0 | 277.15 | P241 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 7/31/2007 | RENTAL | 277.15 | 0 | 277.15 | P211 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 8/31/2007 | RENTAL | 277.15 | 0 | 277.15 | P181 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 9/30/2007 | RENTAL | 277.15 | 0 | 277.15 | P151 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 10/31/2007 | RENTAL | 277.15 | 0 | 277.15 | P121 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 11/30/2007 | RENTAL | 277.15 | 0 | 277.15 | P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 12/31/2007 | RENTAL | 277.15 | 0 | 277.15 | P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 1/31/2008 | RENTAL | 277.15 | 0 | 277.15 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-899 | 2/29/2008 | RENTAL | 277.15 | 0 | 277.15 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-906 | 1/31/2008 | RENTAL | 452.78 | 339.58 | 113.2 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2001251-906 | 2/29/2008 | RENTAL | 452.78 | 0 | 452.78 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-024 | 11/30/2007 | RENTAL | 337.86 | 307.61 | 30.25 | P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-024 | 12/31/2007 | RENTAL | 337.86 | 0 | 337.86 | P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-024 | 1/31/2008 | RENTAL | 337.86 | 0 | 337.86 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-024 | 2/29/2008 | RENTAL | 337.86 | 0 | 337.86 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-025 | 12/31/2007 | RENTAL | 337.86 | 307.61 | 30.25 | P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-025 | 1/31/2008 | RENTAL | 337.86 | 0 | 337.86 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-025 | 2/29/2008 | RENTAL | 337.86 | 0 | 337.86 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 4/30/2007 | Property Tax Payable | 0 | -14.18 | 14.18 | P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 4/30/2007 | Property Tax Payable | 0 | -14.18 | 14.18 | P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 4/30/2007 | Property Tax Payable | 0 | -14.18 | 14.18 | P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 4/30/2007 | Property Tax Payable | 0 | -14.18 | 14.18 | P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 1/31/2008 | RENTAL | 603.1 | 0 | 603.1 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-122 | 2/29/2008 | RENTAL | 603.1 | 0 | 603.1 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-272 | 10/31/2007 | RENTAL | 2,303.25 | 86.78 | 2,216.47 | P121 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-272 | 11/30/2007 | RENTAL | 2,303.25 | 0 | 2,303.25 | P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-272 | 12/31/2007 | RENTAL | 2,303.25 | 0 | 2,303.25 | P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-272 | 1/31/2008 | RENTAL | 2,303.25 | 0 | 2,303.25 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-272 | 2/29/2008 | RENTAL | 2,303.25 | 0 | 2,303.25 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-048 | 1/31/2008 | RENTAL | 2,049.02 | 1,756.31 | 292.71 | P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2002511-048 | 2/29/2008 | RENTAL | 2,049.02 | 0 | 2,049.02 | P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 10/31/2006 | RENTAL | 1,185.90 | 519.84 | 666.06 | P481 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 11/30/2006 | RENTAL | 1,185.90 | 0 | 1,185.90 | P451 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 12/31/2006 | RENTAL | 1,185.90 | 0 | 1,185.90 | P421 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 1/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 | P391 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 2/28/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 | P361 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 3/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 | P331 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 4/30/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 | P301 | 1251 |

| Debtor | Account | Date | Type | Amount | Adj | Balance | |
|---|---|---|---|---|---|---|---|
| DELPHI CORPORATION (1251) | 831-2012511-056 | 5/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P271 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 6/30/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P241 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 7/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P211 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 8/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P181 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 9/30/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P151 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 10/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P121 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 11/30/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 12/31/2007 | RENTAL | 1,185.90 | 0 | 1,185.90 P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 1/31/2008 | RENTAL | 1,185.90 | 0 | 1,185.90 P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-056 | 2/29/2008 | RENTAL | 1,185.90 | 0 | 1,185.90 P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 4/30/2007 | RENTAL | 364.14 | 245.55 | 118.59 P301 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 5/31/2007 | RENTAL | 364.14 | 0 | 364.14 P271 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 6/30/2007 | RENTAL | 364.14 | 0 | 364.14 P241 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 7/31/2007 | RENTAL | 364.14 | 0 | 364.14 P211 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 8/31/2007 | RENTAL | 364.14 | 0 | 364.14 P181 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 9/30/2007 | RENTAL | 364.14 | 0 | 364.14 P151 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 10/31/2007 | RENTAL | 364.14 | 0 | 364.14 P121 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 11/30/2007 | RENTAL | 364.14 | 0 | 364.14 P91 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 12/31/2007 | RENTAL | 364.14 | 0 | 364.14 P61 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 1/31/2008 | RENTAL | 364.14 | 0 | 364.14 P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-060 | 2/29/2008 | RENTAL | 364.14 | 0 | 364.14 P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-121 | 2/29/2008 | RENTAL | 335.02 | 150.55 | 184.47 P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-213 | 1/31/2008 | RENTAL | 800.22 | 110.46 | 689.76 P31 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-213 | 2/29/2008 | RENTAL | 800.22 | 0 | 800.22 P1 | 1251 |
| DELPHI CORPORATION (1251) | 831-2012511-214 | 2/29/2008 | RENTAL | 278.01 | 4.71 | 273.3 P1 | 1251 |
| | | | **Total Due 1251** | | | 51,352.00 | |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 2/28/2006 | RENTAL | 4,406.00 | 0 | 4,406.00 P721 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 3/31/2006 | RENTAL | 4,406.00 | 0 | 4,406.00 P691 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 4/30/2006 | RENTAL | 4,406.00 | 0 | 4,406.00 P661 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 5/31/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P631 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 6/30/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P601 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 7/31/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P571 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 8/31/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P541 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 9/30/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P511 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 10/31/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P481 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 11/30/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P451 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2006 | RENTAL | 3,728.16 | 0 | 3,728.16 P421 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 1/31/2007 | RENTAL | 3,728.16 | 0 | 3,728.16 P391 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 2/28/2007 | RENTAL | 3,728.16 | 0 | 3,728.16 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 3/31/2007 | RENTAL | 3,728.16 | 0 | 3,728.16 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 4/30/2007 | RENTAL | 3,728.16 | 0 | 3,728.16 P301 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 5/31/2007 | RENTAL | 3,728.16 | 0 | 3,728.16 P271 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 6/30/2007 | RENTAL | 3,728.16 | 2,033.56 | 1,694.60 P241 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 7/31/2007 | RENTAL | 3,728.16 | 2,711.38 | 1,016.78 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 8/31/2007 | RENTAL | 3,728.16 | 2,711.38 | 1,016.78 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 9/30/2007 | RENTAL | 3,728.16 | 2,711.38 | 1,016.78 P151 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 10/31/2007 | RENTAL | 3,728.16 | 2,711.38 | 1,016.78 P121 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 11/30/2007 | RENTAL | 3,728.16 | 2,711.38 | 1,016.78 P91 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | RENTAL | 3,728.16 | 0 | 1,016.78 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |

| Debtor | Account | Date | Description | Amount | Paid | Balance | Code |
|---|---|---|---|---|---|---|---|
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 12/31/2007 | Property Tax Payable | 110.91 | 0 | 110.91 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 1/31/2008 | RENTAL | 1,016.78 | 0 | 1,016.78 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-454 | 2/29/2008 | RENTAL | 1,016.78 | 308.68 | 1,016.78 P1 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-480 | 2/28/2007 | RENTAL | 335.61 | 0 | 26.93 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-480 | 3/31/2007 | RENTAL | 335.61 | 0 | 335.61 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-480 | 4/30/2007 | RENTAL | 335.61 | 0 | 335.61 P301 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-575 | 7/31/2007 | RENTAL | 234.87 | 0 | 234.87 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-575 | 8/31/2007 | RENTAL | 234.87 | 0 | 234.87 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-902 | 1/31/2008 | RENTAL | 2,619.12 | 0 | 2,619.12 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-902 | 2/29/2008 | RENTAL | 2,619.12 | 0 | 2,619.12 P1 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 2/28/2006 | RENTAL | 355.09 | 0 | 355.09 P721 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 3/31/2006 | RENTAL | 355.09 | 0 | 355.09 P691 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 4/30/2006 | RENTAL | 355.09 | 0 | 355.09 P661 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 5/31/2006 | RENTAL | 355.09 | 0 | 355.09 P631 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 6/30/2006 | RENTAL | 355.09 | 0 | 355.09 P601 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 7/31/2006 | RENTAL | 355.09 | 0 | 355.09 P571 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 8/31/2006 | RENTAL | 355.09 | 0 | 355.09 P541 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 9/30/2006 | RENTAL | 355.09 | 0 | 355.09 P511 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 10/31/2006 | RENTAL | 355.09 | 0 | 355.09 P481 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 11/30/2006 | RENTAL | 355.09 | 0 | 355.09 P451 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 12/31/2006 | RENTAL | 355.09 | 0 | 355.09 P421 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 1/31/2007 | RENTAL | 355.09 | 0 | 355.09 P391 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 2/28/2007 | RENTAL | 355.09 | 0 | 355.09 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 3/31/2007 | RENTAL | 355.09 | 0 | 355.09 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 4/30/2007 | RENTAL | 355.09 | 0 | 355.09 P301 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 5/31/2007 | RENTAL | 355.09 | 0 | 355.09 P271 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 6/30/2007 | RENTAL | 355.09 | 0 | 355.09 P241 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 7/31/2007 | RENTAL | 355.09 | 0 | 355.09 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 8/31/2007 | RENTAL | 355.09 | 0 | 355.09 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 9/30/2007 | RENTAL | 355.09 | 0 | 355.09 P151 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 10/31/2007 | RENTAL | 355.09 | 0 | 355.09 P121 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 11/30/2007 | RENTAL | 355.09 | 0 | 355.09 P91 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 12/31/2007 | RENTAL | 355.09 | 0 | 355.09 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 12/31/2007 | Property Tax Payable | 116.2 | 0 | 116.2 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 1/31/2008 | RENTAL | 355.09 | 0 | 355.09 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-908 | 2/29/2008 | RENTAL | 355.09 | 0 | 355.09 P1 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 3/31/2006 | RENTAL | 390.3 | 0 | 390.3 P691 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 4/30/2006 | RENTAL | 390.3 | 0 | 390.3 P661 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 5/31/2006 | RENTAL | 390.3 | 0 | 390.3 P631 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 6/30/2006 | RENTAL | 390.3 | 0 | 390.3 P601 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 7/31/2006 | RENTAL | 390.3 | 0 | 390.3 P571 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 8/31/2006 | RENTAL | 390.3 | 0 | 390.3 P541 | 1455 |

| Creditor | Account | Date | Type | Amount | Payment | Balance | Code |
|---|---|---|---|---|---|---|---|
| DELPHI CORPORATION (1455) | 831-2001455-997 | 9/30/2006 | RENTAL | 390.3 | 0 | 390.3 P511 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 10/31/2006 | RENTAL | 390.3 | 0 | 390.3 P481 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 11/30/2006 | RENTAL | 390.3 | 0 | 390.3 P451 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2006 | RENTAL | 390.3 | 0 | 390.3 P421 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 1/31/2007 | RENTAL | 390.3 | 0 | 390.3 P391 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 2/28/2007 | RENTAL | 390.3 | 0 | 390.3 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 3/31/2007 | RENTAL | 390.3 | 0 | 390.3 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 4/30/2007 | RENTAL | 390.3 | 0 | 390.3 P301 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 5/31/2007 | RENTAL | 390.3 | 0 | 390.3 P271 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 6/30/2007 | RENTAL | 390.3 | 0 | 390.3 P241 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 7/31/2007 | RENTAL | 390.3 | 0 | 390.3 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 8/31/2007 | RENTAL | 390.3 | 0 | 390.3 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 9/30/2007 | RENTAL | 390.3 | 0 | 390.3 P151 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 10/31/2007 | RENTAL | 390.3 | 0 | 390.3 P121 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 11/30/2007 | RENTAL | 390.3 | 0 | 390.3 P91 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2007 | RENTAL | 390.3 | 0 | 390.3 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2007 | Property Tax Payable | 32.82 | 0 | 32.82 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2007 | Property Tax Payable | 32.82 | 0 | 32.82 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2007 | Property Tax Payable | 32.82 | 0 | 32.82 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 12/31/2007 | Property Tax Payable | 32.82 | 0 | 32.82 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 1/31/2008 | RENTAL | 32.83 | 0 | 32.83 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 2/29/2008 | RENTAL | 390.3 | 0 | 390.3 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2001455-997 | 2/29/2008 | RENTAL | 390.3 | 913.16 | 390.3 P1 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 5/31/2006 | RENTAL | 1,185.92 | 0 | 272.76 P631 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 6/30/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P601 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 7/31/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P577 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 8/31/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P541 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 9/30/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P511 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 10/31/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P481 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 11/30/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P451 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 12/31/2006 | RENTAL | 1,185.92 | 0 | 1,185.92 P421 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 1/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P391 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 2/28/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 3/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 4/30/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P301 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 5/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P271 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 6/30/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P241 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 7/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 8/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 9/30/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P151 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 10/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P121 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 11/30/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P91 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 12/31/2007 | RENTAL | 1,185.92 | 0 | 1,185.92 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 1/31/2008 | RENTAL | 1,185.92 | 0 | 1,185.92 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-056 | 2/29/2008 | RENTAL | 1,185.92 | 431.36 | 1,185.92 P1 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 11/30/2006 | RENTAL | 560.21 | 0 | 128.85 P451 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 12/31/2006 | RENTAL | 560.21 | 0 | 560.21 P421 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 1/31/2007 | RENTAL | 560.21 | 0 | 560.21 P391 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 2/28/2007 | RENTAL | 560.21 | 0 | 560.21 P361 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 3/31/2007 | RENTAL | 560.21 | 0 | 560.21 P331 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 4/30/2007 | RENTAL | 560.21 | 0 | 560.21 P301 | 1455 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DELPHI CORPORATION (1455) | 831-2004551-060 | 5/31/2007 RENTAL | 560.21 | 0 | 560.21 P271 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 6/30/2007 RENTAL | 560.21 | 0 | 560.21 P241 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 7/31/2007 RENTAL | 560.21 | 0 | 560.21 P211 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 8/31/2007 RENTAL | 560.21 | 0 | 560.21 P181 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 9/30/2007 RENTAL | 560.21 | 0 | 560.21 P151 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 10/31/2007 RENTAL | 560.21 | 0 | 560.21 P121 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 11/30/2007 RENTAL | 560.21 | 0 | 560.21 P91 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 12/31/2007 RENTAL | 560.21 | 0 | 560.21 P61 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 1/31/2008 RENTAL | 560.21 | 0 | 560.21 P31 | 1455 |
| DELPHI CORPORATION (1455) | 831-2004551-060 | 2/29/2008 RENTAL | 560.21 | 0 | 560.21 P1 | 1455 |
| | | **Total Due 1455** | | | | 131,372.90 |
| LINKAMERICA EQUIPMENT CO. | 837-0000095-002 | 2/29/2008 RENTAL | 7,755.69 | 0 | 7,755.69 P1 | |
| | | | 208894.02 | 26169.12 | 182724.9 | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of March, 2008, I caused a copy of the Cure Claim of ICX Corporation to be served via Federal Express upon the following counsel:

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green, Rm. 632
New York, NY 10004-1400

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Donald Bernstein, Esq.
Brian Resnick, Esq.
David Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobsen
One New York Plaza
New York, NY 10004

Glenn M. Kurtz, Esq.
John M. Reiss, Esq.
Gregory Pryor, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

/s/ Leo J. Gibson
Leo J. Gibson

3