Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
-and-
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
*Counsel to Cingular Wireless n/k/a*
*AT&T Mobility LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to Cingular Wireless n/k/a AT&T Mobility LLC in the above captioned matter.

2. I certify that on May 21, 2008, pursuant to the service requirements set forth in the *Debtors' (i) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365 and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (ii) Request for Order Provisionally Allowing Certain Cure Proposals*, I served the following documents upon the parties indicated on the attached service list, in the manner listed therein:

> a. *Response of Cingular Wireless n/k/a AT&T Mobility LLC to the Debtors' (i) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365 and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization*

-2-

       *and (ii) Request for Order Provisionally Allowing Certain Cure Proposals;*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 21, 2008        */s/ Elizabeth Lawler*
                                        Elizabeth Lawler


Sworn to before me this
21st day of May, 2008

Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

## SERVICE LIST

*Via Overnight Courier*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John K. Lyons.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Ron Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Carl Tullson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Donald Bernstein
Davis Polk & Wardell
450 Lexington Ave.
New York, NY  10017

Brian Resnick
Davis Polk & Wardell
450 Lexington Ave.
New York, NY  10017

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Ave.
New York, NY  10022

-4-

Mark A. Broude
Latham & Watkins LLP
885 Third Ave.
New York, NY  10022

Bonnie Steingart
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004