ARENT FOX LLP
Mary Joanne Dowd (MD-0743)
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
       and
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990

*Attorneys for the Audio MPEG, Inc. and S.I.SV.EL., S.p.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No.: 05-44481 (RDD) |
| Debtors. | Jointly Administered |

### DECLARATION OF SERVICE

JEFFREY N. ROTHLEDER, hereby declares:

1. Declarant is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1050 Connecticut Ave., NW, Washington, DC 20036.

2. On May 21, 2008, the Response of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to Debtor's Cure Objection was served via the Court's CM/ECF system.

3. Also, on May 21, 2008, I caused the Response of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to Debtor's Cure Objection to be served on those parties listed on **Exhibit A** hereto by Federal Express, except as otherwise identified.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 21st day of May 2008.

*/s/ Jeffrey N. Rothleder*
Jeffrey N. Rothleder

## **EXHIBIT A**

David M. Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

And **Via Email to:** Jimmy L. Funke,
jimmy.l.funke@delphi.com

John Wm. Butler, Jr.
George N. Panagakis
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

Brad Scheler
Vivek Melwani
Bonnie K. Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004