Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile

Attorneys for Microsoft Corporation

Hearing Date and Time:
May 29, 2008 at 10:00 a.m.
Objection deadline:
May 22, 2008 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 05-44481 (rdd)<br>(administratively consolidated) |
| DELPHI CORPORATION, et al. | |
| Debtors. | Chapter 11 |

### DECLARATION OF JOSEPH E. SHICKICH, JR., AUTHENTICATING DOCUMENTS

Joseph E. Shickich, Jr., declares:

1.    I am one of the attorneys for Microsoft Corporation and its wholly owned subsidiary Microsoft Licensing, GP (collectively "Microsoft") and am competent to make this Declaration.

2.    I make this Declaration in support of Microsoft's Response to the Debtors' Omnibus Cure Objection (Docket No. 13459).

3.    Attached as exhibits to this Declaration are true and complete copies of the following:

| Exhibit | Description |
|---|---|
| A | Cure Claim of Microsoft (Docket No. 13236) |
| B | Proof of Claim of Microsoft, dated July 28, 2006 (Delphi Claim No. 13452) |
| C | Schedule G for Delphi Automotive Systems, LLC (1/20/2006; Docket No. 5) |
| D | E-mails from Mark Volpp of Delphi, to Steven M. Sokol of Microsoft, dated February 13 and 14, 2006 |
| E | Amendment to Schedule F for Delphi Automotive Systems LLC (4/18/2006; Docket No. 10) |

| Exhibit | Description |
|---------|-------------|
| F | Amended and Restated Schedule F for Delphi Automotive Systems LLC (4/18/2006; Kurtzman Carson Consultants website) |
| G | Fax from Joe Shickich of Riddell Williams to Darlene Evans of Delphi Corp., January 12, 2007 |
| H | Claim report for Microsoft Corporation on the Kurtzman Carson Consultants website |

I certify or declare under penalty of perjury that the foregoing is true and correct.

Dated May 21, 2008, at Seattle, Washington.

_____
Joseph E. Shickich, Jr.

# EXHIBIT A

3/25/08
13236

Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Avenue, Suite 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile

Attorneys for Microsoft Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

### CURE CLAIM OF MICROSOFT

COME NOW Microsoft Corporation, a Washington corporation, and its wholly-owned subsidiary Microsoft Licensing, GP (collectively "Microsoft"), and hereby make their Cure Claim as follows:

1.      Microsoft and Delphi Automotive Systems LLC ("Debtor") are parties to the following:

| Item | Number |
|---|---|
| Microsoft Business Agreement | U2985619 |
| Microsoft Enterprise Agreement | 01E62067 |
| Microsoft Enrollment Agreement | 2813189 |
| Microsoft Enrollment Agreement | 5635919 |

These agreements are referred to herein collectively as the "Enterprise Agreement" or the "EA".  The EA is the contractual vehicle by which the Debtor obtained Microsoft

software licenses in volume.  These agreements are not the licenses themselves, but rather the agreements by which the Debtor applied for and obtained licenses in volume quantities.

2.      The Cure Claim of Microsoft for the EA was set forth in Microsoft's Proof of Claim, dated July 28, 2006, filed on July 31, 2006, under Delphi Claim Number 13452.  A true and complete copy of the Proof of Claim is attached as Exhibit A.

3.      As reported in the Proof of Claim, the cure amount is $3,005,830.42.

4.      Debtors do not "own" the Microsoft licensed products and software obtained via the EA.  Rather, the products and software are copyrighted materials that Debtors have licensed from Microsoft.

5.      The licenses that Debtors have of Microsoft software products are licenses of copyrighted materials and, therefore, may not be assumed or assigned without Microsoft's consent.  In re Catapult Entertainment, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent).  The analysis of the court in In re Catapult holds true for non-exclusive copyright licenses. See In re Access Beyond Technologies, Inc., 237 B.R. 32, 48 49 (Bankr. D. Del. 1999) (citing In re West Elec., Inc., 852 F.2d 79 (3d Cir. 1988)); In re Patient Educ. Media, 210 B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent).

6.    WHEREFORE, Microsoft states that cure of $3,005,830.42 is due for the

EA, that the underlying licenses cannot be assumed and assigned without Microsoft's

consent, and that it reserves the right to amend this Cure Objection.

DATED this 25th day of March, 2008.

RIDDELL WILLIAMS P.S.

By:_____

Joseph E. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
jshickich@riddellwilliams.com
Counsel for Microsoft Corporation

## DECLARATION OF SERVICE

Sheila Rowden declares:

1.      I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a United States citizen, over the age of 18, competent to make this Declaration, and have personal knowledge of the facts herein.

2.      On Tuesday, March 25, 2008, I electronically filed via the U.S. Bankruptcy Court's CM/ECF System the foregoing pleading:

- • Cure Claim of Microsoft.

It is my understanding that at the time of filing this document on the ECF System, the Court will automatically send electronic notification to each of the individuals and/or entities (that are ECF participants) who appeared and/or requested special notice in this case.

3.      On Tuesday, March 25, 2086, I also caused to be served via Federal Express overnight delivery a copy of this same pleading on:

**To the Debtors:**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  David M. Sherbin
       General Counsel

with a copy to:

Skadden, Arps, Slate, Meagher &
 Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
       George N. Panagakis
       Ron E. Meisler

and a copy to:

Skadden, Arps, Slate, Meagher &
 Flom LLP
Four Times Square
New York, NY  10036
Attn:  Kayalyn A. Marafioti
       Thomas J. Matz

**To the Plan Investors:**

A-D Acquisition Holdings, LLC
c/o Appaloosa Management L.P.
26 Main Street
Chatham, NJ  07920
Attn:  James E. Bolin

with a copy to:

White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131-2352
Attn:  Thomas E. Lauria
       Michael C. Shepherd

and a copy to:

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Attn:  Gerard H. Uzzi
       Glenn M. Kurtz
       Douglas P. Baumstein

**To the Creditors' Committee:**

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
Attn:  Robert J. Rosenberg
       Mitchell A. Seider
       Mark A. Broude

**To the Equity Committee:**

Fried, Frank, Harris, Shriver &
  Jacobson LLP
One Yew York Plaza
New York, NY  10004
Attn:  Brad E. Scheler
       Vivek Milwani
       Bonnie K. Steingart

**To GM:**

Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Jeffrey L. Tanenbaum
       Michael P. Kessler
       Robert J. Lemons

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

     EXECUTED this 25th day of March, 2008.

Sheila Rowden
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
srowden@riddellwilliams.com

Form B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN | DISTRICT OF | NEW YORK | PROOF OF CLAIM |
|---|---|---|---|---|

| Name of Debtor<br>**Delphi Automotive Systems LLC** | Case Number<br>**05-44640** |
|---|---|

~~NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.~~

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
**Microsoft Corporation and Microsoft Licensing, GP**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
**c/o Joseph E. Shickich, Jr.**
**Riddell Williams P.S.**
**1001 4th Ave Ste 4500**
**Seattle WA  98154-1192**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:    **(206) 624-3600**

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:    Check here ☐ replaces   ☐ amends   a previously filed claim, dated:
if this claim

**1.    Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other    Licensing Agreement

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                        (date)

**2.    Date debt was incurred:**
**2004-2005**

**3.    If court judgment, date obtained:**

**4.    Classification of Claim.**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.  See reverse side for important explanations.

**Unsecured Nonpriority Claim** $   **3,005,830.42**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
  Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5.    Total Amount of Claim at Time Case Filed:** $    **3,005,830.42** _____ _____ **$3,005,830.42**
(unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

THIS SPACE IS FOR COURT USE ONLY

**6.    Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7.    Supporting Documents:**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**8.    Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>**July 28, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*[signature]*   **Microsoft Corporation and Microsoft Licensing, GP by its attorney, Joseph E. Shickich, Jr. of Riddell Williams P.S.** |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

291/534821.01
072806 1409/99999.99999

*G...bit... A*

In re Delphi Automotive Systems LLC
U.S. Bankruptcy Court (SD NY - Manhattan) Case No. 05-44640
Proof of Claim (Continued)

The claimants are Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft'). Delphi Automotive Systems LLC ("Debtor") and Microsoft Licensing, GP, are parties to the following:

| Item | Number |
|------|--------|
| Microsoft Business Agreement | U2985619 |
| Microsoft Enterprise Agreement | 01E62067 |
| Microsoft Enrollment Number | 2813189 |

These agreements are referred to herein collectively as the "Enrollment Agreement" or the "EA". The EA is the contractual vehicle by which the Debtor obtained Microsoft software licenses in volume. It is not the licenses themselves, but rather the agreement by which the Debtor applied for and obtained licenses in volume quantities. As of the date of this proof of claim, the Debtor has neither assumed nor rejected the EA. Accordingly, Microsoft files this proof of claim contingently in case the Debtor rejects and does not assume the EA.

The prepetition amounts currently unpaid and due total $3,005,830.42:

| Billing Document | Amount |
|------------------|--------|
| 9750793883 | $165.00 |
| 9750796033 | $228.00 |
| 9653619496 | $2,667,657.22 |
| 9653899671 | $337,780.20 |
| | $3,005,830.42 |

Attached hereto is a copy of page 7250 from Schedule G for the Debtor. It shows the Debtor has listed the EA as one of the Debtor's executory contracts. Also attached is an email from Mark Volpp of the Debtor, dated February 13, 2006, in which the Debtor calculates that the prepetition amount due under the EA is $3,343,217.62. Microsoft reserves the right to amend this proof of claim, especially if the Debtor rejects the EA and does not assume. Microsoft presumes that the Debtor has a copy of the EA, but will provide one upon request.

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1549418 - 10177298<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  550064730<br>Effective Date:   12/18/2004<br>Term:  12/31/2005 |
| 1549418 - 10177299<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  550064731<br>Effective Date:   12/18/2004<br>Term:  12/31/2005 |
| 1549418 - 10177300<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  550064732<br>Effective Date:   12/18/2004<br>Term:  12/31/2005 |
| 1549418 - 10181700<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  550077380<br>Effective Date:   01/01/2005<br>Term:  12/31/2005 . |
| 1554934 - 10086302<br>MICROSOFT (01E62067)<br>Attn PATTY DILGER<br>1 MICROSOFT WAY<br>REDMOND  WA  98052-8300 | Type of Contract:    IT SERVICES<br>Number:  MSFTSPEA002<br>Effective Date:   09/01/2003<br>Term:  8/31/2006 |
| 1233006 - 10134163<br>MICROSTAR LABORATORIES INC<br>2265 116TH AVE NE<br>BELLEVUE  WA  980043039 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  450163937<br>Effective Date:   10/03/2005<br>Term:  12/31/2006 |
| 1233008 - 10122557<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DR UNIT 1<br>MISSISSAUGA    ON  L4V 1M5<br>CANADA | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  450127968<br>Effective Date:   08/06/2005<br>Term:  12/31/2005 |
| 1233023 - 10114312<br>MICROWAY SYSTEMS INC<br>7000 N LAWNDALE AVE<br>LINCOLNWOOD  IL  60712 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  450093561<br>Effective Date:   02/24/2005 |
| 1233027 - 10175439<br>MID AMERICA PLASTICS<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  550061084<br>Effective Date:   10/15/2004<br>Term:  1/1/2007 |
| 1233030 - 10185820<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  P4360064<br>Effective Date:   01/01/2005<br>Term:  12/31/2005 |
| 1233030 - 10185821<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:  P4360065<br>Effective Date:   01/01/2005<br>Term:  12/31/2005 |

**From:** Volpp, Mark [mailto:mark.volpp@delphi.com]
**Sent:** Monday, February 13, 2006 2:54 PM
**To:** Steven Sokol; Fred Cook
**Cc:** Raffoul, Raphael
**Subject:**

Steve and Fred,

Here is the information on the 4 open invoices we currently have. Sorry for the delay, I've reviewed my analysis internally with my mangers and also with a consulting firm that has been assisting Delphi in Chapter 11 issues.

Raphael Raffoul is the Finance Contact to replace Karen Carlson's name with.  Raphael will be processing the invoices with the Pre/Position split outlined below.

**Invoices 1 and 2 (Office and Plant Floor True-Up):**

We are in our Year 2 True-Up (Additional licenses deployed from 09/01/04 – 08/31/05).  The start date is 3/1/05 because the Year 2 pricing is based ½ year of Software Assurance  plus 1 year 9/1/05 through 8/31/06 (when the EA expires) for a total of 18 months.

**Invoices 3 and 4 (Annual payments for EA-Office and Plant floor):**

This is the annual payment for year 3 of the EA for Software Assurance.  (9/1/05 through 8/31/06).

| 1) Office PC True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Core CAL | $614,333.79 | $911,771.41 | $1,526,105.20 |
| Office | $1,252,362.08 | $1,858,709.32 | $3,111,071.40 |
| XP | $444,681.16 | $659,979.28 | $1,104,660.44 |
| **Total** | **$2,311,377.02** | **$3,430,460.02** | **$5,741,837.04** |

| 2) Plant Floor True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Percentage | 40.26% | 59.74% | 100.00% |
| Server CAL | $57,286.68 | $85,022.76 | $142,309.44 |
| XP | $278,520.87 | $413,370.33 | $691,891.20 |

| Total | $335,807.54 | $498,393.10 | $834,200.64 |
|---|---|---|---|

| 3) EA Annual Payment (Office PC's) | | | |
|---|---|---|---|
| | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment 1 (01/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Payment 1 (05/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Total | $675,560.39 | $5,988,751.61 | $6,664,312.00 |

| 4) EA Annual Payment (Plant Floor) | | | |
|---|---|---|---|
| | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment (01/31/06) | $20,472.66 | $181,487.34 | $201,960.00 |

| | $3,343,217.62 | $10,099,092.06 | $13,442,309.68 |
|---|---|---|---|
| Total | | | |

# EXHIBIT B

Form B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT **SOUTHERN** DISTRICT OF **NEW YORK** | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor **Delphi Automotive Systems LLC** | Case Number **05-44640** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the Debtor owes money or property): **Microsoft Corporation and Microsoft Licensing, GP** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and Address where notices should be sent: **c/o Joseph E. Shickich, Jr.** **Riddell Williams P.S.** **1001 4th Ave Ste 4500** **Seattle WA  98154-1192** | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone number:  **(206) 624-3600** | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated: |
|---|---|

| | |
|---|---|
| **1. Basis for Claim** ☐ Goods sold ☐ Services performed ☐ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☒ Other   **Licensing Agreement** | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) ☐ Wages, salaries, and compensation (fill out below) Last four digits of your SS#: _____ Unpaid compensation for services performed from _____ to _____ (date)                    (date) |
| **2. Date debt was incurred: 2004-2005** | **3. If court judgment, date obtained:** |

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.  See reverse side for important explanations.

| Unsecured Nonpriority Claim  $   **3,005,830.42** ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority. | **Secured Claim** ☐ Check this box if your claim is secured by collateral (including a right of setoff). Brief Description of Collateral: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____ Value of Collateral:  $ _____ Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ _____ |
|---|---|
| **Unsecured Priority Claim** ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority. Amount entitled to priority  $ _____ Specify the priority of the claim: ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4). ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5). | ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7). ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| **5. Total Amount of Claim at Time Case Filed:  $** | **3,005,830.42** (unsecured) | (secured) | (priority) | **$3,005,830.42** (Total) |
|---|---|---|---|---|
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | | | | |

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. **7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date **July 28, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *[signature]*  **Microsoft Corporation and Microsoft Licensing, GP by its attorney, Joseph E. Shickich, Jr. of Riddell Williams P.S.** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

291/534821.01
072806 1409/99999.99999

In re Delphi Automotive Systems LLC
U.S. Bankruptcy Court (SD NY - Manhattan) Case No. 05-44640
Proof of Claim (Continued)

The claimants are Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft"). Delphi Automotive Systems LLC ("Debtor") and Microsoft Licensing, GP, are parties to the following:

| Item | Number |
|------|--------|
| Microsoft Business Agreement | U2985619 |
| Microsoft Enterprise Agreement | 01E62067 |
| Microsoft Enrollment Number | 2813189 |

These agreements are referred to herein collectively as the "Enrollment Agreement" or the "EA". The EA is the contractual vehicle by which the Debtor obtained Microsoft software licenses in volume. It is not the licenses themselves, but rather the agreement by which the Debtor applied for and obtained licenses in volume quantities. As of the date of this proof of claim, the Debtor has neither assumed nor rejected the EA. Accordingly, Microsoft files this proof of claim contingently in case the Debtor rejects and does not assume the EA.

The prepetition amounts currently unpaid and due total $3,005,830.42:

| Billing Document | Amount |
|------------------|--------|
| 9750793883 | $165.00 |
| 9750796033 | $228.00 |
| 9653619496 | $2,667,657.22 |
| 9653899671 | $337,780.20 |
| | $3,005,830.42 |

Attached hereto is a copy of page 7250 from Schedule G for the Debtor. It shows the Debtor has listed the EA as one of the Debtor's executory contracts. Also attached is an email from Mark Volpp of the Debtor, dated February 13, 2006, in which the Debtor calculates that the prepetition amount due under the EA is $3,343,217.62. Microsoft reserves the right to amend this proof of claim, especially if the Debtor rejects the EA and does not assume. Microsoft presumes that the Debtor has a copy of the EA, but will provide one upon request.

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1549418 - 10177298<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064730<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177299<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064731<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177300<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064732<br>Effective Date:   12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10181700<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550077380<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |
| 1554934 - 10086302<br>MICROSOFT (01862067)<br>Attn PATTY DILGER<br>1 MICROSOFT WAY<br>REDMOND  WA  98052-8300 | Type of Contract:    IT SERVICES<br>Number:   MSFTSPEA002<br>Effective Date:   09/01/2003<br>Term:   8/31/2006 |
| 1233006 - 10134163<br>MICROSTAR LABORATORIES INC<br>2265 116TH AVE NE<br>BELLEVUE  WA  980043039 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450163937<br>Effective Date:   10/03/2005<br>Term:   12/31/2006 |
| 1233008 - 10122557<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DR UNIT 1<br>MISSISSAUGA  ON  L4V 1M5<br>CANADA | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450127968<br>Effective Date:   08/06/2005<br>Term:   12/31/2005 |
| 1233023 - 10114312<br>MICROWAY SYSTEMS INC<br>7000 N LAWNDALE AVE<br>LINCOLNWOOD  IL  60712 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450093561<br>Effective Date:   02/24/2005 |
| 1233027 - 10175439<br>MID AMERICA PLASTICS<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550061084<br>Effective Date:   10/15/2004<br>Term:   1/1/2007 |
| 1233030 - 10185820<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360064<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |
| 1233030 - 10185821<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360065<br>Effective Date:   01/01/2005<br>Term:   12/31/2005 |

**From:** Volpp, Mark [mailto:mark.volpp@delphi.com]
**Sent:** Monday, February 13, 2006 2:54 PM
**To:** Steven Sokol; Fred Cook
**Cc:** Raffoul, Raphael
**Subject:**

Steve and Fred,

Here is the information on the 4 open invoices we currently have. Sorry for the delay, I've reviewed my analysis internally with my mangers and also with a consulting firm that has been assisting Delphi in Chapter 11 issues.

Raphael Raffoul is the Finance Contact to replace Karen Carlson's name with. Raphael will be processing the invoices with the Pre/Position split outlined below.

**Invoices 1 and 2 (Office and Plant Floor True-Up):**

We are in our Year 2 True-Up (Additional licenses deployed from 09/01/04 – 08/31/05). The start date is 3/1/05 because the Year 2 pricing is based ½ year of Software Assurance plus 1 year 9/1/05 through 8/31/06 (when the EA expires) for a total of 18 months.

**Invoices 3 and 4 (Annual payments for EA-Office and Plant floor):**

This is the annual payment for year 3 of the EA for Software Assurance. (9/1/05 through 8/31/06).

| 1) Office PC True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Core CAL | $614,333.79 | $911,771.41 | $1,526,105.20 |
| Office | $1,252,362.08 | $1,858,709.32 | $3,111,071.40 |
| XP | $444,681.16 | $659,979.28 | $1,104,660.44 |
| Total | $2,311,377.02 | $3,430,460.02 | $5,741,837.04 |

| 2) Plant Floor True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Percentage | 40.26% | 59.74% | 100.00% |
| Server CAL | $57,286.68 | $85,022.76 | $142,309.44 |
| XP | $278,520.87 | $413,370.33 | $691,891.20 |

| Total | $335,807.54 | $498,393.10 | $834,200.64 |

| 3) EA Annual Payment (Office PC's) | | | |
|---|---|---|---|
| | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment 1 (01/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Payment 1 (05/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Total | $675,560.39 | $5,988,751.61 | $6,664,312.00 |

| 4) EA Annual Payment (Plant Floor) | | | |
|---|---|---|---|
| | Pre-Petition | Post-Petition | Total |
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment (01/31/06) | $20,472.66 | $181,487.34 | $201,960.00 |

| Total | $3,343,217.62 | $10,099,092.06 | $13,442,309.68 |

*********************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************
*********************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************

# EXHIBIT C

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1549418 - 10177298<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064730<br>Effective Date:    12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177299<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064731<br>Effective Date:    12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10177300<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550064732<br>Effective Date:    12/18/2004<br>Term:   12/31/2005 |
| 1549418 - 10181700<br>MICROSEMI CORP<br>2529 COMMERCE DR STE E<br>KOKOMO  IN  46902 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550077380<br>Effective Date:    01/01/2005<br>Term:   12/31/2005 |
| 1554934 - 10086302<br>MICROSOFT (O1E62067)<br>Attn PATTY DILGER<br>1 MICROSOFT WAY<br>REDMOND  WA  98052-8300 | Type of Contract:    IT SERVICES<br>Number:   MSFTSPEA002<br>Effective Date:    09/01/2003<br>Term:   8/31/2006 |
| 1233006 - 10134163<br>MICROSTAR LABORATORIES INC<br>2265 116TH AVE NE<br>BELLEVUE  WA  980043039 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450163937<br>Effective Date:    10/03/2005<br>Term:   12/31/2006 |
| 1233008 - 10122557<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DR UNIT 1<br>MISSISSAUGA  ON  L4V 1M5<br>CANADA | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450127968<br>Effective Date:    08/06/2005<br>Term:   12/31/2005 |
| 1233023 - 10114312<br>MICROWAY SYSTEMS INC<br>7000 N LAWNDALE AVE<br>LINCOLNWOOD  IL  60712 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   450093561<br>Effective Date:    02/24/2005 |
| 1233027 - 10175439<br>MID AMERICA PLASTICS<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   550061084<br>Effective Date:    10/15/2004<br>Term:   1/1/2007 |
| 1233030 - 10185820<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360064<br>Effective Date:    01/01/2005<br>Term:   12/31/2005 |
| 1233030 - 10185821<br>MID AMERICA SEAL & GASKET INC<br>4221 JAMES P COLE BLVD<br>FLINT  MI  48505 | Type of Contract:    PURCHASE CONTRACTS/ PURCHASE ORDERS<br>Number:   P4360065<br>Effective Date:    01/01/2005<br>Term:   12/31/2005 |

1/20/2006
Docket # 5

# EXHIBIT D

**From:**    Volpp, Mark [mark.volpp@delphi.com]
**Sent:**    Tuesday, February 14, 2006 7:55 AM
**To:**    Steven Sokol
**Subject:** RE:

Steve,
Payments for the Office and Plant floor true-ups will be processed immediately.

The annual payments for our EA will take place as scheduled.

1/31/06 Invoices (MNS-2 payment terms) will pay on 3/2/06
5/31/06 Invoice  (MNS-2 payment terms) will pay on 07/02/06

Thanks,
Mark

**From:** Raffoul, Raphael
**Sent:** Tuesday, February 14, 2006 9:38 AM
**To:** 'Steven Sokol'; Volpp, Mark; Fred Cook
**Subject:** RE:

Steve...contact info is below.

### Raphael Raffoul
Delphi Corporation
GIS - Finance Supervisor
Northfield Crossing
1441 W. Long Lake Road
Troy, MI  48098
Phone:  (248) 267-0919
Fax:    (248) 267-8836

**From:** Steven Sokol [mailto:ssokol@microsoft.com]
**Sent:** Monday, February 13, 2006 4:39 PM
**To:** Volpp, Mark; Fred Cook
**Cc:** Raffoul, Raphael
**Subject:** RE:

Mark,

I hope that you had a great weekend.  Thank you for the update.  Can we assume that these will be paid as you indicated?  Do you have Raphael's phone, email and physical address information?

Best regards,

**Steven M. Sokol**
Strategic Account Manager
Automotive Industrial Equipment

Microsoft Corporation
1000 Town Center
Southfield, MI  48075

Main:   (248) 827-2000
Office:  (248) 341-0668
Mobile: (248) 613-7995
E-Mail:  ssokol@microsoft.com

**From:** Volpp, Mark [mailto:mark.volpp@delphi.com]
**Sent:** Monday, February 13, 2006 2:54 PM
**To:** Steven Sokol; Fred Cook
**Cc:** Raffoul, Raphael
**Subject:**

Steve and Fred,

Here is the information on the 4 open invoices we currently have. Sorry for the delay, I've reviewed my analysis internally with my mangers and also with a consulting firm that has been assisting Delphi in Chapter 11 issues.

Raphael Raffoul is the Finance Contact to replace Karen Carlson's name with.  Raphael will be processing the invoices with the Pre/Position split outlined below.

**Invoices 1 and 2 (Office and Plant Floor True-Up):**

We are in our Year 2 True-Up (Additional licenses deployed from 09/01/04 – 08/31/05).  The start date is 3/1/05 because the Year 2 pricing is based ½ year of Software Assurance  plus 1 year 9/1/05 through 8/31/06 (when the EA expires) for a total of 18 months.

**Invoices 3 and 4 (Annual payments for EA-Office and Plant floor):**

This is the annual payment for year 3 of the EA for Software Assurance.  (9/1/05 through 8/31/06).

| 1) Office PC True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Core CAL | $614,333.79 | $911,771.41 | $1,526,105.20 |
| Office | $1,252,362.08 | $1,858,709.32 | $3,111,071.40 |
| XP | $444,681.16 | $659,979.28 | $1,104,660.44 |
| **Total** | **$2,311,377.02** | **$3,430,460.02** | **$5,741,837.04** |

| 2) Plant Floor True-up | | | |
|---|---|---|---|
| | **Pre-Petition** | **Post-Petition** | **Total** |
| Start Date | 3/1/2005 | 10/8/2005 | 3/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 221 | 328 | 549 |
| Percentage | 40.26% | 59.74% | 100.00% |
| Server CAL | $57,286.68 | $85,022.76 | $142,309.44 |
| XP | $278,520.87 | $413,370.33 | $691,891.20 |
| **Total** | **$335,807.54** | **$498,393.10** | **$834,200.64** |

### 3) EA Annual Payment (Office PC's)

|  | Pre-Petition | Post-Petition | Total |
|---|---|---|---|
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment 1 (01/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Payment 1 (05/31/06) | $337,780.20 | $2,994,375.80 | $3,332,156.00 |
| Total | $675,560.39 | $5,988,751.61 | $6,664,312.00 |

### 4) EA Annual Payment (Plant Floor)

|  | Pre-Petition | Post-Petition | Total |
|---|---|---|---|
| Start Date | 9/1/2005 | 10/8/2005 | 9/1/2005 |
| End Date | 10/7/2005 | 8/31/2006 | 8/31/2006 |
| Number of Days | 37 | 328 | 365 |
| Percentage | 10.14% | 89.86% | 100.00% |
| Payment (01/31/06) | $20,472.66 | $181,487.34 | $201,960.00 |

| Total | $3,343,217.62 | $10,099,092.06 | $13,442,309.68 |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT E

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640      Entity #39

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1623891 - 10408408<br>MICHIGAN RIVET CORP<br>PO BOX 79001 DRAWER #5869<br>DETROIT   MI   482795869 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399796 SCHEDULED<br>FOR $122,363.58 | | $0.00 |
| 1624106 - 10408412<br>MICRON PRECISION MACHINING INC<br>3860 E WASHINGTON ROAD<br>SAGINAW   MI   48601 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399818 SCHEDULED<br>FOR $356,700.10 | | $359,340.10 |
| 1624123 - 10408413<br>MICROSOFT SERVICES<br>PO BOX 844510<br>DALLAS   TX   752844510 | ACCOUNTS PAYABLE | | $3,005,437.42 |
| 1624138 - 10411600<br>MID AMERICAN PRODUCTS INC<br>PO BOX 983<br>JACKSON   MI   49204 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399825 SCHEDULED<br>FOR $142,038.42 | Disputed,<br>Unliquidated | $142,038.42 |
| 1624144 - 10408414<br>MID CONTINENT SPRING CO<br>PO BOX 649<br>HOPKINSVILLE   KY   422410649 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399826 SCHEDULED<br>FOR $237,485.80 | | $240,341.33 |
| 1624163 - 10408415<br>MID STATE SPRINKLER CO<br>PO BOX 7334<br>N BRUNSWICK   NJ   08902 | ACCOUNTS PAYABLE | | $200.00 |
| 1624176 - 10408416<br>MID-SOUTH ELECTRONICS INC EFT<br>PO BOX 198447<br>ATLANTA   GA   303848447 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399836 SCHEDULED<br>FOR $145,644.78 | Disputed,<br>Unliquidated | $162,527.14 |
| 1624292 - 10408419<br>MIDWEST STAMPING & MFG CO<br>PO BOX 1120<br>3455 BRIARFIELD RD STE A<br>MAUMEE   OH   43537 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399848 SCHEDULED<br>FOR $209,139.34 | | $204,542.54 |
| 1624297 - 10408420<br>MIDWEST TOOL & DIE CORP<br>327 LEY RD<br>FORT WAYNE   IN   46825 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399851 SCHEDULED<br>FOR $765,151.46 | Disputed,<br>Unliquidated | $765,154.03 |
| 1624326 - 10408421<br>MILACRON MKGT CO<br>4165 HALF ACRE RD<br>BATAVIA   OH   45103 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399857 SCHEDULED<br>FOR $5,733.48 | | $8,700.41 |
| 1624329 - 10408422<br>MILAN EXPRESS CO INC<br>PO BOX DRAWER T577<br>NASHVILLE   TN   37244 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399858 SCHEDULED<br>FOR $192.12 | | $1,954.36 |
| 1624356 - 10408424<br>MILLAR ELEVATOR SERVICE CO EFT<br>PO BOX 73017N<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | | $416.00 |

4/10/2006
Docket No. 10

# EXHIBIT F

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640       Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1624102 - 10404226<br>MICROMAX INC<br>5840 CANTON CTR STE 270<br>CANTON   MI   481872614 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1624103 - 10399817<br>MICROMERITICS INSTRUMENT<br>CORP<br>1 MICROMERITICS DR<br>NORCROSS   GA   300931801 | ACCOUNTS PAYABLE | | $10,209.00 |
| 1624106 - 10408412<br>MICRON PRECISION MACHINING INC<br>3860 E WASHINGTON ROAD<br>SAGINAW   MI   48601 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399818 SCHEDULED<br>FOR $356,700.10 | | $359,340.10 |
| 1624107 - 10399819<br>MICRON SEMICONDUCTOR PROD INC<br>12829 COLLECTIONS CENTER DR<br>CHICAGO   IL   60693 | ACCOUNTS PAYABLE | | $768,254.00 |
| 1624109 - 10399820<br>MICRONAS GMBH<br>HANS BUNTE STR 19<br>79108 FREIBURG<br>GERMANY | ACCOUNTS PAYABLE | | $88,440.00 |
| 1624115 - 10399821<br>MICROPLASTICS INC<br>406 38TH AVE<br>ST CHARLES   IL   60174 | ACCOUNTS PAYABLE | | $10,820.67 |
| 1624116 - 10399822<br>MICROPROBE INC<br>2281 LAS PALMAS DRIVE<br>CARLSBAD   CA   92009 | ACCOUNTS PAYABLE | | $30,949.50 |
| 1624119 - 10399823<br>MICROSEMI CORP-POWER MGMT<br>FILE # 11626<br>PO BOX 60000<br>SAN FRANCISCO   CA   941601626 | ACCOUNTS PAYABLE | | $9,029.00 |
| 1624123 - 10408413<br>MICROSOFT SERVICES<br>PO BOX 844510<br>DALLAS   TX   752844510 | ACCOUNTS PAYABLE | | $3,005,437.42 |
| 1624127 - 10399824<br>MICROSYS TECHNOLOGIES INC<br>SUITE 205 3100 W STEELES AVE<br>CONCORD   ON   L4K 3R1<br>CANADA | ACCOUNTS PAYABLE | | $9,044.19 |
| 1624138 - 10411600<br>MID AMERICAN PRODUCTS INC<br>PO BOX 983<br>JACKSON   MI   49204 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399825 SCHEDULED<br>FOR $142,038.42 | Disputed,<br>Unliquidated | $142,038.42 |
| 1624144 - 10408414<br>MID CONTINENT SPRING CO<br>PO BOX 649<br>HOPKINSVILLE   KY   422410649 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399826 SCHEDULED<br>FOR $237,485.80 | | $240,341.33 |

Kurtman website
4/18/2006

# EXHIBIT G

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                                        TIME  : 01/12/2007 11:14
                                        NAME  :
                                        FAX   :
                                        TEL   :
                                        SER.# : 000C4J227851
```

```
┌────────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              01/12  11:14                                      │
│  FAX NO./NAME           4606#20363#376#12482654276#                       │
│  DURATION               00:00:53                                         │
│  PAGE(S)                03                                                │
│  RESULT                 OK                                                │
│  MODE                   STANDARD                                          │
│                         ECM                                              │
└────────────────────────────────────────────────────────────────────────┘
```



# RIDDELL WILLIAMS P.S.

## FACSIMILE TRANSMISSION

ATTORNEYS AT LAW

ADDRESS
1001 Fourth
Avenue Plaza
Suite 4500
Seattle, WA
98154-1192

TELEPHONE
(206) 624-3600

FACSIMILE
(206) 389-1708

EMAIL
jshickich
@riddellwilliams.com

DIRECT LINE
(206) 389-1772

**Date:**    January 12, 2007

**From:**    Joe Shickich
**Our File:**    20363-376

**To:**    Darlene Evans
**Company:**    Delphi Corp.
**Facsimile:**    **(248) 265-4276**
**Phone:**    (248) 265-4288
**City/State:**

**Number of Pages Transmitted:**
(including this page):  3

**Return To:**  SRowden

\*   \*   \*   \*   \*   \*

**MESSAGE:**

Per your request, attached are the two invoices discussed earlier this week.

Sheila Rowden
Executive Assistant



# RIDDELL WILLIAMS P.S.

## FACSIMILE TRANSMISSION

ATTORNEYS AT LAW

*ADDRESS*
1001 Fourth
Avenue Plaza
Suite 4500
Seattle, WA
98154-1192

*TELEPHONE*
(206) 624-3600

*FACSIMILE*
(206) 389-1708

*EMAIL*
jshickich
@riddellwilliams.com

*DIRECT LINE*
(206) 389-1772

**Date:**   January 12, 2007

**Number of Pages Transmitted:**
(including this page):  3

**From:**   Joe Shickich
**Our File:**   20363-376

**Return To:** SRowden

To:
Company:   Delphi Corp.
**Facsimile:**   **(248) 265-4276**
Phone:   (248) 265-4288
City/State:

Darlene Evans

*   *   *   *   *   *   *

**MESSAGE:**

Per your request, attached are the two invoices discussed earlier this week.

Sheila Rowden
Executive Assistant

If any pages are not received or legible, please contact the facsimile operator at (206) 389-1606.
Between 6:30 PM and 7:00 AM (Pacific Time), please leave a message.

**CONFIDENTIALITY AND CIRCULAR 230 NOTICE:** This communication is intended for the sole use of the individual and
entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under
applicable law.  You are hereby notified that any dissemination, distribution or duplication of this communication by someone
other than the intended addressee or its designated agent is strictly prohibited.  As required by the Internal Revenue Service,
anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of
avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third
party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication.
If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply
to this communication.

291/556230.01
011207 1104/20363.00376

# Microsoft®
### Licensing, GP

# Invoice

**Bill to PO Number:** 583927
**Purchase Order Date:** 20-OCT-2004

**Page No:** 1

**Document No:** 9750796033
**Document Date:** 21-OCT-2004
**Payment Due Date:** 20-NOV-2004

**Terms:** Net payment due 30 days from invoice date

## COLLECTOR CONTACT INFORMATION
Collector Name: Sabrina Zackery
Email Alias: a-sabza@microsoft.com
Phone Number: (775) 823-6948
Fax Number: (775) 823-5767

## REMIT TO
Microsoft Licensing, GP
C/O Bank of America
Rte026009593/Acct:3751205782 (wire)
Microsoft Licensing, GP
Rt:111000012/acct:3751205782 (ACH)
1401 Elm St., 5th Flr/ Dept 842467
DALLAS TX 75202
United States
Phone:
Telex:
Fax:

## BILL TO
Delphi Automotive LLC Attn: Raphael Raffoul
Customer No: 0005069900
Contact: Raffoul
1441 W. Long Lake Road
Troy MI 48098
United States
Customer VAT#:
Phone: 248-267-0919
Fax:

## INDIRECT RESELLER
Contact:

Phone:
Fax:

## END CUSTOMER
Delphi Automotive LLC
Suite 200
Contact: Hackett, James
Phone: 248-267-5531
Fax: 248-267-5522

Select Program Version: E6
Select Enrollment / Master No:
5635919 / 01E62067

## SHIP TO
Software Spectrum GmbH
Contact: DHR PHILLIP BALL
Cust PO 583927
Haupplager
Ismaning 85737
Germany
Phone: 00352 50 18 5860
Fax:

| Line No. End Customer PO No | Usage Country | Microsoft Part No. Description | Offering Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | F74-00017 Enterprise English CmpfmtKit MVL DVD Pref | FUL-NON | | | | | 1.00 | 228.00 | 228.00 |
| UPS | 1Z368A020470071741 | | | | | | | | | |

| | | |
|---|---|---|
| **Total Sale** | USD | 228.00 |
| **Tax Amount** | USD | 0.00 |
| **Total Amount** | USD | 228.00 |

We hereby certify that the information
on this invoice is true and correct.

Microsoft Licensing, GP

When invoices are reprinted, remittance information may change to
reflect current invoicing operations.

# Invoice

**Microsoft** *Licensing, GP*

Bill to PO Number:  583927
Purchase Order Date:        20-OCT-2004

| Page No: | 1 |
|---|---|
| Document No: | 9750793883 |
| Document Date: | 20-OCT-2004 |
| Payment Due Date: | 19-NOV-2004 |

Terms:        Net payment due 30 days from invoice date

## REMIT TO
Microsoft Licensing, GP
C/O Bank of America
R/t:026009593/Acct:3751205782 (wire)
Microsoft Licensing, GP
R/t:111000012/Acct:3751205782 (ACH)
1401 Elm St, 5th Flr/ Dept 842467
DALLAS TX 75202
United States
Phone:
Telex:
Fax:

## COLLECTOR CONTACT INFORMATION
Collector Name:  Sabrina Zackery
Email Alias:     a-sabza@microsoft.com
Phone Number:    (775) 823-6948
Fax Number:      (775) 823-5767

## BILL TO
Delphi Automotive LLC Attn: Raphael Raffoul
Customer No: 0005069900
Contact: Raffoul
1441 W. Long Lake Road
Troy MI 48098
United States
Customer VAT#:
Phone: 248-267-0919
Fax:

## INDIRECT RESELLER
Contact:

Phone:
Fax:

## END CUSTOMER
Delphi Automotive LLC
Suite 200
Contact: Hackett, James
Phone: 248-267-5531
Fax: 248-267-5522

Select Program Version: E6
Select Enrollment / Master No:
5635919 / 01B62067

## SHIP TO
Software Spectrum GmbH
Contact: DIR PHILIP BALL
Cust PO 583927
Hauptlager
Ismaning 85737
Germany
Phone: 00352 50 18 5860
Fax:

| Line No. | Usage Country | Pool | Offering Level | Microsoft Part No. | Reason Code & | Period | Billing Option | Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| End Customer PO No | | | | Description | Description | | | | | |
| Carrier & Airbill | | | | | | | | | | |
| 000001 | United States | FUL-NON | | F74-00018 | | Nov2004-Aug2006 | PE | 1.00 | 165.00 | 165.00 |
| | | | | Enterprise English Subscr MVL DVD Pref | | | | USD | 165.00 | |

We hereby certify that the information
on this invoice is true and correct.

Microsoft Licensing, GP

| Total Sale | | 165.00 |
|---|---|---|
| Tax Amount | USD | 0.00 |
| | USD | |
| Total Amount | USD | 165.00 |

When invoices are reprinted, remittance information may change to
reflect current invoicing operations.

# EXHIBIT H



**DELPHI**

> Adversary
  Proceedings

> Case Management
  Orders

> Court Documents

> Creditors' Committee

> Delphi-GM
  Settlement

> Disclosure
  Statement

> Equity Security
  Holders' Committee

> First Day Motions

> First Day Orders

> Monthly Operating
  Reports

> Notice Lists

> Omnibus Hearing
  Dates

> Omnibus Hearing
  Orders

> Plan of
  Reorganization

> Presentations: First
  Day, Organizational,
  341

> Press Releases

> Schedules/
  Statements

> Voluntary Petitions

| Home | Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry |

### Delphi Corporation, et al. Search Results
### Creditor Name Begins With "microsoft"

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
| 7/31/2006 | 13452 | F | General Unsecured | Microsoft Corporation and Microsoft Licensing GP | $3,005,830.42 | | | | Delphi Automotive Systems LLC |
| | | | | Microsoft Services | | | | | Delphi Automotive Systems LLC |

*C=Contingent, U=Unliquidated, D=Disputed

# Creditor Data for Claim Number 13452

| | |
|---|---|
| Creditor Name: Microsoft Corporation and Microsoft Licensing GP<br>Creditor Notice Name: co Joseph E Shickich Jr | Date Claim Filed: 7/31/2006<br>Delphi Claim #: 13452<br>Court Claim #: 13452<br>Amend/Replace? No |
| Debtor Name: Delphi Automotive Systems LLC<br>Case Number: 05-44640 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $3,005,830.42 | Creditor Info Altered? Y<br>Objection Filed? N |
| Schedule: F<br>Schedule Amt: $3,005,437.42 | |