Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile

Hearing Date and Time:
May 29, 2008 at 10:00 a.m.
Objection deadline:
May 22, 2008 at 4:00 p.m.

Attorneys for Microsoft Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re

DELPHI CORPORATION, et al.

                    Debtors.

Case No. 05-44481 (rdd)
(administratively consolidated)

Chapter 11

## DECLARATION OF SERVICE

Kristine Tyni declares:

1.     I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a United States citizen, over the age of 18, and competent to make this Declaration.

2.     On Wednesday, May 21, 2008, I electronically filed via the U.S. Bankruptcy Court's CM/ECF System the following pleadings:

- **Response of Microsoft to Omnibus Cure Objection**

- **Declaration of Joseph E. Shickich, Jr., Authenticating Documents**

3.     On Wednesday, May 21, 2008, I caused to be served via Federal Express the above mentioned pleadings to the following parties:

The Honorable Robert D. Drain
U.S. Bankruptcy Court, SD NY
One Bowling Green, Room 632
New York, NY 10004

General Counsel
Delphi Corporation
6725 Delphi Drive
Troy, MI  48098

John K. Lyons
Ron E. Meisler
Carl Tullson
Skadden, Arps, Slate, et al.
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg
Mark A Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart
Fried Frank Harris, et al
One New York Plaza
New York, NY 10004

Alicia M. Leonhard
Office of the U.S. Trustee, SD NY
33 Whitehall Street, Suite 2100
New York, NY 10004

4.      It is my understanding that at the time of filing this document on the ECF System, the Court will automatically send electronic notification to each of the individuals and/or entities (that are ECF participants) who appeared and/or requested special notice in this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 21st day of May, 2008, at Seattle, Washington

Kristine Tyni
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle WA 98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile