**EXHIBIT 1**

Dana P. Kane, Esq. (DK-3909)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :     Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :     Case No. 05-44481 (RDD)
                                                         :
                                      Debtors.           :     (Jointly Administered)
---------------------------------------------------------x

### CURE CLAIMS OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE, SUBMITTED IN ACCORDANCE WITH THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

Liquidity Solutions, Inc. d/b/a Revenue Management and certain of its affiliates ("LSI"), as assignee of certain original creditors, hereby files its cure claims (collectively, the "Cure Claim") in accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Plan").[1] As stated more fully below, this Cure Claim is filed purely out of an abundance of caution. In support of this Cure Claim, LSI respectfully states as follows:

1.   On October 8, 2005 and October 14, 2005, Delphi Corporation ("Delphi"), Delphi Automotive Systems LLC ("Automotive") and certain of Delphi's U.S. subsidiaries and

---
[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Plan.

affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.  On various dates during the pendency of these chapter 11 cases, LSI entered into agreements with certain original creditors (each, an "Assignor") for assignment of certain claims against the Debtors (each, an "Assigned Claim" and collectively, the "LSI Assigned Claims"), and LSI duly filed notices of transfer of claim pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. A list of certain LSI Assigned Claims is attached hereto as Exhibit A.

3.  Pursuant to the underlying agreement between LSI and each of the Assignors, LSI was assigned (i) all right, title and interest in and to the respective Assigned Claims and any distributions thereon, (ii) the right to payment of any pre-petition "cure" amounts within the meaning of section 365 of the Bankruptcy Code that may be related to contracts giving rise to each of the respective Assigned Claims that are assumed (or assumed and assigned) by any Debtor, and (iii) the right to receive any and all distributions on account of such pre-petition cure amounts. Each Assignor also authorized and appointed LSI as its true and lawful agent and attorney-in-fact with respect to all matters concerning the respective Assigned Claims; accordingly, LSI has standing to file this Cure Claim to the extent it is necessary.[2]

---

[2] LSI is aware that the Debtors previously have relied on the Solicitation Procedures Order [Docket No. 11389] entered in these chapter 11 cases to assert that purchasers or other transferees of claims such as LSI do not have standing with respect to matters of assumption, assumption and assignment, and cure. However, because (a) the Solicitation Procedures Order expressly dealt only with Material Supply Agreements and (b) as stated below (see paragraph 7 hereof and accompanying footnote text), this Cure Claim does not include Assigned Claims as to which LSI is aware bear a relation to a Material Supply Agreement, LSI submits that the Solicitation Procedures Order cannot operate to deny LSI standing to assert this protective Cure Claim. Moreover, because all right to payment of cure in connection with each respective Assigned Claim was transferred to LSI, LSI further submits that its standing to assert this Cure Claim should be evident and should be recognized since LSI – and not each Assignor – is the only party with an economic interest in these cure matters. Finally, although they are too voluminous to attach to this pleading, LSI would be willing to provide, upon request (on a redacted basis) of the Debtors or this Court, copies of

2

4. On or about December 10, 2007, the Debtors filed the Plan. Pursuant to Article 8.1(a) of the Plan, all executory contracts and unexpired leases shall be deemed automatically assumed in accordance with sections 365 or 1123 of the Bankruptcy Code as of the Effective Date of the Plan, with certain exceptions.[3]

5. This Court confirmed the Plan by order entered on January 25, 2008. Section 8.2(b) of the Plan provides that cure claims relating to Other Executory Contracts (i.e., contracts that are not Material Supply Agreements) must be filed within forty-five (45) days after entry of the Confirmation Order. Accordingly, March 10, 2008 is the deadline for filing cure claims relating to Other Executory Contracts.

6. LSI recently became aware that, on or about January 29, 2008, the Debtors filed a Notice of Cure Amount with Respect to Executory Contracts to be Assumed or Assumed and Assigned Under Plan of Reorganization (the "Omnibus Cure Notice"). The Omnibus Cure Notice provides, among other things, that objections to the proposed cure amounts must be interposed so as to be received within ten days of service of the Omnibus Cure Notice. LSI was not served with the Omnibus Cure Notice.

7. LSI does not have sufficient information to determine whether any of the claims set forth on Exhibit A hereto arise as part of any executory contract or unexpired lease being assumed in conjunction with Article 8.1(a) of the Plan, nor does LSI have the associated Delphi contract numbers that would enable it to review the Omnibus Cure Notice even had LSI

---

each agreement underlying the transfer of an Assigned Claim as evidence of each Assignor's appointment of LSI as its agent and attorney-in-fact to the extent that LSI is not recognized as having independent standing to assert this Cure Claim.

[3] The exceptions to the presumptive assumption of contracts under the Plan include any executory contract or unexpired lease that (a) was previously rejected, (ii) was the subject of a motion to reject, (iii) expired or terminated by its own terms on or prior to December 31, 2007, and was not otherwise extended, (iv) was listed on a schedule of contracts and leases attached to the Plan to be specifically rejected by operation of the Plan or (v) was otherwise to be rejected pursuant to the Plan. See Plan, at § 8.1(a).

3

been timely served with such notice.[4] In addition, although most of the Assigned Claims listed on Exhibit A hereto do not relate to purchase orders or other contracts that were expressly included within the Omnibus Cure Notice, LSI is not aware whether the Omnibus Cure Notice covers the entire universe of contracts that the Debtors intend to assume by operation of Article 8.1(a) of the Plan.

8. Accordingly, LSI files this omnibus Cure Claim out of an abundance of caution, to preserve its right to payment in cash, in full, of any cure amounts associated with the assumption of any executory contracts or unexpired leases relating to LSI Assigned Claims. LSI reserves the right to amend, modify or supplement this Cure Claim.

---

[4] In composing the list of Assigned Claims attached hereto as Exhibit A, LSI did not include any of its Assigned Claims (a) that LSI is aware relate to a Material Supply Agreement that is already the subject of an associated Cure Amount Notice or (b) were assigned to LSI from an entity (if any) whose contract is listed on Exhibit 8.1(a) to the Plan as a contract to be specifically rejected upon the Effective Date of the Plan. To the extent that there is some overlap – e.g., an Assignor that is party to a Material Supply Agreement separately is party to an Other Executory Contract that is affected by Sections 8.1(a) and 8.2(a) of the Plan – LSI reserves the right to supplement this Cure Claim.

## CONCLUSION

WHEREFORE, LSI respectfully requests that the Court enter an order (i) to the extent that the Debtors' assumption of any executory contact or unexpired lease pursuant to Section 8.1(b) of the Plan relates in whole or in part to a contract or lease underlying an Assigned Claim held by LSI, establishing the cure amount for each Assigned Claim at the respective Claim Amount set forth on Exhibit A hereto, (ii) requiring the Debtors to timely pay the established cure amount in cash to LSI and (iii) granting such other and further relief as is just and proper under the circumstances.

Dated: Hackensack, New Jersey
       March 10, 2008

Respectfully submitted,
LIQUIDITY SOLUTIONS, INC.

By: _____
Dana P. Kane, Esq. (DK-3909)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

## EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| ACORN DISTRIBUTORS INC | $7,723.11 | 2287 |
| AMES REESE INC | $105,853.47 | 9816 & 9820 |
| APPLIED HANDLING INC | $13,966.00 | 15495 |
| ASHLAND CANADA CORP | $2,692.80 | 15496 |
| ASSOCIATED PACKAGING INC | $4,120.26 | 4853 |
| BEACH MOLD & TOOL | $3,588.72 | 15494 |
| BUCKHORN RUBBER PRODUCTS | $178,955.76 | 2610 |
| CAPITAL FIRE PROTECTION | $15,930.00 | 15488 |
| CARBY CORP | $5,340.00 | 15491 |
| CASTROL INDUSTRIAL NORTH AMERICA, INC. | $245,023.06 | 8676 |
| CEMAN INDUSTRIAL WELDING | $2,394.65 | NONE |
| CHEMCENTRAL CORP | $9,667.54 | 769 |
| CINCINNATI MACHINE, LLC | $221,982.00 | 234 |
| CINCINNATI TOOL STEEL CO | $1,353.50 | 268 |
| COAN & SON INC | $2,955.00 | NONE |
| COBAR SOLDER PRODUCTS INC | $19,476.40 | 15486 |
| COLUMBIA MACHINE WORKS | $1,081.58 | 15487 |
| CONAX BUFFALO CORP | $6,822.00 | 15490 |
| CONNOR FORMED METAL | $1,613.62 | 15489 |
| CONTACT EAST INC | $552.15 | 15485 |
| CORNERSTONE DESIGN LTD | $8,714.00 | 2549 |
| COYNE OIL CORPORATION | $1,488.03 | 1993 |
| CROWN PAPER BOX CORP | $16,539.37 | 3990 |
| CUSTOM COATING INC | $11,827.41 | 194 |
| CUSTOM LASER INC | $2,753.10 | NONE |
| CW INDUSTRIES | $2,793.00 | |
| D&L ENERGY INC | $1,717.05 | |
| DDM HOPTSCHULER | $1,834.00 | 2169 |
| DE ANZA MANUFACTURING | $662.54 | NONE |
| DECATUR PRINTING | $3,063.75 | |
| DECATUR SPORTSFIT & WELLNESS | $1,995.00 | 15484 |
| DECATUR TRUCK & TRAILER SALES | $1,130.00 | |
| DICKEY & SON MACHINE TOOL | $7,848.25 | 451-454 |
| DIGATRON FIRING CIRCUITS | $8,730.29 | 5596 |
| DUNCAN EQUIPMENT CO | $432,071.89 | 2039 |
| EKB ELEKTRO UND | $159,078.53 | 15478 |
| ELECTRODES INC | $1,590.60 | 2078 |
| ELEKTRISOLA INC | $54,165.90 | 15455 |
| ELESA USA CORP | $1,370.95 | 15481 |
| ELGIN DIE MOLD CO | $86,176.25 | 9459 |
| ELGIN DIE MOLD CO | $29,862.80 | 9460 |
| ELKHART PRODUCTS CORP | $138,545.28 | 432 |
| EMPIRE WAREHOUSE INC | $3,699.50 | 15471 |
| ENMARK TOOL & GAGE CO | $21,460.00 | 182 |
| ENVIRONMENTAL SCREEENING TESTING SOLUTIONS INC | $161,818.99 | 1678/1750/1933 |
| ENVIRONMENTAL TECH & COMMUNICATIONS, INC | $1,957.00 | |
| EXEC WAREHOUSE | $3,714.99 | 15482 |
| EXELDA MANUFACTURING CO | $182,105.93 | 1934 |
| FAIRHAVEN INDUSTRIES, INC | $1,075.00 | NONE |
| FARGO ASSEMBLY OF PA INC. | $89,884.41 | 1686 |
| FLINT RIGGERS & ERECTORS INC | $11,800.00 | 15470 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| FLYNN METERING SYSTEM | $2,145.80 | |
| FREEMAN WATER TREATMENT | $2,625.42 | |
| FUTURE PRODUCTS CORP | $1,795.00 | NONE |
| GEOCORP INDUSTRIAL CONTROLS INC | $1,120.00 | 15466 |
| GOYETTE MECHANICAL CO INC | $1,023.00 | NONE |
| GRAPHITE SALES INC | $11,912.00 | 15464 |
| GRETAGMACBETH LLC | $4,286.00 | 15462 |
| GUYSON INTERNATIONAL LIMITED | $1,160.00 | 15463 |
| HAMMOND GROUP INC | $139,663.46 | 4427 |
| HASSEL MATERIAL HANDLING CO | $13,356.75 | 15457 |
| HELLA INC | $216,182.60 | 2543 & 9018 |
| HENRY COUNTY REMC | $30,449.05 | NONE |
| HEXCEL CORPORATION | $100,584.84 | 15458 |
| HYDRO ALUMINUM ADRIAN LLC | $570,535.00 | 12142 |
| HYDRO ALUMINUM PRECISION TUBING | $16,662.24 | 12143 |
| HY-GRADE DISTIBUTORS INC | $1,518.24 | 15456 |
| IET LABS INC | $58,575.00 | |
| INDAK MANUFACTURING CORP | $9,083.02 | 5563 |
| INDUSTRIAL GRINDING INC | $4,679.00 | 9286 |
| INDUSTRIAL MOLDING CORP | $102,059.47 | 4583 |
| INDUSTRIAL PAINT & STRIP INC | $19,211.45 | NONE |
| INDY EXPEDITING INC | $2,482.48 | 596 |
| INNOVATIVE DUTCH ELECTRO | $24,285.14 | 15465 |
| INTEGRIS METALS INC | $16,419.30 | 199 |
| JONES DAY | $261,562.88 | 2652 |
| JORGESEN CONVEYORS INC | $2,040.00 | 15468 |
| JUNKERWERK LINDER GMBH & CO KG | $39,084.15 | NONE |
| KEENAN WELDING & REPAIR | $11,796.92 | 15472 |
| KENWORTH TRUCK OF UPSTATE NY INC | $7,000.00 | - |
| KEY ENGINEERING INC | $6,513.60 | 15475 |
| KEY POLYMER | $7,337.66 | 439 |
| KINREI OF AMERICA INC | $22,213.00 | 15474 |
| LANDOVER COOLING TOWER SERVICE INC | $1,400.00 | 15499 |
| LASER ELECTRICAL SUPPLIES INC | $5,430.00 | 15497 |
| LAWRENCE SEMICONDUCTOR | $6,271.05 | - |
| LEONARD MECHANICAL SERVICES INC | $1,100.00 | 15498 |
| LINC MECHANICAL | $119,070.35 | 15473 |
| MAGIC VALLEY ELECTRIC COOP | $23,148.97 | 11855 |
| MAHAR TOOL SUPPLY CO INC | $11,684.67 | 2013 |
| MAHONING VALLEY CARTAGE & AIR CARGO INC | $9,778.10 | 6068 |
| MANUFACTURERS BRUSH CORP | $1,088.00 | 7294 |
| MARATHON ROOFING PRODUCTS | $2,620.00 | 397 |
| MARKETING INNOVATIONS INTL | $15,855.07 | 4387 |
| MATTESON RIDOLFI INC | $5,589.00 | 4013-4014 |
| MAUL ELECTRIC INC | $128,342.76 | 1162 |
| MEDCO | $4,379.80 | 11852 |
| MELTON MACHINE & CONTROL CO | $51,450.00 | 358 |
| MICHAEL E PISTON PC | $1,150.00 | 6080 |
| MICROMERITICS | $10,209.00 | 6081 |
| MILACRON MARKETING CO | $128,067.32 | 2679 |
| MINITAB INC | $35,618.58 | 6082 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| MIYACHI UNITEK CORPORATION | $15,552.64 | NONE |
| MOES TRANSPORT TRUCKING | $3,690.00 | 6083 |
| MOR TECH DESIGN INC | $25,880.30 | 7829 |
| MRTZ INC DBA TEXAS INDUSTRIAL SUPPLY | $1,042.50 | 2055 |
| NEW DIMENSIONS INC | $5,553.00 | 6084 |
| NORTHWAY TRUCKING INC | $52,257.70 | 7466 |
| NORTON CONSTRUCTION SERVICES | $8,592.00 | 6085 |
| NU CUT GRINDING | $1,877.85 | 7287 |
| ONESOURCE FACILITY SERVICES INC | $22,224.00 | 386 |
| OPTIMAL COMPUTER AIDED ENGR INC | $2,000.00 | 3298 |
| ORBIS CORPORATION | $239,472.32 | 811 |
| ORTHODYNE ELECTRONICS CORP EFT | $47,094.44 | 7563 |
| PACE ANALYTICAL SERVICES INC | $2,378.00 | 1892 |
| PAINTING & PROCESS ASSOCIATES | $5,364.64 | 7286 |
| PARADIGM SINTERED PRODUCTS / Comerica | $95,860.80 | 8197 |
| PENN TOOL CO | $1,111.48 | 78 |
| PETERS DRY CLEANING | $2,601.00 | 2408 |
| PINNACLE FREIGHT SPECIALISTS INC | $2,225.00 | 11851 |
| PREFERRED QUALITY SERVICE EFT INC | $24,231.56 | 6086 |
| PREYCO MFG CO INC EFT | $3,530.27 | NONE |
| PRICE WATERHOUSE COOPERS LLP | $1,515.02 | 829 |
| PYRAMID TECHNOLOGIES | $119,311.05 | 2074 |
| QUALITY LABS OF OHIO | $1,457.00 | 7789 |
| R & R PRESS EQUIPMENT INC | $6,271.00 | 2349 |
| RAM METER INC EFT | $10,563.30 | 2288 |
| RAWAC PLATING COMPANY | $398,139.37 | 16334 |
| RAYSE SA DE CV | $1,909.98 | 7296 |
| RCMA AMERICAS / ATRADIUS TRADE CREDIT INSURANCE | $286,377.08 | 2099 |
| REACTEL INCORPORATED | $2,240.00 | 11850 |
| RELIABLE OIL EQUIPMENT INC | $11,553.00 | 6078 |
| REPROS INC | $10,700.00 | 7290 |
| ROBERTS DONALD INC | $15,432.00 | NONE |
| RODAK PLASTICS | $2,393.65 | 16359 |
| ROESSEL & CO INC | $12,687.09 | 2437 |
| ROOTSTOWN WATER SERVICE CO | $4,435.16 | NONE |
| S G CONSTRUCTION SERVICES EFT | $20,679.25 | 15479 |
| SAFETYTECH PROTECTION INC | $24,196.30 | 7285 |
| SAI SIMCOX ASSOCIATES INC | $9,193.54 | 7297 |
| SAISHA TECHNOLOGY AND CIRCUITS INTL | $25,950.00 | 15600 |
| SAMTEC INC | $1,068.12 | 233 |
| SANDMOLD SYSTEMS INC | $17,850.50 | NONE |
| SARGENT DOCKS & TERMINAL EFT | $35,457.92 | 1998 |
| SCHMIEDE CORP | $625.00 | NONE |
| SCHUNK INEX CORPORATION | $18,850.00 | 6077 |
| SCHWIND ROBERT M DBA CNC TECHNICAL SVCS | $10,689.00 | 6076 |
| SERVICE TECHNOLOGY CORP | $6,547.10 | NONE |
| SGF OF AMERICA CORPORATION | $9,959.89 | 726 |
| SGS CONTROLL CO MBH | $8,669.70 | 8441 |
| SHALTZ FLUID POWER | $32,191.85 | 6075 |
| SHOWTECH PRESENTATION SYSTEMS INC | $3,663.00 | 6074 |
| SILICON MOUNTAIN MEMORY INC | $2,089.97 | 15459 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---:|---|
| SIMPLEX INC | $3,903.44 | NONE |
| SMITH & WHITE CONSTRUCTION GROUP INC | $4,411.00 | 1648 |
| SORENSEN DIV OF ELGAR | $3,870.00 | 6073 |
| SORTMAN CRANE & HOIST INC | $22,797.72 | 6115 |
| SOUTHWEST METAL FINISHING | $114,951.80 | 5595 |
| Special Counsel (MPS Group) | $12,667.50 | 4475 |
| SPECIAL PURPOSE EQUIPMENT LIMITED | $4,228.32 | 7293 |
| SPERRY & RICE MANUFACTURING CO | $46,019.84 | multiple poc's |
| SPIREX CORP | $144,608.00 | 2470 |
| STELRON COMPONENTS CO | $3,239.27 | 3792-3793 |
| TATTILE USA | $3,000.00 | NONE |
| TEAM QUALITY SERVICES INCOPORATED | $11,292.83 | 7085 |
| TECHNASEAL MFG CORP | $43,941.56 | 7277 |
| TECHNICAL ILLUSTRATION CORPO | $17,401.25 | 8142 |
| TECHNIFOR INC | $23,910.00 | 7280 |
| TECNOMEC SRL | $24,742.00 | 2451 |
| TECNOMEC SRL | $7,291.83 | 2455 |
| TECNOMEC SRL | $4,082.43 | 2454 |
| TECNOMEC SRL | $3,788.49 | 2450 |
| TECNOMEC SRL | $1,880.39 | 2448 |
| TECNOMEC SRL | $1,635.00 | 2447 |
| TECNOMEC SRL | $1,442.59 | 2452 |
| TECNOMEC SRL | $1,076.77 | 2456 |
| TECNOMEC SRL | $642.11 | 2449 |
| TECNOMEC SRL | $360.65 | 2453 |
| TEST GMBG | $6,045.46 | 7283 |
| THOMPSON & KNIGHT LLP | $2,146.02 | NONE |
| THOMPSON EMERGENCY FREIGHT EFT SYSTEMS | $37,112.19 | 1731 |
| TIMCO RUBBER PRODUCTS INC | $10,212.00 | 7284 |
| TOTAL TOTE INC | $17,266.00 | 1124 |
| TRADEPOINT SYSTEMS LLC (S) | $46,559.22 | 1931 |
| TRUCKS UNLIMITED INC | $1,060.80 | 5346 |
| TRUTEC INDUSTRIES INC | $22,962.89 | 7486 |
| UNIVERSAL POLYMER & RUBBER EFT LTD | $19,154.10 | 7279 |
| UNIVERSAL TEST EQUIPMENT INC | $18,846.30 | 201202203 |
| UPPER PENINSULA POWER CO MI | $1,643.70 | 5454 |
| US METAL PROCESSING / CHOICE ONE SERVICE GROUP INC | $2,713.35 | 7292 |
| US MICRO SOLUTIONS INC | $3,731.50 | NONE |
| VERFAHRENSTECHNIK HUBERS | $42,278.14 | 7276 |
| VERMONT MACHINE TOOL CORP | $10,799.50 | 7275 |
| VISUAL SOLUTIONS INCORPORATED | $25,200.00 | 7281 |
| WAGNER ROBERT G ESTATE OF | $1,146.90 | NONE |
| WALKER STAINLESS EQUIPMENT | $52,133.44 | 4449 |
| WARREN TRUMBULL URBAN LEAGUE INC | $1,200.00 | 7278 |
| WATERTECH OF AMERICA INC | $18,182.10 | 184 |
| WEST MICHIGAN TAG & LABEL | $4,990.86 | 5586 |
| WESTERN NY FLUID SYSTEMS TECH | $12,790.21 | multiple poc's |
| WOODEN & MCLAUGHLIN LLP | $18,977.40 | 4732 |
| WORKING ENVIRONMENTS INC | $5,476.32 | NONE |
| WYATT SEAL INC | $1,370.10 | 7291 |
| XAMAX INDUSTRIES | $30,474.83 | 6669 |

# EXHIBIT A

| Creditor Name | Claim Amount per LSI Records | Claim No. |
|---|---|---|
| XILINX INC | $44,400.00 | 7282 |
| ZIP INDUSTRIAL PRODUCTS CORP | $4,433.36 | NONE |
| ZODIAC AUTOMOTIVE US INC | $49,108.50 | 7697 |