## **EXHIBIT A**

**UPDATED Summary of Defaults:**

| Account | Status | Pre-Petition/ POC Amount | Post-Petition Cure Claim as of 3/6/08 | Post-Petition Cure Claim as of 5/8/08 |
|---|---|---|---|---|
| 330 856 2078 577 | 08/13/02 Disconnected | $44.85 | | |
| 330 638-6155 144 | 12/31/02 Disconnected | $4,305.78 | | |
| | | $1,844.20 | | |
| | | $282,921.08 | | |
| 330 373-2121 032 | Active account | | $166,172.88 | $61,509.10 |
| 330 372-9351 762 | 01/04/01 Disconnected | $15.38 | | |
| 330 372-7025 308 | 08/08/01 Disconnected | $55.12 | | |
| 330 372-5610 747 | 03/07/01 Disconnected | $18.00 | | |
| 330 372-4314 522 | 07/19/00 Disconnected | $16.92 | | |
| 330 372-3279 671 | 12/29/00 Disconnected | $19.26 | | |
| 330 372-3187 921 | 01/31/01 Disconnected | $14.28 | | |
| 330 127-1000 640 | 12/14/06 Disconnected | | | |
| 330 127-1000 612 | 05/16/06 Disconnected | | | |
| 330 127-1000 758 | Active Account | | $1,153.05 | $1,153.05 |
| 330 372-1481 898 | Active Account | | $509.34 | $505.03 |
| 330 638-5202 093 | Active Account | | $613.76 | $552.49 |
| 330 367-6000 102 | Active Account | | $3,698.84 | $1,851.83 |
| 419 003-5000 668 | Special Active Account | | | |
| 24955700 NIBS | Post Petition Invoices: | | | 13,794.15 |
| **TOTALS** | | **$289,254.87*** | **$183,442.14** | **$79,365.65** |

* United and the Debtors have agreed to reduce this Claim to $266,050.

Exhibit A

C055471/0213606/1483328.2