## EXHIBIT B



Invoice Date:   MARCH   11, 2008          Page    1   of   2

Customer Service          Master Invoice          Customer Code
1-800-786-6272            I031101105              24955700

**Billing Address:**      DELPHI PACKARD ELECTRIC
                          ATTN: BEA MARTIN
                          1265 N RIVER RD NE
                          WARREN OH 44483

| Date Due: | APR. 10, 2008 |
|-----------|---------------|
| Total Due: | 3,842.32 |

TRANSACT ONLINE AT WWW.EMBARQ.COM/BUSINESS

**Total Charges Summary**

| Labor | 3,842.32 |
|-------|----------|
| Total | 3,842.32 |

**Invoice Summary**

| I031101105 | 3,842.32 |
|------------|----------|
| Invoice Total | 3,842.32 |

---

Invoice Date:   MARCH   11, 2008          Page    1   of   2

Customer Service          Master Invoice          Customer Code
1-800-786-6272            I031101103              24955700

**Billing Address:**      DELPHI CORPORATION
                          ATTN: TIM RYCKMAN
                          1441 W LONG LAKE ROOM 2-226
                          TROY MI 48098

| Date Due: | APR. 10, 2008 |
|-----------|---------------|
| Total Due: | 293.25 |

TRANSACT ONLINE AT WWW.EMBARQ.COM/BUSINESS

**Total Charges Summary**

| Labor | 293.25 |
|-------|--------|
| Total | 293.25 |

**Invoice Summary**

| I031101103 | 293.25 |
|------------|--------|
| Invoice Total | 293.25 |



Exhibit B - 2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2





C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



C055471/0213606/1483328.2



Invoice Date:    **MAY    13, 2008**                    Page    **1    of    2**

Customer Service          Master Invoice          Customer Code
**1-800-786-6272**         **I051304282**          **24955700**

Billing Address:

**DELPHI CORPORATION**
**ATTN: TIM RYCKMAN**
**1441 W LONG LAKE RD RM 2-226**
**TROY MI 48098-4442**

**Date Due:**                        **JUN. 12, 2008**
**Total Due:**                                  **69.00**

TRANSACT  ONLINE  AT  WWW.EMBARQ.COM/BUSINESS

**Total Charges Summary**

Labor                                           69.00
Total                                           69.00

**Invoice Summary**

I051304282                                      69.00
Invoice Total                                   69.00

C055471/0213606/1483328.2