**CERTIFICATE OF SERVICE**

    I, Michelle McMahon, hereby certify that on May 22, 2008 a true and correct copy of the foregoing Reply Supporting United Telephone Company Of Ohio's Statement Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization was served on the parties on the following parties by First Class U.S. Mail.

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn. General Counsel | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Donald Bernstein, Esq.<br>Brian Resnick, Esq. |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Alicia M. Leonhard, Esq. | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>33 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>John K. Lyons., Esq.<br>Carl Tullson, Esq.<br>Ron E. Meisler, Esq. | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Bonnie Steingart, Esq. |

                                                /s/ Michelle McMahon
                                          Michelle McMahon (MM-8130)