# EXHIBIT 1

81492602A01052208

Official Form 10)(10/05)

# 9995

**ates Bankruptcy Court Southern District of New York** — **PROOF OF CLAIM**

Debtor: Delphi Corporation | Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): IBJTC Business Credit Corporation, as successor in interest to IBJ Whitehall Business Credit Corporation

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Claim #09995
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

**RECEIVED**
**JUL 31 2006**
**KURTZMAN CARSON**

Name and address where notices should be sent:
Ronald S. Beacher, Esquire
Pitney Hardin LLP
7 Times Square
New York, New York 10036
Telephone No. (212) 297-5800

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 824

Check here ☐ replaces
if this claim ☐ amends     a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Equipment Lease Agreement

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS# _____
Unpaid compensation for services performed
from _____ to _____
     (date)           (date)

**2. Date debt was Incurred:** May 1, 1995

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 98,086.39 *
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral:  $_____
Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other–Specify applicable paragraph of 11 U.S.C. § 507(a) __.
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed:** $ 98,086.39 *   $_____   $_____   $ 98,086.39*
                                                 (unsecured)    (secured)   (priority)   (total)

* Plus any other charges under the attached documents
☐ Check this box if claim includes interest or other charges in addition to the principal amount of this claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: July 19 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Ronald S. Beacher, Esquire
Pitney Hardin LLP

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years

054448106072000000000019

# EXHIBIT 2

81492602A01052208

## SUMMARY OF PRE-PETITION MONTHLY AMOUNTS DUE

| Schedule No. | Amount |
|---|---|
| 1093 | $420.01 |
| 1094 | $395.06 |
| 1103 | $1,313.66 |
| 1116 | $10,297.24 |
| 1137 | $1,469.51 |
| 1180 | $99.64 |
| 1185 | $856.19 |
| 1205 | $570.11 |
| 1336 | $57.25 |
| 1366 | $416.90 |
| 1432 | $13,845.86 |
| 1446 | $373.42 |
| 1524 | $105.10 |
| Total | $30,219.94 |

# EXHIBIT 3

81492602A01052208

## SUMMARY OF PRE-PETITION TAXES OWED

| County | State | Amount |
|---|---|---|
| Montgomery | OH | $1,067.57 |
| Montgomery | OH | $1,789.15 |
| Trumbell | OH | $914.84 |
| Laredo-05 (Unified School District) | TX | $1,632.35 |
| Laredo-05 (City) | TX | $647.10 |
| Laredo-05 (Webb County) | TX | $682.28 |
| Laredo-03 (Unified School District) | TX | $2,245.93 |
| Laredo-04 (Unified School District) | TX | $1,852.88 |
| Laredo-03 (Webb County) | TX | $1,046.77 |
| Laredo-04 (Webb County) | TX | $810.52 |
| Laredo-03 (City) | TX | $968.09 |
| Laredo-04 (City) | TX | $766.11 |
| Total | | $14,423.59 |