**DAY PITNEY LLP**
Amish R. Doshi (AD5996)
7 Times Square
New York, New York 10036
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
E-Mail:   adoshi@daypitney.com

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

Hearing Date:   May 29, 2008
Hearing Time:   10:00 A.M.
Objection Date:   May 22, 2008

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, *et al*.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING IBJC BUSINESS CREDIT
CORPORATION'S RESPONSE TO DEBTORS' (I) OMNIBUS OBJECTION
PURSUANT TO CONFIRMATION ORDER, 11 U.S.C. SECTIONS 105(A), 365, AND
FED. R. BANKR. P. 9014 REGARDING CURE PROPOSALS SUBMITTED UNDER
ARTICLE 8.2(B) OF DEBTORS' PLAN OF REORGANIZATION AND (II) REQUEST
FOR ORDER PROVISIONALLY ALLOWING CERTAIN CURE PROPOSALS**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.  I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey. Day Pitney is counsel for IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation in connection with the above-referenced matter.

2.  On May 22, 2008, I electronically filed IBJC Business Credit Corporation's Response To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. Sections 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally

2

Allowing Certain Cure Proposals with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon.

    I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                         /s/ Marcia L. Steen
                                         MARCIA L. STEEN

Dated: May 22, 2008
       Florham Park, New Jersey

2

# SERVICE LIST

**Served Via Overnight Mail On 5/22/2008:**

**The Debtors:**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Att'n: General Counsel)

**United States Trustee:**

Office of the United States Trustee
for the Southern District of New York,
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n: Alicia M. Leonhard, Esq.)


**Served Via Overnight Mail, Facsimile and E-mail on 5/22/08:**

**Counsel To The Debtors:**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Att'n: John K. Lyons, Esq., Ron E. Meisler, Esq. and Carl Tullson, Esq.)

**Counsel For The Agent Under The Postpetition Credit Facility:**

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Att'n: Donald Bernstein, Esq. and Brian Resnick, Esq.)

**Counsel For The Official Committee Of Unsecured Creditors:**

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(Att'n: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.)

**Counsel For The Official Committee Of Equity Security Holders:**

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
(Att'n: Bonnie Steingart, Esq.)