BARNES & THORNBURG LLP
Attorneys for EMCON Technologies, LLC
Attorneys for EMCON Technologies Canada, ULC
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Alan K. Mills, Esq.
Mark R. Owens, Esq. (MO 9742)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of May, 2008, he caused a copy of the *Declaration of Michael D. Virtue in Support of EMCON Technologies, LLC's and EMCON Technologies Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals* to be filed electronically via the Court's ECF system.  Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system.  The undersigned hereby further certifies that on the 19th day of May, 2008, he caused a copy of the *Declaration of Michael D. Virtue in Support of EMCON Technologies, LLC's and EMCON Technologies Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C.*

*§§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals* to be served upon the following via Federal Express, prepaid, overnight delivery.

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 632<br>New York, New York 10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n:  General Counsel |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Att'n:  John K. Lyons<br>         Ron E. Meisler<br>         Carl Tullson | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Att'n:  Donald Bernstein<br>         Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Att'n:   Robert J. Rosenberg<br>          Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Att'n:   Bonnie Steingart |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Att'n:   Alicia M. Leonhard | |

Dated:  May 23, 2008        /s/ Mark R. Owens
                            Mark R. Owens, Esq. (MO 9742)
                            BARNES & THORNBURG LLP
                            11 S. Meridian Street
                            Indianapolis, Indiana 46204
                            Telephone (317) 236-1313
                            Facsimile (317) 231-7433
                            E-Mail:  mowens@btlaw.com

                            *Attorneys for EMCON Technologies, LLC*
                            *Attorneys for EMCON Technologies Canada, ULC*

INDS01 JHAMSTRA 1040402v1