IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :

  In re                                          :       Chapter 11

DELPHI CORPORATION, et al.,       :       Case No. 05-44481 (RDD)

                               Debtors.    :       (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

     I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On May 20, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via electronic notification:

     Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business and customized exhibit (Docket No. 13633)


Dated: May 22, 2008

                                                           */s/ Elizabeth Adam*
                                                           Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of May, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:     */s/ Vanessa R. Quiñones*

Commission Expires:   *3/20/11*

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip | Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| Air Products and Chemicals Inc | Marcia Goroski | Global Account Manager | 4 Lord Stirling Drive | | Parsippany | NY | 07054 | Purchase Order No. 450176269 | $7,081.41 |
| Henry Country REMC | Steve Wolfrom | Manager | Henry County REMC | PO Box D | New Castle | IN | 43762 | Electric Facilities Agreement among Dephi Corporation, Henry Country REMC, and Hoosier Energy Rural Electric Cooperative, Inc., dated March 23, 2004 | $0.00 |
| Henry County Rural Electric Membership Corporation | Steve Wolfrom | Manager | Henry County REMC | PO Box D | New Castle | IN | 43762 | Henry County REMC Service Contract between Henry County Rural Electic Membership Corporation and Delphi Corporation, dated March 11, 2004 | $18,060.84 |
| Hoosier Energy Rural Electric Corporation, Inc. | Chuck Martindale | Hoosier Energy REC | 7398 North State Road 37 | | Bloomington | IN | 47404 | Electric Facilities Agreement among Dephi Corporation, Henry Country REMC, and Hoosier Energy Rural Electric Cooperative, Inc., dated March 23, 2004 | $12,388.21 |
| Tennessee Valley Authority | General Manager | Industrial Marketing | PO Box 292409 | | Nashville | TN | 37229-2409 | Firm Power and LFP Power Contract (Contract No. 0044496) between Delphi Corporation and Tennessee Valley Authority, dated April 20, 2005 | $0.00 |
| Tennessee Valley Authority | General Manager | Industrial Marketing | PO Box 292409 | | Nashville | TN | 37229-2409 | Letter Agreement between Tennessee Valley Authority and Delphi Corporation, dated April 6, 2005 (Supplement No. 1 to Contract 00044496) | $0.00 |
| Tennessee Valley Authority | General Manager | Industrial Marketing | PO Box 292409 | | Nashville | TN | 37229-2409 | Letter Agreement between Tennessee Valley Authority and Delphi Corporation, dated May 6, 2005 (Supplement No. 2 to Contract 00044496) | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/21/2008 9:05 PM
Steering Assumption merge file