**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 |
| | ) | Hon. Robert D. Drain |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND TERMINATION OF ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Bolhouse, Vander Hulst, Risko & Baar, P.C. by and through their undersigned counsel, David S. Lefere, hereby withdraws its notice of Appearance and requests to be removed from the Service List for mailings and terminate all electronic mailings to davidl@bolhouselaw.com.

Respectfully Submitted,

Dated: May 27, 2008            Bolhouse, Vander Hulst, Risko & Baar, P.C.

By: ___/s/ David S. Lefere_____
David S. Lefere (P61790)