Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100

Attorneys for XM Satellite Radio

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
**In re**                                          :
                                                   :
**DELPHI CORPORTATION, et al.,**                   :    **Case No. 05-44481 (RDD)**
                                                   :
                                                   :    **Chapter 11**
                      **Debtors.**                 :
                                                   :    **(Jointly Administered)**
                                                   :
                                                   :
                                                   :
------------------------------------------------------x

STATE OF NEW YORK      )
                                    s.s.:
COUNTY OF NEW YORK  )


**AFFIDAVIT OF SERVICE**


        Natoya A Duncan, being duly sworn, deposes and says:

        I am employed by the law firm Hogan & Hartson LLP, reside in the State of New

York,  am over the age of eighteen years and am not a party to this action.

        On the 23th day of May, 2008, I caused a copy of the **XM Satellite Radio Inc.'s**

**Response to Debtors' Omnibus Objection to Confirmation Order Regarding Cure**

**Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization** to be served

as follows: by facsimile before noon to Delphi Corporation (Attn: General Counsel); Skadden,

Arps, Slate, Meagher & Flom LLP (Attn: John K. Lyons, Ron E. Meisler, and Carl Tullson);

Davis Polk & Resnick (Attn: Donald Bernstein and Brian Resnick); Latham & Watkins LLP

(Attn: Robert J. Rosenberg and Mark A. Broude); Fried, Frank, Harris, Shriver & Jacobson LLP

(Attn: Bonnie Steingart) ; by messenger service to the United States Bankruptcy Court (Attn:

Judge Robert D. Drain) and the United States Trustee (Attn: Alicia M. Leonhard); by first class

mail to all parties listed on Service List A, attached hereto; and by the United States Bankruptcy

Court's electronic notification system to all parties listed on Service List B, attached hereto.

Natoya A. Duncan

JAMES E. McCOWN
Notary Public, State of New York
No. 01MC6175730
Qualified in New York County
Commission expires October 15, 2011

Sworn to before me this
27th day of May, 2008.

Notary Public

## Service List A

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

AFI, LLC
One University Plaza, Ste 312
Hackensack, NJ 07601

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Akerman Senterfitt, Esq.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

Mark K. Ames
Taxing Authority Consulting PC 2812
Emerywood Parkway, Ste 220
Richmond, VA 23294

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Ste 950
Costa Mesa, CA 92626

Bruce D. Atherton
Bruce D. Atherton & Associates, PLLC
455 S. 4th Street, Ste 1450
Louisville, KY 40202-2528

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Margaret Bartindale
State of Michigan Dept. of Attorney General,
Revenue & Collections Div.
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Robert E. Bartkus
Dillon, Bitar & Luther LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste 3335
New York, NY 10119

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center, 118 fl.
Syracuse, NY 13202

J. Michael Brown
Gallivan, White & Boyd, PA
55 Beattie Place, Ste 1200
Greensville, SC 29601

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street, Ste 900
Cincinnati, OH 45202-3688

Tamika A. Bryant
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue, Ste 101
Bloomfield Hills, MI 48304-5151

Jacob W. Buchdahl
Susman Godfrey LLP
654 Madison Avenue, 5th Fl.
New York, NY 10065

Burr & Forman LLP
420 North 20th Street, Ste 3100
Birmingham, AL 35203

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street, Ste 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas, 29th Fl.
New York, NY 10020-1104

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street, Ste 800
Cleveland, OH 44113

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway, Ste 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

R. John Clark
Hancock & Estabrook, LLP
1500 Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Ste 1500
Austin, TX 78701

Clerk's Office U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue, Ste 3500
Detroit, MI 48226

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Blvd, Ste 4900
Miami, FL 33131

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Raniero D'Aversa
Mayer, Brown, LLP
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Richard L Darst
8888 Keystone Crossing Blvd, Ste 800
Indianapolis, IN 46240

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street, 21st Fl
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036

Debt Acquisition Company of America
1565 Hotel Circle South, Ste 3100
San Diego, CA 92108

Karol K. Denniston
DLP PIPER LLP
550 South Hope Street, Ste 2300
Los Angeles, CA 90071

Dept Of Revenue
Compliance Div., Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Fl
New York, NY 10004

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld
590 Madison Avenue
New York, NY 10022

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps,
121 Spear Street, Ste 200
San Francisco, CA 94105

William E. Dornbos
New York State Attorney General
120 Broadway, 26th Fl
New York, NY 10271

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N., Ste 2600
Birmingham, AL 35209

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L IA9

Frank L. Eaton
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204.

Energy Engineering & Consulting Services
2137 South 800 West
Swayzee, IN 46986

Michael S. Etkin
Lowenstein Sandler PC
1251 Ave. of the Americas 18th Fl
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd., 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Ave. of the Americas, Ste 2305
New York, NY 10001

Michael Farina
Thaler & Gertler, LLP
900 Merchants Concourse, Ste 414
Westbury, NY 11590

Benjamin D. Feder
Thompson Hine LLP
335 Madison Avenue, 12th Fl
New York, NY 10017

Michael D. Fishman
39533 Woodward Avenue, Ste 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Elizabeth K. Flaagan
Holme Roberts & Owen LLP
1700 Lincoln Street, Ste 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell &
Trytten LLP
199 South Los Robles Avenue, Ste 600
Pasadena, CA 91101

Glenn D. Forbis
39533 Woodward Avenue, Ste 140
Bloomfield Hills, MI 48304

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue, 14th fl.
New York, NY 10022

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle, Ste 625
Chicago, IL 60610

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue, 37th Fl
New York, NY 10016

GMD Industries LLC dba Production Screw
Machine Co.
1414 E. Second Street
Dayton, OH 45403-1023

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road, Ste 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
& Dorr LLP
399 Park Avenue
New York, NY 10022

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Gary E. Green
Fagel Haber, LLC
55 East Monroe Street, 40th Fl
Chicago, IL 60603

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street, Ste 1800
Charlotte, NC 28202

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

HEAD Acoustics, Inc.
Hain Capital Group, LLC
301 Route 17, 6th Fl
Rutherford, NJ 07070

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street, Ste 204
St. Charles, MO 63301

Larry D. Harvey P.C.
5290 DTC Parkway, Ste 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street, Ste 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 46th Fl
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street, Ste 1520
Dayton, OH 45402

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

David A. Hodges
Centre Place
212 Center Street, 5th Fl
Little Rock, AR 72201

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Peggy Ann Housner
Michigan Department of Attorney General,
Treasury Building
430 West Allegan Street, 1st fl
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.
555 East Wells Street, Ste 1900
Milwaukee, WI 53202

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Intec Group, Inc.
c/o Vedder, Price, Kaufman &
Kammholz,PC
222 North LaSalle Street, Ste 2200
Chicago, IL 60601

Internal Revenue Service
Dept. of the Treasury
290 Broadway
New York, NY 10007

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. 3rd FL
Des Moines, IA 50319-0120

Iron Mountain Information Management,
Inc.
c/o Windels Mark Lane & Mittendorf
156 West 56th Street
New York, NY 10019

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Gregory J. Jordan
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive, Ste 2300
Chicago, IL 60606

Michael L. Julius
KS Capital Partners, L.P.
11 West 42nd Street, 30th Fl
New York, NY 10036

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street, Ste 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail, Apt # G-321
Boca Raton, FL 33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Fl
New York, NY 10010

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Joseph B. Koczko
Thompson Hine LLP
1 Chase Manhattan Plaza, 58th fl
New York, NY 10005

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Ste 501
New York, NY 10018

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 S. Broad Street Ave. of the Arts
Philadelphia, PA 19109

Kelly A. Kruse
4190 Telegraph Rd., Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Blvd., Ste 302-D
Land O' Lakes, FL 34639

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Fl
Boston, MA 02110-1727

Denise K. LaRue
Haskin Lauter Larue & Gibbons
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road, Ste 200
Farmington Hills,, MI 48331

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue, 15th Fl
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Ste 2100
New York, NY 10004

Edward J. Lesniak
Burke, Warren, MacKay & Serritella,
330 N. Wabash Avenue, 22nd Fl
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Ave. of the Americas 18th Fl
New York, NY 10019

J. Michael Levengood
McKenna Long & Aldridge LLP
303 Peachtree Street, Ste 5300
Atlanta, GA 30308

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Sara Klettke MacWilliams
Howard & Howard Attorneys, P.C.
39400 Woodward Ave., Ste 101
Bloomfield Hills, MI 48304

Madison Investment Trust, Series (1-50)
6310 Lamar Ave, Ste 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Fl
New York, NY 10003

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th fl
New York, NY 10271

Nauni Manty
Felhaber, Larson, Fenlon & Vogt
US Bank Plaza
220 South 6th Street, Ste 2200
Minneapolis, MN 55402

Wendy G. Marcari
Dreier LLP
499 Park Avenue, 14th Fl
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Blvd., Ste 901
Uniondale, NY 11553

Maricopa County Treasurer
Dorothy H. Marinis-Riggio
Calinoff & Katz, LLP
750 Lexington Avenue, 31st fl
New York, NY 10022

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Blvd., Ste 901
Uniondale, NY 11553

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Locke Lord Bissell & Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Ste 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Methode Electronics, Inc.
115 South LaSalle Street
Chicago, IL 60603

James W. Moennich
Wickens, Herzer,Panza, Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Bruce S. Nathan
Lowenstein Sandler PC
1251 Ave. of the Americas, 21st fl
New York, NY 10020

C. Donald Neville
Kroll, McNamara, Evans & Delehanty
29 South Main Street
West Hartford, CT 06107

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Lauren Newman
Fagle Haber, LLC
55 East Monroe Street, 40th fl
Chicago, IL 60603

Newstart Factors, Inc
281 Tresser Blvd, Ste 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street, Ste 1520
Dayton, OH 45402

Nutech Plastics Engineering, Inc.
Tisdale & Associates LLC
1600 Broadway, Ste 2600
Denver, CO 80202

Michael P. O'Connor
10 Esquire Road, Ste 14
New City, NY 10956

Ore Hill Hub Fund, LTD.
650 Fifth Avenue,9th fl
New York, NY 10019

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Fl
Providence, RI 02903

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue,37th fl
New York, NY 10016

PML Flightlink LTD.
Newman Lane
Alton, Hampshire
United Kingdom 0X16 1SG

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Ste 270
1660 West Second Street
Cleveland, OH 44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave., Ste 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200.

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Redrock Capital Partners, LLC
111 S. Main Street, Ste C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Ste 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Ste 300
Columbus, OH 43215

Geoffrey A. Richards
200 East Randolph Drive
Chicago, IL 60601

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue, 37th Fl
New York, NY 10016

Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Terri A. Roberts
32 North Stone Ave.,Ste 2100
Tucson, AZ 85701

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Rm 983
New York, NY 10014

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center, 36th Fl
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Ste 600, LB 164
Dallas, TX 75219

Samsung Electro Mechanics Co Ltd
314 Maetan 3-dong, Youngtong-gu
Suwon, Kyunggi 448-803
Republic of Korea

Charles P. Schulman
Sachnoff & Weaver, Ltd.
10 South Wacker Drive, 40th Fl
Chicago, IL 60606

Lawrence M. Schwab
Bialson, Bergen & Schwab, Esq.
2600 El Camino Real, Ste 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Adam L. Shiff
Kasowitz, Benson, Torres & Friedman
1633 Broadway
New York, NY 10019-6799

Lesley Shore
110 W College St
Hagerstown, IN 47346

Wallace A. Showman
1350 Ave. of the Americas, 29th Fl
New York, NY 10019

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street., Ste 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Ave., Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive, Ste 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Sokymat Automotive GmbH,
Gewerbeparkstrasse 10, D-5180 Reichshof-
Wehnrath, Germany

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

David E. Stenson
Liberty Tower, Ste 1210
120 W. Second Street
Dayton, OH 45402

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Fl
New York, NY 10022

Leigh C Taggart
39533 Woodward Ave., Ste 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Togut Segal & Segal LLP
One Penn Plaza, Ste 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

United States District Court
500 Pearl Street
New York, NY 10007

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway, Ste 611
Southfield, MI 48075

Philip Urofsky
Cadwalader, Wickersham & Taft, LLP
1201 F. Street, N.W.
Washington, DC 20004

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Ave., 2nd fl
New York, NY 10010

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Thomas C. Wimsatt
Mahlberg, Brandt, Gilbert Thompson
& Bommarito
The Lawyers Building
715 Court Street
Saginaw, MI 48602

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street, 5th Fl
San Francisco, CA 94111-5800

D. Bradley Young
Sanyo North America
2055 Sanyo Ave
San Diego, CA 92154-6229

## Service List B

| Anne Marie Aaronson | aaronsoa@pepperlaw.com |
|---|---|
| David B. Aaronson | david.aaronson@dbr.com |
| Elizabeth Abdelmasieh | elizabeth@regencap.com |
| Franklin C. Adams | franklin.adams@bbklaw.com |
| Jason R. Adams | jadams@torys.com |
| Jennifer L. Adamy | bankruptcy@goodwin.com |
| David J. Adler | adler@mccarter.com |
| Michael J. Alerding | malerding@binghammchale.com |
| Joseph W. Allen | jallen@jaeckle.com |
| Christopher A. Andreoff | candreoff@jaffelaw.com; ckelley@jaffelaw.com |
| Philip D. Anker | philip.anker@wilmerhale.com |
| Joel D. Applebaum | japplebaum@clarkhill.com |

Allison R. Bach                          abach@dickinsonwright.com

Stephen M. Bales                         sbales@zieglermetzger.com

C. David Bargamian                       dbargamian@bsdd.com

Courtney Engelbrecht Barr
cbarr@lockelord.com;docket@lockelord.com;dknell@lockelord.com

William J. Barrett                       william.barrett@bfkn.com

David S. Barritt                         barritt@chapman.com

Joseph M. Barry                          jbarry@ycst.com

Douglas P. Bartner
dbartner@shearman.com;mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguch
i@shearman.com;atenzer@shearman.com

Donald F. Baty                           dbaty@honigman.com

Douglas P. Baumstein                     dbaumstein@whitecase.com

Peter Nils Baylor                        pnb@nutter.com

Ronald Scott Beacher                     rbeacher@daypitney.com

W. Robinson Beard                        jkirk@stites.com

Thomas M. Beeman                         tom@beemanlawoffice.com

Christopher Robert Belmonte      cbelmonte@ssbb.com; pbosswick@ssbb.com

Ryan B. Bennett
rbennett@kirkland.com;ksathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.
com;jgoldfinger@kirkland.com

Timothy C. Bennett                       tbennett@klng.com

Neil Matthew Berger
neilberger@teamtogut.com;dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogu
t.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@
teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com

Leslie Ann Berkoff                       lberkoff@moritthock.com

Richard J. Bernard                       rbernard@bakerlaw.com

Jeffrey Bernstein                    jbernstein@mdmc-law.com

Brendan G. Best                      Bbest@dykema.com; ssalinas@dykema.com

Brendan G. Best                      bbest@dykema.com; ssalinas@dykema.com

Beth Ann Bivona
bbivona@damonmorey.com; savino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker                 monicablacker@akllp.com

Florence Bonaccorso-Saenz            florence.saenz@la.gov

Charles E. Boulbol                   rtrack@msn.com

Eliza K. Bradley                     ebradley@robergelaw.com

William M. Braman                    wmbraman@binghammchale.com

Wendy D. Brewer
wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com

Allan S. Brilliant
abrilliant@goodwinprocter.com; nymanagingclerk@goodwinprocter.com

Timothy W. Brink                     timothy.brink@dlapiper.com

Peter D. Broitman                    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley                     maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude                       mark.broude@lw.com

Dewitt Brown                         dewitt.brown@bipc.com

Lee B. Brumitt
lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com

Daniel E. Bruso
dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com

Jacob Buchdahl                       jbuchdahl@susmangodfrey.com

Deborah M. Buell                     maofiling@cgsh.com

Kevin J. Burke                       kburke@cahill.com

Michael G. Busenkell                 mbusenkell@eckertseamans.com

| | |
|---|---|
| John Wm. Butler | jbutler@skadden.com |
| Aaron R. Cahn | cahn@clm.com |
| Robert A. Calinoff | rcalinoff@candklaw.com |
| Judy B. Calton | jcalton@honigman.com |
| Paul W. Carey | bankrupt@modl.com; pwcarey@modl.com |
| Scott Cargill | scargill@lowenstein.com |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Roberto Carrillo | rcarrillo@gsblaw.com |
| D. Christopher Carson | ccarson@burr.com |
| Michelle Carter | mcarter@kslaw.com; pwhite@kslaw.com |
| Linda J. Casey | caseyl@pepperlaw.com; hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com |
| Michael Cassell | mcassell@lefkowitzhogan.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com; mary.cutler@nelsonmullins.com;brook.wright@nelsonmullins.com |
| Rocco A. Cavaliere | rcavaliere@blankrome.com; senese@blankrome.com |
| Babette A. Ceccotti | bceccotti@cwsny.com |
| Sarah B. Chapman Carter | scarter@pselaw.com |
| Erik G. Chappell | egc@lydenlaw.com |
| J Eric Charlton | echarlton@hiscockbarclay.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com; richard.kremen@dlapiper.com |
| Conrad Chiu | cchiu@daypitney.com |
| David D. Cleary | david.cleary@dl.com; mkhambat@dl.com |
| Marvin E. Clements | icnewyork@state.tn.us |

Tiffany Strelow Cobb          tscobb@vorys.com; cdfricke@vorys.com

Theodore A. Cohen          tcohen@smrh.com; amontoya@sheppardmullin.com

Mark B. Conlan          mconlan@gibbonslaw.com

Dennis J. Connolly          dconnolly@alston.com

Susan M. Cook          smcook@lambertleser.com

Patrick M. Costello          pcostello@bbslaw.com

Thomas W. Cranmer
cranmer@millercanfield.com;rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo          dcrapo@gibbonslaw.com

Tyson A. Crist          tcrist@szd.com

Michael G. Cruse          mcruse@wnj.com; hziegler@wnj.com

Gary H. Cunningham          gcunningham@gmhlaw.com

Louis A. Curcio          lcurcio@tpwlaw.com

Vincent D'Agostino          vdagostino@lowenstein.com

Jeannine D'Amico          jeannine.damico@cwt.com

Sherri Lynn Dahl          sdahl@ssd.com; SSzymanski@ssd.com

Douglas R. Davis          ddavis@paulweiss.com

Jeffry A. Davis          jadavis@mintz.com; dsjohnson@mintz.com

Michael S. Davis          mdavis@zeklaw.com;
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre          cdelatorre@boselaw.com

James J. DeCristofaro          james.decristofaro@lovells.com

Karen Veronica DeFio          kdefio@bsk.com

J. Michael Debbeler          mdebbeler@graydon.com

Robert Dehney                rdehney@mnat.com;
cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com

Gerard DiConza              gdiconza@dlawpc.com; las@dlawpc.com

Maria J. DiConza           diconzam@gtlaw.com;
baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman            houston_bankruptcy@publicans.com

Karen Dine                karen.dine@pillsburylaw.com

Stephen A. Donato         sdonato@bsk.com; kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan            TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Amish R. Doshi           adoshi@daypitney.com

Mary Joanne Dowd         dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com

David G. Dragich         ddragich@foley.com

David B. Draper          ddraper@terra-law.com

Dennis J. Drebsky
ddrebsky@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk        rdremluk@seyfarth.com;
pbaisier@seyfarth.com;lravnikar@seyfarth.com;dchristian@seyfarth.com

Seth A. Drucker          sdrucker@honigman.com

David W. Dykhouse        dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton           featon@whitecase.com;
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi
weguchi@mayerbrownrowe.com; cwilliams-pugh@mayerbrown.com

Gayle Ehrlich            gehrlich@sandw.com; ccarlson@sandw.com

Robert L. Eisenbach      reisenbach@cooley.com

Judith Elkin             judith.elkin@haynesboone.com

Paige Leigh Ellerman  ellerman@taftlaw.com

Bruce N. Elliott  elliott@cmplaw.com

Rex H. Elliott  loris@cooperelliott.com;
rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro  bellis-monro@sgrlaw.com

Alyssa Englund  aenglund@orrick.com

Michael R. Enright  menright@rc.com

Richard L. Epling
richard.epling@pillsburylaw.com; gianni.dimos@pillsburylaw.com

Margot Erlich  margot.erlich@pillsburylaw.com

Earle I. Erman  eerman@ermanteicher.com

Scott L. Esbin  bankruptcyinfo@esbinalter.com; bankruptcyinfo@esbinalter.com

Michael S. Etkin  metkin@lowenstein.com; mseymour@lowenstein.com

Stephen Vincent Falanga  sfalanga@connellfoley.com

Eugene I. Farber  efarber747@aol.com

Kathleen A. Farinas  kf@lgrslaw.com

Robert Michael Farquhar  mfarquhar@winstead.com

Bonnie Glantz Fatell  fatell@blankrome.com

Oscar B. Fears  bfears@law.ga.gov

Robert J. Feinstein  rfeinstein@pszyj.com; dharris@pszyjw.com

Hermann Ferre  hferre@thelenreid.com

Richard L. Ferrell  Ferrell@taftlaw.com

Charles J. Filardi  charles@filardi-law.com; abothwell@filardi-law.com

Andrea Fischer  afischer@olshanlaw.com;
ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer
jflaxer@golenbock.com;ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Daniel A. Fliman                dfliman@kasowitz.com

Jonathan D. Forstot            jforstot@tpw.com; mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler                   mateofowler@quinnemanuel.com

Mateo Z. Fowler                leticiabustinduy@quinnemanuel.com

Edward M. Fox                  efox@klgates.com

Shawn Randall Fox              sfox@mcguirewoods.com

Joseph D. Frank
jfrank@fgllp.com; ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel                mfrankel@couzens.com

Thomas M. Franklin             tmflaw@swbell.net

David H. Freedman              dfreedman@ermanteicher.com

Edward A. Friedman             efriedman@fklaw.com; vgarvey@fklaw.com

Michael Friedman
mfriedman@rkollp.com; mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman              sjfriedman@jonesday.com; ChicagoBRR@jonesday.com

Patricia B. Fugee              pfugee@ralaw.com; lmsmith@ralaw.com

Lars H. Fuller                 lfuller@rothgerber.com

Timothy A. Fusco               fusco@millercanfield.com; skoczylas@millercanfield.com

Thomas M. Gaa                  tgaa@bbslaw.com

James Gadsden                  bankruptcy@clm.com

James M. Garner                jgarner@shergarner.com; jchocheles@shergarner.com

Victoria D. Garry              vgarry@ag.state.oh.us

Joanne Gelfand                 joanne.gelfand@akerman.com

Yann Geron                     ygeron@foxrothschild.com

| | |
|---|---|
| Philip J. Giacinti | pjg@procopio.com; caw@procopio.com |
| Karen Giannelli | kgiannelli@gibbonslaw.com |
| Leo J. Gibson | lgibson@bsdd.com |
| Celeste R. Gill | gillcr@michigan.gov, sherwoodj@michigan.com |
| Joseph M. Gitto | jgitto@nixonpeabody.com |
| Eduardo J. Glas | eglas@mccarter.com |

Jeffrey R. Gleit
jgleit@kasowitz.com; ffigueroa@kasowitz.com;cciuffani@kasowitz.com

| | |
|---|---|
| Larry Ivan Glick | larryglick@erols.com |
| Ronald L. Glick | rlg@stevenslee.com |
| Matthew Alexander Gold | courts@argopartners.net |
| Scott R. Goldberg | sgoldber@quarles.com |
| Scott A. Golden | sagolden@hhlaw.com; khseal@hhlaw.com |
| Robert C. Goodrich | nashvillebankruptcyfilings@stites.com |
| Robert D. Gordon | rgordon@clarkhill.com |
| Gary A. Gotto | ggotto@krplc.com |

Garry M. Graber
ggraber@hodgsonruss.com;bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg
dgragg@langleybanack.com; cjohnston@langleybanack.com

Jeffrey J. Graham
jgraham@taftlaw.com; ecfclerk@taftlaw.com;dwineinger@taftlaw.com

| | |
|---|---|
| Warren R. Graham | wrg@dmlegal.com |
| Jonathan S. Green | greenj@millercanfield.com |
| Wendy B. Green | wgreen@formanlaw.com |
| John T. Gregg | jgregg@btlaw.com |

Lisa S. Gretchko
lgretchko@howardandhoward.com; dbrandon@howardandhoward.com

Stephen H. Gross                    sgross@hodgsonruss.com; rcipollaro@hodgsonruss.com

Stephen B. Grow                     sgrow@wnj.com; kfrantz@wnj.com

Janice Beth Grubin        janice.grubin@dbr.com; daniel.northrop@dbr.com

Kevin Grzelak                       phcdelphi@priceheneveld.com

Peter J. Gurfein                    pgurfein@akingump.com

Elizabeth A. Haas                   info@thehaaslawfirm.com

Dennis M. Haley                     dhaley@winegarden-law.com

Michael Leo Hall                    mhall@burr.com

Timothy C. Hall                     tch@previant.com

Alan D. Halperin
ahalperin@halperinlaw.net,eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Matthew W. Hamilton                 electronicnotice@fulcruminv.com

Michael C. Hammer                   mchammer2@dickinsonwright.com

William J. Hanlon                   whanlon@seyfarth.com

Kristopher M. Hansen                insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley                     jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com; bharvey@goodwinprocter.com

Lonie A. Hassel                     lah@groom.com

William M. Hawkins                  whawkins@loeb.com

Nava Hazan                          nhazan@mwe.com

Ryan D. Heilman                     rheilman@schaferandweiner.com

Ira L. Herman
ira.herman@tklaw.com; orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman                      Nherman@morganlewis.com

Brian S. Hermann                    bhermann@paulweiss.com

William Heuer                       wheuer@dl.com; haaronson@dl.com

Jeannette Eisan Hinshaw             jhinshaw@boselaw.com; kmcintosh@boselaw.com

Robert M. Hirsh                     hirsh.robert@arentfox.com; Mckinley.Karen@arentfox.com

Shannon E. Hoff                     Shannon.Hoff@hmw.com; mstinson@burr.com

Michelle R. Holl                    mholl@mayerbrownrowe.com

Stephanie K. Hoos                   stephanie.hoos@bingham.com

Bruce W. Hoover
bhoover@goldbergsegalla.com; jsymack@goldbergsegalla.com

John R. Humphrey
jhumphrey@taftlaw.com; jhumphrey@taftlaw.com;ecfclerk@taftlaw.com

John J. Hunter
 jrhunter@hunterschank.com; sharonaldrich@hunterschank.com

Jay W. Hurst                        jay.hurst@oag.state.tx.us

Donald J. Hutchinson                hutchinson@millercanfield.com

Roland Hwang                        hwangr@michigan.gov

Mark S. Indelicato                  mindelicato@hahnhessen.com;
eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com

Michael G. Insalaco                 minsalaco@zeklaw.com

Peter Janovsky                      PJanovsky@ZEKlaw.com

Susan Jennik                        sjennik@kjmlabor.com

Hilary Jewett                       hjewett@foley.com

Mary L. Johnson
mjohnson@sheppardmullin.com; msternstein@sheppardmullin.com

Roger G. Jones                      rjones@bccb.com

Richard Josephson          rcjosephson@stoel.com; basargent@stoel.com

John E. Jureller           jjureller@klestadt.com; jjureller@klestadt.com

Allen G. Kadish            kadisha@gtlaw.com

Dana P. Kane
lsi@liquiditysolutions.com; sfriedberg@liquiditysolutions.com

Andrew C. Kassner          andrew.kassner@dbr.com

Jessica Kastin             jkastin@omm.com; nymanagingattorney@omm.com

William M. Katich          wkatich@atg.state.il.us

Kristi A. Katsma
kkatsma@dickinsonwright.com; dnavin@dickinsonwright.com

Patrick J. Keating         pkeating@bdblaw.com

David Kennedy              david.kennedy2@usdoj.gov

Thomas M. Kennedy          tkennedy@kjmlabor.com

Jocelyn Keynes             jk@stevenslee.com

Ron Kilgard                BankruptcyECF@krplc.com; BankruptcyECF@krplc.com

Tami Hart Kirby            tkirby@porterwright.com

Karen L. Kirshenbaum       kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman         jkleinman@fgllp.com

Tracy L. Klestadt          tklestadt@klestadt.com; tklestadt@gmail.com

Brandi P. Klineberg        bklineberg@moritthock.com

Jonathan Koevary           jkoevary@kramerlevin.com; rwagner@kramerlevin.com

Howard Koh                 hkoh@meisterseelig.com

Seth F. Kornbluth          skornbluth@herrick.com

Alan M. Koschik            akoschik@brouse.com

Lawrence J. Kotler         ljkotler@duanemorris.com

Stuart A. Krause                     skrause@zeklaw.com

Julia S. Kreher                      jkreher@hodgsonruss.com; pmacpher@hodgsonruss.com

Duane Kumagai                        dkumagai@rutterhobbs.com

David R. Kuney
dkuney@sidley.com;nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru
@sidley.com;lkujawski@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz                       gkurtz@whitecase.com

Randall D. LaTour
rdlatour@vssp.com; cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin                     bkrfilings@agg.com

Ralph L. Landy                       landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven                      slaven@bfca.com

James N. Lawlor                      jlawlor@wmd-law.com; gbenaur@wmd-law.com

Elena Lazarou                        elazarou@reedsmith.com; elazarou@reedsmith.com

Thomas A. Lee                        notices@becket-lee.com

David S. Lefere                      davidl@bolhouselaw.com

Harris Donald Leinwand               hleinwand@aol.com; hleinwand@aol.com

David E. Lemke
david.lemke@wallerlaw.com;cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.
welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin                     jhlemkin@duanemorris.com

Ira M. Levee                         ilevee@lowenstein.com

Jill Levi                            jlevi@toddlevi.com; drosenberg@toddlevi.com

Jeffrey M. Levinson                  jml@ml-legal.com

Kenneth M. Lewis                     klewis@rosenpc.com; srosen@rosenpc.com

Kim Martin Lewis
kim.lewis@dinslaw.com; john.persiani@dinslaw.com;lisa.geeding@dinslaw.com

Mark S. Lichtenstein                 mlichtenstein@crowell.com; mlichtenstein@crowell.com

| | |
|---|---|
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Dennis W. Loughlin | dloughlin@wnj.com; hziegler@wnj.com |
| Daniel A. Lowenthal | dalowenthal@pbwt.com; mcobankruptcy@pbwt.com |
| A. Peter Lubitz | plubitz@schiffhardin.com |
| Donald K. Ludman | dludman@brownconnery.com |
| Matthew J. Lund | kovskyd@pepperlaw.com |

John H. Maddock
jmaddock@mcquirewoods.com;jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com

| | |
|---|---|
| Amina Maddox | amina.maddox@law.dol.lps.state.nj.us |

John S. Mairo
jsmairo@pbnlaw.com;jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com

| | |
|---|---|
| Donald W. Mallory | donald.mallory@dinslaw.com |
| Jacob A. Manheimer | mpottle@pierceatwood.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Andrew L. Margulis | amargulis@ropers.com |
| Ilan Markus | imarkus@tylercooper.com |
| John J. Marquess | jjm@legalcost.com |
| Madison L. Martin | nashvillebankruptcyfilings@stites.com |
| Richard Gary Mason | rgmason@wlrk.com |
| Victor J. Mastromarco | vmastromar@aol.com |
| Deborah A. Mattison | dmattison@wcqp.com |
| Thomas J. Matz | tmatz@skadden.com |
| Kristin B. Mayhew | abothwell@pepehazard.com |
| Alan S. Maza | mazaa@sec.gov |
| Daniel P. Mazo | dpm@curtinheefner.com |

| | |
|---|---|
| Aaron G. McCollough | amccollough@mcguirewoods.com |
| Michael K. McCrory | michael.mccrory@btlaw.com; bankruptcyindy@btlaw.com |
| Ralph E. McDowell | rmcdowell@bodmanllp.com |
| Michael S. McElwee | msmcelwee@varnumlaw.com |
| Douglas J. McGill | douglas.mcgill@dbr.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| Scott S. McKessy | smckessy@reedsmith.com |
| Michelle McMahon | michelle.mcmahon@bryancave.com; dortiz@bryancave.com |
| Greta A. McMorris | gmcmorris@stinsonmoheck.com |
| Austin L. McMullen | amcmulle@bccb.com |
| Patrick E. Mears | patrick.mears@btlaw.com |
| Derek F. Meek | dmeek@burr.com |
| Barbara S Mehlsack | bmehlsack@gkllaw.com |
| Timothy Mehok | timothy.mehok@hellerehrman.com |
| Richard M. Meth | msteen@daypitney.com |
| G. Christopher Meyer | cmeyer@ssd.com |
| Sally Meyer | smeyer@madisonliquidity.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Robert N. Michaelson | rmichaelson@klgates.com |
| Angela Z. Miller | amiller@phillipslytle.com; jhahn@phillipslytle.com |
| Brian Parker Miller | parker.miller@alston.com |
| Kathleen M. Miller | kmm@skfdelaware.com; tlc@skfdelaware.com |
| W. Timothy Miller | miller@taftlaw.com |
| Alan K. Mills | amills@btlaw.com; bankruptcyindy@btlaw.com |

Robert K. Minkoff            lsi@liquiditysolutions.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com; mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy              jmoloy@dannpecar.com

Michael C. Moody
mmoody@orourkeandmoody.com;firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog             amoog@hhlaw.com

Brett S. Moore
bsmoore@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore             bmoore@mccarter.com

Gene T. Moore              gtmlaw@bellsouth.net

Thomas R. Morris
morris@silvermanmorris.com; morris@silvermanmorris.com

Andrew L. Morrison         amorrison@reedsmith.com; rmarino@reedsmith.com

Sarah E. Morrison          sarah.morrison@doj.ca.gov

Whitney L. Mosby           wmosby@binghammchale.com

Eric T. Moser              eric.moser@klgates.com; kristen.serrao@klgates.com

Alisa Mumola               alisa@contrariancapital.com

Jill L. Murch              jmurch@foley.com; khall@foley.com

James P. Murphy            murph@berrymoorman.com

Robert D. Nachman          rnachman@scgk.com

Melissa Z. Neier           mneier@ibolaw.com

Michael R. Nestor          bankruptcy@ycst.com

Marie L. Nienhuis          mnienhuis@gklaw.com;zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon
tnixon@gklaw.com; zraiche@gklaw.com;mroufus@gklaw.com

| Richard P. Norton | rnorton@hunton.com |
|---|---|
| Gordon Z. Novod | gnovod@kramerlevin.com |
| Kasey C. Nye | knye@quarles.com |
| Michael P. O'Connor | mpolaw@aol.com |
| Michael O'Hayer | mkohayer@aol.com |
| Martin P. Ochs | martin@oglaw.net |
| Sean A. Okeefe | sokeefe@winthropcouchot.com |
| Patrick J. Orr | porr@klestadt.com |
| Karen Ostad | kostad@mofo.com |

Mark Russell Owens
mowens@btlaw.com; mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari
npagliari@quinnfirm.com; mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

| Charles Palella | cpalella@kurzman.com |
|---|---|
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Charles N. Panzer | cpanzer@sillscummis.com |
| Richard J. Parks | rjp@pbandg.com; kas2@pbandg.com |
| Felton E. Parrish | fparrish@kslaw.com |
| Susan P. Persichilli | susan.persichilli@bipc.com |
| Geoffrey J. Peters | colnyecf@weltman.com |
| Lowell Peterson | lpeterson@msek.com |

Ronald R. Peterson
rpeterson@jenner.com; anicoll@jenner.com;docketing@jenner.com

| Ed Phillips | ephillips@thurman-phillips.com |
|---|---|
| Christine A.M. Pierpont | cpierpont@ssd.com |
| Shone Pierre | shone.pierre@la.gov |

Alex Pirogovsky                    apirogovsky@uhlaw.com

Leslie A. Plaskon                  leslieplaskon@paulhastings.com

David M. Posner
dmposner@hhlaw.com;dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis               cp@stevenslee.com

Mark T.Power
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@
hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;mmarhyan@hahnhe
ssen.com

Susan Power-Johnston               sjohnston@cov.com

Ronald S. Pretekin                 pretekin@coollaw.com; piatt@coollaw.com

Dennis E. Quaid                    dquaid@fagelhaber.com

Paul A. Rachmuth                   prachmuth@reedsmith.com

Thomas B. Radom                    radom@butzel.com

Dennis Jay Raterink                raterinkd@michigan.gov

Gary Ravert                        gravert@mwe.com

Eric T. Ray                        eray@balch.com

Ira A. Reid                        ira.a.reid@bakernet.com

Steven J. Reisman
sreisman@curtis.com;jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;j
drew@curtis.com;sbeyer@curtis.com;jthomison@curtis.com

Kenneth A. Reynolds                kar@pryormandelup.com

Walter Reynolds                    wreynolds@porterwright.com

Marc E. Richards                   mrichards@blankrome.com

Tracy E. Richardson                tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders
crieders@gjb-law.com;cgreco@gjb-law.com; cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer                   sriemer@phillipsnizer.com; ddore@phillipsnizer.com

| | |
|---|---|
| Marianne Goldstein Robbins | mgr@previant.com; em@previant.com |
| Matthew R. Robbins | mrr@previant.com |
| Elizabeth A. Roberge | eroberge@robergelaw.com |
| Jean R. Robertson | jrobertson@calfee.com; jrobertson@calfee.com |
| Scott D. Rosen | srosen@cb-shea.com |
| Heath D. Rosenblat | hrosenblat@kayscholer.com |
| Paul M. Rosenblatt | prosenblatt@kilpatrickstockton.com |
| Jeffrey A. Rosenthal | maofiling@cgsh.com |
| David A. Rosenzweig | DRosenzweig@Fulbright.com |
| David S. Rosner | ffigueroa@kasowitz.com;dfliman@kasowitz.com |
| Ira Rubin | irarubin265@aol.com; norma@bizwoh.rr.com |
| Robert B. Rubin | brubin@burr.com |
| Maura I. Russell | dangiulo@dreierllp.com; jguerrier@dreierllp.com |
| E. Todd Sable | tsable@honigman.com |
| Chester B. Salomon | cs@stevenslee.com |
| Brian D. Salwoski | bsalwowski@atg.state.in.us |
| Diane W. Sanders | austin.bankruptcy@publicans.com |
| William A. Sankbeil | was@krwlaw.com |
| Thomas P. Sarb | ecfsarbt@millerjohnson.com |
| Robert V. Sartin | rsartin@fbtlaw.com |
| William F. Savino | wsavino@damonmorey.com |
| Thomas J. Schank | tomschank@hunterschank.com |
| Ilan D. Scharf | ischarf@pszjlaw.com |
| Michael L. Schein | mschein@vedderprice.com; ecfnydocket@vedderprice.com |
| James R. Scheuerle | jrs@parmenterlaw.com; lms@parmenterlaw.com |

William H. Schorling          william.schorling@bipc.com

Christopher P. Schueller
christopher.schueller@bipc.com;darcy.drons@bipc.com;timothy.palmer@bipc.com;donna.curci
o@bipc.com

Sheila R. Schwager          srs@hteh.com

Bryan I. Schwartz          bschwartz@lplegal.com

Matthew L. Schwartz          matthew.schwartz@usdoj.gov

Mark S. Scott          mscott@riemerlaw.com

Lon J. Seidman          mail@rsmllp.com; mail@rsmllp.com

Howard Seife          arosenblatt@chadbourne.com

Jay Selanders          jay.selanders@kutakrock.com

Gary I. Selinger          gselinger@hodgsonruss.com

Mark A. Shaiken
mshaiken@stinson.com; jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro          shapiro@steinbergshapiro.com

Andrea Sheehan
sheehan@txschoollaw.com; coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman
asherman@sillscummis.com; asherman@sillscummis.com

Mark Sherrill          mark.sherrill@sablaw.com

Joseph E. Shickich          jshickich@riddellwilliams.com

Stephen J. Shimshak          sshimshak@paulweiss.com; sshimshak@paulweiss.com

Robert J. Sidman
rjsidman@vorys.com; cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver          asilver@honigman.com

Paul N. Silverstein          paulsilverstein@andrewskurth.com; jlevine@akllp.com

Sam O. Simmerman          sosimmerman@kwgd.com; mhelmick@kwgd.com

| | |
|---|---|
| John A. Simon | jsimon@foley.com |
| Joseph E. Simpson | jsimpson@hselaw.com |
| Thomas R. Slome | mail@rsmllp.com |

Richard G. Smolev
rsmolev@kayescholer.com; rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder
jsnyder@tpwlaw.com; jforstot@tpwlaw.com;mmuller@tpwlaw.com

| | |
|---|---|
| Marc P. Solomon | msolomon@burr.com |
| Sean C. Southard | ssouthard@klestadt.com; sfurst@klestadt.com |
| Paul H. Spaeth | spaethlaw@phslaw.com |
| Robyn J. Spalter | notice@regencap.com |
| Sarah F. Sparrow | ssparrow@tuggleduggins.com; martit@tuggleduggins.com |
| Douglas E. Spelfogel | dspelfogel@bakerlaw.com |
| Michael A. Spero | jspecf@sternslaw.com |
| Byron C. Starcher | byron.starcher@nelsonmullins.com |
| Robert J. Stark | claukamg@brownrudnick.com |
| Catherine Steege | csteege@jenner.com |
| Matthew B. Stein | mstein@sonnenschein.com |
| Bonnie Steingart | steinbo@ffhsj.com; nydocketclrk@ffhsj.com |
| Stephen P. Stella | attorneystella@sszpc.com |
| Malani Sternstein | msternstein@sheppardmullin.com |

Alexander Stotland
axs@maddinhauser.com; msl@maddinhauser.com;bac@maddinhauser.com

| | |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com |
| Joseph G. Strines | joseph.strines@dplinc.com |
| James M. Sullivan | jmsullivan@mwe.com |

Michelle T. Sutter                    msutter@ag.state.oh.us

Paul Sweeney                          psweeney@linowes-law.com

Dona Szak                             dszak@ajamie.com

Robert Szwajkos                       rsz@curtinheefner.com

Douglas T. Tabachnik                  dtabachnik@dttlaw.com

Jeffrey L.Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton                    roger.tarbutton@jocogov.org

John E. Taylor                        jtaylor@binghammchale.com

Samuel Jason Teele
jteele@lowenstein.com;siazzetta@lowenstein.com;cdeacon@lowenstein.com;gbuccellato@lowenstein.com;areicher@lowenstein.com

Andrew M. Thaler                      thaler@tglawfirm.com; thaler@tglawfirm.com

Zakarij O. Thomas                     zothomas@klettrooney.com

Janice L. Thompson                    Thompson.Janice@dol.gov

Melinda S. Thornton                   cao.bkc@miamidade.gov

Richard S. Toder                      rtoder@morganlewis.com

Gordon J. Toering                     gtoering@wnj.com

Albert Togut                          alcourt@teamtogut.com; kackerman@teamtogut.com

Sheldon S. Toll                       lawtoll@comcast.net

Laura L. Torrado                      ltorrado@bear.com; msussman@bear.com

Michael A. Trentadue                  mtrentadue@boselaw.com

Martin B. Tucker                      mtucker@fbtlaw.com

Raymond J. Urbanik                    rurbanik@munsch.com

Robert Usadi                          rusadi@cahill.com

Shmuel Vasser                         svasser@nixonpeabody.com

| | |
|---|---|
| Lori V. Vaughan | lvaughan@foley.com |
| Frank F. Velocci | frank.velocci@dbr.com; steven.alfred@dbr.com |
| Gary Vist | gvist@masudafunai.com |
| Joseph J. Vitale | jvitale@cwsny.com |
| Arthur T. Walsh | omclaw@aol.com |
| Sean M. Walsh | swalsh@gmhlaw.com; jmahar@gmhlaw.com |
| Michael D. Warner | bankruptcy@warnerstevens.com |
| W. Clark Watson | cwatson@balch.com |
| Robert K. Weiler | rweiler@greenseifter.com; lellis@greenseifter.com |
| William P. Weintraub | wweintraub@fklaw.com; vgarvey@fklaw.com |
| Jay Welford | jwelford@jaffelaw.com;dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com |
| Robert J. Welhoelter | robert.welhoelter@wallerlaw.com; darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| David A. Wender | david.wender@alston.com |
| Michael R. Wernette | mwernette@schaferandweiner.com |
| Robert A White | rwhite@murthalaw.com |
| Amy Williams-Derry | awilliams-derry@kellerrohrback.com; hvargas@kellerrohrback.com |
| Stephen F. Willig | swillig@damato-lynch.com; ecf@damato-lynch.com;hfried@damato-lynch.com |
| Eric R. Wilson | KDWBankruptcyDepartment@Kelleydrye.com |
| W. Joe Wilson | jwilson@tylercooper.com |
| Jeffrey C. Wisler | jcw@cblhlaw.com |
| Douglas Wolfe | dwolfe@asmcapital.com |
| Robert D. Wolford | ecfwolfordr@millerjohnson.com |

| | |
|---|---|
| Richard L. Wynne | richard_wynne@kirkland.com;sperry@kirkland.com |
| Zhiyuan Xu | mxu@schiffhardin.com |
| David Farrington Yates | fyates@sonnenschein.com |
| Stephen L. Yonaty | syonaty@chwattys.com |
| German Yusufov | pcaocvbk@pcao.pima.gov |
| Helen A. Zamboni | hzamboni@underbergkessler.com |
| Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |
| Peter Alan Zisser | nyc-bkcyecf@hklaw.com |