UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Lewis T. Stevens, a partner at the law firm of Warner Stevens, L.L.P., and a member in good standing of the bar in the State of Texas and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, the Central District of California, and the District of Utah request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Official Committee of the Unsecured Creditors, in the above-referenced case.

My contact information is as follows:

Lewis T. Stevens, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: bankruptcy@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

DATED:                              /s/Lewis T. Stevens
                                    LEWIS T. STEVENS