**Hearing Date: May 29, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :

In re                              :     Chapter 11
                                            :

DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                            :

                     Debtors.     :     (Jointly Administered)
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED THIRTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

A.    Introduction

B.    Continued Or Adjourned Matters (1 Matter)

C.    Uncontested, Agreed, Or Settled Matters (3 Matters)

D.    Contested Matters (1 Matter)

E.    Adversary Proceedings (4 Matters)

**B.    Continued Or Adjourned Matters\***

1.    **"Omnibus 8.2(b) Cure Objection"** – Debtors' (I) Omnibus Objection
Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R.
Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b)
Of Debtors' Plan Of Reorganization And (II) Request For Order
Provisionally Allowing Certain Cure Proposals (Docket No. 13459)

Responses filed:        *Objection Of Creditor F&G Multi-Slide Inc. To
Debtors' Omnibus Objection Pursuant To
Confirmation Order, 11 U.S.C. §§105(A), And Fed. R.
Bankr. P. 9014 Regarding Cure Proposals Submitted
Under Article 8.2(B) Of Debtors' Plan Of
Reorganization (As To F&G Multi-Slide Inc.) (Docket
No. 13474)*

*Amended Objection Of Creditor F&G Multi-Slide Inc.
To Debtors' Omnibus Objection Pursuant To
Confirmation Order, 11 U.S.C. §§105(A), And Fed. R.
Bankr. P. 9014 Regarding Cure Proposals Submitted
Under Article 8.2(B) Of Debtors' Plan Of*

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been
voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on
an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive
Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under
Seal, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer
Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow
Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative
Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following
adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a
hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To
Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary
Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance
Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be
resolved upon the Court's approval of the MDL settlement.

*Reorganization (As To F&G Multi-Slide Inc.) (Docket No. 13480)*

*Reply Of Creditor F&G Tool & Die Co. Inc. To Debtors' Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§105(a), And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan Of Reorganization (As To F&G Tool And Die Co. Inc.)( Docket No. 13620)*

*Emcon Technologies, LLC's and Emcon Technologies Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2 (b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals (The "Omnibus 8.2 (b) Cure Objection") (Docket No. 13626)*

*Declaration of Michael D. Vitrue in Support of Emcon Techologies, LLC's and Emcon Technologies, Canada, ULC's Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing Certain Cure Proposals (Docket No. 13627)*

*Clarion Corporation Of America's Response To The Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13631)*

*SKF USA's Response To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13634)*

3

*Fujikura America Inc.'s Response To The Debtors' (I)
Omnibus Objection Pursuant To Confirmation Order,
11 U.S.C. Sections 105(A), 365,And Fed. R.Bankr. P.
9014 Regarding Cure Proposal Submitted Under
Article 8.2(B) Of Debtors' Plan Of Reorganization
And (II) Request For Order Provisionally Allowing
Certain Cure Proposals (Docket No. 13635)*

*Response Of General Electric Capital Corporation To
The Debtors' (I) Omnibus Objection Pursuant To
Confirmation Order, 11 U.S.C. Sections 105(A), 365,
And Fed. R. Bankr. P. 9014 Regarding Cure
Proposals Submitted Under Article 8.2(B) Of Debtors'
Plan Of Reorganization And (II) Request For Order
Provisionally Allowing Certain Cure Proposals
(Docket No. 13636)*

*Response Of ATEL Leasing Corp To Debtors' (I)
Omnibus Objection Pursuant To Confirmation Order,
11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014
Regarding Cure Proposals Submitted Under Article
8.2(b) Of Debtors' Plan Of Reorganization And (II)
Request For Order Provisionally Allowing Certain
Cure Proposals (Docket No. 13637)*

*ICX Corporation's Response To Debtors' (I) Omnibus
Objection Pursuant To Confirmation Order, 11 U.S.C.
§§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding
Cure Proposals Submitted Under Article 8.2(b) Of
Debtors' Plan Of Reorganization And (II) Request For
Order Provisionally Allowing Certain Cure Proposals
(Docket No. 13638)*

*Response Of Cingular Wireless N/K/A AT&T Mobility
LLC To Debtors' (I) Omnibus Objection Pursuant To
Confirmation Order, 11 U.S.C. Sections 105(A), 365
And Fed.R.Bankr.P. 9014 Regarding Cure Proposals
Submitted Under Article 8.2(B) Of Debtors' Plan Of
Reorganization And (II) Request For Order
Provisionally Allowing Certain Cure Proposals
(Docket No. 13640)*

*Response Of Spartech Corporation And Spartech
Polycom, Inc. To Debtors' (I) Omnibus Objection
Pursuant To Confirmation Order, 11 U.S.C. Sections
105(A), 365 And Fed.R.Bankr.P. 9014 Regarding
Cure Proposals Submitted Under Article 8.2(B) Of*

4

*Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13641)*

*Response Of Audio MPEG, Inc. And S.I.SV.EL., S.p.A. To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. Sections 105(A), 365 And Fed.R.Bankr.P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13642)*

*Response Of Microsoft To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. Sections 105(A), 365 And Fed.R.Bankr.P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13644)*

*Response Of Liquidity Solutions, Inc. To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. Sections 105(A), 365 And Fed.R.Bankr.P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13648)*

*Reply Supporting United Telephone Company Of Ohio's Statement Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization (Docket No. 13649)*

*IBJTC Business Credit Corporation's Response To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. Sections 105(A), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13651)*

*XM Satellite Radio Inc.'s Response To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(A), 365, And Fed. R. Bankr. P. 9014*

5

*Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13656)*

*Response Of Bank Of America, N.A. To Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(A), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(B) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13662)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to Cure Proposals for which no responses have been filed. With respect to Cure Proposals for which a response has been filed, the Debtors will be requesting that the hearing be adjourned to a future hearing date in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883).* |

## C.    Uncontested, Agreed, Or Settled Matters

2. **"Omitted Contracts Assumption Procedures Motion"** – Expedited Motion For Order Under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 (I) Establishing Procedures for Assumption and Assignment of Certain Omitted Executory Contracts and Unexpired Leases in Connection with Sale of Debtors' Steering and Halfshaft Business and (II) Authorizing Recovery of Excess Discount Rights (Docket No. 13029)

| | |
|---|---|
| *Responses filed:* | *SKF USA Inc.'s Objection To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyer In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13344)* |
| | *Federal Screw Works' Objection To Notice Of Assumption And Assignment Of Cure Amount Of* |

6

*Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13356)*

*Objection And Response Of S&Z Tool And Die Co., Inc. N/K/A S&Z Metalworks, Ltd. To Notice Of Assumption And Assignment And Cure Amount Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 13358)*

| | |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *Order Under 11 U.S.C. §§ 105(a) And 365 And Fed. R. Bankr. P. 6006 (I) Establishing Procedures For Assumption And Assignment Of Certain Omitted Executory Contracts And Unexpired Leases In Connection With Sale Of Debtors' Steering And Halfshaft Business And (II) Authorizing Recovery Of Excess Discount Rights (Docket No. 13232)* |
| | *Notice of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 13292)* |
| | *Notice of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 13633)* |
| *Status:* | *The objections of Federal Screw Works, S&Z Tool And Die Co., Inc. N/K/A S&Z Metalworks, Ltd. and SKF USA Inc. have been resolved by Joint Stipulations and Agreed Orders which have been submitted to the Court.* |

3. **"Warren, Ohio Lease Motion"** - Debtors' Motion Pursuant To 11 U.S.C § 363 For Authorization To Enter Into Lease For Property Located In Warren, Ohio (Docket No. 13583)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |

7

*Status:*               *The hearing with respect to this matter will be proceeding.*

4.  **"Supplemental Second DIP Extension Motion"** - Motion For Order Supplementing Second DIP Extension Order [Docket No. 13489] Authorizing Increase In Financing Commitments In Response To Oversubscription Of Debtors' Syndication Of Second DIP Extension (Docket No. 13584)

*Responses filed:*      *None.*

*Reply filed:*          *None.*

*Related filings:*      *Order (I) Supplementing January 5, 2008 DIP Order (Docket No. 6461) And Authorizing Debtors To (A) Extend Maturity Date Of DIP Facility, (B) Enter Into Related Documents, And (C) Pay Fees In Connection Therewith And (II) Authorizing Debtors To Enter Into Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13489)*

*Status:*               *The hearing with respect to this matter will be proceeding.*

## D.  Contested Matters

5.  **"PBGC Adequate Protection Motion"** - Motion For Order Under 11 U.S.C. §§ 361 and 363, Fed. R. Bankr. P. 9019, And Cash Management Order Authorizing DASHI To Grant Adequate Protection To Pension Benefit Guaranty Corporation In Connection With Certain Intercompany Transfers Of Repatriated Funds (Docket No. 13585)

*Responses filed:*      *Preliminary Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. §§ 361 and 363, Fed. R. Bankr. P. 9019, And Cash Management Order, Authorizing DASHI To Grant Adequate Protection To Pension Benefit Guaranty Corporation In Connection With Certain Intercompany Transfers of Repatriated Funds (Docket No. 13623)*

*Supplemental Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. Sections 361 And 363, Fed. R. Bankr. P. 9019, And Cash Management Order, Authorizing DASHI To Grant Adequate Protection To Pension Benefit Guaranty Corporation In Connection With*

|  | *Certain Intercompany Transfers Of Repatriated Funds (Docket No. 13652)* |
|---|---|
| *Reply filed:* | *A reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

### E.    Adversary Proceedings

6. **"Debtors' Complaint To Recover Property Of Estate"** - Debtors' Complaint To Recover Property Of Estate (Adv. Pro. No. 08-01038) (Docket No. 1)

| *Responses filed:* | *United States of America's Answer To The Complaint To Recovery Property of Estates (Docket No. 6)* |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *Notice Of Motion For An Order Withdrawing The Reference (Adv. Pro. No. 08-01038) (Docket No. 7) (Pending in District Court)* |
|  | *Declaration Of Matthew L. Schwartz (Docket No. 8)* |
| *Status:* | *The parties expect to jointly present a proposed scheduling order.* |

7. **"Emergency Motion To Shorten Time"** - Delphi's Emergency Motion For An Order Shortening Time Pursuant To Bankruptcy Rule 9006(c) With Respect To Hearing On Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232) (Docket No. 6)

| *Responses filed:* | *None.* |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *Debtors' Complaint Against Appaloosa Management L.P., A-D Acquisition Holdings, LLC, Harbinger Del-Auto Investment Company, Ltd., Pardus DPH Holding LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Goldman Sachs & Co., Harbinger Capital Partners Master Fund I, Ltd., Pardus Special* |

*Opportunities Master Fund L.P. (Adv. Pro. No.
08-01232) (Docket No. 1)*

*Declaration Of Edward A. Friedman In Support Of (A)
Delphi's Emergency Motion For An Order Shortening
Time Pursuant To Bankruptcy Rule 9006(C) With
Respect To Hearing On Delphi's Motion For Expedited
Discovery And Trial And (B) Delphi's Motion For
Expedited Discovery And Trial (Adv. Pro. No.
08-01232) (Docket No. 7)*

Status:              *The hearing with respect to this matter will be
proceeding.*

8.    **"Motion To Authorize Expedited Discovery and Trial"** - Delphi's
Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232)
(Docket No. 8)

*Responses filed:*      *None.*

*Reply filed:*          *None.*

*Related filings:*      *Debtors' Complaint Against Appaloosa Management
L.P., A-D Acquisition Holdings, LLC, Harbinger
Del-Auto Investment Company, Ltd., Pardus DPH
Holding LLC, Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Goldman Sachs & Co., Harbinger
Capital Partners Master Fund I, Ltd., Pardus Special
Opportunities Master Fund L.P. (Adv. Pro. No.
08-01232) (Docket No. 1)*

*Delphi's Emergency Motion For An Order Shortening
Time Pursuant To Bankruptcy Rule 9006(c) With
Respect To Hearing On Delphi's Motion For Expedited
Discovery And Trial (Adv. Pro. No. 08-01232) (Docket
No. 6)*

*Declaration Of Edward A. Friedman In Support Of (A)
Delphi's Emergency Motion For An Order Shortening
Time Pursuant To Bankruptcy Rule 9006(C) With
Respect To Hearing On Delphi's Motion For Expedited
Discovery And Trial And (B) Delphi's Motion For
Expedited Discovery And Trial (Adv. Pro. No.
08-01232) (Docket No. 7)*

*Declaration Of Shira D. Weiner In Support Of
Delphi's Motion For Expedited Discovery And Trial
(Adv. Pro. No. 08-01232) (Docket No. 9)*

10

*Status:*    *The hearing with respect to this matter will be proceeding, subject to the Court's determination with respect to the Emergency Motion To Shorten Time.*

9.    **"Motion to Authorize Expedited Discovery And Trial And To Shorten Time With Respect Thereto"** – Delphi's Motion For Expedited Discovery And Trial And For An Order Shortening Time Pursuant To Bankruptcy Rule 9006(c) With Respect To A Hearing On Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01233) (Docket No. 3)

*Responses filed:*    *None.*

*Reply filed:*    *None.*

*Related filings:*    *Debtors' Complaint Against UBS Securities LLC (Adv. Pro. No. 08-01233) (Docket No. 1)*

*Delphi's Emergency Motion For An Order Shortening Time Pursuant To Bankruptcy Rule 9006(c) With Respect To Hearing On Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232) (Docket No. 6)*

*Declaration Of Edward A. Friedman In Support Of (A) Delphi's Emergency Motion For An Order Shortening Time Pursuant To Bankruptcy Rule 9006(C) With Respect To Hearing On Delphi's Motion For Expedited Discovery And Trial And (B) Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232) (Docket No. 7)*

*Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232) (Docket No. 8)*

*Declaration Of Shira D. Weiner In Support Of Delphi's Motion For Expedited Discovery And Trial (Adv. Pro. No. 08-01232) (Docket No. 9)*

11

Status:                              *The hearing with respect to this matter will be*
                                     *proceeding, subject to the Court's determination with*
                                     *respect to the Emergency Motion To Shorten Time.*

Dated:  New York, New York
        May 28, 2008

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By: /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr. (JB 4711)
                                    John K. Lyons (JL 4951)
                                    Ron E. Meisler (RM 3026)
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                       - and -

                              By: /s/ Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti (KM 9632)
                                    Thomas J. Matz (TM 5986)
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                    Debtors and Debtors-in-Possession