**Exhibit B**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Withdrawn Cure Proposals With Respect To The Debtors' Omnibus 8.2(b) Cure Objection*
*Organized By Respondent[1]*

|  | WITHDRAWAL | CURE AMOUNT ASSERTED IN CURE PROPOSAL | ALLEGED EXECUTORY CONTRACT OR UNEXPIRED LEASE | SUMMARY OF WITHDRAWAL | BASIS FOR OBJECTION | TREATMENT |
|---|---|---|---|---|---|---|
| 1. | AT&T And Its Related Entities (Docket No. 13614) | $10,853,840.00 | Various agreements for telecommunication services and related services. | AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, SBC Long Distance, SBC Yellow Pages, SBC Advanced Solutions, Inc., SBC Datacomm, Cingular Wireless n/k/a AT&T Mobility LLC, and Bell South Telecommunications, Inc. and their related entities (collectively, the "AT&T Entities") withdraws it Objection To The Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization (Docket No. 12546). | Books and records cure proposals | Withdrawn |

---

[1] This chart reflects all withdrawals entered on the docket as of Thursday, May 28, 2008 at 2:00 p.m. (prevailing Eastern time).

1