BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CURE CLAIM

PLEASE TAKE NOTICE THAT Fiduciary Counselors, Inc. hereby withdraws without prejudice its Cure Claim [Docket No. 12934].

Dated: May 28, 2008

                **BUCHANAN INGERSOLL & ROONEY PC**

                /s/  William H. Schorling (WS-6322)
                William H. Schorling, Esquire (WS-6322)
                620 Eighth Avenue, 23rd Floor
                New York, NY 10018-1669
                (212) 440-4400 - Telephone
                (212) 440-4401 - Facsimile

                *Counsel for Fiduciary Counselors, Inc.*

#1012059-v1