## Schedule 1

1) Objection Of American Aikoku Alpha, Inc. To Notices Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed January 28, 2008, Docket No. 12369)

2) Limited Objection Of American Aikoku Alpha, Inc. To Notices Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed January 29, 2008, Docket No. 12376)

3) Objection And Response Of S&Z Tool & Die Co., Inc. N/K/A S&Z Metal Works, Ltd. To (1) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, And (2) Any Correspondence Cure Amount Proposed By Delphi Or Otherwise (filed February 1, 2008, Docket No. 12447)

4) Objection Of Hydro Aluminum North America, Inc. To The Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12452)

5) Objection Of E.I. Du Pont De Nemours And Company To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (filed February 1, 2008, Docket No. 12464)

6) Objection By Freudenberg-Nok General Partnership (On Behalf Of Itself And Its Affiliates Freudenberg Telas Sin Tejer Sa And Freudenberg Iberica Sa En Comandita) To Debtors' (I) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (II) Motion For Sale Of Steering And Halfshaft Business (filed February 4, 2008, Docket No. 12479)

7) Letter Objection Of Gevelot Extrusion To Debtors' Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business, dated February 8, 2008 and marked received February 20, 2008 (Undocketed)

## Schedule 2[1]

| Non-Debtor Counterparty | Agreement(s) | Cure Amount |
|---|---|---|
| S.A. Gevelot Extrusion | SAG9OI3428<br>SAG9OI4577 | **€6,500** |

---

[1] Cure amounts and agreement information that have been or will be addressed in separate stipulations and agreed orders are not included on this schedule.