IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
  In re                                :       Chapter 11
                               :
  DELPHI CORPORATION, et al.,         :       Case No. 05-44481 (RDD)
                               :
                   Debtors.   :       (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

    I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On May 27, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via facsimile:

1) Notice Of Proposed Sale Of Power Products Product Line Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances [a copy of which is attach hereto as Exhibit B]

    On May 27, 2008, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight mail

2) Notice Of Proposed Sale Of Power Products Product Line Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances [a copy of which is attach hereto as Exhibit B]

3) Exhibit A; Master Sale And Purchase Agreement Among Delphi Corporation And Strattec Security Corporation Dated As Of May 27, 2008

4) Exhibit B; Summary Of The De Minimis Bid Process

5) Attachment To Exhibit B; Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval ("De Minimis Asset Sale Order")

Dated: May 30, 2008

                                                              */s/ Evan Gershbein*
                                                                Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of May, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Vanessa R. Quiñones*

Commission Expires:  *3/20/11*

# EXHIBIT A

Delphi Corporation
Power Products Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-3092<br>212-450-3213 |
| Edscha AG | Dr. Manfred Puhlmann | Hohenhagener Straße 26-28 | Remscheid, 42855 | | Germany | | 49-219-136-3545 |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-4000 |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-751-4864 |
| Magna Closures Inc. | Gary M. Cohn | Director, Mergers and Acquisitions | 337 Magna Drive | Aurora | Ontario, Canada | L4G 7K1 | 905-726-7173 |
| Magna Closures Inc. | Mr. Al Kresovic,  Vice President Business Planning | 521 Newpark Boulevard | | Newmarket | Ontario, Canada | L3Y 4X7 | 905 853 -0377 |
| Reinhart Boerner Van Deuren S.C. | James M. Bedore, Esq. | 1000 North Water Street, Suite 2100 | | Milwaukee | WI | 53202 | 414-298-8097 |
| Strattec Security Corporation | Harold M. Stratton II | 3333 West Good Hope Road | | Milwaukee | WI | 53209 | 414-247-3695 |
| Tech-Line Engineering | | 27560 College Park | | Warren | MI | 48088 | 586-445-3494 |
| VAST LLC | Vlad Hermann, President VAST LLC | 3333 West Good Hope Road | | Milwaukee | WI | 53209 | 414-247-3695 |
| WITTE Automotive GmbH | ppa Bernd Peter Dahmen | Mitglied der Geschäftsleitung | Leiter Finanz- und Rechnungswesen / CFO | Hoeferstraße 3 - 15 | D-42551 Velbert | | 49 (0) 2051/ 498 -7601 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/30/2008 1:51 PM
Special Parties Service List Fax

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

    In re                                   :        Chapter 11

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)

                      Debtors.    :        (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PROPOSED SALE OF POWER PRODUCTS PRODUCT LINE PURSUANT
TO ORDER UNDER 11 U.S.C. § 363 APPROVING PROCEDURES TO SELL CERTAIN
DE MINIMIS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

        PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset Sale Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including affiliated chapter 11 Debtors (the "Selling Debtor Entities")[1] hereby gives notice of their intention to sell certain assets related to the Delphi's power products product line located within North America, Asia, and Europe (the "Acquired Assets") to Strattec Security Corporation, Witte-Velbert GmbH & Co. Kg, Vehicle Access Systems Technology LLC, and certain of their respective affiliates (the collectively, the "Buyers") pursuant to the Master Sale and Purchase

---

[1] Under the Agreement (as defined below), the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC and Delphi Technologies, Inc. Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement. The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

Agreement by and between the Sellers and the Buyers, dated May 27, 2008 (the "Agreement")[2].

        PLEASE TAKE FURTHER NOTICE THAT the Acquired Assets include fixed assets, inventory, intellectual property, and contracts relating to the design, testing, manufacture, development, marketing and sale of power sliding door systems, power liftgate/tailgate systems, power decklid systems, the integral cinching latch, the advanced development power cinching latches, and the advanced development power cinching strikers global product line; and selective employees of such product line are expected to transfer to the Buyers.

        PLEASE TAKE FURTHER NOTICE THAT pursuant to the Agreement, the Sellers will sell the Acquired Assets to the Buyers for the preliminary purchase price of $7,800,000.00 (the "Preliminary Purchase Price").  The Preliminary Purchase Price will be subject to an adjustment at closing for changes in certain employee-related liabilities and changes in productive inventory and spare parts balances.

        PLEASE TAKE FURTHER NOTICE THAT the Selling Debtor Entities believe that the Preliminary Purchase Price accurately reflects the current market value of the Acquired Assets.  The Selling Debtors Entities have determined, in their business judgment, that the Agreement provides for fair and appropriate terms and is a favorable price for the Acquired Assets.

        PLEASE TAKE FURTHER NOTICE THAT pursuant to the <u>De Minimis</u> Asset Sale Order, the Sellers will consummate the sale of the Acquired Assets to the Buyers, free and clear of liens, claims, and encumbrances, and take such actions as are necessary to close the

---

[2]  A copy of the Agreement is attached hereto as <u>Exhibit A</u>.

2

transaction, including but not limited to collection of proceeds from the Buyers in connection with the sale of the Acquired Assets, provided that counsel to the Selling Debtor Entities do not receive from a party that receives this Notice a written objection or written request for additional time to evaluate the proposed sale within five business days following initial receipt of this Notice.

PLEASE TAKE FURTHER NOTICE THAT any party interested in submitting a competitive bid for the sale of the Acquired Assets will need to execute a confidentiality agreement (including special provisions relating to competitively sensitive information) and comply with the two-phase competitive bid procedure implemented by Delphi for this transaction (the "Bid Process"). A copy of the Bid Process is attached hereto as Exhibit B.

Dated:     New York, New York
           May 27, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 9331)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

3

# EXHIBIT C

Delphi Corporation
Power Products Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Brose Fahrzeugteile GmbH & Co. KG | Mr. Jorg Bremer, Corporate Strategy | Ketschendorfer Straße 38-50 | Coburg, D-96450 | | Germany | |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 |
| Edscha AG | Dr. Manfred Puhlmann | Hohenhagener Straße 26-28 | Remscheid, 42855 | | Germany | |
| Edscha AG | Dr. Manfred Puhlmann, Chief Executive Officer | Hohenhagener Straße 26-28 | D 42855 Remscheid | | Germany | |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Magna Closures Inc. | Gary M. Cohn | Director, Mergers and Acquisitions | 337 Magna Drive | Aurora | Ontario, Canada | L4G 7K1 |
| Magna Closures Inc. | Mr. Al Kresovic, Vice President Business Planning | 521 Newpark Boulevard | | Newmarket | Ontario, Canada | L3Y 4X7 |
| Reinhart Boerner Van Deuren S.C. | James M. Bedore, Esq. | 1000 North Water Street, Suite 2100 | | Milwaukee | WI | 53202 |
| Strattec Security Corporation | Harold M. Stratton II | 3333 West Good Hope Road | | Milwaukee | WI | 53209 |
| Tech-Line Engineering | | 27560 College Park | | Warren | MI | 48088 |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| VAST LLC | Vlad Hermann, President VAST LLC | 3333 West Good Hope Road | | Milwaukee | WI | 53209 |
| WITTE Automotive GmbH | ppa Bernd Peter Dahmen | Mitglied der Geschäftsleitung | Leiter Finanz- und Rechnungswesen / CFO | Hoeferstraße 3 - 15 | D-42551 Velbert | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/30/2008 1:50 PM
Special Parties Service List Overnight