UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                              Chapter 11

DELPHI CORPORATION, et al                          Case No. 05-44481 (RDD)

        Debtors.                                             (Jointly Administered)
_____/

**WITHDRAWAL OF DANICE MANUFACTURING CO.'S
RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION**

Danice Manufacturing Co. ("Danice"), by and through its attorneys, Maddin, Hauser, Wartell, Roth & Heller, P.C., hereby withdraws its Response to the Debtors' Thirteenth Omnibus Objection with prejudice in accordance with this Court's May 9, 2008 Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 15329 (Danice Manufacturing Co.).

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

BY:      /s/ *ALEXANDER STOTLAND*
ALEXANDER STOTLAND (AS 3960)
Attorney for Danice Manufacturing Co.
28400 Northwestern Highway, Third Floor
Southfield, MI  48034
(248) 354-4030
E-Mail: axs@maddinhauser.com

DATED:  June 2, 2008

744216 v1/09920.0001