UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                        Chapter 11

DELPHI CORPORATION, et al                                     Case No. 05-44481 (RDD)

                    Debtors.                                  (Jointly Administered)

_____/

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed this Withdrawal of Danice Manufacturing

Co.'s Response to Debtors' Thirteenth Omnibus Objection to Claims with the Clerk of the Court using the

ECF System, and that this document was served upon the following parties by email, return receipt

requested:

Delphi Corporation                          Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: General Counsel                        Attn: John Wm. Butler, Jr., John K. Lyons
5725 Delphi Drive                            333 West Wacker Drive, Suite 2100
Troy, Michigan 48098                         Chicago, Illinois 60606


                                             MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

                                             BY:___/s/ ALEXANDER STOTLAND___
                                             ALEXANDER STOTLAND (AS 3960)
                                             Attorney for Danice Manufacturing Co.
                                             28400 Northwestern Highway, Third Floor
                                             Southfield, MI  48034
                                             (248) 354-4030
                                             E-Mail: axs@maddinhauser.com
DATED:  June 2, 2008

744958 v1/09920.0001