# Vitronics Soltec

May 21, 2008

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    DELPHI CORPORATION, et al., Case No. 05-44481
             Change of Address For Distribution

             **Claim No. 6559 for $5,773.98**
             **Claim No. 6560 for $6,363.00**
             **Claim No. 6561 for $54,359.40**

             <u>Claimant: Vitronics Soltec</u>

Dear Clerk:

Please forward any and all distributions on account of the proof of claims, Claim No. 6559 for $5,773.98, Claim No. 6560 for $6,363.00 and Claim No. 6561 for $54,359.40 to the following address:

                            Vitronics Soltec
                         c/o Contrarian Funds, LLC
                          Attn: Beatriz Cancel
                411 West Putnam Avenue, Suite 425
                         Greenwich, CT 06830
                           (203) 862-8223

Vitronics Soltec
By: _____
Name: C. Kops
Title: VP Finance, IT&HR
Telephone: 603 772-7778

MAY 27 2008

2 Marin Way, Stratham, New Hampshire 03885 USA
Tel. 603-772-7778 ▪ Fax: 603-772-7776 ▪ E-mail: Info@vsww.com