# Exhibit A

| Contract To Be Assumed And Assigned | Non-Debtor Contract Party |
|---|---|
| D0550076639 | AMTECH INDUSTRIES LLC (JV Amtech and Intec) |
| D0550064001 | AMTEK MEXICO SA DE CV    EFT |
| D0550022116 | AUTOLIV ASP INC     EFT    ATTN ACCTS REC DEPT |
| D0550022243 | AUTOLIV ASP INC     EFT    ATTN ACCTS REC DEPT |
| D0550076293 | AVON AUTOMOTIVE INC     EFT |
| D0550022971 | CAMCAR DIV OF TEXTRON INC  EFT |
| D0550037665 | CAPSTAN ATLANTIC       EFTCAPSTAN INDUSTRIES INC |
| D0550059940 | CAPSTAN ATLANTIC       EFTCAPSTAN INDUSTRIES INC |
| D0550022122 | CASCADE DIE CASTING     EFT  SOUTHWEST |
| D0550022830 | CHERRY ELECTRICAL PRODUCTS EFT |
| D0550052192 | COLLINS & AIKMAN PRODS CO  EFT |
| D0550074455 | FOAMEX |
| D0550074456 | FOAMEX |
| D0550074457 | FOAMEX |
| D0550074563 | FOAMEX |
| D0550074564 | FOAMEX |
| D0550079225 | FOAMEX |
| D0550080330 | FUJIKURA AMERICA INC |
| PO#OR3V0002 between General Motors Corporation and Delphi S&I - Mount Sterling; Dated 8/25/2005; Amendment #002; Valid 3/28/2004 - 8/1/2008; Part #10376548. | GENERAL MOTORS CORPORATION |
| D0550052145 | GKN SINTER METALS    EFT |
| D0550076310 | HANGZHOU TRANSAILING EFT |
| D0550022536 | HYLAND MACHINE CO  EFT |
| D0550022842 | IN2CONNECT INC         EFT |
| D0550023223 | IN2CONNECT INC         EFT |
| D0550024506 | INTASCO USA INC |
| D0550087191 | INTERNATIONAL RESISTIVE CO EFTINC |
| D0550022592 | INTIER AUTOMOTIVE INTERIORS |
| Grant of Security Interest in Patent Rights between Delphi Technologies, Inc and JPMorgan Chase Bank, N.A. dated 06-14-05 | JPMORGAN CHASE BANK |
| D0550035472 | KOSTAL MEXICANA SA DE CV EFT  INDUSTRIAL BENITO JUAREZ |
| D0550026051 | L & W ENGINEERING CO INC  EFT |
| D0550061252 | L & W ENGINEERING CO INC  EFT |
| D0550024156 | LDI INCORPORATED      EFT |
| D0550025201 | LDI INCORPORATED      EFT |
| D0550022596 | MAC ARTHUR CORP  EFT |
| D0550079811 | MAC ARTHUR CORP  EFT |
| D0550023568 | MULTEX FLEXIBLE CIRCUITS   EFTINC/SHELDAHL |

# Exhibit A

| | |
|---|---|
| D0550056439 | MULTIBASE INC      EFT |
| D0550076391 | PRECISION RESOURCE CONNECTICUTDIV |
| D0550057079 | RED SPOT PAINT & VARNISH  EFT CO INC |
| D0550057092 | RED SPOT PAINT & VARNISH  EFT CO INC |
| D0550078829 | ROBIN INDUSTRIES INC |
| D0550056677 | SOLVAY ENGINEERED POLYMERS EFT |
| D0550077738 | SPARTECH POLYCOM         EFT |
| D0550056314 | TEKNOR APEX CO  EFT |
| D0550056383 | TEKNOR APEX CO  EFT |
| D0550056423 | TEKNOR APEX CO  EFT |
| D0550074858 | TESSY PLASTICS CORP |
| D0550074860 | TESSY PLASTICS CORP |
| Letter of Intent between Tjing Ling Research & Development Center Co., Ltd. and Delphi Thermal & Interior Division of Delphi Automotive Systems LLC dated 5/18/2005. | TJING LING RESEARCH AND DEVELOPMENT CENTER CO. LTD. |
| D0550053417 | TRW VEHICLE SAFETY SYSTS EFT |
| D0550070364 | TRW VEHICLE SAFETY SYSTS EFT |
| D0550023217 | TYCO ELECTRONICS CORP      EFTO\A AMP INC |
| D0550074552 | WOORY INDUSTRIAL CO LTD      516 1 YOUNGDUCK RI |
| D0550074553 | WOORY INDUSTRIAL CO LTD      516 1 YOUNGDUCK RI |
| D0550074554 | WOORY INDUSTRIAL CO LTD      516 1 YOUNGDUCK RI |
| D0550080042 | WOORY INDUSTRIAL CO LTD      516 1 YOUNGDUCK RI |
| D0550074776 | ZOHAR JACOBS ACQUISITION LLC |