UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation, et al.

Debtor.

Chapter 11

Case No.: 05-44481 (RDD)
(Jointly Administered)

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Goldberg Segalla LLP requests that the following attorney be removed from ECF notification in the above-captioned case:

Bruce W. Hoover (bhoover@goldbergsegalla.com)

Respectfully submitted this 5th day of June, 2008

/s/Bruce W. Hoover
Bruce W. Hoover, Esq. (BH0550)
GOLDBERG SEGALLA, LLP
*Attorneys for Wells Manufacturing Co., Inc.*
Goldberg Segalla, LLP
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone: (716) 566-5400
Facsimile: (716) 566-5401
bhoover@goldbergsegalla.com

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Request for Removal from ECF Notification was filed electronically this 5th day of June, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/Bruce W. Hoover
                                            Bruce W. Hoover

395206.1