**EXHIBIT B**

BO1 15927392.3

617-790-6719

# Bradford Industries, Inc.



| | | | |
|---|---|---|---|
| TO: | Consuelo Leal | FROM: | Bill Larrivee |
| Company: | Delphi | # of Pages including Coversheet: | 5 |
| FAX #: | 956-366-4669 | Date: | June 12, 2006 |
| Cc: | | Subject: | Invoice |

Additional Copies Sent To:

_X_ Urgent    ___ For Review    ___ Please Comment    ___ Please Reply

Please call Marcia (978)459-4100 x112, if there is a problem with this transmission.

Dear Consuelo,

I along with the help of Bob Chapman, I have been in the process of trying to reconcile my receivable balance with your payable balance prior to the bankruptcy.

Based on my analysis it looks as though my invoice # 53863, Packing List # 333144 and your PO #550063203 have not been recorded in your Database.

In support of my claim, I have attached a copy of our invoice, bill of lading, packing list and proof of delivery.

Please review the attached supporting documents and if you are in agreement, please receive this shipment into your system using the date shipped and add this invoice to your payable balance.

If you are not in agreement, please call me to discuss. (978) 459-4100 x115.

Regards,

*Bill Larrivee*

1857 MIDDLESEX STREET / LOWELL, MASSACHUSETTS 01851
TEL: 978-459-4100 / FAX: 978-459-2597 / WWW.BRADFORDIND.COM

05/15/2007 TUE 14:13 FAX 9784594100 Bradford Industries                                    ☒003/003

# Bradford Industries, Inc.



| | | | |
|---|---|---|---|
| TO: | Tim White | FROM: | Bill Larrivee |
| Company: | Delphi – Elec & Safety | # of Pages including Coversheet: | 20 |
| FAX #: | 765-451-8806 | Date: | June 12, 2006 |
| Cc: | | Subject: | *Invoice* |
| Additional Copies Sent To: | | | |

_X_ Urgent     ___ For Review     ___ Please Comment     ___ Please Reply

Please call Marcia (978)459-4100 x112, if there is a problem with this transmission.

Dear Tim:

I along with the help of Bob Chapman, I have been in the process of trying to reconcile my receivable balance with your payable balance prior to the bankruptcy.

Based on my analysis it looks as though five (5) invoices that were shipped to Delphi Electronics & Safety in Kokomo/El Paso on PO #450107645 from May 5, 2005 to June 9, 2005, were never received into your system.

In support of my claim, I have attached copies of each invoice, bill of lading, packing list and proof of delivery.

Please review the enclosed supporting documents and if you are in agreement, please receive these shipments into your system using the dates shipped and add the Invoices to your payable balance.

If you are not in agreement, please call me to discuss. (978) 459-4100 x115.

Thank you for your assistance.

Regards,

*Bill Larrivee*

1857 MIDDLESEX STREET / LOWELL, MASSACHUSETTS 01851
TEL: 978-459-4100 / FAX: 978-459-2597 / WWW.BRADFORDIND.COM

Hanlon, William

From: Bill Larrivee [larrivee@bradfordind.com]
Sent: Tuesday, May 15, 2007 2:57 PM
To: Hanlon, William
Subject: FW: Out of Office AutoReply: Bradford Receipts

-----Original Message-----
From: Cleveland, Terri [mailto:Terri.Cleveland@delphi.com]
Sent: Thursday, July 13, 2006 8:59 AM
To: Bill Larrivee
Subject: RE: Out of Office AutoReply: Bradford Receipts

Bill,

I'm sorry for not getting back to you. I am in the middle of changing jobs and locations and not everything has been completed as far as voice mail, etc. I will follow up on these issues and get back with you...hopefully by tomorrow.

Thank you,
Terri Cleveland

Purchasing Associate
Delphi Electronics & Safety
M.S. CTLLM
765-451-5135 (phone)
866-870-5053 (e-fax)
terri.cleveland@delphi.com


-----Original Message-----
From: Bill Larrivee [mailto:larrivee@bradfordind.com]

Sent: Thursday, July 13, 2006 9:53 AM
To: Cleveland, Terri
Subject: RE: Out of Office AutoReply: Bradford Receipts

Hi Terri,

I understand from Charisse that you will assist me in trying to resolve the invoice issues. I faxed proof of delivery to both of your facilities as you suggested. Would you please check with both to see if they have added the invoices to your A/P system. I have also tried to call you and for some reason have not had any success. Would you please provide me with a telephone number that you can be reached at.
Thanks
Bill

> -----Original Message-----
> From:    Cleveland, Terri [SMTP:Terri.Cleveland@delphi.com]
> Sent:    Thursday, June 29, 2006 11:19 AM
> To: Bill Larrivee
> Subject: Out of Office AutoReply: Bradford Receipts
>

>
> Effective 6/26/06, I will no longer handle payment issues and will be

1

```
> moving to another position within Supply Management.  I'll be on

> vacation from 6/28/06 - 7/5/06, moving to my new position on 7/6/06.

> Charisse Smith will be taking my place.  At this time, I'm unsure if

> Charisse will be changing desks; therefore, I don't have a phone
number for her yet.
> Her e-mail address is charisse.smith@delphi.com.  If your payment

> issue is a unit price discrepancy, please contact the buyer.  If it is

> a receiving issue, please fax your packing slip and proof of shipment

> to the appropriate receiving dock.  I will continue to work the issues

> that are not yet resolved, but for all new issues that can't be

> handled by the buyer or receiving dock, please contact Charisse.  I've

> enjoyed working with all of you and will miss the challenge that your
e-mails bring!
>

> ***************************************************************
> ****
> *************
>

> Note:  If the reader of this message is not the intended recipient, or

> an employee or agent responsible for delivering this message to the

> intended recipient, you are hereby notified that any dissemination,

> distribution or copying of this communication is strictly prohibited.

> If you have received this communication in error, please notify us

> immediately by replying to the message and deleting it from your
computer. Thank you.
>

>

> ***************************************************************
> ****
> *************


*******************************************************************
****************

Note:  If the reader of this message is not the intended recipient, or
an employee or agent responsible for delivering this message to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your
computer. Thank you.


*******************************************************************
****************
```

Hanlon, William

From: Bill Larrivee [larrivee@bradfordind.com]
Sent: Tuesday, May 15, 2007 2:57 PM
To: Hanlon, William
Subject: FW: Out of Office AutoReply: Bradford Receipts

-----Original Message-----
From: Cleveland, Terri [mailto:Terri.Cleveland@delphi.com]
Sent: Thursday, June 29, 2006 10:19 AM
To: Bill Larrivee
Subject: Out of Office AutoReply: Bradford Receipts

Effective 6/26/06, I will no longer handle payment issues and will be moving to another position within Supply Management. I'll be on vacation from 6/28/06 - 7/5/06, moving to my new position on 7/6/06. Charisse Smith will be taking my place. At this time, I'm unsure if Charisse will be changing desks; therefore, I don't have a phone number for her yet. Her e-mail address is charisse.smith@delphi.com. If your payment issue is a unit price discrepancy, please contact the buyer. If it is a receiving issue, please fax your packing slip and proof of shipment to the appropriate receiving dock. I will continue to work the issues that are not yet resolved, but for all new issues that can't be handled by the buyer or receiving dock, please contact Charisse. I've enjoyed working with all of you and will miss the challenge that your e-mails bring!

*********************************************************************
****************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************
****************

1

Hanlon, William

From: Bill Larrivee [larrivee@bradfordind.com]
Sent: Tuesday, May 15, 2007 2:57 PM
To: Hanlon, William
Subject: FW: Bradford Receipts

From: Cleveland, Terri [mailto:Terri.Cleveland@delphi.com]
Sent: Monday, June 12, 2006 12:33 PM
To: Leal, Consuelo; Yarrito, Daniel ; White, Tim J; Pulverenti, Kisha
Cc: larrivee@bradfordind.com; Chapman, Robert A
Subject: Bradford Receipts

All,

Bill Larrivee at Bradford Industries will be faxing packing lists and proofs of shipment to you for several shipments that were not received in prior to the filing. Please post these as soon as you receive them, making sure that you override the document date to show the actual receipt date. This is part of their pre-petition claim and we need to get these discrepancies handled ASAP. If you have any questions, please let me know.

Thank you!

Terri Cleveland
Purchasing Associate
Delphi Electronics & Safety
M.S. CTLLM
765-451-5135 (phone)
866-870-5053 (e-fax)
terri.cleveland@delphi.com

*******************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*******************************************************************************

5/16/2007

Bradford Pre-petition invoices

**Hanlon, William**

From: Bill Larrivee [larrivee@bradfordind.com]
Sent: Tuesday, May 15, 2007 2:56 PM
To: Hanlon, William
Subject: FW: Bradford Pre-petition invoices

From: Chapman, Robert A [mailto:robert.a.chapman@delphi.com]
Sent: Tuesday, May 02, 2006 10:26 AM
To: larrivee@bradfordind.com
Subject: Bradford Pre-petition invoices

Bill,

Per our conversation, please look at the eDacor report showing the pre-petition invoices and let me know what is missing either by calling or sending an email. From there, we'll decide what actions we need to take to resolve this issue.

<<Bradford 050106.xls>>

Regards,

Bob Chapman
Delphi Global Supply Management
Risk Reduction Manager
765 - 451 - 0163
765 - 432 - 6809 (cell)
866 - 436 - 7796 (fax)

*********************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************

5/16/2007

**Bill Larrivee**

---

**From:** Cleveland, Terri [Terri.Cleveland@delphi.com]
**Sent:** Friday, January 19, 2007 11:45 AM
**To:** Phil Rampolla
**Cc:** Bill Larrivee
**Subject:** RE: Pre-Petition Receipts

Attached is a spreadsheet that shows Bradford's new pre-petition balance.

Also I just spoke with someone regarding the next steps to be taken and was told that you need to go to the www.delphidocket.com website for further information. I'm not sure what the next steps are but I would think that once you sell your pre-petition dollars, you would need to register that transaction with the bankruptcy court. I believe there is a button to push for inquiries and they should be able to let you know.

If you decide to register for e-Dacor from your Covisint access, let me know and I will be glad to show you some quick tips or send you some of my cheat sheets.

Thanks,

Terri
765-451-0186

---

**From:** Phil Rampolla [mailto:rampolla@bradfordind.com]
**Sent:** Monday, January 15, 2007 11:24 AM
**To:** Cleveland, Terri
**Cc:** Bill Larrivee
**Subject:** RE: Pre-Petition Receipts

Terri, has everything been posted to the Bradford account?
Phil

---

**From:** Cleveland, Terri [mailto:Terri.Cleveland@delphi.com]
**Sent:** Wednesday, December 20, 2006 3:23 PM
**To:** Phil Rampolla
**Cc:** Bill Larrivee
**Subject:** RE: Pre-Petition Receipts

FYI...Invoice # 054071 in the amount of $2368.80 and invoice # 153899 in the amount of $656.80 were received in today with pre-petition document dates. These should appear in e-Dacor by Friday or Tuesday of next week.

Invoice # 053863 in the amount of $3,564.00 will not be paid as this material was refused and Bradford was paid $2,551.00 by Central from a carrier claim filed by Bradford.

I'm still working on invoices 054072, 054036 and 054862. I have a message in for Ryan so that we can discuss the issue regarding the other invoices. I will let you know as soon as I've spoken with him.

Regards,

Terri

4/26/2007

765-451-0186

---

**From:** Phil Rampolla [mailto:rampolla@bradfordind.com]
**Sent:** Wednesday, December 06, 2006 3:05 PM
**To:** Cleveland, Terri
**Cc:** Bill Larrivee; Phil Rampolla
**Subject:** RE: Pre-Petition Receipts

---

**From:** Phil Rampolla
**Sent:** Wednesday, December 06, 2006 1:16 PM
**To:** Phil Rampolla

Terri, I've look at the two invoices that you reference that had the freight chargers add to them the reason this was done , was because your plant wanted this material shipped via. UPS, we can not ship UPS freight collect. You have all of the back up chargers for the UPS shipments.
Phil Rampolla
Bradford Ind

---

**From:** Phil Rampolla
**Sent:** Wednesday, December 06, 2006 1:15 PM
**To:** 'Cleveland, Terri'
**Cc:** Bill Larrivee
**Subject:** RE: Pre-Petition Receipts

Terri, no the both line items show 0.94/ cents, what happen was that we shipped engineering the 3" material, and then they wanted to do some cutting trials, at different widths in Mexico, Ryan asked me to ship all of the full width material to Mexico, because they were also dunning trial work for Korea were this material was going to be used Original all of the material was to be shipped at the 3" width.
Phil Rampolla

---

**From:** Cleveland, Terri [mailto:Terri.Cleveland@delphi.com]
**Sent:** Wednesday, December 06, 2006 1:07 PM
**To:** Phil Rampolla
**Cc:** Bill Larrivee
**Subject:** RE: Pre-Petition Receipts

Was the price of $18.30 listed on the quote? I will have to get the Engineer involved to get another PR issued. When items are shipped and Purchasing is left out of the loop, it is not an easy fix.

I will review my e-mails and get back with you. I'm in the middle of working on a presentation for tomorrow morning and won't be able to talk with you this afternoon. I will call you tomorrow morning.

Regards,

Terri
765-451-0186

---

**From:** Phil Rampolla [mailto:rampolla@bradfordind.com]
**Sent:** Wednesday, December 06, 2006 1:04 PM
**To:** Cleveland, Terri
**Cc:** Bill Larrivee; Phil Rampolla
**Subject:** RE: Pre-Petition Receipts

4/26/2007