**EXHIBIT C**

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor <br> DELPHI | Case Number <br> 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

BRADFORD INDUSTRIES, INC

Name and address where notices should be sent:

BRADFORD INDUSTRIES, INC
1857 MIDDLESEX ST.
LOWELL, MA 01851
Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
- ☑ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:**
8/1/05 → 10/14/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _60814.07_ _____ _____ _60814.07_
(unsecured)      (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/1/07 | William A. Larivee   CFO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## BRADFORD INDUSTRIES, INC.

## DELPHI OPEN INVOICE ANALYSIS - DECEMBER 2006

| Invoice# | B.O.L. | Amount Due Bradford | Delphi Deduction | Delphi Amount |
|---|---|---|---|---|
| 54393 | 334098 | 434.84 | -12.14 | 422.70 |
| 54394 | 334101 | 17,983.68 | -501.88 | 17,481.80 |
| 54395 | 334100 | 12,006.68 | -335.07 | 11,671.61 |
| " | 334099 | 8,222.14 | -229.46 | 7,992.68 |
| 54434 | 333269 | 5,544.00 | -94.50 | 5,449.50 |
| 54749 | 333287 | 3,240.00 | 0 | 3,240.00 |
| 55152 | 335237 | 5,544.00 | -94.50 | 5,449.50 |
| 55156 | 333267 | 5,447.20 | -92.85 | 5,354.35 |
| 54036 | 54036 | 867.35 | -601.60 | 265.75 |
| 54071 | 333595 | 2,368.80 | 0 | 2,368.80 |
| 54072 | 54072 | 829.60 | -601.60 | 228.00 |
| 54862 | 334834 | 3,916.20 | 0 | 3,916.20 |
| I53899 | I53899 | 656.80 | 0 | 656.80 |
| Miscellaneous Delphi Deduction | | | -3683.62 | -3683.62 |
| | | | | |
| | | 67,061.29 | -6,247.22 | 60,814.07 |
| | | | | |

Bradford Pre-Petition Balance

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Status | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| '9000031166907 | RD 174840579 | LV | 2 | '5203353915001 | 8/1/2005 | $664.62 | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031166908 | RD 174840579 | LV | 2 | '5203353916001 | 8/1/2005 | $7,992.68 | 334099 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031166909 | RD 174840579 | LV | 2 | '5203353917001 | 8/1/2005 | $11,671.60 | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031166910 | RD 174840579 | LV | 2 | '5203353918001 | 8/1/2005 | $422.70 | 334098 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031162080 | RD 174840579 | LV | 4 | 'DMP52033535936001 | 8/1/2005 | ($664.62) | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031332594 | RD 174840579 | LV | 4 | 'DMP5203437609001 | 8/1/2005 | ($11,671.60) | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031192082 | RD 174840579 | LV | 2 | '5203367363001 | 8/3/2005 | $1,047.09 | 334101 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031277973 | RD 174840579 | LV | 4 | 'DMP5203409197001 | 8/3/2005 | ($1,047.09) | 334101 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031207233 | RD 174840579 | RY | 2 | '5203375154001 | 8/4/2005 | $5,449.50 | 334136 | D0550063203 | Ready To Pay | 10/2/2005 |
| '9000031288778 | RD 174840579 | LV | 2 | '5203409129001 | 8/10/2005 | $17,481.80 | 334101 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031338749 | RD 174840579 | LV | 2 | '5203437496001 | 8/15/2005 | $11,671.61 | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031392791 | RD 174840579 | LV | 4 | 'ESD5203473094001 | 8/15/2005 | ($11,248.38) | 334100 | D0550070802 | Ready To Pay | 10/2/2005 |
| '9000031385020 | RD 174840579 | LV | 2 | '5203458282001 | 8/18/2005 | $1,175.11 | 512 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031484077 | RD 174840579 | LV | 4 | 'DMP5203508111001 | 8/18/2005 | ($1,175.11) | 512 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031497729 | RD 174840579 | LV | 2 | '5203508033001 | 8/26/2005 | $229.90 | 324857 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031497730 | RD 174840579 | LV | 2 | '5203508044001 | 8/26/2005 | $872.05 | 324858 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031484078 | RD 174840579 | LV | 4 | 'DMP5203508112001 | 8/26/2005 | ($229.90) | 324857 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031484079 | RD 174840579 | LV | 4 | 'DMP5203508113001 | 8/26/2005 | ($872.05) | 324858 | D0550063585 | Ready To Pay | 10/2/2005 |
| '9000031497737 | RD 174840579 | RY | 2 | '5203517828001 | 8/28/2005 | $3,240.00 | 333287 | D0550065229 | Ready To Pay | 10/2/2005 |
| '9000031916551 | RD 174840579 | RY | 2 | '5203736213001 | 9/30/2005 | $5,354.35 | 333267 | D0550063203 | Ready To Pay | 10/7/2005 |
| '9000031963760 | RD 174840579 | RY | 2 | '5203765801001 | 9/30/2005 | $5,449.50 | 335237 | D0550063203 | Ready To Pay | 10/7/2005 |
| '9000036385056 | RD 174840579 | DJ | 2 | '5206679560001 | 5/2/2005 | $656.80 | 153899 | D0450097820 | Ready To Pay | 12/31/2049 |
| '9000036411279 | RD 174840579 | DJ | 2 | '5206696249001 | 6/7/2005 | $265.75 | 54036 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000036385055 | RD 174840579 | DJ | 2 | '5206679559001 | 6/9/2005 | $2,368.80 | 333595 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000036411278 | RD 174840579 | DJ | 2 | '5206696219001 | 6/9/2005 | $228.00 | 54072 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000036411281 | RD 174840579 | DJ | 2 | '5206698126001 | 6/10/2005 | $601.60 | 333596 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000033053028 | RD 174840579 | LV | 2 | '5204420467001 | 9/6/2005 | $4,223.89 | 550057048 | D0550063585 | Ready To Pay | 12/31/2049 |
| '9000033053029 | RD 174840579 | LV | 2 | '5204420467002 | 9/6/2005 | $19,547.77 | 550057048 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000032162166 | RD 174840579 | DJ | 2 | '5203881045001 | 9/7/2005 | $201.16 | 54862 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000036389536 | RD 174840579 | DJ | 4 | 'DMP5206689765001 | 9/7/2005 | ($201.16) | 54862 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000031633600 | RD 174840579 | LV | 2 | '5203587269001 | 9/8/2005 | $4,195.68 | 334795 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000032683820 | RD 174840579 | LV | 2 | '5204217233001 | 9/8/2005 | $4,195.68 | 334795 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000032675721 | RD 174840579 | LV | 4 | 'DMP5204217306001 | 9/8/2005 | ($4,195.68) | 334795 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000032774500 | RD 174840579 | LV | 4 | 'DMP5204282939001 | 9/8/2005 | ($4,195.68) | 334795 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000036411280 | RD 174840579 | DJ | 2 | '5206698125001 | 9/12/2005 | $3,916.20 | 334834 | D0450107645 | Ready To Pay | 12/31/2049 |
| '9000031673982 | RD 174840579 | LV | 2 | '5203609638001 | 9/12/2005 | $4,223.89 | 550057048 | D0550063585 | Ready To Pay | 12/31/2049 |
| '9000031673983 | RD 174840579 | LV | 2 | '5203609638002 | 9/12/2005 | $3,222.78 | 550057048 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000031673984 | RD 174840579 | LV | 2 | '5203609703001 | 9/12/2005 | $12,128.27 | 550057048 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000033038886 | RD 174840579 | LV | 4 | 'DMP5204420588001 | 9/12/2005 | ($4,223.89) | 550057048 | D0550063585 | Ready To Pay | 12/31/2049 |
| '9000033038887 | RD 174840579 | LV | 4 | 'DMP5204420588002 | 9/12/2005 | ($3,222.78) | 550057048 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000033038888 | RD 174840579 | LV | 4 | 'DMP5204420589001 | 9/12/2005 | ($12,128.27) | 550057048 | D0550070802 | Ready To Pay | 12/31/2049 |
| '9000031764708 | RD 174840579 | LV | 2 | '5203652795001 | 9/19/2005 | $878.85 | 335012 | D0550063585 | Ready To Pay | 12/31/2049 |
| '9000031793378 | RD 174840579 | RY | 2 | '5203669905001 | 9/21/2005 | $5,449.50 | M101455 | D0550063203 | Ready To Pay | 12/31/2049 |
| '9000031797797 | RD 174840579 | RY | 4 | 'DMP5203678612001 | 9/21/2005 | ($5,449.50) | M101455 | D0550063203 | Ready To Pay | 12/31/2049 |
| '9000031809237 | RD 174840579 | RY | 2 | '5203678455001 | 9/22/2005 | $3,240.00 | 334941 | D0550065229 | Ready To Pay | 12/31/2049 |
| '9000031809238 | RD 174840579 | RY | 2 | '5203678470001 | 9/22/2005 | $5,449.50 | 333269 | D0550063203 | Ready To Pay | 12/31/2049 |
| '005016188115 | RD 174840579 | DA | 4 | 'ADMEW02AFC46753 | 9/29/2005 | ($33,338.97) | AFC46753 | | Ready To Pay | 12/31/2049 |
| '005016203822 | RD 174840579 | RY | 4 | 'ADMDISCTS1005V | 9/30/2005 | ($216.08) | DISCTS1005 | | Ready To Pay | 12/31/2049 |
| '9000033060763 | RD 174840579 | LV | 4 | 'DMP1700001907280 | 10/1/2005 | ($2,127.00) | SUPPCHRG | | Ready To Pay | 12/31/2049 |
| '9000031947148 | RD 174840579 | LV | 2 | '5203756726001 | 10/4/2005 | $2,992.36 | 333256 | D0550063585 | Ready To Pay | 12/31/2049 |
| '9000031947149 | RD 174840579 | LV | 2 | '5203756770001 | 10/4/2005 | $6,312.84 | 323268 | D0550070802 | Ready To Pay | 12/31/2049 |
| | | | | | | $60,814.07 | | | | |

2/19/2007    Delphi Internal Ledger