Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110
(617) 946-4800
William J. Hanlon, Esq. (WH 8128)

*Attorneys for Bradford Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

## AFFIDAVIT OF SERVICE

I, William J. Hanlon, hereby certify that on this 9th day of June, 2008, I served a Motion for Leave to File Late Claims with Respect to Late Claim filed by Bradford Industries, Inc. (Proof of Claim No. 16564) and Request for Finding that Cure Claim is Conforming on the individuals below via Overnight Mail to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan
48098

And by hand delivery to the following:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | Honorable Robert D. Drain |
| Alicia M. Leonard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 | United States Trustee |

BO1 15927985.1

| | |
|---|---|
| Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY  10036 | Debtor's Counsel |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Counsel to the Official Committee of Unsecured Creditors |
| Robert J. Stark, Esq.<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY  10036 | Indenture Trustee |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis, Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 | Counsel to Debtor's Postpetition Administrative Agent |

and to all others on the Master Service List electronically.

|  |  |
|---|---|
| | /s/ William J. Hanlon |
| | William J. Hanlon (# wh8128) |
| | SEYFARTH SHAW LLP |
| | World Trade Center East |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA  02210 |
| | Telephone:    617-946-4800 |
| DATED:  June 9, 2008 | Telecopier:    617-946-4801 |

2