May 28, 2008

Honorable Robert Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Subject: Delphi Corporation: Bankruptcy by Design

Reference: Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered)

**Honorable Robert Drain:**

For the second time and with a continued respect and admiration for the court system of our land, I submit to you this plea, a plea for fairness to its people. I write to you as one of the citizens of our great land, one of those citizens, one of the victims that just happen to be at the bottom of the food chain in this elaborate orchestrated Bankruptcy spawned by corporate greed and the activities of Corporate Leadership involved in alleged violations of Racketeer Influenced and Corrupt Organizations Act.

I along with the hard working people of what once was the great Packard Electric, a Division of General Motors and the hub of our community, have bent over backwards to accommodate the demands of this Company in an attempt to salvage some remnant of manufacturing in our town while attempting to gain some understanding of the term fairness.

The purpose of this letter is to make you aware that after all the "negotiating" under the eyes of your court, with agreements ratified, our local management has reduced the process to the old "bait and switch". Not only does this result in making a mockery of your judicial guidance, but also results in yet another reduction in our wages over and beyond those cuts agreed upon at ratification.

"No loss of premiums" associated with the "continuous run" shift pattern was the main selling point for ratification of our historic concessionary agreement. Now, six months later, the

"continuous run" shift will no longer be available, effecting over 400 of the approximately 900 members of our Local that remain here in Warren, Ohio. It goes without saying this argument went to an arbitration hearing, but just like the facts placed in front you, if it is written, it is true and the Company wins again.

This changing of our shift pattern, just like the elements of bankruptcy law is a perfectly legal action perpetrated because our corporate leadership has far better lawyers than it does manufacturing managers and a morale compass that bends only in their favor.

I wish that you could see the devastation left here in Warren, Ohio, one of the "KEEP SITES" listed in your approval order. I wish that you could see the funneling of work out the door to so-called suppliers and to the new Delphi, which touts its many flawless start-ups across the pond. I would be remiss if not mention the intellectual properties now found in the hands of foreign countries along with cutting-edge tooling and the state-of-the-art machines that were pulled from their moorings as if someone's life depended on it or a "just hurry, before we caught" attitude.

If you could just imagine someone trampling your law books under foot after throwing them on the ground with total abandonment, you may have some realization of the personal suffering experienced here, as there was a total disregard for the discipline of our life's story and our craft. "To the victors go the spoils", yet I never knew we were the enemy. I thought we stayed here to help and by our sacrifice make this once again a great company. Sorry to say, we are being treated like dirt.

Thank you for taking the time to read this, it is just my hope that as the "Settler of all Disputes" that arise in this Bankruptcy, you might take the time and look way down here to see the human element and remember it was you that said. "You can't wish your employees away."

Respectfully,

*[signature]*

Salvatore L. Ciferno
2015 Ewalt Ave NE
Warren, Ohio 44483
330.372.2713