UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 05-44481RDD |
| DELPHI CORPORATION, ET AL., | Chapter 11 (Jointly Administered) |
| Debtor(s). | Hon. Robert D. Drain |
| _____/ | |

**PROOF OF SERVICE**

      The undersigned certifies that on June 10, 2008, a copy of State of Michigan, Department of Treasury's Supplemental Response to Debtors' Statement of Disputed Issues with Respect to Proof of Claim Number 16633, with Respect to Michigan Single Business Taxes for the Period of January 1, 2005 through October 7, 2005 (State of Michigan Department of Treasury – SBT Taxes) was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

United States Bankruptcy Court  
Southern District of New York  
Delphi Corporation Claim Docketing Center  
P.O. Box 5058  
Bowling Green Station  
New York, NY  10274-5058

John Wm. Butler, Jr.  
333 West Wacker Drive  
Chicago, IL  60606-1285

Karalyn A. Marafioti  
Four Times Square  
New York, NY  10036

/s/ *Jennifer A. Bielecki*_____  
Jennifer A. Bielecki, Legal Secretary  
Department of Attorney General  
Cadillac Place  
3030 W. Grand Blvd., Suite 10-200  
Detroit, MI  48202  
Telephone:  (313) 456-0140

Dated:  June 10, 2008

1