| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | **Hearing Date: 6/19/2008**<br>**at 10:00 a.m.** |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :
    DELPHI CORPORATION, et al.,         :    Case No. 05-44481 [RDD]
                                        :
                            Debtors.    :    (Jointly Administered)
                                        :
------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 10372 (SUMIDA AMERICA, INC.)

**PLEASE TAKE NOTICE** that on January 23, 2008, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 10372 (the "Claim") filed by Sumida America, Inc. ("Claimant") against Delphi Automotive Systems, LLC (the "DAS, LLC Claim") and Mechatronics (the "Mechatronics Claim") pursuant to the Debtors' Twenty-Fifth Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Untimely Equity Claims, (C) Claims Not Reflected on Debtors' Books and Records, and (D) Claims Subject To Modification (Docket No. 12288) (the "Objection")

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have (i) entered into a Settlement Agreement, dated as of June 2, 2008 (the "Settlement Agreement"), and (ii) executed a Joint Stipulation And Agreed Order to allow the Mechatronics Claim as a general unsecured non-priority claim in the amount of $2,000 and to disallow and expunge the DAS, LLC Claim (the "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for June 19, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        June 12, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000