SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: :
: :
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05–44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER SETTING MAXIMUM ALLOWED
AMOUNT OF PROOF OF CLAIM NUMBER 1144
(DENNIS STEJAKOWSKI AND LISS & SHAPERO)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Dennis Stejakowski, through his counsel Liss & Shapero ("Liss & Shapero") respectfully submit this Joint Stipulation And Agreed Order Setting Maximum Allowed Amount Of Proof Of Claim Number 1144 (Dennis Stejakowski, Liss & Shapero) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 ("Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on December 16, 2005, Liss & Shapero filed proof of claim number 1144 (the "Proof of Claim") against Delphi, which asserts an unsecured non-priority claim in the amount of $1,000,000.00 (the "Claim") arising from personal injuries.

WHEREAS, on March 27, 2008, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Books and Records Claim, (C) Untimely Books and Records Claim, (D) Untimely Claim, and (E) Claims Subject to Modification and Modified Claim Asserting Reclamation (Docket No. 13269) (the "Twenty-Eighth Omnibus Claims Objection").

WHEREAS, by the agreement of the parties, no response to the Twenty-Eighth Omnibus Claims Objection will be filed by Liss & Shapero.

WHEREAS, pursuant to this Joint Stipulation, the Debtors and Liss & Shapero

acknowledge and agree that the asserted amount of the Claim shall be modified and capped at $475,000.00.

THEREFORE, the Debtors and Liss & Shapero stipulate and agree as follows:

1. In no event shall the Claim be allowed in an amount exceeding $475,000.00.

2. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

So Ordered in New York, New York, this 12th day of June, 2008

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Anthony Shapero |
|---|---|
| John Wm. Butler, Jr. | Anthony Shapero |
| John K. Lyons | Liss & Shapero |
| Ron E. Meisler | 2695 Coolige Highway |
| SKADDEN, ARPS, SLATE, MEAGHER | Berkley, Michigan 48072 |
|   & FLOM LLP | (248) 584-1300 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | |
| (312) 407-0700 | Attorney for Dennis Stejakowski |

       - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession