TOGUT, SEGAL & SEGAL LLP                    **HEARING DATE: 7/23/2008 at 10:00 a.m.**
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                :
                                                             :    Jointly Administered
                                              Debtors.       :
                                                             :
-------------------------------------------------------------x

**SEVENTH NOTICE OF ADJOURNMENT CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14141
(SPCP GROUP, LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION/
JPMORGAN CHASE BANK, N.A./CONTRARIAN FUNDS, LLC)**

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), objected to proof of claim number 14141

(the "Proof of Claim") filed by SPCP Group, LLC as assignee of Parker Hannifin

Corporation ("SPCP") and subsequently transferred, in part, by SPCP to JPMorgan

Chase Bank, N.A. ("JPM") and, in part, by JPM to Contrarian Funds, LLC ("Contrarian"

and, together with SPCP and JPM, the "Claimants") pursuant to the Debtors'

Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed.

R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On

Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E)

Claims Subject To Modification, Tax Claims Subject To Modification, And Modified

Claims Asserting Reclamation (Docket No. 8270).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the

Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors'

Objection To Proof Of Claim No. 14141 (Docket No. 11124) scheduling an evidentiary

hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary

hearing on the merits of the Proof of Claim for January 31, 2008, at 10:00 a.m.

(prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 25, 2008, the Debtors

filed the Notice of Adjournment of Notice of Claims Objection Hearing With Respect to

Debtors' Objection to Proof of Claim No. 14141 (Docket No. 12357), adjourning the

Claims Objection Hearing until February 20, 2008.

PLEASE TAKE FURTHER NOTICE that on February 14, 2008, the Debtors

filed the Second Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 12642),

adjourning the Claims Objection Hearing until March 11, 2008.

PLEASE TAKE FURTHER NOTICE that on March 10, 2008, the Debtors

filed the Third Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13061),

adjourning the Claims Objection Hearing until April 4, 2008.

PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors

filed the Fourth Notice of Adjournment of Notice of Claims Objection Hearing With

2

Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13214),

adjourning the Claims Objection Hearing until April 18, 2008.

PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors

filed the Fifth Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13383),

adjourning the Claims Objection Hearing until May 8, 2008.

PLEASE TAKE FURTHER NOTICE that on May 12, 2008, the Debtors

filed the Amended Sixth Notice of Adjournment of Notice of Claims Objection Hearing

With Respect to Debtors' Objection to Proof of Claim No. 14141 (Docket No. 13576),

adjourning the Claims Objection Hearing until June 19, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims,

entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection

Hearing is hereby further adjourned to **July 23, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing

will proceed in accordance with the procedures provided in the Order, unless such

procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and

deadlines set forth in the Order shall remain in full force and effect.  Those deadlines

calculated based on the hearing date shall be calculated based on the July 23, 2008

Hearing Date.  Please review the Order carefully – failure to comply with the

procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.

3

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court and the Claimants.

Dated:   New York, New York
         June 13, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000