MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone:  (516) 741-6565
Facsimile:  (516) 741-6706
Thomas R. Slome (TS-0957)

Counsel for Pamela Geller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.

        Debtors.
--------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

NOTICE OF SUBSTITUTION OF COUNSEL

   PLEASE TAKE NOTICE, that Meyer, Suozzi, English & Klein P.C. has been substituted for Rosen Slome Marder LLP as counsel in the above captioned bankruptcy case (the "Bankruptcy Case") on behalf of Pamela Geller ("Ms. Geller"); the contact information for substituted counsel is:

     Meyer, Suozzi, English & Klein, P.C.
     990 Stewart Avenue, Suite 300
     P.O. Box 9194
     Garden City, New York  11530-9194
     Attn: Thomas R. Slome, Esq.
     Telephone:  (516) 741-6565
     Facsimile:  (516) 741-6706
     e-mail:  tslome@msek.com

| Dated: June 13, 2008 | Dated: June 13, 2008 |
|---|---|
| ROSEN SLOME MARDER LLP | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. |
| By:/s/ Thomas R. Slome<br>    Thomas R. Slome (TS-0957) | By: /s/ Thomas R. Slome<br>    Thomas R. Slome (TS-0957) |
| 333 Earle Ovington Blvd., Suite 901<br>Uniondale, New York 11553-3622<br>Phone: (516) 227-1600 | 990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, New York 11530-9194<br>Phone: (516) 741-6565 |
| *Former Counsel for Pamela Geller* | *Counsel for Pamela Geller* |

666262