MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone:  (516) 741-6565
Facsimile:  (516) 741-6706
Thomas R. Slome (TS-0957)

Counsel for Pamela Geller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                        Chapter 11

DELPHI CORPORATION, et al.

                                        Case No. 05-44481 (RDD)

                        Debtors.
--------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

       PLEASE TAKE NOTICE that Meyer, Suozzi, English & Klein, P.C., counsel for Pamela Geller, in the above-captioned case, hereby enters its appearance and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served in this case, be delivered to and served upon:

            MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
            990 Stewart Avenue, Suite 300
            P.O. Box 9194
            Garden City, New York  11530-9194
            Telephone:  (516) 741-6565
            Facsimile:  (516) 741-6706
            e-mail:  tslome@msek.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, plans, disclosure statements, schedules of assets and liabilities and statements of financial affairs.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: Garden City, New York
June 13, 2008

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Phone:  (516) 741-6565
Counsel for Pamela Geller

3

661092