Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
(516) 227-1600
Thomas R. Slome (TS-0957)
Counsel for Pamela Geller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.

                              Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

STATE OF NEW YORK       )
                              ) ss.:
COUNTY OF NASSAU      )

       I, Laurie Gomez, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

       On the 16$^h$ day of June, 2008, I served a true copy of the Notice of Substitution of Counsel, and Notice of Appearance and Request for Service of Papers by regular U.S. mail, postage prepaid upon the persons listed on the annexed service list.

                                     /s/ Laurie Gomez
                                     Laurie Gomez

Sworn to before me this
16th day of June, 2008.

/s/ Kathleen L. Giddens
Notary Public
Notary Public, State of New York
No. 01G16170171
Qualified in Nassau County
Commission Expires July 2, 2011

## Service List

(Counsel for Debtors)
Douglas R. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

(U.S. Trustee)
Tracy Hope Davis, Esq.
United States Trustee Office
33 White Hall Street, 21st Floor
New York, NY 10004

(Counsel for Debtors)
Jessica Kastin, Esq.
O'Melveny & Meyers
7 Times Square
New York, NY 10036

(Counsel for the Committee)
Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

(Counsel for Debtors)
John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

(Counsel for the Committee)
Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

(Counsel for Debtors)
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel for Debtors)
Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

(Counsel for Debtors)
Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

(U.S. Trustee)
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Delphi Corporation
5725 Delphi Drive
Troy, MI 48090
Attn: General Counsel

(Counsel for Debtors)
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

Jeffrey Traurig, Esq.
Togut, Segal & Segal
1 Penn Plaza
Suite 3335
New York, NY 10119

661090