**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: DELPHI CORPORATION., et al<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 05-44481-rdd<br><br>(Jointly Administered)<br><br>Hon. Robert D. Drain |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

　　　　I, James P. Murphy, a member in good standing of the bar in the State of Michigan and the bar of the United States District Court for the Eastern District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent GKN Sinter Metals, Inc., a defendant in the above referenced case.

　　　　Mailing address: 535 Griswold, Suite 1900; Detroit, MI 48226
　　　　E-mail address: murph@berrymoorman.com
　　　　Telephone number: (313) 496-1200.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 16th, 2008　　　　　　　　　　　　　　　/s/　James P. Murphy
New York, New York　　　　　　　　　　　　　　　　　James P. Murphy

---

### ORDER

　　　　**ORDERED**, that James P. Murphy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2008　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert D. Drain
_____, New York　　　　　　　　　　　　United States Bankruptcy Judge