BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
In re:                                :   **Chapter 11**
:
:   **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**       :
:   **(Jointly Administered)**
Debtors.                          :
:
:
------------------------------------- x

NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTORS' THIRTEENTH
OMNIBUS CLAIMS OBJECTION WITH PREJUDICE

1. COMES NOW secured creditor Pima County, by and through undersigned counsel, and hereby withdraws its objection filed June 14, 2007 to the Debtors' Thirteenth Omnibus Objection to Claims.

Dated this 16th day of June, 2008

BARBARA LAWALL
PIMA COUNTY ATTORNEY

_____
German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorney for Creditor Pima County

1

## CERTIFICATE OF SERVICE

I, Sharon Severson, certify that on the 16th day of June, 2008, I caused to be served a true and correct copy of Pima County's Notice of Withdrawal of Response to Debtors' Thirteenth Omnibus Objection to Claims with Prejudice on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Att'n: Legal Staff

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285
Att'n:  John Wm. Butler, Jr.
              John K. Lyons
Counsel for the Debtors

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Att'n: Alicia M. Leonhard

*S. Severson*
Sharon Severson