IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
     In re                          :     Chapter 11
                                        :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                        :
                    Debtors.    :     (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

       I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

       On June 11, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

       Notice of Intention to Renew Real Property Lease (Vaile Avenue, Kokomo, Indiana Lease) [a copy of which is attached hereto as Exhibit D]

Dated: June 16, 2008

                                */s/ Elizabeth Adam*
                                    Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of June, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Vanessa R. Quiñones*

Commission Expires:   *3/20/11*

# EXHIBIT A

Delphi Corporation
Kokomo Indiana Lease Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---------|---------|----------|----------|------|-------|-----|-------|----------------|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/12/2008 11:16 AM
Kokomo Indiana Lease Notice  Overnight

# EXHIBIT B

Delphi Corporation
Kokomo Indiana Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodburje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/12/2008 11:20 AM
Kokomo Indiana Lease Notice  Email

# EXHIBIT C

Delphi Corporation
Kokomo Indiana Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/12/2008 11:18 AM
Kokomo Indiana Lease Notice  Fax

# EXHIBIT D

**Objection Deadline:  June 24, 2008**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                          |   |                            |
|--------------------------|---|----------------------------|
| In re                    | : | Chapter 11                 |
|                          | : |                            |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
|                          | : |                            |
| Debtors.                 | : | (Jointly Administered)     |
|                          | : |                            |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF INTENTION TO RENEW REAL PROPERTY LEASE
### (Vaile Avenue, Kokomo, Indiana Lease)

1.      ORDER APPROVING RENEWAL OF LEASES

        PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain real property leases and deliver
notice to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to renew the following real property lease (the "Lease")
pursuant to the Order:

                Location Of Leased Premises:

                **1125 East Vaile Avenue**
                **Kokomo, Indiana**

2.      LEASE RENEWAL EFFECTIVE DATE

        PLEASE TAKE FURTHER NOTICE that the Debtors intend to enter into the
Lease Renewal on or after June 23, 2008, unless an objection is served in the manner
described in the Order.

3.      <u>LESSOR</u>

Tippmann Properties, Inc., agent for Laurence Tippmann, Sr., Family Limited
Partnership

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an
"insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.      <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease
Renewal is attached hereto as <u>Exhibit 2</u>.

Dated: New York, New York
        June 11, 2008

                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                        By:    /s/ John Wm. Butler, Jr._____
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                            - and -

                        By:   /s/ Kayalyn A. Marafioti_____
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, <u>et al.</u>,
                            Debtors and Debtors-in-Possession

2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                             :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
               Debtors.    :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

       Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

       ORDERED, ADJUDGED, AND DECREED THAT:

      1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

        5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

        6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

        7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
        January 6, 2006


                /s/ Robert D. Drain
                UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Terms</u>

1.  Landlord:                        Tippmann Properties, Inc., agent for Laurence
                                     Tippmann, Sr., Family Limited Partnership,
                                     9009 Coldwater Road,
                                     Fort Wayne, Indiana 46825

2.  Tenant:                          Delphi Automotive Systems LLC

3.  Premises:                        210,786 Rentable Square Feet ("Reduced
                                     Premises"), comprising a portion of the
buildings                            located at:

                                     1125 East Vaile Avenue
                                     Kokomo, Indiana

4.  Commencement Date:               January 1, 2008

5.  Expiration Date:                 December 31, 2010

6.  Reduction of Premises:           Effective January 1, 2008, the Premises were
                                     reduced from 275,000 rentable square feet to
                                     210,786 rentable square feet.  Tenant has
                                     overpaid annual rent from January 1, 2008
                                     through June 30, 2008 in the amount of $55,071
                                     and shall receive a rent credit for this
                                     overpayment.

7.  Monthly Base Rent:               Renewal Lease Year 1: $52,696.50
                                     Renewal Lease Year 2: $53,486.95
                                     Renewal Lease Year 3: $54,289.35

8.  Additional Rent:                 Tenant shall pay its proportionate share of
                                     certain operating expenses, utilities, real
                                     property taxes, special assessments, and
                                     insurance.

9.  Facility Maintenance:            Landlord assumed responsibility for certain
                                     facility maintenance matters (including the
                                     HVAC system, the electrical distribution
                                     system, fire protection system, exterior walls,
                                     parking areas, driveways, and snow removal).

10. Space Reduction Options:         Space Reduction A: Upon notice given either on

November 2, 2008 or November 2, 2009, Tenant has the option to terminate the Lease for 38,319 square feet, effective January 1 of the following year upon payment of a termination fee equal to $8,639.97 for a November 2, 2008 termination and $3,983.06 for a November 2, 2009 termination.

Space Reduction B: Upon notice given on November 2, 2009, Tenant has the option to terminate the Lease for an additional 23,695 square feet, effective January 1, 2010, upon payment of termination fee of either $2,366.88 if Tenant exercises its option to terminate Space Reduction A on November 2, 2008 or a termination fee of $3,032.96 if Tenant exercises its option to terminate Space Reduction A on November 2, 2009.

11. Permitted Use:              Warehouse and office

12. Option to Renew:           Two option terms of two years each exercisable upon six months' prior written notice before the expiration of the current term. The Annual Rent for each year of the Option Term would be at 101.5% of the annual rent in effect during the previous lease year of the current term.