

**Steven Esau**
Assistant General Counsel

May 28, 2008

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    DELPHI CORPORATION, et al., Case No. 05-44481
            Change of Address For Distribution
            **Claim No. 11979, $159,544.00**
            <u>Claimant: Hayes Lemmerz International-Wabash, Inc.</u>

Dear Clerk:

    Please forward any and all distributions on account of the proof of claim, Claim No. 11979 for $159,544.00 to the following address:

                    Hayes Lemmerz International-Wabash, Inc.
                    c/o Contrarian Funds, LLC
                      Attn: Beatriz Cancel
                411 West Putnam Avenue, Suite 425
                      Greenwich, CT 06830
                        (203) 862-8223

Hayes Lemmerz International-Wabash, Inc.

By: _____*Steven Esau*_____
Name: __Steven Esau__
Title: __Assistant Secretary__
Telephone: __734.737.5115__

*[Received stamp: MAY 30 2008]*

Hayes Lemmerz International, Inc.
World Headquarters
15300 Centennial Drive • Northville, MI 48167 USA
PH: 734 737-5115 • FAX: 734 737-5990