

**Steven Esau**
Assistant General Counsel

May 27, 2008

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    DELPHI CORPORATION, et al., Case No. 05-44481
             Change of Address For Distribution
             **Claim No. 11979, $203,562.00**
             Claimant: Industrias Fronterizias HLI SA de CV

Dear Clerk:

    Please forward any and all distributions on account of the proof of claim, Claim No. 11979 for $203,562.00 to the following address:

             Industrias Fronterizias HLI SA de CV
             c/o Contrarian Funds, LLC
             Attn: Beatriz Cancel
             411 West Putnam Avenue, Suite 425
             Greenwich, CT  06830
             (203) 862-8223

Industrias Fronterizias HLI SA de CV

By: _Steven Esau_
Name: Steven Esau
Title: Secretary
Telephone: 734.737.5115

Hayes Lemmerz International, Inc.
World Headquarters
15300 Centennial Drive • Northville, MI 48167 USA
PH: 734 737-5115 • FAX: 734 737-5990