

**Mandel, Katz & Brosnan LLP**

June 5, 2008

Kara S. Katz*
Tracy J. Brosnan*
Jacqueline Allen * **
Siu Lan Chan*
Lawrence A. Codispoti* ***
Gary Day*
Deborah Dieterich*
Matt J. Epstein*
Joan Fong *
Tara Hannon*
John J. Mandler* ***
Allison N. Reich*
Aron G. Weber*
Colin Aaron,
Special Counsel*

United States Bankruptcy Court
Alexander Hamilton Custom House
Attn: Bankruptcy Clerk
One Bowling Green
New York, New York  10004-1408

Attorneys at Law,
regulated by the Solicitors
Regulation Authority

* Admitted to practice as
an Attorney in the State
of New York

** Admitted to practice as
a Solicitor in England
and Wales

*** Admitted to practice as
an Attorney in the State
of New Jersey

VAT # 821-0546-66

    Re:    Delphi Corporation, Case 05-44481 (RDD) (Jointly Adminitered)
Notice of Withdrawal of Notices of Transfer of Claim Pursuant
to FRBP Rule 3001(e)(2)

Dear Clerk of the Court:

    This firm represents TPG Credit Opportunities Fund, L.P. ("TPG").  On behalf
of TPG, please accept for filing the attached Notice of Withdrawal of Notice of Partial
Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) Filed in Error.  We have enclosed
an original and two copies of the pleading.

    Please return a filed-stamped copy of the enclosed pleading in the self-addressed
stamped envelope enclosed.

    Please contact me with any questions relating to this matter.  Thank you very
much for your assistance.

Very truly yours,

*Tara Hannon*

Tara Hannon

TH/mv
Encl

JUN - 6 2008

NEW YORK / LONDON / SINGAPORE

TEL +1.845.639.7800      The Law Building, 210 Route 303
FAX +1.845.639.7850      Valley Cottage, New York 10989

TEL +44.20.7653.5678     4th Floor, Genesis House, 17 Godliman Street
FAX +44.20.7653.5679     London EC4V 5BD  England

TEL +65.6538.8845        15th Floor, ASO Building, 8 Robinson Road
FAX +65.6538.1977        Singapore 048544

334-019/CORRES/1619174.1

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

In re:                                            :          Chapter 11
                                                             Case No. 05-44481 (RDD)
Delphi Corporation, et al.,                       :          Jointly Administered

                              Debtors.            :

                                                  :

-------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO FRBP RULE 3001(e)(2) FILED IN ERROR

PLEASE TAKE NOTICE, that the undersigned hereby submits this Notice of Withdrawal of Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) Filed in Error based on the following facts:

1.    On May 29, 2008, the undersigned law firm prepared for electronic filing the notice, entitled Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) (the "Notice of Transfer") attached hereto as Exhibit A on behalf of its client, TPG Credit Opportunities Fund, L.P., transferee of the claim referenced therein and designated as claim number 2377 in this case.

2.    Due to a clerical error, the Notice of Transfer was originally erroneously filed listing the amount of the claim transferred as $2,315,518.38. The computer-generated receipt of such filing is attached hereto as Exhibit B.

3.    Upon discovery of such error, the undersigned re-filed the Notice of Transfer, inserting the proper information as to the correct amount of the claim transferred, which is $2,351,518.28. The computer-generated receipt of such filing is attached hereto as Exhibit C.


JUN - 6 2008

WHEREFORE, the undersigned hereby seeks to rescind the incorrect filing evidenced by the receipt in Exhibit B and retain only the filing evidenced by the receipt in Exhibit C.

Dated:      Valley Cottage, New York
            May 29, 2008

                              MANDEL, KATZ & BROSNAN, LLP
                              Counsel for TPG Credit Opportunities Fund, L.P.


                              By: *Tara Hannon*
                                  Tara Hannon (TH 2584)
                                  210 Route 303
                                  Valley Cottage, New York 10989
                                  (845) 639-7800

# EXHIBIT A

# United States Bankruptcy Court
## For the Southern District of New York

In re: <u>Delphi Corporation, et al.</u>                    Case No. <u>05-44481 (RDD)  (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

TPG Credit Opportunities Fund, L.P.                    JPMorgan Chase Bank, N.A.
Name of Transferee                                                   Name of Transferor

Name and Address where notices to transferee should be sent:                    Court Claim # (if known):  2377

                                                                                   Amount of Claim: $2,315,518.38 against Delphi
TPG Credit Opportunities Fund, L.P.                    Automotive Systems LLC
c/o TPG Credit Management LP
4600 Wells Fargo Center                                   Date Claim Filed: 3/15/06
90 South Seventh Street
Minneapolis, Minnesota  55402                          JPMorgan Chase Bank
Attention: Mark White                                       4 New York Plaza, 16th Floor
Phone: (612) 851-3044                                     New York, NY 10004
Facsimile: (612) 851-3001                                 Attention: Neelima Veluvolu
E-mail: mark.white@tpgcredit.com                     Phone: (212) 623-1979
                                                                  Fax: (646) 792-3855
                                                                  Email:  Neelima.Veluvolu@jpmorgan.com
Last Four Digits of Acct. #: _____

                                                                  Last Four Digits of Acct. #: _____
Name and Address where transferee payments
should be sent (if different from above): N/A          Last Four Digits of Acct. #: _____

Phone: _____              Phone: _____
Last Four Digits of Acct. #: _____          Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___5/15/08_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# For the Southern District of New York

In re: <u>Delphi Corporation, et al.</u>          Case No. <u>05-44481 (RDD)</u>  (Jointly Administered)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM No. 2377 (if known) was filed or deemed filed under 11 U.S.C. § 111 (a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on _____ (date).

| | |
|---|---|
| <u>JPMorgan Chase Bank, N.A.</u><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>JPMorgan Chase Bank<br>4 New York Plaza, 16th Floor<br>New York, NY 10004<br>Attention: Neelima Veluvolu<br>Phone: (212) 623-1979<br>Fax: (646) 792-3855<br>Email: Neelima.Veluvolu@jpmorgan.com | <u>TPG Credit Opportunities Fund, L.P.</u><br>Name of Transferee<br><br>Address of Transferee:<br><br>TPG Credit Opportunities Fund, L.P.<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Attention: Mark White<br>Phone: (612) 851-3044<br>Facsimile: (612) 851-3001<br>E-mail: mark.white@tpgcredit.com |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                  CLERK OF THE COURT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                        :          Chapter 11
                                              :          Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                  :          (Jointly Administered)
                                              :
    Debtors.                                  :
                                              :
-------------------------------------------------------X

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

JPMORGAN CHASE BANK, N.A., (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto TPG CREDIT OPPORTUNITIES FUND, L.P., its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor described more fully below plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered). Assignee's payment and delivery instructions are attached hereto as Exhibit A.

The claim transferred hereby represents a 46% pro-rata interest in the Proof of Claim filed by Fujitsu Ten Corp. of America ("Original Assignor"), a copy of which is attached hereto as Exhibit B. Exhibit C contains a copy of the Notice of Transfer of Claim from Original Assignor to Assignor. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 8ᵗʰ day of December, 2006.

                                              TPG Credit Opportunities Investors, L.P.
                                              By: TPG Credit Opportunities Fund G.P.,
                                              L.P.
                                              Its: General Partner
                                              As Assignee

Accepted and agreed to as of this ___ day of    By: _____
December, 2006
                                              Name: Julie K. Braun
JPMORGAN CHASE BANK, N.A.                      Title: Vice President
as Assignor

By _____
    Name:
    Title:

465626

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                          :        Chapter 11
                                                                :        Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                                    :        (Jointly Administered)
                                                                :
        Debtors.                                                :
                                                                :
-----------------------------------------------------------------X

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

JPMORGAN CHASE BANK, N.A., (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto TPG CREDIT OPPORTUNITIES FUND, L.P., its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor described more fully below plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered). Assignee's payment and delivery instructions are attached hereto as Exhibit A.

The claim transferred hereby represents a 46% pro-rata interest in the Proof of Claim filed by Fujitsu Ten Corp. of America ("Original Assignor"), a copy of which is attached hereto as Exhibit B. Exhibit C contains a copy of the Notice of Transfer of Claim from Original Assignor to Assignor. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the ____ day of December, 2006.

                                        TPG Credit Opportunities Investors, L.P.
                                        By:  TPG Credit Opportunities Fund G.P.,
                                        L.P.
                                        Its:  General Partner
                                        As Assignee

Accepted and agreed to as of this ____ day of          By:_____
December, 2006

                                                        Name:
JPMORGAN CHASE BANK, N.A.                                Title:
as Assignor

By _____

    Name:
    Title:
                    Carrie A. Parks
                    Authorized Signatory

465626

## EXHIBIT A

<u>Assignee's Payment and Delivery Instructions</u>:

---

**Contacts/Notification Methods: Borrowings, Paydowns, Interest, Fees, etc.**

|  | Primary Credit Contact | Secondary Credit Contact |
|---|---|---|
| Name: | Jonathan Rolter | Kirk Ogren |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Senior Analyst | Portfolio Manager |
| Address: | 4600 Wells Fargo Center | 4600 Wells Fargo Center |
|  | 90 South Seventh Street | 90 South Seventh Street |
|  | Minneapolis, MN  55402 | Minneapolis, MN  55402 |
| Telephone: | 952-851-3014 | 952-851-3006 |
| Facsimile: | 952-851-3001 | 952-851-3001 |
| E-Mail Address: | jroiter@tpgcredit.com | kogren@tpgcredit.com |

|  | Primary Operations Contact | Secondary Operations Contact |
|---|---|---|
| Name: | Shelley Hartman | Julie Braun |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Operations Manager | COO |
| Address: | 4600 Wells Fargo Center | 4600 Wells Fargo Center |
|  | 90 South Seventh Street | 90 South Seventh Street |
|  | Minneapolis, MN  55402 | Minneapolis, MN  55402 |
| Telephone: | 952-851-3020 | 952-851-3008 |
| Facsimile: | 952-851-3001 | 952-851-3001 |
| E-Mail Address: | confirms@tpgcredit.com | jbraun@tpgcredit.com |
|  | shartman@tpgcredit.com |  |

---

**Domestic Wire Instructions**

| Bank Name: | Wells Fargo |
|---|---|
| ABA/Routing No.: | 121000248                    *Fund* |
| Account Name: | TPG Credit Opportunities ~~Investors~~ , L.P. |
| Account No.: | 4121382~~688~~ 667 |

1

465626

**EXHIBIT B**

Proof of Claim

2

465626

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor<br>**DELPHI AUTOMOTIVE SYSTEMS LLC** | Case Number<br>**05-44640** · This Space for Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be made pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**FUJITSU TEN CORP. OF AMERICA** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and Address where notices should be sent:<br>**FUJITSU TEN CORP. OF AMERICA**<br>**Attn: Shig Onimura**<br>**47800 Halyard Drive**<br>**Plymouth, MI 48170**<br>Telephone Number: **734-414-6645** | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court.<br>This Space is for Court Use Only |

| Last four digits of account or other number by which creditor identifies Debtor: | Check here if ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods Sold
- ☐ Services Performed
- ☐ Money Loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of SS#:
  - Unpaid compensation for services performed
  - from _____ (date) to _____ (date)

**2. Date Debt was incurred:**
**9/2003 – 10/2005**

**3. If court Judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **5,504,674.99**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim.
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5.** Total Amount of Claim at Time Case Filed: $ **5,504,674.99**
| (Unsecured) | (Secured) | (Priority) | **$5,504,674.99** (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6.** Credits: The amount of all payments on this claim have been credited and deducted for the purpose of making this proof of claim. | This space for Court Use Only

**7.** Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. SEE ATTACHED SUMMARY.

**8.** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>**3/15/06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>CARSON FISCHER, P.L.C., Christopher A. Grosman, Esq. 4111 Andover Rd., West–2nd Floor, Bloomfield Hills, Michigan, 48302, Phone: (248) 644-4840, Fax (248) 644-1832 (Counsel for Claimant) |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

Fujitsu Ten Corp. of America
ACCOUNTS RECEIVABLE DETAIL AGED TRIAL BALANCE
AS OF OCTOBER 8, 2005

Milli Wave Radar Sensor

| Delco | NO | FTL Inv# | Shipping Advice # | Delphi PO# | Ship Date | Invoice Amt. |
|---|---|---|---|---|---|---|
| 1 | 5 | DA030909-1 | DA030909-1 | EKS55047 | 9/9/2003 | 6,000.00 |
| 1 | 6 | 03/1579 | JE031008 | 00488775 | 10/11/2003 | 5,492.43 |
| 1 | 7 | 03/1611 | JE031010 | 00488775 | 10/13/2003 | 4,271.89 |
| 1 | 8 | 03/1695 | JE031024 | 00488775 | 10/27/2003 | 8,543.78 |
| 1 | 9 | 03/1707 | BK-4084 | EKS56978 | 10/31/2003 | 9,000.00 |
| 1 | 10 | 03/1814 | JE031114 | 00488775A | 11/16/2003 | 17,697.83 |
| 1 | 11 | 03/1826 | JE031118 | 00488775A | 11/20/2003 | 6,712.97 |
| 1 | 12 | 03/1835 | LR031120 | 00488775A | 11/20/2003 | 1,830.81 |
| 1 | 13 | 03/1582 | JE031003 | 00488775 | 2/17/2004 | 12,205.40 |
| 1 | 14 | 04/2271 | | 450048722 | 2/20/2004 | 2,749.50 |
| 1 | 16 | 05/6053 | DA050826 | 550069810 | 8/29/2005 | 180,149.76 |
| 1 | 17 | DA050902 | DA050902 | 550069810 | 9/4/2005 | 180,149.76 |
| 1 | 18 | 05/6120 | GM050902 | 550063160 | 9/5/2005 | 24,000.00 |
| 1 | 19 | 05/6119 | JA050902 | 550061176 | 9/5/2005 | 15,800.84 |
| 1 | 20 | 05/6187 | JA050907 | 550061176 | 9/7/2005 | 37,801.44 |
| 1 | 21 | DA050912 | DA050912 | 550069810 | 9/12/2005 | 90,074.88 |
| 1 | 22 | 05/6188 | GM050907 | 550063160 | 9/16/2005 | 36,000.00 |
| 1 | 23 | 05/6189 | GM050913 | 550063160 | 9/16/2005 | 76,000.00 |
| 1 | 24 | 05/6234 | DA050919 | 550069810 | 9/20/2005 | 50,041.60 |
| 1 | 25 | 05/6235 | DA050919-1 | 450134686 | 9/20/2005 | 2,100.08 |
| 1 | 26 | 05/6237 | GM050921 | 550063160 | 9/21/2005 | 68,000.00 |
| 1 | 27 | 05/6296 | DA050923 | 450114254 | 9/23/2005 | 12,600.48 |
| 1 | 28 | 05/6298 | DA050926 | 550069810 | 9/26/2005 | 40,033.28 |
| 1 | 29 | 05/6297 | GM050926 | 550063160 | 9/26/2005 | 32,000.00 |
| 1 | 30 | 05/6299 | GM050927 | 550063160 | 9/27/2005 | 48,000.00 |
| 1 | 32 | 05/6392 | GM051004 | 550061176 | 10/4/2005 | 44,000.00 |
| 1 | 33 | 05/6394 | GM051006 | 550061176 | 10/6/2005 | 24,000.00 |

Milli Wave Radar Sensor AR Balance          1,036,256.53

## Deck Mechanism

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031281 | 2/1/2004 | 3,920.40 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031282 | 2/1/2004 | 2,613.60 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031283 | 2/1/2004 | 3,920.40 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031284 | 2/1/2004 | 5,161.86 |
| DELCO 1 | DELCO ELECTRONICS | DDE040141 | 3/20/2004 | 5,916.60 |
| DELCO 1 | DELCO ELECTRONICS | DEL040182 | 4/6/2004 | 6,188.40 |
| DELCO 1 | DELCO ELECTRONICS | DDM040191 | 4/14/2004 | 29,379.84 |
| DELCO 1 | DELCO ELECTRONICS | DDM040256 | 5/5/2004 | 16,788.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE040304 | 5/25/2004 | 7,344.96 |
| DELCO 1 | DELCO ELECTRONICS | DDE040317 | 5/31/2004 | 16,788.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE040342 | 6/10/2004 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE040553 | 8/20/2004 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040615 | 9/1/2004 | 14,889.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040642 | 9/9/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040720 | 9/24/2004 | 59,313.60 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040729 | 9/27/2004 | 34,191.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE040734 | 9/28/2004 | 51,287.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040792 | 10/11/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040814 | 10/14/2004 | 6,788.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040816 | 10/14/2004 | 25,643.52 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040820 | 10/15/2004 | 17,095.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040948 | 11/5/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-0401146 | 12/13/2004 | 8,572.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500327 | 2/22/2005 | 42,832.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500327 | | -32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500367 | 3/9/2005 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500367 | | -3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500420 | 3/22/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500911 | 8/26/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500923 | 8/31/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500924 | 8/31/2005 | 1,001.88 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500926 | 9/1/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500927 | 9/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500928 | 9/1/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500929 | 9/1/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500930 | 9/2/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500931 | 9/2/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500933 | 9/5/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500934 | 9/5/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500935 | 9/5/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500936 | 9/5/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500937 | 9/6/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500938 | 9/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500939 | 9/6/2005 | 8,015.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500940 | 9/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500941 | 9/6/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500942 | 9/6/2005 | 1,669.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500943 | 9/6/2005 | 40,075.20 |

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | DDE0500945 | 9/6/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500946 | 9/7/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500947 | 9/7/2005 | 4,229.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500948 | 9/7/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500953 | 9/7/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500954 | 9/7/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500956 | 9/8/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500957 | 9/8/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500958 | 9/8/2005 | 8,015.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500959 | 9/8/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500960 | 9/8/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500961 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500964 | 9/9/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500966 | 9/9/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500967 | 9/9/2005 | 5,343.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500968 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500969 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500970 | 9/9/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500971 | 9/12/2005 | 96,180.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500972 | 9/12/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500973 | 9/12/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500975 | 9/12/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500976 | 9/13/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500977 | 9/13/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500978 | 9/13/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500979 | 9/13/2005 | 88,165.44 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500980 | 9/13/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500981 | 9/14/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500983 | 9/14/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500984 | 9/14/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500985 | 9/14/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500986 | 9/15/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500987 | 9/15/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500988 | 9/15/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500989 | 9/15/2005 | 8,458.56 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500990 | 9/16/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500991 | 9/19/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500993 | 9/19/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500994 | 9/19/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500995 | 9/20/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500996 | 9/20/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500997 | 9/20/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500998 | 9/20/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500999 | 9/20/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501000 | 9/20/2005 | 2,671.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501001 | 9/20/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501002 | 9/20/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501003 | 9/20/2005 | 4,322.88 |

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | DDE0501004 | 9/20/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501005 | 9/23/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501007 | 9/23/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501008 | 9/23/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501009 | 9/23/2005 | 2,671.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501010 | 9/26/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501011 | 9/26/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501012 | 9/26/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501013 | 9/26/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501021 | 9/26/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501022 | 9/27/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501023 | 9/27/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501025 | 9/27/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501026 | 9/28/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501027 | 9/28/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501028 | 9/28/2005 | 88,165.44 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501029 | 9/28/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501030 | 9/29/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501031 | 9/29/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501032 | 9/29/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501033 | 10/1/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501034 | 10/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501035 | 10/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501036 | 10/1/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501037 | 10/3/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501038 | 10/3/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501039 | 10/3/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501040 | 10/3/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501041 | 10/3/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501042 | 10/4/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501044 | 10/4/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501045 | 10/4/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501051 | 10/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE051049 | 10/6/2005 | 4,934.16 |

Playback Mechanism AR Balance          4,468,418.46

Milli Wave Radar Sensor AR Balance          1,036,256.53

Grand Total          5,504,674.99

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re:                                            :    Chapter 11
                                                  :
                                                  :    Case No. 05-44481 (RDD)
                                                  :
            In re Delphi Corporation,             :    (Jointly Administered)
                                                  :
                                                  :
                                                  :
                        Debtors.

-------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

TO:  FUJITSU TEN CORP. OF AMERICA
("ASSIGNOR")
47800 Halyard Drive
Plymouth, Michigan 48170

As of March 24, 2006, Assignor's Claim against Debtors in the principal amount of
$5,111,996.27 has been transferred to the following Assignee:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, NY 10017
Attention:      Stanley Lim
Telephone:      (212) 270-4421
Fascimile:      (212) 270-2157
· E-mail:        stanley.lim@jpmorgan.com

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and
delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No
action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO
THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS
NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE
FOLLOWING ADDRESS:

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, NY 10017
> Attention:      Stanley Lim
> Telephone:    (212) 270-4421
> Fascimile:      (212) 270-2157
> E-mail:          stanley.lim@jpmorgan.com

WITH A COPY TO :

> Kirkpatrick & Lockhart Nicholson Graham LLP
> 599 Lexington Avenue
> New York, NY  10022
> Attention:      Steven H. Epstein
> Telephone:    (212) 536-4830
> Fascimile:     (212) 536-4001
> E-mail :         sepstein@klng.com

If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY
FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE
BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: March 24, 2006

JPMORGAN CHASE BANK, N.A.

By: _____

Name:
Title:         Stanley Lim
               Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------x
  In re:                                           :   Chapter 11
                                                   :
                                                   :   Case No. 05-44481 (RDD)
                                                   :
            In re Delphi Corporation,              :   (Jointly Administered)
                                                   :
                                                   :
                            Debtors.

--------------------------------------------------x
```

**FUJITSU TEN CORP. OF AMERICA** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $5,111,996.27 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated March 15, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 24th day of March, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee.

By _____
Name:                    Stanley Lim
Title:              Authorized Signatory

Accepted and agreed to as of this 24th date of
March, 2006.

FUJITSU TEN CORP. OF AMERICA, as
Assignor

By _____
   Name:
   Title:

IN WITNESS WHEREOF, dated the 24th day of March, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
Name:
Title:

Accepted and agreed to as of this 24th date of
March, 2006

FUJITSU TEN CORP. OF AMERICA, as
Assignor

By _____
Name: Hajime Hasegawa
Title: Chief Financial Officer

# EXHIBIT B

## File a Claim action:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Hannon, Tara entered on 5/15/2008 at 1:47 PM and filed on 5/15/2008

**Case Name:**    Delphi Corporation
**Case Number:**    05-44481-rdd
**Document Number:** 13613

**Docket Text:**
Transfer Agreement FRBP *Claim against Delphi Automotive Systems LLC. Partial* Transfer Agreement 3001 (e) 2 Transferors:JPMorgan Chase Bank, N.A.(Claim No.2377, Amount 2,315,518.68). To TPG Credit Opportunities Fund, L.P.. filed by Tara Hannon on behalf of TPG Credit Opportunities Fund, L.P..(Hannon, Tara)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\vcexch01\UserDocs\mdelavega\My Documents\PDF\334-019 COF.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/15/2008] [FileNumber=6711031-0]
[99e65d3cc9bc363438dfd9a2642a477cca25c809911325aa4d9377de24b592faa7d20
fc99fc3c86f25147280c99265e92751f01054b0615d7d5649d8dd75ed68]]

# EXHIBIT C

## File a Claim action:

05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Hannon, Tara entered on 5/29/2008 at 3:56 PM and filed on 5/29/2008

**Case Name:**         Delphi Corporation
**Case Number:**       05-44481-rdd
**Document Number:** 13690

**Docket Text:**
Transfer Agreement FRBP *Amended Transfer Agreement regarding Claim against Delphi Automotive Systems LLC, Original Docket Number 13613. Partial* Transfer Agreement 3001 (e) 2 Transferors:JPMorgan Chase Bank, N.A.(Claim No.2377, Amount 2,351,518.28). To TPG Credit Opportunities Fund, L.P.. filed by Tara Hannon on behalf of TPG Credit Opportunities Fund, L.P.. (Hannon, Tara)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\vcexch01\UserDocs\mdelavega\My Documents\PDF\334-01.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/29/2008] [FileNumber=6740199-0]
[ab614f06563f8907501eab9c6474cb8ada880e48e8e4b536d814524524470bb6e24f9
3a1f938156e93432e9a56d96f239d47fb4475ee120b3e7a3674ee8f02c4]]