United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| Delphi Automotive Systems, Llc | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. 05-44640 |
| | } |
| Debtor | } |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **TECNOMEC SRL (related document [4838])** in the amount of **$$46,942.26** is hereby withdrawn by Liquidity Solutions Inc dba Capital Markets.

Chris Oh
Liquidity Solutions Inc dba
Capital Markets
201-968-0001

496731