**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION, et al., | : Chapter 11 |
| | : |
| Debtors. | : Case No. 05-44481 (RDD) |
| | : |
| | : (Jointly Administered) |
| | : |

**NOTICE OF TRANSFER OF CLAIM NO. 9010 PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)   Johann Haltermann, Ltd.
c/o Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Attention: Anne Marie P. Kelley, Esquire

The transfer of your Claim #9010 as shown above, in the amount of $12,939.51 has been transferred (unless previously expunged by court order) to:

The Dow Chemical Company
Attention: Lee H. Sjoberg, Esquire
2030 Dow Center
Midland, MI 48674

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

  United States Bankruptcy Court
  Southern District of New York
  615-3 Alexander Custom House
  One Bowling Green
  New York, NY 1004-1408

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Intake Clerk

726248_1

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____,
2008.

INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent)

Copy to Transferee: _____

_____
Deputy Clerk

726248_1

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit B

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of Pennsylvania
      615-3 Alexander Custom House
      One Bowling Green
      New York, NY 1004-1408
      Attn: Clerk

AND TO:   Delphi Corporation, et al. ("Debtor")
          Case No. 05-44481

Claim #9010

Johann Haltermann, LTD., its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

THE DOW CHEMICAL COMPANY
Attn: Lee H. Sjoberg, Esquire
2030 Dow Center
Midland, MI 48674

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $12,939.51 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative effective as of February 28, 2008.

Johann Haltermann, Ltd.
By: _____
Name: STEFAN KOCH
Title: AUTHORIZED REPRESENTATIVE

726261_2