IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                         :    Chapter 11

                                :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)

                                :

                    Debtors.    :    (Jointly Administered)

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On June 12, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

    1) Notice of Intention to Renew Real Property Lease (East River Road, Moraine, Ohio Lease) [a copy of which is attached hereto as Exhibit D]

      On June 12, 2008, I caused to be served the document listed below (i) upon the party listed on Exhibit E hereto via electronic notification, and (ii) upon the party listed on Exhibit F hereto via facsimile:

    2) Notice of Intention to Renew De Minimis Real Property Lease (Brighton, Michigan Lease) [a copy of which is attached hereto as Exhibit G]

Dated: June 18, 2008

_/s/ Elizabeth Adam_
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of June, 2008, by
Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _/s/ L. Maree Sanders_

Commission Expires: _10/1/09_

# EXHIBIT A

Delphi Corporation
Moraine Lease Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/16/2008 4:57 PM
Moraine Lease Notice Overnight

# EXHIBIT B

Delphi Corporation
Moraine Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/16/2008 5:01 PM
Moraine Lease Notice  Email

# EXHIBIT C

Delphi Corporation
Moraine Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Fax | Party/Function |
|---------|---------|----------|------|-------|-----|-------|-----|----------------|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/16/2008 4:59 PM
Moraine Lease Notice  Fax

# EXHIBIT D

**Objection Deadline:  June 26, 2008**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO RENEW REAL PROPERTY LEASE
(East River Road, Moraine, Ohio Lease)

1.    ORDER APPROVING RENEWAL OF LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363, 1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases Without Further Court Approval (the "Order," a copy of which is attached hereto as Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to enter into certain real property leases and deliver notice to the Notice Parties (as defined in the Order) without further Court approval.  The Debtors have determined to renew the following real property lease (the "Lease") pursuant to the Order:

Location Of Leased Premises:

2582 – 2584 East River Road
Moraine, Ohio

2.    LEASE RENEWAL EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that the Debtors intend to enter into the Lease Renewal on or after June 26, 2008 unless an objection is served in the manner described in the Order.

3.    <u>LESSOR</u>

2574 East River Road Building 10 LLC

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.    <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease Renewal is attached hereto as <u>Exhibit 2</u>.

Dated:   New York, New York
         June 12, 2008

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 9331)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

    - and -

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, <u>et al.</u>,
   Debtors and Debtors-in-Possession

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                  :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
<u>LEASES WITHOUT FURTHER COURT APPROVAL</u>

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.  The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          January 6, 2006


                       /s/ Robert D. Drain
                       UNITED STATES BANKRUPTCY JUDGE

3

<u>Exhibit 2 - Lease Terms</u>

1. Landlord:

2574 East River Road Building 10 LLC
c/o Mid-States Industrial Complex, Ltd.
4000 Miller-Valentine Court
Moraine, Ohio  45439

2. Tenant:

Delphi Automotive Systems LLC

3. Premises:

51,200 square feet of the buildings located at:

2582 – 2584 East River Road
Moraine, Ohio

4. Commencement Date:

June 1, 2008

5. Expiration Date:

May 31, 2011

6. Monthly Base Rent:

Renewal Lease Year 1: $22,613.33
Renewal Lease Year 2: $23,291.73
Renewal Lease Year 3: $23,990.49

7. Additional Rent:

Tenant shall pay its proportionate share of certain operating expenses, utilities, real property taxes, special assessments, and insurance.

8. Termination Option:

Tenant has the option to terminate the Lease at the end of each Renewal Lease Year, upon at least 180 days' notice prior to the end of such Renewal Lease Year.  No termination penalty is due upon early lease termination.

9. Permitted Use:

Office, warehouse, distribution, light manufacturing and laboratory space.

10. Option to Renew:

One option term of three years exercisable upon written notice given 180 days prior to the expiration of the current term.  The Base Rent for the Option Term would be $24,192.00 per month.

# EXHIBIT E

Delphi Corporation
De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|-----------|------|-------|-----|-------|------------------|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/16/2008
Brighton De Minimis Lease Notice Service List Email

# EXHIBIT F

Delphi Corporation
De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|------|-------|-----|-------|-----|------------------|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/16/2008 4:52 PM
Brighton De Minimis Lease Notice Service List Fax

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
      In re                          :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,        :    Case No.  05-44481 (RDD)
                                        :
              Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF INTENTION TO RENEW DE MINIMIS REAL PROPERTY LEASE
(Brighton, Michigan Lease)

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
PROPERTY LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to renew the following de minimis real property lease (the
"Lease") pursuant to the Order:

Location Of Leased Premises:

12501 East Grand River
Brighton, Michigan

2.    LEASE RENEWAL EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems LLC (the
"Tenant"), one of the Debtors, plans on entering into the Lease Renewal with respect to
the premises described in paragraph 1 hereof (the "Premises") on June 13, 2007.

3.    LESSOR

Osprey S.A., LTD.

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.    DESCRIPTION OF LEASE RENEWAL TERMS

PLEASE TAKE FURTHER NOTICE that a description of the terms of the de minimis Lease Renewal is attached hereto as Exhibit 2.

Dated:  New York, New York
        June 12, 2008

                                SKADDEN, ARPS, SLATE, MEAGHER
                                   & FLOM LLP

                                By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr. (JB 4711)
                                    John K. Lyons (JL 9331)
                                    Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois 60606

                                    - and -

                                By:   /s/ Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti (KM 9632)
                                    Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036

                                Attorneys for Delphi Corporation, et al.,
                                   Debtors and Debtors-in-Possession

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :

In re                     :     Chapter 11
                      :

DELPHI CORPORATION, et al.,   :     Case No. 05-44481 (RDD)
                      :

              Debtors.   :     (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the

Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or

Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors

shall be authorized but not directed to enter into or renew a De Minimis Lease without further

Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice

of the terms of any De Minimis Lease it intends to enter into to counsel for the Official

Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event

Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured

Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the

Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De

Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors

shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or

Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the

Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice")

to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel

for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors'

prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility

(collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile,

overnight delivery, or hand delivery.  The Lease Notice shall include the following information:

(a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a

statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
         January 6, 2006

                           /s/ Robert D. Drain
                           UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Renewal Terms</u>

1. Lessor:

**Osprey S.A., LTD**
7600 Grand River, Suite 185
Brighton, Michigan 48114

2. Tenant:

Delphi Automotive Systems LLC

3. Premises:

Building comprising 178,560 square feet (the "Building"), and approximately 3.12 acres of land and associated improvements (the "Additional Property"), all located at:

12501 East Grand River
Brighton, Michigan

4. Reduced Premises:

Effective July 1, 2008, the square footage in the Building would be reduced to 61,170 square feet (the "Revised Premises").

4. Commencement Date:

July 1, 2008

5. Expiration Dates:

| | |
|---|---|
| Revised Premises: | June 30, 2009 |
| Additional Property: | June 30, 2010 |

6. Monthly Base Rent:

| | |
|---|---|
| Revised Premises: | $36,803.95 |
| Additional Property: | $1,573.39 |

7. Operating Expenses:

Tenant shall pay its proportional share of operating expenses, utilities, real property taxes, special assessments, and insurance.

8. Permitted Use:

Any lawful purpose.

9. Renewal Options:

Revised Premises:  No renewal option.

Additional Property:  Two option terms of one year each exercisable upon 90 days' prior written notice before the expiration of the current term. The rent would remain unchanged.