KELLEY DRYE & WARREN LLP  
101 Park Avenue  
James S. Carr (JC-1603)  
Howard S. Steel (HS-5515)  
New York, NY  10178  
Tel:  (212) 808-7800  
Fax:  (212) 808-7897  

Hearing Date: July 19, 2007, at 10:00 a.m.  
Response Deadline:  July 12, 2007, at 4:00 p.m.

Counsel for Hoover Precision Products, Inc.

UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al*<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF RESPONSE OF HOOVER PRECISION PRODUCTS, INC. TO DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION

Hoover Precision Products, Inc. hereby withdraws, with prejudice, its Response to the Debtors' Seventeenth Omnibus Claims Objection [Docket No. 8388], pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 11292 [Docket No. 10843].

Date:  New York, New York  
       June 19, 2008

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*  
    James S. Carr (JC-1603)  
    Howard S. Steel (HS-5515)  
101 Park Avenue  
New York, NY  10178  
Tel:  (212) 808-7800  
Fax:  (212) 808-7897

COUNSEL FOR HOOVER PRECISION PRODUCTS, INC.