CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF RESPONSE OF ATS OHIO INC. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS

ATS Ohio Inc. ("ATS") hereby withdraws the *Response of ATS Ohio Inc. to the Debtors' Nineteenth Omnibus Claims Objection* (docket no. 9075) filed on August 14, 2007 pursuant to the terms of the *Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 15671 (ATS Ohio Inc. and Longacre Master Fund Ltd.)* (docket no. 10965).

Dated: June 19, 2008

Respectfully submitted,

CLARK HILL PLC

By: /s/ Robert D. Gordon
    Robert D. Gordon (Mich. Bar No. P48627)
    admitted *pro hac vice*
    500 Woodward Avenue, Suite 3500
    Detroit, Michigan 48226-3435
    (313) 965-8572
    rgordon@clarkhill.com

Attorneys for ATS Ohio Inc.

5610936.1 25743/103154