Sam O. Simmerman (0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street N.W./P.O. Box 36963
Canton, OH 44735-6963
Phone:  (330) 497-0700/Fax:  (330) 497-4020
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) : |

-------------------------------------------------------- x

# NOTICE OF WITHDRAWAL OF CLAIM HOLDER, MILLWOOD INC. dba LIBERTY INDUSTRIES, INC.'S RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

1. Claim Holder, Millwood, Inc. dba Liberty Industries, Inc. by and through the undersigned counsel, hereby withdraws its Response filed to the Debtors' Thirteenth Omnibus Objection to Claims (Docket No. 8003) with prejudice.

M\07383.00\0241\PD\NT WD 01.doc\mph

*/s/ Sam O. Simmerman*
Sam O. Simmerman (SS – 7848)
(Ohio Bar Number 0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street N.W./P.O. Box 36963
Canton, OH 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on June 20, 2008 Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Copies of the within were also sent by ordinary U.S. Mail this 20th day of June, 2008, to:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher<br> & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attn:   John Wm. Butler, Jr.<br>         John K. Lyons<br>         Joseph N. Wharton |

*/s/ Sam O. Simmerman*
Sam O. Simmerman (SS – 7848)
(Ohio Bar Number 0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.