```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
IN RE:
                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,
                                              Chapter 11
         Debtors.
---------------------------------------X
```

## WITHDRAWAL OF 0PPOSITION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTOR'S TWENTIETH OMNIBUS OBJECTION TO CERTAIN CLAIMS

The New York State Department of Taxation and Finance ("the Tax Department"), by its attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby withdraws its Opposition to the Debtors' Objection to the tax claims of the State of New York, filed by Delphi Corporation, et al., debtors herein (the "Debtors").

Dated: New York, New York
       June 20, 2008

>                                    ANDREW M. CUOMO
>                                    Attorney General of the
>                                     State of New York
>                                    <u>Attorney for the New York State</u>
>                                     <u>Department of Taxation and</u>
>                                     <u>Finance</u>
>                                    By:
>
>                                     /s/ Neal S. Mann
>                                    NEAL S. MANN (NM-0617)
>                                    Assistant Attorney General
>                                    120 Broadway, 24th Floor
>                                    New York, New York 10271
>                                    Tel. No. (212) 416-8666

**CERTIFICATE OF SERVICE**

      NEAL S. MANN certifies that:

      He is an Assistant Attorney General in the office of ANDREW M. CUOMO, the Attorney General of the State of New York, Attorney for the New York State Department of Taxation and Finance herein.  On the 20th day of June, 2008 he served the annexed WITHDRAWAL OF OPPOSITION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CERTAIN  CLAIMS upon the following parties:

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY, 10036
Attn: Kayalyn A. Marafioti, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Attorneys and parties in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

                                                /s/ Neal S. Mann
                                                NEAL S. MANN