ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel to Cadence Innovation LLC*

**UNITED STATES DISTIRCT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
    DELPHI CORPORATION, *et. al.*,             :    Case No. 05-44481 (RDD)
                                                             :
                       Debtors.    :    Jointly Administered
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE OF CADENCE INNOVATION**
**LLC TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS**

    In accordance with the Joint Stipulation and Agreed Order in Respect of Debtors' Plaintiff Claims Estimation Motion and Third Omnibus Objection to Claims of Cadence Innovation LLC [Docket No. 11465] (the "Order"), Cadence Innovation Systems LLC ("Cadence") and Defendant Delphi Corporation, *et al.* ("Delphi") hereby withdraws its Response to the Third Omnibus Objection to Claims [Docket No. 5769] with prejudice.  Cadence expressly reserves all rights under the Order and the Settlement Agreement (as defined in the Order).

    Respectfully submitted, this 20th day of June 2008.

  (312) 407-0700                            ALSTON & BIRD LLP

*Attorneys for Delphi Corporation, et al.,*        /s/ Dennis J. Connolly
*Debtors and Debtors-in-Possession*           Dennis J. Connolly (DC-9932)
                                                          One Atlantic Center

- 2 -

        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Telephone (404) 881-7000
        Facsimile (404) 881-7777

*Attorneys for Cadence Innovation LLC*