Form 210A (10/06)

# United States Bankruptcy Court
For The Southern District Of New York

In re: **Delphi Corporation, et al.**　　　　　　　　　　Case No. **05-44481 (RDD)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300I(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| APS Capital Corp. | Cadence Innovation LLC Successor in Interest to Patent Holding Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):　　　10100
Amount of Claim: $3,750,000.00 (allowed amount)
Date Claim Filed:　　　7/20/2006

Steven A. Klenda
1301 S. Capital of Texas Hwy., Suite A131
Austin, TX 78746
Phone: (512) 314-4473

Last Four Digits of Acct # _____　　　　Last Four Digits of Acct # _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct # _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　　　s/ Steven A. Klenda　　　　　　　Date:　　　June 20, 2008
　　　　Transferee/Transferee's Agent

*Penalty for making a false statement; Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**EXHIBIT A**

**EVIDENCE OF TRANSFER**

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

Cadence Innovation LLC, with an address at c/o David A. Wender, Esq, Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309 (the "Assignor") transfers and assigns unto APS Capital Corp., its successors and assigns (the "Assignee"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "Agreement"), all of its right, title and interest in and to that certain proof of claim, identified on the attached Schedule, as further identified in the duly and timely filed Proof of Claim against Delphi Automotive Systems LLC (the "Debtor"), in Case No. 05-44481 (RDD) (jointly administered) before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of June __19__, 2008.

Assignor:                                                           Assignee:

**CADENCE INNOVATION LLC**                        **APS CAPITAL CORP.**

_/s/ Rajesh K. Shah_                                           _/s/ George S. Conwill_
Name: Rajesh R. Shah                                        Name: George S. Conwill
Title: Exec. V.P. & CFO                                        Title:    President

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

A-1

SCHEDULE 1

| Original Creditor | Claim Number | Allowed and Purchase Amount[*] |
|---|---|---|
| Cadence Innovation LLC | 10100 | $3,750,000.00 |

---

[*] The Court's Joint Stipulation and Agreed Order in Respect of Debtors' Claims Estimation Motion and Third Omnibus Objection to Claims of Cadence Innovation LLC (Doc. No. 11456, dated December 12, 2007) allowed the Claim in the amount of $3,750,000.00.