SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

   In re                           :        Chapter 11
                                         :
DELPHI CORPORATION, et al.,   :        Case No. 05–44481 (RDD)
                                       :
                Debtors.   :        (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER SETTING MAXIMUM
AMOUNT OF PROOF OF CLAIM NUMBER 12148
(NICHOLAS HOTCHKIN)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Nicholas Hotchkin ("Hotchkin") respectfully submit this Joint Stipulation And Agreed Order Capping Proof Of Claim Number 12148 (Nicholas Hotchkin) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 ("Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 28, 2006, Hotchkin filed proof of claim number 12148 (the "Proof of Claim") against Delphi.  The Proof of Claim asserts an unsecured non-priority claim in an unliquidated amount arising from alleged employee benefits (the "Claim").

WHEREAS, by the execution of this Joint Stipulation and the agreement of the parties, the Proof of Claim is hereby deemed objected to within the meaning of section 502 of the Bankruptcy Code.

WHEREAS, the parties hereto acknowledge that they have been given the opportunity to consult with counsel before executing this Joint Stipulation and are executing such Joint Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Joint Stipulation.

WHEREAS, pursuant to this Joint Stipulation, the Debtors and Hotchkin acknowledge and agree that  the asserted amount of the Claim shall be modified and capped at $50,000.00.

2

THEREFORE, the Debtors and Hotchkin stipulate and agree as follows:

1. The Claim is hereby capped such that in no event shall the Claim be allowed in an amount exceeding $50,000.00.

2. The Claim is hereby deemed objected to within the meaning of section 502 of the Bankruptcy Code.

3. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

So Ordered in New York, New York, this <u>20th</u> day of June, 2008

                                       /s/Robert D. Drain
                                       UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Nicholas Hotchkin |
|---|---|
| John Wm. Butler, Jr. | Nicholas Hotchkin |
| John K. Lyons | 240 Grey fox Run |
| Ron E. Meisler | Chagrin Falls, Ohio 44022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (440) 893-9359 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | |
| (312) 407-0700 | |

                 - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3