**Hearing Date: June 24, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED THIRTY-SECOND OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
    Alexander Hamilton Custom House, Room 610, 6th Floor, One
    Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

    E.    Adversary Proceedings (4 Matters)

**B.**    **Continued Or Adjourned Matters**[*](None)

**C.**    **Uncontested, Agreed, Or Settled Matters**

    1.    **"Power Products Contract Assumption and Assignment Motion"** - Motion Under 11 U.S.C. § 365 For Order Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts In Connection With Sale Of Debtors' Power Products Business To Strattec Buyers (Docket No. 13713)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *The hearing with respect to this matter will be proceeding.*

**D.**    **Contested Matters** (None)

---

[*] Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

**E.     Adversary Proceedings**

2.  **"The Official Committee Of Unsecured Creditors' Motion For An Order Authorizing Its Intervention In Adversary Proceeding No. 08-01232"** - The Official Committee Of Unsecured Creditors' Motion For An Order Authorizing Its Intervention In Adversary Proceeding No. 08-01232 (Adv. Pro. No. 08-01232) (Docket No. 14)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    *Notice Of Cancellation Of Hearing On Delphi's Motion For Expedited Discovery And Trial And Status Conference Concerning The Official Committee Of Unsecured Creditors' Motion To Intervene (Adv. Pro. No. 08-01232) (Docket No. 37)*

    *Supplement To The Official Committee Of Unsecured Creditors' Motions For Orders Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233 (Adv. Pro. No. 08-01232) (Docket No. 40)*

    *Notice Of Hearing On The Official Committee Of Unsecured Creditors' And The Official Committee Of Equity Security Holders' Motions For Orders Authorizing Their Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233 (Adv. Pro. No. 08-01232) (Docket No. 41)*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

3.  **"The Official Committee Of Equity Security Holders' Motion For An Order Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233"** - The Official Committee Of Equity Security Holders' Motion For An Order Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233 (Adv. Pro. No. 08-01232) (Docket No. 43)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

|   |   |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

4. **"The Official Committee Of Unsecured Creditors' Motion For An Order Authorizing Its Intervention In Adversary Proceeding No. 08-01233"** - The Official Committee Of Unsecured Creditors' Motion For An Order Authorizing Its Intervention In Adversary Proceeding No. 08-01233 (Adv. Pro. No. 08-01233) (Docket No. 5)

|   |   |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Notice Of Adjournment Of Delphi's Motion For Expedited Discovery And Trial And The Status Conference On The Official Committee Of Unsecured Creditors' Motion For An Order Authorizing Its Intervention In Adversary Proceeding No. 08-01233* (Adv. Pro. No. 08-01233) (Docket No. 17) |
|  | *Notice Of Cancellation Of Hearing On Delphi's Motion For Expedited Discovery And Trial And Status Conference Concerning The Official Committee Of Unsecured Creditors' Motion To Intervene* (Adv. Pro. No. 08-01233) (Docket No. 21) |
|  | *Supplement To The Official Committee Of Unsecured Creditors' Motions For Orders Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233* (Adv. Pro. No. 08-01233) (Docket No. 23) |
|  | *Notice Of Hearing On The Official Committee Of Unsecured Creditors' And The Official Committee Of Equity Security Holders' Motions For Orders Authorizing Their Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233 (Docket 41 Adv. Pro. No. 08-01232)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

5. **The Official Committee Of Equity Security Holders' Motion For An Order Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233** - The Official Committee Of Equity Security Holders' Motion For An Order Authorizing Its Intervention In Adversary Proceedings Nos. 08-01232 And 08-01233 (Adv. Pro. No. 08-01233) (Docket No. 25)

|  |  |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated:  New York, New York
        June 23, 2008

                          SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                          By: /s/ John Wm. Butler, Jr.
                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                          333 West Wacker Drive, Suite 2100
                          Chicago, Illinois  60606
                          (312) 407-0700

                                - and -

                          By: /s/ Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession