COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Harco Industries, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
    In re                              :     Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :     Case No. 05-44481 (RDD)
                                                     :
                Debtors.         :     (Jointly Administered)
---------------------------------------------------- :

## WITHDRAWAL OF RESPONSE OF HARCO INDUSTRIES, INC. TO DEBTOR'S TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE, that Harco Industries, Inc., by its undersigned counsel, hereby withdraws its Response to Debtor's Twenty-Second Omnibus Claims Objection (Docket No. 10849) with Prejudice.

Dated:  June 23, 2008                Respectfully submitted,

                                             COOLIDGE WALL CO., L.P.A.

                                             */s/ Ronald S. Pretekin*
                                             Ronald S. Pretekin  (OH 0018694)
                                             33 West First Street, Suite 600
                                             Dayton, OH  45402
                                             Telephone:  937-223-8177
                                             Facsimile:  937-223-6705
                                             e-mail:  pretekin@coollaw.com

                                             ATTORNEYS FOR HARCO
                                             INDUSTRIES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2008, a copy of the foregoing ***Withdrawal of Response*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system. Copies were forwarded to those parties listed below via regular U.S. Mail.

                                                                   */s/ Ronald S. Pretekin*
                                                                   Ronald S. Pretekin

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br> for the Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY  100064 | Skadden Arps Slate Meagher & Flom LLP<br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>Four Times Square<br>New York, NY  10036<br>*(Counsel to Debtor)* |
| Delphi Corporation<br>Attn:  Deputy General Counsel<br>Transactional & Restructuring<br>5725 Delphi Drive<br>Troy, MI  48098<br>(*Debtor*) | Skadden Arps Slate Meagher & Flom LLP<br>John William Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>*(Counsel to Debtor)* |
| Office of the United States Trustee<br>for the Southern District of New York<br>Attn:  Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004<br>*(United States Trustee)* | Latham & Watkins LLP<br>Attn:  Mark A. Broude<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY  10022<br>*(Counsel to Creditors Committee)* |

S:\Wdox\Client\008134\00151\00398916.Doc

PDF created with pdfFactory trial version www.pdffactory.com