# Exhibit A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing Proof of Claim** | **Owner of Claim** | **Allowed Amount** | **Debtor** | **Classification** |
| 2298 | 3/15/2006 | ALCAN ROLLED PRODUCTS RAVENSWOOD LLC FKA PECHINEY ROLLED PRODUCTS LLC | CONTRARIAN FUNDS LLC | $3,648,422.17 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 5407 | 5/9/2006 | HOUSTON ENERGY SERVICES CO LLC | CONTRARIAN FUNDS LLC | $63,933.25 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 5886 | 5/15/2006 | MCCARTHY TETRAULT LLP | CONTRARIAN FUNDS LLC | $94,419.36 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 6039 | 5/16/2006 | EMITEC INC | CONTRARIAN FUNDS LLC | $56,725.33 | ASEC MANUFACTURING GENERAL PARTNERSHIP | General Unsecured Claim |
| 6120 | 5/17/2006 | WOODLAND OIL INC | CONTRARIAN FUNDS LLC | $26,321.30 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7234 | 5/31/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELMOS NA INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELMOS NA INC | $133,814.28 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7236 | 5/31/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MARKEL CORPORATION | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MARKEL CORPORATION | $23,159.36 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7241 | 5/31/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF 3D SOLUTIONS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF 3D SOLUTIONS INC | $25,192.75 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7368 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHLEMMER SA DE CV | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHLEMMER SA DE CV | $2,650.60 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7370 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TURTLE & HUGHES INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TURTLE & HUGHES INC | $249,751.39 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 7373 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF AMEC EARTH AND ENVIRONMENTAL INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF AMEC EARTH AND ENVIRONMENTAL INC | $85,212.78 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |

# Exhibit A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing Proof of Claim** | **Owner of Claim** | **Allowed Amount** | **Debtor** | **Classification** |
| 7710 | 6/9/2006 | ENTECH UTILITY SERVICE BUREAU INC | CONTRARIAN FUNDS LLC | $40,840.47 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 8025 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INDUSTRIAL CONTAINER SERVICES | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INDUSTRIAL CONTAINER SERVICES | $29,583.40 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 8027 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PML FLIGHTLINK LTD | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PML FLIGHTLINK LTD | $28,746.00 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 8028 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CONTINENTAL DO BRASIL EFT PRODUTOS AUTOMOTIVOS | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CONTINENTAL DO BRASIL EFT PRODUTOS AUTOMOTIVOS | $169,981.04 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 8031 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF APW ENCLOSURE SYSTEMS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF APW ENCLOSURE SYSTEMS INC | $65,140.52 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | General Unsecured Claim |
| 9093 | 7/6/2006 | SEFAR PRINTING SOLUTIONS INC | CONTRARIAN FUNDS LLC | $170,094.10 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 9108 | 7/7/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETAS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETAS INC | $377,709.28 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 10260 | 7/21/2006 | AUSTIN TUBE PRODUCTS INC EFT | CONTRARIAN FUNDS LLC | $137,996.40 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 10384 | 7/24/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF THUMB PLASTICS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF THUMB PLASTICS INC | $2,408.45 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 12684 | 7/28/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL CORPORATION UK LTD | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL CORPORATION UK LTD | $10,692.50 | DELCO ELECTRONICS OVERSEAS CORPORATION | General Unsecured Claim |

# Exhibit A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing Proof of Claim** | **Owner of Claim** | **Allowed Amount** | **Debtor** | **Classification** |
| 12699 | 7/28/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PYLON TOOL CORPORATION | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PYLON TOOL CORPORATION | $250,716.22 | DELPHI MECHATRONIC SYSTEMS, INC. | General Unsecured Claim |
| 16336 | 9/27/2006 | REISING ETHINGTON BARNES | CONTRARIAN FUNDS LLC | $71,853.97 | DELPHI TECHNOLOGIES, INC | General Unsecured Claim |
| 16516 | 2/7/2007 | AMPLIFIER RESEARCH CORP | CONTRARIAN FUNDS LLC | $30,510.00 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |
| 16534 | 2/9/2007 | FBF INC SUCCESSOR IN INTEREST TO FBF INDUSTRIES INC | CONTRARIAN FUNDS LLC | $36,622.73 | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim |