UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
In re:                                    :
                                                     Chapter 11
Delphi Corporation, et al.,               :          Case No. 05-44481 (RDD)
                                                     Jointly Administered
            Debtors.                      :
                                          :
------------------------------------------x

NOTICE OF CHANGE OF ADDRESS OF
BEAR STEARNS INVESTMENT PRODUCTS INC.

 PLEASE TAKE NOTICE, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that BEAR STEARNS INVESTMENT PRODUCTS INC. ("Bear"), a creditor in the above captioned case, has changed its address, and hereby requests service of any pleadings, notices, distributions, correspondence, and other papers in this case at the following new address:

 Bear Stearns Investment Products Inc.
 c/o JPMorgan Chase Bank, N.A.
 Mail Code: NY1-A436
 Attn: Susan McNamara, Legal Dept
 1 Chase Manhattan Plaza, 26th floor
 New York, New York 10081

 Bear's new telephone and facsimile numbers and email address are as follows:

 Phone 212-552-1038
 Fax 212-552-5766
 Email susan.mcnamara@chase.com

Dated: June 20, 2008

BEAR STEARNS INVESTMENT PRODUCTS INC.

By:_____
Name: Carrie A. Parks
Title: Authorized Signatory

040-1000/COURT/1637629.1