McDERMOTT WILL & EMERY LLP
Peter A. Clark (IL# 6203985)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

Nava Hazan (NH-0447)
340 Madison Avenue
New York, New York  10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

*Counsel for Recticel Interiors North America, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ X
In re                                            : Chapter 11
                                                 :
DELPHI CORPORATION, et al.,                      : Case No. 05-44481 (RDD)
                                                 :
            Debtors.                             : (Jointly Administered)
                                                 :
------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF OBJECTION OF RECTICEL INTERIORS NORTH
AMERICA, LLC TO THE DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION**

Recticel Interiors North America, LLC, by and through its undersigned counsel, hereby withdraws its Response filed on November 21, 2006 [Docket No. 5647] to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 to Certain (a) Claims with Insufficient Documentation, (b) Claims Unsubstantiated by Debtors' Books and Records, And (c) Claims Subject to Modification And (ii) Motion to Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) filed on October 31, 2006 [Docket No. 5452].

NYK 1167049-1.065122.0010

Dated: June 24, 2008

Respectfully submitted,
**McDermott Will & Emery LLP**

By: /s/ Nava Hazan
Nava Hazan (NH-0447)
340 Madison Avenue
New York, New York  10017-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

Peter A. Clark
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Recticel Interiors North America, LLC*

-2-