# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, June 24, 2008, I served the accompanying Notice of Withdrawal of Objection of Recticel Interiors North America, LLC to the Debtors' Third Omnibus Claims Objection upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
     June 24, 2008

                                                          Amelia J. Crowley