**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**STATEMENT OF NO OBJECTION TO OBJECTION RAISED IN**
**DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION WITH RESPECT TO**
**CLAIM NO. 12183 AND WITHDRAWAL WITH PREJUDICE OF RESPONSE OF**
**MJ CELCO IN SUPPORT OF CLAIM NO. 12183**

MJ Celco, by its attorneys, states it has no objection to the objection to claim No. 12183 raised in the Debtors' Fifteenth Omnibus Claims Objection (Docket # 7999) and withdraws with prejudice the Response Of MJ Celco In Support Of Claim No. 12183, Which Is Subject To An Objection Raised In Debtors' Fifteenth Omnibus Objection (Docket # 8290).

MJ CELCO

By: /s/ Robert D. Nachman
One of Its Attorneys

Robert D. Nachman
Schwartz Cooper Chartered
180 N. LaSalle Street
Suite 2700
Chicago, Illinois 60601
312/545-5117

431342.2 044420-36708