**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on June 24, 2008, he filed the **Statement Of No Objection To Objection Raised In Debtors' Fifteenth Omnibus Claims Objection With Respect To Claim No. 12183 And Withdrawal With Prejudice Of Response Of MJ Celco In Support Of Claim No. 12183**.  This filing was sent by operation of the Court's electronic filing system to all parties registered to receive electronic service as of the date hereof.

      Respectfully submitted,

      By:   /s/ Robert D. Nachman
          ROBERT D. NACHMAN
          SCHWARTZ COOPER CHARTERED
          180 North LaSalle Street, Suite 2700
          Chicago, Illinois 60601
          Telephone: (312) 346-1300