**Objection Deadline:  June 30, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :
          In re                   :     Chapter 11
                                  :
DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                  :
                     Debtors.     :     (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OMNIBUS NOTICE OF PRESENTMENT OF JOINT STIPULATIONS AND AGREED
ORDERS (I) COMPROMISING AND ALLOWING CERTAIN PROOFS OF CLAIM FILED
BY AND SCHEDULES OF LIABILITIES ASSOCIATED WITH CERTAIN RETIREES AND
RELATED CLAIMANTS AND (II) DISALLOWING AND EXPUNGING OTHER PROOFS
OF CLAIM FILED BY CERTAIN RETIREES AND RELATED CLAIMANTS

PLEASE TAKE NOTICE that on the dates listed in column B on Exhibit A (titled "Date Filed"), attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on Exhibit A (titled "Proof of Claim Number") were filed by certain of the parties (collectively, the "Claimants") listed in column D on Exhibit A (titled "Claimant Name") against Delphi Corporation ("Delphi") asserting claims (collectively, the "Claims") in the amounts listed in column F on Exhibit A (titled "Asserted Amount").

PLEASE TAKE NOTICE that on January 17, 2008, Delphi and certain of its subsidiaries (the "Debtors") filed schedules of liabilities with respect to liabilities owing to certain of the Claimants listed in column D on Exhibit A (the "Schedules") which are identified by the numbers associated with each such Claimant listed in column B on Exhibit A (titled "Schedule No.").

PLEASE TAKE FURTHER NOTICE that the Debtors and each of the Claimants and related parties have agreed to settle the Claims and because the Claims asserted in the Proofs of Claim involve ordinary course controversies or pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and each of the Claimants have (i) entered into a settlement agreement (collectively, the "Settlement Agreements") and (ii) executed a joint stipulations and agreed order compromising and allowing certain Proofs of Claim, allowing amounts set forth on the Schedules, and disallowing and expunging certain other Proofs of Claim (collectively, the "Joint Stipulations").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreements and the Joint Stipulations, the Debtors and the Claimants have agreed that the

Claims listed in column A on Exhibit A and the Schedules listed in column B on Exhibit A shall

be allowed against Delphi in the amounts set forth in column G on Exhibit A, and shall be

treated as general unsecured non-priority claims against the estate of Delphi.

PLEASE TAKE FURTHER NOTICE that if timely written objections are filed,

served, and received in accordance with this notice, a hearing to consider approval of the Joint

Stipulations will be held on July 23, 2008, at 10:00 a.m. (prevailing Eastern Time) in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that if no written objections to the Joint

Stipulations are timely filed, served, and received, the Debtors will present the Joint Stipulations

for consideration by the Bankruptcy Court on July 1, 2008.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Joint

Stipulations must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection

Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-

242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served

upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)

and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and

Joseph N. Wharton), in each case so as to be received no later than 4:00 p.m. (prevailing Eastern

time) on May 7, 2008.


Dated:  New York, New York
            June 24, 2008

                                    SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP

                                    By: /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr. (JB 4711)
                                         John K. Lyons (JL 4951)
                                         Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois  60606
                                    (312) 407-0700

                                    By:/s/ Kayalyn A. Marafioti
                                        Kayalyn A. Marafioti (KM 9632)
                                        Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                        Debtors and Debtors-in-Possession