Exhibit A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Proof Of Claim Number | Schedule Number | Date Filed | Claimant Name | Date Executed | Asserted Amount | Allowed Amount |
|  | 10416659 |  | ALLEN STUART R | March 14, 2008 |  | $523,852.55 |
|  | 10416638 |  | ANDERSON DALE E | March 18, 2008 |  | $230,371.84 |
| 6693 |  | 5/23/2006 | ANDERSON JON R | March 14, 2008 | $0.00 | $661,458.55 |
|  | 10416651 |  | ARNDT FREDERICK P | March 12, 2008 |  | $571,926.56 |
|  | 10416703 |  | BASTIN DAVID J | March 19, 2008 |  | $351,190.95 |
| 9657 |  | 7/17/2006 | BECK BRUCE T | March 23, 2008 | $1,142,111.00 | $590,788.65 |
|  | 10416640 |  | BELL RONALD W | March 17, 2008 |  | $653,421.92 |
|  | 10416642 |  | BESEY ALLEN W | March 12, 2008 |  | $598,186.43 |
|  | 10416752 |  | BYERS,CATHERINE | March 18, 2008 |  | $162,101.49 |
|  | 10416725 |  | CHAPPELL DENNIS L | March 17, 2008 |  | $224,533.84 |
|  | 10416612 |  | CHESTNUT JAMES D | March 13, 2008 |  | $1,197,125.17 |
|  | 10416686 |  | CHESTNUT JR GEORGE W | March 12, 2008 |  | $389,099.93 |
|  | 10416709 |  | CIAMPA PETER F | March 26, 2008 |  | $318,569.95 |
| 10852 |  | 7/25/2006 | COLLINS WILLIAM L | March 14, 2008 | $0.00 | $429,220.03 |
|  | 10416718 |  | COX RONALD W | March 12, 2008 |  | $276,265.00 |
|  | 10416691 |  | CRAWFORD ALBERT L | March 17, 2008 |  | $385,348.12 |
|  | 10416717 |  | DEYER KEITH W | March 17, 2008 |  | $276,789.96 |
| 9608 |  | 7/17/2006 | DRURY DAVID L | March 21, 2008 | $0.00 | $795,580.89 |
|  | 10416668 |  | DURHAM KENNETH R | March 21, 2008 |  | $477,162.25 |
|  | 10416728 |  | FATZINGER KATHLEEN |  |  | Expunged |
| 10826 |  | 7/25/2006 | FATZINGER ROBERT L | March 18, 2008 | $497,400.00 | $204,326.36 |
| 13506 |  | 7/25/2006 | FATZINGER ROBERT L |  | $0.00 | Expunged |
|  | 10416667 |  | FINK WILLIAM C | March 12, 2008 |  | $457,818.37 |
|  | 10416720 |  | FLANAGAN JAMES P | March 12, 2008 |  | $203,048.10 |
|  | 10416730 |  | FLIGSTEIN MICHAEL S | March 12, 2008 |  | $206,967.41 |
|  | 10416757 |  | GIFFORD,CHARLES H | March 12, 2008 |  | $635,423.11 |
|  | 10416687 |  | GOODIN DWIGHT L | March 12, 2008 |  | $409,200.79 |
| 11944 |  | 7/28/2006 | HERREN WILLIAM R | March 19, 2008 | $0.00 | $1,356,968.31 |
|  | 10416702 |  | HOFFMAN ROBERT P | March 21, 2008 |  | $347,294.89 |
|  | 10416741 |  | HOOPER DONALD K | March 15, 2008 |  | $178,738.21 |
|  | 10416758 |  | JACOVIDES LINOS J | March 16, 2008 |  | $13,298.39 |
|  | 10416732 |  | JENKINS WILLIAM M | March 17, 2008 |  | $174,063.76 |
|  | 10416617 |  | JONES GUY S | March 26, 2008 |  | $987,738.52 |

Exhibit A

| A<br>Proof Of Claim Number | B<br>Schedule Number | C<br>Date Filed | D<br>Claimant Name | E<br>Date Executed | F<br>Asserted Amount | G<br>Allowed Amount |
|---|---|---|---|---|---|---|
| | 10416744 | | JORGENSEN RONALD E | March 22, 2008 | | $130,854.64 |
| | 10416628 | | KESSLER ROBERT W | March 13, 2008 | | $640,358.02 |
| | 10416634 | | KIRKHAM BRUCE E | March 12, 2008 | | $717,550.56 |
| | 10416641 | | KLUSMEYER THOMAS L | March 14, 2008 | | $606,620.91 |
| 9137 | | 7/10/2006 | KNOBELSPIESSE ERNEST A | March 25, 2008 | $1,929,245.96 | $1,367,019.13 |
| | 10416609 | | KNOBELSPIESSE MARY | | | Expunged |
| | 10416738 | | LAMBERT JOHN F | March 18, 2008 | | $189,251.51 |
| | 10416697 | | LARIMORE STEPHEN J | March 12, 2008 | | $375,749.72 |
| | 10416654 | | LUCKMAN JAMES E | March 24, 2008 | | $523,983.65 |
| | 10416622 | | MEIER CHARLES R | March 12, 2008 | | $909,331.23 |
| | 10416639 | | MEYERS DAVID I | March 12, 2008 | | $651,142.37 |
| | 10416646 | | MOORE DAVID R | March 13, 2008 | | $620,835.06 |
| | 10416694 | | NEUBAUER TERRY A | March 12, 2008 | | $374,676.62 |
| | 10416680 | | NEVILLE JOHN R | March 21, 2008 | | $430,107.45 |
| | 10416745 | | O'MALLEY JR WILLIAM J | March 18, 2008 | | $125,842.38 |
| | 10416618 | | ONDRICK CHARLES W | March 12, 2008 | | $949,921.58 |
| | 10416755 | | O'NEILL,MARCIA M | March 24, 2008 | | $380,789.84 |
| | 10416637 | | PATRICK RICHARD M | March 13, 2008 | | $688,067.63 |
| | 10416688 | | PERLET RICHARD P | March 13, 2008 | | $385,652.15 |
| | 10416678 | | PIKAART JACOB | March 20, 2008 | | $437,119.10 |
| | 10416731 | | PITTMAN CLEVELAND L | March 20, 2008 | | $203,860.73 |
| | 10416711 | | POPPITT II ALFRED J | March 15, 2008 | | $287,420.54 |
| | 10416729 | | RADHESHWAR HARI I | March 13, 2008 | | $206,526.90 |
| | 10416759 | | RANDOLPH JAMES L | March 13, 2008 | | $220,590.20 |
| | 10416737 | | REYNOLDS JEFFREY T | March 14, 2008 | | $193,690.15 |
| | 10416689 | | ROBERTS DANIEL C | March 24, 2008 | | $376,674.39 |
| | 10416635 | | ROBERTSON GARY L | March 12, 2008 | | $696,323.59 |
| | 10416715 | | SCHAFER DOUGLAS R | March 18, 2008 | | $281,998.59 |
| | 10416690 | | SHIMANEK RONALD W | March 13, 2008 | | $381,468.24 |
| | 10416760 | | SIGLER JR,ROBERT M | March 18, 2008 | | $108,217.71 |
| | 10416712 | | SLETVOLD JR GEORGE J | No date | | $296,559.67 |
| | 10416733 | | SMIDEBUSH JAMES C | March 12, 2008 | | $197,776.13 |
| | 10416708 | | SMITH JAMES A | March 13, 2008 | | $320,294.39 |
| | 10416660 | | STOUT MICHAEL K | March 13, 2008 | | $493,335.29 |

Exhibit A

| A<br>Proof Of Claim Number | B<br>Schedule Number | C<br>Date Filed | D<br>Claimant Name | E<br>Date Executed | F<br>Asserted Amount | G<br>Allowed Amount |
|---|---|---|---|---|---|---|
| 8781 | | 6/30/2006 | STRANEY PATRICK J | March 24, 2008 | $0.00 | $538,906.71 |
| 16722 | | 10/9/2007 | STRANEY PATRICK J | | $1,127,091.00 | Expunged |
| 16723 | | 10/9/2007 | STRANEY PATRICK J | | $732,609.00 | Expunged |
| | 10416643 | | SULLIVAN DANIEL P | March 12, 2008 | | $606,069.73 |
| | 10416746 | | SWEENEY MICHAEL A | March 26, 2008 | | $119,759.84 |
| | 10416605 | | THORNS JR ODAIL | March 13, 2008 | | $1,695,045.74 |
| | 10416719 | | TURKETT RONALD L | March 25, 2008 | | $274,223.59 |
| | 10416716 | | VARADY WAYNE J | March 13, 2008 | | $289,675.79 |
| | 10416742 | | VINCENT WESLEY A | March 12, 2008 | | $144,391.20 |
| 7793 | | 6/12/2006 | WARREN WILLIAM S | March 18, 2008 | $0.00 | $1,720,990.33 |
| | 10416669 | | WIECHART JOHN F | March 24, 2008 | | $463,140.03 |
| | 10416649 | | WILKINSON LESTER | March 12, 2008 | | $571,219.33 |
| | 10416701 | | WINTERBOTTOM DAVID A | March 25, 2008 | | $359,604.47 |
| | 10416735 | | ZIELKE WILLIAM E | March 25, 2008 | | $192,289.48 |