Thomas T. Janover (TJ-1573)
Jonathan T. Koevary (JK-5730)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Counsel for Latigo Master Fund, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ─────────────────────────────────x | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
|  | ) | |
| Debtors. | ) | (Jointly Administered) |
|  | ) | |
| ─────────────────────────────────x | | |

**NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF RESPONSE OF LATIGO
MASTER FUND LTD. TO
<u>DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION</u>**

PLEASE TAKE NOTICE THAT Latigo Master Fund, Ltd.'s Response to Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 11112) is hereby withdrawn, with prejudice.

Dated: June 25, 2008
        New York, New York

                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                 By: /s/ Jonathan T. Koevary
                                 Thomas T. Janover (TJ-1573)
                                 Jonathan T. Koevary (JK-5730)
                                 1177 Avenue of the Americas

KL2 2563865.1

New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Counsel for Latigo Master Fund Ltd.*

2

KL2 2563865.1