UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| DELPHI CORPORATION, et al., : | Case No. 05-44481 (RDD) |
| : | |
| : | Jointly Administered |
| Debtors. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

Ryan Wagner, being duly sworn, deposes and says:

1. I am over 18 years of age, am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, and am not a party in the above-captioned action.

2. I caused to be served true and correct copies of the *Notice of Withdrawal, with Prejudice, of Response of Latigo Master Fund Ltd. to Debtors' Twenty-Second Omnibus Claims Objection* by Federal Express to the parties listed on the annexed Exhibit A on June 25, 2008.

                                                              /s/ Ryan Wagner
                                                              Ryan Wagner

Sworn to before me this
25th day of June, 2008

/s/ Tracey Satz                                           TRACEY SATZ
Notary Public                                              Notary Public, State of New York
                                                               No. 01SA6140845
                                                                Qualified in Nassau County
                                                                Commission Expires February 13, 2010

KL2 2563914.1

**EXHIBIT A**

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Chambers, Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 |
| Robert Rosenberg & Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | Alicia M. Leonhard<br>Office of the Unted States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 |
| Thomas J. Matz<br>Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr.<br>     John K. Lyons<br>     Joseph N. Wharton |

KL2 2563914.1