United States Bankruptcy Court
For the District of Southern New York

_____

Delphi Automotive Systems Inc    } Chapter 11

} 

}

}

} Case No. 05-44481

}

Debtor _____ }

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **Orthodyne Electronics Corp Eft (related document [8627])** in the amount of **$47,094.44** is hereby withdrawn by Liquidity Solutions Inc dba Revenue Management.

By:/s/James Yenzer
Liquidity Solutions Inc
Dba Revenue Management
201-968-0001