MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530
Telephone: (516) 741-6565
Alan E. Marder (AM-0114)
Jil Mazer-Marino (JM-6470)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Delphi Corporation, | ) Case No. 05-44481 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

NOTICE OF WITHDRAWAL OF KILROY REALTY, L.P.'S RESPONSE
TO THE DEBTOR'S THIRD OMNIBUS OBJECTION TO
KILROY REALTY, LP'S PROOFS OF CLAIM NOS. 13268 AND 13269

PLEASE TAKE NOTICE that, pursuant to the "Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 13268 (Kilroy Realty LP)" [Docket Number 12491] and the "Settlement Agreement" by and between Kilroy Realty LP, Packard Hughes Interconnect Company and Delphi Automotive Systems LLC, dated January 16, 2008, Kilroy Realty, L.P. hereby withdraws, its "Response to the Debtor's Third Omnibus Objection to Kilroy Realty, LP's Proofs of Claim Nos. 13268 and 13269"

671637v.1

[Docket No. 5618]. Kilroy reserves all of its rights and remedies under the Settlement Agreement.

| | |
|---|---|
| Dated: Garden City, New York<br>June 26, 2008 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br><br>By:  /s/ Jil Mazer-Marino<br>     Alan E. Marder (AM-0114)<br>     Jil Mazer-Marino (JM-6470)<br><br>333 Earle Ovington Boulevard,<br>Suite 901<br>Uniondale, New York 11553<br>(516) 227-1600<br><br>*Counsel for Kilroy Realty L.P.* |

2

671637v.1