In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

**EXHIBIT A-1 - AMENDED CLAIM**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 15939<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br><br>RT SUB LLC FORMERLY KNOWN AS<br>RECEPTEC LLC<br>GEORGE E CASTON MANAGER<br>RT SUB LLC<br>20791 TORREY PINES WAY<br>ESTERO, FL 33928 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,662.36<br>Total: $16,662.36 | Claim Number: 16507<br>Date Filed: 02/05/2007<br>Creditor's Name and Address:<br><br>RT SUB LLC FORMERLY KNOWN AS<br>RECEPTTEC LLC<br>GEORGE E CASTON MANAGER<br>RT SUB LLC<br>20791 TORREY PINES WAY<br>ESTERO, FL 33928 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,790.36<br>Total: $98,790.36 |

**Total Claims To Be Expunged:** 1  
**Total Asserted Amount To Be Expunged:** $16,662.36