05-44481-rdd   Doc 13823-2   Filed 06/27/08   Entered 06/27/08 16:45:15   Exhibit A-2
Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

**EXHIBIT A-2 - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER** *

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 48  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/18/2005<br>Creditor's Name and Address:  Secured:<br>SIERRA LIQUIDITY FUND  Priority:<br>KTK STEEL DRUM  Administrative:<br>2699 WHITE RD STE 255  Unsecured: $20,076.60<br>IRVINE, CA 92614<br>Total: $20,076.60 | Claim Number: 16716  Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 09/26/2007<br>Creditor's Name and Address:  Secured:<br>SIERRA LIQUIDITY FUND  Priority:<br>2699 WHITE RD STE 255  Administrative:<br>IRVINE, CA 92614  Unsecured: $26,076.60<br>Total: $26,076.60 |

**Total Claims To Be Expunged:** 1
**Total Asserted Amount To Be Expunged:** $20,076.60

Page 1 of 1

* The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit has been ordered modified with respect to the debtor pursuant to a prior order on an omnibus claims objection. This Exhibit does not reflect the debtor, classification, and amount as modified in the prior order.