05-44481-rdd    Doc 13823-3    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit B-1
Pg 1 of 1

In re Delphi Corporation, et al.  Thirtieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-1 - EQUITY CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCHMIDT ALVIN C AND SCHMIDT DARLA J<br>UA DTD 122200<br>FAMILY REVOCABLE LIVING TRUST<br>9650 LANGAN ST<br>SPRING HILL, FL 34606 | 11801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$79,580.00<br>$79,580.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$79,580.00** | | |