**In re Delphi Corporation, et al.**                    **Thirtieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREIJ SAMI S<br>17039 FITZGERALD ST<br>LIVONIA, MI 48154-1617 | 16811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$106.00<br>$106.00 | 03/18/2008 | DELPHI CORPORATION (05-44481) |
| KELLY WILLIAM R AND KELLY RHONDA E<br>2272 REIS RUN RD<br>PITTSBURGH, PA 15237-1427 | 16812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$420.49<br>$420.49 | 03/25/2008 | DELPHI CORPORATION (05-44481) |

Total:    **2**                    **$526.49**