**In re Delphi Corporation, et al.**  **Thirtieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HYDE EARL C AND HYDE LAVON JT TEN<br>SPARTA, MI 49345-1247 | 16817 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/22/2008 | DELPHI CORPORATION (05-44481) |
| | **Total:** **1** | | **UNL** | | |

\*   "UNL" denotes an unliquidated claim.