**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALONGE ROY J | 6238 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| ANDREWS TONYETTA L EXS EST | 6969 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| BAILEY ALFRED J | 6165 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| BALDRIDGE DELORES J | 4132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BANKS JESSE M | 4811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| BARCZAK JAMES T | 3411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BEALE EDWARD J | 5430 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| BELL BARBARA METCALF | 5862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/15/2006 | DELPHI CORPORATION (05-44481) |

\*     Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BERNAL LUZ M | 5692 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| BESSEMER LORRAINE M | 4826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| BIVENS LORI PALMER | 9101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/07/2006 | DELPHI CORPORATION (05-44481) |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E | 15817 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E JT TEN | 15818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| BODNER JOHN F AND BODNER ANNA J JT TEN | 9893 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| BOILORE VAUGHN W | 6170 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| BORZI JAMES W | 12345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOUGHTON LEONARD G | 6294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| BRACKINS A D | 4194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BRADY JAMES J | 8698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3.00<br>$3.00 | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| BRANDT RAYMOND F | 3582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BROOKS DAVID | 15255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BUDELEWSKI FRANK X | 6706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$2,195.44<br>$2,195.44 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| CALSONIC KANSEI CORPORATION<br>AUSTON L MCMULLEN<br>BOULT CUMMINGS CONNERS &<br>BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11185 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $131,850.65<br><br><br>$112,658.39<br>$244,509.04 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CHAMBERLIN DAVID C | 4350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CRAFT CHARLES W | 9677 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CROWDER PHILLIP | 3589 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| DANIELS MARY G | 3472 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| DAY JOAN C | 4317 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| DEFIANCE COUNTY C S E A ACCOUNT OF ERIC S RICHMAN CASE 9797 PO BOX 246 DEFIANCE, OH 43512 | 7143 | Secured: Priority: Administrative: Unsecured: Total: | $7,472.50 $507.28 $7,979.78 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| DENNIS RONALD G | 5153 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| DIEGNAN EVELYN A | 4543 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/03/2006 | DELPHI CORPORATION (05-44481) |
| ELLIOTT JAMES P | 4785 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |

\*     Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELLISON JR ALBERT | 6585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| FEITH VICKI | 15638 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| FISCHER AUSTIN R | 7553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |
| FISCHER AUSTIN R | 8256 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |
| FORD SUSAN E | 5551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| FRYSON RICHARD<br>BRIAN P KISH ATTORNEY AT LAW<br>6630 SEVILLE DR<br>CANFIELD, OH 44406 | 9245 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,000,000.00<br>$2,000,000.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| FUNKE DALE L | 9589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| GASKIN BEVERLY J | 12393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

\*        Certain creditors' addresses are intentionally omitted.

\*\*       "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GEORGIA SELF INSURERS GUARANTY TRUST FUND<br>PO BOX 7159<br>ATLANTA, GA 30357-0159 | 4768 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| GOETTL EDWARD E | 11876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| GROMOLL CHERYL A | 15708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HADDING JULIE | 5628 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/11/2006 | DELPHI CORPORATION (05-44481) |
| HAMERMILLER JANET K | 7299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| HARRELL CHARLES E | 3554 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured:<br>Total: $10,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| HARRIS JOHN K | 13603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HAZLETT ROY E | 5421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HEISEY DUANE L | 10858 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| HEMMER LOUIS G | 6465 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| HOGAN REBA BOYD | 16074 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JACKSON CORLIS D | 6296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $800.00<br>Total: $800.00 | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| JENKINS BEVERLY M | 15910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| KETELHUT RANDY<br>7970 SOUTH DEHMEL RD<br>FRANKENMUTH, MI 48734 | 14897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KING LEROY F | 7337 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| KING LOUISE R | 5129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KING LOUISE R AND KING MELVIN C | 5128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| KOHLMAYER KURT F AND KOHLMAYER IRENE G JT TEN | 4703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| KOWITZ JANET L | 4992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LANDERS NORMAN C | 5195 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LANDERS NORMAN C AND LANDERS MARCELLA | 5199 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LESLIE MICHAEL K | 15950 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDATING ULTIMATE ELECTRONICS INC<br>MARK X MULLIN<br>HAYNES AND BOONE LLP<br>901 MAIN ST STE 3100<br>DALLAS, TX 75202 | 11639 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $412,428.88<br>Total: $412,428.88 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LITTLES DORIS E | 14031 | Secured:<br>Priority: $4,000.00<br>Administrative:<br>Unsecured: $200,000.00<br>Total: $204,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LLOYD WILLIAM E AND LLOYD JANET E | 3532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MAZUR LEONARD AND MAZUR RUSSELL TR | 11138 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MC KEEVER LEON | 3568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MCKEE S C O B MCINTOSH | 7610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 06/07/2006 | DELPHI CORPORATION (05-44481) |
| MOSLEY THERESA | 9731 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$150,000.00<br>$150,000.00 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| MURRAY EVELYN M | 10135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| MYSIEWICZ LEON | 3565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| OLIVER DOLORES J | 3441 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |

\*        Certain creditors' addresses are intentionally omitted.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ONEILL LIAM P<br>MARIA E MAZZA ESQ<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603 | 2190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 03/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ONEILL MARY P<br>MARIA E MAZZA ESQ<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603 | 2189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 03/02/2006 | DELPHI CORPORATION (05-44481) |
| ORTIE MENDONCA TR UA DTD 111601 | 15360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PAGE RICHARD T | 7160 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| PALERMO MARIA C | 16191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $500.00<br>Total: $500.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| PERKINS WALTER R | 8973 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| PERRY MALCOLM E | 5441 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| POTTER FRANCIS L | 5540 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| POWERS CLEMENTINE R | 4082 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/24/2006 | DELPHI CORPORATION (05-44481) |
| PUDUP LEO A AND PUDUP JOSEPHINE B | 5672 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| QUINLAN JOHN J | 2989 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| RACHWAL BERNADETTE | 4085 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 04/25/2006 | DELPHI CORPORATION (05-44481) |
| RISELAY MICHAEL A | 8814 | Secured:<br>Priority: $400,000.00<br>Administrative:<br>Unsecured:<br>Total: $400,000.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| ROBINSON LOGAN | 10053 | Secured:<br>Priority: $5,157.00<br>Administrative:<br>Unsecured: UNL<br>Total: $5,157.00 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| RODRIGUEZ BENJAMIN D AND RODRIGUEZ VISITACION C JT TEN | 3404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,340.80<br>Total: $1,340.80 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SCHAEFFER TR FLORENCE | 3517 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SCHAFER MARY H | 12446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| SCHIPPER DEBRA | 8708 | Secured: UNL<br>Priority: $95,643.05<br>Administrative:<br>Unsecured:<br>Total: $95,643.05 | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| SHEPHERD LAWRENCE L | 10277 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| SHOEMAKER OREN AND SHOEMAKER MARILYN JT TEN | 4589 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| SIMPSON JANNIE | 5193 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| SMUZESKI NAOMI C | 6771 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| SNOW JAMES E | 10401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| SPECKER RICHARD D AND SPECKER CAROLE J | 5040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |

\*       Certain creditors' addresses are intentionally omitted.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| STEVENS PAUL | 7688 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| SZCZESEK ROBERT J | 6547 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| SZCZESEK ROBERT J AND SZCZESEK DONNA M | 6548 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| TEED DAVID M | 15920 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TUCKER JIMMY R | 8714 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| TURNER WILLIAM E | 7319 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| VAN DENBUSSCHE DONALD H AND ROZMAN ROD JT TEN | 16067 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| VINCENT W RICHARD JR | 3418 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |

\*      Certain creditors' addresses are intentionally omitted.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WEINMANN PATRICIA C | 16175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WHITE GREGORY A | 15545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAMS BETTY A | 10568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAMS JR EARL | 5657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/11/2006 | DELPHI CORPORATION (05-44481) |
| WOHLEEN DAVID<br>C/O PHILIP MOWERY ESQ<br>VEDDER PRICE KAUFMAN & KAMMHOLZ PC<br>222 N LASALLE ST STE 2600<br>CHICAGO, IL 60601 | 12363 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| YAKUBEK NANCY K | 6472 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **110** | | **$3,809,556.99** | | |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.