05-44481-rdd    Doc 13823-7    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit D-2
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

**EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CSX TRANSPORTATION INC<br>DANIEL F BLANKS ESQ<br>MCGUIREWOODS LLP<br>9000 WORLD TRADE CENTER<br>101 W MAIN ST<br>NORFOLK, VA 23510 | 16813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$212,573.70<br><br>$212,573.70 | 03/25/2008 | DELPHI CORPORATION<br>(05-44481) |
| HARRISON S MALCOLM O ESQU<br>JACKSON, MS 39205 | 16131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$25,300.00<br><br><br>$25,300.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| KOVAK ANDREW R TR | 16280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$10,000.00<br>$20,000.00 | 08/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| KOVAK JOYCE L TR | 16281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$10,000.00<br>$20,000.00 | 08/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| LIVINGSTON ELIZABETH D | 16808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 03/04/2008 | DELPHI CORPORATION<br>(05-44481) |
| MCDOWELL VENUS J<br>PO BOX 205<br>SOUTH ORANGE, NJ 07079 | 13810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/21/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 6    **$277,873.70**

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.