**EXHIBIT E - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GEORGIA POWER COMPANY<br>C/O KELLY E CULPIN<br>TROUTMAN SANDERS LLP<br>600 PEACHTREE ST NE STE 5200<br>ATLANTA, GA 30308 | 16807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$640,344.63<br>$640,344.63 | 02/22/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERTEK TESTING SERVICES<br>ATTN LORI BRYANT<br>3933 US ROUTE 11<br>CORTLAND, NY 13045 | 16821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,200.00<br>$1,200.00 | 05/08/2008 | DELPHI CORPORATION (05-44481) |
| MCKEEVER ANNETTE C<br>7463 HUMPHREY RD<br>GASPORT, NY 14067 | 16820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$25,000.00<br><br><br>$25,000.00 | 05/08/2008 | DELPHI CORPORATION (05-44481) |
| PIONEER SPEAKERS INC<br>C/O MAX J NEWMAN<br>BUTZEL LONG PC<br>STONERIDGE WEST<br>41000 WOODWARD AVE<br>BLOOMFIELD HILLS, MI 48304 | 16809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$153,750.00<br>$153,750.00 | 03/06/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SIERRA ANALYTICAL CORPORATE GROUP INC<br>218 8TH ST<br>ANN ARBOR, MI 48103 | 16810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,750.00<br>$4,750.00 | 03/12/2008 | DELPHI CORPORATION (05-44481) |
| STUBBS TANYA L<br>MONTEMALO FRANK<br>C/O CULLEY MARKS TANENBAUM AND PEZZULO<br>36 MAIN ST WEST STE 500<br>ROCHESTER, NY 14614-1790 | 15780 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$250,000.00<br>$250,000.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | | **$1,075,044.63** | | |