**EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14178<br>Date Filed: 07/31/2006<br>Docketed Total: $571,792.00<br>Filing Creditor Name and Address:<br>FORMER SHAREHOLDERS OF ATRI LLC<br>COX HODGMAN AND GIARMRCO P C<br>101 W BIG BEAVER RD SUITE 1000<br>TROY, MI 48084-5280 | Claim Holder Name and Address<br>FORMER SHAREHOLDERS OF ATRI LLC<br>COX HODGMAN AND GIARMRCO P C<br>101 W BIG BEAVER RD SUITE 1000<br>TROY, MI 48084-5280<br><br>Docketed Total: $571,792.00<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640       $571,792.00            <br>                **$571,792.00** | Modified Total: $571,792.00<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                              $571,792.00<br>                                      **$571,792.00** |
| Claim: 5368<br>Date Filed: 05/09/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>GARDNER ANTHONY N | Claim Holder Name and Address<br>GARDNER ANTHONY N<br><br>Docketed Total: UNL<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                              UNL<br>                                      **UNL** | Modified Total: $580,203.73<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                              $580,203.73<br>                                      **$580,203.73** |
| Claim: 12192<br>Date Filed: 07/28/2006<br>Docketed Total: $1,296,063.40<br>Filing Creditor Name and Address:<br>LORENTSON MFG CO INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932 | Claim Holder Name and Address<br>LORENTSON MFG CO INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932<br><br>Docketed Total: $1,296,063.40<br><br>Case Number*   Secured       Priority    Unsecured<br>05-44640       $789,167.04               $506,896.36<br>                **$789,167.04**              **$506,896.36** | Modified Total: $172,805.21<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640       $0.00                  $172,805.21<br>                **$0.00**               **$172,805.21** |

\*   See Exhibit F for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12375<br>Date Filed: 07/28/2006<br>Docketed Total: $449,485.89<br>Filing Creditor Name and Address:<br>　LORENTSON MFG CO SW INC<br>　PO BOX 932<br>　KOKOMO, IN 46903-0932 | Claim Holder Name and Address<br>　LORENTSON MFG CO SW INC　　　Docketed Total: $449,485.89<br>　PO BOX 932<br>　KOKOMO, IN 46903-0932<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $190,379.68 / / $259,106.21<br>**Total: $190,379.68 / / $259,106.21** | Modified Total: $92,029.83<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $0.00 / / $92,029.83<br>**Total: $0.00 / / $92,029.83** |
| Claim: 11625<br>Date Filed: 07/27/2006<br>Docketed Total: $67,422.00<br>Filing Creditor Name and Address:<br>　LORENTSON TOOLING INC<br>　PO BOX 932<br>　KOKOMO, IN 46903-0932 | Claim Holder Name and Address<br>　LORENTSON TOOLING INC　　　Docketed Total: $67,422.00<br>　PO BOX 932<br>　KOKOMO, IN 46903-0932<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $8,950.00 / / $58,472.00<br>**Total: $8,950.00 / / $58,472.00** | Modified Total: $67,422.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $67,422.00<br>**Total: $67,422.00** |
| Claim: 16805<br>Date Filed: 02/11/2008<br>Docketed Total: $399,440.00<br>Filing Creditor Name and Address:<br>　VEENSTRA CHARLES K | Claim Holder Name and Address<br>　CHARLES K VEENSTRA　　　Docketed Total: $399,440.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / $399,440.00 /<br>**Total: $399,440.00**<br><br>Claim Holder Name and Address<br>　VEENSTRA CHARLES K　　　Docketed Total: UNL<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / UNL<br>**Total: UNL** | Modified Total: $189,385.85<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $189,385.85<br>**Total: $189,385.85**<br><br>Modified Total: $0.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $0.00<br>**Total: $0.00** |

\*　　See Exhibit F for a listing of debtor entities by case number.

\*\*　　"UNL" denotes an unliquidated claim.

\*\*\*　　Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13823-10    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit F
Pg 3 of 3

Thirtieth Omnibus Claims Objection

**EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims To Be Modified: 6** |
| | | **Total Amount As Docketed:** $2,784,203.29 |
| | | **Total Amount As Modified:** $1,673,638.62 |

\*       See Exhibit F for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.