Exhibit H - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ALONGE ROY J | 6238 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ANDREWS TONYETTA L EXS EST | 6969 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BAILEY ALFRED J | 6165 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BALDRIDGE DELORES J | 4132 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BANKS JESSE M | 4811 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BARCZAK JAMES T | 3411 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BEALE EDWARD J | 5430 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BELL BARBARA METCALF | 5862 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BERNAL LUZ M | 5692 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BESSEMER LORRAINE M | 4826 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BIVENS LORI PALMER | 9101 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E | 15817 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E JT TEN | 15818 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BODNER JOHN F AND BODNER ANNA J JT TEN | 9893 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BOILORE VAUGHN W | 6170 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BORZI JAMES W | 12345 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BOUGHTON LEONARD G | 6294 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRACKINS A D | 4194 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRADY JAMES J | 8698 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRANDT RAYMOND F | 3582 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BROOKS DAVID | 15255 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BUDELEWSKI FRANK X | 6706 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CALSONIC KANSEI CORPORATION | 11185 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CHAMBERLIN DAVID C | 4350 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CRAFT CHARLES W | 9677 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CROWDER PHILLIP | 3589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CSX TRANSPORTATION INC | 16813 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| DANIELS MARY G | 3472 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DAY JOAN C | 4317 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DEFIANCE COUNTY C S E A ACCOUNT OF ERIC S RICHMAN | 7143 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DENNIS RONALD G | 5153 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DIEGNAN EVELYN A | 4543 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ELLIOTT JAMES P | 4785 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ELLISON JR ALBERT | 6585 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FEITH VICKI | 15638 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FISCHER AUSTIN R | 7553 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FISCHER AUSTIN R | 8256 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FORD SUSAN E | 5551 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FORMER SHAREHOLDERS OF ATRI LLC | 14178 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |

05-44481-rdd    Doc 13823-12    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit H
Pg 2 of 4

Exhibit H - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FREIJ SAM S | 16811 | EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS |
| FRYSON RICHARD | 9245 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FUNKE DALE L | 9589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GARDNER ANTHONY N | 5368 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| GASKIN BEVERLY J | 12393 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GEORGIA POWER COMPANY | 16807 | EXHIBIT E - UNTIMELY CLAIMS |
| GEORGIA SELF INSURERS GUARANTY TRUST FUND | 4768 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GOETTL EDWARD E | 11876 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GROMOLL CHERYL A | 15708 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HADDING JULIE | 5628 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HAMERMILLER JANET K | 7299 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRELL CHARLES E | 3554 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRIS JOHN K | 13603 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRISON S MALCOLM O ESQU | 16131 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| HAZLETT ROY E | 5421 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HEISEY DUANE L | 10858 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HEMMER LOUIS G | 6465 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HOGAN REBA BOYD | 16074 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HYDE EARL C AND HYDE LAVON JT TEN | 16817 | EXHIBIT C - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM |
| INTERTEK TESTING SERVICES | 16821 | EXHIBIT E - UNTIMELY CLAIMS |
| JACKSON CORLIS D | 6296 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| JENKINS BEVERLY M | 15910 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| K T K STEEL DRUM CORPORATION | 48 | EXHIBIT A-2 - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| KELLY WILLIAM R AND KELLY RHONDA E | 16812 | EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS |
| KETELHUT RANDY | 14897 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LEROY F | 7337 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LOUISE R | 5129 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LOUISE R AND KING MELVIN C | 5128 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KOHLMAYER KURT F AND KOHLMAYER IRENE G JT TEN | 4703 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KOVAK ANDREW R TR | 16280 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| KOVAK JOYCE L TR | 16281 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| KOWITZ JANET L | 4992 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LANDERS NORMAN C | 5195 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LANDERS NORMAN C AND LANDERS MARCELLA | 5199 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LESLIE MICHAEL K | 15950 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LIQUIDATING ULTIMATE ELECTRONICS INC | 11639 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LITTLES DORIS E | 14031 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LIVINGSTON ELIZABETH D | 16808 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection  
Exhibit H

05-44481-rdd    Doc 13823-12    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit H  
Pg 3 of 4

Exhibit H - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LLOYD WILLIAM E AND LLOYD JANET E | 3532 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| LORENTSON MFG CO SW INC | 12375 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| LORENTSON TOOLING INC | 11625 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| MAZUR LEONARD AND MAZUR RUSSELL TR | 11138 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MC KEEVER LEON | 3568 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MCDOWELL VENUS J | 13810 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| MCKEE S C O B MCINTOSH | 7610 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MCKEEVER ANNETTE C | 16820 | EXHIBIT E - UNTIMELY CLAIMS |
| MOSLEY THERESA | 9731 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MURRAY EVELYN M | 10135 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MYSIEWICZ LEON | 3565 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 16814 | EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIM |
| OLIVER DOLORES J | 3441 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ONEILL LIAM P | 2190 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ONEILL MARY P | 2189 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ORTIE MENDONCA TR UA DTD 111601 | 15360 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PAGE RICHARD T | 7160 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PALERMO MARIA C | 16191 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PERKINS WALTER R | 8973 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PERRY MALCOLM E | 5441 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PIONEER SPEAKERS INC | 16809 | EXHIBIT E - UNTIMELY CLAIMS |
| POTTER FRANCIS L | 5540 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| POWERS CLEMENTINE R | 4082 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PUDUP LEO A AND PUDUP JOSEPHINE B | 5672 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| QUINLAN JOHN J | 2989 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RACHWAL BERNADETTE | 4085 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RISELAY MICHAEL A | 8814 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ROBINSON LOGAN | 10053 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RODRIGUEZ BENJAMIN D AND RODRIGUEZ VISITACION C JT TEN | 3404 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RT SUB LLC FORMERLY KNOWN AS RECEPTEC LLC | 15939 | EXHIBIT A-1 - AMENDED CLAIM |
| SCHAEFFER TR FLORENCE | 3517 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SCHAFER MARY H | 12446 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SCHIPPER DEBRA | 8708 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SCHMIDT ALVIN C AND SCHMIDT DARLA J | 11801 | EXHIBIT B-1 - EQUITY CLAIM |
| SHEPHERD LAWRENCE L | 10277 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SHOEMAKER OREN AND SHOEMAKER MARILYN JT TEN | 4589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SIERRA ANALYTICAL CORPORATE GROUP INC | 16810 | EXHIBIT E - UNTIMELY CLAIMS |

In re: Delphi Corporation, et al.                                                             Thirtieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 13823-12    Filed 06/27/08    Entered 06/27/08 16:45:15    Exhibit H
Pg 4 of 4

Exhibit H - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SIERRA LIQUIDITY FUND | 48 | EXHIBIT A-2 - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| SIMPSON JANNIE | 5193 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SMUZESKI NAOMI C | 6771 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SNOW JAMES E | 10401 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SPECKER RICHARD D AND SPECKER CAROLE J | 5040 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| STEVENS PAUL | 7688 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| STUBBS TANYA L | 15780 | EXHIBIT E - UNTIMELY CLAIMS |
| SZCZESEK ROBERT J | 6547 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SZCZESEK ROBERT J AND SZCZESEK DONNA M | 6548 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| TEED DAVID M | 15920 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| TUCKER JIMMY R | 8714 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| TURNER WILLIAM E | 7319 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| VAN DENBUSSCHE DONALD H AND ROZMAN ROD JT TEN | 16067 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| VEENSTRA CHARLES K | 16805 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| VINCENT W RICHARD JR | 3418 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WEINMANN PATRICIA C | 16175 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WHITE GREGORY A | 15545 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WILLIAMS BETTY A | 10568 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WILLIAMS JR EARL | 5657 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WOHLEEN DAVID | 12363 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| YAKUBEK NANCY K | 6472 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |