UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FED R. BANKR. P. 3001(E)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

The Evidence of Transfer of Claim is attached hereto as Exhibit A. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the Instructions attached as Exhibit B.

**Name of Transferor:**
APS Capital Corp.

**Name of Transferee:**
Lehman Commercial Paper Inc.

Court Claim # (if known):   10100
Amount of Claim:   $3,750,000.00
Date Claim Filed:   7/20/06

**Address of Transferor:**
1301 S. Capital of Texas Hwy., Suite A131
Austin, TX 78746
Attn: Steven A. Klenda
Tel: (512) 314-4473
Fax: (512) 314-4327
Email: skenda@aps-capital.com

**Address of Transferee:**
745 Seventh Avenue
New York, New York 10019
Attn: Eduardo Reyes
Tel: (212) 526-1048
Fax: (646) 758-4993
Email: ereyes@lehman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 6/27/08
Transferee/Transferee's Agent
EDUARDO REYES
AUTHORIZED SIGNATORY

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

05-44481-rdd    Doc 13825    Filed 06/27/08    Entered 06/27/08 18:01:10    Main Document
Pg 2 of 5

<u>EXHIBIT A</u>
EVIDENCE OF TRANSFER

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

APS Capital Corp., with an address at 1301 Capital of Texas Hwy, Suite A-131, Austin, Texas 78746 ("**Assignor**") transfers and assigns unto Lehman Commercial Paper Inc., its successors and assigns ("**Assignee**") all of its right, title and interest in and to the proof of claim identified on the attached <u>Schedule of Claims</u>, which Proof of Claim was filed in the United States Bankruptcy Court, Southern District of New York ("**Bankruptcy Court**"), jointly administered under *In re* Dana Corporation, et al., Chapter 11 Case No. 05-44481 (RDD).

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of June 19, 2008.

**ASSIGNOR:**

**APS CAPITAL CORP.**

_____
Name:    George S. Conwill
Title:    President

**ASSIGNEE:**

**LEHMAN COMMERCIAL PAPER INC.**

_____
Name:    Tina Wong
Title:    Authorized Signatory

A-2

## SCHEDULE 1
## PURCHASE AND SALE
## TRADE DETAIL

| Original Creditor | Proof of Claim Number | Allowed/Purchase Amount* |
|---|---|---|
| Cadence Innovation LLC | 10100 | $3,750,000.00 |

---

*The "Joint Stipulation and Agreed Order in Respect of Debtors' Claims Estimation Motion and Third Omnibus Objection to Claims of Cadence Innovation LLC" (Doc. 11465) allowed the claim in the amount of $3,750,000.00.

## EXHIBIT B

## TRANSFER INSTRUCTIONS

Notice Instructions:

Lehman Commercial Paper Inc.
745 7th Avenue, 16th Floor
New York, New York  10019
Attention:  Ed Reyes
Email: ereyes@lehman.com
Telephone: (212) 526-1048
Facsimile:  (646) 758-4993

Wire Instructions:

Citibank New York
ABA # 021000089
A/C #:  30434133
A/C:  LCPI Bank Loans
Ref.:  Delphi Claim # 10100

DTC Instructions

Account Number: 074
Account Name: Lehman Brothers Inc.
Subaccount:  931-1550314