UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                    Chapter 11

DELPHI CORPORATION, *et al.*,                                     Case No. 05-44481 (RDD)

Debtors.
-------------------------------------------------------------X

## REQUEST TO BE REMOVED FROM ECF NOTIFICATION AND SERVICE LIST

Gary H. Cunningham of Giarmarco, Mullins & Horton, P.C. requests that the following attorney and e-mail address be removed from ECF notifications as well as the mail service list, and requests that he no longer receive electronic filings in this case:

Gary H. Cunningham: gcunningham@gmhlaw.com, jmahar@gmhlaw.com

                                            Respectfully submitted,

                                            GIARMARCO, MULLINS & HORTON, P.C.

                                            By:    /s/ Gary H. Cunningham
                                                      Gary H. Cunningham (P35451)
                                                        101 West Big Beaver Road, 10th Floor
                                                        Troy, Michigan 48084-5280
                                                        Telephone: (248) 457-7000
                                                        Facsimile: (248) 457-7001
Dated: June 30, 2008                                Email: gcunningham@gmhlaw.com