**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF TARRANT | ) |

Jennifer Callaghan, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Warner Stevens, L.L.P., 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102.

2.      On June 30, 2008, I caused true and correct copies of the Sixth Supplemental Declaration of Michael D. Warner in Support of the Retention of Warner Stevens, L.L.P. as Conflicts Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties on the Exhibit A in the manner indicated thereon.

**[Remainder of Page Intentionally Left Blank]**

3.     On June 30, 2008, I caused true and correct copies of the Sixth Supplemental Declaration of Michael D. Warner in Support of the Retention of Warner Stevens, L.L.P. as Conflicts Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties on the Exhibit B in the manner indicated thereon.

Jennifer Callaghan

SWORN AND SUBSCRIBED BEFORE ME this 30th day of June, 2008.

JENNIFER L. MOORE
Notary Public, State of Texas
My Commission Expires
September 06, 2010

NOTARY PUBLIC FOR THE STATE OF TEXAS

## Exhibit A

### Via Overnight Mail

Michelle Robson
Capital Research and Management
Company
11100 Santa Monica Blvd
15th Fl
Los Angeles, CA 90025

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Valerie Venable
General Electric Company
One Plastics Ave
Pittsfield, MA 01201

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Vilma Francis
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

David D. Cleary
Mohsin N. Khambati
Jason J. Dejonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Internal Revenue Service
Attn: Insolvency Department, Mario
Valerio
290 Broadway, 5th Floor
New York NY 10007

Henry Reichard
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

Melissa Knolls
Mesirow Financial
350 N Clark St
Chicago, IL 60610

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

Deirdre A Martini
United States Trustee
33 Whitehall St
Ste 2100
New York, NY 10004

Steven M Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market St
Wilmington, DE 19890

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Daniel D. Doyle
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Conference Board Chairman
IUE-CWA
2360 W. Dorothy Ln
Ste. 201
Dayton, OH 45439
Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10036
Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Alicia M Leonard
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave.
New York, NY 10017

Sheryl Betance
Kurtzmann Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn:  Brad Eric Scheler
        Bonnie Steingart
        Vivek Melwani
        Jennifer L. Rodburg
        Richard J. Slivinski

Tyco Electronics Corporation
Mary Ann Brereton
60 Columbia Road
Morristown, NJ 07960


Diedre A Martini
United States Trustee
33 Whitehall St
Ste. 2100
New York, NY 10004

Gragory A. Bray, Esq.
Thomas R. Keller, Esq.
James E. Till, Esq.
Milbank, Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802

NY\1085087.1

## Exhibit B

**Via First Class Mail**

| | |
|---|---|
| Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | The Timpken Corporation BIC - 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706 |
| Noma Company and General Chemical<br>Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippany, NJ 7054 | Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Dennis J. Raternink<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Michael Cox<br>PO Box 30736<br>Lansing, MI 48909-7717 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 |
| Harris D. Leinwand<br>350 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | HAL/ERC-Legal<br>Tillie Lim, Esq.<br>50 Prospect Avenue<br>Tarrytown, NY 10591 |
| Frank D. Jones<br>158 New York Circle Cr.<br>Whitesburg, KY 41858-9122 | Ambrake Corporation<br>Ronald L. Jones<br>300 Ring Road<br>Elizabethtown, KY 42701 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box # 304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak, General Counsel |
| Miami-Dade County Tax Collector<br>Metro – Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL 33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite 2300<br>Chicago, IL 60606 |
| WL Ross & Co., LLC<br>600 Lexington Avenue, 19th Floor<br>New York, NY 10022<br>Attn: Stephen Toy | Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 |

| Pickrel-Shaeffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH 45423 | |

## Via E – Mail Service

aaronsona@pepperlaw.com; abrilliant@goodwinproctor.com; adalberto@canadas.com; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agelman@sachnoff.com; agottfried@morganlewis.com; akaatz@entergy.com; alan.mills@btlaw.com; aleinoff@amph.com; amalone@colwinlaw.com; amathews@robinsonlaw.com; amccollough@mcguirewoods.com; amcmullen@bccb.com; amoog@hhlaw.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; aordubegian@weineisen.com; arosenberg@paulweiss.com; jbrass@paulweiss.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; attorneystella@sszpc.com; austin.bankruptcy@publicans.com; axs@maddinhauser.com; ayala.hassell@eds.com; bankrupt@modl.com; pwcarey@modl.com; bankruptcy@goodwin.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; bharwood@sheehan.com; bhoover@goldbergsegalla.com; bkessinger@akebono-usa.com; bmcdonough@teamtogut.com; Ben.Caughey@icemiller.com; bmehlsack@gkllaw.com; bnathan@lowenstein.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; cahope@chapter13macon.com; carol_sowa@denso-diam.com; carol.weiner.levy@srz.com; carren.shilman@hellerehrman.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net; cbelmonte@ssbb.com; cdruehle@goodwinproctor.com; cfilardi@pepehazard.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; cgalloway@atsautomation.com; charles@filardi-law.com; chill@bsk.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; Cohen.Mitchell@arentfox.com; craig.freeman@alston.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; csullivan@bsk.com; cweidler@paulweiss.com; dadler@mccarter.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.com; dbaty@honigman.com; dbrown@klettrooney.com; dconnelly@alston.com; dwender@alston.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddeutsch@chadbourne.com; ddragich@foley.com; ddraper@terra-law.com; ddunn@akingump.com; derrien@coollaw.com; dgheiman@jonesday.com; diconzam@gtlaw.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dludman@brownconnery.com; dmdelphi@duanemorris.com; dquaid@tcfhlaw.com; efiledocketgroup@fagelhaber.com; dpm@curtinheefner.com; driggio@candklaw.com; drosenzweig@fulbright.com; dwdykhouse@pbwt.com; dweiner@schferandweiner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; ecdolan@hhlaw.com; echarlton@hiscockbarclay.com; efox@klng.com; egc@lydenlaw.com; egeekie@schiffhardin.com; eglas@mccarter.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; Elliott@cmplaw.com; emarcks@ssd.com;

emccolm@paulweiss.com; emcnerney@blbglaw.com; emeyers@mrrlaw.net;
Enrique.bujidos@es.pwc.com; ephillips@thurman-phillips.com; eray@balch.com;
ewaters@sheppardmullin.com; fatell@blankrome.com; ferrell@taftlaw.com;
ffm@bostonbusinesslaw.com; fholden@orrick.com; fstevens@foxrothschild.com;
ftrikkers@rikkerslaw.com; fusco@millercanfield.com; fyates@sonnenschein.com;
gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; gerdekomarek@bellsouth.net;
gettelman@e-hlaw.com; ggreen@fagelhaber.com; ggotto@kellerrohrback.com;
gjarvis@ggelaw.com; gkurtz@ny.whitecase.com; glen.dumont@hp.com;
greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com;
guzzi@whitecase.com; dbaumstein@nywhitecase.com; gogimalik@andrewskurth.com;
gpeters@weltman.com; gravert@mwe.com; greenj@millercanfield.com;
Gregory.kaden@ropesgray.com: growsb@wnj.com; gsantella@masudafunai.com;
gschwed@loeb.com; hannah@blbglaw.com; hborin@schaferandweiner.com;
heath.vincente@agg.com; heather@inplaytechnologies.lcom; henry.bear@lw.com;
herb.reiner@guarantygroup.com; heyens@gtlaw.com; Hirsh.Robert@arentfox.com;
hkolko@msek.com; hleinwand@aol.com; holly@regencap.com; housnerp@michigan.gov;
houston_bankruptcy@publicans.com; hwangr@michigan.gov;
hzamboni@underbergkessler.com; ian@gazesllc.com; idizengoff@akingump.com;
ilevee@lowenstein.com; ilevee@lowenstein.com; ira.herman@tklaw.com;
jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com;
Janice.grubin@dbr.com; japplebaum@clarkhill.com; javanzato@apslaw.com;
jay.hurst@oag.state.tx.us; jay.selanders@kutakrock.com; jbernstein@mdmc-law.com;
jcrotty@rieckcrotty.com; jdonahue@miheritage.com; jeannine.damico@cwt.com;
Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com;
jengland@linear.com; jforstot@tpw.com; jgtougas@mayerbrown.com; jguerrier@dreierllp.com;
jguy@orrick.com; jh@previant.com; mgr@previant.com; jharris@quarles.com;
jhinshaw@boselaw.com; jhlemkin@duanemorris.com; jkp@qad.com;
jkreher@hodgsonruss.com; jlanden@madisoncap.com; jlapinsky@republicengineered.com;
jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com;
jminias@stroock.com; jml@ml-legal.com; lmc@ml-legal.com; jmoennich@wickenslaw.com;
jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com;
jmurch@foley.com; joel_gross@aporter.com; john.brannon@tklaw.com;
john.cipriano@meus.mea.com; john.gregg@btlaw.com; john.persiani@dinslaw.com;
john.sieger@kattenlaw.com; john.weiss@lw.com; jonathan.greenberg@BASF.com;
jonathan.greenberg@engelhard.com; jonathan.greenberg@engelhard.com;
jorenstein@aoblaw.com; jpardo@kslaw.com; jpguy@swidlaw.com; jposta@sternslaw.com;
jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; JRS@Parmenterlaw.com;
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jshickich@riddellwilliams.com;
jsimon@foley.com; jsmairo@pbnlaw.com; jspecf@sternslaw.com; jstempel@kirkland.com;
jtaylor@binghammchale.com; malerding@binghammchale.com;
wmosby@binghammchale.com; Judith.elkin@haynesboone.com; jvitale@cwsny.com;
bceccotti@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com;
jzackin@sillscummis.com; Karen.dine@pillsburylaw.com; kcookson@keglerbrown.com;
kcunningham@piercewood.com; ken.higman@hp.com; khansen@stroock.com;
khopkins@milestockbridge.com; kim.robinson@bfkpn.com; klaw@bbslaw.com;
kmayhew@pepehazard.com; kmiller@skfdelaware.com; knathan@nathanneuman.com;

knorthrup@kutchinrufo.com; knye@quarles.com; krk4@daimlerchrysler.com;
krosen@lowenstein.com; kwalsh@lordbissel.com; rcovino@lordbissel.com;
landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lawtoll@comcast.net;
Iberkoff@moritthock.com; lcurcio@tpw.com; lekvall@wgllp.com;
lenared.parkins@haynesboone.com; kenric.kattner@haynesboone.com;
lgretchko@howardandhoward.com; lisa.moore2@nationalcity.com;
lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lmcbryan@hwmklaw.com;
lmurphy@honigman.com; lnewman@fagelhaber.com; lpeterson@msek.com; lpinto@wcsr.com;
lsarko@kellerrohrback.com; claufenberg@kellerrohrbeck.com; eriley@kellerrohrbeck.com;
lschwab@bbslaw.com; lwalzer@angelogordon.com; madison.cashman@stites.com;
maofiling@cgsh.com; maofiling@cgsh.com; marc.hirschfield@ropesgray.com;
margot.erlich@pillsburylaw.com; markd@blbglaw.com; mark.houle@pillsburylaw.com;
mark.owens@btlaw.com; marvin.clements@state.tn.us; massimiliano.cini@brembo.it;
mbane@kelleydrye.com; mblacker@andrewskurth.com; mbusenkell@mnat.com;
mcarter@kslaw.com; mcruse@wnj.com; mdallago@morrisoncohen.com;
mdebbeler@graydon.com; metkin@lowenstein.com; metkin@lowenstein.com;
mfarquhar@winstead.com; mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com;
miag@michigan.gov; michael.cook@srz.com; Michael.mccrory@btlaw.com;
michaelz@orbotech.com; miller@taftlaw.com; mkilgore@UP.com; mkohayer@aol.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; mlschein@mintz.com; mmachen@sonnenschein.com;
mmassad@hunton.com; mmeyers@mlg-pc.com; mmharner@jonesday.com;
mmoody@okmlaw.com; mmewman@schaferandweiner.com; mparker@fulbright.cmo;
mrichards@blankrome.com; mrichman@foley.com; mrr@pszjlaw.com;
mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msomerstein@kelleydrye.com;
masternstein@sheppardmullin.com; msutter@ag.state.oh.us; mtf@afrct.com;
mtrentadue@boselaw.com; cdelatorre@boselaw.com; murph@berrymoorman.com;
mviscount@foxrothschild.com; mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com;
myarnoff@sbclasslaw.com; myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com;
nhp4@cornell.edu; niizeki.tetsuhiro@furukawa.co.jp; office@gazesllc.com; pabutler@ssd.com
patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com;
pbilowz@goulstonstorrs.com; pbossswick@ssbb.com; pcostello@bbslaw.com;
pgurfein@akingump.com; pjanovsky@zeklaw.com; pjricotta@mintz.com;
pricotta@mintz.com; pmears@collaw.com; Pretekin@coollaw.com; prubin@herrick.com;
raterinkd@michigan.gov; rbeacher@pitneyhardin.com; cchiu@daypitney.com;
rcarrillo@gsblaw.com; rcharles@lrlaw.com; rcmcdowell@bodmanllp.com;
rcovino@lordbissell.com; rdaversa@mayerbrown.com; rdehney@mnat.com;
rdremluk@seyfarth.com; resterkin@morganlewis.com; rfeinstein@pszjlaw.com;
Ischarf@pszjlaaw.com; rfrankel@swidlaw.com; RGMason@wlrk.com; rgodon@clarkhill.com;
rgoldi@sotablaw.com; rgriffin@iuoe.org; rheilman@schaferandweiner.com;
rhett.campbell@tklaw.com; rhwyron@swidlaw.com; Richard.eplilng@pillsburylaw.com;
richard.kremen@dlapiper.com; rjclark@hancocklaw.com; rjones@bccb.com; rjp@pbandg.com;
rjsidman@vssp.com; rkidd@srcm-law.com; rlp@quarles.com; rmcdowell@bodmanllp.com;
rmeth@daypitney.com; rnorton@reedsmith.com; rnsteinwurtzel@swidlaw.com;
robert.goodrich@stites.com; robert.morris@timken.com; robert.rosenberg@lw.com;
robert.welhoelter@wallerlaw.com; robin.spear@pillsburylaw.com; rpeterson@jenner.com;

rrichards@sonnenschein.com; rrosenbaum@mmrlaw.com; rsmolev@kayescholer.com; rsz@curtinheefner.com; rthibeaux@shergarner.com; rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; rusadi@cahill.com; rweisberg@carsonfischer.com; rweiss@honigman.com; fgorman@honigman.com; rwyron@orrick.com; sabelman@cagewilliams.com; sagolden@hhlaw.com; sandy@nlsg.com; sarah.morrison@doj.ca.gov; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; scargill@lowenstein.com; Schnabel@klettrooney.com; schristianscon@buchalter.com; sdabney@kslaw.com; bdimos@kslaw.com; sdeeby@clarkhill.com; sdonato@bsk.com; sdrucker@honigman.com; sean@blbglaw.com; selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com; shandler@sbclasslaw.com; shandler@mwe.com; mquinn@mwe.com; shapiro@steinbergshapiro.com; sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjfriedman@joneday.com; sjennik@kjmlabor.com; sjohnston@cov.com; sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com; sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com; spaethlaw@phslaw.com; sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; steven.keyes@aam.com; susanwhatley@nixlawfirm.com; swalsh@chglaw.com; tajamie@ajamie.com; tbrink@lordbissel.com; tch@previant.com; tcohen@sheppardmullin.com; tdonovan@finkgold.com; tgaa@bbslaw.com; tguerriero@us.tiauto.com; thaler@tglawfirm.com; timothy.mehok@hellerehrman.com; tkennedy@kjmlabor.com; tlauria@whitecase.com; featon@miami.whitecase.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com; tom@beemanlawoffice.com; tomschank@hunterschank.com; tracy.richardson@dol.lps.state.nj.us; trenda@milesstockbridge.com; tsable@honigman.com; tscobb@vssp.com; tslome@rsmillp.com; twardle@sheppardmullin.com; vdagostino@lowenstein.com; vhamilton@sillscommis.com; skimmelman@sillscummis.com; vmastromar@aol.com; wachstein@coollaw.com; Wallace@blbglaw.com; wbeard@stites.com; loucourtsum@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com; william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1085087.1