# EXHIBIT D
[TO BE SUPPLIED]