# EXHIBIT K

| | |
|---|---|
| **From:** | "Lyons, John K" <John.Lyons@skadden.com> |
| **To:** | <NEWMAN@butzel.com> |
| **CC:** | "Wharton, Joseph N (CHI)" <Joseph.Wharton@skadden.com>, "Craft, Karen J" <karen.j.craft@delphi.com> |
| **Date:** | 5/22/2008 5:21 PM |
| **Subject:** | FW: Transcript for EEOC Hearing |
| **Attachments:** | Transcipt.pdf |

I have spoken with the client and we are unable to consensually agree to vacate the order expunging Pioneer's claim. Thus, the "tolling" period set forth in your previous agreement is now terminated. However, for efficiency purposes, we suggest that you combine any briefing on this matter with the merits on the underlying untimely claim (including whether there exists cause for leave to file such claim). Judge Drain has required a claimant that has unilaterally filed an untimely claim to file a motion for leave to file such claim in order for the claim to be recognized by the Debtors.

I also attach a recent bench ruling from Judge Drain expunging an untimely claim filed by the EEOC to guide your analysis.

Sincerely,

John Lyons

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
=========================================================================