Melinda S. Thornton
Assistant County Attorney
Fla. Bar No. 261262
MURRAY A. GREENBERG
County Attorney
Stephen P. Clark Center
Suite 2810
111 N.W. First Street
Miami, Florida 33128-1993
(305) 375-5151 (FAX) 375-5611
e-mail: cao.bkc@miamidade.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X      Chapter 11

In re:                                                             Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.                                         (Jointly Administered)

      Debtors.
-----------------------------------------------------------X

NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
AND REQUEST FOR REMOVAL FROM
COURT MATRIX AND SERVICE LIST

     **PLEASE TAKE NOTICE** that **Melinda S. Thornton, Assistant County Attorney,** hereby withdraws as counsel for creditor Miami-Dade County Tax Collector ("Tax Collector") in this bankruptcy case and requests that her name be removed from the Court's mailing matrix and service list for this case. Undersigned counsel certifies that as of the date of this Notice there are

no pending contested matters or adversary proceedings in this case involving Tax Collector. Tax Collector's contact information is as follows:

**MIAMI-DADE COUNTY TAX COLLECTOR**
**PARALEGAL UNIT**
**140 West Flagler Street**
**Suite 1403**
**Miami, FL 33130-1569**
**Telephone: (305) 375-4234**

This Notice is with respect to Melinda S. Thornton only, and is not intended to affect service independently requested by Tax Collector, any other department of Miami-Dade County, or counsel therefore, or their continued listing in the mailing matrix and service list for this case.

Respectfully submitted,

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Stephen P. Clark Center
111 N. W. 1st Street, Suite 2810
Miami, FL 33128


By: ___/s/  Melinda S. Thornton___
Melinda S. Thornton
Assistant County Attorney
Florida Bar No. 261261
Telephone: (305) 375-5151
Fax: (305) 375-5611
e-mail: cao.bkc@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via U.S. Mail to: **MIAMI-DADE COUNTY TAX COLLECTOR**, PARALEGAL UNIT, 140 West Flagler Street, Suite 1403, Miami, FL 33130-1569; **DELPHI CORPORATION**, *Debtor*, 5725 Delphi Drive, Troy, MI 48098; **ANDREW CURRIE, ESQ.,** WilmerHale, LLP, *Counsel to Debtor*, 1875 Pennsylvania Avenue, NW, Washington, DC 20006; **U.S. TRUSTEE**, 33 Whitehall Street, 21st Floor, New York, NY 10004; **ALICIA M. LEONHARD, ESQ.**, Office of the United States Trustee, *Counsel to Trustee*, Southern District of New York, 33 Whitehalll Street, Suite 2100, New York, NY 10004, on this 2nd day of July, 2008.

By: /s/ Melinda S. Thornton
Melinda S. Thornton