ALSTON & BIRD LLP
Dennis J. Connolly, Esq. (DC-9932)
Jennifer M. Meyerowitz, Esq.
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel to PD George Co.*

**UNITED STATES DISTIRCT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
   DELPHI CORPORATION, *et. al.*,                              :    Case No. 05-44481 (RDD)
                                                               :
                                                    Debtors.  :    Jointly Administered
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE OF PD GEORGE CO.
TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS**

In accordance with the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10126 (PD George Co. and Longacre Master Fund Ltd.) [Docket No. 10513] (the "Order"), PD George Co ("PD George") hereby withdraws its Response of PD George to Debtors' Third Omnibus Objection to Claims [Docket No. 5765] with prejudice.  PD George expressly reserves all rights under the Order and the Settlement Agreement (as defined in the Order).

Respectfully submitted, this 2nd day of July 2008.

                                      ALSTON & BIRD LLP

                                        /s/ Dennis J. Connolly
                                      Dennis J. Connolly, Esq. (DC-9932)
                                      Jennifer M. Meyerowitz, Esq.
                                      One Atlantic Center
                                      1201 West Peachtree Street
                                      Atlanta, Georgia 30309-3424
                                      Telephone (404) 881-7000
                                      Facsimile (404) 881-7777
                                      *Attorneys for PD George Co.*