ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |
|---|---|
| | : |
| **In re:** | : **Chapter 11** |
| | : |
| **DELPHI CORPORATION,** *et. al.*, | : **Case No. 05-44481 (RDD)** |
| | : |
| Debtors. | : **Jointly Administered** |

---------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF GEORGIA            )
                           )        ss:
COUNTY OF FULTON           )

DENNIS J. CONNOLLY, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

LEGAL02/30868570v1

2.      On the 2nd day of July 2008, I caused true and correct copies of the

**Notice of Withdrawal of Response of PD George Co. to Debtors' Third Omnibus**

**Objection to Claims** by depositing said copies in the United States Mail, with adequate

First Class postage affixed thereon, properly addressed to the parties listed on the Service

List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.


/s/ Dennis J. Connolly
DENNIS J. CONNOLLY


Sworn to and subscribed before me
this 2nd day of July 2008.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

July 14, 2008

LEGAL02/30868570v1

# EXHIBIT "A"

## SERVICE LIST

| | |
|---|---|
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher<br>  & Flom LLP<br>Four Times Square<br>New York, NY  10036 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Mitchell A. Seider<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022-4834 | John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | Vladimir Jelsavcic<br>Director<br>Longacre Master Fund Ltd.<br>810 Seventh Avenue, 22nd Floor<br>New York, NY  10019 |
| Thomas E. Lauria<br>Michael C. Shepherd<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL  33131-2352 | Bonnie K. Steingart<br>Brad E. Scheler<br>Vivek Melwani<br>Fried, Frank, Harris, Shriver<br>  & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 |