# IN THE UNITED STATES BANRKUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:                                                         Chapter 11

DELPHI CORPORATION, et al.                      05-44481-RDD

              Debtors.                              Jointly Administered
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of Pioneer Speakers, Inc.'s Motion for (i) Relief Under Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) From Order Expunging Claim as Untimely, (ii) for Permission to File Claim After Bar Date and (iii) in the Alternative, for Allowance of Administrative Claim to be served on 1st day of July 2008 upon all parties of record through the Court's Electronic Case Filing system.

Dated: New York, New York
       July 2, 2008

                                       /s/ Robert Sidorsky_____
                                       Robert Sidorsky (RS 2490)