UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                             Case No. 05-44481 (RDD)
Delphi Corporation, et al.,
                                                    :        Jointly Administered
                    Debtors.                        :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

COUNTY OF ROCKLAND

      Melissa Maldonado, being duly sworn, hereby declares:

1)    I am over eighteen years of age and am not a party in the above-referenced case.

2)    On June 26, 2008, I caused to be served annexed the Notice of Change of Address of Bear Stearns Investment Products Inc. by first class mail, postage prepaid, to the parties listed on the annexed Service List.

Dated: July 3, 2008
Place: Valley Cottage, New York

                                                     /s/ Melissa Maldonado
                                                     Melissa Maldonado

Sworn to before me this
3 th day of July, 2008

/s/ Jessica M. Marquez
Notary Public

JESSICA M. MARQUEZ
Notary Public, State of New York
No. 01MA5050641
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires Oct. 16, 2009

040-1000/COURT/1654277.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re:                                         :
                                                   Chapter 11
Delphi Corporation, et al.,                  :   Case No. 05-44481 (RDD)
                                                   Jointly Administered
              Debtors.                       :

                                               :
---------------------------------------------x

NOTICE OF CHANGE OF ADDRESS OF
BEAR STEARNS INVESTMENT PRODUCTS INC.

PLEASE TAKE NOTICE, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that BEAR STEARNS INVESTMENT PRODUCTS INC. ("Bear"), a creditor in the above captioned case, has changed its address, and hereby requests service of any pleadings, notices, distributions, correspondence, and other papers in this case at the following new address:

Bear Stearns Investment Products Inc.
c/o JPMorgan Chase Bank, N.A.
Mail Code: NY1-A436
Attn: Susan McNamara, Legal Dept
1 Chase Manhattan Plaza, 26th floor
New York, New York 10081

Bear's new telephone and facsimile numbers and email address are as follows:

Phone 212-552-1038
Fax 212-552-5766
Email susan.mcnamara@chase.com

Dated: June __, 2008

                                    BEAR STEARNS INVESTMENT PRODUCTS
                                    INC.

                                    By:_____
                                    Name:    Carrie A. Patt
                                    Title:   Authorized Signatory

040-1000/COURT/1637629.1

## SERVICE LIST

| NAME | COMPANY | STREET | CITY |
|---|---|---|---|
| Andrew Currie | WilmerHale, LLP | 1875 Pennsylvania Avenue, NW | Washington, DC 20006 |
| Caroline Rogus | WilmerHale, LLP | 1875 Pennsylvania Avenue, NW | Washington, DC 20006 |
| David S. Gragg | Langley & Banack, Incorporated | 745 E. Mulberry, Suite 900 | San Antonio, TX 78212 |
| Dennis J. Connolly | Alston & Bird LLP | 1201 West Peachtree Street | Atlanta, GA 30309-3424 |
| Douglas P. Bartner | Shearman & Sterling LLP | 599 Lexington Avenue | New York, NY 10022-6069 |
| Jessica Kastin | O'Melveny & Myers | 7 Times Square | New York, NY 10036 |
| John Wm. Butler, Jr. | Skadden Arps Slate Meagher & Flom LLP | 333 West Wacker Drive | Chicago, IL 60606-1285 |
| Kayalyn A. Marafioti | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036 |
| Lowell Peterson | Meyer, Suozzi, English & Klein | 1350 Broadway, Suite 501 | New York, NY 10018 |
| Mark S. Lichtenstein | Crowell & Moring LLP | 153 East 53rd Street, 31st Floor | New York, NY 10022 |
| Mateo Fowler | Quinn Emanuel Urquhardt Oliver & Hedges | 865 S. Figueroa Street, 10th Floor | Los Angeles, CA 90017 |
| Michael O'Hayer | | 22 North Walnut Street | West Chester, PA 19380 |
| Paul J.N. Roy | Mayer, Brown, LLP | 71 S. Wacker Drive | Chicago, IL 60606 |
| Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square | New York, NY 10036-6522 |
| Alicia M. Leonhard | Office of the United States Trustee - Southern District of New York | 33 Whitehall Street, Suite 2100 | New York, NY 10004 |
| Tracy Hope Davis | United States Trustee Office | 33 Whitehall Street, 21st Floor | New York, NY 10004 |
| Mark A. Broude | Latham & Watkins | 885 Third Avenue | New York, NY 10022-4802 |
| Michael D. Warner | Warner Stevens, L.L.P. | 301 Commerce Street, Suite 1700 | Fort Worth, TX 76102 |
| CTS CORPORATION | CTS CORPORATION | 171 Covington Drive | Bloomington, IL 60108 |
| Dennis R. Shea | SPS TECHNOLOGIES LLC | 301 Highland Avenue | Jenkinton, PA 19046 |
| Futaba Corporation | Futaba Corporation | 711 E. State Parkway | Schaumburg, IL 60173 |
| Texas Instruments Inc. | Texas Instruments Inc. | 12500 TI Blvd MS 8686 | Dallas, TX 75243 |
| Munsch Hardt Kopf & Harr PC | Munsch Hardt Kopf & Harr PC | 3800 Lincoln Plaza, 500 N. Akard Street | Dallas, TX 75201 |
| Capro, Ltd. | Capro, Ltd. | 155 South Limerick Road | Limerick, PA 19468-1699 |
| Alps Automotive, Inc | Alps Automotive, Inc | 1500 Atlantic Blvd. | Auburn Hills, Michigan 48326 |
| Steve Runnion | Alps North America, Inc | 910 E. Hamilton Avenue, Suite 500 | Campbell, CA 95008 |
| Karen L. Hynes | Alps North America, Inc | 910 E. Hamilton Avenue, Suite 500 | Campbell, CA 95008 |
| Merle C. Meyers, Esq. | Goldberg, Stinnett, Meyers & Davis APC | 44 Montgomery Street, Suite 2900 | San Francisco, CA 94104 |
| Delphi Corporation | Delphi Corporation | 5725 Delphi Drive | Troy, MI 48098 |
| | Kurtzman Carson Consultants LLC | 2335 Alaska Avenue | El Segundo, CA 90245 |