UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
    In re                                                        :        Chapter 11
:
DELPHI CORPORATION, et al.                :        Case No. 05-44481 (RDD)
:
              Debtors.             :        (Jointly Administered)
:
------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF OBJECTION
TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS

Come now Donald R. Sweeton and Sarah E. Sweeton, by and through counsel, and, pursuant to the Stipulation approved by the Court (Docket No. 11435), respectfully give notice of the withdrawal of their Objection (Docket No. 7130) to the Debtors' Eighth Omnibus Objection to Claims (Docket No. 6962).

                                                  Respectfully submitted,

                                                  /s/ Austin L. McMullen
                                                  Austin L. McMullen (admitted pro hac vice)
                                                  BOULT, CUMMINGS, CONNERS & BERRY, PLC
                                                  1600 Division Street, Suite 700
                                                  P. O. Box 340025
                                                  Nashville, Tennessee 37203
                                                  Phone: (615) 252-2307
                                                  Fax: (615) 252-6307
                                                  email: amcmulle@bccb.com

                                                  *Attorneys for Don and Sarah Sweeton*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing system on this the 8th day of July, 2008.

                                        /s/ Austin L. McMullen
                                        Austin L. McMullen