# **Exhibit C**

05-44481-rdd    Doc 13842-3    Filed 07/08/08    Entered 07/08/08 21:14:10    Exhibit C
Pg 1 of 2

Delphi Corporation & Subsidiaries
F.E.I.N. 38-3430473
2005 Adjustment to Federal Taxable Income

This return reflects an adjustment to the 2005 Delphi Corporation & Subsidiaries Federal pro-forma return included in the 2005 Delphi Corporation and Subsidiaries Consolidated Federal income tax return as filed. The adjustment reflects the reversal of the 2005 election to capitalize R & E expenditures under I.R.C. Section 59(e). This election reverses the gross R & E capitalization reported by Delphi Corporation & Subsidiaries on its separate Federal pro-forma return.

| RECONCILIATION | $ |
|---|---|
| Federal taxable income(loss) per pro-forma filed with the IRS | 63,361,360 |
| **Adjustments** | |
| Reversal of 2005 R & E Capitalization – Delphi Corporation | (1,002,000,000) |
| Addback of 2005 Amortization – Delphi Corporation | 100,200,000 |
| Addback of Prior Years' Amortization – Delphi Corporation | 336,227,112 |
| Addback of Prior Years' Amortization – Delphi Technologies, Inc. | 9,071,926 |
| Addback of Prior Years' Amortization – Exhaust Systems, Inc. | 3,198,105 |
| Dissallowance of Charitable Contributions | 565,878 |
| Corrected Federal Taxable Income | (489,375,619) |

Further details available upon audit.