# LOUIS E. NEUENDORF

619 EAST ARNOLD STREET
SANDWICH, ILLINOIS 60548
(815) 786-2232  FAX (815) 786-2192

June 24, 2008

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Attention: Clerk's Office

    Re: Delphi Corporation,
        Case No. 05-44481

Dear Clerk:

What is the status of the above referred to Bankruptcy proceeding?

Very Truly Yours,

*[signature]*

Louis E. Neuendorf

:phj