| SUSAN  | TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS |
|--------|----------------------------------------|
| COMBS  | P.O. Box 13528 • Austin, TX 78711-3528 |

July 02, 2008

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer #1-38-3473261-5
     Bankruptcy Case # 05-44623-RDD
     DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Post-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Collections Division/Bankruptcy Section
> P.O. Box 12548, Capitol Station
> Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

*Whitney Blanton*
WHITNEY BLANTON
Assistant General Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure

Form 00-360 (Rev.2-08/4)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case number: 05-44623-RDD

In re: DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Taxpayer number: 1-38-3473261-5

WITHDRAWAL OF
SECOND AMENDED
Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST : 12/27/2006

2. TOTAL AMOUNT OF CLAIM AND REQUEST : $242.10
SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: 06/01/2006 to 10/31/2006

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 07/02/2008

*Whitney Blanton* (signature)

WHITNEY BLANTON    (512) 463-7363
Assistant General Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.2-08/4)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case number: 05-44623-RDD

In re: DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Taxpayer number: 1-38-3473261-5

WITHDRAWAL OF
SECOND AMENDED
Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST : 12/27/2006

2. TOTAL AMOUNT OF CLAIM AND REQUEST : $242.10
   SALES AND USE TAX CH. 151, (321,322,323)

3. DATE DEBT WAS INCURRED: 06/01/2006 to 10/31/2006

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 07/02/2008

*Whitney Blanton* (signature)

WHITNEY BLANTON      (512) 463-7363
Assistant General Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.2-08/4)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION



Case number:   05-44623-RDD

In re:   DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Taxpayer number:   1-38-3473261-5

WITHDRAWAL OF
SECOND AMENDED
Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to:   Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST   : 12/27/2006

2. TOTAL AMOUNT OF CLAIM AND REQUEST   : $242.10
SALES AND USE TAX CH. 151, (321,322,323)

3. DATE DEBT WAS INCURRED:   06/01/2006 to 10/31/2006

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 07/02/2008

*Whitney Blanton*
WHITNEY BLANTON   (512) 463-7363
Assistant General Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.2-08/4)