AJAMIE LLP
711 Louisiana, Suite 2150
Houston, Texas 77002
Thomas R. Ajamie (Texas Bar No. 00952400)
Dona Szak (Texas Bar No. 19597500)

Attorneys for Rassini, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
:
In re : Chapter 11
:
DELPHI CORPORATION, *et al.*, : Case No. 05-44481 (RDD)
:
Debtors : (Jointly Administered)
:
---------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF SUPPLEMENTAL RESPONSE OF RASSINI, S.A. DE C.V. TO THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM AND RESPONSE TO DEBTORS' STATEMENT OF DISPUTED ISSUES WITH REGARD TO PROOF OF CLAIM NO. 12399 (RASSINI S.A. DE C.V.)

PLEASE TAKE NOTICE that, pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 12399 (Rassini, S.A. de C.V.) [Docket Number 12492] and the Settlement Agreement by and between Rassini, S.A. de C.V. and Delphi Automotive Systems LLC, dated January 18, 2008, Rassini, S.A. de C.V. hereby withdraws its Response to the Debtors' Twenty-Second Omnibus Objection to Proofs of Claim [Docket Number 10984]. Rassini, S.A. de C.V. reserves all of its rights and remedies under the Settlement Agreement.

Dated: July 10, 2008

- 2 -

AJAMIE LLP

By: /s/ Dona Szak
    Thomas R. Ajamie
    Texas State Bar No. 00952400
    Dona Szak
    Texas State Bar No. 19597500
    Pennzoil Place - South Tower
    711 Louisiana, Suite 2150
    Houston, Texas 77002
    Telephone: (713) 860-1600
    Facsimile: (713) 860-1699

ATTORNEYS FOR RASSINI, S.A. DE C.V.

22432.1