SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
                                   :
    In re                         :        Chapter 11
                                   :
DELPHI CORPORATION, et al.,     :        Case No. 05–44481 (RDD)
                                   :
                    Debtors.     :        (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 1160
(JOE G. TEDDER, TAX COLLECTOR)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Joe G. Tedder, Tax Collector for Polk County, Florida ("Polk County") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1160 (Joe G. Tedder, Tax Collector) ("Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on December 13, 2005, Polk County filed proof of claim number 1160 against Delphi, which asserts a secured claim in the amount of $636.02 (the "Claim") stemming from taxes allegedly owed by Delphi to Polk County.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on May 7, 2007, Polk County filed its Response To Objection To The Tax Collector's Claim And Transfer Of Claim No. 38699 Filed By Tax Collector For Polk

County, Florida (Docket No. 7925) and on June 18, 2007 Polk County filed its Response To Debtor's Objection Filed By Polk County Tax Collector (Docket No. 8371) (collectively, the "Responses").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $487.91.

WHEREAS, Polk County acknowledges that it has been given the opportunity to consult with counsel before executing this Joint Stipulation and is executing this Joint Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Joint Stipulation.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Polk County stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $487.91 and shall be treated as an allowed secured claim against the estate of DAS LLC.

2. Polk County hereby releases and waives any right to assert any other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring on or before the Petition Date.

3

    3.  Polk County shall withdraw its Responses to the Thirteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 15th day of July, 2008

                  /s/Robert D. Drain
                  UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Joe G. Tedder |
|---|---|
| John Wm. Butler, Jr. | Joe G. Tedder, Tax Collector |
| John K. Lyons | Post Office Box 1189 |
| Ron E. Meisler | Bartow, Florida 33830 |
| SKADDEN, ARPS, SLATE, MEAGHER | (863) 534-4710 |
|  & FLOM LLP | |
| 333 West Wacker Drive, Suite 2100 | *Pro Se* Claimant |
| Chicago, Illinois  60606-1285 | |
| (312) 407-0700 | |

     - and –

 Kayalyn A. Marafioti
 Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession