SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
                                 :
    In re                          :    Chapter 11
                                 :
DELPHI CORPORATION, et al.,     :    Case No. 05–44481 (RDD)
                                 :
                 Debtors.       :    (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER ALLOWING
PROOFS OF CLAIM NUMBERS 2298, 5407, 5886, 6039, 6120, 7234, 7236,
7241, 7368, 7370, 7373, 7710, 8025, 8027, 8028, 8031, 9093, 9108, 10260, 10384,
12684, 12699, 16336, 16516, AND 16534 ASSERTED BY CONTRARIAN FUNDS LLC

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), ASEC Manufacturing General Partnership ("ASEC"), Delco Electronics Overseas Corporation ("DEOC"), Delphi Mechatronic Systems Inc. ("Mechatronic"), Delphi Technologies, Inc. ("DTI"), Delphi Medical Systems Colorado Corporation ("Delphi Medical Colorado," and together with DAS LLC, DEOC, ASEC, Mechatronic, and DTI, the "Settling Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Contrarian Funds LLC ("Contrarian") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 2298, 5407, 5886, 6039, 6120, 7234, 7236, 7241, 7368, 7370, 7373, 7710, 8025, 8027, 8028, 8031, 9093, 9108, 10260, 10384, 12684, 12699, 16336, 16516, And 16534 Asserted by Contrarian Funds LLC (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on the dates listed in column B on Exhibit A (titled "Date Filed"), attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on Exhibit A (titled "Proof of Claim Number") were filed by the parties (collectively, the "Claimants") listed in column C on Exhibit A (titled "Party Filing Proof of Claim") against the Debtor entities listed in column F on Exhibit A (titled "Debtor") asserting claims (collectively, the "Claims") in the amounts and classifications listed in columns E and G, respectively, on Exhibit A (titled "Allowed Amount" and "Classification," respectively).

2

WHEREAS, each of the Claimants other than Contrarian (collectively, the "Assignors") assigned their interests in the Claims to Contrarian pursuant to a Notice of Transfer.

WHEREAS, nothing in this Joint Stipulation, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that the transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize the transfer of any of the Claims as a sale to Contrarian or to characterize the transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, on June 27, 2008, with respect to the Claims, the Settling Debtors and Contrarian entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, the Debtors acknowledge and agree that each Claim shall be allowed as a general unsecured claim against the corresponding Debtor entity and in the corresponding amount set forth in columns F and E, respectively, on Exhibit A (titled "Debtor" and "Allowed Amount," respectively).

WHEREAS, the Settling Debtors are authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1. Each Claim is hereby allowed as a general unsecured claim in the

3

corresponding amount set forth in column E on <u>Exhibit A</u> (titled "Allowed Amount") against the estate of the corresponding Debtor entity identified in column F on <u>Exhibit A</u> (titled "Debtor").

So Ordered in New York, New York, this <u>15th</u> day of July, 2008

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Daniel A. Fliman |
|---|---|
| John Wm. Butler, Jr. | David S. Rosner |
| John K. Lyons | Adam L. Shiff |
| Ron E. Meisler | Jeffrey R. Gleit |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Daniel A. Fliman |
| 333 West Wacker Drive, Suite 2100 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| Chicago, Illinois 60606-1285 | 1633 Broadway |
| (312) 407-0700 | New York, New York 10019 |
| | (212) 506-1700 |
| | |
| | Attorneys for Contrarian Funds, LLC |

                     - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession