| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | Hearing Date: 7/23/2008<br>at 10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
    DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 [RDD]
                                                            :
                                           Debtors.         :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 10718 (EQUISTAR CHEMICALS, LP)

**PLEASE TAKE NOTICE** that on August 24, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 10718 (the "Claim") filed by Equistar Chemicals, LP ("Claimant") against Delphi Automotive Systems LLC pursuant to the Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected on Debtors' Books and Records, (D) Untimely Claim, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay

Procedures Claims Subject to Modification (Docket No. 9151) (the "Objection")

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have (i) entered into a Settlement Agreement, dated as of July 16, 2007 (the "Settlement Agreement"), and (ii) executed a Joint Stipulation And Agreed Order Compromising and Allowing Proof Of Claim Number 10718 (the "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to allow proof of claim number 10718 as a general unsecured claim against DAS only in the amount of $413,966.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for July 23, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York       DELPHI CORPORATION, *et al.*
       July 16, 2008                        By their attorneys,
                                                 TOGUT, SEGAL & SEGAL LLP
                                                 By:

                                                 /s/ Neil Berger
                                                 NEIL BERGER (NB-3599)
                                                 A Member of the Firm
                                                 One Penn Plaza
                                                 New York, New York 10119
                                                 (212) 594-5000