WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT3738)
(Admitted *Pro Hac Vice*)

Attorneys for Robert Bosch Corporation and Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
    In re                                     :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                                              :   (Jointly Administered)
                                              :
              Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

    The undersigned certifies that on July 17, 2008 a copy of the **RESPONSE OF RT SUB, LLC TO DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (Claim No. 15939)** was served upon the parties listed below electronically and by Federal Express overnight delivery:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>For the Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| John K Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Joseph N. Wharton<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Melissa T. Kahn<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue<br>Los Angeles, CA 900713 |

Dated: July 17, 2008                    /s/ Jayne M. Scott
                                                   Jayne M. Scott, Legal Secretary
                                                   Warner Norcross & Judd LLP
                                                   900 Fifth Third Center
                                                   111 Lyon Street, N.W.
                                                   Grand Rapids Michigan 49503
                                                   (616) 752-2000
                                                   Attorneys for RT Sub, LLC

1395164.2