## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DISTRICT

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-44481 (RDD) |
| | § | |
| DELPHI CORP. ET AL. | § | CHAPTER 11 CASE |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND SERVICE

PLEASE TAKE NOTICE that the undersigned counsel represents Constellation NewEnergy, Inc., a creditor and party-in-interest in the above-captioned case, and hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Fed.R.Bankr.P. 9010(b) and requests copies of all notices and pleadings in this proceeding pursuant to all applicable rules, including, without limitation, Fed.R.Bankr.P. 2002(a),(b),(f) and (g) and 3015(d) and (g). All such notices should be addressed as follows:

> Bruce J. Ruzinsky
> Desirée K. Killen
> JACKSON WALKER L.L.P.
> 1401 McKinney Street, Suite 1900
> Houston, Texas 77010
> 713/752-4200 (Telephone)
> 713/752-4221 (Facsimile)
> bruzinsky@jw.com (e-mail)
> dkillen@jw.com (e-mail)

> Heather M. Forrest
> JACKSON WALKER L.L.P.
> State Bar No. 24040918
> 901 Main Street, Suite 6000
> Dallas, TX 75202
> (214) 953-6000 (Telephone)
> (214) 953-5822 – (Facsimile)
> hforrest@jw.com (e-mail)

5091327v.3 125210/00012

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings. Additionally, request is made for a copy of any plan and disclosure statement filed in this case.

This Notice of Appearance and Request for Notice and Service shall not be deemed or construed to be a waiver of the rights of Constellation NewEnergy, Inc. (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Constellation NewEnergy, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 14th day of July, 2008.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Desiree K. Killen
Bruce J. Ruzinsky
State Bar No. 17469425
Desirée K. Killen
State Bar No. 24036902
1401 McKinney, Suite 1900
Houston, TX 77010
713/752-4200 — Telephone
713/752-4221 — Facsimile
bruzinsky@jw.com
dkillen@jw.com

Heather M. Forrest
State Bar No. 24040918
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000 — Telephone
(214) 953-5822— Facsimile
hforrest@jw.com

**ATTORNEYS FOR CONSTELLATION NEWENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, a true and correct copy of the foregoing instrument was transmitted electronically by the Clerk of Court or via First Class United States Mail to the parties listed below:

**DEBTOR**
**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**COUNSEL FOR DEBTOR**
**Douglas P. Bartner**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-8190
(212) 848-4387 (fax)
dbartner@shearman.com

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
(312) 407-0411 (fax)
jbutler@skadden.com

**Dennis J. Connolly**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7269
(404) 881-7777 (fax)
dconnolly@alston.com

**Andrew Currie**
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Andrew.Currie@wilmerhale.com

**Mateo Fowler**
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
(213) 443-3100 (fax)
mateofowler@quinnemanuel.com

**David S. Gragg**
Langley & Banack, Incorporated
745 E. Mulberry
Suite 900
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
dgragg@langleybanack.com

**Jessica Kastin**
O'Melveny & Myers
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 (fax)
jkastin@omm.com

**Mark S. Lichtenstein**
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022
212-223-4000
212-223-4234 (fax)
mlichtenstein@crowell.com

**Kayalyn A. Marafioti**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
(212) 735-2000 (fax)
kmarafio@skadden.com

**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
(917) 735-2000 (fax)
tmatz@skadden.com

**Michael O'Hayer**
22 North Walnut Street

West Chester, PA 19380
(610) 738-1230
(610) 738-1217 (fax)
mkohayer@aol.com

**Lowell Peterson**
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999
(212) 239-1311 (fax)
lpeterson@msek.com

**Caroline Rogus**
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Caroline.Rogus@wilmerhale.com

**Paul J.N. Roy**
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7370
(312) 706-8196 (fax)
proy@mayerbrownrowe.com

<u>U.S. TRUSTEE</u>
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004

<u>COUNSEL FOR U.S. TRUSTEE</u>
**Tracy Hope Davis**
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 (fax)

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-510-0508
212-668-2255 (fax)

**OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**
**Michael D. Warner**
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (fax)
bankruptcy@warnerstevens.com

**Mark A. Broude**
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Fax : (212) 751-4864
Email: mark.broude@lw.com

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax : (212) 751-4864
Email: robert.rosenberg@lw.com

/s/ Desiree K. Killen
Desiree K. Killen