**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400
Mark S. Indelicato (MI-1459)
Edward L. Schnitzer (ES-6299)

      and

**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone:  (214) 777-0046
Facsimile:  (214) 777-4299
Attn:  Robert J. Taylor

Attorneys for Affinia Canada Corp., EFT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                         :

**In re:**                                                :
                                                :      **Chapter 11**
**DELPHI CORPORATION, et al.,**             :      **Case No. 05-44481 (RDD)**
                                                :      **Jointly Administered**
                            **Debtor.**             :
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION TO
## RECONSIDER DEFAULT ORDER REDUCING CLAIM

PLEASE TAKE NOTICE that Affinia Canada Corp., EFT ("Affinia") hereby withdraws its *Motion to Reconsider Reduction of Claim Pursuant to 11 U.S.C. Section 502(j)*, which was filed on April 4, 2008 [Docket No. 13322] and scheduled for hearing on July 23, 2008.

Dated: July 21, 2008
      New York, New York

**HAHN & HESSEN LLP**

By: /s/ Mark S. Indelicato
    Mark S. Indelicato (MI-1459)
    Edward L. Schnitzer (ES-6299)

488 Madison Avenue
New York, New York  10022
Phone:  212-478-7200
Email:  mindelicato@hahnhessen.com
Email:  eschnitzer@hahnhessen.com

-and-

**KANE RUSSELL COLEMAN & LOGAN PC**
Joseph M. Coleman, Esq.
Robert J. Taylor, Esq.
1601 Elm Street
3700 Thanksgiving Tower
Dallas, Texas 75201
Phone:  214-777-4200
Email:  rtaylor@krcl.com

**ATTORNEYS FOR AFFINIA CANADA CORP. EFT**