**Hearing Date: July 23, 2008**
                                              **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :
     In re                                    :   Chapter 11
                                                 :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                                 :
                        Debtors.     :   (Jointly Administered)
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-THIRD CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Adjourned Matters (3 Matters)

    C.    Uncontested Matter (1 Matter)

**B.**    **Adjourned Matters**

    1.    **"Motion Of Louisiana Department of Revenue Motion To File Proof Of Claim After Claims Bar Date"** – Louisiana Department Of Revenue Motion To File Proof Of Claim After Claims Bar Date (Docket No. 13535)

        *Response Filed:*    *A Response will be filed.*

        *Reply Filed:*    *None.*

        *Related Filings:*    *Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Duplicate Or Amended Claims, (b) Untimely Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686)*

        *Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13153)*

        *Response To Twenty-Sixth Objection To Claims, Particularly The Objection To The Louisiana Department Of Revenue's Claim (Claim 16707) (Docket No. 13077)*

|   |   |   |
|---|---|---|
|   |   | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims And (II) Modifying (A) Claims Subject To Modification And (B) Modified Claim Asserting Reclamation Identified In Twenty-Sixth Omnibus Claims Objection (Docket No. 13178)* |
|   |   | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By The Louisiana Department Of Revenue (Proof Of Claim No. 16707) (Docket No. 13448)* |
|   | *Status:* | *By agreement of the parties, this matter is being adjourned to the September 4, 2008 claims hearing.* |

2. **"Motion Of Pioneer Speakers, Inc. To File Proof Of Claim After Claims Bar Date"** – Pioneer Speakers, Inc.'s Motion For (i) Relief Under Fed. R. Bankr. P. 9024 And Fed. R. Civ. P. 60(b) From Order Expunging Claim As Untimely (ii) For Permission To File Claim After Bar Date And (iii) In The Alternative, For Allowance Of Administrative Claim (Docket No. 13833)

|   |   |
|---|---|
| *Response Filed:* | *A Response will be filed.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Debtors' Twenty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Books And Records Claim, (C) Untimely Books And Records Claim, (D) Untimely Claim, And (E) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13269)* |
|   | *Debtors' Omnibus Reply In Support Of Twenty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Books And Records Claim, (C) Untimely Books And Records Claim, (D) Untimely Claim, And (E) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13476)* |

3

           *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims And (B) Untimely Claim Identified In Twenty-Eighth Omnibus Claims Objection (Docket No. 13486)*

      *Status:*      *By agreement of the parties, this matter is being adjourned to the September 4, 2008 claims hearing.*

3. **"Motion Of Bradford Industries For Leave To File Late Proof Of Claim "** – Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof of Claim No. 16564) And Request For Finding That Cure Claim Is Conforming (Docket No. 13718)

      *Response Filed:*      *Debtors' Objection To Bradford Industries, Inc. Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof of Claim No. 16564) And Request For Finding That Cure Is Conforming (Docket No. 13929)*

      *Reply Filed:*      *None.*

      *Related Filings:*      *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)*

           *Response Of Bradford Industries To Debtor's Thirteenth Omnibus Claims Of Objection (Docket No. 8006)*

           *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D)*

*Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth Omnibus Claims Objection (Docket No. 8194)*

*Notice Of Deadline To File Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof Of Claim No. 16564) (Docket No. 13697)*

*Status:*     *By agreement of the parties, this matter is being adjourned to the September 18, 2008 claims hearing.*

**C.    Uncontested Matter**

4.  **"Bank Of America, N.A. Notice Of Cure Claim"-** Notice Of Cure Claim Of Bank Of America, N.A. With Respect To Certain Aircraft Leases By And Between Bank Of America, N.A. And Delphi Automotive Systems Human Resources, LLC. (Docket No. 12441)

    *Response Filed:*     *Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors; Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13459)*

    *Reply Filed:*     *Response Of Bank Of America, N.A. To Debtors' Omnibus 8.2(b) Cure Objection (Docket No. 13662)*

5

|  |  |
|---|---|
| *Related Filings:* | *Notice Of Presentment Of Joint Stipulation And Agreed Order Resolving Debtors' Objection To Notice Of Cure Claim Of Bank Of America, N.A. With Respect To Post-Petition Amounts Sought Pursuant To Certain Leases By And Between Bank Of America, N.A. And Delphi Automotive Systems Human Resources, LLC. (Docket No. 13926)* |
|  | *Amended Notice Of Presentment Of Joint Stipulation And Agreed Order Resolving Debtors' Objection To Notice Of Cure Claim Of Bank Of America, N.A. With Respect To Post-Petition Amounts Sought Pursuant To Certain Leases By And Between Bank Of America, N.A. And Delphi Automotive Systems Human Resources, LLC. (Docket No. 13930)* |
| *Status:* | *By agreement of the parties, this matter has been resolved.* |

Dated: New York, New York
July 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   *Debtors and Debtors-in-Possession*