FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

David Wohleen

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address Where Notices Should be Sent:

c/o Philip Mowery, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

☒ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 312-609-7500

Received
AUG 0 5 2006
Kurtzman Carson

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces  ☐ amends a previously filed claim, dated

**1. Basis For Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other    See addendum

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)

Last four digits of SS#: _____

Unpaid compensation for services performed

from _____ to _____
        (date)                (date)

**2. Date debt was incurred:** Various dates

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ (see addendum) + _____ + _____ = (see addendum)
(unsecured)         (secured)        (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $ _____

**6. Unsecured Nonpriority Claim** $ (see addendum)
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have un unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000), *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a) ( )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Date: July 27, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Philip Mowery, Esq., as attorney and agent for David Wohleen

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CHICAGO/#1530222.3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x  )
In re:                                                    )  Chapter 11
                                                          )
DELPHI CORPORATION, et al.,                               )  Case No. 05-44481 (RDD)
                                                          )
        Debtor.                                           )  (Jointly Administered)
                                                          )
---------------------------------------------------------x  )

## Addendum to Proof of Claim of David Wohleen

David Wohleen ("Claimant") hereby asserts his claim against Delphi Corporation ("Debtor"), for the obligations of Debtor to Claimant under various Debtor sponsored executive deferred compensation and benefit programs.

### SERP

Claimant's estimated monthly benefit under Debtor's Supplemental Executive Retirement Plan ("SERP") taking into account the terms and conditions of the most recent Executive Retirement Incentive Program on a life annuity basis commencing at age 62 (on or about April 1, 2012) is $30,881.62. Claimant's estimated total SERP claim is calculated as follows:

Present value of the benefit using Internal Revenue Code Section 417 interest and mortality factors is approximately $3,553,366.00. The actuarial conversion factors used to calculate the present value of this benefit are: interest 4.73% (30 year weighted average Treasury rates for November 2005) and mortality (1994 Group Annuity Reserving Table). Claimant's investigation continues.

### Stock Options

Claimant's outstanding options were granted at various dates and at various stock prices between February 1997 and May 2004 and are listed on Exhibit A. The estimated value of these options is presently unknown. Claimant's investigation continues.

### Restricted Stock Units

Claimant was granted restricted stock units at various times between January 2002 and March 2005 and are listed on Exhibit B. The estimated value based on the grant date value of each grant is as follows:

| Grant Date | Price | Unvested RSU's | Estimated Value |
|---|---|---|---|
| January 2, 2002 | $10.21 | 30,771 | $314,171.91 |
| April 24, 2003 | $8.32 | 31,485 | $281,955.20 |
| May 7, 2004 | $9.99 | 63,463 | $63,995.37 |
| March 1, 2005 | $6.89 | 61,929 | $426,690.81 |

The total estimated value of Claimant's claim relating to unvested RSU's is $1,636,813.29. Claimant's investigation continues.

**Benefit Equalization Plan**

The value of Claimant's account under Debtor's Benefit Equalization Plan is $4,706. Claimant's investigation continues.

**Benefit Coverage**

The estimated value of coverage under the retiree Supplemental Life Insurance Plan, retiree PULI and continued protection under the Executive Change in Control Agreement is presently unknown. Claimant's investigation continues.

Claimant reserves the right to amend, update and/or supplement this Proof of Claim at any time and in any respect and to assert any and all other claims of whatever kind or nature that he has, or he may have, against Debtor. The filing of this Proof of Claim shall not be deemed (i) a waiver or release of any claims or rights of Claimant against any other person or entity, (ii) a consent by Claimant to the jurisdiction of the Bankruptcy Court with respect to the subject matter of this Proof of Claim, any objection hereto, or any other proceeding commenced in this case against or otherwise involving Claimant, (iii) a waiver of the right to move to withdraw the reference, or otherwise to challenge the jurisdiction of the Bankruptcy Court with respect to the subject matter of this Proof of Claim, any objection hereto, or any other proceeding commenced in this case against or otherwise involving Claimant or to assert that the reference has already been withdrawn with respect to the subject matter of this Proof of Claim, any objection hereto, or any other proceeding commenced in this case against or otherwise involving Claimant, (iv) an election of remedy, or (v) a waiver of any past, present or future defaults or events of default under the Invoices or other operative agreements. Further, nothing contained herein shall be deemed or construed as a waiver of any administrative expense claims that Claimant has or may have against Debtor and Claimant retains the right to assert that any portions of the aforesaid claims are entitled to administrative expense priority. This Proof of Claim is filed without prejudice to the filing by Claimant or any other applicable party of additional proofs of claim with respect to any other liability or indebtedness.



**Benefit Access®**



• Your Account • Calculators • Exercise • Customer Service • Home

# Stock Option
## View Your Options Account

DAVID WOHLEEN

| Grant Listing | Transaction History | Order Summary | Tax Summary | Account Information | Your Portfolio |

View Account: Account Summary ▾ **Go!**   Sort by: Grant Date ▾

| Grant Date (mm/dd/yyyy) | Grant Type | Granted | Grant Price | Grants Outstanding | Grants Exercisable | Expiration Date (mm/dd/yyyy) | |
|---|---|---|---|---|---|---|---|
| 01/10/1994 | ISO | 7,631 | $13.0800 | 0 | 0 | 01/09/2004 | Details |
| 01/09/1995 | ISO | 10,447 | $9.5800 | 0 | 0 | 01/08/2005 | Details |
| 02/05/1996 | NQ | 13,052 | $11.5700 | 0 | 0 | 02/06/2006 | Details |
| 02/05/1996 | ISO | 8,638 | $11.5700 | 0 | 0 | 02/04/2006 | Details |
| 02/03/1997 | ISO | 7,738 | $12.9100 | 7,738 | 7,738 | 02/02/2007 | Details |
| 02/03/1997 | NQ | 21,638 | $12.9100 | 21,638 | 21,638 | 02/04/2007 | Details |
| 01/12/1998 | ISO | 7,434 | $13.4500 | 7,434 | 7,434 | 01/11/2008 | Details |
| 01/12/1998 | NQ | 28,807 | $13.4500 | 28,807 | 28,807 | 01/13/2008 | Details |
| 02/05/1999 | ISO | 5,359 | $18.6600 | 5,359 | 5,359 | 02/04/2009 | Details |
| 02/05/1999 | NQ | 116,443 | $18.6600 | 116,443 | 116,443 | 02/06/2009 | Details |
| 01/07/2000 | NQ | 140,067 | $17.1300 | 140,067 | 140,067 | 01/08/2010 | Details |
| 01/07/2000 | ISO | 11,194 | $17.1300 | 11,194 | 11,194 | 01/06/2010 | Details |
| 01/02/2001 | ISO | 8,417 | $11.8800 | 8,417 | 8,417 | 01/01/2011 | Details |
| 01/02/2001 | NQ | 160,502 | $11.8800 | 160,502 | 160,502 | 01/03/2011 | Details |
| 01/02/2001 | NQ | 110,000 | $11.8800 | 110,000 | 110,000 | 01/03/2011 | Details |
| 01/02/2002 | NQ | 144,118 | $13.6000 | 144,118 | 144,118 | 01/03/2012 | Details |
| 01/02/2002 | ISO | 7,353 | $13.6000 | 7,353 | 7,353 | 01/01/2012 | Details |
| 04/24/2003 | ISO | 11,862 | $8.4300 | 11,862 | 0 | 04/23/2013 | Details |
| 04/24/2003 | NQ | 283,138 | $8.4300 | 283,138 | 196,666 | 04/25/2013 | Details |
| 05/07/2004 | NQ | 262,017 | $10.0200 | 262,017 | 90,663 | 05/08/2014 | Details |
| 05/07/2004 | ISO | 9,983 | $10.0200 | 9,983 | 3 | 05/06/2014 | Details |
| **Total** | | 1,375,838 | | 1,336,070 | 1,056,402 | | |

**EXHIBIT A**

## RSU Summary for Dave Wohleen

| Year | Grant Date: | Vesting Dates: | Vesting Percentage | Vesting Price | Units |
|---|---|---|---|---|---|
| 2002 | 1/2/2002 | Original Grant | | | 55,147 |
| | | 1/3/2003 | 25% | $8.32 | 14,090 |
| | | 1/4/2005 | 25% | $8.93 | 15,006 |
| | | Lessor of rtmt / 15 yrs: | 50% | | |
| | | Balance as of 3/27/2006: | | | 30,771 |
| 2003 | 4/24/2003 | Original Grant | | | 44,250 |
| | | 4/24/2004 | 33.33% | | 15,180 |
| | | 4/24/2006 | 33.33% | $10.64 | |
| | | 4/24/2008 | 33.33% | | |
| | | Balance as of 3/27/2006: | | | 31,485 |
| 2004 | 5/7/2004 | Original Grant | | | 61,200 |
| | | 05/07/07 | 33.33% | | |
| | | 05/07/08 | 33.33% | | |
| | | 05/07/09 | 33.33% | | |
| | | Balance as of 3/27/2006: | | | 63,463 |
| 2005 | 03/01/05 | Original Grant | | | 61,200 |
| | | 03/01/08 | 33.33% | | |
| | | 03/01/09 | 33.33% | | |
| | | 03/01/10 | 33.33% | | |
| | | Balance as of 3/27/2006: | | | 61,929 |

* All RSU grants accrue dividends



EXHIBIT B