| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | **Presentment Date:** 8/5/2008<br>at 10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :    Chapter 11
                                                              :
    DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 [RDD]
                                                              :
                                          Debtors.            :    (Jointly Administered)
                                                              :
-------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND DISALLOWING PROOF OF CLAIM NUMBER 11185 (CALSONIC KANSEI CORPORATION)

**PLEASE TAKE NOTICE** that on June 27, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 11185 (the "Claim") filed by Calsonic Kansei Corporation ("Claimant") against Delphi Automotive Systems LLC pursuant to the Debtors' Thirtieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claims, (D) Books and Records Claims, (E) Untimely Claims, and (F) Claims Subject to Modification (Docket No. 13823) (the "Objection")

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation And Agreed Order Compromising and Disallowing Proof Of Claim Number 11185 (the "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to disallow proof of claim number 11185 in its entirety.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for August 5, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| Dated:  New York, New York<br>July 23, 2008 | DELPHI CORPORATION, *et al.*<br>By their attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>/s/ Neil Berger<br>NEIL BERGER (NB-3599)<br>A Member of the Firm<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5000 |

2