IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Tony Hernández, hereby certify that:

1. I am over the age of eighteen years and not a party to this action, and reside in New York, New York.

2. On July 23, 2008 I caused to be served a true and correct copy of the RESPONSE OF DAVID WOHLEEN TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) AMENDED CLAIMS, (B) EQUITY CLAIMS, (C) UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS, (D) BOOKS AND RECORDS CLAIMS, (E) UNTIMELY CLAIMS, AND (F) CLAIMS SUBJECT MODIFICATION, CLAIM NO. 12363 on the following by Federal Express, Priority Overnight Delivery, addressed as shown below:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

_____
Tony Hernández

NEWYORK/#198340.1