Lorentson Mfg. Company Southwest Duns # 618687842 also paid under 006052690

| NAME | INVOICE # | INVOICE DATE | PO # | P/N | SHIP VIA | PRO # | AMOUNT DUE | BILL OF LADING # | DUE DATE | Amt in Bankruptcy E.Dacor |
|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Delco | 25814 | 2/10/2004 | 550042549 | 9359525 | Sea Horse | T5330 | $390.85 | 25814 | 4/4/2004 | |
| Delphi Delco | 30650 | 12/15/2004 | 550050760 | 161845076 | Sea Horse | T53118 | $1,357.70 | 30650 | 2/4/2005 | |
| Delphi Delco | 31139 | 1/28/2005 | 550050760 | 161845076 | Sea Horse | T53108 | $63.87 | 31139 | 3/4/2005 | |
| Delphi Delco | 31159 | 1/31/2005 | 550050760 | 161845076 | Sea Horse | T5316 | $83.04 | 31159 | 3/4/2005 | |
| Delphi Delco | 32475 | 5/6/2005 | 550042549 | 16202943 | | | | | | |
| Delphi Delco | 32702 | 5/24/2005 | 550046746 | 9375827 | Sea Horse | T5379 | $601.95 | 32475 | 7/4/2005 | |
| Delphi Delco - Span | 32702 | 5/24/2005 | 550046746 | 9375827 | Sea Horse | T5377 | $2,290.70 | 32702 | 7/4/2005 | |
| Delphi Delco - Span | 32914 | 6/7/2005 | 550072580 | 122109962 | Sea Horse | T1027 | $1,160.02 | 32914 | 8/4/2005 | |
| Delphi Delco - Span | 32844 | 6/2/2005 | 550046746 | 9375828 | Sea Horse | T5394 | $495.60 | 32844 | 8/4/2005 | |
| Delphi Delco - Span | | | | 9375832 | | | | | | |
| Delphi Delco - Span | 32915 | 6/7/2005 | 550047192 | 12230810 | Sea Horse | T1027 | $359.16 | 32915 | 8/4/2005 | |
| Delphi Delco - Span | 32916 | 6/7/2005 | 550070909 | 28020874 | Sea Horse | T1027 | $3,375.36 | 32916 | 8/4/2005 | |
| Delphi Delco - Span | 32917 | 6/7/2005 | 550046746 | 9375830 | Sea Horse | T1027 | $1,267.30 | 32917 | 8/4/2005 | |
| Delphi Delco - Span | | | | 9375832 | | | | | | |
| Delphi Delco - Span | | | | 9375828 | | | | | | |
| Delphi Delco - Span | 32971 | 6/10/2005 | 550072580 | 122109960 | Sea Horse | T1027 | $1,542.00 | 32971 | 8/4/2005 | |
| Delphi Delco - Span | 32920 | 6/8/2005 | 550072485 | 28030518 | Sea Horse | T1027 | $1,850.94 | 32920 | 8/4/2005 | |
| Delphi Delco - Span | 33023 | 6/15/2005 | 550046746 | 9375830 | Sea Horse | T5366 | $1,918.80 | 33023 | 8/4/2005 | |
| Delphi Delco - Span | 33022 | 6/15/2005 | 550047192 | 12230810 | Sea Horse | T5366 | $861.98 | 33022 | 8/4/2005 | |
| Delphi Delco - Span | 33020 | 6/14/2005 | 550052937 | 21002020 | Sea Horse | T5390 | $1,050.73 | 33020 | 8/4/2005 | |
| Delphi Delco - Span | | | | 122109963 | | | | | | |
| Delphi Delco - Span | 33119 | 6/22/2005 | 550072580 | 122109964 | Sea Horse | T1027 | $666.09 | 33119 | 8/4/2005 | |
| Delphi Delco - Span | | | | 9375832 | | | | | | |
| Delphi Delco - Span | 33120 | 6/22/2005 | 550070909 | 28020874 | Sea Horse | T1027 | $3,375.36 | 33120 | 8/4/2005 | |
| Delphi Delco - Span | 33121 | 6/22/2005 | 550046746 | 9375828 | Sea Horse | T1027 | $1,583.54 | 33121 | 8/4/2005 | |
| Delphi Delco - Span | 33142 | 6/24/2005 | 550072580 | 122109964 | Sea Horse | T53129 | $647.64 | 33142 | 8/4/2005 | |
| Delphi Delco - Span | 33143 | 6/24/2005 | 550046746 | 9375827 | Sea Horse | T53129 | $372.00 | 33143 | 8/4/2005 | |
| Delphi Delco - Span | 33183 | 6/30/2005 | 550072485 | 28030518 | Sea Horse | T53346 | $1,850.94 | 33183 | 8/4/2005 | |
| Delphi Delco - Span | 33184 | 6/30/2005 | 550046746 | 9375837 | Sea Horse | T53123 | $525.60 | 33184 | 8/4/2005 | |
| Delphi Delco - Span | 33210 | 7/6/2005 | 550047192 | 12230810 | Sea Horse | T5398 | $718.32 | 33210 | 9/4/2005 | |
| Delphi Delco - Span | 33211 | 7/6/2005 | 550070909 | 28020874 | Sea Horse | T5398 | $796.96 | 33211 | 9/4/2005 | |
| Delphi Delco - Span | 33235 | 7/8/2005 | 550070909 | 28020874 | Sea Horse | T53159 | $2,250.24 | 33235 | 9/4/2005 | |
| Delphi Delco - Span | 33236 | 7/8/2005 | 550046746 | 9375832 | Sea Horse | T53159 | $223.20 | 33236 | 9/4/2005 | |
| Delphi Delco - Span | 33250 | 7/12/2005 | 550046746 | 9375827 | Sea Horse | Driver Martin Uribe | $2,736.25 | 33250 | 9/4/2005 | |
| | | | | 9375828 | | | | | | |
| | | | | 9375830 | | | | | | |
| | | | | 9375832 | | | | | | |

**EXHIBIT A**

| Company | Col2 | Col3 | Col4 | Col5 | Driver | Amount | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| Delphi Delco - Span | 33286 | 7/18/2005 | 550072580 | 12210960 | Martin Uribe | $541.35 | 33286 | 9/4/2005 |
| Delphi Delco - Span | 33287 | 7/18/2005 | 550047192 | 12230810 | " | $502.82 | 33287 | 9/4/2005 |
| Delphi Delco - Span | 33288 | 7/18/2005 | 550070909 | 12230810 | " | $2,906.56 | 33288 | 9/4/2005 |
| Delphi Delco - Span | 33289 | 7/18/2005 | 550046746 | 28020874 | " | $1,529.98 | 33289 | 9/4/2005 |
| Delphi Delco - Span | | | | 9375827 | Sea Horse | | | |
| Delphi Delco - Span | | | | 9375828 | | | | |
| Delphi Delco - Span | 33321 | 7/19/2005 | 550072485 | 28030518 | Giddy-Up | $1,118.28 | 33321 | 9/4/2005 |
| Delphi Delco - Span | 33400 | 7/25/2005 | 550072580 | 12205076 | EDWARD HINOJOSA | $4,518.55 | 33400 | 9/4/2005 |
| Delphi Delco - Span | 33403 | 7/25/2005 | 550046746 | 9375827 | Sea Horse | $3,463.70 | 33403 | 9/4/2005 |
| Delphi Delco - Span | 33402 | 7/25/2005 | 550070909 | 28020874 | Martin Uribe | $4,500.48 | 33402 | 9/4/2005 |
| Delphi Delco - Span | 33401 | 7/25/2005 | 550047192 | 12230810 | Martin Uribe | $574.66 | 33401 | 9/4/2005 |
| | | | | 12210964 | | | | |
| | | | | 12210963 | | | | |
| | | | | 12210962 | | | | |
| | | | | 12210960 | | | | |
| Delphi Delco - Span | 33575 | 8/4/2005 | 550072580 | 9375832 | Martin Uribe | $3,519.26 | 33575 | 10/4/2005 |
| Delphi Delco - Span | 33504 | 7/29/2005 | 550072587 | 9375828 | Sea Horse | $1,611.30 | 33504 | 9/4/2005 |
| Delphi Delco - Span | 33459 | 7/27/2005 | 550072485 | 28030518 | Sea Horse | $1,850.94 | 33459 | 9/4/2005 |
| | | | | 9375862 | | | | |
| | | | | 9375830 | | | | |
| | | | | 9375828 | | | | |
| Delphi Delco - Span | 33576 | 8/4/2005 | 550047192 | 12230810 | Sea Horse | $1,077.48 | 33576 | 10/4/2005 |
| Delphi Delco - Span | 33577 | 8/4/2005 | 550070909 | 28020874 | Martin Uribe | $4,500.48 | 33577 | 10/4/2005 |
| Delphi Delco - Span | 33578 | 8/4/2005 | 550046746 | 9375827 | Sea Horse | $3,663.45 | 33578 | 10/4/2005 |
| | | | | 9375828 | | | | |
| | | | | 9375830 | | | | |
| | | | | 12210963 | | | | |
| | | | | 12210964 | | | | |
| Delphi Delco - Span | 33732 | 8/12/2005 | 550072485 | 28030518 | Sea Horse | $1,195.40 | 33732 | 10/4/2005 |
| Delphi Delco - Span | 33741 | 8/15/2005 | 550072580 | 12210964 | Sea Horse | $647.64 | 33741 | 10/4/2005 |
| Delphi Delco - Span | 33742 | 8/15/2005 | 550070909 | 28020874 | Sea Horse | $4,500.48 | 33742 | 10/4/2005 |
| Delphi Delco - Span | 33743 | 8/15/2005 | 550046746 | 9375828 | Sea Horse | $723.70 | 33743 | 10/4/2005 |
| Delphi Delco - Span | 33831 | 8/19/2005 | 550046746 | 9375827 | Sea Horse | $1,724.10 | 33831 | 10/4/2005 |
| Delphi Delco - Span | 33830 | 8/19/2005 | 550047192 | 12210810 | Sea Horse | $689.58 | 33830 | 10/4/2005 |
| | | | | 9375832 | | | | |
| Delphi Delco - Span | 33888 | 8/24/2005 | 550072580 | 12210960 | Sea Horse | $2,157.62 | 33888 | 10/4/2005 |
| | | | | 12210963 | | | | |
| | | | | 12210964 | | | | |
| Delphi Delco - Span | 33946 | 8/29/2005 | 550072485 | 28030518 | Sea Horse | $1,850.94 | 33946 | 10/4/2005 |
| Delphi Delco - Span | 33947 | 8/29/2005 | 550072580 | 12210962 | Sea Horse | $512.38 | 33947 | 10/4/2005 |
| Delphi Delco - Span | 34029 | 9/2/2005 | 550072580 | 12210960 | Seahorse | $2,803.77 | 34029 | 11/2/2005 |
| Delphi Delco | | | | 12210962 | | | | |

| Vendor | Number | Date | Ref | Doc | Name | Code | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Delco | | | | 12210963 | | | | | | |
| Delphi Delco | | | | 12210964 | | | | | | |
| Delphi Delco | 34030 | 9/2/2005 | 550077290 | 12205076 | Seahorse | T53109 | $2,878.98 | 34030 | 11/2/2005 | $2,878.98 |
| Delphi Delco - Span | | | | 28020874 | | | | | | |
| Delphi Delco | 34090 | 9/8/2005 | 550052937 | 21002020 | Sea Horse | T5333 | $992.36 | 34090 | 11/2/2005 | $992.36 |
| Delphi Delco - Span | 34137 | 9/9/2005 | 550077290 | 9375833 | Seahorse | T5372 | $1,480.78 | 34137 | 11/2/2005 | $1,480.78 |
| Delphi Delco - Span | 34235 | 9/16/2005 | 550072580 | 12210960 | Seahorse | T5310 | $2,346.18 | 34235 | 11/2/2005 | $2,346.18 |
| Delphi Delco | | | | 12210962 | | | | | | |
| Delphi Delco | | | | 12210963 | | | | | | |
| Delphi Delco | | | | 12210964 | | | | | | |
| Delphi Delco - Span | 34236 | 9/16/2005 | 550046746 | 9375828 | Seahorse | T5310 | $1,097.82 | 34236 | 11/2/2005 | $1,097.82 |
| Delphi Delco | | | | 9375830 | | | | | | |
| Delphi Delco | | | | 9375832 | | | | | | |
| Delphi Delco | 34332 | 9/22/2005 | 550042549 | 9359525 | Sea Horse | T5306 | $48.39 | 34332 | 11/2/2005 | $48.39 |
| Delphi Delco | 34376 | 9/23/2005 | 550042549 | 9359525 | Sea Horse | T5103 | $48.39 | 34376 | 11/2/2005 | $48.39 |
| Delphi Delco | 34377 | 9/23/2005 | 550077290 | 28020874 | Sea Horse | T53103 | $4,432.53 | 34377 | 11/2/2005 | $4,432.53 |
| Delphi Delco | | | | 12230810 | | | | | | |
| Delphi Delco | | | | 9375828 | | | | | | |
| Delphi Delco | | | | 9375832 | | | | | | |
| Delphi Delco | | | | 9375833 | | | | | | |
| Delphi Delco - Span | 34440 | 9/29/2005 | 550046746 | 9375833 | Seahorse | T1027 | $851.45 | | | |
| Delphi Delco | 34442 | 9/29/2005 | 550064016 | 28017640 | Seahorse | T1027 | $1,477.74 | 34442 | 12/2/2005 | $1,477.74 |
| Delphi Delco | 34479 | 10/3/2005 | 550072587 | 16184570 | Seahorse | T5387 | $1,905.30 | 34479 | 12/2/2005 | $1,905.30 |
| Delphi Delco | | | | 16184576 | | | | | | |
| Delphi Delco | | | | 16202943 | | | | | | |
| Delphi Delco | 34480 | 10/3/2005 | 550064016 | 28017640 | Seahorse | T5387 | $2,955.48 | 34480 | 12/2/2005 | $2,955.48 |
| Delphi Delco | 34502 | 10/3/2005 | 550064016 | 28017640 | Seahorse | T53143 | $2,155.04 | 34502 | 12/2/2005 | $2,155.04 |
| Delphi Delco | 34503 | 10/3/2005 | 550072587 | 16184570 | Seahorse | T5330 | $1,905.30 | 34503 | 12/2/2005 | $1,905.30 |
| Delphi Delco | | | | 16184576 | | | | | | |
| Delphi Delco | 34522 | 10/4/2005 | 550072587 | 16184570 | Seahorse | T53110 | $1,905.30 | 34522 | 12/2/2005 | $1,905.30 |
| Delphi Delco | | | | 16202943 | | | | | | |
| Delphi Delco | 34523 | 10/4/2005 | 550064016 | 28017640 | Seahorse | T5330 | $2,093.47 | 34523 | 12/2/2005 | $2,093.47 |
| Delphi Delco | 34524 | 10/5/2005 | 550064016 | 28017640 | Seahorse | T53110 | $4,371.65 | 34524 | 12/2/2005 | $4,371.65 |
| Delphi Delco | 34525 | 10/5/2005 | 550072587 | 16184570 | Seahorse | T53152 | $1,905.30 | 34525 | 12/2/2005 | $1,905.30 |
| Delphi Delco | | | | 12210963 | | | | | | |
| Delphi Delco | 34549 | 10/6/2005 | 550072580 | 12210960 | Seahorse | T53152 | $1,289.61 | 34549 | 12/2/2005 | $1,289.61 |
| Delphi Delco - Span | 34550 | 10/6/2005 | 550077288 | 28030519 | Seahorse | T53152 | $1,850.94 | 34550 | 12/2/2005 | $1,850.94 |
| Delphi Delco - Span | 34551 | 10/6/2005 | 550077290 | 9375827 | Seahorse | T53152 | $2,160.60 | 34551 | 12/2/2005 | $2,160.60 |
| | | | | | | | $127,253.65 | | | $19,196.84 |
| Delphi Interior Systems | 22334 | 6/20/2003 | 550022772 | 16821753 | Velocity | | $10.00 | 22334 | 8/2/2003 | |
| Delphi Interior Systems | 25197 | 1/1/2004 | 550022772 | 16821752 | USF Best | N/A | $230.04 | 25197 | 3/4/2004 | |
| | | | | | | | $240.04 | | | $0.00 |

| Company | Invoice # | Date | PO# | Reference | Carrier | Amount | Inv# | Date |
|---|---|---|---|---|---|---|---|---|
| Delphi Mechatronics | 33596 | 8/4/2005 | 9570-660815 | 12092463 | Fed Ex | $600.00 | 33596 | 10/4/2005 |
| | | | | | | | | $0.00 |
| Delphi Packard Electric | 8235 | 7/15/1999 | PEDP8220438 | 12047781 | CT | $7,108.92 | 8235 | 9/15/1999 |
| Delphi Packard Electric | 10481 | 6/21/2000 | PEDP0220199 | 12065978 | SMT | $41.76 | 10481 | 8/21/2000 |
| Delphi Packard Electric | 10482 | 6/21/2000 | PEDP0290076 | 15304841 | UPS | $193.36 | 10482 | 8/21/2000 |
| Delphi Packard Electric | 10485 | 6/22/2000 | PEDP0220199 | 12065978 | SMT | $1,546.85 | 10485 | 8/22/2000 |
| Delphi Packard Electric | 10486 | 6/22/2000 | PEDP0290076 | 15304841 | SMT | $666.08 | 10486 | 8/22/2000 |
| Delphi Packard Electric | 10487 | 6/22/2000 | PEDP0290076 | 15304842 | SMT | $862.40 | 10487 | 8/22/2000 |
| Delphi Packard Electric | 10505 | 6/26/2000 | PEDP0220199 | 12047781 | SMT | $7,045.48 | 10505 | 8/26/2000 |
| Delphi Packard Electric | 12216 | 3/14/2001 | PEDP0930083 | 15336271 | CT | $3,242.45 | 12216 | 5/14/2001 |
| Delphi Packard Electric | 12379 | 4/4/2001 | PEDP0290248 | 15336784 | UPS | $69.34 | 12379 | 6/4/2001 |
| Delphi Packard Electric | 12535 | 4/28/2001 | PEDP0290250 | 15317516 | CT | $138.29 | 12535 | 6/26/2001 |
| Delphi Packard Electric | 12536 | 4/26/2001 | PEDP0290250 | 15290051 | CT | $874.65 | 12536 | 6/26/2001 |
| Delphi Packard Electric | 12556 | 5/1/2001 | PEDP0290250 | 15304913 | UPS | $324.15 | 12556 | 7/3/2001 |
| Delphi Packard Electric | 12571 | 5/3/2001 | PEDP0290250 | 15304841 | CT | $3,753.60 | 12571 | 7/3/2001 |
| Delphi Packard Electric | 12602 | 5/9/2001 | PEDP0930083 | 15326071 | CT | $1,455.60 | 12602 | 7/9/2001 |
| Delphi Packard Electric | 12605 | 5/9/2001 | PEDP0930083 | 15336271 | CT | $7,217.06 | 12605 | 7/9/2001 |
| Delphi Packard Electric | 12832 | 6/8/2001 | PEDP0290250 | 15304913 | UPS | $216.10 | 12832 | 8/8/2001 |
| Delphi Packard Electric | 13024 | 7/11/2001 | PEDP0290248 | 15336784 | UPS | $277.36 | 13024 | 9/11/2001 |
| Delphi Packard Electric | 13107 | 7/25/2001 | PEDP0220608 | 12065978 | CF | $606.40 | 13107 | 9/25/2001 |
| Delphi Packard Electric | 13630 | 9/14/2001 | PEDP0290247 | 15358639 | CT | $219.52 | 13630 | 11/14/2001 |
| Delphi Packard Electric | 13882 | 10/9/2001 | PEDP0290247 | 15366615 | Central Frt | $236.61 | 13882 | 12/9/2001 |
| Delphi Packard Electric | 14241 | 11/14/2001 | PEDP0290247 | 15328733 | Central Frt | $154.35 | 14241 | 1/14/2002 |
| Delphi Packard Electric | 14316 | 11/21/2001 | PEDP0220608 | 12047781 | CF | $1,160.25 | 14316 | 1/21/2002 |
| Delphi Packard Electric | 14318 | 11/21/2001 | PEDP0220608 | 12065978 | CF | $727.68 | 14318 | 1/21/2002 |
| Delphi Packard Electric | 17554 | 8/12/2002 | PEDP1290154 | 15328732 | Central Frt | $281.34 | 17554 | 10/12/2002 |
| Delphi Packard Electric | 25515 | 1/22/2004 | PEDP3220147 | 12177027 | UPS | $180.83 | 25515 | 3/4/2004 |
| Delphi Packard Electric | 27788 | 6/4/2004 | PEDP3220147 | 12065978 | UPS | $60.05 | 27788 | 8/4/2004 |
| Delphi Packard Electric | 28118 | 6/23/2004 | PEDP3220147 | 12065422 | CT | $382.15 | 28118 | 8/4/2004 |
| Delphi Packard Electric | 28338 | 7/13/2004 | PEDP3220147 | 12065422 | CT | $382.15 | 28338 | 9/4/2004 |
| Delphi Packard Electric | 28390 | 7/19/2004 | PEDP3220147 | 12065422 | CT | $382.15 | 28390 | 9/4/2004 |
| Delphi Packard Electric | 28462 | 7/23/2004 | PEDP3220147 | 12065422 | CT | $382.15 | 28462 | 9/4/2004 |
| Delphi Packard Electric | 28887 | 8/18/2004 | PEDP3220189 | 12065422 | Conway | $382.15 | 28887 | 10/4/2004 |
| Delphi Packard Electric | 29441 | 9/22/2004 | PEDP3220189 | 12065422 | Conway | $382.15 | 29441 | 11/4/2004 |
| Delphi Packard Electric | 29688 | 10/6/2004 | PEDP3220147 | 12065422 | UPS | $382.15 | 29688 | 12/4/2004 |
| Delphi Packard Electric | 29793 | 10/13/2004 | PEDP3220189 | 12065422 | UPS | $382.15 | 29793 | 12/4/2004 |
| Delphi Packard Electric | 30100 | 11/3/2004 | PEDP3220189 | 12065422 | Conway | $382.15 | 30100 | 1/4/2005 |
| Delphi Packard Electric | 30397 | 11/24/2004 | PEDP3220147 | 12065422 | Conway | $764.30 | 30397 | 1/4/2005 |
| Delphi Packard Electric | 30566 | 12/8/2004 | PEDP3220147 | 12065422 | CT | $382.15 | 30566 | 2/4/2005 |
| Delphi Packard Electric | 30572 | 12/8/2004 | PEDP3220147 | 12047781 | UPS | $164.10 | 30572 | 2/4/2005 |

| Customer | Invoice # | Date | PO # | BOL # | Carrier | | Amount | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Packard Electric | 30696 | 12/17/2004 | PEDP3220147 | 12065422 | CT | | $382.15 | 30696 | 2/4/2005 | $382.15 |
| Delphi Packard Electric | 30752 | 12/22/2004 | PEDP3220189 | 12047781 | Conway | | $4,266.57 | 30752 | 2/4/2005 | $4,266.57 |
| Delphi Packard Electric | 30753 | 12/22/2004 | PEDP3220189 | 12065422 | Conway | | $557.65 | 30753 | 2/4/2005 | $557.65 |
| Delphi Packard Electric | 30754 | 12/22/2004 | PEDP3220189 | 12065848 | Conway | | $65.09 | 30754 | 2/4/2005 | $65.09 |
| Delphi Packard Electric | 30755 | 12/22/2004 | PEDP3220189 | 12065978 | Conway | | $420.34 | 30755 | 2/4/2005 | $420.34 |
| Delphi Packard Electric | 30756 | 12/22/2004 | PEDP3220189 | 12060050 | Conway | | $118.52 | 30756 | 2/4/2005 | $118.52 |
| Delphi Packard Electric | 30766 | 12/30/2004 | PEDP3220147 | 12065422 | UPS | | $382.15 | 30766 | 2/4/2005 | $382.15 |
| Delphi Packard Electric | 30798 | 1/4/2005 | PEDP4710116 | 15326071 | CT | | $155.40 | 30798 | 3/4/2005 | $155.40 |
| Delphi Packard Electric | 30946 | 1/14/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 30946 | 3/4/2005 | $164.10 |
| Delphi Packard Electric | 30948 | 1/14/2005 | PEDP4220157 | 12065848 | CT | | $65.09 | 30948 | 3/4/2005 | $65.09 |
| Delphi Packard Electric | 30961 | 1/31/2005 | PEDP4290059 | 15434787 | UPS | | $1,402.60 | 30961 | 3/4/2005 | $1,402.60 |
| Delphi Packard Electric | 31163 | 2/7/2005 | PEDP4290059 | 15328733 | CT | | $238.43 | 31163 | 3/4/2005 | $238.43 |
| Delphi Packard Electric | 31265 | 2/7/2005 | PEDP4710116 | 15326271 | CT | | $140.28 | 31265 | 4/4/2005 | $140.28 |
| Delphi Packard Electric | 31267 | 2/7/2005 | PEDP4220157 | 15336271 | CT | | $175.50 | 31267 | 4/4/2005 | $175.50 |
| Delphi Packard Electric | 31271 | 2/7/2005 | PEDP4710116 | 15336271 | CT | | $467.53 | 31271 | 4/4/2005 | $467.53 |
| Delphi Packard Electric | 31272 | 2/7/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31272 | 4/4/2005 | $164.10 |
| Delphi Packard Electric | 31304 | 2/9/2005 | PEDP4220212 | 12065422 | Conway | | $175.50 | 31304 | 4/4/2005 | $175.50 |
| Delphi Packard Electric | 31378 | 2/14/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31378 | 4/4/2005 | $164.10 |
| Delphi Packard Electric | 31379 | 2/14/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31379 | 4/4/2005 | $164.10 |
| Delphi Packard Electric | 31380 | 2/14/2005 | PEDP4220157 | 12065827 | CT | | $157.79 | 31380 | 4/4/2005 | $157.79 |
| Delphi Packard Electric | 31465 | 2/21/2005 | PEDP4290059 | 15328733 | CT | | $572.22 | 31465 | 4/4/2005 | $572.22 |
| Delphi Packard Electric | 31469 | 2/21/2005 | PEDP4290059 | 15328733 | CT | | $1,589.61 | 31469 | 4/4/2005 | $1,589.61 |
| Delphi Packard Electric | 31482 | 2/22/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31482 | 4/4/2005 | $164.10 |
| Delphi Packard Electric | 31531 | 2/24/2005 | PEDP4290059 | 12047781 | CT | | $143.06 | 31531 | 4/4/2005 | $143.06 |
| Delphi Packard Electric | 31616 | 3/3/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31616 | 5/4/2005 | $164.10 |
| Delphi Packard Electric | 31675 | 3/8/2005 | PEDP4710116 | 15326071 | CT | | $51.80 | 31675 | 5/4/2005 | $51.80 |
| Delphi Packard Electric | 31676 | 3/8/2005 | PEDP4220157 | 12047781 | CT | | $164.10 | 31676 | 5/4/2005 | $164.10 |
| Delphi Packard Electric | 31683 | 3/8/2005 | PEDP4710116 | 15326071 | CT | | $103.60 | 31683 | 5/4/2005 | $103.60 |
| Delphi Packard Electric | 31893 | 3/23/2005 | PEDP4710116 | 15336271 | CT | | $1,122.08 | 31893 | 5/4/2005 | $1,122.08 |
| Delphi Packard Electric | 32194 | 4/15/2005 | PEDP4290059 | 15410630 | CT | | $1,008.42 | 32194 | 6/4/2005 | $1,008.42 |
| Delphi Packard Electric | 32261 | 4/21/2005 | PEDP4220157 | 12047781 | UPS | | $164.10 | 32261 | 6/4/2005 | $164.10 |
| Delphi Packard Electric | 32618 | 5/18/2005 | PEDP4290059 | 15328733 | | | $572.22 | 32618 | 7/4/2005 | $572.22 |
| Delphi Packard Electric | 32755 | 5/26/2005 | PEDP4710116 | 15326071 | CT | | $51.80 | 32755 | 7/4/2005 | $51.80 |
| Delphi Packard Electric | 33049 | 6/16/2005 | PEDP4710116 | 15326071 | CT | | $51.80 | 33049 | 8/4/2005 | $51.80 |
| Delphi Packard Electric | 33544 | 8/2/2005 | PEDP4290059 | 12047781 | CT | | $164.10 | 33544 | 10/4/2005 | $164.10 |
| Delphi Packard Electric | 33563 | 8/3/2005 | PEDP4290059 | 15434788 | UPS | | $197.65 | 33563 | 10/4/2005 | $197.65 |
| Delphi Packard Electric | 33728 | 8/12/2005 | PEDP4290059 | 15410630 | UPS | | $50.42 | 33728 | 10/4/2005 | $50.42 |
| Delphi Packard Electric | 33747 | 8/15/2005 | PEDP4290059 | 15328733 | | | $95.61 | 33747 | 10/4/2005 | $95.61 |
| Delphi Packard Electric | 33748 | 8/15/2005 | PEDP4290059 | 15329051 | | | $47.45 | 33748 | 10/4/2005 | $47.45 |
| Delphi Packard Electric | 33751 | 8/15/2005 | PEDP4710116 | 15336271 | | | $654.55 | 33751 | 10/4/2005 | $654.55 |
| Delphi Packard Electric | 33772 | 8/16/2005 | PEDP4710116 | 15336271 | | 252-571771 | $1,122.08 | 33772 | 10/4/2005 | $1,122.08 |
| Delphi Packard Electric | 33813 | 8/18/2005 | PEDP4710116 | 15336271 | CT | | $654.55 | 33813 | 10/4/2005 | $654.55 |
| Delphi Packard Electric | 34021 | 9/1/2005 | PEDP4290059 | 15329051 | UPS | | $142.36 | 34021 | 11/2/2005 | $142.36 |
| Delphi Packard Electric | 34185 | 9/14/2005 | PEDP4290073 | 15329051 | | | $284.72 | 34185 | 11/2/2005 | $284.72 |
| Delphi Packard Electric | 34219 | 9/15/2005 | PEDP4710116 | 15336271 | CT | | $467.53 | 34219 | 11/2/2005 | $467.53 |
| Delphi Packard Electric | 34232 | 9/15/2005 | PEDP4220212 | 12077572 | UPS | | $50.20 | 34232 | 11/2/2005 | $50.20 |
| Delphi Packard Electric | 34233 | 9/16/2005 | PEDP4220212 | 12065266 | UPS | | $148.60 | 34233 | 11/2/2005 | $148.60 |

| Company | Col2 | Date | Invoice | Carrier | Tracking | Amount | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| Delphi Packard Electric | 34234 | 9/16/2005 | 12065422 | UPS | | $526.50 | 34234 | 11/2/2005 | $526.50 |
| Delphi Packard Electric | 34302 | 9/21/2005 | 12047781 | Conway | 252-571782 | $2,133.29 | 34302 | 11/2/2005 | $2,133.29 |
| Delphi Packard Electric | 34303 | 9/21/2005 | 12065266 | UPS | 1z240E6103453872555 | $118.88 | 34303 | 11/2/2005 | $118.88 |
| Delphi Packard Electric | 34304 | 9/21/2005 | 12065422 | Conway | 252-571782 | $175.50 | 34304 | 11/2/2005 | $175.50 |
| Delphi Packard Electric | 34306 | 9/21/2005 | 12060050 | Conway | 252-571782 | $118.52 | 34306 | 11/2/2005 | $118.52 |
| Delphi Packard Electric | 34307 | 9/21/2005 | 12077572 | Conway | 252-571782 | $50.20 | 34307 | 11/2/2005 | $50.20 |
| Delphi Packard Electric | 34308 | 9/21/2005 | 15329051 | Conway | 252-571782 | $284.72 | 34308 | 11/2/2005 | $284.72 |
| Delphi Packard Electric | 34309 | 9/21/2005 | 15434789 | Conway | | $193.70 | 34309 | 11/2/2005 | $193.70 |
| Delphi Packard Electric | 34354 | 9/22/2005 | 12065422 | UPS | 1z240E6103469560012 | $175.50 | 34354 | 11/2/2005 | $175.50 |
| Delphi Packard Electric | 34355 | 9/22/2005 | 12060050 | UPS | 1z240E6103464666428 | $118.52 | 34355 | 11/2/2005 | $118.52 |
| Delphi Packard Electric | 34356 | 9/22/2005 | 12047751 | UPS | 1z240E6103454660246 | $85.69 | 34356 | 11/2/2005 | $85.69 |
| Delphi Packard Electric | 34357 | 9/22/2005 | 12065978 | UPS | 1z240E6103467443653 | $360.29 | 34357 | 11/2/2005 | $360.29 |
| Delphi Packard Electric | 34367 | 9/23/2005 | 15328733 | CT | 785-360823-9 | $95.37 | 34367 | 11/2/2005 | $95.37 |
| Delphi Packard Electric | 34383 | 9/26/2005 | 12047781 | CT | 785-366728-4 | $164.10 | 34383 | 11/2/2005 | $164.10 |
| Delphi Packard Electric | 34387 | 9/27/2005 | 15326071 | CT | | $155.40 | 34387 | 11/2/2005 | $155.40 |
| Delphi Packard Electric | 34399 | 9/27/2005 | 15328733 | CT | | $333.80 | 34399 | 11/2/2005 | $333.80 |
| Delphi Packard Electric | 34405 | 9/27/2005 | 15336271 | CT | 785-360-824-7 | $374.03 | 34405 | 11/2/2005 | $374.03 |
| Delphi Packard Electric | 34406 | 9/27/2005 | 15326071 | CT | 785-360-824-7 | $1,243.20 | 34406 | 11/2/2005 | $1,243.20 |
| Delphi Packard Electric | 34407 | 9/27/2005 | 12047781 | UPS | 1Z240E6103442162280 | $328.20 | 34407 | 11/2/2005 | $328.20 |
| Delphi Packard Electric | 34413 | 9/27/2005 | 12047781 | UPS | 1Z240E6103468212023 | $164.10 | 34413 | 11/2/2005 | $164.10 |
| Delphi Packard Electric | 34416 | 9/28/2005 | 15328733 | Conway | 252-571793 | $1,969.19 | 34416 | 11/2/2005 | $1,969.19 |
| Delphi Packard Electric | 34417 | 9/28/2005 | 12065978 | Conway | 252-571793 | $360.29 | 34417 | 11/2/2005 | $360.29 |
| Delphi Packard Electric | 34418 | 9/28/2005 | 12047781 | UPS | 1Z240E6103442782259 | $118.52 | 34418 | 11/2/2005 | $118.52 |
| Delphi Packard Electric | 34419 | 9/28/2005 | 12060050 | Conway | | $164.10 | 34419 | 11/2/2005 | $164.10 |
| Delphi Packard Electric | 34420 | 9/28/2005 | 15328733 | CT | 785-366731-8 | $95.37 | 34420 | 11/2/2005 | $95.37 |
| Delphi Packard Electric | 34422 | 9/28/2005 | 12065848 | UPS | 1z240E6103444161893 | $65.09 | 34422 | 11/2/2005 | $65.09 |
| Delphi Packard Electric | 34423 | 9/28/2005 | 15336271 | CT | 785-366731-8 | $1,309.09 | 34423 | 11/2/2005 | $1,309.09 |
| Delphi Packard Electric | 34424 | 9/28/2005 | 15326071 | CT | 785-366731-8 | $381.48 | 34424 | 11/2/2005 | $381.48 |
| Delphi Packard Electric | 34425 | 9/28/2005 | 12065978 | UPS | 1z240E6103448600306 | $673.40 | 34425 | 11/2/2005 | $673.40 |
| Delphi Packard Electric | 34426 | 9/28/2005 | 15328733 | CT | 785-366731-8 | $60.05 | 34426 | 11/2/2005 | $60.05 |
| Delphi Packard Electric | 34427 | 9/28/2005 | 15326071 | CT | 785-366731-8 | $47.69 | 34427 | 11/2/2005 | $47.69 |
| Delphi Packard Electric | 34428 | 9/28/2005 | 15328733 | CT | 785-366731-8 | $95.37 | 34428 | 11/2/2005 | $95.37 |
| Delphi Packard Electric | 34429 | 9/28/2005 | 15434788 | UPS | 1z240E6103464497112 | $98.83 | 34429 | 11/2/2005 | $98.83 |
| Delphi Packard Electric | 34430 | 9/28/2005 | 15329051 | UPS | 1z240E6103457011539 | $142.36 | 34430 | 11/2/2005 | $142.36 |
| Delphi Packard Electric | 34433 | 9/28/2005 | 15434787 | UPS | 1z240E6103444420639 | $93.52 | 34433 | 11/2/2005 | $93.52 |
| Delphi Packard Electric | 34434 | 9/28/2005 | 15434788 | UPS | 1z240E6103425645459 | $98.83 | 34434 | 11/2/2005 | $98.83 |
| Delphi Packard Electric | 34441 | 9/28/2005 | 15326071 | CT | 785-366733-4 | $362.60 | 34441 | 11/2/2005 | $362.60 |
| Delphi Packard Electric | 34443 | 9/29/2005 | 15336271 | CT | 785-366733-4 | $280.52 | 34443 | 12/2/2005 | $280.52 |
| Delphi Packard Electric | 34444 | 9/29/2005 | 12065978 | CT | 785-366734-2 | $1,080.86 | 34444 | 12/2/2005 | $1,080.86 |
| Delphi Packard Electric | 34445 | 9/29/2005 | 15356810 | CT | 785-366733-4 | $88.62 | 34445 | 12/2/2005 | $88.62 |
| Delphi Packard Electric | 34446 | 9/29/2005 | 12065826 | CT | 785-366733-4 | $113.08 | 34446 | 12/2/2005 | $113.08 |
| Delphi Packard Electric | 34447 | 9/29/2005 | 12066050 | CT | 785-366733-4 | $59.26 | 34447 | 12/2/2005 | $59.26 |
| Delphi Packard Electric | 34448 | 9/29/2005 | 15328733 | CT | 785-366733-4 | $524.54 | 34448 | 12/2/2005 | $524.54 |
| Delphi Packard Electric | 34449 | 9/29/2005 | 12047781 | CT | 785-366733-4 | $164.10 | 34449 | 12/2/2005 | $164.10 |

| Vendor | Invoice # | Invoice Date | PO # | Ref # | Carrier | Tracking # | Amount | PO # | Invoice Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Packard Electric | 34450 | 9/29/2005 | PEDP4220157 | 12047781 | CT | 785-366733-4 | $164.10 | 34450 | 12/2/2005 | $164.10 |
| Delphi Packard Electric | 34451 | 9/29/2005 | PEDP4290059 | 15329051 | CT | 785-366733-4 | $237.27 | 34451 | 12/2/2005 | $237.27 |
| Delphi Packard Electric | 34452 | 9/29/2005 | PEDP4220157 | 12065978 | CT | 785-366733-4 | $60.05 | 34452 | 12/2/2005 | $60.05 |
| Delphi Packard Electric | 34453 | 9/29/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103445239736 | $143.06 | 34453 | 12/2/2005 | $143.06 |
| Delphi Packard Electric | 34454 | 9/29/2005 | PEDP4710116 | 15326071 | CT | 785-366733-4 | $561.04 | 34454 | 12/2/2005 | $561.04 |
| Delphi Packard Electric | 34455 | 9/29/2005 | PEDP4710116 | 15326071 | CT | 785-366733-4 | $1,709.40 | 34455 | 12/2/2005 | $1,709.40 |
| Delphi Packard Electric | 34456 | 9/29/2005 | PEDP4290059 | 15329051 | CT | 785-366733-4 | $333.80 | 34456 | 12/2/2005 | $333.80 |
| Delphi Packard Electric | 34457 | 9/29/2005 | PEDP4220157 | 120477781 | UPS | 1z240E6103456092684 | $328.20 | 34457 | 12/2/2005 | $328.20 |
| Delphi Packard Electric | 34458 | 9/29/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103444938509 | $148.24 | 34458 | 12/2/2005 | $148.24 |
| Delphi Packard Electric | 34459 | 9/29/2005 | PEDP4290059 | 15329051 | UPS | 1z240E6103445239736 | $189.82 | 34459 | 12/2/2005 | $189.82 |
| Delphi Packard Electric | 34460 | 9/29/2005 | PEDP4290059 | 15328733 | UPS | 1z240E6103446627609 | $190.74 | 34460 | 12/2/2005 | $190.74 |
| Delphi Packard Electric | 34461 | 9/29/2005 | PEDP4710116 | 15410630 | UPS | 1z240E6103446447018 | $50.42 | 34461 | 12/2/2005 | $50.42 |
| Delphi Packard Electric | 34462 | 9/29/2005 | PEDP4290059 | 15434787 | UPS | 1z240E6103462257429 | $187.04 | 34462 | 12/2/2005 | $187.04 |
| Delphi Packard Electric | 34463 | 9/29/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103454409061 | $49.41 | 34463 | 12/2/2005 | $49.41 |
| Delphi Packard Electric | 34464 | 9/29/2005 | PEDP4220212 | 12047781 | UPS | 1z240E6103466674479 | $213.51 | 34464 | 12/2/2005 | $213.51 |
| Delphi Packard Electric | 34466 | 9/30/2005 | PEDP4290059 | 15328733 | UPS | 785-366735-9 | $238.43 | 34466 | 12/2/2005 | $238.43 |
| Delphi Packard Electric | 34468 | 9/30/2005 | PEDP4220157 | 12065978 | CT | 785-366735-9 | $120.10 | 34468 | 12/2/2005 | $120.10 |
| Delphi Packard Electric | 34469 | 9/30/2005 | PEDP4290059 | 15434788 | UPS | 785-366735-9 | $143.06 | 34469 | 12/2/2005 | $143.06 |
| Delphi Packard Electric | 34470 | 9/30/2005 | PEDP4710116 | 15326071 | CT | 785-366735-9 | $467.53 | 34470 | 12/2/2005 | $467.53 |
| Delphi Packard Electric | 34473 | 10/3/2005 | PEDP4220157 | 12047781 | CT | 1z240E6103456646117 | $164.10 | 34473 | 12/2/2005 | $164.10 |
| Delphi Packard Electric | 34474 | 9/30/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103468866520 | $148.24 | 34474 | 12/2/2005 | $148.24 |
| Delphi Packard Electric | 34476 | 9/30/2005 | PEDP4290059 | 15328733 | UPS | 1z240E6103465658168 | $95.37 | 34476 | 12/2/2005 | $95.37 |
| Delphi Packard Electric | 34477 | 10/3/2005 | PEDP4290059 | 15434787 | UPS | 1z240E6103445599982 | $280.57 | 34477 | 12/2/2005 | $280.57 |
| Delphi Packard Electric | 34478 | 10/3/2005 | PEDP4290059 | 15434788 | CT | 785-366736-7 | $889.43 | 34478 | 12/2/2005 | $889.43 |
| Delphi Packard Electric | 34481 | 10/3/2005 | PEDP4220157 | 12047781 | CT | 785-366737-7 | $492.30 | 34481 | 12/2/2005 | $492.30 |
| Delphi Packard Electric | 34482 | 10/3/2005 | PEDP4220157 | 121246152 | CT | 785-366737-7 | $259.43 | 34482 | 12/2/2005 | $259.43 |
| Delphi Packard Electric | 34483 | 10/3/2005 | PEDP4290059 | 15329051 | UPS | 1z240E6103452094447 | $284.72 | 34483 | 12/2/2005 | $284.72 |
| Delphi Packard Electric | 34484 | 10/3/2005 | PEDP4220157 | 12065848 | CT | 785-366737-7 | $65.09 | 34484 | 12/2/2005 | $65.09 |
| Delphi Packard Electric | 34485 | 10/3/2005 | PEDP4290059 | 15328733 | CT | 785-366737-7 | $524.54 | 34485 | 12/2/2005 | $524.54 |
| Delphi Packard Electric | 34487 | 10/3/2005 | PEDP4220157 | 12065978 | CT | 785-366737-7 | $120.10 | 34487 | 12/2/2005 | $120.10 |
| Delphi Packard Electric | 34488 | 10/3/2005 | PEDP4220157 | 15328733 | CT | 785-366737-7 | $561.04 | 34488 | 12/2/2005 | $561.04 |
| Delphi Packard Electric | 34489 | 10/3/2005 | PEDP4710116 | 15336271 | CT | 785-366737-7 | $95.37 | 34489 | 12/2/2005 | $95.37 |
| Delphi Packard Electric | 34492 | 10/3/2005 | PEDP4220157 | 12065978 | UPS | 1z240E6103462094906 | $328.20 | 34492 | 12/2/2005 | $328.20 |
| Delphi Packard Electric | 34493 | 10/3/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103465384721 | $98.83 | 34493 | 12/2/2005 | $98.83 |
| Delphi Packard Electric | 34494 | 10/3/2005 | PEDP4220157 | 12047781 | UPS | 1z240E6103460338184 | $94.91 | 34494 | 12/2/2005 | $94.91 |
| Delphi Packard Electric | 34495 | 10/3/2005 | PEDP4290059 | 15434787 | UPS | 1z240E6103445815596 | $46.76 | 34495 | 12/2/2005 | $46.76 |
| Delphi Packard Electric | 34497 | 10/3/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103444384009 | $95.37 | 34497 | 12/2/2005 | $95.37 |
| Delphi Packard Electric | 34498 | 10/3/2005 | PEDP4290059 | 15434787 | UPS | 1z240E6103444835236 | $148.24 | 34498 | 12/2/2005 | $148.24 |
| Delphi Packard Electric | 34499 | 10/3/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103444567642 | $164.10 | 34499 | 12/2/2005 | $164.10 |
| Delphi Packard Electric | 34500 | 10/3/2005 | PEDP4220157 | 12047781 | UPS | 785-366738-3 | $1,969.19 | 34500 | 12/2/2005 | $1,969.19 |
| Delphi Packard Electric | 34504 | 10/3/2005 | PEDP4220157 | 12047781 | CT | 785-366738-3 | $164.10 | 34504 | 12/2/2005 | $164.10 |
| Delphi Packard Electric | 34506 | 10/4/2005 | PEDP4220157 | 12047781 | CT | 785-366738-3 | $264.94 | 34506 | 12/2/2005 | $264.94 |
| Delphi Packard Electric | 34507 | 10/4/2005 | PEDP4290059 | 15328733 | CT | 785-366738-3 | $262.30 | 34507 | 12/2/2005 | $262.30 |
| Delphi Packard Electric | 34509 | 10/4/2005 | PEDP4290059 | 121462286 | CT | 785-366738-3 | $381.48 | 34509 | 12/2/2005 | $381.48 |
| Delphi Packard Electric | 34512 | 10/4/2005 | PEDP4710116 | 15328733 | CT | 785-366738-3 | $841.56 | 34512 | 12/2/2005 | $841.56 |
| Delphi Packard Electric | 34515 | 10/4/2005 | PEDP4220157 | 12047781 | UPS | 1z240E6103441910878 | $328.20 | 34515 | 12/2/2005 | $328.20 |
| Delphi Packard Electric | 34516 | 10/4/2005 | PEDP4290059 | 15434788 | UPS | 1z240E6103446594694 | $98.82 | 34516 | 12/2/2005 | $98.82 |

| Vendor | # | Date | PO | Tracking | Amount | # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Delphi Packard Electric | 34517 | 10/4/2005 | PEDP4290059 | 15329051 UPS | 1z240E61034544 2515 | $94.91 | 34517 | 12/2/2005 | $94.91 |
| Delphi Packard Electric | 34518 | 10/4/2005 | PEDP4290059 | 15328733 UPS | 1z240E61034625 4333 | $143.06 | 34518 | 12/2/2005 | $143.06 |
| Delphi Packard Electric | 34519 | 10/4/2005 | PEDP4290059 | 15434787 UPS | 1z240E61034665 4562 | $93.52 | 34519 | 12/2/2005 | $93.52 |
| Delphi Packard Electric | 34520 | 10/4/2005 | PEDP4290059 | 15434788 UPS | 1z240E61034665 4562 | $49.41 | 34520 | 12/2/2005 | $49.41 |
| Delphi Packard Electric | 34532 | 10/5/2005 | PEDP4290059 | 15329051 CT | 785-366740-9 | $711.81 | 34532 | 12/2/2005 | $711.81 |
| Delphi Packard Electric | 34544 | 10/5/2005 | PEDP4290059 | 15329051 UPS | 1z240E61034616 9257 | $142.36 | 34544 | 12/2/2005 | $142.36 |
| Delphi Packard Electric | 34545 | 10/5/2005 | PEDP4290059 | 15328733 UPS | 1z240E61034444 5489 | $95.37 | 34545 | 12/2/2005 | $95.37 |
| | | | | | | | 33889 | | ($8.52) |
| | | | | Sub-total Packard Ele | | $105,216.63 | | | $47.45 |
| | | | | | | | 34475 | | |
| | | | | Sub-total Delphi Delco | | $127,253.65 | | | $63,602.65 |
| | | | Span as shown in Edacor | | | | | | $19,196.84 |
| | | | | Sub-total Delphi Int | | $240.04 | | | $0.00 |
| | | | | Sub-total Delphi Mech | | $600.00 | | | $0.00 |
| | | | | Totals | | $233,310.32 | | | $82,799.49 |