TEITELBAUM & BASKIN, LLP
Jay Teitelbaum, Esq. (JT-4619)
3 Barker Avenue
White Plains, New York 10601
Tel. 914.437.7670
E. Mail: jteitelbaum@tblawllp.com
Attorneys for Mary H. Schafer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :    Chapter 11
*In re*:                                                        :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et.al.,*                                   :    *(*Jointly Administered)
                 Debtors                 :
                                                                :    Hearing Date: July 31, 2008
                                                                :    10:00 a.m.
---------------------------------------------------------------X

# CERTIFICATE OF SERVICE: RESPONSE TO THIRTIETH OMNIBUS CLAIM OBJECTION

       I, Jay Teitelbaum, certify that on July 24, 2008, I caused a copy of the above captioned response (Docket No. 13971) to be filed electronically with this Court and served on the following by the method indicated.

Dated: Westchester, New York
         July 24, 2008

                                            /s/ Jay Teitelbaum, Esq.
                                            Jay Teitelbaum, Esq. (JT-4619)
                                            3 Barker Avenue
                                            Third Floor
                                            White Plains, New York 10601
                                            (914) 437-7670
                                            jteitelbaum@tblawllp.com

1

**By Electronic Mail**:
To: Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606-1285
Attention:
John Butler    jack.butler@skadden.com
Lisa B. Diaz    Lisa.Diaz@skadden.com
John, K. Lyons    john.lyons@skadden.com

**By Mail**:
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel