TEITELBAUM & BASKIN, LLP
Jay Teitelbaum, Esq. (JT-4619)
3 Barker Avenue
White Plains, New York 10601
Tel. 914.437.7670
E. Mail: jteitelbaum@tblawllp.com
Attorneys for Mary H. Schafer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :        Chapter 11

*In re*:                                                     :        Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et.al.,*                     :        *(*Jointly Administered)
                     Debtors                    :
                                                           :        Hearing Date: July 31, 2008
                                                           :        10:00 a.m.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE, REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for Mary H. Schafer, a creditor and party-in-interest herein, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), requests that all notices given or required in these cases, and all disclosure statements and plans, and all other papers served in these cases, be given to and served upon:

        Jay Teitelbaum
        Ron Baskin
        3 Barker Avenue, 3rd Floor
        White Plains, New York
        Telephone No.:  (914) 437-7670
        Telecopier No.  (914) 437-7672
        E-Mail: jteitelbaum@morganlewis.com
                rbaskin@tblawllp.com

1-NY/1377010.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Mary Schafer may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 24, 2008

                                            **TEITELBAUM & BASKIN, LLP**
                                            Attorneys for Mary H. Schafer

By:     /s/ Jay Teitelbaum
        Jay Teitelbaum, Esq. (JT-4619)
        3 Barker Avenue
        Third Floor
        White Plains, New York 10601
        (914) 437-7670
        jteitelbaum@tblawllp.com