BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Austin L. McMullen (admitted *pro hac vice*)

Attorneys for Calsonic Kansei Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                       :

In re                                   :          Chapter 11
                                       :

DELPHI CORPORATION, et al.,        :          Case No. 05-44481 (RDD)
                                       :
                                       :          (Jointly Administered)
                       Debtors.         :
------------------------------ x

## RESPONSE TO DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS

     Comes now Calsonic Kansei Corporation, through the undersigned counsel, and hereby responds as follows to the Debtors' Thirtieth Omnibus Objection to Claims:

     1.    Calsonic Kansei Corporation's claim (claim number 11185) is supported by documentation that has been provided to the Debtors and is a valid claim. Accordingly, the objection should be overruled as to the claim of Calsonic Kansei Corporation.

     2.    Additionally, Calsonic Kansei Corporation has reached a resolution of this matter with the Debtors, and the parties will be presenting a Stipulation to the Court to effectuate this resolution. It is anticipated that the Stipulation will be presented to the Court in early August.

Dated: July 24, 2008.
Nashville, Tennessee

Respectfully submitted,

By:   /s/ Austin L. McMullen
Austin L. McMullen (admitted *pro hac vice*)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2307
Fax: (615) 252-6307
amcmulle@bccb.com

*Attorneys for Calsonic Kansei Corporation*