# EXHIBIT B

# DELPHI

_____ Delphi Electronics and Safety

Page 1 of 4

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number: 450066978
Date Issued: 30-Jul-2004
Version
23-Dec 2005 02:24:43 EST

**Deliver to:**
DELPHI D HEADQUARTERS
One Corporate Center P.O. Box 9005
KOKOMO IN 46904-9005

Delivery date: 30 JUL 2004

PIONEER AUTOMOTIVE TECHNOLOGIES INC
9465 COUNSELORS ROW STE 200
INDIANAPOLIS IN 46240

Vendor No: 1010586
DUNS No: 110999471

**Payment Terms:** ZMN2          **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FCA-Freight Forwarder's Dock

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10095123 00010<br>BRACKET TOOL<br>BRACKET TOOL FOR PN 28005602 GMX381 CONV<br>GARY BROWN (765)451-8983<br>PR561819 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN G |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-JUL-2004 | 1.000 | 60,000.00 | 1 | DCL | 60,000.00 |
| Net Line Item Value | | | | USD | 60,000.00 |

| 00020 | PR10095123 00020<br>HOUSING TOOL<br>6 AND 3.5" SPEAKER HOUSING TOOL | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN G |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-JUL-2004 | 1.000 | 93,750.00 | 1 | DCL | 93,750.00 |
| Net Line Item Value | | | | USD | 93,750.00 |

Purchasing Contact: Vanmeeter, Sharon
Phone: 765-451-7495
Fax: 765-451-1547

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 23-Dec-2005 02:24:43 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 4

| PIONEER AUTOMOTIVE TECHNOLOGIES INC<br>9465 COUNSELORS ROW STE 200<br>INDIANAPOLIS  IN  46240 | **Purchase Order** |
|---|---|
| | PO Number: 450066978<br>Version<br>23-Dec-2005  02:24:43  EST | Date Issued: 30-Jul-2004 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR10095123  00030<br>HOUSING TOOL<br>6 X 9 SPEAKER HOUSING TOOL | 1.000 | DAHQ  DELPHI  D  HEADQUARTERS<br>BROWN G |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-JUL-2004 | 1.000 | 72,250.00 | 1 | DOL | 72,250.00 |
| Net Line Item Value | | | | USD | 72,250.00 |

| **Total net value** | | | | USD | 226,000.00 |

**Notes:**

*****ATTENTION ALL NORTH AMERICAN SUPPLIERS*****
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO                  "
* DISBURSEMENT SERVICES AT (248)874-4636  (A2) *

Tool Possession Note:

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

**DELPHI** _____ Delphi Electronics and Safety

```
PIONEER AUTOMOTIVE TECHNOLOGIES INC
9465 COUNSELORS ROW STE 200
INDIANAPOLIS IN 46240
```

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450068978 | 30-Jul-2004 |
| Version | |
| 23-Dec-2005 02:24:43 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO

```
********************************************
********************************************
```

\* PLEASE NOTE, TO BETTER SERVE OUR SUPPLIERS AND \*\*
\* TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED \*
\* FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT \*
\* TO BE INVOICED BY YOU         ($) \*
```
********************************************
```

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

```
********************************************
```

DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS 'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI ELECTRONICS & SAFETY
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN MANUAL RECEIPTS PROCESSING MS-CTA229
P O BOX 9005
KOKOMO, IN 46904-9005

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

# DELPHI

_____ Delphi Electronics and Safety

Page 4 of 4

| PIONEER AUTOMOTIVE TECHNOLOGIES INC<br>9465 COUNSELORS ROW STE 200<br>INDIANAPOLIS IN 46240 | **Purchase Order**<br>PO Number                    Date Issued<br>450066978                   30-Jun-2004<br>Version<br>23-Dec-2005  02:24:43  EST |
|---|---|

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
|  | Description |  | Requester |

**Notes Continued:**

ADDITIONAL PACKING SLIP INFORMATION:
  EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
  HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
  PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
***************************************************
ROUTING  REFER TO ROUTING LETTER DATED 02/13/02 FOR
INSTRUCTIONS  CALL DELPHI E&S TRANSPORATION AT
(765)451-4078 OR  4079 FOR ADDITIONAL INFORMATION
FREIGHT TERMS ARE "FOB ORIGIN,FREIGHT COLLECT".
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

***************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************