# EXHIBIT F

| | |
|---|---|
| **From:** | "Cassidy, Douglas" <douglas.cassidy@delphi.com> |
| **To:** | <newman@butzel.com> |
| **CC:** | <william.scully@pioneer-usa.com> |
| **Date:** | 3/11/2008 2:56 PM |
| **Subject:** | Claim 16802 - Pioneer Speakers, Inc. |

Max,

In regards to the above referenced claim please get me copies of the following:

Invoices billing the three tools listed on the purchase order.

Historical time line by date of the event dates relating to each of these tools including:

*     Invoice & shipment dates

*     PPAP submission (& resubmission where applicable) dates

*     PPAP approval dates

I'm trying to establish which side of the filing date these tools belong

According to the documentation submitted with Pioneer's claim, the PPAP was approved 11/9/05 - nearly a month after the filing date.

Thanks

Doug Cassidy
Delphi Proof of Claims - Analyst
248.265.4287 - Direct

248.265.4276 - Fax

douglas.cassidy@delphi.com

Delphi Proof of Claims

Mail Code: 480-900-001
900 Tower Drive - Suite 900
Troy, MI 48098

The information contained in this e-mail, including any attachments, is
confidential, intended only for the named recipient(s), and may be
legally privileged. If you are not the intended recipient, please
delete the e-mail and any attachments, destroy any printouts that you
may have made and notify me immediately by return e-mail

*******************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the message and deleting it from
your computer. Thank you.

*******************************************************************************