UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :  Chapter 11
                               :
DELPHI CORPORATION, et al.,    :  Case No. 05-44481 (RDD)
                               :
                    Debtors.   :  (Jointly Administered)
                               :
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MINNESOTA        )
                          ) ss:
COUNTY OF HENNEPIN        )

Conrad A. Hansen, being duly sworn, deposes and says:

1. I am a principal of Moore & Hansen, PLLP, formerly known as Moore Hansen & Sumner ("M&H") which firm maintains offices at 225 South Sixth St., Suite 4850, Minneapolis, Minnesota, 55402.

2. Neither I, "M&H", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "M&H", has represented and advised the Debtors in invention protection and patent matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and "M&H" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

5. "M&H"'s current fees arrangement is an hourly rate based on the attorney performing the work.

6. Except as set forth herein, no promises have been received by "M&H" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  "M&H" has no agreement with any entity to share with such entity any compensation received by "M&H".

8.  "M&H" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "M&H" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, "M&H", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "M&H" is to be engaged.

10.  The foregoing constitutes the statement of "M&H" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

7-17-2008

Conrad A. Hansen
Managing Partner, M&H

Subscribed and sworn before me
this 17 day of July, 2008.

Notary Public

CHRISTINE A. SHANNON
Notary Public-Minnesota
My Commission Expires Jan 31, 2011

2

## CERTIFICATE OF SERVICE

Maria A. Lies, Office Manager of Moore & Hansen PLLP, hereby certifies that on July _18_, 2008, she served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Continued on next page

Dated July 18, 2008

*Maria A. Lies*

Maria A. Lies
Moore & Hansen, PLLP
225 South Sixth Street, Suite 4850
Minneapolis, Minnesota, 55402
612-332-8200

Sworn before me this 18
day July, 2008

*Christine Shannon*
Notary Public

CHRISTINE A. SHANNON
Notary Public-Minnesota
My Commission Expires Jan 31, 2011