

Krosno, 08.07.2008

**Chapter 11**
**Case No. 05-44481(RDD)**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**One Bowling Green**
**New York, NY 10004-1408**

## JUDGE ROBERT D. DRAIN

Dear Sir,
As representatives of staff of DELPHI POLAND Co. Division in Krosno, noticing the fact of selecting new Company owner we expect from new Investor to draw up an agreement in the scope of social package for company workers in Krosno.
We ask to understand our expectations and we inform at the same time, that suitable paper in this matter was passed to European Operational Director of DELPHI Division – AHG.

We are ready to undertake negotiations and we possess together accepted draft of agreement in the scope of social package for our workers.

In the enclosure statement of Chairmen of Trade Unions functioning in DELPHI POLAND Co. Division in Krosno, as well as paper dated 14.02.2008 passed to John Beres.

With best regards,

PRZEWODNICZĄCY
ZWIĄZKU ZAWODOWEGO
INŻYNIEROW i TECHNIKÓW
w Delphi Krosno S.A.

Andrzej Buda

PRZEWODNICZĄCY
Zarządu Związku Zawodowego
METALOWCÓW

Roman Wierdak

PRZEWODNICZĄCY
Komisji Międzyzakładowej NSZZ „Solidarność"
w Delphi Poland S.A. Oddział w Krośnie

Adam Oberc



RECEIVED
JUL 1 1 2008
USBC-SDNY
RDD

# DECLARATION

Chairmen of Trade Unison commit oneself to obtain from their statute authorities suitable authorizations for persons who are representatives of Union and who create negotiation team "Agreement in the scope of social package " with future owner of Delphi Poland Co. Division in Krosno.

Simultaneously they take in harmony the draft of the Package as commonly agreed and as unique draft for negotiations.

1. NSZZ"Solidarność" ........................................

2. ZZ Metalowcy ........................................

3. ZZIiT ........................................

Krosno, 20th June 2008.