RECEIVED JUL 2 5 2008 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------*

In re

DELPHI CORPORATION, et al.,

          Debtors.

----------------------------------------*

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

SATE OF          )

COUNTRY OF      ) ss:

                    )

          , being duly sworn, deposes and says:

1. I am a partner of Stikeman Elliott LLP ("Stikeman") which firm maintains offices at 199 Bay Street, Toronto, Ontario Canada.

2. Neither I, "Stikeman", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "Stikeman", has represented and advised the Debtors with respect to an Canadian competition law matter.

5347080 v1

4. The Debtors have requested, and "Stikeman" has agreed, to continue to represent and advise the Debtors pursuant to section 327 (e) of title 11 of the United States Code, 11 U.S.C § 101-1330, as amended (the Bankruptcy Code"), with respect to Canadian competition law matters.

5. Except as set forth herein, no promises have been received by "Stikeman" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, order of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6. "Stikeman" has no agreement with any entity to share with such entity any compensation received by "Stikeman".

7. "Stikeman" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "Stikeman" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

8. Neither I, "Stikeman", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "Stikeman" is to be engaged.

9. The foregoing constitutes the statement of "Stikeman" pursuant to section 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2014 and 2016(b)

_____
Paul Collins

Subscribed and sworn before me
this 10th day of January, 2008

*Sandra Walker*

Notary Public

5347080 v1

## CERTIFICATE OF SERVICE

Paul Collins, a partner of Stikeman Elliott LLP, hereby certifies that on January 10, 2008, served a copy of the Affidavit of Legal Ordinary Course Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thatcher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017
U.S.A

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044
U.S.A

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and Brian Resnick, Esq.
450 Lexington Avenue
New York, NY 10017
U.S.A

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A

Dated January 10, 2008

Paul Collins
199 Bay Street
5300 Commerce Court West
Toronto, ON M5L 1B9
(416) 869-5577

Sworn before me this 10th
day of January, 2008

Notary Public
Sandra Walker

5347080 v1