Trevor Hoffmann (TH-5876)
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: 212-659-7300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
                                                                   :
In re:                                                             :  Chapter 11
                                                                   :
DELPHI CORPORATION, *et al.*,                                      :  Case No. 05-44481 (RDD)
                                                                   :
                                                       Debtors.    :  (Jointly Administered)
-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

    1.    I, Paul L. Fabsik, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and reside in New York City, New York;

    2.    On July 24, 2008, I caused to be served a true and correct copy of Liquidating UE, Inc.'s Response to Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claims, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification by electronic notification through the Court's electronic case filing system to all parties who receive electronic notice in the Debtors' bankruptcy cases and on the following parties via facsimile and

Federal Express, Priority Overnight Delivery, addressed as shown below:

| | |
|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom LLP |
| Attn: General Counsel | Attn: John Wm. Butler, Jr. |
| 5725 Delphi Drive | John K. Lyons |
| Troy MI 48098 | Joseph N. Wharton |
| Facsimile: (248) 813-2491 | 333 West Wacker Drive, Suite 2100 |
| | Chicago IL 60606 |
| | Facsimile: (312) 407-0411 |

    /s/ Paul L. Fabsik
Paul L. Fabsik

SWORN TO AND SUBSCRIBED before me on this 27th day of July, 2008 by Jason A. Nagi.

    /s/ Jason A. Nagi
Notary Public in and for the State of New York