TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)  

PRESENTMENT DATE: 8/5/2008  
AT 10:00 AM  

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698  

Delphi Legal Information Website:  
http://www.delphidocket.com  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------ x  
                              :  
    In re                     :    Chapter 11  
                              :  
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)  
                              :  
                    Debtors.  :    (Jointly Administered)  
                              :  
------------------------------ x  

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED  
ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NO.  
11606 (SOJITZ CORPORATION OF AMERICA)**

PLEASE TAKE NOTICE that on May 22, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 11606 (the "Proof of Claim" or the "Claim") filed by Sojitz Corporation of America (the "Claimant") pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims And Untimely Tax Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and have executed a Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim Number 11606 (Sojitz Corporation of America) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for August 5, 2008 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:   New York, New York          DELPHI CORPORATION, *et al.*
        July 28, 2008          By their attorneys,
                                            TOGUT, SEGAL & SEGAL LLP
                                            By:

                                            /s/ Neil Berger
                                            NEIL BERGER (NB-3599)
                                            A Member of the Firm
                                            One Penn Plaza
                                            New York, New York 10119
                                            (212) 594-5000