**Hearing Date: July 31, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
     In re                                    :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                         Debtors.             :    (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


### PROPOSED THIRTY-THIRD OMNIBUS HEARING AGENDA

Location Of Hearing:          United States Bankruptcy Court for the Southern District of New York,
                              Alexander Hamilton Custom House, Room 610, 6th Floor, One
                              Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

> A.    Introduction
>
> B.    Continued Or Adjourned Matters (None)
>
> C.    Uncontested, Agreed, Or Settled Matters (2 Matters)
>
> D.    Contested Matters (1 Matter)
>
> E.    Adversary Proceedings (2 Matters)

**B.    Continued Or Adjourned Matters**\*(None)

**C.    Uncontested, Agreed, Or Settled Matters**

> 1.    **"EnerDel Joint Venture Motion" -** Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 6004 For Order Authorizing And Approving Entry By Delphi Automotive Systems LLC Into Restructuring And Exchange Agreement With Ener1, Inc. Related To Joint Venture EnerDel, Inc. (Docket No. 13847)
>
> *Responses filed:*        None.
>
> *Reply filed:*        None.
>
> *Related filings:*        None.
>
> *Status:*        *The hearing with respect to this matter will be proceeding.*
>
> 2.    **"§ 1121(d) Statutory Committee Exclusivity Extension Motion" -** Motion for Order, Solely As To Statutory Committees, Extending Under 11

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

U.S.C. § 1121(d) Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Docket No. 13848)

*Responses filed:*     None.

*Reply filed:*     None.

*Related filings:*     None.

*Status:*     *The hearing with respect to this matter will be proceeding.*

**D.     Contested Matters**

3.     **"Thirtieth Omnibus Claims Objection"** - Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claim, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13823)

*Responses filed:*     *Response Of RT Sub, LLC To Debtors' Thirtieth Omnibus Objection To Claims (Claim No. 15939) (Docket No. 13931)*

*Veenstra Response To Debtors' Thirtieth Omnibus Claims Objection (Docket No. 13948)*

*Anthony N. Gardner's Response To Debtors' Thirtieth Omnibus Claims Objection (Docket No. 13949)*

*CSX Transportation, Inc.'s Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13964)*

*Lorentson Mfg. Co. SW, Inc.'s Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13967)*

3

*Lorentson Mfg. Co., Inc.'s Response to Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, and (F) Claims Subject to Modification (Docket No. 13968)*

*Response Of Creditor Mary H. Schafer To Thirtieth Omnibus Claim Objection (Docket No. 13971)*

*Calsonic Kansei Corporation's Response To Debtors' Thirtieth Omnibus Objection To Claims (Docket No. 13974)*

*Pioneer Speakers, Inc.'s Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims And (F) Claims Subject To Modification (Docket No. 13975)*

*Creditor Patricia C. Weinmann's Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13976)*

*Liquidating UE, Inc.'s Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13980)*

*Reply filed:*    *An omnibus reply will be filed.*

*Related filings:*    *Declaration Of Max J. Newman In Support Of Pioneer Speakers, Inc.'s Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And*

4

*Records Claims, (E) Untimely Claims And (F) Claims Subject To Modification (Docket No. 13977)*

*Status:*    *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to the claims for which a response has been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089)*

## E.    Adversary Proceedings

4.    **"Motion To Authorize / Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest"** - Motion To Authorize / Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest No. 08-01232 (Adv. Pro. No. 08-01232) (Docket No. 64)

*Responses filed:*    *ADAH's And AMLP's Limited Opposition To Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest (Adv. Pro. No. 08-01232) (Docket No. 80)*

*Joinder Of Harbinger Del-Auto Investment Company Ltd. And Harbinger Capital Partners Master Fund I, Ltd. To ADAH's And AMLP's Limited Opposition To Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest (Adv. Pro. No. 08-01232) (Docket No. 81)*

*Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated's Joinder In ADAH's and AMLP's Limited Opposition To Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest (Adv. Pro. No. 08-01232) (Docket No. 83)*

*Opposition Of UBS Securities LLC To Motion Of General Motors Corporation To Participate In*

*Adversary Proceeding As Party In Interest (Adv. Pro. No. 08-01232) (Docket No. 84)*

*Reply filed:*        *None.*

*Related filings:*        *None.*

*Status:*        *The hearing with respect to this matter will be proceeding.*

5.    **"Motion To Authorize / Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest"** - Motion To Authorize / Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest No. 08-01233 (Adv. Pro. No. 08-01233) (Docket No. 31)

*Responses filed:*        *Opposition of UBS Securities LLC To Motion Of General Motors Corporation To Participate In Adversary Proceeding As Party In Interest (Adv. Pro. No. 08-01233) (Docket No. 38)*

*Reply filed:*        *None.*

*Related filings:*        *None.*

*Status:*        *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
        July 30, 2008

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:/s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

            - and -

By:/s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)

6

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
    Debtors and Debtors-in-Possession