STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for CR Intrinsic Investors, LLC,
Elliott Associates, L.P., and Highland Capital Management, LP
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone (310) 228-5600
Facsimile (310) 228-5788
Isaac M. Pachulski (IP 0260) and
Jeffery H. Davidson (Cal State Bar No. 73980)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ X | |
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44482 (RDD) |
| Debtors. | Jointly Administered |
| ------------------------------------------------------ X | |

**VERIFIED STATEMENT OF STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION PURSUANT TO**
**<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Stutman, Treister & Glatt Professional Corporation ("ST&G") submits the following

Verified Statement in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy

Procedure:

    1.    ST&G is a law firm that maintains its principal office at 1901 Avenue of the

Stars, 12th Floor, Los Angeles, California 90067.

    2.    <u>Represented Parties</u>: ST&G has been retained as special bankruptcy counsel to

represent the following parties and/or certain funds managed thereby (collectively, the "Clients")

in connection with the above-captioned chapter 11 cases (the "Bankruptcy Cases"):

> CR Intrinsic Investors, LLC
> 72 Cummings Point Road
> Stamford, Connecticut  06902
>
> Elliott Associates, L.P.
> 712 Fifth Avenue, 36th Floor
> New York, New York  10019
>
> Highland Capital Management, L.P.
> 13455 Noel Road, Suite 700
> Dallas, Texas  75240

3. <u>Nature of Clients' Claims</u>: Each of the Clients has advised ST&G that such Client holds (or manages funds or accounts which hold) claims against one or more of the debtors and debtors in possession in the Bankruptcy Cases (collectively, the "Debtors") arising from, <u>inter alia</u>, the following notes (collectively, the "Senior Notes") issued pursuant to that certain indenture dated as of April 28, 1999 entered into by and between Delphi Automotive Systems Corporation (as predecessor in interest to Delphi Corporation ), as borrower, and The First National Bank of Chicago (as predecessor to Wilmington Trust Company), as indenture trustee: (a) 6.55% Notes due June 15, 2006; (b) 6.50% Notes due May 1, 2009; (c) 6.50% Notes due August 15, 2013; and (d) 7.125% Notes due May 1, 2029.  Each of the Clients has advised ST&G that such Client is the beneficial holder, or manager of funds or accounts that are beneficial holders, of the Senior Notes, which, in the aggregate, as of the date of the filing of this Statement, represent approximately $573.3 million of the outstanding principal face amount of the Senior Notes.  It is ST&G's understanding that such claims were acquired by the Clients at various points in time.

4. <u>Facts and Circumstances of ST&G's Engagement as Counsel to the Clients:</u>  One or more of the Clients individually consulted with ST&G beginning on or about June 5, 2008, to serve as special bankruptcy counsel with regard to such Client(s)' interest in (a) the Bankruptcy

Cases, in their capacity as holders of Senior Notes; and (b) sharing legal fees and costs with respect to the foregoing.  ST&G's representation of the Clients is limited to their individual interests in the Senior Notes as such interests are related to the Bankruptcy Cases, and neither ST&G nor the Clients purport to represent any other holders of the Senior Notes at this time.

5.    Upon information and belief formed after due inquiry, ST&G does not hold any claims against or equity interests in the Debtors.

6.    ST&G reserves the right to revise, supplement, and/or amend this Verified Statement as may be appropriate or necessary.


Dated: July 30, 2008
       Los Angeles, California


                    STUTMAN, TREISTER & GLATT
                    Professional Corporation


                    By:  /s/ Isaac M. Pachulski
                    ISAAC M. PACHULSKI (IP 0260)
                    1901 Avenue of the Stars, 12th Floor
                    Los Angeles, California 90067
                    Telephone (310) 228-5600
                    Facsimile (310) 228-5788

## VERIFICATION

I, Isaac M. Pachulski, hereby declare under penalty of perjury as follows:

1.     I am a member of the law firm of Stutman, Treister & Glatt Professional Corporation, special counsel to CR Intrinsic Investors, LLC, Elliott Associates, L.P., Highland Capital Management LP, and/or certain funds managed thereby (the "Clients") as set forth in the preceding "Verified Statement of Stutman, Treister & Glatt Professional Corporation Pursuant to Federal Rule of Bankruptcy Procedure 2019."

2.     I have read the foregoing "Verified Statement of Stutman, Treister & Glatt Professional Corporation Pursuant to Federal Rule of Bankruptcy Procedure 2019" and know the contents thereof to be true to my own knowledge, except as to the information set forth therein as to the Clients' debt holdings, and as to those matters I believe them to be true. The source of the statements as to the Clients' debt holdings is communications with representatives of the Clients.

Dated: July 30, 2008
       Los Angeles, California

                                                              /s/ Isaac M. Pachulski
                                                              ISAAC M. PACHULSKI

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for CR Intrinsic Investors, LLC,
Elliott Associates, L.P., and Highland Capital Management, LP
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone (310) 228-5600
Facsimile (310) 228-5788
Isaac M. Pachulski (IP 0260) and
Jeffery H. Davidson (Cal State Bar No. 73980)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
In re:                                                    | Chapter 11
                                                          |
DELPHI CORPORATION, et al.,                               | Case No. 05-44482 (RDD)
                                                          |
                                        Debtors.          | Jointly Administered
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Cheryl R. Woods, hereby certify that on this 30th day of July, 2008, I caused to be served by first class United States mail, a copy of the Verified Statement of Stutman, Treister & Glatt Professional Corporation Pursuant to Federal Rule of Bankruptcy Procedure 2019 upon the following:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive | Latham & Watkins<br>Attention: Mark A. Broude, Esq.<br>885 Third Avenue<br>New York, NY 10022 |
| Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | Simpson Thacher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 |
| United State Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10044 | Davis Polk & Wardwell<br>Attention: Marlane Melican, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

Dated: July 30, 2008                         /s/ Cheryl R. Woods
                                             Cheryl R. Woods, Declarant

476337v1                         5