In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

## EXHIBIT A - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER *

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 48 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16716 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 10/18/2005 | | Date Filed: 09/26/2007 | |
| Creditor's Name and Address: | | Creditor's Name and Address: | |
| SIERRA LIQUIDITY FUND | | SIERRA LIQUIDITY FUND | |
| KTK STEEL DRUM | | 2699 WHITE RD STE 255 | |
| 2699 WHITE RD STE 255 | | IRVINE, CA 92614 | |
| IRVINE, CA 92614 | | | |

CLAIM TO BE EXPUNGED

Secured:
Priority:
Administrative:
Unsecured:                $20,076.60
                          —————
Total:                    $20,076.60

SURVIVING CLAIM

Secured:
Priority:
Administrative:
Unsecured:                $26,076.60
                          —————
Total:                    $26,076.60

Total Claims To Be Expunged:                    1
Total Asserted Amount To Be Expunged:    $20,076.60

Page 1 of 1

* The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit has been ordered modified with respect to the debtor pursuant to a prior order on an omnibus claims objection. This Exhibit does not reflect the debtor, classification, and amount as modified in the prior order.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

### EXHIBIT B-1 - EQUITY CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCHMIDT ALVIN C AND SCHMIDT DARLA J<br>UA DTD 122200<br>FAMILY REVOCABLE LIVING TRUST<br>9650 LANGAN ST<br>SPRING HILL, FL 34606 | 11801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$79,580.00<br>$79,580.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | | $79,580.00 | | |

In re Delphi Corporation, et al.                    **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREIJ SAMI S<br>17039 FITZGERALD ST<br>LIVONIA, MI 48154-1617 | 16811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$106.00<br>$106.00 | 03/18/2008 | DELPHI CORPORATION<br>(05-44481) |
| KELLY WILLIAM R AND KELLY RHONDA E<br>2272 REIS RUN RD<br>PITTSBURGH, PA 15237-1427 | 16812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$420.49<br>$420.49 | 03/25/2008 | DELPHI CORPORATION<br>(05-44481) |

Total:    **2**                    **$526.49**

In re Delphi Corporation, et al.                    **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT C - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HYDE EARL C AND HYDE LAVON JT TEN SPARTA, MI 49345-1247 | 16817 | Secured: <br> Priority: <br> Administrative: <br> Unsecured:     UNL <br> Total:     UNL | 04/22/2008 | DELPHI CORPORATION (05-44481) |

Total:    **1**         **UNL**

\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, <u>et al.</u>                                    **Thirtieth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

### EXHIBIT D-1 – BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALONGE ROY J | 6238 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/18/2006 | DELPHI CORPORATION<br>(05-44481) |
| ANDREWS TONYETTA L EXS EST | 6969 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| BAILEY ALFRED J | 6165 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/17/2006 | DELPHI CORPORATION<br>(05-44481) |
| BALDRIDGE DELORES J | 4132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| BANKS JESSE M | 4811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| BARCZAK JAMES T | 3411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| BEALE EDWARD J | 5430 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| BELL BARBARA METCALF | 5862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

**Thirtieth Omnibus Claims Objection**

### EXHIBIT D-1 – BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BERNAL LUZ M | 5692 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| BESSEMER LORRAINE M | 4826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| BIVENS LORI PALMER | 9101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/07/2006 | DELPHI CORPORATION (05-44481) |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E | 15817 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E JT TEN | 15818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| BODNER JOHN F AND BODNER ANNA J JT TEN | 9893 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| BOILORE VAUGHN W | 6170 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| BORZI JAMES W | 12345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

\*   Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                          **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOUGHTON LEONARD G | 6294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| BRACKINS A D | 4194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BRADY JAMES J | 8698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3.00<br>$3.00 | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| BRANDT RAYMOND F | 3582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BROOKS DAVID | 15255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BUDELEWSKI FRANK X | 6706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$2,195.44<br>$2,195.44 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| CHAMBERLIN DAVID C | 4350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| CRAFT CHARLES W | 9677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

**Thirtieth Omnibus Claims Objection**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CROWDER PHILLIP | 3589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| DANIELS MARY G | 3472 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| DAY JOAN C | 4317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| DEFIANCE COUNTY C S E A ACCOUNT OF ERIC S RICHMAN | 7143 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$7,472.50<br><br>$507.28<br>$7,979.78 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| DENNIS RONALD G | 5153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| DIEGNAN EVELYN A | 4543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/03/2006 | DELPHI CORPORATION (05-44481) |
| ELLIOTT JAMES P | 4785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| ELLISON JR ALBERT | 6585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |

\*   Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FEITH VICKI | 15638 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| FISCHER AUSTIN R | 7553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| FISCHER AUSTIN R | 8256 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| FORD SUSAN E | 5551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| FRYSON RICHARD<br>BRIAN P KISH ATTORNEY AT LAW<br>6630 SEVILLE DR<br>CANFIELD, OH 44406 | 9245 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,000,000.00<br>$2,000,000.00 | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| FUNKE DALE L | 9589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/17/2006 | DELPHI CORPORATION<br>(05-44481) |
| GASKIN BEVERLY J | 12393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| GEORGIA SELF INSURERS<br>GUARANTY TRUST FUND<br>PO BOX 7159<br>ATLANTA, GA 30357-0159 | 4768 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 05/04/2006 | DELPHI CORPORATION<br>(05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GOETTL EDWARD E | 11876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| GROMOLL CHERYL A | 15708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HADDING JULIE | 5628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/11/2006 | DELPHI CORPORATION (05-44481) |
| HAMERMILLER JANET K | 7299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| HARRELL CHARLES E | 3554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br><br>$10,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| HARRIS JOHN K | 13603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HAZLETT ROY E | 5421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| HEISEY DUANE L | 10858 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |

*    Certain creditors' addresses are intentionally omitted.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HEMMER LOUIS G | 6465 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>___<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| HOGAN REBA BOYD | 16074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>___<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JACKSON CORLIS D | 6296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$800.00<br>$800.00 | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| JENKINS BEVERLY M | 15910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| KETELHUT RANDY | 14897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KING LEROY F | 7337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>___<br>UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| KING LOUISE R | 5129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| KING LOUISE R AND KING MELVIN C | 5128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                          **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KOHLMAYER KURT F AND KOHLMAYER IRENE G JT TEN | 4703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| KOWITZ JANET L | 4992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LANDERS NORMAN C | 5195 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LANDERS NORMAN C AND LANDERS MARCELLA | 5199 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LESLIE MICHAEL K | 15950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LITTLES DORIS E | 14031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$200,000.00<br>$204,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| LLOYD WILLIAM E AND LLOYD JANET E | 3532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MAZUR LEONARD AND MAZUR RUSSELL TR | 11138 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |

\*      Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MC KEEVER LEON | 3568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MCKEE S C O B MCINTOSH | 7610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 06/07/2006 | DELPHI CORPORATION (05-44481) |
| MOSLEY THERESA | 9731 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$150,000.00<br>$150,000.00 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| MURRAY EVELYN M | 10135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| MYSIEWICZ LEON | 3565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| OLIVER DOLORES J | 3441 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ONEILL LIAM P<br>MARIA E MAZZA ESQ<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603 | 2190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$50,000.00<br>$50,000.00 | 03/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ONEILL MARY P<br>MARIA E MAZZA ESQ<br>RIECK AND CROTTY PC<br>55 W MONROE ST STE 3390<br>CHICAGO, IL 60603 | 2189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$50,000.00<br>$50,000.00 | 03/02/2006 | DELPHI CORPORATION (05-44481) |

\*      Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ORTIE MENDONCA TR UA DTD 111601 | 15360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PAGE RICHARD T | 7160 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| PALERMO MARIA C | 16191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500.00<br>$500.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| PERKINS WALTER R | 8973 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| PERRY MALCOLM E | 5441 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| POTTER FRANCIS L | 5540 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| POWERS CLEMENTINE R | 4082 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/24/2006 | DELPHI CORPORATION (05-44481) |
| PUDUP LEO A AND PUDUP JOSEPHINE B | 5672 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |

\*      Certain creditors' addresses are intentionally omitted.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                          **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| QUINLAN JOHN J | 2989 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| RACHWAL BERNADETTE | 4085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 04/25/2006 | DELPHI CORPORATION (05-44481) |
| RISELAY MICHAEL A | 8814 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $400,000.00<br><br><br>$400,000.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| ROBINSON LOGAN | 10053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,157.00<br><br>UNL<br>$5,157.00 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| RODRIGUEZ BENJAMIN D AND RODRIGUEZ VISITACION C JT TEN | 3404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,340.80<br>$1,340.80 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SCHAEFFER TR FLORENCE | 3517 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SCHIPPER DEBRA | 8708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>$95,643.05<br><br><br>$95,643.05 | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| SHEPHERD LAWRENCE L | 10277 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |

\*     Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHOEMAKER OREN AND SHOEMAKER MARILYN JT TEN | 4589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| SIMPSON JANNIE | 5193 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| SMUZESKI NAOMI C | 6771 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| SNOW JAMES E | 10401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| SPECKER RICHARD D AND SPECKER CAROLE J | 5040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| STEVENS PAUL | 7688 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| SZCZESEK ROBERT J | 6547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| SZCZESEK ROBERT J AND SZCZESEK DONNA M | 6548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |

*    Certain creditors' addresses are intentionally omitted.

**   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                              **Thirtieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 – BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TEED DAVID M | 15920 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TUCKER JIMMY R | 8714 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/28/2006 | DELPHI CORPORATION (05-44481) |
| TURNER WILLIAM E | 7319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| VAN DENBUSSCHE DONALD H AND ROZMAN ROD JT TEN | 16067 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| VINCENT W RICHARD JR | 3418 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WHITE GREGORY A | 15545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAMS BETTY A | 10568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAMS JR EARL | 5657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/11/2006 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

### EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| YAKUBEK NANCY K | 6472 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |

|  | Total: | 105 | $3,152,619.07 |
|---|---|---|---|

**In re Delphi Corporation, et al.**                                    **Thirtieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARRISON S MALCOLM O ESQU | 16131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$25,300.00<br><br><br>$25,300.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| KOVAK ANDREW R TR | 16280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$10,000.00<br>$20,000.00 | 08/31/2006 | DELPHI CORPORATION (05-44481) |
| KOVAK JOYCE L TR | 16281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$10,000.00<br>$20,000.00 | 08/31/2006 | DELPHI CORPORATION (05-44481) |
| LIVINGSTON ELIZABETH D | 16808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 03/04/2008 | DELPHI CORPORATION (05-44481) |
| MCDOWELL VENUS J | 13810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/21/2006 | DELPHI CORPORATION (05-44481) |

Total:        5                        $65,300.00

*   Certain creditors' addresses are intentionally omitted.
**  "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

### EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 16814 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br><br>$1,063.51<br><br>$1,063.51 | 03/25/2008 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| Total: | 1 | | $1,063.51 | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

### EXHIBIT E - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTERTEK TESTING SERVICES ATTN LORI BRYANT 3933 US ROUTE 11 CORTLAND, NY 13045 | 16821 | Secured: Priority: Administrative: Unsecured: Total: | $1,200.00 $1,200.00 | 05/08/2008 | DELPHI CORPORATION (05-44481) |
| MCKEEVER ANNETTE C | 16820 | Secured: Priority: Administrative: Unsecured: Total: | $25,000.00 $25,000.00 | 05/08/2008 | DELPHI CORPORATION (05-44481) |
| SIERRA ANALYTICAL CORPORATE GROUP INC 218 8TH ST ANN ARBOR, MI 48103 | 16810 | Secured: Priority: Administrative: Unsecured: Total: | $4,750.00 $4,750.00 | 03/12/2008 | DELPHI CORPORATION (05-44481) |
| STUBBS TANYA L FRANK MONTEMALO C/O CULLEY MARKS TANENBAUM AND PEZZULO 36 MAIN ST WEST STE 500 ROCHESTER, NY 14614-1790 | 15780 | Secured: Priority: Administrative: Unsecured: Total: | $250,000.00 $250,000.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$280,950.00** | | |

\*    Certain creditors' addresses are intentionally omitted.

Page 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

**EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14178**
Date Filed: 07/31/2006
Docketed Total: $571,792.00
Filing Creditor Name and Address:
FORMER SHAREHOLDERS OF ATRI LLC
COX HODGMAN AND GIARMARCO P C
101 W BIG BEAVER RD SUITE 1000
TROY, MI 48084-5280

CLAIM AS DOCKETED — Claim Holder Name and Address:
FORMER SHAREHOLDERS OF ATRI LLC
COX HODGMAN AND GIARMARCO P C
101 W BIG BEAVER RD SUITE 1000
TROY, MI 48084-5280

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $571,792.00 | | $571,792.00 |
| Docketed Total: | $571,792.00 | | $571,792.00 |

CLAIM AS MODIFIED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $571,792.00 |
| Modified Total: | | | $571,792.00 |

**Claim: 11625**
Date Filed: 07/27/2006
Docketed Total: $ 67,422.00
Filing Creditor Name and Address:
LORENTSON TOOLING INC
PO BOX 932
KOKOMO, IN 46903-0932

CLAIM AS DOCKETED — Claim Holder Name and Address:
LORENTSON TOOLING INC
PO BOX 932
KOKOMO, IN 46903-0932

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $8,950.00 | | $58,472.00 |
| Docketed Total: | $8,950.00 | | $58,472.00 |

CLAIM AS MODIFIED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,422.00 |
| Modified Total: | | | $67,422.00 |

Total Claims To Be Modified: 2
Total Amount As Docketed: $639,214.00
Total Amount As Modified: $ 639,214.00

* See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

EXHIBIT G-1 - ADJOURNED AMENDED CLAIM

| CLAIM TO BE EXPUNGED * | | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|---|
| Claim Number: 15939 | | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16507 | | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 08/09/2006 | | | | Date Filed: 02/05/2007 | | |
| Creditor's Name and Address: | | Secured: | | Creditor's Name and Address: | Secured: | |
| | | Priority: | | | Priority: | |
| RT SUB LLC FORMERLY KNOWN AS | | Administrative: | | RT SUB LLC FORMERLY KNOWN AS | Administrative: | |
| RECEPT TEC LLC | | | | RECEPT TEC LLC | | |
| GEORGE E CASTON MANAGER | | Unsecured: | $16,662.36 | GEORGE E CASTON MANAGER | Unsecured: | $98,790.36 |
| RT SUB LLC | | | | RT SUB LLC | | |
| 20791 TORREY PINES WAY | | Total: | $16,662.36 | 20791 TORREY PINES WAY | Total: | $98,790.36 |
| ESTERO, FL 33928 | | | | ESTERO, FL 33928 | | |

Total Claims To Be Expunged: 1

Total Asserted Amount To Be Expunged: $16,662.36

*UNL denotes an unliquidated claim

Page 1 of 1

In re Delphi Corporation, et al.                                  **Thirtieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALSONIC KANSEI CORPORATION AUSTIN L MCMULLEN BOULT CUMMINGS CONNERS & BERRY PLC 1600 DIVISION ST STE 700 NASHVILLE, TN 37203 | 11185 | Secured: Priority: Administrative: Unsecured: Total: | $131,850.65 <br><br> $112,658.39 <br> $244,509.04 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDATING ULTIMATE ELECTRONICS INC MARK X MULLIN HAYNES AND BOONE LLP 901 MAIN ST STE 3100 DALLAS, TX 75202 | 11639 | Secured: Priority: Administrative: Unsecured: Total: | <br><br><br> $412,428.88 <br> $412,428.88 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SCHAFER MARY H | 12446 | Secured: Priority: Administrative: Unsecured: Total: | <br><br><br> UNL <br> UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEINMANN PATRICIA C | 16175 | Secured: Priority: Administrative: Unsecured: Total: | UNL <br><br><br> UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WOHLEEN DAVID | 12363 | Secured: Priority: Administrative: Unsecured: Total: | <br><br><br> UNL <br> UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

Total:        5                              $656,937.92

*   Certain creditors' addresses are intentionally omitted.

**   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

## EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CSX TRANSPORTATION INC DANIEL F BLANKS ESQ MCGUIREWOODS LLP 9000 WORLD TRADE CENTER 101 W MAIN ST NORFOLK, VA 23510 | 16813 | Secured: Priority: Administrative: Unsecured: Total: | $212,573.70 $212,573.70 | 03/25/2008 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | | $212,573.70 | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirtieth Omnibus Claims Objection**

## EXHIBIT G-4 - ADJOURNED UNTIMELY CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIONEER SPEAKERS INC<br>C/O MAX J NEWMAN<br>BUTZEL LONG PC<br>STONERIDGE WEST<br>41000 WOODWARD AVE<br>BLOOMFIELD HILLS, MI 48304 | 16809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$153,750.00<br>$153,750.00 | 03/06/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | Total: 1 | | $153,750.00 | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 5368 | GARDNER ANTHONY N | | | | | | | | |
| Date Filed: 05/09/2006 | | | | | | | | | |
| Docketed Total: $ 0.00 | | | Docketed Total: | | UNL | | | Modified Total: | $580,203.73 |
| Filing Creditor Name and Address: | Case Number** | Secured | Priority | Unsecured | UNL | Case Number* | Secured | Priority | Unsecured |
| GARDNER ANTHONY N | 05-44481 | | | | UNL | 05-44481 | | | $580,203.73 |
| | | | | | | | | | $580,203.73 |
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 12192 | LORENTSON MFG CO INC | | | | | | | | |
| Date Filed: 07/28/2006 | PO BOX 932 | | | | | | | | |
| Docketed Total: $ 1,296,063.40 | KOKOMO, IN 46903-0932 | | | Docketed Total: | $1,296,063.40 | | | Modified Total: | $172,805.21 |
| Filing Creditor Name and Address: | Case Number** | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| LORENTSON MFG CO INC | 05-44640 | $789,167.04 | | $506,896.36 | | 05-44640 | $0.00 | | $172,805.21 |
| PO BOX 932 | | $789,167.04 | | $506,896.36 | | | $0.00 | | $172,805.21 |
| KOKOMO, IN 46903-0932 | | | | | | | | | |
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 12375 | LORENTSON MFG CO SW INC | | | | | | | | |
| Date Filed: 07/28/2006 | PO BOX 932 | | | | | | | | |
| Docketed Total: $ 449,485.89 | KOKOMO, IN 46903-0932 | | | Docketed Total: | $449,485.89 | | | Modified Total: | $92,029.83 |
| Filing Creditor Name and Address: | Case Number** | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| LORENTSON MFG CO SW INC | 05-44640 | $190,379.68 | | $259,106.21 | | 05-44640 | $0.00 | | $92,029.83 |
| PO BOX 932 | | $190,379.68 | | $259,106.21 | | | $0.00 | | $92,029.83 |
| KOKOMO, IN 46903-0932 | | | | | | | | | |
| | Claim Holder Name and Address | | | | | | | | |
| Claim: 16805 | VEENSTRA CHARLES K | | | | | | | | |
| Date Filed: 02/11/2008 | | | | | | | | | |
| Docketed Total: $ 399,440.00 | | | Docketed Total: | $399,440.00 | | | | Modified Total: | $189,385.85 |
| Filing Creditor Name and Address: | Case Number** | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| VEENSTRA CHARLES K | 05-44481 | | $399,440.00 | UNL | | 05-44481 | | | $189,385.85 |
| | | | $399,440.00 | UNL | | | | | $189,385.85 |
| | | | | | | | | | $189,385.85 |

\*     Certain creditors' addresses are intentionally omitted.

\*\*    See Exhibit H for a listing of debtor entities by case number.

\*\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

**EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Claims To Be Modified: 4 |
| | | Total Amount As Docketed: $2,144,989.29 |
| | | Total Amount As Modified: $ 1,034,424.62 |

\*   Certain creditors' addresses are intentionally omitted.

\*\*   See Exhibit H for a listing of debtor entities by case number.

\*\*\*   "UNL" denotes an unliquidated claim.

Page 2 of 2

In re Delphi Corporation, et al.                              Thirtieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44639 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ALONGE ROY J | 6238 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ANDREWS TONYETTA L EXS EST | 6969 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BAILEY ALFRED J | 6165 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BALDRIDGE DELORES J | 4132 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BANKS JESSE M | 4811 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BARCZAK JAMES T | 3411 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BEALE EDWARD J | 5430 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BELL BARBARA METCALF | 5862 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BERNAL LUZ M | 5692 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BESSEMER LORRAINE M | 4826 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BIVENS LORI PALMER | 9101 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E | 15817 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BJORKMAN DAHN E AND BJORKMAN JOYCE E JT TEN | 15818 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BODNER JOHN F AND BODNER ANNA J JT TEN | 9893 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BOILORE VAUGHN W | 6170 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BORZI JAMES W | 12345 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BOUGHTON LEONARD G | 6294 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRACKINS A D | 4194 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRADY JAMES J | 8698 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BRANDT RAYMOND F | 3582 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BROOKS DAVID | 15255 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| BUDELEWSKI FRANK X | 6706 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CALSONIC KANSEI CORPORATION | 11185 | EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CHAMBERLIN DAVID C | 4350 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CRAFT CHARLES W | 9677 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CROWDER PHILLIP | 3589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| CSX TRANSPORTATION INC | 16813 | EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIM |
| DANIELS MARY G | 3472 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DAY JOAN C | 4317 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DEFIANCE COUNTY C S E A ACCOUNT OF ERIC S RICHMAN | 7143 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DENNIS RONALD G | 5153 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| DIEGNAN EVELYN A | 4543 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ELLIOTT JAMES P | 4785 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ELLISON JR ALBERT | 6585 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FEITH VICKI | 15638 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FISCHER AUSTIN R | 7553 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FISCHER AUSTIN R | 8256 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FORD SUSAN E | 5551 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| FORMER SHAREHOLDERS OF ATRIL LLC | 14178 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| FREIJ SAMI S | 16811 | EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS |
| FRYSON RICHARD | 9245 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FUNKE DALE L | 9589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GARDNER ANTHONY N | 5368 | EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GASKIN BEVERLY J | 12393 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GEORGIA SELF INSURERS GUARANTY TRUST FUND | 4768 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GOETTL EDWARD E | 11876 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| GROMOLL CHERYL A | 15708 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HADDING JULIE | 5628 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HAMERMILLER JANET K | 7299 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRELL CHARLES E | 3554 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRIS JOHN K | 13603 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HARRISON S MALCOLM O ESQU | 16131 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| HAZLETT ROY E | 5421 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HEISEY DUANE L | 10858 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HEMMER LOUIS G | 6465 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HOGAN REBA BOYD | 16074 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| HYDE EARL C AND HYDE LAVON JT TEN | 16817 | EXHIBIT C - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM |
| INTERTEK TESTING SERVICES | 16821 | EXHIBIT E - UNTIMELY CLAIMS |
| JACKSON CORLIS D | 6396 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| JENKINS BEVERLY M | 15910 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| K T K STEEL DRUM CORPORATION | 48 | EXHIBIT A - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| KELLY WILLIAM R AND KELLY RHONDA E | 16812 | EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS |
| KETELHUT RANDY | 14897 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LEROY F | 7337 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LOUISE R | 5129 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KING LOUISE R AND KING MELVIN C | 5128 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KOHLMAYER KURT F AND KOHLMAYER IRENE G JT TEN | 4703 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| KOVAK ANDREW R TR | 16280 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| KOVAK JOYCE L TR | 16281 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| KOWITZ JANET L | 4992 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LANDERS NORMAN C | 5195 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LANDERS NORMAN C AND LANDERS MARCELLA | 5199 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LESLIE MICHAEL K | 15950 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LIQUIDATING ULTIMATE ELECTRONICS INC | 11639 | EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LITTLES DORIS E | 14031 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LIVINGSTON ELIZABETH D | 16808 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| LLOYD WILLIAM E AND LLOYD JANET E | 3532 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| LORENTSON MFG CO INC | 12192 | EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| LORENTSON MFG CO SW INC | 12375 | EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| LORENTSON TOOLING INC | 11625 | EXHIBIT F - CLAIMS SUBJECT TO MODIFICATION |
| MAZUR LEONARD AND MAZUR RUSSELL TR | 11138 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MC KEEVER LEON | 3568 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MCDOWELL VENUS J | 13810 | EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| MCKEE S C O B MCINTOSH | 7610 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MCKEEVER ANNETTE C | 16820 | EXHIBIT E - UNTIMELY CLAIMS |
| MOSLEY THERESA | 9731 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MURRAY EVELYN M | 10135 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| MYSIEWICZ LEON | 3565 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 16814 | EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIM |
| OLIVER DOLORES J | 3441 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ONEILL LIAM P | 2190 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ONEILL MARY P | 2189 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ORTTIE MENDONCA TR UA DTD 111601 | 15360 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PAGE RICHARD T | 7160 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PALERMO MARIA C | 16191 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PERKINS WALTER R | 8973 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PERRY MALCOLM E | 5441 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PIONEER SPEAKERS INC | 16809 | EXHIBIT G-4 - ADJOURNED UNTIMELY CLAIM |
| POTTER FRANCIS L | 5540 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| POWERS CLEMENTINE R | 4082 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| PUDUP LEO A AND PUDUP JOSEPHINE B | 5672 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| QUINLAN JOHN J | 2989 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RACHWAL BERNADETTE | 4085 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RISELAY MICHAEL A | 8814 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| ROBINSON LOGAN | 10053 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RODRIGUEZ BENJAMIN D AND RODRIGUEZ VISITACION C JT TEN | 3404 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| RT SUB LLC FORMERLY KNOWN AS RECEPTEC LLC | 15939 | EXHIBIT G-1 - ADJOURNED AMENDED CLAIM |
| SCHAEFFER TR FLORENCE | 3517 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SCHAFER MARY H | 12446 | EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SCHIPPER DEBRA | 8708 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SCHMIDT ALVIN C AND SCHMIDT DARLA J | 11801 | EXHIBIT B-1 - EQUITY CLAIM |
| SHEPHERD LAWRENCE L | 10277 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SHOEMAKER OREN AND SHOEMAKER MARILYN JT TEN | 4589 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SIERRA ANALYTICAL CORPORATE GROUP INC | 16810 | EXHIBIT E - UNTIMELY CLAIMS |
| SIERRA LIQUIDITY FUND | 48 | EXHIBIT A - AMENDED CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| SIMPSON JANNIE | 5193 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SMUZESKI NAOMI C | 6771 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SNOW JAMES E | 10401 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SPECKER RICHARD D AND SPECKER CAROLE J | 5040 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| STEVENS PAUL | 7688 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| STUBBS TANYA L | 15780 | EXHIBIT E - UNTIMELY CLAIMS |
| SZCZESEK ROBERT J | 6547 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| SZCZESEK ROBERT J AND SZCZESEK DONNA M | 6548 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirtieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Thirtieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TEED DAVID M | 15920 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| TUCKER JIMMY R | 8714 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| TURNER WILLIAM E | 7319 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| VAN DENBUSSCHE DONALD H AND ROZMAN ROD JT TEN | 16067 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| VEENSTRA CHARLES K | 16805 | EXHIBIT G-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| VINCENT W RICHARD JR | 3418 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WEINMANN PATRICIA C | 16175 | EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| WHITE GREGORY A | 15545 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WILLIAMS BETTY A | 10568 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WILLIAMS JR EARL | 5657 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |
| WOHLEEN DAVID | 12363 | EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| YAKUBEK NANCY K | 6472 | EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS |