Delphi Stock

Our Basis for Objection listed as "equity Claim" should not be disallowed or expunged.

We did not hold our stock solely because its holdings.

We were and still forced to hold on to our holdings

When I had the stroke my wife was forced to give up her job to take care of me.

We still had three children at home and one in college

We were forced to save every penny we could.

I was forced to use our dividend checks for

survival, which we still have to do today.

If I would have sold the stock then the next year I would have had less money

We had to do without the things most people had or have. We still have to do it today

No cable or satellite T.V., computers, caller I.d's. and the nice things that people have or do.

Then when I had the stroke I kept getting pneumonia and the Doctors at the Medical Center in Ann Arbor and the

3

Cleveland Clinic told me to get out of the cold winters here in Michigan — we didn't have any place to go.

When my brother who was retired in Florida heard about it. He told us to come down with them which we did for about 2 yrs.

Then we found a cheap small house which we bought.

While we were in Florida during the winters Doctors there told me to get out of the heat in the summers there.

We have been through hell and still going through it.

My wife "Darla" now also has heart trouble.

I have been to the government for help but no luck.

We owe so much to our children for all the things they have done for us.

I worked extremely hard for what I have and feel like I'm being cheated out of it.

                                           *Oliver P. Schmidt*
                                           *Darla J. Schmidt*

| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2006** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending , 20    OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **ALVIN C.**
Last name: **SCHMIDT**
Your social security number: **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**

If a joint return, spouse's first name and initial: **DARLA J.**
Last name: [TAXPAYER COPY stamp]
Spouse's social security number: **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**

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no.
**9650 LANGAN ST.**

You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**SPRINGHILL    FL 34606**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ qual. child for child tax cr. (see page 19)

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

If more than four dependents, see page 19.

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see page 23.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 4,329 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 2,743 |
| b | Qualified dividends (see page 23) | 9b 2,442 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☒ | 13 | 599 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a 8,404  b Taxable amount (see page 25) | 15b | 8,404 |
| 16a | Pensions and annuities 16a 17,127  b Taxable amount (see page 26) | 16b | 16,213 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -5,824 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 20,292  b Taxable amount (see page 27) | 20b | 2,305 |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 28,769 |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 28,769 |

Handwritten note: *THIS WAS OUR TOTAL INCOME THE REASON FOR THIS AMOUNT IS I RECEIVED AN INHERITANCE FROM MY SISTER*

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    Form **1040** (2006)
DAA

## SOCIAL SECURITY ADMINISTRATION

### How We Counted Your And Your Spouse's Income To Determine Your Subsidy

For January 2006 and continuing

| | |
|---|---|
| Social Security | $13,946.40 |
| Other Income | 36,000.00 |
| (General Income Exclusion) | ( 240.00) |
| **Subtotal of Your Income We Count** | $49,706.40 |
| **Total Income We Count** | $49,706.40 |
| Income Limit For Subsidy Eligibility | $19,245.00 |

*I WROTE TO THE SOCIAL SECURITY OFFICE IN CHICAGO FOR AN ITEMIZED ACCOUNT OF THIS INCOME. NO REPLY FROM THEM*

*LIARS OR WHAT?*

383306301 08/04/2005 10:41 AM

| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2004** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1-Dec. 31, 2004, or other tax year beginning , 2004, ending , 20     OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: ALVIN C.   Last name: SCHMIDT
Your social security number: 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

If a joint return, sp. first name & initial: DARLA J.   Last name: SCHMIDT
Spouse's social security number: 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

Home address (number and street): 9650 LANGAN ST.   Apt. no.

City, town or post office, state, and ZIP code: SPRINGHILL  FL 34606

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [ ] Yes [X] No    Spouse: [ ] Yes [X] No

**Filing Status**
Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child. (See page 17.)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [X] Spouse
Boxes checked on 6a and 6b: **2**

c Dependents:
(1) First name  Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) Ck. if qual. child for child tax cr. (see pg. 18)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

If more than four dependents, see page 18.

d  Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 .............................................. 7
8a Taxable interest. Attach Schedule B if required ........................................... 8a    1,340
b  Tax-exempt interest. Do not include on line 8a  | 8b |
9a Ordinary dividends. Attach Schedule B if required ........................................ 9a    4,695
b  Qualified dividends (see page 20) | 9b | 4,695
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) .. 10
11 Alimony received .............................................................................. 11
12 Business income or (loss). Attach Schedule C or C-EZ ................................... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ]  13    14
14 Other gains or (losses). Attach Form 4797 .................................................. 14
15a IRA distributions | 15a |   b Taxable amount (see page 22) .. 15b    3,000
16a Pensions and annuities | 16a | 11,912  b Taxable amount (see page 22) 16b   11,112
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. 17   -4,222
18 Farm income or (loss). Attach Schedule F ................................................. 18
19 Unemployment compensation ................................................................ 19
20a Social security benefits | 20a | 18,986  b Taxable amount (see page 24) . 20b
21 Other income. List type and amt. (see page 24) .......................................... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22   15,939

*TAXPAYER COPY*

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

If you did not get a W-2, see page 19.

**Adjusted Gross Income**
23 Educator expenses (see page 26) ............................... | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ...... | 24 |
25 IRA deduction (see page 26) ................................... | 25 |
26 Student loan interest deduction (see page 28) ............... | 26 |
27 Tuition and fees deduction (see page 29) ..................... | 27 |
28 Health savings account deduction. Attach Form 8889 ....... | 28 |
29 Moving expenses. Attach Form 3903 .......................... | 29 |
30 One-half of self-employment tax. Attach Schedule SE ...... | 30 |
31 Self-employed health insurance deduction (see page 30) ... | 31 |
32 Self-employed SEP, SIMPLE, and qualified plans .......... | 32 |
33 Penalty on early withdrawal of savings ......................... | 33 |
34a Alimony paid  b Recipient's SSN ▶ _____ | 34a |
35 Add lines 23 through 34a ........................................................................ 35
36 Subtract line 35 from line 22. This is your **adjusted gross income** ▶ 36   15,939

*[handwritten:] THIS HAS BEEN ABOUT FOR THE LAST 26. YRS. OUR AVERAGE INCOME*

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.
DAA
Form **1040** (2004)

1500 WEISS ST
SAGINAW MI 48602-5251

MCCR (003M) EXT. 3080

001176
ALVIN C SCHMIDT
1346 W DENVER RD
WEIDMAN MI 48893-9768

**Department of Veterans Affairs**

STATEMENT OF MEDICAL CARE COST RECOVERY ACCOUNT ACTIVITY

NAME OF FACILITY

ALEDA E LUTZ VA MEDICAL CENTER (655)

FOR QUESTIONS ABOUT YOUR ACCOUNT, PLEASE PHONE THE BELOW NO.

989-497-2500 EX 3080

For written inquiries concerning your account please send them to the MCCR or Revenue Office at the facility address above. For information regarding your rights and obligations on charges owed the United States Government, please refer to paragraph(s) on reverse of this statement.

Payments received after 11/09/2003 will be reflected on your next statement.

PATIENT NAME: ALVIN C SCHMIDT         ACCOUNT NO. 655383306301SCHMI    STATEMENT DATE: 11/13/2003

| TRANSACTION POSTED | DESCRIPTION | AMOUNT | BILLING REFERENCE |
|---|---|---|---|
| 10/16/2003 | COPAY RX:833628 FD:07/16/2003<br>DRUG:SPIRONOLACTONE 25MG TAB  DAYS:90  QTY:90<br>PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833626 FD:07/16/2003<br>DRUG:SIMVASTATIN 40MG TAB  DAYS:90  QTY:45<br>PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833625 FD:07/16/2003<br>DRUG:POTASSIUM CHLORIDE 10MEQ SA TAB  DAYS:90<br>QTY:90  PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833623 FD:07/16/2003<br>DRUG:METOPROLOL SUCCINATE 50MG SA TAB  DAYS:90<br>QTY:90  PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833622 FD:07/16/2003<br>DRUG:METOLAZONE 2.5MG TAB  DAYS:90  QTY:24<br>PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833614 FD:07/16/2003<br>DRUG:GLIPIZIDE 5MG TAB  DAYS:90  QTY:90<br>PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833611 FD:07/16/2003<br>DRUG:ENALAPRIL MALEATE 10MG TAB  DAYS:90<br>QTY:180  PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833610 FD:07/16/2003<br>DRUG:DIGOXIN (LANOXIN) 0.25MG TAB  DAYS:90<br>QTY:90  PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833609 FD:07/16/2003<br>DRUG:ALLOPURINOL 300MG TAB  DAYS:90  QTY:90<br>PHY:TUNNEY,JENNIFER M  CHG:$21.00 | 21.00 | 655-K400932 |
| 10/16/2003 | COPAY RX:833617 FD:07/16/2003<br>DRUG:INSULIN NOVOLIN 70/30 (NPH/REG) INJ NOVO | 21.00 | 655-K400932 |

*(handwritten: PD. CK# 3598)*

| SUMMARY OF MONTHLY ACTIVITY | PREVIOUS BALANCE | TOTAL CHARGES | TOTAL CREDIT PAYMENT | CURRENT BALANCE |
|---|---|---|---|---|
| | 15.00 | 217.00 | 15.00- | 217.00 |

PLEASE DETACH THIS COUPON BELOW AND RETURN WITH PAYMENT  DO NOT INCLUDE ANY CORRESPONDENCE WITH PAYMENT

*(handwritten: ACCORDING TO THIS I WAS (HAD) PAID FOR ALMOST 10 OTHER PEOPLE)*

**medcohealth**
P.O. Box 736, Pine Brook, New Jersey 07058-0736

Medco Health Solutions, Inc.

# QUARTERLY SUMMARY OF BENEFITS

**THIS IS NOT A BILL**

PA
1

| Member Number: | ######6 |
| --- | --- |
| Group Number: | GM00 |
| Statement Date: | 10/24 |
| Summary Period: | 07/01/03 TO 09/30 |
| Provider: | G M SALARIED INTEGRA |
| Carrier Number: | 1 |

SCHMIDT    ALVIN    C
1346 WEST DENVER
WEIDMAN    MI    48893

☛ If you have questions about your pharmacy benefit, please call Member Services at the toll-free phone number shown on your medical or prescription drug id card.

| Date of Service | Rx Number | Drug Name | Amount Charged | Amount Allowed | Your Responsibility Copayment | Not Covered | Benefit Paid | Reason Codes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

ALVIN

DEPT OF VETERANS AFFAIRS

| 07/16/03 | 0833611 | VASOTEC | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833626 | ZOCOR | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833617 | NOVOLIN 70/30 | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833610 | LANOXIN | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833623 | TOPROL XL | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833614 | GLIPIZIDE | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833628 | SPIRONOLACTON | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833609 | ALLOPURINOL | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833622 | ZAROXOLYN | 2.20 | 2.20 | | | | |
| 07/16/03 | 0833625 | POTASSIUM CHL | 2.20 | 2.20 | | | | |
| 07/30/03 | 0838988 | COUMADIN | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833611 | VASOTEC | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833626 | ZOCOR | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833617 | NOVOLIN 70/30 | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833610 | LANOXIN | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833623 | TOPROL XL | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833614 | GLIPIZIDE | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833628 | SPIRONOLACTON | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833609 | ALLOPURINOL | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833625 | POTASSIUM CHL | 2.20 | 2.20 | | | | |
| 08/16/03 | 0833622 | METOLAZONE | 2.20 | 2.20 | | | | |

*These are generic prescriptions*

MEDCO HEALTH LAS VEGAS

| 08/29/03 | 3559307 | LASIX | 53.25 | 53.25 | | | | |

PATIENT TOTAL    99.45    99.45

0060757

## Definition Of Terms

DATE OF SERVICE  Date the prescription was dispensed at your pharmacy.

COPAYMENT  The portion of the amount charged which you are responsible.

Social Security Administration
# Medicare Prescription Drug Assistance
Receipt of Application

Wilkes-Barre Data Operations Center
PO Box 1020
Wilkes-Barre, PA 18767-1020
Date: October 2, 2005
Social Security Number: 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

1M1PCW0009772  0.450  AB  0.301    T00000236

ALVIN SCHMIDT
1346 W DENVER RD
WEIDMAN MI 48893-9768

## This is a Receipt for Your Application for
## Help With Medicare Prescription Drug Plan Costs

We received your Application for Help with Medicare Prescription Drug Plan Costs and will process it as quickly as possible. We will contact you if we need more information.

*I did not apply for help with the Medicare Prescription Plan Costs, what I told them on the card was that I couldn't afford any of the Governments help. I need what little they pay me in my Social Security so my wife can eat.*

*Oct. 7-05.*

*Alvin C. Schmidt*
*Darla J. Schmidt*

MEMORANDUM

State of Michigan

DISABILITY DETERMINATION SERVICE

For
SOCIAL SECURITY CLAIMS
P.O. Box 1200, Traverse City, Michigan   49685

REQUEST FOR WORK HISTORY FORM

Alvin Schmidt
1346 W. Denver
Weidman, MI   48893

Date:      September 23, 1982
A/N:       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
District:  3-MFB:mco

Our agency will make the disability determination on your Social Security and/or Supplemental Security Income claim for disability benefits. To process your claim, we need detailed information about your work history. We are interested in what you did, how heavy the work was, what tools or machines you used and what skills were required.

We will have all the information we need if you complete the attached form. Write down your most recent job first, and <u>include all jobs you have held for more than 12 months DURING THE LAST 15 YEARS.</u> If you need more space, use Part III of the form (last page). IT IS MOST IMPORTANT THAT YOU FILL OUT THIS FORM AS COMPLETELY AS YOU POSSIBLY CAN. Please PRINT your answers clearly, and RETURN this form to us WITHIN SEVEN DAYS. If you do not return this form, or do not complete it as requested, your claim will be delayed. If you have questions, call toll free 1-800-632-1097 ext. 45.

*THIS IS THE FIRST LETTER I GOT FROM SOCIAL SECURITY. I WAS RULED AT FIRST BEING DISABLED OCT. 16, 1981*

Enclosure

DDS-143
a31

THESE ARE THE FIGURES THEY SOCIAL SECURITE ON BASED MY SOCIAL S.S. PAYMENT ALSO MY WIFE IS BASED ON MY DISABILITY

```
MEF-Z016436 DIE-02/08/82  SEQY QN-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  ID-SCHMI   UN-RMR   PG-001+
MEF: QN: 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    NA: A C SCHMID  DB: 07/30 SX: M AK:
SUMMARY FICA EARNINGS FOR YEARS REQUESTED
  614.73 EARNED 37-50/YEARLY EARNINGS AMOUNTS NOT AVAILABLE
YR    EARNINGS      YR   EARNINGS       YR    EARNINGS
57      919.87      64    1492.80       71     7800.00
58      525.97      65    3281.77       72     9000.00      77    16500.00
59      466.63      66    6600.00       73    10800.00      78    17700.00
60     1306.02      67    6600.00       74    13200.00      79    22900.00
61     1159.82      68    7800.00       75    14100.00      80    22018.91
62     1399.73      69    7800.00       76    15300.00      81    29700.00
                                                             82    26674.28
MSG-Z016436 DTE-07/08/87  SEQY QN-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  ID-SCHMI   UN-RMR   PG-002
63     1387.02      70    7800.00
SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
NO MQGE EARNINGS FOR YEARS REQUESTED
REMARKS
CLAIMS ACTIVITY --- SEE MBR
W-2 PENSION EARNINGS PRESENT FOR:    1985
NON-COVERED EARNINGS PRESENT FOR:    1981, 1984-1986
```

Department of Health & Human Services
Social Security Administration
304 W. Michigan
Mt. Pleasant, MI 48858

Copy received by

EBAS - TR-25
General Motors Corporation
3044 West Grand Blvd
Detroit, Michigan 48202

Sord R Schly
Service Rep.
517-773-9924
(8-8-87)
07-08-87

DEPARTMENT OF HEALTH AND HUMAN SERVICES  
SOCIAL SECURITY ADMINISTRATION

TOE 710  
Form Approved  
OMB No. 0960-0063

## REQUEST FOR RECONSIDERATION

The information on this form is authorized by regulation (20 CFR 404.907 — 404.921 and 416.1407 — 416.1421). While your responses to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

(Do not write in this space)

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant.) |
|---|---|
| Alvin C. Schmidt | |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME CLAIM NUMBER |
|---|---|
| 383 30 6301 HA | |

SPOUSE'S NAME AND SOCIAL SECURITY NUMBER (Complete ONLY in Supplemental Security Income Case)

CLAIM FOR (Specify type, e.g., retirement, disability, hospital insurance, supplemental security income, etc.)

MD 12/30/82

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

I believe I've paid in the maximum for 17 years + my benefit should be higher. I would like to have the computation checked for accuracy and explained to me.

NOTE: If the notice of the determination on your claim is dated more than 65 days ago, include your reason for not making this request earlier. Include the date on which you received the notice of the determination.

I am submitting the following additional evidence (If none, write "None,"):

None.

### SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY (see back of this form)

"I want to appeal your decision about my claim for supplemental security income. I've read the back of this form about the three ways to appeal. I've checked the box below."

☐ Case Review    ☐ Informal Conference    ☐ Formal Conference

| Signature (First name, middle initial, last name) (Write in ink) | Date (Month, day, year) |
|---|---|
| SIGN HERE ▶ Alvin C. Schmidt | 12/30/82 |
| | Telephone Number 644-2020 |

Mailing Address (Number and street, Apt. No., P.O. Box, or Rural Route)  
1346 DENVER RD

| City and State | ZIP Code | Enter Name of County (if any) in which you now live |
|---|---|---|
| Weidman Mi. | 48893 | Isabella |

Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person requesting reconsideration must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, City, State, ZIP Code) | Address (Number and street, City, State, ZIP Code) |

### FOR SOCIAL SECURITY OFFICE USE ONLY

SOCIAL SECURITY OFFICE ADDRESS

THIS WAS TURNED DOWN

# SOCIAL SECURITY BENEFIT INFORMATION

From: Great Lakes Program Service Center
Chicago, Illinois 60661

Date JUNE 28, 1995

Your Claim Number
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     A

ALVIN C SCHMIDT
1346 W DENVER RD
WEIDMAN MI                48893-9768

Reason for action
ATTAINMENT OF AGE 65

Type of action
DISAB TO RETIREMENT

☐ As a result of the action being taken, benefit payments have been refigured as shown below. The amount shown in column 4, represents all benefits due on this claim through the month shown in column 5. You will then receive the amount shown in column 3 regularly each month.

☐ Benefit payments have been discontinued with the month shown in column 2 for the reason shown above.

☒ We have determined that you are entitled to the benefits shown below.

☐ As shown below, the next payment will be sent to you shortly. You will then receive the amount shown in column 3 regularly each month.

| 1. Additional payment information | 2. Effective month | 3. Regular monthly payment | 4. Net amount of next payment | 5. Next payme pay amt. d through m |
|---|---|---|---|---|
| YOUR BENEFIT WILL CONTINUE IN THE SAME AMOUNT IMPORTANT**READ ENCLOSED BOOKLET SSA-05-10077 CAREFULLY. | 07/95 | | | |

**Note to Terminated Beneficiary:**
Earnings for the entire year both before and after your benefits were stopped must be considered in determining whether you earned more than the allowable yearly limit. Please read the rest of this notice for additional information on work and reporting.

**Note to Terminated Mother/Father Beneficiary:**
You are not entitled to widow(er)'s benefits because you are not age 60 or disabled and age 50.

**Note to Terminated Wife Beneficiary:**
You are not entitled to retirement benefits because you are not yet age 62.

**Note to Student Beneficiary:**
If your benefits are being stopped because we did not receive your student report and you filed a repo: with your school more than two weeks ago, please contact any Social Security office for assistance. DO NOT CONTACT YOUR SCHOOL IF YOU HAVE ALREADY FILED A REPORT.

If you have not completed your report you should do so IMMEDIATELY and take it to your school. If you need a report form, ask for one at any Social Security office. If you have taken the form to your school within the last two weeks, you needn't contact the Social Security office unless your next benef check does not arrive on time.

C82306

# Social Security Award Certificate

From:  Department of Health and Human Services
       Social Security Administration

Date    NOV. 9, 1982

ALVIN C SCHMIDT
1346 W DENVER
WEIDMAN MI 48893

Claim Number:  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 HA

| Type of Benefit | Date of Entitlement | Monthly Benefit |
|---|---|---|
| DISABILITY | 4/82 | $ 540.4 |
|  | 6/82 | $ 580.3 |

*THIS WHAT I WAS PAID*

THE AMOUNT OF YOUR FIRST PAYMENT IS $ 3980.80.

YOUR MONTHLY BENEFIT RATE HAS BEEN INCREASED BEGINNING 6/82 BECAUSE OF AMENDMENTS TO THE SOCIAL SECURITY ACT.

SHORTLY AFTER 11/04/82, YOU WILL RECEIVE YOUR FIRST PAYMENT WHICH WILL INCLUDE ALL BENEFITS DUE YOU THROUGH 10/82. A PAYMENT FOR $580.00 WILL BE SENT ON OR ABOUT 12/03/82. AFTER THAT, A PAYMENT F $580.00 WILL BE SENT EACH MONTH.

BECAUSE OF A CHANGE IN THE LAW, YOUR REGULAR PAYMENT WILL BE ROUNDE DOWN TO THE DOLLAR EVEN THOUGH YOUR MONTHLY BENEFIT OF RECORD MAY B IN DOLLARS AND CENTS.

SERVICE IN THE ARMED FORCES AFTER SEPTEMBER 15, 1940, HAS BEEN COUNTED. HOWEVER, IF ANOTHER KIND OF FEDERAL BENEFIT (EXCEPT ONE FROM THE VETERANS ADMINISTRATION) IS PAYABLE BASED ON MILITARY SERVICE BEFORE 1957, PLEASE CONTACT ANY SOCIAL SECURITY OFFICE PROMPTLY.

YOUR CLAIM WILL BE REVIEWED FROM TIME TO TIME TO SEE IF YOU ARE STI ELIGIBLE FOR BENEFITS BASED ON DISABILITY OR BLINDNESS. WHEN YOUR CLAIM IS REVIEWED, YOU WILL BE CONTACTED IF THERE IS ANY QUESTION A TO WHETHER YOUR ELIGIBILITY CONTINUES.

SINCE YOUR CONDITION MAY IMPROVE, WE HAVE SCHEDULED A REVIEW FOR 10/85. AT THAT TIME, YOU WILL BE CONTACTED IF THERE IS ANY QUESTIO AS TO WHETHER YOUR CONDITION REMAINS SEVERE. ALSO, A REVIEW OF YOU CLAIM MAY BE NECESSARY IF YOU RETURN TO WORK.

IF WE DO GET IN TOUCH WITH YOU, WE MAY ASK YOU TO GIVE US MORE INFORMATION OR TO TAKE A MEDICAL EXAMINATION. IF WE FIND YOU ARE

SEE NEXT PAGE