These are a few of the examples of what I did and where I worked when I worked for Saginaw Steering Gear.

Also some of the things to show you my capability to do before I had the stroke.

1-7-77

# PAGER DIRECTORY - PLANT 6

| Asst. Supts. | Pager No. |
|---|---|
| Jerry Elson | 183-219 |
| Fred Engle | 183-218 |
| Ken Hebert | 183-231 |
| Joe McDonald | 183-218 |
| John Schnepf | 183-231 |
| Bob Schoenmeyer | 183-219 |
| Herb Ziehl | 183-219 |
| **Chief Inspector** | |
| Lisle Leach | 183-237 |
| **Scrap Co-Ordinator** | |
| Les App | Dispatch-693 * |
| **Skilled Trades** | |
| Bernie Byrne | 183-180 |
| Jack Decker | Dispatch-695 |
| Dave Grappin | 183-105 |
| Bert Krei | 183-105 |
| Ray Maida | 183-187 |
| Bill Martin | 183-187 |
| Neal Redwanz | Dispatch-821 * |
| Al Schmidt | Dispatch-307 * |
| George Schnepf | 183-180 |
| Elmer Woods | 183-232 |
| Ron Zolinski | Dispatch-695 * |
| **Tool Stores** | |
| Paul Graebner | 183-104 |
| Pete Newcomb | 183-203 |
| **Shipping Foremen** | |
| John Clark | 183-236 |
| Tom Lake | 183-235 |
| Russ Potts | 183-236 |
| **Manufacturing Engineering** | |
| Mike Heath | 183-234 |
| Bob Miller | 183-251 |
| Mike Widmar | 183-252 |
| **Reliability Engineer** | |
| Bill Jackson | 183-204 |

* These pager numbers must be called by the Dispatcher. They are not direct dial pagers.

2-28-80

PLANT 6

LIST OF NON-PRODUCTIVE AND PRODUCTIVE DEPARTMENTS

| | | | |
|---|---|---|---|
| Plant Manager | J. C. Zehnder | Tool Supervisor | R. L. Main |
| Plant Superintendent | R. J. McEntire | Skilled Trades Gen. Foreman | J. M. Hirschenberge |
| Assistant Superintendents | (A) T. J. Bronz | Chief Inspector | D. P. Riedel |
| | C. T. Howe | Supt. Production Control | T. J. Knauf |
| | J. F. McDonald | Plant Metallurgist | D. M. Hilborn |
| | (B) W. K. Jackson | Supv. Industrial Eng. | J. E. Archambeau |
| | W. H. Rau | Chief Mfg. Engineer | R. L. Marecek |
| | J. C. Woolfolk | Supv. Mfg. Engineering | R. J. Dunbar |
| | (C) E. C. Stoddard | Personnel Manager | J. M. Schnepf |

NON-PRODUCTIVE

| Dept. | | Description | Phone | Foreman |
|---|---|---|---|---|
| 04 | Material Handling | Shipping and Receiving | 6-5632-3 | (A) C. LaFramboise<br>(A) T. Grantham<br>(B) W. Miller<br>(C) S. Young |
| 13 | | Met Lab | 6-5605-6 | (A) G. Gerrish |
| 19-1<br>19-2 | | Tool Room<br>Die Repair | 6-5619<br>6-5696 | (A) D. Grappin<br>(A) A. Schmidt<br>(B) G. Schnepf<br>(C) P. Ecker |
| 20 | | Machine Repair | 6-5620 | (A) R. Zolinski<br>(B) R. Garvin<br>(C) P. Ecker |
| | | Dispatchers | 6-5650-1 | (A) K. Steckert<br>(B) O. Roberson |
| 21 | | Maintenance | 6-5621<br>6-5666 | (A) J. Decker<br>(A) D. Keith<br>(B) L. Revord<br>(C) P. Ecker |
| 22 | | Tool Crib | 6-5622 | (A) R. Leach<br>(B) R. Garvin<br>(C) P. Ecker |
| 23 | | Tool Inspection | 6-5608 | (A) R. Ault<br>(B) G. Rechtin |
| 27 | | Cutter Grinding | 6-5622 | (A) R. Leach<br>(B) R. Garvin<br>(C) P. Ecker |
| | | Skilled Trades Estimator-Planner | 6-4628 | (A) |
| | | Foreman, Scrap Reduction | 6-5698 | (A) P. Nichols |
| | | Sr. Maintenance Engineer | 6-5646 | (A) R. Maida |
| | | Mfg. Control Analyst | 6-4642 | (A) P. Littrell |

SAGINAW STEERING GEAR DIVISION GENERAL MOTORS CORPORATION
GENERAL MANAGER
E.M. IVEY, JR.
WORKS MANAGER
H.T. ROSS
MANAGER PLANT 6
R.C. TRELOAR
SECRETARY-STENOGRAPHER
N.L. WINTERMEYER
SUPERINTENDENT
J.C. ZEHNDER
ASSISTANT SUPERINTENDENT A-SHIFT
J.H. SCHNEFF
ASSISTANT SUPERINTENDENT B-SHIFT
D.E. BRAUN
ASSISTANT SUPERINTENDENT C-SHIFT
E. A. WOODS
GENERAL FORE
K.L. TETER
FOREMAN DEPARTMENT 87
T. BURTRUM
FOREMAN DEPARTMENT 58
D.E. GAMBILL
FOREMAN DEPARTMENT 77
H. FEINAUER
FOREMAN DEPARTMENT 67
D.A. BANK
FOREMAN DEPARTMENT 74
J.W. JORDAN
FOREMAN DEPARTMENT 57
T.G. KARST
FOREMAN DEPTS.31-36,60,86
R.G. PARROTT
FOREMAN DEPARTMENTS 64,66
R.F. TUROW
FOREMAN DEPARTMENTS 64,65,67,74
D. RAWSON
FOREMAN DEPARTMENTS 71,77
T. GLEASON
FOREMAN DEPARTMENTS 50,61,63
F. NIESKE
FOREMAN DEPTS.31-36,68,86
T. POQUETTE
FOREMAN DEPARTMENTS 40,43
D.A. SPAETH
FOREMAN DEPARTMENTS 56, 60
W. STANGE
FOREMAN DEPARTMENTS 54, 51
R.L. THOMAS
FOREMAN DEPARTMENTS 83,69
L. LINVILL
FOREMAN DEPARTMENTS 57,58
R. MORENO
FOREMAN DEPARTMENTS 46, 80
L. WHITE
FOREMAN DEPARTMENTS 70, 82
T. VANWERT
FOREMAN C-SHIFT
T.C. JACQUES
TOOL ROOM FORE A-SHIFT
B.F. BYRNE
TOOL ROOM FORE B-SHIFT
A.C. SCHMID
DISPATCHER A-SHIFT
K.A. STECKER
DISPATCHER B-SHIFT
G. DONELL
MAINTENANCE FOR A-SHIFT
D.J. POYER
MAINTENANCE FOR B-SHIFT
J.D. DECKER
PLANT SCRAP COORDINATOR
J.E. COOK

SUPERVISOR PLT.LAYOUT + PLT.ENGINEERING
C.A. STAINFORTH
CHIEF INSPECTOR
L.E. LEACH
PLANT METALLURGIST
G. MOAKES
SUPERVISOR OF LABOR RELATIONS
E.J. JONES
PAYMASTER
S.P. HATCH
SR. TOOL ENGINEER
L.A. KNOERR
TOOL ENGINEER
G.L. AUGUSTYNIAK
TOOL INSPECTION FOREMAN
K.L. HEBERT
QUALITY CONTROL ANALYST
R.M. GARBER
ASSISTANT PLANT METALLURGIST
W.H. WATTS
CLERK-TYPIST
M.E. LEE
PAYMASTER
N. BARRERA

Nov. 1981

## SSG WORK ASSIGNMENTS

| PLANT | MANAGER | SUPERINTENDENT | ASSISTANT SUPERINTENDENTS (A) | (B) | (C) | TOOL SUPV. | TOOL TROUBLESHOOTER |
|---|---|---|---|---|---|---|---|
| 1 | Gardstrom | Baldwin | Cole/Waddell/Dunlap | Ebach | | Hart | Hoerlein |
| 2 | Cummings | Enszer | O'Donnell/Ihrig | Hitz /Farrell | Stoddard | Hartman | Call/Druelle/Krcziok |
| 3 | Prudhomme | Jones | Kneeshaw/Winiarski | Sargent /Parlberg | McInerney | Johnson | Gary/Tinglan |
| 4 | Strongrich | Achenbach | Meyer / Howe | Harris/Kushion | Ford | Schian | Phillion/Rovoll |
| 5 | Angers | Gerard | Braun/ Henne /Jeffers | Smith | Kiebel | Thompson | Graebner/Hovis |
| 6 | Zehnder | Moldenhauer | Bronz/Lewandowski/McDonald | Rau/ Zoller/Woolfolk | Schoenmeyer | Main | Turow /White |
| 7 | Bueker | Friend | Joley/Wachowicz | Ignatowski | | Baustert | Sohacki/Augustyniak |
| 21 | Lange | McEntire | Baxter/Doherty/Haddrill/Jackson | Brewer | | Winton | Parker/Hanners |
| 22 | Soblesky | Schoenmeyer | Havercroft/Jones | | | Howell | Roberson |
| 23 | Yorks | Stainforth | Denis/King/Eickholt | | | | Broadway |
| Spain | Roethlisberger | Wantland | Austin /Aquilera | | | Domecq | |
| Hendon | Elson | Lombardi | Dowding/Shortman | | | Fowler | |

| PLANT | GENERAL FOREMAN | TOOL ROOM | CUTTER GRIND | MACH. REPAIR | MAINTENANCE | MAINT. ENGR. | MAINT. PLANNER |
|---|---|---|---|---|---|---|---|
| 1 | Ballien | Kowaleski | Kowaleski | Gardner | Gardner | Rivette | |
| 2 | Currie | Provoast | Browne | Martin | Klenke/Deegan | | Brechtelsbauer |
| 3 | Leibinger | Burchfield | Jacobs | Deforest | Paquette /Schultz | Kuch | Thomas |
| 4 | Neagle | Arnold/Charters/ Koch /Williams | Conklin | Sonsmith | Mahoney/Hak | Haller | Hine/Gohsman |
| 5 | Laskey | Techentien/Lindow | Andrews | Richir | Hare/Schroeder | | Arch |
| 6 | Hirschenberger | Decker /Schmidt | Leach | Zolinski | Keith/Grappin | Revord | Steckert |
| 7 | Lichon | Thompson | Linville | Thompson | Poyer | Karl | McCain |
| 21 | Hodges/Spann | Wheeler | Wydner | Letson | Lenox /Holder/Seal | | |
| 22 | Watkins | Roberts | | | White | Finley | |
| 23 | | Craig | Saylor | | Chittam/Quigley | Pearson | Teter/Shirley |
| Spain | | Fiol | Fiol | Gastardi | Gastardi | Garcia | Garcia |
| Hendon | Jacobs | Hunt | Hunt | Jacobs | Green | | |

| PLANT | CHIEF/SUPV. MFG.ENG. | MFG. ENGINEER | LAYOUT ENGR. | PRODUCTION ENGR. | PLANT ENGR. |
|---|---|---|---|---|---|
| 1 | Nielsen/Frank | McBain/Lamb/Sproul/Collier | Krause/Kuehl | Polzin/Stimpson/Incammisa | Kitts |
| 2 | MacArthur/Ries | Douglas/Karbowski/Wressell/Sheets | Dobrosky | Johnson/Lichon | Lentner |
| 3 | /Yessayan | Braun/Czolgosz/Kreiger/Summerfield/Zielinski | Mack | Lemmer/Nemec/Szymanski | Warren |
| 4 | Leavens/Augustyniak | Schmidt /Sundeck/Miller | Suppes/Winiarski/Fairchild | Enszer/Packard/Newcomb/Zientek /Hacker | Shier/Emmendorfer |
| 5 | Albrecht/Dahley | Knoerr/Cramer/Thibodeau | Hemker/Cross | Beyer/Marseilles/Krei/Styn | Rogers/Sargis |
| 6 | Marecek/Ruesch | Bartkowiak/ Ford /Fladzinski/Kimmerly/Murphy | | Hack/Weber /Mattson/Nichols | Karl |
| 7 | Weil/Wineman | Keech/Phares/Stevens/Robertson/Hare | Dulski | Stanley | Hemker |
| 21 | Woodke/Zokoe | Ross/ Peterson | Drake/Adams | Smith/Gray/McCormick | |
| 22 | Hodges/Bergwall | /Redwanz/Tiderman | Thompson | Snyder/ /Heath/Farley | Davidson |
| 23 | Lobsiger/Haynes | LaFoille/Wascavage/Skinner/Hartley/Swiss | Kenyon | Knedlik/Brown/Kakoska/Tipps/Kendrick /Overbeek/Coon | Widmar |
| Spain | Morehouse/Haller | Barrett/Lemmer/Nowosad/Everett/Rodriquez | Karst/Ballor/Montero | Albrecht | Lyon/Gomez/Hernani/Ricardo/Viñas |
| Hendon | Hill | | Dawkins | Knightley/Shortman/Jones/Lovell/Delderfield | |

| PLANT | IND. ENGRG. | SUGGESTIONS | METALLURGY | CHIEF INSP. | RELIABILITY | SCRAP RED. | MATL.MGMT. | PERSONNEL/LAB.REL. | SAFETY | GAGE ENGRG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nielsen | Bieszke | Martin | Ezop | Bentley | | Erway | Kohn/Jones | York, Jr. | Jeffords |
| 2 | Watt | Trogan | Raths | Vance | Bentley | Comstock | Molitor | Kohn/Jones | York, Jr. | Samyn |
| 3 | Buddy | Rohle | Ross/Watt | Ross | Heinzman | Hakes | Seagren | Kohn/Jones | York, Jr. | Jeffords |
| 4 | Denzer | Light | Kruszka | Herbert | Smekar | Gohsman | Engle | Crampton/Thorson | Herlache | Hopper |
| 5 | Schneider | Yockey | Demos | Demos | Newman | Yak | Engle | Crampton/Thorson | Albosta | Avery |
| 6 | Archambeau | Thompson | Hilborn | Riedel | Miller | Donell | Knauf | Schnepf/Psetas | Herlache | Hohwart |
| 7 | Sobel | O'Toole | Greketis | Leach | Daniels | | Cichy | Schnepf/Psetas | Albosta | Samyn |
| 21 | Wells | Fanning | McLaughlin | Cameron | McCrady | | Linville | Smith/Loosier | Hammonds | Hlavacek |
| 22 | Johnson | Day | Smith | Hebert | Grobe | | Linville | Smith/Loosier | Terry | Uptigrove |
| 23 | Lininger | Day | Lynes | Jackson | | | Linville | Smith/Loosier | Terry | Sherrill |
| Spain | Carpenter | | Nolle | Byrne | | | Ruger/Gorsche | Moreno | Caetano | Flucke/Olleros/Garcia |
| Hendon | Hill | | Thomas | Hitchman | Simmons | Simmons | Parkyn | Norris | Bowden | |

Report changes to Mary Lou Hudecek

| | | |
|---|---|---|
| Tool Room | 6-5619 | (A) R. Zeilinger<br>(B) A. Schmidt<br>(C) E. Woods |
| Machine Repair | 6-5620 | (A) N. Redwanz<br>(B) A. Schmidt<br>(C) E. Woods |
| Dispatchers | 6-5650-1 | (A) R. Maida<br>(B) A. Tyler |
| Maintenance | 6-5621 | (A) D. Poyer<br>(B) J. Decker<br>(C) E. Woods |
| Inspection | 6-5608<br>6-5672-95 | (A) J. O'Donnell<br>(B) F. Klass |
| Cutter Grinding | 6-5622 | (A) P. Newcomb<br>(B) J. Decker<br>(C) E. Woods |
| Departmental fork truck drivers. | 6-5632-3<br>6-5604 | (A) J. Samuel<br>(B) T. Lake<br>(C) E. Woods |
| Shipping and receiving. | 6-5632-3<br>6-5604 | (A) J. Samuel<br>(B) T. Lake<br>(C) E. Woods |

TAKE NEW PUNCH FOR 54 OP

SSG EXPENSE LABOR PERFORMANCE REPORT FOR WEEK ENDING 01/11/81 RUN 01/14/81 617

HOURS SAVINGS OR LOSS TO P-D-G BUDGET

PLANT 06

| | CURRENT WEEK | | | | JANUARY TO DATE | | | 1981 MODEL YEAR TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL HOURS | EARNED HOURS | SAVINGS HOURS | % EFF | ACTUAL HOURS | SAVINGS HOURS | % EFF | ACTUAL HOURS | SAVINGS HOURS | % EFF |
| 01000 ACCOUNT | | | | | | | | | | |
| TOTAL 01000 ACCOUNT | 7,955 | 8,994 | 1,039 | 113 | 8,028 | 966 | 112 | 132,176 | 22,227 | 117 |
| 03001 ACCOUNT | | | | | | | | | | |
| CRIB ATTENDANT | 12 | 5 | 7- | 42 | 12 | 7- | 42 | 147 | 88- | 40 |
| TOOL ROOM | 851 | 723 | 128- | 85 | 851 | 128- | 85 | 13,587 | 1,314- | 90 |
| DIE MAKE | 169 | 251 | 82 | 149 | 169 | 82 | 149 | 3,754 | 519 | 114 |
| SUB TOTAL | 1,020 | 974 | 46- | 95 | 1,020 | 46- | 95 | 17,341 | 795- | 95 |
| CUTTER GRIND-"A" | 4 | 5 | 1 | 125 | 4 | 1 | 125 | 200 | 116- | 42 |
| ELECTRICIAN | | 6 | 6 | | | 6 | | | 111 | |
| MILLWRIGHT | | 16 | 16 | | | 16 | | 209 | 83 | 140 |
| PIPEFITTER | | 2 | 2 | | | 2 | | | 30 | |
| TINSMITH | | 10 | 10 | | | 10 | | 24 | 132 | 650 |
| WELDER | 39 | 28 | 11- | 72 | 39 | 11- | 72 | 723 | 266- | 63 |
| SUB TOTAL | 39 | 62 | 23 | 159 | 39 | 23 | 159 | 956 | 90 | 109 |
| MACHINE REPAIR | | 14 | 14 | | | 14 | | 24 | 204 | 950 |
| 3001 NON-PROD CHGS | | 1 | 1 | | | 1 | | | 20 | |
| 3001 PRODUCTIVE CHGS | 16 | 5 | 11- | 31 | 16 | 11- | 31 | 232 | 137- | 41 |
| TOTAL 03001 ACCOUNT | 1,091 | 1,066 | 25- | 98 | 1,091 | 25- | 98 | 18,900 | 822- | 96 |
| 05001 ACCOUNT | | | | | | | | | | |
| MISC MATL HANDLING | | 1 | 1 | | | 1 | | | 14 | |
| HOUSEKEEPING | 176 | 96 | 80- | 55 | 176 | 80- | 55 | 1,738 | 146- | 92 |
| CRIB ATTENDANT | 34 | 35 | 1 | 103 | 34 | 1 | 103 | 539 | 53 | 110 |
| PYROMETER | 17 | | 17- | | 25 | 25- | | 527 | 527- | |
| SUB TOTAL | 51 | 35 | 16- | 69 | 59 | 24- | 59 | 1,066 | 474- | 56 |
| TOOL ROOM | 666 | 621 | 45- | 93 | 666 | 45- | 93 | 10,020 | 568 | 106 |
| DIE MAKE | 1,255 | 1,503 | 248 | 120 | 1,255 | 248 | 120 | 19,266 | 6,269 | 133 |
| SUB TOTAL | 1,921 | 2,124 | 203 | 111 | 1,921 | 203 | 111 | 29,286 | 6,837 | 123 |
| CUTTER GRIND-"A" | 478 | 414 | 64- | 87 | 478 | 64- | 87 | 7,750 | 231- | 97 |
| CUTTER GRIND-"C" | 124 | 122 | 2- | 98 | 124 | 2- | 98 | 2,006 | 211 | 111 |
| SUB TOTAL | 602 | 536 | 66- | 89 | 602 | 66- | 89 | 9,756 | 20- | 100 |
| ELECTRICIAN | 789 | 685 | 104- | 87 | 789 | 104- | 87 | 10,488 | 1,291 | 112 |

EXCELLENT

ME148S-1 ACTUAL VS BUDGET ANALYSIS DATE 12/07/81 PAGE 357

NOVEMBER 1981

06-19-2 ** SERVICE DEPT-DIE REPAIR

| SUMMARY ACCT | | CURRENT MONTH | | | MODEL YEAR TO DATE | | | MODEL YEAR VAR RATE PER $100 PROD LBR | |
|---|---|---|---|---|---|---|---|---|---|
| | | ACTUAL $ | BUDGET $ | SAVINGS $ | ACTUAL $ | BUDGET $ | SAVINGS $ | ACTUAL % | STD % |
| | PRODUCTIVE LABOR | 1615,462 | 1618,182 | | 5102,584 | 5115,113 | | | |
| 01000 | HOUR. LABOR | | 52 | 52 | | 164 | 164 | | |
| 01001 | SAL. LABOR | | | | | | | | |
| 02000 | OPER. SUPP. | | 144 | 144 | | 457 | 457 | | |
| 02000P | PACKAGING | | | | | | | | |
| 03000 | TOOLS-MATL | | 320 | 320 | | 1,017 | 1,017 | | .01 |
| 03001 | TOOLS-LABOR | 18 | 49 | 31 | 109 | 154 | 45 | | |
| 04000 | UTILITIES | | | | | | | | |
| 05000 | MAINT. MATL | 110- | 327 | 437 | 403 | 1,039 | 636 | | .02 |
| 05001 | MAINT. LABR | 1,793- | 2,589 | 4,382 | 3,119 | 8,184 | 5,065 | .06 | .15 |
| 07000 | SCRAP MATL | | | | | | | | |
| 07001 | SCRAP LABR | | | | | | | | |
| 07970 | LOSSES MATL | | | | | | | | |
| 07971 | LOSSES LABR | | | | | | | | |
| 08000 | DEPREC. | | | | | | | | |
| 08001 | INS + TAXES | | | | | | | | |
| 09000 | SUNDRY MATL | | | | | | | | |
| 09001 | SUNDRY LABR | | 19 | 19 | | 61 | 61 | | |
| 10000 | MISC CREDIT | | | | | | | | |
| 11100 | EDP ALLOC | | | | | | | | |
| 11710 | PRE-PROD | | | | | | | | |
| 11720 | OTHER PROJ | | | | | | | | |
| 11800 | START-UP | | | | | | | | |
| | TOTAL BURDEN | 1,685- | 3,500 | 5,385 | 3,631 | 11,076 | 7,445 | .06 | .18 |
| 80401 | PROD.LBR OT | | | | | | | | |
| 80402 | HR INDIRECT | 4 | 409 | 405 | 16 | 1,295 | 1,279 | | .02 |
| 80403 | SALARY OT | | | | | | | | |
| | TOTAL OT PREMIUMS | 4 | 409 | 405 | 16 | 1,295 | 1,279 | | .02 |
| | TOTAL NIGHT SHIFT | 116- | 207 | 323 | 102 | 656 | 554 | | .01 |
| | TOTAL C.O.L.A. | 269- | 518 | 787 | 471 | 1,643 | 1,172 | | .03 |
| | TOTAL FRG BENEFIT | 1,315- | 1,979 | 3,294 | 1,600 | 6,221 | 4,621 | .01 | .10 |
| | TOTAL FRG.+ PREM. | 1,696- | 3,113 | 4,809 | 2,189 | 9,815 | 7,626 | .01 | .16 |
| | TOTAL REPORT | 3,581- | 6,613 | 10,194 | 5,820 | 20,891 | 15,071 | | |
| | IND LBR @ IND VOLUME | | 2098,883 | | | 6270,360 | | | |
| | IND. VOL. ATTAINED | | 77.1 | | | 81.6 | | | |

VERY GOOD

# State of Michigan
## Department of Public Health
## Certificate of Registration

Be it known that SCHMIDT'S ELECTRIC & PLUMBING

represented by ALVIN C. SCHMIDT has satisfactorily met the requirements of Act No. 294, of the Public Acts of 1965, of the State of Michigan and is granted this certificate as a

## Registered Well Drilling Contractor

In testimony whereof, this certificate No. 0988 is issued this 15th day of DEC. 1967. This certificate is nontransferable and expires on April 30, 1968 unless accompanied by a renewal card.

R. G. Rice, M.D.

Acting Director, Department of Public Health

Miller Fluid Power

This Certifies That

ALVIN SCHMIDT

has completed a Seminar in

Pneumatics and Hydraulics

Conducted by Miller Fluid Power

and in recognition thereof is awarded this

CERTIFICATE

DEAN OF STUDIES

PRESIDENT, FLICK-REEDY CORPORATION

© GOES 671

LITHO. IN U.S.A.



# Central Michigan University

CENTRAL MICHIGAN UNIVERSITY · MT. PLEASANT · 1892 · SCIENTIA VIRTUS UTILITAS

*By authority of the State Board of Education and upon the recommendation of the faculty confers upon*

**Alvin Charles Schmidt**

*the degree of*

**Bachelor of Science**

*with all the rights and honors thereto appertaining. In Witness Whereof, the signatures of its officers are affixed this 7th day of June, 1959.*

Walter F. Gries
Stephen S. Nisbet
Chris H. Magnusson
Lynn M. Bartlett
State Board of Education

C. L. Anspach
President

WELCH-CHICAGO

CENTRAL MICHIGAN UNIVERSITY
ALUMNI ASSOCIATION

This is to certify that

ALVIN CHARLES SCHMIDT

is a LIFE MEMBER in this ASSOCIATION

June 7, 1959

Woodward C. Smith
Secretary of the Alumni Association

THE STATE OF MICHIGAN
STATE BOARD OF EDUCATION

**SECONDARY PROVISIONAL CERTIFICATE**

SCHMIDT, ALVIN CHARLES

is hereby authorized, under the provisions of Act 55 of the Public Acts of 1935, as amended, to teach all subjects in grades seven and eight, and to teach COMMERCE, HISTORY, AND GEOGRAPHY

in grades nine through twelve, and to teach X X X X X X X X X X in kindergarten through grade eight.

Issued: June 7, 1959
Expires: June 30, 1964

No. SP 20671

SECRETARY, STATE BOARD OF EDUCATION



# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

SCHMIDT ALVIN C ER 55 532 620 SP4 USAR

was Honorably Discharged from the

Army of the United States

on the 30TH day of JUNE 1963 This certificate is awarded as a testimonial of Honest and Faithful Service

Eugene S. Tarr

EUGENE S. TARR
COLONEL AGC

DD FORM 256A, 1 MAY 50

HEADQUARTERS
3d ARMORED DIVISION (SPEARHEAD)
OFFICE OF THE SIGNAL OFFICER
APO 39, US Army

29 April 1957

SUBJECT: Letter of Appreciation

TO: SP3 Alvin C. Schmidt
143d Armored Signal Company
3d Armored Division (Spearhead)
APO 39, US Army

1. I wish to take this opportunity prior to your departure from Germany to express my appreciation for your contribution as a team chief of a light radio repair team in the Division Signal Maintenance Section of the 143d Armored Signal Company, 3d Armored Division.

2. Your devotion to duty and unfailing hard work have aided materially in the accomplishment of our assigned mission in Europe. The manner in which you performed your duties as a team chief was instrume in providing the necessary communications for the effective operation of the 3d Armored Division. You did an excellent job in radio repair, especially in AM radio repair. You have worked well with or without supervision, and have proven to be extremely reliable. The cheerfulness, intelligence, and extra effort with which you performed your assigned tasks both in the field and in garrison, have been an asset to this unit and to the Army.

Frank J. Evans

FRANK J. EVANS
Major, Sig C
Div Sig Off