STOCK

# DIRECT REGISTRATION CONFIRMATION

BOSTON, N.A.
800-566-9058
P.O. BOX 9450
BOSTON, MA. 02205-9450

IRSP

Registration:
********************  3-DIGIT 335
D03-0000-1193-0000
ALVIN C SCHMIDT & DARLA J
SCHMIDT JT TEN
9650 LANGAN ST
SPRING HILL          FL 34606 1044

Company: DELPHI AUTOMOTIVE

CUSIP: 247126105

Transfer Agent
Account No.: 000361175

| DATE | TRANSACTION DESCRIPTION | TRANSACTION QUANTITY | TOTAL SHARES HELD BY AGENT |
|---|---|---|---|
| 05/28/99 | SPINOFF | 1,255.0000 | 1,255.0000 |

**BROKER/DEALER INFORMATION** - Only applies when you have transferred to or from your Broker/Dealer:

Your Broker/Dealer:

Your Broker/Dealer
ID No.:

Your Broker/Dealer
Account No.:

This confirmation is your record of the share transaction affecting your account on the books of the Company as part of a Direct Registration System. It should be kept with your important documents as a record of your ownership of these shares which are held by the Transfer Agent and **no further action is required.**

DETACH HERE

# TRANSACTION REQUEST FORM
(See reverse side for transaction requests)

Company:
CUSIP:      DELPHI AUTOMOTIVE
Account No: 247126105
            4103-10 000361175

ALVIN C SCHMIDT & DARLA J
SCHMIDT JT TEN
9650 LANGAN ST
SPRING HILL          FL 34606 1044

If you do not wish to make any changes to your account, **no action is required.** Otherwise, follow the instructions on the reverse side of this form to request one of the transactions and mail it to the address below.

BANKBOSTON, N.A.
P.O. BOX 9450
BOSTON, MA. 02205-9450

0001241031000036117530000000000000000010

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE
SOUTHERN DISTRICT OF NEW YORK**
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax No. (212) 668-2255

AML

### EQUITY SECURITY HOLDER COMMITTEE ACCEPTANCE FORM

Re:    *In re Delphi Corporation, et. al* (the "Debtors"), Case No. 05-44481 (RDD) (jointly administered) (the "Delphi Cases")

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE UNITED STATES TRUSTEE BY FIRST CLASS MAIL OR FACSIMILE NO LATER THAN 12:00 NOON ON APRIL 24, 2006**

**PLEASE TYPE OR PRINT NEATLY AND CLEARLY:**

The undersigned equity security holder is willing to serve on a committee of equity security holders in the Delphi Cases:

( ) YES          ( ) NO

A.    EQUITY SECURITY HOLDER'S NAME, ADDRESS, TELEPHONE NUMBER, FACSIMILE NUMBER, AND EMAIL ADDRESS:

_____

_____

B.    NAME OF REPRESENTATIVE OF EQUITY SECURITY HOLDER, ADDRESS, TELEPHONE AND FACSIMILE NUMBERS AND EMAIL ADDRESS, IF DIFFERENT:

_____

_____

C.    HOW MANY SHARES OF DELPHI STOCK DO YOU OWN? (Equity security holders wishing to serve as fiduciaries on any statutory committee are advised that they may not trade while they are committee members, except pursuant to a subsequent order of the Bankruptcy Court authorizing trading by committee members. By submitting this form, you agree to this prohibition.)

_____

D.    WHAT DATE(S) DID YOU PURCHASE THE SHARES?

**Saginaw Steering Gear Division** GENERAL MOTORS CORPORATION
SAGINAW, MICHIGAN 48605 · TEL 517 776-5000

*[handwritten at top:]* EXAMPLES OF THE PURCHASE OF GENERAL MOTORS STOCK WHEN WE WERE BUILDING PLANTS OVERSEAS AND EVERY OTHER PLACE WHICH WAS TO BECOME DELPHI ALSO OUR DELPHI STOCK AND WHEN WE HAD OUR G.M. STOCK IN OUR HANDS

September 21, 1983

Mr. Alvin C. Schmidt
1346 West Denver
Weidman, MI 48893

Dear Mr. Schmidt:

Please complete and return promptly the attached SSPP-TEFRA form. This is required as a result of your withdrawal from the General Motors Stock Savings Program due to retirement.

If you have any questions, contact Gary Keinath on 776-5956.

Sincerely,

R. J. Haubenstricker
Supervisor, Salary Payroll

*[handwritten:]* 776-5972

GK:jd
Enclosures

ssppf,w1

*[handwritten:]* General Motors knew of my condition so they retired me. Took me off of Disability – probably to take away our Blue Cross Blue Shield full coverage *(me)* insurance and put *(on)* medicare.

QUALITY PRODUCTS designed and built for reliable performance

POWER AND MANUAL STEERING SYSTEMS • ANTI-THEFT, ENERGY-ABSORBING, STANDARD AND ADJUSTABLE STEERING COLUMNS • RACK & PINION STEERING • UNIVERSAL JOINTS • PROPELLER SHAFTS • STEERING LINKAGES • AIR PUMPS • VACUUM PUMPS • FRONT-WHEEL DRIVE AXLES • FRONT END SUSPENSIONS • B/B SCREW & SPLINE ASSEMBLIES

*This [illegible handwriting] of the companies*
*(total ??)    we held out (stock in,*

# EXHIBIT A

|     | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|-----|--------|------------------------|-------------|---------|-------------------------|
| 1.  | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 2.  | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 3.  | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 4.  | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 5.  | Environmental Catalysts, LLC |  | 05-44503 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 6.  | Delphi Medical Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18 Longmont, CO 80504 | October 8, 2005 |
| 7.  | Delphi Medical Systems Texas Corporation | 20-2885110 | 05-44511 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 8.  | Delphi Medical Systems Corporation | 32-0052827 | 05-44529 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 9.  | Specialty Electronics International Ltd. | 66-0522490 | 05-44536 | 69A Kronprindsens Gade (Third Floor) P.O. Box 1858 St. Thomas, VI | October 8, 2005 |
| 10. | Specialty Electronics, Inc. | 57-0755068 | 05-44539 | 19200 Asheville Highway P.O. Box 519 Landrum, SC 29356 | October 8, 2005 |
| 11. | Delphi Liquidation Holding Company | 95-4359324 | 05-44542 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 12. | Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 | One Corporate Center Kokomo, IN 46904 | October 8, 2005 |
| 13. | Delphi Technologies, Inc. | 38-3430681 | 05-44554 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 14. | Delphi Automotive Systems Tennessee, Inc. | 38-3319836 | 05-44558 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 15. | Delphi Mechatronic Systems, Inc. | 38-3589834 | 05-44567 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 16. | Delphi Automotive Systems Risk Management Corp. | 38-3575299 | 05-44570 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 17. | Exhaust Systems Corporation | 38-3211473 | 05-44573 | 4800 S. Saginaw Street Flint, MI 48501 | October 8, 2005 |
| 18. | Delphi China LLC | 38-3196159 | 05-44577 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 19. | Delphi Automotive Systems Korea, Inc. | 38-2849490 | 05-44580 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 20. | Delphi International Services, Inc. | 38-3439894 | 05-44583 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |

.NAW STEERING GEAR DIVISION
.0 HOLLAND ROAD
.AGINAW          MI 48605

This annual accounts statement has been prepared for you based on information as of December 31, 1981. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of the Personnel Office.

## SALARIED RETIREMENT PROGRAM

Through December 31, 1981 your credited service is 16 years and 0 months.

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   44001 A      1049

A C SCHMIDT
5669    JUNIPER LN
SAGINAW        MI 48603

Your contributions are:
  Prior to 7-1-77.....  $3,957.41
  7-1-77 to 10-1-79...    $817.64
  After 10-1-79.......    $869.34

## SAVINGS-STOCK PURCHASE PROGRAM

**Total Value of your Account Dec. 31, 1981**

```
U.S. Savings Bonds (at cost) .....
Diversified U.S.
  Securities @   $211.3600  .....  $9,798
GM Common Stock @ $38.56    .....  $21,561
Income Fund...........................
Equity Index Fund @ $169.41 .....
Cash.................................
  Total............................. $31,359
```

*WHERE DID THIS GO?*

The statement below shows your account status after the class distribution for 1978, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1979, 1980 and 1981, are subject to being "earned out" in accordance with the terms of the Program.

### ANNUAL STATEMENT OF ACCOUNT

|  | Your Savings | CLASSES EARNED OUT THROUGH 1978 | 1979 (NOT EARNED OUT) | 1980 (NOT EARNED OUT) | 1981 (NOT EARNED OUT) | TOTALS |
|---|---|---|---|---|---|---|
| Purchased with Your Savings and Earnings on Your Savings | 1. U.S. Savings Bonds | $7,435 | $2,930 | $3,257 | $3,509 | $17,131 |
|  | 2. Units of Diversified U.S. Securities | 20.2817 | 8.3478 | 8.8161 | 8.9159 | 46.3615 |
|  | 3. Shares of GM Common Stock | 87.7070 | 25.6365 | 33.4228 | 37.8099 | 184.5762 |
|  | 4. Income Fund |  |  |  |  |  |
|  | 5. Units of Equity Index Fund Cash Balance Plus Interest |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchased with GM Contributions | Shares of GM Common Stock | 87.7070 | 30.7636 | 36.9502 | 22.6860 | 178.1068 |
| Purchased with all Dividends | Shares of GM Common Stock | 179.6240 | 9.6499 | 5.7295 | 1.4443 | 196.4477 |

## EMPLOYE STOCK OWNERSHIP PLAN

The statement below shows your account status as of December 31, 1981. It includes shares of GM common stock purchased with any voluntary contributions you made and purchased with matching contributions made by GM, during 1981 for Plan Year 1980.

### ANNUAL STATEMENT OF ACCOUNT

|  |  | SHARES PURCHASED WITH |  |  |  |
|---|---|---|---|---|---|
| PLAN YEAR | GM AUTOMATIC CONTRIBUTION | *YOUR CONTRIBUTION | *GM MATCHING CONTRIBUTION | ALL DIVIDENDS | TOTAL SHARES |
| 1975-1979 | 12.5946 | 7.7471 | 6.7150 | 5.5884 | 32.6451 |
| 1980 | 1.1475 | 1.2741 | .9703 | .0339 | 3.4258 |
| TOTAL | 13.7421 | 9.0212 | 7.6853 | 5.6223 | 36.0709 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1980, you and GM each contributed $46. Based on the December 31, 1981 GM common stock price of $38.56, the market value of your account was $1,390.98.

## Statement of Earnings and Deductions
Detach and retain this record

**CURRENT PAY**

| Serial No. | Base Salary | Cost of Living | Overtime Through | Overtime Hours | Overtime Amount | Shift Premium | Supplemental Type | Supplemental Amount | Supplemental Type | Supplemental Amount | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 194980 | 11062 1 | | 03 15 79 | 270 | 561 52 | | | | | | 1667 73 |

**DEDUCTIONS**

| Pay Ending Date | Misc Type | Misc Amount | Misc Type | Misc Amount | Hospitalization | Comp. Medical | Optional Life Ins. | Personal Accident | Retirement | Savings Stock | Charity | Bonds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 31 79 | | | | | | | | | 32 25 | 121 00 | 10 20 | 150 00 |

| Social Security No. | F.I.C.A. Tax | Federal WH Tax | Code | STATE AND LOCAL TAXES Code | Code | Code | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 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 | 103 46 | 298 59 | MI 46 01 | | | | | 926 22 |

| Bond Balance | Bond Purchase | F.I.C.A. YTD | Federal WH YTD | Year to Date | Year to Date | Year to Date | Year to Date | Gross YTD |
|---|---|---|---|---|---|---|---|---|
| | 150 00 | 626 61 | 1838 36 | 280 47 | | | | 10221 89 |

This pay includes night shift, overtime, and other premiums, if any, at a rate which includes a cost-of-living allowance based on existing corporation policy.

Saginaw Steering Gear Division
General Motors Corporation
Saginaw, Michigan

---

## Statement of Earnings and Deductions
Detach and retain this record

**CURRENT PAY**

| Serial No. | Base Salary | Cost of Living | Overtime Through | Overtime Hours | Overtime Amount | Shift Premium | Supplemental Type | Supplemental Amount | Supplemental Type | Supplemental Amount | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 217055 | 1106 21 | | 09 15 79 | 80 | 160 90 | | | | | | 1267 11 |

**DEDUCTIONS**

| Pay Ending Date | Misc Type | Misc Amount | Misc Type | Misc Amount | Hospitalization | Comp. Medical | Optional Life Ins. | Personal Accident | Retirement | Savings Stock | Charity | Bonds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 30 79 | | | | | | | | | 32 25 | 122 00 | 10 20 | 150 00 |

| Social Security No. | F.I.C.A. Tax | Federal WH Tax | Code | STATE AND LOCAL TAXES Code | Code | Code | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 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 | | 162 19 | MI 26 66 | | | | | 763 81 |

| Bond Balance | Bond Purchase | F.I.C.A. YTD | Federal WH YTD | Year to Date | Year to Date | Year to Date | Year to Date | Gross YTD |
|---|---|---|---|---|---|---|---|---|
| | 150 00 | 1403 78 | 4807 41 | 739 27 | | | | 28446 36 |

This pay includes night shift, overtime, and other premiums, if any, at a rate which includes a cost-of-living allowance based on existing corporation policy.

Saginaw Steering Gear Division
General Motors Corporation
Saginaw, Michigan

---

## Statement of Earnings and Deductions
Detach and retain this record

**CURRENT PAY**

| Serial No. | Base Salary | Cost of Living | Overtime Through | Overtime Hours | Overtime Amount | Shift Premium | Supplemental Type | Supplemental Amount | Supplemental Type | Supplemental Amount | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 215436 | 1106 21 | | 08 31 79 | 80 | 160 90 | | | | | | 1267 11 |

**DEDUCTIONS**

| Pay Ending Date | Misc Type | Misc Amount | Misc Type | Misc Amount | Hospitalization | Comp. Medical | Optional Life Ins. | Personal Accident | Retirement | Savings Stock | Charity | Bonds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 15 79 | | | | | | 1 30 | 47 73 | | | 122 00 | 10 20 | 150 00 |

| Social Security No. | F.I.C.A. Tax | Federal WH Tax | Code | STATE AND LOCAL TAXES Code | Code | Code | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 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 | | 162 19 | MI 26 66 | | | | | 747 03 |

| Bond Balance | Bond Purchase | F.I.C.A. YTD | Federal WH YTD | Year to Date | Year to Date | Year to Date | Year to Date | Gross YTD |
|---|---|---|---|---|---|---|---|---|
| | 150 00 | 1403 78 | 4645 22 | 712 61 | | | | 27179 25 |