WHAT'S GOING ON. WHY DID WE HAVE TO VOTE ON ISSUES WHEN WE DIDN'T KNOW HOW WE WOULD BE TREATED

No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------x

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION OF
DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

(Class C General Unsecured Claims)

On December 10, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors") and (ii) authorized the Debtors to solicit votes on the Plan. This ballot (the "Ballot") is being sent to holders of Class C General Unsecured Claims for their use in voting to accept or reject the Plan. The Plan is described in, and annexed as Exhibit A to, the Disclosure Statement which accompanies this Ballot. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan and if it is accepted by the holders of at least two-thirds in number of shares in each class of interests entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

**Please Read And Follow The Attached Instructions Carefully
And Return Your Ballot In The Envelope Provided**

**The Voting Deadline Is 7:00 P.M. (Prevailing Eastern Time) On January 11, 2008**

---

**IMPORTANT**

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claims have been placed in Class C under the Plan. If you hold claims or interests in another class, you will receive a ballot for each class in which you are entitled to vote.**

**Please read carefully and follow the attached instructions on returning your Ballot. The voting deadline by which your vote must be _received_ by the voting agent is _7:00 p.m. (prevailing Eastern time) on January 11, 2008_ or your ballot will _not_ be counted. If you have any questions please call Kurtzman Carson Consultants LLC (the "Creditor Voting Agent") at (888) 249-2691.**

---

**The Creditor Voting Agent Will Not Accept Ballots By Electronic Or Facsimile Transmission**

*[handwritten: COPY OF THIS PACKAGE DELIVERED ON 1-17-08]*

| Class Number | Description | % in Number Voting to Accept | % in Amount Voting to Accept | Result | Description |
|---|---|---|---|---|---|
| 9C | Delphi Medical Systems Corporation | 0.00% | 0.00% | ACCEPT | New Common Stock and Discount Rights equal to 100% of the Face Amount of their Allowed General Unsecured Claims |
| 10C | Delphi Medical Systems Colorado Corporation | 83.06% | 81.36% | ACCEPT | New Common Stock and Discount Rights equal to 100% of the Face Amount of their Allowed General Unsecured Claims |
| 11C | Delphi Medical Systems Texas Corporation | 91.43% | 98.95% | ACCEPT | New Common Stock and Discount Rights equal to 100% of the Face Amount of their Allowed General Unsecured Claims |
| 12C | MobileAria, Inc. | 80.00% | 99.83% | ACCEPT | New Common Stock and Discount Rights equal to 100% of the Face Amount of their Allowed General Unsecured Claims |
| 1D - 12D | GM Claims | 100.00% | 100.00% | ACCEPT | Consideration set forth in the Delphi-GM Definitive Documents |
| E | 510(b) Note Claims | 100.00% | 100.00% | ACCEPT | New Common Stock, Discount Rights, and/or Oversubscription Cash as described in the Securities Settlement through the Securities Settlement disbursing agent |
| 1F-12F | Intercompany Claims | N/A | N/A | Deemed ACCEPT | Claims either reinstated or cancelled and discharged |
| G-1 | Existing Common Stock | N/A | 78.15% | ACCEPT | New Common Stock, Par Value Rights, Seven-Year Warrants, Six-Month Warrants, and Ten-Year Warrants |
| G-2 | 510(b) Equity Claims | 100.00% | 100.00% | ACCEPT | New Common Stock, Discount Rights, and/or Oversubscription Cash as described in the Securities Settlement through the Securities Settlement disbursing agent |
| 1H | 510(b) ERISA Claims | 100.00% | 100.00% | ACCEPT | New Common Stock, Discount Rights, and/or Oversubscription Cash as described in the ERISA Settlement through the ERISA Settlement disbursing agent |
| 8H | 510(b) ERISA Claims | 100.00% | 100.00% | ACCEPT | New Common Stock, Discount Rights, and/or Oversubscription Cash as described in the ERISA Settlement through the ERISA Settlement disbursing agent |
| 1J-12J | Interests in the Affiliate Debtors | N/A | N/A | Deemed ACCEPT | Unimpaired |
| 1I | Other Interests | N/A | N/A | Deemed REJECT | No receipt or retention of any property on account of such Other Interests |