**Hearing Date: August 5, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz
Kurt Ramlo

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  :

In re                                 :    Chapter 11
                                                  :

DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                                  :

                        Debtors.     :    (Jointly Administered)
                                                    :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED TWENTY-FIFTH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:          United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor,
One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

      A.     Introduction

      B.     Contested Matter (1 Matter)

**B.    Contested Matter**

    1.    **"Claims Objection Hearing Regarding Claim Of State Of Michigan,
Department Of Treasury – SBT Taxes"** – Claims Objection Hearing Regarding
Claim Of State Of Michigan, Department Of Treasury – SBT Taxes As Objected
To On Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B)
Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not
Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims
Subject To Modification, Tax Claim Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 9535)

| | |
|---|---|
| *Response Filed:* | *Response To Motion For Omnibus Objection To Claims Debtor's Twenty-First Omnibus Objection Pursuant To 11 U.S.C § 502(b) And Fed R. Bankr.P. 3007 To Certain (E) Untimely Claims (Docket No. 10445)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)* |
| | *State Of Michigan, Department Of Treasury's Supplemental Response To Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 6354, 6383, 9272 And 16633 (State Of Michigan, Department Of Treasury) (11296)* |

*Debtors' Supplemental Reply With Respect To Proofs Of Claim Numbers 6354, 6383, 9272, And 16633 (State Of Michigan, Department Of Treasury) (Docket No. 11551)*

*State Of Michigan Department Of Treasury's Supplemental Response To Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 16633, With Respect To Michigan Single Business Taxes For The Period Of January 1, 2005 Through October 7, 2005 (State Of Michigan Department Of Treasury - SBT Taxes) (Docket No. 13724)*

*Debtors' Supplemental Reply With Respect To Proof Of Claim Number 16633 With Respect To Michigan Single Business Taxes For The Period Of January 1, 2005 Through October 7, 2005 (State Of Michigan Department Of Treasury - SBT Taxes) (Docket No. 13842)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation Identified In Twenty-First Omnibus Claims Objection (Docket No. 10728)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 6354, 6383, 9272, And 16633 (State Of Michigan Department Of Treasury) (Docket No. 10812)*

*Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 6354, 6383, 9272, And 16633 (State Of Michigan, Department Of Treasury) (Docket No. 10884)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 6354, 6383, 9272, And 16633*

3

*(State Of Michigan Department Of Treasury)
(Docket No. 11047)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objections To
Proofs Of Claim Nos. 6354, 6383, 9272, And 16633
(State Of Michigan Department Of Treasury)
(Docket No. 11739)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objections To
Proofs Of Claim Nos. 6354, 6383, 9272, And 16633
(State Of Michigan Department Of Treasury)
(Docket No. 12622)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objections To
Proofs Of Claim Nos. 6354, 6383, 9272, 16633, And
16724 (State Of Michigan Department Of Treasury -
SBT Taxes) (Docket No. 12750)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order (I) Disallowing And Expunging
Proofs Of Claim Numbers 6354, 6383, And 9272, (II)
Compromising And Allowing Claim 16724, And (III)
Capping Claims 9273 And 16633 (State Of Michigan,
Department Of Treasury - SBT Taxes) (Docket No.
12828)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proof Of Claim Number 16633 With Respect To
Michigan Single Business Taxes For The Period Of
January 1, 2005 Through October 7, 2005 (State Of
Michigan Department Of Treasury - SBT Taxes)
(Docket No. 12835)*

*Joint Stipulation And Agreed Order (I) Disallowing
And Expunging Proofs Of Claim Numbers 6354,
6383, And 9272, (II) Compromising And Allowing
Claim 16724, And (III) Capping Claims 9273 And
16633 (State Of Michigan, Department Of Treasury
- SBT Taxes) (Docket No. 13118)*

*Sixth Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To*

4

*Proof Of Claim Number 16633 With Respect To
Michigan Single Business Taxes For The Period Of
January 1, 2005 Through October 7, 2005 (State Of
Michigan Department Of Treasury - SBT Taxes)
(Docket No. 13399)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proof Of Claim Number 16633 With Respect To
Michigan Single Business Taxes For The Period Of
January 1, 2005 Through October 7, 2005 (State Of
Michigan Department Of Treasury - SBT Taxes)
(Docket No. 13610)*

*Debtors' Statement Of Disputed Issues With Respect
To Proof Of Claim Number 16633 With Respect To
Michigan Single Business Taxes For The Period Of
January 1, 2005 Through October 7, 2005 (State Of
Michigan Department Of Treasury - SBT
Taxes)(Docket No. 13647)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proof Of Claim Number 16633 With Respect To
Michigan Single Business Taxes For The Period Of
January 1, 2005 Through October 7, 2005 (State Of
Michigan Department Of Treasury - SBT Taxes)
(Docket No. 13753)*

*Status:*            *The hearing with respect to this matter will be*
                     *proceeding.*

Dated:  New York, New York
        August 4, 2008

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                        By: /s/ John Wm. Butler, Jr.
                            John Wm. Butler, Jr.
                            John K. Lyons
                            Ron E. Meisler
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                            - and -

                        By: /s/ Kayalyn A. Marafioti
                            Kayalyn A. Marafioti
                            Thomas J. Matz
                            Kurt Ramlo
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            *Debtors and Debtors-in-Possession*

6