BOBBY JINDAL
Governor

CYNTHIA BRIDGES
Secretary

# State of Louisiana
## Department of Revenue

August 4, 2008

Clerk of Court
United States Bankruptcy Court
Southern District of New York

Re:    In re: Delphi Corporation, et al.
       Case No. 05-44481 (RDD)
       Chapter 11
       Jointly Administered

Dear Clerk:

The purpose of this letter is to respectfully request that I be removed from the electronic notice system for the above referenced case. I currently receive electronic notice at the following address: shone.pierre@la.gov

Thank you for your attention to this request. Please contact me if I can offer any additional assistance.

Sincerely,

/s/ Shone Pierre
Shone Pierre
Louisiana Department of Revenue
Office of Legal Affairs
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 219-2080

*Contributing to a better quality of life.*

617 North Third Street, Post Office Box 4064, Baton Rouge, Louisiana 70821-4064 • (225) 219-2080 • Fax (225) 219-0861 • TDD (225) 219-2114
www.revenue.louisiana.gov