U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm 844
Chicago, Illinois 60604
(312) 353-4454
Peter D. Broitman (PB 2275)

U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
(216) 522-3875
Janice L. Thompson (JT 0337)


Attorneys for Elaine L. Chao, Secretary of Labor
United States Department of Labor, Claimant


## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: DELPHI CORPORATION, et al, | ) ) ) | Case No.05-44481 (RDD) |
| Debtors. | ) ) ) ) | Chapter 11  (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF SECRETARY OF LABOR'S RESPONSE [DOCKET 8975] TO DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION AND SUPPLEMENTAL RESPONSE [DOCKET 10695]

Comes Now Elaine L. Chao, the Secretary of Labor, the United States Department of Labor ("Secretary"), a party in interest and claimant in these proceedings, by and through her undersigned counsel, and herewith files this Withdrawal, with prejudice, of the Secretary's Response to Debtors' Nineteenth Omnibus Claims Objection,

filed on August 9, 2007, as Docket No. 8975 ("Response") and the Secretary's Supplemental Response to Debtors' Objection to Proof of Claim Number 15135 and Statement of Disputed Facts, filed on October 22, 2007, as Docket No. 10695 ("Supplemental Response"). The Secretary is withdrawing her Response and Supplemental Response in accordance with the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16185 [Docket No.<u>13824</u>].

Respectfully Submitted,

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Chicago Regional Solicitor

BY:    s/ Peter D. Broitman
**PETER D. BROITMAN**
Chicago ERISA Counsel

**Address**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm 844        Attorneys for **ELAINE L. CHAO**
Chicago, Illinois 60604        Secretary of Labor, United States
(312) 353-4454        Department of Labor, Claimant

**Email address: broitman.peter@dol.gov**