**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                      :
        In re                         :         Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :         Case No. 05-44481 (RDD)
                                      :
              Debtors.                :         (Jointly Administered)
                                      :
-----------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, a copy of the foregoing *Notice of Withdrawal of Secretary of Labor's Response [Docket 8975] to Debtors' Nineteenth Omnibus Claims Objection and Supplemental Response [Docket 10695]* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Robert J. Stark | rstark@brownrudnick.com |
| Bruce Simon | bsimon@cwsny.com |
| Steven J. Reisman | sreisman@cm-p.com |
| Donald Bernstein | donald.bernstein@dpw.com |
| brian.resnick@dpw.com | Brian Resnick |
| Sean Corcoran, Karen Craft | sean.p.corcoran@delphi.com |
| | karen.j.craft@delphi.com |
| Michael Nefkens | mike.nefkens@eds.com |
| Carrie L. Schiff | cschiff@flextronics.com |
| Paul W. Anderson | paul.anderson@flextronics.com |
| Richard Lee Chambers, III | trey.chambers@freescale.com |
| Brad Eric Sheler | |
| Bonnie Steingart | |
| Vivek Melwani | |
| Jennifer L Rodburg | rodbuje@ffhsj.com |
| Richard J Slivinski | sliviri@ffhsj.com" |
| Randall S. Eisenberg | randall.eisenberg@fticonsulting.com |
| Valerie Venable | valerie.venable@ge.com |
| Lonie A. Hassel | lhassel@groom.com |
| Stephen H. Gross | sgross@hodgsonruss.com |
| Frank L. Gorman, Esq. | fgorman@honigman.com |
| Robert B. Weiss, Esq. | rweiss@honigman.com |
| Maria Valerio | mariaivalerio@irs.gov |
| William Q. Derrough | bderrough@jefferies.com |
| Richard Duker | richard.duker@jpmorgan.com |
| "Susan Atkins,Gianni Russello | gianni.russello@jpmorgan.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |
| Thomas Moers Mayer | tmayer@kramerlevin.com |
| Sheryl Betance | sbetance@kccllc.com |
| Robert J. Rosenberg | robert.rosenberg@lw.com |

| | |
|---|---|
| Daniel R. Fisher | daniel.fisher@lawdeb.com |
| Patrick J. Healy | patrick.healy@lawdeb.com |
| David D. Cleary | dcleary@mwe.com |
| Jason J. DeJonker | jdejonker@mwe.com |
| Mohsin N. Khambati | mkhambati@mwe.com |
| Peter A. Clark | pclark@mwe.com |
| Cornish F. Hitchcock | conh@mctiguelaw.com |
| J. Brian McTigue | bmctigue@mctiguelaw.com |
| Leon Szlezinger | lszlezinger@mesirowfinancial.com |
| Gregory A Bray Esq | gbray@milbank.com |
| Thomas R Kreller Esq | tkreller@milbank.com |
| James E Till Esq | jtill@milbank.com |
| Joseph T. Moldovan, Esq. | jmoldovan@morrisoncohen.com |
| Mark Schonfeld, | newyork@sec.gov |
| Eliot Spitzer | william.dornbos@oag.state.ny.us |
| Robert Siegel | rsiegel@omm.com |
| Tom A. Jerman, Rachel Janger | tjerman@omm.com |
| Jeffrey Cohen | garrick.sandra@pbgc.gov; |
| | efile@pbgc.gov |
| Ralph L. Landy | landy.ralph@pbgc.gov |
| Sandra A. Riemer | sriemer@phillipsnizer.com |
| David L. Resnick | david.resnick@us.rothschild.com |
| Robert W. Dremluk | rdremluk@seyfarth.com |
| Douglas Bartner, Jill Frizzley | dbartner@shearman.com |
| Jill Frizzley | frizzley@shearman.com |
| | |
| Kenneth S. Ziman, Robert H. Trust | kziman@stblaw.com |
| Robert H. Trust | rtrust@stblaw.com |
| William T. Russell, Jr. | wrussell@stblaw.com |
| John Wm. Butler, Ron E. Meisler | jbutler@skadden.com |
| John K. Lyons | jlyonsch@skadden.com |
| Ron E. Meilser | rmeisler@skadden.com" |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Thomas J. Matz | tmatz@skadden.com" |
| Daniel D. Doyle | ddoyle@spencerfane.com |
| Nicholas Franke | nfranke@spencerfane.com |
| Chester B. Salomon | cp@stevenslee.com |
| Constantine D. Pourakis | cs@stevenslee.com" |
| Albert Togut | altogut@teamtogut.com |
| Michael D. Warner | mwarner@warnerstevens.com |
| Harvey R. Miller | harvey.miller@weil.com |
| Jeffrey L. Tanenbaum, Esq. | jeff.tanenbaum@weil.com |
| Martin J. Bienenstock, Esq. | martin.bienenstock@weil.com |
| Michael P. Kessler, Esq. | michael.kessler@weil.com |
| Steven M. Cimalore | scimalore@wilmingtontrust.com |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Internal Revenue Service | IUE-CWA |
| Attn: Insolvency Department | Conference Board Chairman |
| 477 Michigan Ave | 2360 W. Dorothy Lane |
| Mail Stop 15 | Suite 201 |
| Detroit, MI  48226 | Dayton, OH  45439 |

| | | |
|---|---|---|
| Tyco Electronics Corporation | United States Trustee | Albert L. Hogan, III |
| MaryAnn Brereton | Alicia M. Leohnard | Skadden, ARPS, Slate, |
| Assistant General Counsel | 33 Whitehall Street | Meagher & Flom LLP |
| 60 Columbia Road | 21st Floor | 333 West Wacker Dr., Suite 2100 |
| Morristown, NJ  7960 | New York, NY  1004-2112 | Chicago, IL  60606 |

 /s/ Peter D. Broitman
**PETER D. BROITMAN**
Chicago ERISA Counsel
One of the Attorneys for Plaintiff

3