**STEIN RISO MANTEL, LLP**
Counsel for Key Safety Systems, Inc.
The Chrysler Building, 42nd Floor
405 Lexington Avenue
New York, New York 10174
(212) 599-1515
Mark Chinitz, Esq. (MC 1236)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case<br>No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF THE RESPONSE OF KEY SAFETY SYSTEMS, INC. TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

Key Safety Systems, Inc. ("KSS"), a general unsecured creditor of the Debtors in the above-captioned, jointly administered, chapter 11 cases (the "Debtors"), by its counsel, Stein Riso Mantel, LLP, in connection with the *Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim Number 1790 (Key Safety Systems, Inc.)*, which Joint Stipulation was "So Ordered" by the Court in this case in New York, New York on the 4th day of February, 2008, hereby withdraws its Response, dated June 21, 2007, in Opposition to the *Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax*

*Claims Subject to Modification, and Modified Claims Asserting Reclamation*, dated May 22, 2007.

Dated: New York, New York
August 5, 2008

        STEIN RISO MANTEL, LLP

        By: _____
        Mark Chinitz (MC 1236)
        Attorneys for Key Safety Systems, Inc.
        The Chrysler Building, 42nd Floor
        405 Lexington Avenue
        New York, New York 10174
        (212) 599-1515

TO:   Skadden, Arps, Slate, Meagher & Flom
       Attorneys for the Debtors
       Attn.: Brandon M. Duncomb, Esq.
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois 60606-1285

**STEIN RISO MANTEL, LLP**
Counsel for Key Safety Systems, Inc.
The Chrysler Building, 42nd Floor
405 Lexington Avenue
New York, New York 10174
(212) 599-1515
Mark Chinitz, Esq. (MC 1236)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                            Chapter 11 Case
                                                  No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,

                    Debtors.                     (Jointly Administered)
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

JENNIFER McCAFFREY, being duly sworn, deposes and says:

1. I am over 18 and not a party to this action and I reside at LaGrangeville, New York.

2. On August 5, 2008, I served a true copy of the *Withdrawal of the Response of Key Safety Systems, Inc. to the Debtors' Fifteenth Omnibus Objection (Substantive) to Claims*, dated August 5, 2008, by delivering a copy of same by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

> Skadden, Arps, Slate, Meagher & Flom
> Attorneys for the Debtors
> Attn.: Brandon M. Duncomb, Esq.
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606-1285

_____
JENNIFER McCAFFREY

Sworn to before me this
5th day of August, 2008

_____
Notary Public

MARK I. CHINITZ
Notary Public, State of New York
No. 02CH4933411
Qualified in New York County
Commission Expires May 9, 2010