UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION                    Case No.    05-44481
                                      Chapter     11

    Debtor[s]
_____/

## NOTICE OF CHANGE OF CORPORATE NAME

    Pursuant to the provisions of the Federal Rules of Bankruptcy Procedure, Danka Office Imaging Company, a Delaware corporation and creditor in this matter, by and through its undersigned agent, hereby notifies this honorable court and all parties in interest of its corporate name change effective 2 July 2008.

    Danka Office Imaging Company officially filed its Restated Certificate of Incorporation with the Secretary of State of Delaware on the above mentioned date stating in part the specific name change to:

    KONICA MINOLTA DANKA IMAGING COMPANY

A true and correct copy of the Restated Certificate of Incorporation of Danka Office Imaging Company is attached hereto and made a part hereof by reference as though rewritten herein.

    The creditor's official address remains as filed in this case as:

    11101 Roosevelt Blvd.

    St Petersburg FL 33716

    I certify that a true and correct copy of the foregoing document was sent to the US Trustee and the Debtor herein by regular US Mail at their addresses of record in this case on the 31st day of July 2008.

_____
Adam Baroncelli, VP US Operations
Konica Minolta Danka Imaging Company
11101 Roosevelt Blvd.
St Petersburg FL 33716

# RESTATED CERTIFICATE OF INCORPORATION
## OF
## DANKA OFFICE IMAGING COMPANY

\* \* \* \* \* \*

Danka Office Imaging Company, a corporation organized and existing under the laws of the State of Delaware, hereby certifies that this Restated Certificate of Incorporation restates and integrates and further amends the Certificate of Incorporation by changing the name of the corporation, and does not further amend the provisions of the original Certificate of Incorporation.

The date of filing the original Certificate of Incorporation with the Secretary of State of Delaware was October 4, 1996, and the name under which the corporation was originally incorporated is Danka Office Imaging Company.

The text of the Certificate of Incorporation is amended to read as herein set forth in full:

1. The name of the corporation is Konica Minolta Danka Imaging Company.

This Restated Certificate of Incorporation was duly adopted by the Shareholders and Board of Directors pursuant to written consents dated the 27th day of June, 2008.

This Restated Certificate of Incorporation shall be effective upon filing with the Secretary of State.

I, the undersigned, for the purpose of changing the name of corporation, do make this certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and accordingly have hereunto set my hand and seal this 2nd day of July, 2008.

By: _____
Bryan Hack, Secretary

| Form **W-9** (Rev. November 2005) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name (as shown on your income tax return)**
KONICA MINOLTA DANKA IMAGING COMPANY fka DANKA OFFICE IMAGING COMPANY

**Business name, if different from above**
SAME

**Check appropriate box:** ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership  ☐ Other ▶ ............  ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
11101 ROOSEVELT BLVD

**Requester's name and address (optional)**

**City, state, and ZIP code**
ST PETERSBURG, FL 33716

**List account number(s) here (optional)**

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**
| | | – | | – | | | |

**or**

**Employer identification number**
5 9 – 3 4 0 7 6 1 4

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date ▶ *10 July 2008*

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 11-2005)