UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re                               :     Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                                    :
                                    :     (Jointly Administered)
                                    :
            Debtors.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## AFFIDAVIT OF SERVICE

I, Ryan B. Moran, affirm that I am not a party to this action, am over 18 years of age, and reside in Royal Oak, Michigan;

On July 23, 2008, I caused to be served the document listed below to the parties listed on Exhibit A hereto via overnight mail through the U.S. Post Office:

      Creditor Patricia C. Weinmann's Response to Debtors' Thirtieth Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books and Records Claims, (E) Untimely Claims and (F) Claims Subject to Modification

Dated: July 28, 2008

                                       *Ryan B. Moran*
                                        Ryan B. Moran

State of Michigan
County of Oakland

Subscribed and affirmed before me on this 28th day of July, 2008, by Ryan B. Moran, personally known to me.

Signature: _____

Commission Expires: 12-8-2014

SHARON M PERUCHIETTI
Notary Public - Michigan
Oakland County
My Commission Expires Dec 8, 2014
Acting in the County of _____

## EXHIBIT A

**Via Overnight Mail on July 23, 2008 upon:**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Gree
Room 610
New York, New York 10004


Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:    John Wm. Butler, Jr.
         John K. Lyons
         Randall G. Reese
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606