# TUSCALOOSA COUNTY TAX COLLECTOR

124 COURTHOUSE • 714 GREENSBORO AVENUE
TUSCALOOSA, ALABAMA 35401

PEYTON C. COCHRANE
TAX COLLECTOR

July 30, 2008

PHONE (205) 349-3870 Ext. 237
FAX (205) 469-6331

Clerk
U. S. Bankruptcy Court Southern District of New York
Delphi Corporation Claim Docketing Center
One Bowling Green
New York, New York  10004

RE:   **DELPHI AUTOMOTIVE SDYSTEMS LLC**
      **CASE NO:  05-44481(RDD)**

Dear Sir:

Please withdraw my objection to the Seventeenth Omnibus Objection on claim number 2661 in the amount of $ $22,464.47.

Due to the JOINT STIPULTION AND AGREED ORDER acknowledges and agrees that the claim should be allowed against DAS LLC in the amount of $21,600.45.

Thank you for your assistance in this matter.

Sincerely,

Peyton C. Cochrane
Tax Collector

PCC:bmm