# I N V E S T M E N T S

April 29, 2008

Via Federal Express

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

                        RE:    Delphi Corporation
                                Case No.: 05-44481

Dear Sir or Madam:

    Enclosed please find a withdrawal to the above-referenced Debtors' Twentieth Omnibus Objection to Claims executed by original creditor Deringer-Ney. Please have this entered on the case docket for Delphi Corporation as soon as possible.

    Should you have any questions, please feel free to contact me directly at 212.905.2882,

                                                 Very truly yours,

                                               Valerie J. Ford
                                               Associate

