

ISO 9001 REGISTERED

**DERINGER•NEY**

Deringer-Ney Inc.
616 Atrium Dr.
Suite 100
Vernon Hills, Ill, 60061

Phone 847.932.6798
Fax    520.629.3356

April 24, 2008

Re: Delphi Corp
Case No. 05-44481(RDD)
Joint Stipulation and agreed order compromising and allowing proof of claim 7837

To Whom It May Concern:

Deringer Mfg Co hereby does withdraw it's response to the twentieth Omnibus Claims Objection with prejudice.

Sincerely,

Lee Trimble
Vice President

