UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                           Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,                                          Chapter 11

                      Debtors.                                          (Jointly Administered)

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Isaac M. Pachulski, a member in good standing of the bar in the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the United States Courts of Appeal for the First, Second Third, Fifth, Ninth and Eleventh Circuits, and the Supreme Court of the United States, request permission to appear, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Elliot Associates, L.P., Highland Capital Management, L.P. and CR Intrinsic Investors, LLC and/or certain funds managed thereby, creditors in the above-referenced cases.

My address is STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067. My email address is IPachulski@stutman.com and my telephone number 310 228-5600.

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: August 10, 2008
       Los Angeles, California

                                                    /s/ *Isaac M. Pachulski*
                                                ISAAC M. PACHULSKI

476630v1

## CERTIFICATE OF SERVICE

I, Kendra A. Johnson, hereby certify that on this 10th day of August, 2008, I caused to be served by first class United States mail, a copy of the **Motion for Admission to Practice Pro Hac Vice [Isaac M. Pachulski]** upon the following:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attn: Kaylin A. Marafioti, Esq.<br>       Thomas J. Matz, Esq.<br>Four Times Square<br>New York, NY 10036 | United State Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10044 |
| Counsel for the Official Committee of Unsecured Creditors<br>Latham & Watkins<br>Attn: Mark A. Broude, Esq.<br>       Robert J. Rosenberg, Esq.<br>885 Third Avenue<br>New York, NY 10022 | Counsel for the Official Committee of Equity Security Holders<br>Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Counsel for Agent Under Postpetition Credit Facility<br>Davis Polk & Wardwell<br>Attention: Donald Bernstein, Esq.<br>           Brian Resnick, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 |

Dated: August 10, 2008                    /s/ Kendra A. Johnson
                                          Kendra A. Johnson, Declarant

476630v1