UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                            Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,                                      Chapter 11

                                Debtors.                                        (Jointly Administered)

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      I, Christine M. Pajak, a member in good standing of the bar in the State of California, the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, request permission to appear, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Elliot Associates, L.P.; Highland Capital Management, L.P.; CR Intrinsic Investors, LLC; and/or certain funds managed thereby, creditors in the above-referenced cases.

      My address is STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067. My email address is cpajak@stutman.com. My telephone and facsimile numbers are 310 228-5600 and 310-228-5788, respectively.

      The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: August 13, 2008
       Los Angeles, California

                                                         /s/ *Christine M. Pajak*
                                                    CHRISTINE M. PAJAK

477183v1

## CERTIFICATE OF SERVICE

I, Cheryl Woods, hereby certify that on this 13th day of August, 2008, I caused to be served by first class United States mail, a copy of the **Motion for Admission to Practice** *Pro Hac Vice* **[Christine M. Pajak]** upon the following:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attn: Kaylin A. Marafioti, Esq.<br>        Thomas J. Matz, Esq.<br>Four Times Square<br>New York, NY  10036 | United State Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10044 |
| Counsel for the Official Committee of Unsecured Creditors<br>Latham & Watkins<br>Attn: Mark A. Broude, Esq.<br>        Robert J. Rosenberg, Esq.<br>885 Third Avenue<br>New York, NY 10022 | Counsel for the Official Committee of Equity Security Holders<br>Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Counsel for Agent Under Postpetition Credit Facility<br>Davis Polk & Wardwell<br>Attention: Donald Bernstein, Esq.<br>            Brian Resnick, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 |

Dated: August 13, 2008                    /s/ Cheryl Woods
                                          Cheryl Woods, Declarant

477183v1