**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                  Chapter 11

                                                                                             Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                      Jointly Administered

                                Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of *Isaac M. Pachulski*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Isaac M. Pachulski*, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 15, 2008
        New York, New York

                                              /s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE